# Exhibit 1

| Vol.Num | Issue | Registration Number | Date of Publication | Registration date |
|---:|---:|---|---:|---:|
| 3.1 | Jan-78 | TX0000090869 | 12/16/1977 | 5/8/1978 |
| 3.2 | Feb-Mar78 | TX0000108052 | 1/12/1978 | 5/8/1978 |
| 3.3 | Apr78. | TX0000041829 | 2/27/1978 | 5/8/1978 |
| 3.4 | May78 | TX0000070812 | 3/29/1978 | 7/20/1978 |
| 3.5 | Jun-78 | TX0000093932 | 4/26/1978 | 8/24/1978 |
| 3.6 | Jul-78 | TX0000093934 | 5/26/1978 | 8/24/1978 |
| 3.7 | Aug-78 | TX0000093936 | 6/28/1978 | 8/24/1978 |
| 3.8 | Sep-Oct78 | TX0000093935 | 6/1/1978 | 8/24/1978 |
| 3.9 | Nov-78 | TX0000129575 | 9/27/1978 | 10/27/1978 |
| 3.10 | Dec78 | TX0000157718 | 10/31/1978 | 12/15/1978 |
| 4.1 | Jan79. | TX0000157717 | 11/27/1978 | 12/15/1978 |
| 4.2 | Feb-Mar79 | TX0000228836 | 12/22/1978 | 4/16/1979 |
| 4.3 | Apr-79 | TX0000228842 | 2/26/1979 | 4/16/1979 |
| 4.4 | May-79 | TX0000326117 | 4/3/1979 | 9/10/1979 |
| 4.5 | Jun-79 | TX0000326116 | 5/1/1979 | 9/10/1979 |
| 4.6 | Jul-79 | TX0000326125 | 6/5/1979 | 9/10/1979 |
| 4.7 | Aug-79 | TX0000326115 | 7/3/1979 | 9/10/1979 |
| 4.8 | Sep-Oct79 | TX0000326124 | 8/7/1979 | 9/10/1979 |
| 4.9 | Nov-79 | TX0000382190 | 10/2/1979 | 12/18/1979 |
| 4.10 | Dec-79 | TX0000381736 | 11/6/1979 | 12/17/1979 |
| 5.1 | Jan-80 | TX0000382193 | 12/4/1979 | 12/18/1979 |
| 5.2 | Feb-Mar80 | TX0000512456 | 1/2/1980 | 7/21/1980 |
| 5.3 | Apr-80 | TX0000512363 | 3/4/1980 | 7/21/1980 |
| 5.4 | May-80 | TX0000512365 | 4/1/1980 | 7/21/1980 |
| 5.5 | Jun-80 | TX0000512364 | 4/29/1980 | 7/21/1980 |
| 5.6 | Jul-80 | TX0000512367 | 6/3/1980 | 7/21/1980 |
| 5.7 | Aug-80 | TX0000512366 | 7/1/1980 | 7/21/1980 |
| 5.8 | Sep-Oct80 | TX0000543968 | 8/5/1980 | 9/11/1980 |
| 5.9 | Nov-80 | TX0000702030 | 9/30/1980 | 5/28/1981 |
| 5.10 | Dec-80 | TX0000702033 | 11/14/1980 | 5/28/1981 |
| 6.1 | Jan-81 | TX0000702034 | 12/2/1980 | 5/28/1981 |
| 6.2 | Feb-Mar81 | TX0000702031 | 1/6/1981 | 5/28/1981 |
| 6.3 | Apr81 | TX0000702029 | 3/3/1981 | 5/28/1981 |
| 6.4 | May-81 | TX0000702032 | 4/7/1981 | 5/28/1981 |
| 6.5 | Jun-81 | TX0000738925 | 5/5/1981 | 7/27/1981 |
| 6.6 | Jul-81 | TX0000759547 | 6/2/1981 | 7/27/1981 |
| 6.7 | Aug-81 | TX0000768863 | 7/7/1981 | 9/21/1981 |
| 6.8 | Sep-Oct81 | TX0000769857 | 8/11/1981 | 9/22/1981 |
| 6.9 | Nov-81 | TX0000914939 | 9/20/1981 | 6/1/1982 |
| 6.10 | Dec-81 | TX0000914936 | 11/3/1981 | 6/1/1982 |
| 7.1 | Jan-82 | TX0000914935 | 12/1/1981 | 6/1/1982 |
| 7.2 | Feb-Mar82 | TX0000914937 | 1/12/1982 | 6/1/1982 |
| 7.3 | Apr-82 | TX0000914938 | 3/2/1982 | 6/1/1982 |
| 7.4 | May-82 | TX0000914934 | 4/6/1982 | 6/1/1982 |
| 7.5 | Jun-82 | TX0001044074 | 5/4/1982 | 1/10/1983 |
| 7.6 | Jul-82 | TX0001044076 | 6/1/1982 | 1/10/1983 |

| Vol.Num | Issue | Registration Number | Date of Publication | Registration date |
|---|---|---|---|---|
| 7.7 | Aug-82 | TX0001044075 | 7/6/1982 | 1/10/1983 |
| 7.8 | Sep-Oct82 | TX0001044073 | 8/3/1982 | 1/10/1983 |
| 7.9 | Nov-82 | TX0001089875 | 9/27/1982 | 4/18/1983 |
| 7.10 | Dec-82 | TX0001089874 | 10/29/1982 | 3/15/1983 |
| 8.1 | Jan-83 | TX0001089873 | 11/29/1982 | 3/15/1983 |
| 8.2 | Feb-Mar83 | TX0001237873 | 1/10/1983 | 10/31/1983 |
| 8.3 | Apr-83 | TX0001237878 | 2/25/1983 | 10/31/1983 |
| 8.4 | May-83 | TX0001237879 | 3/28/1983 | 10/31/1983 |
| 8.5 | Jun-83 | TX0001237877 | 4/25/1983 | 10/31/1983 |
| 8.6 | Jul83 | TX0001237876 | 5/27/1983 | 10/31/1983 |
| 8.7 | Aug-83 | TX0001237874 | 6/27/1983 | 10/31/1983 |
| 8.8 | Sep-Oct83 | TX0001237875 | 8/12/1983 | 10/31/1983 |
| 8.9 | Nov-83 | TX0001364242 | 10/10/1983 | 6/7/1984 |
| 8.10 | Dec-83 | TX0001364243 | 10/28/1983 | 6/7/1984 |
| 9.1 | Jan-84 | TX0001364244 | 11/28/1983 | 6/7/1984 |
| 9.2 | Feb-Mar84 | TX0001438190 | 1/4/1984 | 8/29/1984 |
| 9.3 | Apr-84 | TX0001427515 | 2/24/1984 | 8/29/1984 |
| 9.4 | May-84 | TX0001427516 | 4/4/1984 | 8/29/1984 |
| 9.5 | Jun-84 | TX0001427517 | 5/2/1984 | 8/29/1984 |
| 9.6 | Jul-84 | TX0001427518 | 6/4/1984 | 8/29/1984 |
| 9.7 | Aug-Sep84 | TX0001427514 | 7/17/1984 | 8/29/1984 |
| 9.8 | Oct-84 | TX0001456120 | 8/28/1994 | 11/5/1984 |
| 9.9 | Nov84 | TX0001484481 | 9/25/1984 | 12/10/1984 |
| 9.10 | Dec-84 | TX0001522112 | 10/29/1984 | 2/15/1985 |
| 10.1 | Jan-85 | TX0001522111 | 11/28/1984 | 2/15/1985 |
| 10.2 | Feb-Mar85. | TX0001522113 | 1/5/1985 | 2/15/1985 |
| 10.3 | Apr-85 | TX0001598425 | 2/26/1985 | 6/12/1985 |
| 10.4 | May-85 | TX0001598426 | 3/27/1985 | 6/12/1985 |
| 10.5 | Jun-85 | TX0001598427 | 4/30/1985 | 6/12/1985 |
| 10.6 | Jul-85 | TX0001598424 | 5/28/1985 | 6/12/1985 |
| 10.7 | Aug-Sep85 | TX0001722989 | 7/21/1985 | 12/26/1985 |
| 10.8 | Oct85. | TX0001722990 | 8/27/1985 | 12/26/1985 |
| 10.9 | Nov-Dec85 | TX0001722991 | 9/24/1985 | 12/26/1985 |
| 11.1 | Jan-86 | TX0001722988 | 11/26/1985 | 12/26/1985 |
| 11.2 | Feb-Mar86 | TX0001874352 | 1/4/1986 | 8/4/1986 |
| 11.3 | Apr-May86 | TX0001874353 | 3/7/1986 | 8/4/1986 |
| 11.4 | Jun-86 | TX0001874354 | 4/30/1986 | 8/4/1986 |
| 11.5 | Jul-Aug86. | TX0001874355 | 6/5/1986 | 8/4/1986 |
| 11.6 | Sep-86 | TX0002009535 | 7/30/1986 | 3/2/1987 |
| 11.7 | Oct-86 | TX0002009534 | 8/28/1986 | 3/2/1987 |
| 11.8 | Nov-86 | TX0002009532 | 9/28/1986 | 3/2/1987 |
| 11.9 | Dec-86 | TX0002009549 | 10/28/1986 | 3/2/1987 |
| 12.1 | Jan-87 | TX0002009533 | 11/26/1986 | 3/2/1987 |
| 12.2 | February/March 1987 | TX0002003239 | 1/6/1987 | 3/2/1987 |
| 12.3 | Apr-87 | TX0002114290 | 3/10/1987 | 7/27/1987 |
| 12.4 | May-87 | TX0002114289 | 4/7/1987 | 7/27/1987 |

| Vol.Num | Issue | Registration Number | Date of Publication | Registration date |
|---|---|---|---|---|
| 12.5 | June/July 1987 | TX0002136647 | 5/5/1987 | 7/27/1987 |
| 12.6 | August/September 1987 | TX0002154315 | 7/7/1987 | 8/31/1987 |
| 12.7 | Oct-87 | TX0002198305 | 8/30/1987 | 11/30/1987 |
| 12.8 | Nov-87 | TX0002198309 | 10/4/1987 | 11/30/1987 |
| 12.9 | Dec-87 | TX0002198310 | 11/30/1987 | 11/30/1987 |
| 13.1 | Jan-88 | TX0002399691 | 12/29/1987 | 9/23/1988 |
| 13.2 | February/March 1988 | TX0002397264 | 2/2/1988 | 9/23/1988 |
| 13.3 | Apr-88 | TX0002397265 | 3/22/1988 | 9/23/1988 |
| 13.4 | May-88 | TX0002397266 | 4/26/1988 | 9/23/1988 |
| 13.5 | Jun-88 | TX0002397267 | 5/31/1988 | 9/23/1988 |
| 13.6 | July/August 1988 | TX0002397268 | 7/5/1988 | 9/23/1988 |
| 13.7 | Sep-88 | TX0002397269 | 8/16/1988 | 9/23/1988 |
| 13.8 | Oct-88 | TX0002517457 | 9/19/1988 | 3/24/1989 |
| 13.9 | Nov-88 | TX0002517641 | 10/24/1988 | 3/24/1989 |
| 13.10 | Dec-88 | TX0002517643 | 11/11/1988 | 3/24/1989 |
| 14.1 | Jan-89 | TX0002517642 | 12/30/1988 | 3/24/1989 |
| 14.2 | February/March 1989 | TX0002517644 | 1/24/1989 | 3/24/1989 |
| 14.3 | Apr-89 | TX0002517660 | 3/4/1989 | 3/24/1989 |
| 14.4 | May-89 | TX0002699189 | 4/25/1989 | 11/20/1989 |
| 14.5 | Jun-89 | TX0002699190 | 5/30/1989 | 11/20/1989 |
| 14.6 | July/August 1989 | TX0002699194 | 7/4/1989 | 11/20/1989 |
| 14.7 | Sep-89 | TX0002699192 | 6/15/1989 | 11/20/1989 |
| 14.8 | Oct-89 | TX0002699193 | 9/19/1989 | 11/20/1989 |
| 14.9 | Nov-89 | TX0002699191 | 10/24/1989 | 11/20/1989 |
| 14.10 | Dec-89 | TX0002699139 | 11/28/1989 | 11/20/1989 |
| 15.1 | Jan-90 | TX0002959338 | 12/7/1989 | 12/7/1990 |
| 15.2 | Feb/March 1990 | TX0002959339 | 2/6/1990 | 12/7/1990 |
| 15.3 | April/May 1990 | TX0002959341 | 3/27/1990 | 12/7/1990 |
| 15.4 | Jun-90 | TX0002959342 | 5/22/1990 | 12/7/1990 |
| 15.5 | July/August 1990 | TX0002959340 | 7/5/1990 | 12/7/1990 |
| 15.6 | September/October 1990 | TX0002959337 | 9/6/1990 | 12/7/1990 |
| 15.7 | November/December 1990 | TX0002959334 | 10/30/1990 | 12/7/1990 |
| 16.1 | January/February 1991 | TX0003078687 | 12/27/1990 | 5/31/1991 |
| 16.2 | March/April 1991 | TX0003078689 | 2/26/1991 | 5/31/1991 |
| 16.3 | May/June 1991 | TX0003078688 | 4/30/1991 | 5/31/1991 |
| 16.4 | July/August 1991 | TX0003277735 | 6/25/1991 | 3/16/1992 |
| 16.5 | September/October 1991 | TX0003277736 | 8/27/1991 | 3/16/1992 |
| 16.6 | November/December 1991 | TX0003273128 | 10/29/1991 | 3/16/1992 |
| 17.1 | January/February 1992 | TX0003273131 | 12/31/1991 | 3/16/1992 |
| 17.2 | March/April 1992 | TX0003513005 | 2/25/1992 | 4/7/1993 |
| 17.3 | May/June 1992 | TX0003513006 | 4/28/1992 | 4/7/1993 |
| 17.4 | July/August 1992 | TX0003520464 | 6/30/1992 | 4/7/2024 |
| 17.5 | September/October 1992 | TX0003520463 | 8/25/1992 | 4/7/1993 |
| 17.6 | November/December 1992 | TX0003513007 | 10/27/1992 | 4/7/1993 |
| 18.1 | January/February 1993 | TX0003675361 | 1/2/1993 | 11/22/1993 |
| 18.2 | March/April 1993 | TX0003675361 | 3/2/1993 | 11/22/1993 |

| Vol.Num | Issue | Registration Number | Date of Publication | Registration date |
|---|---|---|---|---|
| 18.3 | May/June 1993 | TX0003675362 | 4/27/1993 | 11/22/1993 |
| 18.4 | July/August 1993 | TX0003675362 | 6/29/1993 | 11/22/1993 |
| 18.5 | September/October 1993 | TX0003675363 | 8/31/1993 | 11/22/1993 |
| 18.6 | November/December 1993 | TX0003675363 | 10/26/1993 | 11/22/1993 |
| 19.1 | January/February 1994 | TX0003925249 | 1/15/1994 | 8/25/1994 |
| 19.2 | March/April 1994 | TX0003925249 | 3/1/1994 | 8/25/1994 |
| 19.3 | May/June 1994 | TX0004101369 | 4/26/1994 | 8/23/1995 |
| 19.4 | July/August 1994 | TX0004101369 | 6/7/1994 | 8/23/1995 |
| 19.5 | September/October 1994 | TX0004095188 | 8/30/1994 | 8/28/1995 |
| 19.6 | November/Deceber 1994 | TX0004095188 | 11/1/1994 | 8/28/1995 |
| 20.1 | January/February 1995 | TX0004101365 | 1/3/1995 | 8/23/1995 |
| 20.2 | March/April 1995 | TX0004101365 | 2/28/1995 | 8/23/1995 |
| 20.3 | May/June 1995 | TX0004101368 | 4/25/1995 | 8/23/1995 |
| 20.4 | July/August 1995 | TX0004101368 | 6/27/1995 | 8/23/1995 |
| 20.5 | September/October 1995 | TX0004299849 | 9/5/1995 | 8/26/1996 |
| 20.6 | November/December 1995 | TX0004299849 | 12/5/1995 | 8/26/1996 |
| 21.1 | January/February 1996 | TX0004299846 | 1/3/1996 | 8/26/1996 |
| 21.2 | March/April 1996 | TX0004299846 | 3/5/1996 | 8/26/1996 |
| 21.3 | May/June 1996 | TX0004299847 | 5/7/1996 | 8/26/1996 |
| 21.4 | July/August 1996 | TX0004299847 | 7/2/1996 | 8/26/1996 |
| 21.5 | September/October 1996 | TX0004500196 | 6/27/1996 | 6/27/1997 |
| 21.6 | November/December 1996 | TX0004500196 | 10/22/1996 | 6/27/1997 |
| 22.1 | January/February 1997 | TX0004500197 | 1/7/1997 | 6/27/1997 |
| 22.2 | March/April 1997 | TX0004500197 | 2/25/1997 | 6/27/1997 |
| 22.3 | May/June 1997 | TX0004614736 | 4/14/1997 | 1/30/1998 |
| 22.4 | July/August 1997 | TX0004614736 | 6/9/1997 | 1/30/1998 |
| 22.5 | September/October 1997 | TX0004614737 | 8/11/1997 | 1/30/1998 |
| 22.6 | November/December 1997 | TX0004614737 | 10/13/1997 | 1/30/1998 |
| 23.1 | January/february 1998 | TX0004754203 | 1/7/1998 | 9/2/1998 |
| 23.2 | March/April 1998 | TX0004754203 | 2/27/1998 | 9/2/1998 |
| 23.3 | May/June 1998 | TX0004754202 | 5/5/1998 | 9/2/1998 |
| 23.4 | July/August 1998 | TX0004754202 | 6/23/1998 | 9/2/1998 |
| 23.5 | September/October 1998 | TX0005093247 | 8/25/1998 | 4/28/2000 |
| 23.6 | November/October 1998 | TX0005093247 | 10/27/1998 | 4/28/4000 |
| 24.1 | January/February 1999 | TX0005172493 | 1/5/1999 | 10/27/2000 |
| 24.2 | March/April 1999 | TX0005172493 | 3/9/1999 | 10/27/2000 |
| 24.3 | May/June 1999 | TX0005172494 | 5/14/1999 | 10/27/2000 |
| 24.4 | July/August 1999 | TX0005172494 | 6/29/1999 | 10/27/2000 |
| 24.5 | September/October 1999 | TX0005172495 | 8/29/1999 | 10/27/2000 |
| 24.6 | november/December 1999 | TX0005172495 | 10/31/1999 | 10/27/2000 |
| 25.1 | Jan February 2000 | TX0005172496 | 1/4/2000 | 10/17/2000 |
| 25.2 | March/April 2000 | TX0005172496 | 3/17/2000 | 10/17/2000 |
| 25.3 | May/June 2000 | TX0005172497 | 5/2/2000 | 10/17/2000 |
| 25.4 | July/August 2000 | TX0005172497 | 6/27/2000 | 10/17/2000 |
| 25.5 | September/October 2000 | TX0005239676 | 8/29/2000 | 2/14/2001 |
| 25.6 | November/December 2000 | TX0005239676 | 10/24/2000 | 2/14/2001 |

| Vol.Num | Issue | Registration Number | Date of Publication | Registration date |
|---|---|---|---|---|
| 26.1 | January/February 2001 | TX0005688218 | 1/2/2001 | 10/7/2002 |
| 26.2 | March/April 2001 | TX0005688218 | 3/6/2001 | 10/7/2002 |
| 26.3 | May/June 2001 | TX0005688221 | 5/2/2001 | 10/7/2002 |
| 26.4 | July/August 2001 | TX0005688221 | 7/3/2001 | 10/7/2002 |
| 26.5 | September/October 2001 | TX0005688219 | 9/4/2001 | 10/7/2002 |
| 26.6 | November/December 2001 | TX0005688219 | 11/6/2001 | 10/7/2002 |
| 27.1 | January/February 2002 | TX0005688220 | 10/7/2002 | 10/7/2002 |
| 27.2 | March/April 2002 | TX0005688220 | 10/7/2002 | 10/7/2002 |
| 27.3 | May/June 2002 | TX0005688222 | 5/7/2002 | 10/7/2002 |
| 27.4 | July/August 2002 | TX0005688222 | 7/2/2002 | 10/7/2002 |
| 27.5 | September/October 2002 | TX0005732271 | 9/3/2002 | 4/22/2003 |
| 27.6 | November/December 2002 | TX0005732271 | 10/29/2002 | 4/22/2003 |
| 28.1 | January/February 2003 | TX0005732270 | 1/7/2003 | 4/22/2003 |
| 28.2 | March/April 2003 | TX0005732270 | 3/4/2003 | 4/22/2003 |
| 28.3 | May/June 2003 | TX0006350638 | 5/1/2003 | 5/1/2006 |
| 28.4 | July/August 2003 | TX0006350638 | 7/1/2003 | 5/1/2006 |
| 28.5 | Oct-03 | TX0006353979 | 10/1/2003 | 5/8/2006 |
| 28.6 | November/December 2003 | TX0006353979 | 11/1/2003 | 5/8/2006 |
| 29.3 | May/June 2004 | TX0006380530 | 5/1/2004 | 5/9/2006 |
| 29.4 | July/August 2004 | TX0006380530 | 7/1/2004 | 5/9/2006 |
| 30.1 | January/February 2005 | TX0006391883 | 1/1/2005 | 5/4/2006 |
| 30.2 | March/April 2005 | TX0006391883 | 3/1/2005 | 5/4/2006 |
| 30.3 | Jun-05 | TX0006398619 | 6/1/2005 | 5/1/2006 |
| 30.4 | Aug-05 | TX0006398619 | 8/1/2005 | 5/1/2006 |
| 30.5 | September/October 2005 | TX0006391871 | 9/1/2005 | 5/3/2006 |
| 30.6 | Nov-05 | TX0006391871 | 11/1/2005 | 5/3/2006 |
| 30.7 | Dec-05 | TX0006391871 | 12/1/2005 | 5/3/2006 |
| 31.1 | January/February 2006 | TX0006370299 | 1/1/2006 | 5/9/2006 |
| 31.2 | March/April 2006 | TX0006370299 | 3/1/2006 | 5/9/2006 |
| 31.3 | May/June 2006 | TX0006566356 | 5/1/2006 | 12/26/2006 |
| 31.4 | July/August 2006 | TX0006566356 | 7/1/2006 | 12/26/2006 |
| 31.5 | September/October 2006 | TX0006646772 | 9/1/2006 | 3/8/2008 |
| 31.6 | November/December 2006 | TX0006646772 | 11/1/2006 | 3/8/2008 |
| 32.1 | January/February 2007 | TX0006646769 | 1/1/2007 | 3/19/2008 |
| 32.2 | March/April 2007 | TX0006646769 | 3/1/2007 | 3/19/2008 |
| 32.3 | May/June 2007 | TX0006646771 | 5/1/2007 | 3/19/2008 |
| 32.4 | July/August 2007 | TX0006646771 | 7/1/2007 | 3/19/2008 |
| 32.5 | September/October 2007 | TX0006676915 | 8/1/2007 | 3/21/2008 |
| 32.6 | November/December 2007 | TX0006676915 | 11/1/2007 | 3/21/2008 |
| 33.1 | January/February 2008 | TX0006646770 | 1/1/2008 | 3/19/2008 |
| 33.2 | March/April 2008 | TX0006646770 | 3/1/2008 | 3/19/2008 |
| 33.4 | May/June 2008 | TX0006686048 | 5/1/2008 | 9/8/2009 |
| 33.5 | July/August 2008 | TX0006686048 | 7/1/2008 | 9/8/2009 |
| 33.5 | September/October 2008 | TX0006686047 | 9/1/2008 | 9/8/2009 |
| 33.6 | November/December 2008 | TX0006686047 | 11/1/2008 | 9/8/2009 |
| 34.1 | January/February 2009 | TX0006686049 | 1/1/2009 | 9/8/2009 |

| Vol.Num | Issue | Registration Number | Date of Publication | Registration date |
|---|---|---|---|---|
| 34.2 | March/April 2009 | TX0006686049 | 3/1/2009 | 9/8/2009 |
| 34.3 | May/June 2009 | TX0006686050 | 5/1/2009 | 9/8/2009 |
| 34.4 | July/August 2009 | TX0006686050 | 7/1/2009 | 9/8/2009 |
| 34.5 | september/October 2009 | TX0006703504 | 9/1/2009 | 1/14/2010 |
| 34.6 | November/December 2009 | TX0006703504 | 11/1/2009 | 1/14/2010 |
| 35.1 | January/February 2010 | TX0006777727 | 1/1/2010 | 8/19/2010 |
| 35.2 | March/April 2010 | TX0006777727 | 3/1/2010 | 8/20/2010 |
| 36.1 | January/February 2011 | TX 7 694 420 | 1/1/2011 | 3/15/2013 |
| 36.2 | March/April 2011 | TX 7 694 420 | 3/1/2011 | 3/15/2013 |
| 36.3 | May/June 2011 | TX 7 736 818 | 5/1/2011 | 3/15/2013 |
| 36.4 | July/August 2011 | TX 7 736 818 | 7/1/2011 | 3/15/2013 |
| 37.3 | May/June 2012 | TX 7 691 730 | 5/1/2012 | 3/15/2013 |
| 37.4 | July/August 2012 | TX 7 691 730 | 7/1/2012 | 3/15/2013 |
| 38.1 | January/February 2013 | TX 7 735 668 | 1/1/2013 | 3/15/2013 |
| 38.2 | March/April 2013 | TX 7 735 668 | 3/1/2013 | 3/15/2013 |
| 38.3 | May/June 2013 | TX 7 939 623 | 5/1/2013 | 7/10/2013 |
| 38.4 | July/August 2013 | TX 7 939 623 | 7/1/2013 | 7/10/2013 |
| 38.5 | September/October 2013 | TX 7 793 114 | 9/1/2013 | 11/12/2013 |
| 38.6 | November/December 2013 | TX 7 793 114 | 11/1/2013 | 11/12/2013 |
| 39.1 | January/February 2014 | TX 7 856 775 | 1/1/2014 | 3/28/2014 |
| 39.2 | March/April 2014 | TX 7 856 775 | 3/1/2014 | 3/28/2014 |
| 39.3 | May/June 2014 | TX 7 905 904 | 5/1/2014 | 7/16/2014 |
| 39.4 | July/August 2014 | TX 7 905 904 | 7/1/2014 | 7/16/2014 |
| 39.5 | September/October 2014 | TX0007944847 | 1/20/2014 | 12/2/2014 |
| 39.6 | November/December 2014 | TX0007944847 | 1/20/2014 | 12/2/2014 |
| 40.1 | January/February 2015. | TX0008035701 | 1/20/2015 | 3/17/2015 |
| 40.2 | March/April 2015 | TX0008035701 | 1/20/2015 | 3/17/2015 |
| 40.3 | May/June 2015 | TX 8 193 364 | 4/20/2015 | 9/24/2015 |
| 40.4 | July/August 2015 | TX 8 193 364 | 7/20/2015 | 9/24/2015 |
| 40.5 | September/October 2015 | TX0008395946 | 9/1/2015 | 3/24/2017 |
| 40.6 | November/December 2015 | TX0008395946 | 11/1/2015 | 3/24/2017 |
| 41.1 | January/February 2016 | TX0008383093 | 12/20/2015 | 3/24/2017 |
| 41.2 | March/April 2016 | TX0008382977 | 2/20/2016 | 3/24/2017 |
| 41.3 | May/June 2016 | TX0008374908 | 4/15/2016 | 3/24/2017 |
| 41.4 | July/August 2016 | TX0008374920 | 6/15/2016 | 2/24/2017 |
| 41.5 | September/October 2016 | TX0008385745 | 8/20/2016 | 3/29/2017 |
| 41.6 | November/December 2016 | TX0008385734 | 10/20/2016 | 3/29/2017 |
| 42.1 | January/February 2017 | TX0008385740 | 12/20/2016 | 3/29/2017 |
| 42.4 | July/August 2017 | TX0008495235 | 6/20/2017 | 9/15/2017 |
| 42.5 | September/October | TX0008495235 | 8/20/2017 | 9/15/2017 |
| 42.6 | November/December 2017 | TX0008559107 | 10/20/2017 | 1/25/2018 |
| 43.1 | January/February 2018 | TX0008559107 | 12/20/2017 | 1/25/2018 |
| 43.2 | March/April 2018 | TX0008613026 | 2/20/2018 | 6/7/2018 |
| 43.3 | May/June 2018 | TX0008613026 | 4/20/2018 | 6/7/2018 |
| 43.4 | July/August 2018 | TX0008657129 | 6/20/2018 | 8/23/2018 |
| 43.5 | September/October 2018 | TX0008657129 | 8/16/2018 | 8/23/2018 |

| Vol.Num | Issue | Registration Number | Date of Publication | Registration date |
|---|---|---|---|---|
| 43.6 | November/December 2018 | TX0008699594 | 10/20/2018 | 2/1/2019 |
| 44.1 | January/February 2019 | TX0008699594 | 10/20/2018 | 2/1/2019 |
| 44.2 | March / April 2019 | TX0008744886 | 2/20/2019 | 5/7/2019 |
| 44.3 | May / June 2019 | TX0008744886 | 4/20/2019 | 5/7/2019 |
| 44.4 | July/August 2019 | TX0008839755 | 6/20/2019 | 10/3/2019 |
| 44.5 | September/October 2019 | TX0008839755 | 8/20/2019 | 10/3/2019 |
| 44.6 | November/December 2019 | TX0008996111 | 10/20/2019 | 5/24/2021 |
| 45.1 | January/February 2020 | TX0008996111 | 12/20/2019 | 5/24/2021 |
| 45.2 | March/April 2020 | TX0008998016 | 2/20/2020 | 5/24/2021 |
| 45.3 | May/June 2020 | TX0008998016 | 4/20/2020 | 5/24/2021 |
| 45.4 | July/August 2020 | TX0008998013 | 6/20/2020 | 5/24/2021 |
| 45.5 | September/October 2020 | TX0008998013 | 8/20/2020 | 5/24/2021 |
|  | SPECIAL ISSUE | TX0008974901 | 10/23/2020 | 5/27/2021 |
| 46.2 | March/April 2021 | TX0008998007 | 2/20/2021 | 5/24/2021 |
| 46.3 | May/June 2021 | TX0008998007 | 4/20/2021 | 5/24/2021 |
| 46.4 | July/August 2021 | TX0009079549 | 6/20/2021 | 12/29/2021 |
| 46.5 | September/October 2021 | TX0009079549 | 8/20/2021 | 12/29/2021 |
| 46.6 | November/December 2021 | TX0009109742 | 10/20/2021 | 2/16/2022 |
| 47.1 | January/February 2022 | TX0009109742 | 12/20/2021 | 2/16/2022 |
| 47.2 | March/April 2022 | TX0009134186 | 2/20/2022 | 5/12/2022 |
| 47.3 | May/June 2022 | TX0009134186 | 4/20/2022 | 5/12/2022 |
| 47.4 | July/August 2022 | TX0009179287 | 6/20/2022 | 9/8/2022 |
| 47.5 | July/August 2022 | TX0009179287 | 8/20/2022 | 9/8/2022 |
| 47.6 | November/December 2022 | TX0009247692 | 10/20/2022 | 2/28/2023 |
| 48.1 | January/February 2022 | TX0009247692 | 12/20/2022 | 2/28/2023 |
| 48.2 | March/April 2023 | TX0009326627 | 2/20/2023 | 7/17/2023 |
| 48.3 | May/June 2023 | TX0009326627 | 4/20/2023 | 7/17/2023 |
| 48.4 | July/August 2023 | TX0009367915 | 6/20/2023 | 11/29/2023 |
| 48.5 | September/October 2023 | TX0009367915 | 8/20/2023 | 11/20/2023 |
| 48.6 | November/December 2023 | TX0009388129 | 10/20/2023 | 3/7/2024 |
| 48.7 | January/February 2024 | TX0009388129 | 12/20/2023 | 3/27/2024 |