# Exhibit 2

Below is a list of URLs of each article from the web domain motherjones.com contained in the OpenWebText training set described in the Complaint.  A data scientist employed by Plaintiff's counsel identified the articles by writing a code that searched through the subfolders at the website: https://mega.nz/folder/EZZD0YwJ#9_PlEQzdMVLaNdKv_ICNVQ/folder/cc4RgQQZ, which contains the links found in OpenWebText.

The text preceding each URL in the following list indicates the subfolder in which the URL is contained, and the line of the URL within that subfolder.  For example, in the first item on the list, the URL http://motherjones.com/politics/2011/08/kevin-jennings-obama-anti-bullying-czar is contained in the subfolder entitled RS_2011-08.bz2.deduped.txt, and is the 491st line of that subfolder.

RS_2011-08.bz2.deduped.txt:491 - http://motherjones.com/politics/2011/08/kevin-jennings-obama-anti-bullying-czar

RS_2011-08.bz2.deduped.txt:1675 - http://motherjones.com/mojo/2011/07/wisconsin-recall-evangelical-republican

RS_2011-08.bz2.deduped.txt:1975 - http://motherjones.com/mojo/2011/08/gary-johnson-for-president

RS_2011-08.bz2.deduped.txt:2009 - http://motherjones.com/kevin-drum/2011/07/why-debt-ceiling-deal-sucks

RS_2011-08.bz2.deduped.txt:2025 - http://motherjones.com/mojo/2011/07/strong-link-found-between-decline-unions-and-rise-income-inequality

RS_2011-08.bz2.deduped.txt:3897 - http://motherjones.com/politics/2011/08/united-states-of-austerity

RS_2011-08.bz2.deduped.txt:4221 - http://motherjones.com/mixed-media/2011/08/missing-martyrs-charles-kurzman-jihadists

RS_2011-08.bz2.deduped.txt:5377 - http://motherjones.com/politics/2011/08/obama-tactics-liberal-anger

RS_2011-08.bz2.deduped.txt:5473 - http://motherjones.com/politics/2011/08/96-year-old-foreclosure-ocwen

RS_2011-08.bz2.deduped.txt:5677 - http://motherjones.com/politics/2011/08/john-boehner-burning-tree-club-sexist-golf

RS_2011-08.bz2.deduped.txt:5942 - http://motherjones.com/blue-marble/2011/08/hell-yeah-free-birth-control

RS_2011-08.bz2.deduped.txt:5995 - http://motherjones.com/blue-marble/2011/08/organized-crime-whacks-lots-cute-animals

RS_2011-08.bz2.deduped.txt:6185 - http://motherjones.com/kevin-drum/2011/08/ever-shrinking-tea-party

RS_2011-08.bz2.deduped.txt:6247 - http://motherjones.com/kevin-drum/2011/08/quote-day-economists-and-great-recession

RS_2011-08.bz2.deduped.txt:6590 - http://motherjones.com/mojo/2011/08/meet-michele-bachmann-foreign-policy-adviser-frank-gaffney

RS_2011-08.bz2.deduped.txt:7181 - http://motherjones.com/politics/2011/08/pelosi-boehner-debt-ceiling-deal

RS_2011-08.bz2.deduped.txt:7740 - http://motherjones.com/politics/2011/08/leroy-carhart-summer-of-mercy

RS_2011-08.bz2.deduped.txt:7902 - http://motherjones.com/kevin-drum/2011/08/quote-day-conservative-nanny-state

RS_2011-08.bz2.deduped.txt:9109 - http://motherjones.com/politics/2011/08/mcconnell-obama-debt-ceiling-fight-supercommittee

RS_2011-08.bz2.deduped.txt:9781 - http://motherjones.com/blue-marble/2011/08/fate-last-great-wilderness

RS_2011-08.bz2.deduped.txt:11574 - http://motherjones.com/tom-philpott/2011/08/cargill-recall-turkey-salmonella

RS_2011-08.bz2.deduped.txt:11845 - http://motherjones.com/mojo/2011/08/bachmann-romney-sign-anti-gay-marriage-pledge

RS_2011-08.bz2.deduped.txt:12010 - http://motherjones.com/mojo/2011/08/obama-debt-deal-independents

RS_2011-08.bz2.deduped.txt:12087 - http://motherjones.com/mojo/2011/08/michele-bachmann-international-baccalaureate-conspiracy

RS_2011-08.bz2.deduped.txt:12331 - http://motherjones.com/photoessays/2008/10/curse-black-gold-niger-delta/01

RS_2011-08.bz2.deduped.txt:12596 - http://motherjones.com/politics/2011/08/michele-bachmann-light-bulbs-agenda-21

RS_2011-08.bz2.deduped.txt:12974 - http://motherjones.com/blue-marble/2011/08/carbon-dioxide-emissions-cost-economy-underestimated

RS_2011-08.bz2.deduped.txt:13336 - http://motherjones.com/tom-philpott/2011/08/salmonella-turkey-antibiotic-resistant

RS_2011-08.bz2.deduped.txt:13572 - http://motherjones.com/politics/2011/08/faa-shutdown-airport-inspectors-work-without-pay

RS_2011-08.bz2.deduped.txt:14724 - http://motherjones.com/kevin-drum/2011/08/neoliberal-dilemma

RS_2011-08.bz2.deduped.txt:14822 - http://motherjones.com/mojo/2011/08/new-york-times-gay-nazis

RS_2011-08.bz2.deduped.txt:15194 - http://motherjones.com/mojo/2011/08/tea-party-liberals-want-break-back-wisconsin

RS_2011-08.bz2.deduped.txt:15214 - http://motherjones.com/politics/2011/08/wisconsin-recall-americans-prosperity-dark-money

RS_2011-08.bz2.deduped.txt:16220 - http://motherjones.com/kevin-drum/2011/08/unions-and-wages

RS_2011-08.bz2.deduped.txt:16246 - http://motherjones.com/blue-marble/2011/08/scientists-obama-keystone-pipeline-letter

RS_2011-08.bz2.deduped.txt:16506 - http://motherjones.com/kevin-drum/2011/08/story-economy

RS_2011-08.bz2.deduped.txt:16529 - http://motherjones.com/blue-marble/2011/08/twitter-astroturf-oil-keystone-xl

RS_2011-08.bz2.deduped.txt:17797 - http://motherjones.com/mojo/2011/08/romney-super-pac-mystery-donor

RS_2011-08.bz2.deduped.txt:18041 - http://motherjones.com/mojo/2011/08/tea-party-nazi-wisconsin-protest-recall

RS_2011-08.bz2.deduped.txt:18350 - http://motherjones.com/mojo/2011/08/what-expect-rick-perrys-prayer-festival-the-response

RS_2011-08.bz2.deduped.txt:18711 - http://motherjones.com/kevin-drum/2011/08/why-sp-wrong?2

RS_2011-08.bz2.deduped.txt:19059 - http://motherjones.com/politics/2011/08/us-special-operations-forces-killed-bin-laden-black-ops-mission

RS_2011-08.bz2.deduped.txt:19378 - http://motherjones.com/mojo/2011/08/wisconsin-recall-poll-jessica-king

RS_2011-08.bz2.deduped.txt:20344 - http://motherjones.com/mojo/2011/08/tea-party-leader-liberalism-has-killed-billion-people

RS_2011-08.bz2.deduped.txt:20412 - http://motherjones.com/kevin-drum/2011/08/drew-westen-takes-no-drama-obama

RS_2011-08.bz2.deduped.txt:20441 - http://motherjones.com/kevin-drum/2011/08/wee-fiscal-timeline?2

RS_2011-08.bz2.deduped.txt:21074 - http://motherjones.com/politics/2011/08/wisconsin-recall-scott-walker-democrat

RS_2011-08.bz2.deduped.txt:22356 - http://motherjones.com/mixed-media/2011/08/weezer-nostalgia-pixies-tour-selling-out

RS_2011-08.bz2.deduped.txt:22371 - http://motherjones.com/kevin-drum/2011/08/we-deserve-our-pain

RS_2011-08.bz2.deduped.txt:22485 - http://motherjones.com/kevin-drum/2011/08/why-market-dropped?2

RS_2011-08.bz2.deduped.txt:22559 - http://motherjones.com/politics/2011/07/ceo-bodyguard-executive-protection

RS_2011-08.bz2.deduped.txt:22895 - http://motherjones.com/politics/2011/08/handicapping-wisconsin-recall-elections

RS_2011-08.bz2.deduped.txt:23768 - http://m.motherjones.com/mojo/2011/08/video-tea-partiers-cheer-downgrade-americas-credit-rating

RS_2011-08.bz2.deduped.txt:23931 - http://motherjones.com/politics/2011/07/ceo-bodyguard-executive-protection?utm_source=feedburner

RS_2011-08.bz2.deduped.txt:23953 - http://motherjones.com/politics/2011/08/state-secrets-fazaga-v-fbi

RS_2011-08.bz2.deduped.txt:24662 - http://motherjones.com/mojo/2011/08/video-tea-partiers-cheer-downgrade-americas-credit-rating

RS_2011-08.bz2.deduped.txt:24765 - http://motherjones.com/politics/2004/01/grover-norquist-soul-new-machine

RS_2011-08.bz2.deduped.txt:25534 - http://motherjones.com/mojo/2011/08/clerks-wi-recall-turnout-hitting-presidential-levels-some-areas

RS_2011-08.bz2.deduped.txt:26537 - http://motherjones.com/mojo/2011/08/tea-party-wisconsin-broke-law

RS_2011-08.bz2.deduped.txt:26923 - http://motherjones.com/photoessays/2011/08/country-gangstaz/fatal-gets-high

RS_2011-08.bz2.deduped.txt:27090 - http://motherjones.com/mojo/2011/08/six-key-recall-statistics-election-day-wisconsin

RS_2011-08.bz2.deduped.txt:28612 - http://motherjones.com/mojo/2011/08/king-abdullah-slams-syria-misses-irony

RS_2011-08.bz2.deduped.txt:28637 - http://motherjones.com/kevin-drum/2011/08/we-are-stupider-we-used-be

RS_2011-08.bz2.deduped.txt:29066 - http://motherjones.com/mojo/2011/08/death-custody-reporting-act

RS_2011-08.bz2.deduped.txt:29424 - http://motherjones.com/kevin-drum/2011/08/liberals-have-been-played-chumps

RS_2011-08.bz2.deduped.txt:30132 - http://motherjones.com/mojo/2011/08/ann-coulter-goproud-gay-icon-council-chair?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2011-08.bz2.deduped.txt:30604 - http://motherjones.com/mojo/2011/08/rumsfeld-torture-lawsuit-human-rights

RS_2011-08.bz2.deduped.txt:31478 - http://motherjones.com/blue-marble/2011/08/mystery-chemical-could-cost-you-miscarriage

RS_2011-08.bz2.deduped.txt:31494 - http://motherjones.com/mojo/2011/08/chart-day-great-american-pay-freeze

RS_2011-08.bz2.deduped.txt:32651 - http://motherjones.com/politics/2011/08/nickel-and-dimed-afterword

RS_2011-08.bz2.deduped.txt:32850 - http://motherjones.com/kevin-drum/2011/08/california-joins-national-popular-vote-movement

RS_2011-08.bz2.deduped.txt:34854 - http://motherjones.com/politics/2011/08/michele-bachmann-auschwitz-movie

RS_2011-08.bz2.deduped.txt:34942 - http://motherjones.com/politics/2011/08/rick-scott-pays-360-year-state-health-insurance

RS_2011-08.bz2.deduped.txt:37005 - http://motherjones.com/mojo/2011/08/bachmann-submission-means-respect

RS_2011-08.bz2.deduped.txt:37039 - http://motherjones.com/mojo/2011/08/wi-gop-recall-challenger-cant-name-single-bill

RS_2011-08.bz2.deduped.txt:37215 - http://motherjones.com/kevin-drum/2011/08/streamlining-small-hydro

RS_2011-08.bz2.deduped.txt:37256 - http://motherjones.com/mojo/2011/08/abortion-laws-didnt-make-news

RS_2011-08.bz2.deduped.txt:37296 - http://motherjones.com/kevin-drum/2011/08/it-looks-stimulus-worked-after-all

RS_2011-08.bz2.deduped.txt:38462 - http://motherjones.com/mojo/2011/08/affordable-care-act-contraception-catholics-conscience-clause

RS_2011-08.bz2.deduped.txt:38752 - http://motherjones.com/kevin-drum/2010/09/about-filibuster-proof-majority

RS_2011-08.bz2.deduped.txt:39464 - http://motherjones.com/mojo/2011/08/stephen-colberts-super-pac-ads-get-cornographic

RS_2011-08.bz2.deduped.txt:39617 - http://motherjones.com/tom-philpott/2011/08/salmonella-chicken-antibiotics-organic

RS_2011-08.bz2.deduped.txt:40055 - http://motherjones.com/kevin-drum/2011/08/why-rick-perry-wont-win

RS_2011-08.bz2.deduped.txt:40630 - http://motherjones.com/blue-marble/2011/08/story-week-cost-healthy-eating

RS_2011-08.bz2.deduped.txt:41561 - http://motherjones.com/mixed-media/2011/08/hash-holy-land

RS_2011-08.bz2.deduped.txt:41624 - http://motherjones.com/contributor/2011/08/mtv-real-world-contract-rape-and-assault-possible-pregnancy-gets-you-canned

RS_2011-08.bz2.deduped.txt:41723 - http://motherjones.com/mojo/2011/08/jon-huntsman-gop-iowa-debate-mitt-romney

RS_2011-08.bz2.deduped.txt:42130 - http://motherjones.com/blue-marble/2011/08/ames-straw-poll-iowa-energy-forum

RS_2011-08.bz2.deduped.txt:42132 - http://motherjones.com/kevin-drum/2011/08/facebook-and-decline-ideas

RS_2011-08.bz2.deduped.txt:42930 - http://motherjones.com/mojo/2011/08/tim-pawlenty-quits-gop-presidential-race-ames

RS_2011-08.bz2.deduped.txt:44412 - http://motherjones.com/blue-marble/2011/08/maternal-deaths-numbers

RS_2011-08.bz2.deduped.txt:45146 - http://motherjones.com/politics/2011/08/michele-bachmann-iowa-frontrunner

RS_2011-08.bz2.deduped.txt:45197 - http://motherjones.com/mojo/2011/08/super-committee-donation-deficit

RS_2011-08.bz2.deduped.txt:45341 - http://motherjones.com/politics/2011/08/new-bethany-ifb-teen-homes-abuse

RS_2011-08.bz2.deduped.txt:46262 - http://motherjones.com/mojo/2011/08/perry-plays-military-respect-card

RS_2011-08.bz2.deduped.txt:46447 - http://motherjones.com/mojo/2011/08/koch-brothers-school-segregation-americans-prosperity

RS_2011-08.bz2.deduped.txt:49010 - http://motherjones.com/mojo/2011/08/michele-bachmann-superstar-celebrity

RS_2011-08.bz2.deduped.txt:49044 - http://motherjones.com/kevin-drum/2011/08/malpractice-reform-yet-another-texas-non-miracle

RS_2011-08.bz2.deduped.txt:49180 - http://motherjones.com/politics/2011/08/john-boehner-burning-tree-lobby

RS_2011-08.bz2.deduped.txt:49419 - http://motherjones.com/mojo/2011/08/rick-perry-molly-ivins

RS_2011-08.bz2.deduped.txt:49793 - http://motherjones.com/politics/2011/08/new-bethany-ifb-teen-homes-abuse?page=1

RS_2011-08.bz2.deduped.txt:49815 - http://motherjones.com/mojo/2011/08/pakistan-china-black-hawk-helicopter

RS_2011-08.bz2.deduped.txt:49820 - http://motherjones.com/blue-marble/2011/08/cnn-tries-fails-cover-mountaintop-removal-coal-mining

RS_2011-08.bz2.deduped.txt:50021 - http://m.motherjones.com/kevin-drum/2011/08/why-rick-perry-wont-win

RS_2011-08.bz2.deduped.txt:50777 - http://motherjones.com/mojo/2011/08/bart-cell-phone

RS_2011-08.bz2.deduped.txt:50909 - http://motherjones.com/kevin-drum/2011/08/rick-perry-gets-suckered-urban-legend

RS_2011-08.bz2.deduped.txt:50971 - http://motherjones.com/politics/2011/08/new-bethany-ifb-teen-homes-abuse?page=2

RS_2011-08.bz2.deduped.txt:51528 - http://motherjones.com/rights-stuff/2011/08/quote-day-ohio-senator-edition

RS_2011-08.bz2.deduped.txt:51840 - http://motherjones.com/kevin-drum/2011/08/girl-forced-apologize-boy-who-raped-her

RS_2011-08.bz2.deduped.txt:51947 - http://motherjones.com/mojo/2011/08/kasich-unions-bargaining-deal

RS_2011-08.bz2.deduped.txt:51979 - http://m.motherjones.com/tom-philpott/2011/08/beer-charts

RS_2011-08.bz2.deduped.txt:52554 - http://motherjones.com/mojo/2011/08/republicans-divided-impeaching-president-obama

RS_2011-08.bz2.deduped.txt:52604 - http://motherjones.com/print/114956

RS_2011-08.bz2.deduped.txt:52652 - http://motherjones.com/mojo/2011/08/rick-perrys-10-worst-crony-capitalists-0

RS_2011-08.bz2.deduped.txt:52658 - http://motherjones.com/mojo/2011/08/birther-airman-goes-awol-protest-obama-video

RS_2011-08.bz2.deduped.txt:52881 - http://motherjones.com/kevin-drum/2011/08/closer-look-texas-miracle

RS_2011-08.bz2.deduped.txt:53257 - http://motherjones.com/tom-philpott/2011/08/beer-charts

RS_2011-08.bz2.deduped.txt:53285 - http://motherjones.com/tom-philpott/2011/08/howard-buffett-wrong-about-africa

RS_2011-08.bz2.deduped.txt:54233 - http://motherjones.com/blue-marble/2011/08/anwr-wilderness-designation

RS_2011-08.bz2.deduped.txt:54324 - http://motherjones.com/kevin-drum/2011/08/barack-obamas-real-opponent

RS_2011-08.bz2.deduped.txt:54773 - http://motherjones.com/mojo/2011/08/wisconsin-recall-democrat-defend-republican

RS_2011-08.bz2.deduped.txt:55614 - http://motherjones.com/kevin-drum/2011/08/quote-day-how-old-earth

RS_2011-08.bz2.deduped.txt:55825 - http://motherjones.com/kevin-drum/2011/08/chart-day-panicking-about-dollar

RS_2011-08.bz2.deduped.txt:55975 - http://motherjones.com/blue-marble/2011/08/tea-party-mountaintop-removal-mining-survey?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2FTheBlueMarble+%28Mother+Jones+|+The+Blue+Marble%29

RS_2011-08.bz2.deduped.txt:56469 - http://motherjones.com/mojo/2011/08/flashback-rick-perry-supports-criminalizing-gay-sex

RS_2011-08.bz2.deduped.txt:56501 - http://motherjones.com/kevin-drum/2011/08/hating-epa

RS_2011-08.bz2.deduped.txt:56572 - http://motherjones.com/blue-marble/2011/08/new-BP-leak-gulf-mexico

RS_2011-08.bz2.deduped.txt:56613 - http://motherjones.com/blue-marble/2011/08/new-BP-leak-gulf-mexico?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2FTheBlueMarble+%28Mother+Jones+%7C+The+Blue+Marble%29

RS_2011-08.bz2.deduped.txt:56852 - http://motherjones.com/mojo/2011/08/elizabeth-warren-vs-scott-brown-massachusetts-senate

RS_2011-08.bz2.deduped.txt:57431 - http://motherjones.com/mojo/2011/08/rep-allen-west-muslim-group-nuts

RS_2011-08.bz2.deduped.txt:57758 - http://motherjones.com/tom-philpott/2011/08/mexico-monsanto-climate-change

RS_2011-08.bz2.deduped.txt:57925 - http://motherjones.com/politics/2011/08/michele-bachmann-not-doctor-phd

RS_2011-08.bz2.deduped.txt:57960 - http://motherjones.com/kevin-drum/2011/08/presidential-vacation-watch

RS_2011-08.bz2.deduped.txt:59846 - http://motherjones.com/tom-philpott/2011/08/monsantos-roundup-herbicide-soil-damage

RS_2011-08.bz2.deduped.txt:60665 - http://motherjones.com/mojo/2011/08/yes-texas-public-schools-teach-creationism

RS_2011-08.bz2.deduped.txt:60753 - http://motherjones.com/kevin-drum/2011/07/breaking-down-lucky-duckies

RS_2011-08.bz2.deduped.txt:61218 - http://motherjones.com/politics/2011/08/rick-perry-tea-party?2

RS_2011-08.bz2.deduped.txt:62837 - http://motherjones.com/blue-marble/2011/08/tea-party-mountaintop-removal-mining-survey

RS_2011-08.bz2.deduped.txt:63004 - http://motherjones.com/media/2011/08/zina-saunders-koch-brothers

RS_2011-08.bz2.deduped.txt:63077 - http://motherjones.com/mojo/2011/08/bachmann-soviets-are-coming

RS_2011-08.bz2.deduped.txt:63357 - http://motherjones.com/mojo/2011/08/stories-about-rick-perry

RS_2011-08.bz2.deduped.txt:63758 - http://motherjones.com/kevin-drum/2009/04/chart-day-4212009

RS_2011-08.bz2.deduped.txt:64670 - http://motherjones.com/slideshows/2011/08/abusive-religious-reform-homes/new-bethany-residents

RS_2011-08.bz2.deduped.txt:64678 - http://motherjones.com/blue-marble/2011/08/shells-north-sea-problem

RS_2011-08.bz2.deduped.txt:64708 - http://motherjones.com/mojo/2011/08/bank-america-rick-perry-we-will-help-you-out

RS_2011-08.bz2.deduped.txt:65588 - http://motherjones.com/mojo/2011/08/iran-sentences-mojo-contributor-8-years-prison

RS_2011-08.bz2.deduped.txt:65619 - http://motherjones.com/special-reports/2011/08/fbi-terrorist-informants

RS_2011-08.bz2.deduped.txt:65853 - http://motherjones.com/politics/2011/08/proxy-detention-gulet-mohamed

RS_2011-08.bz2.deduped.txt:67782 - http://motherjones.com/kevin-drum/2011/08/chart-day-manufacturing-down-down-down

RS_2011-08.bz2.deduped.txt:67999 - http://motherjones.com/mojo/2011/08/hate-group-family-research-council-pork

RS_2011-08.bz2.deduped.txt:68378 - http://motherjones.com/kevin-drum/2011/08/zombie-idea-watch-raising-retirement-age

RS_2011-08.bz2.deduped.txt:68636 - http://motherjones.com/kevin-drum/2011/08/rick-perrys-unfortunate-book

RS_2011-08.bz2.deduped.txt:69057 - http://motherjones.com/mojo/2011/08/oil-rush-back-libya

RS_2011-08.bz2.deduped.txt:70459 - http://motherjones.com/politics/2011/08/fbi-terrorist-informants

RS_2011-08.bz2.deduped.txt:70616 - http://motherjones.com/politics/2011/08/brandon-darby-anarchist-fbi-terrorism?page=1

RS_2011-08.bz2.deduped.txt:70762 - http://motherjones.com/kevin-drum/2011/08/repealing-16th-amendment

RS_2011-08.bz2.deduped.txt:71110 - http://motherjones.com/politics/2011/08/brandon-darby-anarchist-fbi-terrorism

RS_2011-08.bz2.deduped.txt:71988 - http://motherjones.com/mojo/2011/08/poll-bachmann-peaked-ames-birthers-not-going-away

RS_2011-08.bz2.deduped.txt:72912 - http://motherjones.com/mojo/2011/08/even-teen-birth-rates-are-bigger-texas

RS_2011-08.bz2.deduped.txt:73183 - http://motherjones.com/mojo/2011/08/paul-ryan-congress-town-hall

RS_2011-08.bz2.deduped.txt:73711 - http://motherjones.com/politics/2011/08/terror-trials-numbers

RS_2011-08.bz2.deduped.txt:73764 - http://motherjones.com/mojo/2011/08/noncitizens-bia-ruling-miranda

RS_2011-08.bz2.deduped.txt:75072 - http://motherjones.com/kevin-drum/2011/08/goodbye-fairness-doctrine

RS_2011-08.bz2.deduped.txt:76103 - http://motherjones.com/mojo/2011/08/rick-perry-vows-defund-planned-parenthood

RS_2011-08.bz2.deduped.txt:77021 - http://motherjones.com/blue-marble/2011/08/pipeline-protesters-keystone-xl-tar-sands

RS_2011-08.bz2.deduped.txt:77106 - http://motherjones.com/mojo/2011/08/big-labor-eyes-super-pac-playing-field

RS_2011-08.bz2.deduped.txt:77315 - http://motherjones.com/blue-marble/2011/08/earthquake-dc-explainer

RS_2011-08.bz2.deduped.txt:78540 - http://motherjones.com/blue-marble/2011/08/sewage-snow-peaks-arizona-snowbowl

RS_2011-08.bz2.deduped.txt:79429 - http://motherjones.com/mojo/2011/08/super-pacs-liberal-conservative-funders

RS_2011-08.bz2.deduped.txt:79433 - http://motherjones.com/environment/2011/08/bill-mckibben-arrested-keystone-xl-pipeline

RS_2011-08.bz2.deduped.txt:79597 - http://motherjones.com/blue-marble/2011/08/climate-change-war-el-nino

RS_2011-08.bz2.deduped.txt:79693 - http://motherjones.com/mojo/2011/08/florida-welfare-drug-test-costs

RS_2011-08.bz2.deduped.txt:80410 - http://motherjones.com/mojo/2011/08/report-government-action-needed-save-tea-party-favorite-snake

RS_2011-08.bz2.deduped.txt:80595 - http://motherjones.com/mojo/2011/08/nypd-domestic-cia

RS_2011-08.bz2.deduped.txt:80834 - http://motherjones.com/mojo/2011/08/anti-immigrant-activist-warns-obama-plot-end-white-america?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29&utm_content=FaceBook

RS_2011-08.bz2.deduped.txt:81100 - http://motherjones.com/mojo/2011/08/anti-immigrant-activist-warns-obama-plot-end-white-america

RS_2011-08.bz2.deduped.txt:81575 - http://motherjones.com/contributor/2011/08/greatest-110-words-about-dick-cheney-ever

RS_2011-08.bz2.deduped.txt:83116 - http://motherjones.com/blue-marble/2011/08/yep-thats-bps-oil

RS_2011-08.bz2.deduped.txt:83374 - http://motherjones.com/blue-marble/2011/08/koch-industries-fights-chemical-plants-safety-measures

RS_2011-08.bz2.deduped.txt:83715 - http://motherjones.com/mojo/2011/08/rick-perry-michele-bachmann-dominionism

RS_2011-08.bz2.deduped.txt:84270 - http://motherjones.com/politics/2011/08/paul-ryan-dodge-town-halls

RS_2011-08.bz2.deduped.txt:84753 - http://motherjones.com/kevin-drum/2011/08/fear-and-loathing-federal-reserve

RS_2011-08.bz2.deduped.txt:84796 - http://motherjones.com/kevin-drum/2011/08/end-refrigeration

RS_2011-08.bz2.deduped.txt:84839 - http://motherjones.com/blue-marble/2011/08/california-methyl-iodide-scientists

RS_2011-08.bz2.deduped.txt:85117 - http://motherjones.com/kevin-drum/2011/08/our-oil-constrained-future

RS_2011-08.bz2.deduped.txt:85118 - http://motherjones.com/mojo/2011/08/whats-army-hiding-ft-hood

RS_2011-08.bz2.deduped.txt:85258 - http://motherjones.com/politics/2011/08/osama-bin-laden-killing-media

RS_2011-08.bz2.deduped.txt:85330 - http://motherjones.com/kevin-drum/2011/08/public-debt-and-great-meltdown

RS_2011-08.bz2.deduped.txt:86580 - http://motherjones.com/politics/2011/07/ron-paul-texas-federal-spending-pork?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2011-08.bz2.deduped.txt:86636 - http://motherjones.com/print/123691

RS_2011-08.bz2.deduped.txt:87331 - http://motherjones.com/mojo/2011/08/rikers-island-prisoners-irene

RS_2011-08.bz2.deduped.txt:88358 - http://motherjones.com/mojo/2011/08/mlk-jr-memorial-brought-you-bp

RS_2011-08.bz2.deduped.txt:88562 - http://motherjones.com/kevin-drum/2011/08/independents-finally-getting-fed

RS_2011-08.bz2.deduped.txt:88743 - http://motherjones.com/mojo/2011/08/newt-gingrich-campaign-fundraising-machine-shuts-down

RS_2011-08.bz2.deduped.txt:90737 - http://motherjones.com/rights-stuff/2011/08/ohio-declines-federal-unemployment-funds-battered-women

RS_2011-08.bz2.deduped.txt:91414 - http://motherjones.com/blue-marble/2011/08/why-are-white-guys-climate-skeptics

RS_2011-08.bz2.deduped.txt:91528 - http://motherjones.com/blue-marble/2011/08/antibacterials-triclosan-ban-epa-nanny-state

RS_2011-08.bz2.deduped.txt:92029 - http://motherjones.com/blue-marble/2011/08/bachmann-calls-drilling-everglades

RS_2011-08.bz2.deduped.txt:92055 - http://motherjones.com/mojo/2011/08/chamber-lobbyist-michael-mukasey-bush

RS_2011-08.bz2.deduped.txt:92062 - http://motherjones.com/mojo/2011/08/rick-perry-reading-list-charles-stanley-muslims

RS_2011-08.bz2.deduped.txt:92222 - http://motherjones.com/mojo/2011/08/bachmann-hurricane-earthquake-were-messages-god

RS_2011-08.bz2.deduped.txt:92370 - http://motherjones.com/mojo/2011/08/chamber-lobbyist-michael-mukasey-bush?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+|+MoJoBlog%29

RS_2011-08.bz2.deduped.txt:92553 - http://motherjones.com/blue-marble/2011/08/triclosan-antibacterial-fda

RS_2011-08.bz2.deduped.txt:92719 - http://motherjones.com/kevin-drum/2011/08/who-you-gonna-believe

RS_2011-08.bz2.deduped.txt:92975 - http://motherjones.com/mojo/2011/08/rick-perry-texas-transparency-governor

RS_2011-08.bz2.deduped.txt:93619 - http://motherjones.com/politics/2011/08/nuclear-weapons-plant-kansas-city

RS_2011-08.bz2.deduped.txt:95222 - http://motherjones.com/kevin-drum/2011/08/public-works-are-better-idea-payroll-tax-holiday

RS_2011-08.bz2.deduped.txt:95485 - http://motherjones.com/mojo/2011/08/center-constitutional-rights-obama-wiretap

RS_2011-08.bz2.deduped.txt:96088 - http://motherjones.com/kevin-drum/2011/08/why-do-bankers-hate-inflation

RS_2011-08.bz2.deduped.txt:96172 - http://motherjones.com/kevin-drum/2011/08/no-expertise-please-were-republicans

RS_2011-08.bz2.deduped.txt:96385 - http://motherjones.com/mojo/2011/08/are-virginas-new-abortion-regs-worst-yet

RS_2011-08.bz2.deduped.txt:96585 - http://motherjones.com/tom-philpott/2011/08/monsanto-gm-super-insects

RS_2011-08.bz2.deduped.txt:96591 - http://motherjones.com/mojo/2011/08/watch-national-guard-needs-irene-rescue-video

RS_2011-08.bz2.deduped.txt:97136 - http://motherjones.com/politics/2011/08/rick-perry-finance-george-seay

RS_2011-08.bz2.deduped.txt:98695 - http://motherjones.com/mojo/2011/08/new-report-muslim-americans-arent-terrorists

RS_2011-08.bz2.deduped.txt:98814 - http://motherjones.com/mojo/2011/08/new-report-muslim-americans-arent-terrorists?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+|+MoJoBlog%29&utm_content=FaceBook

RS_2011-08.bz2.deduped.txt:100282 - http://motherjones.com/mojo/2011/08/one-third-wartime-contracting-funds-wasted

RS_2011-08.bz2.deduped.txt:100428 - http://motherjones.com/blue-marble/2011/08/tar-sands-promoters-turn-oprah-fans-support

RS_2011-08.bz2.deduped.txt:100544 - http://motherjones.com/politics/2011/08/gop-smear-campaign-elizabeth-warren

RS_2011-08.bz2.deduped.txt:101148 - http://motherjones.com/kevin-drum/2011/02/chart-day-republican-vs-democratic-spending

RS_2011-05.bz2.deduped.txt:566 - http://motherjones.com/politics/2011/04/gop-prison-privatization-ohio-florida-minnesota

RS_2011-05.bz2.deduped.txt:2725 - http://motherjones.com/mojo/2011/05/osama-bin-laden-dead

RS_2011-05.bz2.deduped.txt:2738 - http://motherjones.com/mojo/2011/05/did-wisconsin-gopers-forge-dead-mans-signature-recall-effort

RS_2011-05.bz2.deduped.txt:2754 - http://motherjones.com/environment/2011/04/who-killed-electric-car-chris-paine

RS_2011-05.bz2.deduped.txt:2785 - http://motherjones.com/kevin-drum/2011/05/pakistan-aig-nation-states

RS_2011-05.bz2.deduped.txt:3331 - http://motherjones.com/mojo/2011/05/osama-bin-laden-killed-white-house-background-report

RS_2011-05.bz2.deduped.txt:5480 - http://motherjones.com/mojo/2011/05/gop-re-redefine-rape

RS_2011-05.bz2.deduped.txt:5486 - http://motherjones.com/mojo/2011/05/republicans-bush-torture-osama-bin-laden

RS_2011-05.bz2.deduped.txt:5510 - http://motherjones.com/politics/2011/04/redefine-rape-hr-3-abortion-stealth

RS_2011-05.bz2.deduped.txt:5709 - http://motherjones.com/mojo/2011/05/holder-bin-laden-gop-judiciary-committee

RS_2011-05.bz2.deduped.txt:5913 - http://motherjones.com/mojo/2011/05/conservative-responses-killing-osama-bin-laden

RS_2011-05.bz2.deduped.txt:6250 - http://motherjones.com/politics/2011/05/osama-bin-laden-op-obama-bets-house

RS_2011-05.bz2.deduped.txt:6761 - http://motherjones.com/politics/2011/05/bin-laden-dead-jihadi-right-wing-reaction

RS_2011-05.bz2.deduped.txt:7432 - http://motherjones.com/politics/2011/05/medicaid-cuts-repeal-republicans

RS_2011-05.bz2.deduped.txt:7687 - http://motherjones.com/kevin-drum/2011/05/federalize-medicaid

RS_2011-05.bz2.deduped.txt:7720 - http://motherjones.com/mojo/2011/05/lindsey-graham-osama-abu-ghraib-graphic-photo-flip-flop

RS_2011-05.bz2.deduped.txt:7844 - http://motherjones.com/kevin-drum/2011/05/public-records-should-bepublic

RS_2011-05.bz2.deduped.txt:8207 - http://motherjones.com/blue-marble/2011/05/bp-fined-alaska-pipeline-oil

RS_2011-05.bz2.deduped.txt:8425 - http://motherjones.com/politics/2011/05/mitt-romney-new-hampshire-keough-2012

RS_2011-05.bz2.deduped.txt:8624 - http://motherjones.com/mojo/2011/05/house-debating-voting-redefining-rape-bill-hr-3-today

RS_2011-05.bz2.deduped.txt:10320 - http://motherjones.com/mojo/2011/05/us-intervenes-cairo-illinois-mississippi-flood

RS_2011-05.bz2.deduped.txt:10981 - http://motherjones.com/mojo/2011/05/david-barton-new-york-times-huckabee

RS_2011-05.bz2.deduped.txt:11047 - http://motherjones.com/kevin-drum/2011/05/gop-throws-ryan-under-bus

RS_2011-05.bz2.deduped.txt:11053 - http://motherjones.com/politics/2011/04/paul-ryan-labor-unions-wisconsin

RS_2011-05.bz2.deduped.txt:11426 - http://motherjones.com/print/111472

RS_2011-05.bz2.deduped.txt:11874 - http://motherjones.com/mojo/2011/05/alabama-anti-immigration-bill-beason

RS_2011-05.bz2.deduped.txt:12251 - http://motherjones.com/mojo/2011/05/alabama-anti-immigration-bill-beason?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2011-05.bz2.deduped.txt:13138 - http://motherjones.com/politics/2011/04/redefine-rape-hr-3-abortion-stealth?page=2

RS_2011-05.bz2.deduped.txt:13588 - http://motherjones.com/mojo/2011/05/gop-still-trying-fundraise-ryan-plan

RS_2011-05.bz2.deduped.txt:13700 - http://motherjones.com/mojo/2011/05/pawlenty-im-sorry-i-once-cared-about-climate

RS_2011-05.bz2.deduped.txt:13776 - http://motherjones.com/kevin-drum/2011/05/eating-poor

RS_2011-05.bz2.deduped.txt:14501 - http://motherjones.com/politics/2011/05/dick-cheney-obama-osama-bin-laden-apology

RS_2011-05.bz2.deduped.txt:18269 - http://motherjones.com/kevin-drum/2011/05/termite-infestations-financial-system

RS_2011-05.bz2.deduped.txt:18347 - http://motherjones.com/kevin-drum/2011/05/republicans-and-medicare

RS_2011-05.bz2.deduped.txt:18796 - http://motherjones.com/kevin-drum/2011/05/germanys-revenge

RS_2011-05.bz2.deduped.txt:19833 - http://motherjones.com/mojo/2011/05/navy-will-perform-same-sex-marriage

RS_2011-05.bz2.deduped.txt:20068 - http://motherjones.com/mojo/2011/05/wrong-side-tracks

RS_2011-05.bz2.deduped.txt:20131 - http://motherjones.com/mojo/2011/05/new-birther-conspiracy-its-trap

RS_2011-05.bz2.deduped.txt:20256 - http://motherjones.com/politics/2011/05/air-traffic-controller-faa

RS_2011-05.bz2.deduped.txt:21676 - http://motherjones.com/mojo/2011/05/real-prize-osama-bin-laden-raid

RS_2011-05.bz2.deduped.txt:22333 - http://motherjones.com/politics/2011/04/william-j-bennetta-textbook-league

RS_2011-05.bz2.deduped.txt:22894 - http://motherjones.com/mixed-media/2011/05/sex-toy-maker-thanks-seals-killing-bin-laden-fleshlight

RS_2011-05.bz2.deduped.txt:24545 - http://motherjones.com/politics/2011/05/elizabeth-warren-cfpb-community-banks

RS_2011-05.bz2.deduped.txt:25805 - http://motherjones.com/blue-marble/2011/05/online-creationist-textbook-proposed-texas

RS_2011-05.bz2.deduped.txt:25904 - http://motherjones.com/mojo/2011/05/can-obama-really-win-texas

RS_2011-05.bz2.deduped.txt:25935 - http://motherjones.com/mojo/2011/05/green-new-red-crackdown-environmental-activists

RS_2011-05.bz2.deduped.txt:26218 - http://motherjones.com/kevin-drum/2011/05/deficit-chart-republicans-hate

RS_2011-05.bz2.deduped.txt:26466 - http://motherjones.com/politics/2011/05/mcdonalds-national-hiring-day

RS_2011-05.bz2.deduped.txt:28210 - http://motherjones.com/mojo/2011/05/donald-trump-poll-gop-2012-plummet

RS_2011-05.bz2.deduped.txt:28213 - http://motherjones.com/politics/2011/05/mike-huckabee-janet-porter-soviet-spy

RS_2011-05.bz2.deduped.txt:28258 - http://motherjones.com/environment/2011/05/bin-laden-burial-at-sea

RS_2011-05.bz2.deduped.txt:28753 - http://motherjones.com/mojo/2011/05/ceo-executive-pay-layoffs

RS_2011-05.bz2.deduped.txt:28886 - http://motherjones.com/politics/2011/05/tea-party-constitution-week-skousen

RS_2011-05.bz2.deduped.txt:28965 - http://motherjones.com/mojo/2011/05/charles-koch-florida-state-academic-freedom

RS_2011-05.bz2.deduped.txt:29545 - http://motherjones.com/kevin-drum/2011/05/fun-charts-making-rich-look-poor

RS_2011-05.bz2.deduped.txt:29561 - http://motherjones.com/blue-marble/2011/05/33-anti-abortion-laws-enacted-april

RS_2011-05.bz2.deduped.txt:31281 - http://motherjones.com/politics/2006/03/intellectual-property-run-amok

RS_2011-05.bz2.deduped.txt:31558 - http://motherjones.com/kevin-drum/2011/05/alan-simpson-social-security-illiterate

RS_2011-05.bz2.deduped.txt:32009 - http://motherjones.com/mojo/2011/05/legal-advocates-slam-tea-party-schools-plan

RS_2011-05.bz2.deduped.txt:32011 - http://motherjones.com/kevin-drum/2011/05/raise-retirement-age-screw-poor

RS_2011-05.bz2.deduped.txt:32807 - http://motherjones.com/kevin-drum/2011/05/fox-news-social-movement

RS_2011-05.bz2.deduped.txt:34685 - http://motherjones.com/kevin-drum/2011/05/sweet-smell-secret-campaign-cash

RS_2011-05.bz2.deduped.txt:34689 - http://motherjones.com/mojo/2011/05/newt-gingrich-loves-lockheed-martin

RS_2011-05.bz2.deduped.txt:34831 - http://motherjones.com/mojo/2011/05/hypocrisy-darell-issa

RS_2011-05.bz2.deduped.txt:35521 - http://motherjones.com/blue-marble/2011/05/coal-scholastic-teachcoal

RS_2011-05.bz2.deduped.txt:35533 - http://motherjones.com/politics/1984/11/newt-gingrich-shining-knight-post-reagan-right

RS_2011-05.bz2.deduped.txt:35750 - http://motherjones.com/blue-marble/2011/05/chimps-hunting-monkeys-closer-extinction

RS_2011-05.bz2.deduped.txt:35951 - http://motherjones.com/media/2011/04/vivian-maier-john-maloof

RS_2011-05.bz2.deduped.txt:36862 - http://motherjones.com/kevin-drum/2011/05/kafka-and-credit-bureaus

RS_2011-05.bz2.deduped.txt:38785 - http://motherjones.com/mojo/2011/05/extreme-ron-paul-president-2012

RS_2011-05.bz2.deduped.txt:39513 - http://motherjones.com/kevin-drum/2011/05/death-uncertainty

RS_2011-05.bz2.deduped.txt:40616 - http://motherjones.com/politics/2011/03/james-bopp-citizens-united

RS_2011-05.bz2.deduped.txt:41492 - http://motherjones.com/mojo/2011/05/pawlenty-donors-republican

RS_2011-05.bz2.deduped.txt:41495 - http://motherjones.com/rights-stuff/2011/05/nuremberg-libya

RS_2011-05.bz2.deduped.txt:41696 - http://motherjones.com/blue-marble/2011/05/does-monster-flood-have-fuel-monster-dead-zone-too

RS_2011-05.bz2.deduped.txt:41719 - http://motherjones.com/kevin-drum/2011/05/oil-and-finance

RS_2011-05.bz2.deduped.txt:42169 - http://motherjones.com/mojo/2011/05/pelosi-district-health-care-waivers

RS_2011-05.bz2.deduped.txt:42780 - http://motherjones.com/kevin-drum/2011/05/where-bill-rights-goes-die

RS_2011-05.bz2.deduped.txt:43543 - http://motherjones.com/politics/2011/05/michele-bachmann-bradlee-dean

RS_2011-05.bz2.deduped.txt:45475 - http://motherjones.com/kevin-drum/2011/05/potatoes-and-constitution

RS_2011-05.bz2.deduped.txt:45556 - http://motherjones.com/blue-marble/2011/05/seante-GOP-oil-courts

RS_2011-05.bz2.deduped.txt:45757 - http://motherjones.com/blue-marble/2011/05/asia-pulp-paper-tea-party-tigers

RS_2011-05.bz2.deduped.txt:46925 - http://motherjones.com/politics/1984/11/newt-gingrich-shining-knight-post-reagan-right?page=2

RS_2011-05.bz2.deduped.txt:47220 - http://motherjones.com/kevin-drum/2011/05/quote-day-truth-libel

RS_2011-05.bz2.deduped.txt:47834 - http://motherjones.com/mojo/2011/05/dondi-dead-elephant-terrorist-watch

RS_2011-05.bz2.deduped.txt:47836 - http://motherjones.com/kevin-drum/2011/05/chart-day-unemployment-falls-radar

RS_2011-05.bz2.deduped.txt:47841 - http://motherjones.com/mojo/2011/05/bachmann-gingrich-addressing-anti-gay-hate-group

RS_2011-05.bz2.deduped.txt:47881 - http://motherjones.com/blue-marble/2011/05/why-secrecy-airport-scanners

RS_2011-05.bz2.deduped.txt:48882 - http://motherjones.com/kevin-drum/2011/05/throwing-tea-party-under-bus

RS_2011-05.bz2.deduped.txt:49976 - http://motherjones.com/politics/2011/05/democrats-obama-dark-money-2012

RS_2011-05.bz2.deduped.txt:50985 - http://motherjones.com/kevin-drum/2011/05/how-not-fix-medicare

RS_2011-05.bz2.deduped.txt:52308 - http://motherjones.com/kevin-drum/2011/05/chart-day-where-debt-comes

RS_2011-05.bz2.deduped.txt:52640 - http://motherjones.com/mojo/2011/05/bachmanns-head-banging-bff-address-minnesota-house-chaos-ensues?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+|+MoJoBlog%29

RS_2011-05.bz2.deduped.txt:52871 - http://motherjones.com/kevin-drum/2011/05/taxing-rich-bad-for-the-rich

RS_2011-05.bz2.deduped.txt:53882 - http://motherjones.com/blue-marble/2011/05/world-ending-may-21-rapture

RS_2011-05.bz2.deduped.txt:55885 - http://motherjones.com/mojo/2011/05/bachmanns-head-banging-bff-address-minnesota-house-chaos-ensues

RS_2011-05.bz2.deduped.txt:57906 - http://motherjones.com/mojo/2011/05/need-grows-states-slash-welfare-benefits

RS_2011-05.bz2.deduped.txt:58053 - http://motherjones.com/blue-marble/2010/09/carters-solar-panel-returns-dc

RS_2011-05.bz2.deduped.txt:58630 - http://motherjones.com/politics/2011/05/herman-cain-aquila-lawsuit-2012

RS_2011-05.bz2.deduped.txt:59910 - http://motherjones.com/mojo/2011/05/focus-family-weve-lost-gay-marriage

RS_2011-05.bz2.deduped.txt:60908 - http://motherjones.com/mixed-media/2011/05/do-republicans-make-tougher-professors

RS_2011-05.bz2.deduped.txt:62112 - http://motherjones.com/blue-marble/2011/05/micronesia-climate-change-litigation-conference

RS_2011-05.bz2.deduped.txt:62397 - http://motherjones.com/kevin-drum/2011/05/failure-cynicism

RS_2011-05.bz2.deduped.txt:62540 - http://motherjones.com/kevin-drum/2011/05/french-justice-american-justice

RS_2011-05.bz2.deduped.txt:64459 - http://m.motherjones.com/politics/2011/05/herman-cain-aquila-lawsuit-2012?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29&utm_content=Twitter

RS_2011-05.bz2.deduped.txt:64493 - http://motherjones.com/politics/2011/05/top-5-epa-conspiracy-theories

RS_2011-05.bz2.deduped.txt:64551 - http://motherjones.com/blue-marble/2011/05/will-kochs-benefit-proposed-tar-sands-pipeline

RS_2011-05.bz2.deduped.txt:64952 - http://motherjones.com/kevin-drum/2011/05/cornering-oil-market-easier-you-think

RS_2011-05.bz2.deduped.txt:65351 - http://motherjones.com/mojo/2011/05/elizabeth-warren-mchenry-congress-liar

RS_2011-05.bz2.deduped.txt:65492 - http://motherjones.com/kevin-drum/2011/05/republican-message

RS_2011-05.bz2.deduped.txt:65595 - http://motherjones.com/politics/2011/05/california-prison-overcrowding-photos/crowded-dorm

RS_2011-05.bz2.deduped.txt:65753 - http://motherjones.com/politics/2011/05/california-prison-overcrowding-photos

RS_2011-05.bz2.deduped.txt:65819 - http://motherjones.com/mojo/2011/05/herman-cains-muslim-problem

RS_2011-05.bz2.deduped.txt:66156 - http://motherjones.com/politics/2007/08/what-works-troubled-teens

RS_2011-05.bz2.deduped.txt:67122 - http://motherjones.com/politics/2011/05/tim-pawlenty-time-for-truth-2012

RS_2011-05.bz2.deduped.txt:67133 - http://motherjones.com/blue-marble/2011/05/warmer-ocean-fueling-tornadoes

RS_2011-05.bz2.deduped.txt:67274 - http://motherjones.com/politics/2011/05/gop-budget-hatchet-man?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2011-05.bz2.deduped.txt:67958 - http://motherjones.com/mojo/2011/05/rudy-giuliani-seriously-running-president

RS_2011-05.bz2.deduped.txt:68529 - http://motherjones.com/kevin-drum/2011/05/graying-america

RS_2011-05.bz2.deduped.txt:68805 - http://motherjones.com/mojo/2011/01/tis-season-ill-conceived-budget-cuts

RS_2011-05.bz2.deduped.txt:69453 - http://motherjones.com/mojo/2011/05/how-dems-could-fail-medicare

RS_2011-05.bz2.deduped.txt:69526 - http://motherjones.com/politics/2011/05/fetal-pain-bills

RS_2011-05.bz2.deduped.txt:69693 - http://motherjones.com/politics/2011/05/california-prison-overcrowding-photos/state-prison-los-angeles

RS_2011-05.bz2.deduped.txt:70315 - http://motherjones.com/politics/2011/05/birtherism-otherism-romney-gingrich-2012?=5

RS_2011-05.bz2.deduped.txt:70571 - http://motherjones.com/mixed-media/2011/05/venn-diagram-rape-vs-flat-tire

RS_2011-05.bz2.deduped.txt:70832 - http://motherjones.com/mojo/2011/05/worldnet-daily-cant-take-joke

RS_2011-05.bz2.deduped.txt:70839 - http://motherjones.com/politics/2011/05/gop-muslim-vote-2012

RS_2011-05.bz2.deduped.txt:71350 - http://motherjones.com/politics/2011/05/gop-budget-hatchet-man

RS_2011-05.bz2.deduped.txt:71363 - http://motherjones.com/kevin-drum/2010/05/healthcare-costs-going

RS_2011-05.bz2.deduped.txt:71981 - http://motherjones.com/media/2011/04/bear-grylls-steven-rinella-cody-lundin

RS_2011-05.bz2.deduped.txt:72461 - http://motherjones.com/media/2011/05/chester-brown-prostitution-comic-memoir

RS_2011-05.bz2.deduped.txt:72468 - http://motherjones.com/mojo/2011/05/democrats-medicaid-republicans-2012-election

RS_2011-05.bz2.deduped.txt:72537 - http://motherjones.com/mojo/2011/05/republican-plan-jobs-boehner-cantor

RS_2011-05.bz2.deduped.txt:72823 - http://motherjones.com/politics/2011/02/income-inequality-in-america-chart-graph??

RS_2011-05.bz2.deduped.txt:73963 - http://motherjones.com/kevin-drum/2011/05/why-not-let-dead-pay-medicare

RS_2011-05.bz2.deduped.txt:75225 - http://motherjones.com/blue-marble/2011/05/noaa-gambles-future-bluefin-tuna

RS_2011-05.bz2.deduped.txt:75227 - http://motherjones.com/kevin-drum/2011/05/lead-prisons-and-crack-explaining-drop-violent-crime

RS_2011-05.bz2.deduped.txt:75229 - http://motherjones.com/mojo/2011/05/tim-pawlenty-barack-obama-doofus

RS_2011-05.bz2.deduped.txt:75311 - http://motherjones.com/kevin-drum/2011/05/pakistan-shocked-reports-islamists-its-ranks

RS_2011-05.bz2.deduped.txt:76626 - http://motherjones.com/mojo/2011/05/worldnetdaily-trump-corsi-birthers-fight

RS_2011-05.bz2.deduped.txt:77270 - http://motherjones.com/kevin-drum/2011/05/which-i-swallow-hard-and-defend-mitt-romney

RS_2011-05.bz2.deduped.txt:78516 - http://motherjones.com/mojo/2011/03/rick-scott-floridas-drug-fraud-enabler

RS_2011-05.bz2.deduped.txt:78564 - http://motherjones.com/blue-marble/2011/05/judge-rotenberg-forced-resign-school-shocks

RS_2011-05.bz2.deduped.txt:79313 - http://motherjones.com/environment/2011/05/transpolar-flights-radiation

RS_2011-05.bz2.deduped.txt:80502 - http://motherjones.com/mojo/2011/05/memorial-day-military-casualty-charts

RS_2011-05.bz2.deduped.txt:81420 - http://motherjones.com/kevin-drum/2011/05/whats-your-problem

RS_2011-05.bz2.deduped.txt:81653 - http://motherjones.com/mojo/2011/05/gop-food-safety-funding-cut

RS_2011-05.bz2.deduped.txt:81714 - http://motherjones.com/mojo/2011/05/bin-laden-pig-fat-bullets

RS_2011-05.bz2.deduped.txt:81924 - http://motherjones.com/mojo/2011/05/clarence-thomas-health-care-reform-weiner

RS_2011-05.bz2.deduped.txt:82428 - http://motherjones.com/kevin-drum/2011/05/chart-day-arctic-sea-ice

RS_2011-05.bz2.deduped.txt:82802 - http://motherjones.com/kevin-drum/2011/05/chart-day-death-small-businesses

RS_2011-05.bz2.deduped.txt:83324 - http://motherjones.com/politics/2011/05/republican-governor-unpopular-obama-president

RS_2011-12.bz2.deduped.txt:923 - http://motherjones.com/politics/2011/11/mitt-romney-republican-washington-spending-flip-flop

RS_2011-12.bz2.deduped.txt:2205 - http://motherjones.com/mojo/2011/12/newt-gingrich-ali-g-interview

RS_2011-12.bz2.deduped.txt:2293 - http://motherjones.com/mojo/2011/11/pentagon-wall-street-2

RS_2011-12.bz2.deduped.txt:2830 - http://motherjones.com/politics/2011/12/war-voting-comes-washington

RS_2011-12.bz2.deduped.txt:3805 - http://m.motherjones.com/kevin-drum/2010/02/daniel-ellsberg-limitations-knowledge

RS_2011-12.bz2.deduped.txt:5383 - http://motherjones.com/photoessays/2011/09/congo-rape-epidemic-photos

RS_2011-12.bz2.deduped.txt:5385 - http://motherjones.com/slideshows/2011/08/india-water-crisis-suicide-women

RS_2011-12.bz2.deduped.txt:5388 - http://motherjones.com/politics/2010/11/the-family-politician-trips

RS_2011-12.bz2.deduped.txt:5391 - http://motherjones.com/politics/2010/10/abraham-vereide-doug-coe-the-family

RS_2011-12.bz2.deduped.txt:5828 - http://motherjones.com/mojo/2011/12/herman-cains-latest-attempt-damage-control-amazing?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2011-12.bz2.deduped.txt:5894 - http://motherjones.com/politics/2011/12/how-newt-gingrich-saved-porn

RS_2011-12.bz2.deduped.txt:6795 - http://motherjones.com/mojo/2011/12/scott-walker-wants-charge-protesters-protest-state-capitol

RS_2011-12.bz2.deduped.txt:7512 - http://motherjones.com/politics/2011/12/rep-darrell-issa-comes-out-swinging-catholic-bishops

RS_2011-12.bz2.deduped.txt:9106 - http://motherjones.com/mojo/2011/11/gitmo-law-could-someday-apply-americans

RS_2011-12.bz2.deduped.txt:10505 - http://motherjones.com/mojo/2011/12/military-spending-cuts-job-losses

RS_2011-12.bz2.deduped.txt:10551 - http://motherjones.com/photoessays/2011/09/congo-rape-epidemic/congo-rape-soldiers

RS_2011-12.bz2.deduped.txt:10625 - http://motherjones.com/kevin-drum/2011/12/no-republicans-are-still-not-willing-raise-taxes

RS_2011-12.bz2.deduped.txt:14428 - http://m.motherjones.com/media/2011/11/roots-questlove-occupy-ahmir-thompson-interview

RS_2011-12.bz2.deduped.txt:14587 - http://motherjones.com/environment/2011/12/how-make-deadly-pandemic-virus

RS_2011-12.bz2.deduped.txt:17868 - http://motherjones.com/mojo/2011/12/were-still-war-photo-day-december-5-2011

RS_2011-12.bz2.deduped.txt:18129 - http://motherjones.com/kevin-drum/2011/12/newt-gingrich-sad-politics-has-gotten-so-nasty

RS_2011-12.bz2.deduped.txt:18728 - http://motherjones.com/politics/2011/12/13-reasons-why-newt-wont-win

RS_2011-12.bz2.deduped.txt:18897 - http://motherjones.com/politics/2011/12/michigan-privatize-public-education

RS_2011-12.bz2.deduped.txt:19005 - http://m.motherjones.com/blue-marble/2011/12/zagat-guide-ethical-restaurants-wages

RS_2011-12.bz2.deduped.txt:20659 - http://motherjones.com/mojo/2011/12/barack-obama-fundraiser-every-five-days-2011

RS_2011-12.bz2.deduped.txt:21805 - http://motherjones.com/politics/2011/12/occupy-our-homes-wall-street-squatters-foreclosures

RS_2011-12.bz2.deduped.txt:22053 - http://motherjones.com/kevin-drum/2011/12/liberals-and-fraud

RS_2011-12.bz2.deduped.txt:22606 - http://motherjones.com/mojo/2011/12/aborted-fetus-campaign-ads-hit-airwaves-iowa

RS_2011-12.bz2.deduped.txt:23249 - http://motherjones.com/politics/2011/12/occupied-washington-occupy-congress

RS_2011-12.bz2.deduped.txt:24086 - http://motherjones.com/politics/2011/12/campaign-finance-flow-chart

RS_2011-12.bz2.deduped.txt:24138 - http://motherjones.com/politics/2011/12/american-campaign-finance-scandal-history

RS_2011-12.bz2.deduped.txt:24483 - http://motherjones.com/politics/2011/12/super-pacs-501-c-groups-chart

RS_2011-12.bz2.deduped.txt:25345 - http://motherjones.com/mojo/2011/12/gun-owners-take-on-newt-gingrich

RS_2011-12.bz2.deduped.txt:26714 - http://motherjones.com/mixed-media/2011/12/squatting-usa

RS_2011-12.bz2.deduped.txt:26918 - http://motherjones.com/politics/2011/12/why-republicans-are-gunning-eric-holder-operation-fast-furious

RS_2011-12.bz2.deduped.txt:27153 - http://motherjones.com/politics/2011/12/newt-gingrich-earning-by-learning

RS_2011-12.bz2.deduped.txt:29395 - http://motherjones.com/blue-marble/2011/12/fukushima-fallout-0

RS_2011-12.bz2.deduped.txt:29412 - http://motherjones.com/kevin-drum/2011/12/next-years-big-bout-real-obama-vs-fantasy-obama

RS_2011-12.bz2.deduped.txt:29982 - http://motherjones.com/mojo/2011/12/fox-news-bill-oreilly-newt-gingrich-video

RS_2011-12.bz2.deduped.txt:30413 - http://motherjones.com/tom-philpott/2011/12/superinsects-monsanto-corn-epa

RS_2011-12.bz2.deduped.txt:31887 - http://motherjones.com/mojo/2011/12/wall-street-goes-after-elizabeth-warren-being-too-nice-wall-street

RS_2011-12.bz2.deduped.txt:33948 - http://motherjones.com/mojo/2011/12/ows-takes-fight-gop-donors-cantor-fundraiser

RS_2011-12.bz2.deduped.txt:35429 - http://motherjones.com/mojo/2011/12/voting-machine-new-york-brennan

RS_2011-12.bz2.deduped.txt:37033 - http://motherjones.com/mojo/2011/12/watch-protesters-target-john-boehner-chamber-commerce-christmas-party

RS_2011-12.bz2.deduped.txt:38656 - http://motherjones.com/mojo/2011/12/breaking-ows-occupies-movie-set-replica-itself-real

RS_2011-12.bz2.deduped.txt:38929 - http://motherjones.com/blue-marble/2011/12/beijing-pollution-problem-press

RS_2011-12.bz2.deduped.txt:39100 - http://motherjones.com/environment/2011/12/south-africa-coal-kusile-durban-climate

RS_2011-12.bz2.deduped.txt:39111 - http://motherjones.com/politics/2011/12/american-remote-wars-are-hitting-home

RS_2011-12.bz2.deduped.txt:41096 - http://motherjones.com/blue-marble/2011/12/pacific-islands-get-fresh-whiff-disaster

RS_2011-12.bz2.deduped.txt:41544 - http://motherjones.com/mojo/2011/12/occupy-oakland-west-coast-port-shutdown

RS_2011-12.bz2.deduped.txt:41874 - http://motherjones.com/kevin-drum/2011/12/where-have-all-gop-donors-gone

RS_2011-12.bz2.deduped.txt:42139 - http://motherjones.com/mojo/2011/12/occupy-oakland-west-coast-port-shutdown?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2011-12.bz2.deduped.txt:44965 - http://motherjones.com/tom-philpott/2011/12/olive-oil-extra-virgin-mueller

RS_2011-12.bz2.deduped.txt:45403 - http://motherjones.com/mojo/2011/12/republican-debate-barack-obama-regulation

RS_2011-12.bz2.deduped.txt:45449 - http://m.motherjones.com/mixed-media/2011/12/drinking-songs-prohibition-repeal-playlist

RS_2011-12.bz2.deduped.txt:46510 - http://motherjones.com/environment/2007/12/last-empire-chinas-pollution-problem-goes-global

RS_2011-12.bz2.deduped.txt:48424 - http://motherjones.com/mojo/2011/12/newts-big-whopper-individual-mandate

RS_2011-12.bz2.deduped.txt:48545 - http://m.motherjones.com/politics/2011/12/tim-cole-rick-perry

RS_2011-12.bz2.deduped.txt:49222 - http://motherjones.com/politics/2011/12/innocent-people-us-prisons

RS_2011-12.bz2.deduped.txt:49261 - http://motherjones.com/mojo/2011/12/mitt-romney-newt-gingrich-1-percent-president?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2011-12.bz2.deduped.txt:49341 - http://motherjones.com/politics/2011/12/tim-cole-rick-perry

RS_2011-12.bz2.deduped.txt:50432 - http://motherjones.com/politics/2011/12/mitt-romney-paul-ryan-medicare-president

RS_2011-12.bz2.deduped.txt:51899 - http://motherjones.com/politics/2011/12/gay-life-in-uganda

RS_2011-12.bz2.deduped.txt:52348 - http://motherjones.com/politics/2011/12/did-pentagon-help-suppress-arab-spring

RS_2011-12.bz2.deduped.txt:53415 - http://motherjones.com/politics/2011/12/ows-alternative-banking

RS_2011-12.bz2.deduped.txt:53430 - http://motherjones.com/politics/2009/05/americas-tough-love-habit

RS_2011-12.bz2.deduped.txt:54114 - http://motherjones.com/kevin-drum/2011/12/republicans-dont-care-about-deficit

RS_2011-12.bz2.deduped.txt:54836 - http://motherjones.com/blue-marble/2011/12/republican-anti-environment-riders

RS_2011-12.bz2.deduped.txt:55181 - http://motherjones.com/mojo/2011/12/Republicans-cave-anti-gay-provisions

RS_2011-12.bz2.deduped.txt:55225 - http://motherjones.com/politics/2009/06/could-cap-and-trade-cause-another-market-meltdown

RS_2011-12.bz2.deduped.txt:55230 - http://motherjones.com/mojo/2011/12/occupy-oakland-longview-west-coast-port-shut-down

RS_2011-12.bz2.deduped.txt:59111 - http://motherjones.com/politics/2011/12/unemployed-insurance-ged-drug-tests

RS_2011-12.bz2.deduped.txt:59271 - http://motherjones.com/mojo/2011/12/mueller-ndaa-provisions-still-bad

RS_2011-12.bz2.deduped.txt:59674 - http://motherjones.com/mojo/2011/12/conservatives-warn-ows-propaganda-schools

RS_2011-12.bz2.deduped.txt:60752 - http://motherjones.com/politics/2011/12/fast-and-furious-scandal-mike-vanderboegh

RS_2011-12.bz2.deduped.txt:62931 - http://motherjones.com/politics/2011/12/class-warfare-explained-superrich-one-percent

RS_2011-12.bz2.deduped.txt:63463 - http://motherjones.com/mojo/2011/12/scott-walker-recall-signatures-half-million

RS_2011-12.bz2.deduped.txt:64936 - http://motherjones.com/blue-marble/2011/12/will-congress-restore-gulf-coast

RS_2011-12.bz2.deduped.txt:65318 - http://motherjones.com/mojo/2011/12/newt-new-endorser-ows-muslim-brotherhood-plot

RS_2011-12.bz2.deduped.txt:65727 - http://motherjones.com/politics/2011/12/2012-who-decides-election-voters-donors

RS_2011-12.bz2.deduped.txt:65888 - http://motherjones.com/politics/2011/12/citizens-united-amendment-repeal-tom-udall

RS_2011-12.bz2.deduped.txt:66115 - http://motherjones.com/kevin-drum/2011/12/debtors-prison-back

RS_2011-12.bz2.deduped.txt:67209 - http://motherjones.com/mojo/2011/12/white-house-caves-veto-threat

RS_2011-12.bz2.deduped.txt:67507 - http://motherjones.com/blue-marble/2011/12/smog-photos-1970s-america

RS_2011-12.bz2.deduped.txt:67813 - http://motherjones.com/kevin-drum/2011/12/newt-gingrichs-plan-bankrupt-medicare

RS_2011-12.bz2.deduped.txt:68260 - http://motherjones.com/mojo/2011/10/judge-rick-scott-piss-welfare-drug-test?i=1

RS_2011-12.bz2.deduped.txt:68617 - http://motherjones.com/mojo/2011/12/defense-bill-passed-so-what-does-it-do-ndaa

RS_2011-12.bz2.deduped.txt:69385 - http://motherjones.com/mojo/2011/12/rick-scott-black-students-public-housing-florida

RS_2011-12.bz2.deduped.txt:69887 - http://motherjones.com/mojo/2011/12/defense-bill-passed-so-what-does-it-do?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2011-12.bz2.deduped.txt:70531 - http://motherjones.com/politics/2011/12/fox-news-iowa-debate-roundup

RS_2011-12.bz2.deduped.txt:70716 - http://motherjones.com/politics/2011/12/scott-walker-next-target-cancer-screenings-women

RS_2011-12.bz2.deduped.txt:71569 - http://motherjones.com/environment/2011/12/theres-no-hiding-tar-sands-oil

RS_2011-12.bz2.deduped.txt:74420 - http://motherjones.com/kevin-drum/2011/12/nitty-gritty-ndaa

RS_2011-12.bz2.deduped.txt:75237 - http://motherjones.com/media/2011/12/hitchens-and-i-shared-office

RS_2011-12.bz2.deduped.txt:75482 - http://motherjones.com/politics/2011/12/deaf-prisoners-felix-garcia

RS_2011-12.bz2.deduped.txt:76839 - http://motherjones.com/mojo/2011/12/video-mass-arrests-occupiers-duarte-square

RS_2011-12.bz2.deduped.txt:76970 - http://motherjones.com/kevin-drum/2011/12/kids-just-want-have-junk-food

RS_2011-12.bz2.deduped.txt:77724 - http://motherjones.com/slideshows/2011/12/weird-patents/portable-burrito

RS_2011-12.bz2.deduped.txt:80881 - http://motherjones.com/mojo/2009/09/washington-worst-mcconnell-and-14-other-corrupt-lawmakers

RS_2011-12.bz2.deduped.txt:81813 - http://motherjones.com/politics/2011/12/highland-park-texas-gop-stronghold

RS_2011-12.bz2.deduped.txt:83684 - http://motherjones.com/mojo/2011/12/i-guess-posting-videos-online-can-make-you-terrorist

RS_2011-12.bz2.deduped.txt:84430 - http://motherjones.com/mojo/2011/12/i-guess-posting-videos-online-can-make-you-terrorist?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2011-12.bz2.deduped.txt:84893 - http://motherjones.com/politics/2011/12/leadup-iraq-war-timeline

RS_2011-12.bz2.deduped.txt:84992 - http://motherjones.com/politics/2011/12/gingrich-congressional-ethics-scandal-explained-newt-inc

RS_2011-12.bz2.deduped.txt:85266 - http://motherjones.com/mojo/2011/12/rick-santorums-world-all-scary-muslims-are-same

RS_2011-12.bz2.deduped.txt:85840 - http://motherjones.com/politics/2011/12/slave-elves-online-shipping

RS_2011-12.bz2.deduped.txt:86050 - http://motherjones.com/mojo/2011/12/occupy-iowa-caucus

RS_2011-12.bz2.deduped.txt:88196 - http://motherjones.com/politics/2011/12/secret-lives-killer-american-drones

RS_2011-12.bz2.deduped.txt:88623 - http://motherjones.com/mojo/2011/12/fox-sarah-palin-freaks-out-white-house-christmas-card

RS_2011-12.bz2.deduped.txt:89296 - http://motherjones.com/mojo/2011/12/bankers-billionaires-try-form-movement-against-occupy-wall-street?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2011-12.bz2.deduped.txt:89309 - http://motherjones.com/media/2011/12/mac-mcclelland-burma-fact-checking-politifact

RS_2011-12.bz2.deduped.txt:90802 - http://motherjones.com/politics/2011/12/did-congress-just-endorse-rendition-americans

RS_2011-12.bz2.deduped.txt:90846 - http://motherjones.com/blue-marble/2011/12/unusual-marine-mammal-deaths-four-us-coasts

RS_2011-12.bz2.deduped.txt:91106 - http://motherjones.com/kevin-drum/2011/11/republicans-and-conan-doctrine

RS_2011-12.bz2.deduped.txt:93491 - http://m.motherjones.com/politics/2011/12/did-congress-just-endorse-rendition-americans

RS_2011-12.bz2.deduped.txt:95687 - http://motherjones.com/mojo/2011/12/bankers-billionaires-try-form-movement-against-occupy-wall-street

RS_2011-12.bz2.deduped.txt:99173 - http://motherjones.com/mojo/2011/12/south-dakota-taxpayer-defend-abortion-laws

RS_2011-12.bz2.deduped.txt:99361 - http://motherjones.com/blue-marble/2011/12/huge-shell-oil-spill-nigeria

RS_2011-12.bz2.deduped.txt:102644 - http://motherjones.com/environment/2011/12/theres-no-hiding-tar-sands-oil?2

RS_2011-12.bz2.deduped.txt:102744 - http://motherjones.com/environment/2011/12/are-animal-rights-activists-terrorists

RS_2011-12.bz2.deduped.txt:103038 - http://motherjones.com/slideshows/2011/12/best-occupy-wall-street-photos/protester-american-flag

RS_2011-12.bz2.deduped.txt:106160 - http://motherjones.com/kevin-drum/2011/12/housing-bubble-and-big-lie

RS_2011-12.bz2.deduped.txt:106402 - http://motherjones.com/environment/2009/11/aboxalypse-now

RS_2011-12.bz2.deduped.txt:107069 - http://motherjones.com/politics/2011/12/tony-dsouza-marijuana-growers

RS_2011-12.bz2.deduped.txt:111514 - http://motherjones.com/politics/2011/12/tony-dsouza-marijuana-growers/?fullpage

RS_2011-12.bz2.deduped.txt:111660 - http://motherjones.com/politics/2011/12/race-gender-selection-abortion-bills-trent-franks

RS_2011-12.bz2.deduped.txt:111931 - http://motherjones.com/kevin-drum/2011/12/mr-smith-not-going-washington-any-more

RS_2011-12.bz2.deduped.txt:112162 - http://m.motherjones.com/mojo/2011/12/ron-paul-movie-john-birch-society

RS_2011-12.bz2.deduped.txt:112208 - http://m.motherjones.com/politics/2011/12/race-gender-selection-abortion-bills-trent-franks

RS_2011-12.bz2.deduped.txt:112988 - http://motherjones.com/kevin-drum/2011/12/president-obamas-christmas-present-america

RS_2011-12.bz2.deduped.txt:113497 - http://motherjones.com/politics/2011/12/how-democrats-fooled-california-redistricting-commission

RS_2011-12.bz2.deduped.txt:116219 - http://m.motherjones.com/politics/2011/12/tony-dsouza-marijuana-growers

RS_2011-12.bz2.deduped.txt:120074 - http://motherjones.com/tom-philpott/2011/12/your-burger-likely-tainted-superbugs

RS_2011-12.bz2.deduped.txt:120438 - http://motherjones.com/mojo/2011/12/ron-paul-mic-check

RS_2011-12.bz2.deduped.txt:120586 - http://motherjones.com/mojo/2011/12/ron-paul-movie-john-birch-society

RS_2011-12.bz2.deduped.txt:124596 - http://motherjones.com/blue-marble/2011/12/happy-birthday-endangered-species-act

RS_2011-12.bz2.deduped.txt:124929 - http://motherjones.com/mojo/2011/12/what-taliban-ringtones-tell-us-about-afghan-war

RS_2011-12.bz2.deduped.txt:125123 - http://motherjones.com/mojo/2011/12/occupy-protesters-arrested-iowa-democratic-party-headquarters

RS_2011-12.bz2.deduped.txt:129200 - http://motherjones.com/slideshows/2011/06/navy-dolphins-seals-marine-mammals/navy-sea-lion-alcatraz

RS_2011-12.bz2.deduped.txt:129485 - http://motherjones.com/mojo/2011/12/rick-perry-abortion-stance-gets-even-more-extreme

RS_2016-09.bz2.deduped.txt:3876 - http://www.motherjones.com/environment/2016/08/africas-elephants-are-dying-faster-we-thought

RS_2016-09.bz2.deduped.txt:5044 - http://www.motherjones.com/politics/2016/08/trump-immigration-speech-arizona-extreme

RS_2016-09.bz2.deduped.txt:6577 - http://www.motherjones.com/politics/2016/09/life-better-gallup-americans-obama

RS_2016-09.bz2.deduped.txt:7621 - http://www.motherjones.com/politics/2016/08/donald-trump-model-management-illegal-immigration?r=1

RS_2016-09.bz2.deduped.txt:8057 - http://www.motherjones.com/politics/2016/08/transgender-students-school-athletics-nebraska-title-ix

RS_2016-09.bz2.deduped.txt:8183 - http://www.motherjones.com/politics/2016/09/major-gop-donor-wants-trumps-head-checked

RS_2016-09.bz2.deduped.txt:8431 - http://m.motherjones.com/politics/2016/09/major-gop-donor-wants-trumps-head-checked

RS_2016-09.bz2.deduped.txt:8683 - http://m.motherjones.com/kevin-drum/2016/09/sigh-yet-another-non-scandal-clinton-foundation

RS_2016-09.bz2.deduped.txt:10299 - http://www.motherjones.com/politics/2016/08/stephen-bannon-world-warcraft-gold-farming-donald-trump

RS_2016-09.bz2.deduped.txt:13691 - http://www.motherjones.com/politics/2016/09/heres-more-evidence-trump-did-not-oppose-iraq-war

RS_2016-09.bz2.deduped.txt:14422 - http://www.motherjones.com/environment/2016/08/epa-sexual-harassment

RS_2016-09.bz2.deduped.txt:19086 - http://motherjones.com/politics/2016/09/clinton-trounces-trump-new-poll-latino-voters

RS_2016-09.bz2.deduped.txt:19346 - http://www.motherjones.com/politics/2016/09/clinton-trounces-trump-new-poll-latino-voters

RS_2016-09.bz2.deduped.txt:20805 - http://m.motherjones.com/politics/2016/09/clinton-trounces-trump-new-poll-latino-voters

RS_2016-09.bz2.deduped.txt:22064 - http://www.motherjones.com/politics/2016/09/meet-donald-trumps-new-deputy-campaign-manager-david-bossie

RS_2016-09.bz2.deduped.txt:23992 - http://www.motherjones.com/environment/2016/09/wildfire-national-parks-service-forest-tourists-homeowners

RS_2016-09.bz2.deduped.txt:24340 - http://m.motherjones.com/kevin-drum/2016/09/14-excerpts-fbis-report-hillary-clintons-email

RS_2016-09.bz2.deduped.txt:30046 - http://www.motherjones.com/politics/2016/09/trump-black-latino-voters-national-diversity-coalition

RS_2016-09.bz2.deduped.txt:30353 - http://www.motherjones.com/kevin-drum/2016/08/donald-trump-consistent-brazen-serial-liar

RS_2016-09.bz2.deduped.txt:31120 - http://www.motherjones.com/kevin-drum/2016/09/14-excerpts-fbis-report-hillary-clintons-email

RS_2016-09.bz2.deduped.txt:43761 - http://m.motherjones.com/kevin-drum/2016/09/hillary-clintons-personal-email-key-understanding-emailgate

RS_2016-09.bz2.deduped.txt:45895 - http://www.motherjones.com/kevin-drum/2016/09/north-carolinas-voting-bill-egregiously-indefensibly-racist

RS_2016-09.bz2.deduped.txt:47408 - http://www.motherjones.com/politics/2016/09/trump-miltiary-officials-letter-romney

RS_2016-09.bz2.deduped.txt:49338 - http://www.motherjones.com/kevin-drum/2016/09/here-todays-latest-story-about-clinton-doing-nothing-wrong

RS_2016-09.bz2.deduped.txt:49355 - http://m.motherjones.com/politics/2016/09/trump-miltiary-officials-letter-romney

RS_2016-09.bz2.deduped.txt:54281 - http://www.motherjones.com/kevin-drum/2016/09/donald-trump-reveals-his-plan-defeat-isis

RS_2016-09.bz2.deduped.txt:55555 - http://www.motherjones.com/kevin-drum/2016/09/did-donald-trump-try-bribe-attorney-general-florida

RS_2016-09.bz2.deduped.txt:56859 - http://www.motherjones.com/politics/2016/09/2016-senate-races-donald-trump

RS_2016-09.bz2.deduped.txt:57473 - http://www.motherjones.com/politics/2016/09/congress-running-out-time-zika-funding

RS_2016-09.bz2.deduped.txt:57956 - http://www.motherjones.com/politics/2016/09/trump-models-illegal-immigration-investigation-barbara-boxer-letter

RS_2016-09.bz2.deduped.txt:57992 - http://m.motherjones.com/politics/2016/09/trump-models-illegal-immigration-investigation-barbara-boxer-letter

RS_2016-09.bz2.deduped.txt:58726 - http://www.motherjones.com/politics/2016/09/black-teachers-public-schools-education-system-philadelphia

RS_2016-09.bz2.deduped.txt:61765 - http://www.motherjones.com/kevin-drum/2016/09/trump-audit-not-stopping-me-releasing-my-tax-returns

RS_2016-09.bz2.deduped.txt:62175 - http://m.motherjones.com/politics/2016/09/trump-attacks-clinton-trigger-happy-and-unstable-foreign-policy-speech

RS_2016-09.bz2.deduped.txt:62297 - http://m.motherjones.com/kevin-drum/2016/09/trump-audit-not-stopping-me-releasing-my-tax-returns

RS_2016-09.bz2.deduped.txt:62735 - http://m.motherjones.com/politics/2016/09/trump-files-donald-said-his-life-was-shit-heres-why

RS_2016-09.bz2.deduped.txt:63593 - http://m.motherjones.com/kevin-drum/2016/09/today-trumpisms

RS_2016-09.bz2.deduped.txt:63840 - http://m.motherjones.com/politics/2016/09/congress-running-out-time-zika-funding

RS_2016-09.bz2.deduped.txt:63981 - http://m.motherjones.com/politics/2016/09/trump-black-latino-voters-national-diversity-coalition

RS_2016-09.bz2.deduped.txt:64728 - http://m.motherjones.com/politics/2016/09/donald-trump-commander-in-chief-forum-isis-plan

RS_2016-09.bz2.deduped.txt:66010 - http://www.motherjones.com/politics/2016/09/donald-trump-commander-in-chief-forum-isis-plan

RS_2016-09.bz2.deduped.txt:67415 - http://www.motherjones.com/politics/2016/09/guns-senator-chris-murphy

RS_2016-09.bz2.deduped.txt:67592 - http://www.motherjones.com/environment/2016/09/fda-banned-antimicrobials-so-why-are-they-still-everything

RS_2016-09.bz2.deduped.txt:67937 - http://www.motherjones.com/environment/2016/09/utis-are-about-get-lot-harder-treat

RS_2016-09.bz2.deduped.txt:71793 - http://www.motherjones.com/politics/2016/09/wisconsin-taxpayers-just-got-stuck-million-legal-tab-abortion-law-case

RS_2016-09.bz2.deduped.txt:73788 - http://m.motherjones.com/politics/2016/09/wisconsin-taxpayers-just-got-stuck-million-legal-tab-abortion-law-case

RS_2016-09.bz2.deduped.txt:73854 - http://m.motherjones.com/politics/2016/09/donald-trump-son-alex-jones-earpiece

RS_2016-09.bz2.deduped.txt:75083 - http://www.motherjones.com/politics/2016/09/donald-trump-son-alex-jones-earpiece

RS_2016-09.bz2.deduped.txt:76054 - http://www.motherjones.com/politics/2016/09/undocumented-arizona-state-student-scholarship-revoked

RS_2016-09.bz2.deduped.txt:77727 - http://www.motherjones.com/politics/2016/09/why-paul-ryan-should-look-chart-now-and-quit

RS_2016-09.bz2.deduped.txt:77924 - http://www.motherjones.com/kevin-drum/2016/09/washington-post-admits-hillary-clinton-email-mountain-molehill-after-all

RS_2016-09.bz2.deduped.txt:78044 - http://www.motherjones.com/politics/2016/09/national-prison-strike-inmates

RS_2016-09.bz2.deduped.txt:78838 - http://www.motherjones.com/politics/2016/09/confessions-gun-range-worker

RS_2016-09.bz2.deduped.txt:80669 - http://www.motherjones.com/kevin-drum/2016/09/larry-king-dupes-donald-trump-interview-russian-tv

RS_2016-09.bz2.deduped.txt:82366 - http://www.motherjones.com/politics/2016/09/trump-models-illegal-immigration-response

RS_2016-09.bz2.deduped.txt:82781 - http://m.motherjones.com/politics/2016/09/best-evidence-hillary-clinton-has-edge-florida

RS_2016-09.bz2.deduped.txt:83568 - http://www.motherjones.com/politics/2016/08/trump-files-donald-indian-blood

RS_2016-09.bz2.deduped.txt:84190 - http://www.motherjones.com/kevin-drum/2016/09/donald-trumps-love-affair-vladimir-putin-really-alarming

RS_2016-09.bz2.deduped.txt:85032 - http://www.motherjones.com/politics/2016/09/alt-right-makes-its-main-stream-debut

RS_2016-09.bz2.deduped.txt:86126 - http://m.motherjones.com/politics/2016/09/trump-models-illegal-immigration-response

RS_2016-09.bz2.deduped.txt:86155 - http://www.motherjones.com/politics/2016/09/alt-right-makes-its-main-stream-debut

RS_2016-09.bz2.deduped.txt:87808 - http://m.motherjones.com/politics/2016/09/brief-history-donald-trumps-911-controversies

RS_2016-09.bz2.deduped.txt:87834 - http://www.motherjones.com/politics/2016/09/samhsa-prescription-medication-painkiller-report

RS_2016-09.bz2.deduped.txt:89703 - http://m.motherjones.com/politics/2016/09/confessions-gun-range-worker

RS_2016-09.bz2.deduped.txt:90229 - http://www.motherjones.com/media/2016/09/joyce-carol-oates-soul-white-heat

RS_2016-09.bz2.deduped.txt:90894 - http://www.motherjones.com/politics/2016/09/best-evidence-hillary-clinton-has-edge-florida

RS_2016-09.bz2.deduped.txt:92100 - http://www.motherjones.com/politics/2016/09/pence-value-voters-abortion-basket-deplorables

RS_2016-09.bz2.deduped.txt:92541 - http://motherjones.com/politics/2016/09/pence-value-voters-abortion-basket-deplorables

RS_2016-09.bz2.deduped.txt:94158 - http://www.motherjones.com/kevin-drum/2016/09/new-poll-clinton-leads-trump-every-single-category

RS_2016-09.bz2.deduped.txt:94757 - http://www.motherjones.com/politics/2016/09/gary-johnson-supporters-aleppo-gaffe

RS_2016-09.bz2.deduped.txt:96089 - http://www.motherjones.com/politics/2016/08/politics-climate-science-inquiring-minds

RS_2016-09.bz2.deduped.txt:96110 - http://www.motherjones.com/kevin-drum/2016/09/new-york-times-public-editor-shrugs-charges-false-equivalency

RS_2016-09.bz2.deduped.txt:97492 - http://www.motherjones.com/politics/2016/09/brief-history-donald-trumps-911-controversies

RS_2016-09.bz2.deduped.txt:102113 - http://www.motherjones.com/media/2016/09/eric-schlosser-command-control-movie-documentary-nuclear-weapons-accidents?google_editors_picks=true

RS_2016-09.bz2.deduped.txt:103712 - http://www.motherjones.com/politics/2016/09/felon-voting-rights-nearly-six-million-cant-vote

RS_2016-09.bz2.deduped.txt:107799 - http://m.motherjones.com/media/2016/09/donald-trump-hillary-clinton-pneumonia-cnbc-interview

RS_2016-09.bz2.deduped.txt:108149 - http://www.motherjones.com/politics/2016/09/trump-dismisses-50-percent-america-deplorables

RS_2016-09.bz2.deduped.txt:108838 - http://www.motherjones.com/media/2016/09/eric-schlosser-command-control-movie-documentary-nuclear-weapons-accidents

RS_2016-09.bz2.deduped.txt:110835 - http://www.motherjones.com/politics/2016/09/james-woolsey-trump-climate

RS_2016-09.bz2.deduped.txt:113068 - http://www.motherjones.com/politics/2016/09/silicon-valley-billionaire-offers-donate-5-million-veterans-when-trump-released-his

RS_2016-09.bz2.deduped.txt:115851 - http://www.motherjones.com/kevin-drum/2016/09/how-many-giant-portraits-donald-trump-does-donald-trump-own

RS_2016-09.bz2.deduped.txt:117663 - http://www.motherjones.com/environment/2016/09/your-sweet-tooth-might-just-wreck-your-heart

RS_2016-09.bz2.deduped.txt:117779 - http://www.motherjones.com/politics/2016/09/ncaa-took-away-championship-events-north-carolina-and-states-gop-isnt-happy-about-i

RS_2016-09.bz2.deduped.txt:117848 - http://m.motherjones.com/politics/2016/09/trump-dismisses-50-percent-america-deplorables

RS_2016-09.bz2.deduped.txt:119953 - http://m.motherjones.com/politics/2016/09/trump-claims-be-against-spying-americans-actually-isnt

RS_2016-09.bz2.deduped.txt:120743 - http://m.motherjones.com/politics/2016/09/obama-donald-trump-philadelphia-rally

RS_2016-09.bz2.deduped.txt:122076 - http://www.motherjones.com/politics/2016/09/trump-claims-be-against-spying-americans-actually-isnt

RS_2016-09.bz2.deduped.txt:122580 - http://www.motherjones.com/politics/2016/09/new-york-attorney-general-donald-trump-foundation

RS_2016-09.bz2.deduped.txt:123001 - http://m.motherjones.com/politics/2016/09/new-york-attorney-general-donald-trump-foundation

RS_2016-09.bz2.deduped.txt:124952 - http://www.motherjones.com/politics/2016/09/trump-russian-mobster-tokhtakhounov-miss-universe-moscow

RS_2016-09.bz2.deduped.txt:125817 - http://www.motherjones.com/politics/2016/09/matt-bevin-hillary-clinton-blood-shed-value-voters

RS_2016-09.bz2.deduped.txt:127076 - http://www.motherjones.com/politics/2016/09/trump-poll-watchers-discrimination

RS_2016-09.bz2.deduped.txt:128093 - http://www.motherjones.com/politics/2016/09/trump-models-federal-investigation-push-senator-boxer

RS_2016-09.bz2.deduped.txt:128552 - http://www.motherjones.com/media/2016/08/diversity-childrens-books-slavery-twitter

RS_2016-09.bz2.deduped.txt:128565 - http://m.motherjones.com/politics/2016/09/trump-models-federal-investigation-push-senator-boxer

RS_2016-09.bz2.deduped.txt:128819 - http://m.motherjones.com/politics/2016/09/trump-poll-watchers-discrimination

RS_2016-09.bz2.deduped.txt:130387 - http://www.motherjones.com/kevin-drum/2016/09/donald-trump-embarking-his-greatest-con-job-all

RS_2016-09.bz2.deduped.txt:131164 - http://www.motherjones.com/politics/2016/09/bay-area-police-sex-scandal-update

RS_2016-09.bz2.deduped.txt:134534 - http://www.motherjones.com/politics/2016/08/trump-files-when-trump-called-donald-jr-a-loser

RS_2016-09.bz2.deduped.txt:136412 - http://motherjones.com/politics/2016/09/donald-trump-florida-rick-scott-republican-party-election

RS_2016-09.bz2.deduped.txt:137925 - http://www.motherjones.com/politics/2016/09/trump-files-deadly-powerboat-race-donald-hosted-atlantic-city

RS_2016-09.bz2.deduped.txt:137978 - http://www.motherjones.com/politics/2016/09/stephen-bannon-donald-trump-muslims-fear-loathing

RS_2016-09.bz2.deduped.txt:141350 - http://www.motherjones.com/politics/2016/09/pence-value-voters-abortion-basket-deplorables????????

RS_2016-09.bz2.deduped.txt:141696 - http://www.motherjones.com/politics/2016/09/donald-trump-florida-rick-scott-republican-party-election

RS_2016-09.bz2.deduped.txt:141953 - http://www.motherjones.com/politics/2016/09/paul-ryan-calls-trump-release-his-tax-returns

RS_2016-09.bz2.deduped.txt:143342 - http://m.motherjones.com/politics/2016/09/donald-trump-florida-rick-scott-republican-party-election

RS_2016-09.bz2.deduped.txt:144376 - http://m.motherjones.com/kevin-drum/2016/09/dont-hate-millennials-save-it-bernie-sanders

RS_2016-09.bz2.deduped.txt:144756 - http://m.motherjones.com/environment/2016/09/trump-wants-gut-food-safety-regulations

RS_2016-09.bz2.deduped.txt:145806 - http://www.motherjones.com/politics/2016/09/every-line-donald-trumps-birther-statement-lie
RS_2016-09.bz2.deduped.txt:145870 - http://www.motherjones.com/kevin-drum/2016/09/dont-hate-millennials-save-it-bernie-sanders
RS_2016-09.bz2.deduped.txt:148543 - http://www.motherjones.com/politics/2016/09/donald-trump-deplorables-blacks-latinos
RS_2016-09.bz2.deduped.txt:148568 - http://www.motherjones.com/environment/2016/09/trump-wants-gut-food-safety-regulations
RS_2016-09.bz2.deduped.txt:149399 - http://www.motherjones.com/politics/2016/09/bernie-sanders-trumps-birther-statement-hes-still-bigot-and-racist
RS_2016-09.bz2.deduped.txt:151502 - http://www.motherjones.com/politics/2016/09/kris-kobach-citizenship-voter-registration
RS_2016-09.bz2.deduped.txt:152749 - http://www.motherjones.com/kevin-drum/2016/09/will-press-finally-turn-against-donald-trump-today
RS_2016-09.bz2.deduped.txt:153409 - http://www.motherjones.com/politics/2016/09/donald-trump-tries-yet-again-convince-anti-abortion-voters-he-real
RS_2016-09.bz2.deduped.txt:153797 - http://www.motherjones.com/politics/2016/09/trump-birther-announcement-lie
RS_2016-09.bz2.deduped.txt:154560 - http://www.motherjones.com/politics/2016/09/bernie-sanders-coming-save-hillary-clinton
RS_2016-09.bz2.deduped.txt:154661 - http://motherjones.com/politics/2016/09/donald-trump-tries-yet-again-convince-anti-abortion-voters-he-real
RS_2016-09.bz2.deduped.txt:154857 - http://motherjones.com/politics/2016/09/bernie-sanders-trumps-birther-statement-hes-still-bigot-and-racist
RS_2016-09.bz2.deduped.txt:155271 - http://www.motherjones.com/politics/2016/09/trump-drops-his-birtherism-while-sharing-stage-birther
RS_2016-09.bz2.deduped.txt:157610 - http://motherjones.com/environment/2016/09/donald-trump-brexit-paris-accord-climate-change
RS_2016-09.bz2.deduped.txt:158590 - http://www.motherjones.com/environment/2016/09/donald-trump-brexit-paris-accord-climate-change
RS_2016-09.bz2.deduped.txt:158929 - http://www.motherjones.com/politics/2016/09/donald-trumps-old-post-office-hotel-financial-flop
RS_2016-09.bz2.deduped.txt:161584 - http://www.motherjones.com/kevin-drum/2016/09/donald-trumps-trillion-dollar-lie
RS_2016-09.bz2.deduped.txt:165159 - http://www.motherjones.com/kevin-drum/2016/09/why-are-there-any-liberals-supporting-gary-johnson
RS_2016-09.bz2.deduped.txt:173985 - http://www.motherjones.com/kevin-drum/2016/09/progressive-case-hillary-clinton-overwhelming
RS_2016-09.bz2.deduped.txt:174973 - http://www.motherjones.com/politics/2016/09/hillary-clinton-new-york-bombing
RS_2016-09.bz2.deduped.txt:175607 - http://www.motherjones.com/politics/2016/09/heres-what-we-know-about-bombs-new-york-and-new-jersey
RS_2016-09.bz2.deduped.txt:178968 - http://motherjones.com/kevin-drum/2016/09/progressive-case-hillary-clinton-overwhelming

RS_2016-09.bz2.deduped.txt:179227 - http://www.motherjones.com/politics/2016/09/hillary-clinton-ad-veteran

RS_2016-09.bz2.deduped.txt:180297 - http://www.motherjones.com/kevin-drum/2016/09/hillary-clinton-gary-johnson-juicier-target-jill-stein

RS_2016-09.bz2.deduped.txt:183676 - http://www.motherjones.com/politics/2016/08/girls-juvenile-justice-status-offenses

RS_2016-09.bz2.deduped.txt:183727 - http://www.motherjones.com/politics/2016/09/bombing-video-chelsea-reactions-clinton-trump

RS_2016-09.bz2.deduped.txt:184341 - http://www.motherjones.com/environment/2016/09/what-epas-assement-glyphosate-and-cancer-isnt-telling-us

RS_2016-09.bz2.deduped.txt:185786 - http://www.motherjones.com/kevin-drum/2016/09/please-stop-pretending-millennials-are-loyal-supporters-hillary-clinton

RS_2016-09.bz2.deduped.txt:187303 - http://www.motherjones.com/politics/2016/09/sen-elizabeth-warren-tears-wells-fargo-ceo-john-stumpf

RS_2016-09.bz2.deduped.txt:188728 - http://www.motherjones.com/politics/2016/09/everything-wrong-skittle-trump-jr-tweet

RS_2016-09.bz2.deduped.txt:190338 - http://motherjones.com/politics/2016/08/girls-juvenile-justice-status-offenses

RS_2016-09.bz2.deduped.txt:190716 - http://www.motherjones.com/politics/2014/10/president-obama-oil-weapon-war-russia-iran-isis

RS_2016-09.bz2.deduped.txt:190964 - http://www.motherjones.com/politics/2016/09/donald-trumps-take-over-gop-now-complete

RS_2016-09.bz2.deduped.txt:191062 - http://www.motherjones.com/politics/2016/09/girls-juvenile-justice-status-offenses

RS_2016-09.bz2.deduped.txt:194510 - http://www.motherjones.com/politics/2016/09/terrence-crutcher-tulsa-police-shooting-black-lives-matter

RS_2016-09.bz2.deduped.txt:195785 - http://www.motherjones.com/politics/2016/09/trump-supporters-neo-nazis-white-nationalists-kkk-militias-racism-hate

RS_2016-09.bz2.deduped.txt:195826 - http://www.motherjones.com/politics/2016/09/trump-supporters-neo-nazis-white-nationalists-kkk-militias-racism-hate?

RS_2016-09.bz2.deduped.txt:196572 - http://www.motherjones.com/environment/2016/09/judith-schwartz-drought-water-inquiring-minds

RS_2016-09.bz2.deduped.txt:198305 - http://www.motherjones.com/environment/2016/09/science-zika-threat-adult-brain

RS_2016-09.bz2.deduped.txt:200218 - http://www.motherjones.com/politics/2016/09/trump-says-he-wants-implement-more-stop-and-frisk

RS_2016-09.bz2.deduped.txt:202051 - http://www.motherjones.com/environment/2016/09/sinkhole-florida-radioactive-water-fertilizer

RS_2016-09.bz2.deduped.txt:202099 - http://motherjones.com/politics/2016/09/donald-trump-and-deutsche-bank

RS_2016-09.bz2.deduped.txt:202137 - http://motherjones.com/kevin-drum/2016/09/why-are-there-any-liberals-supporting-gary-johnson-list

RS_2016-09.bz2.deduped.txt:203274 - http://www.motherjones.com/kevin-drum/2016/09/why-are-there-any-liberals-supporting-gary-johnson-list

RS_2016-09.bz2.deduped.txt:203769 - http://www.motherjones.com/politics/2016/09/one-person-shot-second-night-violent-protests-following-charlotte-police-shooting

RS_2016-09.bz2.deduped.txt:205633 - http://www.motherjones.com/environment/2016/09/gary-johnson-climate-change

RS_2016-09.bz2.deduped.txt:206282 - http://motherjones.com/environment/2016/09/gary-johnson-climate-change

RS_2016-09.bz2.deduped.txt:211221 - http://m.motherjones.com/environment/2016/09/gary-johnson-climate-change

RS_2016-09.bz2.deduped.txt:213127 - http://www.motherjones.com/politics/2016/09/robert-pittenger-charlotte-north-carolina-white-people

RS_2016-09.bz2.deduped.txt:213249 - http://www.motherjones.com/politics/2015/11/hillary-clinton-elizabeth-warren-women-senators-democrats-endorsement

RS_2016-09.bz2.deduped.txt:214489 - http://m.motherjones.com/politics/2016/09/trump-supporters-neo-nazis-white-nationalists-kkk-militias-racism-hate

RS_2016-09.bz2.deduped.txt:216323 - http://www.motherjones.com/politics/2016/09/donald-trump-lies-about-dealings-mafia-figures

RS_2016-09.bz2.deduped.txt:217310 - http://motherjones.com/kevin-drum/2016/09/atheists-and-agnostics-should-vote-more

RS_2016-09.bz2.deduped.txt:219948 - http://www.motherjones.com/politics/2016/09/donald-trump-first-day-in-office

RS_2016-09.bz2.deduped.txt:220973 - http://www.motherjones.com/politics/2016/09/donald-trumps-appeal-ohios-rust-belt-isnt-just-about-economy

RS_2016-09.bz2.deduped.txt:221183 - http://www.motherjones.com/politics/2016/09/fetal-tissue-contempt-company

RS_2016-09.bz2.deduped.txt:223401 - http://m.motherjones.com/politics/2016/09/donald-trump-first-day-in-office

RS_2016-09.bz2.deduped.txt:227021 - http://www.motherjones.com/politics/2016/09/trump-aide-carter-page-under-investigation-kremlin-ties

RS_2016-09.bz2.deduped.txt:227380 - http://www.motherjones.com/environment/2016/09/frybread-opposite-native-american-cuisine

RS_2016-09.bz2.deduped.txt:247863 - http://www.motherjones.com/politics/2016/09/atf-nra-battle-guns

RS_2016-09.bz2.deduped.txt:249170 - http://www.motherjones.com/politics/2016/09/every-position-donald-trump-iraq

RS_2016-09.bz2.deduped.txt:251567 - http://www.motherjones.com/politics/2016/09/hillary-clinton-donald-trump-alicia-machado-miss-universe-ms-piggy

RS_2016-09.bz2.deduped.txt:252487 - http://www.motherjones.com/politics/2016/09/donald-trump-unreal-debate-hofstra-university

RS_2016-09.bz2.deduped.txt:254393 - http://www.motherjones.com/politics/2016/09/hillary-clinton-just-eviscerated-donald-trump-his-tax-returns

RS_2016-09.bz2.deduped.txt:264891 - http://www.motherjones.com/politics/2016/03/trump-women-comments-misogyny-jennifer-lopez-melania-breasts

RS_2016-09.bz2.deduped.txt:267853 - http://www.motherjones.com/politics/2016/09/chelsea-clinton-fires-back-donald-trump-affairs

RS_2016-09.bz2.deduped.txt:271621 - http://www.motherjones.com/politics/2016/09/hillary-clinton-lame-duck-tpp

RS_2016-09.bz2.deduped.txt:273372 - http://m.motherjones.com/kevin-drum/2016/09/why-are-there-any-liberals-supporting-gary-johnson-list

RS_2016-09.bz2.deduped.txt:273395 - http://motherjones.com/politics/2016/09/watch-donald-trump-hire-woman-hot

RS_2016-09.bz2.deduped.txt:273402 - http://motherjones.com/politics/2016/09/trumps-conflict-interest-big-overseas-bank-getting-worse-minute

RS_2016-09.bz2.deduped.txt:273414 - http://motherjones.com/kevin-drum/2016/09/hillary-clinton-demolished-trump-monday

RS_2016-09.bz2.deduped.txt:273423 - http://motherjones.com/politics/2016/09/hillary-clinton-donald-trump-alicia-machado-miss-universe-ms-piggy

RS_2016-09.bz2.deduped.txt:275541 - http://motherjones.com/politics/2016/09/time-trump-aide-sued-trump-adviser-over-anti-hillary-group-called-cunt

RS_2016-09.bz2.deduped.txt:276339 - http://www.motherjones.com/environment/2016/09/la-teachers-rebel-against-mcdonalds-mcteacher-nights

RS_2016-09.bz2.deduped.txt:276537 - http://m.motherjones.com/politics/2016/09/time-trump-aide-sued-trump-adviser-over-anti-hillary-group-called-cunt

RS_2016-09.bz2.deduped.txt:276552 - http://m.motherjones.com/media/2016/09/donald-trump-hitler-mustache-american-fascist-letras-libres

RS_2016-09.bz2.deduped.txt:279310 - http://www.motherjones.com/environment/2016/09/china-climate-change

RS_2016-09.bz2.deduped.txt:279618 - http://www.motherjones.com/politics/2016/09/will-these-anti-trump-ads-be-killer-spots-2016-campaign

RS_2016-09.bz2.deduped.txt:279940 - http://www.motherjones.com/politics/2016/09/will-these-anti-trump-ads-be-killer-spots-2016-campaign

RS_2016-09.bz2.deduped.txt:280209 - http://www.motherjones.com/politics/2016/09/trumps-conflict-interest-big-overseas-bank-getting-worse-minute

RS_2016-09.bz2.deduped.txt:281016 - http://www.motherjones.com/politics/2016/09/hillary-clinton-donald-trump-opioid-epidemic-debate

RS_2016-09.bz2.deduped.txt:282227 - http://www.motherjones.com/kevin-drum/2016/09/new-poll-shows-lots-people-having-second-thoughts-after-mondays-debate

RS_2016-09.bz2.deduped.txt:285277 - http://m.motherjones.com/politics/2016/09/joe-arpaios-23-year-reign-might-finally-be-coming-end

RS_2016-09.bz2.deduped.txt:285289 - http://m.motherjones.com/politics/2016/09/trump-files-how-donald-dumped-his-huge-casino-debts-other-people

RS_2016-09.bz2.deduped.txt:287124 - http://www.motherjones.com/politics/2016/09/trump-files-how-donald-dumped-his-huge-casino-debts-other-people

RS_2016-09.bz2.deduped.txt:288577 - http://www.motherjones.com/politics/2016/09/trump-files-donalds-creepy-poolside-parties-florida

RS_2016-09.bz2.deduped.txt:288614 - http://www.motherjones.com/politics/2016/09/donald-trump-lashes-out-former-miss-universe-winner-alicia-machado

RS_2016-09.bz2.deduped.txt:290643 - http://www.motherjones.com/politics/2016/09/time-donald-trump-called-saudi-arabia-good-place-get-divorce

RS_2016-09.bz2.deduped.txt:290820 - http://m.motherjones.com/politics/2016/09/time-donald-trump-called-saudi-arabia-good-place-get-divorce

RS_2016-09.bz2.deduped.txt:291104 - http://www.motherjones.com/media/2016/09/mary-j-blige-hillary-clinton-apple-teaser

RS_2012-03.bz2.deduped.txt:230 - http://motherjones.com/blue-marble/2012/02/texas-farmer-takes-transcanada

RS_2012-03.bz2.deduped.txt:725 - http://motherjones.com/mojo/2012/03/see-racist-email-sent-out-federal-judge?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2012-03.bz2.deduped.txt:1239 - http://motherjones.com/mojo/2012/03/see-racist-email-sent-out-federal-judge

RS_2012-03.bz2.deduped.txt:2157 - http://motherjones.com/mixed-media/2012/02/magazines-bylines-women-mother-jones

RS_2012-03.bz2.deduped.txt:3041 - http://motherjones.com/mojo/2012/02/romney-didnt-know-what-blunt-amendment-was

RS_2012-03.bz2.deduped.txt:3731 - http://motherjones.com/politics/2012/02/santorum-health-spending-medicaid-contraception-hypocrisy

RS_2012-03.bz2.deduped.txt:3733 - http://motherjones.com/politics/2012/03/alabama-anti-immigration-law-self-deportation-movement

RS_2012-03.bz2.deduped.txt:3744 - http://motherjones.com/politics/2012/03/anti-immigration-law-database

RS_2012-03.bz2.deduped.txt:7855 - http://motherjones.com/politics/2012/03/richard-cebull-racist-email-obama

RS_2012-03.bz2.deduped.txt:9572 - http://motherjones.com/kevin-drum/2012/02/gasoline-prices

RS_2012-03.bz2.deduped.txt:9575 - http://motherjones.com/mojo/2012/03/florida-private-prisons-corrections-corporation-america-geo

RS_2012-03.bz2.deduped.txt:9581 - http://motherjones.com/politics/2012/03/anti-immigration-law-database?mrefid=twitter

RS_2012-03.bz2.deduped.txt:10227 - http://motherjones.com/kevin-drum/2012/02/gay-marriage-nothing-be-afraid-anymore

RS_2012-03.bz2.deduped.txt:11451 - http://motherjones.com/politics/2012/03/jonathan-schell-interview-role-nonviolent-action-occupy-arab-spring

RS_2012-03.bz2.deduped.txt:11716 - http://motherjones.com/mojo/2012/03/occupy-education-school-budget-protests

RS_2012-03.bz2.deduped.txt:13573 - http://motherjones.com/mojo/2012/03/rush-limbaugh-does-not-understand-how-birth-control-works

RS_2012-03.bz2.deduped.txt:13650 - http://m.motherjones.com/mojo/2012/03/rush-limbaugh-does-not-understand-how-birth-control-works

RS_2012-03.bz2.deduped.txt:18617 - http://motherjones.com/politics/2012/03/fed-shrugged-warnings-let-banks-pay-shareholders-billions

RS_2012-03.bz2.deduped.txt:19787 - http://motherjones.com/mojo/2012/03/eric-holder-targeted-killing

RS_2012-03.bz2.deduped.txt:20036 - http://motherjones.com/politics/2012/03/spying-koch-brothers

RS_2012-03.bz2.deduped.txt:20044 - http://motherjones.com/politics/2012/03/rick-santorum-government-health-care-obama

RS_2012-03.bz2.deduped.txt:20272 - http://motherjones.com/mojo/2012/03/transvaginal-ultrasounds-coming-soon-state-near-you

RS_2012-03.bz2.deduped.txt:22122 - http://motherjones.com/mojo/2012/03/santorum-concedes-his-private-health-insurance-sucks

RS_2012-03.bz2.deduped.txt:22215 - http://motherjones.com/environment/2012/03/corporations-national-parks-coca-cola

RS_2012-03.bz2.deduped.txt:22895 - http://motherjones.com/politics/2012/03/kris-kobach-anti-immigration-law-sb-1070

RS_2012-03.bz2.deduped.txt:24993 - http://motherjones.com/kevin-drum/2012/03/chart-day-what-we-pay-healthcare

RS_2012-03.bz2.deduped.txt:25857 - http://motherjones.com/mojo/2012/03/flow-chart-are-you-slut

RS_2012-03.bz2.deduped.txt:25922 - http://motherjones.com/politics/2012/02/calculator-birth-control-expensive-really-cost

RS_2012-03.bz2.deduped.txt:26420 - http://motherjones.com/tom-philpott/2012/03/will-agribiz-tied-governor-keep-iowas-factory-farms-shielded-view

RS_2012-03.bz2.deduped.txt:26447 - http://motherjones.com/politics/2012/03/santorum-single-mothers-are-breeding-more-criminals

RS_2012-03.bz2.deduped.txt:27211 - http://motherjones.com/mojo/2012/03/rush-limbaugh-statue-missouri-sandra-fluke?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2012-03.bz2.deduped.txt:27683 - http://m.motherjones.com/politics/2012/03/santorum-single-mothers-are-breeding-more-criminals

RS_2012-03.bz2.deduped.txt:30718 - http://motherjones.com/politics/2003/11/little-big-man

RS_2012-03.bz2.deduped.txt:32528 - http://motherjones.com/tom-philpott/2012/03/pink-slime-school-lunch

RS_2012-03.bz2.deduped.txt:33535 - http://motherjones.com/mojo/2012/03/oft-cited-study-linking-mental-health-problems-abortion-debunked

RS_2012-03.bz2.deduped.txt:33943 - http://motherjones.com/politics/2012/03/anti-immigration-law-network

RS_2012-03.bz2.deduped.txt:33946 - http://motherjones.com/politics/2012/03/super-tuesday-mitt-romney-zombie-hunter

RS_2012-03.bz2.deduped.txt:34477 - http://m.motherjones.com/mojo/2012/03/dennis-kucinich-goes-down-ohio-now-what

RS_2012-03.bz2.deduped.txt:36204 - http://motherjones.com/image/are-you-slut-flowchart

RS_2012-03.bz2.deduped.txt:37015 - http://motherjones.com/mojo/2012/03/pot-legalization-foe-war-drugs

RS_2012-03.bz2.deduped.txt:37089 - http://motherjones.com/politics/2012/03/project-primary-mayhem-leo-linbeck

RS_2012-03.bz2.deduped.txt:37343 - http://motherjones.com/slideshows/2012/02/when-women-used-lysol-birth-control/lysol-douche-cobweb

RS_2012-03.bz2.deduped.txt:37357 - http://motherjones.com/mojo/2012/03/birth-control-viagra-vasectomy-laws

RS_2012-03.bz2.deduped.txt:39631 - http://motherjones.com/mojo/2012/03/birth-control-viagra-vasectomy-laws?mrefid=twitter

RS_2012-03.bz2.deduped.txt:39883 - http://motherjones.com/politics/2012/03/game-change-frankenstein-remake-sarah-palin

RS_2012-03.bz2.deduped.txt:42573 - http://motherjones.com/mojo/2012/03/house-considers-bill-federalizing-parental-consent-laws-abortion
RS_2012-03.bz2.deduped.txt:43468 - http://motherjones.com/media/2012/03/mark-fiore-cartoon-iran-nukes-war-threat
RS_2012-03.bz2.deduped.txt:43602 - http://motherjones.com/politics/2012/03/rick-santorum-housing-hypocrisy
RS_2012-03.bz2.deduped.txt:47177 - http://motherjones.com/mojo/2012/03/arizona-and-kansas-pursue-laws-letting-docs-hide-information-women
RS_2012-03.bz2.deduped.txt:47406 - http://motherjones.com/tom-philpott/2012/03/following-iowa-utah-ag-gag-bill-nears-passage
RS_2012-03.bz2.deduped.txt:47862 - http://motherjones.com/blue-marble/2012/03/new-bill-aims-repeal-louisianas-anti-evolution-law-0
RS_2012-03.bz2.deduped.txt:53500 - http://motherjones.com/media/2012/01/tim-gunn-interview
RS_2012-03.bz2.deduped.txt:56083 - http://motherjones.com/kevin-drum/2012/03/abortionization-contraceptives
RS_2012-03.bz2.deduped.txt:56503 - http://motherjones.com/photoessays/2012/03/portraits-addiction-bronx/mannyquiles-arnade
RS_2012-03.bz2.deduped.txt:56520 - http://motherjones.com/blue-marble/2012/03/santorum-my-opponents-believe-pseudo-religion-global-warming
RS_2012-03.bz2.deduped.txt:57043 - http://motherjones.com/mojo/2012/03/kenneth-griffin-mitt-romney-super-pac-money?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29
RS_2012-03.bz2.deduped.txt:58468 - http://motherjones.com/kevin-drum/2012/03/middle-class-really-three-decade-slump
RS_2012-03.bz2.deduped.txt:62265 - http://motherjones.com/politics/2012/03/10-occupy-candidates-congress
RS_2012-03.bz2.deduped.txt:63069 - http://motherjones.com/mojo/2012/03/alabamas-ten-commandments-judge-back-baby-maybe
RS_2012-03.bz2.deduped.txt:63331 - http://motherjones.com/kevin-drum/2012/03/barack-obamas-had-pretty-damn-good-presidency
RS_2012-03.bz2.deduped.txt:63474 - http://motherjones.com/politics/2012/03/rick-santorum-pac-campaign-finance-president
RS_2012-03.bz2.deduped.txt:64807 - http://motherjones.com/kevin-drum/2012/03/justice-department-blocks-texas-photo-id-law
RS_2012-03.bz2.deduped.txt:65879 - http://motherjones.com/blue-marble/2012/03/law-repeal-creationism-classrooms-louisiana-science-education-act
RS_2012-03.bz2.deduped.txt:66569 - http://motherjones.com/kevin-drum/2012/03/barack-obama-murderous-sociopath
RS_2012-03.bz2.deduped.txt:66657 - http://motherjones.com/politics/2012/03/iran-hiker-sarah-shourd-solitary-confinement?google_editors_picks=true
RS_2012-03.bz2.deduped.txt:67011 - http://motherjones.com/blue-marble/2012/03/enviros-target-lead-bullets-again
RS_2012-03.bz2.deduped.txt:68341 - http://motherjones.com/tom-philpott/2012/03/monsanto-scientists-superweeds-

NPR?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%
2FTomPhilpott+%28Tom+Philpott%29
RS_2012-03.bz2.deduped.txt:70263 - http://motherjones.com/politics/2012/03/why-gas-prices-
are-so-high
RS_2012-03.bz2.deduped.txt:70269 - http://motherjones.com/politics/2012/03/iran-hiker-sarah-
shourd-solitary-confinement
RS_2012-03.bz2.deduped.txt:70624 - http://motherjones.com/environment/2012/03/felicity-
aston-solo-antarctica-record
RS_2012-03.bz2.deduped.txt:70627 - http://motherjones.com/mojo/2012/03/newt-we-hardly-
knew-ye
RS_2012-03.bz2.deduped.txt:72298 - http://motherjones.com/politics/2012/03/rick-santorum-
pac-campaign-finance-president?mrefid=twitter
RS_2012-03.bz2.deduped.txt:74242 - http://motherjones.com/kevin-drum/2012/03/cost-
obamacare-has-gone-down-not?utm_medium=twitter&utm_source=twitterfeed
RS_2012-03.bz2.deduped.txt:76609 - http://motherjones.com/media/2012/03/sonja-sohn-
interview-baltimore-the-wire
RS_2012-03.bz2.deduped.txt:76776 - http://motherjones.com/politics/2012/03/kathleen-falk-
scott-walker-recall-wisconsin
RS_2012-03.bz2.deduped.txt:77016 - http://motherjones.com/politics/2012/03/ken-langone-
home-depot-romney-donations
RS_2012-03.bz2.deduped.txt:77956 - http://motherjones.com/mojo/2012/03/report-plan-b-
access-limited-native-communities
RS_2012-03.bz2.deduped.txt:80070 - http://motherjones.com/blue-marble/2012/03/seas-and-
storms-and-shorefront-homes
RS_2012-03.bz2.deduped.txt:82094 - http://motherjones.com/mojo/2012/03/barack-obama-
murderous-sociopath-wrong-question
RS_2012-03.bz2.deduped.txt:82300 - http://motherjones.com/politics/2012/03/sabu-fbi-
anonymous-hacker-informant
RS_2012-03.bz2.deduped.txt:82470 - http://motherjones.com/politics/2012/03/rick-santorum-
wwf-pro-wresting
RS_2012-03.bz2.deduped.txt:82711 - http://motherjones.com/politics/2012/03/stratfor-robert-
kaplan
RS_2012-03.bz2.deduped.txt:83570 - http://motherjones.com/politics/2008/03/am-i-
torturer?page=2
RS_2012-03.bz2.deduped.txt:84050 - http://motherjones.com/kevin-drum/2012/03/obama-and-
shaye-will-white-house-explain-its-actions
RS_2012-03.bz2.deduped.txt:86182 - http://motherjones.com/politics/2004/09/faith-system
RS_2012-03.bz2.deduped.txt:87198 - http://motherjones.com/mojo/2012/03/andy-kroll-
olbermann-romney-gop-primary-mathematical-elimination
RS_2012-03.bz2.deduped.txt:87203 - http://motherjones.com/politics/2012/03/what-are-right-to-
work-laws
RS_2012-03.bz2.deduped.txt:87723 - http://motherjones.com/mojo/2012/03/joe-biden-aviator-
glasses-photos
RS_2012-03.bz2.deduped.txt:88017 - http://motherjones.com/politics/2012/03/showdown-corn-
obama-white-house

RS_2012-03.bz2.deduped.txt:90625 - http://motherjones.com/politics/2012/03/michael-steele-revenge-gop-primary?page=1

RS_2012-03.bz2.deduped.txt:90954 - http://motherjones.com/mojo/2012/03/al-qaedas-dog-food-problem

RS_2012-03.bz2.deduped.txt:90972 - http://motherjones.com/mojo/2012/03/state-iraq-whistleblower-peter-van-buren

RS_2012-03.bz2.deduped.txt:92491 - http://motherjones.com/politics/2012/03/what-happened-trayvon-martin-explained

RS_2012-03.bz2.deduped.txt:92607 - http://motherjones.com/politics/2012/03/top-ways-us-national-security-policies-threaten-civil-liberties?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2012-03.bz2.deduped.txt:92825 - http://motherjones.com/politics/2012/03/what-happened-trayvon-martin-explained#update

RS_2012-03.bz2.deduped.txt:93818 - http://motherjones.com/mojo/2012/03/military-spending-2011-chart

RS_2012-03.bz2.deduped.txt:94406 - http://motherjones.com/mojo/2012/03/watch-police-get-violent-ows-retakes-zuccotti-park

RS_2012-03.bz2.deduped.txt:95644 - http://motherjones.com/blue-marble/2012/03/great-news-whiskey-drinkers

RS_2012-03.bz2.deduped.txt:95875 - http://motherjones.com/mojo/2012/03/rick-santorum-tiananmen-square-republican-president

RS_2012-03.bz2.deduped.txt:95879 - http://motherjones.com/politics/2012/03/mitt-romney-magic-number-1104-delegates

RS_2012-03.bz2.deduped.txt:96309 - http://m.motherjones.com/politics/2012/03/what-happened-trayvon-martin-explained

RS_2012-03.bz2.deduped.txt:98580 - http://motherjones.com/blue-marble/2012/03/crazy-heat-wave-about-get

RS_2012-03.bz2.deduped.txt:98731 - http://motherjones.com/blue-marble/2012/03/hawaiian-lizard-declared-extinct

RS_2012-03.bz2.deduped.txt:99004 - http://motherjones.com/politics/2012/03/republicans-violence-against-women-act

RS_2012-03.bz2.deduped.txt:99212 - http://motherjones.com/mojo/2012/03/knit-your-congressman-vagina-contraception-abortion?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2012-03.bz2.deduped.txt:101555 - http://motherjones.com/mojo/2012/03/shahed-hussain-khalifah-al-akili

RS_2012-03.bz2.deduped.txt:101557 - http://motherjones.com/kevin-drum/2012/03/liberals-started-culture-war-we-should-proud-continuing-it

RS_2012-03.bz2.deduped.txt:104676 - http://motherjones.com/politics/2012/03/mitt-romney-robot-quiz

RS_2012-03.bz2.deduped.txt:104910 - http://motherjones.com/kevin-drum/2012/03/can-we-please-stop-making-excuses-paul-ryan

RS_2012-03.bz2.deduped.txt:105175 - http://motherjones.com/mixed-media/2012/03/jhumpa-lahiri-new-york-times-editor

RS_2012-03.bz2.deduped.txt:105286 - http://motherjones.com/environment/2012/03/walmart-groceries-organic-local-food-deserts
RS_2012-03.bz2.deduped.txt:107455 - http://motherjones.com/politics/2012/03/corporations-tax-breaks-super-pacs-political-dark-money
RS_2012-03.bz2.deduped.txt:107513 - http://motherjones.com/tom-philpott/2012/03/romney-ag-team-agribiz-revolving-door
RS_2012-03.bz2.deduped.txt:107584 - http://motherjones.com/mojo/2012/03/i-didnt-think-it-would-be-controversial
RS_2012-03.bz2.deduped.txt:107640 - http://motherjones.com/environment/2012/03/walmart-china-sustainability-shadow-factories-greenwash
RS_2012-03.bz2.deduped.txt:108303 - http://motherjones.com/mojo/2012/03/rick-santorum-praying-dan-savage
RS_2012-03.bz2.deduped.txt:113553 - http://motherjones.com/mojo/2012/03/nra-trayvon-martin?mrefid=twitter
RS_2012-03.bz2.deduped.txt:113683 - http://motherjones.com/mojo/2012/03/fight-save-paper-dollar-hits-dc-subway-system
RS_2012-03.bz2.deduped.txt:113865 - http://motherjones.com/mojo/2012/03/nra-trayvon-martin
RS_2012-03.bz2.deduped.txt:114699 - http://motherjones.com/mojo/2012/03/glenn-beck-blaze-trayvon-martin
RS_2012-03.bz2.deduped.txt:115821 - http://motherjones.com/environment/2012/03/fracking-doctors-gag-pennsylvania
RS_2012-03.bz2.deduped.txt:116220 - http://motherjones.com/mojo/2012/03/obama-comments-trayvon-martin-case-and-right-goes-nuts
RS_2012-03.bz2.deduped.txt:118701 - http://motherjones.com/mojo/2012/03/dont-go-walmart-night-says-romney-louisiana-endorser
RS_2012-03.bz2.deduped.txt:119226 - http://motherjones.com/politics/2012/03/trayvon-shooters-911-calls-potholes-piles-trash-black-men
RS_2012-03.bz2.deduped.txt:122808 - http://motherjones.com/kevin-drum/2012/03/obamacare-now-officially-obamacare?utm_medium=twitter&utm_source=twitterfeed
RS_2012-03.bz2.deduped.txt:125260 - http://motherjones.com/blue-marble/2012/03/docs-pa-no-fracking-way
RS_2012-03.bz2.deduped.txt:127862 - http://motherjones.com/politics/2012/03/rick-scott-governor-trayvon-martin-response
RS_2012-03.bz2.deduped.txt:128399 - http://motherjones.com/tom-philpott/2012/03/researchers-gm-crops-are-killing-monarch-butterflies-after-all
RS_2012-03.bz2.deduped.txt:131636 - http://motherjones.com/mojo/2012/03/catholic-bishops-lose-another-contraception-fight
RS_2012-03.bz2.deduped.txt:131660 - http://motherjones.com/politics/2012/03/lisa-fithian-occupy-wall-street-teaching-civil-disobedience
RS_2012-03.bz2.deduped.txt:133283 - http://motherjones.com/politics/2004/11/legacy-lonesome-death-bob-dylan-hattie-carroll
RS_2012-03.bz2.deduped.txt:134557 - http://motherjones.com/kevin-drum/2012/03/forget-interstate-commerce-its-necessary-and-proper-clause-thats-key-obamacares-f
RS_2012-03.bz2.deduped.txt:135984 - http://motherjones.com/environment/2012/03/what-will-earth-be-like-50-years

RS_2012-03.bz2.deduped.txt:136313 - http://motherjones.com/mojo/2012/03/obamacare-supreme-court-disaster

RS_2012-03.bz2.deduped.txt:138089 - http://motherjones.com/politics/2012/03/neil-livingstone-montana-governor

RS_2012-03.bz2.deduped.txt:139199 - http://motherjones.com/mojo/2012/03/chart-day-affordable-care-act-and-women

RS_2012-03.bz2.deduped.txt:141475 - http://motherjones.com/mixed-media/2012/02/james-mercer-shins-port-of-morrow-interview

RS_2012-03.bz2.deduped.txt:142048 - http://motherjones.com/environment/2012/03/heat-wave-climate-change-future-matthew-huber-interview

RS_2012-03.bz2.deduped.txt:142454 - http://motherjones.com/blue-marble/2012/03/gas-leak-may-be-north-seas-deepwater-horizon

RS_2012-03.bz2.deduped.txt:144184 - http://motherjones.com/blue-marble/2012/03/end-coal-we-know-it

RS_2012-03.bz2.deduped.txt:145110 - http://motherjones.com/mojo/2012/03/catholic-bishops-lose-another-contraception-fight?mrefid=twitter

RS_2012-03.bz2.deduped.txt:145393 - http://motherjones.com/tom-philpott/2012/03/farm-workers-get-beat-florida-fields-and-us-senate

RS_2012-03.bz2.deduped.txt:145457 - http://motherjones.com/politics/2012/03/trayvon-martin-sanford-racial-history

RS_2012-03.bz2.deduped.txt:146013 - http://motherjones.com/kevin-drum/2012/03/mitt-romneys-probem-no-one-likes-him

RS_2012-03.bz2.deduped.txt:148515 - http://motherjones.com/mojo/2012/03/gop-preventing-immigrant-rape-ice-holiday

RS_2012-03.bz2.deduped.txt:149487 - http://motherjones.com/politics/2012/03/NRA-stand-your-ground-trayvon-martin

RS_2012-03.bz2.deduped.txt:149582 - http://motherjones.com/kevin-drum/2012/03/demographics-religious-right

RS_2012-03.bz2.deduped.txt:149670 - http://motherjones.com/blue-marble/2012/03/its-not-your-imagination-republicans-really-dont-science?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2FTheBlueMarble+%28Mother+Jones+%7C+The+Blue+Marble%29

RS_2012-03.bz2.deduped.txt:149775 - http://motherjones.com/blue-marble/2012/03/its-not-your-imagination-republicans-really-dont-science

RS_2012-03.bz2.deduped.txt:152190 - http://motherjones.com/blue-marble/2012/03/gas-leak-north-sea-deepwater-horizon

RS_2012-03.bz2.deduped.txt:158050 - http://motherjones.com/environment/2012/03/thoreaus-journal-climate-change

RS_2012-03.bz2.deduped.txt:158078 - http://motherjones.com/politics/2012/03/chris-mooney-republican-brain-science-denial?page=1

RS_2012-03.bz2.deduped.txt:158156 - http://motherjones.com/politics/2012/03/chris-mooney-republican-brain-science-denial

RS_2012-03.bz2.deduped.txt:158585 - http://motherjones.com/kevin-drum/2012/03/chart-day-conservatives-dont-trust-science

RS_2012-03.bz2.deduped.txt:158703 - http://motherjones.com/tom-philpott/2012/03/bayer-pesticide-bees-studies

RS_2012-03.bz2.deduped.txt:160601 - http://motherjones.com/mojo/2012/03/arizona-outdoes-everyone-new-anti-abortion-bill

RS_2012-03.bz2.deduped.txt:164116 - http://motherjones.com/media/2012/03/movie-review-wrath-of-the-titans-drunk

RS_2017-03.bz2.deduped.txt:313 - http://motherjones.com/politics/2017/02/sam-brownback-kansas-tax-cuts-moody-credit-rating

RS_2017-03.bz2.deduped.txt:1279 - http://www.motherjones.com/kevin-drum/2017/02/were-live-blogging-trumps-first-big-speech-congress

RS_2017-03.bz2.deduped.txt:2160 - http://www.motherjones.com/politics/1997/03/white-house-sleep-over-guest-list

RS_2017-03.bz2.deduped.txt:4398 - http://www.motherjones.com/environment/2017/02/latest-trump-executive-order-aims-dismantle-obamas-clean-water-rule

RS_2017-03.bz2.deduped.txt:4503 - http://www.motherjones.com/environment/2017/02/new-pipeline-protests-nationwide

RS_2017-03.bz2.deduped.txt:4663 - http://www.motherjones.com/politics/2017/02/read-full-text-donald-trumps-speech-congress

RS_2017-03.bz2.deduped.txt:6221 - http://www.motherjones.com/kevin-drum/2017/02/trump-once-again-covers-his-own-failure-yemen-raid

RS_2017-03.bz2.deduped.txt:6630 - http://www.motherjones.com/politics/2017/02/trump-pentagon-military-budget-spending-charts

RS_2017-03.bz2.deduped.txt:7613 - http://www.motherjones.com/politics/2017/02/congress-russia-trump-nadler-republicans-house-update

RS_2017-03.bz2.deduped.txt:8266 - http://www.motherjones.com/politics/2017/02/bernie-sanders-donald-trump-congress-speech

RS_2017-03.bz2.deduped.txt:10774 - http://www.motherjones.com/kevin-drum/2017/03/republican-health-care-plan-political-genius

RS_2017-03.bz2.deduped.txt:11375 - http://www.motherjones.com/media/2017/03/media-goes-wild-over-trumps-first-address-congress

RS_2017-03.bz2.deduped.txt:12664 - http://www.motherjones.com/politics/2017/03/mississippi-domestic-violence-divorce-bill-fails

RS_2017-03.bz2.deduped.txt:12867 - http://www.motherjones.com/kevin-drum/2017/03/map-day-what-do-san-francisco-and-oklahoma-city-have-common

RS_2017-03.bz2.deduped.txt:13610 - http://www.motherjones.com/kevin-drum/2017/03/trump-invents-new-word-lying-misdirection-play

RS_2017-03.bz2.deduped.txt:13782 - http://www.motherjones.com/kevin-drum/2017/03/british-dutch-passed-along-intel-about-meetings-between-trump-team-and-russia

RS_2017-03.bz2.deduped.txt:16797 - http://www.motherjones.com/politics/2017/02/white-house-power-player-jared-kushner-keeping-parts-his-real-estate-empire?0

RS_2017-03.bz2.deduped.txt:17239 - http://www.motherjones.com/politics/2017/03/angel-rayos-garcia-mom-deported-trump-address

RS_2017-03.bz2.deduped.txt:17994 - http://www.motherjones.com/politics/2017/03/planned-parenthood-patients-and-providers-flood-capitol-hill-lobby-legislators

RS_2017-03.bz2.deduped.txt:18227 - http://motherjones.com/environment/2017/02/trump-doesnt-want-give-you-dirty-details-his-clean-air-and-clean-water-promise

RS_2017-03.bz2.deduped.txt:20346 - http://www.motherjones.com/politics/2017/03/republicans-want-jeff-sessions-recuse-russian-probe

RS_2017-03.bz2.deduped.txt:20483 - http://motherjones.com/kevin-drum/2017/03/donald-trump-really-hates-state-department
RS_2017-03.bz2.deduped.txt:23256 - http://www.motherjones.com/politics/2017/03/obamacare-secret-gop-basement-congress-rand-paul
RS_2017-03.bz2.deduped.txt:24464 - http://www.motherjones.com/politics/2017/03/can-jeff-sessions-be-prosecuted-perjury
RS_2017-03.bz2.deduped.txt:24628 - http://www.motherjones.com/kevin-drum/2017/03/donald-trump-really-hates-state-department
RS_2017-03.bz2.deduped.txt:25733 - http://www.motherjones.com/kevin-drum/2017/03/its-raining-shoes-jeff-sessions-affair-today
RS_2017-03.bz2.deduped.txt:27026 - http://m.motherjones.com/politics/2017/03/mississippi-domestic-violence-divorce-bill-fails
RS_2017-03.bz2.deduped.txt:29482 - http://www.motherjones.com/kevin-drum/2017/02/trump-says-hes-not-even-trying-staff-government-hes-probably-lying
RS_2017-03.bz2.deduped.txt:29917 - http://www.motherjones.com/environment/2017/03/trumps-latest-gift-big-ag-empty-gesture
RS_2017-03.bz2.deduped.txt:29997 - http://www.motherjones.com/politics/2017/03/sergey-kislyak-russian-ambassador
RS_2017-03.bz2.deduped.txt:32967 - http://www.motherjones.com/politics/2017/03/betsy-devos-donald-trump-florida-school-choice-vouchers
RS_2017-03.bz2.deduped.txt:36318 - http://www.motherjones.com/kevin-drum/2017/03/donald-trump-impressive-student-political-weasel-wording
RS_2017-03.bz2.deduped.txt:36757 - http://www.motherjones.com/politics/2017/03/darrell-issa-donald-trump-investigation-climate-california
RS_2017-03.bz2.deduped.txt:41049 - http://www.motherjones.com/politics/2017/03/trump-cabinet-members-lied-under-oath
RS_2017-03.bz2.deduped.txt:48770 - http://www.motherjones.com/politics/2017/03/kansas-supreme-court-tells-lawmakers-adequately-fund-public-schools
RS_2017-03.bz2.deduped.txt:50539 - http://www.motherjones.com/media/2017/02/teen-vogue-lauren-duca
RS_2017-03.bz2.deduped.txt:51259 - http://www.motherjones.com/environment/2017/03/allegations-brian-wansink-cornell-food-brand-lab
RS_2017-03.bz2.deduped.txt:51600 - http://m.motherjones.com/politics/2017/03/trump-cabinet-members-lied-under-oath
RS_2017-03.bz2.deduped.txt:57457 - http://www.motherjones.com/environment/2017/03/cities-epa-clean-air-water-pollution-trash
RS_2017-03.bz2.deduped.txt:60905 - http://www.motherjones.com/politics/2017/03/republicans-anti-protest-bills-map
RS_2017-03.bz2.deduped.txt:61355 - http://www.motherjones.com/politics/2017/03/trump-white-house-visitor-logs-mar-a-lago
RS_2017-03.bz2.deduped.txt:61744 - http://m.motherjones.com/politics/2017/03/trump-white-house-visitor-logs-mar-a-lago
RS_2017-03.bz2.deduped.txt:62684 - http://m.motherjones.com/kevin-drum/2017/03/trump-really-did-win-28-latino-vote

RS_2017-03.bz2.deduped.txt:63575 - http://www.motherjones.com/environment/2017/03/trump-epa-budget-cuts

RS_2017-03.bz2.deduped.txt:64222 - http://www.motherjones.com/environment/2017/03/white-house-exxon-press-release-tillerson

RS_2017-03.bz2.deduped.txt:64882 - http://www.motherjones.com/politics/2017/03/republican-senators-obamacare-medicaid-expansion-portman-capito-gardner-murkowski

RS_2017-03.bz2.deduped.txt:65193 - http://m.motherjones.com/politics/2017/03/republican-senators-obamacare-medicaid-expansion-portman-capito-gardner-murkowski

RS_2017-03.bz2.deduped.txt:65659 - http://www.motherjones.com/kevin-drum/2017/03/republicans-unveil-their-health-care-plan-its-bloodbath

RS_2017-03.bz2.deduped.txt:66156 - http://www.motherjones.com/kevin-drum/2017/03/one-tenth-gop-health-care-bill-deals-lottery-winners

RS_2017-03.bz2.deduped.txt:66839 - http://www.motherjones.com/kevin-drum/2017/03/trump-simmers-and-priebus-lies-just-another-weekend-white-house

RS_2017-03.bz2.deduped.txt:67467 - http://www.motherjones.com/kevin-drum/2017/03/holy-cats-republican-health-care-plan-even-worse-i-thought

RS_2017-03.bz2.deduped.txt:69244 - http://www.motherjones.com/politics/2017/03/how-trump-administration-may-be-skirting-its-own-ethics-rules

RS_2017-03.bz2.deduped.txt:69833 - http://www.motherjones.com/politics/2017/03/one-simple-question-could-break-trump-russia-scandal-wide-open

RS_2017-03.bz2.deduped.txt:73987 - http://m.motherjones.com/politics/2017/03/deputy-attorney-general-confirmation-russia-trump

RS_2017-03.bz2.deduped.txt:74033 - http://www.motherjones.com/politics/2017/03/deputy-attorney-general-confirmation-russia-trump

RS_2017-03.bz2.deduped.txt:75165 - http://www.motherjones.com/politics/2017/03/republicans-still-complaining-obamacare-was-rushed-through

RS_2017-03.bz2.deduped.txt:76680 - http://www.motherjones.com/politics/2017/03/pissing-off-old-people-seems-like-a-fabulous-plan

RS_2017-03.bz2.deduped.txt:77317 - http://www.motherjones.com/politics/2017/03/trump-offers-keep-planned-parenthood-funding-if-they-cut-abortion-care

RS_2017-03.bz2.deduped.txt:78398 - http://www.motherjones.com/kevin-drum/2017/03/trump-and-russia-its-cover-suggests-crime

RS_2017-03.bz2.deduped.txt:78476 - http://m.motherjones.com/environment/2017/03/epa-science-technology-office-removed-science

RS_2017-03.bz2.deduped.txt:80156 - http://www.motherjones.com/environment/2017/03/epa-science-technology-office-removed-science

RS_2017-03.bz2.deduped.txt:81153 - http://www.motherjones.com/environment/2017/03/steve-bannon-climate-change-project-biosphere

RS_2017-03.bz2.deduped.txt:81580 - http://www.motherjones.com/politics/2017/03/sean-spicer-size-gop-obamacare-repeal-bill

RS_2017-03.bz2.deduped.txt:82376 - http://www.motherjones.com/kevin-drum/2017/03/here-are-some-early-estimates-how-much-republicare-will-cost-you

RS_2017-03.bz2.deduped.txt:86103 - http://www.motherjones.com/kevin-drum/2017/03/say-it-me-again-james-comey-elected-donald-trump-president

RS_2017-03.bz2.deduped.txt:89679 - http://www.motherjones.com/politics/2017/03/paul-ryan-republicans-health-care-pelosi-spicer

RS_2017-03.bz2.deduped.txt:89996 - http://www.motherjones.com/kevin-drum/2017/03/quote-day-donald-trump-explains-republicare

RS_2017-03.bz2.deduped.txt:90098 - http://www.motherjones.com/politics/2017/03/conservatives-oppose-trumpcare-ryancare-obamacare-replacement

RS_2017-03.bz2.deduped.txt:93549 - http://www.motherjones.com/environment/2017/03/-trump-is-gutting-program-that-keeps-our-coasts-safe

RS_2017-03.bz2.deduped.txt:93571 - http://www.motherjones.com/environment/2017/03/trumps-budget-cuts-foul-efforts-save-lake-erie-farms

RS_2017-03.bz2.deduped.txt:98249 - http://www.motherjones.com/politics/2017/03/creeping-authoritarianism-trump-trumpocracy

RS_2017-03.bz2.deduped.txt:99130 - http://www.motherjones.com/kevin-drum/2017/03/republicare-will-destroy-individual-health-insurance-market-completely

RS_2017-03.bz2.deduped.txt:99418 - http://www.motherjones.com/environment/2017/03/epa-environmental-justice-head-resigns-move-backwards-made-no-sense?%3F

RS_2017-03.bz2.deduped.txt:99919 - http://www.motherjones.com/environment/2017/03/epa-environmental-justice-head-resigns-move-backwards-made-no-sense

RS_2017-03.bz2.deduped.txt:100416 - http://www.motherjones.com/politics/2017/03/dana-rohrabacher-russia-estonia

RS_2017-03.bz2.deduped.txt:101088 - http://m.motherjones.com/politics/2017/03/dana-rohrabacher-russia-estonia

RS_2017-03.bz2.deduped.txt:101709 - http://www.motherjones.com/politics/2017/03/theo-lacy-immigration-detention-conditions

RS_2017-03.bz2.deduped.txt:102453 - http://motherjones.com/politics/2017/03/dana-rohrabacher-russia-estonia

RS_2017-03.bz2.deduped.txt:103886 - http://www.motherjones.com/politics/2017/03/dc-wine-bar-sues-trump-unfair-competition

RS_2017-03.bz2.deduped.txt:104392 - http://m.motherjones.com/environment/2017/03/trumps-budget-cuts-foul-efforts-save-lake-erie-farms

RS_2017-03.bz2.deduped.txt:105670 - http://www.motherjones.com/media/2017/03/men-taking-credit-women-history

RS_2017-03.bz2.deduped.txt:106333 - http://www.motherjones.com/politics/2017/03/silicon-valley-tech-alt-right-racism-misogyny

RS_2017-03.bz2.deduped.txt:106346 - http://www.motherjones.com/politics/2017/03/donald-trump-2020-reelection-obamacare-republicans

RS_2017-03.bz2.deduped.txt:106390 - http://www.motherjones.com/politics/2017/02/dave-grossman-training-police-militarization

RS_2017-03.bz2.deduped.txt:112419 - http://www.motherjones.com/politics/2017/03/trumpcare-ryancare-disaster-mental-health-addiction-treatment

RS_2017-03.bz2.deduped.txt:114786 - http://motherjones.com/politics/2017/03/silicon-valley-tech-alt-right-racism-misogyny

RS_2017-03.bz2.deduped.txt:115387 - http://www.motherjones.com/politics/2017/03/texas-gerrymandering-ruling-unconstitutional%20

RS_2017-03.bz2.deduped.txt:116900 - http://www.motherjones.com/kevin-drum/2017/03/republicans-love-individual-mandates—-long-theyre-corporations

RS_2017-03.bz2.deduped.txt:117165 - http://www.motherjones.com/politics/2017/03/meet-hundreds-officials-trump-has-quietly-installed-across-government
RS_2017-03.bz2.deduped.txt:119917 - http://m.motherjones.com/politics/2017/03/school-voucher-bills-across-country
RS_2017-03.bz2.deduped.txt:122520 - http://www.motherjones.com/politics/2017/03/trump-gorka-islam-not-religion-islamophobia
RS_2017-03.bz2.deduped.txt:124472 - http://www.motherjones.com/environment/2017/02/its-time-burn-your-cookbooks
RS_2017-03.bz2.deduped.txt:125305 - http://motherjones.com/politics/2017/02/white-house-power-player-jared-kushner-keeping-parts-his-real-estate-empire
RS_2017-03.bz2.deduped.txt:128888 - http://www.motherjones.com/politics/2017/02/white-house-power-player-jared-kushner-keeping-parts-his-real-estate-empire
RS_2017-03.bz2.deduped.txt:131283 - http://www.motherjones.com/kevin-drum/2017/03/trump-omb-director-claims-obama-manipulated-unemployment-figures?utm_source=dlvr.it&utm_medium=twitter
RS_2017-03.bz2.deduped.txt:132515 - http://www.motherjones.com/politics/2017/03/donald-trump-border-patrol-corruption-use-force
RS_2017-03.bz2.deduped.txt:132655 - http://www.motherjones.com/environment/2017/03/emission-rules-epa-california-clean-air
RS_2017-03.bz2.deduped.txt:132991 - http://www.motherjones.com/politics/2017/03/darrell-issa-mike-levin-california-election
RS_2017-03.bz2.deduped.txt:133973 - http://www.motherjones.com/media/2017/03/soul-funk-band-asian-american-sxsw
RS_2017-03.bz2.deduped.txt:135140 - http://m.motherjones.com/politics/2017/03/silicon-valley-tech-alt-right-racism-misogyny
RS_2017-03.bz2.deduped.txt:138549 - http://www.motherjones.com/kevin-drum/2017/03/perhaps-obama-ordered-trumps-microwave-oven-spy-him
RS_2017-03.bz2.deduped.txt:139566 - http://www.motherjones.com/politics/2017/03/24-million-people-will-lose-insurance-thanks-trumpcare
RS_2017-03.bz2.deduped.txt:140132 - http://www.motherjones.com/politics/2017/03/24-million-people-will-lose-insurance-thanks-trumpcare
RS_2017-03.bz2.deduped.txt:142723 - http://m.motherjones.com/politics/2017/03/barack-obama-trump-robocalls
RS_2017-03.bz2.deduped.txt:142733 - http://motherjones.com/politics/2017/03/barack-obama-trump-robocalls
RS_2017-03.bz2.deduped.txt:144282 - http://www.motherjones.com/politics/2017/03/trump-guestworker-h2a-visa-farmworkers-immigration
RS_2017-03.bz2.deduped.txt:146475 - http://www.motherjones.com/politics/2017/03/texas-gerrymandering-ruling-unconstitutional%2520
RS_2017-03.bz2.deduped.txt:148685 - http://www.motherjones.com/environment/2017/03/scott-pruitts-epa-his-own-pr-firm
RS_2017-03.bz2.deduped.txt:152998 - http://www.motherjones.com/politics/2017/03/steve-kings-iowa-immigrants
RS_2017-03.bz2.deduped.txt:153548 - http://m.motherjones.com/environment/2017/03/scott-pruitts-epa-his-own-pr-firm

RS_2017-03.bz2.deduped.txt:153689 - http://www.motherjones.com/kevin-drum/2017/03/white-house-says-cbo-wrong-ahca-would-actually-make-26-million-people-uninsured
RS_2017-03.bz2.deduped.txt:156383 - http://www.motherjones.com/environment/2017/03/heres-trumps-latest-gift-auto-industry-emissions
RS_2017-03.bz2.deduped.txt:156853 - http://www.motherjones.com/politics/2017/03/perdue-trump-ethics-cronyism
RS_2017-03.bz2.deduped.txt:157418 - http://www.motherjones.com/environment/2017/03/trumps-defense-secretary-cites-climate-change-national-security-challenge
RS_2017-03.bz2.deduped.txt:157487 - http://www.motherjones.com/politics/2017/03/donald-trump-leaked-2005-tax-returns-maddow
RS_2017-03.bz2.deduped.txt:158866 - http://m.motherjones.com/politics/2017/03/exclusive-trump-penthouse-buyer-has-ties-group-chinese-military-intelligence
RS_2017-03.bz2.deduped.txt:158868 - http://www.motherjones.com/politics/2017/03/exclusive-trump-penthouse-buyer-has-ties-group-chinese-military-intelligence
RS_2017-03.bz2.deduped.txt:159692 - http://www.motherjones.com/environment/2017/03/codfather-carlos-rafael-fish-fraud-catchshares
RS_2017-03.bz2.deduped.txt:159914 - http://www.motherjones.com/politics/2017/03/exclusive-donald-trump-penthouse-buyer-has-ties-group-chinese-military-intelligence
RS_2017-03.bz2.deduped.txt:163431 - http://www.motherjones.com/politics/2017/03/florida-guns-stand-your-ground-law
RS_2017-03.bz2.deduped.txt:165750 - http://www.motherjones.com/politics/2017/03/exclusive-donald-trump-penthouse-buyer-has-ties-group-chinese-military-intelligence?platform=hootsuite
RS_2017-03.bz2.deduped.txt:167031 - http://www.motherjones.com/politics/2017/03/secret-service-investigation-selfies-donald-trump-grandson
RS_2017-03.bz2.deduped.txt:170059 - http://motherjones.com/environment/2017/03/heres-trumps-latest-gift-auto-industry-emissions
RS_2017-03.bz2.deduped.txt:173692 - http://www.motherjones.com/politics/2017/03/stephen-bannon-fan-french-anti-semite-who-sided-nazis
RS_2017-03.bz2.deduped.txt:174320 - http://www.motherjones.com/environment/2017/03/california-looking-poach-epa-staffers-fight-climate-change
RS_2017-03.bz2.deduped.txt:175339 - http://m.motherjones.com/politics/2017/03/stephen-bannon-fan-french-anti-semite-who-sided-nazis
RS_2017-03.bz2.deduped.txt:176628 - http://www.motherjones.com/politics/2017/03/kt-mcfarland-fec-campaign-expenses-trump
RS_2017-03.bz2.deduped.txt:177716 - http://m.motherjones.com/politics/2017/03/secret-service-investigation-selfies-donald-trump-grandson
RS_2017-03.bz2.deduped.txt:178381 - http://www.motherjones.com/environment/2017/03/trump-budget-epa-cuts
RS_2017-03.bz2.deduped.txt:179058 - http://motherjones.com/politics/2017/03/kt-mcfarland-fec-campaign-expenses-trump
RS_2017-03.bz2.deduped.txt:181627 - http://www.motherjones.com/politics/2017/03/running-list-heartless-statements-about-budget-trump-administration

RS_2017-03.bz2.deduped.txt:182043 - http://www.motherjones.com/kevin-drum/2017/03/meals
RS_2017-03.bz2.deduped.txt:182747 - http://www.motherjones.com/politics/2017/03/richard-spencer-cotton-farms-louisiana-subsidies
RS_2017-03.bz2.deduped.txt:183017 - http://m.motherjones.com/politics/2017/03/richard-spencer-cotton-farms-louisiana-subsidies
RS_2017-03.bz2.deduped.txt:185573 - http://www.motherjones.com/kevin-drum/2017/03/british-prime-minister-latest-be-pissed-donald-trump
RS_2017-03.bz2.deduped.txt:187388 - http://www.motherjones.com/politics/2017/03/trump-dont-blame-me-when-i-quote-fox-news
RS_2017-03.bz2.deduped.txt:188126 - http://m.motherjones.com/politics/2017/03/trump-budget-school-meals-on-wheels
RS_2017-03.bz2.deduped.txt:188212 - http://m.motherjones.com/politics/2017/03/trump-dont-blame-me-when-i-quote-fox-news
RS_2017-03.bz2.deduped.txt:191060 - http://www.motherjones.com/politics/2017/03/trump-budget-school-meals-on-wheels
RS_2017-03.bz2.deduped.txt:192348 - http://www.motherjones.com/environment/2017/03/air-pollution-denial-climate-denial
RS_2017-03.bz2.deduped.txt:192764 - http://www.motherjones.com/print/328036
RS_2017-03.bz2.deduped.txt:199070 - http://www.motherjones.com/politics/2017/03/central-america-asylum-seekers-trump-deportation
RS_2017-03.bz2.deduped.txt:202824 - http://www.motherjones.com/media/2017/03/police-shootings-black-lives-matter-history-timeline
RS_2017-03.bz2.deduped.txt:207635 - http://m.motherjones.com/environment/2017/03/neil-gorsuch-donald-trump-supreme-court-standing
RS_2017-03.bz2.deduped.txt:207667 - http://www.motherjones.com/environment/2017/03/neil-gorsuch-donald-trump-supreme-court-standing
RS_2017-03.bz2.deduped.txt:211500 - http://www.motherjones.com/politics/2017/03/fbi-director-comey-intelligence-hearing-says-trump-russia-links-being-probed
RS_2017-03.bz2.deduped.txt:214501 - http://www.motherjones.com/politics/2017/03/james-comey-trump-potus-tweet-russia
RS_2017-03.bz2.deduped.txt:214737 - http://m.motherjones.com/politics/2017/03/devin-nunes-intel-committee-says-never-heard-of-roger-stone-carter-page
RS_2017-03.bz2.deduped.txt:214803 - http://www.motherjones.com/politics/2017/03/devin-nunes-intel-committee-says-never-heard-of-roger-stone-carter-page
RS_2017-03.bz2.deduped.txt:219136 - http://www.motherjones.com/politics/2017/03/trump-gun-industry-slump
RS_2017-03.bz2.deduped.txt:220029 - http://www.motherjones.com/politics/2017/03/trump-organization-wont-say-how-its-vetting-deals-conflicts
RS_2017-03.bz2.deduped.txt:222769 - http://www.motherjones.com/politics/2017/03/top-democrat-house-intel-committee-explains-why-mondays-hearing-necessary
RS_2017-03.bz2.deduped.txt:225206 - http://www.motherjones.com/politics/2017/03/ahca-heritage-action-trumpcare-paul-ryan
RS_2017-03.bz2.deduped.txt:230090 - http://m.motherjones.com/politics/2017/03/delonge-blink-182-aliens-Podesta
RS_2017-03.bz2.deduped.txt:230968 - http://www.motherjones.com/politics/2017/03/obama-nowruz-persian-new-year

RS_2017-03.bz2.deduped.txt:231618 - http://www.motherjones.com/politics/2017/03/kansas-medicaid-expansion-obamacare-aca
RS_2017-03.bz2.deduped.txt:236522 - http://m.motherjones.com/politics/2017/03/paul-manafort-tried-help-russian-oligarch-oleg-deripaska-suspected-mob-ties-gain-us
RS_2017-03.bz2.deduped.txt:236621 - http://www.motherjones.com/politics/2017/03/paul-manafort-tried-help-russian-oligarch-oleg-deripaska-suspected-mob-ties-gain-us
RS_2017-03.bz2.deduped.txt:238969 - http://www.motherjones.com/mixed-media/2017/03/austin-powers-hasnt-aged-well-as-a-film-series-though-i-think
RS_2017-03.bz2.deduped.txt:240281 - http://www.motherjones.com/kevin-drum/2017/03/cnn-trump-team-gave-russians-thumbs-release-hillary-smears
RS_2017-03.bz2.deduped.txt:240563 - http://m.motherjones.com/kevin-drum/2017/03/cnn-trump-team-gave-russians-thumbs-release-hillary-smears
RS_2017-03.bz2.deduped.txt:240599 - http://www.motherjones.com/politics/2017/03/nunes-trump-schiff-surveillance
RS_2017-03.bz2.deduped.txt:240605 - http://www.motherjones.com/environment/2017/03/coal-company-honored-conference-partying-trumps-mar-lago
RS_2017-03.bz2.deduped.txt:243143 - http://www.motherjones.com/politics/2017/03/heres-what-senate-should-ask-when-they-grill-trumps-usda-pick
RS_2017-03.bz2.deduped.txt:244086 - http://www.motherjones.com/kevin-drum/2017/03/republicans-now-considering-how-make-bad-health-care-plan-complete-wreck
RS_2017-03.bz2.deduped.txt:246147 - http://www.motherjones.com/politics/2017/03/donald-trump-falsehoods-interview-wiretap
RS_2017-03.bz2.deduped.txt:247146 - http://www.motherjones.com/politics/2017/03/nunes-apology-trump
RS_2017-03.bz2.deduped.txt:249466 - http://www.motherjones.com/kevin-drum/2017/03/conservatives-demand-end-pre-existing-conditions-ban
RS_2017-03.bz2.deduped.txt:249849 - http://www.motherjones.com/politics/2017/03/trump-health-care-summit-white-guys
RS_2017-03.bz2.deduped.txt:250854 - http://m.motherjones.com/politics/2017/03/trump-health-care-summit-white-guys
RS_2017-03.bz2.deduped.txt:250972 - http://www.motherjones.com/kevin-drum/2017/03/donald-trump-always-right
RS_2017-03.bz2.deduped.txt:251645 - http://www.motherjones.com/politics/2017/03/delonge-blink-182-aliens-Podesta
RS_2017-03.bz2.deduped.txt:254934 - http://www.motherjones.com/media/2017/03/breitbart-sleeping-giants-ads
RS_2017-03.bz2.deduped.txt:255432 - http://www.motherjones.com/politics/2017/03/new-york-city-councilman-ritchie-torres
RS_2017-03.bz2.deduped.txt:257530 - http://motherjones.com/politics/2017/03/exhaustive-history-donald-trump-russia-scandal-timeline
RS_2017-03.bz2.deduped.txt:257689 - http://www.motherjones.com/politics/2017/03/exhaustive-history-donald-trump-russia-scandal-timeline
RS_2017-03.bz2.deduped.txt:260213 - http://www.motherjones.com/politics/2017/03/kansas-state-senate-medicaid

RS_2017-03.bz2.deduped.txt:262048 - http://m.motherjones.com/politics/2017/03/trump-obamacare-repeal-promise-so-easy
RS_2017-03.bz2.deduped.txt:262109 - http://www.motherjones.com/politics/2017/03/trump-obamacare-repeal-promise-so-easy
RS_2017-03.bz2.deduped.txt:264165 - http://www.motherjones.com/politics/2017/03/nunes-press-conference-half-cocked-manafort
RS_2017-03.bz2.deduped.txt:265421 - http://www.motherjones.com/environment/2017/03/cable-news-climate-change-2016-election
RS_2017-03.bz2.deduped.txt:265834 - http://www.motherjones.com/environment/2017/03/what-climate-deniers-want-when-white-house-listening
RS_2017-03.bz2.deduped.txt:267922 - http://www.motherjones.com/mixed-media/2012/12/totally-tasteless-pro-gun-shirts
RS_2017-03.bz2.deduped.txt:269778 - http://m.motherjones.com/contributor/2017/03/trump-ryan-took-voters-for-a-ride
RS_2017-03.bz2.deduped.txt:270286 - http://www.motherjones.com/kevin-drum/2017/03/republican-no-votes-ahca-were-all-over-ideological-map
RS_2017-03.bz2.deduped.txt:271290 - http://m.motherjones.com/politics/2017/03/exhaustive-history-donald-trump-russia-scandal-timeline
RS_2017-03.bz2.deduped.txt:273240 - http://www.motherjones.com/environment/2017/03/dakota-access-pipeline-oil-flow
RS_2017-03.bz2.deduped.txt:276443 - http://m.motherjones.com/politics/2017/03/trump-gun-industry-slump
RS_2017-03.bz2.deduped.txt:278021 - http://motherjones.com/politics/2016/09/girls-juvenile-justice-status-offenses
RS_2017-03.bz2.deduped.txt:279096 - http://www.motherjones.com/kevin-drum/2017/03/breaking-donald-trump-played-golf-weekend
RS_2017-03.bz2.deduped.txt:281789 - http://www.motherjones.com/politics/2017/03/elizabeth-warren-republicans-mcconnell-democrats
RS_2017-03.bz2.deduped.txt:287428 - http://m.motherjones.com/environment/2017/03/trump-epa-brain-damaging-pesticide
RS_2017-03.bz2.deduped.txt:290744 - http://www.motherjones.com/environment/2017/03/trump-executive-order-climate
RS_2017-03.bz2.deduped.txt:290839 - http://m.motherjones.com/environment/2017/03/trump-executive-order-climate
RS_2017-03.bz2.deduped.txt:293235 - http://www.motherjones.com/politics/2017/03/christie-drug-commission-trump
RS_2017-03.bz2.deduped.txt:294674 - http://www.motherjones.com/politics/2017/03/young-turks-becoming-breitbart-left
RS_2017-03.bz2.deduped.txt:295889 - http://www.motherjones.com/politics/2017/03/young-turks-becoming-breitbart-left
RS_2017-03.bz2.deduped.txt:296899 - http://www.motherjones.com/politics/2017/03/kansas-senate-passes-medicaid-expansion-obamacare-1
RS_2017-03.bz2.deduped.txt:298210 - http://m.motherjones.com/kevin-drum/2017/03/trump-team-continues-act-guilty-over-russia-ties
RS_2017-03.bz2.deduped.txt:300799 - http://www.motherjones.com/environment/2017/03/avian-flu-spreading-dont-tell-donald-trump

RS_2017-03.bz2.deduped.txt:300924 - http://www.motherjones.com/politics/2017/03/congress-internet-service-providers-privacy-advertisers
RS_2017-03.bz2.deduped.txt:305498 - http://www.motherjones.com/politics/2017/03/how-devin-nunes-threatening-constitution-intelligence-oversight-russia-probe
RS_2017-03.bz2.deduped.txt:305569 - http://www.motherjones.com/politics/2017/03/opioid-investigation-mccaskill-pharmaceutical-companies
RS_2017-03.bz2.deduped.txt:309319 - http://www.motherjones.com/environment/2017/03/climate-change-global-extreme-weather
RS_2017-03.bz2.deduped.txt:309329 - http://www.motherjones.com/politics/2017/03/ron-wyden-search-phones-border-airports
RS_2017-03.bz2.deduped.txt:312754 - http://www.motherjones.com/environment/2017/03/michael-mann-lamar-smith-hosue-science-committee
RS_2017-03.bz2.deduped.txt:315106 - http://www.motherjones.com/environment/2017/03/michael-mann-lamar-smith-house-science-committee
RS_2017-03.bz2.deduped.txt:316406 - http://www.motherjones.com/environment/2017/03/trump-epa-brain-damaging-pesticide
RS_2017-03.bz2.deduped.txt:317025 - http://www.motherjones.com/politics/2017/03/immigrants-food-stamps-deportation-public-charges
RS_2017-03.bz2.deduped.txt:317576 - http://www.motherjones.com/politics/2017/03/tom-perriello-obamacare-virginia-worth-it
RS_2017-03.bz2.deduped.txt:320344 - http://www.motherjones.com/environment/2017/03/pruitts-epa-capito-carper-lol
RS_2017-03.bz2.deduped.txt:321292 - http://www.motherjones.com/politics/2017/03/trump-opioids-campaign-christie
RS_2017-03.bz2.deduped.txt:321305 - http://www.motherjones.com/politics/2017/03/mark-warner-senate-intelligence-committee-opening-statement-trump-russia
RS_2017-03.bz2.deduped.txt:322429 - http://www.motherjones.com/politics/2017/03/hb2-cooper-north-carolina-deal
RS_2017-03.bz2.deduped.txt:324791 - http://www.motherjones.com/politics/2017/03/clinton-email-russia
RS_2017-03.bz2.deduped.txt:324985 - http://www.motherjones.com/politics/2017/03/heres-biggest-lie-sean-spicer-told-today?%3F
RS_2017-03.bz2.deduped.txt:326402 - http://www.motherjones.com/politics/2017/03/heres-biggest-lie-sean-spicer-told-today
RS_2017-03.bz2.deduped.txt:327845 - http://www.motherjones.com/kevin-drum/2017/03/most-people-dont-pay-much-federal-income-tax
RS_2017-03.bz2.deduped.txt:329407 - http://www.motherjones.com/politics/2017/03/immigration-court-deportations-trump-asylum
RS_2017-03.bz2.deduped.txt:329473 - http://www.motherjones.com/politics/2017/03/public-banking-community-private-banks-wall-street-oakland-philadelphia-santa-fe
RS_2017-03.bz2.deduped.txt:329499 - http://www.motherjones.com/politics/2017/03/border-wall-bids-resist-trump

RS_2017-03.bz2.deduped.txt:332440 - http://www.motherjones.com/kevin-drum/2017/03/why-were-three-white-house-officials-trawling-through-highly-classified-documents

RS_2017-03.bz2.deduped.txt:332941 - http://www.motherjones.com/politics/2017/03/scott-walker-trump-wisconsin-teacher-union

RS_2017-03.bz2.deduped.txt:335323 - http://www.motherjones.com/politics/2017/03/creeping-authoritarianism-trump-trumpocracy#d68

RS_2014-06.bz2.deduped.txt:7458 - http://www.motherjones.com/politics/2014/06/nra-open-carry-guns-backlash-texas

RS_2014-06.bz2.deduped.txt:11444 - http://www.motherjones.com/mixed-media/2014/06/everything-you-need-to-know-about-wwdc-2014

RS_2014-06.bz2.deduped.txt:11748 - http://www.motherjones.com/blue-marble/2014/05/north-carolina-criminalize-disclosing-fracking-chemicals-doctors-firefighters

RS_2014-06.bz2.deduped.txt:12570 - http://www.motherjones.com/environment/2014/06/obama-epa-power-plant-rules-hysteria

RS_2014-06.bz2.deduped.txt:13488 - http://www.motherjones.com/tom-philpott/2014/05/nanotech-food-safety-fda-nano-material?utm_source=nextdraft&utm_medium=email

RS_2014-06.bz2.deduped.txt:14730 - http://www.motherjones.com/politics/2014/06/ken-bennett-arizona-governor-birther

RS_2014-06.bz2.deduped.txt:16202 - http://www.motherjones.com/kevin-drum/2014/05/obamacare-saves-lives-thats-not-really-its-big-benefit

RS_2014-06.bz2.deduped.txt:17097 - http://m.motherjones.com/mojo/2014/06/the-long-shadow-poverty-baltimore-poor-children

RS_2014-06.bz2.deduped.txt:17633 - http://www.motherjones.com/politics/2014/06/ew-jackson-rand-paul

RS_2014-06.bz2.deduped.txt:19990 - http://www.motherjones.com/mojo/2014/06/surge-unaccompanied-child-migrant-shelters

RS_2014-06.bz2.deduped.txt:20241 - http://www.motherjones.com/mojo/2014/06/alabama-gop-reward-voter-fraud-ballot

RS_2014-06.bz2.deduped.txt:20248 - http://www.motherjones.com/mixed-media/2014/06/watch-jon-stewart-explain-insanity-americas-acceptance-mass-shootings

RS_2014-06.bz2.deduped.txt:20831 - http://www.motherjones.com/politics/2014/06/child-migrants-surge-unaccompanied-central-america

RS_2014-06.bz2.deduped.txt:21117 - http://www.motherjones.com/mojo/2014/06/the-long-shadow-poverty-baltimore-poor-children

RS_2014-06.bz2.deduped.txt:22456 - http://www.motherjones.com/politics/2014/06/hillary-clintons-goldman-sachs-problem

RS_2014-06.bz2.deduped.txt:22858 - http://www.motherjones.com/mojo/2014/06/mitt-romney-bill-clinton-ofa-ken-vogel

RS_2014-06.bz2.deduped.txt:23379 - http://www.motherjones.com/politics/2014/06/guns-target-store-open-carry-texas

RS_2014-06.bz2.deduped.txt:23994 - http://www.motherjones.com/politics/2014/06/quick-facts-army-deserters-bergdahl

RS_2014-06.bz2.deduped.txt:26390 - http://www.motherjones.com/politics/2014/06/study-sex-selective-abortion-bans-racist-asian-americans

RS_2014-06.bz2.deduped.txt:27058 - http://www.motherjones.com/environment/2014/06/climate-media-journalists-hedging-new-york-times

RS_2014-06.bz2.deduped.txt:27059 - http://www.motherjones.com/mojo/2014/06/nra-chaos-weird-scary-guns-open-carry-texas

RS_2014-06.bz2.deduped.txt:28285 - http://www.motherjones.com/mojo/2014/06/chris-mcdaniel-thad-cochran-mississippi-senate-primary

RS_2014-06.bz2.deduped.txt:30563 - http://www.motherjones.com/politics/2014/06/late-libertarian-icon-murray-rothbard-charles-koch-considers-himself-above-law

RS_2014-06.bz2.deduped.txt:31330 - http://www.motherjones.com/politics/2014/06/immigrant-detention-customs-border-protection-lawsuit

RS_2014-06.bz2.deduped.txt:31734 - http://www.motherjones.com/environment/2014/06/neil-degrasse-tyson-final-cosmos-interview-republicans

RS_2014-06.bz2.deduped.txt:33774 - http://www.motherjones.com/mojo/2014/06/rick-scott-fundraiser-james-batmasian

RS_2014-06.bz2.deduped.txt:35292 - http://www.motherjones.com/mojo/2014/06/michigan-gop-war-on-women-fashion-magazines

RS_2014-06.bz2.deduped.txt:38394 - http://www.motherjones.com/media/2014/06/street-harassment-survey-america

RS_2014-06.bz2.deduped.txt:38669 - http://www.motherjones.com/politics/2014/06/romell-broom-ohio-execution

RS_2014-06.bz2.deduped.txt:39683 - http://www.motherjones.com/environment/2014/05/inquiring-minds-raychelle-burks-zombies-chemistry

RS_2014-06.bz2.deduped.txt:39763 - http://www.motherjones.com/mojo/2014/06/big-food-plans-sue-vermont-new-gmo-labeling-bill

RS_2014-06.bz2.deduped.txt:39870 - http://m.motherjones.com/media/2014/06/street-harassment-survey-america

RS_2014-06.bz2.deduped.txt:40289 - http://www.motherjones.com/mojo/2014/06/ted-cruz-steven-hotze-birth-control

RS_2014-06.bz2.deduped.txt:44027 - http://www.motherjones.com/environment/2014/06/american-lung-association-touts-new-epa-carbon-rules-tv-ads

RS_2014-06.bz2.deduped.txt:48294 - http://www.motherjones.com/blue-marble/2014/06/drought-poll

RS_2014-06.bz2.deduped.txt:53641 - http://www.motherjones.com/environment/2014/06/david-allred-california-bee-theft?utm_source=rss&utm_medium=rss&utm_campaign=meet-californias-most-notorious-beenapper

RS_2014-06.bz2.deduped.txt:54673 - http://www.motherjones.com/environment/2014/06/california-drought-water-produce-fruit-vegetables

RS_2014-06.bz2.deduped.txt:56561 - http://www.motherjones.com/politics/2014/06/hillary-clinton-conspiracy-theories

RS_2014-06.bz2.deduped.txt:57189 - http://www.motherjones.com/politics/2014/06/jerad-amanda-miller-las-vegas-shooting-cliven-bundy-anti-government

RS_2014-06.bz2.deduped.txt:57584 - http://www.motherjones.com/politics/2014/06/obama-proxy-detention-cross-cultural-rapport-based

RS_2014-06.bz2.deduped.txt:59238 - http://www.motherjones.com/contributor/2014/06/dont-tweet-instagrams

RS_2014-06.bz2.deduped.txt:59846 - http://www.motherjones.com/environment/2014/06/david-allred-california-bee-theft

RS_2014-06.bz2.deduped.txt:60335 - http://www.motherjones.com/politics/2014/06/las-vegas-jerad-miller-unraveling-infowars-alex-jones

RS_2014-06.bz2.deduped.txt:63172 - http://www.motherjones.com/politics/2014/06/did-las-vegas-shooting-suspects-obtain-their-guns-facebook

RS_2014-06.bz2.deduped.txt:63773 - http://www.motherjones.com/politics/2014/06/benghazi-gun-scandal-issa-operation-choke-point

RS_2014-06.bz2.deduped.txt:67569 - http://www.motherjones.com/kevin-drum/2014/06/campus-christian-groups-should-be-allowed-remain-christian

RS_2014-06.bz2.deduped.txt:67727 - http://www.motherjones.com/politics/2014/06/nine-questions-us-poverty-answered

RS_2014-06.bz2.deduped.txt:68443 - http://www.motherjones.com/mojo/2014/06/eric-cantor-dave-brat-what-happened

RS_2014-06.bz2.deduped.txt:70097 - http://www.motherjones.com/environment/2010/04/flying-airplane-carbon-footprint

RS_2014-06.bz2.deduped.txt:70382 - http://www.motherjones.com/environment/2014/06/animal-planet-new-episodes-feds-USDA-animal-mistreatment

RS_2014-06.bz2.deduped.txt:72940 - http://www.motherjones.com/politics/2014/06/republicans-filibustered-elizabeth-warren-bill-student-loans

RS_2014-06.bz2.deduped.txt:73240 - http://www.motherjones.com/environment/2014/06/nigeria-environment-climate-change-boko-haram

RS_2014-06.bz2.deduped.txt:73999 - http://www.motherjones.com/environment/2014/06/dave-brat-global-cooling-myth

RS_2014-06.bz2.deduped.txt:74701 - http://www.motherjones.com/environment/2012/02/climate-change-linked-to-volcano-eruptions-earthquakes

RS_2014-06.bz2.deduped.txt:75194 - http://www.motherjones.com/kevin-drum/2014/06/no-staying-iraq-wouldnt-have-changed-anything

RS_2014-06.bz2.deduped.txt:75710 - http://www.motherjones.com/politics/2014/06/david-brat-eric-cantor-common-good-climate-change

RS_2014-06.bz2.deduped.txt:77758 - http://www.motherjones.com/politics/2014/06/philadelphia-flyers-ice-girls-los-angeles-kings-new-york-rangers-stanley-cup-finals

RS_2014-06.bz2.deduped.txt:79660 - http://www.motherjones.com/politics/2014/06/david-amodio-race-economy-recessions

RS_2014-06.bz2.deduped.txt:79684 - http://www.motherjones.com/politics/2014/06/benghazi-committee-chief-trey-gowdy-pushed-anti-obama-conspiracy-theory

RS_2014-06.bz2.deduped.txt:82174 - http://www.motherjones.com/media/2014/06/fifa-world-cup-scandals-brazil-qatar

RS_2014-06.bz2.deduped.txt:82231 - http://m.motherjones.com/politics/2014/06/david-brat-eric-cantor-common-good-climate-change
RS_2014-06.bz2.deduped.txt:82311 - http://www.motherjones.com/kevin-drum/2014/06/living-world-fox-news-built
RS_2014-06.bz2.deduped.txt:83699 - http://www.motherjones.com/politics/2014/06/vincent-rue-states-abortion-laws
RS_2014-06.bz2.deduped.txt:83706 - http://www.motherjones.com/environment/2014/06/hurricane-cristina-eastern-pacific-el-nino
RS_2014-06.bz2.deduped.txt:85588 - http://www.motherjones.com/politics/2014/06/twitter-condom-std-ads
RS_2014-06.bz2.deduped.txt:85626 - http://www.motherjones.com/politics/2014/06/verizon-comcast-net-neutrality-blind-deaf-disabled
RS_2014-06.bz2.deduped.txt:86106 - http://www.motherjones.com/environment/2014/06/inquiring-minds-sam-kean-neuroscience-patients
RS_2014-06.bz2.deduped.txt:86786 - http://www.motherjones.com/kevin-drum/2014/06/we-hate-each-other-we-really-hate-each-other
RS_2014-06.bz2.deduped.txt:89261 - http://m.motherjones.com/politics/2014/06/verizon-comcast-net-neutrality-blind-deaf-disabled
RS_2014-06.bz2.deduped.txt:90649 - http://www.motherjones.com/politics/2014/06/hillary-clinton-rnc-hrc-squirrel
RS_2014-06.bz2.deduped.txt:95674 - http://www.motherjones.com/politics/2014/06/hillary-clinton-costco-walmart
RS_2014-06.bz2.deduped.txt:96943 - http://www.motherjones.com/politics/2014/06/obama-guns-mass-shootings
RS_2014-06.bz2.deduped.txt:98709 - http://www.motherjones.com/kevin-drum/2014/06/latest-california-obamacare-working
RS_2014-06.bz2.deduped.txt:99107 - http://www.motherjones.com/mojo/2014/06/autopsy-clayton-lockett-botched-execution-oklahoma
RS_2014-06.bz2.deduped.txt:101706 - http://www.motherjones.com/environment/2014/06/bpa-free-plastics-tritan-nalgene-dangerous
RS_2014-06.bz2.deduped.txt:102346 - http://www.motherjones.com/politics/2014/06/guns-target-open-carry-texas
RS_2014-06.bz2.deduped.txt:104545 - http://www.motherjones.com/mojo/2014/06/president-obama-executive-order-lgbt-workers-federal-contractors
RS_2014-06.bz2.deduped.txt:109033 - http://www.motherjones.com/politics/2014/06/richmond-california-murder-rate-gun-death
RS_2014-06.bz2.deduped.txt:109035 - http://www.motherjones.com/politics/2014/06/watch-paul-wolfowitz-said-not-worry-about-sectarian-violence-iraq-bush
RS_2014-06.bz2.deduped.txt:109333 - http://www.motherjones.com/politics/2014/06/missouri-gop-voter-fraud-early-voting
RS_2014-06.bz2.deduped.txt:111946 - http://www.motherjones.com/mojo/2014/06/ahmed-abu-khattala-benghazi-suspect-captured-joe-walsh-tweet
RS_2014-06.bz2.deduped.txt:112897 - http://www.motherjones.com/mojo/2014/06/republicans-benghazi-attacker-delay-justice

RS_2014-06.bz2.deduped.txt:116681 - http://www.motherjones.com/environment/2014/06/shirley-fire-budget-climate-change
RS_2014-06.bz2.deduped.txt:117733 - http://www.motherjones.com/politics/2014/06/latest-obama-conspiracy-theory-involves-phil-mickelson
RS_2014-06.bz2.deduped.txt:118142 - http://www.motherjones.com/politics/2014/06/supreme-court-nra
RS_2014-06.bz2.deduped.txt:118164 - http://m.motherjones.com/politics/2014/01/republicans-cannot-grasp-redskins-offensive
RS_2014-06.bz2.deduped.txt:120288 - http://www.motherjones.com/politics/2014/06/abu-bakr-al-baghdadi-release-george-bush
RS_2014-06.bz2.deduped.txt:120906 - http://www.motherjones.com/politics/2014/06/amanda-blackhorse-washington-football-team-trademark-lawsuit
RS_2014-06.bz2.deduped.txt:120949 - http://www.motherjones.com/kevin-drum/2014/06/its-time-acknowledge-reality-obamacare-working-pretty-well
RS_2014-06.bz2.deduped.txt:124631 - http://www.motherjones.com/politics/2014/06/second-amendment-guns-michael-waldman
RS_2014-06.bz2.deduped.txt:126451 - http://www.motherjones.com/media/2014/06/hodor-game-of-thrones-brain-speech
RS_2014-06.bz2.deduped.txt:128310 - http://www.motherjones.com/mojo/2014/06/iraq-mccain-petraeus
RS_2014-06.bz2.deduped.txt:128368 - http://www.motherjones.com/documents/1201612-doeexhibitc
RS_2014-06.bz2.deduped.txt:131578 - http://www.motherjones.com/politics/2014/06/myth-vs-fact-violence-mental-health-jeffrey-swanson
RS_2014-06.bz2.deduped.txt:133000 - http://www.motherjones.com/environment/2014/06/why-californians-will-soon-be-drinking-their-own-pee
RS_2014-06.bz2.deduped.txt:134689 - http://www.motherjones.com/environment/2014/06/how-much-are-worlds-ecosystems-worth
RS_2014-06.bz2.deduped.txt:135781 - http://www.motherjones.com/politics/2014/06/guns-target-open-carry-texas-women-corpus-christi
RS_2014-06.bz2.deduped.txt:137038 - http://www.motherjones.com/environment/2014/06/soccer-brain-injury
RS_2014-06.bz2.deduped.txt:139265 - http://www.motherjones.com/environment/2014/06/inquiring-minds-jordan-ellenberg-math-liberalism-nuance-uncertainty
RS_2014-06.bz2.deduped.txt:139646 - http://www.motherjones.com/kevin-drum/2014/06/government-shutdown-over-coal-our-future
RS_2014-06.bz2.deduped.txt:146307 - http://www.motherjones.com/politics/2014/06/scott-walker-john-doe-karl-rove-unsealed-documents-wisconsin
RS_2014-06.bz2.deduped.txt:147319 - http://www.motherjones.com/kevin-drum/2014/06/about-half-obamacare-exchange-enrollees-were-previously-uninsured
RS_2014-06.bz2.deduped.txt:148475 - http://www.motherjones.com/environment/2014/06/uninspected-oil-gas-wells-map
RS_2014-06.bz2.deduped.txt:148506 - http://www.motherjones.com/environment/2014/06/usda-dairy-checkoff-mcdonalds-taco-bell

RS_2014-06.bz2.deduped.txt:150143 - http://www.motherjones.com/politics/2014/06/stress-cortisol-voter-turnout
RS_2014-06.bz2.deduped.txt:152737 - http://www.motherjones.com/mojo/2014/06/washington-pedro-celis-gay-marriage-polygamy
RS_2014-06.bz2.deduped.txt:154083 - http://www.motherjones.com/kevin-drum/2014/06/supreme-court-strikes-down-epa-interpretation-clean-air-act
RS_2014-06.bz2.deduped.txt:154417 - http://www.motherjones.com/politics/2014/06/steve-russell-saddam-hussein-oklahoma-congress
RS_2014-06.bz2.deduped.txt:156573 - http://www.motherjones.com/environment/2014/06/epa-supreme-court-emissions-scalia
RS_2014-06.bz2.deduped.txt:159622 - http://www.motherjones.com/blue-marble/2014/06/how-many-really-hot-days-there-will-be-time-you-are-old
RS_2014-06.bz2.deduped.txt:160321 - http://www.motherjones.com/environment/2014/06/tackling-climate-change-would-grow-global-economy-world-bank-says
RS_2014-06.bz2.deduped.txt:163745 - http://www.motherjones.com/politics/2014/06/thad-cochran-wins-primary-chris-mcdaniel-tea-party
RS_2014-06.bz2.deduped.txt:164029 - http://www.motherjones.com/politics/2014/06/iraq-war-wmds-saddam-political-unreason
RS_2014-06.bz2.deduped.txt:164090 - http://www.motherjones.com/media/2014/06/why-marc-andreesons-wrong-about-robot-economy
RS_2014-06.bz2.deduped.txt:164150 - http://www.motherjones.com/blue-marble/2014/06/sugar-industry-tactics-to-make-your-food-unhealthy
RS_2014-06.bz2.deduped.txt:164825 - http://www.motherjones.com/mojo/2014/06/senate-disclose-act-dark-money-mitch-mcconnell
RS_2014-06.bz2.deduped.txt:168788 - http://www.motherjones.com/politics/2014/06/supreme-court-tech-fails-sexting-aereo
RS_2014-06.bz2.deduped.txt:169441 - http://m.motherjones.com/politics/2014/06/iraq-war-wmds-saddam-political-unreason
RS_2014-06.bz2.deduped.txt:171824 - http://www.motherjones.com/environment/2014/06/dan-kahan-climate-change-ideology-scientific-illiteracy
RS_2014-06.bz2.deduped.txt:172411 - http://www.motherjones.com/mojo/2014/06/primary-rival-calls-top-nsa-critic-house-al-qaedas-best-friend
RS_2014-06.bz2.deduped.txt:173119 - http://www.motherjones.com/mojo/2014/06/read-supreme-courts-decision-abortion-clinic-buffer-zones-mccullen-coakley
RS_2014-06.bz2.deduped.txt:173894 - http://www.motherjones.com/politics/2014/06/supreme-court-decision-mccullen-v-coakley-abortion-clinic-buffer-zone
RS_2014-06.bz2.deduped.txt:174805 - http://www.motherjones.com/mojo/2014/06/samuel-alito-harris-quinn-supreme-court-union
RS_2014-06.bz2.deduped.txt:179233 - http://www.motherjones.com/politics/2014/06/rand-paul-cheney-republicans-eager-war
RS_2014-06.bz2.deduped.txt:182194 - http://www.motherjones.com/politics/2014/06/how-fourth-amendment-not-protect
RS_2014-06.bz2.deduped.txt:186393 - http://www.motherjones.com/politics/2014/06/target-guns-open-carry-oklahoma-virginia

RS_2014-06.bz2.deduped.txt:195088 - http://www.motherjones.com/kevin-drum/2014/06/seriously-what-accounts-right-wing-obsession-military-tribunals
RS_2014-06.bz2.deduped.txt:195368 - http://www.motherjones.com/environment/2014/06/climate-change-will-kill-emperor-penguins
RS_2014-06.bz2.deduped.txt:195429 - http://www.motherjones.com/environment/2014/06/watch-out-summer-swimmers-here-come-jellyfish
RS_2014-06.bz2.deduped.txt:196601 - http://www.motherjones.com/mojo/2014/06/read-supreme-court-decision-harris-quinn-unions
RS_2014-06.bz2.deduped.txt:197111 - http://www.motherjones.com/politics/2014/06/best-lines-hobby-lobby-decision
RS_2014-06.bz2.deduped.txt:197125 - http://m.motherjones.com/politics/2014/06/best-lines-hobby-lobby-decision
RS_2014-06.bz2.deduped.txt:197563 - http://www.motherjones.com/kevin-drum/2014/06/kansas-disproves-supply-side-magic-yet-again
RS_2014-06.bz2.deduped.txt:197593 - http://www.motherjones.com/politics/2014/06/supreme-court-hobby-lobby-decision
RS_2014-06.bz2.deduped.txt:197709 - http://www.motherjones.com/kevin-drum/2014/06/good-guys-are-0-2-supreme-court-today
RS_2014-06.bz2.deduped.txt:198181 - http://www.motherjones.com/mojo/2014/06/supreme-court-hobby-lobby-ruling-document
RS_2014-06.bz2.deduped.txt:198496 - http://www.motherjones.com/blue-marble/2014/06/happy-150th-birthday-yosemite-national-park
RS_v2_2008-03.xz.deduped.txt:72 - http://www.motherjones.com/news/feature/2008/03/torture-index.html
RS_v2_2008-03.xz.deduped.txt:1448 - http://www.motherjones.com/news/feature/2008/03/am-i-a-torturer.html
RS_v2_2008-03.xz.deduped.txt:1538 - http://www.motherjones.com/news/feature/2008/03/exclusive-i-was-kidnapped-by-the-cia.html
RS_v2_2008-03.xz.deduped.txt:1756 - http://www.motherjones.com/mojoblog/archives/2008/03/7447_barack_obamas_n.html
RS_v2_2008-03.xz.deduped.txt:2042 - http://www.motherjones.com/riff_blog/archives/2008/03/7451_bored_i5_radio.html
RS_v2_2008-03.xz.deduped.txt:2514 - http://www.motherjones.com/cgi-bin/print_article.pl?url=http://www.motherjones.com/news/feature/2008/03/am-i-a-torturer.html
RS_v2_2008-03.xz.deduped.txt:2705 - http://www.motherjones.com/commentary/columns/2008/03/the-us-militarys-assassination-problem.html
RS_v2_2008-03.xz.deduped.txt:3349 - http://www.motherjones.com/mojoblog/archives/2008/03/7478_obama_to_clinto_1.html
RS_v2_2008-03.xz.deduped.txt:5046 - http://www.motherjones.com/news/feature/2008/03/central-intelligence-anxiety.html
RS_v2_2008-03.xz.deduped.txt:5087 - http://www.motherjones.com/washington_dispatch/2008/03/daniel-troy-fda-preemption.html
RS_v2_2008-03.xz.deduped.txt:5724 - http://www.motherjones.com/news/feature/2007/09/hillarys-prayer.html

RS_v2_2008-03.xz.deduped.txt:6752 -
http://www.motherjones.com/mojoblog/archives/2008/03/7498_a_new_fisa_whis.html
RS_v2_2008-03.xz.deduped.txt:7106 -
http://www.motherjones.com/mojoblog/archives/2008/03/7510_eliot_spitzer_s.html
RS_v2_2008-03.xz.deduped.txt:7745 -
http://www.motherjones.com/news/outfront/2008/03/have-you-signed-away-your-right-to-sue.html
RS_v2_2008-03.xz.deduped.txt:7817 - http://www.motherjones.com/cgi-bin/print_article.pl?url=http://www.motherjones.com/news/feature/2007/09/hillarys-prayer.html
RS_v2_2008-03.xz.deduped.txt:8038 -
http://www.motherjones.com/commentary/columns/2008/03/the-iraq-follies.html
RS_v2_2008-03.xz.deduped.txt:8979 -
http://www.motherjones.com/washington_dispatch/2008/03/john-mccain-rod-parsley-spiritual-guide.html
RS_v2_2008-03.xz.deduped.txt:9165 -
http://www.motherjones.com/news/feature/2008/03/voluntary-confinement-one-of-the-gang.html
RS_v2_2008-03.xz.deduped.txt:9584 -
http://www.motherjones.com/news/feature/2008/03/voluntary-confinement-the-fascination-with-isolation.html
RS_v2_2008-03.xz.deduped.txt:9627 -
http://www.motherjones.com/mojoblog/archives/2008/03/7586_hate_your_boss.html
RS_v2_2008-03.xz.deduped.txt:11340 -
http://www.motherjones.com/mojoblog/archives/2008/03/7580_one_nation_no_l.html
RS_v2_2008-03.xz.deduped.txt:11988 -
http://www.motherjones.com/mojoblog/archives/2008/03/7666_credit_card_ind.html
RS_v2_2008-03.xz.deduped.txt:12231 - http://www.motherjones.com/arts/books/2008/03/book-review-the-man-who-pushed-america-to-war.html
RS_v2_2008-03.xz.deduped.txt:12590 -
http://www.motherjones.com/commentary/columns/2008/03/hillary-clinton-rust-belt-rhetoric.html
RS_v2_2008-03.xz.deduped.txt:13503 -
http://www.motherjones.com/commentary/fiore/2008/03/torture-in-chief.html
RS_v2_2008-03.xz.deduped.txt:14074 -
http://www.motherjones.com/mojoblog/archives/2008/03/7682_7682_on_march_17_200html.html
RS_v2_2008-03.xz.deduped.txt:15206 -
http://www.motherjones.com/news/featurex/2008/03/blackwater-greystone-video.html
RS_v2_2008-03.xz.deduped.txt:15477 - http://www.motherjones.com/news/feature/2008/03/abu-ghraib-chain-of-command.html
RS_v2_2008-03.xz.deduped.txt:15485 -
http://www.motherjones.com/news/feature/2008/03/blackwaters-world-of-warcraft.html
RS_v2_2008-03.xz.deduped.txt:15792 -
http://www.motherjones.com/news/outfront/2008/03/paying-through-the-nose.html
RS_v2_2008-03.xz.deduped.txt:16603 -
http://www.motherjones.com/mojoblog/archives/2008/03/7703_cheney_on_ameri.html

RS_v2_2008-03.xz.deduped.txt:17198 -
http://www.motherjones.com/news/outfront/2008/03/paying-through-the-nose.html?
RS_v2_2008-03.xz.deduped.txt:18566 -
http://www.motherjones.com/mojoblog/archives/2008/03/7738_white_house_des.html
RS_v2_2008-03.xz.deduped.txt:18973 -
http://www.motherjones.com/mojoblog/archives/2008/03/7747_anti-semite-wright.html
RS_v2_2008-03.xz.deduped.txt:19686 -
http://www.motherjones.com/news/feature/2007/09/hillarys-prayer.html?
RS_v2_2008-03.xz.deduped.txt:19898 -
http://www.motherjones.com/news/feature/2008/03/department-of-pre-crime-sidebar-kumar-the-fisherman.html
RS_v2_2008-03.xz.deduped.txt:20828 -
http://www.motherjones.com/mojoblog/archives/2008/03/7742_the_clinton_cam.html
RS_v2_2008-03.xz.deduped.txt:21167 -
http://www.motherjones.com/interview/2008/03/militias-in-the-classrooms.html
RS_v2_2008-03.xz.deduped.txt:24001 -
http://www.motherjones.com/commentary/columns/2008/03/deregulation-economic-crisis.html
RS_2016-03.bz2.deduped.txt:1056 - http://www.motherjones.com/politics/2016/02/idaho-lawmaker-still-thinks-rape-cant-result-pregnancy-and-its-2016
RS_2016-03.bz2.deduped.txt:2932 - http://www.motherjones.com/media/2016/03/samantha-bee-democrats-built-trump-video-full-frontal
RS_2016-03.bz2.deduped.txt:3756 - http://www.motherjones.com/politics/2016/03/supreme-court-about-hear-most-important-abortion-case-decades
RS_2016-03.bz2.deduped.txt:5109 - http://www.motherjones.com/environment/2016/03/trump-budget-plan
RS_2016-03.bz2.deduped.txt:7245 - http://www.motherjones.com/politics/2016/03/bernie-sanders-hillary-clinton-voting-history
RS_2016-03.bz2.deduped.txt:7816 - http://www.motherjones.com/blue-marble/2016/02/developing-cities-climate-change
RS_2016-03.bz2.deduped.txt:12319 - http://m.motherjones.com/politics/2016/03/bernie-sanders-hillary-clinton-voting-history
RS_2016-03.bz2.deduped.txt:12666 - http://m.motherjones.com/politics/2016/03/supreme-court-about-hear-most-important-abortion-case-decades
RS_2016-03.bz2.deduped.txt:14122 - http://www.motherjones.com/media/2016/03/matthew-desmond-evictions-poverty
RS_2016-03.bz2.deduped.txt:15304 - http://www.motherjones.com/politics/2016/03/the-state-of-gop-despair-in-two-tweets
RS_2016-03.bz2.deduped.txt:15309 - http://www.motherjones.com/politics/2016/03/apple-and-fbi-clash-front-congress
RS_2016-03.bz2.deduped.txt:16682 - http://www.motherjones.com/politics/2016/03/bernie-sanders-super-tuesday-what-next
RS_2016-03.bz2.deduped.txt:21613 - http://www.motherjones.com/politics/2016/03/donald-trump-elton-john-gay-marriage
RS_2016-03.bz2.deduped.txt:21697 - http://www.motherjones.com/politics/2016/03/abortion-decline-better-contraception

RS_2016-03.bz2.deduped.txt:21799 - http://www.motherjones.com/politics/2010/01/real-size-bailout-treasury-fed

RS_2016-03.bz2.deduped.txt:22154 - http://www.motherjones.com/kevin-drum/2016/02/it-turns-out-millennials-hillary-clinton-just-fine

RS_2016-03.bz2.deduped.txt:28228 - http://www.motherjones.com/politics/2016/03/noah-hillary-stealing-all-bernies-ideas

RS_2016-03.bz2.deduped.txt:28508 - http://www.motherjones.com/mojo/2016/03/watch-hillary-clintons-triumphant-super-tuesday-speech

RS_2016-03.bz2.deduped.txt:30168 - http://www.motherjones.com/politics/2016/03/supreme-court-texas-abortion-liberal-justices-ginsburg-breyer

RS_2016-03.bz2.deduped.txt:30552 - http://www.motherjones.com/environment/2016/02/compost-sequester-marin-carbon-project-emissions

RS_2016-03.bz2.deduped.txt:37044 - http://www.motherjones.com/mojo/2016/03/informed-consent-laws-abortion-misinformation-medically-inaccurate

RS_2016-03.bz2.deduped.txt:38896 - http://www.motherjones.com/kevin-drum/2016/03/tax-plan-showdown-hillary-clinton-vs-republicans

RS_2016-03.bz2.deduped.txt:40107 - http://www.motherjones.com/politics/2016/03/ben-carson-super-pac-cpac

RS_2016-03.bz2.deduped.txt:41734 - http://www.motherjones.com/politics/2016/03/conservatives-only-dating-website-cpac

RS_2016-03.bz2.deduped.txt:41981 - http://www.motherjones.com/politics/2016/03/john-kasich-contested-convention-cpac

RS_2016-03.bz2.deduped.txt:43252 - http://www.motherjones.com/mojo/2016/03/palin-lashes-out-romney-after-he-slammed-trump

RS_2016-03.bz2.deduped.txt:44900 - http://m.motherjones.com/politics/2016/03/young-voters-millennials-presidential-election-super-tuesday

RS_2016-03.bz2.deduped.txt:45190 - http://www.motherjones.com/politics/2016/03/preschool-early-childhood-education-funding

RS_2016-03.bz2.deduped.txt:47992 - http://m.motherjones.com/politics/2012/10/romney-china-stock-investments

RS_2016-03.bz2.deduped.txt:53932 - http://www.motherjones.com/media/2016/02/rebecca-traister-all-single-ladies-book-2016-candidates

RS_2016-03.bz2.deduped.txt:53940 - http://www.motherjones.com/tom-philpott/2016/03/dupont-plucks-top-usda-official-lead-government-affairs-strategies

RS_2016-03.bz2.deduped.txt:55660 - http://www.motherjones.com/environment/2016/03/zika-virus-microcephaly-brazil

RS_2016-03.bz2.deduped.txt:60624 - http://www.motherjones.com/politics/2016/03/abstinence-education-tennessee-sex-ed-virginity-pledge

RS_2016-03.bz2.deduped.txt:60661 - http://www.motherjones.com/environment/2016/03/florida-solar-amendment-utility-companies-electricity

RS_2016-03.bz2.deduped.txt:61140 - http://www.motherjones.com/tom-philpott/2016/02/coral-reef-NOAA-climate-el-nino

RS_2016-03.bz2.deduped.txt:61390 - http://www.motherjones.com/environment/2016/02/flint-lead-exposure-adult-health-effects

RS_2016-03.bz2.deduped.txt:62868 - http://motherjones.com/politics/2016/03/abstinence-education-tennessee-sex-ed-virginity-pledge

RS_2016-03.bz2.deduped.txt:66185 - http://www.motherjones.com/environment/2016/03/department-defense-climate-change-dictionary

RS_2016-03.bz2.deduped.txt:66868 - http://www.motherjones.com/environment/2016/03/hillary-clinton-debate-fracking

RS_2016-03.bz2.deduped.txt:69491 - http://www.motherjones.com/politics/2016/03/federal-election-commission-just-hit-new-low

RS_2016-03.bz2.deduped.txt:73461 - http://www.motherjones.com/mojo/2016/03/bernie-sanders-uchicago-core-letter

RS_2016-03.bz2.deduped.txt:78570 - http://www.motherjones.com/politics/2016/03/neil-bush-backs-ted-cruz

RS_2016-03.bz2.deduped.txt:83560 - http://www.motherjones.com/mojo/2016/03/donald-trump-definitely-has-real-not-all-fictitious-foreign-policy-team

RS_2016-03.bz2.deduped.txt:86294 - http://www.motherjones.com/kevin-drum/2016/03/donald-trump-admits-he-sues-people-just-harrass-them

RS_2016-03.bz2.deduped.txt:87703 - http://www.motherjones.com/politics/2016/03/florida-mom-facebook-child-shooting-accident

RS_2016-03.bz2.deduped.txt:88333 - http://www.motherjones.com/tom-philpott/2016/03/seitan-tofu-tuna-fysh-lobby-plant-based-foods-association

RS_2016-03.bz2.deduped.txt:90243 - http://www.motherjones.com/mojo/2016/03/barack-obama-talked-about-donald-trump-speech-2005

RS_2016-03.bz2.deduped.txt:96204 - http://www.motherjones.com/politics/2016/03/trump-earnings-from-trump-university

RS_2016-03.bz2.deduped.txt:97243 - http://www.motherjones.com/kevin-drum/2016/03/hillary-clintons-trust-gap-killing-her-millennials

RS_2016-03.bz2.deduped.txt:107016 - http://www.motherjones.com/politics/2016/03/hillary-clinton-late-term-abortions

RS_2016-03.bz2.deduped.txt:107753 - http://www.motherjones.com/mojo/2016/03/breitbart-reporter-files-charges-against-trumps-campaign-manager

RS_2016-03.bz2.deduped.txt:108398 - http://www.motherjones.com/kevin-drum/2016/03/hillary-clintons-honesty-problem-not-what-you-think-it

RS_2016-03.bz2.deduped.txt:118948 - http://www.motherjones.com/politics/2016/03/clinton-hiv-apology-medium

RS_2016-03.bz2.deduped.txt:121314 - http://www.motherjones.com/mojo/2016/03/nikki-haley-donald-trump-mother-emanuel

RS_2016-03.bz2.deduped.txt:121562 - http://www.motherjones.com/kevin-drum/2016/03/koch-fueled-plot-destroy-va

RS_2016-03.bz2.deduped.txt:126237 - http://www.motherjones.com/media/2016/03/music-designed-deaf-people-cochlear-implants-hearing-aids

RS_2016-03.bz2.deduped.txt:128394 - http://www.motherjones.com/politics/2016/03/tennessee-drug-use-pregnancy-fetal-assault-murder-jail-prison-prosecution

RS_2016-03.bz2.deduped.txt:128395 - http://motherjones.com/blue-marble/2016/03/mastectomy-rates-increasing-survival-benefit-breast-cancer-study

RS_2016-03.bz2.deduped.txt:128690 - http://www.motherjones.com/politics/2016/02/john-kasich-george-soros-fund-managers-donations
RS_2016-03.bz2.deduped.txt:135539 - http://www.motherjones.com/blue-marble/2016/03/mastectomy-rates-increasing-survival-benefit-breast-cancer-study
RS_2016-03.bz2.deduped.txt:143359 - http://www.motherjones.com/politics/2016/03/donald-trump-solves-hillary-clinton-problem-millennials
RS_2016-03.bz2.deduped.txt:143582 - http://www.motherjones.com/mojo/2016/03/donald-trump-violent-supporters-legal-fees
RS_2016-03.bz2.deduped.txt:143818 - http://www.motherjones.com/politics/2016/01/risky-business-ifc-wealthy-beneficiaries
RS_2016-03.bz2.deduped.txt:147968 - http://www.motherjones.com/kevin-drum/2016/03/our-four-decade-antitrust-experiment-has-failed
RS_2016-03.bz2.deduped.txt:153781 - http://www.motherjones.com/mojo/2016/03/trump-foreign-policy-advisers-speaking-with-myself
RS_2016-03.bz2.deduped.txt:156192 - http://www.motherjones.com/politics/2016/03/donald-trump-banned-publications
RS_2016-03.bz2.deduped.txt:156740 - http://m.motherjones.com/politics/2016/03/donald-trump-banned-publications
RS_2016-03.bz2.deduped.txt:156831 - http://www.motherjones.com/mixed-media/2015/05/world-cup-qatar-nepal-earthquake-soccer
RS_2016-03.bz2.deduped.txt:156865 - http://m.motherjones.com/kevin-drum/2016/03/our-four-decade-antitrust-experiment-has-failed
RS_2016-03.bz2.deduped.txt:159521 - http://www.motherjones.com/politics/2015/11/world-bank-ifc-fund-luxury-hotels?platform=hootsuite
RS_2016-03.bz2.deduped.txt:164425 - http://www.motherjones.com/blue-marble/2016/03/hillary-clinton-just-walked-back-controversial-statement-about-coal
RS_2016-03.bz2.deduped.txt:165013 - http://www.motherjones.com/mojo/2016/03/obama-bernie-sanders-clinton-private-donors
RS_2016-03.bz2.deduped.txt:166544 - http://m.motherjones.com/contributor/2016/03/gavin-newsom-was-apparently-married-to-this-lunatic
RS_2016-03.bz2.deduped.txt:166774 - http://www.motherjones.com/rights-stuff/2010/04/map-day-cousin-lovin
RS_2016-03.bz2.deduped.txt:167457 - http://www.motherjones.com/environment/2016/03/californias-alternative-energy-fields-photos-ivanpah-stillings
RS_2016-03.bz2.deduped.txt:168301 - http://www.motherjones.com/mixed-media/2015/05/world-cup-qatar-nepal-earthquake-soccerhttp://www.motherjones.com/mixed-media/2015/05/world-cup-qatar-nepal-earthquake-soccer
RS_2016-03.bz2.deduped.txt:168644 - http://www.motherjones.com/kevin-drum/2016/03/trump-voters-are-not-angry-about-economy-really
RS_2016-03.bz2.deduped.txt:169249 - http://motherjones.com/environment/2016/03/california-cuts-greenhouse-gas-jerry-brown-growth-energy
RS_2016-03.bz2.deduped.txt:170110 - http://www.motherjones.com/politics/2015/11/world-bank-ifc-fund-luxury-hotels
RS_2016-03.bz2.deduped.txt:170296 - http://www.motherjones.com/politics/2016/03/donald-trump-women-comments-misogyny-jennifer-lopez

RS_2016-03.bz2.deduped.txt:170312 - http://www.motherjones.com/politics/2016/03/snyder-mccarthy-flint-hearing
RS_2016-03.bz2.deduped.txt:170338 - http://www.motherjones.com/environment/2016/03/california-cuts-greenhouse-gas-jerry-brown-growth-energy
RS_2016-03.bz2.deduped.txt:170672 - http://www.motherjones.com/politics/2016/03/washingtons-big-encryption-myth
RS_2016-03.bz2.deduped.txt:170956 - http://www.motherjones.com/environment/2016/03/report-pregnant-women-mercury-seafood
RS_2016-03.bz2.deduped.txt:170976 - http://www.motherjones.com/kevin-drum/2016/03/congress-proves-yet-again-theyre-worse-useless
RS_2016-03.bz2.deduped.txt:172287 - http://www.motherjones.com/mojo/2016/03/pro-clinton-super-pac-claps-back-trump-new-ad
RS_2016-03.bz2.deduped.txt:173559 - http://www.motherjones.com/media/2016/03/animal-planet-yankee-jungle-canceled
RS_2016-03.bz2.deduped.txt:173601 - http://www.motherjones.com/tom-philpott/2016/03/are-smoothies-devil
RS_2016-03.bz2.deduped.txt:175521 - http://www.motherjones.com/media/2016/03/animal-planet-yankee-jungle-reality-canceled
RS_2016-03.bz2.deduped.txt:175721 - http://m.motherjones.com/mojo/2016/03/mitt-romney-ted-cruz-donald-trump
RS_2016-03.bz2.deduped.txt:177376 - http://www.motherjones.com/politics/2016/03/20-week-ban-senate-hearing-abortion
RS_2016-03.bz2.deduped.txt:179572 - http://www.motherjones.com/politics/2016/03/right-wing-groups-gearing-up-onslaught-merrick-garland-supreme-court
RS_2016-03.bz2.deduped.txt:179710 - http://www.motherjones.com/environment/2016/03/merrick-garland-champion-clean-air
RS_2016-03.bz2.deduped.txt:184964 - http://m.motherjones.com/environment/2016/03/merrick-garland-champion-clean-air
RS_2016-03.bz2.deduped.txt:185928 - http://www.motherjones.com/kevin-drum/2016/03/head-jebs-super-pac-tired-endless-conservative-con
RS_2016-03.bz2.deduped.txt:186815 - http://www.motherjones.com/politics/2016/03/trump-moment-of-reckoning-has-arrived
RS_2016-03.bz2.deduped.txt:192656 - http://www.motherjones.com/politics/2016/03/national-rifle-association-norquist-gaffney-recall
RS_2016-03.bz2.deduped.txt:194041 - http://www.motherjones.com/politics/2016/03/time-merrick-garland-was-accused-protecting-fellow-judge-charged-ethics-violations
RS_2016-03.bz2.deduped.txt:194355 - http://www.motherjones.com/kevin-drum/2016/03/how-should-we-talk-about-flints-lead-problem
RS_2016-03.bz2.deduped.txt:196559 - http://www.motherjones.com/kevin-drum/2015/09/its-really-hard-not-hate-pharmaceutical-industry
RS_2016-03.bz2.deduped.txt:199517 - http://www.motherjones.com/mojo/2016/03/bernie-sanders-foreign-policy-speech-utah
RS_2016-03.bz2.deduped.txt:199685 - http://www.motherjones.com/politics/2016/03/donald-trump-aipac-israel

RS_2016-03.bz2.deduped.txt:202954 - http://www.motherjones.com/politics/2016/03/10-things-you-need-know-about-supreme-court-contraception-showdown

RS_2016-03.bz2.deduped.txt:202987 - http://www.motherjones.com/kevin-drum/2016/03/oh-wait%E2%80%94donald-trump-decides-he-has-foreign-policy-team-after-all

RS_2016-03.bz2.deduped.txt:205476 - http://www.motherjones.com/mojo/2016/03/ted-cruz-calls-patroling-muslim-neighborhoods

RS_2016-03.bz2.deduped.txt:211232 - http://www.motherjones.com/politics/2016/03/great-america-pac-donald-trump

RS_2016-03.bz2.deduped.txt:214693 - http://www.motherjones.com/environment/2016/02/plastic-tampon-applicator-beach-pollution

RS_2016-03.bz2.deduped.txt:215587 - http://www.motherjones.com/politics/2016/03/no-one-knows-just-how-big-europes-jihadi-problem-really

RS_2016-03.bz2.deduped.txt:222727 - http://www.motherjones.com/politics/2016/03/zubik-burwell-alito-contraception-supreme-court

RS_2016-03.bz2.deduped.txt:222809 - http://www.motherjones.com/politics/2016/03/north-carolina-bill-lgbt-discrimination-law

RS_2016-03.bz2.deduped.txt:222879 - http://www.motherjones.com/politics/2016/03/arizona-primary-long-lines-voting-restrictions

RS_2016-03.bz2.deduped.txt:224433 - http://www.motherjones.com/contributor/2016/03/a-manual-retweet-is-the-equivilent-of-sending-a-tweet

RS_2016-03.bz2.deduped.txt:225906 - http://www.motherjones.com/kevin-drum/2016/03/donald-trumps-greatest-hits-wapo-editorial-board

RS_2016-03.bz2.deduped.txt:227001 - http://www.motherjones.com/politics/2016/03/arizona-primary-long-lines-voting-restrictions?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2016-03.bz2.deduped.txt:227795 - http://www.motherjones.com/mixed-media/2016/03/lindsey-graham-daily-show-ted-cruz-donald-trump

RS_2016-03.bz2.deduped.txt:228814 - http://m.motherjones.com/mixed-media/2016/03/lindsey-graham-daily-show-ted-cruz-donald-trump

RS_2016-03.bz2.deduped.txt:232619 - http://m.motherjones.com/mojo/2016/03/ted-cruz-donald-trump-sniveling-coward

RS_2016-03.bz2.deduped.txt:233064 - http://www.motherjones.com/politics/2016/03/voter-fraud-laws-gop-minority-voters-elections

RS_2016-03.bz2.deduped.txt:233128 - http://www.motherjones.com/politics/2016/03/native-american-voting-rights-lawsuits

RS_2016-03.bz2.deduped.txt:233265 - http://www.motherjones.com/politics/2016/03/mayor-phoenix-asks-doj-investigate-long-voting-lines

RS_2016-03.bz2.deduped.txt:233556 - http://www.motherjones.com/blue-marble/2016/03/solar-power-nrel-study

RS_2016-03.bz2.deduped.txt:237657 - http://www.motherjones.com/politics/2016/03/hillary-clinton-and-ufo-thing-just-wont-go-away?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2016-03.bz2.deduped.txt:238004 - http://www.motherjones.com/kevin-drum/2012/04/if-youre-denying-youre-losing

RS_2016-03.bz2.deduped.txt:238207 - http://www.motherjones.com/politics/2016/03/doj-trans-inmate-guidelines?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29
RS_2016-03.bz2.deduped.txt:238288 - http://www.motherjones.com/kevin-drum/2016/03/marriage-declining-men-pigs
RS_2016-03.bz2.deduped.txt:238698 - http://www.motherjones.com/environment/2016/03/your-protein-obsession-isnt-helping-anyone
RS_2016-03.bz2.deduped.txt:239438 - http://www.motherjones.com/politics/2016/03/us-just-whacked-guy-who-handles-isis-paychecks
RS_2016-03.bz2.deduped.txt:239945 - http://www.motherjones.com/kevin-drum/2016/03/trump-protesters-dont-have-much-public-support
RS_2016-03.bz2.deduped.txt:242261 - http://www.motherjones.com/kevin-drum/2016/03/matt-taibbi-case-against-hillary-weak
RS_2016-03.bz2.deduped.txt:243295 - http://m.motherjones.com/politics/2016/03/doj-trans-inmate-guidelines
RS_2016-03.bz2.deduped.txt:246990 - http://www.motherjones.com/kevin-drum/2016/01/how-big-dick-ted-cruz-quiz
RS_2016-03.bz2.deduped.txt:248724 - http://www.motherjones.com/politics/2016/03/hillary-clinton-bernie-sanders-washington-alaska-hawaii-caucuses
RS_2016-03.bz2.deduped.txt:254131 - http://m.motherjones.com/kevin-drum/2016/03/matt-taibbi-case-against-hillary-weak
RS_2016-03.bz2.deduped.txt:254680 - http://www.motherjones.com/politics/2010/09/congress-corporate-sponsors
RS_2016-03.bz2.deduped.txt:255204 - http://www.motherjones.com/politics/2016/03/map-primary-results-road-white-house-democrats-republicans-states
RS_2016-03.bz2.deduped.txt:256955 - http://www.motherjones.com/mojo/2016/03/republicans-against-barry-goldwater-ad-so-spot-2016
RS_2016-03.bz2.deduped.txt:258790 - http://www.motherjones.com/politics/2016/03/clinton-campaign-says-no-more-debates-until-bernie-starts-be-nicer
RS_2016-03.bz2.deduped.txt:260060 - http://www.motherjones.com/politics/2016/03/sanders-campaign-makes-its-case-winning-nomination
RS_2016-03.bz2.deduped.txt:260214 - http://m.motherjones.com/politics/2016/03/clinton-campaign-says-no-more-debates-until-bernie-starts-be-nicer
RS_2016-03.bz2.deduped.txt:261793 - http://www.motherjones.com/mojo/2016/03/california-about-make-15-minimum-wage-reality
RS_2016-03.bz2.deduped.txt:262001 - http://www.motherjones.com/politics/2016/03/key-takeaways-FBI-hillary-clinton-email-story
RS_2016-03.bz2.deduped.txt:262134 - http://www.motherjones.com/kevin-drum/2016/03/hillary-clinton-fundamentally-honest-and-trustworthy
RS_2016-03.bz2.deduped.txt:264939 - http://www.motherjones.com/kevin-drum/2016/03/obama-has-refreshingly-clear-eyed-view-allies-saudi-arabia
RS_2016-03.bz2.deduped.txt:267224 - http://m.motherjones.com/kevin-drum/2016/03/hillary-clinton-fundamentally-honest-and-trustworthy
RS_2016-03.bz2.deduped.txt:267543 - http://www.motherjones.com/politics/2016/03/texaco-franco-spanish-civil-war-rieber

RS_2016-03.bz2.deduped.txt:267637 - http://www.motherjones.com/kevin-drum/2016/03/trump-campaign-manager-charged-battery
RS_2016-03.bz2.deduped.txt:274710 - http://www.motherjones.com/mojo/2016/03/ted-cruz-defends-plan-patrol-muslim-neighborhoods-cnn-townhall
RS_2016-03.bz2.deduped.txt:275645 - http://m.motherjones.com/kevin-drum/2016/03/it-looks-supreme-court-getting-ready-rule-against-religious-objections-contracept
RS_2016-03.bz2.deduped.txt:275946 - http://www.motherjones.com/mojo/2016/03/utah-will-now-force-doctors-anesthetize-fetuses-during-later-abortions
RS_2016-03.bz2.deduped.txt:276005 - http://www.motherjones.com/tom-philpott/2016/03/heres-why-gmo-labeling-makes-sense
RS_2016-03.bz2.deduped.txt:276665 - http://www.motherjones.com/blue-marble/2016/03/trump-climate-change-washington-post
RS_2016-03.bz2.deduped.txt:277068 - http://www.motherjones.com/politics/2016/03/arizona-voters-hearing-bungled-election
RS_2016-03.bz2.deduped.txt:277373 - http://www.motherjones.com/mojo/2016/03/watch-donald-trump-defend-his-campaign-manager-despite-evidence-he-grabbed-reporter
RS_2016-03.bz2.deduped.txt:277384 - http://www.motherjones.com/kevin-drum/2016/03/heres-frame-frame-footage-trump-campaign-manager-grabbing-michelle-fields
RS_2016-03.bz2.deduped.txt:283626 - http://www.motherjones.com/kevin-drum/2016/03/blue-cross-blue-shield-report-suggests-obamacare-doing-its-job
RS_2016-03.bz2.deduped.txt:283726 - http://www.motherjones.com/politics/2016/03/donald-trump-corey-lewandowski-solar-company-lobbyist
RS_2016-03.bz2.deduped.txt:287111 - http://www.motherjones.com/politics/2016/03/obama-adminstration-just-commuted-sentences-61-non-violent-drug-offenders
RS_2016-03.bz2.deduped.txt:287372 - http://www.motherjones.com/mojo/2016/03/donald-trump-rich-muslim-friends
RS_2016-03.bz2.deduped.txt:287406 - http://www.motherjones.com/politics/2016/03/tennessee-lawsuit-federal-government-refugees
RS_2016-03.bz2.deduped.txt:287709 - http://www.motherjones.com/environment/2016/03/us-increase-meat-consumption-europe-less-meat-sustainability
RS_2016-03.bz2.deduped.txt:287921 - http://www.motherjones.com/mojo/2016/03/donald-trump-nuclear-weapons-europe
RS_2016-03.bz2.deduped.txt:290723 - http://m.motherjones.com/mojo/2016/03/bernie-sanders-gaining-clinton-her-own-backyard
RS_2016-03.bz2.deduped.txt:291219 - http://www.motherjones.com/mojo/2016/03/bernie-sanders-interesting-theory-on-gops-existence
RS_2016-03.bz2.deduped.txt:291803 - http://www.motherjones.com/mojo/2016/03/bernie-sanders-gaining-clinton-her-own-backyard
RS_2013-08.bz2.deduped.txt:817 - http://www.motherjones.com/politics/2013/08/phoenix-sex-scandal-liu-zhengzhu
RS_2013-08.bz2.deduped.txt:3334 - http://www.motherjones.com/blue-marble/2013/07/north-carolina-legislature-environmental-laws
RS_2013-08.bz2.deduped.txt:3366 - http://www.motherjones.com/mojo/2013/08/bobby-jindal-louisiana-flood-board-big-oil-lawsuit
RS_2013-08.bz2.deduped.txt:3762 - http://www.motherjones.com/mojo/2013/07/democrats-introduce-supreme-court-ethics-bill

RS_2013-08.bz2.deduped.txt:4292 - http://www.motherjones.com/kevin-drum/2013/07/nsa-surveillance-call-record-program

RS_2013-08.bz2.deduped.txt:4792 - http://www.motherjones.com/environment/2013/08/alberta-tar-sands-still-leaking

RS_2013-08.bz2.deduped.txt:4794 - http://www.motherjones.com/politics/2013/08/calculator-fast-food-worker-income-wages-comparison?666

RS_2013-08.bz2.deduped.txt:4917 - http://www.motherjones.com/politics/2013/08/calculator-fast-food-worker-income-wages-comparison

RS_2013-08.bz2.deduped.txt:8356 - http://www.motherjones.com/kevin-drum/2013/07/murder-sao-paulo-lead-ethanol

RS_2013-08.bz2.deduped.txt:9268 - http://www.motherjones.com/blue-marble/2013/08/7-year-old-kid-fracking-gag-order

RS_2013-08.bz2.deduped.txt:9311 - http://motherjones.com/blue-marble/2013/08/7-year-old-kid-fracking-gag-order

RS_2013-08.bz2.deduped.txt:9342 - http://www.motherjones.com/blue-marble/2013/08/fracking-gag-order-kids

RS_2013-08.bz2.deduped.txt:9535 - http://www.motherjones.com/mojo/2013/08/house-republican-wont-push-back-tea-party-birther-calling-obama-communist-despot

RS_2013-08.bz2.deduped.txt:10694 - http://www.motherjones.com/politics/2013/08/phoenix-sex-scandal-liu-zhengzhu?7

RS_2013-08.bz2.deduped.txt:11486 - http://www.motherjones.com/politics/2013/08/black-america-foreclosure-crisis

RS_2013-08.bz2.deduped.txt:16339 - http://www.motherjones.com/politics/2013/08/stock-exchange-hacking-sec-regulation-sci

RS_2013-08.bz2.deduped.txt:19041 - http://www.motherjones.com/kevin-drum/2013/08/nsa-surveillance-drug-turf-war

RS_2013-08.bz2.deduped.txt:24310 - http://www.motherjones.com/mojo/2013/08/tom-steyer-virginia-governor-ken-cuccinelli

RS_2013-08.bz2.deduped.txt:24712 - http://www.motherjones.com/mojo/2013/08/republicans-wont-stop-trying-name-ocean-waters-after-ronald-reagan

RS_2013-08.bz2.deduped.txt:27093 - http://www.motherjones.com/mojo/2013/08/voting-rights-act-anniversary-discrimination-laws?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+|+MoJoBlog%29

RS_2013-08.bz2.deduped.txt:27592 - http://m.motherjones.com/mojo/2013/08/neo-confederates-install-15-foot-battle-flag-i-95

RS_2013-08.bz2.deduped.txt:27734 - http://www.motherjones.com/tom-philpott/2013/08/my-beef-lab-grown-meat

RS_2013-08.bz2.deduped.txt:27789 - http://www.motherjones.com/politics/2003/10/double-barreled-double-standards

RS_2013-08.bz2.deduped.txt:27932 - http://www.motherjones.com/mojo/2013/08/nra-handgun-control-atf-supreme-court

RS_2013-08.bz2.deduped.txt:28343 - http://www.motherjones.com/politics/2013/08/occupy-free-state-project-dhs-police-concord

RS_2013-08.bz2.deduped.txt:28987 - http://www.motherjones.com/mojo/2013/08/neo-confederates-install-15-foot-battle-flag-i-95

RS_2013-08.bz2.deduped.txt:29956 - http://www.motherjones.com/mojo/2013/08/dead-people-political-donations?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2013-08.bz2.deduped.txt:30220 - http://www.motherjones.com/blue-marble/2013/08/watching-fox-makes-you-distrust-scientists

RS_2013-08.bz2.deduped.txt:30397 - http://www.motherjones.com/politics/2013/08/7-obamacare-conspiracy-theory

RS_2013-08.bz2.deduped.txt:31906 - http://www.motherjones.com/mojo/2013/08/new-right-wing-talking-point-al-qaeda-greater-threat-now-9-11-obama

RS_2013-08.bz2.deduped.txt:32946 - http://motherjones.com/mojo/2013/08/republicans-wont-stop-trying-name-ocean-waters-after-ronald-reagan

RS_2013-08.bz2.deduped.txt:34756 - http://www.motherjones.com/environment/2013/08/bayou-corne-sinkhole-disaster-louisiana-texas-brine

RS_2013-08.bz2.deduped.txt:34802 - http://www.motherjones.com/mojo/2013/07/nra-atf-gun-control-senate-heitkamp

RS_2013-08.bz2.deduped.txt:34861 - http://www.motherjones.com/blue-marble/2013/08/keystone-xl-alternative-built-enbridge

RS_2013-08.bz2.deduped.txt:37170 - http://www.motherjones.com/mojo/2013/08/voting-rights-act-anniversary-discrimination-laws

RS_2013-08.bz2.deduped.txt:41053 - http://www.motherjones.com/environment/2013/08/alaska-climate-change-refugees-newtok-halted

RS_2013-08.bz2.deduped.txt:43066 - http://www.motherjones.com/kevin-drum/2013/08/nsa-reading-every-email-sent-and-united-states

RS_2013-08.bz2.deduped.txt:43128 - http://www.motherjones.com/mojo/2013/08/ron-paul-kent-sorenson-cash-endorsement-presidential-race

RS_2013-08.bz2.deduped.txt:44018 - http://www.motherjones.com/politics/2013/08/wall-street-commodities-federal-reserve

RS_2013-08.bz2.deduped.txt:44213 - http://www.motherjones.com/mojo/2013/08/rep-steve-king-doesnt-know-how-sea-level-works

RS_2013-08.bz2.deduped.txt:44332 - http://www.motherjones.com/environment/2013/08/arctic-methane-hydrate-catastrophe

RS_2013-08.bz2.deduped.txt:48835 - http://www.motherjones.com/kevin-drum/2013/08/budget-deal-tea-party-mcconnell-boehner

RS_2013-08.bz2.deduped.txt:49707 - http://www.motherjones.com/kevin-drum/2013/08/nsa-surveillance-drug-court

RS_2013-08.bz2.deduped.txt:50950 - http://www.motherjones.com/politics/2013/08/crack-cocaine-sentence-reduction-charts

RS_2013-08.bz2.deduped.txt:51695 - http://www.motherjones.com/tom-philpott/2013/08/your-chicken-swims-chemical-cocktail

RS_2013-08.bz2.deduped.txt:53386 - http://www.motherjones.com/mojo/2013/08/retiring-rodney-alexander-congressman-fundraising-congress

RS_2013-08.bz2.deduped.txt:53697 - http://www.motherjones.com/politics/2013/08/unpaid-sexual-harassment-sue

RS_2013-08.bz2.deduped.txt:55908 - http://www.motherjones.com/kevin-drum/2013/08/mcconnell-guns-freedom-coal

RS_2013-08.bz2.deduped.txt:57085 - http://www.motherjones.com/mojo/2013/08/obamas-nsa-press-conference-wyden

RS_2013-08.bz2.deduped.txt:57196 - http://www.motherjones.com/politics/2008/03/exclusive-i-was-kidnapped-cia

RS_2013-08.bz2.deduped.txt:59424 - http://www.motherjones.com/politics/2013/08/california-trial-lead-paint-sherwin-williams-poisoning

RS_2013-08.bz2.deduped.txt:59496 - http://www.motherjones.com/blue-marble/2013/06/maine-gmo-labeling

RS_2013-08.bz2.deduped.txt:60841 - http://m.motherjones.com/tom-philpott/2013/02/meat-industry-still-gorging-antibiotics

RS_2013-08.bz2.deduped.txt:61951 - http://www.motherjones.com/kevin-drum/2013/08/texas-voting-rights-holder

RS_2013-08.bz2.deduped.txt:62913 - http://www.motherjones.com/politics/2013/08/meth-pseudoephedrine-big-pharma-lobby

RS_2013-08.bz2.deduped.txt:64672 - http://www.motherjones.com/mojo/2013/08/mitch-mcconnell-2014-kentucky-senate-100-million

RS_2013-08.bz2.deduped.txt:65064 - http://www.motherjones.com/mixed-media/2013/08/elysium-matt-damon-neill-blomkamp-politics

RS_2013-08.bz2.deduped.txt:65161 - http://www.motherjones.com/environment/2013/08/history-energy-at-home

RS_2013-08.bz2.deduped.txt:65350 - http://www.motherjones.com/environment/2013/08/mystery-illness-valley-fever

RS_2013-08.bz2.deduped.txt:69932 - http://www.motherjones.com/mojo/2013/08/montana-ag-reporters-investigating-gun-laws-create-chilling-effect

RS_2013-08.bz2.deduped.txt:69995 - http://www.motherjones.com/kevin-drum/2013/08/deficit-opinion-reality-poll

RS_2013-08.bz2.deduped.txt:70135 - http://www.motherjones.com/mojo/2013/08/dark-money-disclosure-27-states-new-york

RS_2013-08.bz2.deduped.txt:70483 - http://www.motherjones.com/politics/2013/08/congressional-black-caucus-fiduciary-duty-rule-financial-services-institute

RS_2013-08.bz2.deduped.txt:73001 - http://www.motherjones.com/kevin-drum/2013/08/obama-nsa-surveillance-speech

RS_2013-08.bz2.deduped.txt:73685 - http://www.motherjones.com/mojo/2013/08/department-justice-holder-distressed-homeowner-initiative

RS_2013-08.bz2.deduped.txt:74651 - http://www.motherjones.com/mojo/2013/08/aclu-threatens-suit-over-kansas-suspended-voter-registrations-kris-kobach

RS_2013-08.bz2.deduped.txt:78312 - http://www.motherjones.com/tom-philpott/2013/08/gulf-of-mexico-dead-zone-growth

RS_2013-08.bz2.deduped.txt:78331 - http://www.motherjones.com/environment/2013/08/valley-fever-explained

RS_2013-08.bz2.deduped.txt:80759 - http://www.motherjones.com/mojo/2013/08/financial-services-institute-lobbyist-letter-john-pitney

RS_2013-08.bz2.deduped.txt:82273 - http://www.motherjones.com/kevin-drum/2013/08/fox-news-economy-healthcare

RS_2013-08.bz2.deduped.txt:82830 - http://www.motherjones.com/politics/2013/08/transgender-troops-twice-likely-serve-twenty-times-likely-commit-suicide
RS_2013-08.bz2.deduped.txt:82997 - http://www.motherjones.com/mojo/2013/08/fox-news-gay-propaganda-america-survival-inc
RS_2013-08.bz2.deduped.txt:84465 - http://www.motherjones.com/politics/2013/08/steve-lonegan-cory-booker-new-jersey-senate-race
RS_2013-08.bz2.deduped.txt:85143 - http://www.motherjones.com/politics/2013/08/nsa-lavabit-email-obama-spying-constitution
RS_2013-08.bz2.deduped.txt:85339 - http://www.motherjones.com/environment/2013/08/raytheon-climate-change-security
RS_2013-08.bz2.deduped.txt:85739 - http://www.motherjones.com/kevin-drum/2013/08/boehner-budget-debt-ceiling-tea-party
RS_2013-08.bz2.deduped.txt:86767 - http://www.motherjones.com/kevin-drum/2013/08/artificial-hip-cost-markup-healthcare
RS_2013-08.bz2.deduped.txt:87385 - http://www.motherjones.com/environment/2013/08/nuns-bluegrass-pipeline-loretto
RS_2013-08.bz2.deduped.txt:87481 - http://www.motherjones.com/mojo/2013/08/mayor-johnny-cummings-vicco-kentucky-interview-colbert-report
RS_2013-08.bz2.deduped.txt:88429 - http://www.motherjones.com/mojo/2013/08/oregon-gop-art-robinson-nuclear-waste-airplanes
RS_2013-08.bz2.deduped.txt:89766 - http://www.motherjones.com/kevin-drum/2013/08/lead-crime-racism-black-white-juvenile
RS_2013-08.bz2.deduped.txt:90502 - http://www.motherjones.com/politics/2013/08/michael-hastings-conspiracy-theories-kim-dvorak
RS_2013-08.bz2.deduped.txt:92420 - http://www.motherjones.com/environment/2013/08/what-is-crude-oil-energy
RS_2013-08.bz2.deduped.txt:94631 - http://www.motherjones.com/tom-philpott/2013/08/berkeley-defunds-high-profile-pesticide-critic
RS_2013-08.bz2.deduped.txt:98157 - http://www.motherjones.com/environment/2013/08/map-top-cities-billion-dollar-floods
RS_2013-08.bz2.deduped.txt:103007 - http://www.motherjones.com/kevin-drum/2013/08/common-core-right-conspiracy
RS_2013-08.bz2.deduped.txt:103176 - http://www.motherjones.com/politics/2013/08/life-dynamics-abortion-lawyer-dvd
RS_2013-08.bz2.deduped.txt:104348 - http://www.motherjones.com/politics/2013/08/mesh-internet-privacy-nsa-isp
RS_2013-08.bz2.deduped.txt:105441 - http://www.motherjones.com/kevin-drum/2013/08/nsa-surveillance-database-queries
RS_2013-08.bz2.deduped.txt:108505 - http://www.motherjones.com/environment/2013/08/five-terrifying-statements-ipcc-report
RS_2013-08.bz2.deduped.txt:110704 - http://www.motherjones.com/environment/2013/08/solar-energy-cheap
RS_2013-08.bz2.deduped.txt:112623 - http://www.motherjones.com/kevin-drum/2013/08/ipcc-climate-change-sea-level-rise
RS_2013-08.bz2.deduped.txt:113036 - http://www.motherjones.com/kevin-drum/2013/08/snowden-wars-episode-v-surveillance-state-strikes-back

RS_2013-08.bz2.deduped.txt:113429 - http://www.motherjones.com/politics/2013/08/sealand-havenco-data-haven-pirate

RS_2013-08.bz2.deduped.txt:116853 - http://www.motherjones.com/environment/2013/08/californias-transit-cut-greenhouse-gases

RS_2013-08.bz2.deduped.txt:117867 - http://www.motherjones.com/politics/2013/08/california-bill-rfid-chip-personal-information

RS_2013-08.bz2.deduped.txt:117872 - http://www.motherjones.com/politics/2013/08/carrp-fbi-immigration-terrorism-aclu

RS_2013-08.bz2.deduped.txt:124297 - http://www.motherjones.com/environment/2013/08/whats-behind-natural-gas-boom-fracking

RS_2013-08.bz2.deduped.txt:126398 - http://www.motherjones.com/tom-philpott/2013/08/why-china-wants-us-grown-pork-chops-part-2-land-edition

RS_2013-08.bz2.deduped.txt:126508 - http://www.motherjones.com/kevin-drum/2013/08/fisa-court-slams-nsa-substantial-misrepresentation

RS_2013-08.bz2.deduped.txt:126625 - http://www.motherjones.com/politics/2013/08/sealand-havenco-data-haven-pirate?page=1

RS_2013-08.bz2.deduped.txt:127453 - http://www.motherjones.com/blue-marble/2013/08/beer-oil-enbridge-kalamazoo-bells

RS_2013-08.bz2.deduped.txt:128001 - http://motherjones.com/kevin-drum/2013/08/steve-ballmer-retire-18-billion

RS_2013-08.bz2.deduped.txt:130493 - http://www.motherjones.com/politics/2013/08/mlk-intellectual-property-problems

RS_2013-08.bz2.deduped.txt:131404 - http://www.motherjones.com/mixed-media/2013/08/storming-wikipedia-women-problem-internet

RS_2013-08.bz2.deduped.txt:131694 - http://www.motherjones.com/blue-marble/2013/08/watch-bayou-corne-sinkhole-swallow-forest

RS_2013-08.bz2.deduped.txt:132996 - http://www.motherjones.com/kevin-drum/2013/08/bubbles-financial-deregulation-easy-money

RS_2013-08.bz2.deduped.txt:134425 - http://www.motherjones.com/environment/2013/08/photos-rim-wildfire-yosemite-park

RS_2013-08.bz2.deduped.txt:138600 - http://www.motherjones.com/mojo/2013/08/kenyan-ministry-health-legalize-abortion-improve-health-care

RS_2013-08.bz2.deduped.txt:142645 - http://www.motherjones.com/blue-marble/2013/08/al-jazeera-america-climate-change

RS_2013-08.bz2.deduped.txt:143109 - http://www.motherjones.com/kevin-drum/2013/08/schlafly-voter-suppression-laws-partisan

RS_2013-08.bz2.deduped.txt:143569 - http://www.motherjones.com/mixed-media/2013/08/no-new-york-times-didnt-change-its-fuck-policy

RS_2013-08.bz2.deduped.txt:145117 - http://www.motherjones.com/media/2013/08/interview-talib-kweli-greene-prisoner-conscious

RS_2013-08.bz2.deduped.txt:146148 - http://www.motherjones.com/environment/2013/06/cell-phone-unlocking-environment-waste

RS_2013-08.bz2.deduped.txt:149593 - http://www.motherjones.com/politics/2013/08/nidal-hasan-anwar-awlaki-emails-fbi-fort-hood?page=2

RS_2013-08.bz2.deduped.txt:149710 - http://www.motherjones.com/politics/2013/08/nidal-hasan-anwar-awlaki-emails-fbi-fort-hood

RS_2013-08.bz2.deduped.txt:150123 - http://www.motherjones.com/mojo/2013/08/republicans-supported-obamacare-gingrich-dole-individual-mandate

RS_2013-08.bz2.deduped.txt:152137 - http://m.motherjones.com/politics/2013/08/mesh-internet-privacy-nsa-isp

RS_2013-08.bz2.deduped.txt:152434 - http://www.motherjones.com/politics/2013/08/50-days-california-prisons-hunger-strike-explainer

RS_2013-08.bz2.deduped.txt:152538 - http://www.motherjones.com/mixed-media/2013/08/paula-deen-trayvon-martin-law-and-order-svu-fox-news

RS_2013-08.bz2.deduped.txt:155621 - http://www.motherjones.com/photoessays/2008/03/aryan-outfitters-01

RS_2013-08.bz2.deduped.txt:156337 - http://www.motherjones.com/kevin-drum/2013/08/rigell-obama-consult-congress-syria

RS_2013-08.bz2.deduped.txt:156705 - http://www.motherjones.com/mojo/2013/08/joe-walsh-black-parents-need-get-it-together

RS_2013-08.bz2.deduped.txt:156867 - http://www.motherjones.com/environment/2013/08/global-warming-slowdown-ipcc

RS_2013-08.bz2.deduped.txt:157337 - http://www.motherjones.com/print/231196

RS_2013-08.bz2.deduped.txt:158095 - http://www.motherjones.com/politics/2013/08/j-edgar-hoover-war-martin-luther-king

RS_2013-08.bz2.deduped.txt:158516 - http://www.motherjones.com/politics/2013/08/j-edgar-hoover-war-martin-luther-king?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2013-08.bz2.deduped.txt:158866 - http://www.motherjones.com/mojo/2013/08/income-inequality-goes-3d-interactive

RS_2013-08.bz2.deduped.txt:159936 - http://www.motherjones.com/media/2013/08/elevatorgate-storify-trolling-harassment-free-speech

RS_2013-08.bz2.deduped.txt:160396 - http://www.motherjones.com/kevin-drum/2013/08/chart-day-which-countries-snoop-facebook-users-most

RS_2013-08.bz2.deduped.txt:160783 - http://www.motherjones.com/special-reports/2012/12/guns-in-america-mass-shootings?utm_source=buffer&utm_campaign=Buffer&utm_content=buffer8a533&utm_medium=twitter

RS_2013-08.bz2.deduped.txt:162494 - http://www.motherjones.com/politics/2013/08/california-prison-hunger-strike-leader-letters-corcoran

RS_2013-08.bz2.deduped.txt:163230 - http://www.motherjones.com/kevin-drum/2013/08/intelligence-spending-classified-budget-snowden

RS_2013-08.bz2.deduped.txt:164063 - http://www.motherjones.com/media/2013/08/detroit-robocop-statue-kickstarter-arrives

RS_2013-08.bz2.deduped.txt:164097 - http://www.motherjones.com/environment/2009/08/secret-history-hurricane-katrina

RS_2013-08.bz2.deduped.txt:165724 - http://www.motherjones.com/mojo/2013/08/neocons-push-obama-go-beyond-punitive-strike-syria

RS_2013-08.bz2.deduped.txt:166290 - http://www.motherjones.com/environment/2013/08/noaa-hurricane-map-170-years

RS_2013-08.bz2.deduped.txt:169161 - http://www.motherjones.com/politics/2013/08/national-parks-fire-yosemite-yellowstone

RS_2013-08.bz2.deduped.txt:171630 - http://www.motherjones.com/environment/2013/08/leed-green-building-standards-ban

RS_2013-08.bz2.deduped.txt:172461 - http://www.motherjones.com/kevin-drum/2013/08/medicare-costs-down-down-down

RS_2013-08.bz2.deduped.txt:177171 - http://www.motherjones.com/kevin-drum/2013/08/how-rest-world-views-american-military

RS_2016-10.bz2.deduped.txt:1790 - http://m.motherjones.com/politics/2016/08/donald-trump-model-management-illegal-immigration

RS_2016-10.bz2.deduped.txt:3801 - http://www.motherjones.com/politics/2016/09/military-will-now-cover-sex-reassignment-surgeries

RS_2016-10.bz2.deduped.txt:4480 - http://www.motherjones.com/politics/2016/09/joe-arpaios-23-year-reign-might-finally-be-coming-end

RS_2016-10.bz2.deduped.txt:5921 - http://www.motherjones.com/politics/2016/09/trump-campaign-asian-american-outreach

RS_2016-10.bz2.deduped.txt:7899 - http://www.motherjones.com/politics/2016/10/donald-trump-1995-tax-records-new-york-times

RS_2016-10.bz2.deduped.txt:10165 - http://www.motherjones.com/politics/2016/09/donald-trump-picks-climate-change-denier-lead-his-epa-transition-team

RS_2016-10.bz2.deduped.txt:12866 - http://www.motherjones.com/politics/2016/10/donald-trump-taxes-50-percent-Americans-dont-pay

RS_2016-10.bz2.deduped.txt:13900 - http://m.motherjones.com/politics/2016/09/here-are-fbis-files-hillary-clinton-email-investigation

RS_2016-10.bz2.deduped.txt:17162 - http://www.motherjones.com/politics/2016/09/donald-trump-sill-hasnt-released-list-lenders

RS_2016-10.bz2.deduped.txt:17936 - http://www.motherjones.com/kevin-drum/2016/09/trumps-tax-plan-reveals-his-contempt-middle-class

RS_2016-10.bz2.deduped.txt:19769 - http://motherjones.com/politics/2016/09/census-bureau-income-wealth-poverty-great-recession-recovery

RS_2016-10.bz2.deduped.txt:19928 - http://www.motherjones.com/politics/2016/09/trump-files-weight-loss-snazzle-snaxxs

RS_2016-10.bz2.deduped.txt:21071 - http://www.motherjones.com/kevin-drum/2016/10/presidential-campaign-now-getting-reallylame

RS_2016-10.bz2.deduped.txt:21987 - http://www.motherjones.com/politics/2016/10/supreme-court-wont-reopen-wisconsin-john-doe-investigation

RS_2016-10.bz2.deduped.txt:23081 - http://www.motherjones.com/politics/2016/10/supreme-court-re-hear-obama-immigration-executive-actions

RS_2016-10.bz2.deduped.txt:25608 - http://www.motherjones.com/politics/2016/09/department-justice-funding-rape-kits

RS_2016-10.bz2.deduped.txt:25987 - http://www.motherjones.com/politics/2015/02/hillary-clinton-vaccine-tweet

RS_2016-10.bz2.deduped.txt:26716 - http://www.motherjones.com/politics/2016/10/film-captures-pernicious-attack-voter-rights

RS_2016-10.bz2.deduped.txt:28299 - http://www.motherjones.com/politics/2016/10/remember-when-trump-said-he-was-audited-because-he-was-christian

RS_2016-10.bz2.deduped.txt:28310 - http://www.motherjones.com/politics/2016/10/trump-infowars-alex-jones-clinton-conspiracy-theories
RS_2016-10.bz2.deduped.txt:30916 - http://www.motherjones.com/kevin-drum/2016/10/heres-hillary-clinton-antitrust-and-entrepreneurism
RS_2016-10.bz2.deduped.txt:31369 - http://www.motherjones.com/politics/2016/10/third-party-voting-nonwhite-millennials
RS_2016-10.bz2.deduped.txt:32141 - http://www.motherjones.com/kevin-drum/2016/10/donald-trump-lousy-businessman-who-got-lots-money-his-rich-father-and-then-squand
RS_2016-10.bz2.deduped.txt:33690 - http://m.motherjones.com/politics/2016/10/third-party-voting-nonwhite-millennials
RS_2016-10.bz2.deduped.txt:34407 - http://www.motherjones.com/politics/2016/09/trump-files-fred-trump-funneled-cash-donald-using-casino-chips
RS_2016-10.bz2.deduped.txt:35438 - http://www.motherjones.com/politics/2016/10/gary-johnson-defends-lack-foreign-policy-knowledge-insists-ignorance-asset
RS_2016-10.bz2.deduped.txt:38535 - http://www.motherjones.com/environment/2016/10/charts-our-industrial-scale-farms-dont-feed-worlds-hungry
RS_2016-10.bz2.deduped.txt:38537 - http://www.motherjones.com/politics/2016/09/trump-files-the-time-donald-sued-himself
RS_2016-10.bz2.deduped.txt:39936 - http://m.motherjones.com/politics/2016/10/trump-putin-timeline
RS_2016-10.bz2.deduped.txt:39998 - http://www.motherjones.com/politics/2016/10/mike-pence-says-us-should-bomb-syrian-government
RS_2016-10.bz2.deduped.txt:40458 - http://m.motherjones.com/environment/2016/10/wearable-trackers-fitbits
RS_2016-10.bz2.deduped.txt:40656 - http://www.motherjones.com/politics/2016/09/clinton-trump-newspaper-endorsements
RS_2016-10.bz2.deduped.txt:41722 - http://www.motherjones.com/politics/2016/10/hillary-for-prison-slogan-origins
RS_2016-10.bz2.deduped.txt:42379 - http://www.motherjones.com/kevin-drum/2016/10/mike-pence-lied-constantly-last-night-so-how-can-he-be-winner-debate
RS_2016-10.bz2.deduped.txt:42899 - http://www.motherjones.com/kevin-drum/2016/10/vp-debate-ratings-were-pretty-bad
RS_2016-10.bz2.deduped.txt:43155 - http://www.motherjones.com/politics/2016/10/mike-pence-and-failure-republican-establishment
RS_2016-10.bz2.deduped.txt:44848 - http://www.motherjones.com/media/2016/10/fox-news-jesse-watters-asian-americans-donald-trump-chinatown
RS_2016-10.bz2.deduped.txt:48323 - http://www.motherjones.com/kevin-drum/2016/10/donald-trumps-first-30-years-business-failures-and-bailouts-dad
RS_2016-10.bz2.deduped.txt:50664 - http://www.motherjones.com/politics/2016/09/trump-files-scottish-golf-course-war-michael-forbes
RS_2016-10.bz2.deduped.txt:51038 - http://m.motherjones.com/politics/2016/10/donald-trump-anti-isis-plan-same-as-obama-clinton
RS_2016-10.bz2.deduped.txt:51085 - http://www.motherjones.com/politics/2016/10/trump-putin-timeline
RS_2016-10.bz2.deduped.txt:52274 - http://www.motherjones.com/media/2016/10/true-stories-hard-choices-documentary-abortion-black-women

RS_2016-10.bz2.deduped.txt:52530 - http://www.motherjones.com/politics/2016/10/prison-labor-strike-history-heather-ann-thompson
RS_2016-10.bz2.deduped.txt:53430 - http://m.motherjones.com/politics/2016/10/prison-labor-strike-history-heather-ann-thompson
RS_2016-10.bz2.deduped.txt:54670 - http://www.motherjones.com/politics/2016/10/donald-trump-anti-isis-plan-same-as-obama-clinton
RS_2016-10.bz2.deduped.txt:56374 - http://m.motherjones.com/kevin-drum/2016/10/donald-trumps-first-30-years-business-failures-and-bailouts-dad
RS_2016-10.bz2.deduped.txt:58148 - http://www.motherjones.com/politics/2016/10/campaign-finance-watchdogs-trump-clinton-breaking-rules
RS_2016-10.bz2.deduped.txt:58230 - http://www.motherjones.com/environment/2016/10/debate-scorecard-climate-change
RS_2016-10.bz2.deduped.txt:58519 - http://m.motherjones.com/politics/2016/09/trump-files-scottish-golf-course-war-michael-forbes
RS_2016-10.bz2.deduped.txt:61682 - http://www.motherjones.com/politics/2016/09/trump-files-donald-son-orangutan
RS_2016-10.bz2.deduped.txt:64664 - http://www.motherjones.com/media/2016/10/alan-sorkin-west-wing-weekly-podcast-josh-malina-hrishikesh-hirway-donald-trump
RS_2016-10.bz2.deduped.txt:66442 - http://www.motherjones.com/politics/2016/10/obama-administration-officially-blames-russia-dnc-hack
RS_2016-10.bz2.deduped.txt:67068 - http://www.motherjones.com/politics/2016/10/donald-trump-access-hollywood-vulgar-comments-hot-mic
RS_2016-10.bz2.deduped.txt:67149 - http://www.motherjones.com/politics/2016/10/central-park-five-blast-donald-trump
RS_2016-10.bz2.deduped.txt:67824 - http://www.motherjones.com/politics/2016/07/donald-trump-files-tiffany-trump-breasts
RS_2016-10.bz2.deduped.txt:67950 - http://m.motherjones.com/mojo/2016/10/white-nationalist-super-pac-funds-radio-ads-backing-donald-trump
RS_2016-10.bz2.deduped.txt:68656 - http://www.motherjones.com/politics/2016/10/paul-ryan-donald-trump-groping
RS_2016-10.bz2.deduped.txt:69138 - http://m.motherjones.com/politics/2016/03/trump-women-comments-misogyny-jennifer-lopez-melania-breasts
RS_2016-10.bz2.deduped.txt:70770 - http://www.motherjones.com/kevin-drum/2016/10/new-email-dump-reveals-hillary-clinton-honest-and-boring
RS_2016-10.bz2.deduped.txt:71275 - http://www.motherjones.com/kevin-drum/2016/10/pussygate-might-be-final-straw-donald-trump
RS_2016-10.bz2.deduped.txt:73368 - http://www.motherjones.com/politics/2016/10/watch-gop-senate-candidate-get-booed-renouncing-trump
RS_2016-10.bz2.deduped.txt:73709 - http://m.motherjones.com/politics/2016/10/republicans-list-trump-disavowal-groping-tape%20
RS_2016-10.bz2.deduped.txt:74733 - http://www.motherjones.com/politics/2016/10/republicans-are-fleeing-trump-after-video-surfaces-him-bragging-about-groping-women
RS_2016-10.bz2.deduped.txt:74768 - http://www.motherjones.com/politics/2016/10/former-gop-chairman-steele-trump-tape
RS_2016-10.bz2.deduped.txt:74786 - http://www.motherjones.com/politics/2016/10/more-just-released-audio-shows-trump-making-lewd-comments-about-his-daughter-black-

RS_2016-10.bz2.deduped.txt:75407 - http://m.motherjones.com/politics/2016/10/former-gop-chairman-steele-trump-tape
RS_2016-10.bz2.deduped.txt:75671 - http://www.motherjones.com/politics/2016/10/obama-signs-sexual-assault-survivor-bill-rights
RS_2016-10.bz2.deduped.txt:77522 - http://www.motherjones.com/politics/2016/10/mike-pence-isnt-boring-hes-one-americas-most-extreme-governors
RS_2016-10.bz2.deduped.txt:78686 - http://www.motherjones.com/politics/2016/10/republicans-list-trump-disavowal-groping-tape%20
RS_2016-10.bz2.deduped.txt:80609 - http://www.motherjones.com/politics/2016/10/republicans-ran-donald-trump-they-let-him-win-nomination
RS_2016-10.bz2.deduped.txt:80900 - http://www.motherjones.com/politics/2016/10/cnn-stern-audio-trump-ivanka-threesomes-sex
RS_2016-10.bz2.deduped.txt:84567 - http://www.motherjones.com/politics/2016/10/hillary-clinton-donald-trump-second-debate-st-louis
RS_2016-10.bz2.deduped.txt:85975 - http://www.motherjones.com/politics/2016/09/trump-files-trump-vodka-mothers-against-drunk-driving
RS_2016-10.bz2.deduped.txt:86056 - http://m.motherjones.com/politics/2016/10/trump-infowars-alex-jones-clinton-conspiracy-theories
RS_2016-10.bz2.deduped.txt:86981 - http://www.motherjones.com/environment/2016/10/donald-trump-scientists
RS_2016-10.bz2.deduped.txt:89810 - http://www.motherjones.com/kevin-drum/2016/10/new-poll-shows-trump-losing-big-league
RS_2016-10.bz2.deduped.txt:91196 - http://www.motherjones.com/politics/2016/10/trump-pence-woolsey-syria-aleppo
RS_2016-10.bz2.deduped.txt:94675 - http://m.motherjones.com/politics/2014/09/david-brock-hillary-clinton-correct-the-record
RS_2016-10.bz2.deduped.txt:96247 - http://www.motherjones.com/politics/2016/10/gop-spokesman-doesnt-know-if-grabbing-genitals-sexual-assault
RS_2016-10.bz2.deduped.txt:96981 - http://www.motherjones.com/environment/2016/10/how-dakota-access-pipeline-protests-launched-global-movement
RS_2016-10.bz2.deduped.txt:97312 - http://www.motherjones.com/environment/2016/10/second-debate-energy-fact-check
RS_2016-10.bz2.deduped.txt:99882 - http://www.motherjones.com/politics/2016/10/nebraska-senator-ben-sasse-never-trump-republicans
RS_2016-10.bz2.deduped.txt:100517 - http://www.motherjones.com/politics/2016/10/new-documents-show-trump-misled-about-his-income
RS_2016-10.bz2.deduped.txt:101223 - http://www.motherjones.com/politics/2016/10/new-documents-show-trump-misled-about-his-income?utm_source=twitterfeed&utm_medium=twitter
RS_2016-10.bz2.deduped.txt:101310 - http://m.motherjones.com/politics/2016/10/new-documents-show-trump-misled-about-his-income
RS_2016-10.bz2.deduped.txt:103137 - http://www.motherjones.com/politics/2016/10/ap-sheriff-joe-arpaio-be-charged-criminal-contempt-court-over-immigration-patrols
RS_2016-10.bz2.deduped.txt:108841 - http://www.motherjones.com/environment/2016/10/emails-hillary-clinton-hirshberg-yogurt-wikileaks

RS_2016-10.bz2.deduped.txt:110115 - http://www.motherjones.com/print/313746
RS_2016-10.bz2.deduped.txt:113403 - http://m.motherjones.com/politics/2015/04/hillary-clinton-hugh-tony-rodham
RS_2016-10.bz2.deduped.txt:114300 - http://www.motherjones.com/politics/2016/10/barbara-comstock-donald-trump-hillary-clinton
RS_2016-10.bz2.deduped.txt:116173 - http://m.motherjones.com/politics/2016/10/donald-trump-says-hell-imprison-hillary-clintons-lawyers-too
RS_2016-10.bz2.deduped.txt:116702 - http://m.motherjones.com/politics/2016/10/state-election-hacks-undermine-voters-confidence
RS_2016-10.bz2.deduped.txt:117294 - http://www.motherjones.com/politics/2016/10/donald-trump-says-hell-imprison-hillary-clintons-lawyers-too
RS_2016-10.bz2.deduped.txt:120357 - http://m.motherjones.com/politics/2015/12/when-donald-trump-tried-get-mike-tyson-out-of-prison-time-of-rape
RS_2016-10.bz2.deduped.txt:121450 - http://www.motherjones.com/politics/2016/10/gun-trafficking-law-maloney-kenneth-thompson
RS_2016-10.bz2.deduped.txt:121570 - http://www.motherjones.com/politics/2016/10/state-election-hacks-undermine-voters-confidence
RS_2016-10.bz2.deduped.txt:123832 - http://www.motherjones.com/politics/2016/10/new-study-gun-laws-violence-states
RS_2016-10.bz2.deduped.txt:124487 - http://www.motherjones.com/environment/2016/10/bernie-sanders-dakota-access-pipeline
RS_2016-10.bz2.deduped.txt:124491 - http://motherjones.com/politics/2016/10/gun-trafficking-law-maloney-kenneth-thompson
RS_2016-10.bz2.deduped.txt:124681 - http://www.motherjones.com/politics/2016/03/donald-trumps-campaign-manager-charged-battery-manhandling-reporter-denials
RS_2016-10.bz2.deduped.txt:125995 - http://www.motherjones.com/politics/2016/10/new-york-times-trump-bring-it
RS_2016-10.bz2.deduped.txt:126400 - http://www.motherjones.com/politics/2016/10/donald-trump-gives-his-most-extreme-speech-yet-florida
RS_2016-10.bz2.deduped.txt:126689 - http://www.motherjones.com/politics/2016/10/trump-women-groping-assault
RS_2016-10.bz2.deduped.txt:129210 - http://www.motherjones.com/environment/2016/10/presidential-candidates-remain-silent-dakota-access-pipeline-controversy
RS_2016-10.bz2.deduped.txt:131633 - http://m.motherjones.com/politics/2016/10/donald-trump-gives-his-most-extreme-speech-yet-florida
RS_2016-10.bz2.deduped.txt:131998 - http://motherjones.com/politics/2016/10/donald-trump-hate-groups-neo-nazi-white-supremacist-racism
RS_2016-10.bz2.deduped.txt:132078 - http://www.motherjones.com/politics/2016/10/donald-trump-hate-groups-neo-nazi-white-supremacist-racism
RS_2016-10.bz2.deduped.txt:132160 - http://www.motherjones.com/politics/2016/10/how-donald-trump-destroyed-his-empire-and-dumped-ruins-others
RS_2016-10.bz2.deduped.txt:134123 - http://www.motherjones.com/politics/2016/10/elizabeth-warren-mary-jo-white-sec-barack-obama
RS_2016-10.bz2.deduped.txt:134771 - http://www.motherjones.com/environment/2016/10/hurricane-matthew-killed-animals-hog-poop

RS_2016-10.bz2.deduped.txt:134799 - http://www.motherjones.com/politics/2016/10/donald-trump-pat-buchanan-hitler

RS_2016-10.bz2.deduped.txt:136723 - http://m.motherjones.com/politics/2016/10/donald-trump-hate-groups-neo-nazi-white-supremacist-racism

RS_2016-10.bz2.deduped.txt:136759 - http://www.motherjones.com/politics/2016/10/trump-files-jesus-christ-did-we-ever-dodge-bullet

RS_2016-10.bz2.deduped.txt:137327 - http://www.motherjones.com/politics/2016/10/sinking-donald-trump-could-take-gop-congress-down-him

RS_2016-10.bz2.deduped.txt:138132 - http://www.motherjones.com/kevin-drum/2016/10/weekly-poll-update-donald-trump-imploding

RS_2016-10.bz2.deduped.txt:139184 - http://m.motherjones.com/politics/2016/10/buzzfeed-australia-trump-revolting-slug-motion

RS_2016-10.bz2.deduped.txt:140330 - http://www.motherjones.com/politics/2016/10/three-militia-members-kansas-somali-muslim-bomb-plot

RS_2016-10.bz2.deduped.txt:140467 - http://www.motherjones.com/politics/2016/10/all-women-whove-accused-trump-sexual-assault

RS_2016-10.bz2.deduped.txt:140723 - http://www.motherjones.com/politics/2016/10/three-militia-members-kansas-somali-muslim-bomb-plot

RS_2016-10.bz2.deduped.txt:141183 - http://m.motherjones.com/politics/2016/10/all-women-whove-accused-trump-sexual-assault

RS_2016-10.bz2.deduped.txt:141526 - http://www.motherjones.com/kevin-drum/2016/10/gropegate-story-shattered-surprise-witness-unimpeachable-credibility

RS_2016-10.bz2.deduped.txt:146378 - http://www.motherjones.com/politics/2016/10/former-miss-teen-usa-says-trump-liked-certain-types-black-people

RS_2016-10.bz2.deduped.txt:146391 - http://m.motherjones.com/politics/2016/10/donald-trump-information-promised-tax-returns-not-released

RS_2016-10.bz2.deduped.txt:146410 - http://www.motherjones.com/politics/2016/10/donald-trump-information-promised-tax-returns-not-released

RS_2016-10.bz2.deduped.txt:146412 - http://m.motherjones.com/environment/2016/10/hurricane-matthew-killed-animals-hog-poop

RS_2016-10.bz2.deduped.txt:146511 - http://www.motherjones.com/politics/2016/10/how-donald-trump-destroyed-his-empire-and-dumped-ruins-others-timeline

RS_2016-10.bz2.deduped.txt:148673 - http://www.motherjones.com/kevin-drum/2016/10/good-news-weekend-world-just-took-huge-step-fight-climate-change

RS_2016-10.bz2.deduped.txt:149556 - http://www.motherjones.com/politics/2007/01/harpy-hero-heretic-hillary

RS_2016-10.bz2.deduped.txt:152508 - http://m.motherjones.com/politics/2016/09/trump-files-donalds-big-book-hitler-speeches

RS_2016-10.bz2.deduped.txt:152616 - http://www.motherjones.com/politics/2016/08/trump-files-donald-agreed-film-music-video-it-didnt-go-well

RS_2016-10.bz2.deduped.txt:152711 - http://m.motherjones.com/politics/2016/09/paul-lepage-maine-governor-binder-drug-dealers-black-latino-photos

RS_2016-10.bz2.deduped.txt:153437 - http://www.motherjones.com/mojo/2008/10/mccain-picks-tailhook-sexual-harassment-scandal-vet-oversee-transition

RS_2016-10.bz2.deduped.txt:156531 - http://www.motherjones.com/politics/2016/10/buzzfeed-australia-trump-revolting-slug-motion

RS_2016-10.bz2.deduped.txt:157948 - http://m.motherjones.com/politics/2016/10/donald-trump-atlantic-city-bankruptcy

RS_2016-10.bz2.deduped.txt:158433 - http://www.motherjones.com/politics/2016/10/donald-trump-atlantic-city-bankruptcy

RS_2016-10.bz2.deduped.txt:163059 - http://www.motherjones.com/politics/2016/10/hillary-clinton-arizona-texas-trump

RS_2016-10.bz2.deduped.txt:165404 - http://motherjones.com/politics/2016/10/private-prison-company-geo-group-backs-pro-trump-super-pac

RS_2016-10.bz2.deduped.txt:166338 - http://m.motherjones.com/environment/2016/10/amy-goodman-dakota-access-pipeline-press-freedom

RS_2016-10.bz2.deduped.txt:169428 - http://motherjones.com/politics/2016/08/trump-files-donald-and-melania-creepy-howard-stern-interview

RS_2016-10.bz2.deduped.txt:174125 - http://m.motherjones.com/politics/2016/10/private-prison-company-geo-group-backs-pro-trump-super-pac

RS_2016-10.bz2.deduped.txt:174157 - http://www.motherjones.com/politics/2016/10/obama-slams-trumps-whining-about-rigged-election

RS_2016-10.bz2.deduped.txt:176156 - http://www.motherjones.com/kevin-drum/2016/10/quidproquogate-flops-early-death-after-only-one-day#disqus_thread

RS_2016-10.bz2.deduped.txt:180719 - http://www.motherjones.com/environment/2016/10/how-much-toxic-poop-leaking-north-carolinas-rivers

RS_2016-10.bz2.deduped.txt:180795 - http://www.motherjones.com/environment/2016/10/soylent-gets-disrupted-product-recall

RS_2016-10.bz2.deduped.txt:180869 - http://www.motherjones.com/politics/2016/10/more-1000-female-christian-leaders-slam-trump-scathing-letter

RS_2016-10.bz2.deduped.txt:181271 - http://www.motherjones.com/politics/2016/10/comcast-takes-down-ads-supporting-oregon-corporate-tax-hike

RS_2016-10.bz2.deduped.txt:181290 - http://m.motherjones.com/politics/2016/10/more-1000-female-christian-leaders-slam-trump-scathing-letter

RS_2016-10.bz2.deduped.txt:181831 - http://www.motherjones.com/politics/2016/10/donald-trump-obsessed-with-revenge

RS_2016-10.bz2.deduped.txt:181909 - http://www.motherjones.com/politics/2016/10/kevin-drums-2016-guide-californias-ballot-initiatives

RS_2016-10.bz2.deduped.txt:185035 - http://www.motherjones.com/environment/2016/10/amy-goodman-dakota-access-pipeline-press-freedom?google_editors_picks=true

RS_2016-10.bz2.deduped.txt:186547 - http://www.motherjones.com/politics/2016/10/conservative-legal-scholars-against-donald-trump-constitution

RS_2016-10.bz2.deduped.txt:187190 - http://www.motherjones.com/politics/2016/10/nra-television-ads-spending-hillary-clinton-donald-trump

RS_2016-10.bz2.deduped.txt:188361 - http://www.motherjones.com/politics/2016/10/malik-obama-trump

RS_2016-10.bz2.deduped.txt:189184 - http://www.motherjones.com/politics/2016/10/trump-tv-facebook-live

RS_2016-10.bz2.deduped.txt:189627 - http://motherjones.com/politics/2016/10/trump-rigged-elections-i-will-look-it-time

RS_2016-10.bz2.deduped.txt:189649 - http://www.motherjones.com/politics/2016/10/trump-rigged-elections-i-will-look-it-time

RS_2016-10.bz2.deduped.txt:189983 - http://www.motherjones.com/politics/2016/10/donald-trump-nuclear-weapons-japan-debate-chris-wallace

RS_2016-10.bz2.deduped.txt:189998 - http://motherjones.com/politics/2016/10/hillary-clinton-eviscerates-trump-abortion-during-debate

RS_2016-10.bz2.deduped.txt:190226 - http://www.motherjones.com/kevin-drum/2016/10/donald-trump-unstoppable-revenge-tron-3000

RS_2016-10.bz2.deduped.txt:190316 - http://m.motherjones.com/politics/2016/10/donald-trump-nuclear-weapons-japan-debate-chris-wallace

RS_2016-10.bz2.deduped.txt:190712 - http://motherjones.com/politics/2016/10/donald-trump-hillary-clinton-third-debate-zombie-party

RS_2016-10.bz2.deduped.txt:191837 - http://www.motherjones.com/environment/2016/10/climate-change-got-exactly-2-seconds-time-final-debate

RS_2016-10.bz2.deduped.txt:192119 - http://www.motherjones.com/politics/2016/10/trump-files-how-donald-drove-palm-beach-nuts-american-flag

RS_2016-10.bz2.deduped.txt:197334 - http://www.motherjones.com/politics/2016/10/kansas-retracts-dred-scott-citation-supporting-anti-abortion-law

RS_2016-10.bz2.deduped.txt:199552 - http://m.motherjones.com/politics/2016/10/kansas-retracts-dred-scott-citation-supporting-anti-abortion-law

RS_2016-10.bz2.deduped.txt:201997 - http://m.motherjones.com/politics/2016/10/nra-television-ads-spending-hillary-clinton-donald-trump

RS_2016-10.bz2.deduped.txt:203298 - http://www.motherjones.com/media/2015/04/weekly-world-news-clintons-aliens

RS_2016-10.bz2.deduped.txt:203500 - http://motherjones.com/politics/2016/09/matt-bevin-hillary-clinton-blood-shed-value-voters

RS_2016-10.bz2.deduped.txt:203951 - http://www.motherjones.com/politics/2016/10/trump-files-time-trump-found-silver-lining-ebola-outbreak

RS_2016-10.bz2.deduped.txt:207838 - http://www.motherjones.com/environment/2016/10/recipe-wizard-mark-bittman-dishes-2016-presidential-race

RS_2016-10.bz2.deduped.txt:207848 - http://www.motherjones.com/environment/2016/10/government-relies-industry-flacks-advice-regulating-industry

RS_2016-10.bz2.deduped.txt:207973 - http://www.motherjones.com/politics/2016/10/legalize-campaings-highlight-opioid-epidemic-last-stretch-election-day

RS_2016-10.bz2.deduped.txt:209108 - http://m.motherjones.com/politics/2016/10/richard-branson-tells-world-about-his-weird-vindictive-lunch-donald-trump

RS_2016-10.bz2.deduped.txt:210741 - http://www.motherjones.com/politics/2016/10/powerful-new-hillary-clinton-campaign-ad-features-khizr-khan

RS_2016-10.bz2.deduped.txt:212223 - http://www.motherjones.com/kevin-drum/2016/10/california-bullet-train-takes-hit-episode-59

RS_2016-10.bz2.deduped.txt:215639 - http://www.motherjones.com/kevin-drum/2016/10/politico-donald-trump-doomed

RS_2016-10.bz2.deduped.txt:216061 - http://www.motherjones.com/politics/2016/10/michael-steele-donald-trump-mother-jones-gala

RS_2016-10.bz2.deduped.txt:216905 - http://www.motherjones.com/kevin-drum/2016/10/pat-buchanan-defends-donald-trump

RS_2016-10.bz2.deduped.txt:217668 - http://www.motherjones.com/politics/2016/10/richard-branson-tells-world-about-his-weird-vindictive-lunch-donald-trump

RS_2016-10.bz2.deduped.txt:220250 - http://m.motherjones.com/media/2016/10/slavoj-zizek-terror-refugees-trouble-neighbors

RS_2016-10.bz2.deduped.txt:220669 - http://www.motherjones.com/politics/2016/10/why-did-hillary-clinton-send-michelle-obama-arizona

RS_2016-10.bz2.deduped.txt:221209 - http://motherjones.com/media/2016/10/slavoj-zizek-terror-refugees-trouble-neighbors

RS_2016-10.bz2.deduped.txt:224720 - http://m.motherjones.com/politics/2016/10/corrections-corporation-america-renews-contract-immigration-customs-enforcement?utm_content=buffer181c8&utm_medium=social&utm_source=twitter.com&utm_campaign=buffer

RS_2016-10.bz2.deduped.txt:227994 - http://www.motherjones.com/kevin-drum/2016/10/mccabegate-latest-scandal-will-totally-destroy-hillary-clinton

RS_2016-10.bz2.deduped.txt:231203 - http://www.motherjones.com/politics/2016/10/gary-johnson-net-neutrality-internet

RS_2016-10.bz2.deduped.txt:232746 - http://www.motherjones.com/media/2016/10/slavoj-zizek-terror-refugees-trouble-neighbors

RS_2016-10.bz2.deduped.txt:232976 - http://motherjones.com/politics/2016/10/wrongfully-convicted-exonerees-ptsd-mental-health

RS_2016-10.bz2.deduped.txt:233910 - http://www.motherjones.com/kevin-drum/2016/10/oversampling-latest-hotness-trumpland

RS_2016-10.bz2.deduped.txt:234078 - http://www.motherjones.com/politics/2016/10/trump-repeats-erroneous-claim-hillary-clinton-wants-abort-9-month-old-babies

RS_2016-10.bz2.deduped.txt:235436 - http://www.motherjones.com/politics/2016/10/corrections-corporation-america-renews-contract-immigration-customs-enforcement

RS_2016-10.bz2.deduped.txt:236142 - http://www.motherjones.com/politics/2016/10/millennials-are-finally-board-hillary-clinton

RS_2016-10.bz2.deduped.txt:237972 - http://www.motherjones.com/kevin-drum/2016/10/couple-weeks-merrick-garland-will-discover-his-fate

RS_2016-10.bz2.deduped.txt:239051 - http://www.motherjones.com/environment/2016/10/oil-gas-blm-climate-change-lease

RS_2016-10.bz2.deduped.txt:239672 - http://www.motherjones.com/politics/2016/10/another-housing-discrimination-lawsuit-donald-trump

RS_2016-10.bz2.deduped.txt:240207 - http://www.motherjones.com/politics/2016/10/clinton-trump-super-pac-georgia

RS_2016-10.bz2.deduped.txt:240255 - http://www.motherjones.com/politics/2016/10/paramilitary-militia-laws-training

RS_2016-10.bz2.deduped.txt:240276 - http://www.motherjones.com/politics/2016/10/undercover-border-militia-immigration-bauer

RS_2016-10.bz2.deduped.txt:241121 - http://www.motherjones.com/politics/2016/10/trump-files-kelly-preston
RS_2016-10.bz2.deduped.txt:241763 - http://www.motherjones.com/politics/2016/10/undercover-border-militia-immigration-bauer?utm_source=digg&utm_medium=twitter
RS_2016-10.bz2.deduped.txt:242777 - http://m.motherjones.com/politics/2016/10/trump-files-kelly-preston
RS_2016-10.bz2.deduped.txt:243705 - http://www.motherjones.com/kevin-drum/2016/10/donald-trump-knows-nothing-about-his-own-businesses
RS_2016-10.bz2.deduped.txt:246948 - http://www.motherjones.com/politics/2016/10/karl-rove-scare-tactics-new-hampshire-senate-hassan
RS_2016-10.bz2.deduped.txt:247799 - http://www.motherjones.com/politics/2016/10/bernie-sanders-popular
RS_2016-10.bz2.deduped.txt:248082 - http://m.motherjones.com/politics/2016/10/bernie-sanders-popular
RS_2016-10.bz2.deduped.txt:248549 - http://www.motherjones.com/kevin-drum/2016/10/most-obamacare-users-wont-pay-much-more-coverage-they-did-last-year
RS_2016-10.bz2.deduped.txt:251577 - http://www.motherjones.com/environment/2016/10/private-water-pittsburgh-veolia
RS_2016-10.bz2.deduped.txt:251655 - http://www.motherjones.com/environment/2016/10/one-135-oz-serving-soda-doubles-your-risk-diabetes
RS_2016-10.bz2.deduped.txt:253264 - http://www.motherjones.com/politics/2016/10/barack-obama-revenge-tour-darrell-issa
RS_2016-10.bz2.deduped.txt:254996 - http://www.motherjones.com/politics/2016/10/donald-trump-hotel-dc
RS_2016-10.bz2.deduped.txt:256776 - http://www.motherjones.com/politics/2016/10/hillary-clinton-donald-trump-javits-center
RS_2016-10.bz2.deduped.txt:257319 - http://m.motherjones.com/politics/2016/10/undercover-border-militia-immigration-bauer
RS_2016-10.bz2.deduped.txt:257443 - http://motherjones.com/politics/2016/10/barack-obama-revenge-tour-darrell-issa
RS_2016-10.bz2.deduped.txt:263016 - http://www.motherjones.com/politics/2016/10/trump-files-time-trumps-lawyers-sued-trump
RS_2016-10.bz2.deduped.txt:263114 - http://www.motherjones.com/politics/2016/10/richard-spencer-trump-alt-right-white-nationalist
RS_2016-10.bz2.deduped.txt:263936 - http://www.motherjones.com/kevin-drum/2016/10/trump-voters-say-they-will-peacefully-accept-results-election
RS_2016-10.bz2.deduped.txt:267309 - http://www.motherjones.com/environment/2016/10/donald-trump-energy-false-false-false-false-false-false
RS_2016-10.bz2.deduped.txt:268656 - http://m.motherjones.com/politics/2016/10/trump-files-time-trumps-lawyers-sued-trump
RS_2016-10.bz2.deduped.txt:269674 - http://m.motherjones.com/politics/2016/10/james-okeefe-scott-foval-new-47-percent-story-false
RS_2016-10.bz2.deduped.txt:270982 - http://www.motherjones.com/politics/2016/10/mark-kirk-tammy-duckworth-military-service

RS_2016-10.bz2.deduped.txt:271096 - http://m.motherjones.com/politics/2016/10/mark-kirk-tammy-duckworth-military-service

RS_2016-10.bz2.deduped.txt:272020 - http://www.motherjones.com/politics/2016/10/watch-gary-johnson-crumble-interview-guardian

RS_2016-10.bz2.deduped.txt:274774 - http://www.motherjones.com/politics/2016/10/how-donald-trump-used-apprentice-promote-questionable-companies

RS_2016-10.bz2.deduped.txt:277932 - http://www.motherjones.com/print/317667

RS_2016-10.bz2.deduped.txt:278220 - http://www.motherjones.com/politics/2016/10/dapl-protest-photos-dakota-access-pipeline-arrests

RS_2016-10.bz2.deduped.txt:278290 - http://www.motherjones.com/kevin-drum/2016/10/emailgate-takes-yet-another-dismal-turn

RS_2016-10.bz2.deduped.txt:278560 - http://motherjones.com/politics/2016/10/fbi-clinton-email-server-anthony-weiner

RS_2016-10.bz2.deduped.txt:279369 - http://motherjones.com/politics/2016/09/North-Carolina-voting-rights-hb2-naacp-lgbt-trans-pope

RS_2016-10.bz2.deduped.txt:279595 - http://www.motherjones.com/politics/2016/10/fbi-clinton-email-server-anthony-weiner

RS_2016-10.bz2.deduped.txt:279674 - http://www.motherjones.com/environment/2016/10/armed-man-dakota-access-pipeline-protest-dapl

RS_2016-10.bz2.deduped.txt:284067 - http://www.motherjones.com/politics/2016/10/election-day-violence-polls-hillary-trump

RS_2016-10.bz2.deduped.txt:286784 - http://m.motherjones.com/politics/2016/06/trump-files-principal-for-a-day

RS_2016-10.bz2.deduped.txt:290372 - http://m.motherjones.com/politics/2016/10/undercover-border-militia-immigration-bauer?utm_content=bufferb4d48&utm_medium=social&utm_source=facebook.com&utm_campaign=buffer

RS_2016-10.bz2.deduped.txt:290738 - http://m.motherjones.com/politics/2016/10/tomdispatch-pentagon-government-military-spending

RS_2016-10.bz2.deduped.txt:296342 - http://www.motherjones.com/politics/2016/10/tomdispatch-pentagon-government-military-spending

RS_2016-10.bz2.deduped.txt:298147 - http://www.motherjones.com/environment/2016/10/sexual-harassment-national-parks

RS_2016-10.bz2.deduped.txt:298777 - http://www.motherjones.com/politics/2016/10/why-are-women-thrown-jail-after-theyre-raped-or-assaulted

RS_2016-10.bz2.deduped.txt:299209 - http://www.motherjones.com/kevin-drum/2016/10/comeygate-getting-worse-and-worse

RS_2016-10.bz2.deduped.txt:300019 - http://www.motherjones.com/environment/2016/10/bats-photos-halloween-inquiring-minds

RS_2016-10.bz2.deduped.txt:300431 - http://www.motherjones.com/kevin-drum/2016/10/comeygate-looking-worse-and-worse

RS_2016-10.bz2.deduped.txt:303220 - http://www.motherjones.com/kevin-drum/2016/10/we-are-nearly-perfectly-polarized-nation

RS_2016-10.bz2.deduped.txt:304793 - http://www.motherjones.com/politics/2016/10/Ohio-democrats-sue-trump-campaign-roger-stone-alleged-voter-harassment
RS_2016-10.bz2.deduped.txt:305699 - http://www.motherjones.com/politics/2016/10/veteran-spy-gave-fbi-info-alleging-russian-operation-cultivate-donald-trump
RS_v2_2007-02.xz.deduped.txt:378 - http://www.motherjones.com/news/feature/2003/09/ma_494_01.html
RS_v2_2007-02.xz.deduped.txt:3819 - http://www.motherjones.com/mojoblog/archives/2007/02/3586_john_murthas_slow_bleed_plan_to_end_the_iraq_war_explained.html
RS_v2_2007-02.xz.deduped.txt:5175 - http://www.motherjones.com/news/featurex/2007/03/iraq_effect_1.html?welcome=true
RS_v2_2007-02.xz.deduped.txt:5364 - http://www.motherjones.com/news/featurex/2007/03/iraq_101.html
RS_v2_2007-02.xz.deduped.txt:5381 - http://www.motherjones.com/news/featurex/2007/03/iraq_effect_1.html
RS_v2_2007-02.xz.deduped.txt:5766 - http://www.motherjones.com/interview/2007/03/joseph_stiglitz.html
RS_v2_2007-02.xz.deduped.txt:6154 - http://www.motherjones.com/news/featurex/2007/03/aftermath.html
RS_v2_2007-02.xz.deduped.txt:6463 - http://www.motherjones.com/news/featurex/2007/03/iraq_101_from_aallawi_to_zarqawi.html
RS_v2_2007-02.xz.deduped.txt:7059 - http://www.motherjones.com/mojoblog/archives/2007/02/3658_florida_appeals.html
RS_v2_2007-08.xz.deduped.txt:711 - http://www.motherjones.com/news/feature/2007/07/in_search_of_john_doe_no_2.html
RS_v2_2007-08.xz.deduped.txt:1006 - http://www.motherjones.com/news/featurex/2007/07/complicated_defense_of_timothy_mcveigh.html
RS_v2_2007-08.xz.deduped.txt:1246 - http://www.motherjones.com/news/feature/2007/01/highwaymen.html?refer=npr.org
RS_v2_2007-08.xz.deduped.txt:1272 - http://www.motherjones.com/mojoblog/archives/2007/08/5080_doctors_who_den.html
RS_v2_2007-08.xz.deduped.txt:1637 - http://www.motherjones.com/interview/2007/07/carne_ross.html
RS_v2_2007-08.xz.deduped.txt:3354 - http://www.motherjones.com/washington_dispatch/2007/07/campaign_contributions_credit_card_companies.html
RS_v2_2007-08.xz.deduped.txt:3692 - http://www.motherjones.com/mojoblog/archives/2007/08/5127_joe_biden_consi.html
RS_v2_2007-08.xz.deduped.txt:4306 - http://www.motherjones.com/mojoblog/archives/2007/08/5148_alright_so_bill.html
RS_v2_2007-08.xz.deduped.txt:4630 - http://www.motherjones.com/mojoblog/archives/2007/08/5175_guess_which_bel.html
RS_v2_2007-08.xz.deduped.txt:4715 - http://www.motherjones.com/arts/film/2007/08/iraq_for_sale.html

RS_v2_2007-08.xz.deduped.txt:5242 -
http://www.motherjones.com/mojoblog/archives/2007/08/5196_the_white_house_1.html
RS_v2_2007-08.xz.deduped.txt:6841 -
http://www.motherjones.com/news/feature/2007/09/school_of_shock.html
RS_v2_2007-08.xz.deduped.txt:7544 -
http://www.motherjones.com/mojoblog/archives/2007/08/5250_remember_freedo.html
RS_v2_2007-08.xz.deduped.txt:7727 -
http://www.motherjones.com/news/update/2007/08/heat_big_oil.html
RS_v2_2007-08.xz.deduped.txt:7784 -
http://www.motherjones.com/mojoblog/archives/2007/08/5254_half_of_america_1.html
RS_v2_2007-08.xz.deduped.txt:8353 -
http://www.motherjones.com/news/feature/2007/09/school_of_shock_photo_essay_1.html
RS_v2_2007-08.xz.deduped.txt:8679 -
http://www.motherjones.com/mojoblog/archives/2007/08/5285_msnbc_reports_r.html
RS_v2_2007-08.xz.deduped.txt:9051 -
http://www.motherjones.com/blue_marble_blog/archives/2007/08/5270_bush_okays_blow.html
RS_v2_2007-08.xz.deduped.txt:9637 - http://www.motherjones.com/cgi-
bin/print_article.pl?url=http://www.motherjones.com/news/feature/2007/09/school_of_shock.ht
ml
RS_v2_2007-08.xz.deduped.txt:9979 -
http://www.motherjones.com/mojoblog/archives/2007/08/5309_iraq_corruption.html
RS_v2_2007-08.xz.deduped.txt:10290 -
http://www.motherjones.com/mojoblog/archives/2007/08/5320_whistleblower_f_1.html
RS_v2_2007-08.xz.deduped.txt:10422 -
http://www.motherjones.com/news/feature/2006/05/no_bar_code.html
RS_v2_2007-08.xz.deduped.txt:11125 -
http://www.motherjones.com/news/feature/2007/09/nagging_zap_swearing_zap.html
RS_2013-12.bz2.deduped.txt:4048 - http://www.motherjones.com/kevin-drum/2013/11/final-
frontier-500-microseconds-between-wall-street-and-chicago
RS_2013-12.bz2.deduped.txt:7354 - http://www.motherjones.com/politics/2013/11/filibuster-
reform-nuclear-financial-reform
RS_2013-12.bz2.deduped.txt:8192 - http://www.motherjones.com/mojo/2013/12/sec-corporate-
political-disclosure-mary-jo-white
RS_2013-12.bz2.deduped.txt:8918 - http://www.motherjones.com/environment/2013/12/beyond-
eggs-meat-josh-tetrick
RS_2013-12.bz2.deduped.txt:11690 - http://www.motherjones.com/politics/2013/12/donors-
trust-franklin-center-alec-mercatus-center-dark-money
RS_2013-12.bz2.deduped.txt:13235 - http://www.motherjones.com/mojo/2013/12/plan-b-
weight-limits-peta-vegan
RS_2013-12.bz2.deduped.txt:14808 - http://www.motherjones.com/mojo/2013/12/dc-appellate-
court-hear-latest-aca-attack
RS_2013-12.bz2.deduped.txt:16337 - http://www.motherjones.com/tom-philpott/2013/12/bpa-
sales-increase
RS_2013-12.bz2.deduped.txt:18993 - http://www.motherjones.com/kevin-
drum/2013/12/minimum-wage-america-pretty-damn-low

RS_2013-12.bz2.deduped.txt:19977 - http://www.motherjones.com/politics/2013/12/fast-food-strike-minimum-wage

RS_2013-12.bz2.deduped.txt:20396 - http://www.motherjones.com/kevin-drum/2013/12/nsa-tracks-5-billion-cellphone-locations-each-and-every-day

RS_2013-12.bz2.deduped.txt:20575 - http://www.motherjones.com/kevin-drum/2013/12/republicans-nearing-dead-end-obamacare

RS_2013-12.bz2.deduped.txt:20936 - http://www.motherjones.com/mojo/2013/12/gop-lawmaker-duncan-hunter-nuking-iran

RS_2013-12.bz2.deduped.txt:22804 - http://www.motherjones.com/blue-marble/2013/12/why-some-meteorologists-still-deny-climate-science

RS_2013-12.bz2.deduped.txt:24711 - http://www.motherjones.com/politics/2013/12/obamacare-life-death-both-political-parties

RS_2013-12.bz2.deduped.txt:25791 - http://www.motherjones.com/mixed-media/2013/12/shia-labeouf-evan-rachel-wood-oral-sex-scene-mpaa-charlie-countryman

RS_2013-12.bz2.deduped.txt:27120 - http://www.motherjones.com/kevin-drum/2013/12/people-cushy-jobs-dont-care-much-about-people-who-dont-have-cushy-jobs

RS_2013-12.bz2.deduped.txt:27621 - http://www.motherjones.com/mojo/2013/12/blast-alec-past-six-kinds-homosexuals

RS_2013-12.bz2.deduped.txt:27623 - http://www.motherjones.com/mojo/2013/12/state-policy-network-assault-worker-rights-medicaid

RS_2013-12.bz2.deduped.txt:27815 - http://www.motherjones.com/environment/2012/03/walmart-sales-energy-use-statistics

RS_2013-12.bz2.deduped.txt:28272 - http://www.motherjones.com/politics/2013/12/house-republicans-gay-rights-enda-boehner

RS_2013-12.bz2.deduped.txt:30025 - http://www.motherjones.com/environment/2013/12/history-fake-meat

RS_2013-12.bz2.deduped.txt:30085 - http://www.motherjones.com/media/2013/12/college-football-sexual-assault-jameis-winston

RS_2013-12.bz2.deduped.txt:30766 - http://www.motherjones.com/politics/2013/12/calculator-what-if-your-income-grew-fast-1-percent

RS_2013-12.bz2.deduped.txt:30988 - http://www.motherjones.com/mojo/2013/12/immigration-farmers-branch-hazleton-kris-kobach

RS_2013-12.bz2.deduped.txt:31106 - http://www.motherjones.com/politics/2013/12/obama-administration-irs-dark-money-regulations-politics

RS_2013-12.bz2.deduped.txt:31681 - http://www.motherjones.com/mojo/2013/12/state-supreme-courts-conflict-of-interest

RS_2013-12.bz2.deduped.txt:31703 - http://www.motherjones.com/blue-marble/2013/12/abrupt-climate-change-in-your-lifetime

RS_2013-12.bz2.deduped.txt:33606 - http://www.motherjones.com/mojo/2013/12/elizabeth-warren-contribution-think-tank

RS_2013-12.bz2.deduped.txt:36499 - http://www.motherjones.com/mojo/2013/12/alec-fighting-renewable-energy-frankenseeds

RS_2013-12.bz2.deduped.txt:37112 - http://www.motherjones.com/mojo/2013/12/nelson-mandela-death-worst-reactions-santorum-nikki-finke

RS_2013-12.bz2.deduped.txt:37822 - http://www.motherjones.com/mojo/2013/12/alec-bans-mother-jones-annual-conference

RS_2013-12.bz2.deduped.txt:38248 - http://www.motherjones.com/politics/2013/12/office-technology-assessment-gingrich-obamacare
RS_2013-12.bz2.deduped.txt:39274 - http://www.motherjones.com/politics/2013/12/how-fast-food-strikes-started
RS_2013-12.bz2.deduped.txt:42104 - http://www.motherjones.com/mojo/2013/12/elton-john-moscow-russia-concert-denounce-anti-gay-law-video
RS_2013-12.bz2.deduped.txt:42346 - http://www.motherjones.com/environment/2013/12/children-baby-pollution-development-brain
RS_2013-12.bz2.deduped.txt:42447 - http://www.motherjones.com/mixed-media/2013/12/spaghettios-pearl-harbor-tweet
RS_2013-12.bz2.deduped.txt:42712 - http://www.motherjones.com/tom-philpott/2013/12/todays-usdas-meat-safety-chief-tomorrows-agribiz-consultant
RS_2013-12.bz2.deduped.txt:42883 - http://www.motherjones.com/environment/2013/12/gates-foundations-24-most-egregious-investments
RS_2013-12.bz2.deduped.txt:43153 - http://www.motherjones.com/media/2013/12/photos-east-germany-stasi-simon-menner-surveillance
RS_2013-12.bz2.deduped.txt:45254 - http://m.motherjones.com/politics/2013/12/office-technology-assessment-gingrich-obamacare
RS_2013-12.bz2.deduped.txt:47242 - http://www.motherjones.com/politics/2013/12/nelson-mandela-epitaph-own-words-rivonia
RS_2013-12.bz2.deduped.txt:51239 - http://www.motherjones.com/politics/2013/12/ways-stop-your-t-shirt-supporting-exploitation
RS_2013-12.bz2.deduped.txt:51752 - http://www.motherjones.com/politics/2013/12/reverend-moon-unification-church-washington-times-secret-son
RS_2013-12.bz2.deduped.txt:52849 - http://www.motherjones.com/mojo/2013/12/trend-franks-gop-obama-lawsuit
RS_2013-12.bz2.deduped.txt:54221 - http://www.motherjones.com/kevin-drum/2013/12/republican-rejection-medicaid-expansion-depraved
RS_2013-12.bz2.deduped.txt:54484 - http://www.motherjones.com/mojo/2013/12/elizabeth-warren-expand-social-security-third-way
RS_2013-12.bz2.deduped.txt:55444 - http://www.motherjones.com/mojo/2013/12/republican-obamacare-amendment-gives-abortion-coverage-gop-staffers
RS_2013-12.bz2.deduped.txt:59130 - http://www.motherjones.com/politics/2013/12/american-society-police-state-criminalization-militarization
RS_2013-12.bz2.deduped.txt:59384 - http://www.motherjones.com/kevin-drum/2013/12/silicon-valley-takes-nsa
RS_2013-12.bz2.deduped.txt:60656 - http://www.motherjones.com/politics/2013/12/liz-cheney-nelson-mandela-divestment
RS_2013-12.bz2.deduped.txt:61467 - http://www.motherjones.com/politics/2013/12/children-killed-guns-newtown-anniversary
RS_2013-12.bz2.deduped.txt:61468 - http://www.motherjones.com/blue-marble/2013/12/nelson-mandela-fight-climate-change-justice
RS_2013-12.bz2.deduped.txt:62343 - http://www.motherjones.com/mojo/2013/12/steve-stockman-yolo
RS_2013-12.bz2.deduped.txt:62403 - http://www.motherjones.com/environment/2013/12/gates-foundations-24-most-egregious-investments?

RS_2013-12.bz2.deduped.txt:62410 - http://www.motherjones.com/environment/2013/12/gates-foundations-24-most-egregious-investments?fb_action_ids=10152021505947973&fb_action_types=og.likes
RS_2013-12.bz2.deduped.txt:63238 - http://www.motherjones.com/mojo/2013/12/most-tax-based-college-aid-goes-least-needy-families
RS_2013-12.bz2.deduped.txt:63397 - http://www.motherjones.com/politics/2013/12/louie-gohmert-uninsured-congressman-obamacare
RS_2013-12.bz2.deduped.txt:63816 - http://www.motherjones.com/documents/893669-obama-remembering-nelson-mandela
RS_2013-12.bz2.deduped.txt:63888 - http://www.motherjones.com/politics/2011/06/speed-up-american-workers-long-hours
RS_2013-12.bz2.deduped.txt:66478 - http://www.motherjones.com/mojo/2013/12/study-media-coverage-boston-marathon-sandy-hook-newtown-trauma
RS_2013-12.bz2.deduped.txt:66693 - http://www.motherjones.com/kevin-drum/2013/12/war-over-austerity-over-republicans-won
RS_2013-12.bz2.deduped.txt:67436 - http://www.motherjones.com/politics/2013/12/budget-deal-is-not-compromise-murray-ryan
RS_2013-12.bz2.deduped.txt:68514 - http://www.motherjones.com/politics/2013/12/economic-status-class-affects-awareness-war-military-us
RS_2013-12.bz2.deduped.txt:69097 - http://www.motherjones.com/politics/2013/12/gun-laws-second-amendment-foundation
RS_2013-12.bz2.deduped.txt:70446 - http://www.motherjones.com/politics/2013/12/children-killed-guns-after-newtown-portraits
RS_2013-12.bz2.deduped.txt:70853 - http://www.motherjones.com/politics/2013/12/ryan-murray-budget-deal-congress-conservatives-revolt
RS_2013-12.bz2.deduped.txt:71136 - http://www.motherjones.com/mojo/2013/12/volcker-rule-what-you-need-to-know
RS_2013-12.bz2.deduped.txt:71180 - http://www.motherjones.com/environment/2013/12/discovered-greenhouse-gas-7000-powerful-carbon-dioxide
RS_2013-12.bz2.deduped.txt:71254 - http://www.motherjones.com/blue-marble/2013/12/chart-how-much-do-companies-charge-themselves-climate-pollution
RS_2013-12.bz2.deduped.txt:72473 - http://m.motherjones.com/politics/2013/12/american-society-police-state-criminalization-militarization
RS_2013-12.bz2.deduped.txt:74542 - http://www.motherjones.com/politics/2013/12/conservative-obama-flirt-peyser-danish-pm
RS_2013-12.bz2.deduped.txt:76117 - http://www.motherjones.com/kevin-drum/2013/12/democrats-tough-races-need-stick-obamacare
RS_2013-12.bz2.deduped.txt:78050 - http://www.motherjones.com/tom-philpott/2013/12/fdas-antibiotic-policy-still-voluntary-gaping-loophole-narrows
RS_2013-12.bz2.deduped.txt:78407 - http://m.motherjones.com/politics/2013/12/state-gun-laws-after-newtown
RS_2013-12.bz2.deduped.txt:80259 - http://www.motherjones.com/mojo/2013/12/zombie-drone-samy-kamkar-amazon-security
RS_2013-12.bz2.deduped.txt:82065 - http://www.motherjones.com/kevin-drum/2013/12/gop-plan-punish-democrats-stupidest-thing-ever

RS_2013-12.bz2.deduped.txt:83322 - http://www.motherjones.com/politics/2013/12/pentagon-budget-deal-charts-cuts

RS_2013-12.bz2.deduped.txt:83585 - http://www.motherjones.com/mojo/2013/12/texas-voter-law-signature-afghanistan-veteran

RS_2013-12.bz2.deduped.txt:84367 - http://motherjones.com/politics/2013/12/pentagon-budget-deal-charts-cuts

RS_2013-12.bz2.deduped.txt:84612 - http://www.motherjones.com/mojo/2013/12/millions-of-women-get-free-birth-control-under-obamacare-2013

RS_2013-12.bz2.deduped.txt:85466 - http://www.motherjones.com/politics/2013/12/children-guns-home-investigation-newtown

RS_2013-12.bz2.deduped.txt:85523 - http://www.motherjones.com/mojo/2013/12/festivus-pole-protest-christmas-seinfeld-dan-okeefe-fox-news

RS_2013-12.bz2.deduped.txt:86463 - http://www.motherjones.com/politics/2013/12/fragile-democracy-plutocracy-dark-money-class-brennan

RS_2013-12.bz2.deduped.txt:88915 - http://www.motherjones.com/politics/2013/12/state-gun-laws-after-newtown

RS_2013-12.bz2.deduped.txt:89044 - http://www.motherjones.com/mojo/2013/12/budget-deal-pentagon-military-spending

RS_2013-12.bz2.deduped.txt:91153 - http://www.motherjones.com/politics/2013/12/freedom-group-cerberus-calstrs-bushmaster-newtown-sandy-hook

RS_2013-12.bz2.deduped.txt:91448 - http://m.motherjones.com/politics/2013/12/pentagon-budget-deal-charts-cuts

RS_2013-12.bz2.deduped.txt:91621 - http://www.motherjones.com/blue-marble/2013/12/polluted-oceans-could-make-fish-anxious

RS_2013-12.bz2.deduped.txt:92584 - http://www.motherjones.com/politics/2010/03/maldives-democracy-popovic

RS_2013-12.bz2.deduped.txt:94163 - http://www.motherjones.com/environment/2013/12/inquiring-minds-joshua-greene-moral-tribes

RS_2013-12.bz2.deduped.txt:94501 - http://www.motherjones.com/environment/2013/12/restaurant-food-poisoning-bacteria

RS_2013-12.bz2.deduped.txt:95366 - http://www.motherjones.com/mixed-media/2013/12/free-shez-shezanne-cassim-comedian-prison-united-arab-emirates-funny-die-will-ferrell

RS_2013-12.bz2.deduped.txt:98992 - http://m.motherjones.com/mojo/2013/12/nfl-tax-exempt-status-rootstrikers-roger-goodell

RS_2013-12.bz2.deduped.txt:99176 - http://www.motherjones.com/mojo/2013/12/nfl-tax-exempt-status-rootstrikers-roger-goodell

RS_2013-12.bz2.deduped.txt:99320 - http://www.motherjones.com/politics/2013/12/rand-paul-endorse-greg-brannon-secessionist-rally

RS_2013-12.bz2.deduped.txt:99530 - http://www.motherjones.com/environment/2013/12/which-fast-food-kids-meal-has-most-calories

RS_2013-12.bz2.deduped.txt:100059 - http://www.motherjones.com/kevin-drum/2013/12/how-bolivia-became-obamas-1-foreign-policy-screw-year

RS_2013-12.bz2.deduped.txt:100145 - http://www.motherjones.com/mojo/2013/12/f-35-pentagon-budget-deal-cupcakes

RS_2013-12.bz2.deduped.txt:100963 - http://www.motherjones.com/kevin-drum/2013/12/american-education-its-both-better-and-worse-you-think

RS_2013-12.bz2.deduped.txt:101519 - http://www.motherjones.com/mojo/2013/12/report-aggressive-new-orleans-police-responsible-hiv-aids-rate
RS_2013-12.bz2.deduped.txt:103330 - http://www.motherjones.com/blue-marble/2013/12/signal-increasing-hurricane-intensity-finally-emerging-noise
RS_2013-12.bz2.deduped.txt:103344 - http://www.motherjones.com/politics/2013/12/rand-paul-endorses-greg-brannon-the-next-jesse-helms
RS_2013-12.bz2.deduped.txt:103413 - http://www.motherjones.com/politics/2013/12/schools-guns-armed-teachers-guards
RS_2013-12.bz2.deduped.txt:103507 - http://www.motherjones.com/mojo/2013/12/la-county-jail-civil-rights-violations
RS_2013-12.bz2.deduped.txt:107420 - http://www.motherjones.com/politics/2013/12/tar-sands-keystone-protesters-arrested-terrorism-glitter
RS_2013-12.bz2.deduped.txt:109716 - http://www.motherjones.com/mojo/2013/12/north-carolina-home-schools-public-vouchers
RS_2013-12.bz2.deduped.txt:110788 - http://www.motherjones.com/mojo/2013/12/unemployment-benefits-expiring-budget-deal
RS_2013-12.bz2.deduped.txt:113297 - http://www.motherjones.com/mojo/2013/12/scholars-protest-koch-brothers-donation-catholic-university
RS_2013-12.bz2.deduped.txt:113866 - http://www.motherjones.com/mojo/2013/12/catholic-hospitals-arent-doing-much-poor
RS_2013-12.bz2.deduped.txt:113990 - http://www.motherjones.com/kevin-drum/2013/12/its-hard-white-guy-get-himself-arrested
RS_2013-12.bz2.deduped.txt:114755 - http://www.motherjones.com/mixed-media/2013/12/david-o-russell-american-hustle-abscam-citizens-united-chris-matthews
RS_2013-12.bz2.deduped.txt:115702 - http://www.motherjones.com/kevin-drum/2013/12/surprise-lots-people-are-saving-money-thanks-obamacare
RS_2013-12.bz2.deduped.txt:116505 - http://www.motherjones.com/kevin-drum/2013/12/raw-data-inflation-going-down-down-down
RS_2013-12.bz2.deduped.txt:118986 - http://www.motherjones.com/tom-philpott/2013/12/organic-milk-proves-higher-healthy-fats
RS_2013-12.bz2.deduped.txt:121172 - http://www.motherjones.com/environment/2013/12/climate-scientist-environment-apocalypse-human-extinction
RS_2013-12.bz2.deduped.txt:121241 - http://m.motherjones.com/politics/2013/12/tar-sands-keystone-protesters-arrested-terrorism-glitter
RS_2013-12.bz2.deduped.txt:121622 - http://www.motherjones.com/mojo/2013/12/texas-bar-prosecutor-charles-sebesta-anthony-graves
RS_2013-12.bz2.deduped.txt:122519 - http://www.motherjones.com/politics/2013/12/budget-appropriations-ryan-murray
RS_2013-12.bz2.deduped.txt:124214 - http://www.motherjones.com/kevin-drum/2013/12/new-jersey-bridge-scandal-suddenly-gets-worse-chris-christie
RS_2013-12.bz2.deduped.txt:124856 - http://www.motherjones.com/kevin-drum/2013/12/breaking-voter-fraud-continues-be-non-problem
RS_2013-12.bz2.deduped.txt:125500 - http://www.motherjones.com/mojo/2013/12/pretrial-detention-repeat-offenders

RS_2013-12.bz2.deduped.txt:126000 - http://www.motherjones.com/blue-marble/2013/12/cow-feed-chicken-poop-candy-sawdust

RS_2013-12.bz2.deduped.txt:126562 - http://www.motherjones.com/blue-marble/2013/12/alcohol-immune-common-cold

RS_2013-12.bz2.deduped.txt:130060 - http://www.motherjones.com/politics/2013/12/why-do-atheists-exist

RS_2013-12.bz2.deduped.txt:130780 - http://www.motherjones.com/politics/2013/12/fbi-copyrighted-interrogation-manual-unredacted-secrets

RS_2013-12.bz2.deduped.txt:130925 - http://www.motherjones.com/mojo/2013/12/fcc-broadcast-ad-disclosure-dark-money

RS_2013-12.bz2.deduped.txt:131472 - http://www.motherjones.com/environment/2013/12/we-feed-cows-chicken-poop

RS_2013-12.bz2.deduped.txt:132219 - http://www.motherjones.com/politics/2013/12/9-worst-things-said-womens-bodies-2013

RS_2013-12.bz2.deduped.txt:132621 - http://www.motherjones.com/environment/2013/12/beyonce-secret-album-helping-planet-climate

RS_2013-12.bz2.deduped.txt:133808 - http://www.motherjones.com/politics/2013/12/fbi-copyrighted-interrogation-manual-unredacted

RS_2013-12.bz2.deduped.txt:134663 - http://www.motherjones.com/kevin-drum/2013/12/even-doctors-believe-obamacares-death-panels

RS_2013-12.bz2.deduped.txt:135116 - http://www.motherjones.com/kevin-drum/2013/12/new-jersey-man-wins-award-dumbest-political-retaliation-year

RS_2013-12.bz2.deduped.txt:138503 - http://www.motherjones.com/mojo/2013/12/condom-possession-sex-workers-evidence-prostitution

RS_2013-12.bz2.deduped.txt:138579 - http://www.motherjones.com/tax-meat-cut-methane-emissions

RS_2013-12.bz2.deduped.txt:144683 - http://www.motherjones.com/kevin-drum/2013/12/nsa-paid-security-company-adopt-weakened-encryption-standards?utm_medium=twitter&utm_source=twitterfeed

RS_2013-12.bz2.deduped.txt:146482 - http://www.motherjones.com/politics/2013/12/longterm-unemployment-recession-charts

RS_2013-12.bz2.deduped.txt:148668 - http://www.motherjones.com/politics/2013/12/pentagon-military-contractor-shopping-list

RS_2013-12.bz2.deduped.txt:148686 - http://www.motherjones.com/kevin-drum/2013/12/10-reasons-long-term-unemployment-national-catastrophe

RS_2013-12.bz2.deduped.txt:152093 - http://www.motherjones.com/mojo/2013/12/cities-sue-banking-giants-over-sub-prime-mortgage-debacle

RS_2013-12.bz2.deduped.txt:152559 - http://www.motherjones.com/mojo/2013/12/christmas-presents-nsa

RS_2013-12.bz2.deduped.txt:153567 - http://www.motherjones.com/politics/2013/12/unaccompanied-children-immigrants-surge-central-america-mexico

RS_2013-12.bz2.deduped.txt:155112 - http://www.motherjones.com/mojo/2013/12/mike-huckabee-2016-toying-media

RS_2013-12.bz2.deduped.txt:155418 - http://www.motherjones.com/kevin-drum/2013/12/unruly-passengers-increased-12x-four-years-i-wonder-why
RS_2013-12.bz2.deduped.txt:157832 - http://www.motherjones.com/kevin-drum/2013/12/quote-day-i-will-defend-death-your-right-toum
RS_2013-12.bz2.deduped.txt:158684 - http://www.motherjones.com/politics/2013/05/silicon-valley-maternity-leave-paternity-leave
RS_2013-12.bz2.deduped.txt:159608 - http://www.motherjones.com/media/2013/10/photos-keeping-time-don-hunstein-jazz-pop-soul-classical-icons
RS_2013-12.bz2.deduped.txt:161487 - http://www.motherjones.com/environment/2013/12/2013-obama-talks-climate-change-pushes-fracking
RS_2013-12.bz2.deduped.txt:166446 - http://www.motherjones.com/kevin-drum/2013/12/chart-day-when-southwest-comes-calling-time-performance-goes-south
RS_2013-12.bz2.deduped.txt:166681 - http://www.motherjones.com/mojo/2013/12/alabama-man-convicted-raping-teenager-still-avoids-prison-time
RS_2013-12.bz2.deduped.txt:168903 - http://www.motherjones.com/mixed-media/2013/12/watch-day-after-christmas-visit-saint-ayn-rand-fiore-cartoon
RS_2013-12.bz2.deduped.txt:169870 - http://www.motherjones.com/blue-marble/2013/12/tesla-huge-tax-break
RS_2013-12.bz2.deduped.txt:180634 - http://www.motherjones.com/kevin-drum/2013/12/2013-comes-end-obamacare-starting-look-pretty-healthy
RS_2013-12.bz2.deduped.txt:181045 - http://www.motherjones.com/mixed-media/2013/12/13-badass-women-2013
RS_2013-12.bz2.deduped.txt:184359 - http://www.motherjones.com/media/2013/12/gillian-jacobs-community-season-5-nbc-interview-dan-harmon
RS_2013-12.bz2.deduped.txt:186803 - http://www.motherjones.com/environment/2013/12/would-you-stay-life-goes-fukishima-and-chernobyl
RS_2013-12.bz2.deduped.txt:187236 - http://www.motherjones.com/environment/2011/03/texas-nuclear-waste-dump
RS_2013-12.bz2.deduped.txt:187892 - http://m.motherjones.com/blue-marble/2013/12/alcohol-immune-common-cold
RS_2013-12.bz2.deduped.txt:188348 - http://www.motherjones.com/environment/2013/12/inquiring-minds-carolyn-porco-saturn-cassini-enceladus
RS_2014-11.bz2.deduped.txt:481 - http://motherjones.com/politics/2014/09/america-intelligence-off-guard-isis-arab-spring
RS_2014-11.bz2.deduped.txt:1173 - http://www.motherjones.com/politics/2014/10/obamacare-halbig-king-birthers-supreme-court
RS_2014-11.bz2.deduped.txt:1977 - http://www.motherjones.com/mojo/2014/10/happy-halloween-mitch-mcconnell-and-friends
RS_2014-11.bz2.deduped.txt:3776 - http://www.motherjones.com/kevin-drum/2014/10/nsa-bills-devil-details
RS_2014-11.bz2.deduped.txt:5340 - http://www.motherjones.com/slideshows/2012/10/classic-sugar-ads/eat-sugar-lose-weight
RS_2014-11.bz2.deduped.txt:7742 - http://www.motherjones.com/kevin-drum/2014/11/conspiracy-theories-and-narrative-case-study-iowa

RS_2014-11.bz2.deduped.txt:10153 - http://m.motherjones.com/politics/2014/10/evangelical-hobby-lobby-duck-dynasty-election?utm_medium=referral&utm_source=pulsenews
RS_2014-11.bz2.deduped.txt:12112 - http://www.motherjones.com/politics/2014/10/minority-voters-election-long-lines-id
RS_2014-11.bz2.deduped.txt:12162 - http://www.motherjones.com/environment/2014/11/almonds-water-walnuts-pistachios-california-drought-charts
RS_2014-11.bz2.deduped.txt:12612 - http://www.motherjones.com/politics/2014/10/paul-lepage-michael-grimm-might-actually-win
RS_2014-11.bz2.deduped.txt:13556 - http://www.motherjones.com/media/2014/11/classical-revolution-music
RS_2014-11.bz2.deduped.txt:13558 - http://www.motherjones.com/politics/2014/10/north-dakota-personhood-amendment
RS_2014-11.bz2.deduped.txt:15859 - http://www.motherjones.com/politics/2014/10/can-voting-facebook-button-improve-voter-turnout
RS_2014-11.bz2.deduped.txt:16211 - http://www.motherjones.com/politics/2014/11/koch-brothers-web-influence
RS_2014-11.bz2.deduped.txt:19976 - http://m.motherjones.com/politics/2014/11/koch-brothers-web-influence
RS_2014-11.bz2.deduped.txt:20185 - http://www.motherjones.com/politics/2014/10/veteran-tired-being-thanked-service
RS_2014-11.bz2.deduped.txt:20384 - http://www.motherjones.com/kevin-drum/2014/11/cell-phone-companies-are-working-track-your-every-move
RS_2014-11.bz2.deduped.txt:21438 - http://www.motherjones.com/politics/2014/11/obamacare-national-voter-registration-act-minority
RS_2014-11.bz2.deduped.txt:21491 - http://www.motherjones.com/politics/2014/11/5-reasons-your-poll-worker-might-be-totally-clueless
RS_2014-11.bz2.deduped.txt:23035 - http://www.motherjones.com/politics/2014/11/midterm-elections-bears-booze-cash-weed-congress
RS_2014-11.bz2.deduped.txt:23641 - http://www.motherjones.com/kevin-drum/2014/11/todays-election-explained-3-easy-bullet-points
RS_2014-11.bz2.deduped.txt:24068 - http://www.motherjones.com/mojo/2014/11/washington-state-guns-background-checks
RS_2014-11.bz2.deduped.txt:25788 - http://www.motherjones.com/politics/2014/10/guns-2014-elections-nra-bloomberg-gabby-giffords
RS_2014-11.bz2.deduped.txt:26458 - http://www.motherjones.com/politics/2011/11/tom-cotton-arkansas-new-york-times
RS_2014-11.bz2.deduped.txt:26929 - http://www.motherjones.com/environment/2014/11/dc-voters-legalize-pot-portland-oregon-marijuana
RS_2014-11.bz2.deduped.txt:27359 - http://www.motherjones.com/politics/2014/11/cory-gardner-senate-colorado-udall
RS_2014-11.bz2.deduped.txt:28827 - http://www.motherjones.com/environment/2014/11/7-midterm-races-food-and-agriculture-implications
RS_2014-11.bz2.deduped.txt:28916 - http://www.motherjones.com/mojo/2014/11/18-year-old-wins-state-legislature-seat-west-virginia

RS_2014-11.bz2.deduped.txt:29025 - http://www.motherjones.com/mojo/2014/11/pat-roberts-senate-kansas-greg-orman

RS_2014-11.bz2.deduped.txt:29064 - http://m.motherjones.com/environment/2014/11/dc-voters-legalize-pot-portland-oregon-marijuana

RS_2014-11.bz2.deduped.txt:30058 - http://www.motherjones.com/mojo/2014/11/minimum-wage-election-2014

RS_2014-11.bz2.deduped.txt:32069 - http://www.motherjones.com/politics/2014/11/climate-change-election-inhofe

RS_2014-11.bz2.deduped.txt:32169 - http://www.motherjones.com/politics/2014/11/obama-mcconnell-boehner-tea-party

RS_2014-11.bz2.deduped.txt:33640 - http://www.motherjones.com/politics/2014/11/washington-state-guns-background-checks-nra-everytown

RS_2014-11.bz2.deduped.txt:35752 - http://www.motherjones.com/mojo/2014/11/if-millennials-had-voted-last-night-would-have-looked-very-different

RS_2014-11.bz2.deduped.txt:35816 - http://www.motherjones.com/mojo/2014/11/proposition-47-california-prisons-nonviolent

RS_2014-11.bz2.deduped.txt:37835 - http://www.motherjones.com/environment/2014/11/inquiring-minds-adam-savage-gamergate

RS_2014-11.bz2.deduped.txt:41138 - http://www.motherjones.com/mojo/2014/11/brennan-center-voting-restrictions-margin-victory

RS_2014-11.bz2.deduped.txt:42447 - http://www.motherjones.com/environment/2014/11/10-things-you-need-know-new-ipcc-climate-report

RS_2014-11.bz2.deduped.txt:43208 - http://www.motherjones.com/politics/1995/05/lyin-bully

RS_2014-11.bz2.deduped.txt:46138 - http://www.motherjones.com/tom-philpott/2014/10/are-you-sure-shrimp-wild-caught

RS_2014-11.bz2.deduped.txt:46311 - http://www.motherjones.com/politics/2014/11/koch-steyer-senate-elections-rove-big-money

RS_2014-11.bz2.deduped.txt:47507 - http://www.motherjones.com/mojo/2014/11/sen-murkowskis-climate-comments-are-completely-wrong

RS_2014-11.bz2.deduped.txt:48372 - http://www.motherjones.com/environment/2014/11/solar-energy-power-boom-charts

RS_2014-11.bz2.deduped.txt:50543 - http://m.motherjones.com/media/2014/11/jon-stewart-film-rosewater-iran-solitary-confinement

RS_2014-11.bz2.deduped.txt:50922 - http://www.motherjones.com/politics/2014/11/was-2014-year-feminist-men

RS_2014-11.bz2.deduped.txt:52610 - http://www.motherjones.com/environment/2014/11/environmental-groups-election-2014-climate

RS_2014-11.bz2.deduped.txt:53478 - http://www.motherjones.com/blue-marble/2014/11/typhoon-haiyan-photos-anniversary

RS_2014-11.bz2.deduped.txt:55852 - http://www.motherjones.com/blue-marble/2014/11/meet-new-climate-denier-caucus

RS_2014-11.bz2.deduped.txt:63210 - http://www.motherjones.com/politics/2014/11/air-force-missile-wing-minuteman-iii-nuclear-weapons-burnout

RS_2014-11.bz2.deduped.txt:63381 - http://www.motherjones.com/kevin-drum/2014/11/republican-agenda-starts-take-shape

RS_2014-11.bz2.deduped.txt:63452 - http://www.motherjones.com/politics/2014/11/timeline-nuclear-weapons-accidents-mishaps-near-misses

RS_2014-11.bz2.deduped.txt:64019 - http://www.motherjones.com/mojo/2014/11/rand-paul-senate-presidential-2016

RS_2014-11.bz2.deduped.txt:65373 - http://www.motherjones.com/mojo/2014/11/obama-net-neutrality

RS_2014-11.bz2.deduped.txt:69818 - http://www.motherjones.com/politics/2014/11/how-surveillance-turns-ordinary-people-terrorism-suspects

RS_2014-11.bz2.deduped.txt:71748 - http://www.motherjones.com/mixed-media/2014/11/literally-i-cant-song-rape

RS_2014-11.bz2.deduped.txt:72151 - http://www.motherjones.com/politics/2014/11/supreme-court-just-took-case-could-gut-obamacare-heres-how-states-can-save-it

RS_2014-11.bz2.deduped.txt:77532 - http://www.motherjones.com/mojo/2014/11/income-inequality-rise-1-percent

RS_2014-11.bz2.deduped.txt:78105 - http://www.motherjones.com/environment/2014/11/obama-just-announced-historic-climate-deal-china

RS_2014-11.bz2.deduped.txt:78164 - http://m.motherjones.com/environment/2014/11/obama-just-announced-historic-climate-deal-china

RS_2014-11.bz2.deduped.txt:79415 - http://www.motherjones.com/environment/2014/11/4h-africa-farming-dupont-hybrid-seeds

RS_2014-11.bz2.deduped.txt:79661 - http://www.motherjones.com/blue-marble/2014/11/awkward-supercut-republicans-using-china-excuse-climate-inaction

RS_2014-11.bz2.deduped.txt:80802 - http://www.motherjones.com/politics/2014/11/alabama-supreme-court-racial-gerrymandering

RS_2014-11.bz2.deduped.txt:81278 - http://www.motherjones.com/media/2014/11/arthur-chu-jeopardy-gamergate

RS_2014-11.bz2.deduped.txt:82306 - http://m.motherjones.com/politics/2014/11/national-organization-marriage-rob-portman

RS_2014-11.bz2.deduped.txt:84985 - http://www.motherjones.com/environment/2014/11/solar-nuclear-clean-coal-obama-china-climate-deal

RS_2014-11.bz2.deduped.txt:87806 - http://www.motherjones.com/media/2014/11/interstellar-movie-science-david-grinspoon-inquiring-minds

RS_2014-11.bz2.deduped.txt:89267 - http://www.motherjones.com/mixed-media/2014/11/paul-mason-banks-regulation%20

RS_2014-11.bz2.deduped.txt:90823 - http://www.motherjones.com/kevin-drum/2014/11/can-we-talk-heres-why-white-working-class-hates-democrats

RS_2014-11.bz2.deduped.txt:92079 - http://www.motherjones.com/politics/2014/11/90-year-old-florida-veteran-arrested-feeding-homeless-bans

RS_2014-11.bz2.deduped.txt:94862 - http://www.motherjones.com/politics/2014/11/hagel-air-force-nuclear-weapons-overhaul-icbm-larry-welch

RS_2014-11.bz2.deduped.txt:96423 - http://www.motherjones.com/politics/2014/11/foreign-exchange-settlement-cftc-jpmorgan-bank-america

RS_2014-11.bz2.deduped.txt:96912 - http://www.motherjones.com/environment/2014/11/china-obama-climate-deal-pollution-crisis-politics

RS_2014-11.bz2.deduped.txt:97028 - http://www.motherjones.com/politics/2014/11/committee-on-states-democracy-alliance-redistricting-2020?google_editors_picks=true

RS_2014-11.bz2.deduped.txt:99051 - http://www.motherjones.com/politics/2014/11/al-franken-minnesota-senate-model-progressive-campaign

RS_2014-11.bz2.deduped.txt:99251 - http://www.motherjones.com/kevin-drum/2014/11/people-who-use-obamacare-sure-do-it

RS_2014-11.bz2.deduped.txt:99315 - http://www.motherjones.com/mojo/2014/11/obama-executive-order-immigration-republican-impeachment

RS_2014-11.bz2.deduped.txt:101087 - http://www.motherjones.com/blue-marble/2014/11/chart-obama-climate-fund

RS_2014-11.bz2.deduped.txt:101145 - http://www.motherjones.com/blue-marble/2014/11/obama-green-climate-fund-un

RS_2014-11.bz2.deduped.txt:101174 - http://www.motherjones.com/environment/2014/11/climate-change-means-more-lightning

RS_2014-11.bz2.deduped.txt:113719 - http://www.motherjones.com/politics/2014/11/garret-graves-louisiana-pragmatic-climate-denier

RS_2014-11.bz2.deduped.txt:113729 - http://www.motherjones.com/mojo/2014/11/obama-executive-action-immigration-reform

RS_2014-11.bz2.deduped.txt:114309 - http://www.motherjones.com/mixed-media/2014/11/squirrel-steals-gopro-camera-runs-tree-becomes-internet-celebrity

RS_2014-11.bz2.deduped.txt:114321 - http://www.motherjones.com/kevin-drum/2014/11/why-wont-orrin-hatch-blame-republicans-failure-immigration-reform

RS_2014-11.bz2.deduped.txt:115434 - http://www.motherjones.com/politics/2014/11/catholic-school-fires-teacher-using-ivf-unusual-religious-freedom-defense

RS_2014-11.bz2.deduped.txt:119316 - http://www.motherjones.com/politics/2014/11/committee-on-states-democracy-alliance-redistricting-2020

RS_2014-11.bz2.deduped.txt:119630 - http://www.motherjones.com/mojo/2014/11/elizabeth-warren-walmart-black-friday-protest

RS_2014-11.bz2.deduped.txt:120126 - http://www.motherjones.com/politics/2014/11/syria-war-assad-starvation-hunger

RS_2014-11.bz2.deduped.txt:122693 - http://m.motherjones.com/politics/2014/11/catholic-school-fires-teacher-using-ivf-unusual-religious-freedom-defense

RS_2014-11.bz2.deduped.txt:123135 - http://www.motherjones.com/politics/2014/11/obama-immigration-executive-order-secure-communities

RS_2014-11.bz2.deduped.txt:123185 - http://www.motherjones.com/environment/2014/11/paul-bloom-babies-inquiring-minds

RS_2014-11.bz2.deduped.txt:123501 - http://www.motherjones.com/mojo/2014/11/child-homelessness

RS_2014-11.bz2.deduped.txt:126772 - http://www.motherjones.com/tom-philpott/2014/11/simplot-innate-new-gmo-potato-mcdonalds

RS_2014-11.bz2.deduped.txt:126922 - http://www.motherjones.com/kevin-drum/2014/11/america-developed-worlds-2nd-most-ignorant-country

RS_2014-11.bz2.deduped.txt:127625 - http://m.motherjones.com/mixed-media/2014/11/squirrel-steals-gopro-camera-runs-tree-becomes-internet-celebrity

RS_2014-11.bz2.deduped.txt:130792 - http://www.motherjones.com/mojo/2014/11/hillary-clinton-robby-mook-marlon-marshall

RS_2014-11.bz2.deduped.txt:131496 - http://www.motherjones.com/mojo/2014/11/elizabeth-warren-elijah-cummings-cybersecurity
RS_2014-11.bz2.deduped.txt:132723 - http://www.motherjones.com/environment/2014/11/monsanto-big-data-gmo-climate-change
RS_2014-11.bz2.deduped.txt:136088 - http://www.motherjones.com/mojo/2014/11/jay-leno-newtown-gun-lobby-trade-show
RS_2014-11.bz2.deduped.txt:136332 - http://m.motherjones.com/politics/2014/11/syria-war-assad-starvation-hunger
RS_2014-11.bz2.deduped.txt:136968 - http://www.motherjones.com/environment/2014/07/inquiring-minds-naomi-oreskes-collapse-of-western-civilization
RS_2014-11.bz2.deduped.txt:138405 - http://www.motherjones.com/politics/2014/11/rape-sexual-assault-statutes-limitations-laws
RS_2014-11.bz2.deduped.txt:141386 - http://www.motherjones.com/politics/2014/11/rapid-dna-profiles-database-fbi-police
RS_2014-11.bz2.deduped.txt:144738 - http://www.motherjones.com/environment/2014/11/china-new-coal-cap-climate-deal
RS_2014-11.bz2.deduped.txt:144997 - http://www.motherjones.com/politics/2014/11/obama-executive-action-immigration-senate
RS_2014-11.bz2.deduped.txt:145576 - http://www.motherjones.com/blue-marble/2014/11/october-warmest-ever-map-noaa
RS_2014-11.bz2.deduped.txt:146252 - http://www.motherjones.com/mixed-media/2014/11/news-anchor-same-suit-year
RS_2014-11.bz2.deduped.txt:146804 - http://www.motherjones.com/politics/2014/11/rslc-redistricting-fortune-500-political-resegregation
RS_2014-11.bz2.deduped.txt:147225 - http://www.motherjones.com/environment/2014/11/inquiring-minds-malaria-george-church
RS_2014-11.bz2.deduped.txt:147765 - http://www.motherjones.com/politics/2014/11/4-stupid-conservative-arguments-against-net-neutrality-debunked
RS_2014-11.bz2.deduped.txt:148000 - http://www.motherjones.com/politics/2014/11/massey-don-blankenship-indictment-mine-safety
RS_2014-11.bz2.deduped.txt:152511 - http://www.motherjones.com/mojo/2014/11/native-children-have-same-rate-ptsd-combat-veterans
RS_2014-11.bz2.deduped.txt:152512 - http://www.motherjones.com/mojo/2014/11/president-obama-acted-unilaterally-immigration-and-right-outraged
RS_2014-11.bz2.deduped.txt:153295 - http://www.motherjones.com/kevin-drum/2014/11/obamas-immigration-plan-both-good-policy-and-remarkably-shrewd-politics
RS_2014-11.bz2.deduped.txt:154045 - http://www.motherjones.com/mojo/2014/11/ohlone-san-francisco-cultural-center
RS_2014-11.bz2.deduped.txt:154087 - http://www.motherjones.com/kevin-drum/2014/11/republicans-finally-admit-there-no-benghazi-scandal
RS_2014-11.bz2.deduped.txt:158056 - http://www.motherjones.com/media/2013/12/why-love-actually-matters
RS_2014-11.bz2.deduped.txt:164627 - http://www.motherjones.com/politics/2014/11/paul-ryan-dynamic-scoring-tax

RS_2014-11.bz2.deduped.txt:164691 -
http://www.motherjones.com/environment/2014/11/turkey-bigger-thanksgiving-butterball-antibiotics
RS_2014-11.bz2.deduped.txt:164756 - http://www.motherjones.com/kevin-drum/2014/11/benghazi
RS_2014-11.bz2.deduped.txt:164866 -
http://www.motherjones.com/politics/2014/11/lawmakers-thanksgiving-day-retail-workers-black-friday
RS_2014-11.bz2.deduped.txt:164964 - http://www.motherjones.com/politics/2014/11/rape-statutes-of-limitation-maps-table
RS_2014-11.bz2.deduped.txt:166647 - http://www.motherjones.com/mojo/2014/11/chuck-hagel-defense-pentagon-fired-afghanistan
RS_2014-11.bz2.deduped.txt:166661 -
http://www.motherjones.com/environment/2014/11/study-republicans-climate-change-ideology
RS_2014-11.bz2.deduped.txt:170276 - http://www.motherjones.com/environment/2014/11/race-save-worlds-chocolate
RS_2014-11.bz2.deduped.txt:171750 - http://www.motherjones.com/environment/2014/11/short-stature-el-nino
RS_2014-11.bz2.deduped.txt:171951 - http://m.motherjones.com/mixed-media/2014/08/these-teens-made-app-fight-police-brutality
RS_2014-11.bz2.deduped.txt:172920 - http://www.motherjones.com/politics/2014/11/ohio-lethal-injection-execution-secrecy
RS_2014-11.bz2.deduped.txt:173996 - http://www.motherjones.com/politics/2014/11/chart-black-friday-thanksgiving-opening-times
RS_2014-11.bz2.deduped.txt:175008 - http://www.motherjones.com/politics/2014/11/6-revelations-grand-jury-documents
RS_2014-11.bz2.deduped.txt:175263 - http://www.motherjones.com/kevin-drum/2014/11/economic-growth-starting-show-real-signs-life
RS_2014-11.bz2.deduped.txt:177294 - http://www.motherjones.com/politics/2014/11/its-time-reconsider-these-5-assumptions-about-middle-east
RS_2014-11.bz2.deduped.txt:181317 - http://www.motherjones.com/politics/2014/11/donald-baldwin-obama-shot-immigration-limbaugh
RS_2014-11.bz2.deduped.txt:181318 - http://www.motherjones.com/politics/2014/11/photos-michael-brown-darren-wilson-grand-jury
RS_2014-11.bz2.deduped.txt:181319 - http://www.motherjones.com/politics/2014/11/demand-scheduling-labor-san-francisco-thanksgiving
RS_2014-11.bz2.deduped.txt:181702 - http://www.motherjones.com/politics/2014/11/ron-paul-death-penalty-scott-panetti-texas
RS_2014-11.bz2.deduped.txt:184372 - http://www.motherjones.com/environment/2014/11/will-obama-pull-plug-wind-energy
RS_2014-11.bz2.deduped.txt:184713 - http://www.motherjones.com/mojo/2014/11/ruth-bader-ginsburg-heart-surgery
RS_2014-11.bz2.deduped.txt:187363 - http://www.motherjones.com/politics/2010/02/remy-hair-extensions-india
RS_2014-11.bz2.deduped.txt:187438 - http://www.motherjones.com/blue-marble/2014/11/climate-desk-fact-checks-aaron-sorkins-climate-science-newsroom

RS_2014-11.bz2.deduped.txt:190139 - http://www.motherjones.com/politics/2014/11/inconsistencies-what-happened-during-michael-brown-shooting

RS_2014-11.bz2.deduped.txt:190890 - http://www.motherjones.com/mixed-media/2014/11/map-shows-what-people-each-state-are-most-thankful

RS_2014-11.bz2.deduped.txt:196980 - http://www.motherjones.com/politics/2014/11/walmart-protests-black-friday

RS_2014-11.bz2.deduped.txt:204061 - http://m.motherjones.com/politics/2010/03/oath-keepers

RS_v2_2008-01.xz.deduped.txt:845 - http://www.motherjones.com/news/feature/2008/01/attack-lads-static-harold.html

RS_v2_2008-01.xz.deduped.txt:1570 - http://www.motherjones.com/interview/2008/01/verdict-is-in-our%20voting-system-is-a-loser.html

RS_v2_2008-01.xz.deduped.txt:1572 - http://www.motherjones.com/news/update/2008/what-next-for-fisa.html

RS_v2_2008-01.xz.deduped.txt:1648 - http://www.motherjones.com/mojoblog/archives/2008/01/6735_mccain_in_nh_wo.html

RS_v2_2008-01.xz.deduped.txt:2010 - http://www.motherjones.com/mojoblog/archives/2008/01/6743_how_obama_won_a.html

RS_v2_2008-01.xz.deduped.txt:2045 - http://www.motherjones.com/riff_blog/archives/2008/01/6742_watching_the_ca.html

RS_v2_2008-01.xz.deduped.txt:2725 - http://www.motherjones.com/mojoblog/archives/2008/01/6751_copycat_gopers.html

RS_v2_2008-01.xz.deduped.txt:3032 - http://www.motherjones.com/cgi-bin/print_article.pl?url=http://www.motherjones.com/interview/2008/01/verdict-is-in-our%20voting-system-is-a-loser.html

RS_v2_2008-01.xz.deduped.txt:3407 - http://www.motherjones.com/news/outfront/2008/01/sugardaddydotcom.html

RS_v2_2008-01.xz.deduped.txt:5431 - http://www.motherjones.com/mojoblog/archives/2008/01/6830_your_biannual_w.html

RS_v2_2008-01.xz.deduped.txt:5854 - http://www.motherjones.com/news/outfront/2007/03/game_boys-2.html

RS_v2_2008-01.xz.deduped.txt:7564 - http://www.motherjones.com/news/feature/2008/01/failure-to-launch.html

RS_v2_2008-01.xz.deduped.txt:7778 - http://www.motherjones.com/commentary/tomdispatch/2008/01/is-religion-a-threat-to-democracy.html

RS_v2_2008-01.xz.deduped.txt:8493 - http://www.motherjones.com/mojoblog/archives/2008/01/6878_congress_cia_de.html

RS_v2_2008-01.xz.deduped.txt:8639 - http://www.motherjones.com/mojoblog/archives/2008/01/6883_white_house_doe.html

RS_v2_2008-01.xz.deduped.txt:9770 - http://www.motherjones.com/mojoblog/archives/2008/01/6914_mitt_romneys_lo.html

RS_v2_2008-01.xz.deduped.txt:10569 - http://www.motherjones.com/arts/feature/2008/01/stop-the-presses.html

RS_v2_2008-01.xz.deduped.txt:11990 - http://motherjones.com/interview/2007/11/iraq-war-john-nagl.html

RS_v2_2008-01.xz.deduped.txt:12097 -
http://www.motherjones.com/commentary/tomdispatch/2008/01/going-bankrupt.html
RS_v2_2008-01.xz.deduped.txt:12323 - http://www.motherjones.com/cgi-
bin/print_article.pl?url=http://www.motherjones.com/commentary/columns/2008/01/homegrown
-terrorism.html
RS_v2_2008-01.xz.deduped.txt:12649 -
http://www.motherjones.com/mojoblog/archives/2007/11/6238_maureen_down_re.html
RS_v2_2008-01.xz.deduped.txt:13498 -
http://www.motherjones.com/blue_marble_blog/archives/2008/01/6963_how_high_gas_pr.html
RS_v2_2008-01.xz.deduped.txt:13697 -
http://www.motherjones.com/washington_dispatch/2008/01/supreme-court-pro-business-out-of-
touch.html
RS_v2_2008-01.xz.deduped.txt:14060 -
http://www.motherjones.com/mojoblog/archives/2008/01/6987_saddams_interro.html
RS_v2_2008-01.xz.deduped.txt:15559 -
http://www.motherjones.com/news/feature/2007/03/happiness-22.html
RS_v2_2008-01.xz.deduped.txt:15998 -
http://www.motherjones.com/mojoblog/archives/2008/01/6999_attorney_genera.html
RS_v2_2008-01.xz.deduped.txt:16008 -
http://www.motherjones.com/photos/2007/12/post_8.html
RS_v2_2008-01.xz.deduped.txt:16070 -
http://www.motherjones.com/photos/2008/01/ungdomshuset.html
RS_v2_2008-01.xz.deduped.txt:16085 -
http://www.motherjones.com/photos/2007/12/post_7.html
RS_v2_2008-01.xz.deduped.txt:16118 -
http://www.motherjones.com/mojoblog/archives/2008/01/7010_bushs_economic.html
RS_v2_2008-01.xz.deduped.txt:16212 -
http://www.motherjones.com/mojoblog/archives/2008/01/7012_edwards_campaig_1.html
RS_v2_2008-01.xz.deduped.txt:16257 -
http://www.motherjones.com/mojoblog/archives/2008/01/7013_in_endorsing_ob.html
RS_v2_2008-01.xz.deduped.txt:16896 -
http://www.motherjones.com/washington_dispatch/2008/01/blackwaters-backyard-
showdown.html?
RS_v2_2008-01.xz.deduped.txt:17068 -
http://www.motherjones.com/mojoblog/archives/2008/01/7020_fascinating_ane.html
RS_v2_2008-01.xz.deduped.txt:17222 -
http://www.motherjones.com/commentary/columns/2008/01/desperately-seeking-reagan.html
RS_v2_2008-01.xz.deduped.txt:17234 -
http://www.motherjones.com/riff_blog/archives/2008/01/7030_video_david_bow.html
RS_v2_2008-01.xz.deduped.txt:17582 -
http://www.motherjones.com/mojoblog/archives/2008/01/7037_coalition_of_th_1.html
RS_v2_2008-01.xz.deduped.txt:17641 -
http://www.motherjones.com/mojoblog/archives/2008/01/7038_blackwaters_dis.html
RS_v2_2008-01.xz.deduped.txt:18394 -
http://www.motherjones.com/mojoblog/archives/2008/01/7047_really_bad_news.html

RS_v2_2008-01.xz.deduped.txt:18406 -
http://www.motherjones.com/mojoblog/archives/2008/01/7045_the_literature.html
RS_v2_2008-01.xz.deduped.txt:18565 -
http://www.motherjones.com/news/outfront/2008/01/crayons-down.html
RS_2015-11.bz2.deduped.txt:2390 - http://www.motherjones.com/mixed-media/2015/10/stephen-colbert-donald-trump-million-dollar-loan
RS_2015-11.bz2.deduped.txt:4029 - http://www.motherjones.com/kevin-drum/2015/11/carly-fiorina-finds-new-dedication-truth-lets-help-her-out
RS_2015-11.bz2.deduped.txt:5223 - http://www.motherjones.com/environment/2014/09/why-greenland-dark-snow-should-worry-you
RS_2015-11.bz2.deduped.txt:8473 - http://www.motherjones.com/tom-philpott/2015/10/defying-its-critics-mcdonalds-shares-hit-all-time-high
RS_2015-11.bz2.deduped.txt:9583 - http://www.motherjones.com/politics/2015/10/scott-walker-guts-wisconsin-corruption-campaign-finance-laws
RS_2015-11.bz2.deduped.txt:11780 - http://www.motherjones.com/kevin-drum/2015/11/new-study-suggests-ada-works-pretty-well-job-market
RS_2015-11.bz2.deduped.txt:12950 - http://www.motherjones.com/kevin-drum/2015/11/republicans-love-giving-away-free-stuff-%E2%80%94-only-people-who-already-have-lots-stuff
RS_2015-11.bz2.deduped.txt:13333 - http://www.motherjones.com/kevin-drum/2015/11/marijuana-legalization-new-gay-marriage
RS_2015-11.bz2.deduped.txt:15518 - http://www.motherjones.com/politics/2015/11/jebcanfixit-jeb-bush-twitter
RS_2015-11.bz2.deduped.txt:15842 - http://www.motherjones.com/blue-marble/2015/11/transcanada-just-asked-us-suspend-keystone-xl-pipeline
RS_2015-11.bz2.deduped.txt:17020 - http://www.motherjones.com/mojo/2015/11/open-carry-mass-shooting-colorado-springs
RS_2015-11.bz2.deduped.txt:19382 - http://www.motherjones.com/politics/2015/10/smart-guns-new-jersey-law
RS_2015-11.bz2.deduped.txt:20087 - http://www.motherjones.com/politics/2015/11/in-speech-ben-carson-says-many-americans-are-stupid
RS_2015-11.bz2.deduped.txt:20194 - http://www.motherjones.com/mojo/2015/11/ahmad-chalabi-dead
RS_2015-11.bz2.deduped.txt:22898 - http://www.motherjones.com/kevin-drum/2015/10/brief-history-ben-carson-and-glyconutrients
RS_2015-11.bz2.deduped.txt:23168 - http://www.motherjones.com/kevin-drum/2015/11/marco-rubio-needs-come-clean-his-tax-plan
RS_2015-11.bz2.deduped.txt:23192 - http://www.motherjones.com/mixed-media/2014/11/black-people-magical-superhuman
RS_2015-11.bz2.deduped.txt:24967 - http://www.motherjones.com/politics/2015/11/sonia-sotomayor-invokes-jailed-relatives-jury-racism
RS_2015-11.bz2.deduped.txt:26641 - http://www.motherjones.com/mojo/2015/11/kentucky-matt-bevin-health-insurance
RS_2015-11.bz2.deduped.txt:27688 - http://www.motherjones.com/politics/2015/11/legal-trouble-paul-aides-returns

RS_2015-11.bz2.deduped.txt:29142 - http://www.motherjones.com/tom-philpott/2015/11/pharma-exec-meat-industry-critics-youre-lunatic-fringe

RS_2015-11.bz2.deduped.txt:29185 - http://www.motherjones.com/mojo/2015/11/election-day-november-2015-study-race-white-male-candidates

RS_2015-11.bz2.deduped.txt:29649 - http://www.motherjones.com/politics/2015/11/senate-republicans-block-obama-judge-nominations

RS_2015-11.bz2.deduped.txt:31463 - http://www.motherjones.com/environment/2015/11/bernie-sanders-drilling-climate-federal-lands-ban

RS_2015-11.bz2.deduped.txt:31793 - http://m.motherjones.com/environment/2015/11/bernie-sanders-drilling-climate-federal-lands-ban

RS_2015-11.bz2.deduped.txt:34030 - http://www.motherjones.com/environment/2015/11/bernie-sanders-drilling-climate-federal-lands-ban?utm_source=twitterfeed&utm_medium=twitter

RS_2015-11.bz2.deduped.txt:34799 - http://www.motherjones.com/mixed-media/2015/10/obama-addiction-opiate-west-virginia

RS_2015-11.bz2.deduped.txt:35915 - http://www.motherjones.com/politics/2015/11/open-carry-mass-shooting-colorado-police-chiefs

RS_2015-11.bz2.deduped.txt:39269 - http://www.motherjones.com/politics/2015/11/elizabeth-warren-wants-give-seniors-raise

RS_2015-11.bz2.deduped.txt:39390 - http://www.motherjones.com/politics/2015/11/jeb-bush-child-welfare-agency-spanking-controversy

RS_2015-11.bz2.deduped.txt:40011 - http://www.motherjones.com/kevin-drum/2015/11/how-honest-your-favorite-candidate

RS_2015-11.bz2.deduped.txt:44925 - http://www.motherjones.com/kevin-drum/2015/11/who-ben-carsons-mystery-physicist

RS_2015-11.bz2.deduped.txt:44940 - http://www.motherjones.com/environment/2015/11/sorry-new-york-times-your-big-china-story-old-news

RS_2015-11.bz2.deduped.txt:45470 - http://www.motherjones.com/politics/2015/11/watchdogs-ask-doj-investigate-pro-rubio-dark-money-group

RS_2015-11.bz2.deduped.txt:46017 - http://www.motherjones.com/blue-marble/2015/11/exxon-new-york-investigation-climate-change

RS_2015-11.bz2.deduped.txt:48905 - http://www.motherjones.com/politics/2015/11/why-carly-fiorina-making-robocalls-about-californias-abortion-ballot-measure

RS_2015-11.bz2.deduped.txt:49842 - http://motherjones.com/environment/2015/11/global-climate-action-windfall-us

RS_2015-11.bz2.deduped.txt:52136 - http://motherjones.com/kevin-drum/2015/11/ben-carsons-pyramid-nonsense-not-religious-belief

RS_2015-11.bz2.deduped.txt:52212 - http://www.motherjones.com/politics/2015/11/sports-pentagon-paid-patriotism-mccain-flake

RS_2015-11.bz2.deduped.txt:53435 - http://www.motherjones.com/mojo/2015/11/police-union-threatens-quentin-tarantino-surprise

RS_2015-11.bz2.deduped.txt:59183 - http://www.motherjones.com/kevin-drum/2015/11/ben-carson-seems-have-serious-personal-honesty-problem

RS_2015-11.bz2.deduped.txt:59554 - http://www.motherjones.com/blue-marble/2015/11/republicans-are-very-mad-about-obamas-keystone-xl-decision

RS_2015-11.bz2.deduped.txt:66577 - http://www.motherjones.com/kevin-drum/2015/11/ben-carsons-psychology-test-story-gets-even-weirder

RS_2015-11.bz2.deduped.txt:72127 - http://m.motherjones.com/environment/2015/11/truth-about-bone-broth

RS_2015-11.bz2.deduped.txt:73891 - http://www.motherjones.com/environment/2015/11/truth-about-bone-broth

RS_2015-11.bz2.deduped.txt:79997 - http://www.motherjones.com/environment/2015/11/peabody-coal-climate-investors-attorney-general

RS_2015-11.bz2.deduped.txt:84269 - http://www.motherjones.com/blue-marble/2015/11/fox-business-debate-republicans-climate-change

RS_2015-11.bz2.deduped.txt:85409 - http://www.motherjones.com/politics/2015/11/bernie-sanders-cable-access-show-clips

RS_2015-11.bz2.deduped.txt:86892 - http://www.motherjones.com/mojo/2015/11/elizabeth-warren-cfpb-gop-debate-ad

RS_2015-11.bz2.deduped.txt:89089 - http://www.motherjones.com/politics/2015/11/elizabeth-warren-cfpb-attack-ad-tweets

RS_2015-11.bz2.deduped.txt:90496 - http://www.motherjones.com/politics/2015/11/elizabeth-warren-financial-advisers-retirees-kickbacks-vacations

RS_2015-11.bz2.deduped.txt:90657 - http://www.motherjones.com/environment/2015/11/clean-energy-gold-mine-california-desert

RS_2015-11.bz2.deduped.txt:97608 - http://www.motherjones.com/kevin-drum/2015/11/chart-day-republican-tax-plans-middle-class

RS_2015-11.bz2.deduped.txt:97713 - http://www.motherjones.com/authors/david-corn

RS_2015-11.bz2.deduped.txt:100129 - http://www.motherjones.com/politics/2015/11/ben-carson-just-lied-about-raising-minimum-wage

RS_2015-11.bz2.deduped.txt:100331 - http://www.motherjones.com/environment/2015/11/pork-undercover-video-hormel-qpp

RS_2015-11.bz2.deduped.txt:100932 - http://www.motherjones.com/kevin-drum/2015/11/whats-jeb-bushs-weird-wonky-totally-wrong-riff-dodd-frank

RS_2015-11.bz2.deduped.txt:101423 - http://www.motherjones.com/tom-philpott/2015/11/cheerios-protein-sugar

RS_2015-11.bz2.deduped.txt:101704 - http://www.motherjones.com/politics/2015/11/ben-carson-alfonso-costa-health-care-fraud

RS_2015-11.bz2.deduped.txt:101859 - http://m.motherjones.com/politics/2015/11/ben-carson-alfonso-costa-health-care-fraud

RS_2015-11.bz2.deduped.txt:102142 - http://www.motherjones.com/politics/2015/11/ben-carson-alfonso-costa-healthcare-fraud

RS_2015-11.bz2.deduped.txt:103845 - http://www.motherjones.com/politics/2015/11/did-your-alma-mater-receive-research-funding-coca-cola

RS_2015-11.bz2.deduped.txt:104228 - http://m.motherjones.com/politics/2015/11/carsons-top-adviser-once-pushed-covert-propaganda-us-government

RS_2015-11.bz2.deduped.txt:110631 - http://motherjones.com/environment/2015/11/hillary-clinton-coal-country-economy-climate?utm_content=buffer89288&utm_medium=social&utm_source=twitter.com&utm_campaign=buffer

RS_2015-11.bz2.deduped.txt:111324 - http://www.motherjones.com/environment/2015/11/clean-energy-future-paris-climate

RS_2015-11.bz2.deduped.txt:112658 - http://www.motherjones.com/kevin-drum/2015/11/strain-losing-ben-carson-has-finally-driven-donald-trump-crazy
RS_2015-11.bz2.deduped.txt:113980 - http://www.motherjones.com/politics/2015/11/supreme-court-agrees-hear-texas-abortion-case
RS_2015-11.bz2.deduped.txt:118358 - http://www.motherjones.com/politics/2015/11/hillary-clinton-bernie-sanders-executive-orders-bills
RS_2015-11.bz2.deduped.txt:122751 - http://www.motherjones.com/environment/2015/11/bernie-sanders-climate-change-isis?utm_source=twitterfeed&utm_medium=twitter
RS_2015-11.bz2.deduped.txt:122784 - http://motherjones.com/environment/2015/11/bernie-sanders-climate-change-isis
RS_2015-11.bz2.deduped.txt:122984 - http://www.motherjones.com/environment/2015/11/bernie-sanders-climate-change-isis
RS_2015-11.bz2.deduped.txt:123185 - http://www.motherjones.com/politics/2015/11/watch-bernie-sanders-hillary-clinton-wall-street
RS_2015-11.bz2.deduped.txt:127884 - http://www.motherjones.com/kevin-drum/2015/11/buy-silver-health-insurance
RS_2015-11.bz2.deduped.txt:131312 - http://www.motherjones.com/environment/2015/11/lice-ladies-tell-all
RS_2015-11.bz2.deduped.txt:140770 - http://www.motherjones.com/environment/2015/11/republican-climate-change-denial
RS_2015-11.bz2.deduped.txt:143048 - http://www.motherjones.com/kevin-drum/2015/11/cia-director-delivers-some-blunt-talk-aboutclimate-change
RS_2015-11.bz2.deduped.txt:143490 - http://www.motherjones.com/politics/2015/11/ben-carson-alfonso-costa-palm-beach-real-estate
RS_2015-11.bz2.deduped.txt:143662 - http://www.motherjones.com/environment/2015/11/paris-terror-government-decision-climate-march
RS_2015-11.bz2.deduped.txt:145095 - http://www.motherjones.com/kevin-drum/2015/11/liberals-should-knock-mockery-over-calls-limit-syrian-refugees
RS_2015-11.bz2.deduped.txt:146874 - http://www.motherjones.com/mojo/2015/11/bye-bye-bobby-jindal
RS_2015-11.bz2.deduped.txt:146893 - http://www.motherjones.com/mixed-media/2015/11/fox-news-shepard-smith-refugees-isis
RS_2015-11.bz2.deduped.txt:148069 - http://www.motherjones.com/politics/2015/11/thousands-texas-women-are-trying-self-induce-abortions
RS_2015-11.bz2.deduped.txt:150398 - http://www.motherjones.com/politics/2015/11/bernie-sanders-corporate-media-revolution
RS_2015-11.bz2.deduped.txt:151419 - http://www.motherjones.com/politics/1977/09/pinto-madness?page=1
RS_2015-11.bz2.deduped.txt:151970 - http://www.motherjones.com/environment/2015/10/dairy-industry-milk-federal-dietary-guidelines
RS_2015-11.bz2.deduped.txt:152212 - http://www.motherjones.com/mojo/2015/11/senate-democrats-gao-letter-gun-research
RS_2015-11.bz2.deduped.txt:154430 - http://www.motherjones.com/politics/2015/11/human-rights-watch-united-states-bombs-saudi-arabia

RS_2015-11.bz2.deduped.txt:158259 - http://www.motherjones.com/politics/2012/10/russell-means-mother-jones-interview-1980

RS_2015-11.bz2.deduped.txt:159751 - http://m.motherjones.com/politics/2015/11/thousands-texas-women-are-trying-self-induce-abortions

RS_2015-11.bz2.deduped.txt:160052 - http://www.motherjones.com/politics/2015/11/twitter-censors-graphic-images-paris-attacks

RS_2015-11.bz2.deduped.txt:162289 - http://www.motherjones.com/environment/2015/11/gina-mccarthy-paris-national-security-climate

RS_2015-11.bz2.deduped.txt:163440 - http://www.motherjones.com/politics/2015/11/donald-trump-open-creating-muslim-american-database-requiring-special-ids

RS_2015-11.bz2.deduped.txt:166399 - http://www.motherjones.com/mojo/2015/11/bernie-sanders-slams-donald-trump-opening-door-racism

RS_2015-11.bz2.deduped.txt:167051 - http://motherjones.com/mojo/2015/11/bernie-sanders-isis-qatar-world-cup-soccer

RS_2015-11.bz2.deduped.txt:167077 - http://www.motherjones.com/mojo/2015/11/planned-parenthood-washington-state-investigation

RS_2015-11.bz2.deduped.txt:169229 - http://motherjones.com/kevin-drum/2015/11/press-needs-stop-encouraging-republican-lunacy-toward-muslims

RS_2015-11.bz2.deduped.txt:171217 - http://www.motherjones.com/politics/2015/11/digital-privacy-under-attack-again-after-paris

RS_2015-11.bz2.deduped.txt:171881 - http://www.motherjones.com/politics/2015/11/hillary-clinton-middle-class

RS_2015-11.bz2.deduped.txt:173480 - http://www.motherjones.com/kevin-drum/2015/11/obamacares-growing-pains-are-about-what-youd-expect-newly-competitive-market

RS_2015-11.bz2.deduped.txt:174277 - http://www.motherjones.com/mojo/2015/11/kansas-asks-entire-supreme-court-step-aside-key-case

RS_2015-11.bz2.deduped.txt:174722 - http://www.motherjones.com/mojo/2015/11/more-transgender-people-have-been-murdered-2015-any-other-year-record

RS_2015-11.bz2.deduped.txt:174996 - http://m.motherjones.com/mojo/2015/11/kansas-asks-entire-supreme-court-step-aside-key-case

RS_2015-11.bz2.deduped.txt:175347 - http://www.motherjones.com/politics/2015/11/david-vitter-louisiana-governor-race-crazy

RS_2015-11.bz2.deduped.txt:176768 - http://www.motherjones.com/environment/2015/11/record-number-big-corporations-are-using-clean-energy

RS_2015-11.bz2.deduped.txt:177808 - http://www.motherjones.com/politics/2015/11/weapons-company-stock-rally-paris-attacks-isis

RS_2015-11.bz2.deduped.txt:182999 - http://m.motherjones.com/mojo/2015/11/bernie-sanders-isis-qatar-world-cup-soccer

RS_2015-11.bz2.deduped.txt:185498 - http://m.motherjones.com/mojo/2015/11/david-vitter-louisiana-governor-john-bel-edwards

RS_2015-11.bz2.deduped.txt:185669 - http://www.motherjones.com/mojo/2015/11/david-vitter-louisiana-governor-john-bel-edwards

RS_2015-11.bz2.deduped.txt:191610 - http://www.motherjones.com/mojo/2015/11/new-york-daily-news-just-compared-nra-jihadists

RS_2015-11.bz2.deduped.txt:192371 - http://www.motherjones.com/environment/2015/11/animal-planet-kentucky-trespass-trial-turtleman

RS_2015-11.bz2.deduped.txt:193827 - http://www.motherjones.com/politics/2015/11/nra-gun-owners-survey-background-checks

RS_2015-11.bz2.deduped.txt:198935 - http://www.motherjones.com/politics/2015/11/donald-trump-muslims-cheering-911-video

RS_2015-11.bz2.deduped.txt:201971 - http://www.motherjones.com/mojo/2015/11/more-100000-people-have-signed-petition-oust-head-dea

RS_2015-11.bz2.deduped.txt:203098 - http://www.motherjones.com/mojo/2015/11/wisconsin-judge-just-schooled-abortion-opponents-trap-laws

RS_2015-11.bz2.deduped.txt:204171 - http://www.motherjones.com/tom-philpott/2015/11/kids-doctors-meat-industry-stop-abusing-antibiotics

RS_2015-11.bz2.deduped.txt:204267 - http://www.motherjones.com/kevin-drum/2015/11/catalog-donald-trumps-divorce-reality

RS_2015-11.bz2.deduped.txt:204734 - http://www.motherjones.com/media/2015/11/racing-extinction-climate-change-discovery-john-hoffman

RS_2015-11.bz2.deduped.txt:205213 - http://www.motherjones.com/mojo/2015/11/kentucky-governor-voting-rights

RS_2015-11.bz2.deduped.txt:208199 - http://m.motherjones.com/mojo/2015/11/kentucky-governor-voting-rights

RS_2015-11.bz2.deduped.txt:211570 - http://www.motherjones.com/environment/2015/11/18-photos-grizzly-bears-endangered-species-act-tom-mangelsen

RS_2015-11.bz2.deduped.txt:212022 - http://www.motherjones.com/kevin-drum/2015/11/catalog-donald-trumps-divorce-reality?google_editors_picks=true

RS_2015-11.bz2.deduped.txt:214252 - http://www.motherjones.com/politics/2015/11/marco-rubio-convicted-felon-clyde-fabretti

RS_2015-11.bz2.deduped.txt:215913 - http://www.motherjones.com/kevin-drum/2015/11/why-did-democrats-lose-white-south

RS_2015-11.bz2.deduped.txt:216269 - http://www.motherjones.com/kevin-drum/2015/11/case-donald-trump-being-liar-overwhelming

RS_2015-11.bz2.deduped.txt:217569 - http://www.motherjones.com/blue-marble/2015/11/china-absolutely-destroying-us-clean-energy

RS_2015-11.bz2.deduped.txt:218919 - http://www.motherjones.com/mojo/2015/11/pfizer-allergan-merger-tax-inversion

RS_2015-11.bz2.deduped.txt:221044 - http://www.motherjones.com/environment/2013/11/charts-turkey-farmed-wild

RS_2015-11.bz2.deduped.txt:221075 - http://www.motherjones.com/environment/2015/11/slate-how-floods-shaped-civilization

RS_2015-11.bz2.deduped.txt:226460 - http://www.motherjones.com/politics/2015/11/walmart-food-drive-protests-black-friday

RS_2015-11.bz2.deduped.txt:227261 - http://motherjones.com/mixed-media/2014/11/map-shows-what-people-each-state-are-most-thankful

RS_2015-11.bz2.deduped.txt:229015 - http://www.motherjones.com/environment/2015/11/massive-climate-summit-about-happen-paris-heres-what-you-need-know

RS_2015-11.bz2.deduped.txt:232901 - http://motherjones.com/politics/2015/10/planned-parenthood-attack-videos-hurting-fetal-tissue-research

RS_2015-11.bz2.deduped.txt:236976 - http://www.motherjones.com/politics/2015/11/violence-abortion-clinics-planned-parenthood-colorado-springs-shooting

RS_2015-11.bz2.deduped.txt:239435 - http://www.motherjones.com/kevin-drum/2015/11/ben-carson-and-conservative-grift-machine

RS_2015-11.bz2.deduped.txt:244364 - http://www.motherjones.com/media/2015/11/documentary-frame-frame-photojournalists-afghanistan

RS_2015-11.bz2.deduped.txt:249819 - http://www.motherjones.com/environment/2015/09/eco-friendly-air-travel

RS_2015-04.bz2.deduped.txt:3283 - http://www.motherjones.com/mojo/2015/04/walmart-workers-raise-not-enough-public-assistance

RS_2015-04.bz2.deduped.txt:3325 - http://www.motherjones.com/politics/2015/04/women-whistleblowers-lawsuit-pentagon-sexual-assault

RS_2015-04.bz2.deduped.txt:3403 - http://www.motherjones.com/environment/2015/03/fema-governors-climate-change

RS_2015-04.bz2.deduped.txt:3757 - http://www.motherjones.com/kevin-drum/2015/03/quote-day-republicans-hate-obamacare-except-parts-they-dont

RS_2015-04.bz2.deduped.txt:6477 - http://www.motherjones.com/blue-marble/2015/03/five-healthy-cooking-fixes

RS_2015-04.bz2.deduped.txt:8517 - http://www.motherjones.com/mojo/2015/04/indiana-pizzeria-gay-couples

RS_2015-04.bz2.deduped.txt:11706 - http://www.motherjones.com/mixed-media/2015/04/chris-rock-selfies-police

RS_2015-04.bz2.deduped.txt:12259 - http://www.motherjones.com/contributor/2015/04/michele-bachmann-ugly-facebook-rant

RS_2015-04.bz2.deduped.txt:13511 - http://www.motherjones.com/politics/2015/04/mcdonalds-wages-increase-some-employees-credited-rising-economy

RS_2015-04.bz2.deduped.txt:13640 - http://www.motherjones.com/politics/2015/04/gun-research-harvard-nra

RS_2015-04.bz2.deduped.txt:13650 - http://www.motherjones.com/politics/2015/03/offshore-profits-corporate-tax-rates

RS_2015-04.bz2.deduped.txt:14062 - http://www.motherjones.com/politics/2015/04/bernie-sanders-inequality-president-interview

RS_2015-04.bz2.deduped.txt:15894 - http://www.motherjones.com/mixed-media/2015/04/chris-rock-selfies-police%20

RS_2015-04.bz2.deduped.txt:17456 - http://www.motherjones.com/environment/2015/04/fracking-violations-report

RS_2015-04.bz2.deduped.txt:21545 - http://www.motherjones.com/politics/2015/04/read-bob-menendez-federal-indictment

RS_2015-04.bz2.deduped.txt:22929 - http://www.motherjones.com/politics/2015/04/texas-bill-would-name-judges-who-give-minors-permission-have-abortions

RS_2015-04.bz2.deduped.txt:23175 - http://www.motherjones.com/politics/2015/04/judicial-elections-sue-bell-cobb

RS_2015-04.bz2.deduped.txt:24854 - http://www.motherjones.com/politics/2015/03/hillary-clinton-ufo-aliens-podesta

RS_2015-04.bz2.deduped.txt:27769 - http://www.motherjones.com/politics/2015/04/iran-nuclear-deal-nonproliferation-experts

RS_2015-04.bz2.deduped.txt:29151 - http://www.motherjones.com/mojo/2015/04/chelsea-manning-just-started-tweeting-prison

RS_2015-04.bz2.deduped.txt:29961 - http://www.motherjones.com/environment/2015/04/dan-markingson-university-minnesota-clinical-trials-astrazeneca

RS_2015-04.bz2.deduped.txt:31336 - http://www.motherjones.com/mojo/2015/04/doj-georgia-policy-trans-inmates-unconstitutional

RS_2015-04.bz2.deduped.txt:34443 - http://www.motherjones.com/environment/2015/04/wtf-anthropocene

RS_2015-04.bz2.deduped.txt:37500 - http://www.motherjones.com/politics/2015/03/idaho-juvenile-detention-sexual-abuse

RS_2015-04.bz2.deduped.txt:43298 - http://www.motherjones.com/politics/2015/04/can-elizabeth-warren-expand-social-security

RS_2015-04.bz2.deduped.txt:46893 - http://www.motherjones.com/environment/2015/04/everything-you-wanted-know-about-california-drought

RS_2015-04.bz2.deduped.txt:52011 - http://www.motherjones.com/politics/2015/04/rand-paul-running-president-heres-what-you-need-know

RS_2015-04.bz2.deduped.txt:58293 - http://www.motherjones.com/mojo/2015/04/rand-pauls-announcement-video-pulled-over-copyright-issues

RS_2015-04.bz2.deduped.txt:58427 - http://www.motherjones.com/environment/2015/04/nextgen-steyer-climate-change-rand-paul

RS_2015-04.bz2.deduped.txt:61326 - http://www.motherjones.com/mojo/2015/04/anger-problems-guns-study

RS_2015-04.bz2.deduped.txt:62025 - http://www.motherjones.com/politics/2015/04/guns-kill-more-than-cars-nra-convention-tennessee

RS_2015-04.bz2.deduped.txt:63011 - http://www.motherjones.com/politics/2015/04/presidential-candidates-ninja-biker

RS_2015-04.bz2.deduped.txt:63013 - http://www.motherjones.com/politics/2015/04/rand-paul-2016-kent-sorenson-iowa

RS_2015-04.bz2.deduped.txt:66113 - http://www.motherjones.com/blue-marble/2015/04/another-state-agency-just-banned-words-climate-change

RS_2015-04.bz2.deduped.txt:67097 - http://www.motherjones.com/kevin-drum/2015/04/california-drought-photo-water-bridge

RS_2015-04.bz2.deduped.txt:67100 - http://www.motherjones.com/mojo/2015/04/walter-scott-michael-slager

RS_2015-04.bz2.deduped.txt:71253 - http://www.motherjones.com/kevin-drum/2015/04/these-maps-show-why-we-keep-electing-climate-change-deniers?0

RS_2015-04.bz2.deduped.txt:72076 - http://www.motherjones.com/kevin-drum/2015/04/these-maps-show-why-we-keep-electing-climate-change-deniers

RS_2015-04.bz2.deduped.txt:72389 - http://motherjones.com/kevin-drum/2015/04/new-law-forces-arkansas-doctors-push-unproven-abortion-reversal-treatment

RS_2015-04.bz2.deduped.txt:73931 - http://www.motherjones.com/politics/2015/04/robby-mook-hillary-clinton-campaign-manager-profile

RS_2015-04.bz2.deduped.txt:74758 - http://www.motherjones.com/politics/2015/04/banks-forcing-low-wage-tellers-sell-financial-products

RS_2015-04.bz2.deduped.txt:74969 - http://www.motherjones.com/kevin-drum/2015/04/finally-theres-candidate-people-who-think-jeb-bush-isnt-waspy-enough

RS_2015-04.bz2.deduped.txt:77369 - http://www.motherjones.com/politics/2015/03/ted-cruz-lawyer-braun-medical-shandong-linglong

RS_2015-04.bz2.deduped.txt:80686 - http://www.motherjones.com/politics/2015/04/marco-rubios-immigration-problem

RS_2015-04.bz2.deduped.txt:80708 - http://www.motherjones.com/mixed-media/2015/04/race-is-just-a-construct-man-free-your-mind-says-fox-news

RS_2015-04.bz2.deduped.txt:82479 - http://www.motherjones.com/mixed-media/2015/04/elizabeth-warren-corruption-jon-stewart

RS_2015-04.bz2.deduped.txt:82962 - http://www.motherjones.com/politics/2015/04/jeb-bush-emails-key-episodes-mia

RS_2015-04.bz2.deduped.txt:85879 - http://www.motherjones.com/politics/2015/04/rand-paul-testy-reporters-newsletter

RS_2015-04.bz2.deduped.txt:89337 - http://m.motherjones.com/kevin-drum/2015/04/hillary-clinton-focusing-middle-class—and-thats-good-thing

RS_2015-04.bz2.deduped.txt:92007 - http://www.motherjones.com/contributor/2015/04/read-the-bill-president-rainbow-read-the-damn-bill

RS_2015-04.bz2.deduped.txt:95287 - http://www.motherjones.com/kevin-drum/2015/04/fdr-roosevelt-economic-rights-national-security

RS_2015-04.bz2.deduped.txt:98453 - http://www.motherjones.com/environment/2015/04/scott-walker-appointee-volcanoes

RS_2015-04.bz2.deduped.txt:101665 - http://www.motherjones.com/media/2015/04/what-doctors-are-really-saying-about-you

RS_2015-04.bz2.deduped.txt:102507 - http://www.motherjones.com/blue-marble/2015/04/marco-rubio-president-climate-change

RS_2015-04.bz2.deduped.txt:105800 - http://www.motherjones.com/kevin-drum/2015/04/social-security-2016-campaign

RS_2015-04.bz2.deduped.txt:107428 - http://www.motherjones.com/environment/2006/03/guide-environmental-non-profits

RS_2015-04.bz2.deduped.txt:109684 - http://www.motherjones.com/kevin-drum/2011/08/unions-and-wages

RS_2015-04.bz2.deduped.txt:113801 - http://www.motherjones.com/politics/2015/04/child-migrants-central-america-mexico-harsh-detention

RS_2015-04.bz2.deduped.txt:115185 - http://www.motherjones.com/mojo/2015/04/eric-garner-video-ramsey-orta-rikers

RS_2015-04.bz2.deduped.txt:120026 - http://www.motherjones.com/politics/2015/04/pharmacists-refused-woman-drugs-miscarriage-walmart

RS_2015-04.bz2.deduped.txt:120395 - http://www.motherjones.com/politics/2015/04/video-data-cost-of-gun-violence

RS_2015-04.bz2.deduped.txt:121296 - http://www.motherjones.com/politics/2015/04/true-cost-of-gun-violence-in-america

RS_2015-04.bz2.deduped.txt:121665 - http://www.motherjones.com/kevin-drum/2014/10/5-percent-religious-americans-routinely-try-fool-god

RS_2015-04.bz2.deduped.txt:122619 - http://www.motherjones.com/politics/2015/04/marylands-republican-governor-about-expand-voting-rights-40000-ex-cons

RS_2015-04.bz2.deduped.txt:123178 - http://www.motherjones.com/kevin-drum/2015/04/hillary-clinton-mitt-romney-attack-plan-president

RS_2015-04.bz2.deduped.txt:124996 - http://www.motherjones.com/print/272651

RS_2015-04.bz2.deduped.txt:125096 - http://www.motherjones.com/politics/2015/04/charts-show-cost-price-gun-violence-america

RS_2015-04.bz2.deduped.txt:130235 - http://www.motherjones.com/environment/2015/04/mitch-mcconnell-war-coal

RS_2015-04.bz2.deduped.txt:133499 - http://www.motherjones.com/tom-philpott/2015/04/meat-industrys-antibiotic-habit-still-voracious

RS_2015-04.bz2.deduped.txt:133569 - http://www.motherjones.com/kevin-drum/2015/04/republican-judges-set-rule-republican-objection-new-epa-regs

RS_2015-04.bz2.deduped.txt:138121 - http://www.motherjones.com/politics/2015/04/hillary-clinton-arkansas-whitewater-scandal-archives

RS_2015-04.bz2.deduped.txt:140361 - http://www.motherjones.com/kevin-drum/2015/04/economic-collapse-prediction-minimum-wage-raise

RS_2015-04.bz2.deduped.txt:140369 - http://m.motherjones.com/politics/2015/04/pharmacists-refused-woman-drugs-miscarriage-walmart

RS_2015-04.bz2.deduped.txt:140620 - http://motherjones.com/environment/2015/04/why-gops-attack-obamas-climate-plan-will-probably-fail

RS_2015-04.bz2.deduped.txt:142754 - http://www.motherjones.com/environment/2015/04/cheese-environmental-crisis-evolution

RS_2015-04.bz2.deduped.txt:142798 - http://www.motherjones.com/blue-marble/2011/01/fake-leather-really-more-eco-friendly-real

RS_2015-04.bz2.deduped.txt:143068 - http://www.motherjones.com/media/2015/04/video-game-shows-what-sexual-harassment-feels

RS_2015-04.bz2.deduped.txt:154718 - http://m.motherjones.com/politics/2015/03/f35-jet-fighter-safety-problems

RS_2015-04.bz2.deduped.txt:161563 - http://www.motherjones.com/tom-philpott/2015/04/decalifornify-cotton-vegetables-fruit-south

RS_2015-04.bz2.deduped.txt:161831 - http://www.motherjones.com/kevin-drum/2015/04/how-many-billions-do-americans-spend-subsidize-food-industrys-low-wages

RS_2015-04.bz2.deduped.txt:162610 - http://www.motherjones.com/environment/2015/04/five-year-anniversary-deepwater-horizon-bp-spill

RS_2015-04.bz2.deduped.txt:169961 - http://www.motherjones.com/mojo/2015/04/trans-pacific-partnership-negotiations-explainer-obama

RS_2015-04.bz2.deduped.txt:170721 - http://www.motherjones.com/kevin-drum/2015/04/five-years-after-bp-spill-were-still-taking-insane-risks-offshore-drilling

RS_2015-04.bz2.deduped.txt:171969 - http://m.motherjones.com/politics/2015/04/cruz-paul-rubio-gun-rights

RS_2015-04.bz2.deduped.txt:179798 - http://www.motherjones.com/tom-philpott/2015/04/heres-why-gmo-and-meat-industries-love-trans-pacific-partnership
RS_2015-04.bz2.deduped.txt:180007 - http://www.motherjones.com/politics/2015/04/how-much-money-does-gun-violence-cost-in-your-state
RS_2015-04.bz2.deduped.txt:180278 - http://www.motherjones.com/politics/2015/04/cruz-paul-rubio-gun-rights
RS_2015-04.bz2.deduped.txt:181347 - http://www.motherjones.com/kevin-drum/2015/04/washington-state-drought-apples-snowmelt
RS_2015-04.bz2.deduped.txt:183487 - http://www.motherjones.com/blue-marble/2015/04/scott-walker-happy-earth-day-youre-fired
RS_2015-04.bz2.deduped.txt:185940 - http://m.motherjones.com/blue-marble/2015/04/scott-walker-happy-earth-day-youre-fired
RS_2015-04.bz2.deduped.txt:189538 - http://www.motherjones.com/environment/2015/04/new-front-solar-wars-who-owns-panels-your-roof
RS_2015-04.bz2.deduped.txt:192504 - http://www.motherjones.com/blue-marble/2015/04/drought-behind-influx-west-nile-virus-california
RS_2015-04.bz2.deduped.txt:195462 - http://www.motherjones.com/kevin-drum/2015/04/bitcoin-women-problem
RS_2015-04.bz2.deduped.txt:196011 - http://www.motherjones.com/kevin-drum/2015/04/one-percent-campaign-giving?utm_source=nextdraft
RS_2015-04.bz2.deduped.txt:196830 - http://www.motherjones.com/kevin-drum/2015/04/one-percent-campaign-giving
RS_2015-04.bz2.deduped.txt:201055 - http://www.motherjones.com/environment/2015/04/bp-corexit-deepwater-horizon-epa-dispersant
RS_2015-04.bz2.deduped.txt:212669 - http://www.motherjones.com/politics/2015/04/obama-just-skewered-republican-climate-deniers-epic-anger-translator-rant
RS_2015-04.bz2.deduped.txt:213093 - http://www.motherjones.com/politics/2015/04/hillary-clinton-elizabeth-warren-wall-street
RS_2015-04.bz2.deduped.txt:213142 - http://www.motherjones.com/blue-marble/2015/04/happy-earth-day-obama-just-called-out-climate-deniers-so-hard
RS_2015-04.bz2.deduped.txt:213969 - http://www.motherjones.com/politics/2010/01/bank-merger-history
RS_2015-04.bz2.deduped.txt:215209 - http://m.motherjones.com/environment/2014/12/new-study-californias-epic-drought-probably-wasnt-caused-climate-change
RS_2015-04.bz2.deduped.txt:223218 - http://www.motherjones.com/mojo/2015/04/elizabeth-warren-hillary-clinton
RS_2015-04.bz2.deduped.txt:227124 - http://www.motherjones.com/environment/2014/04/how-many-kids-die-vaccine-preventable-diseases
RS_2015-04.bz2.deduped.txt:227526 - http://www.motherjones.com/mixed-media/2015/04/baltimore-orioles-freddie-gray
RS_2015-04.bz2.deduped.txt:228365 - http://www.motherjones.com/kevin-drum/2015/04/koch-brothers-scott-walker-2016LTI1MzczMDUzNTkzNzM3NDQwNDk?page=4
RS_2015-04.bz2.deduped.txt:233155 - http://www.motherjones.com/politics/2015/04/watch-president-obama-talk-about-whats-happening-baltimore
RS_2015-04.bz2.deduped.txt:233217 - http://www.motherjones.com/mojo/2015/04/bloods-and-crips-baltimore-protests

RS_2015-04.bz2.deduped.txt:234817 - http://www.motherjones.com/politics/2015/04/how-baltimore-riots-began-mondawmin-purge

RS_2015-04.bz2.deduped.txt:235088 - http://m.motherjones.com/politics/2015/04/how-baltimore-riots-began-mondawmin-purge

RS_2015-04.bz2.deduped.txt:236608 - http://www.motherjones.com/politics/2015/04/baltimore-teens-police

RS_2015-04.bz2.deduped.txt:238501 - http://www.motherjones.com/tom-philpott/2015/04/bees-love-nicotine-even-though-its-killing-them

RS_2015-04.bz2.deduped.txt:238928 - http://www.motherjones.com/environment/2015/04/starbucks-making-bank-californias-disappearing-water

RS_2015-04.bz2.deduped.txt:239153 - http://www.motherjones.com/mojo/2015/04/rand-paul-baltimore-riots-absentee-fathers

RS_2015-04.bz2.deduped.txt:241629 - http://www.motherjones.com/politics/2015/04/marriage-equality-supreme-court

RS_2015-04.bz2.deduped.txt:241857 - http://motherjones.com/politics/2015/04/how-baltimore-riots-began-mondawmin-purge

RS_2015-04.bz2.deduped.txt:243575 - http://m.motherjones.com/politics/2014/06/richmond-california-murder-rate-gun-death

RS_2015-04.bz2.deduped.txt:244728 - http://www.motherjones.com/tom-philpott/2012/02/atrazine-syngengta-tyrone-hayes-jon-entine

RS_2015-04.bz2.deduped.txt:246682 - http://www.motherjones.com/politics/2011/10/united-nations-small-arms-treaty-rand-paul

RS_2015-04.bz2.deduped.txt:248896 - http://www.motherjones.com/kevin-drum/2015/04/matt-yglesias-trade-barriers-trans-pacific-partnership

RS_2015-04.bz2.deduped.txt:249350 - http://www.motherjones.com/politics/2015/04/bush-foundation-clinton-foundation-jeb

RS_2015-04.bz2.deduped.txt:251616 - http://www.motherjones.com/mojo/2015/04/washington-post-freddie-gray-jailhouse-informant

RS_2015-04.bz2.deduped.txt:253131 - http://www.motherjones.com/politics/2015/04/bernie-sanders-hillary-clinton-democrat-2016-press-questions

RS_2015-04.bz2.deduped.txt:254046 - http://m.motherjones.com/mojo/2015/04/sen-bernie-sanders-running-president-greatest-hits

RS_2014-04.bz2.deduped.txt:1637 - http://www.motherjones.com/blue-marble/2014/03/how-do-san-franciscans-really-feel-about-google-buses

RS_2014-04.bz2.deduped.txt:2266 - http://www.motherjones.com/kevin-drum/2014/03/senate-report-torture-didnt-work-and-cia-lied-about-it

RS_2014-04.bz2.deduped.txt:3471 - http://www.motherjones.com/politics/2014/04/hobby-lobby-retirement-plan-invested-emergency-contraception-and-abortion-drug-makers

RS_2014-04.bz2.deduped.txt:4273 - http://www.motherjones.com/politics/2014/03/dick-cheney-sheldon-adelson-speech-bomb-iran

RS_2014-04.bz2.deduped.txt:5434 - http://www.motherjones.com/kevin-drum/2014/04/inside-sloppy-shadowy-world-debt-collectors

RS_2014-04.bz2.deduped.txt:6213 - http://www.motherjones.com/environment/2014/03/dont-arrest-climate-deniers

RS_2014-04.bz2.deduped.txt:9020 - http://www.motherjones.com/mojo/2014/03/governor-rick-scott-fundraises-founder-straight-inc-abusive-drug-treatment-program-mel-sembler

RS_2014-04.bz2.deduped.txt:10469 - http://www.motherjones.com/politics/2014/03/kathryn-edin-poverty-research-fatherhood?page=2

RS_2014-04.bz2.deduped.txt:10857 - http://www.motherjones.com/politics/2014/04/nuclear-weapons-spending-nonproliferation-cuts-chart

RS_2014-04.bz2.deduped.txt:11049 - http://www.motherjones.com/politics/2014/04/hobby-lobby-sebelius-contraceptive-for-profit-lawsuits

RS_2014-04.bz2.deduped.txt:11156 - http://www.motherjones.com/politics/2014/04/alaska-joe-miller-russia-islands

RS_2014-04.bz2.deduped.txt:11851 - http://m.motherjones.com/politics/2014/02/ted-cruz-office-books-rafael-cruz-speaking-engagements

RS_2014-04.bz2.deduped.txt:12530 - http://www.motherjones.com/politics/2014/03/supreme-court-mccutcheon-citizens-united

RS_2014-04.bz2.deduped.txt:14110 - http://m.motherjones.com/kevin-drum/2014/04/yet-another-campaign-finance-domino-falls-today?utm_medium=twitter&utm_source=twitterfeed

RS_2014-04.bz2.deduped.txt:16757 - http://www.motherjones.com/politics/2014/04/mitch-mcconnell-jesse-benton-fec-iowa-kent-sorenson

RS_2014-04.bz2.deduped.txt:16913 - http://www.motherjones.com/politics/2014/04/paul-ryan-budget-food-stamps-medicaid-block-grants

RS_2014-04.bz2.deduped.txt:19397 - http://www.motherjones.com/politics/2012/07/mass-shootings-map?0

RS_2014-04.bz2.deduped.txt:21985 - http://www.motherjones.com/tom-philpott/2014/04/cargills-chicken-factories-china-workers-live-farm-and-cant-leave

RS_2014-04.bz2.deduped.txt:23873 - http://www.motherjones.com/politics/2014/04/doj-solitary-confinement-mentally-ill-children-ohio

RS_2014-04.bz2.deduped.txt:26626 - http://www.motherjones.com/kevin-drum/2014/04/wall-street-journal-needs-find-some-new-clip-art

RS_2014-04.bz2.deduped.txt:26678 - http://www.motherjones.com/kevin-drum/2014/04/how-democrats-plan-address-midterm-blues

RS_2014-04.bz2.deduped.txt:27494 - http://www.motherjones.com/media/2014/04/fcc-pew-local-tv-news-consolidation

RS_2014-04.bz2.deduped.txt:27753 - http://www.motherjones.com/mojo/2014/04/supreme-court-mccutcheon-impact-state-laws

RS_2014-04.bz2.deduped.txt:28221 - http://www.motherjones.com/mojo/2014/04/sports-radio-freaks-out-daniel-murphy-paternity-leave

RS_2014-04.bz2.deduped.txt:28449 - http://www.motherjones.com/politics/2014/03/los-angeles-lapd-sexual-assault

RS_2014-04.bz2.deduped.txt:28804 - http://www.motherjones.com/politics/2014/04/inquiring-minds-john-hibbing-physiology-ideology

RS_2014-04.bz2.deduped.txt:30189 - http://www.motherjones.com/mixed-media/2014/04/captain-america-winter-soldier-obama-kill-list-politics-drones-nsa

RS_2014-04.bz2.deduped.txt:33457 - http://www.motherjones.com/photoessays/2013/04/donna-decesare-el-salvador/death-squads

RS_2014-04.bz2.deduped.txt:33919 - http://www.motherjones.com/mojo/2014/04/gop-house-candidate-proposed-eliminating-weekend

RS_2014-04.bz2.deduped.txt:34302 - http://m.motherjones.com/politics/2014/04/inquiring-minds-john-hibbing-physiology-ideology

RS_2014-04.bz2.deduped.txt:35291 - http://www.motherjones.com/politics/2014/04/obama-administration-record-deportations

RS_2014-04.bz2.deduped.txt:37271 - http://www.motherjones.com/kevin-drum/2014/04/russia-demands-lease-refund-after-invading-crimea

RS_2014-04.bz2.deduped.txt:37298 - http://www.motherjones.com/politics/2014/04/montana-solitary-confinement-lawsuit-mentally-ill-prisoners

RS_2014-04.bz2.deduped.txt:42868 - http://www.motherjones.com/politics/2014/04/fort-hood-shooter-ivan-lopez-profile

RS_2014-04.bz2.deduped.txt:45089 - http://www.motherjones.com/politics/2014/04/rand-paul-dick-cheney-exploited-911-iraq-halliburton

RS_2014-04.bz2.deduped.txt:45241 - http://www.motherjones.com/politics/2014/04/republican-midterm-civil-war-house-senate

RS_2014-04.bz2.deduped.txt:48074 - http://www.motherjones.com/environment/2014/04/cable-news-fox-climate-science-accuracy

RS_2014-04.bz2.deduped.txt:48339 - http://www.motherjones.com/environment/2014/04/cable-news-fox-climate-science-accuracy?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2014-04.bz2.deduped.txt:49205 - http://www.motherjones.com/mojo/2014/04/aaron-miller-minnesota-evolution

RS_2014-04.bz2.deduped.txt:50552 - http://www.motherjones.com/mojo/2007/11/nixon-tape-reagan-was-shallow-and-limited-mental-capacity

RS_2014-04.bz2.deduped.txt:51472 - http://www.motherjones.com/mojo/2014/04/okcupid-ceo-donate-anti-gay-firefox

RS_2014-04.bz2.deduped.txt:53204 - http://www.motherjones.com/mojo/2014/04/record-numbers-mentally-ill-prisons-and-jails

RS_2014-04.bz2.deduped.txt:53417 - http://www.motherjones.com/politics/2014/04/republican-voting-rights-supreme-court-id

RS_2014-04.bz2.deduped.txt:53990 - http://Www.motherjones.com/mojo/2014/04/okcupid-ceo-donate-anti-gay-firefox

RS_2014-04.bz2.deduped.txt:54649 - http://www.motherjones.com/mojo/2014/04/okcupid-ceo-donate-anti-gay-firefox?0

RS_2014-04.bz2.deduped.txt:54812 - http://www.motherjones.com/mojo/2014/04/sharif-mobley-american-al-qaeda-yemen-missing

RS_2014-04.bz2.deduped.txt:55053 - http://www.motherjones.com/politics/2014/04/elizabeth-warren-pccc-senate-democrats

RS_2014-04.bz2.deduped.txt:56403 - http://www.motherjones.com/mojo/2014/04/fox-and-friends-first-news-mix-naacp-ncaa-snl-sketch

RS_2014-04.bz2.deduped.txt:61963 - http://www.motherjones.com/politics/2014/04/predatory-equity-wall-street-screwed-over-renters-new-york-city

RS_2014-04.bz2.deduped.txt:62020 - http://www.motherjones.com/politics/2014/04/steve-hotze-obamacare-gays

RS_2014-04.bz2.deduped.txt:62677 - http://www.motherjones.com/kevin-drum/2014/04/nobody-cares-what-you-think-unless-youre-rich

RS_2014-04.bz2.deduped.txt:63170 - http://www.motherjones.com/kevin-drum/2014/04/quote-day-how-do-you-solve-problem-obamacare

RS_2014-04.bz2.deduped.txt:63756 - http://www.motherjones.com/mojo/2014/04/rnc-chairman-eliminate-donation-limits-adelson?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+|+MoJoBlog%29

RS_2014-04.bz2.deduped.txt:63929 - http://www.motherjones.com/kevin-drum/2014/04/heres-some-stunning-and-unexpected-good-news-about-obamacare?utm_medium=twitter&utm_source=twitterfeed

RS_2014-04.bz2.deduped.txt:64186 - http://www.motherjones.com/media/2014/04/silicon-valley-mike-judge-hbo-spinal-tap-tech-satire-politics-interview

RS_2014-04.bz2.deduped.txt:65213 - http://www.motherjones.com/blue-marble/2014/04/renewable-energy-spending-bnef

RS_2014-04.bz2.deduped.txt:66649 - http://www.motherjones.com/mojo/2014/04/senate-judiciary-comcast-time-warner-money

RS_2014-04.bz2.deduped.txt:69685 - http://www.motherjones.com/media/2014/04/milk-hormones-cancer-pregnant-cows-estrogen

RS_2014-04.bz2.deduped.txt:70239 - http://www.motherjones.com/politics/2014/04/rand-paul-bush-cheney-torture

RS_2014-04.bz2.deduped.txt:70245 - http://www.motherjones.com/environment/2014/03/free-will-nietzsche-punishment

RS_2014-04.bz2.deduped.txt:71631 - http://www.motherjones.com/kevin-drum/2014/04/heres-some-stunning-and-unexpected-good-news-about-obamacare

RS_2014-04.bz2.deduped.txt:76461 - http://www.motherjones.com/kevin-drum/2014/04/file-one-under-big-government-run-amok?utm_medium=twitter&utm_source=twitterfeed

RS_2014-04.bz2.deduped.txt:76687 - http://www.motherjones.com/politics/2014/04/hillary-clinton-supreme-court-campaign-finance-super-pacs

RS_2014-04.bz2.deduped.txt:76707 - http://www.motherjones.com/mojo/2014/04/hillary-clinton-shoe-throwing-las-vegas-video

RS_2014-04.bz2.deduped.txt:77886 - http://www.motherjones.com/environment/2014/04/neil-shubin-inquiring-minds-tiktaalik-creationist-nightmare

RS_2014-04.bz2.deduped.txt:77959 - http://www.motherjones.com/mojo/2014/04/gop-las-vegas-convention-religious

RS_2014-04.bz2.deduped.txt:79650 - http://www.motherjones.com/kevin-drum/2014/04/file-one-under-big-government-run-amok

RS_2014-04.bz2.deduped.txt:79740 - http://www.motherjones.com/mojo/2014/04/daycare-more-expensive-college-map

RS_2014-04.bz2.deduped.txt:82368 - http://www.motherjones.com/mojo/2014/04/andrew-cuomo-fair-elections-new-york-attack-ad-moreland-commission

RS_2014-04.bz2.deduped.txt:83107 - http://www.motherjones.com/politics/2014/04/how-white-house-military-failed-fort-hood-victims

RS_2014-04.bz2.deduped.txt:88678 - http://www.motherjones.com/kevin-drum/2014/04/second-look-greece-may-be-recovering-only-barely

RS_2014-04.bz2.deduped.txt:90381 - http://www.motherjones.com/mojo/2014/04/read-obamas-letter-dissing-victims-first-fort-hood-attack

RS_2014-04.bz2.deduped.txt:91280 - http://www.motherjones.com/kevin-drum/2014/04/heartbleed-sucking-chest-wound-nsas-reputation

RS_2014-04.bz2.deduped.txt:94860 - http://www.motherjones.com/politics/2014/04/oil-subsidies-renewable-energy-tax-breaks

RS_2014-04.bz2.deduped.txt:96822 - http://www.motherjones.com/politics/2014/04/oil-subsidies-energy-timeline

RS_2014-04.bz2.deduped.txt:97589 - http://www.motherjones.com/mojo/2014/04/sarah-palin-senate-alaska-dan-backer-mccutcheon

RS_2014-04.bz2.deduped.txt:97761 - http://www.motherjones.com/mojo/2014/04/frazier-glenn-miller-interview-tea-party-ron-paul-obama-kansas

RS_2014-04.bz2.deduped.txt:98033 - http://www.motherjones.com/politics/2014/04/turbotax-maker-linked-grassroots-campaign-against-free-simple-tax-filing?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2014-04.bz2.deduped.txt:98765 - http://www.motherjones.com/mojo/2014/04/federal-judge-struck-down-ohio-gay-marriage-ban-map-gif

RS_2014-04.bz2.deduped.txt:99375 - http://www.motherjones.com/politics/2014/04/us-military-africa-secrecy-operations

RS_2014-04.bz2.deduped.txt:101181 - http://www.motherjones.com/politics/2014/04/craig-cobb-frazier-glenn-miller-kansas-shootings

RS_2014-04.bz2.deduped.txt:101596 - http://www.motherjones.com/blue-marble/2014/04/blood-moon-end-of-days-john-hagee

RS_2014-04.bz2.deduped.txt:102973 - http://www.motherjones.com/politics/2014/04/oil-subsidies-renewable-energy-tax-breaks?report=yes

RS_2014-04.bz2.deduped.txt:105038 - http://www.motherjones.com/kevin-drum/2014/04/cliven-bundy-exposes-cravenness-modern-right?utm_medium=twitter&utm_source=twitterfeed

RS_2014-04.bz2.deduped.txt:105306 - http://www.motherjones.com/politics/2014/04/us-passport-confiscated-embassy-nader-el-dajani

RS_2014-04.bz2.deduped.txt:105612 - http://www.motherjones.com/kevin-drum/2014/04/today-brings-good-newsbad-news-obamacare

RS_2014-04.bz2.deduped.txt:106326 - http://www.motherjones.com/kevin-drum/2014/04/google-ponders-using-its-search-algorithms-encourage-encryption

RS_2014-04.bz2.deduped.txt:106360 - http://www.motherjones.com/environment/2014/04/you-can-make-solar-panels-work-cloudy-cities?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2014-04.bz2.deduped.txt:107391 - http://www.motherjones.com/kevin-drum/2014/04/can-we-please-ditch-splaining-meme

RS_2014-04.bz2.deduped.txt:107957 - http://www.motherjones.com/politics/2014/04/united-states-libya-qaddafi-worse-presence

RS_2014-04.bz2.deduped.txt:108651 - http://www.motherjones.com/politics/2010/03/editors-note

RS_2014-04.bz2.deduped.txt:108737 - http://www.motherjones.com/mojo/2012/04/top-tax-dodging-companies-politicians

RS_2014-04.bz2.deduped.txt:110419 - http://www.motherjones.com/politics/2014/04/us-passport-confiscated-embassy-nader-el-dajani?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29
RS_2014-04.bz2.deduped.txt:111215 - http://www.motherjones.com/politics/2014/04/rick-perry-texas-grand-jury-investigation-public-integrity?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29
RS_2014-04.bz2.deduped.txt:111493 - http://www.motherjones.com/politics/2014/04/governor-susana-martinez-new-mexico-2016
RS_2014-04.bz2.deduped.txt:112524 - http://www.motherjones.com/print/248781
RS_2014-04.bz2.deduped.txt:113118 - http://www.motherjones.com/politics/2014/04/ron-paul-paul-broun-gun-giveaway
RS_2014-04.bz2.deduped.txt:113662 - http://www.motherjones.com/kevin-drum/2014/04/red-states-uninsured-are-creek?utm_medium=twitter&utm_source=twitterfeed
RS_2014-04.bz2.deduped.txt:114057 - http://www.motherjones.com/kevin-drum/2014/04/red-states-uninsured-are-creek
RS_2014-04.bz2.deduped.txt:114491 - http://m.motherjones.com/politics/2014/04/ron-paul-paul-broun-gun-giveaway
RS_2014-04.bz2.deduped.txt:114845 - http://www.motherjones.com/kevin-drum/2014/04/update-our-1-world-southern-california-housing-edition
RS_2014-04.bz2.deduped.txt:115623 - http://www.motherjones.com/mojo/2014/04/north-dakota-abortion-fetal-heartbeat-ban-unconstitutional
RS_2014-04.bz2.deduped.txt:116980 - http://www.motherjones.com/kevin-drum/2014/02/friday-afternoon-news-dumps-myth-or-reality
RS_2014-04.bz2.deduped.txt:118889 - http://www.motherjones.com/politics/2014/04/rand-paul-campaign-reform-cheney-halliburton-lobbying
RS_2014-04.bz2.deduped.txt:119466 - http://www.motherjones.com/environment/2014/04/e-cigarettes-explode-fda-timeline
RS_2014-04.bz2.deduped.txt:120043 - http://www.motherjones.com/politics/2011/04/gary-rivlin-tax-prep-refund-anticipation-loan
RS_2014-04.bz2.deduped.txt:120450 - http://www.motherjones.com/politics/2014/04/ready-for-hillary-clinton-campus-organizing-2016
RS_2014-04.bz2.deduped.txt:123471 - http://www.motherjones.com/kevin-drum/2014/04/latest-gallup-result-12-million-newly-insured-under-obamacare
RS_2014-04.bz2.deduped.txt:124829 - http://www.motherjones.com/politics/2014/04/rick-perry-texas-grand-jury-investigation-public-integrity
RS_2014-04.bz2.deduped.txt:128101 - http://www.motherjones.com/politics/2014/04/mitch-mcconnell-bob-packwood-sexual-harassment
RS_2014-04.bz2.deduped.txt:128343 - http://www.motherjones.com/environment/2014/04/jared-diamond-inquiring-minds-humanity-survival?google_editors_picks=true
RS_2014-04.bz2.deduped.txt:129524 - http://www.motherjones.com/mojo/2014/04/hillary-clinton-white-house-conspiracy-report
RS_2014-04.bz2.deduped.txt:129532 - http://www.motherjones.com/environment/2014/04/jared-diamond-inquiring-minds-humanity-survival

RS_2014-04.bz2.deduped.txt:129551 - http://www.motherjones.com/politics/2014/04/texas-hospital-abortion-doctor-lawsuit

RS_2014-04.bz2.deduped.txt:135123 - http://www.motherjones.com/politics/2014/04/jeb-bush-biggest-nightmare-common-core

RS_2014-04.bz2.deduped.txt:140585 - http://www.motherjones.com/politics/2014/04/columbine-15-years-later

RS_2014-04.bz2.deduped.txt:142387 - http://www.motherjones.com/mojo/2014/04/greg-brannon-rand-paul-9-11-truther

RS_2014-04.bz2.deduped.txt:144656 - http://www.motherjones.com/mojo/2014/04/dick-morris-conspiracy-bill-clinton-archive

RS_2014-04.bz2.deduped.txt:146334 - http://www.motherjones.com/environment/2014/04/cosmos-neil-tyson-lead-industry-science-denial

RS_2014-04.bz2.deduped.txt:147838 - http://m.motherjones.com/environment/2014/04/cosmos-neil-tyson-lead-industry-science-denial

RS_2014-04.bz2.deduped.txt:149840 - http://www.motherjones.com/politics/2014/04/elizabeth-warren-a-fighting-chance-2016

RS_2014-04.bz2.deduped.txt:149844 - http://www.motherjones.com/politics/2014/04/alcoholic-lawyer-botched-robert-wayne-holsey-death-penalty-trial

RS_2014-04.bz2.deduped.txt:150058 - http://www.motherjones.com/politics/2014/04/kidnapping-torture-assassination-perjury-punished-washington

RS_2014-04.bz2.deduped.txt:151957 - http://www.motherjones.com/kevin-drum/2014/04/chart-day-wind-turbines-dont-kill-very-many-birds

RS_2014-04.bz2.deduped.txt:152048 - http://www.motherjones.com/kevin-drum/2014/04/chart-day-wind-turbines-dont-kill-very-many-birds?utm_medium=twitter&utm_source=twitterfeed

RS_2014-04.bz2.deduped.txt:152404 - http://www.motherjones.com/mojo/2014/04/chris-mcdaniel-bryan-fischer-reparations

RS_2014-04.bz2.deduped.txt:153755 - http://www.motherjones.com/blue-marble/2013/09/50-dirtiest-power-plants-us

RS_2014-04.bz2.deduped.txt:155094 - http://www.motherjones.com/politics/2014/04/doctor-gave-1-million-own-money-research-gun-violence

RS_2014-04.bz2.deduped.txt:157826 - http://www.motherjones.com/politics/2014/04/rand-paul-jimmy-carter-was-better-budget-ronald-reagan

RS_2014-04.bz2.deduped.txt:158354 - http://www.motherjones.com/politics/2014/04/lawmakers-push-bills-end-knockout-game

RS_2014-04.bz2.deduped.txt:158621 - http://www.motherjones.com/tom-philpott/2014/04/superweeds-arent-only-trouble-gmo-soy

RS_2014-04.bz2.deduped.txt:160032 - http://www.motherjones.com/kevin-drum/2014/04/medicaid-expansion-now-even-better-deal-states

RS_2014-04.bz2.deduped.txt:160334 - http://www.motherjones.com/media/2014/04/paul-dickson-authorisms-coinage-words-quiz

RS_2014-04.bz2.deduped.txt:160787 - http://www.motherjones.com/mixed-media/2014/04/martin-sheen-president-bartlet-sentencing-reform-video-mandatory-minimum-famm

RS_2014-04.bz2.deduped.txt:160905 - http://www.motherjones.com/mixed-media/2014/04/veep-season-three-hbo-best-episode-alicia-armando-iannucci-interview
RS_2014-04.bz2.deduped.txt:162096 - http://www.motherjones.com/environment/2014/04/heres-what-fracking-can-do-your-health
RS_2014-04.bz2.deduped.txt:162221 - http://www.motherjones.com/politics/2014/04/center-for-plain-language-awards-cfpb
RS_2014-04.bz2.deduped.txt:162223 - http://www.motherjones.com/environment/2014/04/you-can-make-solar-panels-work-cloudy-cities
RS_2014-04.bz2.deduped.txt:163444 - http://www.motherjones.com/kevin-drum/2013/10/heres-why-your-asthma-inhaler-costs-so-damn-much
RS_2014-04.bz2.deduped.txt:163776 - http://www.motherjones.com/kevin-drum/2014/04/net-neutrality-finally-dies-ripe-old-age-of-45
RS_2014-04.bz2.deduped.txt:164704 - http://www.motherjones.com/mixed-media/2014/04/the-word-stunner-does-not-appear-in-this-post
RS_2014-04.bz2.deduped.txt:165919 - http://www.motherjones.com/kevin-drum/2014/04/rand-paul-apparently-thinks-republicans-controlled-congress-1978
RS_2014-04.bz2.deduped.txt:166461 - http://www.motherjones.com/mojo/2014/04/koch-bruce-westerman-tom-cotton-arkansas-congress-aegis
RS_2014-04.bz2.deduped.txt:168341 - http://www.motherjones.com/mojo/2014/04/report-solitary-confinement-used-pregnant-women-and-victims-sexual-assault
RS_2014-04.bz2.deduped.txt:169698 - http://www.motherjones.com/environment/2014/04/germany-battle-coal-energiewende
RS_2014-04.bz2.deduped.txt:170095 - http://www.motherjones.com/kevin-drum/2014/04/why-was-right-caught-flat-footed-cliven-bundys-cranky-racism
RS_2014-04.bz2.deduped.txt:172905 - http://www.motherjones.com/politics/2014/04/cliven-bundy-quotes-quiz
RS_2014-04.bz2.deduped.txt:174603 - http://www.motherjones.com/politics/2014/04/american-minimum-wage-economy-retail-state-department-whistle-blower
RS_2014-04.bz2.deduped.txt:175660 - http://www.motherjones.com/kevin-drum/2014/04/russia-offers-deal-ukraine-maybe?utm_medium=twitter&utm_source=twitterfeed
RS_2014-04.bz2.deduped.txt:175840 - http://www.motherjones.com/mojo/2014/04/restaurant-ceo-pay-subsidized-taxpayers
RS_2014-04.bz2.deduped.txt:175851 - http://www.motherjones.com/environment/2014/04/inquiring-minds-mary-roach-gut-colon-gross
RS_2014-04.bz2.deduped.txt:178176 - http://www.motherjones.com/politics/2011/11/wacky-worst-nuclear-weapons
RS_2014-04.bz2.deduped.txt:178942 - http://www.motherjones.com/politics/2014/04/hillary-clinton-snowden-nsa-russia-china
RS_2014-04.bz2.deduped.txt:180053 - http://www.motherjones.com/mojo/2014/04/cliven-bundy-daughter-shiree-slams-sean-hannity
RS_2014-04.bz2.deduped.txt:184548 - http://www.motherjones.com/politics/2014/04/barbara-comstock-bob-marshall-congressional-race?google_editors_picks=true
RS_2014-04.bz2.deduped.txt:187765 - http://www.motherjones.com/mojo/2014/04/open-letter-my-sexist-dentist
RS_2014-04.bz2.deduped.txt:189257 - http://www.motherjones.com/blue-marble/2014/04/oldest-living-things

RS_2014-04.bz2.deduped.txt:189271 - http://www.motherjones.com/photoessays/2010/05/after-chernobyl/01

RS_2014-04.bz2.deduped.txt:191000 - http://www.motherjones.com/environment/2014/04/tea-party-wants-help-you-go-solar?google_editors_picks=true

RS_2014-04.bz2.deduped.txt:191172 - http://www.motherjones.com/politics/2014/04/nra-everytown-indianapolis-shannon-watts

RS_2014-04.bz2.deduped.txt:191176 - http://www.motherjones.com/politics/2014/04/barbara-comstock-bob-marshall-congressional-race

RS_2014-04.bz2.deduped.txt:194013 - http://www.motherjones.com/environment/2014/04/representative-jared-huffman-cannabis-congressman

RS_2014-04.bz2.deduped.txt:194163 - http://www.motherjones.com/mojo/2014/04/cliven-bundy-statement-rosa-parks-slavery

RS_2014-04.bz2.deduped.txt:194583 - http://www.motherjones.com/blue-marble/2014/01/sodas-contain-caramel-colored-carcinogen-4-mei

RS_2014-04.bz2.deduped.txt:194926 - http://www.motherjones.com/mojo/2014/04/donald-sterling-republican-democrat-politics-nba-racism

RS_2014-04.bz2.deduped.txt:195014 - http://www.motherjones.com/mojo/2014/04/investment-corporations-divest-60-million-private-prison-cca-geo-group

RS_2014-04.bz2.deduped.txt:195358 - http://www.motherjones.com/environment/2014/04/global-warming-tornadoes-climate-models

RS_2014-04.bz2.deduped.txt:195808 - http://www.motherjones.com/mixed-media/2014/04/tune-yards-haiti-nikki-nack-merrill-garbus-water-fountain

RS_2014-04.bz2.deduped.txt:196282 - http://motherjones.com/mojo/2014/04/cliven-bundy-statement-rosa-parks-slavery

RS_2014-04.bz2.deduped.txt:197132 - http://www.motherjones.com/kevin-drum/2014/04/quote-day-if-we-dont-your-gun-you-should-not-be-allowed-sell-it-anyone

RS_2014-04.bz2.deduped.txt:199041 - http://www.motherjones.com/kevin-drum/2014/04/people-trust-democrats-doesnt-mean-theyll-vote-democrats

RS_2014-04.bz2.deduped.txt:200561 - http://www.motherjones.com/tom-philpott/2014/04/europe-just-banned-apples-you-eat

RS_2014-04.bz2.deduped.txt:203221 - http://www.motherjones.com/mixed-media/2014/04/nba-just-hit-donald-sterling-with-a-lifetime-ban

RS_2014-04.bz2.deduped.txt:203415 - http://www.motherjones.com/environment/2014/04/ipcc-global-warming-doubt-psychology

RS_2014-04.bz2.deduped.txt:203522 - http://www.motherjones.com/politics/2014/04/donald-sterling-donald-trump-quiz

RS_2014-04.bz2.deduped.txt:204071 - http://www.motherjones.com/politics/2014/04/nra-wilderness-clayton-williams-energy-oil

RS_2014-04.bz2.deduped.txt:204191 - http://www.motherjones.com/politics/2014/04/wisconsin-voter-id-law-struck-down-full-text-decision?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2014-04.bz2.deduped.txt:204479 - http://www.motherjones.com/media/2014/04/everything-you-need-know-about-terrifying-robotic-snakes

RS_2014-04.bz2.deduped.txt:205546 - http://www.motherjones.com/politics/2014/04/wisconsin-voter-id-law-struck-down-full-text-decision

RS_2014-04.bz2.deduped.txt:205631 - http://www.motherjones.com/politics/2011/06/speedup-americans-working-harder-charts?fb_action_ids=10152139565657252&fb_action_types=og.likes

RS_2014-04.bz2.deduped.txt:206587 - http://www.motherjones.com/mojo/2014/04/department-education-title-ix-protects-transgender-students

RS_2014-04.bz2.deduped.txt:206806 - http://www.motherjones.com/environment/2014/04/air-pollution-racial-disparities

RS_2014-04.bz2.deduped.txt:206874 - http://www.motherjones.com/mojo/2014/04/white-house-sexual-assault-psa-starring-daniel-craig-steve-carell-benicio-del-toro

RS_2014-04.bz2.deduped.txt:208383 - http://www.motherjones.com/politics/2014/04/paul-singer-winning-women-barbara-comstock-elise-stefanik-martha-mcsally

RS_2014-04.bz2.deduped.txt:209993 - https://www.motherjones.com/politics/2014/04/republicans-oppose-training-libyan-pilots-benghazi

RS_2014-04.bz2.deduped.txt:210114 - http://www.motherjones.com/kevin-drum/2014/04/no-new-benghazi-emails-dont-demonstrate-white-house-cover

RS_2014-04.bz2.deduped.txt:211205 - http://www.motherjones.com/mojo/2014/04/mississippi-first-state-without-single-abortion-provider-roe?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2014-04.bz2.deduped.txt:212771 - http://www.motherjones.com/tom-philpott/2014/04/chicken-slaughterhouse-

RS_2014-04.bz2.deduped.txt:212851 - http://www.motherjones.com/politics/2014/04/republicans-oppose-training-libyan-pilots-benghazi

RS_2014-04.bz2.deduped.txt:213500 - http://www.motherjones.com/mojo/2014/04/bill-nye-science-guy-late-night-seth-meyers-creationist-critics-debate?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_v2_2008-11.xz.deduped.txt:1474 - http://www.motherjones.com/mojoblog/archives/2008/10/10605_how_to_protect_your_vote.html

RS_v2_2008-11.xz.deduped.txt:1504 - http://www.motherjones.com/mojoblog/archives/2008/11/10620_quote_of_the_day_obama_edition.html

RS_v2_2008-11.xz.deduped.txt:3660 - http://www.motherjones.com/mojoblog/archives/2008/11/10645_early_voting_ca.html

RS_v2_2008-11.xz.deduped.txt:4224 - http://www.motherjones.com/mojoblog/archives/2008/11/10654_handy_map_poll_closing_times.html

RS_v2_2008-11.xz.deduped.txt:5558 - http://www.motherjones.com/mojoblog/archives/2008/11/10690_obama_wins_real_america.html

RS_v2_2008-11.xz.deduped.txt:9249 - http://www.motherjones.com/blue_marble_blog/archives/2008/11/10760_co2_levels_alre.html

RS_v2_2008-11.xz.deduped.txt:11652 - http://www.motherjones.com/cgi-bin/print_article.pl?url=http://www.motherjones.com/news/feature/2008/09/exit-strategy-americas-most-dangerous-librarians.html
RS_v2_2008-11.xz.deduped.txt:11868 - http://www.motherjones.com/news/feature/2008/10/do-cell-phones-kill-1000-people-a-year.html
RS_v2_2008-11.xz.deduped.txt:12168 - http://www.motherjones.com/news/feature/2008/11/can-we-save-the-planet.html
RS_v2_2008-11.xz.deduped.txt:12172 - http://www.motherjones.com/mojoblog/archives/2008/11/10787_dean_democratic_party_chief_quits_plouffe_mccaskill.html
RS_v2_2008-11.xz.deduped.txt:12592 - http://www.motherjones.com/blue_marble_blog/archives/2008/11/10792_mini_nuke_plant.html
RS_v2_2008-11.xz.deduped.txt:13461 - http://www.motherjones.com/news/feature/2008/11/the-seven-deadly-deficits.html
RS_v2_2008-11.xz.deduped.txt:13818 - http://www.motherjones.com/washington_dispatch/2008/11/democrats-rushlimbaugh-fairnessdoctrine.html
RS_v2_2008-11.xz.deduped.txt:14062 - http://www.motherjones.com/blue_marble_blog/archives/2008/11/10812_pesticide_cockt.html
RS_v2_2008-11.xz.deduped.txt:15666 - http://www.motherjones.com/kevin-drum/2008/11/what_just_happened.html
RS_v2_2008-11.xz.deduped.txt:16002 - http://www.motherjones.com/washington_dispatch/2008/11/barack-obama-guantanamo-bay-plans.html
RS_v2_2008-11.xz.deduped.txt:17497 - http://www.motherjones.com/mojoblog/archives/2008/11/10844_blackwater_to_be_fined_illegal_weapons.html
RS_v2_2008-11.xz.deduped.txt:20619 - http://www.motherjones.com/washington_dispatch/2008/11/summum-vs-pleasant-city-supreme-court.html
RS_v2_2008-11.xz.deduped.txt:21143 - http://www.motherjones.com/mojoblog/archives/2008/11/10923_obama_hitler_von_campe_savage_radio.html
RS_v2_2008-11.xz.deduped.txt:21655 - http://www.motherjones.com/washington_dispatch/2008/11/where-do-members-of-congress-who-lose-elections-go.html
RS_v2_2008-11.xz.deduped.txt:21735 - http://www.motherjones.com/news/feature/2008/11/from-kurdistan-to-k-street.html
RS_v2_2008-11.xz.deduped.txt:22981 - http://www.motherjones.com/blue_marble_blog/archives/2008/11/10949_in_congo_confli.html
RS_v2_2008-11.xz.deduped.txt:23492 - http://www.motherjones.com/news/feature/2008/11/bright-idea-slash-burn-repeat.html
RS_v2_2008-11.xz.deduped.txt:23495 - http://www.motherjones.com/news/featurex/2008/11/bright-idea-mail.html
RS_v2_2008-11.xz.deduped.txt:24538 - http://www.motherjones.com/mojoblog/archives/2008/11/10977_throw_the_bums_detroit.html

RS_v2_2008-11.xz.deduped.txt:24706 - http://www.motherjones.com/kevin-drum/2008/11/oogedyboogedy.html
RS_v2_2008-11.xz.deduped.txt:25429 - http://www.motherjones.com/kevin-drum/2008/11/newt_explains_it_all_for_you.html
RS_v2_2008-11.xz.deduped.txt:25462 - http://www.motherjones.com/news/feature/2008/09/exit-strategy-medicares-poison-pill.html
RS_v2_2008-11.xz.deduped.txt:25647 - http://www.motherjones.com/mojoblog/archives/2008/11/10985_rightwing_paran.html
RS_v2_2008-11.xz.deduped.txt:25658 - http://www.motherjones.com/mojoblog/archives/2008/11/10989_minnesota_recount_ballots.html
RS_v2_2008-11.xz.deduped.txt:26006 - http://www.motherjones.com/news/feature/2008/11/big-green-brother.html
RS_v2_2008-11.xz.deduped.txt:27148 - http://www.motherjones.com/washington_dispatch/2008/11/barack-obama-military-spending-pentagon.html
RS_v2_2008-11.xz.deduped.txt:29754 - http://www.motherjones.com/washington_dispatch/2008/11/ex-guantanamo-detainee-next-door-uighurs-freed.html
RS_v2_2008-11.xz.deduped.txt:29961 - http://www.motherjones.com/kevin-drum/2008/11/admitting_the_problem.html
RS_v2_2008-11.xz.deduped.txt:31593 - http://www.motherjones.com/mojoblog/archives/2008/11/11059_politically_incorrect_guide_to_the_civil_war_regnery.html
RS_v2_2008-11.xz.deduped.txt:32803 - http://www.motherjones.com/washington_dispatch/2008/11/somali-pirates-help-obama-make-nice-with-iran.html
RS_v2_2008-11.xz.deduped.txt:35008 - http://www.motherjones.com/commentary/columns/2008/11/practical-values-o-say-can-you-buy.html
RS_v2_2009-02.xz.deduped.txt:50 - http://www.motherjones.com/photos/2008/06/photo-essay-phone-sex-operator-ladies-man-1-of-10.html
RS_v2_2009-02.xz.deduped.txt:112 - http://www.motherjones.com/mojoblog/archives/2009/01/12066_phil_and_me_gramm_american_enterprise_institute.html
RS_v2_2009-02.xz.deduped.txt:1352 - http://www.motherjones.com/kevin-drum/2009/01/todays_two_minutes_hate.html
RS_v2_2009-02.xz.deduped.txt:1477 - http://www.motherjones.com/mojoblog/archives/2009/01/12080_gao_reports_says_treasury_departments_plan_on_tarp_unclear.html
RS_v2_2009-02.xz.deduped.txt:2347 - http://www.motherjones.com/mojoblog/archives/2009/02/12098_public_comment_schip_white_house_website.html
RS_v2_2009-02.xz.deduped.txt:3102 - http://www.motherjones.com/mojoblog/archives/2009/02/12111_the_daschle_deb.html

RS_v2_2009-02.xz.deduped.txt:6880 -
http://www.motherjones.com/washington_dispatch/2009/02/reporters-behaving-badly.html
RS_v2_2009-02.xz.deduped.txt:7716 -
http://www.motherjones.com/mojoblog/archives/2009/02/12147_spending_vs_tax_cuts_as_stimulus.html
RS_v2_2009-02.xz.deduped.txt:8655 -
http://www.motherjones.com/commentary/tomdispatch/2009/02/empire-v-graveyard.html
RS_v2_2009-02.xz.deduped.txt:8841 -
http://www.motherjones.com/mojoblog/archives/2009/02/12159_andy_card_has_some_serious_nerve.html
RS_v2_2009-02.xz.deduped.txt:10881 -
http://www.motherjones.com/interview/2009/02/lawrence-lessig-its-the-corruption-stupid.html
RS_v2_2009-02.xz.deduped.txt:14943 -
http://www.motherjones.com/mojoblog/archives/2009/02/12200_house_gop_stimulus_tax_cuts_crs.html
RS_v2_2009-02.xz.deduped.txt:15455 -
http://www.motherjones.com/politics/2009/01/introducing-new-site
RS_v2_2009-02.xz.deduped.txt:15882 - http://www.motherjones.com/politics/2009/01/fiscal-therapy
RS_v2_2009-02.xz.deduped.txt:15974 - http://www.motherjones.com/politics/2009/02/why-you-cant-buy-new-car-online
RS_v2_2009-02.xz.deduped.txt:16976 - http://www.motherjones.com/politics/2009/02/diaper-dave-vitter-suggests-obama-wants-dictatorship
RS_v2_2009-02.xz.deduped.txt:20344 - http://www.motherjones.com/politics/2007/12/apostles-ron-paul
RS_v2_2009-02.xz.deduped.txt:21740 -
http://www.motherjones.com/photoessays/2008/06/phone-sex-operators
RS_v2_2009-02.xz.deduped.txt:21890 - http://www.motherjones.com/media/2009/02/finally-candy-makers-market-directly-women-food-issues
RS_v2_2009-02.xz.deduped.txt:23136 - http://www.motherjones.com/politics/2009/02/throw-switch-already
RS_v2_2009-02.xz.deduped.txt:24118 - http://www.motherjones.com/politics/2009/02/bonus-bull
RS_v2_2009-02.xz.deduped.txt:24342 - http://www.motherjones.com/kevin-drum/2009/02/bailing-out-detroit
RS_v2_2009-02.xz.deduped.txt:24956 - http://www.motherjones.com/politics/2009/01/america-195-week
RS_v2_2009-02.xz.deduped.txt:25882 - http://www.motherjones.com/riff/2009/02/al-sharpton-is-wrong-about-monkey-cartoon
RS_v2_2009-02.xz.deduped.txt:26455 - http://www.motherjones.com/mojo/2009/01/ken-salazar-interior-departments-new-sheriff
RS_v2_2009-02.xz.deduped.txt:27111 - http://www.motherjones.com/kevin-drum/2009/02/drones-pakistan
RS_v2_2009-02.xz.deduped.txt:27424 - http://www.motherjones.com/mojo/2009/02/nitty-gritty-obamas-mortgage-plan

RS_v2_2009-02.xz.deduped.txt:27675 - http://www.motherjones.com/mojo/2009/02/legalizing-marijuana-now-more-popular-republican-party
RS_v2_2009-02.xz.deduped.txt:28711 - http://www.motherjones.com/politics/2006/01/straight-outta-boston
RS_v2_2009-02.xz.deduped.txt:30776 - http://www.motherjones.com/kevin-drum/2009/02/faking-filibuster
RS_v2_2009-02.xz.deduped.txt:30816 - http://www.motherjones.com/environment/2009/02/10-ways-trade
RS_v2_2009-02.xz.deduped.txt:30988 - http://www.motherjones.com/politics/2009/02/obama-ccing-bush
RS_v2_2009-02.xz.deduped.txt:33108 - http://www.motherjones.com/print/21652
RS_v2_2009-02.xz.deduped.txt:33500 - http://www.motherjones.com/kevin-drum/2009/02/gaussian-copula
RS_v2_2009-02.xz.deduped.txt:33775 - http://www.motherjones.com/media/2009/02/factcheck-mate
RS_v2_2009-02.xz.deduped.txt:35156 - http://www.motherjones.com/mojo/2009/02/john-bolton-cpac-benefits-nuking-chicago
RS_v2_2009-02.xz.deduped.txt:36728 - http://www.motherjones.com/mojo/2009/02/john-bolton-cpac-benefits-nuking-chicagohttp://www.motherjones.com/mojo/2009/02/john-bolton-cpac-benefits-nuking-chicago
RS_v2_2009-02.xz.deduped.txt:37007 - http://www.motherjones.com/media/2009/01/rachel-maddows-star-power
RS_v2_2009-02.xz.deduped.txt:37575 - http://www.motherjones.com/media/2009/02/film-food-inc
RS_v2_2006-11.xz.deduped.txt:14 - http://www.motherjones.com/news/outfront/2006/11/have_to_wash_my_hair_potus.html
RS_v2_2006-11.xz.deduped.txt:230 - http://www.motherjones.com/mojoblog/archives/2006/11/2719_theres_no_apolo.html
RS_v2_2006-11.xz.deduped.txt:2513 - http://www.motherjones.com/news/outfront/2006/11/education_of_lt_rushing.html
RS_v2_2006-11.xz.deduped.txt:3063 - http://www.motherjones.com/mojoblog/archives/2006/11/2969_union_pacific_c.html
RS_v2_2006-11.xz.deduped.txt:3112 - http://www.motherjones.com/mojoblog/archives/2006/11/2973_obama_to_report.html
RS_v2_2006-11.xz.deduped.txt:3241 - http://www.motherjones.com/mojoblog/archives/2006/11/2981_new_poll_vast_m.html
RS_v2_2006-11.xz.deduped.txt:3325 - http://www.motherjones.com/mojoblog/archives/2006/11/2990_outsourcing_ame.html
RS_v2_2006-11.xz.deduped.txt:4602 - http://www.motherjones.com/mojoblog/archives/2006/11/3019_columnist_says.html
RS_v2_2006-11.xz.deduped.txt:4615 - http://www.motherjones.com/mojoblog/archives/2006/11/3006_did_exxon_nix_s.html
RS_v2_2010-06.xz.deduped.txt:1276 - http://motherjones.com/kevin-drum/2010/05/shaking-federal-money-tree
RS_v2_2010-06.xz.deduped.txt:1419 - http://motherjones.com/politics/2010/05/right-wing-clash-over-immigration-reform

RS_v2_2010-06.xz.deduped.txt:2384 - http://motherjones.com/blue-marble/2010/06/bp-10-biggest-mistakes

RS_v2_2010-06.xz.deduped.txt:2793 - http://motherjones.com/rights-stuff/2010/06/shut-down-due-bp

RS_v2_2010-06.xz.deduped.txt:4971 - http://motherjones.com/blue-marble/2010/06/bp-oil-coming-beach-near-you-summer-2010

RS_v2_2010-06.xz.deduped.txt:5387 - http://motherjones.com/blue-marble/2010/06/bp-10-biggest-mistakes-oil-spill

RS_v2_2010-06.xz.deduped.txt:6538 - http://motherjones.com/politics/2010/06/next-deepwater-horizon

RS_v2_2010-06.xz.deduped.txt:6613 - http://motherjones.com/rights-stuff/2010/06/BP-spill-worker-elmers-island

RS_v2_2010-06.xz.deduped.txt:6833 - http://motherjones.com/photoessays/2008/10/curse-black-gold-niger-delta

RS_v2_2010-06.xz.deduped.txt:7342 - http://motherjones.com/mojo/2010/06/gop-bp-means-beyond-pronouncing

RS_v2_2010-06.xz.deduped.txt:9885 - http://motherjones.com/politics/2010/06/bush-administration-experimented-detainees-phr-report

RS_v2_2010-06.xz.deduped.txt:10178 - http://motherjones.com/blue-marble/2010/06/bps-trouble-numbers

RS_v2_2010-06.xz.deduped.txt:10231 - http://motherjones.com/riff/2010/04/music-monday-new-pornographers-jamie-lidell-mary-gauthier-kevin-dunn?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2FTheRiff+%28Mother+Jones+%7C+The+Riff%29&utm_content=Twitter

RS_v2_2010-06.xz.deduped.txt:10302 - http://motherjones.com/mojo/2010/06/baby-boomers-suicide-spike?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29&utm_content=Twitter

RS_v2_2010-06.xz.deduped.txt:10354 - http://motherjones.com/blue-marble/2010/06/no-more-fish-no-fishermen

RS_v2_2010-06.xz.deduped.txt:10740 - http://motherjones.com/blue-marble/2010/06/rigs-fire-i-told-you-was-gonna-happen

RS_v2_2010-06.xz.deduped.txt:12281 - http://motherjones.com/rights-stuff/2010/06/ice-immigration-raids-oil-spill-workers

RS_v2_2010-06.xz.deduped.txt:14110 - http://motherjones.com/mojo/2010/06/alvin-greene-south-carolina

RS_v2_2010-06.xz.deduped.txt:14180 - http://motherjones.com/politics/2010/06/afghan-anti-corruption-chief-dead-meat-if-he-pursued-top-graft

RS_v2_2010-06.xz.deduped.txt:14443 - http://motherjones.com/kevin-drum/2010/06/rip-climate-legislation

RS_v2_2010-06.xz.deduped.txt:15074 - http://motherjones.com/mojo/2010/06/who-owns-gulf-BP-spill-oil-leases

RS_v2_2010-06.xz.deduped.txt:15702 - http://motherjones.com/politics/2010/06/dick-cheney-bp-spill

RS_v2_2010-06.xz.deduped.txt:15716 - http://motherjones.com/blue-marble/2010/06/senators-intro-bill-give-oil-spill-panel-power-subpoena

RS_v2_2010-06.xz.deduped.txt:16918 - http://motherjones.com/mojo/2010/06/guantanamo-bays-2-billion-price-tag?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2F mojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_v2_2010-06.xz.deduped.txt:16991 - http://motherjones.com/mojo/2010/06/bp-oil-spill-dispersants-ingredients

RS_v2_2010-06.xz.deduped.txt:17058 - http://motherjones.com/blue-marble/2010/06/two-more-gulf-spills

RS_v2_2010-06.xz.deduped.txt:18081 - http://motherjones.com/blue-marble/2010/06/graham-takes-climate-denial-plunge

RS_v2_2010-06.xz.deduped.txt:18273 - http://motherjones.com/rights-stuff/2010/06/grande-terre-dolphin-towels-bp-cleanup

RS_v2_2010-06.xz.deduped.txt:18547 - http://motherjones.com/blue-marble/2010/06/bp-still-playing-dumb-about-size-gulf-disaster

RS_v2_2010-06.xz.deduped.txt:20534 - http://motherjones.com/mojo/2010/06/why-aclu-head-honcho-disgusted-obama

RS_v2_2010-06.xz.deduped.txt:20801 - http://motherjones.com/mojo/2010/06/banks-pay-colleges-students-names-addresses-credit-card-boa

RS_v2_2010-06.xz.deduped.txt:21465 - http://motherjones.com/blue-marble/2010/06/how-does-kevin-costners-oil-cleaning-machine-work-exactly

RS_v2_2010-06.xz.deduped.txt:21481 - http://motherjones.com/media/2010/06/bp-global-pr-interview

RS_v2_2010-06.xz.deduped.txt:21500 - http://motherjones.com/mojo/2010/06/marines-gay-beating-scandal-hate-crime-savannah

RS_v2_2010-06.xz.deduped.txt:21913 - http://motherjones.com/politics/2010/06/cruise-ship-industry-bp-liability

RS_v2_2010-06.xz.deduped.txt:22770 - http://motherjones.com/mojo/2010/06/subway-fires-good-samaritan-for-giving%20free-sandwich-canada

RS_v2_2010-06.xz.deduped.txt:24223 - http://motherjones.com/environment/2010/06/bp-deepwater-negative-pressure-test

RS_v2_2010-06.xz.deduped.txt:25533 - http://motherjones.com/rights-stuff/2010/06/BP-cleanup-mole-more

RS_v2_2010-06.xz.deduped.txt:25738 - http://motherjones.com/kevin-drum/2010/06/obamas-oil-spill-speech-weak-and-empty

RS_v2_2010-06.xz.deduped.txt:26512 - http://motherjones.com/blue-marble/2010/06/worst-already-true-BP-well-now-unstoppable

RS_v2_2010-06.xz.deduped.txt:27099 - http://motherjones.com/environment/2010/06/new-drilling-leases-gulf-of-mexico

RS_v2_2010-06.xz.deduped.txt:28327 - http://motherjones.com/blue-marble/2010/06/worst-already-true-BP-well-now-unstoppable?

RS_v2_2010-06.xz.deduped.txt:29419 - http://motherjones.com/blue-marble/2010/06/top-10-most-ridiculous-oil-spill-quotes-congress

RS_v2_2010-06.xz.deduped.txt:30749 - http://motherjones.com/mojo/2010/06/manchurian-tea-party-candidates-florida-gop-grayson-scandal

RS_v2_2010-06.xz.deduped.txt:31090 - http://motherjones.com/kevin-drum/2010/06/credit-card-industry-take-2

RS_v2_2010-06.xz.deduped.txt:33423 - http://motherjones.com/mojo/2010/06/al-franken-takes-supreme-court

RS_v2_2010-06.xz.deduped.txt:34520 - http://motherjones.com/mojo/2010/06/video-sharron-angle-unemployed-are-spoiled

RS_v2_2010-06.xz.deduped.txt:35919 - http://motherjones.com/rights-stuff/2010/06/BP-louisiana-police-stop-activist

RS_v2_2010-06.xz.deduped.txt:36206 - http://motherjones.com/rights-stuff/2010/06/photos-pro-drilling-louisiana-tea-party-protest

RS_v2_2010-06.xz.deduped.txt:36441 - http://motherjones.com/blue-marble/2010/06/judge-moratorium-case-stock-transocean

RS_v2_2010-06.xz.deduped.txt:41019 - http://motherjones.com/rights-stuff/2010/06/louisiana-fishermen-suicide-depression-abuse

RS_v2_2010-06.xz.deduped.txt:42445 - http://motherjones.com/kevin-drum/2010/06/vaccines-california-whooping-cough-epidemic

RS_v2_2010-06.xz.deduped.txt:42468 - http://motherjones.com/blue-marble/2010/06/oil-spill-test-tank-Menendez-Salazar

RS_v2_2010-06.xz.deduped.txt:42494 - http://motherjones.com/politics/2010/06/financial-reform-wall-street-bill-conference-frank-dodd

RS_v2_2010-06.xz.deduped.txt:45682 - http://motherjones.com/blue-marble/2010/06/washing-out-sandwich-baggies-waste-time

RS_v2_2010-06.xz.deduped.txt:47418 - http://motherjones.com/politics/2010/06/bp-persian-gulf-iran

RS_2012-10.bz2.deduped.txt:348 - http://www.motherjones.com/mojo/2012/10/what-we-dont-know-about-drones

RS_2012-10.bz2.deduped.txt:671 - http://www.motherjones.com/politics/2012/10/what-presidential-debates-wont-tell-you

RS_2012-10.bz2.deduped.txt:1314 - http://www.motherjones.com/mojo/2012/10/were-still-war-helmet-cam-edition?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+|+MoJoBlog%29

RS_2012-10.bz2.deduped.txt:3194 - http://www.motherjones.com/mojo/2012/10/poll-obama-ahead-romney-swing-states

RS_2012-10.bz2.deduped.txt:4269 - http://www.motherjones.com/blue-marble/2012/09/frackers-still-keeping-chemicals-secret

RS_2012-10.bz2.deduped.txt:4273 - http://www.motherjones.com/mojo/2012/09/new-york-times-measures-impact-romney-video

RS_2012-10.bz2.deduped.txt:4278 - http://www.motherjones.com/politics/2012/10/virgil-goode-virginia-immigration

RS_2012-10.bz2.deduped.txt:4346 - http://www.motherjones.com/politics/2012/10/tax-questions-debate-mitt-romney-obama

RS_2012-10.bz2.deduped.txt:4363 - http://www.motherjones.com/environment/2012/09/map-which-states-hunt-wolves

RS_2012-10.bz2.deduped.txt:5310 - http://www.motherjones.com/kevin-drum/2012/09/citizens-united-now-rights-go-excuse-labor-bashing

RS_2012-10.bz2.deduped.txt:6612 - http://www.motherjones.com/mojo/2012/10/donald-rumsfeld-inadvertently-disses-himself-libya-attack

RS_2012-10.bz2.deduped.txt:8780 - http://www.motherjones.com/politics/2012/10/ralph-reed-mailer-obama-capitalism-death-panels

RS_2012-10.bz2.deduped.txt:8911 - http://www.motherjones.com/politics/2012/10/mitt-romney-guns

RS_2012-10.bz2.deduped.txt:10065 - http://www.motherjones.com/print/188511

RS_2012-10.bz2.deduped.txt:12296 - http://www.motherjones.com/kevin-drum/2012/10/so-how-did-whole-lesser-two-evils-thing-work-out-you-2000

RS_2012-10.bz2.deduped.txt:12478 - http://m.motherjones.com/mojo/2012/10/photo-georgia-gop-goes-full-bircher

RS_2012-10.bz2.deduped.txt:13690 - http://www.motherjones.com/politics/2012/10/libya-consulate-embassy-attacks-obama-romney

RS_2012-10.bz2.deduped.txt:14459 - http://www.motherjones.com/mojo/2012/10/anti-abortion-group-launches-new-super-pac

RS_2012-10.bz2.deduped.txt:14887 - http://www.motherjones.com/tom-philpott/2012/10/how-gmos-ramped-us-pesticide-use

RS_2012-10.bz2.deduped.txt:15448 - http://www.motherjones.com/environment/2012/10/swing-voters-climate-change-issue

RS_2012-10.bz2.deduped.txt:16313 - http://www.motherjones.com/environment/2012/10/swing-voters-climate-change-issue?google_editors_picks=true

RS_2012-10.bz2.deduped.txt:16725 - http://www.motherjones.com/mojo/2012/10/inequality-report-card-gives-59-congressmen-f

RS_2012-10.bz2.deduped.txt:17789 - http://www.motherjones.com/kevin-drum/2012/10/news-coverage-debates-matters-more-debates-themselves

RS_2012-10.bz2.deduped.txt:18946 - http://www.motherjones.com/kevin-drum/2012/10/251-165-0-0

RS_2012-10.bz2.deduped.txt:20770 - http://www.motherjones.com/blue-marble/2012/10/study-stupid-photos-adorable-cats-actually-improve-productivity

RS_2012-10.bz2.deduped.txt:23182 - http://www.motherjones.com/kevin-drum/2012/10/good-news-climate-changeand-not-so-good-news

RS_2012-10.bz2.deduped.txt:23618 - http://www.motherjones.com/mojo/2012/10/gop-brand-dog-food-poll

RS_2012-10.bz2.deduped.txt:23731 - http://www.motherjones.com/politics/2012/10/harper-reed-obama-campaign-microtargeting?src=longreads&utm_source=buffer&buffer_share=727b1

RS_2012-10.bz2.deduped.txt:25037 - http://www.motherjones.com/kevin-drum/2012/10/mitt-romney-casually-tosses-out-yet-another-tax-plan

RS_2012-10.bz2.deduped.txt:26441 - http://www.motherjones.com/environment/2012/10/did-exxon-pay-torturers?fb_action_ids=4702188041043&fb_action_types=og.likes&fb_source=aggregation&fb_aggregation_id=288381481237582

RS_2012-10.bz2.deduped.txt:26523 - http://www.motherjones.com/mojo/2012/10/romney-47-percent-reversal

RS_2012-10.bz2.deduped.txt:27540 - http://www.motherjones.com/politics/2012/10/joe-walsh-super-pac-tammy-duckworth-congress

RS_2012-10.bz2.deduped.txt:28443 - http://www.motherjones.com/mojo/2012/10/why-obama-didnt-mention-47-percent-denver-debate

RS_2012-10.bz2.deduped.txt:30378 - http://www.motherjones.com/politics/2012/10/canadian-foreign-donation-super-pac-restore-our-future
RS_2012-10.bz2.deduped.txt:30407 - http://www.motherjones.com/politics/2012/10/paul-ryan-lets-make-country-tax-shelter-video
RS_2012-10.bz2.deduped.txt:31654 - http://www.motherjones.com/environment/2012/10/new-golden-age-oil-wasnt-fracking
RS_2012-10.bz2.deduped.txt:33719 - http://www.motherjones.com/kevin-drum/2012/10/2012-election-pool
RS_2012-10.bz2.deduped.txt:34149 - http://www.motherjones.com/environment/2012/10/did-exxon-pay-torturers
RS_2012-10.bz2.deduped.txt:34247 - http://www.motherjones.com/politics/2012/10/paul-ryans-47-percent-takers-vs-makers-video
RS_2012-10.bz2.deduped.txt:34607 - http://www.motherjones.com/mojo/2012/10/free-contraception-fewer-abortions-pregnancies-study
RS_2012-10.bz2.deduped.txt:38617 - http://m.motherjones.com/blue-marble/2012/08/republicans-attempt-ax-program-monitoring-carcinogens
RS_2012-10.bz2.deduped.txt:40023 - http://www.motherjones.com/mojo/2012/10/barack-obama-billion-fundraising-september
RS_2012-10.bz2.deduped.txt:41904 - http://www.motherjones.com/politics/2012/10/12-silly-elction-predictions
RS_2012-10.bz2.deduped.txt:44889 - http://www.motherjones.com/environment/2012/10/what-is-fecal-transplant-difficile-bacteria
RS_2012-10.bz2.deduped.txt:45359 - http://www.motherjones.com/politics/2000/02/drug-mistreatment
RS_2012-10.bz2.deduped.txt:45836 - http://www.motherjones.com/kevin-drum/2012/10/bls-employment-figures-may-have-been-unfairly-hurting-obama-not-helping-him
RS_2012-10.bz2.deduped.txt:46414 - http://www.motherjones.com/transition/inter.php?dest=http://www.motherjones.com/politics/2012/10/paul-ryans-47-percent-takers-vs-makers-video
RS_2012-10.bz2.deduped.txt:46680 - http://www.motherjones.com/mojo/2012/10/paul-ryan-obama-wont-take-away-your-guns
RS_2012-10.bz2.deduped.txt:46967 - https://secure.motherjones.com/fnp/?action=SUBSCRIPTION&list_source=V2ARED1&a_edition_code=P
RS_2012-10.bz2.deduped.txt:47502 - http://www.motherjones.com/mojo/2012/10/abortion-rights-group-launches-reproductive-bill-rights
RS_2012-10.bz2.deduped.txt:47881 - http://www.motherjones.com/mojo/2012/10/crew-files-fec-complaint-over-coal-companys-coerced-campaign-donations
RS_2012-10.bz2.deduped.txt:49412 - http://www.motherjones.com/politics/2012/10/romney-china-stock-investments
RS_2012-10.bz2.deduped.txt:50994 - http://www.motherjones.com/environment/2012/10/virginia-foia-michael-mann-epa-lawyer
RS_2012-10.bz2.deduped.txt:51155 - http://www.motherjones.com/blue-marble/2012/10/bering-sea-diaries-dispatch-2
RS_2012-10.bz2.deduped.txt:51320 - http://www.motherjones.com/blue-marble/2012/10/why-arent-politicians-listening-joe-romm-climate-change

RS_2012-10.bz2.deduped.txt:51348 - http://www.motherjones.com/politics/2012/10/scott-brown-stalk-pussycat-dolls-video
RS_2012-10.bz2.deduped.txt:51589 - http://www.motherjones.com/kevin-drum/2012/10/revisiting-debt-ceiling-fiasco
RS_2012-10.bz2.deduped.txt:53308 - http://www.motherjones.com/kevin-drum/2012/10/apparently-mitt-romney-needs-lie-american-about-his-foreign-policy
RS_2012-10.bz2.deduped.txt:54660 - http://www.motherjones.com/kevin-drum/2012/10/breaking-protecting-our-embassies-costs-money
RS_2012-10.bz2.deduped.txt:56510 - http://www.motherjones.com/kevin-drum/2012/10/marketing-mitt-romney?utm_medium=twitter&utm_source=twitterfeed
RS_2012-10.bz2.deduped.txt:57478 - http://www.motherjones.com/mojo/2012/10/ben-jerrys-citizens-united-stamp
RS_2012-10.bz2.deduped.txt:57918 - http://www.motherjones.com/kevin-drum/2012/10/quote-day-should-obama-call-romney-liar
RS_2012-10.bz2.deduped.txt:57971 - http://www.motherjones.com/environment/2012/10/california-prop-37-monsanto-gmo-labeling
RS_2012-10.bz2.deduped.txt:59837 - http://www.motherjones.com/kevin-drum/2012/10/how-much-did-wednesdays-debate-help-romney?utm_medium=twitter&utm_source=twitterfeed
RS_2012-10.bz2.deduped.txt:59868 - http://www.motherjones.com/mojo/2012/10/dem-super-pacs-hey-remember-47-percent-video
RS_2012-10.bz2.deduped.txt:61502 - http://www.motherjones.com/politics/2012/10/six-critical-foreign-policy-questions-wont-be-raised-debates
RS_2012-10.bz2.deduped.txt:62649 - http://www.motherjones.com/politics/2012/10/mitt-romney-video-wythe-glenn-beck-cleon-skousen
RS_2012-10.bz2.deduped.txt:63255 - http://www.motherjones.com/tom-philpott/2012/10/want-feed-world-first-stop-land-grabs?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2FTomPhilpott+%28Tom+Philpott%29
RS_2012-10.bz2.deduped.txt:63572 - http://www.motherjones.com/mojo/2012/10/voter-fraud-billboards-minorities-ohio
RS_2012-10.bz2.deduped.txt:64433 - http://www.motherjones.com/mojo/2012/10/voter-fraud-billboards-minorities-ohio?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+|+MoJoBlog%29
RS_2012-10.bz2.deduped.txt:64440 - http://www.motherjones.com/politics/2012/10/flowchart-are-you-taker-or-maker
RS_2012-10.bz2.deduped.txt:64465 - http://www.motherjones.com/environment/2012/10/energy-foundation-american-action-forum
RS_2012-10.bz2.deduped.txt:66825 - http://www.motherjones.com/mojo/2012/10/ryan-romney-small-business-malarkey-taxes
RS_2012-10.bz2.deduped.txt:67129 - http://www.motherjones.com/mojo/2012/10/photo-mitt-romney-breaking-ground-pbs-wgbh-2005
RS_2012-10.bz2.deduped.txt:67686 - http://www.motherjones.com/politics/2012/10/pennsylvania-fracking-law-opens-drilling-college-campuses

RS_2012-10.bz2.deduped.txt:67720 - http://www.motherjones.com/kevin-drum/2012/10/romney-ryan-medicaid

RS_2012-10.bz2.deduped.txt:68939 - http://www.motherjones.com/mojo/2012/10/top-social-conservaitve-activist-offers-most-lukewarm-romney-endorsement-ever

RS_2012-10.bz2.deduped.txt:71829 - http://www.motherjones.com/kevin-drum/2012/10/imf-report-says-austerity-great-way-tank-your-economy

RS_2012-10.bz2.deduped.txt:72566 - http://www.motherjones.com/politics/2012/10/pennsylvania-fracking-law-opens-drilling-college-campuses?google_editors_picks=true

RS_2012-10.bz2.deduped.txt:73736 - http://www.motherjones.com/kevin-drum/2012/10/debate-reax-11-october-2012

RS_2012-10.bz2.deduped.txt:74830 - http://www.motherjones.com/kevin-drum/2012/10/mitt-romneys-2-trillion-defense-increase-explained

RS_2012-10.bz2.deduped.txt:76358 - http://www.motherjones.com/politics/2012/10/can-wayne-powell-beat-eric-cantor

RS_2012-10.bz2.deduped.txt:80903 - http://www.motherjones.com/mojo/2012/10/paul-ryan-libya-vp-debate

RS_2012-10.bz2.deduped.txt:83096 - http://www.motherjones.com/politics/2012/10/romney-undecided-voters-zina-saunders-cartoon

RS_2012-10.bz2.deduped.txt:84141 - http://www.motherjones.com/kevin-drum/2012/10/quote-day-mitt-romneys-nonexistent-foreign-policy

RS_2012-10.bz2.deduped.txt:84170 - http://www.motherjones.com/politics/2012/10/retraining-jobless-janesville-gm-obama-romney

RS_2012-10.bz2.deduped.txt:84695 - http://www.motherjones.com/environment/2012/10/west-nile-virus-maps

RS_2012-10.bz2.deduped.txt:84734 - http://www.motherjones.com/kevin-drum/2012/10/obama-wins-3-am-phone-call-test

RS_2012-10.bz2.deduped.txt:84937 - http://www.motherjones.com/tom-philpott/2012/10/gmo-climate-change-science

RS_2012-10.bz2.deduped.txt:85415 - http://www.motherjones.com/kevin-drum/2012/10/lies-damn-lies-and-mitt-romneys-tax-plan

RS_2012-10.bz2.deduped.txt:86619 - http://www.motherjones.com/kevin-drum/2012/10/conservatives-need-put-or-shut-syria

RS_2012-10.bz2.deduped.txt:90743 - http://www.motherjones.com/transition/inter.php?dest=http://www.motherjones.com/kevin-drum/2012/10/sorry-mitt-real-world-tax-reform-doesnt-boost-growth

RS_2012-10.bz2.deduped.txt:90811 - http://www.motherjones.com/politics/2012/10/big-electric-companies-behind-grassroots-ad-campaign-florida

RS_2012-10.bz2.deduped.txt:91615 - http://www.motherjones.com/mojo/2012/10/could-bush-v-gore-save-obama-ohio

RS_2012-10.bz2.deduped.txt:92052 - http://www.motherjones.com/mojo/2012/10/could-bush-v-gore-save-obama-ohio?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2012-10.bz2.deduped.txt:94664 - http://www.motherjones.com/mojo/2012/10/stock-photo-women-love-conservative-politicians

RS_2012-10.bz2.deduped.txt:95327 - http://www.motherjones.com/politics/2012/10/47-percent-host-leder-romney-fundraiser-milin

RS_2012-10.bz2.deduped.txt:95630 - http://www.motherjones.com/kevin-drum/2012/10/media-blackout-mitt-romneys-tax-plan

RS_2012-10.bz2.deduped.txt:95849 - http://www.motherjones.com/mojo/2012/10/joe-walsh-tammy-duckworth-now-or-never-americans-limited-government

RS_2012-10.bz2.deduped.txt:97084 - http://www.motherjones.com/mojo/2012/10/corn-hardball-romneys-belligerence-backfires-second-debate

RS_2012-10.bz2.deduped.txt:97856 - http://www.motherjones.com/mojo/2012/10/why-romney-screwed-libya

RS_2012-10.bz2.deduped.txt:98031 - http://www.motherjones.com/mojo/2012/10/next-anti-abortion-agenda-spousal-consent

RS_2012-10.bz2.deduped.txt:98669 - http://www.motherjones.com/politics/2012/10/retraining-jobless-janesville-gm-obama-romney?page=1

RS_2012-10.bz2.deduped.txt:98699 - http://www.motherjones.com/politics/2012/10/town-hall-debate-obama-romney

RS_2012-10.bz2.deduped.txt:98708 - http://www.motherjones.com/kevin-drum/2012/10/reading-obamas-poll-drop-movie-weve-seen

RS_2012-10.bz2.deduped.txt:98790 - http://www.motherjones.com/politics/2012/10/romney-speech-vmi-emails

RS_2012-10.bz2.deduped.txt:98809 - http://www.motherjones.com/tom-philpott/2012/10/silly-backlash-against-new-school-lunch-rules

RS_2012-10.bz2.deduped.txt:100474 - http://www.motherjones.com/kevin-drum/2012/10/debate-liveblogging-16-october-2012

RS_2012-10.bz2.deduped.txt:101220 - http://www.motherjones.com/blue-marble/2012/10/everything-you-need-know-about-meningitis-outbreak

RS_2012-10.bz2.deduped.txt:102475 - http://www.motherjones.com/mojo/2012/10/samuel-l-jackson-threatens-lawsuit-over-uncle-tom-ad

RS_2012-10.bz2.deduped.txt:103355 - http://www.motherjones.com/mojo/2012/10/top-romney-military-adviser-wanted-separate-housing-gay-troops

RS_2012-10.bz2.deduped.txt:103597 - http://www.motherjones.com/politics/2012/10/solitary-confinement-shane-bauer

RS_2012-10.bz2.deduped.txt:103817 - http://www.motherjones.com/mojo/2012/10/top-romney-military-adviser-wanted-separate-housing-gay-troops?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+|+MoJoBlog%29

RS_2012-10.bz2.deduped.txt:104690 - http://www.motherjones.com/blue-marble/2012/10/cost-prevent-all-future-extinctions-11-dollars-per-person

RS_2012-10.bz2.deduped.txt:107895 - http://www.motherjones.com/mojo/2012/10/mormon-feminists-romney-women

RS_2012-10.bz2.deduped.txt:108127 - http://www.motherjones.com/politics/2012/10/donald-o-hebb-effects-extreme-isolation

RS_2012-10.bz2.deduped.txt:108799 - http://www.motherjones.com/kevin-drum/2012/10/sorry-mitt-romneys-abortion-absolutism-fair-game

RS_2012-10.bz2.deduped.txt:109003 - http://www.motherjones.com/mojo/2012/10/samuel-l-jackson-pulls-plug-candidates-uncle-tom-videos

RS_2012-10.bz2.deduped.txt:110452 - http://www.motherjones.com/mojo/2012/10/charts-meet-romneys-contractor-friendly-military-entourage?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2012-10.bz2.deduped.txt:110545 - http://www.motherjones.com/politics/2012/10/solitary-confinement-shane-bauer?page=1

RS_2012-10.bz2.deduped.txt:110822 - http://www.motherjones.com/tom-philpott/2012/10/paul-ryans-brother-cargill-exec-china?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2FTomPhilpott+%28Tom+Philpott%29

RS_2012-10.bz2.deduped.txt:110841 - http://www.motherjones.com/politics/2012/10/california-republicans-support-prop-36-three-strikes

RS_2012-10.bz2.deduped.txt:111004 - http://www.motherjones.com/politics/2011/08/fbi-terrorist-informants

RS_2012-10.bz2.deduped.txt:111255 - http://www.motherjones.com/mojo/2012/10/romney-military-adviser-tommy-franks-iraq

RS_2012-10.bz2.deduped.txt:112828 - http://www.motherjones.com/kevin-drum/2012/10/how-fiscal-cliff-will-reenergize-president-obama

RS_2012-10.bz2.deduped.txt:113506 - http://www.motherjones.com/kevin-drum/2012/10/ftc-offers-50000-prize-end-robocalls?

RS_2012-10.bz2.deduped.txt:114569 - http://www.motherjones.com/politics/2011/07/kbr-could-win-jamie-leigh-jones-rape-trial?page=1

RS_2012-10.bz2.deduped.txt:114733 - http://www.motherjones.com/kevin-drum/2012/10/cutting-through-fog-benghazi-brief-qa

RS_2012-10.bz2.deduped.txt:115573 - http://www.motherjones.com/blue-marble/2012/10/americans-are-finally-warming-climate-change

RS_2012-10.bz2.deduped.txt:115811 - http://www.motherjones.com/blue-marble/2012/10/california-entrepreneur-dumps-100-tons-iron-dust-pacific-ocean

RS_2012-10.bz2.deduped.txt:115973 - http://www.motherjones.com/print/197186

RS_2012-10.bz2.deduped.txt:119271 - http://www.motherjones.com/mojo/2012/10/romney-guns-single-moms?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2012-10.bz2.deduped.txt:122011 - http://www.motherjones.com/tom-philpott/2012/10/paul-ryans-brother-cargill-exec-china

RS_2012-10.bz2.deduped.txt:122339 - http://www.motherjones.com/politics/2012/10/readers-guide-foreign-policy-debate

RS_2012-10.bz2.deduped.txt:124227 - http://www.motherjones.com/tom-philpott/2012/10/fda-barely-inspects-imported-seafood

RS_2012-10.bz2.deduped.txt:124994 - http://www.motherjones.com/politics/2012/10/mitt-romney-virginia-lyme-disease-michael-farris

RS_2012-10.bz2.deduped.txt:125404 - http://www.motherjones.com/mojo/2012/10/romnesia-0

RS_2012-10.bz2.deduped.txt:125508 - http://www.motherjones.com/blue-marble/2012/10/study-injecting-young-blood-can-reverse-effects-aging

RS_2012-10.bz2.deduped.txt:126947 - http://www.motherjones.com/politics/2012/10/flowchart-can-i-vote

RS_2012-10.bz2.deduped.txt:127423 - http://www.motherjones.com/blue-marble/2012/10/antibiotic-resistant-bug-shows-wild-animals

RS_2012-10.bz2.deduped.txt:127679 - https://secure.motherjones.com/fnp/?action=SUBSCRIPTION&list_source=V2ARAD2&new_print_blast=1

RS_2012-10.bz2.deduped.txt:127785 - http://www.motherjones.com/mojo/2012/10/romney-super-pac-swing-states-ad-obama

RS_2012-10.bz2.deduped.txt:128843 - http://www.motherjones.com/kevin-drum/2012/10/programming-note-obama-expanding-lead-romney

RS_2012-10.bz2.deduped.txt:129725 - http://www.motherjones.com/kevin-drum/2012/01/how-rich-get-richer

RS_2012-10.bz2.deduped.txt:130919 - http://www.motherjones.com/mojo/2012/10/mitt-romneys-war-war-spanking

RS_2012-10.bz2.deduped.txt:131677 - http://m.motherjones.com/politics/2012/10/american-tradition-partnership-montana-dark-money

RS_2012-10.bz2.deduped.txt:133256 - http://www.motherjones.com/politics/2012/10/mitt-romney-state-department-agenda

RS_2012-10.bz2.deduped.txt:136125 - http://www.motherjones.com/mojo/2012/10/allred-maureen-sullivan-stemberg-romney-divorce

RS_2012-10.bz2.deduped.txt:137767 - http://m.motherjones.com/mojo/2012/10/romneys-military-spending

RS_2012-10.bz2.deduped.txt:138358 - http://www.motherjones.com/politics/2012/10/mitt-romney-administration-top-advisers?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29&utm_content=Google+Reader

RS_2012-10.bz2.deduped.txt:138540 - http://www.motherjones.com/tom-philpott/2012/10/yet-another-study-links-bayer-pesticide-bee

RS_2012-10.bz2.deduped.txt:141681 - http://www.motherjones.com/mojo/2012/10/benghazi-libya-state-emails

RS_2012-10.bz2.deduped.txt:143076 - http://www.motherjones.com/mojo/2012/10/charts-gender-gap-obama-romney

RS_2012-10.bz2.deduped.txt:144900 - http://www.motherjones.com/politics/2012/10/romney-47-percent-fundraiser-james-batmasian-tax-evasion

RS_2012-10.bz2.deduped.txt:145722 - http://www.motherjones.com/mojo/2012/10/charts-gender-gap-obama-romney?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2012-10.bz2.deduped.txt:146135 - http://www.motherjones.com/politics/2012/10/mitt-romney-administration-top-advisers

RS_2012-10.bz2.deduped.txt:150288 - http://www.motherjones.com/politics/2012/10/polls-undercounting-latino-voters

RS_2012-10.bz2.deduped.txt:150343 - http://www.motherjones.com/mojo/2012/10/david-corn-msnbc-romney-media-interviews-election

RS_2012-10.bz2.deduped.txt:150618 - http://www.motherjones.com/kevin-drum/2012/10/mitt-romneys-real-poverty-plan

RS_2012-10.bz2.deduped.txt:154443 - http://www.motherjones.com/kevin-drum/2012/10/obamas-ground-game-advantage-may-not-be-big-it-looks

RS_2012-10.bz2.deduped.txt:155189 - http://www.motherjones.com/blue-marble/2012/10/hurricane-sandy

RS_2012-10.bz2.deduped.txt:158717 - http://www.motherjones.com/kevin-drum/2012/10/mitt-romney-gets-desperate-ohio

RS_2012-10.bz2.deduped.txt:161372 - http://www.motherjones.com/mojo/2012/10/corn-msnbc-obama-attacks-not-american

RS_2012-10.bz2.deduped.txt:162196 - http://www.motherjones.com/mojo/2012/10/romneys-charitable-trust-not-very-charitable

RS_2012-10.bz2.deduped.txt:163692 - http://www.motherjones.com/mojo/2012/10/obama-axelrod-messina-math-mittmentum-call?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2012-10.bz2.deduped.txt:164078 - http://www.motherjones.com/politics/2012/10/romney-fundraiser-obama-business-evil?

RS_2012-10.bz2.deduped.txt:164082 - http://www.motherjones.com/politics/2012/10/hurricane-sandy-2012-election-obama-romney

RS_2012-10.bz2.deduped.txt:164189 - http://www.motherjones.com/kevin-drum/2012/10/why-mitt-romney-wanted-shutter-fema

RS_2012-10.bz2.deduped.txt:166111 - http://www.motherjones.com/environment/2012/10/fracking-companies-drilling-political-influence-charts

RS_2012-10.bz2.deduped.txt:166699 - http://www.motherjones.com/mojo/2012/08/paul-ryan-mitt-romney-tampa-fema

RS_2012-10.bz2.deduped.txt:168895 - http://www.motherjones.com/mojo/2012/10/michael-brown-should-really-just-go-away?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2012-10.bz2.deduped.txt:170007 - http://www.motherjones.com/politics/2012/10/fisa-supreme-court-spying-warrantless-surveillance?google_editors_picks=true?miaou

RS_2012-10.bz2.deduped.txt:170023 - http://www.motherjones.com/politics/2012/10/fisa-supreme-court-spying-warrantless-surveillance?google_editors_picks=true

RS_2012-10.bz2.deduped.txt:170658 - http://www.motherjones.com/politics/2012/10/most-anti-science-lawmakers-running-office

RS_2012-10.bz2.deduped.txt:171417 - http://www.motherjones.com/politics/2012/10/fisa-supreme-court-spying-warrantless-surveillance

RS_2012-10.bz2.deduped.txt:172192 - http://www.motherjones.com/blue-marble/2012/10/will-sandy-blow-away-east-coast-wind-farms

RS_2012-10.bz2.deduped.txt:172204 - http://www.motherjones.com/mojo/2012/10/pennsylvania-voter-id-misleading-billboards

RS_2012-10.bz2.deduped.txt:174837 - http://www.motherjones.com/environment/2012/10/sugar-industry-lies-campaign

RS_2012-10.bz2.deduped.txt:176918 - http://www.motherjones.com/environment/2012/10/sugar-industry-lies-campaign?page=2

RS_2012-10.bz2.deduped.txt:177431 - http://www.motherjones.com/environment/2012/10/ifixit-kyle-wiens-apple-iphone-5-teardown

RS_2012-10.bz2.deduped.txt:178731 - http://www.motherjones.com/politics/2012/10/mitt-romney-charles-spies-super-pac-obama-presidential-election?

RS_2012-10.bz2.deduped.txt:179236 - http://www.motherjones.com/mojo/2012/10/obama-ad-romney-lie-jeep-china

RS_2012-10.bz2.deduped.txt:180077 - http://www.motherjones.com/mojo/2012/10/david-corn-msnbc-new-tape-obama-business-evil

RS_2012-10.bz2.deduped.txt:180607 - http://www.motherjones.com/kevin-drum/2012/10/fema-case-study-difference-between-democrats-and-republicans

RS_v2_2007-12.xz.deduped.txt:960 - http://www.motherjones.com/mojoblog/archives/2007/12/6380_reviewing_natio.html

RS_v2_2007-12.xz.deduped.txt:1447 - http://www.motherjones.com/washington_dispatch/2007/11/contempt-leahy-summer-showdowns.html

RS_v2_2007-12.xz.deduped.txt:1709 - http://www.motherjones.com/mojoblog/archives/2007/12/6390_rove_misled_ros.html

RS_v2_2007-12.xz.deduped.txt:1710 - http://www.motherjones.com/mojoblog/archives/2007/12/6389_hummers_more_th.html

RS_v2_2007-12.xz.deduped.txt:1713 - http://www.motherjones.com/mojoblog/archives/2007/12/6383_edwards_to_obam.html

RS_v2_2007-12.xz.deduped.txt:4042 - http://www.motherjones.com/arts/feature/2007/11/schlock-and-awwww.html

RS_v2_2007-12.xz.deduped.txt:4091 - http://www.motherjones.com/commentary/fiore/2007/12/magic-of-voluntary-regulation-mark-fiore.html

RS_v2_2007-12.xz.deduped.txt:5139 - http://www.motherjones.com/commentary/tomdispatch/2007/12/zero-sum-fiasco-dilip-hiro.html

RS_v2_2007-12.xz.deduped.txt:5609 - http://www.motherjones.com/washington_dispatch/2007/12/huckabee-faith-baptist-pastor-sermons.html

RS_v2_2007-12.xz.deduped.txt:5659 - http://www.motherjones.com/news/feature/2008/01/china-eats-the-world.html

RS_v2_2007-12.xz.deduped.txt:5691 - http://www.motherjones.com/news/feature/2008/01/the-last-empire.html

RS_v2_2007-12.xz.deduped.txt:5808 - http://www.motherjones.com/washington_dispatch/2007/12/huckabee-faith-baptist-pastor-sermons.html?a=0

RS_v2_2007-12.xz.deduped.txt:6826 - http://www.motherjones.com/commentary/columns/2005/09/dragon_tales.html

RS_v2_2007-12.xz.deduped.txt:7125 - http://www.motherjones.com/commentary/columns/2007/12/iraq-surge-great-awakening-anbar.html

RS_v2_2007-12.xz.deduped.txt:7303 - http://www.motherjones.com/washington_dispatch/2007/12/huckabee-faith-baptist-pastor-sermons.html?

RS_v2_2007-12.xz.deduped.txt:7340 -
http://www.motherjones.com/news/update/2007/12/huckabee-fair-tax-fallacies.html
RS_v2_2007-12.xz.deduped.txt:8074 -
http://www.motherjones.com/washington_dispatch/2007/12/arbitration-buying-car-sue.html
RS_v2_2007-12.xz.deduped.txt:9493 -
http://www.motherjones.com/riff_blog/archives/2007/12/6583_a_study_has_fou.html
RS_v2_2007-12.xz.deduped.txt:9626 -
http://www.motherjones.com/washington_dispatch/2007/12/huckabee-homosexuality-
environmentalism-book.html
RS_v2_2007-12.xz.deduped.txt:9677 -
http://www.motherjones.com/arts/feature/2007/11/schlock-and-awwww.html#
RS_v2_2007-12.xz.deduped.txt:11470 -
http://www.motherjones.com/news/qa/2005/03/gods_politics_jim_wallis.html
RS_v2_2007-12.xz.deduped.txt:11957 -
http://www.motherjones.com/washington_dispatch/2007/12/cheney-no-justice-for-jamie-
jones.html
RS_v2_2007-12.xz.deduped.txt:12103 -
http://www.motherjones.com/washington_dispatch/2007/12/cheney-no-justice-for-jamie-
jones.html?
RS_v2_2007-12.xz.deduped.txt:12802 - http://www.motherjones.com/cgi-
bin/print_article.pl?url=http://www.motherjones.com/washington_dispatch/2007/12/cheney-no-
justice-for-jamie-jones.html
RS_v2_2007-12.xz.deduped.txt:13137 - http://www.motherjones.com/photos/political-reality-
check/
RS_v2_2007-12.xz.deduped.txt:14081 -
http://www.motherjones.com/mojoblog/archives/2007/12/6651_coming_soon_to_1.html
RS_v2_2007-12.xz.deduped.txt:14346 -
http://www.motherjones.com/news/feature/2008/01/campaign-contributions-by-industry.html
RS_v2_2007-12.xz.deduped.txt:14528 -
http://www.motherjones.com/washington_dispatch/2007/12/year-in-oversight.html
RS_v2_2007-12.xz.deduped.txt:14531 -
http://www.motherjones.com/news/feature/2008/01/campaign-contributions-by-
industry.html/34567
RS_v2_2007-12.xz.deduped.txt:15063 -
http://www.motherjones.com/washington_dispatch/2007/12/mormons-to-the-rescue.html
RS_2011-11.bz2.deduped.txt:61 - http://motherjones.com/mojo/2011/11/open-letter-oakland-
police-association-we-are-confused
RS_2011-11.bz2.deduped.txt:876 - http://motherjones.com/mojo/2011/11/kentucky-governors-
race-devolves-debate-over-hinduism
RS_2011-11.bz2.deduped.txt:1242 - http://motherjones.com/blue-marble/2011/11/coal-ash-
spills-lake-michigan
RS_2011-11.bz2.deduped.txt:1280 - http://motherjones.com/kevin-drum/2011/11/europes-
problems-start-wash-ashore
RS_2011-11.bz2.deduped.txt:1491 - http://motherjones.com/blue-marble/2011/11/coal-ash-
spills-lake-

michigan?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjon
es%2FTheBlueMarble+%28Mother+Jones+|+The+Blue+Marble%29
RS_2011-11.bz2.deduped.txt:1992 - http://m.motherjones.com/environment/2011/10/ringling-
bros-elephant-abuse
RS_2011-11.bz2.deduped.txt:2120 - http://motherjones.com/mojo/2011/11/congress-resolution-
in-god-we-trust
RS_2011-11.bz2.deduped.txt:3393 - http://motherjones.com/kevin-drum/2011/10/voter-
suppression-goes-mainstream
RS_2011-11.bz2.deduped.txt:3399 - http://motherjones.com/mojo/2011/10/afghan-prison-abuse-
united-nations-cia
RS_2011-11.bz2.deduped.txt:4127 - http://motherjones.com/kevin-drum/2011/10/axelrod-are-
republicans-deliberately-tanking-economy
RS_2011-11.bz2.deduped.txt:4919 - http://motherjones.com/mojo/2011/11/author-militia-waffle-
house-terror-plot
RS_2011-11.bz2.deduped.txt:5422 - http://motherjones.com/mojo/2011/11/georgia-terror-plot-
confederate-flag-activist
RS_2011-11.bz2.deduped.txt:5979 - http://motherjones.com/mojo/2011/11/breaking-soldier-
arrested-espionage
RS_2011-11.bz2.deduped.txt:6180 - http://motherjones.com/tom-philpott/2011/11/farm-bill-
supercommittee
RS_2011-11.bz2.deduped.txt:6235 - http://motherjones.com/mojo/2011/10/when-does-lynching-
matter-when-its-high-tech
RS_2011-11.bz2.deduped.txt:6260 - http://motherjones.com/mojo/2011/11/occupy-oakland-
general-strike-
1946?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2
Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29
RS_2011-11.bz2.deduped.txt:6285 - http://motherjones.com/mojo/2011/11/ohio-mayor-kasich-
sb-5-bargaining-lancaster
RS_2011-11.bz2.deduped.txt:6363 - http://motherjones.com/politics/2011/11/pennsylvania-
electoral-college-all-votes-matter
RS_2011-11.bz2.deduped.txt:6860 - http://motherjones.com/politics/2011/11/military-trillion-
dollar-weapons-spending
RS_2011-11.bz2.deduped.txt:6990 - http://motherjones.com/politics/2011/11/us-political-
campaign-finance-dark-money-corruption
RS_2011-11.bz2.deduped.txt:7618 - http://motherjones.com/mojo/2011/11/glenn-becks-favorite-
gold-company-charged-fraud
RS_2011-11.bz2.deduped.txt:9258 - http://motherjones.com/kevin-drum/2011/10/culture-wars-
are-everywhere
RS_2011-11.bz2.deduped.txt:10603 - http://motherjones.com/mojo/2011/11/anthony-weiner-
glenn-beck-gold
RS_2011-11.bz2.deduped.txt:10911 - http://motherjones.com/politics/2011/11/kansas-neuhaus-
tiller-abortion-doctors
RS_2011-11.bz2.deduped.txt:11415 - http://motherjones.com/politics/2011/11/ohio-issue-3-
obamacare-tea-party
RS_2011-11.bz2.deduped.txt:11792 - http://motherjones.com/mojo/2011/11/occupy-oakland-
shuts-down-port-takes-over-building

RS_2011-11.bz2.deduped.txt:12616 - http://motherjones.com/kevin-drum/2011/08/tea-party-dead-long-live-tea-party

RS_2011-11.bz2.deduped.txt:12741 - http://motherjones.com/kevin-drum/2011/11/conversation-about-greece

RS_2011-11.bz2.deduped.txt:13937 - http://motherjones.com/politics/2010/01/bank-merger-history

RS_2011-11.bz2.deduped.txt:13939 - http://motherjones.com/mojo/2011/11/sarah-palin-ohio-issue-2-union

RS_2011-11.bz2.deduped.txt:14166 - http://motherjones.com/media/2011/10/homeland-season-2-claire-danes-howard-gordon-alex-gansa

RS_2011-11.bz2.deduped.txt:14204 - http://motherjones.com/blue-marble/2011/11/energy-department-world-co2-emissions-rising-faster-ever

RS_2011-11.bz2.deduped.txt:14556 - http://motherjones.com/kevin-drum/2011/11/solar-powers-good-news

RS_2011-11.bz2.deduped.txt:14815 - http://motherjones.com/politics/2011/11/bank-transfer-day-switch-wells-fargo-credit-union

RS_2011-11.bz2.deduped.txt:15110 - http://motherjones.com/mojo/2011/11/cia-be-more-careful-its-deadly-flying-robots?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2011-11.bz2.deduped.txt:15257 - http://motherjones.com/mojo/2011/11/ohio-kasich-koch-brothers-union-issue-2

RS_2011-11.bz2.deduped.txt:15712 - http://motherjones.com/mojo/2011/11/texas-legislator-dont-try-jew-them-down

RS_2011-11.bz2.deduped.txt:15888 - http://motherjones.com/politics/2011/11/how-to-move-money-big-banks-credit

RS_2011-11.bz2.deduped.txt:18787 - http://motherjones.com/mojo/2011/11/democrats-declare-war-jan-brewer

RS_2011-11.bz2.deduped.txt:21032 - http://motherjones.com/kevin-drum/2011/11/chart-day-dying-american-dream

RS_2011-11.bz2.deduped.txt:23913 - http://motherjones.com/tom-philpott/2011/11/supermarkets-sell-fake-honey

RS_2011-11.bz2.deduped.txt:24333 - http://motherjones.com/mojo/2011/11/sb-1070-architect-might-actually-lose-his-seat

RS_2011-11.bz2.deduped.txt:24687 - http://motherjones.com/mojo/2011/11/mississippi-personhood-amendment-may-pass-tuesday

RS_2011-11.bz2.deduped.txt:25017 - http://motherjones.com/kevin-drum/2011/11/are-republicans-deliberately-sabotaging-economy

RS_2011-11.bz2.deduped.txt:25583 - http://motherjones.com/kevin-drum/2011/11/life-grand-wall-street

RS_2011-11.bz2.deduped.txt:25908 - http://motherjones.com/mojo/2011/11/texas-execution-hank-skinner-dna-testing

RS_2011-11.bz2.deduped.txt:25913 - http://motherjones.com/politics/2011/11/ohio-kasich-wisconsin-scott-walker-union

RS_2011-11.bz2.deduped.txt:25916 - http://motherjones.com/tom-philpott/2011/11/atrazine-cancer-epa

RS_2011-11.bz2.deduped.txt:25933 - http://motherjones.com/politics/2011/11/9-wall-street-execs-who-got-off-scot-free

RS_2011-11.bz2.deduped.txt:26042 - http://motherjones.com/kevin-drum/2011/11/pentagons-bulging-toy-chest

RS_2011-11.bz2.deduped.txt:28296 - http://motherjones.com/mojo/2011/11/texas-higher-ed-board-tears-apart-state-history-standards

RS_2011-11.bz2.deduped.txt:28394 - http://motherjones.com/kevin-drum/2011/11/solar-power-and-its-discontents

RS_2011-11.bz2.deduped.txt:28448 - http://motherjones.com/politics/2011/11/ohio-union-fight-preview-2012

RS_2011-11.bz2.deduped.txt:28865 - http://motherjones.com/politics/2011/11/mississippi-personhood-zygote-federal-law

RS_2011-11.bz2.deduped.txt:29144 - http://motherjones.com/kevin-drum/2011/11/how-wall-street-turned-income-inequality-gold

RS_2011-11.bz2.deduped.txt:30422 - http://motherjones.com/politics/2011/11/occupy-wall-street-war-against-poor

RS_2011-11.bz2.deduped.txt:32926 - http://motherjones.com/politics/2011/11/map-nuclear-bombs-power-weapons

RS_2011-11.bz2.deduped.txt:32981 - http://motherjones.com/politics/2011/11/nuclear-weapons-complex-budget-disarmament

RS_2011-11.bz2.deduped.txt:34712 - http://motherjones.com/blue-marble/2011/11/range-resources-psy-ops-fracking

RS_2011-11.bz2.deduped.txt:34990 - http://motherjones.com/mojo/2011/11/mississippi-rejects-zygote-personhood-amendment

RS_2011-11.bz2.deduped.txt:36043 - http://motherjones.com/mojo/2011/11/obamacare-drops-map

RS_2011-11.bz2.deduped.txt:37357 - http://motherjones.com/kevin-drum/2011/11/explaining-existence-mcrib?utm_medium=twitter&utm_source=twitterfeed

RS_2011-11.bz2.deduped.txt:38008 - http://motherjones.com/mojo/2011/11/no-austerity-gitmo

RS_2011-11.bz2.deduped.txt:39037 - http://motherjones.com/media/2011/11/mark-fiore-cartoon-supercommittee-heroes-gridlock

RS_2011-11.bz2.deduped.txt:39712 - http://motherjones.com/politics/2001/07/coors-courts-gays

RS_2011-11.bz2.deduped.txt:40518 - http://motherjones.com/kevin-drum/2011/11/ohio-just-opening-volley-coming-pension-wars

RS_2011-11.bz2.deduped.txt:40962 - http://motherjones.com/mojo/2011/11/conservative-sabotage-recall-walker-wisconsin

RS_2011-11.bz2.deduped.txt:41171 - http://motherjones.com/mojo/2011/11/conservative-sabotage-recall-walker-wisconsin?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2011-11.bz2.deduped.txt:42973 - http://motherjones.com/kevin-drum/2011/11/why-businesses-love-regulatory-complexity

RS_2011-11.bz2.deduped.txt:44707 - http://motherjones.com/politics/2011/11/why-mississippis-personhood-measure-failed

RS_2011-11.bz2.deduped.txt:46114 - http://motherjones.com/politics/2011/11/wacky-worst-nuclear-weapons

RS_2011-11.bz2.deduped.txt:46327 - http://motherjones.com/tom-philpott/2011/11/fda-walks-back-tough-talk-antibiotics-and-factory-farms

RS_2011-11.bz2.deduped.txt:49163 - http://motherjones.com/kevin-drum/2011/11/tonights-contest-finish-rick-perrys-reflection-europe

RS_2011-11.bz2.deduped.txt:49282 - http://motherjones.com/kevin-drum/2011/11/tonights-debate-highlights

RS_2011-11.bz2.deduped.txt:49289 - http://motherjones.com/mojo/2011/11/newt-gingrich-name-drops-one-world-conspiracy-theory

RS_2011-11.bz2.deduped.txt:49553 - http://motherjones.com/mojo/2011/11/conservative-sabotage-recall-walker-wisconsin#update1

RS_2011-11.bz2.deduped.txt:49580 - http://motherjones.com/mojo/2011/11/bachmann-aclu-running-cia-under-obama?1

RS_2011-11.bz2.deduped.txt:49626 - http://motherjones.com/mojo/2011/11/bachmann-aclu-running-cia-under-obama

RS_2011-11.bz2.deduped.txt:50136 - http://motherjones.com/mojo/2011/11/herman-cain-libya-which-one-was-again

RS_2011-11.bz2.deduped.txt:50150 - http://motherjones.com/mojo/2011/11/memo-mitt-theres-no-insurgency-iran?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2011-11.bz2.deduped.txt:51216 - http://motherjones.com/mojo/2011/11/bachmann-doubles-down-aclu-running-cia

RS_2011-11.bz2.deduped.txt:51932 - http://motherjones.com/politics/2011/11/scott-walker-recall-united-wisconsin

RS_2011-11.bz2.deduped.txt:52728 - http://motherjones.com/blue-marble/2011/10/rare-earths-prius-molycorp

RS_2011-11.bz2.deduped.txt:53311 - http://motherjones.com/kevin-drum/2011/11/praise-simple-regulations

RS_2011-11.bz2.deduped.txt:54378 - http://motherjones.com/blue-marble/2011/11/toxic-russian-satellite-decaying-orbit

RS_2011-11.bz2.deduped.txt:54439 - http://motherjones.com/politics/2011/11/keystone-xl-pipeline-delay-climate-change-election-issue

RS_2011-11.bz2.deduped.txt:54597 - http://motherjones.com/politics/2011/11/occupy-wall-street-police-raid-eviction

RS_2011-11.bz2.deduped.txt:54816 - http://motherjones.com/kevin-drum/2011/11/transcanada-agrees-reroute-keystone-pipeline

RS_2011-11.bz2.deduped.txt:54899 - http://motherjones.com/blue-marble/2011/11/keystone-canada-tar-sands-china

RS_2011-11.bz2.deduped.txt:55655 - http://motherjones.com/about/web-developer

RS_2011-11.bz2.deduped.txt:55878 - http://motherjones.com/mojo/2011/11/adbusters-occupy-wall-street-victory-nypd

RS_2011-11.bz2.deduped.txt:56492 - http://motherjones.com/tom-philpott/2011/11/school-lunch-frozen-pizza-tomato-paste

RS_2011-11.bz2.deduped.txt:56561 - http://motherjones.com/politics/2011/11/concealed-guns-laws

RS_2011-11.bz2.deduped.txt:56564 - http://motherjones.com/mojo/2011/11/how-pot-could-save-obamacare-supreme-court

RS_2011-11.bz2.deduped.txt:56732 - http://motherjones.com/blue-marble/2011/11/turkeys-thanksgiving-six-months

RS_2011-11.bz2.deduped.txt:58913 - http://motherjones.com/blue-marble/2011/11/birth-control-not-just-about-sex

RS_2011-11.bz2.deduped.txt:59990 - http://motherjones.com/blue-marble/2011/11/eu-bans-airport-x-ray-scanners-over-health-concerns?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjon es%2FTheBlueMarble+%28Mother+Jones+%7C+The+Blue+Marble%29

RS_2011-11.bz2.deduped.txt:60022 - http://motherjones.com/mojo/2011/11/defense-pentagon-contractor-pension?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjone s%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2011-11.bz2.deduped.txt:60184 - http://motherjones.com/mojo/2011/11/illinois-school-suspends-teacher-playing-daily-show?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones %2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2011-11.bz2.deduped.txt:60558 - http://motherjones.com/mojo/2011/11/newt-gingrich-most-expensive-historian-world

RS_2011-11.bz2.deduped.txt:60922 - http://motherjones.com/tom-philpott/2011/11/eat-your-greens-or-your-gut-gets-it

RS_2011-11.bz2.deduped.txt:61190 - http://motherjones.com/politics/2011/11/scott-walker-wisconsin-abstinence-jobs-plan

RS_2011-11.bz2.deduped.txt:63002 - http://m.motherjones.com/politics/2011/11/occupy-wall-street-police-raid-eviction

RS_2011-11.bz2.deduped.txt:63009 - http://motherjones.com/kevin-drum/2011/11/deconstructing-newt?utm_medium=twitter&utm_source=twitterfeed

RS_2011-11.bz2.deduped.txt:63322 - http://motherjones.com/kevin-drum/2011/11/raw-data-whos-working

RS_2011-11.bz2.deduped.txt:63727 - http://motherjones.com/mojo/2011/11/tweet-forensics-occupy-v-tea-party

RS_2011-11.bz2.deduped.txt:63829 - http://motherjones.com/politics/2011/11/occupy-wall-street-international-day-action

RS_2011-11.bz2.deduped.txt:66442 - http://motherjones.com/kevin-drum/2011/11/perry-obama-socialist

RS_2011-11.bz2.deduped.txt:66704 - http://motherjones.com/mojo/2011/11/america-getting-domestic-indefinite-military-detention-thanksgiving

RS_2011-11.bz2.deduped.txt:66739 - http://motherjones.com/mojo/2011/11/defense-pentagon-contractor-pension

RS_2011-11.bz2.deduped.txt:68624 - http://motherjones.com/blue-marble/2011/11/toxins-household-cleaners-tide-clorox-glade-pinesol-febreze-simplegreen

RS_2011-11.bz2.deduped.txt:69532 - http://motherjones.com/politics/2011/11/newt-gingrich-health-care-group-backs-individual-mandate

RS_2011-11.bz2.deduped.txt:69555 - http://motherjones.com/politics/2011/11/americans-elect-dark-money-campaign-finance

RS_2011-11.bz2.deduped.txt:69566 - http://motherjones.com/politics/2011/11/graphic-anti-abortion-ads-randall-terry-fcc

RS_2011-11.bz2.deduped.txt:70085 - http://motherjones.com/mojo/2011/11/tracking-journalists-arrested-occupy-protests

RS_2011-11.bz2.deduped.txt:70186 - http://motherjones.com/mojo/2011/11/were-still-war-photo-day-november-18-2011

RS_2011-11.bz2.deduped.txt:70207 - http://motherjones.com/tom-philpott/2011/11/organic-ag-more-productive

RS_2011-11.bz2.deduped.txt:71481 - http://motherjones.com/mojo/2011/11/bank-of-america-occupy-sf

RS_2011-11.bz2.deduped.txt:71554 - http://motherjones.com/mojo/2011/11/occupy-protest-coordinate-crackdown-wall-street

RS_2011-11.bz2.deduped.txt:72405 - http://motherjones.com/kevin-drum/2011/11/back-chessboard-and-future-human-race#skynet

RS_2011-11.bz2.deduped.txt:73244 - http://motherjones.com/mojo/2011/11/wisconsin-lawmaker-introduces-yet-another-personhood-measure

RS_2011-11.bz2.deduped.txt:73469 - http://motherjones.com/kevin-drum/2011/11/uc-davis-cops-pepper-spray-protesters

RS_2011-11.bz2.deduped.txt:74371 - http://motherjones.com/mojo/2011/11/cain-thinks-taliban-are-taking-over-libya

RS_2011-11.bz2.deduped.txt:76747 - http://motherjones.com/mojo/2011/11/newt-gingrich-french-revolution-culture-war

RS_2011-11.bz2.deduped.txt:77082 - http://motherjones.com/mojo/2011/11/gingrich-individual-mandate-health-care-Congress-2007

RS_2011-11.bz2.deduped.txt:77890 - http://motherjones.com/mixed-media/2011/11/church-of-scientology-rap-music-video-tom-cruise

RS_2011-11.bz2.deduped.txt:78641 - http://motherjones.com/mojo/2011/11/republican-bundler-2012-cash-president-romney

RS_2011-11.bz2.deduped.txt:78664 - http://motherjones.com/kevin-drum/2011/11/obamas-overseas-triumph

RS_2011-11.bz2.deduped.txt:78704 - http://motherjones.com/mojo/2011/11/herman-cain-muslim-doctors-scare-me

RS_2011-11.bz2.deduped.txt:79463 - http://motherjones.com/kevin-drum/2011/11/deconstructing-right-wing-alternate-reality

RS_2011-11.bz2.deduped.txt:79626 - http://motherjones.com/politics/2011/11/defense-business-board-pentagon-wall-street

RS_2011-11.bz2.deduped.txt:79867 - http://motherjones.com/mojo/2011/11/grover-norquist-supercommittee-ronald-reagan-taxes

RS_2011-11.bz2.deduped.txt:79873 - http://motherjones.com/politics/2011/11/michele-bachmann-core-of-conviction

RS_2011-11.bz2.deduped.txt:80732 - http://motherjones.com/kevin-drum/2011/11/republicans-hate-compromise-part-xvii

RS_2011-11.bz2.deduped.txt:82776 - http://motherjones.com/politics/2011/11/less-lethal-weapons-pepper-spray-uc-davis

RS_2011-11.bz2.deduped.txt:83123 - http://motherjones.com/mojo/2011/11/super-committee-fail-obama-deficit-debt

RS_2011-11.bz2.deduped.txt:83216 - http://motherjones.com/politics/2011/11/occupy-wall-street-occupied-office

RS_2011-11.bz2.deduped.txt:83384 - http://motherjones.com/tom-philpott/2011/11/cargill-export-meat-map

RS_2011-11.bz2.deduped.txt:84199 - http://motherjones.com/politics/2011/11/99-percent-ohio-issue-2-victory-worker-rights

RS_2011-11.bz2.deduped.txt:86515 - http://motherjones.com/tom-philpott/2011/11/shrimp-eyeless-gulf

RS_2011-11.bz2.deduped.txt:86807 - http://motherjones.com/mojo/2011/11/college-student-debt-occupy

RS_2011-11.bz2.deduped.txt:87045 - http://motherjones.com/politics/2011/11/glossary-police-jargon-occupy-wall-street?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2011-11.bz2.deduped.txt:88027 - http://motherjones.com/print/14907

RS_2011-11.bz2.deduped.txt:88351 - http://motherjones.com/blue-marble/2011/11/infographics-how-arctic-sea-ice-changing

RS_2011-11.bz2.deduped.txt:88571 - http://motherjones.com/politics/2011/11/jaime-brazil-herman-cain-aide-banned-securities-industry

RS_2011-11.bz2.deduped.txt:88575 - http://motherjones.com/politics/2011/11/ows-campers-what-shall-we-occupy-next

RS_2011-11.bz2.deduped.txt:89139 - http://motherjones.com/kevin-drum/2011/11/two-year-window

RS_2011-11.bz2.deduped.txt:89913 - http://motherjones.com/kevin-drum/2011/11/negotiating-fanatics

RS_2011-11.bz2.deduped.txt:93779 - http://motherjones.com/kevin-drum/2011/11/real-story-behind-black-friday

RS_2011-11.bz2.deduped.txt:94437 - http://motherjones.com/tom-philpott/2011/11/thanksgiving-thoughts-farm

RS_2011-11.bz2.deduped.txt:94476 - http://motherjones.com/kevin-drum/2011/11/real-story-behind-black-friday?utm_medium=twitter&utm_source=twitterfeed

RS_2011-11.bz2.deduped.txt:94494 - http://motherjones.com/kevin-drum/2011/11/gop-blows-yet-another-norm

RS_2011-11.bz2.deduped.txt:95061 - http://motherjones.com/kevin-drum/2011/11/raw-data-laffer-curve-rich

RS_2011-11.bz2.deduped.txt:95551 - http://motherjones.com/photoessays/2007/03/american-happiness-and-need-consume/01

RS_2011-11.bz2.deduped.txt:100161 - http://motherjones.com/politics/2010/11/gay-kids-foster-homes-bullying?page=1

RS_2011-11.bz2.deduped.txt:100584 - http://motherjones.com/blue-marble/2011/11/eu-bans-airport-x-ray-scanners-over-health-concerns

RS_2011-11.bz2.deduped.txt:103114 - http://motherjones.com/tom-philpott/2011/11/sara-lee-memo-leaked

RS_2011-11.bz2.deduped.txt:103763 - http://motherjones.com/politics/2011/04/newt-gingrich-greatest-rhetorical-hits?page=1

RS_2011-11.bz2.deduped.txt:104226 - http://motherjones.com/kevin-drum/2011/11/skilled-jobs-go-begging-not-quite

RS_2011-11.bz2.deduped.txt:104835 - http://motherjones.com/politics/2011/11/jessicas-law-surveillance-corporations

RS_2011-11.bz2.deduped.txt:106919 - http://motherjones.com/mojo/2011/11/senate-begins-debate-bill-would-authorize-indefinite-detention-americans

RS_2011-11.bz2.deduped.txt:107140 - http://motherjones.com/mojo/2011/11/is-adultery-illegal-map

RS_2011-11.bz2.deduped.txt:107942 - http://motherjones.com/mojo/2011/11/okay-maybe-aclu-running-cia-after-all-not-all

RS_2011-11.bz2.deduped.txt:107945 - http://motherjones.com/mojo/2011/11/will-obama-bow-birth-control

RS_2011-11.bz2.deduped.txt:108788 - http://motherjones.com/blue-marble/2011/11/climate-message-gets-clarity

RS_2011-11.bz2.deduped.txt:108897 - http://motherjones.com/slideshows/2011/08/india-water-crisis-suicide-women/manuala-betwa

RS_2011-11.bz2.deduped.txt:113090 - http://motherjones.com/mojo/2011/11/96-year-olds-foreclosure-fraud-lawsuit-move-forward

RS_2011-11.bz2.deduped.txt:113395 - http://motherjones.com/mojo/2011/11/abortion-defense-authorization-bill

RS_2011-11.bz2.deduped.txt:113566 - http://motherjones.com/mojo/2011/11/abortion-defense-authorization-bill?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2011-11.bz2.deduped.txt:113760 - http://motherjones.com/print/141917

RS_v2_2009-08.xz.deduped.txt:2363 - http://www.motherjones.com/politics/2009/07/how-serial-war-became-american-way-life

RS_v2_2009-08.xz.deduped.txt:2367 - http://www.motherjones.com/blue-marble/2009/07/creationist-girl-scout-honored

RS_v2_2009-08.xz.deduped.txt:4788 - http://www.motherjones.com/mojo/2009/08/chuck-norris-challenges-obama-birth-certificate

RS_v2_2009-08.xz.deduped.txt:4848 - http://www.motherjones.com/mojo/2009/08/blackwater-erik-prince-assassinations-weapons-smuggling-wife-swapping

RS_v2_2009-08.xz.deduped.txt:5503 - http://www.motherjones.com/blue-marble/2009/08/response-climate-change-seasteading

RS_v2_2009-08.xz.deduped.txt:5950 - http://www.motherjones.com/environment/2009/07/corn-syrups-mercury-surprise

RS_v2_2009-08.xz.deduped.txt:6350 - http://www.motherjones.com/riff/2009/07/call-wild-cougars-palo-alto-ca

RS_v2_2009-08.xz.deduped.txt:6374 - http://www.motherjones.com/mojo/2009/08/blackwater-responds-murder-allegations

RS_v2_2009-08.xz.deduped.txt:6386 - http://www.motherjones.com/blue-marble/2009/07/italy-oks-abortion-pill

RS_v2_2009-08.xz.deduped.txt:9240 - http://www.motherjones.com/riff/2009/08/creationist-museum-tax-fraud

RS_v2_2009-08.xz.deduped.txt:9269 - http://www.motherjones.com/politics/2008/09/another-walter-reed-type-scandal

RS_v2_2009-08.xz.deduped.txt:9905 - http://www.motherjones.com/riff/2009/08/day-without-right-wing-wack-job

RS_v2_2009-08.xz.deduped.txt:9981 - http://www.motherjones.com/mojo/2009/08/justice-comes-alberto-gonzales

RS_v2_2009-08.xz.deduped.txt:11159 - http://www.motherjones.com/print/26168

RS_v2_2009-08.xz.deduped.txt:11844 - http://www.motherjones.com/politics/2009/08/meet-birthers

RS_v2_2009-08.xz.deduped.txt:13465 - http://www.motherjones.com/blue-marble/2009/08/exxon-ignores-50000-people-and-threatens-rare-whales

RS_v2_2009-08.xz.deduped.txt:15084 - http://www.motherjones.com/politics/2009/09/fiji-spin-bottle

RS_v2_2009-08.xz.deduped.txt:15539 - http://www.motherjones.com/politics/2006/05/look-numbers-how-rich-get-richer

RS_v2_2009-08.xz.deduped.txt:16477 - http://www.motherjones.com/blue-marble/2009/08/cute-animal-danger

RS_v2_2009-08.xz.deduped.txt:17196 - http://www.motherjones.com/mojo/2009/08/obamas-insurance-plan-comes-right-wing-think-tank

RS_v2_2009-08.xz.deduped.txt:21828 - http://www.motherjones.com/print/25997

RS_v2_2009-08.xz.deduped.txt:22601 - http://www.motherjones.com/kevin-drum/2009/08/fighting-ghosts

RS_v2_2009-08.xz.deduped.txt:23163 - http://www.motherjones.com/blue-marble/2009/08/cute-animal-danger-dugong

RS_v2_2009-08.xz.deduped.txt:24275 - http://www.motherjones.com/mojo/2009/08/families-hikers-detained-iran-speak-out

RS_v2_2009-08.xz.deduped.txt:24762 - http://www.motherjones.com/kevin-drum/2009/08/healthcare-maneuvering

RS_v2_2009-08.xz.deduped.txt:27962 - http://www.motherjones.com/politics/2009/09/fiji-spin-bottle?page=1

RS_v2_2009-08.xz.deduped.txt:28307 - http://www.motherjones.com/mojo/2009/08/blackwater-too-big-fail

RS_v2_2009-08.xz.deduped.txt:29928 - http://www.motherjones.com/kevin-drum/2009/08/paragraphs

RS_v2_2009-08.xz.deduped.txt:30992 - http://www.motherjones.com/politics/2009/08/defense-industry-secret-weapon

RS_v2_2009-08.xz.deduped.txt:32049 - http://www.motherjones.com/mojo/2009/08/importance-sleep-deprivation

RS_v2_2009-08.xz.deduped.txt:34966 - http://www.motherjones.com/politics/2008/07/what-do-prisoners-make-victorias-secret

RS_v2_2009-08.xz.deduped.txt:35758 - http://www.motherjones.com/blue-marble/2009/08/exxonmobil-green-company-year-0

RS_v2_2009-08.xz.deduped.txt:37340 - http://www.motherjones.com/politics/2009/09/few-good-kids

RS_v2_2009-08.xz.deduped.txt:37342 - http://www.motherjones.com/toc/2009/09/editors-note

RS_2014-07.bz2.deduped.txt:1512 - http://www.motherjones.com/politics/2014/06/how-obama-can-make-sure-hobby-lobby-female-employees-are-covered

RS_2014-07.bz2.deduped.txt:4147 - http://www.motherjones.com/mixed-media/2014/07/guy-gets-it

RS_2014-07.bz2.deduped.txt:4626 - http://www.motherjones.com/environment/2014/06/hank-paulson-robert-rubin-fareed-zakaria-climate

RS_2014-07.bz2.deduped.txt:4792 - http://www.motherjones.com/politics/2012/02/calculator-birth-control-expensive-really-cost

RS_2014-07.bz2.deduped.txt:4917 - http://www.motherjones.com/mojo/2014/07/union-harris-quinn-lawsuits-abood-supreme-court

RS_2014-07.bz2.deduped.txt:5518 - http://www.motherjones.com/kevin-drum/2014/07/theres-some-serious-weirdness-state-maine

RS_2014-07.bz2.deduped.txt:5677 - http://www.motherjones.com/mojo/2014/07/judge-just-destroyed-stupidest-argument-against-gay-marriage-ever

RS_2014-07.bz2.deduped.txt:8009 - http://www.motherjones.com/mixed-media/2014/07/belgium-world-cup-flanders-wallonia

RS_2014-07.bz2.deduped.txt:8026 - http://www.motherjones.com/kevin-drum/2014/07/take-two-hobby-lobby-was-about-more-abortion-after-all

RS_2014-07.bz2.deduped.txt:8379 - http://www.motherjones.com/mixed-media/2014/07/new-wonder-woman-artist-doesnt-want-wonder-woman-be-feminist

RS_2014-07.bz2.deduped.txt:8781 - http://www.motherjones.com/politics/2014/06/hobby-lobby-supreme-court-bush-v-gore

RS_2014-07.bz2.deduped.txt:10405 - http://www.motherjones.com/politics/2014/07/hobby-lobby-bill-gothard-institute-basic-life-principles

RS_2014-07.bz2.deduped.txt:11090 - http://www.motherjones.com/environment/2014/07/aquaculture-feed-algae-nuts-mcfarland-springs-kenny-belov

RS_2014-07.bz2.deduped.txt:12070 - http://www.motherjones.com/politics/2006/10/when-corporation-freed-slave

RS_2014-07.bz2.deduped.txt:14496 - http://www.motherjones.com/politics/2012/07/obama-bush-immigration-enforcement

RS_2014-07.bz2.deduped.txt:17287 - http://www.motherjones.com/politics/2014/07/supreme-court-scotus-hobby-lobby-all-forms-contraception

RS_2014-07.bz2.deduped.txt:17541 - http://www.motherjones.com/politics/2014/07/supreme-court-worst-scientific-blunders

RS_2014-07.bz2.deduped.txt:17652 - http://www.motherjones.com/politics/2014/07/mary-jo-white-sec-wall-street

RS_2014-07.bz2.deduped.txt:18663 - http://www.motherjones.com/poMore%20probllitics/2014/07/supreme-court-scotus-hobby-lobby-all-forms-contraception

RS_2014-07.bz2.deduped.txt:24207 - http://www.motherjones.com/mojo/2014/07/hobby-lobbys-other-problem

RS_2014-07.bz2.deduped.txt:26452 - http://www.motherjones.com/mixed-media/2014/07/jaws-ridiculous-say-kids-who-owe-everything-jaws

RS_2014-07.bz2.deduped.txt:27158 - http://www.motherjones.com/politics/2014/06/even-international-quidditch-has-concussion-problem

RS_2014-07.bz2.deduped.txt:28113 - http://www.motherjones.com/mojo/2014/07/obama-marketplace-ryssdal-wall-street

RS_2014-07.bz2.deduped.txt:28211 - http://m.motherjones.com/mixed-media/2014/07/jaws-ridiculous-say-kids-who-owe-everything-jaws

RS_2014-07.bz2.deduped.txt:29090 - http://www.motherjones.com/kevin-drum/2011/02/unions-and-growth

RS_2014-07.bz2.deduped.txt:31782 - http://www.motherjones.com/politics/2014/07/supreme-court-worst-scientific-blunders?google_editors_picks=true

RS_2014-07.bz2.deduped.txt:31915 - http://www.motherjones.com/politics/2014/06/bail-bond-prison-industry

RS_2014-07.bz2.deduped.txt:32586 - http://www.motherjones.com/kevin-drum/2014/07/heres-what-happens-when-you-challenge-cia-through-proper-channels

RS_2014-07.bz2.deduped.txt:32941 - http://www.motherjones.com/mixed-media/2014/07/bill-hillary-clinton-musical-new-york-exclusive-audio-photos

RS_2014-07.bz2.deduped.txt:33572 - http://www.motherjones.com/kevin-drum/2014/07/nsa-said-edward-snowden-had-no-access-surveillance-intercepts-they-lied

RS_2014-07.bz2.deduped.txt:36103 - http://www.motherjones.com/environment/2014/07/water-supply-key-outcome-conflicts-iraq-and-syria

RS_2014-07.bz2.deduped.txt:37469 - http://m.motherjones.com/environment/2014/06/uninspected-oil-gas-wells-map

RS_2014-07.bz2.deduped.txt:39145 - http://www.motherjones.com/politics/2014/07/us-states-tightness-looseness-map

RS_2014-07.bz2.deduped.txt:41031 - http://www.motherjones.com/mojo/2014/07/guantanamo-bay-hobby-lobby-decision-court-filing-read

RS_2014-07.bz2.deduped.txt:41352 - http://www.motherjones.com/politics/2014/07/us-military-trained-general-prabowo-indonesia-president-human-rights

RS_2014-07.bz2.deduped.txt:42150 - http://www.motherjones.com/environment/2014/07/incredible-whale-poop-might-help-fight-climate-change

RS_2014-07.bz2.deduped.txt:42398 - http://www.motherjones.com/environment/2014/07/supertyphoon-neoguri-japan-nuclear-plants-fukushima

RS_2014-07.bz2.deduped.txt:42557 - http://m.motherjones.com/mojo/2014/07/guantanamo-bay-hobby-lobby-decision-court-filing-read

RS_2014-07.bz2.deduped.txt:46782 - http://www.motherjones.com/politics/2014/07/eugene-scalia-court-antonin-financial-reform-dodd-frank

RS_2014-07.bz2.deduped.txt:48198 - http://www.motherjones.com/politics/1998/07/generation

RS_2014-07.bz2.deduped.txt:49438 - http://www.motherjones.com/environment/2014/07/97-percent-climate-consensus-pie-charts

RS_2014-07.bz2.deduped.txt:53039 - http://www.motherjones.com/mixed-media/2014/07/emma-watson-un-women-goodwill-ambassador-crashes-website

RS_2014-07.bz2.deduped.txt:53078 - http://www.motherjones.com/politics/2014/07/joe-biden-brazil-interrogation-report-world-cup

RS_2014-07.bz2.deduped.txt:54384 - http://www.motherjones.com/kevin-drum/2014/07/yet-another-day-republican-scumbaggery

RS_2014-07.bz2.deduped.txt:55260 - http://www.motherjones.com/politics/2014/07/larry-smith-obama-munchausen-syndrome

RS_2014-07.bz2.deduped.txt:55862 - http://www.motherjones.com/politics/2014/07/texas-we-dont-turn-our-back-children

RS_2014-07.bz2.deduped.txt:61560 - http://www.motherjones.com/environment/2014/07/climate-denial-wealth-rich-republicans

RS_2014-07.bz2.deduped.txt:61892 - http://www.motherjones.com/media/2014/07/facebook-studies

RS_2014-07.bz2.deduped.txt:62412 - http://www.motherjones.com/politics/2014/07/how-supreme-court-turned-corporations-people-200-year-saga

RS_2014-07.bz2.deduped.txt:63859 - http://m.motherjones.com/environment/2014/07/climate-denial-wealth-rich-republicans

RS_2014-07.bz2.deduped.txt:63913 - http://www.motherjones.com/politics/2014/07/georgia-gop-racist-slur-john-padgett

RS_2014-07.bz2.deduped.txt:64064 - http://www.motherjones.com/mixed-media/2014/07/facebook-thailand-military-false-login

RS_2014-07.bz2.deduped.txt:66958 - http://www.motherjones.com/politics/2014/07/mitch-mcconnell-paul-ryan-budget-lundergan-grimes

RS_2014-07.bz2.deduped.txt:67266 - http://www.motherjones.com/media/2014/07/cosmos-neil-degrasse-tyson-emmys

RS_2014-07.bz2.deduped.txt:67343 - http://www.motherjones.com/politics/2014/07/domestic-violence-guns-bills-texas-haskell-stay-murder

RS_2014-07.bz2.deduped.txt:67404 - http://www.motherjones.com/mojo/2014/07/montana-public-corruption-prosecution

RS_2014-07.bz2.deduped.txt:70141 - http://www.motherjones.com/mojo/2014/07/lobbying-executive-pay

RS_2014-07.bz2.deduped.txt:71444 - http://www.motherjones.com/mixed-media/2014/07/george-r-r-martin-death-watch-game-thrones-series

RS_2014-07.bz2.deduped.txt:71918 - http://www.motherjones.com/politics/2014/07/domestic-violence-guns-bills-texas-haskell-stay-murder?path=reddit

RS_2014-07.bz2.deduped.txt:72898 - http://www.motherjones.com/politics/2014/07/was-camp-bucca-pressure-cooker-extremism

RS_2014-07.bz2.deduped.txt:82202 - http://www.motherjones.com/mojo/2014/07/mexico-central-american-migrants-train-beast

RS_2014-07.bz2.deduped.txt:84800 - http://www.motherjones.com/environment/2014/07/climate-optimists-not-climate-deniers-heartland-institute-conference

RS_2014-07.bz2.deduped.txt:85337 - http://www.motherjones.com/print/255886

RS_2014-07.bz2.deduped.txt:86211 - http://www.motherjones.com/politics/2014/07/immigration-courts-backlog-child-migrant-crisis

RS_2014-07.bz2.deduped.txt:86218 - http://www.motherjones.com/politics/2014/07/epi-study-restaurant-ceo-minimum-wage-workers-pay-gap

RS_2014-07.bz2.deduped.txt:87089 - http://www.motherjones.com/tom-philpott/2014/07/your-almond-habit-sucking-califoirnia-dry

RS_2014-07.bz2.deduped.txt:87120 - http://www.motherjones.com/media/2014/07/can-next-big-sound-predict-future-music

RS_2014-07.bz2.deduped.txt:87227 - http://www.motherjones.com/politics/2014/07/obama-bush-state-secrets-no-fly-list

RS_2014-07.bz2.deduped.txt:90610 - http://www.motherjones.com/politics/2014/07/7-billion-citigroup-settlement-department-justice

RS_2014-07.bz2.deduped.txt:91078 - http://www.motherjones.com/mojo/2014/07/bleachers-jack-antonoff-strange-desire

RS_2014-07.bz2.deduped.txt:91251 - http://www.motherjones.com/mojo/2014/07/phil-gingrey-migrant-ebola-vaccines

RS_2014-07.bz2.deduped.txt:94628 - http://www.motherjones.com/politics/2014/07/alabama-energy-election-chip-beeker-terry-dunn

RS_2014-07.bz2.deduped.txt:95074 - http://www.motherjones.com/kevin-drum/2014/07/supreme-court-approval-its-all-partisan-baby

RS_2014-07.bz2.deduped.txt:95505 - http://www.motherjones.com/politics/2014/07/biology-ideology-john-hibbing-negativity-bias

RS_2014-07.bz2.deduped.txt:96689 - http://m.motherjones.com/politics/2014/07/biology-ideology-john-hibbing-negativity-bias

RS_2014-07.bz2.deduped.txt:96861 - http://www.motherjones.com/politics/2014/07/mitch-mcconnell-says-workplace-sexism-over

RS_2014-07.bz2.deduped.txt:98839 - http://www.motherjones.com/kevin-drum/2014/07/irs-scandal-finally-reaches-its-endgame

RS_2014-07.bz2.deduped.txt:99707 - http://www.motherjones.com/politics/2014/07/shena-gutierrez-us-mexico-border-constitution-die

RS_2014-07.bz2.deduped.txt:102589 - http://www.motherjones.com/mojo/2014/07/last-week-tonight-john-oliver-rant-income-inequality

RS_2014-07.bz2.deduped.txt:104184 - http://www.motherjones.com/mojo/2014/07/gop-congressional-candidate-mistakes-ymca-campers-migrant-kids

RS_2014-07.bz2.deduped.txt:104725 - http://www.motherjones.com/tom-philpott/2014/07/lay-off-almond-milk-ignorant-hipsters

RS_2014-07.bz2.deduped.txt:104761 - http://www.motherjones.com/mojo/2014/07/jose-antonio-vargas-released-texas-immigration

RS_2014-07.bz2.deduped.txt:104825 - http://m.motherjones.com/mojo/2012/02/should-wyoming-build-aircraft-carrier

RS_2014-07.bz2.deduped.txt:105271 - http://www.motherjones.com/blue-marble/2014/07/california-drought-report-economy-groundwater

RS_2014-07.bz2.deduped.txt:105666 - http://www.motherjones.com/mojo/2014/07/chris-christie-iowa-judges-attack-ads

RS_2014-07.bz2.deduped.txt:105795 - http://m.motherjones.com/documents/1221406-a-federal-judge-just-ruled-californias-death

RS_2014-07.bz2.deduped.txt:108074 - http://www.motherjones.com/mojo/2014/07/hillary-clinton-daily-show-jon-stewart

RS_2014-07.bz2.deduped.txt:108129 - http://www.motherjones.com/environment/2014/07/school-lunch-conference-cheetos?google_editors_picks=true

RS_2014-07.bz2.deduped.txt:108179 - http://www.motherjones.com/kevin-drum/2014/07/goal-six-californias-remains-mystery

RS_2014-07.bz2.deduped.txt:109156 - http://www.motherjones.com/mixed-media/2014/07/demi-lovato-gay-rights-video-marriage-equality-human-rights-campaign

RS_2014-07.bz2.deduped.txt:111737 - http://www.motherjones.com/mojo/2014/07/todd-akin-still-talking-about-rape-some-reason

RS_2014-07.bz2.deduped.txt:112049 - http://www.motherjones.com/politics/2014/07/carl-deal-tia-lessin-directors-citizen-koch

RS_2014-07.bz2.deduped.txt:112534 - http://www.motherjones.com/politics/2014/07/25-reasons-conservatives-want-to-impeach-obama

RS_2014-07.bz2.deduped.txt:112554 - http://www.motherjones.com/media/2014/07/contact-puss-n-boots-norah-jones-sasha-dobson-catherine-popper-no-fools-no-fun

RS_2014-07.bz2.deduped.txt:113336 - http://www.motherjones.com/environment/2014/07/now-google-street-view-mapping-gas-pipeline-leaks

RS_2014-07.bz2.deduped.txt:116719 - http://www.motherjones.com/mojo/2014/07/steve-pearce-honduras-safe

RS_2014-07.bz2.deduped.txt:116801 - http://www.motherjones.com/mixed-media/2014/07/conservatives-archie-captain-america-freak-out

RS_2014-07.bz2.deduped.txt:119007 - http://www.motherjones.com/politics/2014/07/fundraiser-rick-scott-florida-geo-group

RS_2014-07.bz2.deduped.txt:120053 - http://www.motherjones.com/politics/2014/07/kentuckys-answer-domestic-violence-offenders-shooting-victims-more-guns

RS_2014-07.bz2.deduped.txt:120243 - http://www.motherjones.com/mojo/2014/07/terri-lynn-land-forgot-bank-account

RS_2014-07.bz2.deduped.txt:122329 - http://www.motherjones.com/environment/2014/07/canada-wildfires-climate-change-feedbacks

RS_2014-07.bz2.deduped.txt:122885 - http://www.motherjones.com/mojo/2014/07/david-vitter-deportation-proposal-requires-more-planes-exist-on-earth

RS_2014-07.bz2.deduped.txt:124070 - http://www.motherjones.com/environment/2014/07/pity-poor-school-food-professional

RS_2014-07.bz2.deduped.txt:125962 - http://www.motherjones.com/politics/2014/07/child-migrant-ellis-island-history

RS_2014-07.bz2.deduped.txt:126395 - http://www.motherjones.com/politics/2014/07/can-obama-weather-geopolitical-storm-ukraine-gaza-iraq

RS_2014-07.bz2.deduped.txt:126606 - http://www.motherjones.com/tom-philpott/2014/07/silent-spring-eternal-epa-dithers-while-popular-pesticide-threatens-ecosystems

RS_2014-07.bz2.deduped.txt:126953 - http://www.motherjones.com/media/2014/06/nicholas-carr-smartphones-turning-us-impatient-irritable-monsters

RS_2014-07.bz2.deduped.txt:127732 - http://www.motherjones.com/politics/2014/07/malaysia-airlines-ukraine-crash-mh17-planes-military-shot-down

RS_2014-07.bz2.deduped.txt:134969 - http://www.motherjones.com/media/2014/07/new-york-punk-photos-playground-white-trash-uncut

RS_2014-07.bz2.deduped.txt:135725 - http://www.motherjones.com/politics/2014/07/congress-unemployment-insurance-extension

RS_2014-07.bz2.deduped.txt:138736 - http://www.motherjones.com/mojo/2014/07/deval-patrick-child-immigration-shelter-speech

RS_2014-07.bz2.deduped.txt:139672 - http://www.motherjones.com/politics/2014/07/melbourne-aids-conference-mh17-victims-mourned
RS_2014-07.bz2.deduped.txt:139845 - http://www.motherjones.com/politics/2014/07/dodd-frank-still-not-implemented-four-years-later
RS_2014-07.bz2.deduped.txt:142308 - http://www.motherjones.com/environment/2014/07/california-halts-injection-fracking-waste-warning-may-contaminate-aquifers
RS_2014-07.bz2.deduped.txt:142559 - http://www.motherjones.com/politics/2014/07/car-loans-subprime-crisis-republicans
RS_2014-07.bz2.deduped.txt:144155 - http://www.motherjones.com/mojo/2014/07/rand-paul-obama-minimum-wage
RS_2014-07.bz2.deduped.txt:145753 - http://www.motherjones.com/documents/1225667-king-usca4-20140722
RS_2014-07.bz2.deduped.txt:145776 - http://www.motherjones.com/mixed-media/2014/07/way-we-live-now
RS_2014-07.bz2.deduped.txt:146970 - http://www.motherjones.com/politics/2014/07/halbig-burwell-dc-circuit-court-obamacare
RS_2014-07.bz2.deduped.txt:147186 - http://www.motherjones.com/politics/2014/07/anonymous-cyberattack-israel-gaza
RS_2014-07.bz2.deduped.txt:148384 - http://www.motherjones.com/mojo/2014/07/unaccompanied-child-migrants-younger-than-five-pew-research
RS_2014-07.bz2.deduped.txt:148821 - http://www.motherjones.com/print/248801
RS_2014-07.bz2.deduped.txt:149092 - http://www.motherjones.com/kevin-drum/2014/07/republicans-its-all-going-according-plan
RS_2014-07.bz2.deduped.txt:149576 - http://www.motherjones.com/politics/2010/03/temporary-marriage-iran-islam
RS_2014-07.bz2.deduped.txt:150837 - http://www.motherjones.com/politics/2014/07/watch-abortion-access-melt-away-texas
RS_2014-07.bz2.deduped.txt:150855 - http://www.motherjones.com/politics/2014/07/israel-gaza-united-states-assistance-unrwa
RS_2014-07.bz2.deduped.txt:151503 - http://motherjones.com/environment/2014/07/climate-denial-us-uk-australia-canada-english
RS_2014-07.bz2.deduped.txt:152673 - http://www.motherjones.com/environment/2014/07/climate-denial-us-uk-australia-canada-english
RS_2014-07.bz2.deduped.txt:155637 - http://www.motherjones.com/politics/2014/07/glenn-beck-tells-common-core-activists-not-to-use-his-name
RS_2014-07.bz2.deduped.txt:160885 - http://www.motherjones.com/politics/2014/07/halliburton-ohio-river-spill-fracking
RS_2014-07.bz2.deduped.txt:161151 - http://www.motherjones.com/media/2014/07/contact-aaron-freeman-gene-ween-sober-new-album
RS_2014-07.bz2.deduped.txt:162390 - http://www.motherjones.com/mixed-media/2014/07/stephen-colbert-six-californias-tim-draper

RS_2014-07.bz2.deduped.txt:162613 - http://www.motherjones.com/politics/2014/07/ftc-issa-rockefeller-labmd-cause-of-action

RS_2014-07.bz2.deduped.txt:165148 - http://www.motherjones.com/kevin-drum/2014/07/great-third-pound-burger-ripoff

RS_2014-07.bz2.deduped.txt:165224 - http://www.motherjones.com/kevin-drum/2014/07/john-boehner-invites-obama-ignore-congress-immigration

RS_2014-07.bz2.deduped.txt:166880 - http://www.motherjones.com/kevin-drum/2014/07/nobody-knows-what-makes-good-ceo

RS_2014-07.bz2.deduped.txt:167494 - http://www.motherjones.com/blue-marble/2014/07/popular-conspiracy-site-likens-pro-gmo-journalists-nazi-collaborators

RS_2014-07.bz2.deduped.txt:168108 - http://www.motherjones.com/politics/2014/07/halliburton-ohio-river-spill-fracking/

RS_2014-07.bz2.deduped.txt:169250 - http://www.motherjones.com/politics/2014/07/paul-ryan-anti-poverty-plan-would-cost-billions

RS_2014-07.bz2.deduped.txt:169577 - http://m.motherjones.com/mixed-media/2014/07/ray-rice-suspension-marijuana

RS_2014-07.bz2.deduped.txt:170629 - http://www.motherjones.com/mojo/2014/07/republican-house-child-tax-credit-bill

RS_2014-07.bz2.deduped.txt:172445 - http://www.motherjones.com/kevin-drum/2014/07/57-republicans-want-impeach-obama

RS_2014-07.bz2.deduped.txt:174177 - http://www.motherjones.com/politics/2014/07/georgia-governor-nathan-deal-ethics-commission

RS_2014-07.bz2.deduped.txt:174616 - http://www.motherjones.com/politics/2014/07/halliburton-ohio-river-spill-fracking?utm_content=bufferee60a&utm_medium=social&utm_source=twitter.com&utm_campaign=buffer

RS_2014-07.bz2.deduped.txt:182596 - http://www.motherjones.com/blue-marble/2014/07/cell-phone-unlock-obama

RS_2014-07.bz2.deduped.txt:185345 - http://www.motherjones.com/environment/2014/07/vitamin-k-injection-infants-safety

RS_2014-07.bz2.deduped.txt:185498 - http://www.motherjones.com/environment/2014/07/apple-eyes-solar-power-cloud-and-iphone-6-sapphire-manufacturing

RS_2014-07.bz2.deduped.txt:188144 - http://www.motherjones.com/kevin-drum/2014/07/house-republicans-pass-bill-lower-taxes-rich-and-raise-taxes-poor

RS_2014-07.bz2.deduped.txt:191380 - http://www.motherjones.com/mojo/2014/07/federal-court-voids-dc-gun-restrictions

RS_2014-07.bz2.deduped.txt:192704 - http://www.motherjones.com/politics/2014/07/ukraine-russia-fracking-putin

RS_2014-07.bz2.deduped.txt:192815 - http://www.motherjones.com/politics/2014/07/consumer-financial-protection-bureau-complaints-banks

RS_2014-07.bz2.deduped.txt:192920 - http://www.motherjones.com/politics/2014/07/robert-dowlut-nra-murder-mystery

RS_2014-07.bz2.deduped.txt:193475 - http://www.motherjones.com/tom-philpott/2014/07/federal-agency-finds-neonic-pesticides-midwestern-water

RS_2014-07.bz2.deduped.txt:193994 - http://m.motherjones.com/mixed-media/2014/07/international-tiger-day
RS_2014-07.bz2.deduped.txt:194538 - http://www.motherjones.com/politics/2014/07/primary-court-documents-nra-murder-mystery
RS_2014-07.bz2.deduped.txt:194768 - http://www.motherjones.com/kevin-drum/2014/07/color-me-skeptical-about-guaranteed-income-all
RS_2014-07.bz2.deduped.txt:200779 - http://www.motherjones.com/mixed-media/2014/07/history-photo-jimmy-hoffa-july-30
RS_2014-07.bz2.deduped.txt:200789 - http://www.motherjones.com/tom-philpott/2014/07/craft-beer-revival
RS_2014-07.bz2.deduped.txt:200825 - http://www.motherjones.com/politics/2014/07/guns-domestic-violence-mass-shooting-maine
RS_2014-07.bz2.deduped.txt:201221 - http://www.motherjones.com/politics/2014/07/freedomworks-switzerland-richard-stephenson-matt-kibbe
RS_2014-07.bz2.deduped.txt:201452 - http://www.motherjones.com/politics/2014/07/freedomworks-switzerland-richard-stephenson-matt-kibbe?google_editors_picks=true
RS_2014-07.bz2.deduped.txt:202724 - http://www.motherjones.com/politics/2014/07/domestic-violence-gun-hearing
RS_2014-07.bz2.deduped.txt:202929 - http://www.motherjones.com/kevin-drum/2014/07/republicans-still-holding-virtually-all-obama-appointments
RS_2014-07.bz2.deduped.txt:203432 - http://www.motherjones.com/environment/2014/07/downside-no-kill-dairies
RS_2014-07.bz2.deduped.txt:206444 - http://www.motherjones.com/mojo/2010/04/rep-hank-johnson-thinks-guam-could-capsize
RS_2014-07.bz2.deduped.txt:207244 - http://www.motherjones.com/mixed-media/2014/07/confused-cats-against-feminism-purrfect-anti-feminist-women
RS_2014-07.bz2.deduped.txt:208819 - http://www.motherjones.com/politics/2014/07/paul-ryan-refuses-talk-about-cost-his-anti-poverty-plan
RS_2014-07.bz2.deduped.txt:208937 - http://www.motherjones.com/politics/2014/07/texas-mandatory-adoption-seminar-before-abortion
RS_2014-07.bz2.deduped.txt:208964 - http://www.motherjones.com/kevin-drum/2014/07/republicans-about-blow-emergency-border-crisis-funding
RS_2014-07.bz2.deduped.txt:209321 - http://www.motherjones.com/politics/2014/07/mitch-mcconnell-freedomworks-stimulus-senate-obama
RS_2014-07.bz2.deduped.txt:210134 - http://www.motherjones.com/mojo/2014/07/gaza-conflict-divides-congressional-progressives
RS_2014-07.bz2.deduped.txt:211612 - http://www.motherjones.com/kevin-drum/2014/07/why-american-politics-broken-one-sentence
RS_2014-07.bz2.deduped.txt:211826 - http://www.motherjones.com/kevin-drum/2014/07/quote-day-press-loves-cover-her-hard
RS_2014-07.bz2.deduped.txt:211838 - http://www.motherjones.com/environment/2014/07/thom-tillis-kay-hagan-duke-coal-ash-spill
RS_2014-07.bz2.deduped.txt:212883 - http://www.motherjones.com/environment/2014/07/we-are-making-ebola-worse

RS_2011-04.bz2.deduped.txt:648 - http://motherjones.com/blue-marble/2011/03/indiana-shoots-down-rapeincest-abortion-exceptions

RS_2011-04.bz2.deduped.txt:703 - http://motherjones.com/mojo/2011/04/rick-scott-slashes-funds-disabled

RS_2011-04.bz2.deduped.txt:1112 - http://motherjones.com/kevin-drum/2011/03/obamas-judgment

RS_2011-04.bz2.deduped.txt:2619 - http://motherjones.com/mojo/2011/03/gop-cant-say-uterus-statehouse-floor-florida?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2011-04.bz2.deduped.txt:3795 - http://motherjones.com/mojo/2011/03/indiana-shoots-down-rapeincest-abortion-exceptions

RS_2011-04.bz2.deduped.txt:4637 - http://motherjones.com/mojo/2011/04/senate-dems-gop-drop-riders

RS_2011-04.bz2.deduped.txt:4723 - http://motherjones.com/mojo/2011/04/unions-vs-rich-businessmen-who-funds-democrats

RS_2011-04.bz2.deduped.txt:4774 - http://motherjones.com/mojo/2011/03/abortion-taxman-cometh

RS_2011-04.bz2.deduped.txt:4876 - http://motherjones.com/blue-marble/2011/04/whats-so-special-about-white-whale

RS_2011-04.bz2.deduped.txt:4926 - http://motherjones.com/mojo/2011/04/reproductive-rights-war-goes-global

RS_2011-04.bz2.deduped.txt:5093 - http://motherjones.com/kevin-drum/2011/04/politics-rich-rich-rich

RS_2011-04.bz2.deduped.txt:6278 - http://motherjones.com/kevin-drum/2011/04/books-zeitgeist

RS_2011-04.bz2.deduped.txt:6296 - http://motherjones.com/politics/2011/03/obama-appeal-fcc-indecency-case

RS_2011-04.bz2.deduped.txt:7160 - http://motherjones.com/mojo/2011/04/college-republicans-still-acting-college-republicans

RS_2011-04.bz2.deduped.txt:7873 - http://motherjones.com/politics/2011/04/huckabee-arkansas-destroyed-records

RS_2011-04.bz2.deduped.txt:7891 - http://motherjones.com/mojo/2011/03/religious-rights-crusade-against-unions

RS_2011-04.bz2.deduped.txt:8346 - http://motherjones.com/environment/2011/04/is-it-okay-to-poop-outside

RS_2011-04.bz2.deduped.txt:8727 - http://motherjones.com/mojo/2011/04/chart-day-big-government-nanny-state-edition

RS_2011-04.bz2.deduped.txt:9941 - http://motherjones.com/mojo/2011/04/gop-budget-government-shutdown-negotiate

RS_2011-04.bz2.deduped.txt:10440 - http://motherjones.com/mojo/2011/04/transparency-bill-federal-government-acknowledges-internet

RS_2011-04.bz2.deduped.txt:10519 - http://motherjones.com/environment/2011/04/buffalo-commons-american-prairie-foundation

RS_2011-04.bz2.deduped.txt:11970 - http://motherjones.com/mojo/2011/03/does-rick-scotts-drug-testing-policy-violate-4th-amendment

RS_2011-04.bz2.deduped.txt:11994 - http://motherjones.com/politics/2011/04/gop-plan-cut-defense-no-color-copies-west

RS_2011-04.bz2.deduped.txt:12346 - http://motherjones.com/politics/2011/04/lewis-lapham-labor-income-inequality

RS_2011-04.bz2.deduped.txt:12506 - http://motherjones.com/mojo/2011/04/florida-bill-abortion-uterus

RS_2011-04.bz2.deduped.txt:12514 - http://motherjones.com/kevin-drum/2011/04/mitt-romney-scared-his-own-shadow

RS_2011-04.bz2.deduped.txt:12659 - http://motherjones.com/kevin-drum/2010/06/afghanistans-lithium-hype-or-reality

RS_2011-04.bz2.deduped.txt:13059 - http://motherjones.com/kevin-drum/2011/04/orthodox-mr-ryan

RS_2011-04.bz2.deduped.txt:13071 - http://motherjones.com/mixed-media/2011/04/unsuck-it-corporate-jargon

RS_2011-04.bz2.deduped.txt:13163 - http://motherjones.com/blue-marble/2011/04/transocean-execs-donate-part-safety-bonuses

RS_2011-04.bz2.deduped.txt:13197 - http://motherjones.com/politics/2011/04/glenn-beck-fox-news-brain-chart

RS_2011-04.bz2.deduped.txt:14765 - http://motherjones.com/mojo/2011/04/elderly-paying-price-ryans-plan

RS_2011-04.bz2.deduped.txt:14838 - http://motherjones.com/blue-marble/2011/04/japans-radioactive-ocean

RS_2011-04.bz2.deduped.txt:14855 - http://motherjones.com/politics/2011/04/boehner-ryan-budget-blowback

RS_2011-04.bz2.deduped.txt:15117 - http://motherjones.com/politics/2011/04/paul-ryan-medicare-privatize-gop

RS_2011-04.bz2.deduped.txt:15249 - http://motherjones.com/photoessays/2008/07/women-prison

RS_2011-04.bz2.deduped.txt:15404 - http://motherjones.com/mojo/2011/04/whats-hurting-white-america-welfare-state-charles-murray

RS_2011-04.bz2.deduped.txt:15881 - http://motherjones.com/kevin-drum/2011/04/republican-wrong-turn-medicaid

RS_2011-04.bz2.deduped.txt:15898 - http://motherjones.com/blue-marble/2011/04/epa-gutting-bill-any-other-name

RS_2011-04.bz2.deduped.txt:15947 - http://motherjones.com/mojo/2011/04/ceo-pay-shoots-expense-workers

RS_2011-04.bz2.deduped.txt:16405 - http://motherjones.com/mojo/2011/04/hospitals-way-more-dangerous-you-thought

RS_2011-04.bz2.deduped.txt:16755 - http://motherjones.com/politics/2010/02/fred-karger-save-gay-marriage

RS_2011-04.bz2.deduped.txt:18201 - http://motherjones.com/mojo/2011/04/week-your-uterus-video-abortion-florida

RS_2011-04.bz2.deduped.txt:18309 - http://motherjones.com/politics/2011/04/paul-ryan-adult-budget

RS_2011-04.bz2.deduped.txt:18943 - http://motherjones.com/mojo/2011/04/kloppenberg-bags-narrow-victory-recount-looms

RS_2011-04.bz2.deduped.txt:19423 - http://motherjones.com/contributor/2011/04/good-books-bad-little-girls

RS_2011-04.bz2.deduped.txt:19469 - http://motherjones.com/mojo/2011/04/week-collective-bargaining

RS_2011-04.bz2.deduped.txt:19630 - http://motherjones.com/mojo/2011/04/military-pay-shutdown-gop-stalling-bill

RS_2011-04.bz2.deduped.txt:19910 - http://motherjones.com/media/2011/04/rock-albums-book-covers

RS_2011-04.bz2.deduped.txt:20160 - http://motherjones.com/blue-marble/2011/04/tennessee-house-passes-creationism-bill

RS_2011-04.bz2.deduped.txt:21260 - http://motherjones.com/kevin-drum/2011/04/why-condoms-are-shutting-down-government

RS_2011-04.bz2.deduped.txt:21318 - http://motherjones.com/kevin-drum/2011/04/bold-thinking-climate-change

RS_2011-04.bz2.deduped.txt:21783 - http://motherjones.com/politics/2011/04/haley-barbours-child-welfare-debacle

RS_2011-04.bz2.deduped.txt:21785 - http://motherjones.com/politics/2011/03/parent-trigger-compton-NCLB

RS_2011-04.bz2.deduped.txt:21792 - http://motherjones.com/mojo/2011/04/wisconsin-recount-prosser-kloppenburg

RS_2011-04.bz2.deduped.txt:21997 - http://motherjones.com/blue-marble/2011/04/texas-lawmakers-family-planning-abortion

RS_2011-04.bz2.deduped.txt:22020 - http://motherjones.com/mojo/2011/04/tea-party-fighting-net-neutrality

RS_2011-04.bz2.deduped.txt:22555 - http://m.motherjones.com/mojo/2011/04/tea-party-fighting-net-neutrality

RS_2011-04.bz2.deduped.txt:22859 - http://motherjones.com/politics/2011/04/newt-gingrich-greatest-rhetorical-hits

RS_2011-04.bz2.deduped.txt:23069 - http://motherjones.com/politics/2011/04/government-shutdown-agree-disagree-boehner-reid

RS_2011-04.bz2.deduped.txt:23728 - http://motherjones.com/blue-marble/2011/04/bp-vs-dwarf-seahorse

RS_2011-04.bz2.deduped.txt:24517 - http://motherjones.com/politics/2011/02/income-inequality-in-america-chart-graph?utm_source=Tumblr

RS_2011-04.bz2.deduped.txt:25211 - http://motherjones.com/mojo/2011/04/what-social-issues-truce

RS_2011-04.bz2.deduped.txt:25371 - http://motherjones.com/mojo/2011/04/oklahoma-birther-bill-one-step-closer-becoming-law

RS_2011-04.bz2.deduped.txt:25837 - http://motherjones.com/blue-marble/2011/04/riding-bp-gravy-train

RS_2011-04.bz2.deduped.txt:25947 - http://motherjones.com/blue-marble/2011/04/first-tar-sands-mine-approved-us

RS_2011-04.bz2.deduped.txt:25970 - http://motherjones.com/mojo/2011/04/deficit-reduction-meet-war-budget

RS_2011-04.bz2.deduped.txt:26013 - http://motherjones.com/mojo/2011/04/obama-deficit-speech-surprise-house-democrats

RS_2011-04.bz2.deduped.txt:26142 - http://motherjones.com/mojo/2011/04/gopers-dont-like-their-presidential-candidates?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2011-04.bz2.deduped.txt:26720 - http://motherjones.com/kevin-drum/2011/04/are-roth-iras-time-bomb

RS_2011-04.bz2.deduped.txt:27252 - http://motherjones.com/mojo/2011/04/gopers-dont-like-their-presidential-candidates

RS_2011-04.bz2.deduped.txt:28019 - http://motherjones.com/environment/2011/04/alberta-tar-sands-environmental-disaster

RS_2011-04.bz2.deduped.txt:29024 - http://motherjones.com/photoessays/2010/06/kettleman-city-waste-management-photos

RS_2011-04.bz2.deduped.txt:29665 - http://motherjones.com/kevin-drum/2011/04/gop-plan

RS_2011-04.bz2.deduped.txt:30055 - http://motherjones.com/mojo/2011/04/conservative-activists-we-should-find-new-word-gay?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+|+MoJoBlog%29&utm_content=FaceBook

RS_2011-04.bz2.deduped.txt:30350 - http://motherjones.com/politics/2011/04/scott-walker-defunding-democratic-donors

RS_2011-04.bz2.deduped.txt:30420 - http://motherjones.com/mojo/2011/04/conservative-activists-we-should-find-new-word-gay?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+|+MoJoBlog%29

RS_2011-04.bz2.deduped.txt:31863 - http://motherjones.com/politics/1998/03/alice-doesnt-vote-here-anymore

RS_2011-04.bz2.deduped.txt:32444 - http://motherjones.com/mojo/2011/04/no-budget-cuts-federal-prisons?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+|+MoJoBlog%29&utm_content=Twitter

RS_2011-04.bz2.deduped.txt:33285 - http://motherjones.com/politics/2011/04/donald-trump-president-gay-rights-iowa

RS_2011-04.bz2.deduped.txt:33675 - http://motherjones.com/blue-marble/2011/04/budget-axes-noaas-climate-service

RS_2011-04.bz2.deduped.txt:35130 - http://motherjones.com/politics/2011/04/tea-party-patriots-merchandising-trademark

RS_2011-04.bz2.deduped.txt:36639 - http://motherjones.com/mojo/2011/04/obama-democrats-house-centrist-2012

RS_2011-04.bz2.deduped.txt:36805 - http://motherjones.com/politics/2011/04/lawrence-texas-homosexual-conduct-statute

RS_2011-04.bz2.deduped.txt:37548 - http://motherjones.com/politics/2011/02/michael-dell-outsourcing-jobs-timeline

RS_2011-04.bz2.deduped.txt:38305 - http://motherjones.com/blue-marble/2011/04/radiation-seafood-japan

RS_2011-04.bz2.deduped.txt:38893 - http://motherjones.com/print/98521

RS_2011-04.bz2.deduped.txt:39142 - http://motherjones.com/mojo/2011/04/arizona-gop-birther-obama-circumcision?utm_source=Twitterfeed

RS_2011-04.bz2.deduped.txt:39920 - http://motherjones.com/mojo/2011/04/arizona-gop-birther-obama-circumcision

RS_2011-04.bz2.deduped.txt:40276 - http://motherjones.com/environment/2011/04/increased-rate-natural-disasters

RS_2011-04.bz2.deduped.txt:41184 - http://motherjones.com/kevin-drum/2011/04/durbon-dimon-stop-whining

RS_2011-04.bz2.deduped.txt:41228 - http://motherjones.com/politics/2011/04/republican-social-security-cuts

RS_2011-04.bz2.deduped.txt:41271 - http://motherjones.com/politics/2011/04/gary-rivlin-tax-prep-refund-anticipation-loan

RS_2011-04.bz2.deduped.txt:41305 - http://motherjones.com/environment/2011/04/protect-wolves-climate-change

RS_2011-04.bz2.deduped.txt:42050 - http://motherjones.com/media/2011/04/kareem-salama-muslim-cowboy

RS_2011-04.bz2.deduped.txt:42930 - http://motherjones.com/environment/2011/04/new-mexico-gray-wolf-reintroduction

RS_2011-04.bz2.deduped.txt:43143 - http://motherjones.com/politics/2011/04/ryan-2012-budget-passes

RS_2011-04.bz2.deduped.txt:44153 - http://motherjones.com/kevin-drum/2011/04/american-exceptionalism

RS_2011-04.bz2.deduped.txt:46190 - http://motherjones.com/politics/2011/03/denial-science-chris-mooney

RS_2011-04.bz2.deduped.txt:46519 - http://m.motherjones.com/politics/2011/03/denial-science-chris-mooney

RS_2011-04.bz2.deduped.txt:47035 - http://motherjones.com/mojo/2011/04/gop-official-depicts-obamas-apes-marilyn-davenport-orange-county

RS_2011-04.bz2.deduped.txt:47152 - http://motherjones.com/politics/2011/04/taxes-richest-americans-charts-graph

RS_2011-04.bz2.deduped.txt:47157 - http://motherjones.com/mojo/2011/04/koran-scholar-chuck-norris-warns-against-creeping-sharia

RS_2011-04.bz2.deduped.txt:47199 - http://motherjones.com/print/106166

RS_2011-04.bz2.deduped.txt:47211 - http://motherjones.com/mojo/2011/04/nfib-health-reform-small-business-tax-credit

RS_2011-04.bz2.deduped.txt:47592 - http://motherjones.com/politics/2011/04/american-electric-power-connecticut-supreme-court

RS_2011-04.bz2.deduped.txt:49218 - http://motherjones.com/mojo/2011/04/bp-back-electoral-game

RS_2011-04.bz2.deduped.txt:49397 - http://motherjones.com/mojo/2011/04/supreme-court-uighurs-no

RS_2011-04.bz2.deduped.txt:49489 - http://motherjones.com/mojo/2011/04/map-has-your-state-banned-sodomy

RS_2011-04.bz2.deduped.txt:50205 - http://motherjones.com/politics/2011/04/tim-pawlenty-education-sharing-socialism

RS_2011-04.bz2.deduped.txt:50210 - http://motherjones.com/kevin-drum/2011/04/wall-street-watch

RS_2011-04.bz2.deduped.txt:50234 - http://motherjones.com/environment/2011/04/bp-anniversary-top-ten

RS_2011-04.bz2.deduped.txt:51188 - http://motherjones.com/mojo/2011/04/gay-suicide-democrats-lgbt

RS_2011-04.bz2.deduped.txt:51458 - http://motherjones.com/environment/2011/04/solar-energy-native-american-desert

RS_2011-04.bz2.deduped.txt:51459 - http://motherjones.com/mojo/2011/04/texas-dem-iraq-general-senate-sanchez

RS_2011-04.bz2.deduped.txt:53044 - http://motherjones.com/politics/2011/04/10-most-ridiculously-overpaid-ceos

RS_2011-04.bz2.deduped.txt:53661 - http://motherjones.com/mojo/2011/04/gop-pot-mitch-daniels-newt

RS_2011-04.bz2.deduped.txt:53673 - http://motherjones.com/environment/2011/04/gulf-impact-washington-cherri-foytlin

RS_2011-04.bz2.deduped.txt:53685 - http://motherjones.com/mojo/2011/04/randy-hopper-wisconsin-recall-adult

RS_2011-04.bz2.deduped.txt:53713 - http://motherjones.com/politics/2011/03/denial-science-chris-mooney?page=1

RS_2011-04.bz2.deduped.txt:54668 - http://motherjones.com/mojo/2011/04/dccc-gop-medicare-ad-grandpa

RS_2011-04.bz2.deduped.txt:55707 - http://motherjones.com/blue-marble/2011/04/bp-anniversary-gulf-spill

RS_2011-04.bz2.deduped.txt:55937 - http://motherjones.com/mojo/2011/04/democrats-attack-ryan-plan-medicare

RS_2011-04.bz2.deduped.txt:55971 - http://motherjones.com/mojo/2011/04/all-dems-opposing-medicare-panel-have-major-industry-ties

RS_2011-04.bz2.deduped.txt:56278 - http://motherjones.com/politics/2011/04/noam-chomsky-american-empire

RS_2011-04.bz2.deduped.txt:56505 - http://motherjones.com/environment/2011/04/history-of-climategate

RS_2011-04.bz2.deduped.txt:56638 - http://motherjones.com/mojo/2011/04/presidents-taxes-obama-reagan-fdr

RS_2011-04.bz2.deduped.txt:56783 - http://motherjones.com/blue-marble/2011/04/fukushima-chernobyl-tourism-rise

RS_2011-04.bz2.deduped.txt:56785 - http://motherjones.com/politics/2011/04/immigration-colleges-dream-act-NCLB

RS_2011-04.bz2.deduped.txt:56786 - http://motherjones.com/politics/2011/04/tim-pawlenty-will-steger-climate-change

RS_2011-04.bz2.deduped.txt:58111 - http://motherjones.com/print/106101

RS_2011-04.bz2.deduped.txt:58834 - http://motherjones.com/mojo/2011/04/transgender-lgbt-employment-map

RS_2011-04.bz2.deduped.txt:59125 - http://motherjones.com/mojo/2011/04/anti-sharia-bill-sponsors-clueless-north-carolina

RS_2011-04.bz2.deduped.txt:59146 - http://motherjones.com/blue-marble/2011/04/unsuck-earth-day-please

RS_2011-04.bz2.deduped.txt:61262 - http://motherjones.com/politics/2011/04/history-political-lying

RS_2011-04.bz2.deduped.txt:61300 - http://motherjones.com/mojo/2011/04/michigan-anti-abortion-bills-ultrasound-photo

RS_2011-04.bz2.deduped.txt:61380 - http://motherjones.com/politics/2006/09/man-who-has-been-america-one-guantanamo-detainees-story

RS_2011-04.bz2.deduped.txt:62183 - http://motherjones.com/politics/2011/04/state-policy-network-union-bargaining

RS_2011-04.bz2.deduped.txt:62393 - http://motherjones.com/environment/2010/11/carbon-footprint-beer-whiskey-tequila

RS_2011-04.bz2.deduped.txt:62919 - http://motherjones.com/politics/2011/04/state-policy-network-union-bargaining?page=2

RS_2011-04.bz2.deduped.txt:63220 - http://motherjones.com/print/99036

RS_2011-04.bz2.deduped.txt:63938 - http://motherjones.com/mojo/2011/04/louisianas-feticide-bill

RS_2011-04.bz2.deduped.txt:64266 - http://motherjones.com/politics/2011/04/state-policy-network-union-bargaining?page=1

RS_2011-04.bz2.deduped.txt:64342 - http://motherjones.com/photoessays/2010/05/after-chernobyl

RS_2011-04.bz2.deduped.txt:64780 - http://motherjones.com/mojo/2011/04/allen-west-33-percent-budget-goes-planned-parenthood

RS_2011-04.bz2.deduped.txt:64953 - http://motherjones.com/politics/2011/04/louisiana-v-roe

RS_2011-04.bz2.deduped.txt:65006 - http://motherjones.com/kevin-drum/2011/04/why-not-tax-carbon

RS_2011-04.bz2.deduped.txt:65040 - http://motherjones.com/mojo/2011/04/tennessee-sharia-bill-too-extreme-tea-partiers

RS_2011-04.bz2.deduped.txt:65096 - http://motherjones.com/print/106121

RS_2011-04.bz2.deduped.txt:65722 - http://motherjones.com/politics/2011/04/white-house-franklin-graham-birther-obama

RS_2011-04.bz2.deduped.txt:65723 - http://motherjones.com/kevin-drum/2011/04/raw-data-everyone-loves-oil

RS_2011-04.bz2.deduped.txt:66499 - http://motherjones.com/kevin-drum/2011/04/civility-and-lying

RS_2011-04.bz2.deduped.txt:66504 - http://motherjones.com/mojo/2011/04/trump-karl-rove-loser-who-should-retire

RS_2011-04.bz2.deduped.txt:66983 - http://motherjones.com/kevin-drum/2011/04/paul-ryan-vs-truth

RS_2011-04.bz2.deduped.txt:67078 - http://motherjones.com/photoessays/2011/04/benghazi-libya-qaddafi-rebels-photos

RS_2011-04.bz2.deduped.txt:67282 - http://motherjones.com/kevin-drum/2011/04/rich-man-poor-man

RS_2011-04.bz2.deduped.txt:67323 - http://motherjones.com/kevin-drum/2011/04/obama-republican

RS_2011-04.bz2.deduped.txt:67394 - http://motherjones.com/kevin-drum/2011/04/future-abortion

RS_2011-04.bz2.deduped.txt:67440 - http://motherjones.com/mojo/2011/04/obama-birthers-drop-dead-0

RS_2011-04.bz2.deduped.txt:68173 - http://motherjones.com/print/16319

RS_2011-04.bz2.deduped.txt:68252 - http://motherjones.com/politics/2005/11/left-alone

RS_2011-04.bz2.deduped.txt:69782 - http://motherjones.com/mojo/2011/04/why-birthers-wont-go-away

RS_2011-04.bz2.deduped.txt:69893 - http://motherjones.com/blue-marble/2011/04/new-study-shows-more-pregnant-women-dying

RS_2011-04.bz2.deduped.txt:70271 - http://motherjones.com/mojo/2011/04/tennessee-rep-constituent-stupidity-can-get-you-killed

RS_2011-04.bz2.deduped.txt:70383 - http://motherjones.com/politics/2011/04/how-make-your-lie-go-mainstream-26-easy-steps

RS_2011-04.bz2.deduped.txt:70545 - http://motherjones.com/blue-marble/2011/04/bp-still-making-bank

RS_2011-04.bz2.deduped.txt:70719 - http://motherjones.com/politics/2011/04/david-barton-gingrich-bachmann-huckabee

RS_2011-04.bz2.deduped.txt:72139 - http://motherjones.com/mojo/2011/04/should-fbi-redefine-rape

RS_2011-04.bz2.deduped.txt:72990 - http://motherjones.com/mojo/2011/04/breitbart-union-thug-video

RS_2011-04.bz2.deduped.txt:73132 - http://motherjones.com/mojo/2011/04/priorities-usa-brock-rove-koch

RS_2011-04.bz2.deduped.txt:74567 - http://motherjones.com/politics/2011/04/fox-new-birther-meme-obama-dad-womanizer-black

RS_2011-04.bz2.deduped.txt:75418 - http://motherjones.com/kevin-drum/2011/04/washingtons-rose-colored-glasses

RS_2011-04.bz2.deduped.txt:75444 - http://motherjones.com/mixed-media/2011/04/mother-sues-anti-abortion-groups-billboards

RS_2011-04.bz2.deduped.txt:75466 - http://motherjones.com/kevin-drum/2011/04/femas-ups-and-downs

RS_2011-10.bz2.deduped.txt:139 - http://motherjones.com/media/2011/09/not-quite-enough-calvin-trillin

RS_2011-10.bz2.deduped.txt:4350 - http://motherjones.com/kevin-drum/2011/10/rick-perry-wants-invade-mexico

RS_2011-10.bz2.deduped.txt:5017 - http://motherjones.com/politics/2011/10/herman-cain-rick-perry-niggerhead-controversy?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2011-10.bz2.deduped.txt:5408 - http://motherjones.com/politics/2011/10/herman-cain-rick-perry-niggerhead-controversy

RS_2011-10.bz2.deduped.txt:6124 - http://motherjones.com/mojo/2011/10/paul-ryan-revival-project-dark-passions-edition?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2011-10.bz2.deduped.txt:9291 - http://motherjones.com/politics/1986/06/slow-scan-moscow

RS_2011-10.bz2.deduped.txt:9536 - http://motherjones.com/kevin-drum/2011/10/ceo-pay-still-skyrocketing-still-undeserved

RS_2011-10.bz2.deduped.txt:9597 - http://motherjones.com/kevin-drum/2011/10/our-persecuted-ceos

RS_2011-10.bz2.deduped.txt:9685 - http://motherjones.com/mojo/2011/10/brief-history-chris-christie-not-running-president

RS_2011-10.bz2.deduped.txt:9958 - http://motherjones.com/mojo/2011/10/chart-day-regulations-still-not-job-killing?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2011-10.bz2.deduped.txt:10172 - http://motherjones.com/mojo/2011/10/study-income-inequality-kills-economic-growth

RS_2011-10.bz2.deduped.txt:10550 - http://motherjones.com/mojo/2011/10/rick-perry-abortion-emergency

RS_2011-10.bz2.deduped.txt:12335 - http://motherjones.com/mojo/2011/10/rick-perry-subprime-mortgage-countrywide

RS_2011-10.bz2.deduped.txt:12337 - http://motherjones.com/mojo/2011/10/paul-ryan-revival-project-dark-passions-edition

RS_2011-10.bz2.deduped.txt:12649 - http://motherjones.com/mixed-media/2011/10/best-occupysesamestreet

RS_2011-10.bz2.deduped.txt:12766 - http://motherjones.com/politics/2011/10/occupy-wall-street-protest-map

RS_2011-10.bz2.deduped.txt:13394 - http://motherjones.com/mojo/2011/10/house-dems-call-hearings-clarence-thomas?utm_source=twitterfeed

RS_2011-10.bz2.deduped.txt:13713 - http://motherjones.com/mojo/2011/10/clarence-thomass-non-disclosure-form

RS_2011-10.bz2.deduped.txt:14667 - http://motherjones.com/politics/2011/10/occupy-wall-street-labor-unions

RS_2011-10.bz2.deduped.txt:14899 - http://motherjones.com/politics/2011/10/obama-us-korea-free-trade-manufacturers-oppose

RS_2011-10.bz2.deduped.txt:15274 - http://motherjones.com/environment/2011/09/breast-cancer-komen-bpa

RS_2011-10.bz2.deduped.txt:15309 - http://motherjones.com/kevin-drum/2011/10/bernanke-gop-stop-sabotaging-economy

RS_2011-10.bz2.deduped.txt:15533 - http://motherjones.com/mojo/2011/10/former-fbi-interrogator-cheney-owes-obama-apology

RS_2011-10.bz2.deduped.txt:16125 - http://motherjones.com/mixed-media/2011/10/henry-rollins-occupants-black-flag

RS_2011-10.bz2.deduped.txt:16245 - http://motherjones.com/mojo/2011/10/senate-armed-services-committee-chairman-release-awlaki-memo

RS_2011-10.bz2.deduped.txt:17189 - http://motherjones.com/tom-philpott/2011/10/fda-labeling-gmo-genetically-modified-foods

RS_2011-10.bz2.deduped.txt:17199 - http://motherjones.com/mojo/2011/10/topeka-legalize-domestic-violence

RS_2011-10.bz2.deduped.txt:17541 - http://motherjones.com/mojo/2011/10/scott-brown-thank-god-elizabeth-warren-didnt-take-her-clothes-off

RS_2011-10.bz2.deduped.txt:17902 - http://motherjones.com/politics/2011/10/john-stewart-detained-interrogated-JFK

RS_2011-10.bz2.deduped.txt:18235 - http://motherjones.com/politics/2011/10/wisconsin-occupy-wall-street

RS_2011-10.bz2.deduped.txt:18461 - http://motherjones.com/mojo/2011/10/actual-death-panel-approves-us-kill-list

RS_2011-10.bz2.deduped.txt:18693 - http://motherjones.com/politics/2011/10/united-nations-small-arms-treaty-rand-paul

RS_2011-10.bz2.deduped.txt:19490 - http://motherjones.com/kevin-drum/2011/10/13-ways-which-republicans-are-wrong

RS_2011-10.bz2.deduped.txt:20916 - http://motherjones.com/politics/1977/09/pinto-madness?page=1

RS_2011-10.bz2.deduped.txt:20941 - http://motherjones.com/mojo/2011/10/topeka-legalize-domestic-violence?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+|+MoJoBlog%29

RS_2011-10.bz2.deduped.txt:21527 - http://motherjones.com/politics/2011/10/occupy-wall-street-steve-jobs-and-crazy-ones

RS_2011-10.bz2.deduped.txt:21961 - http://motherjones.com/blue-marble/2011/10/image-week-scary-arctic-ozone-hole

RS_2011-10.bz2.deduped.txt:22382 - http://motherjones.com/politics/2011/10/we-are-the-99-percent-creators

RS_2011-10.bz2.deduped.txt:23092 - http://motherjones.com/mojo/2011/10/china-currency-manipulation-bill-yuan-john-boehner

RS_2011-10.bz2.deduped.txt:23221 - http://motherjones.com/mixed-media/2011/10/occupy-wall-street-octopus-vampire-squid

RS_2011-10.bz2.deduped.txt:23349 - http://motherjones.com/mojo/2011/10/westboro-baptist-church-steve-jobs-funeral

RS_2011-10.bz2.deduped.txt:23446 - http://m.motherjones.com/rights-stuff/2011/10/ohio-kasich-governor-raise-cuts

RS_2011-10.bz2.deduped.txt:23452 - http://m.motherjones.com/tom-philpott/2011/10/cooking-really-cheaper-junk-food-mark-bittman

RS_2011-10.bz2.deduped.txt:23825 - http://motherjones.com/mojo/2011/10/occupy-wall-street-wisconsin-comes-washington

RS_2011-10.bz2.deduped.txt:24622 - http://motherjones.com/blue-marble/2011/10/armadillo-invasion-washington-dc-climate-change

RS_2011-10.bz2.deduped.txt:24729 - http://motherjones.com/blue-marble/2011/10/can-piranhas-eat-human-being-alive-video-bbc-earth

RS_2011-10.bz2.deduped.txt:25213 - http://motherjones.com/blue-marble/2011/10/penguins-threatened-new-zealand-oil-spill

RS_2011-10.bz2.deduped.txt:25452 - http://motherjones.com/kevin-drum/2011/10/future-of-innovation

RS_2011-10.bz2.deduped.txt:26549 - http://motherjones.com/mixed-media/2011/10/ides-of-march-film-review

RS_2011-10.bz2.deduped.txt:26748 - http://motherjones.com/mojo/2011/10/occupy-wall-street-middle-class

RS_2011-10.bz2.deduped.txt:27865 - http://motherjones.com/kevin-drum/2011/10/heres-best-piece-about-recession-youll-read-month

RS_2011-10.bz2.deduped.txt:28299 - http://motherjones.com/mojo/2011/10/mitt-romney-slams-bryan-fischer-voter-summit

RS_2011-10.bz2.deduped.txt:29478 - http://motherjones.com/politics/2011/08/fbi-terrorist-informants???????

RS_2011-10.bz2.deduped.txt:29550 - http://motherjones.com/politics/2011/10/rich-people-dont-create-jobs

RS_2011-10.bz2.deduped.txt:30891 - http://motherjones.com/politics/2011/10/republicans-job-creation-kill

RS_2011-10.bz2.deduped.txt:31221 - http://motherjones.com/politics/2011/10/rich-people-dont-create-jobs#disqus_thread

RS_2011-10.bz2.deduped.txt:31441 - http://motherjones.com/kevin-drum/2011/10/samuelson-poor-mouths-super-rich

RS_2011-10.bz2.deduped.txt:31471 - http://motherjones.com/politics/2011/10/charts-economic-myths-jobs-deficit-taxes

RS_2011-10.bz2.deduped.txt:31473 - http://motherjones.com/print/138947

RS_2011-10.bz2.deduped.txt:31502 - http://motherjones.com/politics/2011/10/rick-perry-koch-iran

RS_2011-10.bz2.deduped.txt:31996 - http://motherjones.com/politics/2011/10/middle-class-dead-poverty-statistics

RS_2011-10.bz2.deduped.txt:32579 - http://motherjones.com/mojo/2011/10/rick-scott-liberal-arts-majors-drop-dead-anthropology

RS_2011-10.bz2.deduped.txt:33118 - http://motherjones.com/mojo/2011/10/one-percent-income-inequality-OWS

RS_2011-10.bz2.deduped.txt:33707 - http://motherjones.com/politics/2011/10/new-hampshire-libertarian-movement

RS_2011-10.bz2.deduped.txt:33783 - http://motherjones.com/mojo/2011/10/conservative-pundit-says-get-job-hippies?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2011-10.bz2.deduped.txt:33863 - http://motherjones.com/mojo/2011/10/hugo-chavez-endorses-occupy-wall-street

RS_2011-10.bz2.deduped.txt:36742 - http://motherjones.com/politics/2011/10/wisconsin-joins-gop-electoral-college-shenanigans

RS_2011-10.bz2.deduped.txt:37124 - http://motherjones.com/print/140887

RS_2011-10.bz2.deduped.txt:37352 - http://motherjones.com/politics/2011/10/perry-officials-censored-climate-report

RS_2011-10.bz2.deduped.txt:37693 - http://motherjones.com/kevin-drum/2011/10/chart-day-life-good-wall-street

RS_2011-10.bz2.deduped.txt:39234 - http://motherjones.com/mojo/2011/10/four-things-you-need-know-about-iran-bomb-plot

RS_2011-10.bz2.deduped.txt:40205 - http://motherjones.com/kevin-drum/2011/10/rick-perry-continues-sink-sunset

RS_2011-10.bz2.deduped.txt:40347 - http://motherjones.com/mojo/2011/10/bachmann-revives-debt-ceiling-blank-check-lie

RS_2011-10.bz2.deduped.txt:40694 - http://motherjones.com/kevin-drum/2011/10/obama-sorta-kinda-says-gop-deliberately-tanking-economy

RS_2011-10.bz2.deduped.txt:40988 - http://motherjones.com/mojo/2011/10/breaking-zuccotti-park-will-evict-operation-wall-street-tomorrow

RS_2011-10.bz2.deduped.txt:41657 - http://motherjones.com/mojo/2011/10/clash-between-ows-and-cops-expected-friday

RS_2011-10.bz2.deduped.txt:41703 - http://motherjones.com/kevin-drum/2011/10/herman-cains-plan-double-your-taxes?utm_medium=twitter&utm_source=twitterfeed

RS_2011-10.bz2.deduped.txt:41791 - http://motherjones.com/kevin-drum/2011/10/ows-now-twice-popular-tea-party

RS_2011-10.bz2.deduped.txt:41964 - http://motherjones.com/kevin-drum/2011/10/herman-cains-plan-double-your-taxes

RS_2011-10.bz2.deduped.txt:42546 - http://motherjones.com/mixed-media/2011/10/the-99-comic-book-mutawa

RS_2011-10.bz2.deduped.txt:42857 - http://motherjones.com/blue-marble/2011/10/will-exxon-have-pay-ongoing-valdez-damage

RS_2011-10.bz2.deduped.txt:42906 - http://motherjones.com/mojo/2011/10/chart-day-taxing-poor

RS_2011-10.bz2.deduped.txt:43226 - http://motherjones.com/kevin-drum/2011/10/matt-taibbis-advice-ows

RS_2011-10.bz2.deduped.txt:44646 - http://motherjones.com/mojo/2011/10/congress-anti-abortion-law

RS_2011-10.bz2.deduped.txt:45076 - http://motherjones.com/mojo/2011/10/rupert-murdoch-compares-us-education-system-third-world-countrys

RS_2011-10.bz2.deduped.txt:45338 - http://motherjones.com/mojo/2011/10/whos-advising-herman-cain-sorry-thats-classified

RS_2011-10.bz2.deduped.txt:45915 - http://motherjones.com/kevin-drum/2011/10/democrats-get-ready-shoot-selves-foot

RS_2011-10.bz2.deduped.txt:46133 - http://motherjones.com/mojo/2011/10/jeb-bush-ed-summit-reporter-ejected-murdoch

RS_2011-10.bz2.deduped.txt:46312 - http://motherjones.com/kevin-drum/2011/10/obamas-two-edged-attack-romney

RS_2011-10.bz2.deduped.txt:47126 - http://motherjones.com/politics/2011/10/jeb-bush-digitial-learning-public-schools

RS_2011-10.bz2.deduped.txt:47470 - http://motherjones.com/kevin-drum/2011/10/ronald-reagans-legacy

RS_2011-10.bz2.deduped.txt:48260 - http://motherjones.com/kevin-drum/2011/10/why-republicans-are-flummoxed-9-9-9

RS_2011-10.bz2.deduped.txt:50127 - http://motherjones.com/photoessays/2011/09/congo-rape-epidemic/congo-rape-nurse

RS_2011-10.bz2.deduped.txt:52272 - http://motherjones.com/environment/2011/10/food-industry-monopoly-occupy-wall-street

RS_2011-10.bz2.deduped.txt:54302 - http://motherjones.com/mojo/2011/10/mike-huckabee-deflate-car-tires-mislead-voters

RS_2011-10.bz2.deduped.txt:54341 - http://motherjones.com/blue-marble/2011/10/texas-sized-scientific-revolt

RS_2011-10.bz2.deduped.txt:54591 - http://motherjones.com/politics/2011/10/columbus-cleveland-ohio-unemployment

RS_2011-10.bz2.deduped.txt:54781 - http://motherjones.com/mojo/2011/10/mike-huckabee-deflate-car-tires-mislead-voters?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2011-10.bz2.deduped.txt:54937 - http://motherjones.com/politics/2011/10/occupy-wall-street-international-origins

RS_2011-10.bz2.deduped.txt:55526 - http://motherjones.com/mojo/2011/10/limbaugh-thinks-obama-wants-kill-christians

RS_2011-10.bz2.deduped.txt:56311 - http://motherjones.com/environment/2011/10/how-do-i-buy-ethical-engagement-ring

RS_2011-10.bz2.deduped.txt:57495 - http://motherjones.com/mojo/2011/10/ows-hails-cab-rest-legend

RS_2011-10.bz2.deduped.txt:57568 - http://motherjones.com/kevin-drum/2011/10/senate-60-vote-body?utm_medium=twitter&utm_source=twitterfeed

RS_2011-10.bz2.deduped.txt:58665 - http://motherjones.com/mojo/2011/10/tea-partys-debt-commission

RS_2011-10.bz2.deduped.txt:58668 - http://motherjones.com/kevin-drum/2011/10/healthcare-and-2012-election

RS_2011-10.bz2.deduped.txt:58727 - http://motherjones.com/politics/2007/08/cult-spawned-tough-love-teen-industry

RS_2011-10.bz2.deduped.txt:58940 - http://motherjones.com/mojo/2011/10/mike-huckabee-deflate-car-tires-mislead-voters?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjo

RS_2011-10.bz2.deduped.txt:59203 - http://motherjones.com/mojo/2011/10/ala-immigration-law-update-farm-work-hard?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2011-10.bz2.deduped.txt:59951 - http://motherjones.com/kevin-drum/2011/10/how-fuel-efficient-are-modern-passenger-cars

RS_2011-10.bz2.deduped.txt:59971 - http://motherjones.com/politics/2011/10/military-atheists-humanists-army-tillman

RS_2011-10.bz2.deduped.txt:60879 - http://motherjones.com/politics/2011/10/america-secret-drone-bases-empire

RS_2011-10.bz2.deduped.txt:61166 - http://motherjones.com/blue-marble/2011/10/epa-love-god-were-not-regulating-farm-dust

RS_2011-10.bz2.deduped.txt:61618 - http://motherjones.com/mojo/2011/10/support-capital-punishment-sinks-nearly-four-decade-low

RS_2011-10.bz2.deduped.txt:62214 - http://motherjones.com/mojo/2011/10/herman-cain-999-plan-debate?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2011-10.bz2.deduped.txt:62399 - http://motherjones.com/kevin-drum/2011/10/chart-day-cost-9-9-9

RS_2011-10.bz2.deduped.txt:63172 - http://motherjones.com/media/2011/10/chuck-palahniuk-interview-damned

RS_2011-10.bz2.deduped.txt:63845 - http://motherjones.com/politics/2011/10/occupy-wall-street-good-for-tea-party

RS_2011-10.bz2.deduped.txt:64900 - http://motherjones.com/politics/2011/10/ows-cuomo-naomi-wolf

RS_2011-10.bz2.deduped.txt:65872 - http://motherjones.com/kevin-drum/2011/10/marco-rubio-falls-victim-wingnuts

RS_2011-10.bz2.deduped.txt:66708 - http://motherjones.com/media/2011/10/mark-fiore-cartoon-wall-street-thanks-nothing

RS_2011-10.bz2.deduped.txt:67480 - http://motherjones.com/kevin-drum/2011/10/chart-day-2010-was-very-bad-year

RS_2011-10.bz2.deduped.txt:67510 - http://motherjones.com/mojo/2011/10/herman-cain-abortion-piers-morgan

RS_2011-10.bz2.deduped.txt:67545 - http://motherjones.com/politics/2011/10/nypd-occupy-wall-street

RS_2011-10.bz2.deduped.txt:68106 - http://motherjones.com/mojo/2011/10/herman-cain-999-plan-debate

RS_2011-10.bz2.deduped.txt:68702 - http://motherjones.com/environment/2011/10/keystone-xl-tar-sands-ethical-oil-pr-campaign

RS_2011-10.bz2.deduped.txt:69448 - http://motherjones.com/politics/2011/10/blue-coat-systems-internet-blocking-syria

RS_2011-10.bz2.deduped.txt:69813 - http://motherjones.com/rights-stuff/2011/10/qaddafi-killers-war-crimes-ICC

RS_2011-10.bz2.deduped.txt:70769 - http://motherjones.com/politics/2011/10/charter-school-fraud

RS_2011-10.bz2.deduped.txt:71565 - http://motherjones.com/kevin-drum/2011/10/climate-skepticism-takes-another-hit

RS_2011-10.bz2.deduped.txt:73552 - http://motherjones.com/mojo/2011/10/marco-rubio-birthers-next-target

RS_2011-10.bz2.deduped.txt:76125 - http://motherjones.com/mojo/2011/10/right-wing-attack-on-occupy-oakland

RS_2011-10.bz2.deduped.txt:76780 - http://motherjones.com/mojo/2011/10/herman-cain-rod-parsley?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2011-10.bz2.deduped.txt:80304 - http://motherjones.com/mojo/2011/10/doj-secret-record-what-secret-record

RS_2011-10.bz2.deduped.txt:80437 - http://motherjones.com/mojo/2011/10/senate-dems-mandatory-military-detention-dangerous

RS_2011-10.bz2.deduped.txt:80674 - http://motherjones.com/kevin-drum/2011/10/chart-day-its-small-small-world?utm_medium=twitter&utm_source=twitterfeed

RS_2011-10.bz2.deduped.txt:81019 - http://motherjones.com/politics/2011/10/herman-cain-border-electric-fence

RS_2011-10.bz2.deduped.txt:81197 - http://motherjones.com/politics/2011/10/homelessness-occupy-wall-street

RS_2011-10.bz2.deduped.txt:81512 - http://m.motherjones.com/kevin-drum/2011/10/great-showdown-stimulus-vs-energy

RS_2011-10.bz2.deduped.txt:81999 - http://motherjones.com/politics/2011/10/rich-people-dont-create-jobs?page=1

RS_2011-10.bz2.deduped.txt:82950 - http://motherjones.com/mojo/2011/10/gopers-hit-obama-iraq-withdrawal

RS_2011-10.bz2.deduped.txt:83140 - http://motherjones.com/mojo/2011/10/scott-walker-recall-wisconsin-unlimited-money

RS_2011-10.bz2.deduped.txt:84007 - http://motherjones.com/blue-marble/2011/10/sushi-plate-detects-radioactivity-seafood

RS_2011-10.bz2.deduped.txt:85365 - http://motherjones.com/mojo/2011/10/lobbying-blitz-barrages-budget-cutting-super-committee

RS_2011-10.bz2.deduped.txt:87482 - http://motherjones.com/mojo/2011/10/gop-hates-bikes

RS_2011-10.bz2.deduped.txt:87500 - http://motherjones.com/mojo/2011/10/mississippi-personhood-birth-control-abortion

RS_2011-10.bz2.deduped.txt:87954 - http://motherjones.com/mojo/2011/10/mississippi-personhood-birth-control-abortion?utm_source=twitterfeed

RS_2011-10.bz2.deduped.txt:88077 - http://m.motherjones.com/media/2011/09/jeff-bridges-interview-crazy-heart-album

RS_2011-10.bz2.deduped.txt:88775 - http://motherjones.com/mojo/2011/10/army-ranger-dies-14th-war-deployment

RS_2011-10.bz2.deduped.txt:88996 - http://motherjones.com/print/143331

RS_2011-10.bz2.deduped.txt:89314 - http://motherjones.com/politics/2011/10/legal-system-favors-one-percent

RS_2011-10.bz2.deduped.txt:89344 - http://motherjones.com/kevin-drum/2011/10/regulatory-uncertainty-debunked-part-infinity

RS_2011-10.bz2.deduped.txt:89373 - http://motherjones.com/mojo/2011/10/mississippi-gubernatial-candidates-unsure-what-personhood-does-supports-it

RS_2011-10.bz2.deduped.txt:89758 - http://motherjones.com/mojo/2011/10/charts-income-richest-growth

RS_2011-10.bz2.deduped.txt:90136 - http://motherjones.com/mojo/2011/10/elizabeth-warren-ows-theres-plenty-credit-go-around

RS_2011-10.bz2.deduped.txt:91361 - http://motherjones.com/mojo/2011/10/herman-cain-rod-parsley/?insanitydefense

RS_2011-10.bz2.deduped.txt:92144 - http://motherjones.com/mojo/2011/10/us-says-bye-bye-its-biggest-killer-nuke

RS_2011-10.bz2.deduped.txt:92219 - http://motherjones.com/mojo/2011/10/jan-brewer-goes-nuclear-redistricting-commission

RS_2011-10.bz2.deduped.txt:92785 - http://motherjones.com/blue-marble/2011/10/lets-not-mine-uranium-grand-canyon

RS_2011-10.bz2.deduped.txt:93404 - http://motherjones.com/politics/2011/10/foia-rule-change-government-lie-about-records

RS_2011-10.bz2.deduped.txt:93413 - http://motherjones.com/slideshows/2010/05/history-birth-control/black-cat-bones

RS_2011-10.bz2.deduped.txt:93746 - http://motherjones.com/mojo/2011/10/wisconsin-mahlon-mitchell-scott-walker-recall-governor

RS_2011-10.bz2.deduped.txt:93811 - http://motherjones.com/kevin-drum/2011/10/rick-perry-figures-out-how-improve-his-debate-performance

RS_2011-10.bz2.deduped.txt:94074 - http://motherjones.com/politics/2011/10/walid-phares-mitt-romney-lebanese-forces

RS_2011-10.bz2.deduped.txt:96406 - http://motherjones.com/mojo/2011/10/important-moments-world-history-reimagined-kitty-cop

RS_2011-10.bz2.deduped.txt:96864 - http://motherjones.com/kevin-drum/2011/10/yet-more-grim-inequality-news-cbo

RS_2011-10.bz2.deduped.txt:97728 - http://motherjones.com/mojo/2011/10/judge-rick-scott-piss-welfare-drug-test

RS_2011-10.bz2.deduped.txt:97897 - http://motherjones.com/mojo/2011/10/elizabeth-warren-ground-game-and-running

RS_2011-10.bz2.deduped.txt:98072 - http://m.motherjones.com/politics/2011/10/walid-phares-mitt-romney-lebanese-forces

RS_2011-10.bz2.deduped.txt:98329 - http://motherjones.com/politics/2011/10/can-newt-gingrich-be-first-openly-mean-president

RS_2011-10.bz2.deduped.txt:98407 - http://motherjones.com/mojo/2011/10/ows-beats-tea-party-google-searches

RS_2011-10.bz2.deduped.txt:100025 - http://motherjones.com/mixed-media/2011/10/week-pictures-must-see-occupy-oakland-photos

RS_2011-10.bz2.deduped.txt:100358 - http://motherjones.com/mojo/2011/10/texas-gun-store-refuses-sell-guns-muslims-liberals-non-arab-christians

RS_2011-10.bz2.deduped.txt:100525 - http://motherjones.com/mojo/2011/10/ows-flier-defending-against-tear-gas

RS_2011-10.bz2.deduped.txt:100897 - http://motherjones.com/blue-marble/2011/10/consumer-reports-seafood-fraud-snapper-halibut

RS_2011-10.bz2.deduped.txt:101369 - http://m.motherjones.com/mojo/2011/10/occupy-oakland-protesters-violence

RS_2011-10.bz2.deduped.txt:103406 - http://motherjones.com/kevin-drum/2011/10/quote-day-rick-perrys-maple-syrup-moment

RS_2011-10.bz2.deduped.txt:104274 - http://motherjones.com/mojo/2011/10/mitt-romney-climate-change

RS_2011-10.bz2.deduped.txt:105637 - http://motherjones.com/mojo/2011/10/bank-junk-mail-brick

RS_2011-10.bz2.deduped.txt:105694 - http://motherjones.com/environment/2011/10/ringling-bros-elephant-abuse

RS_2011-10.bz2.deduped.txt:105727 - http://motherjones.com/mojo/2011/10/wisconsin-republican-recall-redistricting-notary-scott-walker

RS_2011-10.bz2.deduped.txt:106823 - http://motherjones.com/mojo/2011/10/herman-cain-other-big-scandal-possible-IRS-violation

RS_2011-10.bz2.deduped.txt:107601 - http://motherjones.com/blue-marble/2011/10/halloween-lead-costumes-chocolate-labor

RS_2016-08.bz2.deduped.txt:2981 - http://www.motherjones.com/media/2016/07/meet-man-advising-donald-trump-ag-policy

RS_2016-08.bz2.deduped.txt:3014 - http://www.motherjones.com/politics/2016/08/sociologist-spent-five-years-hyper-policed-hellhole-heres-what-he-learned

RS_2016-08.bz2.deduped.txt:3355 - http://www.motherjones.com/politics/2016/07/trump-files-when-donald-struck-oil-upper-west-side

RS_2016-08.bz2.deduped.txt:4224 - http://m.motherjones.com/politics/2016/08/roger-stone-donald-trump-khizr-khan-muslim-brotherhood-agent.com

RS_2016-08.bz2.deduped.txt:5570 - http://m.motherjones.com/politics/2016/08/roger-stone-donald-trump-khizr-khan-muslim-brotherhood-agent

RS_2016-08.bz2.deduped.txt:7405 - http://m.motherjones.com/kevin-drum/2016/08/hillary-clinton-one-americas-most-honest-politicians

RS_2016-08.bz2.deduped.txt:8552 - http://www.motherjones.com/kevin-drum/2016/08/how-many-classified-emails-did-hillary-clinton-send-and-receive

RS_2016-08.bz2.deduped.txt:9100 - http://www.motherjones.com/politics/2016/08/donald-trumps-campaign-manager-still-ukrainian-payroll

RS_2016-08.bz2.deduped.txt:9463 - http://www.motherjones.com/kevin-drum/2016/08/hillary-clinton-one-americas-most-honest-politicians

RS_2016-08.bz2.deduped.txt:9975 - http://www.motherjones.com/media/2016/08/forrest-stuart-los-angeles-skid-row-poverty-down-out-under-arrest-book

RS_2016-08.bz2.deduped.txt:10012 - http://www.motherjones.com/politics/2016/08/massachussetts-passed-strongest-equal-pay-law

RS_2016-08.bz2.deduped.txt:13006 - http://www.motherjones.com/politics/2016/07/damien-coestly-prisoner-suicide-winn-cca

RS_2016-08.bz2.deduped.txt:13177 - http://www.motherjones.com/environment/2016/08/ah-olympics-time-globes-best-athletes-gather-sell-garishly-colored-worthless-bev

RS_2016-08.bz2.deduped.txt:14383 - http://www.motherjones.com/politics/2016/08/cost-opening-abortion-clinic-red-state

RS_2016-08.bz2.deduped.txt:14631 - http://www.motherjones.com/politics/2016/07/trump-files-donald-sued-other-people-named-trump

RS_2016-08.bz2.deduped.txt:16676 - http://www.motherjones.com/politics/2016/08/big-baby-mad-at-little-baby

RS_2016-08.bz2.deduped.txt:19799 - http://www.motherjones.com/politics/2016/08/donald-trump-purple-heart-veteran-virginia-rally

RS_2016-08.bz2.deduped.txt:20073 - http://www.motherjones.com/politics/2016/06/trump-files-donald-gets-allowance

RS_2016-08.bz2.deduped.txt:20291 - http://m.motherjones.com/politics/2016/08/donald-trump-eric-trump-clueless-sexual-harassment

RS_2016-08.bz2.deduped.txt:21441 - http://motherjones.com/environment/2016/08/noaa-state-climate

RS_2016-08.bz2.deduped.txt:23311 - http://www.motherjones.com/politics/2016/08/trump-files-donald-thinks-asbestos-would-saved-world-trade-center

RS_2016-08.bz2.deduped.txt:23934 - http://www.motherjones.com/politics/2016/08/voting-rights-decisions-across-country-update

RS_2016-08.bz2.deduped.txt:24057 - http://www.motherjones.com/politics/2016/08/donald-trump-eric-trump-clueless-sexual-harassment

RS_2016-08.bz2.deduped.txt:28631 - http://www.motherjones.com/politics/2016/08/meet-hillary-clintons-new-favorite-general-john-allen

RS_2016-08.bz2.deduped.txt:30478 - http://www.motherjones.com/politics/2016/08/you-have-read-amazing-tweetstorm-jeb-bushs-national-security-adviser-about-trump

RS_2016-08.bz2.deduped.txt:30790 - http://www.motherjones.com/politics/2016/08/replace-trump-sorry-republicans-stuck-with-him

RS_2016-08.bz2.deduped.txt:31826 - http://www.motherjones.com/politics/2016/08/georgia-republican-says-he-might-vote-against-trump-electoral-college

RS_2016-08.bz2.deduped.txt:31834 - http://m.motherjones.com/politics/2016/08/trump-files-donald-thinks-asbestos-would-saved-world-trade-center

RS_2016-08.bz2.deduped.txt:34639 - http://www.motherjones.com/politics/2016/08/nih-gender-disparity-grant-renewal

RS_2016-08.bz2.deduped.txt:34804 - http://www.motherjones.com/kevin-drum/2016/08/now-we-have-how-manual-foreigners-who-want-donate-us-political-campaigns

RS_2016-08.bz2.deduped.txt:35005 - http://www.motherjones.com/politics/2016/08/what-trump-supporters-really-think-of-khan-controversy

RS_2016-08.bz2.deduped.txt:35511 - http://www.motherjones.com/environment/2016/08/big-mac-has-nearly-much-sugar-three-chips-ahoy-cookies

RS_2016-08.bz2.deduped.txt:37418 - http://www.motherjones.com/kevin-drum/2016/08/todays-chin-scratcher-why-are-conservative-voters-ok-donald-trumps-trillion-dolla

RS_2016-08.bz2.deduped.txt:38542 - http://www.motherjones.com/politics/2016/08/melania-trump-immigration-status-visa-records

RS_2016-08.bz2.deduped.txt:39096 - http://www.motherjones.com/kevin-drum/2016/08/trump-properties-are-taking-beating-women-staying-away-blue-states-snubbing-him-s

RS_2016-08.bz2.deduped.txt:41251 - http://www.motherjones.com/politics/2016/08/hillary-sexism-questions-40-years-video

RS_2016-08.bz2.deduped.txt:45104 - http://www.motherjones.com/politics/2016/08/rust-belt-trump-ohio-clinton

RS_2016-08.bz2.deduped.txt:45139 - http://www.motherjones.com/politics/2016/08/florida-zika-abortion-women-pregnant-governor

RS_2016-08.bz2.deduped.txt:45439 - http://www.motherjones.com/media/2016/08/true-cost-rio-summer-olympics-zika

RS_2016-08.bz2.deduped.txt:45983 - http://www.motherjones.com/environment/2016/08/italy-passes-bill-reduce-food-waste

RS_2016-08.bz2.deduped.txt:47239 - http://www.motherjones.com/politics/2016/08/obama-just-freed-another-214-inmates

RS_2016-08.bz2.deduped.txt:47771 - http://www.motherjones.com/environment/2016/08/anthrax-siberia-climate-change

RS_2016-08.bz2.deduped.txt:48265 - http://www.motherjones.com/kevin-drum/2016/08/trump-support-collapsing-nationwide

RS_2016-08.bz2.deduped.txt:51131 - http://www.motherjones.com/politics/2016/08/north-carolina-democrats-voters-and-activists-sue-over-gerrymandering

RS_2016-08.bz2.deduped.txt:51220 - http://motherjones.com/politics/2016/08/florida-zika-abortion-women-pregnant-governor

RS_2016-08.bz2.deduped.txt:51840 - http://www.motherjones.com/politics/2016/08/trump-economic-adviser-said-economy-fine-before-crash

RS_2016-08.bz2.deduped.txt:53187 - http://m.motherjones.com/politics/2016/08/north-carolina-democrats-voters-and-activists-sue-over-gerrymandering

RS_2016-08.bz2.deduped.txt:53461 - http://www.motherjones.com/politics/2016/07/damien-coestly-prisoner-suicide-winn-cca-private-prison

RS_2016-08.bz2.deduped.txt:57580 - http://motherjones.com/politics/2016/08/dramatic-showdown-over-trans-rights-san-francisco

RS_2016-08.bz2.deduped.txt:58070 - http://motherjones.com/politics/2016/08/north-carolina-democrats-voters-and-activists-sue-over-gerrymandering

RS_2016-08.bz2.deduped.txt:58631 - http://www.motherjones.com/politics/2016/03/15-dollar-minimum-wage-is-not-the-answer

RS_2016-08.bz2.deduped.txt:59731 - http://www.motherjones.com/kevin-drum/2016/08/even-white-working-class-abandoning-trump

RS_2016-08.bz2.deduped.txt:60306 - http://www.motherjones.com/politics/2016/08/dramatic-showdown-over-trans-rights-san-francisco

RS_2016-08.bz2.deduped.txt:62578 - http://www.motherjones.com/environment/2016/08/millennials-clinton-trump-climate-energy

RS_2016-08.bz2.deduped.txt:63305 - http://www.motherjones.com/environment/2016/08/millennials-clinton-trump-climate-energy?google_editors_picks=true

RS_2016-08.bz2.deduped.txt:64980 - http://m.motherjones.com/politics/2015/05/hillary-clinton-foundation-state-arms-deals

RS_2016-08.bz2.deduped.txt:68342 - http://www.motherjones.com/environment/2016/08/dinosaurs-climate-change

RS_2016-08.bz2.deduped.txt:68989 - http://www.motherjones.com/politics/2016/08/trump-files-spy-magazine-prank

RS_2016-08.bz2.deduped.txt:68996 - http://www.motherjones.com/environment/2016/06/dung-beetles-ivermectin-poop-covers-planet-farming-cattle

RS_2016-08.bz2.deduped.txt:73635 - http://www.motherjones.com/politics/2016/08/donald-trump-economic-plan-taxes-detroit

RS_2016-08.bz2.deduped.txt:74320 - http://www.motherjones.com/politics/2016/08/donald-trump-sean-hannity-elections-rigged-philadelphia-inspector

RS_2016-08.bz2.deduped.txt:74756 - http://www.motherjones.com/kevin-drum/2016/08/maybe-democrats-can-turn-paul-ryan-minority-leader-after-all#testb

RS_2016-08.bz2.deduped.txt:79028 - http://www.motherjones.com/environment/2016/04/lynda-stewart-resnick-california-water

RS_2016-08.bz2.deduped.txt:79222 - http://www.motherjones.com/politics/2016/08/sexism-olympics-katie-ledecky-is-amazeballs

RS_2016-08.bz2.deduped.txt:82318 - http://www.motherjones.com/politics/2016/06/trump-files-time-donald-burned-widows-mortgage

RS_2016-08.bz2.deduped.txt:82329 - http://motherjones.com/politics/2016/08/donald-trump-contradicting-himself-hypocrisy-video

RS_2016-08.bz2.deduped.txt:82973 - http://www.motherjones.com/politics/2013/05/chuck-schumer-defense-distributed-printed-gun

RS_2016-08.bz2.deduped.txt:83539 - http://www.motherjones.com/politics/2016/08/did-trump-just-suggest-someone-shoot-hillary-clinton

RS_2016-08.bz2.deduped.txt:83699 - http://m.motherjones.com/politics/2016/08/did-trump-just-suggest-someone-shoot-hillary-clinton

RS_2016-08.bz2.deduped.txt:83798 - http://www.motherjones.com/politics/2016/08/did-trump-just-suggest-someone-shoot-hillary-clinton/

RS_2016-08.bz2.deduped.txt:84804 - http://www.motherjones.com/contributor/2016/08/elizabeth-warren-donald-trump-tweet-fight-get-it-its-like-a-street-fight-but-on-twitter

RS_2016-08.bz2.deduped.txt:85110 - http://motherjones.com/environment/2016/04/lynda-stewart-resnick-california-water

RS_2016-08.bz2.deduped.txt:86612 - http://www.motherjones.com/environment/2016/04/lynda-stewart-resnick-california-water?utm_source=fark&utm_medium=website&utm_content=link&ICID=ref_fark

RS_2016-08.bz2.deduped.txt:87870 - http://m.motherjones.com/environment/2016/04/lynda-stewart-resnick-california-water

RS_2016-08.bz2.deduped.txt:89753 - http://www.motherjones.com/politics/2016/08/rio-olympics-caster-semenya-how-does-testosterone-affect-athletic-performance

RS_2016-08.bz2.deduped.txt:89816 - http://www.motherjones.com/environment/2016/08/meet-other-colorful-character-advising-donald-trump-ag-policy

RS_2016-08.bz2.deduped.txt:91019 - http://www.motherjones.com/politics/2016/08/hillary-clinton-bernie-sanders-wall-street-tax

RS_2016-08.bz2.deduped.txt:94204 - http://motherjones.com/mojo/2015/10/nevada-settles-busing-homeless-lawsuit-san-francisco

RS_2016-08.bz2.deduped.txt:94813 - http://www.motherjones.com/politics/2016/08/gop-candidate-jason-lewis-questions-wisdom-civil-war

RS_2016-08.bz2.deduped.txt:96587 - http://www.motherjones.com/politics/2016/08/millions-voters-could-cast-ballots-machines-leave-no-paper-trail

RS_2016-08.bz2.deduped.txt:98840 - http://www.motherjones.com/kevin-drum/2016/08/feds-move-open-marijuana-research

RS_2016-08.bz2.deduped.txt:100404 - http://www.motherjones.com/politics/2016/08/baltimore-doj-report-sexual-assault

RS_2016-08.bz2.deduped.txt:100533 - http://www.motherjones.com/politics/2016/08/seth-rich-murder-dnc-anti-clinton-conspiracy-theories

RS_2016-08.bz2.deduped.txt:102717 - http://www.motherjones.com/politics/2016/07/trump-files-how-donald-screwed-you-out-your-football-tickets

RS_2016-08.bz2.deduped.txt:104061 - http://m.motherjones.com/politics/2016/08/donald-trump-contradicting-himself-hypocrisy-video

RS_2016-08.bz2.deduped.txt:105170 - http://www.motherjones.com/politics/2016/08/donald-trump-auto-bailout-mike-pence

RS_2016-08.bz2.deduped.txt:105587 - http://m.motherjones.com/tom-philpott/2013/08/my-beef-lab-grown-meat

RS_2016-08.bz2.deduped.txt:105884 - http://www.motherjones.com/politics/2016/08/federal-court-rules-north-carolina-legislative-districts-are-racially-gerrymandered

RS_2016-08.bz2.deduped.txt:106452 - http://www.motherjones.com/kevin-drum/2016/08/liar-or-idiot-yet-again-donald-trump-poses-eternal-question

RS_2016-08.bz2.deduped.txt:106826 - http://www.motherjones.com/politics/2016/08/trump-addresses-religious-conference-sponsored-anti-lgbt-group

RS_2016-08.bz2.deduped.txt:109291 - http://www.motherjones.com/politics/2016/08/colorado-boulder-rape-statement-victim

RS_2016-08.bz2.deduped.txt:109383 - http://www.motherjones.com/politics/2016/08/5-things-know-about-chelsea-mannings-case

RS_2016-08.bz2.deduped.txt:110989 - http://www.motherjones.com/environment/2016/08/new-american-mega-pipeline-youve-never-heard

RS_2016-08.bz2.deduped.txt:114075 - http://www.motherjones.com/environment/2016/08/olive-oil-fake-larry-olmsted-food-fraud-usda

RS_2016-08.bz2.deduped.txt:114920 - http://www.motherjones.com/kevin-drum/2016/08/let-us-investigate-hillary-clintons-latest-email-bombshell

RS_2016-08.bz2.deduped.txt:117035 - http://www.motherjones.com/politics/2016/08/opioid-epidemic-neonatal-abstinence-syndrome-chart

RS_2016-08.bz2.deduped.txt:120971 - http://www.motherjones.com/environment/2016/08/science-questions-presidential-candidates

RS_2016-08.bz2.deduped.txt:121959 - http://www.motherjones.com/kevin-drum/2016/08/donald-trump-doing-pretty-well-considering-he-isnt-advertising-all

RS_2016-08.bz2.deduped.txt:123232 - http://www.motherjones.com/politics/2016/08/department-justice-report-private-contract-prisons

RS_2016-08.bz2.deduped.txt:125559 - http://www.motherjones.com/politics/2016/07/texas-voter-id-law-court-ruling-minority-voters

RS_2016-08.bz2.deduped.txt:127026 - http://www.motherjones.com/politics/2016/08/venezuelan-asylum-applicants-surge-year

RS_2016-08.bz2.deduped.txt:127078 - http://www.motherjones.com/kevin-drum/2016/08/what-happens-merrick-garland-if-hillary-clinton-wins

RS_2016-08.bz2.deduped.txt:132650 - http://www.motherjones.com/kevin-drum/2016/08/trump-campaign-rails-again%E2%80%94and-its-only-going-get-worse

RS_2016-08.bz2.deduped.txt:134727 - http://www.motherjones.com/politics/2016/08/trump-conflict-of-interest-old-post-office-hotel

RS_2016-08.bz2.deduped.txt:137903 - http://www.motherjones.com/environment/2016/08/trump-temperature-chart

RS_2016-08.bz2.deduped.txt:137916 - http://www.motherjones.com/kevin-drum/2016/08/yes-economic-anxiety-really-does-explain-some-donald-trumps-appeal

RS_2016-08.bz2.deduped.txt:140159 - http://www.motherjones.com/politics/2016/08/donald-trump-will-deliver-foreign-policy-address-ohio

RS_2016-08.bz2.deduped.txt:140243 - http://www.motherjones.com/kevin-drum/2016/08/hillary-clinton-absolutely-kicking-donald-trumps-ass

RS_2016-08.bz2.deduped.txt:140400 - http://motherjones.com/kevin-drum/2016/08/hillary-clinton-absolutely-kicking-donald-trumps-ass

RS_2016-08.bz2.deduped.txt:140673 - http://www.motherjones.com/politics/2016/08/trump-gay-rights-immigration-test-speech

RS_2016-08.bz2.deduped.txt:142182 - http://www.motherjones.com/kevin-drum/2016/08/raw-data-racial-resentment-among-blue-collar-whites-hasnt-changed-30-years

RS_2016-08.bz2.deduped.txt:144170 - http://www.motherjones.com/politics/2016/08/united-states-has-shortage-ob-gyns

RS_2016-08.bz2.deduped.txt:144270 - http://www.motherjones.com/environment/2016/08/louisiana-floods-displace-thousands

RS_2016-08.bz2.deduped.txt:145611 - http://www.motherjones.com/blue-marble/2012/03/top-10-polluted-rivers-waterways

RS_2016-08.bz2.deduped.txt:148728 - http://www.motherjones.com/politics/2016/08/trump-isis-obama-clinton-iraq-withdraw-2006-interview

RS_2016-08.bz2.deduped.txt:148918 - http://www.motherjones.com/politics/2016/08/roger-ailes-now-helping-out-trump-campaign
RS_2016-08.bz2.deduped.txt:151634 - http://www.motherjones.com/politics/2016/08/rnc-minority-outreach-maneuvers-around-donald-trump
RS_2016-08.bz2.deduped.txt:153879 - http://www.motherjones.com/politics/2016/08/nsa-tools-apparently-hacked
RS_2016-08.bz2.deduped.txt:154475 - http://www.motherjones.com/kevin-drum/2016/08/memo-aetna-pulled-back-obamacare-because-doj-opposed-merger-humana
RS_2016-08.bz2.deduped.txt:155106 - http://www.motherjones.com/politics/2016/08/trump-files-donald-and-melania-creepy-howard-stern-interview
RS_2016-08.bz2.deduped.txt:156320 - http://www.motherjones.com/environment/2016/08/californias-ag-boom-means-poisoned-water-more-least-212000-people
RS_2016-08.bz2.deduped.txt:156355 - http://m.motherjones.com/blue-marble/2012/03/top-10-polluted-rivers-waterways
RS_2016-08.bz2.deduped.txt:160807 - http://www.motherjones.com/politics/2016/08/stephen-bannon-breitbart-huma-abedin-roger-stone-donald-trump
RS_2016-08.bz2.deduped.txt:161521 - http://www.motherjones.com/environment/2016/08/fuel-efficiency-new-rules-idling
RS_2016-08.bz2.deduped.txt:161835 - http://www.motherjones.com/contributor/2016/08/this-is-so-good
RS_2016-08.bz2.deduped.txt:161845 - http://www.motherjones.com/media/2016/08/whats-missing-from-journalism
RS_2016-08.bz2.deduped.txt:166099 - http://www.motherjones.com/environment/2016/08/trumps-ag-czar-running-MLM
RS_2016-08.bz2.deduped.txt:166115 - http://www.motherjones.com/politics/2016/08/milwaukee-riots-poverty-education-statistics
RS_2016-08.bz2.deduped.txt:168865 - http://m.motherjones.com/politics/2016/08/bernie-sanders-how-trans-pacfic-trade-partnership-tpp-became-campaign-issue
RS_2016-08.bz2.deduped.txt:169101 - http://m.motherjones.com/politics/2016/08/department-justice-plans-end-private-prison
RS_2016-08.bz2.deduped.txt:169360 - http://www.motherjones.com/politics/2016/08/department-justice-plans-end-private-prison
RS_2016-08.bz2.deduped.txt:172355 - http://www.motherjones.com/politics/2016/08/stephen-bannon-breitbart-donald-trump
RS_2016-08.bz2.deduped.txt:176086 - http://www.motherjones.com/politics/2016/08/trump-files-donalds-mega-yacht-wasnt-big-enough-him
RS_2016-08.bz2.deduped.txt:178850 - http://www.motherjones.com/politics/2016/08/paul-manafort-resigns-trump-campaign
RS_2016-08.bz2.deduped.txt:179268 - http://www.motherjones.com/politics/2016/08/new-report-blasts-practice-voting-online
RS_2016-08.bz2.deduped.txt:180377 - http://www.motherjones.com/politics/2016/08/bernie-sanders-how-trans-pacfic-trade-partnership-tpp-became-campaign-issue
RS_2016-08.bz2.deduped.txt:182263 - http://m.motherjones.com/kevin-drum/2016/08/will-donald-trump-make-it-all-way-election-day?mpweb=585-1666110-742012469

RS_2016-08.bz2.deduped.txt:182638 - http://www.motherjones.com/media/2016/08/whats-missing-from-journalism?utm_source=API+Need+to+Know+newsletter&utm_campaign=12b7e58054-Need_to_Know_August_18_20168_18_2016&utm_medium=email&utm_term=0_e3bf78af04-12b7e58054-45814541

RS_2016-08.bz2.deduped.txt:182824 - http://m.motherjones.com/politics/2016/08/midst-zika-crisis-federal-judge-restores-state-funding-planned-parenthood

RS_2016-08.bz2.deduped.txt:189143 - http://www.motherjones.com/politics/2011/08/brandon-darby-anarchist-fbi-terrorism

RS_2016-08.bz2.deduped.txt:189263 - http://m.motherjones.com/politics/2016/08/tomdispatch-americas-criminal-injustice-system

RS_2016-08.bz2.deduped.txt:194283 - http://www.motherjones.com/politics/2016/08/rest-world-lowering-maternal-mortality-rates-united-states-not

RS_2016-08.bz2.deduped.txt:194295 - http://www.motherjones.com/politics/2016/08/austin-wilkerson-colorado-boulder-rape-stanford

RS_2016-08.bz2.deduped.txt:195402 - http://www.motherjones.com/politics/2016/08/tomdispatch-americas-criminal-injustice-system

RS_2016-08.bz2.deduped.txt:199992 - http://www.motherjones.com/politics/2016/08/stephen-bannon-donald-trump-alt-right-breitbart-news

RS_2016-08.bz2.deduped.txt:202424 - http://www.motherjones.com/politics/2016/08/black-lives-matter-naacp-moratorium-charter-schools

RS_2016-08.bz2.deduped.txt:205564 - http://www.motherjones.com/politics/2016/08/mike-pence-donald-trump-black-support-claim

RS_2016-08.bz2.deduped.txt:208871 - http://www.motherjones.com/politics/2016/08/judges-deny-request-voter-id-reinstatement-wisconsin

RS_2016-08.bz2.deduped.txt:212588 - http://www.motherjones.com/politics/2016/08/trump-white-blue-collar-supporters#tesb

RS_2016-08.bz2.deduped.txt:213285 - http://www.motherjones.com/politics/2016/08/cb0-report-wealth-income-inequality

RS_2016-08.bz2.deduped.txt:213549 - http://www.motherjones.com/kevin-drum/2016/08/hillary-clinton-ran-very-tight-ship-secretary-state

RS_2016-08.bz2.deduped.txt:214247 - http://www.motherjones.com/politics/2016/08/trump-white-blue-collar-supporters

RS_2016-08.bz2.deduped.txt:217640 - http://motherjones.com/kevin-drum/2016/08/hillary-clinton-ran-very-tight-ship-secretary-state

RS_2016-08.bz2.deduped.txt:218589 - http://m.motherjones.com/politics/2016/08/nlrb-grad-students-right-organize-union

RS_2016-08.bz2.deduped.txt:218907 - http://www.motherjones.com/politics/2016/08/federal-judges-cut-ohios-golden-week

RS_2016-08.bz2.deduped.txt:219031 - http://m.motherjones.com/politics/2016/08/federal-judges-cut-ohios-golden-week

RS_2016-08.bz2.deduped.txt:222772 - http://motherjones.com/politics/2016/08/federal-judge-texas-professors-guns-classrooms-campus

RS_2016-08.bz2.deduped.txt:223422 - http://www.motherjones.com/politics/2016/08/federal-judge-texas-professors-guns-classrooms-campus

RS_2016-08.bz2.deduped.txt:225156 - http://www.motherjones.com/environment/2016/08/7-snacks-contain-whole-days-worth-added-sugar

RS_2016-08.bz2.deduped.txt:227551 - http://www.motherjones.com/politics/2016/08/kellyanne-conway-donald-trump-undercover-voters-polls

RS_2016-08.bz2.deduped.txt:227572 - http://www.motherjones.com/politics/2016/08/clinton-foundation-controversy-actual-work

RS_2016-08.bz2.deduped.txt:228346 - http://www.motherjones.com/kevin-drum/2016/08/yes-politics-sort-grubby-business

RS_2016-08.bz2.deduped.txt:229842 - http://www.motherjones.com/politics/2016/08/shareholder-class-action-lawsuit-private-prison-corrections-corporation-america-cca

RS_2016-08.bz2.deduped.txt:232838 - http://www.motherjones.com/politics/2016/08/donald-trump-casino-women-executives

RS_2016-08.bz2.deduped.txt:232910 - http://www.motherjones.com/politics/2016/08/spike-rates-pregnancy-related-deaths-texas-national-embarrassment

RS_2016-08.bz2.deduped.txt:236455 - http://www.motherjones.com/politics/2016/08/hillary-clinton-donald-trump-kkk-alt-right

RS_2016-08.bz2.deduped.txt:237000 - http://www.motherjones.com/politics/2016/08/trump-files-donald-sick-infant-medical-care

RS_2016-08.bz2.deduped.txt:237794 - http://www.motherjones.com/politics/2016/08/trump-attacks-hillary-forgets-he-donated-clinton-foundation

RS_2016-08.bz2.deduped.txt:237893 - http://motherjones.com/politics/2016/08/trump-attacks-hillary-forgets-he-donated-clinton-foundation

RS_2016-08.bz2.deduped.txt:239225 - http://m.motherjones.com/politics/2016/08/donald-trump-campaign-right-wing-xenophobes-europe-nationalists

RS_2016-08.bz2.deduped.txt:239318 - http://motherjones.com/politics/2016/08/hillary-clinton-donald-trump-alt-right-stephen-bannon-racist

RS_2016-08.bz2.deduped.txt:245137 - http://www.motherjones.com/media/2016/08/grandmaster-flash-baz-luhrmann-get-down-netflix-series-turntablism-early-hip-hop

RS_2016-08.bz2.deduped.txt:245477 - http://www.motherjones.com/kevin-drum/2016/08/swift-boat-20-now-underway-wheres-press

RS_2016-08.bz2.deduped.txt:246936 - http://www.motherjones.com/politics/2016/08/hillary-clinton-hits-trump-new-ad-race

RS_2016-08.bz2.deduped.txt:247620 - http://www.motherjones.com/kevin-drum/2016/08/clinton-foundation-corrupt-theres-way-find-out-anyone-whos-seriously-interested

RS_2016-08.bz2.deduped.txt:248132 - http://www.motherjones.com/politics/2016/08/stephen-bannon-donald-trump-biosphere-2

RS_2016-08.bz2.deduped.txt:248261 - http://www.motherjones.com/politics/2016/08/trump-files-donald-couldnt-remember-any-his-handpicked-trump-u-team

RS_2016-08.bz2.deduped.txt:249867 - http://www.motherjones.com/politics/2016/08/john-mccain-kelli-ward-ann-kirkpatrick-donald-trump

RS_2016-08.bz2.deduped.txt:250467 - http://www.motherjones.com/kevin-drum/2016/08/its-end-august-hillary-clinton-lead-clear-steady

RS_2016-08.bz2.deduped.txt:251938 -
http://www.motherjones.com/environment/2016/08/dakota-access-bakken-pipeline-protesters-sioux
RS_2016-08.bz2.deduped.txt:252575 -
http://www.motherjones.com/politics/2016/08/tomdispatch-operation-streamline-immigration-enforcement-donald-trump-wall
RS_2016-08.bz2.deduped.txt:257053 - http://www.motherjones.com/politics/2016/08/women-in-jails-increasing-faster-than-men-vera-institute-justice
RS_2016-08.bz2.deduped.txt:261654 -
http://www.motherjones.com/environment/2016/08/monsanto-mistake-dicamba
RS_2016-08.bz2.deduped.txt:262175 - http://www.motherjones.com/media/2015/03/charles-bowdens-fury
RS_2016-08.bz2.deduped.txt:263728 -
http://m.motherjones.com/environment/2016/08/california-recycling-program-fail
RS_2016-08.bz2.deduped.txt:266417 - http://www.motherjones.com/politics/2016/08/tom-delay-hillary-clinton-foster-care
RS_2016-08.bz2.deduped.txt:267245 - http://motherjones.com/politics/2016/08/stephen-bannon-donald-trump-biosphere-2-arizona
RS_2016-08.bz2.deduped.txt:269447 - http://www.motherjones.com/politics/2016/08/marijuana-and-minimum-wage-might-give-clinton-bump
RS_2016-08.bz2.deduped.txt:269632 - http://www.motherjones.com/politics/2016/08/gay-bishop-divide-united-methodist-church
RS_2016-08.bz2.deduped.txt:272962 -
http://www.motherjones.com/environment/2016/08/inquiring-minds-seaworld-hargrove
RS_2016-08.bz2.deduped.txt:274655 - http://www.motherjones.com/politics/2016/08/trump-files-watch-awful-tv-show-trump-wanted-make-about-himself
RS_2016-08.bz2.deduped.txt:276648 - http://www.motherjones.com/politics/2016/08/trump-files-donald-perfectly-explains-why-he-doesnt-have-presidential-temperament
RS_2016-08.bz2.deduped.txt:276748 - http://www.motherjones.com/kevin-drum/2016/08/republicans-agree-trump-racist-boor
RS_2016-08.bz2.deduped.txt:278620 - http://www.motherjones.com/politics/2016/08/us-meets-goal-admitting-10000-syrian-refugees
RS_2016-08.bz2.deduped.txt:279183 - http://www.motherjones.com/politics/2016/08/paul-lepage-says-he-considering-stepping-down-maine-governor
RS_2016-08.bz2.deduped.txt:279842 - http://www.motherjones.com/politics/2016/08/donald-trump-models-illegal-immigration
RS_2016-08.bz2.deduped.txt:279984 - http://m.motherjones.com/politics/2016/08/donald-trump-models-illegal-immigration
RS_2016-08.bz2.deduped.txt:280139 - http://www.motherjones.com/politics/2016/08/donald-trump-models-illegal-immigration#testb
RS_2016-08.bz2.deduped.txt:280240 - http://www.motherjones.com/politics/2016/08/donald-trump-model-management-illegal-immigration
RS_2016-08.bz2.deduped.txt:282589 -
http://www.motherjones.com/environment/2016/08/california-recycling-program-fai
RS_2016-08.bz2.deduped.txt:282922 - http://www.motherjones.com/politics/2016/08/maybe-found-aliens-what-do-we-do-when-they-show

RS_2016-08.bz2.deduped.txt:282955 - http://www.motherjones.com/politics/2016/08/unscientific-medication-abortion-requirements-physically-harmed-ohio-women

RS_2016-08.bz2.deduped.txt:287892 - http://www.motherjones.com/politics/2016/08/florida-amendment-1-solar-taxes-ballot-initiative

RS_2016-08.bz2.deduped.txt:288561 - http://www.motherjones.com/politics/2016/08/trump-files-donalds-incredibly-petty-revenge-connie-chung

RS_2016-08.bz2.deduped.txt:292704 - http://www.motherjones.com/politics/2016/08/mike-pence-donald-trump-model-immigration-illegal

RS_v2_2007-09.xz.deduped.txt:918 - http://www.motherjones.com/news/feature/2007/09/sea-change-26.html

RS_v2_2007-10.xz.deduped.txt:3481 - http://www.motherjones.com/commentary/columns/2007/10/backing-away-from-bush.html

RS_v2_2007-10.xz.deduped.txt:4086 - http://www.motherjones.com/mojoblog/archives/2007/10/5725_making_a_killin.html#more

RS_v2_2007-10.xz.deduped.txt:5534 - http://www.motherjones.com/mojoblog/archives/2007/10/5747_lieberman_says.html

RS_v2_2007-10.xz.deduped.txt:6003 - http://www.motherjones.com/arts/feature/2007/09/all-your-political-base-are-belong-to-us.html

RS_v2_2007-10.xz.deduped.txt:6166 - http://www.motherjones.com/mojoblog/archives/2007/10/5781_da_vinci_decode.html

RS_v2_2007-10.xz.deduped.txt:6234 - http://www.motherjones.com/mojoblog/archives/2007/10/5800_gop_to_introduc.html

RS_v2_2007-10.xz.deduped.txt:6651 - http://www.motherjones.com/arts/feature/2007/09/halo-three-xbox-live-microsoft.html

RS_v2_2007-10.xz.deduped.txt:7338 - http://www.motherjones.com/mojoblog/archives/2007/10/5826_the_new_face_of.html

RS_v2_2007-10.xz.deduped.txt:7374 - http://www.motherjones.com/mojoblog/archives/2007/10/5843_post_8.html

RS_v2_2007-10.xz.deduped.txt:8171 - http://www.motherjones.com/news/feature/2007/11/iraq-war-moral-obligation.html

RS_v2_2007-10.xz.deduped.txt:9431 - http://www.motherjones.com/news/feature/2007/11/iraq-war-index.html

RS_v2_2007-10.xz.deduped.txt:10499 - http://www.motherjones.com/mojoblog/archives/2007/10/5921_conservative_bl.html

RS_v2_2007-10.xz.deduped.txt:11175 - http://www.motherjones.com/news/feature/2003/11/ma_562_01.html

RS_v2_2007-10.xz.deduped.txt:11539 - http://www.motherjones.com/washington_dispatch/2007/10/romney-versus-log-cabin-republicans.html?src=email&link=hed_20071026_ts2_Behold%20the%20Wrath%20of%20the%20Log%20Cabin%20Republicans

RS_v2_2007-10.xz.deduped.txt:11592 - http://www.motherjones.com/mojoblog/archives/2007/10/5957_edmund_burke_sp.html

RS_2018-01.xz.deduped.txt:2827 - http://www.motherjones.com/politics/2017/12/from-oregon-to-maine-statehouses-are-having-their-own-metoo-reckonings/

RS_2018-01.xz.deduped.txt:6328 - http://www.motherjones.com/kevin-drum/2018/01/top-10-charts-of-2017/

RS_2018-01.xz.deduped.txt:8663 - http://www.motherjones.com/kevin-drum/2017/12/will-republicans-ever-get-disgusted-by-donald-trumps-open-bigotry/

RS_2018-01.xz.deduped.txt:8989 - http://www.motherjones.com/politics/2018/01/trumps-pick-to-run-2020-census-has-defended-racial-gerrymandering-and-voter-suppression-laws/

RS_2018-01.xz.deduped.txt:9006 - http://www.motherjones.com/politics/2018/01/sick-uninsured-and-begging-the-internet-for-a-lifeline/

RS_2018-01.xz.deduped.txt:13241 - http://www.motherjones.com/politics/2018/01/no-donald-trump-has-not-made-it-safer-to-fly/

RS_2018-01.xz.deduped.txt:14213 - http://www.motherjones.com/politics/2014/08/why-bmi-big-fat-scam/

RS_2018-01.xz.deduped.txt:20049 - http://www.motherjones.com/politics/2018/01/trumps-cold-snap-tweet-is-even-more-shamelessly-stupid-than-you-had-first-thought-heres-why/

RS_2018-01.xz.deduped.txt:21345 - http://www.motherjones.com/environment/2018/01/heres-one-important-lesson-from-2017s-environmental-disasters/

RS_2018-01.xz.deduped.txt:21430 - http://www.motherjones.com/politics/2018/01/fierce-backlash-after-trump-taunts-north-korea-over-bigger-nuclear-button/

RS_2018-01.xz.deduped.txt:21584 - http://www.motherjones.com/politics/2018/01/i-was-a-successful-journalist-when-a-doctor-first-handed-me-opioids/

RS_2018-01.xz.deduped.txt:22744 - http://www.motherjones.com/politics/2018/01/go-fund-yourself-health-care-popularity-contest/

RS_2018-01.xz.deduped.txt:23204 - http://www.motherjones.com/politics/2018/01/steve-bannon-called-the-trump-tower-meeting-treasonous-trump-lose-mind/

RS_2018-01.xz.deduped.txt:24280 - http://www.motherjones.com/politics/2018/01/sen-feinstein-says-trumps-social-media-guru-may-have-corresponded-with-russian-nationals/

RS_2018-01.xz.deduped.txt:30552 - http://www.motherjones.com/politics/2018/01/arkansas-governors-right-wing-challenger-wants-to-put-prisons-ahead-of-non-essential-services-like-welfare-1/

RS_2018-01.xz.deduped.txt:33782 - http://www.motherjones.com/politics/2018/01/i-was-a-successful-journalist-when-a-doctor-first-handed-me-opioids/#

RS_2018-01.xz.deduped.txt:34980 - http://www.motherjones.com/politics/2018/01/donald-trump-shut-down-his-election-fraud-commission-but-he-hasnt-given-up-on-voter-suppression/

RS_2018-01.xz.deduped.txt:35156 - http://www.motherjones.com/politics/2018/01/nra-donald-trump-guns-fundraising/

RS_2018-01.xz.deduped.txt:36916 - http://www.motherjones.com/politics/2018/01/trumps-top-immigration-enforcer-wants-to-prosecute-local-politicians-good-luck-with-that/

RS_2018-01.xz.deduped.txt:41660 - http://www.motherjones.com/politics/2018/01/the-supreme-court-is-about-to-hear-a-case-that-could-unleash-a-new-wave-of-voter-purges/

RS_2018-01.xz.deduped.txt:42209 - http://www.motherjones.com/politics/2018/01/jeff-sessions-new-enforcement-policy-threatens-multibillion-dollar-legal-cannabis-industry-1/

RS_2018-01.xz.deduped.txt:46452 - http://www.motherjones.com/politics/2018/01/republican-senators-target-christopher-steele-and-the-reason-is-obvious/

RS_2018-01.xz.deduped.txt:48301 - http://www.motherjones.com/politics/2018/01/there-is-a-whole-cottage-industry-of-doctors-helping-parents-skip-their-kids-vaccines/

RS_2018-01.xz.deduped.txt:51054 - http://www.motherjones.com/politics/2018/01/the-cannabis-crowd-isnt-afraid-of-the-big-bad-attorney-general/

RS_2018-01.xz.deduped.txt:52810 - http://www.motherjones.com/environment/2018/01/the-interior-department-has-cleared-the-way-for-energy-developers-to-destroy-natural-habitats/

RS_2018-01.xz.deduped.txt:53261 - http://www.motherjones.com/politics/2008/07/what-do-prisoners-make-victorias-secret/

RS_2018-01.xz.deduped.txt:54117 - http://www.motherjones.com/politics/2018/01/the-gops-new-years-resolution-make-russia-go-away/

RS_2018-01.xz.deduped.txt:55421 - http://www.motherjones.com/kevin-drum/2018/01/the-republican-party-is-in-full-on-panic-mode-and-we-get-to-watch/

RS_2018-01.xz.deduped.txt:61437 - http://www.motherjones.com/environment/2016/06/michael-pollan-psychedelic-magic-mushrooms-cancer-psilocybin/

RS_2018-01.xz.deduped.txt:61887 - http://www.motherjones.com/politics/2018/01/its-not-just-freezing-classrooms-in-baltimore-americas-schools-are-physically-falling-apart/

RS_2018-01.xz.deduped.txt:66769 - http://www.motherjones.com/politics/2018/01/supreme-court-nvra-voter-registration/

RS_2018-01.xz.deduped.txt:67087 - http://www.motherjones.com/environment/2018/01/this-town-is-so-toxic-they-want-it-wiped-off-the-map/

RS_2018-01.xz.deduped.txt:67887 - http://www.motherjones.com/politics/2018/01/the-secret-to-understanding-kamala-harris/

RS_2018-01.xz.deduped.txt:72175 - http://www.motherjones.com/politics/2018/01/a-federal-judge-just-threw-out-the-case-against-cliven-bundy/

RS_2018-01.xz.deduped.txt:76009 - http://www.motherjones.com/food/2018/01/trump-farm-bureau-federation/

RS_2018-01.xz.deduped.txt:79146 - http://www.motherjones.com/politics/2018/01/lindsey-graham-no-longer-thinks-donald-trump-is-a-xenophobic-bigot/

RS_2018-01.xz.deduped.txt:80712 - http://www.motherjones.com/politics/2018/01/joe-arpaio-is-running-for-senate-in-arizona/

RS_2018-01.xz.deduped.txt:82320 - http://www.motherjones.com/politics/2018/01/senate-democrats-just-released-the-full-fusion-gps-testimony/

RS_2018-01.xz.deduped.txt:82754 - http://www.motherjones.com/kevin-drum/2018/01/trump-campaign-had-a-mole-who-talked-to-the-fbi/

RS_2018-01.xz.deduped.txt:84026 - http://www.motherjones.com/politics/2018/01/a-federal-court-just-made-it-a-lot-easier-for-republicans-to-block-the-vote/

RS_2018-01.xz.deduped.txt:85878 - http://www.motherjones.com/politics/2018/01/a-federal-court-just-struck-down-north-carolinas-congressional-map/

RS_2018-01.xz.deduped.txt:87364 - http://www.motherjones.com/kevin-drum/2018/01/yet-another-north-carolina-voting-law-has-been-struck-down/

RS_2018-01.xz.deduped.txt:93259 - http://www.motherjones.com/politics/2018/01/these-7-primary-fights-will-shape-the-future-of-the-democratic-party/

RS_2018-01.xz.deduped.txt:93274 - http://www.motherjones.com/politics/2018/01/darrell-issa-is-retiring-just-like-everyone-else/

RS_2018-01.xz.deduped.txt:93284 - http://www.motherjones.com/politics/2018/01/the-most-important-election-of-2018-might-be-happening-in-maryland/

RS_2018-01.xz.deduped.txt:94760 - http://www.motherjones.com/politics/2018/01/trump-vows-to-go-after-sham-libel-laws/

RS_2018-01.xz.deduped.txt:94949 - http://www.motherjones.com/kevin-drum/2018/01/white-house-doctors-transcript-for-second-time/

RS_2018-01.xz.deduped.txt:95774 - http://www.motherjones.com/politics/2018/01/supreme-court-ohio-voting-rights/

RS_2018-01.xz.deduped.txt:97270 - http://www.motherjones.com/kevin-drum/2018/01/trump-to-blue-states-drop-dead/

RS_2018-01.xz.deduped.txt:98344 - http://www.motherjones.com/environment/2018/01/dicamba-monsanto-herbicide-neighbor-farms-soybeans/

RS_2018-01.xz.deduped.txt:101389 - http://www.motherjones.com/politics/2018/01/for-sale-by-president-trump-a-leaky-polluted-warehouse-caught-up-in-a-lawsuit/

RS_2018-01.xz.deduped.txt:102217 - http://www.motherjones.com/politics/2018/01/the-us-military-is-set-to-meet-with-a-prominent-russian-booster-of-cyberattacks/

RS_2018-01.xz.deduped.txt:104095 - http://www.motherjones.com/politics/2018/01/trump-slams-controversial-spying-program-his-white-house-aggressively-supports/

RS_2018-01.xz.deduped.txt:106188 - http://www.motherjones.com/kevin-drum/2018/01/fox-friends-needs-to-step-up-its-game/

RS_2018-01.xz.deduped.txt:108814 - http://www.motherjones.com/politics/2018/01/donald-trump-complained-too-many-immigrants-come-from-shithole-countries-reports-say/

RS_2018-01.xz.deduped.txt:114448 - http://www.motherjones.com/politics/2018/01/putins-trolls-keep-targeting-john-mccain-and-other-gop-trump-critics/

RS_2018-01.xz.deduped.txt:121788 - http://www.motherjones.com/politics/2018/01/the-foreign-press-is-having-a-hard-time-translating-shithole/

RS_2018-01.xz.deduped.txt:123498 - http://www.motherjones.com/politics/2018/01/how-republicans-normalized-donald-trumps-racism/

RS_2018-01.xz.deduped.txt:123574 - http://www.motherjones.com/politics/2018/01/trump-attempts-to-clean-up-his-shithole-remarks-with-meek-denial-1/

RS_2018-01.xz.deduped.txt:125812 - http://www.motherjones.com/politics/2018/01/the-most-important-election-of-2018-might-be-happening-in-maryland/?platform=hootsuite

RS_2018-01.xz.deduped.txt:126191 - http://www.motherjones.com/politics/2018/01/surprise-trump-is-that-dude-who-asks-but-where-are-you-really-from/

RS_2018-01.xz.deduped.txt:128169 - http://www.motherjones.com/politics/2018/01/everyone-in-hawaii-just-got-a-push-alert-about-an-incoming-ballistic-missile-it-was-a-false-alarm/

RS_2018-01.xz.deduped.txt:128661 - http://www.motherjones.com/kevin-drum/2018/01/world-bank-gamed-data-to-make-chiles-socialist-party-look-bad/

RS_2018-01.xz.deduped.txt:128696 - http://www.motherjones.com/politics/2018/01/michael-flynns-lawyer-tweeted-something-curious/

RS_2018-01.xz.deduped.txt:129757 - http://www.motherjones.com/politics/2018/01/the-battle-over-racial-gerrymandering-is-once-again-headed-to-the-supreme-court/

RS_2018-01.xz.deduped.txt:131005 - http://www.motherjones.com/politics/2018/01/how-oprah-helped-spread-anti-vaccine-pseudoscience/

RS_2018-01.xz.deduped.txt:134620 - http://www.motherjones.com/kevin-drum/2018/01/income-inequality-really-has-increased-a-lot-since-1973/

RS_2018-01.xz.deduped.txt:137212 - http://www.motherjones.com/kevin-drum/2018/01/california-is-doing-fine-thank-you-very-much/

RS_2018-01.xz.deduped.txt:138438 - http://www.motherjones.com/environment/2018/01/can-this-colorado-city-really-afford-100-percent-clean-energy/

RS_2018-01.xz.deduped.txt:140514 - http://www.motherjones.com/politics/2018/01/black-unemployment-is-at-a-historic-low-but-dont-thank-trump/

RS_2018-01.xz.deduped.txt:143940 - http://www.motherjones.com/environment/2018/01/reassuring-children-when-future-is-terrifying/

RS_2018-01.xz.deduped.txt:151561 - http://www.motherjones.com/politics/2018/01/proposed-kentucky-law-abstinence-is-the-expected-standard-in-sex-ed/

RS_2018-01.xz.deduped.txt:151592 - http://www.motherjones.com/politics/2018/01/eric-trump-stands-to-profit-bigly-from-sweetheart-real-estate-deal-with-his-dad/

RS_2018-01.xz.deduped.txt:152460 - http://www.motherjones.com/politics/2018/01/what-do-the-new-medicaid-work-requirements-mean-for-you/

RS_2018-01.xz.deduped.txt:155550 - http://www.motherjones.com/politics/2018/01/booker-slams-homeland-security-secretary-for-saying-she-didnt-hear-trumps-shithole-remark/

RS_2018-01.xz.deduped.txt:157829 - http://www.motherjones.com/politics/2018/01/white-house-physician-trumps-cognitive-exam-came-back-normal/

RS_2018-01.xz.deduped.txt:160322 - http://www.motherjones.com/kevin-drum/2018/01/546357/

RS_2018-01.xz.deduped.txt:161194 - http://www.motherjones.com/politics/2018/01/trumps-consumer-agency-announces-plan-to-let-predatory-lenders-off-the-hook/

RS_2018-01.xz.deduped.txt:162056 - http://www.motherjones.com/politics/2014/09/david-brock-hillary-clinton-correct-the-record/

RS_2018-01.xz.deduped.txt:165727 - http://www.motherjones.com/politics/2018/01/trump-white-house-ethics-hotels-foreign-money/

RS_2018-01.xz.deduped.txt:166470 - http://www.motherjones.com/politics/2018/01/trump-is-not-the-first-president-to-bash-the-media-but-he-might-be-the-worst/

RS_2018-01.xz.deduped.txt:173195 - http://www.motherjones.com/politics/2018/01/republicans-just-tried-to-claim-that-medicaid-caused-the-opioid-epidemic-surprise-surprise-theyre-wrong/

RS_2018-01.xz.deduped.txt:176033 - http://www.motherjones.com/food/2018/01/trumps-epa-teens-spray-farm-pesticides/

RS_2018-01.xz.deduped.txt:176987 - http://www.motherjones.com/politics/2018/01/republican-senator-compares-trump-to-stalin-for-attacks-on-the-media/

RS_2018-01.xz.deduped.txt:179809 - http://www.motherjones.com/kevin-drum/2018/01/trump-wants-to-hold-little-kids-hostage-in-budget-battle/

RS_2018-01.xz.deduped.txt:180706 - http://www.motherjones.com/media/2018/01/fire-and-fury-is-on-track-to-beat-the-art-of-the-deal-trumps-own-bestseller/

RS_2018-01.xz.deduped.txt:181431 - http://www.motherjones.com/politics/2018/01/the-trump-administration-just-gave-the-craziest-justification-for-allowing-doctors-to-deny-care-to-women-and-lgbt-people/

RS_2018-01.xz.deduped.txt:181566 - http://www.motherjones.com/politics/2018/01/stormy-daniels-once-claimed-she-spanked-donald-trump-with-a-forbes-magazine/

RS_2018-01.xz.deduped.txt:184332 - http://www.motherjones.com/politics/2018/01/a-heartbreaking-new-study-shows-what-happens-to-women-after-they-are-denied-abortions/

RS_2018-01.xz.deduped.txt:184550 - http://www.motherjones.com/politics/2018/01/the-supreme-court-just-halted-a-ruling-that-deemed-north-carolinas-congressional-map-unconstitutional/
RS_2018-01.xz.deduped.txt:185198 - http://www.motherjones.com/kevin-drum/2018/01/hushmoneygate-stormygate-whatever-its-getting-deeper-faster/
RS_2018-01.xz.deduped.txt:187609 - http://www.motherjones.com/politics/2018/01/inquiring-minds-jess-phoenix-steve-knight-california/
RS_2018-01.xz.deduped.txt:187932 - http://www.motherjones.com/politics/2018/01/donald-trump-wants-to-be-dictator-of-the-united-states/
RS_2018-01.xz.deduped.txt:190690 - http://www.motherjones.com/politics/2018/01/congress-government-shutdown-costs-daca-trump/
RS_2018-01.xz.deduped.txt:192380 - http://www.motherjones.com/politics/2018/01/the-gops-biggest-charter-school-experiment-just-imploded/
RS_2018-01.xz.deduped.txt:193889 - http://www.motherjones.com/politics/2018/01/deutsche-bank-reports-suspicious-activity-related-to-jared-kushners-accounts/
RS_2018-01.xz.deduped.txt:193953 - http://www.motherjones.com/politics/2018/01/deutsche-bank-reports-suspicious-activity-related-to-jared-kushners-accounts-1/
RS_2018-01.xz.deduped.txt:194862 - http://www.motherjones.com/politics/2018/01/a-list-of-everyone-who-will-be-screwed-by-a-government-shutdown/
RS_2018-01.xz.deduped.txt:196814 - http://www.motherjones.com/politics/2018/01/a-new-report-shows-how-the-trump-administration-is-targeting-asylum-seekers/
RS_2018-01.xz.deduped.txt:198380 - http://www.motherjones.com/environment/2018/01/trumps-worst-nightmare-a-cross-border-us-mexico-bikeshare/
RS_2018-01.xz.deduped.txt:200007 - http://www.motherjones.com/politics/2018/01/womens-march-donald-trump-me-too-stats/
RS_2018-01.xz.deduped.txt:201757 - http://www.motherjones.com/media/2018/01/a-trans-actress-has-never-been-nominated-for-an-oscar-that-could-change-with-daniela-vega/
RS_2018-01.xz.deduped.txt:202010 - http://www.motherjones.com/politics/2018/01/one-year-later-womens-marches-returns-across-the-country-trump/
RS_2018-01.xz.deduped.txt:204950 - http://www.motherjones.com/kevin-drum/2018/01/men-and-women-view-the-seriousness-of-sexual-assault-about-the-same/
RS_2018-01.xz.deduped.txt:208654 - http://www.motherjones.com/politics/2018/01/trump-induced-time-dilation/
RS_2018-01.xz.deduped.txt:213881 - http://www.motherjones.com/politics/2018/01/this-congressman-spent-a-decade-battling-the-agency-trump-might-appoint-him-to-lead/
RS_2018-01.xz.deduped.txt:219250 - http://www.motherjones.com/politics/2018/01/pennsylvania-supreme-court-gives-democrats-a-boost-in-2018-midterms/
RS_2018-01.xz.deduped.txt:221467 - http://www.motherjones.com/politics/2018/01/when-love-could-kill-us/
RS_2018-01.xz.deduped.txt:222009 - http://www.motherjones.com/politics/2018/01/devin-nunes-wont-even-show-his-infamous-memo-to-the-justice-department/
RS_2018-01.xz.deduped.txt:223637 - http://www.motherjones.com/politics/2018/01/deutsche-bank-reports-suspicious-activity-related-to-jared-kushners-accounts-1/?te=1&nl=dealbook&emc=edit_dk_20180122

RS_2018-01.xz.deduped.txt:225855 - http://www.motherjones.com/politics/2018/01/courts-keep-thwarting-north-carolina-republicans-so-theyre-trying-to-remake-the-courts/
RS_2018-01.xz.deduped.txt:226855 - http://www.motherjones.com/environment/2018/01/trump-just-announced-a-plan-that-could-cripple-the-solar-industry/
RS_2018-01.xz.deduped.txt:227731 - http://www.motherjones.com/politics/2018/01/45-years-after-roe-v-wade-the-war-on-women-rages-on/
RS_2018-01.xz.deduped.txt:229113 - https://www.motherjones.com/politics/2018/01/courts-keep-thwarting-north-carolina-republicans-so-theyre-trying-to-remake-the-courts/
RS_2018-01.xz.deduped.txt:232035 - https://www.motherjones.com/kevin-drum/2018/01/stormygate-continues-to-move-forward-inches-at-a-time/
RS_2018-01.xz.deduped.txt:234779 - https://www.motherjones.com/politics/2018/01/nra-dana-loesch-violent-rhetoric-mike-pence/
RS_2018-01.xz.deduped.txt:235486 - https://www.motherjones.com/politics/2014/02/world-congress-families-russia-gay-rights/
RS_2018-01.xz.deduped.txt:235664 - https://www.motherjones.com/kevin-drum/2018/01/21st-century-gerrymandering-is-finally-getting-a-close-look/
RS_2018-01.xz.deduped.txt:236217 - https://www.motherjones.com/politics/2018/01/florida-will-vote-on-restoring-voting-rights-to-1-5-million-ex-felons/
RS_2018-01.xz.deduped.txt:238088 - https://www.motherjones.com/politics/2018/01/sean-hannity-is-now-a-top-weapon-for-russian-trolls-attacking-america/
RS_2018-01.xz.deduped.txt:238551 - https://www.motherjones.com/politics/2018/01/montana-just-showed-every-other-state-how-to-protect-the-open-internet/
RS_2018-01.xz.deduped.txt:239137 - https://www.motherjones.com/politics/2018/01/consumer-protection-bureau-ends-investigation-of-company-that-donated-to-leaders-campaigns/
RS_2018-01.xz.deduped.txt:239193 - https://www.motherjones.com/politics/2018/01/the-white-house-bragged-that-jared-kushner-helped-puerto-rico-actually/
RS_2018-01.xz.deduped.txt:239914 - https://www.motherjones.com/politics/2018/01/top-democrats-urge-facebook-twitter-to-investigate-russias-embrace-of-releasethememo/
RS_2018-01.xz.deduped.txt:243628 - https://www.motherjones.com/politics/2018/01/trumps-usda-wants-to-make-pork-faster-and-more-dangerous/
RS_2018-01.xz.deduped.txt:245226 - https://www.motherjones.com/politics/2018/01/jeff-sessions-appears-to-be-meddling-in-the-russia-and-clinton-probes-he-vowed-to-avoid/
RS_2018-01.xz.deduped.txt:246514 - https://www.motherjones.com/kevin-drum/2018/01/the-nunes-memo-is-a-test-for-the-media/
RS_2018-01.xz.deduped.txt:247181 - https://www.motherjones.com/food/2018/01/usda-chief-to-people-on-food-stamps-get-a-job/
RS_2018-01.xz.deduped.txt:248393 - https://www.motherjones.com/politics/2017/11/the-senate-is-getting-ready-to-erode-obamas-landmark-wall-street-law/
RS_2018-01.xz.deduped.txt:250800 - https://www.motherjones.com/politics/2018/01/new-york-is-standing-up-for-net-neutrality-in-a-big-way/
RS_2018-01.xz.deduped.txt:251280 - https://www.motherjones.com/environment/2018/01/climate-change-is-forcing-the-government-to-relocate-this-entire-louisiana-town/
RS_2018-01.xz.deduped.txt:252796 - https://www.motherjones.com/politics/2018/01/obamacare-was-on-the-ballot-yesterday-it-won-overwhelmingly/

RS_2018-01.xz.deduped.txt:257204 - https://www.motherjones.com/environment/2018/01/the-sierra-clubs-new-video-attacks-ford-for-playing-along-with-trump/

RS_2018-01.xz.deduped.txt:262084 - https://www.motherjones.com/crime-justice/2018/01/all-death-row-inmates-in-pennsylvania-are-put-in-solitary-confinement-now-the-state-is-getting-sued/

RS_2018-01.xz.deduped.txt:262719 - https://www.motherjones.com/politics/2018/01/kris-kobachs-office-put-thousands-of-state-employees-partial-social-security-numbers-online/

RS_2018-01.xz.deduped.txt:263961 - https://www.motherjones.com/politics/2018/01/this-program-stopped-ebola-trump-may-let-it-expire/

RS_2018-01.xz.deduped.txt:263978 - https://www.motherjones.com/politics/2018/01/cliven-bundy-is-a-free-man-his-cows-are-still-a-nuisance/

RS_2018-01.xz.deduped.txt:265245 - https://www.motherjones.com/kevin-drum/2018/01/new-report-says-dutch-have-absolute-proof-russia-was-behind-2016-election-hacking/

RS_2018-01.xz.deduped.txt:267690 - https://www.motherjones.com/politics/2018/01/the-doomsday-clock-was-just-updated-and-it-hasnt-been-this-bad-since-eisenhower/

RS_2018-01.xz.deduped.txt:268210 - https://www.motherjones.com/kevin-drum/2018/01/republican-party-finance-chairman-accused-of-decades-long-pattern-of-sexual-misconduct/

RS_2018-01.xz.deduped.txt:268288 - https://www.motherjones.com/politics/2018/01/unique-ballot-measure-a-win-for-maine-elderly/

RS_2018-01.xz.deduped.txt:268488 - https://www.motherjones.com/politics/2018/01/another-member-of-congress-is-retiring-amid-sexual-harassment-allegations/

RS_2018-01.xz.deduped.txt:268682 - https://www.motherjones.com/politics/2018/01/betsy-devos-is-being-sued-for-rolling-back-campus-protections-for-sexual-assault-victims/

RS_2018-01.xz.deduped.txt:269237 - https://www.motherjones.com/politics/2018/01/steve-wynn-republican-finance-chair-and-casino-mogul-accused-of-decades-of-sexual-assault/

RS_2018-01.xz.deduped.txt:269564 - https://www.motherjones.com/politics/2018/01/no-trump-did-not-deny-reports-that-he-tried-to-fire-mueller/

RS_2018-01.xz.deduped.txt:270012 - https://www.motherjones.com/politics/2018/01/the-gops-biggest-charter-school-experiment-just-imploded/

RS_2018-01.xz.deduped.txt:270567 - https://www.motherjones.com/kevin-drum/2018/01/report-claims-trump-targeted-potential-witnesses-for-smear-campaign/

RS_2018-01.xz.deduped.txt:272319 - https://www.motherjones.com/politics/2016/10/trump-files-donald-son-orangutan/

RS_2018-01.xz.deduped.txt:273980 - https://www.motherjones.com/environment/2018/01/leaked-documents-reveal-the-trump-administrations-plan-to-sell-off-our-public-lands/

RS_2018-01.xz.deduped.txt:276695 - https://www.motherjones.com/media/2018/01/fox-news-hosts-have-no-idea-how-to-handle-report-that-trump-tried-to-fire-mueller/

RS_2018-01.xz.deduped.txt:277774 - https://www.motherjones.com/politics/2017/07/inside-the-strange-heartbreaking-relentless-quest-for-a-natural-fertility-treatment/

RS_2018-01.xz.deduped.txt:277924 - https://www.motherjones.com/environment/2018/01/the-supreme-court-has-waded-into-the-southwests-water-wars/

RS_2018-01.xz.deduped.txt:282989 - https://www.motherjones.com/environment/2018/01/zinke-didnt-bother-disclosing-his-shares-in-a-gun-company-that-does-business-with-the-government/

RS_2018-01.xz.deduped.txt:283386 - https://www.motherjones.com/politics/2015/12/agora-huckabee-conservative-bible-cures/
RS_2018-01.xz.deduped.txt:283434 - https://www.motherjones.com/environment/2018/01/one-of-the-largest-cities-in-california-has-a-plan-to-drastically-lower-its-temperature/
RS_2018-01.xz.deduped.txt:289097 - https://www.motherjones.com/environment/2018/01/trump-made-it-easier-for-oil-companies-to-get-away-with-killing-migratory-birds/
RS_2018-01.xz.deduped.txt:289930 - https://www.motherjones.com/politics/2018/01/russian-billionaires-are-scrambling-to-stay-off-a-new-us-black-list/
RS_2018-01.xz.deduped.txt:289958 - https://www.motherjones.com/politics/2018/01/republican-candidates-are-now-filming-their-campaign-ads-in-swamps/
RS_2018-01.xz.deduped.txt:291626 - https://www.motherjones.com/environment/2018/01/behold-donald-trumps-latest-word-salad-on-climate-change/
RS_2018-01.xz.deduped.txt:295302 - https://www.motherjones.com/politics/2018/01/the-republican-retirement-parade-is-getting-absurd/
RS_2018-01.xz.deduped.txt:295612 - https://www.motherjones.com/politics/2018/01/there-are-more-than-5-million-syrian-refugees-the-trump-administration-has-admitted-2-of-them/
RS_2018-01.xz.deduped.txt:298241 - https://www.motherjones.com/politics/2018/01/the-senate-wont-pass-a-20-week-abortion-ban-but-pro-lifers-will-still-celebrate-tonight-1/
RS_2018-01.xz.deduped.txt:298249 - https://www.motherjones.com/politics/2018/01/the-democrat-challenging-ted-cruz-is-raising-huge-sums-of-money/
RS_2018-01.xz.deduped.txt:298434 - https://www.motherjones.com/kevin-drum/2018/01/drawing-down-savings-to-pay-for-growth-cant-last-forever/
RS_2018-01.xz.deduped.txt:301910 - https://www.motherjones.com/politics/2018/01/millions-of-voters-will-cast-ballots-in-november-in-unconstitutionally-gerrymandered-districts/
RS_2018-01.xz.deduped.txt:302042 - https://www.motherjones.com/politics/2018/01/these-democrats-refuse-to-sit-through-trumps-first-state-of-the-union/
RS_2018-01.xz.deduped.txt:302067 - https://www.motherjones.com/environment/2018/01/scott-pruitt-is-testifying-before-the-senate-today-heres-what-he-doesnt-want-to-talk-about/
RS_2018-01.xz.deduped.txt:303653 - https://www.motherjones.com/politics/2018/01/russian-trolls-hyped-anger-over-black-lives-matter-more-than-previously-known/
RS_2018-01.xz.deduped.txt:303814 - https://www.motherjones.com/crime-justice/2018/01/leaked-memo-reveals-trumps-gift-to-private-prison-companies/
RS_2018-01.xz.deduped.txt:305377 - https://www.motherjones.com/politics/2018/01/rnc-refuses-to-return-steve-wynns-donations/
RS_2018-01.xz.deduped.txt:305781 - https://www.motherjones.com/kevin-drum/2018/01/republicans-have-all-but-given-up-on-opposing-trump/
RS_2018-01.xz.deduped.txt:306314 - https://www.motherjones.com/politics/2018/01/if-you-want-to-understand-trump-understand-this-revenge-is-what-he-cares-about-most/
RS_2018-01.xz.deduped.txt:307674 - https://www.motherjones.com/politics/2018/01/a-third-of-puerto-rico-is-still-without-power-but-fema-stops-delivering-food-and-water-tomorrow/
RS_2018-01.xz.deduped.txt:307966 - https://www.motherjones.com/politics/2018/01/devin-nunes-hometown-paper-ripped-him-to-pieces/
RS_2018-01.xz.deduped.txt:309459 - https://www.motherjones.com/politics/2018/01/the-trump-administration-let-a-russian-spy-chief-visit-the-us-even-though-he-was-legally-barred/

RS_2018-01.xz.deduped.txt:309489 - https://www.motherjones.com/crime-justice/2017/08/a-federal-judge-put-hundreds-of-immigrants-behind-bars-while-her-husband-invested-in-private-prisons/
RS_2018-01.xz.deduped.txt:309636 - https://www.motherjones.com/politics/2018/01/scott-pruitt-went-to-the-senate-and-was-reminded-of-the-time-he-said-trump-would-be-worse-than-obama/
RS_2018-01.xz.deduped.txt:309968 - https://www.motherjones.com/environment/2018/01/new-emails-show-scott-pruitt-personally-directed-the-epas-website-purge/
RS_2018-01.xz.deduped.txt:311501 - https://www.motherjones.com/politics/2018/01/fact-check-trump-has-done-virtually-nothing-to-combat-the-opioid-epidemic/
RS_2018-01.xz.deduped.txt:313878 - https://www.motherjones.com/food/2018/01/archer-daniels-midland-merger-bunge-soybeans-monsanto-farmers-grain/
RS_2018-01.xz.deduped.txt:318225 - https://www.motherjones.com/politics/2018/01/white-nationalists-are-loving-trumps-americans-are-dreamers-too-line/
RS_2018-01.xz.deduped.txt:318713 - https://www.motherjones.com/politics/2018/01/the-chilling-way-trumps-state-of-the-union-address-targeted-mueller/
RS_2018-01.xz.deduped.txt:320254 - https://www.motherjones.com/politics/2018/01/a-timeline-of-jeff-sessions-recusal-violations/
RS_2018-01.xz.deduped.txt:320795 - https://www.motherjones.com/politics/2018/01/pennsylvania-supreme-court-gives-democrats-a-boost-in-2018-midterms/
RS_2018-01.xz.deduped.txt:320984 - https://www.motherjones.com/politics/2018/01/the-gop-is-sounding-more-like-sean-hannity-every-day/
RS_2018-01.xz.deduped.txt:321362 - https://www.motherjones.com/politics/2018/01/republicans-found-yet-another-way-to-enrich-a-republican-politician/
RS_v2_2010-05.xz.deduped.txt:41 - http://motherjones.com/politics/2010/04/american-kleptocracy
RS_v2_2010-05.xz.deduped.txt:610 - http://motherjones.com/kevin-drum/2010/04/im-just-noting-timing-here
RS_v2_2010-05.xz.deduped.txt:1151 - http://motherjones.com/mojo/2010/04/arizona-it-just-got-lot-worse-sheriff-joe-arpaio-immigration-governor
RS_v2_2010-05.xz.deduped.txt:2670 - http://motherjones.com/blue-marble/2010/04/steel-cut-rolled-oats-oatmeal
RS_v2_2010-05.xz.deduped.txt:4235 - http://motherjones.com/photoessays/2008/06/phone-sex-operators-02-worst-call
RS_v2_2010-05.xz.deduped.txt:6700 - http://motherjones.com/politics/2007/08/school-shock
RS_v2_2010-05.xz.deduped.txt:7220 - http://motherjones.com/politics/2010/05/are-terrorists-dumb
RS_v2_2010-05.xz.deduped.txt:7455 - http://motherjones.com/mojo/2010/05/bp-coated-sludge-after-years-greenwashing
RS_v2_2010-05.xz.deduped.txt:7826 - http://motherjones.com/mojo/2010/05/worldnet-dailys-latest-snub
RS_v2_2010-05.xz.deduped.txt:8551 - http://motherjones.com/mojo/2010/04/has-john-boehner-become-tenther

RS_v2_2010-05.xz.deduped.txt:10343 - http://motherjones.com/mojo/2010/05/antigay-rekers-gay-rent-boy-escort-family-research-council

RS_v2_2010-05.xz.deduped.txt:12183 - http://motherjones.com/politics/2010/05/bp-oil-spilling-financial-reform-killing

RS_v2_2010-05.xz.deduped.txt:12788 - http://motherjones.com/mojo/2010/05/woman-prisoner-sent-solitary-reporting-rape-guard?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed:+Motherjones/mojoblog+(MotherJones.com+|+MoJoBlog)

RS_v2_2010-05.xz.deduped.txt:13911 - http://motherjones.com/photoessays/2010/05/after-chernobyl/01

RS_v2_2010-05.xz.deduped.txt:14490 - http://motherjones.com/environment/2010/05/population-growth-india-vatican

RS_v2_2010-05.xz.deduped.txt:15742 - http://motherjones.com/blue-marble/2010/05/toxic-soup-gulf

RS_v2_2010-05.xz.deduped.txt:16764 - http://motherjones.com/print/52986

RS_v2_2010-05.xz.deduped.txt:17314 - http://motherjones.com/mojo/2010/05/ethnic-studies-banned-arizona

RS_v2_2010-05.xz.deduped.txt:17477 - http://motherjones.com/politics/2010/05/glenn-beck-american-history

RS_v2_2010-05.xz.deduped.txt:17986 - http://motherjones.com/blue-marble/2010/05/population-forum

RS_v2_2010-05.xz.deduped.txt:18515 - http://motherjones.com/mojo/2010/05/inventing-disease-sell-drugs

RS_v2_2010-05.xz.deduped.txt:18521 - http://motherjones.com/politics/2010/05/masters-uterus

RS_v2_2010-05.xz.deduped.txt:18529 - http://motherjones.com/print/58401

RS_v2_2010-05.xz.deduped.txt:20147 - http://motherjones.com/blue-marble/2010/05/does-rapid-population-growth-lead-war

RS_v2_2010-05.xz.deduped.txt:20983 - http://motherjones.com/mojo/2010/05/video-jesus-hates-socialism-obama-documentary-coral-ridge-ministries-bible

RS_v2_2010-05.xz.deduped.txt:22311 - http://motherjones.com/blue-marble/2010/05/cleaning-products-toxic-ingredients

RS_v2_2010-05.xz.deduped.txt:22399 - http://motherjones.com/mojo/2010/05/main-street-battles-wall-street-seiu-npa-gregory-baer-peter-scher-jpmorgan-chase-bank-of-america?utm_source=twitterfeed&utm_medium=twitter

RS_v2_2010-05.xz.deduped.txt:23898 - http://motherjones.com/environment/2010/05/population-growth-india-vatican?page=1

RS_v2_2010-05.xz.deduped.txt:24547 - http://motherjones.com/politics/2010/05/kagan-replacement-don-verrilli-copyright

RS_v2_2010-05.xz.deduped.txt:24614 - http://motherjones.com/mojo/2010/05/orly-taitz-pancake-painting-dan-lacey

RS_v2_2010-05.xz.deduped.txt:25900 - http://motherjones.com/print/60362

RS_v2_2010-05.xz.deduped.txt:26028 - http://motherjones.com/politics/2010/05/glenn-beck-goldline-weiner

RS_v2_2010-05.xz.deduped.txt:26561 - http://motherjones.com/politics/2008/07/where-does-49000-each-inmate-go

RS_v2_2010-05.xz.deduped.txt:29426 - http://motherjones.com/politics/2010/05/rand-paul-and-his-911-conspiracy-theorist-friend

RS_v2_2010-05.xz.deduped.txt:31373 - http://motherjones.com/mojo/2010/05/woman-prisoner-sent-solitary-reporting-rape-guard

RS_v2_2010-05.xz.deduped.txt:31390 - http://motherjones.com/mojo/2010/05/metafilter-russian-sex-ring

RS_v2_2010-05.xz.deduped.txt:33241 - http://motherjones.com/mojo/2010/05/crude-oil-reaches-beaches-louisiana-gulf-bp-spill-transocean

RS_v2_2010-05.xz.deduped.txt:33242 - http://motherjones.com/mojo/2010/05/how-libertarian-rand-paul

RS_v2_2010-05.xz.deduped.txt:33585 - http://motherjones.com/environment/2010/05/oil-spill-bp-grand-isle-beach

RS_v2_2010-05.xz.deduped.txt:34762 - http://motherjones.com/kevin-drum/2010/05/end-dadt-near

RS_v2_2010-05.xz.deduped.txt:35162 - http://motherjones.com/mojo/2010/05/military-we-hate-offshore-drilling-too-navy-norfolk-bp-virginia

RS_v2_2010-05.xz.deduped.txt:35412 - http://motherjones.com/mojo/2010/05/BP-oil-spill-Louisiana-beach-tweet-cops

RS_v2_2010-05.xz.deduped.txt:35944 - http://motherjones.com/mojo/2010/05/gringo-mask-protects-arizona-minorities-immigration-brown-law

RS_v2_2010-05.xz.deduped.txt:37618 - http://motherjones.com/blue-marble/2010/05/ig-report-mms-regulators-accepted-gifts-jobs-oil-industry-drugs-porn

RS_v2_2010-05.xz.deduped.txt:37634 - http://motherjones.com/politics/2010/05/grover-norquist-jan-brewer?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29&utm_content=Google+Reader

RS_v2_2010-05.xz.deduped.txt:37797 - http://motherjones.com/politics/2010/05/grover-norquist-jan-brewer

RS_v2_2010-05.xz.deduped.txt:41012 - http://motherjones.com/politics/2010/05/soldier-iraq-loses-home-homeowners-association-foreclose

RS_v2_2010-05.xz.deduped.txt:41268 - http://motherjones.com/kevin-drum/2010/05/why-bp-anti-katrina

RS_v2_2010-05.xz.deduped.txt:41433 - http://motherjones.com/mojo/2010/05/ron-paul-reversal-dadt

RS_v2_2010-05.xz.deduped.txt:42867 - http://motherjones.com/blue-marble/2010/05/nuke-bomb-oil-spill-cleanup-crazy-russia-gulf-bp

RS_v2_2010-05.xz.deduped.txt:43229 - http://motherjones.com/politics/2010/05/us-army-std

RS_v2_2010-05.xz.deduped.txt:43258 - http://motherjones.com/kevin-drum/2010/05/biggest-oil-spill-history

RS_v2_2010-05.xz.deduped.txt:45240 - http://motherjones.com/blue-marble/2010/05/dear-rachel-carson

RS_v2_2009-05.xz.deduped.txt:1076 - http://www.motherjones.com/riff/2009/04/i-would-introduce-our-federal-government-photoshop

RS_v2_2009-05.xz.deduped.txt:3252 - http://www.motherjones.com/politics/2009/05/who-shredded-our-safety-net

RS_v2_2009-05.xz.deduped.txt:5268 -
http://www.motherjones.com/environment/2009/05/waste-not-want-not

RS_v2_2009-05.xz.deduped.txt:5670 - http://www.motherjones.com/politics/2009/05/did-cheneys-office-coverup-torture-wrong-memo

RS_v2_2009-05.xz.deduped.txt:6015 - http://www.motherjones.com/riff/2009/05/important-superhero-rel
ated-news

RS_v2_2009-05.xz.deduped.txt:6210 - http://www.motherjones.com/politics/2009/05/no-country-middle-aged-men

RS_v2_2009-05.xz.deduped.txt:7486 -
http://www.motherjones.com/politics/2009/05/outsourcing-bosses-lesson-fiat-chrysler

RS_v2_2009-05.xz.deduped.txt:8925 - http://www.motherjones.com/politics/2009/05/meet-k-streets-worst-nightmare

RS_v2_2009-05.xz.deduped.txt:10740 - http://www.motherjones.com/politics/2009/05/flunking-stress-tests

RS_v2_2009-05.xz.deduped.txt:10862 - http://www.motherjones.com/media/2009/05/party-purifier

RS_v2_2009-05.xz.deduped.txt:11149 - http://www.motherjones.com/kevin-drum/2009/05/quote-day-51009

RS_v2_2009-05.xz.deduped.txt:11153 - http://www.motherjones.com/kevin-drum/2009/05/end-carterets

RS_v2_2009-05.xz.deduped.txt:12572 - http://www.motherjones.com/politics/2008/10/mojo-audio-chihuahua-coal-mine

RS_v2_2009-05.xz.deduped.txt:12837 - http://www.motherjones.com/mojo/2009/05/health-care-industrys-pr-scam-will-obama-fall-it#

RS_v2_2009-05.xz.deduped.txt:14337 - http://www.motherjones.com/mojo/2009/05/phony-social-security-crisis-gains-traction-new-report

RS_v2_2009-05.xz.deduped.txt:14527 -
http://www.motherjones.com/politics/2009/05/pipelineistan-goes-af-pak

RS_v2_2009-05.xz.deduped.txt:15861 - http://www.motherjones.com/politics/2009/05/fbis-least-wanted

RS_v2_2009-05.xz.deduped.txt:16261 - http://www.motherjones.com/mojo/2009/05/andrew-sullivan-took-words-out-my-mouth

RS_v2_2009-05.xz.deduped.txt:17585 - http://www.motherjones.com/media/2009/05/hard-sell-how-mad-men-spin-recession

RS_v2_2009-05.xz.deduped.txt:19851 - http://www.motherjones.com/politics/2009/05/uncle-sams-human-lab-rats

RS_v2_2009-05.xz.deduped.txt:20315 - http://www.motherjones.com/mojo/2009/05/pelosi-and-waterboarding-why-all-fuss

RS_v2_2009-05.xz.deduped.txt:20419 - http://www.motherjones.com/politics/2009/05/should-parents-who-call-god-instead-doctor-be-punished

RS_v2_2009-05.xz.deduped.txt:21437 - http://www.motherjones.com/politics/2009/05/battling-low-tech-boom

RS_v2_2009-05.xz.deduped.txt:21500 - http://www.motherjones.com/mojo/2009/05/nancy-pelosis-attackers-now-going-after%E2%80%A6-her-looks

RS_v2_2009-05.xz.deduped.txt:21589 - http://www.motherjones.com/kevin-drum/2009/05/financial-innovation

RS_v2_2009-05.xz.deduped.txt:21782 - http://www.motherjones.com/media/2009/05/newspaper-v-internet

RS_v2_2009-05.xz.deduped.txt:22948 - http://www.motherjones.com/politics/2009/05/reid-helps-gop-go-nimby

RS_v2_2009-05.xz.deduped.txt:23981 - http://www.motherjones.com/kevin-drum/2009/05/credit-report-hell

RS_v2_2009-05.xz.deduped.txt:24443 - http://www.motherjones.com/environment/2009/05/recycling-fuhgeddaboudit

RS_v2_2009-05.xz.deduped.txt:25784 - http://www.motherjones.com/riff/2009/05/walmart-uzez-lolcatz-2-advertize

RS_v2_2009-05.xz.deduped.txt:25788 - http://www.motherjones.com/politics/2009/05/obamas-cheney-smackdown

RS_v2_2009-05.xz.deduped.txt:25946 - http://www.motherjones.com/mojo/2009/05/palin-takes-principled-stand-against-energy-efficiency

RS_v2_2009-05.xz.deduped.txt:27074 - http://www.motherjones.com/blue-marble/2009/05/top-6-ways-convert-poop-electricity

RS_v2_2009-05.xz.deduped.txt:27408 - http://www.motherjones.com/mojo/2009/05/private-health-insurers-cant-compete-public-option-medicare

RS_v2_2009-05.xz.deduped.txt:30368 - http://www.motherjones.com/politics/2009/05/will-sotomayor-split-right

RS_v2_2009-05.xz.deduped.txt:32637 - http://www.motherjones.com/mojo/2009/05/great-acts-student-activism-deserve-recognition

RS_v2_2009-05.xz.deduped.txt:34206 - http://www.motherjones.com/politics/2009/05/hayden-criticizes-moveon-being-silent-wars-moveon-responds

RS_v2_2009-05.xz.deduped.txt:34681 - http://www.motherjones.com/politics/2009/05/what-one-stimulus-buck-could-do

RS_v2_2006-10.xz.deduped.txt:973 - http://www.motherjones.com/news/update/2006/09/iran.html

RS_v2_2006-10.xz.deduped.txt:3641 - http://www.motherjones.com/news/exhibit/2006/05/perks_of_privilege.html

RS_v2_2006-10.xz.deduped.txt:4766 - http://www.motherjones.com/news/feature/2006/11/13th_tipping_point.html

RS_v2_2010-07.xz.deduped.txt:430 - http://motherjones.com/mojo/2010/06/michael-steele-thurgood-marshall-kagan

RS_v2_2010-07.xz.deduped.txt:1949 - http://motherjones.com/blue-marble/2010/07/femas-formaldehyde-trailers-are-back-gulf

RS_v2_2010-07.xz.deduped.txt:1962 - http://motherjones.com/rights-stuff/2010/06/BP-private-police-force-louisiana

RS_v2_2010-07.xz.deduped.txt:2819 - http://motherjones.com/photoessays/2008/06/phone-sex-operators

RS_v2_2010-07.xz.deduped.txt:3550 - http://motherjones.com/kevin-drum/2010/06/keeping-jones-act

RS_v2_2010-07.xz.deduped.txt:3644 - http://motherjones.com/kevin-drum/2010/06/chart-day-torture-thee-not-me

RS_v2_2010-07.xz.deduped.txt:3978 - http://motherjones.com/riff/2010/06/6-ways-flying-has-gotten-worse

RS_v2_2010-07.xz.deduped.txt:4825 - http://motherjones.com/environment/2009/09/looks-great-less-nutritious

RS_v2_2010-07.xz.deduped.txt:5338 - http://motherjones.com/politics/2009/05/who-ran-away-your-401k

RS_v2_2010-07.xz.deduped.txt:6317 - http://motherjones.com/blue-marble/2010/07/Demint-blocks-subpoena-bill-oil-spill

RS_v2_2010-07.xz.deduped.txt:6326 - http://motherjones.com/blue-marble/2010/06/science-spill-28-june-2010

RS_v2_2010-07.xz.deduped.txt:6331 - http://motherjones.com/blue-marble/2010/07/oil-industry-reform-greenwashing

RS_v2_2010-07.xz.deduped.txt:7709 - http://motherjones.com/mojo/2010/07/glenn-beck-university-course-syllabus-liberty

RS_v2_2010-07.xz.deduped.txt:7979 - http://motherjones.com/kevin-drum/2010/07/photoshopping-news

RS_v2_2010-07.xz.deduped.txt:8677 - http://motherjones.com/politics/2010/07/fred-thompson-mortgage-spokesman-american-advisors-group

RS_v2_2010-07.xz.deduped.txt:8948 - http://motherjones.com/blue-marble/2010/07/ethanol-worse-gulf-bps-oil

RS_v2_2010-07.xz.deduped.txt:10079 - http://motherjones.com/photoessays/2010/05/india-girl-effect

RS_v2_2010-07.xz.deduped.txt:10604 - http://motherjones.com/blue-marble/2010/07/bps-big-ad-buys

RS_v2_2010-07.xz.deduped.txt:12686 - http://motherjones.com/politics/2010/07/hope-and-change-fade-war-endures?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_v2_2010-07.xz.deduped.txt:13451 - http://motherjones.com/mojo/2010/07/how-lady-gaga-leaked-secret-war-data

RS_v2_2010-07.xz.deduped.txt:19072 - http://motherjones.com/politics/2010/07/texas-green-party-gop-charles-hurth

RS_v2_2010-07.xz.deduped.txt:19947 - http://motherjones.com/mojo/2010/07/bp-lockerbie-terrorist-libya-pan-am

RS_v2_2010-07.xz.deduped.txt:20649 - http://motherjones.com/politics/2010/07/guantanamo-psychologists-complaint-john-leso-larry-james

RS_v2_2010-07.xz.deduped.txt:24617 - http://motherjones.com/politics/2009/07/first-do-harm

RS_v2_2010-07.xz.deduped.txt:25702 - http://motherjones.com/kevin-drum/2010/07/small-business-dodge

RS_v2_2010-07.xz.deduped.txt:26378 - http://motherjones.com/kevin-drum/2010/07/quote-day-still-ruled-rich

RS_v2_2010-07.xz.deduped.txt:26402 - http://motherjones.com/kevin-drum/2010/07/sometimes-numbers-really-do-tell-tale

RS_v2_2010-07.xz.deduped.txt:26423 - http://motherjones.com/kevin-drum/2010/07/safest-street-america

RS_v2_2010-07.xz.deduped.txt:26429 - http://motherjones.com/politics/2010/07/health-care-rationing-death-panels

RS_v2_2010-07.xz.deduped.txt:28068 - http://motherjones.com/rights-stuff/2010/07/katrina-recovery-new-orleans-BP

RS_v2_2010-07.xz.deduped.txt:28071 - http://motherjones.com/mojo/2010/07/warren-v-geithner-teapot-tempest

RS_v2_2010-07.xz.deduped.txt:29304 - http://motherjones.com/environment/2010/07/is-vegetarian-diet-green

RS_v2_2010-07.xz.deduped.txt:30243 - http://motherjones.com/politics/2010/07/bp-secret-ticket-request-line-california

RS_v2_2010-07.xz.deduped.txt:31106 - http://motherjones.com/kevin-drum/2010/07/gop-choice-tea-parties-or-independents

RS_v2_2010-07.xz.deduped.txt:33924 - http://motherjones.com/rights-stuff/2010/07/bp-cleanup-women-oil-wrestling

RS_v2_2010-07.xz.deduped.txt:35397 - http://motherjones.com/environment/2010/07/epa-whistleblower-bp-dispersants?

RS_v2_2010-07.xz.deduped.txt:35857 - http://motherjones.com/kevin-drum/2010/07/my-empathy-problem

RS_v2_2010-07.xz.deduped.txt:37400 - http://motherjones.com/politics/2007/08/nagging-zap-swearing-zap-new-yorks-investigations-rotenberg-center

RS_v2_2010-07.xz.deduped.txt:40610 - http://motherjones.com/mojo/2010/07/wikileaks-afghan-documents-and-me-source

RS_v2_2010-07.xz.deduped.txt:42486 - http://motherjones.com/politics/2010/07/tarryl-clark-michele-bachmann-minnesota

RS_v2_2010-07.xz.deduped.txt:43203 - http://motherjones.com/kevin-drum/2010/07/would-ada-pass-today

RS_v2_2010-07.xz.deduped.txt:45038 - http://motherjones.com/mojo/2010/07/young-voters-obama-election

RS_v2_2010-07.xz.deduped.txt:45919 - http://motherjones.com/politics/2010/07/tea-party-911-unite-in-action

RS_v2_2010-07.xz.deduped.txt:46334 - http://motherjones.com/kevin-drum/2010/02/daniel-ellsberg-limitations-knowledge

RS_v2_2010-07.xz.deduped.txt:46863 - http://motherjones.com/mojo/2010/07/afghanistan-wikileaks-friendly-fire-ana-anp

RS_v2_2010-07.xz.deduped.txt:47100 - http://motherjones.com/rights-stuff/2010/07/mainstream-media-helps-bp-pretend-theres-no-oil

RS_v2_2010-07.xz.deduped.txt:47179 - http://motherjones.com/mojo/2010/07/muslim-day-six-flags

RS_v2_2010-07.xz.deduped.txt:47187 - http://motherjones.com/blue-marble/2010/07/oil-disaster-report-NWF

RS_v2_2008-06.xz.deduped.txt:3 - http://www.motherjones.com/mojoblog/archives/2008/05/8390_hillary_declare.html

RS_v2_2008-06.xz.deduped.txt:2276 - http://www.motherjones.com/mojoblog/archives/2008/06/8483_dov-charney-sued-again.html

RS_v2_2008-06.xz.deduped.txt:2900 -
http://www.motherjones.com/washington_dispatch/2008/06/obama-running-mate-vice-
presidential-choices.html
RS_v2_2008-06.xz.deduped.txt:2985 -
http://www.motherjones.com/interview/2008/05/interview-energy-mythbusters-jamie-
hyneman.html
RS_v2_2008-06.xz.deduped.txt:3425 -
http://www.motherjones.com/blue_marble_blog/archives/2008/06/8593_eat_local_grow.html
RS_v2_2008-06.xz.deduped.txt:3921 -
http://www.motherjones.com/mojoblog/archives/2008/06/8598_obama_fundraisi.html
RS_v2_2008-06.xz.deduped.txt:5235 -
http://www.motherjones.com/commentary/tomdispatch/2008/06/collateral-damage-iraq-
civilian.html
RS_v2_2008-06.xz.deduped.txt:7791 -
http://www.motherjones.com/blue_marble_blog/archives/2008/06/8647_drilling_really.html
RS_v2_2008-06.xz.deduped.txt:8474 -
http://www.motherjones.com/mojoblog/archives/2008/06/8651_world_leaders_t.html
RS_v2_2008-06.xz.deduped.txt:9178 - http://motherjones.com/news/outfront/2008/05/political-
giving-by-occupation.html
RS_v2_2008-06.xz.deduped.txt:9604 -
http://www.motherjones.com/mojoblog/archives/2008/03/7743_john_mccain_doe.html
RS_v2_2008-06.xz.deduped.txt:10092 -
http://www.motherjones.com/mojoblog/archives/2008/06/8643_revisiting_the_1.html
RS_v2_2008-06.xz.deduped.txt:10140 - http://www.motherjones.com/interview/2008/06/five-
ways-to-survive-disaster.html
RS_v2_2008-06.xz.deduped.txt:11167 -
http://www.motherjones.com/mojoblog/archives/2008/06/8678_gop_claims_chin.html
RS_v2_2008-06.xz.deduped.txt:12054 -
http://www.motherjones.com/mojoblog/archives/2008/06/8687_why_is_carly_fi.html
RS_v2_2008-06.xz.deduped.txt:13653 -
http://www.motherjones.com/mojoblog/archives/2008/06/8689_a_righttolifer.html
RS_v2_2008-06.xz.deduped.txt:14423 -
http://www.motherjones.com/mojoblog/archives/2008/06/8690_natl_journal_ro.html
RS_v2_2008-06.xz.deduped.txt:14629 -
http://www.motherjones.com/mojoblog/archives/2008/06/8690_natl_journal_ro.html?id=11
RS_v2_2008-06.xz.deduped.txt:15382 -
http://www.motherjones.com/commentary/tomdispatch/2008/06/greatest-story-never-told.html
RS_v2_2008-06.xz.deduped.txt:16687 -
http://www.motherjones.com/news/update/2008/06/rumsfeld-guantanamo-torture-techniques-
hearing.html
RS_v2_2008-06.xz.deduped.txt:16694 -
http://www.motherjones.com/news/outfront/2008/05/conspiracy-watch-fluoride-as-pinko-
plot.html
RS_v2_2008-06.xz.deduped.txt:18387 -
http://www.motherjones.com/commentary/columns/2008/06/who-benefits-from-high-food-
prices.html

RS_v2_2008-06.xz.deduped.txt:18473 -
http://www.motherjones.com/blue_marble_blog/archives/2008/06/8774_why_miles_per_g.html
RS_v2_2008-06.xz.deduped.txt:19244 -
http://www.motherjones.com/mojoblog/archives/2008/06/8765_theres_no_telli.html
RS_v2_2008-06.xz.deduped.txt:19255 - http://www.motherjones.com/photos/phone-sex/
RS_v2_2008-06.xz.deduped.txt:21550 - http://www.motherjones.com/photos/2008/06/photo-essay-phone-sex-operator-train-conductor-1-of-25.html
RS_v2_2008-06.xz.deduped.txt:21785 -
http://www.motherjones.com/mojoblog/archives/2008/06/8763_mccain_hypocris.html
RS_v2_2008-06.xz.deduped.txt:21921 -
http://www.motherjones.com/mojoblog/archives/2008/06/8776_florida_republi.html
RS_v2_2008-06.xz.deduped.txt:22582 -
http://www.motherjones.com//news/featurex/2008/06/the-pesticide-of-last-resort.html
RS_v2_2008-06.xz.deduped.txt:23093 -
http://www.motherjones.com/commentary/columns/2008/07/witness-smoke-and-mirrors.html
RS_v2_2008-06.xz.deduped.txt:23178 -
http://www.motherjones.com/blue_marble_blog/archives/2008/06/8809_everglades_wins.html
RS_v2_2008-06.xz.deduped.txt:23856 -
http://www.motherjones.com/mojoblog/archives/2008/06/8811_exxon_valdez_court.html
RS_v2_2008-06.xz.deduped.txt:24056 -
http://www.motherjones.com/mojoblog/archives/2008/06/8798_are_you_a_blog.html
RS_v2_2008-06.xz.deduped.txt:24564 - http://www.motherjones.com/news/update/2007/12/oil-spills-are-forever.html
RS_v2_2008-06.xz.deduped.txt:25076 -
http://www.motherjones.com/blue_marble_blog/archives/2008/06/8815_white_house_rec.html
RS_v2_2008-06.xz.deduped.txt:25428 -
http://www.motherjones.com/mojoblog/archives/2008/06/8758_obama_opts_out.html
RS_v2_2008-06.xz.deduped.txt:26049 -
http://www.motherjones.com/photo/2007/07/hidden_half-4.html
RS_v2_2008-06.xz.deduped.txt:26055 -
http://www.motherjones.com/news/update/2008/06/torture-guantanamo-red-cross.html
RS_v2_2008-06.xz.deduped.txt:26385 -
http://www.motherjones.com/interview/2008/06/citizens-guide-to-post-bush-globe.html
RS_v2_2008-06.xz.deduped.txt:26988 -
http://www.motherjones.com/commentary/columns/2008/06/price-of-gas-oil-companies.html/
RS_v2_2008-06.xz.deduped.txt:27338 -
http://www.motherjones.com/mojoblog/archives/2008/06/8838_san-jose-merc-news-layoff.html
RS_v2_2009-04.xz.deduped.txt:159 - http://www.motherjones.com/blue-marble/2009/03/hayfever-just-blow-your%E2%80%A6-knob
RS_v2_2009-04.xz.deduped.txt:2290 - http://www.motherjones.com/kevin-drum/2009/04/blood-sport
RS_v2_2009-04.xz.deduped.txt:2337 - http://www.motherjones.com/mojo/2009/04/glenn-beck-takes-godwins-law-new-heights
RS_v2_2009-04.xz.deduped.txt:2456 - http://www.motherjones.com/politics/2009/04/should-obama-control-internet

RS_v2_2009-04.xz.deduped.txt:3581 - http://www.motherjones.com/politics/2009/04/should-obama-control-internet?page=entire

RS_v2_2009-04.xz.deduped.txt:4715 - http://www.motherjones.com/politics/2009/04/should-obama-control-internet?page=1

RS_v2_2009-04.xz.deduped.txt:6423 - http://www.motherjones.com/politics/2009/04/cias-open-secrets

RS_v2_2009-04.xz.deduped.txt:6466 - http://www.motherjones.com/environment/2009/03/out-mind-out-sight

RS_v2_2009-04.xz.deduped.txt:7068 - http://www.motherjones.com/politics/2009/04/are-starbucks-and-whole-foods-union-busting

RS_v2_2009-04.xz.deduped.txt:9111 - http://www.motherjones.com/special-reports/2009/03/smart-growth

RS_v2_2009-04.xz.deduped.txt:9115 - http://www.motherjones.com/environment/2009/03/little-piggy-goes-home

RS_v2_2009-04.xz.deduped.txt:10396 - http://www.motherjones.com/mojo/2009/04/going-crazy-over-north-korea-and-obama

RS_v2_2009-04.xz.deduped.txt:10673 - http://www.motherjones.com/military-maps

RS_v2_2009-04.xz.deduped.txt:10779 - http://www.motherjones.com/mojo/2009/04/another-miracle-brought-you-americas-unions-time-pirates

RS_v2_2009-04.xz.deduped.txt:16091 - http://www.motherjones.com/mojo/2009/04/white-house-joking-about-torture-investigation

RS_v2_2009-04.xz.deduped.txt:17259 - http://www.motherjones.com/mojo/2009/04/glenn-beck-advocates-secession

RS_v2_2009-04.xz.deduped.txt:17760 - http://www.motherjones.com/kevin-drum/2009/04/listening-congress

RS_v2_2009-04.xz.deduped.txt:19423 - http://www.motherjones.com/kevin-drum/2009/04/question-goldman-sachs

RS_v2_2009-04.xz.deduped.txt:21102 - http://www.motherjones.com/politics/2009/04/marriage-can-wait

RS_v2_2009-04.xz.deduped.txt:22975 - http://www.motherjones.com/blue-marble/2009/04/come-talk-trash-us-0

RS_v2_2009-04.xz.deduped.txt:23003 - http://www.motherjones.com/kevin-drum/2009/04/chart-day-4202009

RS_v2_2009-04.xz.deduped.txt:23315 - http://www.motherjones.com/politics/2009/04/lets-not-recover

RS_v2_2009-04.xz.deduped.txt:25677 - http://www.motherjones.com/kevin-drum/2009/04/waiting-times

RS_v2_2009-04.xz.deduped.txt:25699 - http://www.motherjones.com/photoessays/2005/11/sea-change

RS_v2_2009-04.xz.deduped.txt:26519 - http://www.motherjones.com/politics/2009/04/inconvenient-truth-gop

RS_v2_2009-04.xz.deduped.txt:27185 - http://www.motherjones.com/kevin-drum/2009/04/moral-relativism

RS_v2_2009-04.xz.deduped.txt:27608 - http://www.motherjones.com/mojo/2009/04/feinstein-place-armed-guards-us-flagged-ships-transiting-gulf-aden

RS_v2_2009-04.xz.deduped.txt:29111 - http://www.motherjones.com/mojo/2009/04/video-why-fighting-climate-change-so-god-dang-hard

RS_v2_2009-04.xz.deduped.txt:31453 - http://www.motherjones.com/politics/2009/04/mojo-video-inside-abu-ghraib-levels-1-4-and-5

RS_v2_2009-04.xz.deduped.txt:31464 - http://www.motherjones.com/environment/2009/05/plastic-fantastic

RS_v2_2009-04.xz.deduped.txt:32802 - http://www.motherjones.com/politics/2009/04/conservatives-live-different-moral-universe8212and-heres-why-it-matters

RS_v2_2009-04.xz.deduped.txt:33138 - http://www.motherjones.com/mojo/2009/04/swine-flu-bringing-home-bacon

RS_v2_2009-04.xz.deduped.txt:36572 - http://www.motherjones.com/mojo/2009/04/texas-run-secessionist-guv-has-received-federal-disaster-relief-more-times-any-state

RS_v2_2009-04.xz.deduped.txt:36990 - http://www.motherjones.com/politics/2009/05/americas-pakistan-problem

RS_v2_2006-07.xz.deduped.txt:2333 - http://www.motherjones.com/mojoblog/archives/2006/07/the_death_penal.html

RS_v2_2006-07.xz.deduped.txt:2837 - http://www.motherjones.com/commentary/columns/2006/07/dropping_musharraf.html

RS_v2_2006-07.xz.deduped.txt:3333 - http://www.motherjones.com/mojoblog/archives/2006/07/bush_administra_1.html

RS_v2_2006-07.xz.deduped.txt:3607 - http://www.motherjones.com/news/feature/1998/01/lind_DUP2.html

RS_2012-06.bz2.deduped.txt:497 - http://m.motherjones.com/kevin-drum/2012/06/gop-vote-suppression-election

RS_2012-06.bz2.deduped.txt:1145 - http://www.motherjones.com/mojo/2012/06/bill-clinton-wisconsin-recall-scott-walker-tom-barrett

RS_2012-06.bz2.deduped.txt:3695 - http://www.motherjones.com/tom-philpott/2012/05/california-gmo-labeling

RS_2012-06.bz2.deduped.txt:4735 - http://www.motherjones.com/kevin-drum/2012/05/texas-democratic-primary-war-on-drugs

RS_2012-06.bz2.deduped.txt:4893 - http://www.motherjones.com/politics/2012/05/ron-paul-tampa-strategy-party

RS_2012-06.bz2.deduped.txt:6513 - http://www.motherjones.com/blue-marble/2012/05/hfcs-corn-sugar-fda-ruling

RS_2012-06.bz2.deduped.txt:6545 - http://www.motherjones.com/mojo/2012/06/walker-wisconsin-americans-for-prosperity-new-model

RS_2012-06.bz2.deduped.txt:7261 - http://www.motherjones.com/blue-marble/2011/12/japan-admits-tsunami-funds-used-safeguard-whaling-fleet

RS_2012-06.bz2.deduped.txt:8750 - http://www.motherjones.com/kevin-drum/2012/06/gop-vote-suppression-election

RS_2012-06.bz2.deduped.txt:9789 - http://www.motherjones.com/mojo/2012/06/americans-for-prosperity-vs-metrorail

RS_2012-06.bz2.deduped.txt:10520 - http://www.motherjones.com/blue-marble/2012/05/north-carolina-wishes-away-climate-change

RS_2012-06.bz2.deduped.txt:11871 - http://www.motherjones.com/blue-marble/2012/05/indonesia-deforestation-moratorium-not-working

RS_2012-06.bz2.deduped.txt:13354 - http://www.motherjones.com/politics/2012/06/bank-of-america-lawsuit-ken-lewis-merrill-lynch

RS_2012-06.bz2.deduped.txt:14285 - http://m.motherjones.com/blue-marble/2012/06/bp-sends-chill-through-scientific-community

RS_2012-06.bz2.deduped.txt:16375 - http://www.motherjones.com/blue-marble/2012/06/your-supermarket-wasting-food

RS_2012-06.bz2.deduped.txt:16816 - http://www.motherjones.com/media/2012/05/hysteria-sex-toy-history-timeline

RS_2012-06.bz2.deduped.txt:19731 - http://www.motherjones.com/mojo/2012/06/discredited-tea-party-group-claims-scott-walker-sponsorship

RS_2012-06.bz2.deduped.txt:20673 - http://www.motherjones.com/kevin-drum/2012/06/yet-more-evidence-we-are-becoming-more-politically-polarized

RS_2012-06.bz2.deduped.txt:20699 - http://www.motherjones.com/politics/2012/06/drone-warfare-obama-counterterrorism

RS_2012-06.bz2.deduped.txt:20943 - http://www.motherjones.com/blue-marble/2012/06/coal-activist-kiddie-porn

RS_2012-06.bz2.deduped.txt:21478 - http://www.motherjones.com/politics/2007/01/guy-can-get-59-mpg-plain-old-accord-beat-punk

RS_2012-06.bz2.deduped.txt:22203 - http://www.motherjones.com/politics/2012/06/wisconsin-recall-coalition-american-values-scott-walker

RS_2012-06.bz2.deduped.txt:22372 - http://www.motherjones.com/politics/2012/06/top-10-wisconsin-scott-walker-recall

RS_2012-06.bz2.deduped.txt:26452 - http://www.motherjones.com/blue-marble/2012/06/greens-sue-chris-christie-dropping-climate-pact

RS_2012-06.bz2.deduped.txt:26926 - http://www.motherjones.com/blue-marble/2012/06/food-chain-workers-low-wages-report

RS_2012-06.bz2.deduped.txt:26939 - http://www.motherjones.com/mojo/2012/06/wisconsin-walker-recall-money-stats

RS_2012-06.bz2.deduped.txt:27696 - http://www.motherjones.com/mojo/2012/06/john-lehman-van-wanggard-wisconsin-recall-senate

RS_2012-06.bz2.deduped.txt:30053 - http://www.motherjones.com/mojo/2012/06/wisconsin-walker-recall-money-stats#

RS_2012-06.bz2.deduped.txt:30316 - http://www.motherjones.com/blue-marble/2012/06/coal-activist-kiddie-porn-accusation

RS_2012-06.bz2.deduped.txt:30901 - http://www.motherjones.com/politics/2012/06/border-control-business-us-mexico

RS_2012-06.bz2.deduped.txt:34356 - http://www.motherjones.com/politics/2012/06/muslims-nypd-spying-lawsuit

RS_2012-06.bz2.deduped.txt:34357 - http://www.motherjones.com/politics/2012/06/nra-alec-stand-your-ground

RS_2012-06.bz2.deduped.txt:36039 - http://www.motherjones.com/kevin-drum/2012/06/chart-day-more-half-all-high-school-grads-are-unemployed

RS_2012-06.bz2.deduped.txt:36112 - http://m.motherjones.com/politics/2011/04/scott-walker-defunding-democratic-donors

RS_2012-06.bz2.deduped.txt:39252 - http://www.motherjones.com/politics/2012/06/stand-your-ground-map

RS_2012-06.bz2.deduped.txt:39395 - http://www.motherjones.com/politics/2012/06/motorcycle-biker-lobby-helmets-state-law

RS_2012-06.bz2.deduped.txt:39735 - http://www.motherjones.com/blue-marble/2012/06/dramatic-decline-microscopic-life-bps-oiled-beaches

RS_2012-06.bz2.deduped.txt:40641 - http://www.motherjones.com/mojo/2012/06/corn-martin-bashir-romney-draft-record-poor

RS_2012-06.bz2.deduped.txt:41085 - http://www.motherjones.com/politics/2012/06/nuclear-bombs-congress-elections-campaign-donations

RS_2012-06.bz2.deduped.txt:42205 - http://www.motherjones.com/politics/2004/09/operation-hollywood

RS_2012-06.bz2.deduped.txt:43862 - http://www.motherjones.com/mojo/2012/06/michigan-worst-anti-abortion-legislation

RS_2012-06.bz2.deduped.txt:46105 - http://www.motherjones.com/mojo/2012/06/morning-after-pill-plan-b-abortion-implantation-personhood

RS_2012-06.bz2.deduped.txt:46757 - http://www.motherjones.com/mojo/2012/06/watch-james-okeefe-iii-crashes-netroots-nation-his-handicam

RS_2012-06.bz2.deduped.txt:50729 - http://www.motherjones.com/kevin-drum/2012/06/breaking-conservatives-still-more-disciplined-liberals

RS_2012-06.bz2.deduped.txt:51293 - http://www.motherjones.com/mojo/2012/06/did-supreme-court-just-gut-habeas

RS_2012-06.bz2.deduped.txt:52530 - http://www.motherjones.com/politics/2012/06/jim-messina-obama-campaign

RS_2012-06.bz2.deduped.txt:52541 - http://www.motherjones.com/politics/2012/06/top-five-stand-your-ground-cases-zimmerman

RS_2012-06.bz2.deduped.txt:52595 - http://www.motherjones.com/politics/2012/06/how-wisconsin-uprising-got-hijacked

RS_2012-06.bz2.deduped.txt:54344 - http://www.motherjones.com/politics/2006/03/fate-ocean

RS_2012-06.bz2.deduped.txt:55924 - http://www.motherjones.com/blue-marble/2012/06/who-drives-most-climate-change

RS_2012-06.bz2.deduped.txt:57127 - http://www.motherjones.com/mixed-media/2012/05/book-review-overdressed-elizabeth-cline-fast-fashion

RS_2012-06.bz2.deduped.txt:57884 - http://www.motherjones.com/mojo/2012/06/romney-abortion-supreme-court

RS_2012-06.bz2.deduped.txt:58409 - http://www.motherjones.com/kevin-drum/2012/06/why-obama-caved-national-security

RS_2012-06.bz2.deduped.txt:58447 - http://www.motherjones.com/environment/2012/06/colorado-wildfire-future-norm

RS_2012-06.bz2.deduped.txt:58624 - http://www.motherjones.com/environment/2012/06/interview-lisa-jackson-epa

RS_2012-06.bz2.deduped.txt:58711 - http://www.motherjones.com/politics/2012/06/cell-phone-tower-climbing-telecom

RS_2012-06.bz2.deduped.txt:58727 - http://m.motherjones.com/mojo/2012/06/romney-abortion-supreme-

court?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%253A+Motherjone
s%252Fmojoblog+%2528MotherJones.com+%257C+MoJoBlog%2529
RS_2012-06.bz2.deduped.txt:60678 - http://www.motherjones.com/kevin-drum/2012/06/times-
have-changed-its-ok-lie
RS_2012-06.bz2.deduped.txt:62382 - http://www.motherjones.com/kevin-
drum/2012/06/healthcare-reform-turns-out-be-pretty-good-
deal?utm_medium=twitter&utm_source=twitterfeed
RS_2012-06.bz2.deduped.txt:62622 - http://www.motherjones.com/politics/2012/06/shaheen-
amendment-military-rape-abortion
RS_2012-06.bz2.deduped.txt:62788 - http://www.motherjones.com/tom-
philpott/2012/06/american-diet-one-chart
RS_2012-06.bz2.deduped.txt:64356 - http://www.motherjones.com/mojo/2012/06/north-
carolina-gop-gay-discrimination-platform
RS_2012-06.bz2.deduped.txt:64438 - http://www.motherjones.com/mojo/2012/06/dark-money-
501c4-irs-social-welfare
RS_2012-06.bz2.deduped.txt:64569 - http://www.motherjones.com/mojo/2012/06/elizabeth-
warren-jamie-dimon-new-york-federal-reserve?2
RS_2012-06.bz2.deduped.txt:64813 - http://www.motherjones.com/tom-
philpott/2012/06/georgia-group-gives-bird-big-chicken
RS_2012-06.bz2.deduped.txt:65994 - http://www.motherjones.com/environment/2012/06/100-
amazon-bird-species-extinction-deforestation
RS_2012-06.bz2.deduped.txt:66970 - http://www.motherjones.com/mojo/2012/06/trey-radel-
admits-buying-sex-themed-domain-names
RS_2012-06.bz2.deduped.txt:68002 - http://www.motherjones.com/politics/2012/06/florida-trey-
radel-sex-domain-gate-scandal
RS_2012-06.bz2.deduped.txt:68115 - http://www.motherjones.com/mojo/2012/06/mitt-romney-
devils-dictionary
RS_2012-06.bz2.deduped.txt:68119 - http://www.motherjones.com/kevin-drum/2012/06/quote-
day-how-1-won
RS_2012-06.bz2.deduped.txt:68148 - http://www.motherjones.com/blue-marble/2012/06/plant-
life-under-arctic-ice-climate-change
RS_2012-06.bz2.deduped.txt:68737 - http://www.motherjones.com/politics/2012/06/shaheen-
amendment-military-rape-
abortion?utm_source=facebook&utm_medium=post&utm_content=shaheen&utm_campaign=pp
actionfb
RS_2012-06.bz2.deduped.txt:68745 - http://www.motherjones.com/politics/2012/06/shaheen-
amendment-military-rape-abortion?utm_source=facebook
RS_2012-06.bz2.deduped.txt:69909 - http://www.motherjones.com/mojo/2012/06/charts-
sheldon-adelson-super-pac-money
RS_2012-06.bz2.deduped.txt:69933 - http://www.motherjones.com/politics/2012/06/florida-trey-
radel-sex-domain-gate-scandal#disqus_thread
RS_2012-06.bz2.deduped.txt:70882 - http://m.motherjones.com/politics/2012/06/shaheen-
amendment-military-rape-abortion
RS_2012-06.bz2.deduped.txt:72141 -
http://www.motherjones.com/politics/2012/06/connections-jp-morgan-jamie-dimon-senate-
banking-committee

RS_2012-06.bz2.deduped.txt:73427 - http://www.motherjones.com/tom-philpott/2012/06/dipn-chickn-popeyes-mcdonalds
RS_2012-06.bz2.deduped.txt:73540 - http://www.motherjones.com/mojo/2012/03/knit-your-congressman-vagina-contraception-abortion
RS_2012-06.bz2.deduped.txt:73784 - http://www.motherjones.com/mojo/2012/06/virginia-most-restrictive-abortion-regulation
RS_2012-06.bz2.deduped.txt:75241 - http://www.motherjones.com/mojo/2012/06/occupy-oakland-police-response-report
RS_2012-06.bz2.deduped.txt:75885 - http://www.motherjones.com/politics/2012/06/congress-money-costs-per-hour
RS_2012-06.bz2.deduped.txt:76024 - http://www.motherjones.com/politics/2012/06/peter-king-muslim-hearings-about-hearings
RS_2012-06.bz2.deduped.txt:78365 - http://www.motherjones.com/mixed-media/2012/06/film-review-thats-my-boy-adam-sandler-andy-samberg
RS_2012-06.bz2.deduped.txt:78590 - http://www.motherjones.com/slideshows/2011/11/r-crumb-record-covers/cheap-thrills
RS_2012-06.bz2.deduped.txt:82358 - http://www.motherjones.com/mojo/2012/06/god-dead-millennials-anyway
RS_2012-06.bz2.deduped.txt:83440 - http://www.motherjones.com/environment/2012/06/100-amazon-bird-species-extinction-deforestation?1
RS_2012-06.bz2.deduped.txt:86059 - http://www.motherjones.com/kevin-drum/2012/06/clock-ticks-down-whether-weve-entered-new-era-american-politics
RS_2012-06.bz2.deduped.txt:88549 - http://www.motherjones.com/kevin-drum/2012/06/conservatives-decide-not-take-obamas-mini-dream-bait
RS_2012-06.bz2.deduped.txt:89839 - http://www.motherjones.com/environment/2012/06/marion-nestle-soda-tax
RS_2012-06.bz2.deduped.txt:90622 - http://www.motherjones.com/politics/2012/06/undoing-citizens-united-dark-money
RS_2012-06.bz2.deduped.txt:92934 - http://www.motherjones.com/blue-marble/2012/06/can-exposure-toxins-change-your-dna
RS_2012-06.bz2.deduped.txt:93515 - http://www.motherjones.com/photoessays/2011/08/racist-propaganda/malaria-japan-war
RS_2012-06.bz2.deduped.txt:93527 - http://www.motherjones.com/slideshows/2012/01/egypts-revolutionary-graffiti-one-year-later/freedom-january-25
RS_2012-06.bz2.deduped.txt:95597 - http://www.motherjones.com/mojo/2012/06/scalia-obamacare-precedent-reversal
RS_2012-06.bz2.deduped.txt:95790 - http://www.motherjones.com/blue-marble/2012/06/gmo-bt-pesticides-crops
RS_2012-06.bz2.deduped.txt:98284 - http://www.motherjones.com/mojo/2012/06/best-protest-signs-michigans-vaginagate-scandal
RS_2012-06.bz2.deduped.txt:98367 - http://www.motherjones.com/mojo/2012/06/gop-rep-joe-walsh-obama-dumb-tyrant-stopping-immigrant-deportations
RS_2012-06.bz2.deduped.txt:98783 - http://www.motherjones.com/politics/1999/11/robert-rubin-rewrites-rules
RS_2012-06.bz2.deduped.txt:99107 - http://www.motherjones.com/politics/2012/06/obama-iran-war-covert-operations

RS_2012-06.bz2.deduped.txt:100387 - http://www.motherjones.com/politics/2012/06/sharif-mobley-yemen-fbi-proxy-detention

RS_2012-06.bz2.deduped.txt:100851 - http://www.motherjones.com/politics/2012/06/game-of-thrones-attack-ads

RS_2012-06.bz2.deduped.txt:101181 - http://www.motherjones.com/politics/2012/06/mitt-romney-history-problem

RS_2012-06.bz2.deduped.txt:101573 - http://www.motherjones.com/environment/2012/06/environmental-activists-being-killed-one-week-global-witness-rio20

RS_2012-06.bz2.deduped.txt:101642 - http://www.motherjones.com/politics/2012/06/game-of-thrones-super-pac-attack-ads

RS_2012-06.bz2.deduped.txt:101734 - http://www.motherjones.com/tom-philpott/2012/06/pesticides-baby-food-ewg-dirty-dozen

RS_2012-06.bz2.deduped.txt:102929 - http://www.motherjones.com/politics/2012/06/history-money-american-elections

RS_2012-06.bz2.deduped.txt:105296 - http://www.motherjones.com/mojo/2012/06/mitt-romney-immigration-speech-vague?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2012-06.bz2.deduped.txt:107179 - http://www.motherjones.com/politics/2012/06/prison-profit-industry-corporation-money-jail

RS_2012-06.bz2.deduped.txt:107182 - http://www.motherjones.com/mojo/2012/06/robert-t-brockman-restore-our-future-donation

RS_2012-06.bz2.deduped.txt:107199 - http://www.motherjones.com/politics/2012/06/jpmorgans-connections-house-finance-committee

RS_2012-06.bz2.deduped.txt:107755 - http://www.motherjones.com/mojo/2012/06/watch-12-trillion-budget-cuts-hollywood-disaster-movie

RS_2012-06.bz2.deduped.txt:108100 - http://www.motherjones.com/kevin-drum/2012/06/one-sided-war-against-obamacare

RS_2012-06.bz2.deduped.txt:109261 - http://www.motherjones.com/kevin-drum/2012/06/how-americans-feel-about-foreign-policy

RS_2012-06.bz2.deduped.txt:109799 - http://www.motherjones.com/kevin-drum/2012/06/quote-day-government-cutbacks-are-hurting-recovery

RS_2012-06.bz2.deduped.txt:110305 - http://www.motherjones.com/tom-philpott/2012/06/senate-farm-bill-it-could-have-been-worse

RS_2012-06.bz2.deduped.txt:110559 - http://www.motherjones.com/politics/2012/06/barack-obama-energy-dick-cheney

RS_2012-06.bz2.deduped.txt:111034 - http://www.motherjones.com/mojo/2012/06/karl-roves-250k-mystery-donor-revealed

RS_2012-06.bz2.deduped.txt:111760 - http://www.motherjones.com/politics/2008/01/verdict-our-voting-system-loser

RS_2012-06.bz2.deduped.txt:112114 - http://www.motherjones.com/politics/2008/01/verdict-our-voting-system-loser?wfw

RS_2012-06.bz2.deduped.txt:113347 - http://www.motherjones.com/blue-marble/2012/06/pa-fracking-eviction

RS_2012-06.bz2.deduped.txt:113683 - http://www.motherjones.com/kevin-drum/2012/06/what-really-happens-if-supreme-court-strikes-down-mandate
RS_2012-06.bz2.deduped.txt:113699 - http://m.motherjones.com/politics/2012/06/history-money-american-elections
RS_2012-06.bz2.deduped.txt:114642 - http://www.motherjones.com/mojo/2012/06/mitt-romney-immigration-speech-vague
RS_2012-06.bz2.deduped.txt:116628 - http://www.motherjones.com/kevin-drum/2012/06/public-vs-private-universities-reply-trenches
RS_2012-06.bz2.deduped.txt:117966 - http://www.motherjones.com/mojo/2012/06/corn-hardball-obama-appeals-latino-voters-romney-doesnt
RS_2012-06.bz2.deduped.txt:118135 - http://www.motherjones.com/mojo/2012/06/rhode-island-homeless-bill-rights
RS_2012-06.bz2.deduped.txt:123848 - http://www.motherjones.com/politics/2011/11/states-federal-taxes-spending-charts-maps
RS_2012-06.bz2.deduped.txt:127241 - http://www.motherjones.com/environment/2012/06/pesticides-farm-workers-poison-epa
RS_2012-06.bz2.deduped.txt:127614 - http://www.motherjones.com/politics/2012/06/gops-dead-end-marriage-program
RS_2012-06.bz2.deduped.txt:127860 - http://www.motherjones.com/media/2012/06/supersize-biggest-sodas-mcdonalds-big-gulp-chart
RS_2012-06.bz2.deduped.txt:130737 - http://www.motherjones.com/environment/2012/06/injection-wells-poison-toxic-waste-groundwater-epa
RS_2012-06.bz2.deduped.txt:133879 - http://www.motherjones.com/politics/2012/06/supreme-court-roberts-obamacare-charts
RS_2012-06.bz2.deduped.txt:134803 - http://www.motherjones.com/mojo/2012/06/immigration-law-dissent-scalia-reference-slavery-era-laws
RS_2012-06.bz2.deduped.txt:135127 - http://www.motherjones.com/kevin-drum/2012/06/quote-day-voter-why-republicans-voter-id-laws
RS_2012-06.bz2.deduped.txt:137814 - http://www.motherjones.com/politics/2011/09/gi-bill-for-profit-colleges
RS_2012-06.bz2.deduped.txt:138012 - http://www.motherjones.com/politics/2012/06/interactive-chart-super-pac-election-money
RS_2012-06.bz2.deduped.txt:139883 - http://www.motherjones.com/blue-marble/2012/06/bpa-linked-brain-tumor-first-time
RS_2012-06.bz2.deduped.txt:140028 - http://www.motherjones.com/kevin-drum/2012/06/iowa-paying-your-debt-society-isnt-quite-enough
RS_2012-06.bz2.deduped.txt:140143 - http://www.motherjones.com/tom-philpott/2012/06/chinese-pork-export
RS_2012-06.bz2.deduped.txt:140205 - http://www.motherjones.com/environment/2012/06/injection-wells-poison-toxic-waste-groundwater-epa?page=1
RS_2012-06.bz2.deduped.txt:141005 - http://www.motherjones.com/kevin-drum/2012/06/lower-your-temperature-save-planet
RS_2012-06.bz2.deduped.txt:142083 - http://www.motherjones.com/mojo/2012/06/fast-and-furious-investigation-going-sideways-gop

RS_2012-06.bz2.deduped.txt:142241 -
http://www.motherjones.com/politics/2012/06/conservatives-despair-over-healthcare-decision
RS_2012-06.bz2.deduped.txt:142777 - http://www.motherjones.com/mojo/2012/06/obamacare-
supreme-court-regular-americans
RS_2012-06.bz2.deduped.txt:145726 - http://www.motherjones.com/blue-marble/2012/06/BPA-
mennonite-pee-samples
RS_2012-06.bz2.deduped.txt:145744 - http://www.motherjones.com/mojo/2012/06/poll-obama-
better-prepared-romney-alien-ass-kicking
RS_2012-06.bz2.deduped.txt:145923 -
http://www.motherjones.com/environment/2012/06/history-technology-magic-lewis-lapham
RS_2012-06.bz2.deduped.txt:145947 -
http://www.motherjones.com/politics/2012/04/obamacare-scotus-victims
RS_2012-06.bz2.deduped.txt:145953 - http://www.motherjones.com/slideshows/2012/06/pussy-
riot/tel-aviv-israel-9
RS_2012-06.bz2.deduped.txt:147648 - http://www.motherjones.com/kevin-drum/2012/06/what-
you-dont-know-about-fast-furious
RS_2012-06.bz2.deduped.txt:149326 - http://m.motherjones.com/blue-marble/2012/06/rex-
tillerson-thinks-youre-all-overreacting-climate-change
RS_2012-06.bz2.deduped.txt:151238 - http://www.motherjones.com/kevin-drum/2012/06/big-
oil-news-isnt-fracking-its-efficiency
RS_2012-06.bz2.deduped.txt:151424 - http://www.motherjones.com/media/2012/06/stanford-
grad-student-scooped-ftc-online-privacy-regulation
RS_2012-06.bz2.deduped.txt:152117 - http://www.motherjones.com/politics/2012/06/iraq-ptsd-
soldiers-
military?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjone
s%2Fmain+%28MotherJones.com+Main+Article+Feed%29
RS_2012-06.bz2.deduped.txt:152736 - http://www.motherjones.com/kevin-
drum/2010/02/daniel-ellsberg-limitations-knowledge
RS_2012-06.bz2.deduped.txt:153509 - http://www.motherjones.com/slideshows/2012/06/pussy-
riot/melbourne-australia-13
RS_v2_2006-12.xz.deduped.txt:2645 -
http://www.motherjones.com/mojoblog/archives/2006/12/3131_pink_elephant_i.html
RS_v2_2006-12.xz.deduped.txt:3005 -
http://www.motherjones.com/news/feature/2007/01/highwaymen.html
RS_v2_2010-02.xz.deduped.txt:838 - http://motherjones.com/politics/2010/01/wall-street-
bailout-executive-compensation
RS_v2_2010-02.xz.deduped.txt:2453 - http://motherjones.com/environment/2010/02/democrats-
climate-plan-b
RS_v2_2010-02.xz.deduped.txt:3768 - http://motherjones.com/politics/2010/02/more-question-
time-please
RS_v2_2010-02.xz.deduped.txt:6078 - http://motherjones.com/kevin-drum/2010/02/market-
economics
RS_v2_2010-02.xz.deduped.txt:6494 - http://motherjones.com/blue-marble/2009/10/oil-still-
spewing-australia
RS_v2_2010-02.xz.deduped.txt:7265 - http://motherjones.com/kevin-drum/2010/02/tax-cut-fail

RS_v2_2010-02.xz.deduped.txt:9508 - http://motherjones.com/kevin-drum/2010/02/chart-day-volcker-rule

RS_v2_2010-02.xz.deduped.txt:10355 - http://motherjones.com/kevin-drum/2010/02/photo-day-cheat-sheet-edition

RS_v2_2010-02.xz.deduped.txt:13128 - http://motherjones.com/blue-marble/2010/02/more-problems-ipcc

RS_v2_2010-02.xz.deduped.txt:13797 - http://motherjones.com/riff/2010/02/captain-america-vs-tea-part

RS_v2_2010-02.xz.deduped.txt:15167 - http://m.motherjones.com/blue-marble/2010/02/changing-landscapes-changing-wing-shapes

RS_v2_2010-02.xz.deduped.txt:15739 - http://motherjones.com/kevin-drum/2010/02/men-without-work

RS_v2_2010-02.xz.deduped.txt:16666 - http://motherjones.com/politics/2010/02/subprime-goes-hollywood

RS_v2_2010-02.xz.deduped.txt:17050 - http://motherjones.com/kevin-drum/2010/02/chart-day-pentagon-budget

RS_v2_2010-02.xz.deduped.txt:17078 - http://motherjones.com/kevin-drum/2010/02/more-sugar-lobby

RS_v2_2010-02.xz.deduped.txt:18769 - http://motherjones.com/politics/2007/03/iraq-effect-war-iraq-and-its-impact-war-terrorism-pg-2

RS_v2_2010-02.xz.deduped.txt:19154 - http://motherjones.com/mojo/2010/02/what-about-these-poll-numbers-do-dems-not-get

RS_v2_2010-02.xz.deduped.txt:19156 - http://motherjones.com/mojo/2010/02/dumbest-quote-day

RS_v2_2010-02.xz.deduped.txt:20083 - http://motherjones.com/kevin-drum/2010/02/health-insurance-good-you

RS_v2_2010-02.xz.deduped.txt:22218 - http://motherjones.com/photoessays/2008/02/out-iowa/02

RS_v2_2010-02.xz.deduped.txt:23019 - http://motherjones.com/politics/2008/01/verdict-our-voting-system-loser

RS_v2_2010-02.xz.deduped.txt:24924 - http://motherjones.com/blue-marble/2010/02/climate-denial-still-brought-you-exxonmobil

RS_v2_2010-02.xz.deduped.txt:25866 - http://motherjones.com/mojo/2010/02/revenge-ron-paul

RS_v2_2010-02.xz.deduped.txt:26364 - http://motherjones.com/mojo/2010/02/ccr-impeach-torture-memos-judge

RS_v2_2010-02.xz.deduped.txt:28425 - http://motherjones.com/politics/2009/07/we-bring-fear?page=1

RS_v2_2010-02.xz.deduped.txt:28426 - http://motherjones.com/politics/2009/07/altered-states-america

RS_v2_2010-02.xz.deduped.txt:28841 - http://motherjones.com/kevin-drum/2010/02/was-joseph-stack-terrorist#comments

RS_v2_2010-02.xz.deduped.txt:29354 - http://motherjones.com/mojo/2010/02/goldman-hires-bush-cronys-pr-firm

RS_v2_2010-02.xz.deduped.txt:29387 - http://motherjones.com/politics/2010/03/oath-keepers

RS_v2_2010-02.xz.deduped.txt:29871 - http://motherjones.com/mojo/2010/02/conservative-health-care-freakout-begins

RS_v2_2010-02.xz.deduped.txt:30794 - http://motherjones.com/kevin-drum/2010/02/oath-keepers

RS_v2_2010-02.xz.deduped.txt:33034 - http://motherjones.com/politics/2010/02/blackwater-paravant-unauthorized-weapons-afghanistan-levin

RS_v2_2010-02.xz.deduped.txt:35472 - http://motherjones.com/blue-marble/2010/02/reid-bullish-climate-bill

RS_v2_2010-02.xz.deduped.txt:36014 - http://motherjones.com/mojo/2010/02/paravant-raytheon-blackwater-levin-mccaskill

RS_v2_2010-02.xz.deduped.txt:36030 - http://motherjones.com/mojo/2010/02/when-cities-battle-wall-st

RS_v2_2010-02.xz.deduped.txt:36243 - http://motherjones.com/riff/2010/02/vajazzling?utm_source=twitterfeed&utm_medium=twitter

RS_v2_2010-02.xz.deduped.txt:36656 - http://motherjones.com/politics/2010/03/texas-racist-laws-drinking-while-brown

RS_v2_2010-02.xz.deduped.txt:37707 - http://motherjones.com/blue-marble/2010/02/pat-michaels-climate-skeptic

RS_2018-06.xz.deduped.txt:4584 - https://www.motherjones.com/politics/2018/05/illinois-just-ratified-the-equal-rights-amendment/

RS_2018-06.xz.deduped.txt:6781 - https://www.motherjones.com/environment/2018/06/hurricanes-drove-more-than-1000-medical-evacuees-from-the-virgin-islands-many-cant-go-home/

RS_2018-06.xz.deduped.txt:10138 - https://www.motherjones.com/politics/2018/06/trump-puerto-rico-hurricane-maria-still-bragging/

RS_2018-06.xz.deduped.txt:10710 - https://www.motherjones.com/politics/2018/06/trump-north-korea-letter-woops-what-letter/

RS_2018-06.xz.deduped.txt:12535 - https://www.motherjones.com/politics/2018/05/morning-joe-mika-brzezinski-trump-surgeon-mar-a-lago/

RS_2018-06.xz.deduped.txt:13157 - https://www.motherjones.com/media/2018/05/truth-is-relative/?list_source=7H85NL01&term=XX.1.50.00.DON.D.0.11815

RS_2018-06.xz.deduped.txt:15697 - https://www.motherjones.com/politics/2018/06/iowa-primaries-jd-scholten-steve-king-trump-tariffs/

RS_2018-06.xz.deduped.txt:16990 - https://www.motherjones.com/kevin-drum/2018/06/miners-and-loggers-work-a-whole-lot-of-hours/

RS_2018-06.xz.deduped.txt:17826 - https://www.motherjones.com/politics/2018/06/california-lgbt-state-ban-travel-adoption-law/

RS_2018-06.xz.deduped.txt:17920 - https://www.motherjones.com/politics/2018/06/justin-trudeau-just-slammed-insulting-and-unacceptable-trump-trade-behavior/

RS_2018-06.xz.deduped.txt:19030 - https://www.motherjones.com/politics/2018/06/bombshell-letter-trump-jr-congress-testimony/

RS_2018-06.xz.deduped.txt:19057 - https://www.motherjones.com/politics/2018/06/new-york-times-secret-legal-letter-trump/

RS_2018-06.xz.deduped.txt:22143 - https://www.motherjones.com/environment/2018/05/this-70-year-old-republican-mayor-wants-to-prove-that-his-small-southern-town-can-go-green/

RS_2018-06.xz.deduped.txt:23927 - https://www.motherjones.com/politics/2018/06/trump-blames-fbi-for-not-warning-him-about-paul-manafort/

RS_2018-06.xz.deduped.txt:24142 - https://www.motherjones.com/politics/2018/06/rudy-giuliani-says-trump-shouldnt-testify-because-our-recollection-keeps-changing/
RS_2018-06.xz.deduped.txt:26894 - https://www.motherjones.com/politics/2013/10/american-council-science-health-leaked-documents-fundraising/
RS_2018-06.xz.deduped.txt:29601 - https://www.motherjones.com/environment/2013/08/bayou-corne-sinkhole-disaster-louisiana-texas-brine/
RS_2018-06.xz.deduped.txt:30177 - https://www.motherjones.com/politics/2018/06/ex-employee-says-nasa-full-of-fear-and-anxiety-since-trump-took-office/
RS_2018-06.xz.deduped.txt:30810 - https://www.motherjones.com/crime-justice/2018/06/driving-while-black-ferguson-missouri-racism/
RS_2018-06.xz.deduped.txt:30998 - https://www.motherjones.com/politics/2018/06/kris-kobach-parade-machine-gun/
RS_2018-06.xz.deduped.txt:35380 - https://www.motherjones.com/kevin-drum/2018/06/donald-trump-and-the-double-plus-imperial-presidency/
RS_2018-06.xz.deduped.txt:42038 - https://www.motherjones.com/politics/2018/06/disinformation-russian-trolls-twitter-facebook-election-2018/
RS_2018-06.xz.deduped.txt:43091 - https://www.motherjones.com/politics/2018/06/trump-russia-scandal-media/
RS_2018-06.xz.deduped.txt:45280 - https://www.motherjones.com/media/2018/06/pose-fx-transgender/
RS_2018-06.xz.deduped.txt:46310 - https://www.motherjones.com/politics/2018/06/jeff-sessions-russia-recusal-trump-tweets/
RS_2018-06.xz.deduped.txt:46995 - https://www.motherjones.com/politics/2018/06/paul-manafort-mueller-witness-tampering/
RS_2018-06.xz.deduped.txt:47654 - https://www.motherjones.com/politics/2018/06/dana-rohrabacher-russia-california-election-primary/
RS_2018-06.xz.deduped.txt:49888 - https://www.motherjones.com/politics/2018/06/hundreds-of-children-are-being-held-at-the-border-for-longer-than-the-law-typically-allows/
RS_2018-06.xz.deduped.txt:51905 - https://www.motherjones.com/politics/2018/06/betsy-devos-school-safety-commission-guns-leahy-murray/
RS_2018-06.xz.deduped.txt:52036 - https://www.motherjones.com/environment/2018/06/no-wonder-scott-pruitt-wanted-a-chick-fil-a-franchise-theyre-both-on-missions-from-god/
RS_2018-06.xz.deduped.txt:52461 - https://www.motherjones.com/politics/2018/06/martha-roby-donald-trump-runoff/
RS_2018-06.xz.deduped.txt:52786 - https://www.motherjones.com/kevin-drum/2018/06/stock-market-still-in-the-trump-doldrums/
RS_2018-06.xz.deduped.txt:55367 - https://www.motherjones.com/politics/2018/06/brock-turner-judge-persky-recall-election/
RS_2018-06.xz.deduped.txt:55634 - https://www.motherjones.com/politics/2018/06/does-forced-rehab-work/
RS_2018-06.xz.deduped.txt:56215 - https://www.motherjones.com/environment/2018/06/federal-agency-talking-about-climate-change/
RS_2018-06.xz.deduped.txt:57333 - https://www.motherjones.com/politics/2017/07/minnesota-ilhan-omar-muslim/

RS_2018-06.xz.deduped.txt:58844 - https://www.motherjones.com/politics/2018/06/trump-manafort-mistakes-david-corn-russia-podcast/
RS_2018-06.xz.deduped.txt:60079 - https://www.motherjones.com/kevin-drum/2018/06/trump-congratulates-putins-biggest-booster-for-primary-win/
RS_2018-06.xz.deduped.txt:60971 - https://www.motherjones.com/politics/2018/06/aclu-sues-trump-over-census-a-naked-act-of-intentional-discrimination/
RS_2018-06.xz.deduped.txt:64935 - https://www.motherjones.com/politics/2018/06/federal-judge-strikes-blow-against-trump-administration-separation-of-families-border-1/
RS_2018-06.xz.deduped.txt:67013 - https://www.motherjones.com/politics/2018/06/more-democrats-running-than-republicans-texas/
RS_2018-06.xz.deduped.txt:67931 - https://www.motherjones.com/politics/2018/06/did-the-supreme-court-fall-for-a-stunt/
RS_2018-06.xz.deduped.txt:70804 - https://www.motherjones.com/politics/2018/06/trump-comey-firing-where-is-my-thank-you/
RS_2018-06.xz.deduped.txt:73591 - https://www.motherjones.com/politics/2018/06/jeanine-pirro-wants-to-be-attorney-general-first-she-has-to-get-jeff-sessions-fired/
RS_2018-06.xz.deduped.txt:73743 - https://www.motherjones.com/politics/2018/06/mueller-schiff-perjury/
RS_2018-06.xz.deduped.txt:74078 - https://www.motherjones.com/politics/2018/03/nightmare-travel-ban-kafkaesque-refugee-gay-1/
RS_2018-06.xz.deduped.txt:74090 - https://www.motherjones.com/crime-justice/2018/06/without-interpreters-californias-deaf-prisoners-are-getting-stuck-behind-bars/
RS_2018-06.xz.deduped.txt:74408 - https://www.motherjones.com/politics/2018/06/melania-trump-rudy-giuliani-stomry-daniels-donald-trump/?
RS_2018-06.xz.deduped.txt:75673 - https://www.motherjones.com/politics/2018/06/melania-trump-rudy-giuliani-stormy-daniels-donald-trump/
RS_2018-06.xz.deduped.txt:79368 - https://www.motherjones.com/politics/2018/06/this-evangelical-pastor-helped-build-the-religious-right-he-now-believes-he-made-a-terrible-mistake-rob-schenck/
RS_2018-06.xz.deduped.txt:80302 - https://www.motherjones.com/politics/2018/06/north-carolina-republicans-want-a-constitutional-amendment-to-require-id-to-vote/
RS_2018-06.xz.deduped.txt:80338 - https://www.motherjones.com/politics/2018/06/cfpb-advisory-boards-fired/
RS_2018-06.xz.deduped.txt:80796 - https://www.motherjones.com/kevin-drum/2018/06/trump-takes-aim-at-pre-existing-conditions/
RS_2018-06.xz.deduped.txt:83261 - https://www.motherjones.com/politics/2018/06/republicans-want-to-use-the-census-to-radically-change-political-representation/
RS_2018-06.xz.deduped.txt:83895 - https://www.motherjones.com/politics/2018/06/jeff-sessions-who-marijuana-review/
RS_2018-06.xz.deduped.txt:84246 - https://www.motherjones.com/environment/2018/06/house-democrats-just-asked-the-fbi-to-open-a-criminal-investigation-into-scott-pruitt/
RS_2018-06.xz.deduped.txt:84329 - https://www.motherjones.com/food/2018/06/obamas-tribute-to-anthony-bourdain-captures-exactly-why-the-chef-was-so-loved/
RS_2018-06.xz.deduped.txt:85499 - https://www.motherjones.com/politics/2018/06/donald-trump-preexisting-condition-obamacare-jeff-sessions/

RS_2018-06.xz.deduped.txt:85903 - https://www.motherjones.com/politics/2018/06/she-was-enslaved-by-salvadoran-guerrillas-us-judges-say-that-makes-her-ineligible-for-asylum/
RS_2018-06.xz.deduped.txt:86159 - https://www.motherjones.com/crime-justice/2018/06/securus-corecivic-kansas-prison-phone-calls/
RS_2018-06.xz.deduped.txt:89103 - https://www.motherjones.com/politics/2018/06/south-carolina-archie-parnell-domestic-violence/
RS_2018-06.xz.deduped.txt:90091 - https://www.motherjones.com/crime-justice/2018/06/racist-jurors-mental-illness-federal-court-rethinking-texas-death-penalty-case-andre-thomas/
RS_2018-06.xz.deduped.txt:92387 - https://www.motherjones.com/media/2018/06/the-true-russia-scandal-is-fully-known/
RS_2018-06.xz.deduped.txt:93307 - https://www.motherjones.com/kevin-drum/2018/06/donald-trump-flies-to-singapore-after-triumphant-g7-meeting-i-am-not-being-sarcastic/
RS_2018-06.xz.deduped.txt:95382 - https://www.motherjones.com/politics/2018/06/this-photo-tells-you-everything-you-need-to-know-about-trumps-presence-at-the-g7-summit/
RS_2018-06.xz.deduped.txt:97206 - https://www.motherjones.com/crime-justice/2018/06/securus-corecivic-kansas-prison-phone-calls/?utm_source=fark&utm_medium=website&utm_content=link&ICID=ref_fark
RS_2018-06.xz.deduped.txt:99930 - https://www.motherjones.com/politics/2018/01/the-most-important-election-of-2018-might-be-happening-in-maryland/
RS_2018-06.xz.deduped.txt:104936 - https://www.motherjones.com/politics/2018/06/scott-pruitts-anti-choice-anti-environment-protege-is-about-to-become-a-federal-judge/
RS_2018-06.xz.deduped.txt:107773 - https://www.motherjones.com/politics/2018/06/supreme-court-deals-a-blow-to-voting-rights-and-invites-more-states-to-purge-their-rolls/
RS_2018-06.xz.deduped.txt:109563 - https://www.motherjones.com/politics/2018/06/the-supreme-court-is-helping-republicans-kill-a-key-voting-rights-law/
RS_2018-06.xz.deduped.txt:111129 - https://www.motherjones.com/politics/2018/06/we-now-know-why-steve-bannon-and-kris-kobach-lobbied-for-a-citizenship-question-on-the-census/
RS_2018-06.xz.deduped.txt:111569 - https://www.motherjones.com/politics/2018/06/sessions-rules-that-victims-of-domestic-abuse-and-gang-violence-arent-eligible-for-asylum/
RS_2018-06.xz.deduped.txt:112385 - https://www.motherjones.com/politics/2018/06/south-carolina-archie-parnell-domestic-violence/https://www.motherjones.com/politics/2018/06/south-carolina-archie-parnell-domestic-violence/
RS_2018-06.xz.deduped.txt:115151 - https://www.motherjones.com/crime-justice/2018/06/black-lives-matter-donald-trump-pardon-politics-feels-like-deal-with-devil-alice-marie-johnson-1/
RS_2018-06.xz.deduped.txt:120792 - https://www.motherjones.com/politics/2018/06/the-director-of-national-intelligence-says-russia-poses-a-threat-to-midterm-elections-but-trump-doesnt-seem-to-care/
RS_2018-06.xz.deduped.txt:129625 - https://www.motherjones.com/politics/2018/06/the-dnc-will-refuse-donations-from-fossil-fuel-companies/
RS_2018-06.xz.deduped.txt:130405 - https://www.motherjones.com/crime-justice/2018/06/a-court-found-that-ice-agents-violated-constitutional-rights-the-defendants-were-deported-anyway/
RS_2018-06.xz.deduped.txt:130467 - https://www.motherjones.com/politics/2018/06/joey-allaham-nick-muzin-qatar-jewish-leaders/
RS_2018-06.xz.deduped.txt:133588 - https://www.motherjones.com/politics/2018/06/singapore-trump-kim-north-korea-talented/

RS_2018-06.xz.deduped.txt:135678 - https://www.motherjones.com/politics/2018/06/americans-are-starting-to-like-the-death-penalty-again/

RS_2018-06.xz.deduped.txt:137748 - https://www.motherjones.com/politics/2018/06/virginia-republicans-just-nominated-a-confederate-apologist-for-senate/

RS_2018-06.xz.deduped.txt:137787 - https://www.motherjones.com/politics/2018/06/wisconsin-democrats-special-elections-scott-walker-caleb-frostman/

RS_2018-06.xz.deduped.txt:140194 - https://www.motherjones.com/crime-justice/2018/06/the-era-of-mass-incarceration-isnt-over-this-new-report-shows-why/

RS_2018-06.xz.deduped.txt:140879 - https://www.motherjones.com/politics/2018/06/cdc-report-states-suicide-rates-donald-trump-mental-health-guns/

RS_2018-06.xz.deduped.txt:140945 - https://www.motherjones.com/politics/2018/06/theres-a-very-simple-reason-evangelicals-love-scott-pruitt/

RS_2018-06.xz.deduped.txt:142654 - https://www.motherjones.com/politics/2018/06/border-patrol-is-so-desperate-for-new-agents-its-spending-millions-to-help-recruits-finish-their-applications/

RS_2018-06.xz.deduped.txt:145615 - https://www.motherjones.com/politics/2018/06/trump-comey-ig-report-russia/

RS_2018-06.xz.deduped.txt:145998 - https://www.motherjones.com/politics/2018/06/black-more-likely-than-white-heart-disease-jama-statins-study/

RS_2018-06.xz.deduped.txt:148735 - https://www.motherjones.com/politics/2018/06/does-your-state-let-parents-refuse-vaccines-for-philosophical-reasons/

RS_2018-06.xz.deduped.txt:148752 - https://www.motherjones.com/politics/2018/06/border-patrol-is-so-desperate-for-new-agents-its-spending-millions-to-help-recruits-finish-their-applications-1/

RS_2018-06.xz.deduped.txt:150760 - https://www.motherjones.com/politics/2006/07/next-we-take-tehran/

RS_2018-06.xz.deduped.txt:151611 - https://www.motherjones.com/politics/2018/06/san-franciscos-first-black-female-mayor-defies-the-liberal-litmus-test-london-breed/

RS_2018-06.xz.deduped.txt:152419 - https://www.motherjones.com/politics/2018/06/tent-city-migrant-child-family-separation-border-trump/

RS_2018-06.xz.deduped.txt:152961 - https://www.motherjones.com/politics/2018/06/trump-inspector-general-report-attack-russia-comey/

RS_2018-06.xz.deduped.txt:153670 - https://www.motherjones.com/kevin-drum/2018/06/here-are-three-excerpts-from-the-igs-comey-report/

RS_2018-06.xz.deduped.txt:155253 - https://www.motherjones.com/politics/2018/06/paul-manafort-jail/

RS_2018-06.xz.deduped.txt:156497 - https://www.motherjones.com/politics/2018/06/have-you-seen-the-latest-news-paul-ryan-probably-hasnt/

RS_2018-06.xz.deduped.txt:156991 - https://www.motherjones.com/kevin-drum/2018/06/obamacares-top-ten-worst-design-flaws-part-2/

RS_2018-06.xz.deduped.txt:157032 - https://www.motherjones.com/kevin-drum/2018/06/obamacares-top-ten-worst-design-flaws-part-1/

RS_2018-06.xz.deduped.txt:157451 - https://www.motherjones.com/politics/2018/06/the-supreme-court-gave-the-green-light-to-voter-purges-trumps-justice-department-isnt-wasting-any-time/

RS_2018-06.xz.deduped.txt:157665 - https://www.motherjones.com/food/2018/06/tell-us-why-you-quit-meat-vegetarian-vegan/
RS_2018-06.xz.deduped.txt:158135 - https://www.motherjones.com/crime-justice/2018/06/understaffed-federal-prison-is-taking-in-1000-noncriminal-immigrants-and-even-the-guards-are-protesting/
RS_2018-06.xz.deduped.txt:159215 - https://www.motherjones.com/politics/2018/06/iraqi-detainees-say-ice-coerced-them-into-signing-documents-that-could-get-them-deported/
RS_2018-06.xz.deduped.txt:161046 - https://www.motherjones.com/environment/2018/06/pruitt-just-gutted-water-protections-for-117-million-people/
RS_2018-06.xz.deduped.txt:164444 - https://www.motherjones.com/environment/2018/06/trumps-epa-greenlighted-a-pesticide-that-harms-kids-brains-hawaii-just-said-hell-no/
RS_2018-06.xz.deduped.txt:165164 - https://www.motherjones.com/politics/2018/06/trump-cartoons-pittsburgh-post-gazette/
RS_2018-06.xz.deduped.txt:165248 - https://www.motherjones.com/politics/2018/06/mike-pence-protesters-video-immigration-separating-children-from-parents/
RS_2018-06.xz.deduped.txt:170892 - https://www.motherjones.com/politics/2018/06/new-report-shows-another-contact-between-trump-associates-and-a-russian-peddling-dirt-on-clinton-roger-stone/
RS_2018-06.xz.deduped.txt:171270 - https://www.motherjones.com/media/2018/06/t-cooper-man-made-backstage-transgender-bodybuilding-competition-atlanta-trans-fitcon/
RS_2018-06.xz.deduped.txt:174338 - https://www.motherjones.com/politics/2018/06/american-medical-association-assault-weapons-ban/
RS_2018-06.xz.deduped.txt:174508 - https://www.motherjones.com/politics/2018/06/democrats-spend-fathers-day-protesting-trumps-family-separation-policy/
RS_2018-06.xz.deduped.txt:176776 - https://www.motherjones.com/politics/2018/06/a-republican-whos-a-white-nationalist-won-a-county-post-in-washington-state/
RS_2018-06.xz.deduped.txt:178827 - https://www.motherjones.com/environment/2018/06/even-scott-pruitts-friends-have-given-up-on-him/
RS_2018-06.xz.deduped.txt:180886 - https://www.motherjones.com/politics/2018/06/un-human-rights-chief-family-separations-forced-by-trump-administration-are-child-abuse/
RS_2018-06.xz.deduped.txt:182351 - https://www.motherjones.com/kevin-drum/2018/06/the-fbis-new-york-office-really-hated-hillary-clinton/
RS_2018-06.xz.deduped.txt:187658 - https://www.motherjones.com/politics/2018/06/solar-is-the-future-donald-trump-tied-a-bow-on-it-and-gave-it-to-china/
RS_2018-06.xz.deduped.txt:188541 - https://www.motherjones.com/politics/2018/06/kris-kobachs-voter-suppression-law-was-just-struck-down-in-kansas/
RS_2018-06.xz.deduped.txt:188599 - https://www.motherjones.com/politics/2018/06/dhs-secretary-says-children-who-are-detained-in-cages-are-not-being-treated-inhumanely/
RS_2018-06.xz.deduped.txt:190211 - https://www.motherjones.com/politics/2018/06/solar-china-donald-trump-xi-jinping-innovation-huawei/
RS_2018-06.xz.deduped.txt:191221 - https://www.motherjones.com/politics/2018/06/trump-blames-democrats-for-family-separation-crisis-and-letting-immigrants-infest-our-country/
RS_2018-06.xz.deduped.txt:191400 - https://www.motherjones.com/politics/2018/06/mike-huckabee-praised-qatar-without-revealing-he-was-paid-50000-by-qatar/

RS_2018-06.xz.deduped.txt:193108 - https://www.motherjones.com/politics/2018/06/theres-reason-to-be-skeptical-of-cruzs-proposal-to-end-family-separation/
RS_2018-06.xz.deduped.txt:193643 - https://www.motherjones.com/politics/2018/06/elizabeth-warren-sherrod-brown-kathy-kraninger-cfpb-family-separation/
RS_2018-06.xz.deduped.txt:193778 - https://www.motherjones.com/politics/2018/06/united-nations-human-rights-council-us-trump-withdraw/
RS_2018-06.xz.deduped.txt:193787 - https://www.motherjones.com/politics/2018/06/the-trump-administration-is-separating-65-children-a-day-from-their-parents/
RS_2018-06.xz.deduped.txt:193933 - https://www.motherjones.com/politics/2018/06/they-separated-him-from-his-wife-and-child-at-the-border-then-he-took-his-own-life/
RS_2018-06.xz.deduped.txt:193968 - https://www.motherjones.com/politics/2018/06/state-department-family-travel-tips-trump-immigration-separation-policy/?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29
RS_2018-06.xz.deduped.txt:194848 - https://www.motherjones.com/politics/2018/06/child-down-syndrome-family-separation-border-mexico-trump/
RS_2018-06.xz.deduped.txt:195512 - https://www.motherjones.com/politics/2018/06/we-decoded-the-scribbled-notes-nielsen-carried-into-her-white-house-briefing/
RS_2018-06.xz.deduped.txt:195586 - https://www.motherjones.com/food/2018/06/canada-trump-tariffs-exports-milk-dairy-supply-management/
RS_2018-06.xz.deduped.txt:199845 - https://www.motherjones.com/kevin-drum/2018/06/the-rich-have-their-tax-cut-so-now-its-time-to-screw-the-poor/
RS_2018-06.xz.deduped.txt:200127 - https://www.motherjones.com/crime-justice/2018/06/canadians-who-admit-marijuana-use-barred-from-united-states-canada-legalize-pot/
RS_2018-06.xz.deduped.txt:200295 - https://www.motherjones.com/politics/2018/06/aclu-report-medical-care-deaths-in-ice-detention/
RS_2018-06.xz.deduped.txt:204746 - https://www.motherjones.com/politics/2018/06/i-worked-at-a-child-migrant-center-what-i-was-told-to-do-was-so-inhumane-that-i-quit/?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29
RS_2018-06.xz.deduped.txt:204829 - https://www.motherjones.com/politics/2018/06/i-worked-at-a-child-migrant-center-what-i-was-told-to-do-was-so-inhumane-that-i-quit/
RS_2018-06.xz.deduped.txt:205522 - https://www.motherjones.com/politics/2018/06/the-methodists-are-thinking-about-ejecting-jeff-sessions-over-family-separations/
RS_2018-06.xz.deduped.txt:205537 - https://www.motherjones.com/politics/2018/06/read-this-scathing-open-letter-slamming-trump-for-government-sanctioned-child-abuse/
RS_2018-06.xz.deduped.txt:207047 - https://www.motherjones.com/politics/2018/06/obama-statement-trump-immigrant-family-separation-policy/
RS_2018-06.xz.deduped.txt:207336 - https://www.motherjones.com/environment/2018/03/this-16-year-old-founded-a-movement-of-unstoppable-youth-to-save-the-planet/
RS_2018-06.xz.deduped.txt:210097 - https://www.motherjones.com/politics/2018/06/these-republican-candidates-think-family-separation-is-a-winning-issue/
RS_2018-06.xz.deduped.txt:210301 - https://www.motherjones.com/politics/2018/06/trumps-secretary-of-state-is-apparently-clueless-about-this-weeks-news/

RS_2018-06.xz.deduped.txt:212716 - https://www.motherjones.com/politics/2018/06/aras-agalarov-world-cup-migrant-labor/
RS_2018-06.xz.deduped.txt:212814 - https://www.motherjones.com/politics/2018/06/canada-marijuana-justin-trudeau-jeff-sessions-trump-canopy-pot/
RS_2018-06.xz.deduped.txt:213612 - https://www.motherjones.com/politics/2018/06/the-trump-administrations-war-on-marijuana-could-prevent-sick-kids-from-getting-medical-care/
RS_2018-06.xz.deduped.txt:215696 - https://www.motherjones.com/crime-justice/2018/06/active-shooters-fbi-research-warning-signs/
RS_2018-06.xz.deduped.txt:218837 - https://www.motherjones.com/media/2018/06/what-characters-were-gay-icons-for-you-growing-up/
RS_2018-06.xz.deduped.txt:219820 - https://www.motherjones.com/kevin-drum/2018/06/melania-trump-has-no-fucks-left-to-give/
RS_2018-06.xz.deduped.txt:220528 - https://www.motherjones.com/politics/2018/06/family-immigration-detention-trump/
RS_2018-06.xz.deduped.txt:222086 - https://www.motherjones.com/politics/2018/06/tech-ice-immigration-family-separation-trump-microsoft-salesforce/
RS_2018-06.xz.deduped.txt:225220 - https://www.motherjones.com/politics/2018/06/trump-wants-to-replace-family-separation-with-indefinite-detention-he-likely-cant/
RS_2018-06.xz.deduped.txt:225679 - https://www.motherjones.com/politics/2018/06/supreme-court-overturns-ban-on-online-sales-tax/
RS_2018-06.xz.deduped.txt:225719 - https://www.motherjones.com/politics/2018/06/betsy-devos-has-scrapped-more-than-1200-civil-rights-probes-started-by-the-obama-administration/
RS_2018-06.xz.deduped.txt:228506 - https://www.motherjones.com/politics/2018/06/the-mystery-of-the-american-lawyer-who-worked-for-a-putin-friendly-oligarch-and-julian-assange/
RS_2018-06.xz.deduped.txt:229633 - https://www.motherjones.com/politics/2018/06/ted-lieu-immigrant-children-recording-house-floor-speech/
RS_2018-06.xz.deduped.txt:230085 - https://www.motherjones.com/politics/2018/06/single-payer-california-insurance-commissioner-race/
RS_2018-06.xz.deduped.txt:230103 - https://www.motherjones.com/politics/2018/06/donald-trump-takes-his-fanciest-condo-off-the-market/
RS_2018-06.xz.deduped.txt:230769 - https://www.motherjones.com/politics/2018/06/united-nations-human-rights-council-report-america-gets-f-poverty/
RS_2018-06.xz.deduped.txt:230794 - https://www.motherjones.com/politics/2018/06/trump-voters-opioid-crisis/
RS_2018-06.xz.deduped.txt:232203 - https://www.motherjones.com/politics/2018/06/using-23andme-to-reunite-families-at-the-border-comes-with-serious-privacy-risks/
RS_2018-06.xz.deduped.txt:234967 - https://www.motherjones.com/environment/2018/06/the-white-house-tried-to-suppress-a-bombshell-study-because-they-were-afraid-of-the-pr/
RS_2018-06.xz.deduped.txt:237789 - https://www.motherjones.com/politics/2017/05/fetal-homicide-abortion-rights-restrictions/
RS_2018-06.xz.deduped.txt:238182 - https://www.motherjones.com/politics/2018/06/mike-huckabee-ms-13-scapegoating-tweet/
RS_2018-06.xz.deduped.txt:238306 - https://www.motherjones.com/kevin-drum/2018/06/614795/
RS_2018-06.xz.deduped.txt:242549 - https://www.motherjones.com/environment/2018/06/she-spoke-out-about-climate-change-and-they-tried-to-make-her-pay-for-it/

RS_2018-06.xz.deduped.txt:244537 - https://www.motherjones.com/politics/2018/06/trump-wants-to-take-away-due-process-for-people-arriving-at-the-border/
RS_2018-06.xz.deduped.txt:245384 - https://www.motherjones.com/politics/2018/06/trump-officials-sanders-nielsen-miller-accosted-restaurants/
RS_2018-06.xz.deduped.txt:250098 - https://www.motherjones.com/environment/2018/06/homeless-people-are-dying-at-an-alarming-rate-because-of-climate-change/
RS_2018-06.xz.deduped.txt:252368 - https://www.motherjones.com/crime-justice/2018/06/illinois-wants-to-launch-a-huge-get-out-the-vote-campaign-in-jails/
RS_2018-06.xz.deduped.txt:254214 - https://www.motherjones.com/politics/2018/06/supreme-court-upholds-gerrymandered-texas-maps-dealing-a-blow-to-voting-rights/
RS_2018-06.xz.deduped.txt:256132 - https://www.motherjones.com/politics/2018/06/noaas-research-just-shifted-from-climate-change-to-empowering-the-economy-and-national-security/
RS_2018-06.xz.deduped.txt:257691 - https://www.motherjones.com/kevin-drum/2018/06/americas-biggest-nail-producer-is-getting-hammered-by-trump-tariffs/
RS_2018-06.xz.deduped.txt:258117 - https://www.motherjones.com/politics/2018/06/now-we-know-exactly-how-many-children-the-government-took-from-their-parents/
RS_2018-06.xz.deduped.txt:258139 - https://www.motherjones.com/environment/2018/06/noaas-research-just-shifted-from-climate-change-to-empowering-the-economy-and-national-security/
RS_2018-06.xz.deduped.txt:258230 - https://www.motherjones.com/kevin-drum/2018/06/political-reporters-need-to-watch-more-fox-news/
RS_2018-06.xz.deduped.txt:259086 - https://www.motherjones.com/politics/2018/06/trump-maxine-waters-threat-be-careful-what-you-wish-for/
RS_2018-06.xz.deduped.txt:262421 - https://www.motherjones.com/politics/2018/06/boltons-top-aide-has-cozied-up-to-anti-muslim-conspiracy-theorists/
RS_2018-06.xz.deduped.txt:263896 - https://www.motherjones.com/politics/2018/06/supreme-court-upholds-trump-travel-ban/
RS_2018-06.xz.deduped.txt:264861 - https://www.motherjones.com/media/2018/06/rachel-maddow-leaked-footage-migrant-children-detention-center/
RS_2018-06.xz.deduped.txt:265617 - https://www.motherjones.com/politics/2018/06/sotomayor-dissent-trump-travel-ban/
RS_2018-06.xz.deduped.txt:265728 - https://www.motherjones.com/politics/2018/06/new-york-democratic-primary-joe-crowley-alexandria-ocasio-cortez/
RS_2018-06.xz.deduped.txt:266516 - https://www.motherjones.com/environment/2018/06/cruz-inhofe-national-science-foundation-investigation
RS_2018-06.xz.deduped.txt:266653 - https://www.motherjones.com/environment/2018/06/cruz-inhofe-national-science-foundation-investigation/
RS_2018-06.xz.deduped.txt:266703 - https://www.motherjones.com/politics/2018/06/ben-jealous-maryland-governor-primary/
RS_2018-06.xz.deduped.txt:266962 - https://www.motherjones.com/politics/2018/06/heres-how-you-can-help-migrant-kids-and-families-right-now/
RS_2018-06.xz.deduped.txt:267276 - https://www.motherjones.com/politics/2018/06/the-russian-pop-star-behind-the-trump-tower-meeting-has-a-new-music-video-trolling-america/
RS_2018-06.xz.deduped.txt:267494 - https://www.motherjones.com/food/2018/06/senator-chuck-grassley-scoffs-at-trumps-trade-war/

RS_2018-06.xz.deduped.txt:267665 - https://www.motherjones.com/food/2018/06/senator-chuck-grassley-trump-china-trade-war-subsidies-government/

RS_2018-06.xz.deduped.txt:269868 - https://www.motherjones.com/politics/2018/06/a-wave-of-ticked-off-teachers-is-running-for-office-in-oklahoma/

RS_2018-06.xz.deduped.txt:270255 - https://www.motherjones.com/kevin-drum/2018/06/the-trump-media-game-continues-apace/

RS_2018-06.xz.deduped.txt:270263 - https://www.motherjones.com/politics/2018/06/big-oil-won-a-battle-in-court-this-week-but-the-war-is-far-from-over/

RS_2018-06.xz.deduped.txt:270572 - https://www.motherjones.com/politics/2018/06/reproductive-rights-groups-sue-notre-dame-over-contraceptives-policy/

RS_2018-06.xz.deduped.txt:270702 - https://www.motherjones.com/politics/2018/06/a-progressive-insurgent-just-pulled-off-the-biggest-democratic-primary-upset-in-years/

RS_2018-06.xz.deduped.txt:270930 - https://www.motherjones.com/politics/2018/06/alexandria-ocasio-cortez-joe-crowley-primary-new-york/

RS_2018-06.xz.deduped.txt:274633 - https://www.motherjones.com/politics/2018/06/anthony-kennedy-is-not-the-supreme-courts-swing-justice-anymore/

RS_2018-06.xz.deduped.txt:275603 - https://www.motherjones.com/environment/2018/06/pebble-mine-bristol-bay-alaska-salmon-scott-pruitt

RS_2018-06.xz.deduped.txt:276141 - https://www.motherjones.com/kevin-drum/2018/06/quote-of-the-day-migrant-children-treated-worse-than-fedex-packages/

RS_2018-06.xz.deduped.txt:276995 - https://www.motherjones.com/politics/2018/06/alexandria-ocasio-cortez-upset-joe-crowley-dsa-brand-new-congress/

RS_2018-06.xz.deduped.txt:277282 - https://www.motherjones.com/politics/2018/06/judge-orders-trump-to-reunite-separated-families-within-a-month/

RS_2018-06.xz.deduped.txt:278741 - https://www.motherjones.com/kevin-drum/2018/06/cbo-republicans-have-blown-up-the-national-debt-yet-again/

RS_2018-06.xz.deduped.txt:278760 - https://www.motherjones.com/politics/2018/06/justice-anthony-kennedy-is-retiring/

RS_2018-06.xz.deduped.txt:279187 - https://www.motherjones.com/politics/2018/06/census-undercount-millions-of-kids/

RS_2018-06.xz.deduped.txt:279192 - https://www.motherjones.com/politics/2018/06/republican-immigration-bill-trump-rejected/

RS_2018-06.xz.deduped.txt:279463 - https://www.motherjones.com/politics/2018/06/this-is-what-happens-the-minute-roe-is-overturned/

RS_2018-06.xz.deduped.txt:280196 - https://www.motherjones.com/environment/2018/06/jeff-sessions-named-as-potential-witness-in-alabama-corruption-trial/

RS_2018-06.xz.deduped.txt:280757 - https://www.motherjones.com/politics/2017/02/abortion-law-youve-never-heard-could-be-threat-during-trump-era/

RS_2018-06.xz.deduped.txt:280933 - https://www.motherjones.com/politics/2018/06/asylum-seekers-are-waiting-at-the-border-amid-extreme-heat-and-uncertainty-our-reporting-team-is-with-them/

RS_2018-06.xz.deduped.txt:281329 - https://www.motherjones.com/environment/2016/01/us-meat-emissions-paris-cop21/

RS_2018-06.xz.deduped.txt:282409 - https://www.motherjones.com/politics/2018/06/democrats-want-scott-pruitt-to-stop-smothering-methane-data/
RS_2018-06.xz.deduped.txt:282552 - https://www.motherjones.com/politics/2018/06/here-are-some-of-the-top-candidates-to-replace-kennedy-on-the-supreme-court/
RS_2018-06.xz.deduped.txt:282985 - https://www.motherjones.com/politics/2018/06/house-republicans-chat-with-ben-carson-about-civility-instead-of-housing-discrimination/
RS_2018-06.xz.deduped.txt:285244 - https://www.motherjones.com/politics/2018/06/workers-running-shelters-for-immigrant-kids-are-overworked-undertrained-and-really-stressed-out/
RS_2018-06.xz.deduped.txt:286762 - https://www.motherjones.com/politics/2018/06/trump-putin-meeting-russian-interference/
RS_2018-06.xz.deduped.txt:287496 - https://www.motherjones.com/politics/2018/06/parkland-families-push-to-end-school-violence-with-new-advocacy-group/
RS_2018-06.xz.deduped.txt:288582 - https://www.motherjones.com/politics/2018/06/lice-bedbugs-chickenpox-doctors-fear-migrant-children-arent-getting-any-health-care/
RS_2018-06.xz.deduped.txt:291026 - https://www.motherjones.com/kevin-drum/2018/06/republicans-use-church-tax-to-fund-millionaire-tax-cut/
RS_2018-06.xz.deduped.txt:293531 - https://www.motherjones.com/kevin-drum/2018/06/us-steel-is-not-opening-any-new-plants/
RS_2018-06.xz.deduped.txt:293542 - https://www.motherjones.com/media/2018/06/sean-hannity-maxine-waters-capital-gazette-shooting-fox-news/?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29
RS_2018-06.xz.deduped.txt:297138 - https://www.motherjones.com/politics/2018/06/supreme-court-russia-investigation-mueller-anthony-kennedy/
RS_2018-06.xz.deduped.txt:297196 - https://www.motherjones.com/politics/2018/06/the-frontrunner-to-be-trumps-supreme-court-pick-is-the-forrest-gump-of-republican-politics
RS_2018-06.xz.deduped.txt:297357 - https://www.motherjones.com/politics/2018/06/explaining-andres-manuel-lopez-obrador-mexicos-next-president/
RS_2018-06.xz.deduped.txt:298698 - https://www.motherjones.com/politics/2018/06/migrant-families-detention-camps-military-base/
RS_2018-06.xz.deduped.txt:299816 - https://www.motherjones.com/politics/2018/06/the-frontrunner-to-be-trumps-supreme-court-pick-is-the-forrest-gump-of-republican-politics/
RS_2018-06.xz.deduped.txt:303130 - https://www.motherjones.com/politics/2018/06/the-pentagon-just-gave-up-the-pretense-of-deterring-conflict/
RS_2018-06.xz.deduped.txt:303560 - https://www.motherjones.com/politics/2018/06/abortion-rights-are-in-serious-peril-but-women-just-won-a-small-victory-in-iowa-72-hour-waiting-period/
RS_2018-06.xz.deduped.txt:303871 - https://www.motherjones.com/politics/2018/06/a-federal-judge-just-blocked-kentuckys-plans-to-cut-medicaid/
RS_2018-06.xz.deduped.txt:304228 - https://www.motherjones.com/politics/2018/06/coat-hangers-susan-collins/
RS_2018-06.xz.deduped.txt:304548 - https://www.motherjones.com/politics/2018/06/theres-still-so-much-of-the-border-crisis-to-cover-were-there-here-are-our-video-dispatches/
RS_2018-06.xz.deduped.txt:308295 - https://www.motherjones.com/environment/2018/06/the-deepwater-horizon-spill-happened-8-years-ago-the-ocean-still-hasnt-recovered/

RS_2018-06.xz.deduped.txt:309017 - https://www.motherjones.com/politics/2018/06/donald-trump-the-chinese-exclusion-act-and-the-danger-of-not-learning-from-americas-anti-immigrant-past/
RS_2018-06.xz.deduped.txt:310397 - https://www.motherjones.com/politics/2018/06/trump-defends-ice-as-thousands-across-the-country-protest-family-separation/
RS_2018-06.xz.deduped.txt:310516 - https://www.motherjones.com/media/2018/06/my-adventures-camp-lost-boys-transgender-men/
RS_2018-06.xz.deduped.txt:310596 - https://www.motherjones.com/politics/2018/06/check-out-these-amazing-signs-from-todays-massive-rallies-to-protest-family-separation/
RS_2018-06.xz.deduped.txt:310779 - https://www.motherjones.com/kevin-drum/2018/06/jared-kushner-is-an-idiot/
RS_2018-06.xz.deduped.txt:311343 - https://www.motherjones.com/kevin-drum/2018/06/intel-community-says-north-korea-is-deliberately-deceiving-us/
RS_2018-06.xz.deduped.txt:311680 - https://www.motherjones.com/politics/2018/06/trump-never-pushed-republicans-to-vote-on-immigration-despite-tweet-three-days-earlier-to-the-contrary/
RS_2018-06.xz.deduped.txt:311915 - https://www.motherjones.com/politics/2018/06/maxine-waters-impeachment-donald-trump/
RS_2018-06.xz.deduped.txt:311932 - https://www.motherjones.com/politics/2018/06/maxine-waters-impeachment-threats-donald-trump/
RS_2012-07.bz2.deduped.txt:248 - http://www.motherjones.com/kevin-drum/2012/07/no-obamacare-not-biggest-tax-increase-history
RS_2012-07.bz2.deduped.txt:394 - http://www.motherjones.com/kevin-drum/2012/07/no-obamacare-not-biggest-tax-increase-history?utm_source=twitterfeed&utm_medium=twitter
RS_2012-07.bz2.deduped.txt:1181 - http://www.motherjones.com/mojo/2012/06/lawsuit-accuses-romney-donor-adelson-pursuing-prostitution-strategy-his-hotels
RS_2012-07.bz2.deduped.txt:1710 - http://www.motherjones.com/blue-marble/2012/06/why-rhode-island-fastest-warming-state
RS_2012-07.bz2.deduped.txt:3876 - http://www.motherjones.com/mojo/2012/07/still-terrible-virginia-ultrasound-bill-now-effect
RS_2012-07.bz2.deduped.txt:4122 - http://www.motherjones.com/photoessays/2012/07/south-sudan/opener
RS_2012-07.bz2.deduped.txt:5696 - http://www.motherjones.com/politics/2012/07/romney-bain-abortion-stericycle-sec
RS_2012-07.bz2.deduped.txt:5920 - http://www.motherjones.com/kevin-drum/2012/07/why-john-roberts-changed-his-mind
RS_2012-07.bz2.deduped.txt:6256 - http://www.motherjones.com/politics/2012/07/alec-irs-tax-exempt-challenge?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29
RS_2012-07.bz2.deduped.txt:6330 - http://www.motherjones.com/politics/2012/07/alec-irs-tax-exempt-challenge
RS_2012-07.bz2.deduped.txt:7323 - http://www.motherjones.com/tom-philpott/2012/07/gmo-industry-flexes-its-muscles-capitol-hill
RS_2012-07.bz2.deduped.txt:7484 - http://www.motherjones.com/politics/2012/07/alec-irs-tax-exempt-challenge?google_editors_picks=true

RS_2012-07.bz2.deduped.txt:7730 - http://www.motherjones.com/blue-marble/2012/07/focus-family-colorado-wildfires-are-just-pre-marital-sex
RS_2012-07.bz2.deduped.txt:7802 - http://www.motherjones.com/politics/2012/07/romney-bain-abortion-stericycle-sec?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29
RS_2012-07.bz2.deduped.txt:9819 - http://www.motherjones.com/politics/2012/07/mystery-mitt-romney-exit-bain-stericycle
RS_2012-07.bz2.deduped.txt:9861 - http://www.motherjones.com/kevin-drum/2012/07/louisiana-gives-us-taste-mitt-romneys-education-policy
RS_2012-07.bz2.deduped.txt:11403 - http://www.motherjones.com/politics/2012/07/romney-bain-abortion-stericycle-sec?utm_source=feedburner&utm_medium=feed&utm_c
RS_2012-07.bz2.deduped.txt:12576 - http://www.motherjones.com/politics/2012/07/voter-id-laws-charts-maps
RS_2012-07.bz2.deduped.txt:13034 - http://www.motherjones.com/politics/2012/07/voter-suppression-kevin-drum?page=1
RS_2012-07.bz2.deduped.txt:13742 - http://www.motherjones.com/politics/2012/07/voter-suppression-kevin-drum
RS_2012-07.bz2.deduped.txt:21169 - http://m.motherjones.com/mixed-media/2012/07/girls-guide-grilling-pork-sexist
RS_2012-07.bz2.deduped.txt:22437 - http://www.motherjones.com/politics/2012/07/militarization-america
RS_2012-07.bz2.deduped.txt:24792 - http://www.motherjones.com/environment/2012/07/spam-or-astroturf-mysterious-case-coal-ash-petition
RS_2012-07.bz2.deduped.txt:26945 - http://www.motherjones.com/mojo/2012/07/reason-tv-video-nick-gillespie-james-ridgeway-solitary-confinement
RS_2012-07.bz2.deduped.txt:28539 - http://www.motherjones.com/kevin-drum/2012/07/nobody-takes-conservative-wingnuttery-face-value
RS_2012-07.bz2.deduped.txt:30072 - http://www.motherjones.com/mojo/2012/07/navy-biofuel
RS_2012-07.bz2.deduped.txt:30096 - http://www.motherjones.com/politics/2012/07/obama-bush-immigration-enforecement
RS_2012-07.bz2.deduped.txt:31225 - http://www.motherjones.com/kevin-drum/2012/07/more-data-please?utm_medium=twitter&utm_source=twitterfeed
RS_2012-07.bz2.deduped.txt:31700 - http://www.motherjones.com/politics/2012/07/felon-disenfranchisement-florida-vote-obama
RS_2012-07.bz2.deduped.txt:31703 - http://www.motherjones.com/environment/2012/07/waldo-canyon-colorado-aftermath-climate
RS_2012-07.bz2.deduped.txt:31772 - http://www.motherjones.com/politics/2012/07/obamacare-republicans-mark-fiore-cartoon
RS_2012-07.bz2.deduped.txt:36464 - http://www.motherjones.com/kevin-drum/2012/07/conservative-misinformation-campaign-about-obamacare-has-worked-really-really-wel
RS_2012-07.bz2.deduped.txt:39194 - http://www.motherjones.com/blue-marble/2012/07/new-record-low-snow-and-ice-arctic
RS_2012-07.bz2.deduped.txt:40695 - http://www.motherjones.com/mojo/2012/07/rove-obama-romney-olympics

RS_2012-07.bz2.deduped.txt:41182 - http://www.motherjones.com/mojo/2011/09/6-dumb-arguments-against-taxing-rich-explained

RS_2012-07.bz2.deduped.txt:41246 - http://www.motherjones.com/politics/2012/07/fla-gov-rick-scott-kept-worst-tb-outbreak-20-years-secret

RS_2012-07.bz2.deduped.txt:43641 - http://www.motherjones.com/blue-marble/2012/07/dirtiest-beaches-nrdc

RS_2012-07.bz2.deduped.txt:43776 - http://www.motherjones.com/kevin-drum/2012/07/chances-you-are-being-watched-rise-about-1-50

RS_2012-07.bz2.deduped.txt:43857 - http://www.motherjones.com/environment/2012/07/coal-mining-black-lung-return

RS_2012-07.bz2.deduped.txt:44562 - http://www.motherjones.com/politics/2012/05/hamptons-ira-rennert-mansion-helicopter

RS_2012-07.bz2.deduped.txt:49765 - http://www.motherjones.com/kevin-drum/2012/07/we-make-more-money-our-parents-we-arent-rich

RS_2012-07.bz2.deduped.txt:50044 - http://www.motherjones.com/mojo/2011/09/koch-brothers-million-dollar-donor-club

RS_2012-07.bz2.deduped.txt:51977 - http://www.motherjones.com/mojo/2012/07/democratic-senate-rove-fec-complaint

RS_2012-07.bz2.deduped.txt:52031 - http://www.motherjones.com/mojo/2012/07/your-smartphone-spying-you

RS_2012-07.bz2.deduped.txt:52542 - http://www.motherjones.com/mojo/2012/07/house-ate-hamptons-ira-rennert

RS_2012-07.bz2.deduped.txt:53621 - http://www.motherjones.com/blue-marble/2012/07/cat-lady-parasite-may-be-linked-suicide

RS_2012-07.bz2.deduped.txt:55262 - http://www.motherjones.com/blue-marble/2012/07/dispersant-manufacturer-wants-out-bp-class-action-suit?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2FTheBlueMarble+%28Mother+Jones+%7C+The+Blue+Marble%29

RS_2012-07.bz2.deduped.txt:55934 - http://www.motherjones.com/environment/2012/07/american-tradition-institute-freedom-information-law-climate-scientists

RS_2012-07.bz2.deduped.txt:55977 - http://www.motherjones.com/politics/2012/07/nypd-overstated-counterterrorism-record

RS_2012-07.bz2.deduped.txt:56123 - http://www.motherjones.com/politics/2012/07/romney-naacp

RS_2012-07.bz2.deduped.txt:58434 - http://m.motherjones.com/kevin-drum/2012/07/louisiana-gives-us-taste-mitt-romneys-education-policy

RS_2012-07.bz2.deduped.txt:58688 - http://www.motherjones.com/kevin-drum/2012/07/we-are-still-50-50-nation

RS_2012-07.bz2.deduped.txt:60556 - http://www.motherjones.com/politics/2012/07/michigan-alliance-prosperity-two-thirds-vote-taxes

RS_2012-07.bz2.deduped.txt:61267 - http://www.motherjones.com/kevin-drum/2012/07/pain-bain-falls-mainly-reign-mitt?utm_medium=twitter&utm_source=twitterfeed

RS_2012-07.bz2.deduped.txt:62369 - http://www.motherjones.com/mojo/2012/07/romney-bain-capital-outsourcing-sec

RS_2012-07.bz2.deduped.txt:62641 - http://www.motherjones.com/mojo/2012/07/romney-bain-capital-outsourcing-sec?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2012-07.bz2.deduped.txt:63169 - http://www.motherjones.com/mojo/2012/07/nypd-spokesperson-gets-pwned-comments-section-propublica-trying-defend-its-terrorism-re

RS_2012-07.bz2.deduped.txt:63403 - http://www.motherjones.com/politics/2012/07/bain-capital-mitt-romney-outsourcing-china-global-tech?mrefid=twitter

RS_2012-07.bz2.deduped.txt:63604 - http://www.motherjones.com/print/185161

RS_2012-07.bz2.deduped.txt:63626 - http://www.motherjones.com/blue-marble/2012/07/your-climate-steriods

RS_2012-07.bz2.deduped.txt:63674 - http://www.motherjones.com/tom-philpott/2012/07/five-weirdest-ingredients-allowed-organic-food

RS_2012-07.bz2.deduped.txt:63729 - http://www.motherjones.com/politics/2012/07/bain-capital-mitt-romney-outsourcing-china-global-tech

RS_2012-07.bz2.deduped.txt:66237 - http://www.motherjones.com/politics/2012/07/executive-pay-america-top-10-overpaid-ceo

RS_2012-07.bz2.deduped.txt:66419 - http://www.motherjones.com/mixed-media/2012/07/ballplayer-pelotero-review-baseball-dominican-republic

RS_2012-07.bz2.deduped.txt:66976 - http://www.motherjones.com/mojo/2012/07/what-we-know-about-romney-and-bain-explainer

RS_2012-07.bz2.deduped.txt:68770 - http://www.motherjones.com/mojo/2012/07/why-fast-food-loves-mitt-romney

RS_2012-07.bz2.deduped.txt:69507 - http://www.motherjones.com/kevin-drum/2012/07/voter-id-laws-are-last-gasp-fading-gop-strategy

RS_2012-07.bz2.deduped.txt:70132 - http://www.motherjones.com/mojo/2012/07/federal-drug-war-pot-marijuana-dispensaries-harborside

RS_2012-07.bz2.deduped.txt:80778 - http://www.motherjones.com/blue-marble/2012/07/american-consumers-ranked-least-sustainable

RS_2012-07.bz2.deduped.txt:81080 - http://www.motherjones.com/politics/2012/07/labor-ready-jobs-temp-workers-investigation

RS_2012-07.bz2.deduped.txt:83264 - http://www.motherjones.com/environment/2012/07/trash-charts-world-bank-report-economy

RS_2012-07.bz2.deduped.txt:83908 - http://www.motherjones.com/politics/2012/07/romney-bain-testimony-transition

RS_2012-07.bz2.deduped.txt:84253 - http://www.motherjones.com/mojo/2012/07/5-questions-fact-checkers-romney-and-bain

RS_2012-07.bz2.deduped.txt:87604 - http://www.motherjones.com/politics/2012/07/pentagon-new-generation-military-bases-tom-dispatch?mrefid=twitter

RS_2012-07.bz2.deduped.txt:88447 - http://www.motherjones.com/politics/2012/07/four-biggest-spending-myths-debunked?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2012-07.bz2.deduped.txt:88520 - http://www.motherjones.com/mojo/2012/07/corn-hardball-romney-leaving-bain-outsourcing

RS_2012-07.bz2.deduped.txt:88543 - http://www.motherjones.com/kevin-drum/2012/07/mystery-mitt-romneys-lame-defense-his-bain-years

RS_2012-07.bz2.deduped.txt:88672 - http://www.motherjones.com/transition/inter.php?dest=http://www.motherjones.com/kevin-drum/2012/07/quote-day-obama-not-american-enough-john-sununu

RS_2012-07.bz2.deduped.txt:89160 - http://www.motherjones.com/politics/2012/07/inside-investigation-leading-republican-money-man-sheldon-adelson

RS_2012-07.bz2.deduped.txt:89754 - http://www.motherjones.com/politics/2012/07/disclose-act-senate-republican-block-dark-money

RS_2012-07.bz2.deduped.txt:89969 - http://www.motherjones.com/mojo/2012/07/mitt-romney-bain-capital-timeline?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+|+MoJoBlog%29

RS_2012-07.bz2.deduped.txt:90572 - http://www.motherjones.com/politics/2012/07/romney-bain-media

RS_2012-07.bz2.deduped.txt:92305 - http://www.motherjones.com/kevin-drum/2012/07/todays-geeky-financial-world-excitement

RS_2012-07.bz2.deduped.txt:93030 - http://www.motherjones.com/kevin-drum/2012/07/marriage-just-middle-class-these-days

RS_2012-07.bz2.deduped.txt:93144 - http://www.motherjones.com/politics/2012/07/disclose-act-senate-republican-block-dark-money?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2012-07.bz2.deduped.txt:94499 - http://www.motherjones.com/mojo/2012/07/mccain-blasts-bachmann-her-anti-muslim-mccarthyism?utm_source=twitterfeed

RS_2012-07.bz2.deduped.txt:94525 - http://www.motherjones.com/mojo/2012/07/mccain-blasts-bachmann-her-anti-muslim-mccarthyism

RS_2012-07.bz2.deduped.txt:95162 - http://www.motherjones.com/kevin-drum/2012/07/medicaid-expansion-may-turn-out-be-offer-states-cant-refuse?utm_medium=twitter&utm_source=twitterfeed

RS_2012-07.bz2.deduped.txt:95608 - http://www.motherjones.com/politics/2012/07/pentagon-new-generation-military-bases-tom-dispatch

RS_2012-07.bz2.deduped.txt:95678 - http://www.motherjones.com/politics/2012/07/pentagon-new-generation-military-bases-tom-dispatch?mwh=1

RS_2012-07.bz2.deduped.txt:96156 - http://www.motherjones.com/kevin-drum/2012/07/operation-piss-mitt-seems-be-working

RS_2012-07.bz2.deduped.txt:96307 - http://www.motherjones.com/mojo/2012/07/floridas-attempt-kick-voters-rolls-can-continue-apace

RS_2012-07.bz2.deduped.txt:96495 - http://www.motherjones.com/tom-philpott/2012/07/usda-prepares-ground-dows-herbicide-sucking-crops

RS_2012-07.bz2.deduped.txt:96644 - http://www.motherjones.com/mojo/2012/07/rights-anti-muslim-crankery-has-real-consequences

RS_2012-07.bz2.deduped.txt:97520 - http://m.motherjones.com/politics/2012/07/labor-ready-jobs-temp-workers-investigation

RS_2012-07.bz2.deduped.txt:97641 - http://www.motherjones.com/politics/2012/07/four-biggest-spending-myths-debunked

RS_2012-07.bz2.deduped.txt:97698 - http://www.motherjones.com/mojo/2012/07/bushiest-george-w-bush-quote-ever

RS_2012-07.bz2.deduped.txt:99283 - http://www.motherjones.com/transition/inter.php?dest=http://www.motherjones.com/mojo/2012/07/bushiest-george-w-bush-quote-ever

RS_2012-07.bz2.deduped.txt:100764 - http://www.motherjones.com/mojo/2012/07/walmart-heirs-waltons-wealth-income-inequality

RS_2012-07.bz2.deduped.txt:103823 - http://www.motherjones.com/blue-marble/2012/07/apple-exploits-throughout-supply-chain-in-china

RS_2012-07.bz2.deduped.txt:104027 - http://www.motherjones.com/mojo/2012/07/gop-budget-bill-slashes-planned-parenthood-funding

RS_2012-07.bz2.deduped.txt:104106 - http://www.motherjones.com/mojo/2012/07/aclu-sues-awlaki-khan-death

RS_2012-07.bz2.deduped.txt:104177 - http://www.motherjones.com/politics/2012/07/romney-obama-bain-outsourcing

RS_2012-07.bz2.deduped.txt:104181 - http://www.motherjones.com/politics/2012/07/sally-pipes-pacific-research-institute-keybridge-communications

RS_2012-07.bz2.deduped.txt:104478 - http://www.motherjones.com/blue-marble/2012/07/uk-police-close-climategate-investigation

RS_2012-07.bz2.deduped.txt:107071 - http://www.motherjones.com/mojo/2012/06/stand-your-ground-research-killings

RS_2012-07.bz2.deduped.txt:109125 - http://www.motherjones.com/politics/2012/07/mitt-romney-bain-outsourcing-flextronics-jabil-circuit

RS_2012-07.bz2.deduped.txt:109778 - http://www.motherjones.com/politics/2012/07/what-is-mitt-romney-hiding

RS_2012-07.bz2.deduped.txt:110317 - http://www.motherjones.com/politics/2012/07/military-tells-anti-obama-pac-stop-using-our-logos

RS_2012-07.bz2.deduped.txt:111241 - http://www.motherjones.com/tom-philpott/2012/07/agribiz-bought-farm-bill

RS_2012-07.bz2.deduped.txt:111867 - http://www.motherjones.com/kevin-drum/2012/07/why-pot-illegal-everywhere-world

RS_2012-07.bz2.deduped.txt:114096 - http://www.motherjones.com/politics/2012/07/mass-shootings-map

RS_2012-07.bz2.deduped.txt:115429 - http://www.motherjones.com/tom-philpott/2011/11/supermarkets-sell-fake-honey

RS_2012-07.bz2.deduped.txt:122049 - http://www.motherjones.com/mojo/2012/07/huma-abedin-now-under-police-protection

RS_2012-07.bz2.deduped.txt:123262 - http://www.motherjones.com/politics/2012/07/national-federation-independent-businesses

RS_2012-07.bz2.deduped.txt:124487 - http://www.motherjones.com/tom-philpott/2012/07/antibiotic-use-vaccines-factory-farms-creating-new-pathogens

RS_2012-07.bz2.deduped.txt:127199 - http://www.motherjones.com/politics/2012/07/wes-riddle-congress-republican-texas-ron-paul

RS_2012-07.bz2.deduped.txt:127872 - http://www.motherjones.com/blue-marble/2012/07/greenlands-mega-melt

RS_2012-07.bz2.deduped.txt:128088 - http://www.motherjones.com/environment/2012/07/west-arid-drought-climate-change?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29
RS_2012-07.bz2.deduped.txt:128106 - http://www.motherjones.com/kevin-drum/2012/07/pennsylvania-no-person-voter-fraud-either-now-or-anytime-past?utm_medium=twitter&utm_source=twitterfeed
RS_2012-07.bz2.deduped.txt:128553 - http://www.motherjones.com/environment/2012/07/us-drought-global-food-crisis
RS_2012-07.bz2.deduped.txt:129302 - http://www.motherjones.com/mojo/2012/07/should-mitt-romney-be-audited
RS_2012-07.bz2.deduped.txt:130732 - http://www.motherjones.com/kevin-drum/2012/07/ethanol-subsidies-even-stupider-we-thought
RS_2012-07.bz2.deduped.txt:133431 - http://www.motherjones.com/environment/2012/07/consumers-face-droughts-long-price-shadow
RS_2012-07.bz2.deduped.txt:133435 - http://www.motherjones.com/mojo/2012/07/right-wing-gun-group-aurora-was-inside-job
RS_2012-07.bz2.deduped.txt:133879 - http://www.motherjones.com/mojo/2012/07/republican-democrat-super-pac-restore-our-future?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29#
RS_2012-07.bz2.deduped.txt:133898 - http://www.motherjones.com/mojo/2012/07/republican-democrat-super-pac-restore-our-future
RS_2012-07.bz2.deduped.txt:134759 - http://www.motherjones.com/politics/2011/02/south-dakota-hb-1171-legalize-killing-abortion-providers
RS_2012-07.bz2.deduped.txt:134835 - http://www.motherjones.com/environment/2012/07/meet-beverage-industry-group-bankrolls-soda-tax-opposition
RS_2012-07.bz2.deduped.txt:135100 - http://www.motherjones.com/politics/2012/07/national-federation-independent-businesses?mrefid=twitter
RS_2012-07.bz2.deduped.txt:135112 - http://www.motherjones.com/politics/2011/11/concealed-guns-laws?mrefid=twitter
RS_2012-07.bz2.deduped.txt:135114 - http://www.motherjones.com/mojo/2012/07/gop-candidate-keith-ellison-militantly-anti-american
RS_2012-07.bz2.deduped.txt:135647 - http://www.motherjones.com/mojo/2012/07/gop-candidate-keith-ellison-militantly-anti-american?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29
RS_2012-07.bz2.deduped.txt:135780 - http://www.motherjones.com/kevin-drum/2012/07/sandy-weill-joins-occupy-wall-street-movement
RS_2012-07.bz2.deduped.txt:137169 - http://www.motherjones.com/mojo/2012/07/floridas-attempt-kick-voters-rolls-can-continue-apace?mrefid=twitter
RS_2012-07.bz2.deduped.txt:138151 - http://www.motherjones.com/politics/2011/06/speedup-americans-working-harder-charts
RS_2012-07.bz2.deduped.txt:139152 - http://www.motherjones.com/mojo/2012/07/republican-plan-tax-poor

RS_2012-07.bz2.deduped.txt:139312 - http://www.motherjones.com/blue-marble/2012/07/whats-energy-extraction-and-earthquakes
RS_2012-07.bz2.deduped.txt:140919 - http://www.motherjones.com/kevin-drum/2012/07/rahm-emanuel-needs-back-chick-fil
RS_2012-07.bz2.deduped.txt:141304 - http://www.motherjones.com/mojo/2012/07/chik-fil-a-homophobes-have-rights-too
RS_2012-07.bz2.deduped.txt:141775 - http://www.motherjones.com/politics/2012/07/our-nations-national-security-complex
RS_2012-07.bz2.deduped.txt:142979 - http://www.motherjones.com/kevin-drum/2012/07/creepy-small-lies-romney-campaign?utm_medium=twitter&utm_source=twitterfeed
RS_2012-07.bz2.deduped.txt:143638 - http://www.motherjones.com/politics/2012/07/rga-super-pac-mike-pence-indiana
RS_2012-07.bz2.deduped.txt:143688 - http://www.motherjones.com/politics/2012/07/romney-gtech-gambling
RS_2012-07.bz2.deduped.txt:143780 - http://www.motherjones.com/tom-philpott/2012/07/bp-sends-gulf-chefs-olympics-pr-jaunt
RS_2012-07.bz2.deduped.txt:145976 - http://www.motherjones.com/mojo/2012/07/mitt-romney-bain-brookside-avik-roy
RS_2012-07.bz2.deduped.txt:146976 - http://www.motherjones.com/politics/2012/07/mitt-romney-expensive-olympics-federal-funding
RS_2012-07.bz2.deduped.txt:147419 - http://www.motherjones.com/politics/2012/07/romney-kem-gardner-2002-olympics-deal
RS_2012-07.bz2.deduped.txt:147568 - http://www.motherjones.com/mixed-media/2012/07/your-weekend-longreads-list-genes-society
RS_2012-07.bz2.deduped.txt:149154 - http://www.motherjones.com/politics/2012/07/karl-rove-crossroads-gps-dark-money-disclosure
RS_2012-07.bz2.deduped.txt:149405 - http://www.motherjones.com/mojo/2012/07/release-romney-jokes
RS_2012-07.bz2.deduped.txt:149577 - http://www.motherjones.com/politics/2012/07/romney-veep-shortlist-two-truths-and-lie-quiz
RS_2012-07.bz2.deduped.txt:155764 - http://www.motherjones.com/media/2012/07/summer-olympics-medal-gdp-charts
RS_2012-07.bz2.deduped.txt:156434 - http://www.motherjones.com/mojo/2012/07/south-dakota-will-require-doctors-give-dubious-abortion-advice
RS_2012-07.bz2.deduped.txt:157348 - http://www.motherjones.com/politics/2012/07/mass-shooting-survivor
RS_2012-07.bz2.deduped.txt:159070 - http://www.motherjones.com/blue-marble/2012/07/alarming-species-decline-protected-forests
RS_2012-07.bz2.deduped.txt:162887 - http://www.motherjones.com/kevin-drum/2012/07/mitt-romney-praises-socialized-healthcare-long-its-not-american
RS_2012-07.bz2.deduped.txt:163248 - http://www.motherjones.com/kevin-drum/2012/07/mitt-romney-praises-socialized-healthcare-long-its-not-american?utm_medium=twitter&utm_source=twitterfeed
RS_2012-07.bz2.deduped.txt:163526 - http://www.motherjones.com/photoessays/2012/07/there-grows-neighborhood/chicago1630jpg

RS_2012-07.bz2.deduped.txt:163744 - http://www.motherjones.com/politics/2012/07/charts-how-americas-billionaires-get-off-tax-rich-congress

RS_2012-07.bz2.deduped.txt:164632 - http://www.motherjones.com/blue-marble/2012/07/fracked-professors

RS_2012-07.bz2.deduped.txt:164920 - http://www.motherjones.com/politics/2012/07/lou-ann-zelenik-congress

RS_2012-07.bz2.deduped.txt:165892 - http://m.motherjones.com/politics/2012/07/what-is-mitt-romney-hiding

RS_2012-07.bz2.deduped.txt:167325 - http://www.motherjones.com/politics/2012/07/congress-disclose-obama-targeted-killing-memos

RS_2012-07.bz2.deduped.txt:167763 - http://www.motherjones.com/politics/2012/07/mitt-romney-big-gay-olympics

RS_2012-07.bz2.deduped.txt:167966 - http://www.motherjones.com/politics/2012/07/whats-going-pussy-riot-explained?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2012-07.bz2.deduped.txt:169099 - http://www.motherjones.com/politics/2012/07/abrams-tank-pentagon-defense-lobby

RS_2012-07.bz2.deduped.txt:171285 - http://www.motherjones.com/mojo/2012/07/judge-upholds-arizonas-extreme-abortion-law

RS_2012-07.bz2.deduped.txt:172166 - http://www.motherjones.com/kevin-drum/2012/03/why-are-american-conservatives-more-anti-science-european-conservatives

RS_2012-07.bz2.deduped.txt:172967 - http://www.motherjones.com/environment/2012/07/climate-change-convert-skeptics-richard-muller

RS_2015-01.bz2.deduped.txt:4385 - http://www.motherjones.com/mojo/2014/12/crs-report-war-spending-trillion?utm_content=buffer41c45&utm_medium=social&utm_source=twitter.com&utm_campaign=buffer

RS_2015-01.bz2.deduped.txt:6883 - http://m.motherjones.com/politics/2014/12/abu-ghraib-photos-obama-pentagon-release

RS_2015-01.bz2.deduped.txt:23336 - http://m.motherjones.com/mojo/2014/12/ronald-reagan-big-government-legacy

RS_2015-01.bz2.deduped.txt:23647 - http://www.motherjones.com/environment/2015/01/medical-apps-not-helping

RS_2015-01.bz2.deduped.txt:23714 - http://www.motherjones.com/kevin-drum/2015/01/lead-and-crime-some-new-evidence-century-ago

RS_2015-01.bz2.deduped.txt:26185 - http://www.motherjones.com/kevin-drum/2015/01/without-fox-news-there-would-have-been-no-iraq-war

RS_2015-01.bz2.deduped.txt:26983 - http://www.motherjones.com/environment/2015/01/australia-wildfires-photos

RS_2015-01.bz2.deduped.txt:27084 - http://www.motherjones.com/kevin-drum/2015/01/republicans-have-lost-their-window-keystone-xl-pipeline

RS_2015-01.bz2.deduped.txt:28151 - http://www.motherjones.com/environment/2015/01/louie-gohmert-climate-house-speaker

RS_2015-01.bz2.deduped.txt:28566 - http://www.motherjones.com/kevin-drum/2015/01/our-obsession-mass-incarceration-may-finally-be-ebbing
RS_2015-01.bz2.deduped.txt:32659 - http://www.motherjones.com/politics/2015/01/obamacare-republican-congress-full-time-hours
RS_2015-01.bz2.deduped.txt:33855 - http://www.motherjones.com/politics/2015/01/neil-bush-jeb-bush-bering-sea-tunnel
RS_2015-01.bz2.deduped.txt:34167 - http://www.motherjones.com/tom-philpott/2015/01/antibiotic-failure-will-cost-10-million-lives-annualy-2050
RS_2015-01.bz2.deduped.txt:34829 - http://www.motherjones.com/blue-marble/2015/01/breaking-president-obama-would-veto-congress-keystone-xl-pipeline-legislation-wh
RS_2015-01.bz2.deduped.txt:40030 - http://www.motherjones.com/politics/2015/01/sam-brownback-kansas-tax-cuts-failing
RS_2015-01.bz2.deduped.txt:40357 - http://www.motherjones.com/politics/2015/01/colorado-legal-marijuana-charts-statistics
RS_2015-01.bz2.deduped.txt:40827 - http://www.motherjones.com/mojo/2015/01/elizabeth-warren-keystone-gop
RS_2015-01.bz2.deduped.txt:41369 - http://www.motherjones.com/politics/2015/01/bill-clinton-jeffrey-epstein-conservative-media
RS_2015-01.bz2.deduped.txt:41693 - http://www.motherjones.com/environment/2015/01/michael-grimm-climate-change-resignation
RS_2015-01.bz2.deduped.txt:42632 - http://www.motherjones.com/politics/2015/01/elizabeth-warren-tricke-down-economics-afl-cio
RS_2015-01.bz2.deduped.txt:44062 - http://www.motherjones.com/politics/2011/03/denial-science-chris-mooney?page=1
RS_2015-01.bz2.deduped.txt:44912 - http://www.motherjones.com/kevin-drum/2015/01/republicans-are-facing-mighty-big-headwind-2016
RS_2015-01.bz2.deduped.txt:45119 - http://www.motherjones.com/mojo/2015/01/fox-news-paris-charlie-hebdo-terrorism-benghazi
RS_2015-01.bz2.deduped.txt:46828 - http://www.motherjones.com/tom-philpott/2015/01/fake-meat-snob-no-more
RS_2015-01.bz2.deduped.txt:50072 - http://www.motherjones.com/tom-philpott/2012/08/schools-limit-campus-junk-food-have-lower-obesity-rates
RS_2015-01.bz2.deduped.txt:52440 - http://www.motherjones.com/environment/2015/01/california-high-speed-rail-waste-time-and-money
RS_2015-01.bz2.deduped.txt:53222 - http://www.motherjones.com/politics/2015/01/dukakis-documentary-attack-ads
RS_2015-01.bz2.deduped.txt:53257 - http://www.motherjones.com/politics/2015/01/charlie-hebdo-conspiracy-theories
RS_2015-01.bz2.deduped.txt:53731 - http://www.motherjones.com/mojo/2015/01/republican-obamacare-full-time-work-cbpp
RS_2015-01.bz2.deduped.txt:54684 - http://www.motherjones.com/mixed-media/2015/01/jessica-chastain-russell-crowe-ageism
RS_2015-01.bz2.deduped.txt:57380 - http://www.motherjones.com/politics/2015/01/jeb-bush-richard-hohlt-karl-rove

RS_2015-01.bz2.deduped.txt:60384 - http://www.motherjones.com/politics/2015/01/charlie-hebdo-attack-death-penalty-marine-le-pen
RS_2015-01.bz2.deduped.txt:60394 - http://www.motherjones.com/environment/2015/01/finally-some-good-news-about-clean-energy-investment
RS_2015-01.bz2.deduped.txt:64090 - http://www.motherjones.com/politics/2015/01/jeb-bush-michael-bay-bad-boys-manatees
RS_2015-01.bz2.deduped.txt:64335 - http://www.motherjones.com/kevin-drum/2015/01/president-obama-starts-focus-middle-class
RS_2015-01.bz2.deduped.txt:64814 - http://www.motherjones.com/politics/2015/01/joe-biden-raves-mdma-death
RS_2015-01.bz2.deduped.txt:64856 - http://www.motherjones.com/blue-marble/2015/01/republican-climate-denial-caucus
RS_2015-01.bz2.deduped.txt:68471 - http://motherjones.com/blue-marble/2015/01/republican-climate-denial-caucus
RS_2015-01.bz2.deduped.txt:68759 - http://www.motherjones.com/kevin-drum/2015/01/unemployment-low-it-can-still-go-lot-lower-%E2%80%94-and-it-should
RS_2015-01.bz2.deduped.txt:70651 - http://www.motherjones.com/kevin-drum/2015/01/chart-day-vaccinate-your-kids
RS_2015-01.bz2.deduped.txt:73490 - http://www.motherjones.com/environment/2015/01/west-virginia-wants-its-students-debate-climate-change
RS_2015-01.bz2.deduped.txt:76504 - http://www.motherjones.com/environment/2015/01/california-drought-almonds-water-use
RS_2015-01.bz2.deduped.txt:78935 - http://www.motherjones.com/politics/2015/01/ed-follis-dea-afghanistan-opium
RS_2015-01.bz2.deduped.txt:80834 - http://m.motherjones.com/kevin-drum/2015/01/two-promising-factlets-about-american-schools
RS_2015-01.bz2.deduped.txt:82431 - http://www.motherjones.com/mojo/2015/01/mitt-romney-running-2016
RS_2015-01.bz2.deduped.txt:84869 - http://www.motherjones.com/tom-philpott/2015/01/pepsi-lobbyist-senate-ag-committee-revolving-door
RS_2015-01.bz2.deduped.txt:84886 - http://www.motherjones.com/politics/2015/01/march-life-organizers-think-birth-control-same-abortion
RS_2015-01.bz2.deduped.txt:85177 - http://www.motherjones.com/blue-marble/2015/01/most-republicans-want-restrictions-carbon-pollution
RS_2015-01.bz2.deduped.txt:85227 - http://www.motherjones.com/mojo/2015/01/mitt-romney-running-president
RS_2015-01.bz2.deduped.txt:85426 - http://www.motherjones.com/politics/2015/01/dodd-frank-bill-house-gop-hr-37
RS_2015-01.bz2.deduped.txt:85550 - http://www.motherjones.com/kevin-drum/2015/01/gops-first-priority-2015-paying-wall-street
RS_2015-01.bz2.deduped.txt:88191 - http://www.motherjones.com/environment/2015/01/almonds-nuts-crazy-stats-charts
RS_2015-01.bz2.deduped.txt:88540 - http://www.motherjones.com/politics/2015/01/end-jeb-bush-2016-hillary

RS_2015-01.bz2.deduped.txt:90788 - http://www.motherjones.com/environment/2015/01/climate-change-ted-cruz-marco-rubio-nasa-noaa

RS_2015-01.bz2.deduped.txt:93612 - http://www.motherjones.com/politics/2015/01/mitt-romney-david-corn-advice-47-percent

RS_2015-01.bz2.deduped.txt:94328 - http://www.motherjones.com/politics/2015/01/rand-paul-kentucky-felon-voting

RS_2015-01.bz2.deduped.txt:94361 - http://www.motherjones.com/politics/2014/01/juveniles-kids-solitary-confinement-ohio-new-york

RS_2015-01.bz2.deduped.txt:94387 - http://www.motherjones.com/politics/2015/01/south-carolina-second-amendment-education-nra

RS_2015-01.bz2.deduped.txt:94452 - http://www.motherjones.com/tom-philpott/2015/01/you-cant-produce-eggs-industrial-scale-without-breaking-few-hens

RS_2015-01.bz2.deduped.txt:97268 - http://www.motherjones.com/blue-marble/2015/01/3-real-medical-conditions-bacon-can-cure

RS_2015-01.bz2.deduped.txt:98785 - http://www.motherjones.com/blue-marble/2015/01/obama-methane-crackdown-fracking-climate-change

RS_2015-01.bz2.deduped.txt:100110 - http://www.motherjones.com/politics/2015/01/german-protests-pegida-isis-immigration

RS_2015-01.bz2.deduped.txt:102586 - http://www.motherjones.com/media/2015/01/discovery-channel-fake-shows-animal-planet-rich-ross

RS_2015-01.bz2.deduped.txt:104349 - http://www.motherjones.com/kevin-drum/2015/01/yep-gasoline-lead-explains-crime-decline-canada-too

RS_2015-01.bz2.deduped.txt:104509 - http://www.motherjones.com/politics/2015/01/-greg-abbot-governor-californication-texas

RS_2015-01.bz2.deduped.txt:104584 - http://www.motherjones.com/politics/2015/01/jim-webb-democrats-rand-paul

RS_2015-01.bz2.deduped.txt:104788 - http://www.motherjones.com/kevin-drum/2015/01/non-chart-day-wheres-austerity

RS_2015-01.bz2.deduped.txt:105418 - http://www.motherjones.com/environment/2015/01/solar-jobs-economy

RS_2015-01.bz2.deduped.txt:108325 - http://www.motherjones.com/environment/2015/01/beijing-airpocolypse-beyond-index-hazardous-smog

RS_2015-01.bz2.deduped.txt:108333 - http://www.motherjones.com/politics/2015/01/what-we-still-dont-know-about-mitt-romneys-tax-returns

RS_2015-01.bz2.deduped.txt:108657 - http://www.motherjones.com/blue-marble/2015/01/pope-francis-climate-change

RS_2015-01.bz2.deduped.txt:109809 - http://www.motherjones.com/politics/2015/01/flaws-obama-cybersecurity-proposal-nsa

RS_2015-01.bz2.deduped.txt:112205 - http://www.motherjones.com/politics/2015/01/march-life-organizers-think-birth-control-same-abortion?utm_source=nar.al&utm_medium=urlshortener&utm_campaign=FB

RS_2015-01.bz2.deduped.txt:112237 - http://www.motherjones.com/politics/2015/01/walmart-osha-workplace-injury-tracking

RS_2015-01.bz2.deduped.txt:112678 - http://www.motherjones.com/politics/2015/01/mitt-romney-new-private-equity-problem-solamere-capital

RS_2015-01.bz2.deduped.txt:112679 - http://www.motherjones.com/politics/2015/01/cfpb-house-financial-services-subpoena-power

RS_2015-01.bz2.deduped.txt:112793 - http://www.motherjones.com/mojo/2015/01/Lassana-Bathily-citizenship%20

RS_2015-01.bz2.deduped.txt:113172 - http://m.motherjones.com/politics/2015/01/mitt-romney-new-private-equity-problem-solamere-capital

RS_2015-01.bz2.deduped.txt:113913 - http://motherjones.com/mixed-media/2015/01/alabama-abortion

RS_2015-01.bz2.deduped.txt:114134 - http://www.motherjones.com/politics/2015/01/california-marijuana-pot-legalization-initiative-2016

RS_2015-01.bz2.deduped.txt:117558 - http://www.motherjones.com/environment/2013/01/lead-crime-link-gasoline?wtf

RS_2015-01.bz2.deduped.txt:117918 - http://m.motherjones.com/politics/2015/01/obamacare-republican-congress-full-time-hours

RS_2015-01.bz2.deduped.txt:120347 - http://www.motherjones.com/environment/2015/01/inquiring-minds-matt-walker

RS_2015-01.bz2.deduped.txt:121830 - http://www.motherjones.com/environment/2015/01/beldings-ground-squirrels-californias-drought

RS_2015-01.bz2.deduped.txt:123206 - http://m.motherjones.com/politics/2014/10/texas-no-knock-swat-raid

RS_2015-01.bz2.deduped.txt:126824 - http://www.motherjones.com/blue-marble/2015/01/mcdonalds-just-recalled-one-million-chicken-mcnuggets-super-gross-reason

RS_2015-01.bz2.deduped.txt:132603 - http://www.motherjones.com/politics/2015/01/black-lives-matter-martin-luther-king-day-civil-rights-protests

RS_2015-01.bz2.deduped.txt:136525 - http://www.motherjones.com/politics/2015/01/iraq-military-win-business-not-war

RS_2015-01.bz2.deduped.txt:138969 - http://www.motherjones.com/politics/2015/01/obama-state-of-the-union-cyber-security-consumer-privacy-bill-of-rights

RS_2015-01.bz2.deduped.txt:138987 - http://www.motherjones.com/tom-philpott/2015/01/corporate-beer-it-really-watered-down

RS_2015-01.bz2.deduped.txt:139445 - http://www.motherjones.com/politics/2015/01/mike-huckabee-pac-paid-his-family-almost-400000

RS_2015-01.bz2.deduped.txt:139887 - http://www.motherjones.com/politics/2015/01/barack-obama-veto-moderate-senate-democrats

RS_2015-01.bz2.deduped.txt:141714 - http://www.motherjones.com/mojo/2015/01/joni-ernst-carlos-curbelo-spanish-state-union-republican

RS_2015-01.bz2.deduped.txt:143004 - http://www.motherjones.com/mixed-media/2015/01/alabama-students-selma-movie

RS_2015-01.bz2.deduped.txt:147941 - http://www.motherjones.com/politics/2015/01/carlos-curbelo-joni-ernst-immigration-reform

RS_2015-01.bz2.deduped.txt:148243 - http://www.motherjones.com/politics/2015/01/republican-abortion-ban-20-weeks

RS_2015-01.bz2.deduped.txt:148325 - http://www.motherjones.com/tom-philpott/2015/01/why-usda-abusing-animals-service-meat-industry
RS_2015-01.bz2.deduped.txt:148519 - http://www.motherjones.com/mojo/2015/01/watch-live-video-president-obamas-2015-state-union-right-here
RS_2015-01.bz2.deduped.txt:148603 - http://www.motherjones.com/politics/2015/01/obama-state-of-the-union-david-corn
RS_2015-01.bz2.deduped.txt:149124 - http://www.motherjones.com/politics/2015/01/fair-housing-act-supreme-court-civil-rights
RS_2015-01.bz2.deduped.txt:153411 - http://www.motherjones.com/mojo/2015/01/no-civil-rights-charges-michael-brown-shooting-report
RS_2015-01.bz2.deduped.txt:154065 - http://www.motherjones.com/politics/2015/01/republican-abortion-ban-20-weeks?cmpid=twitter
RS_2015-01.bz2.deduped.txt:154131 - http://www.motherjones.com/media/2015/01/npr-anya-kamenetz-test-schools-interview
RS_2015-01.bz2.deduped.txt:155976 - http://www.motherjones.com/environment/2015/01/chinese-cities-toxic-air-pollution-greenpeace
RS_2015-01.bz2.deduped.txt:157371 - http://www.motherjones.com/politics/2015/01/republicans-free-city-wifi-municipal-broadband-socialism
RS_2015-01.bz2.deduped.txt:157471 - http://www.motherjones.com/politics/2015/01/police-misconduct-payments-eric-garner-nypd
RS_2015-01.bz2.deduped.txt:157579 - http://www.motherjones.com/blue-marble/2015/01/twitter-predict-heart-disease
RS_2015-01.bz2.deduped.txt:161849 - http://www.motherjones.com/environment/2015/01/inhofe-climate-change-bible
RS_2015-01.bz2.deduped.txt:162636 - http://www.motherjones.com/politics/2015/01/mitt-romney-koch-brothers-donor-network
RS_2015-01.bz2.deduped.txt:163858 - http://www.motherjones.com/politics/2015/01/special-ops-almost-70-percent-world-countries
RS_2015-01.bz2.deduped.txt:164698 - http://www.motherjones.com/mojo/2015/01/condoms-sex-ed-video-how-to-put-on-a-sock
RS_2015-01.bz2.deduped.txt:165672 - http://www.motherjones.com/politics/2015/01/not-just-banks-warren-sets-sights-big-pharma
RS_2015-01.bz2.deduped.txt:165957 - http://www.motherjones.com/politics/2015/01/20-week-abortion-bans-explained
RS_2015-01.bz2.deduped.txt:165973 - http://www.motherjones.com/tom-philpott/2015/01/are-oceans-verge-mass-extinction-event
RS_2015-01.bz2.deduped.txt:166640 - http://www.motherjones.com/politics/2015/01/mitt-romney-progressive-champion
RS_2015-01.bz2.deduped.txt:166648 - http://www.motherjones.com/mixed-media/2014/06/lana-del-rey-feminism-spacex-tesla-intergalactic-possibilities
RS_2015-01.bz2.deduped.txt:168207 - http://www.motherjones.com/kevin-drum/2015/01/john-boehner-faces-revolt-moderates
RS_2015-01.bz2.deduped.txt:168471 - http://www.motherjones.com/environment/2015/01/can-gmos-be-made-safer

RS_2015-01.bz2.deduped.txt:169752 - http://motherjones.com/mojo/2015/01/condoms-sex-ed-video-how-to-put-on-a-sock
RS_2015-01.bz2.deduped.txt:170422 - http://www.motherjones.com/mixed-media/2015/01/black-man-gun-permit-walmart-florida-vigilante
RS_2015-01.bz2.deduped.txt:171963 - http://www.motherjones.com/mojo/2015/01/feminist-boss-lady-queen-elizabeth-gave-saudi-arabias-king-lesson-power
RS_2015-01.bz2.deduped.txt:172368 - http://www.motherjones.com/politics/2015/01/military-counterrecruitment-global-war-on-terror
RS_2015-01.bz2.deduped.txt:172461 - http://motherjones.com/mixed-media/2015/01/black-man-gun-permit-walmart-florida-vigilante
RS_2015-01.bz2.deduped.txt:172735 - http://www.motherjones.com/mixed-media/2015/01/melinda-gates-vaccinations
RS_2015-01.bz2.deduped.txt:174410 - http://m.motherjones.com/mixed-media/2015/01/black-man-gun-permit-walmart-florida-vigilante
RS_2015-01.bz2.deduped.txt:175486 - http://m.motherjones.com/mojo/2015/01/condoms-sex-ed-video-how-to-put-on-a-sock
RS_2015-01.bz2.deduped.txt:176761 - http://www.motherjones.com/print/268336
RS_2015-01.bz2.deduped.txt:179367 - http://www.motherjones.com/politics/2015/01/states-sex-education-gay-marriage
RS_2015-01.bz2.deduped.txt:180915 - http://www.motherjones.com/mojo/2015/01/jeb-bush-george-randy-best-voyager-new-yorker
RS_2015-01.bz2.deduped.txt:185675 - http://www.motherjones.com/environment/2015/01/which-cut-meat-safest-pathogens
RS_2015-01.bz2.deduped.txt:186308 - http://www.motherjones.com/politics/2015/01/russell-honore-katrina-louisiana-environment
RS_2015-01.bz2.deduped.txt:190932 - http://www.motherjones.com/politics/2015/01/high-frequency-trading-russian-spies
RS_2015-01.bz2.deduped.txt:191667 - http://www.motherjones.com/mixed-media/2015/01/rl-grime-unicef-video-child-brides-chad-always
RS_2015-01.bz2.deduped.txt:191687 - http://www.motherjones.com/politics/2015/01/dems-accuse-republicans-benghazi-cover-up
RS_2015-01.bz2.deduped.txt:193230 - http://www.motherjones.com/politics/2015/01/ted-cruz-koch-brothers-47-percent
RS_2015-01.bz2.deduped.txt:194098 - http://www.motherjones.com/politics/2015/01/2014-was-record-year-exonerations
RS_2015-01.bz2.deduped.txt:194104 - http://www.motherjones.com/environment/2015/01/snow-cold-global-warming-republicans
RS_2015-01.bz2.deduped.txt:194184 - http://www.motherjones.com/mixed-media/2015/01/photos-wilderness-animals-birds-alaska-national-wildlife-refuge
RS_2015-01.bz2.deduped.txt:194215 - http://www.motherjones.com/kevin-drum/2015/01/scott-walker-winner-2016s-first-republican-campaign-cattle-call
RS_2015-01.bz2.deduped.txt:194339 - http://www.motherjones.com/mojo/2015/01/why-ruth-bader-ginsburg-thinks-citizens-united-supreme-courts-worst-ruling
RS_2015-01.bz2.deduped.txt:195749 - http://www.motherjones.com/politics/2015/01/koch-brothers-889-million-2016-elections

RS_2015-01.bz2.deduped.txt:196050 - http://www.motherjones.com/politics/2015/01/netanyahu-boehner-congress-american-jews-get-lost

RS_2015-01.bz2.deduped.txt:197911 - http://www.motherjones.com/tom-philpott/2015/01/dust-factory-farms-antibiotic-resistant-genes

RS_2015-01.bz2.deduped.txt:203541 - http://www.motherjones.com/tom-philpott/2015/01/noaa-globes-coral-reefs-face-massive-bleaching-event-2015

RS_2015-01.bz2.deduped.txt:204121 - http://www.motherjones.com/blue-marble/2015/01/6-terrifying-facts-about-measles

RS_2015-01.bz2.deduped.txt:205291 - http://www.motherjones.com/politics/2015/01/warren-farrell-mens-rights-movement-feminism-misogyny-trolls

RS_2015-01.bz2.deduped.txt:205465 - http://www.motherjones.com/politics/2015/01/koch-2016-democracy-alliance-republican-party

RS_2015-01.bz2.deduped.txt:206333 - http://m.motherjones.com/politics/2015/01/warren-farrell-mens-rights-movement-feminism-misogyny-trolls

RS_2015-01.bz2.deduped.txt:208594 - http://www.motherjones.com/environment/2015/01/east-coast-senate-democrats-revolt-against-obamas-proposed-drilling-atlantic

RS_2015-01.bz2.deduped.txt:211223 - http://www.motherjones.com/blue-marble/2015/01/obamas-trip-india-shortened-his-life-6-hours

RS_2015-01.bz2.deduped.txt:212112 - http://www.motherjones.com/environment/2015/01/measles-outbreak-costs-disneyland

RS_2015-01.bz2.deduped.txt:212237 - http://www.motherjones.com/kevin-drum/2015/01/why-are-scam-pacs-so-much-more-common-right-left

RS_2015-01.bz2.deduped.txt:213449 - http://www.motherjones.com/politics/2015/01/jeff-sessions-immigration-reform-border

RS_2015-01.bz2.deduped.txt:215440 - http://www.motherjones.com/kevin-drum/2015/01/heres-whats-heart-crisis-greece

RS_2015-01.bz2.deduped.txt:216281 - http://www.motherjones.com/blue-marble/2015/01/chart-shows-how-science-public

RS_2015-01.bz2.deduped.txt:219391 - http://www.motherjones.com/politics/2015/01/faa-drone-report-incidents-mishaps

RS_2015-01.bz2.deduped.txt:220681 - http://www.motherjones.com/blue-marble/2015/01/climate-change-republicans-tv

RS_2015-01.bz2.deduped.txt:221283 - http://www.motherjones.com/mojo/2015/01/england-rape-guidelines-consent%20

RS_2015-01.bz2.deduped.txt:222308 - http://www.motherjones.com/politics/2015/01/grover-norquist-turns-sam-brownback?google_editors_picks=true

RS_2015-01.bz2.deduped.txt:222641 - http://www.motherjones.com/environment/2015/01/climate-change-lake-victoria-overfishing

RS_2015-01.bz2.deduped.txt:225219 - http://www.motherjones.com/environment/2015/01/pollution-china-winter-weather-america-smog

RS_v2_2008-10.xz.deduped.txt:154 - http://www.motherjones.com/news/feature/2008/10/how-to-make-a-CIA-trial-go-away.html

RS_v2_2008-10.xz.deduped.txt:700 - http://www.motherjones.com/mojoblog/archives/2008/09/10010_the_rulers_of_t.html

RS_v2_2008-10.xz.deduped.txt:2262 - http://www.motherjones.com/washington_dispatch/2008/10/swift-boat-style-527-attacks-mccain-obama.html
RS_v2_2008-10.xz.deduped.txt:7496 - http://www.motherjones.com/mojoblog/archives/2008/10/10092_mccain_flip-flop_osama_african_embassies_bombing.html
RS_v2_2008-10.xz.deduped.txt:7728 - http://www.motherjones.com/mojoblog/archives/2008/04/8060_henry_waxmans_c.html
RS_v2_2008-10.xz.deduped.txt:9042 - http://www.motherjones.com/washington_dispatch/2008/10/supreme-court-snapshot.html
RS_v2_2008-10.xz.deduped.txt:10010 - http://www.motherjones.com/mojoblog/archives/2008/10/10122_palins_email_cover-up_open_records_act.html
RS_v2_2008-10.xz.deduped.txt:10691 - http://www.motherjones.com/washington_dispatch/2008/10/Desperately-Seeking-Sarah-Palins-Secrets.html
RS_v2_2008-10.xz.deduped.txt:10995 - http://www.motherjones.com/mojoblog/archives/2008/10/10126_why_aig_went_down_bailout_oversight_hearing.html
RS_v2_2008-10.xz.deduped.txt:11341 - http://www.motherjones.com/riff_blog/archives/2008/10/10145_id_just_like_to.html
RS_v2_2008-10.xz.deduped.txt:12511 - http://www.motherjones.com/kevin-drum/2008/10/real_conservatism.html
RS_v2_2008-10.xz.deduped.txt:12756 - http://www.motherjones.com/mojoblog/archives/2008/10/10162_palin_calendars_foreign_policy_experience.html
RS_v2_2008-10.xz.deduped.txt:14159 - http://www.motherjones.com/commentary/columns/2008/10/mortgage-in-stockton.html
RS_v2_2008-10.xz.deduped.txt:14161 - http://www.motherjones.com/washington_dispatch/2008/10/scheunemann.html
RS_v2_2008-10.xz.deduped.txt:14260 - http://www.motherjones.com/washington_dispatch/2008/10/lehman-brothers-richard-fuld-house-oversight-hearing.html
RS_v2_2008-10.xz.deduped.txt:14538 - http://www.motherjones.com/mojoblog/archives/2008/06/8767_science-gayness-matter.html
RS_v2_2008-10.xz.deduped.txt:16601 - http://www.motherjones.com/washington_dispatch/2008/10/scheunemann.html?
RS_v2_2008-10.xz.deduped.txt:17886 - http://www.motherjones.com/mojoblog/archives/2008/10/10211_mccains_new_stump_speech_fight.html
RS_v2_2008-10.xz.deduped.txt:17996 - http://www.motherjones.com/commentary/columns/2008/10/bailout-no-job-creation-jobless-rescue.html
RS_v2_2008-10.xz.deduped.txt:20580 - http://www.motherjones.com/mojoblog/archives/2008/10/10294_bill-oreilly-v-the-first-graders.html

RS_v2_2008-10.xz.deduped.txt:20824 - http://www.motherjones.com/kevin-drum/2008/10/asset_bubbles.html
RS_v2_2008-10.xz.deduped.txt:20825 - http://www.motherjones.com/mojoblog/archives/2008/10/10289_the_acorn_controversy.html
RS_v2_2008-10.xz.deduped.txt:22549 - http://www.motherjones.com/kevin-drum/2008/10/gamma_quadrant_update.html
RS_v2_2008-10.xz.deduped.txt:22758 - http://www.motherjones.com/news/feature/2008/09/exit-strategy-it-rhymes-with-fire.html
RS_v2_2008-10.xz.deduped.txt:24070 - http://www.motherjones.com/mojoblog/archives/2008/10/10370_rightwing_final_attack_obama_muslim_ayers.html
RS_v2_2008-10.xz.deduped.txt:24600 - http://www.motherjones.com/washington_dispatch/2008/10/used-car-dealers-john-mccain.html
RS_v2_2008-10.xz.deduped.txt:26039 - http://www.motherjones.com/mojoblog/archives/2008/10/10385_16_words_detain.html
RS_v2_2008-10.xz.deduped.txt:27132 - http://www.motherjones.com/mojoblog/archives/2008/10/10394_palin_confuses_direction_of_campaign.html
RS_v2_2008-10.xz.deduped.txt:27267 - http://www.motherjones.com/mojoblog/archives/2008/10/10403_mccain_lehman_transition_tailhook.html
RS_v2_2008-10.xz.deduped.txt:27568 - http://www.motherjones.com/mojoblog/archives/2008/10/10411_video_mad_for_mcain.html
RS_v2_2008-10.xz.deduped.txt:28824 - http://www.motherjones.com/mojoblog/archives/2008/10/10402_the_voter_fraud.html
RS_v2_2008-10.xz.deduped.txt:28916 - http://www.motherjones.com/news/outfront/2008/11/election-fraud-map.html
RS_v2_2008-10.xz.deduped.txt:29476 - http://www.motherjones.com/mojoblog/archives/2008/10/10417_bachmann_lose_seat.html
RS_v2_2008-10.xz.deduped.txt:30440 - http://motherjones.com/news/outfront/2008/11/outfront-10-ways-to-steal-an-election.html
RS_v2_2008-10.xz.deduped.txt:31428 - http://www.motherjones.com/kevin-drum/2008/10/priceless.html#comment-174184
RS_v2_2008-10.xz.deduped.txt:32376 - http://www.motherjones.com/washington_dispatch/2008/10/credit-rating-agencies-we-sold-our-soul-to-the-devil.html
RS_v2_2008-10.xz.deduped.txt:32456 - http://www.motherjones.com/washington_dispatch/2008/10/Al-Qaeda-in-Iraq-Diaspora.html
RS_v2_2008-10.xz.deduped.txt:32661 - http://www.motherjones.com/mojoblog/archives/2008/10/10458_the_pirates_who_stole_christmas_somalia.html
RS_v2_2008-10.xz.deduped.txt:33057 - http://www.motherjones.com/commentary/columns/2008/10/Praying-for-Sarah-Palin.html
RS_v2_2008-10.xz.deduped.txt:34190 - http://www.motherjones.com/mojoblog/archives/2008/10/10453_oh_boy_this_ele.html

RS_v2_2008-10.xz.deduped.txt:36546 -
http://www.motherjones.com/news/outfront/2008/11/outfront-temptation-islands.html
RS_v2_2008-10.xz.deduped.txt:37783 -
http://www.motherjones.com/blue_marble_blog/archives/2008/10/10478_ebay_bans_sale.html
RS_v2_2008-10.xz.deduped.txt:38200 -
http://www.motherjones.com/washington_dispatch/2008/10/obama-native-american-indian-country-voter-outreach.html
RS_v2_2008-10.xz.deduped.txt:39217 -
http://www.motherjones.com/mojoblog/archives/2008/10/10501_ted_stevens_guilty_felon.html
RS_v2_2008-10.xz.deduped.txt:39219 -
http://www.motherjones.com/news/feature/2008/09/exit-strategy-tuna-surprise.html
RS_v2_2008-10.xz.deduped.txt:39271 -
http://www.motherjones.com/news/outfront/2008/11/election-fraud-map.html?state=FL
RS_v2_2008-10.xz.deduped.txt:39871 -
http://www.motherjones.com/commentary/tomdispatch/2008/10/pentagon-auction-block.html
RS_v2_2008-10.xz.deduped.txt:40105 -
http://www.motherjones.com/mojoblog/archives/2008/10/10513_whats_missing_from_gopcom.html
RS_v2_2008-10.xz.deduped.txt:40846 -
http://www.motherjones.com/blue_marble_blog/archives/2008/10/10527_global_warming_11.html
RS_v2_2008-10.xz.deduped.txt:42078 -
http://www.motherjones.com/mojoblog/archives/2008/10/10526_mojo_video_palin_for_president.html
RS_v2_2008-10.xz.deduped.txt:42107 -
http://www.motherjones.com/mojoblog/archives/2008/10/10539_conservative_pac_accuse_obama.html
RS_v2_2008-10.xz.deduped.txt:42433 -
http://www.motherjones.com/mojoblog/archives/2008/10/10546_mccain_class_warfare_obama_2000_campaign.html
RS_v2_2008-10.xz.deduped.txt:42693 -
http://www.motherjones.com/news/outfront/2008/11/outfront-bushies-dig-in.html
RS_v2_2008-10.xz.deduped.txt:42694 -
http://www.motherjones.com/news/outfront/2008/11/outfront-search-and-destroy.html
RS_v2_2008-10.xz.deduped.txt:42728 -
http://www.motherjones.com/mojoblog/archives/2008/10/10521_intelligence_budget_release_47billion.html
RS_v2_2008-10.xz.deduped.txt:43416 -
http://www.motherjones.com/commentary/columns/2008/10/barack-obama-assassination-plot-white-supremacists.html
RS_v2_2008-10.xz.deduped.txt:43749 -
http://www.motherjones.com/news/outfront/2008/11/outfront-bushies-dig-in.html?
RS_v2_2008-10.xz.deduped.txt:44026 -
http://www.motherjones.com/mojoblog/archives/2008/10/10564_factchecking_43.html
RS_v2_2008-10.xz.deduped.txt:44348 -
http://www.motherjones.com/blue_marble_blog/archives/2008/10/10587_got_another_pla.html

RS_v2_2008-10.xz.deduped.txt:44524 -
http://www.motherjones.com/commentary/tomdispatch/2008/10/strategic-vacuum.html
RS_v2_2008-10.xz.deduped.txt:44888 - http://motherjones.com/news/featurex/2008/11/joss-whedon.html
RS_v2_2008-10.xz.deduped.txt:45760 -
http://www.motherjones.com/mojoblog/archives/2008/10/10597_jim-martin-saxby-chambliss-georgia-senate-race.html
RS_2012-05.bz2.deduped.txt:1316 - http://www.motherjones.com/mojo/2012/05/scott-olsen-occupy-oakland-may-day?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+|+MoJoBlog%29
RS_2012-05.bz2.deduped.txt:1922 - http://www.motherjones.com/media/2012/04/timothy-noah-great-divergence-interview
RS_2012-05.bz2.deduped.txt:2736 - http://www.motherjones.com/kevin-drum/2012/05/paul-krugman-says-debates-are-worthless
RS_2012-05.bz2.deduped.txt:3078 - http://www.motherjones.com/mojo/2012/04/real-cost-killing-osama-bin-laden
RS_2012-05.bz2.deduped.txt:4014 - http://www.motherjones.com/politics/2012/04/mitt-romney-cleon-skousen-nutty-professor
RS_2012-05.bz2.deduped.txt:7450 - http://www.motherjones.com/mojo/2012/05/hitler-obama-both-fond-slogans
RS_2012-05.bz2.deduped.txt:8053 - http://www.motherjones.com/mojo/2012/04/gingrich-wins-alternative-history
RS_2012-05.bz2.deduped.txt:10945 - http://www.motherjones.com/mojo/2012/05/photos-occupy-oaklands-may-day-action
RS_2012-05.bz2.deduped.txt:11208 - http://www.motherjones.com/kevin-drum/2012/05/democrats-have-moved-right-not-left
RS_2012-05.bz2.deduped.txt:12386 - http://m.motherjones.com/mojo/2012/05/scott-olsen-occupy-oakland-may-day
RS_2012-05.bz2.deduped.txt:12909 - http://www.motherjones.com/politics/2012/04/doctors-holding-birth-control-hostage?page=1
RS_2012-05.bz2.deduped.txt:14528 - http://www.motherjones.com/kevin-drum/2012/05/income-inequality-driven-credit-booms
RS_2012-05.bz2.deduped.txt:14670 - http://www.motherjones.com/blue-marble/2012/05
RS_2012-05.bz2.deduped.txt:15594 - http://www.motherjones.com/mojo/2012/05/takeaways-osama-bin-laden-documents
RS_2012-05.bz2.deduped.txt:16182 - http://www.motherjones.com/blue-marble/2012/05/extinctions-gnarly-global-warming
RS_2012-05.bz2.deduped.txt:16348 - http://www.motherjones.com/politics/2012/05/house-gop-abortion-states
RS_2012-05.bz2.deduped.txt:18129 - http://www.motherjones.com/politics/2012/05/nine-bin-laden-lies-right-wingers-tell-obama
RS_2012-05.bz2.deduped.txt:19823 - http://www.motherjones.com/politics/2012/05/swift-boat-obama-bin-laden-video
RS_2012-05.bz2.deduped.txt:20714 - http://www.motherjones.com/politics/2012/05/obama-ndaa-backlash

RS_2012-05.bz2.deduped.txt:20719 - http://www.motherjones.com/politics/2012/05/mitt-romney-biggest-fib-size-of-government
RS_2012-05.bz2.deduped.txt:20780 - http://www.motherjones.com/blue-marble/2012/05/heartland-stoops-even-lower?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2FTheBlueMarble+%28Mother+Jones+%7C+The+Blue+Marble%29
RS_2012-05.bz2.deduped.txt:21859 - http://www.motherjones.com/media/2012/04/film-review-marvel-avengers-powerful-nerdgasm
RS_2012-05.bz2.deduped.txt:22742 - http://www.motherjones.com/tom-philpott/2012/05/chicago-cafeteria-workers-strike-heroic-blow-decent-school-lunch
RS_2012-05.bz2.deduped.txt:22758 - http://www.motherjones.com/mojo/2012/05/mitt-romney-fire-gay-staffer-ardith-wieworka
RS_2012-05.bz2.deduped.txt:23502 - http://www.motherjones.com/kevin-drum/2012/05/europes-collective-action-problem
RS_2012-05.bz2.deduped.txt:30842 - http://www.motherjones.com/mojo/2012/05/yonas-fikre-american-who-claimed-torture-indicted-conspiracy-charges
RS_2012-05.bz2.deduped.txt:33100 - http://www.motherjones.com/media/2012/04/kate-bornstein-gender-outlaw-queer-and-pleasant-danger-interview
RS_2012-05.bz2.deduped.txt:33231 - http://www.motherjones.com/mojo/2012/05/obama-gun-exports-NRA
RS_2012-05.bz2.deduped.txt:34765 - http://www.motherjones.com/blue-marble/2012/05/wtf-going-perus-dolphins-and-pelicans
RS_2012-05.bz2.deduped.txt:35993 - http://www.motherjones.com/blue-marble/2012/05/greenpeace-bp-photos
RS_2012-05.bz2.deduped.txt:37172 - http://www.motherjones.com/blue-marble/2012/05/chiles-mega-tsunami-restored-beaches-and-biodiversity
RS_2012-05.bz2.deduped.txt:41078 - http://www.motherjones.com/tom-philpott/2012/05/meat-glue-gross-it-sounds
RS_2012-05.bz2.deduped.txt:43739 - http://www.motherjones.com/politics/2012/05/alec-lobbyist-exemption
RS_2012-05.bz2.deduped.txt:45818 - http://www.motherjones.com/rights-stuff/2010/05/map-bestiality-animal-sex-legal
RS_2012-05.bz2.deduped.txt:46708 - http://www.motherjones.com/mojo/2012/05/obama-endorses-marriage-equality-federalism
RS_2012-05.bz2.deduped.txt:46865 - http://www.motherjones.com/mojo/2012/05/report-us-soldier-trained-neo-nazis
RS_2012-05.bz2.deduped.txt:47351 - http://motherjones.com/rights-stuff/2010/05/map-bestiality-animal-sex-legal
RS_2012-05.bz2.deduped.txt:48461 - http://www.motherjones.com/kevin-drum/2012/05/yes-i-pretty-much-think-euro-doomed?utm_medium=twitter&utm_source=twitterfeed
RS_2012-05.bz2.deduped.txt:48493 - http://www.motherjones.com/politics/2012/04/north-carolina-sterilization-eugenics-photos
RS_2012-05.bz2.deduped.txt:50228 - http://www.motherjones.com/tom-philpott/2012/05/how-agribusiness-dominates-public-ag-research
RS_2012-05.bz2.deduped.txt:50233 - http://www.motherjones.com/environment/2012/05/green-smart-grid-real-time-pricing

RS_2012-05.bz2.deduped.txt:50583 - http://m.motherjones.com/mojo/2012/05/amendment-1-north-carolina-gay-people

RS_2012-05.bz2.deduped.txt:50652 - http://www.motherjones.com/mojo/2012/05/scott-brown-goes-birther-elizabeth-warren

RS_2012-05.bz2.deduped.txt:51001 - http://www.motherjones.com/mojo/2012/05/amendment-1-north-carolina-gay-people

RS_2012-05.bz2.deduped.txt:53425 - http://www.motherjones.com/politics/2012/05/ex-con-alex-friedmann-cca-private-prison-rape

RS_2012-05.bz2.deduped.txt:53755 - http://www.motherjones.com/tom-philpott/2012/05/dow-herbicide-video

RS_2012-05.bz2.deduped.txt:54926 - http://www.motherjones.com/mojo/2012/05/mitt-romneys-non-apology-apology?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2012-05.bz2.deduped.txt:54953 - http://www.motherjones.com/mojo/2011/04/map-has-your-state-banned-sodomy

RS_2012-05.bz2.deduped.txt:55475 - http://www.motherjones.com/transition/inter.php?dest=http://www.motherjones.com/mojo/2012/05/report-us-soldier-trained-neo-nazis

RS_2012-05.bz2.deduped.txt:56036 - http://www.motherjones.com/mojo/2012/05/gop-plan-protect-new-york-iran-nonexistent-missiles

RS_2012-05.bz2.deduped.txt:58982 - http://www.motherjones.com/mojo/2012/05/smith-amash-indefinite-detention-ndaa

RS_2012-05.bz2.deduped.txt:62136 - http://www.motherjones.com/kevin-drum/2012/05/california-budget-cuts-higher-education

RS_2012-05.bz2.deduped.txt:62137 - http://www.motherjones.com/kevin-drum/2012/05/childhood-shows-man-morning-shows-day

RS_2012-05.bz2.deduped.txt:62168 - http://www.motherjones.com/politics/2012/03/michael-steele-revenge-gop-primary?page=1

RS_2012-05.bz2.deduped.txt:62324 - http://www.motherjones.com/blue-marble/2012/05/how-big-tobacco-and-big-chemical-partnered-put-toxic-chemicals-your-home

RS_2012-05.bz2.deduped.txt:63714 - http://www.motherjones.com/media/2012/05/mark-fiore-cartoon-austerity-europe-not-solution

RS_2012-05.bz2.deduped.txt:63774 - http://www.motherjones.com/kevin-drum/2012/05/wall-streets-casino-culture-still-alive-and-well

RS_2012-05.bz2.deduped.txt:65617 - http://www.motherjones.com/slideshows/2010/05/history-birth-control/black-cat-bones

RS_2012-05.bz2.deduped.txt:65721 - http://www.motherjones.com/politics/2010/02/surrogacy-tourism-india-nayna-patel

RS_2012-05.bz2.deduped.txt:69379 - http://www.motherjones.com/environment/2010/07/is-vegetarian-diet-green

RS_2012-05.bz2.deduped.txt:70110 - http://m.motherjones.com/media/2012/05/ernest-callenbach-ecotopia-last-words

RS_2012-05.bz2.deduped.txt:71341 - http://www.motherjones.com/slideshows/2010/03/mormons-gay-marriage-prop-8/bruce-mcconkie

RS_2012-05.bz2.deduped.txt:71357 - http://www.motherjones.com/mojo/2012/05/trayvon-martin-target-practice

RS_2012-05.bz2.deduped.txt:72324 - http://www.motherjones.com/photoessays/2012/05/emerald-valley/searching-surface-emeralds

RS_2012-05.bz2.deduped.txt:72578 - http://www.motherjones.com/politics/2012/05/map-which-states-have-laws-for-against-gay-marriage

RS_2012-05.bz2.deduped.txt:74446 - http://www.motherjones.com/politics/2012/05/allen-quist-michele-bachmann-campaign

RS_2012-05.bz2.deduped.txt:75078 - http://www.motherjones.com/mojo/2012/05/obama-ad-romney-vampire-bain-capital

RS_2012-05.bz2.deduped.txt:75852 - http://www.motherjones.com/environment/2012/05/toms-shoes-buy-one-give-one

RS_2012-05.bz2.deduped.txt:77493 - http://www.motherjones.com/politics/2012/05/tobacco-book-golden-holocaust-robert-proctor#

RS_2012-05.bz2.deduped.txt:78109 - http://www.motherjones.com/mojo/2012/05/catholic-school-drops-student-health-care-protest-contraception

RS_2012-05.bz2.deduped.txt:79376 - http://www.motherjones.com/mojo/2012/05/map-states-best-working-moms

RS_2012-05.bz2.deduped.txt:79836 - http://www.motherjones.com/politics/2012/05/tobacco-book-golden-holocaust-robert-proctor

RS_2012-05.bz2.deduped.txt:80531 - http://www.motherjones.com/blue-marble/2012/05/human-cultures-decline-alongside-species

RS_2012-05.bz2.deduped.txt:81164 - http://www.motherjones.com/mojo/2012/05/tea-party-scott-walker-irs

RS_2012-05.bz2.deduped.txt:83878 - http://www.motherjones.com/tom-philpott/2012/05/catching-my-reading-ahead-pesticide-industry-confab

RS_2012-05.bz2.deduped.txt:85927 - http://www.motherjones.com/kevin-drum/2012/05/rep-joe-pitts-arafat-and-sharon-need-get-work

RS_2012-05.bz2.deduped.txt:88277 - http://www.motherjones.com/mojo/2012/05/next-citizens-united-supreme-court

RS_2012-05.bz2.deduped.txt:88625 - http://www.motherjones.com/kevin-drum/2012/05/conservatives-kelo-and-keystone-xl-pipeline

RS_2012-05.bz2.deduped.txt:89795 - http://www.motherjones.com/kevin-drum/2010/04/civil-asset-forfeiture

RS_2012-05.bz2.deduped.txt:91701 - http://www.motherjones.com/mojo/2012/05/bobby-jindal-exorcised-his-college-girlfriend

RS_2012-05.bz2.deduped.txt:92095 - http://www.motherjones.com/blue-marble/2012/05/brooklynites-dont-frack-our-beer

RS_2012-05.bz2.deduped.txt:92398 - http://www.motherjones.com/mojo/2012/05/west-virginia-funds-pro-coal-attack-obama-admin

RS_2012-05.bz2.deduped.txt:92442 - http://www.motherjones.com/politics/2012/05/mitt-romney-breastfeeding

RS_2012-05.bz2.deduped.txt:92569 - http://www.motherjones.com/mojo/01/../2012/05/bobby-jindal-exorcised-his-college-girlfriend

RS_2012-05.bz2.deduped.txt:93116 - http://www.motherjones.com/politics/2012/05/house-republicans-vs-gay-troops

RS_2012-05.bz2.deduped.txt:93131 - http://www.motherjones.com/kevin-drum/2012/05/judge-enjoins-ndaa

RS_2012-05.bz2.deduped.txt:93476 - http://www.motherjones.com/mixed-media/2012/05/mark-fiore-gay-marriage-bible

RS_2012-05.bz2.deduped.txt:93758 - http://www.motherjones.com/environment/2012/05/camp-lejeune-marines-breast-cancer-florence-williams

RS_2012-05.bz2.deduped.txt:94389 - http://www.motherjones.com/mojo/2012/05/ted-talk-income-inequality-charts

RS_2012-05.bz2.deduped.txt:96070 - http://www.motherjones.com/node/177131

RS_2012-05.bz2.deduped.txt:96438 - http://www.motherjones.com/environment/2012/05/after-greenpeace-protests-apple-promises-dump-coal-power

RS_2012-05.bz2.deduped.txt:96747 - http://www.motherjones.com/blue-marble/2012/05/gas-company-goes-after-bloggers-info

RS_2012-05.bz2.deduped.txt:96966 - http://www.motherjones.com/blue-marble/2012/05/endangered-species-act-really-works

RS_2012-05.bz2.deduped.txt:97026 - http://www.motherjones.com/blue-marble/2012/05/todays-sign-apocalypse-butt-steered-personal-mobility-device

RS_2012-05.bz2.deduped.txt:97054 - http://www.motherjones.com/mojo/2012/05/conspiracy-du-jour-obama-did-not-write-love-letters

RS_2012-05.bz2.deduped.txt:97090 - http://www.motherjones.com/politics/2012/05/government-corporations-profit-poor-people

RS_2012-05.bz2.deduped.txt:97140 - http://www.motherjones.com/politics/2012/05/gop-reps-bring-fetal-pain-bill-dc

RS_2012-05.bz2.deduped.txt:99393 - http://www.motherjones.com/politics/2012/05/carrington-hedge-fund-foreclosure-rental

RS_2012-05.bz2.deduped.txt:99408 - http://www.motherjones.com/media/2012/03/daily-show-lizz-winstead-lizz-free-or-die-interview

RS_2012-05.bz2.deduped.txt:99709 - http://www.motherjones.com/blue-marble/2012/05/rapid-retreat-columbia-glacier

RS_2012-05.bz2.deduped.txt:100506 - http://www.motherjones.com/blue-marble/2012/05/heat-records-shattered-us-past-12-months

RS_2012-05.bz2.deduped.txt:102437 - http://www.motherjones.com/print/169316

RS_2012-05.bz2.deduped.txt:103395 - http://www.motherjones.com/politics/2012/05/john-ramsey-liberty-for-all-super-pac

RS_2012-05.bz2.deduped.txt:104005 - http://www.motherjones.com/politics/2012/05/alec-unions-think-tanks

RS_2012-05.bz2.deduped.txt:104268 - http://www.motherjones.com/kevin-drum/2012/05/republicans-ndaa-detention-terrorist

RS_2012-05.bz2.deduped.txt:109017 - http://www.motherjones.com/blue-marble/2012/05/unplug-6-gadgets-lower-electricity-bill

RS_2012-05.bz2.deduped.txt:109381 - http://www.motherjones.com/environment/2012/05/heartland-institute-facing-uncertain-future-staff-depart-and-cash-dries

RS_2012-05.bz2.deduped.txt:110094 - http://www.motherjones.com/blue-marble/2012/05/reform-minded-nuclear-regulator-resigns

RS_2012-05.bz2.deduped.txt:111548 - http://www.motherjones.com/politics/2012/05/citizens-united-amendment-flowchart

RS_2012-05.bz2.deduped.txt:111771 - http://www.motherjones.com/politics/2012/05/romney-obama-and-voters-its-complicated

RS_2012-05.bz2.deduped.txt:111774 - http://www.motherjones.com/politics/2012/05/us-steel-nick-revetta-osha

RS_2012-05.bz2.deduped.txt:113061 - http://www.motherjones.com/tom-philpott/2012/05/obamas-plan-stick-it-poultry-workers

RS_2012-05.bz2.deduped.txt:113113 - http://www.motherjones.com/print/177016

RS_2012-05.bz2.deduped.txt:115193 - http://www.motherjones.com/mojo/2012/05/congress-talk-pretty-one-day

RS_2012-05.bz2.deduped.txt:117287 - http://www.motherjones.com/mojo/2012/05/iowa-republican-party-wants-throw-obama-ballot

RS_2012-05.bz2.deduped.txt:118628 - http://www.motherjones.com/politics/2012/05/congress-propaganda

RS_2012-05.bz2.deduped.txt:118631 - http://www.motherjones.com/politics/2012/05/cece-mcdonald-transgender-hate-crime-murder

RS_2012-05.bz2.deduped.txt:118892 - http://www.motherjones.com/politics/2012/05/tea-party-patriots-fundraising-fail

RS_2012-05.bz2.deduped.txt:118989 - http://www.motherjones.com/blue-marble/2012/05/greenpeace-apple-coal-data-center-maiden-duke-energy

RS_2012-05.bz2.deduped.txt:119366 - http://www.motherjones.com/mojo/2012/05/11th-amendment-citizens-united?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+|+MoJoBlog%29

RS_2012-05.bz2.deduped.txt:122445 - http://www.motherjones.com/environment/2012/05/how-rural-america-got-fracked

RS_2012-05.bz2.deduped.txt:122769 - http://www.motherjones.com/mojo/2012/05/rich-people-increasingly-ignoring-wildlife-conservation-trusts-chopping-down-trees

RS_2012-05.bz2.deduped.txt:122802 - http://www.motherjones.com/mojo/2012/05/airline-makes-stir-over-pro-choice-t-shirt

RS_2012-05.bz2.deduped.txt:123243 - http://www.motherjones.com/politics/2012/05/border-war-beto-orourke-silvestre-reyes

RS_2012-05.bz2.deduped.txt:124426 - http://www.motherjones.com/politics/2012/05/national-security-budget-1-trillion-congress

RS_2012-05.bz2.deduped.txt:124821 - http://m.motherjones.com/politics/2012/05/mitt-romney-breastfeeding

RS_2012-05.bz2.deduped.txt:124980 - http://www.motherjones.com/politics/2012/05/rick-scott-pentagon-money-f35

RS_2012-05.bz2.deduped.txt:125102 - http://www.motherjones.com/tom-philpott/2012/05/dinner-pesticides-monsanto-bayer-syngenta-dow-croplife

RS_2012-05.bz2.deduped.txt:125363 - http://www.motherjones.com/blue-marble/2012/05/heartland-institute-billboard-climate

RS_2012-05.bz2.deduped.txt:128397 - http://www.motherjones.com/mojo/2012/05/polluters-ran-amuck-under-romney-says-watchdog

RS_2012-05.bz2.deduped.txt:129009 - http://www.motherjones.com/kevin-drum/2012/05/did-obama-just-deliver-marriage-equality-maryland
RS_2012-05.bz2.deduped.txt:129382 - http://www.motherjones.com/mojo/2012/05/i-can-haz-cheezburger-mogul-targets-lamar-smith
RS_2012-05.bz2.deduped.txt:129614 - http://m.motherjones.com/kevin-drum/2012/05/did-obama-just-deliver-marriage-equality-maryland
RS_2012-05.bz2.deduped.txt:131360 - http://www.motherjones.com/politics/2012/05/john-mccain-citizens-united-super-pac-disclose
RS_2012-05.bz2.deduped.txt:131364 - http://www.motherjones.com/politics/2012/05/shariah-sheriff-larry-smith
RS_2012-05.bz2.deduped.txt:132771 - http://www.motherjones.com/kevin-drum/2012/05/many-pro-life-americans-dont-want-outlaw-abortion
RS_2012-05.bz2.deduped.txt:132947 - http://www.motherjones.com/kevin-drum/2012/05/conservatives-trying-rewrite-history-civil-rights
RS_2012-05.bz2.deduped.txt:135482 - http://www.motherjones.com/blue-marble/2012/05/climate-change-threatens-critically-endangered-leatherback-sea-turtles
RS_2012-05.bz2.deduped.txt:135614 - http://www.motherjones.com/blue-marble/2012/05/polluters-ran-amok-under-romney-says-watchdog
RS_2012-05.bz2.deduped.txt:135719 - http://www.motherjones.com/politics/2012/05/mitt-romney-and-women-who-dont-love-him
RS_2012-05.bz2.deduped.txt:137096 - http://www.motherjones.com/blue-marble/2012/05/frack-friendly-new-report-debunked
RS_2012-05.bz2.deduped.txt:137266 - http://www.motherjones.com/mojo/2012/05/repealing-stand-your-ground-laws
RS_2012-05.bz2.deduped.txt:137330 - http://www.motherjones.com/politics/2012/05/military-veterans-congress
RS_2012-05.bz2.deduped.txt:139635 - http://www.motherjones.com/mojo/2012/05/thomas-massie-rand-paul-super-pac
RS_2012-05.bz2.deduped.txt:140712 - http://www.motherjones.com/mojo/2012/05/wisconsin-recall-campaign-cash-walker-barrett
RS_2012-05.bz2.deduped.txt:142426 - http://www.motherjones.com/mojo/2012/05/senate-panel-advances-measure-broaden-military-access-abortion
RS_2012-05.bz2.deduped.txt:142439 - http://www.motherjones.com/politics/2011/02/income-inequality-in-america-chart-graph
RS_2012-05.bz2.deduped.txt:150330 - http://www.motherjones.com/kevin-drum/2012/05/targeted-killing-and-torture
RS_2012-05.bz2.deduped.txt:152120 - http://www.motherjones.com/politics/2012/05/bank-of-america-outsourcing-call-center-philippines
RS_2012-05.bz2.deduped.txt:152361 - http://www.motherjones.com/kevin-drum/2012/05/romney-military
RS_2012-05.bz2.deduped.txt:153799 - http://www.motherjones.com/kevin-drum/2012/05/rick-scott-very-concerned-about-non-citizens-citizens-voting
RS_2012-05.bz2.deduped.txt:155158 - http://www.motherjones.com/politics/2012/05/dust-fire-explosions-OSHA
RS_2012-05.bz2.deduped.txt:155159 - http://www.motherjones.com/politics/2012/05/mitt-romney-gina-mccarthy-climate-change

RS_2012-05.bz2.deduped.txt:155353 - http://www.motherjones.com/politics/2010/05/peter-victor-deficit-growth

RS_2012-05.bz2.deduped.txt:160034 - http://www.motherjones.com/mojo/2012/05/scott-walker-john-doe-recall-defense-fund

RS_2012-05.bz2.deduped.txt:160889 - http://www.motherjones.com/kevin-drum/2012/05/catholic-bishops-protest

RS_2012-05.bz2.deduped.txt:161247 - http://www.motherjones.com/mojo/2012/05/federal-contractors-campaign-disclosure-kpofca

RS_2012-05.bz2.deduped.txt:163665 - http://www.motherjones.com/kevin-drum/2012/05/clinton-wisconsin-scott-walker

RS_2012-05.bz2.deduped.txt:163700 - http://m.motherjones.com/mixed-media/2011/11/donald-trump-name-trademarks

RS_2012-05.bz2.deduped.txt:165642 - http://www.motherjones.com/blue-marble/2012/05/flame-retardants-now-your-food

RS_2012-05.bz2.deduped.txt:166665 - http://www.motherjones.com/mojo/2012/05/scott-walker-recall-wisconsin-kathy-nickolaus#

RS_2012-05.bz2.deduped.txt:167539 - http://www.motherjones.com/politics/2012/05/buddy-roemer-suspends-presidential-campaign

RS_2012-05.bz2.deduped.txt:167821 - http://www.motherjones.com/politics/2012/05/special-operations-military-obama-global-war-ussocom

RS_2017-08.bz2.deduped.txt:1162 - http://www.motherjones.com/kevin-drum/2017/07/donald-trump-is-steadily-firing-everyone-who-helped-him-win/

RS_2017-08.bz2.deduped.txt:2014 - http://www.motherjones.com/kevin-drum/2017/08/thanks-to-trump-relations-with-russia-are-spiraling-out-of-control/

RS_2017-08.bz2.deduped.txt:2466 - http://www.motherjones.com/politics/2017/07/people-are-really-mad-at-the-dccc-for-saying-it-will-continue-to-fund-pro-life-candidates/

RS_2017-08.bz2.deduped.txt:3726 - http://www.motherjones.com/environment/2017/08/heres-another-study-that-will-give-you-global-warming-nightmares/

RS_2017-08.bz2.deduped.txt:9575 - http://www.motherjones.com/politics/2017/08/lawsuit-fox-news-and-trump-worked-to-push-seth-rich-murder-conspiracy-1/

RS_2017-08.bz2.deduped.txt:9870 - http://www.motherjones.com/politics/2017/08/all-the-major-players-in-the-latest-seth-rich-story-are-contradicting-themselves/

RS_2017-08.bz2.deduped.txt:10701 - http://www.motherjones.com/politics/2017/08/trump-doesnt-need-congress-to-ruin-insurance-coverage-for-millions-of-people/

RS_2017-08.bz2.deduped.txt:10806 - http://www.motherjones.com/politics/2017/07/trumps-political-godfather-is-reportedly-running-for-senate/

RS_2017-08.bz2.deduped.txt:11033 - http://www.motherjones.com/kevin-drum/2017/08/california-trump-sabotage-will-add-14-to-2018-health-premiums/

RS_2017-08.bz2.deduped.txt:12228 - http://www.motherjones.com/kevin-drum/2017/08/505709/

RS_2017-08.bz2.deduped.txt:12598 - http://www.motherjones.com/politics/2017/08/abortion-womens-health-outcomes-maternal-mortality/

RS_2017-08.bz2.deduped.txt:13119 - http://www.motherjones.com/politics/2017/01/betsy-devos-christian-schools-vouchers-charter-education-secretary/

RS_2017-08.bz2.deduped.txt:13703 - http://www.motherjones.com/environment/2017/08/isis-and-global-warming-are-considered-top-security-threats-by-most-of-the-world/

RS_2017-08.bz2.deduped.txt:13974 - http://www.motherjones.com/politics/2017/08/a-future-of-genetically-engineered-children-is-closer-than-youd-think/

RS_2017-08.bz2.deduped.txt:14053 - http://www.motherjones.com/politics/2017/08/this-is-the-kind-of-campaign-ad-that-keeps-paul-ryan-up-at-night/

RS_2017-08.bz2.deduped.txt:16767 - http://www.motherjones.com/crime-justice/2017/08/sessions-claims-a-mysterious-task-force-is-behind-his-most-controversial-reforms/

RS_2017-08.bz2.deduped.txt:21831 - http://www.motherjones.com/politics/2017/08/the-trump-administration-and-kremlin-responses-to-the-new-russian-sanctions-are-very-similar/

RS_2017-08.bz2.deduped.txt:22394 - http://www.motherjones.com/politics/2016/11/jared-kushner-acceptance-to-harvard-trump-son-in-law/

RS_2017-08.bz2.deduped.txt:23772 - http://www.motherjones.com/politics/2017/08/ryan-zinke-revealed-trumps-plans-for-the-american-westto-the-koch-brothersin-secret/

RS_2017-08.bz2.deduped.txt:24492 - http://www.motherjones.com/politics/2017/08/trump-pushes-plan-to-slash-legal-immigration-to-the-us/

RS_2017-08.bz2.deduped.txt:25448 - http://www.motherjones.com/politics/2017/08/state-voter-registration-systems-are-easier-to-hack-than-anyone-wants-to-admit/

RS_2017-08.bz2.deduped.txt:26471 - http://www.motherjones.com/kevin-drum/2017/08/single-payer-take-a-look-at-how-south-korea-did-it/

RS_2017-08.bz2.deduped.txt:26819 - http://www.motherjones.com/kevin-drum/2017/08/can-anything-other-than-a-nuclear-strike-stop-north-korea/

RS_2017-08.bz2.deduped.txt:28299 - http://www.motherjones.com/politics/2017/08/trump-nonstop-lies/

RS_2017-08.bz2.deduped.txt:28844 - http://www.motherjones.com/kevin-drum/2017/08/donald-trump-only-lied-a-tiny-bit-on-monday/

RS_2017-08.bz2.deduped.txt:29387 - http://www.motherjones.com/kevin-drum/2017/08/no-theres-no-trump-effect-in-the-stock-market/

RS_2017-08.bz2.deduped.txt:30282 - http://www.motherjones.com/media/2017/08/fox-news-sexual-harassment-heldman-fraser-ailes/

RS_2017-08.bz2.deduped.txt:33195 - http://www.motherjones.com/kevin-drum/2017/08/mcmaster-susan-rice-did-nothing-wrong/

RS_2017-08.bz2.deduped.txt:35261 - http://www.motherjones.com/politics/2017/03/exhaustive-history-donald-trump-russia-scandal-timeline/

RS_2017-08.bz2.deduped.txt:36068 - http://www.motherjones.com/politics/2017/08/report-robert-mueller-has-empaneled-a-grand-jury-in-russia-investigation/

RS_2017-08.bz2.deduped.txt:38900 - http://www.motherjones.com/kevin-drum/2017/08/there-is-no-longer-any-way-to-halt-north-koreas-nuclear-program/

RS_2017-08.bz2.deduped.txt:40179 - http://www.motherjones.com/politics/2017/08/history-suggests-trump-immigration-plan-wont-boost-us-worker-wages/

RS_2017-08.bz2.deduped.txt:42255 - http://www.motherjones.com/food/2017/08/foreign-investors-are-snapping-up-us-farms/

RS_2017-08.bz2.deduped.txt:46778 - http://www.motherjones.com/politics/2017/08/jeff-sessions-wants-to-stop-leaks-by-targeting-journalists/

RS_2017-08.bz2.deduped.txt:47863 - http://www.motherjones.com/politics/2017/08/here-are-6-things-you-wouldnt-know-about-the-trump-administration-without-leaks/

RS_2017-08.bz2.deduped.txt:49582 - http://www.motherjones.com/kevin-drum/2017/08/gop-would-rather-pass-no-tax-reform-at-all-than-endanger-tax-cuts-for-the-rich/
RS_2017-08.bz2.deduped.txt:52959 - http://www.motherjones.com/environment/2017/08/climatedesk-superfund-trump/
RS_2017-08.bz2.deduped.txt:54313 - http://www.motherjones.com/politics/2017/03/silicon-valley-tech-alt-right-racism-misogyny/
RS_2017-08.bz2.deduped.txt:56430 - http://motherjones.com/politics/2017/03/silicon-valley-tech-alt-right-racism-misogyny/
RS_2017-08.bz2.deduped.txt:58227 - http://www.motherjones.com/environment/2017/08/climatedesk-forget-flash-floods-flash-droughts-are-even-more-terrifying/
RS_2017-08.bz2.deduped.txt:58610 - http://www.motherjones.com/politics/2017/08/the-trump-administration-just-dealt-a-big-setback-to-affordable-housing/
RS_2017-08.bz2.deduped.txt:61436 - http://www.motherjones.com/politics/2017/08/trump-nonstop-lies/?0
RS_2017-08.bz2.deduped.txt:64687 - http://www.motherjones.com/kevin-drum/2015/04/corporate-lobbyists-outspend-rest-us-34-1/
RS_2017-08.bz2.deduped.txt:65569 - http://www.motherjones.com/environment/2017/08/the-trump-administration-is-going-after-some-of-our-most-stunning-national-monuments/
RS_2017-08.bz2.deduped.txt:66803 - http://www.motherjones.com/environment/2017/08/cover-crops-iowa-maryland-farmers-nitrogen/
RS_2017-08.bz2.deduped.txt:67600 - http://www.motherjones.com/politics/2017/08/trump-lashes-out-at-blumenthal-he-was-a-phony-vietnam-con-artist/
RS_2017-08.bz2.deduped.txt:69896 - http://www.motherjones.com/kevin-drum/2017/08/the-average-household-will-get-a-maximum-of-28-per-week-from-the-gop-tax-plan/
RS_2017-08.bz2.deduped.txt:73273 - http://www.motherjones.com/environment/2017/08/climatedesk-war-on-science-here-are-some-of-the-banned-words-at-trumps-ag-department/
RS_2017-08.bz2.deduped.txt:75269 - http://www.motherjones.com/politics/2017/08/a-popular-radio-show-made-a-cruel-joke-about-killing-transgender-women-of-color-then-black-twitter-fought-back-breakfast-club/
RS_2017-08.bz2.deduped.txt:77170 - http://www.motherjones.com/politics/2017/08/many-people-with-disabilities-are-being-paid-way-below-the-minimum-wage-and-its-perfectly-legal/
RS_2017-08.bz2.deduped.txt:79460 - http://www.motherjones.com/politics/2017/08/surprise-surprise-trumps-deregulation-teams-are-full-of-conflicts-of-interest/
RS_2017-08.bz2.deduped.txt:81550 - http://www.motherjones.com/politics/2017/08/trump-administration-on-the-right-to-vote-use-it-or-lose-it/
RS_2017-08.bz2.deduped.txt:82612 - http://www.motherjones.com/kevin-drum/2017/08/welcome-to-hell-climate-change-in-the-united-states/
RS_2017-08.bz2.deduped.txt:82968 - http://www.motherjones.com/politics/2017/08/this-wapo-article-from-december-eerily-predicted-donald-trumps-fire-fury-threat-to-north-korea/
RS_2017-08.bz2.deduped.txt:83580 - https://www.motherjones.com/politics/2017/08/trump-administration-on-the-right-to-vote-use-it-or-lose-it/
RS_2017-08.bz2.deduped.txt:84640 - http://www.motherjones.com/politics/2017/08/mark-meadows-town-hall/

RS_2017-08.bz2.deduped.txt:86961 - http://www.motherjones.com/kevin-drum/2017/08/chart-of-the-day-middle-class-incomes-vs-the-rich-1946-2014/

RS_2017-08.bz2.deduped.txt:87770 - http://www.motherjones.com/politics/2017/08/a-new-poll-shows-american-muslims-are-less-homophobic-than-white-evangelical-christians/

RS_2017-08.bz2.deduped.txt:87771 - http://www.motherjones.com/crime-justice/2017/08/a-judge-in-louisiana-is-letting-a-private-company-charge-people-to-get-out-of-jail-says-the-aclu/

RS_2017-08.bz2.deduped.txt:88057 - http://www.motherjones.com/politics/2017/08/trump-declines-to-declare-a-state-of-emergency-to-fight-the-opioid-epidemic/

RS_2017-08.bz2.deduped.txt:88178 - http://www.motherjones.com/politics/2017/08/russia-is-continuing-its-cyber-attack-on-america-right-now/

RS_2017-08.bz2.deduped.txt:92791 - http://www.motherjones.com/politics/2017/01/donald-trump-missile-defense-star-wars/

RS_2017-08.bz2.deduped.txt:92994 - http://www.motherjones.com/politics/2017/08/five-service-members-just-sued-trump-over-his-transgender-ban/

RS_2017-08.bz2.deduped.txt:94278 - http://www.motherjones.com/politics/2017/08/a-texas-republican-is-spending-this-week-at-dairy-queens-slamming-trumps-border-wall/

RS_2017-08.bz2.deduped.txt:104619 - http://www.motherjones.com/kevin-drum/2017/08/heres-the-latest-outrage-from-the-intolerant-left/

RS_2017-08.bz2.deduped.txt:105548 - http://www.motherjones.com/politics/2013/10/celebrities-support-oppose-obamacare-get-covered/

RS_2017-08.bz2.deduped.txt:107055 - http://www.motherjones.com/politics/2017/08/indiana-is-making-it-harder-for-minorities-to-vote-lawsuit-alleges/

RS_2017-08.bz2.deduped.txt:107567 - http://www.motherjones.com/kevin-drum/2017/08/you-should-read-the-maoist-insurgency-memo-its-bananas/

RS_2017-08.bz2.deduped.txt:108400 - http://www.motherjones.com/politics/2017/08/trump-is-finally-moving-towards-declaring-opioids-a-national-emergency/

RS_2017-08.bz2.deduped.txt:108405 - http://www.motherjones.com/politics/2017/08/trump-thanks-putin-for-expel-ling-us-diplomats-1/

RS_2017-08.bz2.deduped.txt:111368 - http://www.motherjones.com/environment/2017/08/alaskas-towns-are-sinking-and-trump-still-doesnt-get-it/

RS_2017-08.bz2.deduped.txt:111374 - http://www.motherjones.com/environment/2017/08/a-huge-forest-in-greenland-is-on-fire-and-thats-a-big-deal/

RS_2017-08.bz2.deduped.txt:115565 - http://www.motherjones.com/kevin-drum/2017/08/does-donald-trump-have-anyone-left-that-he-listens-to/

RS_2017-08.bz2.deduped.txt:116115 - http://www.motherjones.com/politics/2017/08/trump-has-been-thinking-about-nuclear-war-for-decades-heres-why-thats-scary/

RS_2017-08.bz2.deduped.txt:122507 - http://www.motherjones.com/environment/2017/08/heat-waves-could-silence-the-southwests-songbirds/

RS_2017-08.bz2.deduped.txt:122520 - http://www.motherjones.com/politics/2017/08/border-crossings-under-trump-have-become-rarer-and-deadlier/

RS_2017-08.bz2.deduped.txt:123620 - http://www.motherjones.com/politics/2016/11/trump-white-nationalists-hate-racism-power/

RS_2017-08.bz2.deduped.txt:126021 - http://www.motherjones.com/politics/2017/08/trump-blames-bigotry-on-all-sides-in-charlottesville-during-self-aggrandizing-speech/

RS_2017-08.bz2.deduped.txt:126453 - http://www.motherjones.com/politics/2017/08/new-york-becomes-first-city-to-guarantee-lawyers-to-tenants-facing-eviction/

RS_2017-08.bz2.deduped.txt:126470 - http://www.motherjones.com/politics/2017/08/trumps-stunningly-milquetoast-response-to-the-charlottesville-protests/

RS_2017-08.bz2.deduped.txt:131807 - http://www.motherjones.com/politics/2016/09/trump-supporters-neo-nazis-white-nationalists-kkk-militias-racism-hate/

RS_2017-08.bz2.deduped.txt:133577 - http://www.motherjones.com/politics/2016/11/stephen-bannon-facebook-group-racist-material-obama-death-threats/

RS_2017-08.bz2.deduped.txt:135015 - http://www.motherjones.com/kevin-drum/2017/08/president-trump-flatly-refuses-to-condemn-neo-nazis-and-white-nationalists/

RS_2017-08.bz2.deduped.txt:136055 - http://www.motherjones.com/politics/2017/08/trump-rhetoric-pits-new-immigrants-against-african-americans-and-latinos/

RS_2017-08.bz2.deduped.txt:136862 - http://www.motherjones.com/media/2017/08/john-oliver-rips-into-donald-trump-for-failing-to-condemn-white-supremacists/

RS_2017-08.bz2.deduped.txt:141175 - http://www.motherjones.com/politics/2013/11/terry-mcauliffe-governor-virginia/

RS_2017-08.bz2.deduped.txt:143182 - http://www.motherjones.com/kevin-drum/2017/08/quote-of-the-day-we-polled-the-race-stuff/

RS_2017-08.bz2.deduped.txt:143362 - http://www.motherjones.com/politics/2017/08/trump-took-days-to-condemn-white-supremacists-after-charlottesville-theyve-played-footsie-for-years/

RS_2017-08.bz2.deduped.txt:143885 - http://www.motherjones.com/food/2017/08/largest-ever-dead-zone-spells-trouble-for-gulf-shrimp/

RS_2017-08.bz2.deduped.txt:144226 - http://www.motherjones.com/politics/2017/08/police-stood-by-as-mayhem-mounted-in-charlottesville/

RS_2017-08.bz2.deduped.txt:144687 - http://www.motherjones.com/kevin-drum/2017/08/what-does-it-take-for-conservatives-to-acknowledge-that-donald-trump-is-racist/

RS_2017-08.bz2.deduped.txt:145073 - http://www.motherjones.com/politics/2017/08/watch-the-defiant-anti-fascist-hometown-welcome-for-trump-in-new-york/

RS_2017-08.bz2.deduped.txt:145159 - http://www.motherjones.com/politics/2005/11/whitewash/

RS_2017-08.bz2.deduped.txt:145581 - http://www.motherjones.com/media/2017/08/jesse-watters-destroys-his-america-is-not-a-racist-nation-claim-with-racist-clips/

RS_2017-08.bz2.deduped.txt:147247 - http://www.motherjones.com/environment/2017/08/the-trump-administration-doesnt-understand-climate-change-and-this-federal-report-proves-it/

RS_2017-08.bz2.deduped.txt:148777 - http://www.motherjones.com/politics/2017/08/the-charlottesville-car-attack-might-have-been-legal-under-these-republican-proposals/

RS_2017-08.bz2.deduped.txt:148908 - http://www.motherjones.com/politics/2017/08/there-was-another-right-wing-terrorist-incident-this-weekend/

RS_2017-08.bz2.deduped.txt:150244 - http://www.motherjones.com/politics/2017/04/anti-racist-antifa-tinley-park-five/

RS_2017-08.bz2.deduped.txt:151302 - http://www.motherjones.com/kevin-drum/2017/08/sure-there-were-some-obama-trump-voters-who-cares/

RS_2017-08.bz2.deduped.txt:153131 - http://www.motherjones.com/politics/2017/08/charlottesville-is-a-big-test-for-justice-department-under-sessions/

RS_2017-08.bz2.deduped.txt:153593 - http://www.motherjones.com/politics/2017/03/richard-spencer-cotton-farms-louisiana-subsidies/
RS_2017-08.bz2.deduped.txt:153756 - http://www.motherjones.com/politics/2017/08/fox-news-republished-a-celebratory-video-of-cars-plowing-through-protesters-in-january/
RS_2017-08.bz2.deduped.txt:154008 - http://www.motherjones.com/politics/2017/08/trump-says-there-were-very-fine-people-on-both-sides-in-charlottesville/
RS_2017-08.bz2.deduped.txt:156402 - http://www.motherjones.com/media/2017/08/vice-news-just-released-chilling-must-watch-footage-from-behind-charlottesvilles-battle-lines/
RS_2017-08.bz2.deduped.txt:156617 - http://www.motherjones.com/kevin-drum/2017/08/the-real-story-of-all-those-confederate-statues/
RS_2017-08.bz2.deduped.txt:157983 - http://www.motherjones.com/kevin-drum/2017/08/report-hope-hicks-named-new-white-house-communications-director/
RS_2017-08.bz2.deduped.txt:158940 - http://www.motherjones.com/politics/2017/08/justice-department-accused-of-breaching-constitution-by-seeking-info-on-visitors-to-anti-trump-website/
RS_2017-08.bz2.deduped.txt:161371 - http://www.motherjones.com/politics/2017/08/texas-republicans-intentionally-discriminated-against-minority-voters-court-rules/
RS_2017-08.bz2.deduped.txt:161388 - http://www.motherjones.com/environment/2017/08/trump-plan-could-open-this-giant-sequoia-monument-to-logging/
RS_2017-08.bz2.deduped.txt:162349 - http://www.motherjones.com/environment/2017/08/trump-promised-beautiful-bridges-and-roads-now-hes-putting-them-in-harms-way/
RS_2017-08.bz2.deduped.txt:164367 - http://www.motherjones.com/politics/2017/08/we-just-feel-like-we-dont-belong-here-anymore/
RS_2017-08.bz2.deduped.txt:164636 - http://www.motherjones.com/politics/2017/08/report-queasy-aussies-killed-trumps-casino-bid-over-mafia-connections/
RS_2017-08.bz2.deduped.txt:165250 - http://www.motherjones.com/kevin-drum/2017/08/everyone-in-the-west-wing-knows-how-trump-really-feels/
RS_2017-08.bz2.deduped.txt:166025 - http://www.motherjones.com/politics/2017/08/white-supremacist-cries-after-realizing-he-could-be-arrested/
RS_2017-08.bz2.deduped.txt:167618 - http://www.motherjones.com/politics/2017/08/right-to-carry-laws-are-making-violent-protests-like-charlottesville-even-harder-to-defuse/
RS_2017-08.bz2.deduped.txt:168914 - http://www.motherjones.com/politics/2016/10/richard-spencer-trump-alt-right-white-nationalist/
RS_2017-08.bz2.deduped.txt:171240 - http://www.motherjones.com/politics/2017/08/a-putin-friendly-oligarchs-top-us-executive-donated-285000-to-trump/
RS_2017-08.bz2.deduped.txt:171899 - http://www.motherjones.com/kevin-drum/2017/08/give-it-up-folks-confederate-statues-are-all-about-racism/
RS_2017-08.bz2.deduped.txt:172472 - http://www.motherjones.com/politics/2017/08/trump-lashes-out-at-two-republican-senators-in-early-morning-rant/
RS_2017-08.bz2.deduped.txt:173336 - http://www.motherjones.com/politics/2016/07/trump-files-when-donald-destroyed-priceless-art-build-trump-tower/
RS_2017-08.bz2.deduped.txt:174911 - http://www.motherjones.com/politics/2016/07/trump-files-when-donald-destroyed-priceless-art-build-trump-tower/?

RS_2017-08.bz2.deduped.txt:176466 - http://www.motherjones.com/politics/2017/08/trump-swiftly-condemns-barcelona-terror-attack-charlottesville-not-so-much/
RS_2017-08.bz2.deduped.txt:176571 - http://www.motherjones.com/kevin-drum/2017/08/who-benefits-from-donald-trumps-tax-plan/
RS_2017-08.bz2.deduped.txt:176935 - http://www.motherjones.com/kevin-drum/2017/08/trump-doubles-down-on-the-yahoo-vote/
RS_2017-08.bz2.deduped.txt:181880 - http://www.motherjones.com/politics/2017/08/donald-trump-is-about-to-gut-obamacares-free-birth-control/
RS_2017-08.bz2.deduped.txt:182751 - http://www.motherjones.com/politics/2017/08/courts-everywhere-said-women-can-use-medicaid-at-planned-parenthood-this-one-just-ruled-they-cant/
RS_2017-08.bz2.deduped.txt:183047 - http://www.motherjones.com/politics/2017/08/trump-election-commissioners-are-resisting-efforts-to-protect-elections-from-hacking/
RS_2017-08.bz2.deduped.txt:183244 - http://www.motherjones.com/politics/2017/08/this-republican-candidate-had-a-little-trouble-voting-on-tuesday/
RS_2017-08.bz2.deduped.txt:184173 - http://www.motherjones.com/media/2017/08/tina-fey-blasts-donald-trumps-many-sides-response-to-charlottesville/
RS_2017-08.bz2.deduped.txt:186720 - http://www.motherjones.com/politics/2017/08/report-steve-bannon-is-getting-fired/
RS_2017-08.bz2.deduped.txt:190272 - http://www.motherjones.com/kevin-drum/2017/08/i-wonder-if-donald-trump-saw-fox-friends-this-morning/
RS_2017-08.bz2.deduped.txt:190289 - http://www.motherjones.com/politics/2017/08/heres-where-confederate-monuments-are-coming-down-and-which-ones-could-be-next/
RS_2017-08.bz2.deduped.txt:191845 - http://www.motherjones.com/environment/2017/08/turn-to-the-volcanoes-they-are-our-electric-future/
RS_2017-08.bz2.deduped.txt:194968 - http://www.motherjones.com/politics/2017/08/advocates-for-racial-justice-are-marching-in-more-than-30-cities-today/
RS_2017-08.bz2.deduped.txt:195353 - http://www.motherjones.com/environment/2017/08/feed-flies-factory-farm-livestock-fish/
RS_2017-08.bz2.deduped.txt:195439 - http://www.motherjones.com/media/2017/08/teenagers-keep-going-to-town-halls-and-owning-republicans-and-its-amazing/
RS_2017-08.bz2.deduped.txt:195766 - http://www.motherjones.com/environment/2017/08/the-west-is-in-the-middle-of-the-worst-flash-drought-in-recent-memory/
RS_2017-08.bz2.deduped.txt:203790 - http://www.motherjones.com/kevin-drum/2017/08/nonviolence-is-the-perfect-answer-to-neo-nazis/
RS_2017-08.bz2.deduped.txt:205184 - http://www.motherjones.com/politics/2017/08/tens-of-thousands-of-people-just-showed-nazis-and-donald-trump-what-really-makes-america-great/
RS_2017-08.bz2.deduped.txt:207907 - http://www.motherjones.com/politics/2017/08/trump-official-once-praised-a-defender-of-holocaust-deniers/
RS_2017-08.bz2.deduped.txt:209018 - http://www.motherjones.com/kevin-drum/2017/08/a-conservatives-offer-on-race-nothing/
RS_2017-08.bz2.deduped.txt:210301 - http://www.motherjones.com/politics/2017/08/democrats-havent-won-this-district-since-the-60s-it-just-might-hold-the-key-to-taking-back-congress/
RS_2017-08.bz2.deduped.txt:211260 - http://www.motherjones.com/kevin-drum/2017/08/why-is-household-debt-so-high-in-canada/
RS_2017-08.bz2.deduped.txt:212740 - http://www.motherjones.com/kevin-drum/2017/08/donald-trump-is-an-oh-forget-it/

RS_2017-08.bz2.deduped.txt:218754 - http://www.motherjones.com/politics/2017/08/trump-finally-changed-his-mind-on-something-and-its-neverending-war/
RS_2017-08.bz2.deduped.txt:219661 - http://www.motherjones.com/politics/2017/08/trump-pick-to-oversee-worker-protections-promoted-sweatshops-on-remote-us-islands/
RS_2017-08.bz2.deduped.txt:220684 - http://www.motherjones.com/politics/2017/08/donald-trump-might-pardon-his-buddy-a-sheriff-known-for-treating-immigrants-terribly/
RS_2017-08.bz2.deduped.txt:221896 - http://www.motherjones.com/environment/2017/08/trump-kills-coal-health-study/
RS_2017-08.bz2.deduped.txt:226255 - http://www.motherjones.com/kevin-drum/2017/08/facts-or-anecdotes-pick-one-and-stick-with-it/
RS_2017-08.bz2.deduped.txt:226272 - http://www.motherjones.com/politics/2017/08/donald-trump-is-at-war-with-arizonas-republican-senators-it-could-get-worse-tonight/
RS_2017-08.bz2.deduped.txt:226746 - http://www.motherjones.com/kevin-drum/2017/08/theres-no-simple-way-to-unite-the-democratic-party/
RS_2017-08.bz2.deduped.txt:228705 - http://www.motherjones.com/politics/2017/08/hours-before-trumps-phoenix-rally-tensions-are-already-mounting/
RS_2017-08.bz2.deduped.txt:230088 - http://www.motherjones.com/politics/2017/08/law-enforcement-experts-fear-trump-is-fueling-far-right-terror/
RS_2017-08.bz2.deduped.txt:230643 - http://www.motherjones.com/environment/2017/08/exxon-dared-critics-to-prove-it-misled-the-public-these-researchers-just-called-the-companys-bluff/
RS_2017-08.bz2.deduped.txt:233342 - http://www.motherjones.com/politics/2017/08/top-animal-planet-show-slapped-with-fine-for-mistreating-animals/
RS_2017-08.bz2.deduped.txt:234621 - http://www.motherjones.com/politics/2017/08/james-clapper-rips-trumps-downright-scary-phoenix-speech-questions-fitness-for-office/
RS_2017-08.bz2.deduped.txt:235933 - http://www.motherjones.com/politics/2017/08/united-states-science-envoy-resigns-after-donald-trumps-charlottesville-response/
RS_2017-08.bz2.deduped.txt:236311 - http://www.motherjones.com/politics/2017/08/can-anyone-stop-trump-from-launching-nuclear-weapons/
RS_2017-08.bz2.deduped.txt:236954 - http://www.motherjones.com/politics/2017/08/rabbis-pull-out-of-call-with-trump-in-wake-of-charlottesville/
RS_2017-08.bz2.deduped.txt:237850 - http://www.motherjones.com/politics/2017/08/this-photo-of-afghan-women-in-miniskirts-helped-convince-trump-to-send-more-troops/
RS_2017-08.bz2.deduped.txt:242842 - http://www.motherjones.com/environment/2017/08/once-more-trump-does-everything-in-his-power-to-bury-science/
RS_2017-08.bz2.deduped.txt:243825 - http://www.motherjones.com/crime-justice/2017/08/a-federal-judge-put-hundreds-of-immigrants-behind-bars-while-her-husband-invested-in-private-prisons/
RS_2017-08.bz2.deduped.txt:244142 - http://www.motherjones.com/politics/2017/08/donald-trump-threatens-james-clapper-over-the-possibility-of-beautiful-letter/
RS_2017-08.bz2.deduped.txt:244303 - http://www.motherjones.com/politics/2017/08/courts-have-blocked-three-discriminatory-texas-voting-laws-in-eight-days/
RS_2017-08.bz2.deduped.txt:244498 - http://www.motherjones.com/politics/2017/08/trump-said-hed-declare-an-opioid-state-of-emergency-guess-what-hasnt-happened/
RS_2017-08.bz2.deduped.txt:248929 - http://www.motherjones.com/politics/2017/08/the-senate-is-trolling-trump-with-its-intelligence-bill/

RS_2017-08.bz2.deduped.txt:253660 - http://www.motherjones.com/politics/2017/08/remember-that-time-we-were-worried-about-ben-carson-being-hud-secretary-we-were-right/
RS_2017-08.bz2.deduped.txt:256385 - http://www.motherjones.com/environment/2017/08/chris-christie-has-plenty-to-be-embarrassed-about-but-this-one-really-matters/
RS_2017-08.bz2.deduped.txt:257455 - http://www.motherjones.com/politics/2017/08/federal-court-finds-texas-political-map-discriminated-against-minorities-again/
RS_2017-08.bz2.deduped.txt:258558 - http://www.motherjones.com/environment/2017/08/hurricane-harvey-is-going-to-slam-into-texas-and-the-national-flood-insurance-program-is-a-mess/
RS_2017-08.bz2.deduped.txt:260554 - http://www.motherjones.com/politics/2017/01/childbirth-injuries-prolapse-cesarean-section-natural-childbirth/
RS_2017-08.bz2.deduped.txt:261306 - http://www.motherjones.com/politics/2017/08/breaking-trump-just-pardoned-arizona-sheriff-joe-arpaio/
RS_2017-08.bz2.deduped.txt:261940 - http://www.motherjones.com/politics/2015/09/does-donald-trump-send-his-own-tweets/
RS_2017-08.bz2.deduped.txt:264107 - http://www.motherjones.com/environment/2017/08/trump-could-shrink-some-of-our-most-beautiful-national-monuments/
RS_2017-08.bz2.deduped.txt:268281 - http://www.motherjones.com/politics/2017/08/the-latest-on-san-franciscos-far-right-rallies-and-anti-racist-protests-1/
RS_2017-08.bz2.deduped.txt:269209 - http://www.motherjones.com/politics/2017/08/its-2017-and-most-states-still-allow-shackling-of-prisoners-during-labor-and-delivery/
RS_2017-08.bz2.deduped.txt:271150 - http://www.motherjones.com/politics/2017/08/the-senate-is-trolling-trump-with-its-intelligence-bill-1/
RS_2017-08.bz2.deduped.txt:273495 - http://www.motherjones.com/kevin-drum/2017/08/chart-of-the-day-corporate-tax-payments-1952-2017/
RS_2017-08.bz2.deduped.txt:273571 - http://www.motherjones.com/environment/2017/08/the-flooding-in-houston-is-absolutely-devastating/
RS_2017-08.bz2.deduped.txt:274928 - http://www.motherjones.com/environment/2017/08/heres-what-we-know-about-global-warming-and-hurricanes/
RS_2017-08.bz2.deduped.txt:282865 - http://www.motherjones.com/politics/2017/08/quote-of-the-day-i-will-get-putin-on-this-program-and-we-will-get-donald-elected/
RS_2017-08.bz2.deduped.txt:283374 - http://www.motherjones.com/environment/2017/08/china-plants-billions-of-trees-in-the-desert/
RS_2017-08.bz2.deduped.txt:286277 - http://www.motherjones.com/politics/2017/08/texas-lawmakers-who-voted-against-relief-for-hurricane-sandy-now-ask-for-help-with-harvey/
RS_2017-08.bz2.deduped.txt:287188 - http://www.motherjones.com/environment/2017/08/texas-will-soon-have-two-new-laws-that-could-hurt-residents-already-reeling-from-harvey/
RS_2017-08.bz2.deduped.txt:287690 - http://www.motherjones.com/kevin-drum/2017/08/donald-trump-sure-does-love-his-desk/
RS_2017-08.bz2.deduped.txt:289340 - http://www.motherjones.com/kevin-drum/2017/08/surprise-donald-trump-had-a-relationship-with-russia-after-all/
RS_2017-08.bz2.deduped.txt:290253 - http://www.motherjones.com/politics/2017/08/donald-trumps-favorite-senate-candidate-will-speak-to-a-fringe-group-of-doctors/

RS_2017-08.bz2.deduped.txt:293360 - http://www.motherjones.com/politics/2017/08/trumps-moscow-partner-was-apparently-financed-by-a-russian-bank-under-us-sanctions/
RS_2017-08.bz2.deduped.txt:293541 - http://www.motherjones.com/politics/2017/08/alex-jones-is-looking-for-someone-who-can-spell/
RS_2017-08.bz2.deduped.txt:295436 - http://www.motherjones.com/politics/2017/08/controversial-culture-warrior-lands-mystery-job-in-the-trump-administration/
RS_2017-08.bz2.deduped.txt:295437 - http://www.motherjones.com/politics/2017/08/trump-wont-stop-treating-harvey-like-a-campaign-rally/
RS_2017-08.bz2.deduped.txt:295874 - http://www.motherjones.com/media/2017/08/what-the-media-got-wrong-about-last-weekends-protests-in-berkeley/
RS_2017-08.bz2.deduped.txt:296269 - http://www.motherjones.com/politics/2016/08/donald-trump-model-management-illegal-immigration/#testb
RS_2017-08.bz2.deduped.txt:300727 - http://www.motherjones.com/politics/2017/08/sarah-palin-just-lost-her-defamation-lawsuit-against-the-new-york-times/
RS_2017-08.bz2.deduped.txt:300925 - http://www.motherjones.com/environment/2017/08/if-things-werent-already-bad-enough-houston-is-about-to-face-a-public-health-nightmare/
RS_2017-08.bz2.deduped.txt:303354 - http://www.motherjones.com/politics/2017/08/here-are-trumps-3-biggest-lies-about-the-russia-scandal/
RS_2017-08.bz2.deduped.txt:305284 - http://www.motherjones.com/politics/2017/08/here-are-trumps-3-biggest-lies-about-the-russia-scandal-1/
RS_2017-08.bz2.deduped.txt:306537 - http://www.motherjones.com/politics/2017/08/the-curious-link-between-trumps-moscow-tower-deal-and-a-ukraine-peace-plan/
RS_2017-08.bz2.deduped.txt:308668 - http://www.motherjones.com/politics/2017/08/us-deputy-attorney-general-warns-about-the-right-wing-terror-threat-trump-ignores/
RS_2017-08.bz2.deduped.txt:312775 - http://www.motherjones.com/politics/2017/08/a-judge-just-blocked-texas-controversial-show-me-your-papers-law/
RS_2017-08.bz2.deduped.txt:313342 - http://www.motherjones.com/politics/2017/08/the-flood-of-trump-russia-news-beneath-the-recent-chaos/
RS_2017-08.bz2.deduped.txt:313852 - http://www.motherjones.com/politics/2017/08/the-lawyer-defending-trump-in-the-russia-scandal-made-his-name-representing-anti-abortion-activists/
RS_2017-08.bz2.deduped.txt:315304 - http://www.motherjones.com/politics/2017/08/trump-pitches-tax-reform-but-again-provides-no-actual-plan/
RS_2017-08.bz2.deduped.txt:318373 - http://www.motherjones.com/politics/2012/02/mac-mcclelland-free-online-shipping-warehouses-labor/4/
RS_2017-08.bz2.deduped.txt:319926 - http://www.motherjones.com/environment/2017/08/trump-can-say-whatever-he-likes-hes-made-rebuilding-a-safe-houston-much-much-harder/
RS_2017-08.bz2.deduped.txt:320548 - http://www.motherjones.com/kevin-drum/2017/08/respect-the-parallelogram/
RS_2013-11.bz2.deduped.txt:1377 - http://www.motherjones.com/kevin-drum/2013/10/new-poll-shows-democratic-incumbents-big-trouble
RS_2013-11.bz2.deduped.txt:3577 - http://www.motherjones.com/mixed-media/2013/10/enders-game-boycott-orson-scott-card-gay-marriage-geeks-out?google_editors_picks=true

RS_2013-11.bz2.deduped.txt:3956 - http://www.motherjones.com/politics/2013/10/ryan-zinke-stephen-colbert-super-pac-sofa

RS_2013-11.bz2.deduped.txt:4640 - http://www.motherjones.com/environment/2013/10/inquiring-minds-george-johnson-cancer-myths-reality

RS_2013-11.bz2.deduped.txt:7444 - http://www.motherjones.com/politics/2013/10/timeline-history-offensive-sports-mascots-redskins-snyder

RS_2013-11.bz2.deduped.txt:7993 - http://m.motherjones.com/kevin-drum/2013/11/chart-day-collapse-american-middle-class

RS_2013-11.bz2.deduped.txt:9085 - http://www.motherjones.com/mojo/2013/10/texting-while-driving-bans-dont-make-a-difference

RS_2013-11.bz2.deduped.txt:10305 - http://www.motherjones.com/mojo/2013/10/corn-hardball-ted-cruz-father-kenya-christian-tea-party

RS_2013-11.bz2.deduped.txt:10583 - http://www.motherjones.com/politics/2013/10/amardeep-kaleka-paul-ryan-aliens-911

RS_2013-11.bz2.deduped.txt:10654 - http://www.motherjones.com/mixed-media/2013/10/enders-game-boycott-orson-scott-card-gay-marriage-geeks-out

RS_2013-11.bz2.deduped.txt:10664 - http://www.motherjones.com/politics/2013/10/which-more-evil-coke-pepsi

RS_2013-11.bz2.deduped.txt:12176 - http://m.motherjones.com/blue-marble/2013/11/what-you-need-know-about-obamas-new-climate-order

RS_2013-11.bz2.deduped.txt:12542 - http://www.motherjones.com/politics/2013/10/data-mining-companies-sell-your-info

RS_2013-11.bz2.deduped.txt:12636 - http://www.motherjones.com/politics/2013/10/ryan-zinke-stephen-colbert-super-pac-sofa?utm_source=twitterfeed&utm_medium=twitter

RS_2013-11.bz2.deduped.txt:13350 - http://www.motherjones.com/mojo/2013/10/senate-intelligence-committee-passes-nsa-spying-bill

RS_2013-11.bz2.deduped.txt:14690 - http://www.motherjones.com/kevin-drum/2013/11/despite-problems-obamacare-remains-fairly-well-liked

RS_2013-11.bz2.deduped.txt:15144 - http://www.motherjones.com/politics/2013/11/dean-young-bradley-byrne-alabama-gay

RS_2013-11.bz2.deduped.txt:15220 - http://www.motherjones.com/mojo/2013/11/does-ted-cruz-believe-his-critics-will-be-condemned-god

RS_2013-11.bz2.deduped.txt:15869 - http://www.motherjones.com/politics/2013/10/obamacare-jindal-grandmother-cancer-surgery-myth

RS_2013-11.bz2.deduped.txt:16301 - http://www.motherjones.com/kevin-drum/2013/11/lesson-obamacare-sabotage-works

RS_2013-11.bz2.deduped.txt:16305 - http://www.motherjones.com/kevin-drum/2013/11/americans-will-not-be-amused-chris-christies-bullying-if-he-runs-president

RS_2013-11.bz2.deduped.txt:16449 - http://www.motherjones.com/blue-marble/2013/10/did-climate-change-bring-yellow-fever-carrying-mosquitoes-california

RS_2013-11.bz2.deduped.txt:16948 - http://www.motherjones.com/politics/2013/11/obamacare-canceled-health-insurance

RS_2013-11.bz2.deduped.txt:17058 - http://www.motherjones.com/kevin-drum/2013/11/obamacare-will-be-boon-millions-people

RS_2013-11.bz2.deduped.txt:17130 - http://www.motherjones.com/environment/2013/11/al-gore-world-carbon-bubble-finance

RS_2013-11.bz2.deduped.txt:17280 - http://www.motherjones.com/politics/2013/11/justin-amash-nsa-surveillance

RS_2013-11.bz2.deduped.txt:17284 - http://www.motherjones.com/politics/2013/11/walmart-disability-benefits-supreme-court

RS_2013-11.bz2.deduped.txt:17616 - http://www.motherjones.com/mojo/2013/11/enda-senate-republicans-lgbt-workplace-discrimination

RS_2013-11.bz2.deduped.txt:18623 - http://www.motherjones.com/politics/2013/10/women-cia-history-sexism

RS_2013-11.bz2.deduped.txt:19353 - http://www.motherjones.com/environment/2013/11/dr-bronners-soap-gmo-labeling-washington

RS_2013-11.bz2.deduped.txt:19546 - http://www.motherjones.com/mojo/2013/11/south-dakota-corrina-robinson-low-minimum-wage-leads-terrorism

RS_2013-11.bz2.deduped.txt:21714 - http://www.motherjones.com/politics/2013/11/us-foreign-policy-decrease-power

RS_2013-11.bz2.deduped.txt:21913 - http://www.motherjones.com/kevin-drum/2013/11/ron-paul-lets-it-all-hang-out

RS_2013-11.bz2.deduped.txt:21923 - http://www.motherjones.com/mojo/2013/11/ken-cuccinelli-jackson-virginia-election

RS_2013-11.bz2.deduped.txt:22341 - http://www.motherjones.com/politics/2013/11/bill-de-blasio-6-strange-facts-new-york

RS_2013-11.bz2.deduped.txt:22567 - http://www.motherjones.com/mixed-media/2013/11/spongebob-squarepants-fox-news-food-stamps-unemployment-episode

RS_2013-11.bz2.deduped.txt:23200 - http://www.motherjones.com/mojo/2013/11/obamacare-repeal-cancellation-notice

RS_2013-11.bz2.deduped.txt:23868 - http://www.motherjones.com/mixed-media/2013/11/foreign-books-north-korea-ipad-gone-with-the-wind

RS_2013-11.bz2.deduped.txt:24903 - http://www.motherjones.com/tom-philpott/2013/10/obamas-five-biggest-sellouts-meat-industry

RS_2013-11.bz2.deduped.txt:25653 - http://www.motherjones.com/politics/2013/11/which-industry-backing-your-state-election

RS_2013-11.bz2.deduped.txt:25911 - http://www.motherjones.com/politics/2013/11/which-industry-backing-your-state-elect

RS_2013-11.bz2.deduped.txt:26474 - http://www.motherjones.com/mojo/2013/11/election-ballot-inititatves-marijuana-minimum-wage

RS_2013-11.bz2.deduped.txt:27125 - http://www.motherjones.com/kevin-drum/2013/11/chart-day-collapse-american-middle-class

RS_2013-11.bz2.deduped.txt:27850 - http://www.motherjones.com/mojo/2013/11/tea-party-activists-want-draft-controversial-christian-historian-david-barton-us-senate

RS_2013-11.bz2.deduped.txt:29872 - http://www.motherjones.com/blue-marble/2013/11/bill-de-blasio-climate-change-new-york-mayor

RS_2013-11.bz2.deduped.txt:30305 - http://www.motherjones.com/politics/2013/11/voter-supression-id-election-day-virginia-texas

RS_2013-11.bz2.deduped.txt:31763 - http://www.motherjones.com/kevin-drum/2013/11/virginia-business-community-abandons-tea-party

RS_2013-11.bz2.deduped.txt:33499 - http://www.motherjones.com/tom-philpott/2013/11/will-new-food-safety-law-small-farms-organic-FSMA

RS_2013-11.bz2.deduped.txt:34503 - http://www.motherjones.com/politics/2013/11/civil-war-battle-explains-2013-elections

RS_2013-11.bz2.deduped.txt:35127 - http://www.motherjones.com/politics/2013/11/terry-mcauliffe-governor-virginia

RS_2013-11.bz2.deduped.txt:35502 - http://m.motherjones.com/politics/2013/11/bill-de-blasio-6-strange-facts-new-york

RS_2013-11.bz2.deduped.txt:36736 - http://www.motherjones.com/kevin-drum/2013/11/new-naep-scores-show-continued-improvement-american-schools#disqus_thread

RS_2013-11.bz2.deduped.txt:36803 - http://m.motherjones.com/politics/2013/11/george-w-bush-jews-for-jesus-messianic-jewish-bible-institute

RS_2013-11.bz2.deduped.txt:37238 - http://www.motherjones.com/politics/2013/11/senate-republicans-lgbt-discrimination-employment-transgender-gay

RS_2013-11.bz2.deduped.txt:37537 - http://www.motherjones.com/politics/2013/11/department-justice-privacy-internet-lavabit-encryption-keys

RS_2013-11.bz2.deduped.txt:37757 - http://www.motherjones.com/politics/2013/11/george-w-bush-jews-for-jesus-messianic-jewish-bible-institute

RS_2013-11.bz2.deduped.txt:38163 - http://www.motherjones.com/mojo/2013/11/nazis-desegregating-washington-nfl-football-team

RS_2013-11.bz2.deduped.txt:40608 - http://www.motherjones.com/politics/2013/11/ohio-lethal-injection-cocktail-execution-drugs

RS_2013-11.bz2.deduped.txt:40827 - http://motherjones.com/blue-marble/2013/11/bill-de-blasio-climate-change-new-york-mayor

RS_2013-11.bz2.deduped.txt:40874 - http://motherjones.com/environment/2013/11/lyndon-rive-solar-energy-elon-musk

RS_2013-11.bz2.deduped.txt:41199 - http://www.motherjones.com/mojo/2013/11/north-colorado-state-secession

RS_2013-11.bz2.deduped.txt:42025 - http://www.motherjones.com/kevin-drum/2013/11/white-house-hoping-cosmetic-change-will-satisfy-nsa-critics

RS_2013-11.bz2.deduped.txt:45048 - http://www.motherjones.com/mojo/2013/11/watchdog-group-loses-youtube-account-after-anti-gay-chaplain-complains

RS_2013-11.bz2.deduped.txt:45159 - http://www.motherjones.com/mojo/2013/11/report-facebook-twitter-taxes

RS_2013-11.bz2.deduped.txt:47977 - http://www.motherjones.com/tom-philpott/2013/11/big-food-anti-gmo-labeling-movement

RS_2013-11.bz2.deduped.txt:50012 - http://motherjones.com/blue-marble/2013/11/did-super-typhoon-haiyan-just-shatter-global-hurricane-intensity-record

RS_2013-11.bz2.deduped.txt:50476 - http://www.motherjones.com/media/2009/07/landmark-42-hours-500-65-breakdowns

RS_2013-11.bz2.deduped.txt:51569 - http://www.motherjones.com/print/238576

RS_2013-11.bz2.deduped.txt:51611 - http://www.motherjones.com/politics/2005/12/nation-under-god

RS_2013-11.bz2.deduped.txt:56221 - http://www.motherjones.com/blue-marble/2013/11/cutting-emissions-really-does-slow-global-warming-study-finds

RS_2013-11.bz2.deduped.txt:56616 - http://www.motherjones.com/blue-marble/2013/04/invasive-species-crab-saving-cap-cod-salt-marshes

RS_2013-11.bz2.deduped.txt:59346 - http://www.motherjones.com/mojo/2013/11/marco-rubio-speaking-mat-staver-malawi?cmpid=twitter

RS_2013-11.bz2.deduped.txt:59693 - http://www.motherjones.com/mojo/2013/11/marco-rubio-speaking-mat-staver-malawi

RS_2013-11.bz2.deduped.txt:60150 - http://www.motherjones.com/mojo/2013/11/veterans-food-stamp-cuts-republicans-snap

RS_2013-11.bz2.deduped.txt:60209 - http://www.motherjones.com/kevin-drum/2013/11/60-minutes-issues-non-explanation-explanation-its-benghazi-report

RS_2013-11.bz2.deduped.txt:60695 - http://www.motherjones.com/environment/2013/11/lyndon-rive-solar-energy-elon-musk

RS_2013-11.bz2.deduped.txt:62396 - http://www.motherjones.com/mojo/2013/11/virginia-voter-id-attorney-general-obenshain-herring

RS_2013-11.bz2.deduped.txt:62442 - http://www.motherjones.com/politics/2013/11/political-intelligence-industry-jellyfish

RS_2013-11.bz2.deduped.txt:63613 - http://motherjones.com/blue-marble/2013/11/carbon-sucking-golf-balls-and-3-other-cool-climate-inventions

RS_2013-11.bz2.deduped.txt:63853 - http://www.motherjones.com/environment/2013/11/unregulated-dental-labs

RS_2013-11.bz2.deduped.txt:66115 - http://www.motherjones.com/mojo/2013/11/richard-cohen-just-the-worst

RS_2013-11.bz2.deduped.txt:68640 - http://www.motherjones.com/mojo/2013/11/republicans-nina-pillard-dc-circuit-confirmation

RS_2013-11.bz2.deduped.txt:70449 - http://www.motherjones.com/politics/2013/11/house-progressive-food-stamps-farm-bill

RS_2013-11.bz2.deduped.txt:72099 - http://www.motherjones.com/mojo/2013/11/hillary-clinton-elizabeth-warren-2016-presidential-race

RS_2013-11.bz2.deduped.txt:72990 - http://www.motherjones.com/mojo/2013/11/benghazi-dylan-davies-book-excerpt-the-embassy-house

RS_2013-11.bz2.deduped.txt:74190 - http://www.motherjones.com/politics/2013/11/foia-ryan-shapiro-fbi-files-lawsuit

RS_2013-11.bz2.deduped.txt:75148 - http://www.motherjones.com/politics/2013/11/fast-track-authority-obama-trans-pacific-partnership

RS_2013-11.bz2.deduped.txt:75930 - http://www.motherjones.com/politics/2013/11/zohydro-pain-killer-addictive

RS_2013-11.bz2.deduped.txt:76474 - http://www.motherjones.com/politics/2013/11/23-petty-crimes-prison-life-without-parole

RS_2013-11.bz2.deduped.txt:76553 - http://www.motherjones.com/mojo/2013/11/rand-paul-donuts-fda-response-trans-fats

RS_2013-11.bz2.deduped.txt:78084 - http://www.motherjones.com/environment/2013/11/how-online-mapmakers-are-helping-red-cross-save-lives-philippines

RS_2013-11.bz2.deduped.txt:79868 - http://www.motherjones.com/mojo/2012/06/concerned-women-americas-6-million-anti-obama-campaign

RS_2013-11.bz2.deduped.txt:81537 - http://www.motherjones.com/politics/2013/11/guns-ammo-dick-metcalf-firearms-manufacturers

RS_2013-11.bz2.deduped.txt:82629 - http://m.motherjones.com/politics/2013/11/zohydro-pain-killer-addictive

RS_2013-11.bz2.deduped.txt:83175 - http://www.motherjones.com/mojo/2013/11/elizabeth-warren-fix-senate-filibuster

RS_2013-11.bz2.deduped.txt:84184 - http://www.motherjones.com/mojo/2013/11/want-piss-white-house-talk-about-climate-change

RS_2013-11.bz2.deduped.txt:84438 - http://www.motherjones.com/blue-marble/2013/11/carl-sagan-climate-seth-macfarlane

RS_2013-11.bz2.deduped.txt:84536 - http://www.motherjones.com/politics/2013/11/atlanta-braves-new-stadium-cobb-county

RS_2013-11.bz2.deduped.txt:85311 - http://motherjones.com/politics/2013/11/guns-ammo-dick-metcalf-firearms-manufacturers

RS_2013-11.bz2.deduped.txt:85346 - http://www.motherjones.com/mojo/2013/11/bill-clinton-hillary-obamacare

RS_2013-11.bz2.deduped.txt:86714 - http://m.motherjones.com/politics/2013/11/foia-ryan-shapiro-fbi-files-lawsuit

RS_2013-11.bz2.deduped.txt:87336 - http://www.motherjones.com/kevin-drum/2013/09/warrant-immigration-detain-david-house

RS_2013-11.bz2.deduped.txt:89317 - http://www.motherjones.com/kevin-drum/2013/11/republicans-want-torpedo-insurance-you-far-more-obamacare-ever-will

RS_2013-11.bz2.deduped.txt:89606 - http://www.motherjones.com/print/206441

RS_2013-11.bz2.deduped.txt:89824 - http://www.motherjones.com/politics/2013/11/alabama-man-no-prison-time-raping-teenager

RS_2013-11.bz2.deduped.txt:90095 - http://www.motherjones.com/kevin-drum/2013/11/chattering-classes-are-now-full-chicken-little-mode

RS_2013-11.bz2.deduped.txt:90984 - http://www.motherjones.com/environment/2013/11/inquiring-minds-michael-mann-cuccinelli-climate

RS_2013-11.bz2.deduped.txt:91700 - http://www.motherjones.com/politics/2013/11/problem-obama-health-care-fix-insurance-companies

RS_2013-11.bz2.deduped.txt:92296 - http://www.motherjones.com/kevin-drum/2013/11/there-will-be-no-congressional-fix-canceled-health-care-policies

RS_2013-11.bz2.deduped.txt:92396 - http://www.motherjones.com/politics/2013/11/nsa-bills-google-facebook-yahoo-twitter-lobbying

RS_2013-11.bz2.deduped.txt:92591 - http://www.motherjones.com/blue-marble/2013/11/watch-mapping-deforestation-google-earth

RS_2013-11.bz2.deduped.txt:92638 - http://www.motherjones.com/mixed-media/2013/11/atheist-congregation-sunday-assembly-religion-church-hipster

RS_2013-11.bz2.deduped.txt:93559 - http://www.motherjones.com/politics/2013/11/veterans-wounded-battlefield-afghanistan-army

RS_2013-11.bz2.deduped.txt:94447 - http://www.motherjones.com/politics/2013/11/veterans-wounded-battlefield-afghanistan-army?page=2

RS_2013-11.bz2.deduped.txt:99290 - http://www.motherjones.com/kevin-drum/2013/11/elizabeth-warren-president

RS_2013-11.bz2.deduped.txt:102706 - http://www.motherjones.com/kevin-drum/2013/11/heres-interesting-wrinkle-rate-shock-debate

RS_2013-11.bz2.deduped.txt:103429 - http://www.motherjones.com/mojo/2013/11/alabama-district-attorney-seeks-prison-time-rapist-sentenced-probation
RS_2013-11.bz2.deduped.txt:104704 - http://www.motherjones.com/mojo/2013/11/lamar-smith-frivolous-lawsuit-civil-rights
RS_2013-11.bz2.deduped.txt:105979 - http://www.motherjones.com/environment/2013/11/maps-antibiotics-prescriptions-obesity-states
RS_2013-11.bz2.deduped.txt:106445 - http://www.motherjones.com/environment/2013/11/global-hurricane-intensity-records-typhoon-haiyan
RS_2013-11.bz2.deduped.txt:107307 - http://www.motherjones.com/mojo/2013/11/abstinence-speakers-public-schools-lookadoo
RS_2013-11.bz2.deduped.txt:107789 - http://www.motherjones.com/blue-marble/2013/11/exxon-ignored-safety-risks-lead-200000-gallon-oil-spill
RS_2013-11.bz2.deduped.txt:112704 - http://www.motherjones.com/tom-philpott/2013/11/ethanol-and-king-corns-shrinking-domain
RS_2013-11.bz2.deduped.txt:113182 - http://www.motherjones.com/mojo/2013/11/time-tax-black-voters-wait-almost-twice-long-vote
RS_2013-11.bz2.deduped.txt:113657 - http://www.motherjones.com/mojo/2013/11/elizabeth-warren-social-security-retirement
RS_2013-11.bz2.deduped.txt:114648 - http://www.motherjones.com/politics/2013/11/how-to-get-obamacare-healthcare-gov
RS_2013-11.bz2.deduped.txt:115281 - http://www.motherjones.com/blue-marble/2013/11/natural-disasters-cost-38-trillion-1980-world-bank-says
RS_2013-11.bz2.deduped.txt:117323 - http://www.motherjones.com/kevin-drum/2013/11/its-time-think-harder-about-income-inequality
RS_2013-11.bz2.deduped.txt:117497 - http://www.motherjones.com/kevin-drum/2013/11/quality-american-teachers-seems-be-getting-better
RS_2013-11.bz2.deduped.txt:118951 - http://www.motherjones.com/mojo/2013/11/creig-deeds-son-mental-health
RS_2013-11.bz2.deduped.txt:120601 - http://www.motherjones.com/mojo/2013/11/trey-radel-cocaine-sex-websites
RS_2013-11.bz2.deduped.txt:121279 - http://www.motherjones.com/politics/2013/11/border-patrol-us-haiti-dominican-republic
RS_2013-11.bz2.deduped.txt:121803 - http://www.motherjones.com/mojo/2013/11/watchdog-grover-norquist-irs-complaint-political-spending
RS_2013-11.bz2.deduped.txt:121844 - http://www.motherjones.com/blue-marble/2013/11/japans-not-only-one-backing-away-climate-goals
RS_2013-11.bz2.deduped.txt:122800 - http://www.motherjones.com/politics/2013/11/bush-v-gore-virginia-lawsuit-precedent-supreme-court
RS_2013-11.bz2.deduped.txt:122957 - http://www.motherjones.com/politics/2013/11/afghanistan-withdrawal-left-behind
RS_2013-11.bz2.deduped.txt:122980 - http://motherjones.com/blue-marble/2013/11/japans-not-only-one-backing-away-climate-goals?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%253A+motherjones%252FTheBlueMarble+(Mother+Jones+%257C+The+Blue+Marble)

RS_2013-11.bz2.deduped.txt:123010 - http://www.motherjones.com/tom-philpott/2013/11/butterball-turkey-shortage

RS_2013-11.bz2.deduped.txt:123083 - http://www.motherjones.com/kevin-drum/2013/11/democrats-finally-getting-ready-kill-filibuster

RS_2013-11.bz2.deduped.txt:127018 - http://www.motherjones.com/politics/2013/11/senate-democrats-filibuster-nuclear-option-dc-circuit-court-appeals

RS_2013-11.bz2.deduped.txt:127825 - http://www.motherjones.com/kevin-drum/2013/11/filibuster-dead-partly

RS_2013-11.bz2.deduped.txt:128525 - http://www.motherjones.com/mojo/2013/11/how-walmart-could-pay-decent-wage-without-raising-prices

RS_2013-11.bz2.deduped.txt:129485 - http://www.motherjones.com/mojo/2013/11/food-stams-farm-bill-congressional-homelessness-caucus

RS_2013-11.bz2.deduped.txt:130050 - http://www.motherjones.com/media/2013/11/place-hacking-photos-bradley-garrett

RS_2013-11.bz2.deduped.txt:131726 - http://www.motherjones.com/kevin-drum/2013/11/filibuster-reform-may-be-just-hours-away

RS_2013-11.bz2.deduped.txt:132202 - http://www.motherjones.com/blue-marble/2013/11/chart-these-members-of-congress-are-bankrolled-by-the-fracking-industry

RS_2013-11.bz2.deduped.txt:132914 - http://www.motherjones.com/environment/2013/11/just-90-companies-caused-two-thirds-man-made-global-warming-emissions

RS_2013-11.bz2.deduped.txt:135118 - http://www.motherjones.com/mixed-media/2013/11/hunger-games-catching-fire-climate-change-jennifer-lawrence

RS_2013-11.bz2.deduped.txt:136122 - http://www.motherjones.com/kevin-drum/2013/11/senate-really-cant-get-much-more-dysfunctional-point

RS_2013-11.bz2.deduped.txt:137108 - http://www.motherjones.com/tom-philpott/2013/02/food-industry-michael-moss-junk

RS_2013-11.bz2.deduped.txt:137204 - http://www.motherjones.com/politics/2013/11/house-republicans-too-big-to-fail

RS_2013-11.bz2.deduped.txt:137896 - http://www.motherjones.com/kevin-drum/2013/11/charts-explain-why-democrats-went-nuclear-filibuster

RS_2013-11.bz2.deduped.txt:137988 - http://www.motherjones.com/kevin-drum/2013/11/republicans-refuse-cover-poor-then-complain-obamacare-isnt-covering-poor

RS_2013-11.bz2.deduped.txt:139034 - http://www.motherjones.com/politics/2013/11/senate-republican-filibuster-nuclear-option-freakout

RS_2013-11.bz2.deduped.txt:139524 - http://www.motherjones.com/politics/2013/11/insurance-companies-obamacare-fix

RS_2013-11.bz2.deduped.txt:141116 - http://www.motherjones.com/politics/2013/11/veterans-wounded-battlefield-afghanistan-army?page=1

RS_2013-11.bz2.deduped.txt:141718 - http://www.motherjones.com/politics/2013/11/department-labor-hires-mcdonalds-spokesperson

RS_2013-11.bz2.deduped.txt:142458 - http://www.motherjones.com/tom-philpott/2013/11/yet-again-undercover-video-docuemts-savage-abuse-factory-pig-farm

RS_2013-11.bz2.deduped.txt:144832 - http://www.motherjones.com/mojo/2013/11/twitter-unrolls-new-anti-nsa-security

RS_2013-11.bz2.deduped.txt:145950 - http://www.motherjones.com/environment/2013/11/google-coal-fired-utility-money-green-power

RS_2013-11.bz2.deduped.txt:146351 - http://www.motherjones.com/kevin-drum/2013/11/western-powers-sign-historic-interim-nuclear-deal-iran
RS_2013-11.bz2.deduped.txt:149867 - http://www.motherjones.com/kevin-drum/2013/11/conservatives-have-no-incentive-support-deal-iran
RS_2013-11.bz2.deduped.txt:149897 - http://www.motherjones.com/environment/2013/11/plan-b-morning-after-pill-weight-limit-pounds?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29
RS_2013-11.bz2.deduped.txt:150016 - http://m.motherjones.com/environment/2013/11/plan-b-morning-after-pill-weight-limit-pounds
RS_2013-11.bz2.deduped.txt:150281 - http://www.motherjones.com/environment/2013/11/plan-b-morning-after-pill-weight-limit-pounds
RS_2013-11.bz2.deduped.txt:150775 - http://motherjones.com/environment/2013/11/plan-b-morning-after-pill-weight-limit-pounds
RS_2013-11.bz2.deduped.txt:150788 - http://www.motherjones.com/mojo/2013/11/john-bolton-only-option-iran-war
RS_2013-11.bz2.deduped.txt:151459 - http://www.motherjones.com/media/2013/11/inquiring-minds-simon-singh-simpsons-math
RS_2013-11.bz2.deduped.txt:151926 - http://www.motherjones.com/mojo/2013/11/house-republicans-public-financing-campaign-finance-reform
RS_2013-11.bz2.deduped.txt:152180 - http://www.motherjones.com/politics/2013/11/michigan-right-to-life-abortion-petition
RS_2013-11.bz2.deduped.txt:153604 - http://www.motherjones.com/blue-marble/2013/11/four-climate-change-developments-were-thankful-for
RS_2013-11.bz2.deduped.txt:153685 - http://www.motherjones.com/politics/2013/11/rich-people-more-votes-hunt-alpaca
RS_2013-11.bz2.deduped.txt:154358 - http://www.motherjones.com/kevin-drum/2013/11/retiree-income-workers
RS_2013-11.bz2.deduped.txt:155818 - http://m.motherjones.com/node/236096
RS_2013-11.bz2.deduped.txt:156731 - http://www.motherjones.com/media/2013/11/amazing-twisted-artist-marcel-dzama-sower-discord
RS_2013-11.bz2.deduped.txt:157029 - http://www.motherjones.com/kevin-drum/2013/11/janet-yellen-now-litmus-test-right-wing-sanity
RS_2013-11.bz2.deduped.txt:157233 - http://www.motherjones.com/mojo/2013/11/60-minutes-benghazi-logan-review-cbs
RS_2013-11.bz2.deduped.txt:157941 - http://www.motherjones.com/kevin-drum/2013/11/lara-logan-taking-leave-absence-60-minutes
RS_2013-11.bz2.deduped.txt:158146 - http://www.motherjones.com/mojo/2013/11/food-stamp-costs-decreasing-gop-cuts
RS_2013-11.bz2.deduped.txt:158394 - http://www.motherjones.com/politics/2013/11/internet-phone-kill-switch-explained
RS_2013-11.bz2.deduped.txt:158673 - http://www.motherjones.com/politics/2013/11/seven-evolutionary-reasons-people-deny-evolution
RS_2013-11.bz2.deduped.txt:160239 - http://www.motherjones.com/mojo/2013/11/corporate-donors-stick-gop-after-shutdown

RS_2013-11.bz2.deduped.txt:160869 - http://motherjones.com/politics/2013/11/internet-phone-kill-switch-explained
RS_2013-11.bz2.deduped.txt:162546 - http://www.motherjones.com/blue-marble/2013/11/climate-emissions-canada-united-states
RS_2013-11.bz2.deduped.txt:164491 - http://www.motherjones.com/mojo/2013/11/john-boehner-farm-bill-food-stamps
RS_2013-11.bz2.deduped.txt:165054 - http://motherjones.com/blue-marble/2013/11/why-climate-change-skeptics-evolution-deniers-joined-forces
RS_2013-11.bz2.deduped.txt:165760 - http://www.motherjones.com/media/2013/11/tatyana-fazlalizadeh-artist-street-harassment-stop-telling-women-smile
RS_2013-11.bz2.deduped.txt:166658 - http://www.motherjones.com/mojo/2013/11/what-we-learned-sandy-hook-crime-report
RS_2013-11.bz2.deduped.txt:167582 - http://www.motherjones.com/tom-philpott/2013/11/turkey-factory-farm
RS_2013-11.bz2.deduped.txt:172501 - http://www.motherjones.com/blue-marble/2013/11/why-climate-change-skeptics-evolution-deniers-joined-forces
RS_2013-11.bz2.deduped.txt:176120 - http://www.motherjones.com/mojo/2013/11/cia-double-agent-program-guantanamo-bay-penny-lane
RS_2013-11.bz2.deduped.txt:176597 - http://www.motherjones.com/politics/2013/11/india-garment-factories-sumangali
RS_2013-11.bz2.deduped.txt:178601 - http://www.motherjones.com/politics/2013/11/wall-street-buying-foreclosed-homes
RS_2013-11.bz2.deduped.txt:179010 - http://www.motherjones.com/mojo/2013/11/park-service-gop-congress-shutdown-plan-reimbursement
RS_2013-11.bz2.deduped.txt:180485 - http://motherjones.com/mixed-media/2013/11/spike-lee-oldboy-remake-three-hour-version
RS_2013-11.bz2.deduped.txt:184967 - http://www.motherjones.com/mojo/2013/11/sugar-substitute-sweeteners-safe
RS_v2_2005-11.xz.deduped.txt:554 - http://www.motherjones.com/mojoblog/archives/2005/11/did_texas_just_1.html
RS_v2_2010-03.xz.deduped.txt:712 - http://motherjones.com/kevin-drum/2010/02/real-case-broken-government
RS_v2_2010-03.xz.deduped.txt:2929 - http://motherjones.com/blue-marble/2010/03/south-dakota-codify-climate-change-denial
RS_v2_2010-03.xz.deduped.txt:3706 - http://motherjones.com/politics/1996/07/cyberselfish
RS_v2_2010-03.xz.deduped.txt:6110 - http://motherjones.com/politics/2010/03/karl-rove-book-george-bush-iraq-wmd
RS_v2_2010-03.xz.deduped.txt:6665 - http://motherjones.com/blue-marble/2010/03/massive-methane-melt-siberia
RS_v2_2010-03.xz.deduped.txt:9210 - http://motherjones.com/photoessays/2010/02/surf-manor-adult-homes-coney-island
RS_v2_2010-03.xz.deduped.txt:10330 - http://motherjones.com/politics/2010/03/burma-exploited-resources
RS_v2_2010-03.xz.deduped.txt:11685 - http://motherjones.com/politics/2010/03/new-jim-crow-war-on-

drugs?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2
Fmain+%28MotherJones.com+Main+Article+Feed%29
RS_v2_2010-03.xz.deduped.txt:13792 - http://motherjones.com/kevin-drum/2010/03/paul-ryans-
plan-tax-you-more
RS_v2_2010-03.xz.deduped.txt:14105 - http://motherjones.com/politics/2010/03/john-yoo-
email-fail
RS_v2_2010-03.xz.deduped.txt:15832 - http://motherjones.com/politics/2010/03/police-twitter-
riots-social-media-activists
RS_v2_2010-03.xz.deduped.txt:19610 - http://motherjones.com/politics/2010/03/ubs-
whistleblowers-tax-haven
RS_v2_2010-03.xz.deduped.txt:20323 - http://motherjones.com/politics/2010/03/japan-
american-bases-military-presence
RS_v2_2010-03.xz.deduped.txt:20930 - http://motherjones.com/politics/2010/03/temporary-
marriage-iran-islam
RS_v2_2010-03.xz.deduped.txt:21107 - http://motherjones.com/politics/2010/03/ponzi-nation
RS_v2_2010-03.xz.deduped.txt:23700 - http://motherjones.com/blue-
marble/2010/03/environment-apathy
RS_v2_2010-03.xz.deduped.txt:23716 - http://motherjones.com/kevin-drum/2010/03/chinas-
empty-threat
RS_v2_2010-03.xz.deduped.txt:26825 - http://motherjones.com/politics/2010/03/lisa-
murkowski-climate-change-double-agent
RS_v2_2010-03.xz.deduped.txt:28535 - http://motherjones.com/mojo/2010/03/tea-partiers-
heckle-dems-racist-homophobic-
slurs?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%
2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29
RS_v2_2010-03.xz.deduped.txt:30255 - http://motherjones.com/mojo/2010/03/woolsey-will-
introduce-public-option-bill-asap
RS_v2_2010-03.xz.deduped.txt:30409 - http://motherjones.com/mojo/2010/03/lynch-health-bill-
surrender-it-will-pass-and-ill-help-fix-it
RS_v2_2010-03.xz.deduped.txt:30840 - http://motherjones.com/mojo/2010/03/warren-buffett-
safer-obama
RS_v2_2010-03.xz.deduped.txt:31706 - http://motherjones.com/mojo/2010/03/code-pink-tricks-
aipac-media
RS_v2_2010-03.xz.deduped.txt:35591 - http://motherjones.com/politics/2010/03/kbr-idle-hands-
iraq-balad-contract-waste-pentagon-report-hearing?utm_source=twitterfeed
RS_v2_2010-03.xz.deduped.txt:36969 - http://motherjones.com/politics/2010/03/kbr-idle-hands-
iraq-balad-contract-waste-pentagon-report-hearing
RS_v2_2010-03.xz.deduped.txt:37463 - http://motherjones.com/kevin-drum/2010/03/marijuana-
legal-california
RS_v2_2010-03.xz.deduped.txt:37892 - http://motherjones.com/mojo/2010/03/conservatives-
fire-david-frum-aei-health-care-axis-of-evil?utm_source=twitterfeed
RS_v2_2010-03.xz.deduped.txt:38571 - http://motherjones.com/politics/2010/03/children-atv-
accidents-deaths
RS_v2_2010-03.xz.deduped.txt:39613 - http://motherjones.com/kevin-drum/2010/03/obama-
plays-hardball

RS_v2_2010-03.xz.deduped.txt:41082 - http://motherjones.com/politics/2010/02/congo-gold-adam-hochschild

RS_v2_2010-03.xz.deduped.txt:41989 - http://motherjones.com/mojo/2010/03/crew-sean-hannity-freedom-concert-freedom-alliance

RS_v2_2010-03.xz.deduped.txt:44078 - http://motherjones.com/environment/2010/03/scary-truth-about-your-iphone

RS_v2_2010-03.xz.deduped.txt:44184 - http://motherjones.com/politics/2010/02/mac-mcclelland-burma-genocide-karen

RS_2012-12.bz2.deduped.txt:94 - http://www.motherjones.com/politics/2012/11/susan-rice-susan-collins-benghazi-kenya-tanzania

RS_2012-12.bz2.deduped.txt:114 - http://www.motherjones.com/mojo/2012/11/john-yoo-american-enterprise-institute-executive-power

RS_2012-12.bz2.deduped.txt:1052 - http://www.motherjones.com/tom-philpott/2012/11/dojs-monsantoseed-industry-investigation-ends-thud

RS_2012-12.bz2.deduped.txt:2078 - http://www.motherjones.com/politics/2012/11/bradley-manning-wikileaks-testimony

RS_2012-12.bz2.deduped.txt:2080 - http://www.motherjones.com/media/2012/11/geena-davis-institute-women-girls-are-stereotyped-sexualized-hollywood

RS_2012-12.bz2.deduped.txt:2641 - http://www.motherjones.com/blue-marble/2012/11/chart-only-017-percent-peer-reviewed-papers-question-global-warming

RS_2012-12.bz2.deduped.txt:3886 - http://www.motherjones.com/politics/2012/11/super-pac-colbert-credo-soros

RS_2012-12.bz2.deduped.txt:5124 - http://www.motherjones.com/kevin-drum/2012/12/sports-tax-everyone-pays

RS_2012-12.bz2.deduped.txt:8385 - http://www.motherjones.com/kevin-drum/2012/11/reining-drone-war

RS_2012-12.bz2.deduped.txt:11002 - http://www.motherjones.com/kevin-drum/2012/12/how-scared-fiscal-cliff-big-business

RS_2012-12.bz2.deduped.txt:11180 - http://www.motherjones.com/mojo/2012/12/rick-santorum-gets-exclusive-deal-birther-site

RS_2012-12.bz2.deduped.txt:11237 - http://www.motherjones.com/kevin-drum/2012/12/why-sheldon-adelson-spend-150-million-2012-election

RS_2012-12.bz2.deduped.txt:11470 - http://www.motherjones.com/politics/2012/12/john-boehner-fiscal-cliff-tea-party

RS_2012-12.bz2.deduped.txt:12520 - http://www.motherjones.com/blue-marble/2012/12/perot-hamm-science-museum-fracking

RS_2012-12.bz2.deduped.txt:12593 - http://m.motherjones.com/politics/2012/12/obama-dark-money-priorities-usa?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%253A+motherjones%252Fmain+%2528MotherJones.com+Main+Article+Feed%2529

RS_2012-12.bz2.deduped.txt:14423 - http://m.motherjones.com/politics/2012/11/michigan-lawmakers-debate-tax-break-fetuses

RS_2012-12.bz2.deduped.txt:14596 - http://www.motherjones.com/mojo/2012/11/john-yoo-american-enterprise-institute-executive-power?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+|+MoJoBlog%29

RS_2012-12.bz2.deduped.txt:15999 - http://www.motherjones.com/environment/2012/12/obama-climate-congress-jobs
RS_2012-12.bz2.deduped.txt:16015 - http://www.motherjones.com/kevin-drum/2012/12/fox-news-effect-republicans-still-think-acorn-alive-and-stealing-elections
RS_2012-12.bz2.deduped.txt:16260 - http://www.motherjones.com/blue-marble/2012/12/climate-activist-barred-social-justice-work
RS_2012-12.bz2.deduped.txt:17183 - http://www.motherjones.com/mojo/2012/12/elizabeth-warren-senate-banking-committee-seat
RS_2012-12.bz2.deduped.txt:17228 - http://www.motherjones.com/mojo/2012/12/florida-tea-party-still-fighting-obamacare
RS_2012-12.bz2.deduped.txt:17677 - http://www.motherjones.com/kevin-drum/2012/12/chart-day-public-blames-gop-fiscal-cliff-21-margin
RS_2012-12.bz2.deduped.txt:18417 - http://m.motherjones.com/blue-marble/2012/12/climate-activist-barred-social-justice-work
RS_2012-12.bz2.deduped.txt:18947 - http://www.motherjones.com/mojo/2012/11/republican-walks-roots-camp
RS_2012-12.bz2.deduped.txt:19080 - http://www.motherjones.com/mojo/2012/12/dick-armey-resigns-freedomworks-tea-party
RS_2012-12.bz2.deduped.txt:20137 - http://www.motherjones.com/slideshows/2012/02/when-women-used-lysol-birth-control/lysol-douche-berlin
RS_2012-12.bz2.deduped.txt:20354 - http://www.motherjones.com/politics/2012/12/obama-dark-money-priorities-usa
RS_2012-12.bz2.deduped.txt:21183 - http://www.motherjones.com/mixed-media/2012/11/film-review-killing-them-softly-brad-pitt-great-recession-movie
RS_2012-12.bz2.deduped.txt:22600 - http://www.motherjones.com/blue-marble/2012/12/rhino-poacher-meet-drone-funded-google
RS_2012-12.bz2.deduped.txt:23218 - http://www.motherjones.com/politics/2012/12/americas-50-worst-state-legislatures
RS_2012-12.bz2.deduped.txt:23497 - http://www.motherjones.com/blue-marble/2012/12/playbook-new-rules-old-power-plants
RS_2012-12.bz2.deduped.txt:23630 - http://www.motherjones.com/mojo/2012/12/texas-secessionists-have-pac-now
RS_2012-12.bz2.deduped.txt:25045 - http://www.motherjones.com/politics/2012/12/transgender-psychiatry-dsm-dysphoria
RS_2012-12.bz2.deduped.txt:25715 - http://www.motherjones.com/tom-philpott/2012/12/tvs-dr-oz-misdiagnoses-organic-food
RS_2012-12.bz2.deduped.txt:25891 - http://www.motherjones.com/kevin-drum/2012/12/gop-thinks-you-dont-know-shit-shinola
RS_2012-12.bz2.deduped.txt:26722 - http://www.motherjones.com/blue-marble/2012/12/chemical-dispersant-made-bps-gulf-oilspill-52-times-more-toxic
RS_2012-12.bz2.deduped.txt:27062 - http://www.motherjones.com/mojo/2012/12/obama-ed-demarco-federal-housing-finance-agency-recess-appointment
RS_2012-12.bz2.deduped.txt:28084 - http://www.motherjones.com/politics/2012/12/how-wall-street-hollowed-out-industrial-america?page=1
RS_2012-12.bz2.deduped.txt:29336 - http://www.motherjones.com/mojo/2012/12/stephen-colbert-america-senate-jim-demint

RS_2012-12.bz2.deduped.txt:29342 - http://www.motherjones.com/mojo/2012/12/offshore-tax-havens-fiscal-cliff

RS_2012-12.bz2.deduped.txt:29358 - http://www.motherjones.com/blue-marble/2012/12/real-war-christmas-climate-change

RS_2012-12.bz2.deduped.txt:29639 - http://www.motherjones.com/mojo/2012/12/senate-loses-jim-demint-and-his-crazy

RS_2012-12.bz2.deduped.txt:30150 - http://www.motherjones.com/kevin-drum/2012/12/revenue-vs-revenue

RS_2012-12.bz2.deduped.txt:30179 - http://www.motherjones.com/mojo/2012/12/rand-paul-coal-ashley-judd-industry

RS_2012-12.bz2.deduped.txt:31517 - http://www.motherjones.com/media/2012/12/nasa-america-world-not-ending-2012-doomsday

RS_2012-12.bz2.deduped.txt:31681 - http://www.motherjones.com/mojo/2012/12/drones-nonmilitary-farming-hurricanes-poachers

RS_2012-12.bz2.deduped.txt:31988 - http://www.motherjones.com/politics/2012/11/financial-reform-dodd-frank-volker-rule-obama

RS_2012-12.bz2.deduped.txt:32019 - http://www.motherjones.com/politics/2012/12/debt-ceiling-obama-boehner-fiscal-cliff

RS_2012-12.bz2.deduped.txt:32737 - http://www.motherjones.com/politics/2012/12/senate-republicans-condoleezza-rice-susan-rice-benghazi-iraq-intelligence

RS_2012-12.bz2.deduped.txt:33634 - http://www.motherjones.com/politics/2012/11/bradley-manning-wikileaks-testimony?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2012-12.bz2.deduped.txt:33709 - http://www.motherjones.com/kevin-drum/2012/12/quote-day-maybe-raising-tax-rates-rich-isnt-such-bad-idea

RS_2012-12.bz2.deduped.txt:35000 - http://www.motherjones.com/mojo/2012/12/chuck-grassley-marijuana-pot-k2

RS_2012-12.bz2.deduped.txt:36069 - http://www.motherjones.com/blue-marble/2012/12/nebraska-kids-learn-america-awesome-climate-change-just-theory

RS_2012-12.bz2.deduped.txt:37240 - http://www.motherjones.com/politics/2012/12/big-oil-subsidies-fiscal-cliff-deal-obama-congress

RS_2012-12.bz2.deduped.txt:37267 - http://www.motherjones.com/politics/2012/12/after-romney-loss-gop-plan-recovery-change-rules

RS_2012-12.bz2.deduped.txt:38426 - http://www.motherjones.com/blue-marble/2012/12/6-scariest-arctic-changes

RS_2012-12.bz2.deduped.txt:39364 - http://www.motherjones.com/mojo/2012/12/muslim-americans-plea-gop-clean-your-act

RS_2012-12.bz2.deduped.txt:43539 - http://www.motherjones.com/mojo/2012/12/supreme-court-prop-8-doma-danger-overturn

RS_2012-12.bz2.deduped.txt:43861 - http://www.motherjones.com/blue-marble/2012/12/6-scariest-arctic-changes?google_editors_picks=true

RS_2012-12.bz2.deduped.txt:44057 - http://www.motherjones.com/blue-marble/2012/12/be-expert-83-seconds-all-it-takes-understand-climate-failure

RS_2012-12.bz2.deduped.txt:44291 - http://www.motherjones.com/photoessays/2012/12/syrias-war-aleppo-hospital/10-girljpg

RS_2012-12.bz2.deduped.txt:45043 - http://www.motherjones.com/mojo/2012/12/demint-heritage-conservative-think-tanks
RS_2012-12.bz2.deduped.txt:45892 - http://www.motherjones.com/slideshows/2010/11/congressmen-attack/lyon-griswold-brawl-spitting
RS_2012-12.bz2.deduped.txt:46194 - http://www.motherjones.com/kevin-drum/2012/12/waiting-boehner
RS_2012-12.bz2.deduped.txt:47177 - http://www.motherjones.com/politics/2012/12/big-oil-subsidies-fiscal-cliff-deal-obama-congress?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29
RS_2012-12.bz2.deduped.txt:50494 - http://www.motherjones.com/mojo/2012/12/most-americans-are-still-too-fat-defend-america
RS_2012-12.bz2.deduped.txt:52302 - http://www.motherjones.com/politics/2012/12/knife-rights-second-amendment
RS_2012-12.bz2.deduped.txt:56811 - http://www.motherjones.com/mojo/2012/12/tea-partys-obamacare-hail-mary
RS_2012-12.bz2.deduped.txt:58513 - http://www.motherjones.com/mojo/2012/12/americans-for-prosperity-michigan-right-to-work-gas-cards-free-food
RS_2012-12.bz2.deduped.txt:59898 - http://www.motherjones.com/mixed-media/2012/12/zero-dark-thirty-osama-bin-laden-torture
RS_2012-12.bz2.deduped.txt:60919 - http://www.motherjones.com/environment/2012/12/van-jones-obama-climate-interview
RS_2012-12.bz2.deduped.txt:63302 - http://www.motherjones.com/mojo/2012/12/47-percent-remark-quote-year
RS_2012-12.bz2.deduped.txt:63313 - http://www.motherjones.com/kevin-drum/2012/12/four-theories-would-allow-president-obama-ignore-debt-ceiling
RS_2012-12.bz2.deduped.txt:64096 - http://www.motherjones.com/mojo/2012/12/soledad-obrien-food-stamps-jeff-sessions-fiscal-cliff
RS_2012-12.bz2.deduped.txt:64693 - http://www.motherjones.com/mojo/2012/12/loud-tv-commercials-outlawed-fcc-rules
RS_2012-12.bz2.deduped.txt:66328 - http://www.motherjones.com/blue-marble/2012/12/christmas-trees-seeking-carbon-markets
RS_2012-12.bz2.deduped.txt:67304 - http://www.motherjones.com/environment/2012/12/epa-water-aquifer-drilling-fracking-waste
RS_2012-12.bz2.deduped.txt:67612 - http://www.motherjones.com/tom-philpott/2012/12/big-macs-or-clean-water-choose-one
RS_2012-12.bz2.deduped.txt:67693 - http://www.motherjones.com/media/2012/12/chart-newspapers-obituary-women-gender-ratio
RS_2012-12.bz2.deduped.txt:71194 - http://www.motherjones.com/mojo/2012/12/mitch-daniels-marijuana-federalism
RS_2012-12.bz2.deduped.txt:72220 - http://www.motherjones.com/mojo/2012/12/gop-has-obamas-back-targeted-killing
RS_2012-12.bz2.deduped.txt:74462 - http://www.motherjones.com/blue-marble/2012/12/care-about-climate-start-talking-conservative

RS_2012-12.bz2.deduped.txt:74479 -
http://www.motherjones.com/environment/2012/12/manhattan-institute-climate-energy-bryce
RS_2012-12.bz2.deduped.txt:74789 - http://m.motherjones.com/mojo/2012/12/muslim-
americans-plea-gop-clean-your-act
RS_2012-12.bz2.deduped.txt:74937 - http://www.motherjones.com/politics/2012/12/warrantless-
wiretapping-fisa-authorization-reform-bill
RS_2012-12.bz2.deduped.txt:76576 - http://www.motherjones.com/mojo/2012/12/michigan-
legislature-shariah-bill
RS_2012-12.bz2.deduped.txt:76838 - http://www.motherjones.com/politics/1983/10/imagine-
worst
RS_2012-12.bz2.deduped.txt:77166 - http://www.motherjones.com/mojo/2012/12/conservatives-
newtown-shooting-
twitter?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones
%2Fmojoblog+%28MotherJones.com+|+MoJoBlog%29
RS_2012-12.bz2.deduped.txt:77409 - http://www.motherjones.com/mojo/2012/12/conservatives-
newtown-shooting-twitter
RS_2012-12.bz2.deduped.txt:79348 - http://www.motherjones.com/politics/2000/11/camp-fear
RS_2012-12.bz2.deduped.txt:79451 -
http://m.motherjones.com/environment/2012/12/mississippi-river-crisis-drought-shutdown
RS_2012-12.bz2.deduped.txt:79909 - http://www.motherjones.com/politics/2012/12/aig-rap-
gifford-bailout
RS_2012-12.bz2.deduped.txt:80836 - http://www.motherjones.com/mojo/2012/12/legalization-
marijuana-colorado-washington-leahy
RS_2012-12.bz2.deduped.txt:81109 - http://www.motherjones.com/mojo/2012/12/hillary-
clinton-cats-2016
RS_2012-12.bz2.deduped.txt:81748 - http://www.motherjones.com/politics/2012/12/extreme-
poverty-unemployment-recession-economy-fresno
RS_2012-12.bz2.deduped.txt:84553 - http://www.motherjones.com/politics/2012/11/jared-
loughner-mass-shootings-mental-illness
RS_2012-12.bz2.deduped.txt:85070 -
http://www.motherjones.com/environment/2012/12/mississippi-river-crisis-drought-shutdown
RS_2012-12.bz2.deduped.txt:85612 - http://www.motherjones.com/politics/2012/07/mass-
shootings-map?page=2
RS_2012-12.bz2.deduped.txt:85926 - http://m.motherjones.com/politics/2012/07/mass-
shootings-map
RS_2012-12.bz2.deduped.txt:86322 - http://www.motherjones.com/mojo/2012/12/ryan-lanza-
newtown-shooting-media-fail
RS_2012-12.bz2.deduped.txt:86411 - http://m.motherjones.com/politics/2011/08/fbi-terrorist-
informants
RS_2012-12.bz2.deduped.txt:88025 - http://www.motherjones.com/blue-marble/2012/12/world-
bank-worries-about-climate-keeps-financing-coal
RS_2012-12.bz2.deduped.txt:91325 - http://www.motherjones.com/blue-
marble/2012/12/deepwater-horizon-lessons
RS_2012-12.bz2.deduped.txt:92498 - http://www.motherjones.com/politics/2012/12/e-reader-
privacy-law-enforcement-fbi

RS_2012-12.bz2.deduped.txt:94276 - http://www.motherjones.com/mojo/2012/12/nra-joe-manchin-gun-control-everything-has-be-table
RS_2012-12.bz2.deduped.txt:94279 - http://www.motherjones.com/mojo/2012/12/chart-homicide-suicide-weapons-newtown
RS_2012-12.bz2.deduped.txt:95234 - http://www.motherjones.com/print/211086
RS_2012-12.bz2.deduped.txt:95639 - http://www.motherjones.com/media/2012/12/gun-ads-bushmaster-mattel
RS_2012-12.bz2.deduped.txt:98239 - http://m.motherjones.com/kevin-drum/2012/12/yacht-owners-go-galt-newport-beach
RS_2012-12.bz2.deduped.txt:99590 - http://www.motherjones.com/politics/2012/12/todd-akin-dont-ask-dont-tell-republicans-defense-bill
RS_2012-12.bz2.deduped.txt:100045 - http://www.motherjones.com/mojo/2012/12/atf-ill-equipped-enforce-new-gun-laws
RS_2012-12.bz2.deduped.txt:103135 - http://www.motherjones.com/kevin-drum/2012/12/john-boehners-smoke-mirrors-deficit-proposal
RS_2012-12.bz2.deduped.txt:103714 - http://www.motherjones.com/kevin-drum/2012/12/yet-more-republican-attempts-game-system
RS_2012-12.bz2.deduped.txt:103875 - http://www.motherjones.com/mojo/2012/12/nra-propaganda-shootings-newtown
RS_2012-12.bz2.deduped.txt:104427 - http://www.motherjones.com/mojo/2012/12/final-defense-bill-nixes-ban-indefinite-detention-us-citizens
RS_2012-12.bz2.deduped.txt:106395 - http://www.motherjones.com/politics/2012/12/armed-civilians-do-not-stop-mass-shootings?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29
RS_2012-12.bz2.deduped.txt:107263 - http://www.motherjones.com/politics/2012/12/armed-civilians-do-not-stop-mass-shootings
RS_2012-12.bz2.deduped.txt:107759 - http://www.motherjones.com/mojo/2012/12/bushmaster-cerberus-freedom-group-newtown
RS_2012-12.bz2.deduped.txt:108729 - http://m.motherjones.com/politics/2012/12/extreme-poverty-unemployment-recession-economy-fresno
RS_2012-12.bz2.deduped.txt:111303 - http://www.motherjones.com/environment/2012/12/will-colleges-kick-coal-out-their-stockings
RS_2012-12.bz2.deduped.txt:113754 - http://www.motherjones.com/tom-philpott/2012/12/gm-crops-roundup-italian-ryegrass
RS_2012-12.bz2.deduped.txt:113758 - http://www.motherjones.com/politics/2012/12/defense-bill-todd-akin-anti-gay-provision
RS_2012-12.bz2.deduped.txt:114188 - http://www.motherjones.com/print/211401
RS_2012-12.bz2.deduped.txt:115441 - http://www.motherjones.com/mojo/2012/12/chart-wasted-upgrading-afghanistans-power-grid
RS_2012-12.bz2.deduped.txt:115541 - http://m.motherjones.com/politics/2012/12/armed-civilians-do-not-stop-mass-shootings
RS_2012-12.bz2.deduped.txt:117332 - http://www.motherjones.com/mojo/2012/12/national-rifle-association-has-video-game-too
RS_2012-12.bz2.deduped.txt:118546 - http://www.motherjones.com/kevin-drum/2012/12/republican-partys-post-election-meltdown

RS_2012-12.bz2.deduped.txt:118793 - http://www.motherjones.com/politics/2012/12/how-make-your-gun-shoot-fully-automatic-one-easy-step
RS_2012-12.bz2.deduped.txt:119196 - http://www.motherjones.com/politics/2012/12/mass-shootings-victims-2012
RS_2012-12.bz2.deduped.txt:121168 - http://www.motherjones.com/kevin-drum/2012/12/boehner-sabotaged-lunatic-wing-republican-party?utm_medium=twitter&utm_source=twitterfeed
RS_2012-12.bz2.deduped.txt:122835 - http://www.motherjones.com/mojo/2012/12/journalism-newtown-autistics
RS_2012-12.bz2.deduped.txt:123873 - http://www.motherjones.com/politics/2012/12/mental-health-background-check-newtown-shooting-adam-lanza
RS_2012-12.bz2.deduped.txt:123940 - http://www.motherjones.com/mojo/2012/12/man-fires-assistant-being-hot-and-irresistible-iowa-courts-says-he-legally-can
RS_2012-12.bz2.deduped.txt:124793 - http://www.motherjones.com/mixed-media/2012/08/fetus-snowglobe-anyone
RS_2012-12.bz2.deduped.txt:125358 - http://www.motherjones.com/mojo/2012/12/christmas-guns-black-friday-obama
RS_2012-12.bz2.deduped.txt:126745 - http://www.motherjones.com/media/2012/12/mother-jones-staff-picks-best-films-and-tv-2012
RS_2012-12.bz2.deduped.txt:127954 - http://www.motherjones.com/kevin-drum/2012/12/if-you-want-regulate-guns-talk-about-guns-period
RS_2012-12.bz2.deduped.txt:128095 - http://www.motherjones.com/politics/2012/12/temp-labor-workplace-dangers?page=1
RS_2012-12.bz2.deduped.txt:130266 - http://www.motherjones.com/mojo/2012/12/video-education-great-equalizer
RS_2012-12.bz2.deduped.txt:130302 - http://www.motherjones.com/politics/2012/12/dick-armey-freedomworks-hostile-takeover-memo
RS_2012-12.bz2.deduped.txt:131456 - http://www.motherjones.com/politics/2011/03/denial-science-chris-mooney
RS_2012-12.bz2.deduped.txt:135644 - http://www.motherjones.com/mojo/2012/12/mysterious-gunman-beau-singleton-freedomworks-dick-armey
RS_2012-12.bz2.deduped.txt:136003 - http://www.motherjones.com/kevin-drum/2012/12/wee-comparison-civil-liberties-united-states-america
RS_2012-12.bz2.deduped.txt:136234 - http://www.motherjones.com/environment/2012/03/walmart-china-sustainability-shadow-factories-greenwash
RS_2012-12.bz2.deduped.txt:136929 - http://www.motherjones.com/kevin-drum/2012/12/barack-obamas-problem-fanatic-republicans-and-mushball-democrats
RS_2012-12.bz2.deduped.txt:137035 - http://www.motherjones.com/kevin-drum/2012/12/dick-armey-leads-armed-coup-tea-party-group-gets-bought-8-million
RS_2012-12.bz2.deduped.txt:137413 - http://www.motherjones.com/photoessays/2011/12/holy-land-experience-park-orlando/desert-scene
RS_2012-12.bz2.deduped.txt:141078 - http://www.motherjones.com/kevin-drum/2012/12/republicans-now-100-awol-fiscal-cliff-talks
RS_2012-12.bz2.deduped.txt:141364 - http://www.motherjones.com/politics/2012/12/dick-armey-freedomworks-hostile-takeover-memo?google_editors_picks=true

RS_2012-12.bz2.deduped.txt:141937 - http://www.motherjones.com/mojo/2012/12/netflix-video-privacy-facebook-sharing

RS_2012-12.bz2.deduped.txt:143597 - http://www.motherjones.com/kevin-drum/2012/12/great-republican-recession-2013-now-days-away

RS_2012-12.bz2.deduped.txt:144213 - http://motherjones.com/documents/549556-matt-kibbe-memo-republican-insiders-attempt

RS_2012-12.bz2.deduped.txt:145229 - http://www.motherjones.com/mojo/2012/12/senate-fisa-warrantless-wiretapping-votes

RS_2012-12.bz2.deduped.txt:145834 - http://www.motherjones.com/kevin-drum/2012/12/warrantless-wiretapping-approved-yet-again-time-barely-fight

RS_2012-12.bz2.deduped.txt:146160 - http://www.motherjones.com/tom-philpott/2012/12/cheap-meat-and-healthy-fish-dont-mix

RS_2012-12.bz2.deduped.txt:146546 - http://www.motherjones.com/mojo/2012/12/fiscal-cliff-virtually-impossible-harry-reid-mitch-mcconnell

RS_2012-12.bz2.deduped.txt:146799 - http://www.motherjones.com/politics/2012/12/montana-dark-money-jon-tester-senate-dan-cox

RS_2012-12.bz2.deduped.txt:150823 - http://www.motherjones.com/politics/2012/12/nra-mass-shootings-myth

RS_2012-12.bz2.deduped.txt:152662 - http://www.motherjones.com/mojo/2012/12/wyden-murkowski-dark-money-disclosure-plan

RS_2012-12.bz2.deduped.txt:152669 - http://www.motherjones.com/mojo/2012/12/tom-harkin-chris-van-hollen-fiscal-cliff-middle-class

RS_2012-12.bz2.deduped.txt:154044 - http://www.motherjones.com/kevin-drum/2012/12/republicans-its-all-about-rich-very-rich-and-super-rich

RS_2012-12.bz2.deduped.txt:158067 - http://www.motherjones.com/politics/2012/12/story-behind-47-video

RS_2016-01.bz2.deduped.txt:4050 - http://www.motherjones.com/politics/2015/11/ben-carson-duane-clarridge-foreign-policy

RS_2016-01.bz2.deduped.txt:9296 - http://www.motherjones.com/mojo/2015/12/kentuckys-new-gop-guv-nixes-voting-rights-ex-felons

RS_2016-01.bz2.deduped.txt:9471 - http://www.motherjones.com/mixed-media/2015/12/it-really-way-more-expensive-be-woman

RS_2016-01.bz2.deduped.txt:21710 - http://www.motherjones.com/politics/2016/01/taurus-buchanan-juvenile-life-sentences

RS_2016-01.bz2.deduped.txt:22532 - http://www.motherjones.com/politics/2016/01/watch-abortion-trends-battle-2016

RS_2016-01.bz2.deduped.txt:25895 - http://www.motherjones.com/mojo/2016/01/hillary-clinton-aliens

RS_2016-01.bz2.deduped.txt:26924 - http://www.motherjones.com/politics/2016/01/ammon-bundy-oregon-protest-sba-loan?utm_source=fark&utm_medium=website&utm_content=link

RS_2016-01.bz2.deduped.txt:28091 - http://www.motherjones.com/mojo/2016/01/obama-guns-executive-action-background-checks

RS_2016-01.bz2.deduped.txt:31406 - http://www.motherjones.com/environment/2016/01/us-meat-emissions-paris-cop21

RS_2016-01.bz2.deduped.txt:36343 - http://www.motherjones.com/kevin-drum/2016/01/lots-rich-people-seem-be-tough-financial-straits

RS_2016-01.bz2.deduped.txt:37262 - http://www.motherjones.com/politics/2016/01/ammon-bundy-oregon-protest-sba-loan

RS_2016-01.bz2.deduped.txt:42957 - http://www.motherjones.com/tom-philpott/2016/01/six-reasons-think-hard-about-shrimp-craving

RS_2016-01.bz2.deduped.txt:46032 - http://www.motherjones.com/mojo/2016/01/texas-trooper-sandra-bland-indicted-perjury-encinia

RS_2016-01.bz2.deduped.txt:46213 - http://www.motherjones.com/mojo/2016/01/rubio-obama-guns-background-checks

RS_2016-01.bz2.deduped.txt:47410 - http://www.motherjones.com/politics/2016/01/republicans-congress-have-sent-obama-bill-gutting-obamacare

RS_2016-01.bz2.deduped.txt:50346 - http://www.motherjones.com/environment/2016/01/americas-food-system-could-be-more-vulnerable-climate-change-we-thought

RS_2016-01.bz2.deduped.txt:50540 - http://www.motherjones.com/politics/2016/01/texas-planned-parenthood-defunding-hiv-prevention

RS_2016-01.bz2.deduped.txt:52952 - http://www.motherjones.com/kevin-drum/2016/01/oxy-epidemic-shows-what-happens-when-addictive-drugs-are-easily-available

RS_2016-01.bz2.deduped.txt:56448 - http://www.motherjones.com/tom-philpott/2016/01/epa-finds-major-pesticide-toxic-bees

RS_2016-01.bz2.deduped.txt:59182 - http://www.motherjones.com/politics/2015/12/mdma-ecstasy-drug-research

RS_2016-01.bz2.deduped.txt:59243 - http://www.motherjones.com/mojo/2016/01/maine-governor-warns-drug-dealers-white-girls

RS_2016-01.bz2.deduped.txt:59302 - http://www.motherjones.com/kevin-drum/2016/01/good-news-labor-compensation-finally-starting-rise

RS_2016-01.bz2.deduped.txt:59438 - http://www.motherjones.com/mojo/2016/01/jeb-bush-may-seek-campaign-boost-popular-brother-george

RS_2016-01.bz2.deduped.txt:59489 - http://www.motherjones.com/politics/2016/01/marco-rubio-sleeper-agent-netanyahu

RS_2016-01.bz2.deduped.txt:61838 - http://www.motherjones.com/mojo/2016/01/paul-lepage-drug-dealers-impregnating-white-women

RS_2016-01.bz2.deduped.txt:62023 - http://www.motherjones.com/mojo/2016/01/planned-parenthood-hillary-clinton-endorsement

RS_2016-01.bz2.deduped.txt:64497 - http://www.motherjones.com/politics/2016/01/us-backed-saudi-led-airwar-yemen-condemned-potentially-committing-war-crimes-again

RS_2016-01.bz2.deduped.txt:68690 - http://www.motherjones.com/environment/2016/01/nutrition-guidelines-climate-change

RS_2016-01.bz2.deduped.txt:69869 - http://www.motherjones.com/politics/2015/12/map-student-debt-higher-education-tuition

RS_2016-01.bz2.deduped.txt:71947 - http://www.motherjones.com/mojo/2008/10/ten-most-awesome-presidential-mudslinging-moves-ever

RS_2016-01.bz2.deduped.txt:75506 - http://www.motherjones.com/blue-marble/2016/01/transcanadas-15-billion-nafta-suit-probably-doesnt-stand-chance

RS_2016-01.bz2.deduped.txt:75647 - http://www.motherjones.com/kevin-drum/2016/01/card-act-saved-us-12-billion-year-0

RS_2016-01.bz2.deduped.txt:78317 - http://www.motherjones.com/politics/2016/01/friedrichs-california-teachers-union-supreme-court

RS_2016-01.bz2.deduped.txt:79872 - http://www.motherjones.com/politics/2016/01/congress-trying-stop-syrian-refugees-yet-again

RS_2016-01.bz2.deduped.txt:79907 - http://m.motherjones.com/kevin-drum/2016/01/oxy-epidemic-shows-what-happens-when-addictive-drugs-are-easily-available

RS_2016-01.bz2.deduped.txt:83359 - http://www.motherjones.com/politics/2016/01/assisted-suicide-legalization-california-kevin-drum

RS_2016-01.bz2.deduped.txt:85133 - http://www.motherjones.com/mojo/2016/01/david-brooks-david-corn-pbs-ted-rafael-cruz-satanic

RS_2016-01.bz2.deduped.txt:85275 - http://www.motherjones.com/kevin-drum/2016/01/good-news-fed-finally-going-after-leverage-shadow-banking-sector

RS_2016-01.bz2.deduped.txt:88748 - http://m.motherjones.com/politics/2016/01/assisted-suicide-legalization-california-kevin-drum

RS_2016-01.bz2.deduped.txt:90593 - http://www.motherjones.com/kevin-drum/2016/01/are-liberals-responsible-rise-donald-trump

RS_2016-01.bz2.deduped.txt:90615 - http://www.motherjones.com/kevin-drum/2016/01/kids-todayseem-pretty-smart-actually

RS_2016-01.bz2.deduped.txt:94484 - http://www.motherjones.com/mojo/2016/01/vote-clinton-will-never-let-sanders-live-down

RS_2016-01.bz2.deduped.txt:94504 - http://www.motherjones.com/mojo/2016/01/bernie-sanders-plan-fight-mass-incarceration-doesnt-add-up

RS_2016-01.bz2.deduped.txt:95387 - http://www.motherjones.com/mojo/2016/01/joe-biden-obama-beau-financial-help#testa

RS_2016-01.bz2.deduped.txt:98898 - http://www.motherjones.com/mojo/2016/01/hillary-clinton-democrats-should-never-attack-each-other-over-universal-health-care

RS_2016-01.bz2.deduped.txt:103560 - http://www.motherjones.com/tom-philpott/2016/01/malheur-militants-are-picking-wrong-beef-feds

RS_2016-01.bz2.deduped.txt:104523 - http://www.motherjones.com/environment/2016/01/obama-climate-change-sputnik-state-union

RS_2016-01.bz2.deduped.txt:105372 - http://www.motherjones.com/kevin-drum/2016/01/im-sick-conservatives-being-such-babies

RS_2016-01.bz2.deduped.txt:106112 - http://www.motherjones.com/politics/2016/01/bernie-sanders-hillary-clinton-health-care-thank-you

RS_2016-01.bz2.deduped.txt:107431 - http://m.motherjones.com/kevin-drum/2016/01/im-sick-conservatives-being-such-babies

RS_2016-01.bz2.deduped.txt:107744 - http://www.motherjones.com/kevin-drum/2016/01/donald-trump-chinese-sure-knew-how-display-toughness-tiananmen-square

RS_2016-01.bz2.deduped.txt:109681 - http://motherjones.com/mojo/2016/01/states-have-enacted-nearly-300-abortion-restrictions-roe-v-wade

RS_2016-01.bz2.deduped.txt:109732 - http://m.motherjones.com/tom-philpott/2016/01/epa-finds-major-pesticide-toxic-bees

RS_2016-01.bz2.deduped.txt:110702 - http://www.motherjones.com/politics/2016/01/here-comes-trump-cruz-showdown-weve-all-been-waiting

RS_2016-01.bz2.deduped.txt:112818 - http://www.motherjones.com/politics/2016/01/fox-should-ask-these-questions-at-gop-debate

RS_2016-01.bz2.deduped.txt:112867 - http://www.motherjones.com/mojo/2016/01/states-have-enacted-nearly-300-abortion-restrictions-roe-v-wade

RS_2016-01.bz2.deduped.txt:113044 - http://www.motherjones.com/environment/2016/01/coal-industry-terrible-no-good-very-bad-year

RS_2016-01.bz2.deduped.txt:113142 - http://www.motherjones.com/kevin-drum/2016/01/21st-century-sure-has-been-great-time-be-corporation

RS_2016-01.bz2.deduped.txt:117522 - http://www.motherjones.com/mojo/2016/01/freedom-girls-donald-trump-rally

RS_2016-01.bz2.deduped.txt:117957 - http://www.motherjones.com/mojo/2016/01/planned-parenthood-fetal-tissue-videos-breaking-news

RS_2016-01.bz2.deduped.txt:121343 - http://www.motherjones.com/mojo/2016/01/chris-christie-second-amendment-bill-rights

RS_2016-01.bz2.deduped.txt:124355 - http://www.motherjones.com/politics/2016/01/men-rights-unruh-act-women-discrimination

RS_2016-01.bz2.deduped.txt:129285 - http://www.motherjones.com/politics/2016/01/ted-cruz-birther-lawsuit-filed-texas

RS_2016-01.bz2.deduped.txt:129524 - http://www.motherjones.com/environment/2016/01/obamas-latest-climate-crusade

RS_2016-01.bz2.deduped.txt:141007 - http://www.motherjones.com/mixed-media/2016/01/st-louis-pay-edward-jones-dome-los-angeles

RS_2016-01.bz2.deduped.txt:143742 - http://www.motherjones.com/kevin-drum/2016/01/finally-police-misconduct-against-unarmed-black-man-gets-bipartisan-attention

RS_2016-01.bz2.deduped.txt:144571 - http://m.motherjones.com/kevin-drum/2016/01/bernie-sanders-releases-outline-universal-health-care-plan%e2%80%94and-its-pretty-good

RS_2016-01.bz2.deduped.txt:144622 - http://www.motherjones.com/kevin-drum/2016/01/bernie-sanders-releases-outline-universal-health-care-plan%E2%80%94and-its-pretty-good

RS_2016-01.bz2.deduped.txt:144960 - http://www.motherjones.com/politics/2016/01/bernie-sanders-attacks-hillary-clintons-ties-big-banks

RS_2016-01.bz2.deduped.txt:146919 - http://www.motherjones.com/politics/2016/01/democratic-debate-highlights-bernie-sanders-hillary-clinton-health-care

RS_2016-01.bz2.deduped.txt:147001 - http://www.motherjones.com/tom-philpott/2016/01/widely-used-insecticide-may-kill-bees-better-it-does-actual-pests

RS_2016-01.bz2.deduped.txt:147110 - http://www.motherjones.com/kevin-drum/2016/01/update-yosemite-park-trademark-dispute

RS_2016-01.bz2.deduped.txt:148042 - http://www.motherjones.com/mojo/2016/01/bernie-sanders-hillary-clinton-health-care-fight-democratic-debate

RS_2016-01.bz2.deduped.txt:151455 - http://www.motherjones.com/environment/2016/01/green-energy-rec-rooftop-solar-panels

RS_2016-01.bz2.deduped.txt:156680 - http://www.motherjones.com/kevin-drum/2016/01/two-corinthians-walk-bar

RS_2016-01.bz2.deduped.txt:156726 - http://www.motherjones.com/kevin-drum/2016/01/second-look-berniecare

RS_2016-01.bz2.deduped.txt:156856 - http://www.motherjones.com/politics/2016/01/chicago-police-abuse-scandal-homan-square

RS_2016-01.bz2.deduped.txt:162025 - http://www.motherjones.com/mojo/2016/01/south-carolina-responsible-journalists-registry-mike-pitts
RS_2016-01.bz2.deduped.txt:162284 - http://www.motherjones.com/politics/2016/01/supreme-court-rejects-obamacare-challenge
RS_2016-01.bz2.deduped.txt:168748 - http://www.motherjones.com/politics/2016/01/sarah-palin-endorsed-donald-trump-it-is-bonkers-video
RS_2016-01.bz2.deduped.txt:168867 - http://www.motherjones.com/politics/2016/01/arkansas-abortion-ban-supreme-court
RS_2016-01.bz2.deduped.txt:168878 - http://www.motherjones.com/environment/2016/01/oil-prices-renewables-electric-vehicles
RS_2016-01.bz2.deduped.txt:171427 - http://www.motherjones.com/politics/2016/01/minnesota-cop-run-over-black-lives-matter-protesters
RS_2016-01.bz2.deduped.txt:171528 - http://www.motherjones.com/kevin-drum/2016/01/donald-trump-mediocre-businessman
RS_2016-01.bz2.deduped.txt:172328 - http://www.motherjones.com/kevin-drum/2016/01/sarah-palin-such-creep
RS_2016-01.bz2.deduped.txt:172812 - http://www.motherjones.com/politics/2016/01/charter-schools-mortgage-crisis-bubble
RS_2016-01.bz2.deduped.txt:175396 - http://m.motherjones.com/politics/2016/01/iran-hillary-clinton-hostages
RS_2016-01.bz2.deduped.txt:176440 - http://www.motherjones.com/environment/2016/01/future-parking-self-driving-cars
RS_2016-01.bz2.deduped.txt:177402 - http://www.motherjones.com/kevin-drum/2016/01/why-flints-water-still-unsafe-or-it
RS_2016-01.bz2.deduped.txt:177435 - http://www.motherjones.com/environment/2016/01/ted-cruz-satellite-date-climate-change
RS_2016-01.bz2.deduped.txt:177720 - http://www.motherjones.com/kevin-drum/2016/01/republicans-refuse-vote-banning-muslims-us
RS_2016-01.bz2.deduped.txt:178080 - http://m.motherjones.com/environment/2016/01/future-parking-self-driving-cars
RS_2016-01.bz2.deduped.txt:178136 - http://www.motherjones.com/politics/2016/01/mother-exposed-flint-lead-contamination-water-crisis
RS_2016-01.bz2.deduped.txt:178550 - http://www.motherjones.com/politics/2016/01/koch-brothers-jane-mayer-dark-money
RS_2016-01.bz2.deduped.txt:180727 - http://www.motherjones.com/tom-philpott/2016/01/bad-food-bad-sleep
RS_2016-01.bz2.deduped.txt:180814 - http://www.motherjones.com/mojo/2016/01/time-bernie-sanders-became-honorary-woman
RS_2016-01.bz2.deduped.txt:183751 - http://www.motherjones.com/environment/2016/01/future-parking-self-driving-cars?utm_source=nextdraft&utm_medium=email
RS_2016-01.bz2.deduped.txt:184311 - http://www.motherjones.com/mojo/2016/01/trump-and-palin-team-bizarre-rally-oklahoma
RS_2016-01.bz2.deduped.txt:188458 - http://www.motherjones.com/politics/2016/01/roe-v-wade-survives-43-years-anniversary

RS_2016-01.bz2.deduped.txt:188552 - http://www.motherjones.com/politics/2016/01/5-industries-labor-unions-kicking-ass
RS_2016-01.bz2.deduped.txt:188873 - http://www.motherjones.com/politics/2016/01/why-iraq-black-hole-american-arms
RS_2016-01.bz2.deduped.txt:192992 - http://www.motherjones.com/mojo/2016/01/bernie-sanders-promise-citizens-united-supreme-court
RS_2016-01.bz2.deduped.txt:193536 - http://www.motherjones.com/mojo/2016/01/clinton-attacks-sanders-foreign-policy-isis
RS_2016-01.bz2.deduped.txt:193679 - http://www.motherjones.com/mojo/2011/07/republicans-move-gut-clean-water-act
RS_2016-01.bz2.deduped.txt:194266 - http://www.motherjones.com/kevin-drum/2016/01/when-will-it-become-illegal-drive-car-united-states
RS_2016-01.bz2.deduped.txt:194857 - http://www.motherjones.com/politics/2016/01/afghanistan-pentagon-cashmere-goats-wool-waste
RS_2016-01.bz2.deduped.txt:198208 - http://www.motherjones.com/media/2016/01/gillian-anderson-dana-scully-new-x-files-the-fall-stella-gibson-war-peace
RS_2016-01.bz2.deduped.txt:198450 - http://www.motherjones.com/kevin-drum/2016/01/i-review-nrs-against-trump-issue
RS_2016-01.bz2.deduped.txt:200637 - http://www.motherjones.com/contributor/2016/01/shorter-donald-trump-haha-my-supporters-are-so-stupid#testa
RS_2016-01.bz2.deduped.txt:204712 - http://www.motherjones.com/politics/2016/01/iran-hillary-clinton-hostages
RS_2016-01.bz2.deduped.txt:204816 - http://www.motherjones.com/kevin-drum/2016/01/lets-have-contest-best-alternate-against-trump-cover
RS_2016-01.bz2.deduped.txt:206518 - http://www.motherjones.com/kevin-drum/2016/01/anti-trump-campaign-starts-get-real
RS_2016-01.bz2.deduped.txt:210215 - http://www.motherjones.com/politics/2016/01/mistake-heart-trump-atlantic-city-fiasco
RS_2016-01.bz2.deduped.txt:213067 - http://www.motherjones.com/politics/2016/01/bernie-sanders-vote-gun-immunity-black-market
RS_2016-01.bz2.deduped.txt:213983 - http://www.motherjones.com/blue-marble/2016/01/2015-was-far-hottest-year-record
RS_2016-01.bz2.deduped.txt:214370 - http://motherjones.com/politics/2016/01/bernie-sanders-vote-gun-immunity-black-market
RS_2016-01.bz2.deduped.txt:214628 - http://www.motherjones.com/politics/2016/01/ted-cruz-jerk-hated
RS_2016-01.bz2.deduped.txt:220166 - http://www.motherjones.com/mojo/2016/01/obama-ends-solitary-confinement-juveniles
RS_2016-01.bz2.deduped.txt:222832 - http://www.motherjones.com/politics/2016/01/best-moments-democratic-town-hall-cnn
RS_2016-01.bz2.deduped.txt:222935 - http://www.motherjones.com/politics/2016/01/new-government-agency-takeover-backgrounding
RS_2016-01.bz2.deduped.txt:223078 - http://www.motherjones.com/environment/2016/01/tnr-epa%E2%80%99s-silent-guilty-role-flint-water-crisis

RS_2016-01.bz2.deduped.txt:223262 - http://www.motherjones.com/mojo/2016/01/supreme-court-just-rejected-countrys-most-extreme-abortion-ban

RS_2016-01.bz2.deduped.txt:227083 - http://www.motherjones.com/mojo/2016/01/ted-cruz-welcomes-endorsement-guy-who-thinks-god-sent-hitler-hunt-jews

RS_2016-01.bz2.deduped.txt:228032 - http://www.motherjones.com/mojo/2016/01/maine-governor-endorses-public-executions-drug-traffickers

RS_2016-01.bz2.deduped.txt:228134 - http://m.motherjones.com/environment/2014/09/hillary-clinton-fracking-shale-state-department-chevron

RS_2016-01.bz2.deduped.txt:229660 - http://www.motherjones.com/politics/2016/01/sanders-press-stop-trying-get-me-attack-clinton

RS_2016-01.bz2.deduped.txt:234817 - http://m.motherjones.com/mojo/2016/01/ted-cruz-welcomes-endorsement-guy-who-thinks-god-sent-hitler-hunt-jews

RS_2016-01.bz2.deduped.txt:237345 - http://www.motherjones.com/politics/2016/01/hillary-clinton-republicans-want-sanders-win

RS_2016-01.bz2.deduped.txt:237995 - http://www.motherjones.com/mojo/2016/01/mike-huckabee-made-adele-tribute-video-ad#testb

RS_2016-01.bz2.deduped.txt:242562 - http://m.motherjones.com/politics/2016/01/martin-omalley-bernie-sanders-debates

RS_2016-01.bz2.deduped.txt:245558 - http://www.motherjones.com/politics/2016/01/martin-omalley-bernie-sanders-debates

RS_2016-01.bz2.deduped.txt:247334 - http://www.motherjones.com/environment/2016/01/climate-change-el-nino-zika-virus

RS_2016-01.bz2.deduped.txt:249081 - http://www.motherjones.com/politics/2016/01/gun-manufacturers-subsidies-southern-states

RS_2016-01.bz2.deduped.txt:251578 - http://www.motherjones.com/mojo/2016/01/tommy-benton-kkk-georgia-confederate

RS_2016-01.bz2.deduped.txt:252404 - http://www.motherjones.com/environment/2016/01/snyder-administration-started-trucking-clean-water-state-buildings

RS_2016-01.bz2.deduped.txt:256194 - http://www.motherjones.com/politics/2016/01/iowas-latino-vote-mobilizing-first-time-caucuses

RS_2016-01.bz2.deduped.txt:259217 - http://www.motherjones.com/politics/2016/01/fbi-releases-footage-militia-man-shooting

RS_2016-01.bz2.deduped.txt:263532 - http://www.motherjones.com/kevin-drum/2016/01/americans-not-really-angry-after-all?utm_content=buffer0c4bf&utm_medium=social&utm_source=facebook.com&utm_campaign=buffer

RS_2016-01.bz2.deduped.txt:263733 - http://www.motherjones.com/mojo/2016/01/ted-cruz-anti-abortion-coalition-troy-newman

RS_2016-01.bz2.deduped.txt:264696 - http://www.motherjones.com/blue-marble/2016/01/more-plastic-than-fish-oceans-gyre

RS_2016-01.bz2.deduped.txt:265539 - http://www.motherjones.com/politics/2016/01/facebook-instagram-bans-private-gun-sales

RS_2016-01.bz2.deduped.txt:266392 - http://www.motherjones.com/mojo/2007/04/rove-and-co-broke-federal-law-email-scam

RS_2016-01.bz2.deduped.txt:266762 - http://www.motherjones.com/kevin-drum/2016/01/how-donald-trump-could-become-president-10-words

RS_2016-01.bz2.deduped.txt:267876 - http://www.motherjones.com/politics/2016/01/ghost-schools-afghan-waste-corruption-fraud-war-sexual-assault

RS_2016-01.bz2.deduped.txt:270561 - http://www.motherjones.com/mojo/2016/01/ted-cruz-defends-voting-violation-mailer-iowa

RS_2016-01.bz2.deduped.txt:272161 - http://www.motherjones.com/politics/2016/01/gender-discrimination-hollywood-women-female-directors

RS_2016-01.bz2.deduped.txt:272168 - http://www.motherjones.com/politics/2016/01/dozens-immigrant-detainees-say-theyve-been-illegally-strip-searched-california

RS_2016-01.bz2.deduped.txt:272186 - http://www.motherjones.com/politics/2016/01/latin-america-zika-virus-women-pregnancy-abortion

RS_2016-01.bz2.deduped.txt:275532 - http://www.motherjones.com/politics/2016/01/iowa-unions-hillary-clinton-bernie-sanders-afl-cio

RS_2017-04.bz2.deduped.txt:1782 - http://www.motherjones.com/politics/2017/03/goldman-sachs-trump-gary-cohn

RS_2017-04.bz2.deduped.txt:3010 - http://www.motherjones.com/politics/2017/03/tom-price-profits-drug-stock-ethics

RS_2017-04.bz2.deduped.txt:3680 - http://www.motherjones.com/politics/2017/04/read-white-house-aides-financial-disclosures-kushner-bannon-spicer-priebus

RS_2017-04.bz2.deduped.txt:7270 - http://www.motherjones.com/politics/2017/03/julia-negron-opioids-naloxone-treatment

RS_2017-04.bz2.deduped.txt:9670 - http://m.motherjones.com/kevin-drum/2017/04/are-conservative-economists-too-influential-nah-its-worse-and-also-better

RS_2017-04.bz2.deduped.txt:10490 - http://www.motherjones.com/media/2017/03/barry-blitt-new-yorker-illustrator-trump

RS_2017-04.bz2.deduped.txt:12393 - http://www.motherjones.com/kevin-drum/2017/04/are-conservative-economists-too-influential-nah-its-worse-and-also-better

RS_2017-04.bz2.deduped.txt:14890 - http://www.motherjones.com/media/2017/03/great-war-wwi-documentary-pbs-american-experience-10-takeaways

RS_2017-04.bz2.deduped.txt:17875 - http://www.motherjones.com/politics/2017/03/geo-forced-labor-lawsuit

RS_2017-04.bz2.deduped.txt:17892 - http://www.motherjones.com/politics/2017/03/trump-ebola-tweets

RS_2017-04.bz2.deduped.txt:18436 - http://www.motherjones.com/environment/2017/03/solar-wind-renewables-donald-trump-king-coal?google_editors_picks=true

RS_2017-04.bz2.deduped.txt:18604 - http://www.motherjones.com/environment/2017/04/wind-iowa-energy-coal

RS_2017-04.bz2.deduped.txt:19102 - http://www.motherjones.com/politics/2017/04/don-mcgahn-trump-white-house-counsel

RS_2017-04.bz2.deduped.txt:21767 - http://www.motherjones.com/politics/2017/04/trump-fox-surveillance-tweets-fbi-investigation

RS_2017-04.bz2.deduped.txt:22778 - http://www.motherjones.com/kevin-drum/2017/04/breaking-villainous-susan-rice-news-yet-again

RS_2017-04.bz2.deduped.txt:23663 - http://www.motherjones.com/politics/2017/02/nuclear-option-trump-senate-neil-gorsuch

RS_2017-04.bz2.deduped.txt:23796 - http://www.motherjones.com/politics/2017/04/trump-money-businesses-conflict-of-interest

RS_2017-04.bz2.deduped.txt:24791 - http://www.motherjones.com/environment/2017/04/donald-trump-donating-salary-national-parks

RS_2017-04.bz2.deduped.txt:25054 - http://www.motherjones.com/politics/2017/04/washington-post-just-published-story-alleging-founder-blackwater-tried-set-trump-pu

RS_2017-04.bz2.deduped.txt:25401 - http://www.motherjones.com/politics/2017/04/sessions-texas-voter-id-case

RS_2017-04.bz2.deduped.txt:29297 - http://www.motherjones.com/politics/2017/04/washington-post-blackwater-trump-putin-back-channel

RS_2017-04.bz2.deduped.txt:32761 - http://www.motherjones.com/media/2017/04/donald-trump-jr-mike-cernovich

RS_2017-04.bz2.deduped.txt:33190 - http://www.motherjones.com/media/2017/03/great-war-wwi-documentary-pbs-american-experience-10-takeaways?google_editors_picks=true

RS_2017-04.bz2.deduped.txt:33944 - http://www.motherjones.com/politics/2012/05/border-war-beto-orourke-beats-silvestre-reyes

RS_2017-04.bz2.deduped.txt:34793 - http://www.motherjones.com/politics/2017/04/fight-15-movement-black-lives-unite-national-actions-april-4

RS_2017-04.bz2.deduped.txt:35413 - http://www.motherjones.com/politics/2017/04/susan-rice-fights-back-against-gop

RS_2017-04.bz2.deduped.txt:35856 - http://www.motherjones.com/politics/2017/04/senator-proposes-bill-block-unwarranted-phone-searches-and-seizures-border

RS_2017-04.bz2.deduped.txt:36163 - http://www.motherjones.com/politics/2017/04/trump-syria-obama-tweets-hypocrisy-chemical-attack

RS_2017-04.bz2.deduped.txt:37634 - http://www.motherjones.com/politics/2017/04/north-carolina-republicans-block-transgender-bathrooms

RS_2017-04.bz2.deduped.txt:38854 - http://www.motherjones.com/kevin-drum/2017/04/jared-kushner-puzzled-cnn-hasnt-fired-all-anti-trump-commentators

RS_2017-04.bz2.deduped.txt:41283 - http://www.motherjones.com/politics/2017/04/trump-just-revoked-protections-women-workplace

RS_2017-04.bz2.deduped.txt:41374 - http://m.motherjones.com/politics/2017/03/cia-rendition-plane-for-sale

RS_2017-04.bz2.deduped.txt:41532 - http://www.motherjones.com/environment/2017/04/gottlieb-fda-trump-antibiotics

RS_2017-04.bz2.deduped.txt:42537 - http://www.motherjones.com/politics/2017/03/cia-rendition-plane-for-sale

RS_2017-04.bz2.deduped.txt:43842 - http://www.motherjones.com/politics/2017/04/steve-bannon-neil-gorsuch-administrative-state-chevron-deference

RS_2017-04.bz2.deduped.txt:44654 - http://www.motherjones.com/documents/3536320-Nsc-Memo

RS_2017-04.bz2.deduped.txt:45327 - http://www.motherjones.com/kevin-drum/2017/04/steve-bannon-dumped-nsc

RS_2017-04.bz2.deduped.txt:46345 - http://www.motherjones.com/politics/2017/04/civil-rights-act-employment-discrimination

RS_2017-04.bz2.deduped.txt:46370 - http://www.motherjones.com/politics/2017/04/trump-just-defended-donald-trump

RS_2017-04.bz2.deduped.txt:48150 - http://www.motherjones.com/politics/2017/04/rikers-closing-bail-reform

RS_2017-04.bz2.deduped.txt:48719 - http://www.motherjones.com/politics/2017/04/california-infrastructure-gas-tax-jerry-brown

RS_2017-04.bz2.deduped.txt:50510 - http://m.motherjones.com/politics/2017/04/trump-models-agency-potential-collapse-closure-sources

RS_2017-04.bz2.deduped.txt:52029 - http://www.motherjones.com/politics/2017/04/map-women-equal-gender-pay-gap

RS_2017-04.bz2.deduped.txt:53462 - http://www.motherjones.com/environment/2017/04/scott-pruitt-conservatives-endangerment

RS_2017-04.bz2.deduped.txt:53572 - http://www.motherjones.com/politics/2017/04/democrats-mcconnell-filibustering-gorsuch

RS_2017-04.bz2.deduped.txt:53955 - http://www.motherjones.com/politics/2017/04/trump-models-agency-potential-collapse-closure-sources

RS_2017-04.bz2.deduped.txt:54901 - http://www.motherjones.com/politics/2017/04/jeff-sessions-consent-decree-review

RS_2017-04.bz2.deduped.txt:55178 - http://motherjones.com/environment/2017/04/wind-iowa-energy-coal

RS_2017-04.bz2.deduped.txt:55214 - http://www.motherjones.com/media/2017/04/stanley-mcchrystal-pbs-public-media-trump-budget

RS_2017-04.bz2.deduped.txt:56084 - http://m.motherjones.com/environment/2017/04/wind-iowa-energy-coal

RS_2017-04.bz2.deduped.txt:56302 - http://www.motherjones.com/politics/2017/04/trump-china

RS_2017-04.bz2.deduped.txt:56750 - http://www.motherjones.com/politics/2017/03/republicans-failing-boost-gorsuchs-everyman-credentials

RS_2017-04.bz2.deduped.txt:58850 - http://www.motherjones.com/politics/2017/04/republicans-democrats-senate-filibuster-gorsuch

RS_2017-04.bz2.deduped.txt:59610 - http://www.motherjones.com/politics/2017/04/conaway-gowdy-rooney-nunes-trump-house-russia-investigation

RS_2017-04.bz2.deduped.txt:60574 - http://www.motherjones.com/environment/2017/04/trump-china-polluters-maralago-sea-rise-climate-change

RS_2017-04.bz2.deduped.txt:62424 - http://www.motherjones.com/politics/2017/04/congressional-forum-examines-trump-administration-threat-civil-rights

RS_2017-04.bz2.deduped.txt:62519 - http://www.motherjones.com/politics/2017/04/richest-one-percent-live-longer-lancet-study

RS_2017-04.bz2.deduped.txt:65740 - http://www.motherjones.com/politics/2017/04/arkansas-about-execute-8-people-10-days

RS_2017-04.bz2.deduped.txt:65797 - http://www.motherjones.com/politics/2017/03/roger-stone-trump-timeline

RS_2017-04.bz2.deduped.txt:68522 - http://www.motherjones.com/politics/2017/04/russia-and-assad-regime-denounce-us-airstrikes-syria

RS_2017-04.bz2.deduped.txt:70712 - http://www.motherjones.com/politics/2017/04/california-gas-tax-infrastructure-jerry-brown

RS_2017-04.bz2.deduped.txt:70937 - http://www.motherjones.com/kevin-drum/2017/04/donald-trump-no-more-presidential-today-he-was-yesterday

RS_2017-04.bz2.deduped.txt:71861 - http://www.motherjones.com/politics/2017/04/jeff-sessions-couldnt-stop-consent-decree-baltimore

RS_2017-04.bz2.deduped.txt:71911 - http://www.motherjones.com/politics/2017/04/trump-supporters-syria-strike

RS_2017-04.bz2.deduped.txt:73234 - http://www.motherjones.com/politics/2017/04/trump-refugees-syria-chemical-attack

RS_2017-04.bz2.deduped.txt:73328 - http://www.motherjones.com/politics/2017/04/deconfliction-hotline-syria-trump-russia

RS_2017-04.bz2.deduped.txt:73603 - http://www.motherjones.com/kevin-drum/2017/04/donald-trump-remains-puzzled-about-west-wing-chaos

RS_2017-04.bz2.deduped.txt:76430 - http://www.motherjones.com/politics/2017/04/gorsuchs-impact-likely-be-immediate

RS_2017-04.bz2.deduped.txt:81607 - http://m.motherjones.com/politics/2017/04/trump-refugees-syria-chemical-attack

RS_2017-04.bz2.deduped.txt:83604 - http://www.motherjones.com/politics/2017/04/im-trans-woman-color-north-carolina-heres-how-hb20-affects-me

RS_2017-04.bz2.deduped.txt:86665 - http://www.motherjones.com/politics/2017/04/federal-judge-just-made-moving-tribute-gavin-grimm

RS_2017-04.bz2.deduped.txt:91187 - http://www.motherjones.com/environment/2017/04/trumps-rollback-obama-era-regulations-hitting-its-limit

RS_2017-04.bz2.deduped.txt:91205 - http://www.motherjones.com/environment/2017/04/climate-change-mental-health-report

RS_2017-04.bz2.deduped.txt:91717 - http://www.motherjones.com/politics/2017/04/stunningly-racist-fundraising-email

RS_2017-04.bz2.deduped.txt:92125 - http://motherjones.com/environment/2017/04/trumps-rollback-obama-era-regulations-hitting-its-limit

RS_2017-04.bz2.deduped.txt:94070 - http://www.motherjones.com/politics/2017/02/black-gay-men-face-high-hiv-rates-and-internal-bias-hospitals

RS_2017-04.bz2.deduped.txt:95544 - http://www.motherjones.com/politics/2017/04/leaked-email-trump-models-will-officially-shut-down

RS_2017-04.bz2.deduped.txt:95550 - http://www.motherjones.com/politics/2017/04/lawsuit-trump-white-house-visitor-logs

RS_2017-04.bz2.deduped.txt:96654 - http://www.motherjones.com/politics/2017/04/bentley-strange-alabama-drivers-license-decision

RS_2017-04.bz2.deduped.txt:105690 - http://www.motherjones.com/politics/2017/04/why-democrats-thrilled-special-election-kansas-estes-thompson

RS_2017-04.bz2.deduped.txt:107018 - http://www.motherjones.com/politics/2017/04/federal-judge-finds-texas-voter-id-law-purposefully-discriminated-against-minoritie

RS_2017-04.bz2.deduped.txt:107999 - http://www.motherjones.com/politics/2017/04/joe-wilson-you-lie-town-hall

RS_2017-04.bz2.deduped.txt:109130 - http://www.motherjones.com/politics/2017/04/sean-spicer-gas-hitler

RS_2017-04.bz2.deduped.txt:110474 - http://www.motherjones.com/politics/2017/04/ohio-highway-patrol-drugs-opioids

RS_2017-04.bz2.deduped.txt:111033 - http://www.motherjones.com/politics/2017/03/mass-shooting-hesston-kansas-threat-assessment

RS_2017-04.bz2.deduped.txt:111049 - http://www.motherjones.com/politics/2017/04/attorney-general-jeff-sessions-immigration

RS_2017-04.bz2.deduped.txt:114695 - http://www.motherjones.com/politics/2017/04/united-airlines-republicans-consumer-rights

RS_2017-04.bz2.deduped.txt:115149 - http://www.motherjones.com/politics/2017/04/jeff-sessions-alabama-trump-voting

RS_2017-04.bz2.deduped.txt:115720 - http://m.motherjones.com/politics/2017/04/united-airlines-republicans-consumer-rights

RS_2017-04.bz2.deduped.txt:117648 - http://m.motherjones.com/mojo/2013/06/fisa-court-nsa-spying-opinion-reject-request

RS_2017-04.bz2.deduped.txt:118931 - http://www.motherjones.com/politics/2017/04/trump-syria-chocolate-cake-mar-a-lago

RS_2017-04.bz2.deduped.txt:118935 - http://www.motherjones.com/politics/2017/03/creeping-authoritarianism-trump-trumpocracy#w12

RS_2017-04.bz2.deduped.txt:121737 - http://www.motherjones.com/kevin-drum/2017/04/trump-floats-nonsense-idea-privatizing-airports-and-dams&ved=0ahUKEwiSpOvj5Z_TAhUoMJoKHTFVA_oQqQIIMigBMAg&usg=AFQjCNHfzAFIA7QRugfUj3EZZRBCimwEpg

RS_2017-04.bz2.deduped.txt:123436 - http://m.motherjones.com/politics/2017/04/trump-syria-chocolate-cake-mar-a-lago

RS_2017-04.bz2.deduped.txt:124323 - http://www.motherjones.com/environment/2017/04/national-parks-oil-gas-drilling

RS_2017-04.bz2.deduped.txt:127786 - http://www.motherjones.com/kevin-drum/2015/11/chart-day-civil-asset-forfeiture-moral-abomination

RS_2017-04.bz2.deduped.txt:128879 - http://www.motherjones.com/kevin-drum/2017/04/dirges-have-begun-steve-bannon

RS_2017-04.bz2.deduped.txt:129079 - http://m.motherjones.com/politics/2017/04/trump-ethics-anti-corruption-foreign-corrupt-practices-act

RS_2017-04.bz2.deduped.txt:129154 - http://www.motherjones.com/politics/2017/04/trump-ethics-anti-corruption-foreign-corrupt-practices-act

RS_2017-04.bz2.deduped.txt:132366 - http://www.motherjones.com/politics/2017/04/carter-page-trump-russia-doesnt-remember-discuss-sanctions

RS_2017-04.bz2.deduped.txt:134565 - http://www.motherjones.com/politics/2017/04/mike-pompeo-wikileaks-russia?%3F%3F

RS_2017-04.bz2.deduped.txt:134678 - http://www.motherjones.com/politics/2017/04/donald-trump-obamacare-cost-sharing-reductions

RS_2017-04.bz2.deduped.txt:135740 - http://m.motherjones.com/politics/2017/04/donald-trump-obamacare-cost-sharing-reductions

RS_2017-04.bz2.deduped.txt:137273 - http://www.motherjones.com/politics/2017/04/about-those-hotdogs-mar-lago

RS_2017-04.bz2.deduped.txt:138471 - http://www.motherjones.com/kevin-drum/2017/04/how-many-republicans-are-atheists

RS_2017-04.bz2.deduped.txt:139141 - http://www.motherjones.com/politics/2017/04/what-twitter-going-do-about-disinformation-campaigns

RS_2017-04.bz2.deduped.txt:143344 -
http://www.motherjones.com/environment/2017/04/globes-supply-underground-water-vanishing
RS_2017-04.bz2.deduped.txt:144273 -
http://www.motherjones.com/environment/2017/04/trump-just-put-chemical-industy-hack-
charge-assessing-chemicals-epa
RS_2017-04.bz2.deduped.txt:148463 - http://www.motherjones.com/politics/2017/04/jon-
ossoff%E2%80%99s-race-first-real-battle-millennials-vs-trump
RS_2017-04.bz2.deduped.txt:152183 -
http://www.motherjones.com/environment/2017/04/trump-just-put-chemical-industy-hack-
charge-assessing-chemicals-epa?
RS_2017-04.bz2.deduped.txt:152900 - http://www.motherjones.com/politics/2017/04/jon-ossoff-
race-first-real-battle-millennials-vs-trump
RS_2017-04.bz2.deduped.txt:155405 - http://www.motherjones.com/politics/2017/04/devos-
pick-head-civil-rights-discrimination-being-white
RS_2017-04.bz2.deduped.txt:156870 -
http://www.motherjones.com/environment/2017/04/crucial-climate-mystery-just-under-our-feet
RS_2017-04.bz2.deduped.txt:162212 - http://www.motherjones.com/politics/2017/04/trumps-
autism-awareness-effort-not-show-support-autistic-people
RS_2017-04.bz2.deduped.txt:162921 - http://motherjones.com/environment/2017/04/watch-
young-girl-invite-republican-congressman-her-science-class
RS_2017-04.bz2.deduped.txt:163477 -
http://www.motherjones.com/environment/2017/04/watch-young-girl-invite-republican-
congressman-her-science-class
RS_2017-04.bz2.deduped.txt:163898 -
http://www.motherjones.com/politics/2017/04/guttmacher-report-abortion-restrictions-proactive-
legislation-first-quarter-2017
RS_2017-04.bz2.deduped.txt:165531 - http://www.motherjones.com/kevin-drum/2017/04/its-
wall-wot-won-it
RS_2017-04.bz2.deduped.txt:167801 -
http://www.motherjones.com/environment/2017/04/pesticides-chemicals-atrazine-asbestos-
neonics-bees-chuck-schumer-shampoo-trump-epa
RS_2017-04.bz2.deduped.txt:168521 - http://m.motherjones.com/politics/2017/04/dean-heller-
planned-parenthood-federal-funding
RS_2017-04.bz2.deduped.txt:169714 - http://www.motherjones.com/politics/2017/04/timeline-
anti-fascists-nazi-punching
RS_2017-04.bz2.deduped.txt:170507 - http://www.motherjones.com/politics/2017/04/dean-
heller-planned-parenthood-federal-funding
RS_2017-04.bz2.deduped.txt:171062 - http://www.motherjones.com/politics/2017/04/jon-ossoff-
race-first-real-battle-millennials-vs-trump-1
RS_2017-04.bz2.deduped.txt:172901 - http://www.motherjones.com/politics/2017/04/donald-
trump-tax-day-state-legislatures
RS_2017-04.bz2.deduped.txt:173349 -
http://www.motherjones.com/politics/2017/04/undocumented-immigrants-federal-taxes-trump
RS_2017-04.bz2.deduped.txt:173360 - http://www.motherjones.com/media/2017/03/dave-
eggers-resistance-reading-donald-trump

RS_2017-04.bz2.deduped.txt:174213 - http://www.motherjones.com/politics/2017/04/anti-racist-antifa-tinley-park-five
RS_2017-04.bz2.deduped.txt:180288 - http://www.motherjones.com/politics/2017/04/trump-turkey-erdogan-conflict-interest
RS_2017-04.bz2.deduped.txt:180985 - http://m.motherjones.com/politics/2017/04/far-right-white-supremacists-berkeley-protests-antifa-trump
RS_2017-04.bz2.deduped.txt:181411 - http://www.motherjones.com/politics/2017/04/far-right-white-supremacists-berkeley-protests-antifa-trump
RS_2017-04.bz2.deduped.txt:181843 - http://m.motherjones.com/kevin-drum/2017/04/under-trump-trade-deficits-interest-rates-car-sales
RS_2017-04.bz2.deduped.txt:182390 - http://www.motherjones.com/kevin-drum/2017/04/under-trump-trade-deficits-interest-rates-car-sales
RS_2017-04.bz2.deduped.txt:183011 - http://www.motherjones.com/politics/2017/04/cost-sharing-reductions-obamacare-donald-trump
RS_2017-04.bz2.deduped.txt:185042 - http://www.motherjones.com/politics/2017/04/jon-ossoff-georgia-special-election
RS_2017-04.bz2.deduped.txt:185399 - http://www.motherjones.com/environment/2017/04/scott-pruitt-new-epa-agenda-east-chicago
RS_2017-04.bz2.deduped.txt:188027 - http://www.motherjones.com/politics/2017/04/bernie-sanders-most-popular-politician-country-poll-says
RS_2017-04.bz2.deduped.txt:190278 - http://www.motherjones.com/environment/2017/04/slow-death-families-fear-pesticide-poisoning-after-trump-reverses-ban
RS_2017-04.bz2.deduped.txt:190852 - http://www.motherjones.com/media/2017/04/bill-oreilly-fox-news
RS_2017-04.bz2.deduped.txt:192648 - http://www.motherjones.com/politics/2017/04/virtual-reality-palmer-luckey-trump-inauguration
RS_2017-04.bz2.deduped.txt:193599 - http://m.motherjones.com/politics/2017/04/virtual-reality-palmer-luckey-trump-inauguration
RS_2017-04.bz2.deduped.txt:193975 - http://www.motherjones.com/politics/2017/04/republican-jon-ossoff-facing-georgias-runoff-and-her-alarming-anti-planned-parentho
RS_2017-04.bz2.deduped.txt:196867 - http://www.motherjones.com/environment/2017/04/trump-aides-postpone-meeting-paris-climate-deal
RS_2017-04.bz2.deduped.txt:197484 - http://www.motherjones.com/politics/2017/04/matt-heimbach-white-nationalist-trump-violence
RS_2017-04.bz2.deduped.txt:202886 - http://motherjones.com/politics/2017/04/virtual-reality-palmer-luckey-trump-inauguration
RS_2017-04.bz2.deduped.txt:204127 - http://www.motherjones.com/politics/2017/04/fox-owns-oreilly-legacy-david-corn
RS_2017-04.bz2.deduped.txt:205678 - http://www.motherjones.com/politics/2017/04/420-cannabis-marijuana-california-sanctuary-bill
RS_2017-04.bz2.deduped.txt:211471 - http://www.motherjones.com/politics/2017/04/jason-chaffetz-oversight-chairman-retiring-congress-trump
RS_2017-04.bz2.deduped.txt:212536 - http://www.motherjones.com/politics/2017/04/operation-git-meow-adopt-cat-program-gitmo

RS_2017-04.bz2.deduped.txt:212766 - http://www.motherjones.com/politics/2017/04/trump-russia-lebow-inauguration

RS_2017-04.bz2.deduped.txt:213477 - http://www.motherjones.com/kevin-drum/2017/04/gerrymandering-headed-back-supreme-court

RS_2017-04.bz2.deduped.txt:214207 - http://m.motherjones.com/politics/2017/04/trump-russia-lebow-inauguration

RS_2017-04.bz2.deduped.txt:215387 - http://www.motherjones.com/media/2017/04/standing-rock-osage-murders-david-grann-flower-moon-dapl

RS_2017-04.bz2.deduped.txt:215837 - http://www.motherjones.com/politics/2017/04/ledell-lee-execution-arkansas

RS_2017-04.bz2.deduped.txt:217092 - http://m.motherjones.com/politics/2017/04/genital-cutting-indian-doctor-women-khatna

RS_2017-04.bz2.deduped.txt:220297 - http://www.motherjones.com/environment/2017/04/big-pork-makes-life-miserable-160000-north-carolinians

RS_2017-04.bz2.deduped.txt:221666 - http://www.motherjones.com/politics/2017/04/march-for-science-earth-day-events

RS_2017-04.bz2.deduped.txt:222527 - http://www.motherjones.com/politics/2017/04/genital-cutting-indian-doctor-women-khatna

RS_2017-04.bz2.deduped.txt:223602 - http://www.motherjones.com/kevin-drum/2017/04/lets-talk-about-bubbles-and-james-comey

RS_2017-04.bz2.deduped.txt:224815 - http://www.motherjones.com/kevin-drum/2017/04/were-now-second-biggest-housing-boom-all-time

RS_2017-04.bz2.deduped.txt:228998 - http://www.motherjones.com/environment/2017/04/otra-nation-high-tech-ecotopia-border-wall-proposal-trump-needs-see

RS_2017-04.bz2.deduped.txt:229510 - http://www.motherjones.com/kevin-drum/2017/04/james-comey-partisan-hack

RS_2017-04.bz2.deduped.txt:232670 - http://www.motherjones.com/kevin-drum/2017/04/quote-day-i-said-nato-was-obsolete-because-i-didnt-know-anything-about-nato

RS_2017-04.bz2.deduped.txt:235005 - http://www.motherjones.com/politics/2017/04/democratic-socialists-america-trump

RS_2017-04.bz2.deduped.txt:235336 - http://www.motherjones.com/politics/2017/04/sessions-forensic-science

RS_2017-04.bz2.deduped.txt:235709 - http://www.motherjones.com/politics/2017/04/missouri-abortion-restrictions-blocked-new-restrictions-horizon

RS_2017-04.bz2.deduped.txt:241348 - http://m.motherjones.com/kevin-drum/2017/04/james-comey-partisan-hack

RS_2017-04.bz2.deduped.txt:241833 - http://www.motherjones.com/politics/2017/04/obama-university-chicago-first-appearance

RS_2017-04.bz2.deduped.txt:244351 - http://www.motherjones.com/kevin-drum/2017/04/new-york-times-updates-its-2015-hillary-clinton-fbi-investigation-story

RS_2017-04.bz2.deduped.txt:248605 - http://m.motherjones.com/politics/2017/04/democratic-socialists-america-trump

RS_2017-04.bz2.deduped.txt:250384 - http://www.motherjones.com/politics/2017/04/cnn-white-house-refuses-turn-over-flynn-documents

RS_2017-04.bz2.deduped.txt:255362 - http://m.motherjones.com/kevin-drum/2017/04/quote-day-i-said-nato-was-obsolete-because-i-didnt-know-anything-about-nato

RS_2017-04.bz2.deduped.txt:256677 - http://motherjones.com/politics/2013/01/ron-robinson-james-b-taylor-young-americas-foundation-white-nationalists

RS_2017-04.bz2.deduped.txt:257096 - http://m.motherjones.com/kevin-drum/2017/04/trump-plans-cram-his-entire-legislative-agenda-days-96-99

RS_2017-04.bz2.deduped.txt:258552 - http://www.motherjones.com/politics/2017/04/justice-department-audit-corecivic-marshal-service-leavenworth

RS_2017-04.bz2.deduped.txt:258644 - http://www.motherjones.com/politics/2017/04/why-its-impossible-republicans-investigate-trump-russia-scandal

RS_2017-04.bz2.deduped.txt:258767 - http://www.motherjones.com/politics/2017/04/trump-financial-ties-russia-money-laundering-banks-oligarchs-manafort

RS_2017-04.bz2.deduped.txt:261642 - http://m.motherjones.com/politics/2017/04/why-its-impossible-republicans-investigate-trump-russia-scandal

RS_2017-04.bz2.deduped.txt:263882 - http://www.motherjones.com/politics/2017/04/republicans-health-care-preexisting-conditions

RS_2017-04.bz2.deduped.txt:264517 - http://www.motherjones.com/politics/2017/04/trumps-tax-plan-will-make-trump-richer

RS_2017-04.bz2.deduped.txt:265496 - http://www.motherjones.com/politics/2017/04/trump-homeland-security-launches-voice-office-victims-immigrant-crime

RS_2017-04.bz2.deduped.txt:265851 - http://m.motherjones.com/politics/2017/04/ann-coulter-alt-right-berkeley-saul-alinsky-left-tactics-rules-for-radicals

RS_2017-04.bz2.deduped.txt:269837 - http://m.motherjones.com/politics/2017/04/trump-financial-ties-russia-money-laundering-banks-oligarchs-manafort

RS_2017-04.bz2.deduped.txt:271157 - http://www.motherjones.com/politics/2017/04/trump-foreign-travel-100-days

RS_2017-04.bz2.deduped.txt:271363 - http://www.motherjones.com/politics/2017/04/rodney-king-jeff-sessions-consent-decrees-policing

RS_2017-04.bz2.deduped.txt:272471 - http://www.motherjones.com/environment/2017/04/trump-blames-canada-massive-us-dairy-overproduction

RS_2017-04.bz2.deduped.txt:272815 - http://www.motherjones.com/politics/2017/04/dianne-feinstein-versus-donald-trump

RS_2017-04.bz2.deduped.txt:272888 - http://www.motherjones.com/kevin-drum/2017/04/its-embarrassing-be-american-these-days

RS_2017-04.bz2.deduped.txt:272940 - http://www.motherjones.com/politics/2017/04/berkeley-mayor-vows-crackdown-alt-right-antifa-ann-coulter

RS_2017-04.bz2.deduped.txt:275200 - http://www.motherjones.com/politics/2017/04/berkeley-rally-alt-right-antifa-punch

RS_2017-04.bz2.deduped.txt:278080 - http://www.motherjones.com/kevin-drum/2017/04/chaffetz

RS_2017-04.bz2.deduped.txt:282385 - http://www.motherjones.com/politics/2017/04/donald-trump-anti-union-president-acosta-gorsuch

RS_2017-04.bz2.deduped.txt:282606 - http://www.motherjones.com/environment/2017/04/epa-100-days-trump-ruckelshaus-pruitt

RS_2017-04.bz2.deduped.txt:283084 - http://www.motherjones.com/politics/2017/04/texas-undocumented-immigrants-sanctuary-cities

RS_2017-04.bz2.deduped.txt:286858 - http://m.motherjones.com/environment/2017/04/big-pork-makes-life-miserable-160000-north-carolinians

RS_2017-04.bz2.deduped.txt:288881 - http://www.motherjones.com/politics/2017/04/donald-trump-100-days-interview-easier

RS_2017-04.bz2.deduped.txt:288990 - http://www.motherjones.com/environment/2017/04/trumps-environmental-damage-100-days

RS_2017-04.bz2.deduped.txt:289624 - http://m.motherjones.com/kevin-drum/2017/04/after-only-3-months-covering-trump-63-percent-white-house-reporters-have-been-lie

RS_2017-04.bz2.deduped.txt:290918 - http://www.motherjones.com/kevin-drum/2017/04/quote-day-shit-hard

RS_2017-04.bz2.deduped.txt:293052 - http://www.motherjones.com/politics/2017/04/justice-sonia-sotomayor-dissent-houston-police-shooting

RS_2017-04.bz2.deduped.txt:293214 - http://www.motherjones.com/politics/2017/04/trump-names-anti-abortion-activist-top-healthcare-post

RS_2017-04.bz2.deduped.txt:294448 - http://www.motherjones.com/politics/2017/04/first-100-days-reproductive-rights-abortion-trump

RS_2017-04.bz2.deduped.txt:294451 - http://www.motherjones.com/environment/2017/04/climate-march-2017-trump

RS_2017-04.bz2.deduped.txt:295194 - http://www.motherjones.com/politics/2017/04/trump-real-war-fake-news-media

RS_2017-04.bz2.deduped.txt:295715 - http://www.motherjones.com/media/2017/04/bill-nye-ice-cream-orgy

RS_2017-04.bz2.deduped.txt:295908 - http://m.motherjones.com/kevin-drum/2017/04/wednesday-was-most-dangerous-day-so-far-trump-presidency

RS_2017-04.bz2.deduped.txt:296590 - http://www.motherjones.com/kevin-drum/2017/04/wednesday-was-most-dangerous-day-so-far-trump-presidency

RS_2017-04.bz2.deduped.txt:296807 - http://www.motherjones.com/kevin-drum/2017/04/paul-ryan-isnt-even-trying-pass-health-care-bill-anymore

RS_2017-04.bz2.deduped.txt:297074 - http://www.motherjones.com/politics/2016/06/donald-trump-elizabeth-warren-pocahontas-and-very-racist

RS_2017-04.bz2.deduped.txt:297502 - http://m.motherjones.com/politics/2017/04/trump-100-days-100-seconds-video-facebook

RS_2017-04.bz2.deduped.txt:298089 - http://www.motherjones.com/politics/2017/04/trump-100-days-100-seconds-video-facebook

RS_2015-06.bz2.deduped.txt:361 - http://m.motherjones.com/politics/2015/05/james-holmes-diary-aurora-gun-free-zones-debunked

RS_2015-06.bz2.deduped.txt:2719 - http://www.motherjones.com/politics/2015/05/final-front-sam-brownbacks-battle-control-kansas

RS_2015-06.bz2.deduped.txt:2734 - http://www.motherjones.com/politics/2015/05/lindsey-graham-has-some-thoughts-middle-east-you

RS_2015-06.bz2.deduped.txt:3908 - http://www.motherjones.com/media/2015/05/columbus-ohio-millennials-brooklyn

RS_2015-06.bz2.deduped.txt:5380 - http://www.motherjones.com/mojo/2015/06/supreme-court-elonis-internet-trolls-first-amendment

RS_2015-06.bz2.deduped.txt:15336 - http://www.motherjones.com/politics/2015/06/data-police-shootings-washington-post-guardian

RS_2015-06.bz2.deduped.txt:17722 -
http://www.motherjones.com/environment/2015/05/microbeads-exfoliators-plastic-face-scrub-toothpaste
RS_2015-06.bz2.deduped.txt:21405 - http://www.motherjones.com/environment/2015/06/list-canned-foods-bpa
RS_2015-06.bz2.deduped.txt:21421 - http://www.motherjones.com/blue-marble/2015/06/guess-who-just-came-out-support-bold-fix-climate-change
RS_2015-06.bz2.deduped.txt:21659 - http://www.motherjones.com/tom-philpott/2015/06/factory-farms-keep-getting-bigger
RS_2015-06.bz2.deduped.txt:23303 - http://www.motherjones.com/mojo/2015/06/elizabeth-warrens-mad-as-hell
RS_2015-06.bz2.deduped.txt:23331 - http://www.motherjones.com/kevin-drum/2015/06/dont-pay-attention-obamacare-rate-increase-horror-stories
RS_2015-06.bz2.deduped.txt:26613 - http://www.motherjones.com/environment/2015/05/how-solar-power-could-save-lives-war-torn-gaza
RS_2015-06.bz2.deduped.txt:28660 - http://www.motherjones.com/kevin-drum/2015/06/what-do-so-many-obvious-losers-think-they-can-be-president
RS_2015-06.bz2.deduped.txt:31147 - http://www.motherjones.com/politics/2015/05/rick-perry-running-president-read-these-8-stories-about-him-now
RS_2015-06.bz2.deduped.txt:31261 - http://www.motherjones.com/politics/2015/06/republican-national-committee-megadonors-2016
RS_2015-06.bz2.deduped.txt:31907 - http://www.motherjones.com/politics/2015/06/rick-perry-climate-change-skeptic-oops
RS_2015-06.bz2.deduped.txt:32225 - http://www.motherjones.com/mojo/2015/06/lincoln-chafee-metric-system-campaign
RS_2015-06.bz2.deduped.txt:34249 - http://www.motherjones.com/tom-philpott/2015/06/organic-farming-more-profitable-conventional
RS_2015-06.bz2.deduped.txt:36299 - http://www.motherjones.com/mojo/2015/06/rick-perry-rap-song
RS_2015-06.bz2.deduped.txt:40520 - http://www.motherjones.com/blue-marble/2015/06/fda-viagra-women-flibanserin
RS_2015-06.bz2.deduped.txt:40903 -
http://www.motherjones.com/environment/2015/06/aviation-charts
RS_2015-06.bz2.deduped.txt:44742 - http://www.motherjones.com/media/2015/06/chinese-internet-addiction-center-photos
RS_2015-06.bz2.deduped.txt:47156 - http://www.motherjones.com/environment/2015/06/china-coal-carbon-climate-guardian
RS_2015-06.bz2.deduped.txt:51024 - http://www.motherjones.com/mojo/2015/06/appeals-court-denies-birthright-citizenship-american-samoans
RS_2015-06.bz2.deduped.txt:52730 - http://m.motherjones.com/environment/2015/06/china-coal-carbon-climate-guardian
RS_2015-06.bz2.deduped.txt:53621 - http://www.motherjones.com/blue-marble/2015/06/epa-fracking-drinking-water
RS_2015-06.bz2.deduped.txt:58834 - http://www.motherjones.com/contributor/2015/06/if-you-want-to-see-your-precious-soccer-governing-body-again-switch-to-fahrenheit-before-the-fourth-of-july

RS_2015-06.bz2.deduped.txt:58990 - http://www.motherjones.com/kevin-drum/2015/06/heres-why-libertarians-are-mostly-men

RS_2015-06.bz2.deduped.txt:61134 - http://www.motherjones.com/politics/2015/06/frank-guinta-new-hampshire-campaign-finance-scandal

RS_2015-06.bz2.deduped.txt:66938 - http://m.motherjones.com/contributor/2015/06/apple-just-announced-oh-wait-that-is-a-different-post

RS_2015-06.bz2.deduped.txt:68112 - http://www.motherjones.com/environment/2015/06/g7-fossil-fuels-climate-change

RS_2015-06.bz2.deduped.txt:69440 - http://www.motherjones.com/politics/2015/05/b00k-arms-dudes-guy-lawson-pentagon-contracting

RS_2015-06.bz2.deduped.txt:70141 - http://www.motherjones.com/mojo/2015/06/ann-ravel-petitions-fec-to-enforce-campaign-finance-rules

RS_2015-06.bz2.deduped.txt:70159 - http://www.motherjones.com/environment/2015/06/climate-change-good-news-china

RS_2015-06.bz2.deduped.txt:70413 - http://www.motherjones.com/contributor/2015/06/apple-just-announced-oh-wait-that-is-a-different-post

RS_2015-06.bz2.deduped.txt:70609 - http://www.motherjones.com/environment/2010/09/dan-markingson-drug-trial-astrazeneca

RS_2015-06.bz2.deduped.txt:72340 - http://www.motherjones.com/politics/2015/06/police-shootings-america-developed-countries

RS_2015-06.bz2.deduped.txt:72609 - http://www.motherjones.com/blue-marble/2015/06/american-medical-association-vaccination%20

RS_2015-06.bz2.deduped.txt:73340 - http://www.motherjones.com/blue-marble/2015/06/american-medical-association-vaccination

RS_2015-06.bz2.deduped.txt:73341 - http://www.motherjones.com/politics/2015/06/michigan-detroit-austerity-democracy-environment

RS_2015-06.bz2.deduped.txt:75509 - http://www.motherjones.com/kevin-drum/2015/06/louisiana-republicans-now-wish-theyd-never-heard-grover-norquist

RS_2015-06.bz2.deduped.txt:75697 - http://www.motherjones.com/politics/2015/06/donald-rumsfeld-apparently-forgot-times-he-urged-iraqi-democracy

RS_2015-06.bz2.deduped.txt:78475 - http://www.motherjones.com/politics/2015/06/federal-court-texas-law-will-close-majority-abortion-clinics

RS_2015-06.bz2.deduped.txt:79747 - http://www.motherjones.com/politics/2015/06/watch-jeb-bush-defend-campaign-ad-exploited-murder-10-year-old-girl

RS_2015-06.bz2.deduped.txt:79754 - http://www.motherjones.com/politics/2015/06/edward-peruta-san-diego-concealed-carry

RS_2015-06.bz2.deduped.txt:79775 - http://www.motherjones.com/tom-philpott/2015/06/less-meat-smil

RS_2015-06.bz2.deduped.txt:79812 - http://www.motherjones.com/politics/2015/06/rick-perry-president-indictment

RS_2015-06.bz2.deduped.txt:82461 - http://www.motherjones.com/blue-marble/2015/06/meat-excuses

RS_2015-06.bz2.deduped.txt:89222 - http://www.motherjones.com/environment/2015/06/california-sinking-drought-ground-water

RS_2015-06.bz2.deduped.txt:94000 - http://www.motherjones.com/politics/2015/06/jeb-bush-david-eller-mwi-bush-el-nigeria

RS_2015-06.bz2.deduped.txt:96757 - http://www.motherjones.com/mojo/2015/06/sanders-clinton-iraq-war-vote

RS_2015-06.bz2.deduped.txt:98423 - http://www.motherjones.com/politics/2015/06/scott-walker-stadium-bucks-afp-koch

RS_2015-06.bz2.deduped.txt:98545 - http://www.motherjones.com/mojo/2015/06/TPA-TPP-fast-track-trans-pacific-partnership-vote

RS_2015-06.bz2.deduped.txt:98843 - http://www.motherjones.com/politics/2015/06/supreme-court-abortion-texas-election

RS_2015-06.bz2.deduped.txt:100793 - http://www.motherjones.com/politics/2015/06/ted-cruz-complains-running-president-sucks

RS_2015-06.bz2.deduped.txt:102210 - http://www.motherjones.com/mixed-media/2015/06/spokane-naacp-leader-lying-about-being-black-parents-say

RS_2015-06.bz2.deduped.txt:103487 - http://www.motherjones.com/environment/2015/06/gastropod-martini-james-bond

RS_2015-06.bz2.deduped.txt:107145 - http://www.motherjones.com/blue-marble/2015/06/epa-just-released-map-shows-where-environmental-injustice-occurs

RS_2015-06.bz2.deduped.txt:112881 - http://www.motherjones.com/mojo/2015/06/us-defense-spending-war-isis

RS_2015-06.bz2.deduped.txt:112900 - http://www.motherjones.com/kevin-drum/2015/06/every-four-years-we-vote-our-hearts-desire

RS_2015-06.bz2.deduped.txt:112917 - http://motherjones.com/environment/2015/06/california-sinking-drought-ground-water

RS_2015-06.bz2.deduped.txt:114605 - http://www.motherjones.com/kevin-drum/2015/06/are-we-really-control-our-own-outrage-case-social-media-and-tim-hunt

RS_2015-06.bz2.deduped.txt:116137 - http://www.motherjones.com/rights-stuff/2011/01/no-haiti-no-louisiana-purchase

RS_2015-06.bz2.deduped.txt:119098 - http://www.motherjones.com/environment/2015/06/jeb-bush-global-warming-skeptic

RS_2015-06.bz2.deduped.txt:119141 - http://www.motherjones.com/blue-marble/2015/06/big-food-has-more-influence-nutritional-science-then-you-think

RS_2015-06.bz2.deduped.txt:119150 - http://www.motherjones.com/environment/2015/06/california-water-suck-you-never-heard

RS_2015-06.bz2.deduped.txt:119340 - http://www.motherjones.com/politics/2015/06/jeb-bush-running-president-read-these-stories-about-him-now

RS_2015-06.bz2.deduped.txt:122412 - http://www.motherjones.com/mojo/2015/06/in-colorado-hills-and-valleys-for-pot-smokers

RS_2015-06.bz2.deduped.txt:123605 - http://www.motherjones.com/environment/2015/06/pope-francis-climate-change-encyclical

RS_2015-06.bz2.deduped.txt:124532 - http://www.motherjones.com/mojo/2015/06/cia-may-have-violated-policy-human-experimentation

RS_2015-06.bz2.deduped.txt:124546 - http://www.motherjones.com/kevin-drum/2015/06/louisiana-ran-out-money-you-wont-believe-what-they-did-next

RS_2015-06.bz2.deduped.txt:128147 - http://www.motherjones.com/politics/2015/06/donald-trump-science-climate-change-vaccines-autism-ebola

RS_2015-06.bz2.deduped.txt:128297 - http://www.motherjones.com/tom-philpott/2015/06/attention-viagra-users-columbus-dont-drink-water

RS_2015-06.bz2.deduped.txt:128351 - http://www.motherjones.com/mojo/2015/06/legal-medical-marijuana-study-teens-smoking-pot

RS_2015-06.bz2.deduped.txt:129681 - http://www.motherjones.com/media/2014/05/google-diversity-labor-gender-race-gap-workers-silicon-valley

RS_2015-06.bz2.deduped.txt:131421 - http://www.motherjones.com/blue-marble/2015/06/dear-rick-santorum-pope-actually-did-study-science

RS_2015-06.bz2.deduped.txt:132714 - http://www.motherjones.com/mojo/2015/06/supreme-court-north-carolina-abortion-ultrasound

RS_2015-06.bz2.deduped.txt:133423 - http://www.motherjones.com/politics/2015/06/neil-young-donald-trump-bernie-sanders

RS_2015-06.bz2.deduped.txt:133472 - http://m.motherjones.com/politics/2015/06/neil-young-donald-trump-bernie-sanders

RS_2015-06.bz2.deduped.txt:137353 - http://www.motherjones.com/blue-marble/2015/06/fda-finally-moves-restrict-trans-fat

RS_2015-06.bz2.deduped.txt:137400 - http://www.motherjones.com/politics/2015/06/jeb-bush-obama-al-qaeda-nasir-nasir-al-wuhayshi

RS_2015-06.bz2.deduped.txt:137551 - http://www.motherjones.com/politics/2015/06/office-of-personnel-management-hack-cisa

RS_2015-06.bz2.deduped.txt:137682 - http://www.motherjones.com/mojo/2015/06/private-prisons-profit

RS_2015-06.bz2.deduped.txt:137867 - http://www.motherjones.com/kevin-drum/2015/06/paul-ryans-vision-dickensian-hellhole-vote-next-year

RS_2015-06.bz2.deduped.txt:140436 - http://www.motherjones.com/politics/2015/06/spencer-zwick-romney-clinton-america-rising

RS_2015-06.bz2.deduped.txt:146861 - http://www.motherjones.com/tom-philpott/2015/06/giant-california-company-foster-caught-video-abusing-chickens

RS_2015-06.bz2.deduped.txt:146868 - http://www.motherjones.com/politics/2015/06/north-carolina-republicans-judicial-election

RS_2015-06.bz2.deduped.txt:146913 - http://www.motherjones.com/blue-marble/2015/06/aquifers-groundwater-world-depleted-california-drought

RS_2015-06.bz2.deduped.txt:147006 - http://www.motherjones.com/kevin-drum/2015/06/tpp-tpa-and-taa-trying-explain-unexplainable

RS_2015-06.bz2.deduped.txt:149417 - http://www.motherjones.com/environment/2015/06/pope-encyclical-climate-change-inequality

RS_2015-06.bz2.deduped.txt:149880 - http://www.motherjones.com/mojo/2015/06/obama-remarks-charleston-shooting

RS_2015-06.bz2.deduped.txt:150761 - http://www.motherjones.com/mojo/2015/06/clarence-thomas-supreme-court-confederate-flag-texas-license-plates

RS_2015-06.bz2.deduped.txt:152783 - http://www.motherjones.com/politics/2015/06/gun-free-zones-charleston-shooting-defensive-gun-use-myth

RS_2015-06.bz2.deduped.txt:152845 - http://www.motherjones.com/mojo/2015/06/why-south-carolina-flies-confederate-flag

RS_2015-06.bz2.deduped.txt:153021 - http://www.motherjones.com/politics/2015/06/clarence-thomas-brumfield-v-cain

RS_2015-06.bz2.deduped.txt:153087 - http://www.motherjones.com/politics/2015/06/chester-gun-violence-black-deaths-matter

RS_2015-06.bz2.deduped.txt:155486 - http://www.motherjones.com/mojo/2015/06/attacks-black-churches-since-1995
RS_2015-06.bz2.deduped.txt:159108 - http://www.motherjones.com/politics/2015/06/jeb-bush-latest-gop-candidate-brush-aside-racial-motivations-charleston-shooting
RS_2015-06.bz2.deduped.txt:162140 - http://www.motherjones.com/mojo/2015/06/right-finally-ready-turn-confederate-flag
RS_2015-06.bz2.deduped.txt:162192 - http://www.motherjones.com/politics/2015/06/rick-perry-charleston-murders-were-because-drugs-not-racism
RS_2015-06.bz2.deduped.txt:163315 - http://www.motherjones.com/mojo/2015/06/allen-ginsberg-bernie-sanders-poem
RS_2015-06.bz2.deduped.txt:163614 - http://www.motherjones.com/media/2015/06/breaking-news-cable-post-courier-charleston-massacre
RS_2015-06.bz2.deduped.txt:164308 - http://www.motherjones.com/mojo/2015/06/families-charleston-shooting-victims-we-forgive-you
RS_2015-06.bz2.deduped.txt:164809 - http://www.motherjones.com/blue-marble/2015/06/viruses-interstates-study
RS_2015-06.bz2.deduped.txt:164831 - http://www.motherjones.com/environment/2015/06/best-golfers-world-are-playing-golf-course-powered-poop
RS_2015-06.bz2.deduped.txt:165496 - http://www.motherjones.com/environment/2015/06/california-water-suck-you-never-heard?utm_content=bufferb30f8&utm_medium=social&utm_source=twitter.com&utm_campaign=buffer
RS_2015-06.bz2.deduped.txt:167356 - http://www.motherjones.com/politics/2015/06/alleged-charleston-shooter-dylann-roof-manifesto-racist
RS_2015-06.bz2.deduped.txt:171763 - http://www.motherjones.com/politics/2015/06/fec-argues-over-whether-commissioners-are-people
RS_2015-06.bz2.deduped.txt:172898 - http://www.motherjones.com/politics/2015/06/rand-paul-flat-tax-plan-15-trillion-deficit
RS_2015-06.bz2.deduped.txt:173102 - http://www.motherjones.com/politics/2015/06/most-awful-reaction-charleston-mass-shooting-nra
RS_2015-06.bz2.deduped.txt:175535 - http://www.motherjones.com/politics/2015/06/council-conservative-citizens-dylann-roof
RS_2015-06.bz2.deduped.txt:176043 - http://m.motherjones.com/politics/2012/04/sweatshop-labor-prisoners-penal-labor
RS_2015-06.bz2.deduped.txt:176209 - http://www.motherjones.com/politics/2015/06/ceo-compensation-income-gap-epi-report-2014
RS_2015-06.bz2.deduped.txt:176346 - http://www.motherjones.com/mixed-media/2015/06/evidence-silicon-valley-really-sexist
RS_2015-06.bz2.deduped.txt:176528 - http://www.motherjones.com/politics/2015/06/rick-perry-energy-transfer-partners-pipeline-board
RS_2015-06.bz2.deduped.txt:178315 - http://www.motherjones.com/kevin-drum/2015/06/cell-phone-or-porsche-cable-tv-or-first-class-travel-quien-es-mas-macho
RS_2015-06.bz2.deduped.txt:179313 - http://www.motherjones.com/kevin-drum/2015/06/money-politics-istop-concern-democrats-republicans-continue-not-care
RS_2015-06.bz2.deduped.txt:179788 - http://www.motherjones.com/mojo/2006/04/senate-presidents-son-sodomizes-18-boys-not-charged-sexual-assault

RS_2015-06.bz2.deduped.txt:180657 - http://www.motherjones.com/mojo/2015/06/marijuana-research-restriction-lifted-obama

RS_2015-06.bz2.deduped.txt:181518 - http://m.motherjones.com/mojo/2015/06/donald-trump-pinata-mexico

RS_2015-06.bz2.deduped.txt:182713 - http://www.motherjones.com/contributor/2015/06/never-perform-drum-solos-on-national-tv

RS_2015-06.bz2.deduped.txt:182822 - http://www.motherjones.com/blue-marble/2015/06/water-districts-just-sued-state-over-water-rights

RS_2015-06.bz2.deduped.txt:183323 - http://m.motherjones.com/kevin-drum/2015/06/tpp-looks-set-pass-congress-after-all

RS_2015-06.bz2.deduped.txt:185379 - http://www.motherjones.com/blue-marble/2015/06/epa-report-puts-staggering-price-tag-climate-inaction

RS_2015-06.bz2.deduped.txt:185857 - http://www.motherjones.com/mojo/2015/06/jeb-bush-cybersecurity-estonia

RS_2015-06.bz2.deduped.txt:187237 - http://www.motherjones.com/mojo/2015/06/donald-trump-pinata-mexico

RS_2015-06.bz2.deduped.txt:188756 - http://www.motherjones.com/kevin-drum/2015/06/fast-track-passes-tpp-now-nearly-certain-pass-too

RS_2015-06.bz2.deduped.txt:189185 - http://www.motherjones.com/mojo/2015/06/rand-paul-super-pac-bailout-bush

RS_2015-06.bz2.deduped.txt:191426 - http://m.motherjones.com/kevin-drum/2015/06/fast-track-passes-tpp-now-nearly-certain-pass-too

RS_2015-06.bz2.deduped.txt:193250 - http://www.motherjones.com/politics/2015/06/confederate-flag-backlash

RS_2015-06.bz2.deduped.txt:195190 - http://www.motherjones.com/environment/2015/05/air-pollution-dementia-alzheimers-brain

RS_2015-06.bz2.deduped.txt:196058 - http://www.motherjones.com/kevin-drum/2015/06/point-democracy-keep-powerful-elites-becoming-complete-jackasses

RS_2015-06.bz2.deduped.txt:198095 - http://www.motherjones.com/politics/2015/06/tamir-rice-police-killing-911-call-investigation

RS_2015-06.bz2.deduped.txt:200338 - http://www.motherjones.com/mojo/2015/06/bobby-jindal-presidential-campaign-announcement-video

RS_2015-06.bz2.deduped.txt:201669 - http://www.motherjones.com/politics/2015/06/bobby-jindal-zack-kopplin-evolution

RS_2015-06.bz2.deduped.txt:203104 - http://www.motherjones.com/mojo/2015/06/south-carolina-state-senator-and-son-segregationist-just-called-confederate-flags-remov

RS_2015-06.bz2.deduped.txt:203309 - http://www.motherjones.com/environment/2015/06/dutch-government-carbon-emissions

RS_2015-06.bz2.deduped.txt:205461 - http://www.motherjones.com/politics/2015/06/online-ad-explosion-2016

RS_2015-06.bz2.deduped.txt:205864 - http://www.motherjones.com/kevin-drum/2015/06/health-insurance-all-about-lot-more-just-health

RS_2015-06.bz2.deduped.txt:207518 - http://www.motherjones.com/mojo/2015/06/supreme-court-obamacare

RS_2015-06.bz2.deduped.txt:210342 - http://www.motherjones.com/politics/2015/06/jeb-bush-hates-washington-loves-lobbyists

RS_2015-06.bz2.deduped.txt:212250 - http://www.motherjones.com/politics/2015/06/new-jersey-gay-conversion-therapy-consumer-fraud-jonah?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29
RS_2015-06.bz2.deduped.txt:214871 - http://www.motherjones.com/environment/2015/06/california-sink-drought-san-luis-obispo
RS_2015-06.bz2.deduped.txt:214962 - http://www.motherjones.com/politics/2015/06/bernie-sanders-plan-to-beat-hillary-clinton
RS_2015-06.bz2.deduped.txt:215361 - http://www.motherjones.com/mixed-media/2015/06/univision-donald-trump-mexicans-rapists
RS_2015-06.bz2.deduped.txt:216426 - http://www.motherjones.com/mojo/2015/06/supreme-court-gay-marriage
RS_2015-06.bz2.deduped.txt:216594 - http://m.motherjones.com/mojo/2015/06/supreme-court-gay-marriage
RS_2015-06.bz2.deduped.txt:216660 - http://m.motherjones.com/mixed-media/2015/06/whole-foods-overcharging-new-york-city
RS_2015-06.bz2.deduped.txt:217317 - http://www.motherjones.com/mojo/2015/06/mike-huckabee-just-set-bar-really-high-worst-reaction-same-sex-marriage
RS_2015-06.bz2.deduped.txt:217651 - http://motherjones.com/kevin-drum/2015/06/obamacare-still-isnt-safe-and-liberals-better-not-forget-it
RS_2015-06.bz2.deduped.txt:218144 - http://www.motherjones.com/mojo/2015/06/mike-huckabee-just-set-bar-really-high-worst-reaction-same-sex-marriage#atheism|jlew24asu
RS_2015-06.bz2.deduped.txt:220560 - http://www.motherjones.com/politics/2015/06/obama-amazing-grace-pinckney-eulogy-charleston
RS_2015-06.bz2.deduped.txt:221052 - http://www.motherjones.com/contributor/2015/06/the-gays-won-the-civil-war
RS_2015-06.bz2.deduped.txt:222223 - http://www.motherjones.com/politics/2015/06/transgender-women-disproportionately-targeted-violent-hate-crimes
RS_2015-06.bz2.deduped.txt:222256 - http://www.motherjones.com/politics/2015/06/san-francisco-mayor-gavin-newsom-supreme-court-ruling-same-sex-marriage
RS_2015-06.bz2.deduped.txt:223164 - http://www.motherjones.com/blue-marble/2015/06/congress-doesnt-think-agriculture-has-anything-do-your-health
RS_2015-06.bz2.deduped.txt:223242 - http://www.motherjones.com/blue-marble/2015/06/threatened-atlantic-puffins-are-nesting-and-its-adorable
RS_2015-06.bz2.deduped.txt:228038 - http://www.motherjones.com/politics/2015/06/antonin-scalia-insult-generator?tmp=1&0=6&1=6&2=17
RS_2015-06.bz2.deduped.txt:232335 - http://www.motherjones.com/politics/1998/07/danger-air
RS_2015-06.bz2.deduped.txt:233029 - http://www.motherjones.com/media/2015/06/sonya-clark-unraveling-confederate-flag
RS_2015-06.bz2.deduped.txt:237103 - http://www.motherjones.com/politics/2015/06/jeb-bush-shell-corporation-bhag
RS_2015-06.bz2.deduped.txt:238598 - http://www.motherjones.com/politics/2015/06/supreme-court-death-penalty-lethal-injection-glossip-gross
RS_2015-06.bz2.deduped.txt:238720 - http://www.motherjones.com/politics/2015/06/supreme-court-redistricting-case-arizona

RS_2015-06.bz2.deduped.txt:239278 - http://www.motherjones.com/politics/2015/06/breyer-dissent-death-penalty-glossip-gross-scotus

RS_2015-06.bz2.deduped.txt:240399 - http://www.motherjones.com/mojo/2015/06/sotomayor-death-penalty-burned-at-stake

RS_2015-06.bz2.deduped.txt:240580 - http://www.motherjones.com/mixed-media/2015/06/whole-foods-overcharging-new-york-city

RS_2015-06.bz2.deduped.txt:244724 - http://www.motherjones.com/mojo/2015/06/supreme-court-texas-abortion-clinics

RS_2015-06.bz2.deduped.txt:247916 - http://www.motherjones.com/politics/2015/06/elizabeth-warren-endorse-bernie-sanders-hillary-clinton

RS_2015-06.bz2.deduped.txt:251365 - http://www.motherjones.com/environment/2015/06/emerald-triangle-marijuana-raid-water-drought

RS_2017-06.bz2.deduped.txt:664 - http://www.motherjones.com/politics/2017/05/nearly-8000-new-voters-registered-ahead-georgia-special-election

RS_2017-06.bz2.deduped.txt:3548 - http://www.motherjones.com/politics/2017/05/trump-wants-to-let-your-boss-take-away-your-birth-control-obamacare-contraception-mandate

RS_2017-06.bz2.deduped.txt:4177 - http://www.motherjones.com/politics/2017/05/historically-black-colleges-universities-hbcu-trump

RS_2017-06.bz2.deduped.txt:5250 - http://www.motherjones.com/politics/2017/06/russia-trump-putin-scandal-key-players-dossiers

RS_2017-06.bz2.deduped.txt:9973 - http://m.motherjones.com/kevin-drum/2017/06/maybe-lead-causes-autism-too

RS_2017-06.bz2.deduped.txt:10303 - http://www.motherjones.com/environment/2017/06/trump-pulls-out-paris-climate-deal

RS_2017-06.bz2.deduped.txt:10506 - http://m.motherjones.com/environment/2017/05/trump-will-regret-leaving-paris-climate-deal-0#b

RS_2017-06.bz2.deduped.txt:10835 - http://www.motherjones.com/environment/2017/05/trump-will-regret-leaving-paris-climate-deal-0

RS_2017-06.bz2.deduped.txt:11104 - http://www.motherjones.com/environment/2016/07/donald-trump-maralago-climate-change

RS_2017-06.bz2.deduped.txt:14069 - http://www.motherjones.com/environment/2017/06/trump-pittsburgh-wrong

RS_2017-06.bz2.deduped.txt:16547 - http://www.motherjones.com/politics/2017/05/donald-trump-war-free-speech-attacks-news-media

RS_2017-06.bz2.deduped.txt:16595 - http://www.motherjones.com/environment/2017/06/obama-trump-paris-treaty-absence-american-leadership

RS_2017-06.bz2.deduped.txt:19398 - http://www.motherjones.com/politics/2017/05/mcgahn-trump-flynn-russia-white-house

RS_2017-06.bz2.deduped.txt:20374 - http://www.motherjones.com/environment/2017/06/china-trump-paris-facts

RS_2017-06.bz2.deduped.txt:20714 - http://www.motherjones.com/politics/2017/06/donald-trump-ethics-waivers

RS_2017-06.bz2.deduped.txt:20795 - http://www.motherjones.com/environment/2017/06/trump-doesnt-understand-paris-agreement

RS_2017-06.bz2.deduped.txt:20805 - http://www.motherjones.com/politics/2017/05/ninth-circuit-judge-slams-trump-deportation-order

RS_2017-06.bz2.deduped.txt:23996 - http://m.motherjones.com/politics/2017/06/adelanto-death-immigration-detention-geo

RS_2017-06.bz2.deduped.txt:25359 - http://www.motherjones.com/kevin-drum/2017/06/lets-cut-crap-about-why-hillary-clinton-lost

RS_2017-06.bz2.deduped.txt:25415 - http://www.motherjones.com/kevin-drum/2017/06/biggest-beneficiaries-america-first-arerussia-and-china

RS_2017-06.bz2.deduped.txt:27836 - http://www.motherjones.com/environment/2017/06/donald-trump-pittsburgh-paris

RS_2017-06.bz2.deduped.txt:29000 - http://m.motherjones.com/kevin-drum/2017/06/biggest-beneficiaries-america-first-arerussia-and-china

RS_2017-06.bz2.deduped.txt:31511 - http://www.motherjones.com/politics/2017/06/adelanto-death-immigration-detention-geo

RS_2017-06.bz2.deduped.txt:35135 - http://www.motherjones.com/politics/2015/06/gun-owners-study-one-in-three

RS_2017-06.bz2.deduped.txt:36812 - http://www.motherjones.com/environment/2017/06/endangered-species-act-whitebark-pines

RS_2017-06.bz2.deduped.txt:37496 - http://www.motherjones.com/kevin-drum/2017/06/donald-trump-worlds-biggest-asshole

RS_2017-06.bz2.deduped.txt:38373 - http://m.motherjones.com/politics/2017/04/timeline-anti-fascists-nazi-punching

RS_2017-06.bz2.deduped.txt:42811 - http://www.motherjones.com/politics/2017/06/russian-active-measures-trump-propaganda-conspiracy-theories

RS_2017-06.bz2.deduped.txt:43424 - http://www.motherjones.com/politics/2017/06/antifa-movement-anti-trump-politics-nazi

RS_2017-06.bz2.deduped.txt:45565 - http://www.motherjones.com/politics/2017/06/republican-congressman-clay-higgins-suspected-islamic-radicals-kill-them-all

RS_2017-06.bz2.deduped.txt:45713 - http://m.motherjones.com/politics/2017/06/republican-congressman-clay-higgins-suspected-islamic-radicals-kill-them-all

RS_2017-06.bz2.deduped.txt:46211 - http://www.motherjones.com/environment/2017/06/trump-g7-der-spiegel-minutes-merkel-macron

RS_2017-06.bz2.deduped.txt:46723 - http://m.motherjones.com/environment/2017/06/trump-g7-der-spiegel-minutes-merkel-macron

RS_2017-06.bz2.deduped.txt:49231 - http://www.motherjones.com/politics/2017/06/intercept-nsa-document-russia-hack

RS_2017-06.bz2.deduped.txt:49295 - http://www.motherjones.com/kevin-drum/2017/06/powerful-study-lead-crime-hypothesis

RS_2017-06.bz2.deduped.txt:49998 - http://www.motherjones.com/politics/2017/06/intercept-nsa-document-russia-hack

RS_2017-06.bz2.deduped.txt:51561 - http://www.motherjones.com/environment/2017/05/meal-kit-freezer-packs-blue-apron-hello-fresh

RS_2017-06.bz2.deduped.txt:53000 - http://www.motherjones.com/kevin-drum/2017/06/trump-now-lying-his-own-national-security-staff

RS_2017-06.bz2.deduped.txt:54677 - http://www.motherjones.com/politics/2017/06/trump-tweets-travel-ban-court

RS_2017-06.bz2.deduped.txt:55700 - http://www.motherjones.com/politics/2013/03/rape-wartime-vietnam/
RS_2017-06.bz2.deduped.txt:57154 - http://www.motherjones.com/politics/2017/06/roger-stone-nigel-farage-donald-trump-russia-fbi/
RS_2017-06.bz2.deduped.txt:58035 - http://www.motherjones.com/environment/2017/06/trump-g7-der-spiegel-minutes-merkel-macron/
RS_2017-06.bz2.deduped.txt:58944 - https://www.motherjones.com/politics/2017/06/donald-trump-qatar-hotel-saudi-arabia/
RS_2017-06.bz2.deduped.txt:62309 - http://www.motherjones.com/kevin-drum/2017/05/contempt/
RS_2017-06.bz2.deduped.txt:63439 - http://www.motherjones.com/politics/2017/06/republican-congressman-clay-higgins-suspected-islamic-radicals-kill-them-all/
RS_2017-06.bz2.deduped.txt:63712 - http://www.motherjones.com/environment/2017/06/an-american-leader-is-in-china-right-now-signing-all-these-climate-deals-it-is-obviously-not-trump/
RS_2017-06.bz2.deduped.txt:64105 - http://www.motherjones.com/politics/2017/05/alabama-governor-signs-law-could-restore-voting-rights-thousands-people/
RS_2017-06.bz2.deduped.txt:65543 - http://www.motherjones.com/politics/2017/06/russian-active-measures-trump-propaganda-conspiracy-theories/
RS_2017-06.bz2.deduped.txt:67927 - http://www.motherjones.com/politics/2017/06/betsy-devos-once-again-stumbles-when-asked-about-lgbt-discrimination-at-private-schools/
RS_2017-06.bz2.deduped.txt:69818 - http://www.motherjones.com/politics/2017/06/antifa-movement-anti-trump-politics-nazi/
RS_2017-06.bz2.deduped.txt:69952 - http://www.motherjones.com/politics/2017/06/single-payer-california-brown-trump/
RS_2017-06.bz2.deduped.txt:70095 - http://www.motherjones.com/politics/2017/06/kansas-disastrous-experiment-in-trickle-down-economics-is-finally-over/
RS_2017-06.bz2.deduped.txt:72903 - http://www.motherjones.com/politics/2017/06/this-is-what-james-comey-will-say-tomorrow-in-his-opening-statement-read-it-for-yourself/
RS_2017-06.bz2.deduped.txt:73028 - http://www.motherjones.com/politics/2017/06/politics-lgbt-pride-resistance-trump/
RS_2017-06.bz2.deduped.txt:74886 - http://www.motherjones.com/politics/2017/06/house-republicans-are-trying-to-pass-the-most-dangerous-wall-street-deregulation-bill-ever/
RS_2017-06.bz2.deduped.txt:75935 - https://www.motherjones.com/politics/2017/06/comey-statement-trump-defenders-absurd-spin/
RS_2017-06.bz2.deduped.txt:79377 - http://www.motherjones.com/politics/2017/06/jill-stein-says-nothing-happened-at-her-dinner-with-putin/
RS_2017-06.bz2.deduped.txt:81071 - http://www.motherjones.com/politics/2017/05/trump-putin-russia-scandal-guilty/
RS_2017-06.bz2.deduped.txt:82152 - http://www.motherjones.com/politics/2017/06/comey-blasts-trump-administration-those-were-lies-plain-and-simple/
RS_2017-06.bz2.deduped.txt:83064 - http://www.motherjones.com/kevin-drum/2017/06/john-mccain-is-very-strange-today/
RS_2017-06.bz2.deduped.txt:83493 - https://www.motherjones.com/politics/2017/06/james-comey-hearing-donald-trump-russia/
RS_2017-06.bz2.deduped.txt:87413 - http://www.motherjones.com/kevin-drum/2017/06/trump-now-lying-his-own-national-security-staff/

RS_2017-06.bz2.deduped.txt:90900 - http://www.motherjones.com/politics/2017/06/trumps-other-russian-connection/

RS_2017-06.bz2.deduped.txt:91821 - http://www.motherjones.com/kevin-drum/2017/06/trump-job-approval-already-sinking-before-comey-testimony/

RS_2017-06.bz2.deduped.txt:95237 - http://www.motherjones.com/kevin-drum/2017/06/even-republicans-are-finally-getting-wary-of-destroying-obamacare/

RS_2017-06.bz2.deduped.txt:101599 - http://www.motherjones.com/crime-justice/2017/06/your-cellphone-privacy-rights-may-depend-on-this-supreme-court-case/

RS_2017-06.bz2.deduped.txt:101920 - http://www.motherjones.com/food/2017/06/lindy-west-on-how-eating-as-a-woman-is-like-being-under-surveillance/

RS_2017-06.bz2.deduped.txt:101971 - http://www.motherjones.com/environment/2017/06/scott-pruitt-has-been-mining-some-bad-coal-stats/

RS_2017-06.bz2.deduped.txt:108116 - http://www.motherjones.com/politics/2017/06/jon-ossoff-might-really-win-georgia-karen-handel/

RS_2017-06.bz2.deduped.txt:108615 - http://www.motherjones.com/environment/2017/06/uk-prime-minister-clings-to-power-by-allying-with-science-deniers/

RS_2017-06.bz2.deduped.txt:109621 - http://www.motherjones.com/environment/2017/06/once-a-small-group-of-lawmakers-agreed-on-climate-science-trump-destroyed-that/

RS_2017-06.bz2.deduped.txt:110986 - http://www.motherjones.com/politics/1983/07/their-will-be-done/

RS_2017-06.bz2.deduped.txt:112483 - https://www.motherjones.com/kevin-drum/2017/06/sorry-donald-the-economy-is-about-the-same-as-usual/

RS_2017-06.bz2.deduped.txt:114024 - http://www.motherjones.com/politics/2017/06/medication-abortion-pill-reversal-science-christian/

RS_2017-06.bz2.deduped.txt:117292 - http://www.motherjones.com/politics/2017/06/preexisting-conditions-trumpcare/

RS_2017-06.bz2.deduped.txt:118359 - http://www.motherjones.com/environment/2017/06/report-americas-prisons-are-so-polluted-they-are-endangering-inmates/

RS_2017-06.bz2.deduped.txt:119589 - http://www.motherjones.com/kevin-drum/2017/06/trump-rethinking-uk-visit-because-people-there-are-mean/

RS_2017-06.bz2.deduped.txt:122455 - http://www.motherjones.com/politics/2017/01/donald-trump-russia-sergei-millian/

RS_2017-06.bz2.deduped.txt:123849 - http://www.motherjones.com/politics/2017/06/this-is-how-scared-republicans-are-of-their-own-health-care-bill/

RS_2017-06.bz2.deduped.txt:124360 - http://www.motherjones.com/environment/2017/06/it-shouldnt-be-this-hard-to-get-people-of-color-onto-cable-news-shows/

RS_2017-06.bz2.deduped.txt:125917 - https://www.motherjones.com/politics/2017/06/refugees-detention-begin-hunger-strike/

RS_2017-06.bz2.deduped.txt:126239 - http://www.motherjones.com/politics/2017/06/trump-wants-to-cut-epas-scientific-research-in-half/

RS_2017-06.bz2.deduped.txt:126251 - http://www.motherjones.com/kevin-drum/2012/05/democrats-have-moved-right-not-left/

RS_2017-06.bz2.deduped.txt:127830 - http://www.motherjones.com/kevin-drum/2017/06/republicans-are-working-hard-to-allow-another-financial-crisis/

RS_2017-06.bz2.deduped.txt:131612 - http://www.motherjones.com/politics/2017/06/alex-jones-megyn-kelly-donald-trump/
RS_2017-06.bz2.deduped.txt:132263 - http://www.motherjones.com/politics/2017/06/ben-sasse-denies-obamacare-comments-in-his-own-campaign-ad/
RS_2017-06.bz2.deduped.txt:133646 - https://www.motherjones.com/politics/2017/06/alex-jones-megyn-kelly-donald-trump/
RS_2017-06.bz2.deduped.txt:134381 - http://www.motherjones.com/politics/2017/06/jeff-sessions-rosenstein-russia-trump/
RS_2017-06.bz2.deduped.txt:136700 - http://www.motherjones.com/politics/2017/06/the-most-shocking-revelation-from-the-sessions-hearing/
RS_2017-06.bz2.deduped.txt:138460 - http://www.motherjones.com/politics/2016/11/senior-house-democrat-calls-congressional-probe-russia-meddling-2016-election/
RS_2017-06.bz2.deduped.txt:138748 - http://www.motherjones.com/politics/2017/06/a-trump-loving-confederate-sympathizer-nearly-pulled-off-a-huge-upset-in-virginia/
RS_2017-06.bz2.deduped.txt:139400 - https://www.motherjones.com/politics/2017/06/the-most-shocking-revelation-from-the-sessions-hearing/
RS_2017-06.bz2.deduped.txt:147114 - http://www.motherjones.com/politics/2016/05/trump-butler-anthony-senecal-facebook-kill-obama/
RS_2017-06.bz2.deduped.txt:148313 - http://www.motherjones.com/politics/2017/06/virginias-most-anti-lgbt-lawmaker-might-lose-his-seat-to-states-first-openly-transgender-candidate/
RS_2017-06.bz2.deduped.txt:148877 - http://www.motherjones.com/environment/2017/06/flint-water-crisis-involuntary-manslaughter/
RS_2017-06.bz2.deduped.txt:149289 - https://www.motherjones.com/politics/2017/06/virginias-most-anti-lgbt-lawmaker-might-lose-his-seat-to-states-first-openly-transgender-candidate/
RS_2017-06.bz2.deduped.txt:153616 - http://www.motherjones.com/food/2017/06/trump-fda-obama-sodium-menu-calorie-nutrition-labels-perdue-sugar/
RS_2017-06.bz2.deduped.txt:155449 - http://www.motherjones.com/politics/2017/06/mitt-romney-begs-georgia-voters-to-give-donald-trump-one-more-chance/
RS_2017-06.bz2.deduped.txt:159872 - http://www.motherjones.com/environment/2017/06/monsanto-roundup-glyphosate-cancer-who/
RS_2017-06.bz2.deduped.txt:161637 - http://www.motherjones.com/politics/2017/06/hawaii-considers-radical-idea-to-make-life-in-paradise-a-little-easier-universal-basic-income/
RS_2017-06.bz2.deduped.txt:162086 - http://www.motherjones.com/kevin-drum/2017/06/donald-trump-now-under-criminal-investigation/
RS_2017-06.bz2.deduped.txt:162573 - http://www.motherjones.com/environment/2017/06/republicans-pruitt-epa-budget-trump/
RS_2017-06.bz2.deduped.txt:162926 - http://www.motherjones.com/politics/2014/04/oil-subsidies-renewable-energy-tax-breaks/
RS_2017-06.bz2.deduped.txt:166431 - http://www.motherjones.com/politics/2017/05/whistleblowers-moral-injury-endless-war-iraq/
RS_2017-06.bz2.deduped.txt:166480 - http://www.motherjones.com/politics/2017/06/the-2-billion-powerhouse-behind-jon-ossoff/
RS_2017-06.bz2.deduped.txt:168553 - http://www.motherjones.com/politics/2017/06/kyle-chapman-based-stickman-alt-right/
RS_2017-06.bz2.deduped.txt:169297 - http://www.motherjones.com/politics/2017/06/trump-cuba-rubio-diaz-balart-obama/

RS_2017-06.bz2.deduped.txt:171478 - http://www.motherjones.com/politics/2017/06/a-giant-coalition-of-states-is-investigating-opioid-manufacturers/

RS_2017-06.bz2.deduped.txt:171801 - http://motherjones.com/politics/2017/06/kyle-chapman-based-stickman-alt-right/

RS_2017-06.bz2.deduped.txt:172460 - http://www.motherjones.com/crime-justice/2017/06/lawsuit-accuses-private-prison-company-of-illegally-funding-a-trump-super-pac/

RS_2017-06.bz2.deduped.txt:172468 - http://www.motherjones.com/crime-justice/2017/06/lawsuit-accuses-private-prison-company-of-illegally-funding-a-trump-super-pac/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter

RS_2017-06.bz2.deduped.txt:173493 - http://www.motherjones.com/politics/2017/06/read-the-just-released-disclosure-on-donald-trumps-finances/

RS_2017-06.bz2.deduped.txt:174053 - http://www.motherjones.com/politics/2017/06/trump-ladder-capital-loan/

RS_2017-06.bz2.deduped.txt:175288 - http://motherjones.com/politics/2017/05/whistleblowers-moral-injury-endless-war-iraq/

RS_2017-06.bz2.deduped.txt:179605 - http://www.motherjones.com/politics/2017/06/federal-ethics-czar-steve-bannon-violated-white-house-ethics-rules/

RS_2017-06.bz2.deduped.txt:180604 - http://www.motherjones.com/environment/2017/06/climate-change-housing-berkeley/

RS_2017-06.bz2.deduped.txt:180873 - http://www.motherjones.com/politics/2017/02/dave-grossman-training-police-militarization/

RS_2017-06.bz2.deduped.txt:182245 - http://www.motherjones.com/politics/2017/04/genital-cutting-indian-doctor-women-khatna/

RS_2017-06.bz2.deduped.txt:191711 - http://www.motherjones.com/politics/2017/06/indivisible-women-resistance-trump/

RS_2017-06.bz2.deduped.txt:192764 - http://www.motherjones.com/food/2017/06/more-doctors-are-warning-patients-to-eat-less-meat/

RS_2017-06.bz2.deduped.txt:192775 - http://www.motherjones.com/food/2017/06/more-doctors-are-warning-patients-to-eat-less-meat/?9

RS_2017-06.bz2.deduped.txt:197525 - http://www.motherjones.com/politics/2017/01/video-richard-spencer-punch-antifa-fascism/

RS_2017-06.bz2.deduped.txt:197889 - http://www.motherjones.com/environment/2017/06/rick-perry-is-in-charge-of-nuclear-safety-too-bad-he-doesnt-understand-basic-science/

RS_2017-06.bz2.deduped.txt:198439 - http://www.motherjones.com/politics/2017/06/california-aims-to-block-trumps-expansion-of-immigrant-detention/

RS_2017-06.bz2.deduped.txt:208775 - http://www.motherjones.com/environment/2017/06/thanks-to-climate-change-summers-not-just-getting-hotter-its-getting-deadlier/

RS_2017-06.bz2.deduped.txt:210035 - http://www.motherjones.com/politics/2017/06/trump-condos-price-cuts/

RS_2017-06.bz2.deduped.txt:211359 - http://www.motherjones.com/environment/2017/06/camp-century-global-warming/

RS_2017-06.bz2.deduped.txt:211713 - http://www.motherjones.com/kevin-drum/2017/06/donald-trump-classy-as-always/

RS_2017-06.bz2.deduped.txt:214391 - http://www.motherjones.com/kevin-drum/2017/06/hillarys-emails-are-the-well-that-never-runs-dry/

RS_2017-06.bz2.deduped.txt:216655 - http://www.motherjones.com/politics/2017/06/the-un-just-called-new-york-out-for-its-dangerous-anti-abortion-policy/
RS_2017-06.bz2.deduped.txt:220006 - http://www.motherjones.com/politics/2017/06/trump-be-damned-states-are-fighting-to-make-birth-control-over-the-counter-finally/
RS_2017-06.bz2.deduped.txt:220065 - http://www.motherjones.com/politics/2017/06/fbi-official-wont-say-whether-trump-acted-as-an-unwitting-agent-for-russia/
RS_2017-06.bz2.deduped.txt:221924 - http://www.motherjones.com/kevin-drum/2017/06/15-minimum-wage-in-seattle-working-fine-so-far/
RS_2017-06.bz2.deduped.txt:225594 - http://www.motherjones.com/politics/2017/06/states-rebuffed-federal-help-on-russian-hacking-says-former-dhs-head/
RS_2017-06.bz2.deduped.txt:225608 - http://www.motherjones.com/politics/2017/06/house-democrats-comey-letter-1/
RS_2017-06.bz2.deduped.txt:228687 - http://www.motherjones.com/politics/2017/06/how-putin-is-singing-along-with-the-trump-white-house/
RS_2017-06.bz2.deduped.txt:235799 - http://www.motherjones.com/politics/2017/06/this-north-carolina-law-is-straight-out-of-the-handmaids-tale/
RS_2017-06.bz2.deduped.txt:237774 - http://www.motherjones.com/politics/2017/06/trump-denies-taping-comey/
RS_2017-06.bz2.deduped.txt:238724 - http://www.motherjones.com/kevin-drum/2017/06/our-score-so-far-republicans-89-democrats-1/
RS_2017-06.bz2.deduped.txt:241123 - http://www.motherjones.com/environment/2017/06/epa-staffers-weigh-in-on-trump-damage/
RS_2017-06.bz2.deduped.txt:241784 - http://www.motherjones.com/environment/2017/06/epa-staffers-weigh-in-on-trump-damage/?utm_content=buffer62a3b&utm_medium=social&utm_source=twitter.com&utm_campaign=buffer
RS_2017-06.bz2.deduped.txt:242789 - http://www.motherjones.com/politics/2017/06/heres-how-the-senate-health-bill-will-make-the-opioid-crisis-even-more-devastating/
RS_2017-06.bz2.deduped.txt:243284 - http://www.motherjones.com/politics/2017/06/trump-felix-sater-andrew-weissman/
RS_2017-06.bz2.deduped.txt:244583 - http://www.motherjones.com/politics/2017/06/police-remove-disabled-protesters-outside-mitch-mcconnells-office/
RS_2017-06.bz2.deduped.txt:245157 - http://www.motherjones.com/kevin-drum/2017/06/liberals-havent-lost-their-way-on-immigration/
RS_2017-06.bz2.deduped.txt:248942 - http://www.motherjones.com/kevin-drum/2017/06/senate-republicans-are-ready-to-repeal-obamacare/
RS_2017-06.bz2.deduped.txt:249544 - http://www.motherjones.com/politics/2017/06/white-people-keep-finding-new-ways-to-segregate-schools/
RS_2017-06.bz2.deduped.txt:249678 - http://www.motherjones.com/politics/2017/06/the-trump-administration-is-pulling-a-grant-from-a-group-that-combats-neo-nazis/
RS_2017-06.bz2.deduped.txt:251292 - http://www.motherjones.com/politics/2017/06/new-guidelines-dial-back-on-routine-mammograms-for-women-under-50/
RS_2017-06.bz2.deduped.txt:256914 - http://www.motherjones.com/politics/2017/06/kevin-deleon-california-democrat/
RS_2017-06.bz2.deduped.txt:259177 - http://www.motherjones.com/politics/2012/09/full-transcript-mitt-romney-secret-video/

RS_2017-06.bz2.deduped.txt:261190 - http://www.motherjones.com/kevin-drum/2017/06/over-50-trumpcare-will-raise-your-premiums-4500/
RS_2017-06.bz2.deduped.txt:262045 - http://www.motherjones.com/politics/2017/06/trump-administration-quietly-rolls-back-civil-rights-efforts-across-federal-government/
RS_2017-06.bz2.deduped.txt:265450 - http://www.motherjones.com/environment/2017/06/immigration-farm-workers-employment-trump/
RS_2017-06.bz2.deduped.txt:267956 - http://www.motherjones.com/politics/2017/06/breaking-the-supreme-court-just-agreed-to-review-trumps-travel-ban-1/
RS_2017-06.bz2.deduped.txt:269415 - http://www.motherjones.com/environment/2016/09/which-candidate-does-big-ag-support-president/
RS_2017-06.bz2.deduped.txt:269739 - http://www.motherjones.com/food/2017/06/i-attended-a-college-class-about-fake-meat-it-didnt-disappoint/
RS_2017-06.bz2.deduped.txt:270670 - http://www.motherjones.com/kevin-drum/2017/06/if-trumpcare-fails-republicans-will-continue-to-sabotage-obamacare/
RS_2017-06.bz2.deduped.txt:274102 - http://www.motherjones.com/politics/2017/06/the-trump-administration-just-greenlit-a-project-that-will-devastate-californias-most-fragile-ecosystems/
RS_2017-06.bz2.deduped.txt:275309 - http://www.motherjones.com/politics/2017/05/cbo-republican-health-care-premiums/
RS_2017-06.bz2.deduped.txt:275336 - http://www.motherjones.com/politics/2017/06/gorsuch-hints-that-hes-deeply-critical-of-lgbt-rights/
RS_2017-06.bz2.deduped.txt:277607 - http://www.motherjones.com/politics/2017/06/more-than-100-federal-law-enforcement-agencies-fail-to-report-hate-crimes-to-the-fbi/
RS_2017-06.bz2.deduped.txt:277740 - http://www.motherjones.com/politics/2017/06/republican-health-bill-would-leave-22-million-more-people-without-insurance-cbo-projects/
RS_2017-06.bz2.deduped.txt:280301 - http://www.motherjones.com/environment/2017/06/a-vast-chinese-province-just-went-a-week-without-fossil-fuels/
RS_2017-06.bz2.deduped.txt:280360 - http://www.motherjones.com/politics/2017/06/trumps-favorable-ratings-abroad-are-even-worse-than-at-home/
RS_2017-06.bz2.deduped.txt:281566 - http://www.motherjones.com/kevin-drum/2017/06/cbo-trumpcare-would-cut-taxes-on-the-rich-slash-health-coverage-for-the-poor/
RS_2017-06.bz2.deduped.txt:283054 - http://www.motherjones.com/politics/2017/06/there-is-more-bad-news-for-women-in-the-republican-health-care-bill/
RS_2017-06.bz2.deduped.txt:283485 - http://www.motherjones.com/kevin-drum/2017/06/senate-health-care-bill-postponed/
RS_2017-06.bz2.deduped.txt:286110 - http://www.motherjones.com/politics/2017/06/heres-what-trumps-latest-failure-tells-us-about-his-business-empire/
RS_2017-06.bz2.deduped.txt:286519 - http://www.motherjones.com/politics/2016/08/trump-files-donald-and-melania-creepy-howard-stern-interview/
RS_2017-06.bz2.deduped.txt:289169 - http://www.motherjones.com/environment/2017/06/dont-look-now-but-sea-level-rise-just-doubled/
RS_2017-06.bz2.deduped.txt:289225 - http://www.motherjones.com/environment/2017/06/the-henchmen-in-trumps-climate-denial-army-are-well-trained-and-on-message/

RS_2017-06.bz2.deduped.txt:290018 - http://www.motherjones.com/kevin-drum/2017/06/mcconnell-trump-attacks-are-beyond-stupid/

RS_2017-06.bz2.deduped.txt:294932 - http://www.motherjones.com/kevin-drum/2017/06/some-notes-on-californias-single-payer-health-care-plan/

RS_2017-06.bz2.deduped.txt:295695 - http://www.motherjones.com/politics/2017/06/sorry-fox-news-legal-experts-say-trump-collusion-with-russia-could-be-a-crime/

RS_2017-06.bz2.deduped.txt:296231 - http://www.motherjones.com/kevin-drum/2017/06/trump-blather-notches-another-foreign-policy-win/

RS_2017-06.bz2.deduped.txt:297805 - http://www.motherjones.com/food/2017/06/farmers-say-this-weedkiller-is-also-killing-their-soybean-plants/

RS_2017-06.bz2.deduped.txt:297817 - http://www.motherjones.com/politics/2017/06/ambassador-burns-trump-russia-obama/

RS_2017-06.bz2.deduped.txt:297842 - http://www.motherjones.com/kevin-drum/2017/06/lets-cut-the-crap-trumpcare-cuts-medicaid-spending-a-ton/

RS_2017-06.bz2.deduped.txt:302436 - http://www.motherjones.com/kevin-drum/2017/06/nra-declares-war-on-half-of-america/

RS_2017-06.bz2.deduped.txt:305058 - http://www.motherjones.com/politics/2017/06/house-democrats-doj-ig-sessions/

RS_2017-06.bz2.deduped.txt:305939 - http://www.motherjones.com/politics/2017/06/transgender-cadets-west-point-military-pentagon-service/

RS_2017-06.bz2.deduped.txt:306371 - http://www.motherjones.com/politics/2017/02/whatever-happened-melania-trumps-anti-cyberbullying-campaign/

RS_2017-06.bz2.deduped.txt:306377 - http://www.motherjones.com/kevin-drum/2017/06/i-get-letters/

RS_2017-06.bz2.deduped.txt:306598 - http://www.motherjones.com/politics/2017/06/trump-takes-break-from-trying-to-throw-22-million-people-off-health-care-to-lob-misogynistic-insults/

RS_2017-06.bz2.deduped.txt:306709 - http://www.motherjones.com/politics/2017/06/we-were-attacked-in-2016-new-report-offers-solutions-to-potential-election-hacks/

RS_2017-06.bz2.deduped.txt:307290 - http://www.motherjones.com/kevin-drum/2017/06/trumpcare-cuts-medicaid-by-a-third-in-20-years/

RS_2017-06.bz2.deduped.txt:308633 - http://www.motherjones.com/politics/2017/06/the-wall-street-journal-just-published-a-bombshell-story-about-the-russia-scandal/

RS_2017-06.bz2.deduped.txt:309954 - http://www.motherjones.com/politics/2017/06/trumpcare-senate-cbo-medicaid/

RS_2017-06.bz2.deduped.txt:311437 - http://www.motherjones.com/kevin-drum/2017/06/donald-trump-has-finally-done-something-hes-increased-the-deficit-by-a-trillion-dollars/

RS_2017-06.bz2.deduped.txt:313282 - http://www.motherjones.com/politics/2017/06/could-gop-operatives-be-prosecuted-for-trying-to-obtain-clinton-emails/

RS_2017-06.bz2.deduped.txt:313685 - http://www.motherjones.com/media/2017/06/new-yorker-cartoon-hits-at-trumps-fake-time-cover/

RS_2017-06.bz2.deduped.txt:316487 - http://www.motherjones.com/politics/2017/06/trump-administrations-request-for-extensive-voter-data-raises-fears-of-suppression/

RS_2017-06.bz2.deduped.txt:318925 - http://www.motherjones.com/politics/2017/06/trump-and-his-aides-might-have-broken-the-law-with-morning-joe-threats/

RS_v2_2006-09.xz.deduped.txt:450 -
http://www.motherjones.com/news/feature/2006/09/just_try_voting_here.html
RS_v2_2006-09.xz.deduped.txt:2083 -
http://www.motherjones.com/mojoblog/archives/2006/09/an_indictment_o.html
RS_v2_2006-09.xz.deduped.txt:3560 -
http://www.motherjones.com/mojoblog/archives/2006/09/bush_says_epa_i.html
RS_v2_2006-09.xz.deduped.txt:4739 -
http://www.motherjones.com/news/featurex/2006/09/gerrymander.html
RS_v2_2006-09.xz.deduped.txt:4740 -
http://www.motherjones.com/interview/2006/06/jimmy_carter.html
RS_2018-03.xz.deduped.txt:1628 - https://www.motherjones.com/media/2018/02/alex-jones-is-accused-of-discrimination-and-sexual-harassment-by-former-infowars-employees/
RS_2018-03.xz.deduped.txt:4846 - https://www.motherjones.com/politics/2018/03/senators-just-unveiled-a-sweeping-new-opioid-bill/
RS_2018-03.xz.deduped.txt:5828 - https://www.motherjones.com/environment/2018/03/ryan-zinke-interior-usgs-congress/
RS_2018-03.xz.deduped.txt:9028 - https://www.motherjones.com/kevin-drum/2018/03/trump-declares-war-on-california-baffling-even-the-white-house/
RS_2018-03.xz.deduped.txt:9204 - https://www.motherjones.com/politics/2018/03/no-mass-shooters-do-not-target-gun-free-zones/
RS_2018-03.xz.deduped.txt:11066 - https://www.motherjones.com/politics/2018/03/trump-just-suggested-again-that-drug-dealers-should-get-the-death-penalty/
RS_2018-03.xz.deduped.txt:13026 - https://www.motherjones.com/politics/2018/03/nancy-pelosi-just-endorsed-a-congressman-who-opposes-abortion-and-gay-rights/
RS_2018-03.xz.deduped.txt:13597 - https://www.motherjones.com/politics/2018/03/a-new-report-shows-how-trumps-immigration-crackdown-hurts-kids-in-school/
RS_2018-03.xz.deduped.txt:16172 -
https://www.motherjones.com/environment/2018/02/scientists-are-freaking-out-about-crazy-temperatures-in-the-arctic/
RS_2018-03.xz.deduped.txt:17539 - https://www.motherjones.com/politics/2018/03/georgia-legislature-punishes-delta-for-cutting-ties-with-the-nra/
RS_2018-03.xz.deduped.txt:18612 - https://www.motherjones.com/politics/2018/03/sarah-davis-texas-primary-greg-abbott/
RS_2018-03.xz.deduped.txt:19473 - https://www.motherjones.com/politics/2018/03/trump-rips-into-alec-baldwin-and-misspells-the-actors-name-twice/
RS_2018-03.xz.deduped.txt:21468 - https://www.motherjones.com/kevin-drum/2018/03/devin-nunes-has-turned-the-house-intelligence-committee-into-an-oppo-research-center/
RS_2018-03.xz.deduped.txt:21756 - https://www.motherjones.com/kevin-drum/2018/03/wilbur-ross-175-is-no-big-deal/
RS_2018-03.xz.deduped.txt:25846 - https://www.motherjones.com/politics/2018/03/study-the-feds-have-spent-98-4-percent-more-money-studying-sepsis-than-they-have-studying-gun-violence/
RS_2018-03.xz.deduped.txt:29508 - https://www.motherjones.com/politics/2018/03/elizabeth-warren-calls-betsy-devos-the-worst-secretary-of-education-this-country-has-ever-seen/
RS_2018-03.xz.deduped.txt:30496 - https://www.motherjones.com/politics/2018/03/donald-trump-spends-a-lot-of-time-golfing-for-a-president/

RS_2018-03.xz.deduped.txt:31474 - https://www.motherjones.com/politics/2018/03/the-florida-senate-is-holding-a-special-weekend-session-to-debate-arming-teachers/
RS_2018-03.xz.deduped.txt:33100 - https://www.motherjones.com/politics/2018/03/donald-trump-tweets-his-way-into-global-trade-war/
RS_2018-03.xz.deduped.txt:35235 - https://www.motherjones.com/politics/2018/03/meet-young-smart-openly-trans-leader-making-future-brighter-sarah-mcbride-memoir/
RS_2018-03.xz.deduped.txt:36940 - https://www.motherjones.com/politics/2018/03/lyft-is-offering-free-rides-to-the-march-for-our-lives-protests/
RS_2018-03.xz.deduped.txt:36972 - https://www.motherjones.com/politics/2018/03/mueller-is-now-looking-into-middle-eastern-influence-as-part-of-the-trump-investigation/
RS_2018-03.xz.deduped.txt:37060 - https://www.motherjones.com/politics/2018/03/nra-board-members-tom-selleck/
RS_2018-03.xz.deduped.txt:38636 - https://www.motherjones.com/kevin-drum/2017/07/if-youve-ever-had-lyme-disease-blame-the-anti-vaxxers/
RS_2018-03.xz.deduped.txt:38720 - https://www.motherjones.com/politics/2018/03/a-democratic-forum-in-southern-california-took-a-bizarre-turn/
RS_2018-03.xz.deduped.txt:48601 - https://www.motherjones.com/kevin-drum/2018/03/jane-mayer-trump-team-was-in-routine-communication-with-moscow-in-2016/
RS_2018-03.xz.deduped.txt:51548 - https://www.motherjones.com/politics/2018/03/texas-republicans-block-democrats-from-ballot-dallas/
RS_2018-03.xz.deduped.txt:52957 - https://www.motherjones.com/politics/2016/07/nina-turner-sanders-democratic-national-convention/
RS_2018-03.xz.deduped.txt:54065 - https://www.motherjones.com/politics/2018/03/metoo-has-revived-the-equal-rights-amendment/
RS_2018-03.xz.deduped.txt:55572 - https://www.motherjones.com/politics/2018/03/millions-of-americans-right-to-vote-is-at-stake-in-this-case/
RS_2018-03.xz.deduped.txt:57840 - https://www.motherjones.com/politics/2018/03/how-a-russian-linked-shell-company-hired-an-ex-trump-aide-to-boost-albanias-right-wing-party-in-dc/
RS_2018-03.xz.deduped.txt:57861 - https://www.motherjones.com/politics/2018/03/inside-indivisibles-plan-to-take-over-the-democratic-primaries/
RS_2018-03.xz.deduped.txt:59407 - https://www.motherjones.com/kevin-drum/2018/03/thanks-to-tax-cuts-corporate-mergers-are-skyrocketing/
RS_2018-03.xz.deduped.txt:59544 - https://www.motherjones.com/politics/2018/03/how-a-russian-linked-shell-company-hired-an-ex-trump-aide-to-boost-albanias-right-wing-party-in-dc/https://www.motherjones.com/politics/2018/03/how-a-russian-linked-shell-company-hired-an-ex-trump-aide-to-boost-albanias-right-wing-party-in-dc/
RS_2018-03.xz.deduped.txt:59560 - https://www.motherjones.com/politics/2018/03/west-virginia-governor-announces-a-pay-deal-for-striking-teachers/
RS_2018-03.xz.deduped.txt:59674 - https://www.motherjones.com/politics/2018/03/the-justice-department-keeps-screwing-up-thats-a-bad-sign-for-robert-mueller/
RS_2018-03.xz.deduped.txt:60915 - https://www.motherjones.com/politics/2018/03/a-new-study-shows-er-visits-for-overdoses-are-skyrocketing/
RS_2018-03.xz.deduped.txt:64646 - https://www.motherjones.com/crime-justice/2018/01/this-serial-campus-rape-case-is-a-textbook-example-of-the-struggle-accusers-face-in-court/
RS_2018-03.xz.deduped.txt:65049 - https://www.motherjones.com/politics/2018/03/elizabeth-warren-blasts-fellow-democrats-for-supporting-a-massive-bank-deregulation-bill/

RS_2018-03.xz.deduped.txt:71483 - https://www.motherjones.com/politics/2018/03/one-of-texas-most-notorious-prosecutors-was-just-voted-out-of-office-expect-more-of-that/
RS_2018-03.xz.deduped.txt:71789 - https://www.motherjones.com/politics/2018/03/nra-membership-magazine-numbers/
RS_2018-03.xz.deduped.txt:72674 - https://www.motherjones.com/kevin-drum/2018/03/trump-demands-0-26-cut-in-chinas-trade-deficit/
RS_2018-03.xz.deduped.txt:75084 - https://www.motherjones.com/politics/2018/03/betsy-devos-brief-confusing-visit-to-marjory-stoneman-douglas-high-school/
RS_2018-03.xz.deduped.txt:76430 - https://www.motherjones.com/politics/2018/03/mueller-reportedly-has-evidence-blackwater-founder-tried-to-set-up-a-trump-putin-back-channel/
RS_2018-03.xz.deduped.txt:79984 - https://www.motherjones.com/politics/2018/03/police-chiefs-call-bullshit-on-arming-teachers-sandy-hook-parkland-columbine/
RS_2018-03.xz.deduped.txt:80088 - https://www.motherjones.com/politics/2018/03/russian-connection-what-happened-moscow-inside-story-trump-obsession-putin-david-corn-michael-isikoff/
RS_2018-03.xz.deduped.txt:80318 - https://www.motherjones.com/food/2018/03/strawberries-almonds-climate-change-drought-snowpack-california-yields/
RS_2018-03.xz.deduped.txt:80670 - https://www.motherjones.com/politics/2018/03/the-very-strange-case-of-maria-butina-donald-trump-and-the-nra/
RS_2018-03.xz.deduped.txt:81061 - https://www.motherjones.com/food/2018/03/dairy-glut-pizza-hut-trump-dominos-checkoff-taco-bell/
RS_2018-03.xz.deduped.txt:81853 - https://www.motherjones.com/politics/2018/03/jeff-sessions-has-a-huge-conflict-of-interest-in-a-federal-bribery-case-and-it-keeps-getting-worse/
RS_2018-03.xz.deduped.txt:81865 - https://www.motherjones.com/politics/2018/03/trump-russia-nra-connection-maria-butina-alexander-torshin-guns/
RS_2018-03.xz.deduped.txt:81978 - https://www.motherjones.com/politics/2018/03/russian-connection-what-happened-moscow-inside-story-trump-obsession-putin-david-corn-michael-isikoff/#b
RS_2018-03.xz.deduped.txt:82413 - https://www.motherjones.com/politics/2018/03/nra-membership-magazine-numbers-1/
RS_2018-03.xz.deduped.txt:83785 - https://www.motherjones.com/kevin-drum/2018/03/omb-report-net-benefit-of-regulations-is-huge/
RS_2018-03.xz.deduped.txt:84378 - https://www.motherjones.com/politics/2018/03/we-now-know-whos-behind-the-trump-administrations-push-to-suppress-immigrant-participation-in-the-census/
RS_2018-03.xz.deduped.txt:85175 - https://www.motherjones.com/politics/2018/03/heres-why-republicans-stopped-talking-about-a-uranium-one-whistleblower/
RS_2018-03.xz.deduped.txt:86162 - https://www.motherjones.com/politics/2018/03/after-a-mother-jones-investigation-a-right-wing-albanian-party-attacks/
RS_2018-03.xz.deduped.txt:87327 - https://www.motherjones.com/politics/2018/03/new-study-twitter-users-spread-fake-news-farther-and-faster-than-the-truth/
RS_2018-03.xz.deduped.txt:87857 - https://www.motherjones.com/kevin-drum/2018/03/the-harrowing-true-story-of-how-vladimir-putin-blew-off-donald-trump/
RS_2018-03.xz.deduped.txt:89075 - https://www.motherjones.com/kevin-drum/2018/03/kim-jong-un-finally-gets-his-wish/

RS_2018-03.xz.deduped.txt:91845 - https://www.motherjones.com/food/2015/02/usda-whistleblowers-report-gross-condition-hog-slaughterhouses/
RS_2018-03.xz.deduped.txt:92092 - https://www.motherjones.com/politics/2018/03/these-charts-show-how-white-male-and-conservative-trumps-judicial-nominees-have-been/
RS_2018-03.xz.deduped.txt:92667 - https://www.motherjones.com/politics/2018/03/why-the-hell-are-we-standing-down/
RS_2018-03.xz.deduped.txt:97389 - https://www.motherjones.com/politics/2018/03/the-only-pro-choice-republican-in-the-texas-legislature-just-won-her-district-primary/
RS_2018-03.xz.deduped.txt:98021 - https://www.motherjones.com/politics/2018/03/trump-spoke-to-a-russian-activist-about-ending-sanctions-just-weeks-after-launching-his-campaign/
RS_2018-03.xz.deduped.txt:99596 - https://www.motherjones.com/politics/2018/03/mueller-probe-may-spell-trouble-for-top-gop-lobbying-firm-that-worked-with-paul-manafort/
RS_2018-03.xz.deduped.txt:100896 - https://www.motherjones.com/politics/2018/03/the-nra-just-sued-florida-for-raising-the-minimum-age-to-purchase-a-gun/
RS_2018-03.xz.deduped.txt:105848 - https://www.motherjones.com/politics/2018/03/putin-megyn-kelly-mueller-russia-interference/
RS_2018-03.xz.deduped.txt:106172 - https://www.motherjones.com/politics/2018/03/scott-pruitt-john-kelly-climate-change-debates/
RS_2018-03.xz.deduped.txt:106508 - https://www.motherjones.com/politics/2018/03/trump-is-mad-about-his-impulsive-decision-to-meet-with-kim-jong-un/
RS_2018-03.xz.deduped.txt:107567 - https://www.motherjones.com/politics/2018/03/trump-pennsylvania-rick-saccone-conor-lamb/
RS_2018-03.xz.deduped.txt:107599 - https://www.motherjones.com/kevin-drum/2018/03/why-did-no-one-notice-the-horsetail-firefall-effect-before-1973/
RS_2018-03.xz.deduped.txt:108672 - https://www.motherjones.com/food/2018/03/is-russia-using-the-gmo-debate-to-troll-americans/
RS_2018-03.xz.deduped.txt:109477 - https://www.motherjones.com/environment/2018/03/thanks-to-trump-this-senator-finally-gets-her-chance-to-decimate-alaskas-environmental-protections/
RS_2018-03.xz.deduped.txt:110234 - https://www.motherjones.com/politics/2018/03/donald-trump-nuclear-posture-review-right-out-of-dr-strangeglove/
RS_2018-03.xz.deduped.txt:110386 - https://www.motherjones.com/environment/2018/03/climate-change-pushes-ticks-into-canada-bringing-lyme-disease-and-confusion-with-them/
RS_2018-03.xz.deduped.txt:111039 - https://www.motherjones.com/politics/2018/03/trump-just-lashed-out-at-nyts-report-on-turmoil-in-his-legal-team-1/
RS_2018-03.xz.deduped.txt:118163 - https://www.motherjones.com/politics/2018/03/trump-is-reshaping-the-census-to-reflect-his-vision-of-america/
RS_2018-03.xz.deduped.txt:118232 - https://www.motherjones.com/politics/2018/03/frustrated-in-court-trump-administration-seeks-to-change-the-federal-balance-of-power/
RS_2018-03.xz.deduped.txt:118900 - https://www.motherjones.com/crime-justice/2018/03/the-aclu-is-accusing-nebraska-of-illegally-obtaining-death-penalty-drug/
RS_2018-03.xz.deduped.txt:119833 - https://www.motherjones.com/politics/2017/01/betsy-devos-christian-schools-vouchers-charter-education-secretary/
RS_2018-03.xz.deduped.txt:120270 - https://www.motherjones.com/politics/2018/03/betsy-devos-gives-a-master-class-on-how-to-bomb-basic-questions-about-your-job/

RS_2018-03.xz.deduped.txt:120806 - https://www.motherjones.com/politics/2018/03/democrats-vie-to-take-on-putins-favorite-congressman-and-things-are-getting-nasty/
RS_2018-03.xz.deduped.txt:122336 - https://www.motherjones.com/kevin-drum/2018/03/so-how-are-michigans-public-schools-doing-anyway/
RS_2018-03.xz.deduped.txt:126464 - https://www.motherjones.com/politics/2018/03/george-papadopoulos-claimed-trump-encouraged-his-efforts-to-establish-a-russian-backchannel/
RS_2018-03.xz.deduped.txt:129886 - https://www.motherjones.com/politics/2018/03/the-trump-administration-is-taking-aim-at-this-amazing-bird-so-oil-companies-can-drill-public-land/
RS_2018-03.xz.deduped.txt:129961 - https://www.motherjones.com/politics/2018/03/dennis-prager-prageru-videos-aims-sway-millennials-right/
RS_2018-03.xz.deduped.txt:135355 - https://www.motherjones.com/politics/2018/03/trump-has-picked-someone-even-worse-than-rex-tillerson-to-run-the-state-department/
RS_2018-03.xz.deduped.txt:135951 - https://www.motherjones.com/crime-justice/2018/03/washington-state-just-made-it-easier-to-prosecute-police-for-using-deadly-force/
RS_2018-03.xz.deduped.txt:136340 - https://www.motherjones.com/politics/2018/01/stormy-daniels-once-claimed-she-spanked-donald-trump-with-a-forbes-magazine/
RS_2018-03.xz.deduped.txt:137726 - https://www.motherjones.com/environment/2014/06/usda-dairy-checkoff-mcdonalds-taco-bell/
RS_2018-03.xz.deduped.txt:139650 - https://www.motherjones.com/politics/2018/03/the-polls-just-closed-in-pennsylvania-weve-got-live-coverage/
RS_2018-03.xz.deduped.txt:142297 - https://www.motherjones.com/politics/2018/03/this-is-the-legal-thicket-the-nra-has-created-to-make-it-impossible-to-study-gun-violence/
RS_2018-03.xz.deduped.txt:142339 - https://www.motherjones.com/politics/2018/03/seth-rich-parents-lawsuit-fox-news/
RS_2018-03.xz.deduped.txt:145087 - https://www.motherjones.com/politics/2018/03/inside-right-wing-youtube-turning-millennials-conservative-prageru-video-dennis-prager/
RS_2018-03.xz.deduped.txt:146014 - https://www.motherjones.com/politics/2018/03/can-you-beat-a-billionaire-by-mobilizing-young-voters/
RS_2018-03.xz.deduped.txt:147907 - https://www.motherjones.com/kevin-drum/2018/03/donald-trump-is-finally-close-to-firing-one-of-his-imaginary-enemies/
RS_2018-03.xz.deduped.txt:148451 - https://www.motherjones.com/politics/2018/03/roger-stone-keeps-changing-his-story-about-wikileaks/
RS_2018-03.xz.deduped.txt:149551 - https://www.motherjones.com/politics/2018/03/how-the-houses-russia-investigation-was-designed-to-fail/
RS_2018-03.xz.deduped.txt:149929 - https://www.motherjones.com/politics/2018/03/if-paul-ryan-really-meant-what-he-just-said-the-abortion-debate-is-over/
RS_2018-03.xz.deduped.txt:150797 - https://www.motherjones.com/kevin-drum/
RS_2018-03.xz.deduped.txt:160851 - https://www.motherjones.com/politics/2018/03/trump-white-house-worked-with-newt-gingrich-on-political-purge-at-state-department-lawmakers-say/
RS_2018-03.xz.deduped.txt:163437 - https://www.motherjones.com/crime-justice/2018/03/philadelphia-district-attorney-larry-krasner-memo-just-showed-america-prosecutors-how-to-end-mass-incarceration/
RS_2018-03.xz.deduped.txt:164039 - https://www.motherjones.com/kevin-drum/2018/03/donald-trump-boasts-about-being-an-idiot-in-talks-with-canada/
RS_2018-03.xz.deduped.txt:166406 - https://www.motherjones.com/environment/2018/03/the-koch-brothers-tried-to-spread-fake-news-in-black-churches-it-did-not-go-well/

RS_2018-03.xz.deduped.txt:167167 - https://www.motherjones.com/politics/2018/03/femas-plan-for-dealing-with-natural-disasters-is-missing-the-two-most-important-words/
RS_2018-03.xz.deduped.txt:167895 - https://www.motherjones.com/politics/2018/03/reality-stars-trophy-hunters-and-gun-boosters-meet-the-trump-administrations-wildlife-conservation-council/
RS_2018-03.xz.deduped.txt:170637 - https://www.motherjones.com/politics/2018/03/trump-finally-imposes-russia-sanctions-that-congress-ordered-months-ago/
RS_2018-03.xz.deduped.txt:171355 - https://www.motherjones.com/politics/2018/03/democrats-may-seek-prosecution-of-witnesses-who-misled-house-intelligence-committee/
RS_2018-03.xz.deduped.txt:171765 - https://www.motherjones.com/politics/2018/03/betsy-devos-wants-to-eliminate-the-very-programs-she-thinks-will-help-stop-school-violence/
RS_2018-03.xz.deduped.txt:173483 - https://www.motherjones.com/crime-justice/2018/03/philadelphia-district-attorney-larry-krasner-memo-just-showed-america-prosecutors-how-to-end-mass-incarceration-1/
RS_2018-03.xz.deduped.txt:173917 - https://www.motherjones.com/crime-justice/2018/03/a-federal-judge-just-ruled-against-the-lapd-and-delivered-a-big-win-for-civil-rights/
RS_2018-03.xz.deduped.txt:175063 - https://www.motherjones.com/politics/2018/03/steve-mnuchin-spent-nearly-1-million-in-taxpayer-dollars-on-eight-flights/
RS_2018-03.xz.deduped.txt:179650 - https://www.motherjones.com/kevin-drum/2018/03/here-is-andrew-mccabes-full-statement-everyone-should-read-it/
RS_2018-03.xz.deduped.txt:180984 - https://www.motherjones.com/politics/2018/03/donald-trump-lashed-out-andrew-mccabe-twitter-james-comey-responded/
RS_2018-03.xz.deduped.txt:181200 - https://www.motherjones.com/kevin-drum/2018/03/andrew-mccabe-full-statement-everyone-should-read-it-3/
RS_2018-03.xz.deduped.txt:182557 - https://www.motherjones.com/crime-justice/2018/03/these-california-high-school-kids-were-all-set-to-protest-gun-violence-and-then-this-nightmare-happened-1/
RS_2018-03.xz.deduped.txt:184952 - https://www.motherjones.com/environment/2018/03/industry-kills-nearly-40-million-birds-per-year-the-trump-administration-doesnt-think-thats-enough/
RS_2018-03.xz.deduped.txt:187222 - https://www.motherjones.com/politics/2018/03/donald-trump-andrew-mccabe-james-comey-1/
RS_2018-03.xz.deduped.txt:188834 - https://www.motherjones.com/politics/2018/03/trump-tariffs-china-technology-chamber/
RS_2018-03.xz.deduped.txt:189203 - https://www.motherjones.com/crime-justice/2018/03/the-fbi-is-too-white-and-it-considers-that-a-huge-operational-risk/
RS_2018-03.xz.deduped.txt:189387 - https://www.motherjones.com/politics/2018/03/we-just-found-out-about-another-federal-investigation-into-russian-meddling/
RS_2018-03.xz.deduped.txt:193812 - https://www.motherjones.com/politics/2018/03/all-of-a-sudden-voting-rights-are-expanding-across-the-country/
RS_2018-03.xz.deduped.txt:198376 - https://www.motherjones.com/kevin-drum/2018/03/andrew-mccabe-is-completely-innocent-of-wrongdoing/
RS_2018-03.xz.deduped.txt:198964 - https://www.motherjones.com/politics/2018/03/the-supreme-court-is-now-republicans-only-hope-of-restoring-pennsylvanias-gerrymander/
RS_2018-03.xz.deduped.txt:199092 - https://www.motherjones.com/politics/2018/03/cambridge-analytica-undercover-video-alexander-nix/

RS_2018-03.xz.deduped.txt:199621 - https://www.motherjones.com/crime-justice/2018/03/more-cops-wont-make-schools-safer-but-heres-what-they-will-do/
RS_2018-03.xz.deduped.txt:200290 - https://www.motherjones.com/politics/2018/03/supreme-court-wont-save-pennsylvanias-gop-friendly-gerrymander/
RS_2018-03.xz.deduped.txt:201802 - https://www.motherjones.com/kevin-drum/2018/03/cambridge-analytica-was-a-perfect-fit-for-donald-trump/
RS_2018-03.xz.deduped.txt:202357 - https://www.motherjones.com/kevin-drum/2018/03/fbi-wants-to-talk-to-russian-sex-guru-ai-researcher-in-thai-jail/
RS_2018-03.xz.deduped.txt:202908 - https://www.motherjones.com/environment/2018/03/this-california-city-is-about-to-put-big-oils-bad-science-on-trial/
RS_2018-03.xz.deduped.txt:204156 - https://www.motherjones.com/politics/2018/03/trump-doesnt-understand-the-opioid-crisis-just-check-out-his-latest-proposal/
RS_2018-03.xz.deduped.txt:206254 - https://www.motherjones.com/politics/2018/03/trump-just-hired-a-lawyer-who-says-the-fbi-and-doj-conspired-to-frame-trump/
RS_2018-03.xz.deduped.txt:206557 - https://www.motherjones.com/politics/2018/03/how-the-travel-ban-shattered-hope-for-my-family/
RS_2018-03.xz.deduped.txt:211105 - https://www.motherjones.com/politics/2018/03/heres-a-photo-of-cambridge-analyticas-ceo-with-the-russian-ambassador-to-the-uk/
RS_2018-03.xz.deduped.txt:211792 - https://www.motherjones.com/kevin-drum/2018/03/science-says-mitch-mcconnell-is-the-most-hated-politician-in-america/
RS_2018-03.xz.deduped.txt:212026 - https://www.motherjones.com/politics/2018/03/kris-kobach-just-got-humiliated-in-federal-court/
RS_2018-03.xz.deduped.txt:216291 - https://www.motherjones.com/politics/2018/03/the-illinois-gop-just-realized-it-made-a-very-big-mistake/
RS_2018-03.xz.deduped.txt:216447 - https://www.motherjones.com/politics/2018/03/can-anti-abortion-pregnancy-centers-be-forced-to-admit-they-dont-offer-abortions/
RS_2018-03.xz.deduped.txt:219384 - https://www.motherjones.com/politics/2018/03/trump-ignores-republicans-and-attacks-mueller-again-this-time-with-a-string-of-typos/
RS_2018-03.xz.deduped.txt:222681 - https://www.motherjones.com/politics/2018/03/jeff-sessions-pushes-the-death-penalty-for-drug-dealers/
RS_2018-03.xz.deduped.txt:222695 - https://www.motherjones.com/politics/2018/03/watch-members-of-congress-go-off-on-betsy-devos-at-a-budget-hearing/
RS_2018-03.xz.deduped.txt:224678 - https://www.motherjones.com/kevin-drum/2018/03/facebook-will-never-change-unless-we-force-it-to/
RS_2018-03.xz.deduped.txt:226139 - https://www.motherjones.com/politics/2018/03/abc-just-reported-that-andrew-mccabe-had-authorized-a-criminal-probe-of-jeff-sessions/
RS_2018-03.xz.deduped.txt:226374 - https://www.motherjones.com/politics/2018/03/the-trump-administration-insists-its-trying-to-prevent-russia-from-hacking-the-next-election/
RS_2018-03.xz.deduped.txt:229003 - https://www.motherjones.com/kevin-drum/2018/03/the-real-enemy-of-the-white-working-class-is-the-white-middle-class/
RS_2018-03.xz.deduped.txt:231557 - https://www.motherjones.com/environment/2018/03/large-scale-animal-agriculture-is-threatening-rural-communities-congress-is-about-to-make-it-worse/
RS_2018-03.xz.deduped.txt:231753 - https://www.motherjones.com/environment/2018/03/the-trump-administration-is-pushing-to-sell-offshore-drilling-leases-and-its-tanking-profits-for-taxpayers/

RS_2018-03.xz.deduped.txt:231899 - https://www.motherjones.com/politics/2018/03/trump-attacks-crazy-joe-biden-says-he-could-beat-up-former-vice-president/

RS_2018-03.xz.deduped.txt:234553 - https://www.motherjones.com/politics/2018/03/trumps-new-cdc-director-has-controversial-history-of-aids-research/

RS_2018-03.xz.deduped.txt:234883 - https://www.motherjones.com/media/2018/03/watch-ruth-bader-ginsburg-run-laps-around-stephen-colbert-in-her-epic-workout/

RS_2018-03.xz.deduped.txt:234890 - https://www.motherjones.com/crime-justice/2018/03/ibm-propublica-gray-hairs-old-heads/

RS_2018-03.xz.deduped.txt:235048 - https://www.motherjones.com/kevin-drum/2018/03/donald-trumps-popularity-among-republicans-is-very-average/

RS_2018-03.xz.deduped.txt:236048 - https://www.motherjones.com/politics/2018/03/judge-tells-scott-walker-he-cant-block-special-elections-in-wisconsin/

RS_2018-03.xz.deduped.txt:238802 - https://www.motherjones.com/politics/2018/03/donald-trump-hires-john-bolton/

RS_2018-03.xz.deduped.txt:239121 - https://www.motherjones.com/kevin-drum/2018/03/dnc-hacker-was-a-russian-military-spy/

RS_2018-03.xz.deduped.txt:239653 - https://www.motherjones.com/kevin-drum/2018/03/trumps-war-cabinet-is-taking-shape/

RS_2018-03.xz.deduped.txt:239778 - https://www.motherjones.com/politics/2018/03/this-is-the-scariest-news-of-the-trump-presidency/

RS_2018-03.xz.deduped.txt:240523 - https://www.motherjones.com/politics/2018/02/a-guide-to-the-upcoming-gun-control-marches/

RS_2018-03.xz.deduped.txt:243680 - https://www.motherjones.com/kevin-drum/2018/03/spending-bill-held-up-at-last-minute-by-dueling-jackasses/

RS_2018-03.xz.deduped.txt:248298 - https://www.motherjones.com/politics/2018/03/sandy-hook-rocked-their-town-now-these-high-schoolers-are-eloquent-angry-and-heading-to-d-c/

RS_2018-03.xz.deduped.txt:248331 - https://www.motherjones.com/kevin-drum/2018/03/in-shocker-republicans-cut-irs-budget-yet-again/

RS_2018-03.xz.deduped.txt:248696 - https://www.motherjones.com/crime-justice/2018/03/philadelphias-new-da-found-an-innovative-way-to-legalize-pot-and-other-cities-should-pay-attention/

RS_2018-03.xz.deduped.txt:248878 - https://www.motherjones.com/politics/2018/03/cloak-and-data-cambridge-analytica-robert-mercer/

RS_2018-03.xz.deduped.txt:249296 - https://www.motherjones.com/politics/2018/03/educators-across-the-us-are-using-west-virginias-teachers-strike-to-inspire-their-own-battle-plans/

RS_2018-03.xz.deduped.txt:249377 - https://www.motherjones.com/food/2018/03/american-farmers-trump-china-trade-war-tariffs-pork-nuts-soybeans/

RS_2018-03.xz.deduped.txt:250258 - https://www.motherjones.com/politics/2018/03/dickey-amendment-gun-research-terrified-the-nra-explains-how-congress-finally-got-it-right/

RS_2018-03.xz.deduped.txt:254530 - https://www.motherjones.com/politics/2018/03/judge-tells-scott-walker-he-cant-block-special-elections-in-wisconsin/?0

RS_2018-03.xz.deduped.txt:256898 - https://www.motherjones.com/politics/2018/03/stop-everything-and-listen-to-this-knockout-march-for-our-lives-speech-by-an-11-year-old-girl/

RS_2018-03.xz.deduped.txt:257542 - https://www.motherjones.com/politics/2018/03/emma-gonzalez-is-responsible-for-the-loudest-silence-in-the-history-of-us-social-protest/

RS_2018-03.xz.deduped.txt:259352 - https://www.motherjones.com/kevin-drum/2018/03/if-facebook-knows-your-friends-they-probably-already-know-you-too/

RS_2018-03.xz.deduped.txt:264973 - https://www.motherjones.com/politics/2018/03/cloak-and-data-cambridge-analytica-robert-mercer/?utm_source=pocket&utm_medium=email&utm_campaign=pockethits

RS_2018-03.xz.deduped.txt:265012 - https://www.motherjones.com/politics/2018/03/the-parkland-students-went-on-fox-news-and-perfectly-explained-why-the-nra-is-wrong/

RS_2018-03.xz.deduped.txt:265893 - https://www.motherjones.com/politics/2018/03/stormy-daniels-donald-trump-60-minutes-transcript/

RS_2018-03.xz.deduped.txt:269781 - https://www.motherjones.com/politics/2018/03/the-trump-administration-might-let-the-worlds-rarest-marine-mammal-go-extinct/

RS_2018-03.xz.deduped.txt:270187 - https://www.motherjones.com/environment/2018/03/15-years-of-collecting-rhino-semen-is-finally-paying-off/

RS_2018-03.xz.deduped.txt:270734 - https://www.motherjones.com/politics/2013/02/wayne-lapierre-crime-strike-three-strikes/?fb_action_ids=10151822272589768&fb_action_types=og.likes

RS_2018-03.xz.deduped.txt:271312 - https://www.motherjones.com/politics/2018/03/stormy-daniels-lawyer-promises-to-reveal-a-trove-of-evidence-proving-trump-affair/

RS_2018-03.xz.deduped.txt:274367 - https://www.motherjones.com/politics/2018/03/top-republican-lawyer-no-ones-asking-to-be-on-trumps-legal-team/

RS_2018-03.xz.deduped.txt:274811 - https://www.motherjones.com/politics/2018/03/republicans-declare-war-on-the-courts-after-rulings-that-threaten-their-majorities/

RS_2018-03.xz.deduped.txt:276183 - https://www.motherjones.com/politics/2018/03/stormy-daniels-escalates-lawsuit-against-trump-to-accuse-michael-cohen-of-defamation/

RS_2018-03.xz.deduped.txt:279313 - https://www.motherjones.com/kevin-drum/2018/03/heres-an-action-list-for-gun-reform/

RS_2018-03.xz.deduped.txt:279606 - https://www.motherjones.com/media/2018/02/behind-the-scenes-of-ear-hustle-2/

RS_2018-03.xz.deduped.txt:282071 - https://www.motherjones.com/kevin-drum/2018/03/can-we-please-get-real-about-facebook/

RS_2018-03.xz.deduped.txt:283148 - https://www.motherjones.com/politics/2018/03/trump-administration-creates-census-crisis-with-move-to-suppress-immigrant-responses/

RS_2018-03.xz.deduped.txt:283172 - https://www.motherjones.com/politics/2018/03/democrats-strategy-in-the-latest-gerrymandering-case-win-by-losing/

RS_2018-03.xz.deduped.txt:285769 - https://www.motherjones.com/politics/2018/03/devin-nunes-is-raising-money-off-his-shoddy-trump-russia-investigation/

RS_2018-03.xz.deduped.txt:286971 - https://www.motherjones.com/politics/2018/03/the-white-house-is-lying-about-the-census/

RS_2018-03.xz.deduped.txt:293988 - https://www.motherjones.com/environment/2018/03/scott-pruitts-dirty-dealings-stir-a-campaign-to-oust-him-from-the-epa/

RS_2018-03.xz.deduped.txt:294403 - https://www.motherjones.com/politics/2018/03/donald-trump-rigging-2020-census-undercounting-minorities/

RS_2018-03.xz.deduped.txt:298684 - https://www.motherjones.com/environment/2018/03/donald-trump-might-be-making-climate-denial-more-popular/

RS_2018-03.xz.deduped.txt:298870 - https://www.motherjones.com/politics/2018/03/a-maryland-judge-just-gave-the-go-ahead-to-a-major-case-against-trump/
RS_2018-03.xz.deduped.txt:299686 - https://www.motherjones.com/politics/2018/03/the-supreme-court-cant-figure-out-how-to-fix-partisan-gerrymandering/
RS_2018-03.xz.deduped.txt:300955 - https://www.motherjones.com/kevin-drum/2018/03/quote-of-the-day-epa-says-its-employees-must-pretend-to-be-idiots/
RS_2018-03.xz.deduped.txt:304434 - https://www.motherjones.com/politics/2018/03/donald-trump-rigging-2020-census-undercounting-minorities-1/
RS_2018-03.xz.deduped.txt:305046 - https://www.motherjones.com/politics/2018/03/donald-trump-rigging-2020-census-undercounting-minorities-1/?0
RS_2018-03.xz.deduped.txt:305235 - https://www.motherjones.com/politics/2018/03/50-years-after-dc-burned-the-injustices-that-caused-the-riots-are-as-urgent-as-ever/
RS_2018-03.xz.deduped.txt:305362 - https://www.motherjones.com/politics/2018/03/democrats-call-out-trumps-consumer-watchdog-for-letting-payday-lenders-off-the-hook/
RS_2018-03.xz.deduped.txt:305475 - https://www.motherjones.com/media/2018/03/conservatives-are-now-mocking-david-hogg-for-getting-rejected-by-some-colleges-laura-ingraham-boycott/
RS_2018-03.xz.deduped.txt:308363 - https://www.motherjones.com/politics/2018/03/trumps-plan-to-rig-the-census-explained/
RS_2018-03.xz.deduped.txt:308521 - https://www.motherjones.com/politics/2018/03/could-an-ex-russian-operative-and-an-imprisoned-escort-crack-open-the-trump-russia-case/
RS_2018-03.xz.deduped.txt:308844 - https://www.motherjones.com/politics/2018/03/it-took-3-different-court-orders-for-scott-walker-to-finally-hold-constitutionally-required-elections/
RS_2018-03.xz.deduped.txt:309785 - https://www.motherjones.com/kevin-drum/2018/03/why-does-omb-want-authority-over-tax-law/
RS_2018-03.xz.deduped.txt:313188 - https://www.motherjones.com/politics/2018/03/you-need-to-calm-down-and-other-degrading-b-s-women-hear-from-doctors/
RS_2018-03.xz.deduped.txt:313276 - https://www.motherjones.com/crime-justice/2018/03/veterinarians-wont-use-this-gas-to-kill-animals-but-3-states-want-to-use-it-on-prisoners/
RS_2018-03.xz.deduped.txt:313794 - https://www.motherjones.com/food/2018/03/life-for-residents-near-hog-farms-just-got-much-much-worse/
RS_2018-03.xz.deduped.txt:313822 - https://www.motherjones.com/politics/2018/03/cambridge-analytica-ford-coca-cola-trump/
RS_2018-03.xz.deduped.txt:315727 - https://www.motherjones.com/kevin-drum/2018/03/the-white-house-personnel-office-is-just-a-big-frat-party/
RS_2018-03.xz.deduped.txt:316237 - https://www.motherjones.com/politics/2018/03/andrew-mccabes-gofundme-just-broke-400000/
RS_2018-03.xz.deduped.txt:316924 - https://www.motherjones.com/food/2018/03/republicans-in-congress-are-so-eager-to-slash-food-stamps-theyre-about-to-make-a-big-mistake/
RS_2018-03.xz.deduped.txt:321316 - https://www.motherjones.com/politics/2018/03/voting-rights-advocates-just-won-a-big-victory-in-court/
RS_2018-03.xz.deduped.txt:323362 - https://www.motherjones.com/politics/2018/03/donald-trump-is-live-tweeting-fox-news-again/
RS_2018-03.xz.deduped.txt:324573 - https://www.motherjones.com/politics/2018/03/as-advertisers-bail-fox-news-laura-ingraham-announces-vacation/

RS_2018-03.xz.deduped.txt:326312 - https://www.motherjones.com/politics/2018/03/nba-star-says-stephon-clark-shooting-taught-his-kids-about-police-brutality/

RS_2018-03.xz.deduped.txt:326321 - https://www.motherjones.com/environment/2018/03/how-5-large-mega-gyres-helped-create-a-galaxy-of-garbage-in-the-pacific/

RS_2018-03.xz.deduped.txt:326854 - https://www.motherjones.com/politics/2018/03/this-amazing-video-shows-how-local-tv-stations-across-america-are-parroting-pro-trump-propaganda/

RS_2018-09.xz.deduped.txt:5252 - https://www.motherjones.com/crime-justice/2018/08/racist-robocalls-iowa-mollie-tibbetts-florida-andrew-gillum/

RS_2018-09.xz.deduped.txt:7518 - https://www.motherjones.com/politics/2018/09/brett-kavanaugh-the-most-unpopular-supreme-court-nominee-in-decades/

RS_2018-09.xz.deduped.txt:11391 - https://www.motherjones.com/environment/2018/09/california-wants-all-its-electricity-carbon-free-hows-that-possible/

RS_2018-09.xz.deduped.txt:12339 - https://www.motherjones.com/politics/2018/09/david-hogg-donald-trump-ted-cruz-billboard/

RS_2018-09.xz.deduped.txt:12746 - https://www.motherjones.com/politics/2018/09/fox-friends-outraged-that-bush-and-obama-praise-decency-and-attack-despotism-at-mccains-funeral/

RS_2018-09.xz.deduped.txt:13516 - https://www.motherjones.com/politics/2018/09/kris-kobach-grand-jury-steven-davis/

RS_2018-09.xz.deduped.txt:17174 - https://www.motherjones.com/politics/2018/09/campaigns-are-at-serious-risk-of-being-hacked-and-congress-is-doing-nothing-to-help-them/

RS_2018-09.xz.deduped.txt:22255 - https://www.motherjones.com/politics/2018/09/trump-attacks-sessions-for-investigations-of-two-indicted-gop-congressmen/

RS_2018-09.xz.deduped.txt:26279 - https://www.motherjones.com/politics/2018/09/heres-why-kavanaugh-could-be-bad-news-for-the-internet-too/

RS_2018-09.xz.deduped.txt:27316 - https://www.motherjones.com/crime-justice/2018/09/inside-the-special-police-unit-thats-transforming-how-cops-investigate-sexual-assault/

RS_2018-09.xz.deduped.txt:28127 - https://www.motherjones.com/crime-justice/2018/09/how-the-trump-administration-went-easy-on-small-town-police-abuses

RS_2018-09.xz.deduped.txt:29619 - https://www.motherjones.com/politics/2018/09/norm-slayer-loves-norms/

RS_2018-09.xz.deduped.txt:29626 - https://www.motherjones.com/kevin-drum/2018/09/donald-trump-is-an-unhinged-lying-fifth-grade-goddamn-dumbbell-and-thats-just-what-his-friends-say/

RS_2018-09.xz.deduped.txt:29938 - https://www.motherjones.com/politics/2018/09/kavanaughs-confirmation-hearing-is-pure-chaos/

RS_2018-09.xz.deduped.txt:32343 - https://www.motherjones.com/politics/2018/09/parkland-dad-escorted-out-of-hearing-after-trying-to-shake-kavanaughs-hand/

RS_2018-09.xz.deduped.txt:32589 - https://www.motherjones.com/politics/2018/09/john-kelly-says-may-is-the-cruelest/

RS_2018-09.xz.deduped.txt:35879 - https://www.motherjones.com/politics/2018/09/chicago-mayor-rahm-emanuel-wont-seek-a-third-term/

RS_2018-09.xz.deduped.txt:36435 - https://www.motherjones.com/politics/2018/09/ayanna-pressley-michael-capuano/

RS_2018-09.xz.deduped.txt:39405 - https://www.motherjones.com/crime-justice/2018/09/corecivic-private-prison-shane-bauer-book/

RS_2018-09.xz.deduped.txt:41062 - https://www.motherjones.com/politics/2018/09/kavanaugh-defends-opinion-that-assault-weapons-are-common-and-cant-be-banned/
RS_2018-09.xz.deduped.txt:41984 - https://www.motherjones.com/kevin-drum/2018/09/oh-look-a-white-supremacist-has-been-writing-at-a-mainstream-conservative-magazine-so-shocking/
RS_2018-09.xz.deduped.txt:42437 - https://www.motherjones.com/politics/2018/09/kavanaugh-trump-pardon-subpoena/
RS_2018-09.xz.deduped.txt:42696 - https://www.motherjones.com/politics/2018/09/kavanaugh-manny-miranda-leahy/
RS_2018-09.xz.deduped.txt:42906 - https://www.motherjones.com/politics/2018/09/how-brett-kavanaugh-made-russian-election-interference-easier-and-robert-muellers-job-harder/
RS_2018-09.xz.deduped.txt:42924 - https://www.motherjones.com/politics/2018/09/election-officials-are-alarmed-as-trump-administration-subpoenas-voter-data-from-44-north-carolina-counties/
RS_2018-09.xz.deduped.txt:43027 - https://www.motherjones.com/kevin-drum/2018/09/yet-again-republicans-hate-obamacare-but-love-what-it-actually-does/
RS_2018-09.xz.deduped.txt:45705 - https://www.motherjones.com/kevin-drum/2018/09/donald-trump-has-no-idea-his-staff-is-sabotaging-him/
RS_2018-09.xz.deduped.txt:47745 - https://www.motherjones.com/politics/2018/09/new-documents-show-the-trump-administration-cut-climate-change-impacts-from-its-energy-plan-affordable-clean-energy-proposal-clean-power-plan/
RS_2018-09.xz.deduped.txt:48380 - https://www.motherjones.com/politics/2017/08/a-future-of-genetically-engineered-children-is-closer-than-youd-think/
RS_2018-09.xz.deduped.txt:49573 - https://www.motherjones.com/politics/2018/09/voting-in-midterm-elections-for-the-first-time-we-want-to-hear-from-you/
RS_2018-09.xz.deduped.txt:50674 - https://www.motherjones.com/politics/2018/09/an-old-anti-irish-law-is-at-the-heart-of-trumps-plan-to-reshape-legal-immigration/
RS_2018-09.xz.deduped.txt:52080 - https://www.motherjones.com/politics/2018/09/kamala-harris-brett-kavanaugh-mueller-question/
RS_2018-09.xz.deduped.txt:52380 - https://www.motherjones.com/politics/2018/09/cory-booker-brett-kavanaugh-documents-democrats/
RS_2018-09.xz.deduped.txt:54502 - https://www.motherjones.com/politics/2018/09/senate-democrats-ask-the-justice-department-to-investigate-rudy-giulianis-foreign-lobbying/
RS_2018-09.xz.deduped.txt:54509 - https://www.motherjones.com/politics/2018/09/newly-released-emails-show-kavanaugh-had-a-dim-view-of-a-government-affirmative-action-program/
RS_2018-09.xz.deduped.txt:57913 - https://www.motherjones.com/politics/2018/09/five-times-brett-kavanaugh-appears-to-have-lied-to-congress-while-under-oath/
RS_2018-09.xz.deduped.txt:62023 - https://www.motherjones.com/politics/2018/09/jeff-sessions-is-executing-trumps-immigration-plans-with-a-quiet-efficient-brutality/
RS_2018-09.xz.deduped.txt:63274 - https://www.motherjones.com/politics/2018/09/chuck-grassley-blocking-nomination-of-top-intelligence-official-william-evanina-mueller-probe/
RS_2018-09.xz.deduped.txt:64000 - https://www.motherjones.com/politics/2018/09/five-times-brett-kavanaugh-appears-to-have-lied-to-congress-while-under-oath/"TITLE
RS_2018-09.xz.deduped.txt:66001 - https://www.motherjones.com/politics/2018/09/barack-obama-trumps-name-midterm-elections/

RS_2018-09.xz.deduped.txt:67031 - https://www.motherjones.com/politics/2018/09/meet-the-parkland-survivor-who-testified-against-kavanaugh/
RS_2018-09.xz.deduped.txt:68085 - https://www.motherjones.com/politics/2018/09/william-tong-connecticut-first-asian-american-attorney-general-donald-trump/
RS_2018-09.xz.deduped.txt:68125 - https://www.motherjones.com/politics/2018/09/trump-obama-speech-sleeping-reaction-fargo/
RS_2018-09.xz.deduped.txt:68506 - https://www.motherjones.com/kevin-drum/2018/09/bernie-sanders-comes-face-to-face-with-the-hack-gap/
RS_2018-09.xz.deduped.txt:69459 - https://www.motherjones.com/politics/2018/09/the-seven-softest-softball-questions-republicans-asked-brett-kavanaugh/
RS_2018-09.xz.deduped.txt:70082 - https://www.motherjones.com/politics/2018/09/history-says-voters-wont-elect-stacey-abrams-as-georgias-first-black-governor-polls-suggest-otherwise/
RS_2018-09.xz.deduped.txt:72033 - https://www.motherjones.com/environment/2018/09/poems-photos-state-torn-apart-fracking-pennsylvania-marcellus-shale-play/
RS_2018-09.xz.deduped.txt:74556 - https://www.motherjones.com/politics/2018/09/donald-trump-inauguration-photos-cropped-make-crowds-look-bigger-1/
RS_2018-09.xz.deduped.txt:75621 - https://www.motherjones.com/politics/2018/09/turns-out-the-local-kansas-mom-in-this-conservative-attack-ad-is-a-top-state-republican-official/
RS_2018-09.xz.deduped.txt:76996 - https://www.motherjones.com/crime-justice/2018/09/cummins-prison-farm-photo-essay/
RS_2018-09.xz.deduped.txt:79567 - https://www.motherjones.com/politics/2018/09/senate-intelligence-committee-interview-roger-stone-wikileaks-connection-randy-credico/
RS_2018-09.xz.deduped.txt:81133 - https://www.motherjones.com/politics/2018/09/trump-is-giving-up-on-trying-to-silence-stormy-daniels/
RS_2018-09.xz.deduped.txt:81521 - https://www.motherjones.com/politics/2018/09/trump-almost-sent-a-tweet-that-could-have-signaled-war-with-north-korea/
RS_2018-09.xz.deduped.txt:86858 - https://www.motherjones.com/environment/2018/09/solar-power-isnt-just-for-the-rich-anymore/
RS_2018-09.xz.deduped.txt:87749 - https://www.motherjones.com/food/2018/09/carnivorism-zero-carb-jordan-peterson-mikhaila-shawn-baker-andrew-torba-alt-right/
RS_2018-09.xz.deduped.txt:88578 - https://www.motherjones.com/crime-justice/2018/09/abortion-clinic-blockade-red-rose-rescue/
RS_2018-09.xz.deduped.txt:91687 - https://www.motherjones.com/politics/2018/09/trump-attacks-woodward-by-citing-interview-on-cable-channel-known-for-conspiracy-theories/
RS_2018-09.xz.deduped.txt:97024 - https://www.motherjones.com/politics/2018/09/this-ad-tells-you-everything-you-need-to-know-about-the-2018-elections/
RS_2018-09.xz.deduped.txt:97963 - https://www.motherjones.com/politics/2018/09/californias-governor-just-signed-a-law-to-make-the-states-electricity-emissions-free-by-2045-sb-100/
RS_2018-09.xz.deduped.txt:98897 - https://www.motherjones.com/environment/2018/09/national-park-officials-scrubbed-climate-change-from-key-report/
RS_2018-09.xz.deduped.txt:100945 - https://www.motherjones.com/food/2015/08/how-midwests-corn-farms-are-cooking-planet/
RS_2018-09.xz.deduped.txt:101129 - https://www.motherjones.com/politics/2018/09/chicago-mayor-race-rahm-emanuel-women-of-color-lori-lightfoot-preckwinkle-mendoza/

RS_2018-09.xz.deduped.txt:101351 - https://www.motherjones.com/politics/2018/09/trump-9-11/

RS_2018-09.xz.deduped.txt:102709 - https://www.motherjones.com/politics/2018/09/progressives-raise-more-than-1-million-to-defeat-susan-collins-if-she-votes-to-confirm-kavanaugh/

RS_2018-09.xz.deduped.txt:103432 - https://www.motherjones.com/politics/2018/09/progressives-raise-more-than-1-million-to-defeat-susan-collins-if-she-votes-to-confirm-kavanaugh/&ved=2ahUKEwj10sSK47PdAhVszlQKHatnDlUQFjAIegQIAxAB&usg=AOvVaw3d-02D8ahFSVD6eUcu1gyW

RS_2018-09.xz.deduped.txt:103466 - http://www.motherjones.com/politics/2018/09/progressives-raise-more-than-1-million-to-defeat-susan-collins-if-she-votes-to-confirm-kavanaugh/

RS_2018-09.xz.deduped.txt:104876 - https://www.motherjones.com/politics/2018/09/trumps-latest-attack-on-the-fbi-is-probably-bogus/

RS_2018-09.xz.deduped.txt:106455 - https://www.motherjones.com/kevin-drum/2018/09/democrats-are-giving-up-on-compromise/

RS_2018-09.xz.deduped.txt:106579 - https://www.motherjones.com/crime-justice/2018/09/thousands-of-prisoners-are-being-forced-to-stay-during-hurricane-florence/

RS_2018-09.xz.deduped.txt:107022 - https://www.motherjones.com/crime-justice/2018/09/top-cancer-researcher-fails-to-disclose-corporate-financial-ties-in-major-research-journals/

RS_2018-09.xz.deduped.txt:108544 - https://www.motherjones.com/kevin-drum/2018/09/robots-are-making-more-and-more-of-your-food/

RS_2018-09.xz.deduped.txt:109194 - https://www.motherjones.com/politics/2017/09/how-donald-trump-lied-to-conceal-his-moscow-business-partner/

RS_2018-09.xz.deduped.txt:110057 - https://www.motherjones.com/politics/2018/09/the-first-dreamer-to-run-for-office-in-new-york-has-a-message-for-donald-trump-catalina-cruz-new-american-leaders/

RS_2018-09.xz.deduped.txt:111596 - https://www.motherjones.com/politics/2018/09/ted-cruz-jokes-to-oil-lobbyists-about-eating-someones-son/

RS_2018-09.xz.deduped.txt:111946 - https://www.motherjones.com/politics/2016/12/donald-trump-debt-sale-conflict-of-interest/

RS_2018-09.xz.deduped.txt:112605 - https://www.motherjones.com/environment/2018/09/why-north-carolina-wont-evacuate-its-beloved-wild-horses-during-the-hurricane/

RS_2018-09.xz.deduped.txt:113180 - https://www.motherjones.com/environment/2018/09/undaunted-by-trump-thousands-of-climate-activists-are-meeting-to-plan-their-next-move/

RS_2018-09.xz.deduped.txt:113714 - https://www.motherjones.com/politics/2018/09/top-democrat-wants-answers-on-anomalies-in-trumps-payments-to-stormy-daniels-and-karen-mcdougal/

RS_2018-09.xz.deduped.txt:114324 - https://www.motherjones.com/politics/2018/09/eric-trump-sounds-pretty-anti-semitic-talking-about-bob-woodwards-new-book-fear-fox-and-friends/

RS_2018-09.xz.deduped.txt:120783 - https://www.motherjones.com/politics/2018/09/trump-enemy-of-the-people-media-threats/

RS_2018-09.xz.deduped.txt:121754 - https://www.motherjones.com/politics/2018/09/iowa-congressman-steve-king-just-cant-stop-promoting-white-nationalists-on-twitter/

RS_2018-09.xz.deduped.txt:123506 - https://www.motherjones.com/politics/2015/01/warren-farrell-mens-rights-movement-feminism-misogyny-trolls/

RS_2018-09.xz.deduped.txt:123520 - https://www.motherjones.com/politics/2016/04/ted-cruz-dildo-ban-sex-devices-texas/

RS_2018-09.xz.deduped.txt:123649 - https://www.motherjones.com/politics/2018/09/trump-enemy-of-the-people-media-threats

RS_2018-09.xz.deduped.txt:123698 - https://www.motherjones.com/politics/2018/09/alleged-holocaust-denier-chuck-johnson-attends-matt-gaetz-fundraiser-dana-rohrabacher/

RS_2018-09.xz.deduped.txt:126848 - https://www.motherjones.com/kevin-drum/2018/09/is-your-local-pd-strapped-for-cash-no-problem-just-seize-it-from-black-kids/

RS_2018-09.xz.deduped.txt:128247 - https://www.motherjones.com/politics/2018/09/fox-news-reports-that-fans-are-just-furious-willie-nelson-would-have-a-rally-for-beto-orourke/

RS_2018-09.xz.deduped.txt:129180 - https://www.motherjones.com/politics/2018/09/paul-ryan-obamacare-reform-2018-midterm-elections/

RS_2018-09.xz.deduped.txt:132933 - https://www.motherjones.com/politics/2016/09/trump-russian-mobster-tokhtakhounov-miss-universe-moscow/

RS_2018-09.xz.deduped.txt:133937 - https://www.motherjones.com/politics/2018/09/the-russian-hacking-of-2016-was-just-a-taste-heres-what-may-lie-ahead/

RS_2018-09.xz.deduped.txt:134526 - https://www.motherjones.com/politics/2018/09/alleged-holocaust-denier-chuck-johnson-attends-matt-gaetz-fundraiser-dana-rohrabacher

RS_2018-09.xz.deduped.txt:136394 - https://www.motherjones.com/politics/2018/09/paul-manafort-tried-to-pressure-obama-jews-to-help-his-secret-lobbying-campaign-for-ukraine/

RS_2018-09.xz.deduped.txt:136402 - https://www.motherjones.com/environment/2018/09/welund-private-intelligence-oil-gas/

RS_2018-09.xz.deduped.txt:138881 - https://www.motherjones.com/politics/2018/09/attorney-general-races-midterms-ellison-herringbrauchler-weiser-dana-nessel-nra-everytown/

RS_2018-09.xz.deduped.txt:139025 - https://www.motherjones.com/politics/2018/09/paul-manafort-will-give-robert-mueller-complete-cooperation-his-attorney-says/

RS_2018-09.xz.deduped.txt:139558 - https://www.motherjones.com/politics/2018/09/nra-membership-magazine-subscriptions/

RS_2018-09.xz.deduped.txt:140478 - https://www.motherjones.com/politics/2018/09/mississippi-senate-candidate-to-african-americans-stop-begging-for-federal-government-scraps/

RS_2018-09.xz.deduped.txt:143968 - https://www.motherjones.com/politics/2018/09/donald-trump-puerto-rico-3000-deaths/

RS_2018-09.xz.deduped.txt:146133 - https://www.motherjones.com/politics/2018/09/brett-kavanaugh-mark-judge-high-school-drunk-allegation-alcohol/

RS_2018-09.xz.deduped.txt:147379 - https://www.motherjones.com/crime-justice/2018/09/border-patrol-agent-four-women-alleged-serial-killer/

RS_2018-09.xz.deduped.txt:147849 - https://www.motherjones.com/politics/2018/09/john-kerry-donald-trump-bill-maher-8-year-old-boy/

RS_2018-09.xz.deduped.txt:147925 - https://www.motherjones.com/politics/2018/09/the-many-mysteries-of-brett-kavanaughs-finances/

RS_2018-09.xz.deduped.txt:152779 - https://www.motherjones.com/kevin-drum/2018/09/russian-cyberwarfare-is-much-worse-than-you-think-donald-trumps-indifference-to-it-is-much-more-criminal-than-you-think/

RS_2018-09.xz.deduped.txt:152799 - https://www.motherjones.com/politics/2018/09/fema-trump-puerto-rico-death-toll-denials-brock-long/
RS_2018-09.xz.deduped.txt:153400 - https://www.motherjones.com/politics/2018/09/verizon-quits-alec-david-horowitz/
RS_2018-09.xz.deduped.txt:159699 - https://www.motherjones.com/politics/2018/09/christine-blasey-ford-brett-kavanaugh-testify/
RS_2018-09.xz.deduped.txt:161505 - https://www.motherjones.com/politics/2017/04/anti-racist-antifa-tinley-park-five/
RS_2018-09.xz.deduped.txt:161612 - https://www.motherjones.com/politics/2018/09/kavanaugh-letter-christine-blasey-ford-supreme-court-washington-post-1/
RS_2018-09.xz.deduped.txt:161834 - https://www.motherjones.com/kevin-drum/2018/09/religion-and-racism-still-go-hand-in-hand-in-the-gop/
RS_2018-09.xz.deduped.txt:162873 - https://www.motherjones.com/politics/2018/09/brett-kavanaugh-gave-a-speech-about-binge-drinking-in-law-school/
RS_2018-09.xz.deduped.txt:162907 - https://www.motherjones.com/politics/2018/09/donald-trump-jr-mocked-kavanaughs-accuser-its-not-the-first-time-he-thought-sexual-assault-was-funny/
RS_2018-09.xz.deduped.txt:163768 - https://www.motherjones.com/politics/2018/09/trump-kavanaugh-sexual-assault-allegations/
RS_2018-09.xz.deduped.txt:167317 - https://www.motherjones.com/politics/2018/09/ted-cruz-beto-orourke-botham-jean-amber-guyger-shooting/
RS_2018-09.xz.deduped.txt:168994 - https://www.motherjones.com/food/2018/09/heidi-heitkamps-latest-campaign-ad-targets-farmers-caught-in-trumps-trade-war/
RS_2018-09.xz.deduped.txt:169170 - https://www.motherjones.com/environment/2018/09/florence-is-destroying-a-delicate-system-of-land-ownership-going-back-over-100-years/
RS_2018-09.xz.deduped.txt:171757 - https://www.motherjones.com/politics/2018/09/judge-says-georgias-vulnerable-voting-system-may-be-unconstitutional-but-allows-it-to-remain-through-midterms/
RS_2018-09.xz.deduped.txt:174123 - https://www.motherjones.com/politics/2018/09/political-extremists-are-using-youtube-to-monetize-their-toxic-ideas/
RS_2018-09.xz.deduped.txt:174282 - https://www.motherjones.com/politics/2018/09/new-documents-undercut-commerce-secretarys-claims-about-origins-of-census-citizenship-question/
RS_2018-09.xz.deduped.txt:174503 - https://www.motherjones.com/politics/2018/09/in-kansas-governors-race-key-republicans-are-backing-the-democrat-over-kris-kobach/
RS_2018-09.xz.deduped.txt:176572 - https://www.motherjones.com/politics/2018/09/steve-knight-nra-parkland-katie-hill/
RS_2018-09.xz.deduped.txt:177856 - https://www.motherjones.com/media/2018/09/carrie-severino-brett-kavanaugh-rough-horseplay/
RS_2018-09.xz.deduped.txt:180652 - https://www.motherjones.com/politics/2018/09/trump-lies-endangering-american-democracy-rand/
RS_2018-09.xz.deduped.txt:184600 - https://www.motherjones.com/politics/2018/09/trump-sessions-so-sad/
RS_2018-09.xz.deduped.txt:185645 - https://www.motherjones.com/media/2018/09/journalism-that-stands-for-something/

RS_2018-09.xz.deduped.txt:186373 - https://www.motherjones.com/politics/2018/09/erik-paulsen-dean-phillips-bigfoot-ad/
RS_2018-09.xz.deduped.txt:189908 - https://www.motherjones.com/politics/2018/09/sessions-is-poised-to-make-it-vastly-harder-for-asylum-seekers-to-get-out-of-detention/
RS_2018-09.xz.deduped.txt:192716 - https://www.motherjones.com/food/2018/09/these-photos-of-submerged-north-carolina-livestock-farms-are-devastating/
RS_2018-09.xz.deduped.txt:192919 - https://www.motherjones.com/food/2018/09/even-before-florences-floods-north-carolinas-factory-farms-were-deadly-to-their-neighbors/
RS_2018-09.xz.deduped.txt:193332 - https://www.motherjones.com/politics/2018/09/its-2018-and-candidates-are-still-running-attack-ads-against-iraq-war-protesters/
RS_2018-09.xz.deduped.txt:195661 - https://www.motherjones.com/politics/2018/09/rep-dana-rohrabacher-endorses-local-politician-accused-of-peddling-racist-conspiracies/
RS_2018-09.xz.deduped.txt:204770 - https://www.motherjones.com/kevin-drum/2018/09/the-kavanaugh-affair-careened-off-a-cliff-today/
RS_2018-09.xz.deduped.txt:204789 - https://www.motherjones.com/politics/2018/09/fema-stopped-paying-for-hotels-for-displaced-puerto-ricans-now-some-are-homeless/
RS_2018-09.xz.deduped.txt:207776 - https://www.motherjones.com/politics/2018/09/trump-christine-blasey-ford-kavanaugh/
RS_2018-09.xz.deduped.txt:208484 - https://www.motherjones.com/kevin-drum/2018/09/donald-trump-is-the-biggest-middle-class-tax-raiser-of-all-time/
RS_2018-09.xz.deduped.txt:208920 - https://www.motherjones.com/politics/2018/09/pope-francis-has-a-blind-spot-on-sexual-misconduct-and-it-begins-with-his-own-advisory-council/
RS_2018-09.xz.deduped.txt:210037 - https://www.motherjones.com/media/2018/09/why-i-didnt-report-trump-christine-blasey-ford/
RS_2018-09.xz.deduped.txt:215384 - https://www.motherjones.com/politics/2018/09/republicans-had-27-years-to-prepare-for-another-anita-hill-moment-theyre-still-blowing-it/
RS_2018-09.xz.deduped.txt:217693 - https://www.motherjones.com/kevin-drum/2018/09/its-time-to-start-ignoring-social-media/
RS_2018-09.xz.deduped.txt:218365 - https://www.motherjones.com/politics/2018/09/these-10-minutes-tell-you-everything-you-need-to-know-about-american-politics-in-2018/
RS_2018-09.xz.deduped.txt:219075 - https://www.motherjones.com/politics/2018/09/kevin-cramer-brett-kavanaugh-sexual-assault/
RS_2018-09.xz.deduped.txt:222999 - https://www.motherjones.com/environment/2018/09/hurricane-marias-effect-on-the-health-care-industry-is-threatening-lives-across-the-us/
RS_2018-09.xz.deduped.txt:225008 - https://www.motherjones.com/politics/2018/09/giuliani-has-been-told-to-stop-advocating-for-foreign-interests-but-just-did-it-anyway/
RS_2018-09.xz.deduped.txt:227128 - https://www.motherjones.com/politics/2018/09/sen-lindsey-graham-says-he-doesnt-want-to-ruin-this-guys-life-based-on-an-accusation/
RS_2018-09.xz.deduped.txt:228158 - https://www.motherjones.com/politics/2018/09/stormys-memoir-is-reportedly-in-trumps-head/
RS_2018-09.xz.deduped.txt:228285 - https://www.motherjones.com/politics/2018/09/brett-kavanaugh-deborah-ramirez-new-accuser/
RS_2018-09.xz.deduped.txt:231069 - https://www.motherjones.com/politics/2018/09/an-alaska-ballot-initiative-pits-protecting-habitats-against-the-fossil-fuel-industry/

RS_2018-09.xz.deduped.txt:233993 - https://www.motherjones.com/politics/2018/09/the-man-set-to-become-deputy-attorney-general-said-muellers-investigation-risked-becoming-a-witch-hunt/

RS_2018-09.xz.deduped.txt:241772 - https://www.motherjones.com/politics/2018/09/a-bill-to-regulate-rehabs-faces-opposition-from-rehabs/

RS_2018-09.xz.deduped.txt:242265 - https://www.motherjones.com/politics/2018/09/north-carolinas-new-election-law-is-going-to-make-it-harder-for-rural-constituents-to-vote/

RS_2018-09.xz.deduped.txt:242303 - https://www.motherjones.com/politics/2018/09/leaked-white-house-memo-donald-trump-antitrust-google-facebook-amazon-twitter/

RS_2018-09.xz.deduped.txt:243220 - https://www.motherjones.com/politics/2018/09/roger-stone-offered-to-assist-his-alleged-wikileaks-source-randy-credico-with-legal-expenses/

RS_2018-09.xz.deduped.txt:245925 - https://www.motherjones.com/politics/2018/09/north-carolinas-new-election-law-is-going-to-make-it-harder-for-rural-constituents-to-vote/?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Ffeed+%28Mother+Jones+Feed%29

RS_2018-09.xz.deduped.txt:246338 - https://www.motherjones.com/politics/2018/09/trump-laughed-at-united-nations/

RS_2018-09.xz.deduped.txt:247034 - https://www.motherjones.com/politics/2018/09/this-gop-senate-candidate-kevin-cramer-isnt-sure-that-attempted-rape-claim-should-disqualify-kavanaugh/

RS_2018-09.xz.deduped.txt:248867 - https://www.motherjones.com/politics/2018/09/kavanaugh-allegations-bring-a-reckoning-at-yale-law-school/

RS_2018-09.xz.deduped.txt:249532 - https://www.motherjones.com/politics/2018/09/jeff-sessions-couldnt-get-state-ags-to-back-his-campaign-against-tech/

RS_2018-09.xz.deduped.txt:253307 - https://www.motherjones.com/politics/2018/09/new-trump-administration-rule-could-cause-fearful-immigrants-to-forgo-public-benefits/

RS_2018-09.xz.deduped.txt:253343 - https://www.motherjones.com/politics/2018/09/inside-the-fight-for-medicaid-expansion-in-americas-reddest-states/

RS_2018-09.xz.deduped.txt:254900 - https://www.motherjones.com/environment/2018/09/power-outages-during-a-hurricane-can-be-deadly-solar-could-fix-that/

RS_2018-09.xz.deduped.txt:255544 - https://www.motherjones.com/politics/2018/09/gun-control-groups-are-pouring-serious-money-into-house-races/

RS_2018-09.xz.deduped.txt:256663 - https://www.motherjones.com/politics/2018/09/julie-swetnick-brett-kavanaugh/

RS_2018-09.xz.deduped.txt:257919 - https://www.motherjones.com/politics/2018/09/mark-judge-lawyer-he-wont-say-anything-until-the-kavanaugh-confirmation-process-ends/

RS_2018-09.xz.deduped.txt:259309 - https://www.motherjones.com/environment/2018/09/for-the-first-time-scientists-prove-human-activity-is-the-top-cause-of-warming-antarctic-waters/

RS_2018-09.xz.deduped.txt:259934 - https://www.motherjones.com/politics/2018/09/kavanaugh-says-the-claims-against-him-are-uncorroborated-legally-speaking-thats-not-true/

RS_2018-09.xz.deduped.txt:260290 - https://www.motherjones.com/kevin-drum/2018/09/total-compensation-has-flatlined-for-all-but-the-top-10/

RS_2018-09.xz.deduped.txt:260791 - https://www.motherjones.com/politics/2018/09/read-christine-blasey-ford-testimony-brett-kavanaugh/
RS_2018-09.xz.deduped.txt:261273 - https://www.motherjones.com/politics/2018/09/donald-trump-is-giving-an-insane-press-conference-right-now/
RS_2018-09.xz.deduped.txt:261893 - https://www.motherjones.com/politics/2018/09/rep-duncan-hunter-suggests-his-opponent-is-part-of-islamist-plot-to-infiltrate-the-government/
RS_2018-09.xz.deduped.txt:262243 - https://www.motherjones.com/politics/2018/09/donald-trump-press-conference-brett-kavanaugh/
RS_2018-09.xz.deduped.txt:263347 - https://www.motherjones.com/politics/2018/09/the-loophole-that-let-kavanaugh-hide-his-finances-could-lead-to-conflicts-of-interest/
RS_2018-09.xz.deduped.txt:265471 - https://www.motherjones.com/kevin-drum/2018/09/i-am-spartacus-brett-kavanaugh-edition/
RS_2018-09.xz.deduped.txt:269038 - https://www.motherjones.com/politics/2018/09/brett-kavanaugh-migrant-abortion-jane-doe/
RS_2018-09.xz.deduped.txt:269348 - https://www.motherjones.com/politics/2018/09/christine-blasey-ford-testimony-video/
RS_2018-09.xz.deduped.txt:270364 - https://www.motherjones.com/politics/2018/09/republicans-female-assistant-strategy-seems-to-have-backfired/
RS_2018-09.xz.deduped.txt:270866 - https://www.motherjones.com/politics/2018/09/lindsey-graham-threatens-to-falsify-accusations-of-assault-against-democratic-supreme-court-nominees/
RS_2018-09.xz.deduped.txt:271300 - https://www.motherjones.com/politics/2018/09/lindsey-graham-christine-blasey-ford-testimony/
RS_2018-09.xz.deduped.txt:272016 - https://www.motherjones.com/politics/2018/09/heres-the-problem-with-kavanaughs-claim-that-someone-else-assaulted-ford/
RS_2018-09.xz.deduped.txt:272097 - https://www.motherjones.com/politics/2018/09/brett-kavanaugh-dianne-feinstein/
RS_2018-09.xz.deduped.txt:272311 - https://www.motherjones.com/politics/2018/09/brett-kavanaugh-gave-a-speech-about-binge-drinking-in-law-school
RS_2018-09.xz.deduped.txt:272572 - https://www.motherjones.com/politics/2018/09/kavanaugh-hearing-cspan-caller-assault-christine-blasey-ford/
RS_2018-09.xz.deduped.txt:273569 - https://www.motherjones.com/politics/2018/09/a-bruising-hearing-casts-doubt-on-kavanaughs-judicial-temperament/
RS_2018-09.xz.deduped.txt:274678 - https://www.motherjones.com/politics/2018/09/everything-you-need-to-know-about-thursdays-historic-and-emotional-kavanaugh-hearing-blasey-ford/
RS_2018-09.xz.deduped.txt:274754 - https://www.motherjones.com/politics/2018/09/the-four-big-contradictions-in-brett-kavanaughs-senate-testimony/
RS_2018-09.xz.deduped.txt:275415 - https://www.motherjones.com/politics/2018/09/brian-kemp-mailer-stacey-abrams-georgia/
RS_2018-09.xz.deduped.txt:280483 - https://www.motherjones.com/politics/2018/09/jeff-flake-brett-kavanaugh-sexual-assault/
RS_2018-09.xz.deduped.txt:280996 - https://www.motherjones.com/politics/2014/11/rape-statutes-of-limitation-maps-table/

RS_2018-09.xz.deduped.txt:283355 - https://www.motherjones.com/kevin-drum/2018/09/637469/

RS_2018-09.xz.deduped.txt:283976 - https://www.motherjones.com/politics/2018/09/republicans-anthony-delgado-big-city-rapper/

RS_2018-09.xz.deduped.txt:285514 - https://www.motherjones.com/politics/2018/09/kentuckys-last-abortion-clinic-will-remain-open/

RS_2018-09.xz.deduped.txt:289680 - https://www.motherjones.com/politics/2018/09/more-brett-kavanaugh-classmates-are-saying-he-lied-to-congress/

RS_2018-09.xz.deduped.txt:290366 - https://www.motherjones.com/politics/2018/09/george-w-bush-is-still-bad/

RS_2018-09.xz.deduped.txt:292257 - https://www.motherjones.com/politics/2018/09/more-brett-kavanaugh-classmates-are-saying-he-lied-to-congress/?utm_source=mj-newsletters&utm_medium=email&utm_campaign=in-the-mix-2018-09-29

RS_2018-09.xz.deduped.txt:292397 - https://www.motherjones.com/environment/2018/09/5-people-died-from-eating-lettuce-but-trumps-fda-still-wont-make-farms-test-water-for-bacteria/

RS_2018-09.xz.deduped.txt:292398 - https://www.motherjones.com/politics/2018/09/duncan-hunter-ad-muslim-brotherhood-ammar-campa-najjar/

RS_2018-09.xz.deduped.txt:294549 - https://www.motherjones.com/politics/2018/09/gina-ortiz-jones-nrcc-republican-ad-name/

RS_2018-09.xz.deduped.txt:298090 - https://www.motherjones.com/environment/2018/09/red-tide-florida-rick-scott-bill-nelson/

RS_2018-09.xz.deduped.txt:299689 - https://www.motherjones.com/politics/2018/09/the-white-house-has-placed-all-sorts-of-limits-on-the-fbi-in-new-kavanaugh-probe/

RS_2015-02.bz2.deduped.txt:8394 - http://www.motherjones.com/politics/2015/01/david-koch-americans-for-prosperity-tax-credit-restoration

RS_2015-02.bz2.deduped.txt:9955 - http://www.motherjones.com/politics/2015/02/business-hedge-fund-marijuana-investment-arcview?google_editors_picks=true

RS_2015-02.bz2.deduped.txt:10990 - http://www.motherjones.com/media/2014/09/deep-learning-artificial-intelligence-facebook-nsa

RS_2015-02.bz2.deduped.txt:14942 - http://www.motherjones.com/politics/2015/01/pro-life-bill-anti-abortion-groups-across-country-are-trying-kill

RS_2015-02.bz2.deduped.txt:15257 - http://www.motherjones.com/environment/2015/02/obama-budget-billions-green-climate-fund

RS_2015-02.bz2.deduped.txt:16946 - http://www.motherjones.com/environment/2015/02/open-letter-parent-unvaccinated-child-measles-exposure

RS_2015-02.bz2.deduped.txt:16976 - http://www.motherjones.com/politics/2015/01/what-would-happen-if-gop-actually-repealed-obamacare

RS_2015-02.bz2.deduped.txt:17099 - http://www.motherjones.com/politics/2014/08/best-reporting-federal-push-militarize-local-police

RS_2015-02.bz2.deduped.txt:17116 - http://www.motherjones.com/kevin-drum/2015/02/scott-walker-still-clearly-work-progress

RS_2015-02.bz2.deduped.txt:23580 - http://www.motherjones.com/mixed-media/2015/02/harper-lee-publishing-kill-mockingbird-sequel-summer

RS_2015-02.bz2.deduped.txt:25144 - http://www.motherjones.com/environment/2015/02/pew-poll-vaccines-republicans

RS_2015-02.bz2.deduped.txt:26144 -
http://www.motherjones.com/environment/2015/02/measles-outbreak-personal-belief-exemptions
RS_2015-02.bz2.deduped.txt:26285 - http://www.motherjones.com/kevin-drum/2015/02/heres-big-problem-liberals-middle-class-agenda
RS_2015-02.bz2.deduped.txt:26681 - http://www.motherjones.com/politics/2015/02/chris-christie-transparency-records-requests
RS_2015-02.bz2.deduped.txt:27230 - http://www.motherjones.com/politics/2015/02/fired-retaliation-strike-walmart-black-friday
RS_2015-02.bz2.deduped.txt:27954 - http://www.motherjones.com/politics/2015/01/grover-norquist-turns-sam-brownback
RS_2015-02.bz2.deduped.txt:30323 - http://www.motherjones.com/mojo/2015/02/surgeon-general-finally-coming-around-pot
RS_2015-02.bz2.deduped.txt:31533 -
http://www.motherjones.com/environment/2015/02/australia-tony-abbott-climate-change
RS_2015-02.bz2.deduped.txt:32616 - http://www.motherjones.com/politics/2015/02/business-hedge-fund-marijuana-investment-arcview
RS_2015-02.bz2.deduped.txt:33880 - http://www.motherjones.com/environment/2015/02/was-2014-really-warmest-year-nasa-noaa
RS_2015-02.bz2.deduped.txt:41742 - http://www.motherjones.com/politics/2015/02/why-burning-worse-beheading-muslims
RS_2015-02.bz2.deduped.txt:41756 - http://www.motherjones.com/politics/2015/02/scott-walkers-wind-power
RS_2015-02.bz2.deduped.txt:42329 - http://www.motherjones.com/blue-marble/2015/02/four-kickass-facts-americas-energy-use-bnef-renewables
RS_2015-02.bz2.deduped.txt:43364 - http://www.motherjones.com/politics/2015/02/mapping-measles-vaccine-coverage-around-the-country
RS_2015-02.bz2.deduped.txt:44823 -
http://www.motherjones.com/environment/2015/02/chinas-toxic-air-could-kill-population-size-orlando-florida-over-next-decade
RS_2015-02.bz2.deduped.txt:45114 - http://www.motherjones.com/politics/2015/02/foreign-overseas-tax-inversion-evasion-obama
RS_2015-02.bz2.deduped.txt:48274 - http://www.motherjones.com/kevin-drum/2015/02/mcdonalds-creates-worst-marketing-campaign-history-marketing
RS_2015-02.bz2.deduped.txt:51199 - http://www.motherjones.com/media/2015/02/mars-martian-science-fiction-inquiring-minds
RS_2015-02.bz2.deduped.txt:51474 - http://www.motherjones.com/politics/2015/02/female-jihadis-manifesto-ISIS-islamic-state
RS_2015-02.bz2.deduped.txt:56047 - http://m.motherjones.com/kevin-drum/2015/02/john-boehners-big-triumph-now-just-big-shit-sandwich
RS_2015-02.bz2.deduped.txt:56415 - http://www.motherjones.com/mixed-media/2015/02/missouri-family-fake-kidnapping-son
RS_2015-02.bz2.deduped.txt:58073 - http://www.motherjones.com/kevin-drum/2015/02/john-boehners-big-triumph-now-just-big-shit-sandwich
RS_2015-02.bz2.deduped.txt:60582 - http://www.motherjones.com/politics/2013/03/pycon-2013-sexism-dongle-richards

RS_2015-02.bz2.deduped.txt:63232 -
http://www.motherjones.com/politics/2015/02/birmingham-school-police-trial-splc
RS_2015-02.bz2.deduped.txt:65095 - http://www.motherjones.com/tom-philpott/2015/02/no-i-
cant-why-im-turning-away-canned-craft-beer
RS_2015-02.bz2.deduped.txt:65211 - http://www.motherjones.com/politics/2015/02/king-
burwell-supreme-court-obamacare
RS_2015-02.bz2.deduped.txt:65767 -
http://www.motherjones.com/politics/2015/02/pennsylvania-preemption-local-gun-laws
RS_2015-02.bz2.deduped.txt:65819 - http://www.motherjones.com/mojo/2010/07/when-police-
shoot-unarmed-man-oscar-grant-verdict-Mehserle
RS_2015-02.bz2.deduped.txt:66087 - http://www.motherjones.com/politics/2015/02/isis-islamic-
state-baghdadi-music-jihad-nasheeds?google_editors_picks=true
RS_2015-02.bz2.deduped.txt:66108 - http://www.motherjones.com/tom-philpott/2015/02/no-i-
cant-why-im-turning-away-canned-craft-beer?google_editors_picks=true
RS_2015-02.bz2.deduped.txt:66154 - http://www.motherjones.com/politics/2015/02/king-
burwell-supreme-court-obamacare?ncid=edlinkushpmg00000088
RS_2015-02.bz2.deduped.txt:68910 - http://www.motherjones.com/kevin-drum/2015/02/jason-
chaffetz-opens-dumbest-investigation-obama-yet
RS_2015-02.bz2.deduped.txt:71905 - http://www.motherjones.com/politics/2015/02/hca-king-
burwell-supreme-court-obamacare-amicus-brief
RS_2015-02.bz2.deduped.txt:74289 - http://www.motherjones.com/politics/2015/02/koch-
retreat-donors-249-million-2016
RS_2015-02.bz2.deduped.txt:75191 - http://www.motherjones.com/mixed-media/2015/02/pop-
warner-football-concussions-complaint
RS_2015-02.bz2.deduped.txt:78636 -
http://www.motherjones.com/environment/2015/02/scientists-geoengineering-climate-bad-idea
RS_2015-02.bz2.deduped.txt:80690 - http://www.motherjones.com/politics/2015/02/federal-
judge-NSA-surveillance-eff
RS_2015-02.bz2.deduped.txt:83050 - http://www.motherjones.com/politics/2015/02/colorado-
iud-teen-pregnancy-abortion
RS_2015-02.bz2.deduped.txt:83331 - http://www.motherjones.com/environment/2015/02/apple-
850-million-california-first-solar-deal
RS_2015-02.bz2.deduped.txt:83824 - http://www.motherjones.com/politics/2015/02/ted-cruz-
tort-reform-2016
RS_2015-02.bz2.deduped.txt:84908 - http://www.motherjones.com/mojo/2015/02/montana-
legislator-wants-ban-yoga-pants
RS_2015-02.bz2.deduped.txt:87996 -
http://www.motherjones.com/environment/2015/02/breakfast-myths-coffee-gastropod
RS_2015-02.bz2.deduped.txt:88232 - http://www.motherjones.com/politics/2015/02/cia-
psychological-profiles-hitler-castro-putin-saddam
RS_2015-02.bz2.deduped.txt:91058 -
http://www.motherjones.com/environment/2015/02/vaccines-measles-rotavirus-climate-change
RS_2015-02.bz2.deduped.txt:92177 - http://www.motherjones.com/kevin-drum/2015/02/age-40-
your-income-probably-good-its-going-get
RS_2015-02.bz2.deduped.txt:92672 - http://www.motherjones.com/kevin-drum/2015/02/scott-
walker-would-be-most-conservative-gop-candidate-goldwater

RS_2015-02.bz2.deduped.txt:93408 - http://www.motherjones.com/politics/2015/02/arizonas-new-governor-just-cut-education-funding-build-big-new-private-prison

RS_2015-02.bz2.deduped.txt:93434 - http://www.motherjones.com/politics/2015/02/us-only-country-lock-children-life-sentences

RS_2015-02.bz2.deduped.txt:94112 - http://www.motherjones.com/politics/2015/02/marriage-licenses-obama-undocumented-immigrants-lawsuit

RS_2015-02.bz2.deduped.txt:94400 - http://www.motherjones.com/mojo/2015/02/ruth-bader-ginsburg-believes-americans-are-ready-accept-scotus-gay-marriage-ruling

RS_2015-02.bz2.deduped.txt:100460 - http://www.motherjones.com/politics/2004/11/two-income-trap

RS_2015-02.bz2.deduped.txt:101438 - http://m.motherjones.com/politics/2015/02/ted-cruz-president-obama-stimulus-lawyer

RS_2015-02.bz2.deduped.txt:102197 - http://www.motherjones.com/politics/2015/02/ted-cruz-president-obama-stimulus-lawyer

RS_2015-02.bz2.deduped.txt:106326 - http://www.motherjones.com/politics/2015/02/gay-conversion-therapy-consumer-fraud

RS_2015-02.bz2.deduped.txt:106525 - http://www.motherjones.com/mojo/2015/02/ruth-bader-ginsburg-i-wasnt-100-percent-sober-during-sotu-address

RS_2015-02.bz2.deduped.txt:107923 - http://m.motherjones.com/politics/2015/02/hca-king-burwell-supreme-court-obamacare-amicus-brief

RS_2015-02.bz2.deduped.txt:110039 - http://www.motherjones.com/kevin-drum/2015/02/republicans-are-shooting-themselves-foot-over-net-neutrality

RS_2015-02.bz2.deduped.txt:110471 - http://www.motherjones.com/mixed-media/2015/02/brian-williams-suspension-cheney-is-playing-golf-happy-as-a-clam

RS_2015-02.bz2.deduped.txt:113090 - http://www.motherjones.com/environment/2015/02/scientists-climate-change-biomass-epa

RS_2015-02.bz2.deduped.txt:113446 - http://www.motherjones.com/kevin-drum/2015/02/why-wall-street-so-excited-tough-new-net-neutrality-regulations-cable-companies

RS_2015-02.bz2.deduped.txt:117416 - http://m.motherjones.com/environment/2013/12/we-feed-cows-chicken-poop

RS_2015-02.bz2.deduped.txt:129663 - http://www.motherjones.com/politics/2015/02/housing-first-solution-to-homelessness-utah

RS_2015-02.bz2.deduped.txt:131206 - http://www.motherjones.com/kevin-drum/2015/02/court-ruling-against-obamas-immigration-action-just-judicial-theater

RS_2015-02.bz2.deduped.txt:135042 - http://www.motherjones.com/politics/2015/02/tiny-houses-homelessness-solution

RS_2015-02.bz2.deduped.txt:136528 - http://www.motherjones.com/mojo/2015/02/hillary-clinton-liz-warren-nice-little-chat

RS_2015-02.bz2.deduped.txt:137455 - http://www.motherjones.com/politics/2015/02/competitive-enterprise-institute-king-burwell-obamacare-pharma

RS_2015-02.bz2.deduped.txt:137474 - http://www.motherjones.com/politics/2015/02/mark-dayton-minnesota-governor-profile-scott-walker

RS_2015-02.bz2.deduped.txt:137484 - http://www.motherjones.com/environment/2015/02/bread-gluten-rising-yeast-health-problem

RS_2015-02.bz2.deduped.txt:138303 - http://www.motherjones.com/mojo/2015/02/melinda-haag-weird-federal-war-oakland-harborside-pot-dispensary
RS_2015-02.bz2.deduped.txt:143830 - http://www.motherjones.com/blue-marble/2015/02/salt-sugar-chicken-what-look-upcoming-dietary-guidelines-report
RS_2015-02.bz2.deduped.txt:144026 - http://www.motherjones.com/mojo/2015/02/eric-holder-endorses-moratorium-death-penalty
RS_2015-02.bz2.deduped.txt:146804 - http://www.motherjones.com/blue-marble/2015/02/superbug-cre-antibiotic-resistant-UCLA
RS_2015-02.bz2.deduped.txt:152442 - http://www.motherjones.com/kevin-drum/2015/02/911-weve-had-four-wars-middle-east-theyve-all-been-disasters
RS_2015-02.bz2.deduped.txt:152450 - http://www.motherjones.com/politics/2015/02/bill-oreilly-brian-williams-falklands-war
RS_2015-02.bz2.deduped.txt:154328 - http://m.motherjones.com/politics/2015/02/pennsylvania-preemption-local-gun-laws
RS_2015-02.bz2.deduped.txt:156253 - http://www.motherjones.com/blue-marble/2015/02/what-government-thinks-you-should-eat-now
RS_2015-02.bz2.deduped.txt:158679 - http://www.motherjones.com/politics/2015/02/sheldon-adelson-was-online-gambling-he-was-against-it
RS_2015-02.bz2.deduped.txt:158810 - http://www.motherjones.com/politics/2015/02/questions-bill-oreilly-falklands-david-corn
RS_2015-02.bz2.deduped.txt:160738 - http://www.motherjones.com/environment/2015/02/michele-bachmann-factcheck-scicheck-inquiring-minds
RS_2015-02.bz2.deduped.txt:162895 - http://www.motherjones.com/politics/2015/02/david-corn-response-oreilly-falklands
RS_2015-02.bz2.deduped.txt:164625 - http://www.motherjones.com/politics/2015/02/point-time-count-homeless-san-francisco
RS_2015-02.bz2.deduped.txt:166096 - http://www.motherjones.com/kevin-drum/2015/02/obamacare-will-cover-about-19-million-people-year
RS_2015-02.bz2.deduped.txt:167860 - http://www.motherjones.com/politics/2015/02/housing-first-solution-to-homelessness-utah?src=longreads
RS_2015-02.bz2.deduped.txt:172092 - http://www.motherjones.com/kevin-drum/2015/02/climate-change-deniers-take-yet-another-hit
RS_2015-02.bz2.deduped.txt:172933 - http://www.motherjones.com/mixed-media/2015/02/cbs-reporter-refutes-oreilly-combat
RS_2015-02.bz2.deduped.txt:174079 - http://m.motherjones.com/environment/2015/02/ocean-plastic-waste-china
RS_2015-02.bz2.deduped.txt:176804 - http://www.motherjones.com/politics/2015/02/net-neutrality-taxes-mike-lee-fact-check
RS_2015-02.bz2.deduped.txt:177639 - http://www.motherjones.com/politics/2015/02/obama-birthright-citizenship-racist-american-samoa-tuaua
RS_2015-02.bz2.deduped.txt:183853 - http://www.motherjones.com/politics/2015/02/bill-oreilly-proofiness-falklands-new-york-times-meislin
RS_2015-02.bz2.deduped.txt:184001 - http://www.motherjones.com/politics/2015/02/cbs-releases-falklands-protest-footage-bill-oreilly

RS_2015-02.bz2.deduped.txt:186113 -
http://www.motherjones.com/environment/2015/02/where-ocean-acidification-will-stike-first
RS_2015-02.bz2.deduped.txt:186188 -
http://www.motherjones.com/environment/2015/02/hyperactive-growth-adhd-medication-sales
RS_2015-02.bz2.deduped.txt:187102 - http://m.motherjones.com/politics/2015/02/cbs-releases-falklands-protest-footage-bill-oreilly
RS_2015-02.bz2.deduped.txt:190766 - http://m.motherjones.com/blue-marble/2015/02/obama-about-veto-gops-keystone-bill
RS_2015-02.bz2.deduped.txt:196687 - http://www.motherjones.com/politics/2015/02/john-kasichs-quest-balanced-budget-amendment
RS_2015-02.bz2.deduped.txt:197038 - http://www.motherjones.com/mixed-media/2015/02/paul-janeway-st-paul-and-the-broken-bones-fifty-shades-grey
RS_2015-02.bz2.deduped.txt:197314 - http://www.motherjones.com/tom-philpott/2015/02/has-big-food-passed-its-sell-date
RS_2015-02.bz2.deduped.txt:203026 -
http://www.motherjones.com/politics/2015/02/washington-dc-mayor-bowser-jail-legalize-marijuana
RS_2015-02.bz2.deduped.txt:205759 - http://www.motherjones.com/politics/2015/02/cfpb-us-consumer-coalition-brian-wise-elizabeth-warren
RS_2015-02.bz2.deduped.txt:207753 - http://www.motherjones.com/politics/2015/01/privatized-foster-care-mentor
RS_2015-02.bz2.deduped.txt:210403 - http://www.motherjones.com/mojo/2015/02/net-neutrality-rules-passed-fcc
RS_2015-02.bz2.deduped.txt:210568 - http://m.motherjones.com/mixed-media/2015/02/paul-janeway-st-paul-and-the-broken-bones-fifty-shades-grey
RS_2015-02.bz2.deduped.txt:211862 - http://www.motherjones.com/politics/2015/02/barry-loudermilk-didnt-immunize-kids
RS_2015-02.bz2.deduped.txt:212031 - http://www.motherjones.com/kevin-drum/2015/02/fcc-did-lot-more-just-approve-net-neutrality-today
RS_2015-02.bz2.deduped.txt:213997 - http://www.motherjones.com/kevin-drum/2015/02/killing-obamacare-halfway-worse-republicans-they-think
RS_2015-02.bz2.deduped.txt:214751 - http://www.motherjones.com/tom-philpott/2015/02/usda-whistleblowers-report-gross-condition-hog-slaughterhouses
RS_2015-02.bz2.deduped.txt:215781 - http://www.motherjones.com/politics/2015/02/georgia-probation-misdemeanor-poor-jail
RS_2015-02.bz2.deduped.txt:217897 - http://www.motherjones.com/mojo/2015/02/released-3-strike-convicts-stay-out-prison
RS_2015-02.bz2.deduped.txt:219039 - http://www.motherjones.com/media/2015/02/quiz-north-korean-slogan-ted-talk
RS_2015-02.bz2.deduped.txt:220802 - http://www.motherjones.com/politics/2015/02/tom-schweich-missouri-suicide
RS_2015-02.bz2.deduped.txt:220852 - http://www.motherjones.com/mixed-media/2015/02/president-obama-i-loved-spock
RS_2015-02.bz2.deduped.txt:222974 -
http://www.motherjones.com/politics/2015/02/international-law-america-exceptionalism

RS_v2_2008-04.xz.deduped.txt:680 - http://www.motherjones.com/interview/2008/04/the-real-life-matrix.html
RS_v2_2008-04.xz.deduped.txt:700 - http://www.motherjones.com/interview/2008/03/who-is-iraqs-firebrand-cleric.html
RS_v2_2008-04.xz.deduped.txt:1582 -
http://www.motherjones.com/washington_dispatch/2008/04/questions-for-general-petraeus-hearing.html
RS_v2_2008-04.xz.deduped.txt:4047 -
http://www.motherjones.com/mojoblog/archives/2008/04/7860_the_death_of_ml_1.html
RS_v2_2008-04.xz.deduped.txt:5679 -
http://www.motherjones.com/mojoblog/archives/2008/04/7876__photo_used_und_1.html
RS_v2_2008-04.xz.deduped.txt:5816 -
http://www.motherjones.com/news/special_reports/prisons/
RS_v2_2008-04.xz.deduped.txt:5829 -
http://www.motherjones.com/news/special_reports/prisons/atlas.html
RS_v2_2008-04.xz.deduped.txt:5984 -
http://www.motherjones.com/washington_dispatch/2008/04/mccain-project-vote-smart.html
RS_v2_2008-04.xz.deduped.txt:6470 -
http://www.motherjones.com/washington_dispatch/2008/04/mccain-project-vote-smart.html?
RS_v2_2008-04.xz.deduped.txt:6482 - http://www.motherjones.com/photos/aryan-outfitters/
RS_v2_2008-04.xz.deduped.txt:6610 -
http://www.motherjones.com/mojoblog/archives/2008/04/7880_spies_they_aint.html
RS_v2_2008-04.xz.deduped.txt:6785 -
http://www.motherjones.com/mojoblog/archives/2008/04/7891_iraq_hoarding_o.html
RS_v2_2008-04.xz.deduped.txt:8291 -
http://www.motherjones.com/mojoblog/archives/2008/04/7902_rev-wright-prophetic-model.html
RS_v2_2008-04.xz.deduped.txt:8635 -
http://www.motherjones.com/mojoblog/archives/2008/04/7928_abc_news_top_bu.html
RS_v2_2008-04.xz.deduped.txt:8862 -
http://www.motherjones.com/blue_marble_blog/archives/2008/04/7936_lock_up_co2_in.html
RS_v2_2008-04.xz.deduped.txt:9026 - http://www.motherjones.com/news/feature/2008/04/firm-spied-on-environmental-groups.html
RS_v2_2008-04.xz.deduped.txt:9259 -
http://www.motherjones.com/photos/2008/03/sewing_table_1.html
RS_v2_2008-04.xz.deduped.txt:9443 -
http://www.motherjones.com/mojoblog/archives/2008/04/7937_exclusive-ridgeway-greenpeace-bbi.html
RS_v2_2008-04.xz.deduped.txt:9558 -
http://www.motherjones.com/news/update/2008/04/hillary-clintons-little-noticed-israel-problem.html
RS_v2_2008-04.xz.deduped.txt:9712 -
http://www.motherjones.com/blue_marble_blog/archives/2008/04/7944_sf_mayor_tours.html
RS_v2_2008-04.xz.deduped.txt:10112 -
http://www.motherjones.com/blue_marble_blog/archives/2008/04/7949_oil_trumps_whal.html
RS_v2_2008-04.xz.deduped.txt:11401 - http://www.motherjones.com/photos/mexican-superheroes/index.html

RS_v2_2008-04.xz.deduped.txt:12050 -
http://www.motherjones.com/blue_marble_blog/archives/2008/04/7967_half_australias.html
RS_v2_2008-04.xz.deduped.txt:12612 -
http://www.motherjones.com/mojoblog/archives/2008/04/7962_prominent_irish.html
RS_v2_2008-04.xz.deduped.txt:12745 -
http://www.motherjones.com/blue_marble_blog/archives/2008/04/7978_some_corals_sur.html
RS_v2_2008-04.xz.deduped.txt:12788 -
http://www.motherjones.com/commentary/tomdispatch/2008/04/the-archipelago-of-
arrogance.html
RS_v2_2008-04.xz.deduped.txt:13298 -
http://www.motherjones.com/news/outfront/1998/05/wellbeing.html
RS_v2_2008-04.xz.deduped.txt:13357 -
http://www.motherjones.com/mojoblog/archives/2008/04/7985_warning_warning.html
RS_v2_2008-04.xz.deduped.txt:13501 -
http://www.motherjones.com/mojoblog/archives/2008/04/7968_new_liberal_pro.html
RS_v2_2008-04.xz.deduped.txt:13656 - http://www.motherjones.com/photos/aryan-
outfitters/?rss
RS_v2_2008-04.xz.deduped.txt:14635 - http://www.motherjones.com/news/feature/2008/05/put-
a-tyrant-in-your-tank.html
RS_v2_2008-04.xz.deduped.txt:14922 -
http://www.motherjones.com/mojoblog/archives/2008/04/7998_clinton_bashes.html
RS_v2_2008-04.xz.deduped.txt:14934 - http://www.motherjones.com/news/feature/2008/05/the-
nuclear-option.html
RS_v2_2008-04.xz.deduped.txt:14938 -
http://www.motherjones.com/commentary/ednote/2008/05/editors-note.html
RS_v2_2008-04.xz.deduped.txt:15181 -
http://www.motherjones.com/mojoblog/archives/2008/04/8007_journalists_sla.html
RS_v2_2008-04.xz.deduped.txt:15498 -
http://www.motherjones.com/mojoblog/archives/2008/04/8011_carter-passover-hamas-
ackerman.html
RS_v2_2008-04.xz.deduped.txt:15912 -
http://www.motherjones.com/news/feature/2008/03/department-of-pre-crime.html?#
RS_v2_2008-04.xz.deduped.txt:16003 -
http://www.motherjones.com/washington_dispatch/2008/04/barney-frank-consumer-
advocates.html
RS_v2_2008-04.xz.deduped.txt:17074 -
http://www.motherjones.com/washington_dispatch/2008/04/FEC-out-of-commission.html
RS_v2_2008-04.xz.deduped.txt:17462 -
http://www.motherjones.com/mojoblog/archives/2008/04/8016_african_longsho.html
RS_v2_2008-04.xz.deduped.txt:17614 -
http://www.motherjones.com/mojoblog/archives/2008/04/8021_mccain_tries_to_1.html
RS_v2_2008-04.xz.deduped.txt:17650 -
http://www.motherjones.com/blue_marble_blog/archives/2008/04/8023_food_miles_your.html
RS_v2_2008-04.xz.deduped.txt:18161 -
http://www.motherjones.com/mojoblog/archives/2008/04/8031_chinese_weapons.html

RS_v2_2008-04.xz.deduped.txt:19221 -
http://www.motherjones.com/mojoblog/archives/2008/04/8043_clinton_ducks_t.html
RS_v2_2008-04.xz.deduped.txt:19592 -
http://www.motherjones.com/mojoblog/archives/2008/04/8048_how_wwii_trivia.html
RS_v2_2008-04.xz.deduped.txt:20340 - http://www.motherjones.com/news/feature/2008/05/the-seven-myths-of-energy-independence.html
RS_v2_2008-04.xz.deduped.txt:20383 -
http://www.motherjones.com/news/update/2008/04/constitutional-conundrum.html
RS_v2_2008-04.xz.deduped.txt:20386 -
http://www.motherjones.com/mojoblog/archives/2008/04/8041_pennsylvania_cl.html
RS_v2_2008-04.xz.deduped.txt:20404 -
http://www.motherjones.com/mojoblog/archives/2008/04/8055_john_mccain_off.html
RS_v2_2008-04.xz.deduped.txt:20407 -
http://www.motherjones.com/mojoblog/archives/2008/04/8050_sexed_hearing_n.html
RS_v2_2008-04.xz.deduped.txt:20426 -
http://www.motherjones.com/news/feature/2000/02/foo.html
RS_v2_2008-04.xz.deduped.txt:21207 -
http://www.motherjones.com/news/feature/2008/05/spinning-the-atom.html
RS_v2_2008-04.xz.deduped.txt:23216 -
http://www.motherjones.com/mojoblog/archives/2008/04/8059_john_mccains_mi.html
RS_v2_2008-04.xz.deduped.txt:23464 -
http://www.motherjones.com/blue_marble_blog/archives/2008/04/8058_nuclear-energy-stewart-brand.html
RS_v2_2008-04.xz.deduped.txt:24771 -
http://www.motherjones.com/commentary/tomdispatch/2008/04/teaching-imperialism-101.html
RS_v2_2008-04.xz.deduped.txt:25185 -
http://www.motherjones.com/news/update/2008/04/national-security-letters-patriot-act.html
RS_2016-04.bz2.deduped.txt:4349 - http://www.motherjones.com/mixed-media/2016/03/elizabeth-warren-donald-trump
RS_2016-04.bz2.deduped.txt:4395 - http://www.motherjones.com/mixed-media/2016/04/melancholy-accidents-peter-manseau-guns-deaths
RS_2016-04.bz2.deduped.txt:5657 - http://www.motherjones.com/kevin-drum/2016/03/financialization-world-kind-mysterious
RS_2016-04.bz2.deduped.txt:5675 - http://www.motherjones.com/politics/2016/04/right-wing-talk-radio-ted-cruz-donald-trump-wisconsin
RS_2016-04.bz2.deduped.txt:9540 - http://motherjones.com/politics/2016/04/right-wing-talk-radio-ted-cruz-donald-trump-wisconsin
RS_2016-04.bz2.deduped.txt:21051 - http://www.motherjones.com/kevin-drum/2016/04/donald-trump-has-no-idea-what-he-said-one-day-ago
RS_2016-04.bz2.deduped.txt:21275 - http://m.motherjones.com/mojo/2016/03/bernie-sanders-interesting-theory-on-gops-existence
RS_2016-04.bz2.deduped.txt:21777 - http://www.motherjones.com/kevin-drum/2016/04/it-sure-sounds-donald-trump-has-paid-abortion-or-two-his-life
RS_2016-04.bz2.deduped.txt:22340 - http://www.motherjones.com/media/2016/03/wilderness-wasteland-american-west-david-hanson

RS_2016-04.bz2.deduped.txt:24653 - http://www.motherjones.com/environment/2015/07/do-people-eat-enough-fruits-and-veggies-your-state

RS_2016-04.bz2.deduped.txt:25070 - http://www.motherjones.com/media/2016/04/dawn-porters-new-documentary-gets-real-about-abortion-south

RS_2016-04.bz2.deduped.txt:26975 - http://www.motherjones.com/environment/2016/04/newsweek-antarctica-ice-melt-will-raise-sea-levels-sooner-than-we-thought

RS_2016-04.bz2.deduped.txt:28249 - http://www.motherjones.com/politics/2016/03/maryland-stingray-appeals-court-opinion

RS_2016-04.bz2.deduped.txt:30682 - http://www.motherjones.com/politics/2016/04/subprime-car-loans-starter-interrupt

RS_2016-04.bz2.deduped.txt:31344 - http://m.motherjones.com/politics/2015/07/bernie-sanders-vermont-freeman-sexual-freedom-fluoride

RS_2016-04.bz2.deduped.txt:33010 - http://www.motherjones.com/kevin-drum/2016/04/panama-papers-offshore-tax-havens-are-getting-their-day-spotlight

RS_2016-04.bz2.deduped.txt:35465 - http://www.motherjones.com/politics/2016/04/car-subprime-bubble-auto-loans-credit-acceptance-don-foss

RS_2016-04.bz2.deduped.txt:38376 - http://www.motherjones.com/environment/2016/04/grist-bernie-sanders-wants-to-phase-out-nuclear-power-plants

RS_2016-04.bz2.deduped.txt:39696 - http://www.motherjones.com/politics/2016/04/north-carolina%E2%80%99s-terrible-anti-lgbt-law-even-worse-we-thought

RS_2016-04.bz2.deduped.txt:40228 - http://www.motherjones.com/politics/2016/04/veterans-groups-really-dont-idea-privatized-va-system

RS_2016-04.bz2.deduped.txt:44895 - http://www.motherjones.com/politics/2016/04/why-bernie-sanders-not-dropping-out

RS_2016-04.bz2.deduped.txt:46806 - http://www.motherjones.com/politics/2016/04/bernie-sanders-wins-wisconsin

RS_2016-04.bz2.deduped.txt:47186 - http://www.motherjones.com/politics/2016/04/donald-trump-ted-cruz-wisconsin-primary

RS_2016-04.bz2.deduped.txt:48095 - http://www.motherjones.com/kevin-drum/2016/04/guy-behind-planned-parenthood-sting-videos-now-trouble-second-state

RS_2016-04.bz2.deduped.txt:50070 - http://www.motherjones.com/environment/2016/03/newark-baltimore-camden-bosteon-flint-public-schools-bottled-water-lead-contamination

RS_2016-04.bz2.deduped.txt:53659 - http://www.motherjones.com/kevin-drum/2016/04/quiz-day-match-questions-bernies-answers

RS_2016-04.bz2.deduped.txt:59531 - http://www.motherjones.com/politics/2016/04/why-death-penalty-abolitionists-shouldnt-lose-hope

RS_2016-04.bz2.deduped.txt:63016 - http://www.motherjones.com/mixed-media/2016/04/rick-scott-florida-starbucks-publicly-shamed

RS_2016-04.bz2.deduped.txt:68670 - http://www.motherjones.com/kevin-drum/2016/04/yep-wisconsins-voter-id-law-all-about-suppressing-vote

RS_2016-04.bz2.deduped.txt:69754 - http://www.motherjones.com/kevin-drum/2016/04/bernie-voters-not-very-interested-non-bernie-democrats

RS_2016-04.bz2.deduped.txt:71570 - http://www.motherjones.com/media/2016/04/hbo-film-confirmation-clarence-thomas-anita-hill-rick-famuyiwa-interview

RS_2016-04.bz2.deduped.txt:71906 - http://www.motherjones.com/politics/2016/04/north-carolina-lgbt-bathrooms-hb2-enforcement
RS_2016-04.bz2.deduped.txt:72279 - http://www.motherjones.com/mojo/2016/04/bernie-sanders-speak-vatican-city-about-moral-issues-income-inequality
RS_2016-04.bz2.deduped.txt:73168 - http://m.motherjones.com/mojo/2016/04/bernie-sanders-speak-vatican-city-about-moral-issues-income-inequality
RS_2016-04.bz2.deduped.txt:79183 - http://www.motherjones.com/politics/2016/04/bruce-springsteen-north-carolina-lgbt-law
RS_2016-04.bz2.deduped.txt:81950 - http://www.motherjones.com/environment/2016/04/octopuses-intelligence-sy-montgomery-inquiring-minds
RS_2016-04.bz2.deduped.txt:83874 - http://www.motherjones.com/politics/2016/04/colorado-bad-omen-donald-trump-ted-cruz
RS_2016-04.bz2.deduped.txt:84202 - http://www.motherjones.com/environment/2016/04/new-york-primary-fracking-clinton-sanders
RS_2016-04.bz2.deduped.txt:92980 - http://www.motherjones.com/kevin-drum/2016/04/paul-krugman-annoying
RS_2016-04.bz2.deduped.txt:95995 - http://www.motherjones.com/kevin-drum/2016/04/bernie-sanders-has-really-pissed-margaret-archer
RS_2016-04.bz2.deduped.txt:100309 - http://www.motherjones.com/environment/2016/02/lead-exposure-gasoline-crime-increase-children-health
RS_2016-04.bz2.deduped.txt:106518 - http://www.motherjones.com/politics/2015/12/planned-parenthood-videos-anti-vaxxer-theresa-deisher
RS_2016-04.bz2.deduped.txt:106743 - http://www.motherjones.com/environment/2016/04/recycling-junkyard-dangerous-job
RS_2016-04.bz2.deduped.txt:106861 - http://www.motherjones.com/kevin-drum/2016/04/objectivity-journalism-has-some-serious-pitfalls
RS_2016-04.bz2.deduped.txt:107230 - http://www.motherjones.com/politics/2016/04/lawsuits-ted-cruz-eligibility-president-canada-natural-born
RS_2016-04.bz2.deduped.txt:109320 - http://www.motherjones.com/mixed-media/2016/04/samantha-bee-guns-nra
RS_2016-04.bz2.deduped.txt:109372 - http://www.motherjones.com/politics/2016/04/tech-and-privacy-experts-go-nuclear-newly-leaked-encryption-bill
RS_2016-04.bz2.deduped.txt:114140 - http://motherjones.com/politics/2016/04/democracy-spring-day-two-arrests-elders-dark-money
RS_2016-04.bz2.deduped.txt:118919 - http://www.motherjones.com/politics/2016/04/ted-cruz-dildo-ban-sex-devices-texas
RS_2016-04.bz2.deduped.txt:119460 - http://www.motherjones.com/politics/2016/04/ted-cruz-advisers-north-carolina-anti-lgbt-bill
RS_2016-04.bz2.deduped.txt:120755 - http://m.motherjones.com/politics/2016/04/ted-cruz-dildo-ban-sex-devices-texas
RS_2016-04.bz2.deduped.txt:121643 - http://www.motherjones.com/tom-philpott/2016/04/what-are-these-widely-used-fungicides-doing-us
RS_2016-04.bz2.deduped.txt:123453 - http://www.motherjones.com/blue-marble/2016/04/peabody-coal-bankrupt

RS_2016-04.bz2.deduped.txt:123635 - http://www.motherjones.com/politics/2016/04/john-yob-virgin-islands-delegates

RS_2016-04.bz2.deduped.txt:127871 - http://www.motherjones.com/politics/2016/01/bernie-sanders-madeleine-kunin-feminism

RS_2016-04.bz2.deduped.txt:129007 - http://www.motherjones.com/mixed-media/2016/04/harvard-porcellian-club-male-only-sexual-assault

RS_2016-04.bz2.deduped.txt:130017 - http://www.motherjones.com/kevin-drum/2016/04/hillary-clinton-wants-eliminate-lead-within-five-years

RS_2016-04.bz2.deduped.txt:131066 - http://www.motherjones.com/politics/2016/04/north-carolina-bathroom-law-transgender-man-tells-his-experience

RS_2016-04.bz2.deduped.txt:135019 - http://m.motherjones.com/politics/2016/01/united-states-guns-trafficking-mexico-cartels

RS_2016-04.bz2.deduped.txt:135809 - http://www.motherjones.com/politics/2016/04/clinton-campaign-and-democratic-party-are-going-sue-arizona

RS_2016-04.bz2.deduped.txt:137162 - http://www.motherjones.com/politics/2016/04/connecticut-judge-bushmaster-sandy-hook-lawsuit

RS_2016-04.bz2.deduped.txt:139992 - http://www.motherjones.com/politics/2016/04/demcoratic-debate-new-york-brooklyn-clinton-sanders

RS_2016-04.bz2.deduped.txt:140542 - http://www.motherjones.com/environment/2016/04/water-scarcity-wikileaks

RS_2016-04.bz2.deduped.txt:147007 - http://www.motherjones.com/documents/2804313-Bernie-Sanders-Just-Released-His-Tax-Returns

RS_2016-04.bz2.deduped.txt:147095 - http://m.motherjones.com/documents/2804313-Bernie-Sanders-Just-Released-His-Tax-Returns

RS_2016-04.bz2.deduped.txt:150221 - http://www.motherjones.com/kevin-drum/2016/04/we-need-quit-trying-cut-middle-class-income-taxes

RS_2016-04.bz2.deduped.txt:152588 - http://www.motherjones.com/kevin-drum/2016/04/everyone-knows-why-hillary-clinton-wont-release-her-goldman-sachs-speeches

RS_2016-04.bz2.deduped.txt:152818 - http://www.motherjones.com/kevin-drum/2016/04/donald-trump-now-way-out-ahead-ted-cruz

RS_2016-04.bz2.deduped.txt:156752 - http://motherjones.com/kevin-drum/2016/04/everyone-knows-why-hillary-clinton-wont-release-her-goldman-sachs-speeches

RS_2016-04.bz2.deduped.txt:156784 - http://www.motherjones.com/kevin-drum/2016/04/why-put-up-with-saudi-arabia

RS_2016-04.bz2.deduped.txt:157521 - http://m.motherjones.com/environment/2016/02/marlboro-boys-indonesia-kids-smoking-cigarettes-photos

RS_2016-04.bz2.deduped.txt:158473 - http://www.motherjones.com/kevin-drum/2016/04/american-independent-party-voters-california-mostly-just-screwed-when-they-regist

RS_2016-04.bz2.deduped.txt:162003 - http://www.motherjones.com/environment/2016/02/marlboro-boys-indonesia-kids-smoking-cigarettes-photos

RS_2016-04.bz2.deduped.txt:162285 - http://www.motherjones.com/kevin-drum/2016/04/oldsters-and-hillary

RS_2016-04.bz2.deduped.txt:163752 - http://www.motherjones.com/politics/2016/03/weird-unusual-lobbying-groups-balloons-prunes-snakes
RS_2016-04.bz2.deduped.txt:163798 - http://www.motherjones.com/politics/2016/04/bernie-sanders-has-secret-weapon-new-york
RS_2016-04.bz2.deduped.txt:164751 - http://www.motherjones.com/mixed-media/2016/04/john-oliver-lead-contamination
RS_2016-04.bz2.deduped.txt:172500 - http://www.motherjones.com/kevin-drum/2016/04/bernie-supporters-are-mostly-disappointed-obama
RS_2016-04.bz2.deduped.txt:174333 - http://www.motherjones.com/politics/2016/04/trump-cruz-911-rescue-workers-new-york-primary
RS_2016-04.bz2.deduped.txt:174354 - http://www.motherjones.com/environment/2016/04/paris-agreement-early-implementation-typo
RS_2016-04.bz2.deduped.txt:174701 - http://www.motherjones.com/politics/2016/04/south-carolina-refugee-liability-religious-freedom
RS_2016-04.bz2.deduped.txt:175716 - http://www.motherjones.com/kevin-drum/2016/04/donald-trump-very-easily-disgusted
RS_2016-04.bz2.deduped.txt:184605 - http://www.motherjones.com/politics/2016/04/former-mexico-president-vicente-fox-says-trumps-wall-plan-crazy
RS_2016-04.bz2.deduped.txt:185824 - http://www.motherjones.com/politics/2016/04/cal-berkeley-sexual-harassment-timeline
RS_2016-04.bz2.deduped.txt:190285 - http://www.motherjones.com/politics/2016/04/supreme-court-rejects-tea-party-arizona-redistricting-commission
RS_2016-04.bz2.deduped.txt:191739 - http://www.motherjones.com/kevin-drum/2016/04/it-finally-time-ubi
RS_2016-04.bz2.deduped.txt:194726 - http://www.motherjones.com/politics/2016/04/jeb-bush-campaign-debt
RS_2016-04.bz2.deduped.txt:197159 - http://www.motherjones.com/politics/2016/04/zephyr-teachout-bernie-sanders-new-york
RS_2016-04.bz2.deduped.txt:197209 - http://m.motherjones.com/politics/2016/04/zephyr-teachout-bernie-sanders-new-york
RS_2016-04.bz2.deduped.txt:197232 - http://www.motherjones.com/environment/2016/04/opioid-epidemic-addiction-narcan-overdose-reversal-drug?google_editors_picks=true
RS_2016-04.bz2.deduped.txt:197835 - http://www.motherjones.com/kevin-drum/2016/04/donald-trump-right-gop-primary-system-rigged
RS_2016-04.bz2.deduped.txt:198586 - http://m.motherjones.com/politics/2016/01/ted-cruz-private-corporate-lawyer
RS_2016-04.bz2.deduped.txt:202523 - http://www.motherjones.com/politics/2016/04/sanders-socialism-and-myth-november-polls
RS_2016-04.bz2.deduped.txt:202832 - http://m.motherjones.com/politics/2016/04/sanders-socialism-and-myth-november-polls
RS_2016-04.bz2.deduped.txt:205155 - http://www.motherjones.com/kevin-drum/2016/04/hillary-clinton-really-loves-military-intervention
RS_2016-04.bz2.deduped.txt:207604 - http://m.motherjones.com/politics/2016/04/jeb-bush-campaign-debt

RS_2016-04.bz2.deduped.txt:207900 - http://www.motherjones.com/environment/2016/04/paris-agreement-signing-earth-day

RS_2016-04.bz2.deduped.txt:208532 - http://www.motherjones.com/politics/2016/04/landlords-brooklyn-push-out-unwanted-tenants-gentrification

RS_2016-04.bz2.deduped.txt:209712 - http://www.motherjones.com/mojo/2016/04/uber-announces-it-will-pay-100-million-drivers-historic-class-action-settlement

RS_2016-04.bz2.deduped.txt:213192 - http://www.motherjones.com/mojo/2016/04/mike-pape-donald-trump-bad-ad

RS_2016-04.bz2.deduped.txt:217610 - http://www.motherjones.com/environment/2016/04/bill-nye-climate-inquiring-minds

RS_2016-04.bz2.deduped.txt:219461 - http://www.motherjones.com/politics/2016/04/new-york-primary-voter-purge

RS_2016-04.bz2.deduped.txt:219491 - http://www.motherjones.com/mojo/2016/04/virginia-former-felons-voting-rights-restored

RS_2016-04.bz2.deduped.txt:232201 - http://www.motherjones.com/politics/2016/04/alliance-defending-freedom-lobbies-anti-lgbt-bathroom-bills

RS_2016-04.bz2.deduped.txt:237795 - http://www.motherjones.com/environment/2016/04/restaurants-tipping-racist-origins-saru-jayaraman-forked

RS_2016-04.bz2.deduped.txt:238461 - http://www.motherjones.com/politics/2016/04/tennessees-abortion-amendment-gets-federal-order-recount-its-votes

RS_2016-04.bz2.deduped.txt:239517 - http://www.motherjones.com/kevin-drum/2016/04/party-unity-time-coming-soon-bernie-and-hillary

RS_2016-04.bz2.deduped.txt:243768 - http://www.motherjones.com/mojo/2016/04/john-kasich-not-coordinating-his-campaign-on-cruz-alliance

RS_2016-04.bz2.deduped.txt:246598 - http://www.motherjones.com/environment/2016/04/flint-water-lead-crisis-snyder-mad-max

RS_2016-04.bz2.deduped.txt:250868 - http://www.motherjones.com/politics/2016/04/north-carolina-judge-upholds

RS_2016-04.bz2.deduped.txt:253614 - http://www.motherjones.com/environment/2016/04/house-plot-push-junk-food-back-school-cafeterias-looks-doomed-fail

RS_2016-04.bz2.deduped.txt:256256 - http://www.motherjones.com/politics/2016/04/gop-leaders-coming-terms-donald-trump-nomination

RS_2016-04.bz2.deduped.txt:257815 - http://www.motherjones.com/kevin-drum/2016/04/trumps-foreign-policy-doesnt-improve-when-read-teleprompter

RS_2016-04.bz2.deduped.txt:260056 - http://www.motherjones.com/politics/2016/04/trumps-foreign-policy-speech

RS_2016-04.bz2.deduped.txt:263527 - http://www.motherjones.com/politics/2016/04/ted-cruz-should-probably-have-read-these-stories-about-carly-fiorina-appointing-her

RS_2016-04.bz2.deduped.txt:263760 - http://www.motherjones.com/politics/2007/09/hillarys-prayer-hillary-clintons-religion-and-politics?page=1

RS_2016-04.bz2.deduped.txt:265002 - http://www.motherjones.com/environment/2016/04/childhood-obesity-crisis-not-getting-any-better

RS_2016-04.bz2.deduped.txt:267659 - http://www.motherjones.com/politics/2016/04/jeb-bush-campaign-debt?h=1
RS_2016-04.bz2.deduped.txt:268062 - http://www.motherjones.com/politics/2015/12/when-donald-trump-tried-get-mike-tyson-out-of-prison-time-of-rape
RS_2016-04.bz2.deduped.txt:268985 - http://www.motherjones.com/tom-philpott/2016/04/what-i-learned-my-five-hour-tour-monsanto-hq
RS_2016-04.bz2.deduped.txt:271443 - http://www.motherjones.com/politics/2016/04/american-women-move-one-step-closer-draft
RS_2016-04.bz2.deduped.txt:272375 - http://www.motherjones.com/media/2016/04/that-popping-sound-you-hear
RS_2016-04.bz2.deduped.txt:272677 - http://www.motherjones.com/politics/2016/04/hunger-strike-san-francisco-police-shootings
RS_2016-04.bz2.deduped.txt:274788 - http://www.motherjones.com/politics/2016/04/jim-justice-don-blankenship-booth-goodwin-west-virginia
RS_2016-04.bz2.deduped.txt:274994 - http://www.motherjones.com/kevin-drum/2016/04/obama-right-reagans-tax-cuts-didnt-revive-economy
RS_2016-04.bz2.deduped.txt:276230 - http://www.motherjones.com/kevin-drum/2016/04/heres-why-i-never-warmed-bernie-sanders
RS_2016-04.bz2.deduped.txt:282541 - http://www.motherjones.com/politics/2016/04/pentagon-will-not-prosecute-troops-involved-bombing-afghan-hospital
RS_2016-04.bz2.deduped.txt:283217 - http://www.motherjones.com/politics/2016/04/california-tomatoes-farm-workers-hunger-food-yolo-county
RS_2016-04.bz2.deduped.txt:285045 - http://www.motherjones.com/environment/2016/04/greenland-dick-dangerfield-omg-climate-change
RS_2016-04.bz2.deduped.txt:285195 - http://www.motherjones.com/kevin-drum/2016/04/no-donald-trump-didnt-oppose-iraq-war
RS_2016-04.bz2.deduped.txt:285653 - http://www.motherjones.com/politics/2016/04/president-obama-smart-guns
RS_2016-04.bz2.deduped.txt:288198 - http://motherjones.com/environment/2013/08/bayou-corne-sinkhole-disaster-louisiana-texas-brine
RS_v2_2007-01.xz.deduped.txt:437 - http://www.motherjones.com/news/feature/2007/01/king_of_the_hypermilers.html
RS_v2_2007-01.xz.deduped.txt:1555 - http://www.motherjones.com/news/outfront/2007/01/at_ease.html
RS_v2_2007-01.xz.deduped.txt:2326 - http://www.motherjones.com/washington_dispatch/2007/01/kissinger_ploy.html
RS_v2_2007-01.xz.deduped.txt:2729 - http://www.motherjones.com/mojoblog/archives/2007/01/3249_bush_says_iraqi.html
RS_v2_2007-01.xz.deduped.txt:3344 - http://www.motherjones.com/mojoblog/archives/2007/01/3271_wesley_clark_ny.html
RS_v2_2007-01.xz.deduped.txt:4258 - http://www.motherjones.com/mojoblog/archives/2007/01/3312_need_a_stiff_dr.html
RS_2014-01.bz2.deduped.txt:1352 - http://www.motherjones.com/kevin-drum/2013/12/chart-day-republicans-rule-sunday-morning

RS_2014-01.bz2.deduped.txt:3398 - http://motherjones.com/mojo/2013/12/condom-possession-sex-workers-evidence-prostitution

RS_2014-01.bz2.deduped.txt:6060 - http://www.motherjones.com/media/2014/01/bill-nye-interview-asteroids-climate-science-politics

RS_2014-01.bz2.deduped.txt:6382 - http://www.motherjones.com/media/2014/01/paul-conroy-under-wire-review

RS_2014-01.bz2.deduped.txt:7129 - http://www.motherjones.com/media/2013/12/mother-jones-photographers-best-photobooks-2013

RS_2014-01.bz2.deduped.txt:9774 - http://www.motherjones.com/mojo/2014/01/republican-hype-people-losing-health-insurance-proves-overblown

RS_2014-01.bz2.deduped.txt:9996 - http://www.motherjones.com/blue-marble/2014/01/blizzards-dont-refute-global-warming

RS_2014-01.bz2.deduped.txt:10848 - http://www.motherjones.com/kevin-drum/2014/01/republicans-might-accept-obamacare-someday-it-wont-be-anytime-soon

RS_2014-01.bz2.deduped.txt:11168 - http://www.motherjones.com/kevin-drum/2014/01/if-you-think-nsa-debate-has-been-valuable-you-have-edward-snowden-thank

RS_2014-01.bz2.deduped.txt:11606 - http://www.motherjones.com/kevin-drum/2014/01/chart-day-fewer-people-are-being-sent-prison-way-fewer

RS_2014-01.bz2.deduped.txt:12674 - http://www.motherjones.com/politics/2014/01/unemployment-benefits-stories

RS_2014-01.bz2.deduped.txt:14009 - http://www.motherjones.com/environment/2014/01/inquiring-minds-mark-ruffalo-fracking-solar

RS_2014-01.bz2.deduped.txt:14256 - http://www.motherjones.com/mojo/2014/01/police-video-samantha-scheibe-george-zimmerman

RS_2014-01.bz2.deduped.txt:16919 - http://www.motherjones.com/environment/2014/01/planet-will-warm-4c-2100-climate

RS_2014-01.bz2.deduped.txt:26417 - http://www.motherjones.com/kevin-drum/2014/01/chart-day-american-cars-are-getting-older

RS_2014-01.bz2.deduped.txt:26878 - http://www.motherjones.com/mixed-media/2014/01/phil-everly-brothers-dead-74-nathan-bedford-forrest-shot-house-ghost-song

RS_2014-01.bz2.deduped.txt:29367 - http://www.motherjones.com/media/2013/12/art-spiegelman-retrospective-interview

RS_2014-01.bz2.deduped.txt:29826 - http://www.motherjones.com/mojo/2014/01/hm-fair-labor-wages

RS_2014-01.bz2.deduped.txt:31391 - http://www.motherjones.com/kevin-drum/2014/01/congress-set-decide-whether-it-cares-about-poor-people-or-corporations

RS_2014-01.bz2.deduped.txt:31716 - http://www.motherjones.com/blue-marble/2014/01/did-global-warming-get-arctic-drunk

RS_2014-01.bz2.deduped.txt:32226 - http://www.motherjones.com/mojo/2014/01/ohio-stevenot-governor-group-compared-obama-hitler-stalin

RS_2014-01.bz2.deduped.txt:33250 - http://www.motherjones.com/kevin-drum/2013/12/rise-and-fall-lowly-period

RS_2014-01.bz2.deduped.txt:36466 - http://www.motherjones.com/politics/2013/12/will-elizabeth-warren-support-obamas-pick-banking-watchdog

RS_2014-01.bz2.deduped.txt:36491 - http://www.motherjones.com/politics/2014/01/rand-paul-son-kentucky-automatically-enrolled-medicaid

RS_2014-01.bz2.deduped.txt:38789 - http://www.motherjones.com/kevin-drum/2014/01/wee-question-climate-change-skeptics

RS_2014-01.bz2.deduped.txt:40310 - http://www.motherjones.com/politics/2014/01/chris-mcdaniel-mississippi-hip-hop-gun-violence-audio

RS_2014-01.bz2.deduped.txt:43961 - http://www.motherjones.com/politics/2014/01/senate-republicans-vote-unemployment-extension

RS_2014-01.bz2.deduped.txt:44028 - http://www.motherjones.com/politics/2014/01/reddit-guns-assault-rifle-ar15-logo-conde-nast

RS_2014-01.bz2.deduped.txt:44068 - http://www.motherjones.com/politics/2014/01/charts-poverty-50-years-after-war-poverty

RS_2014-01.bz2.deduped.txt:44127 - http://www.motherjones.com/tom-philpott/2014/01/usda-prepares-greenlight-chemical-war-weeds

RS_2014-01.bz2.deduped.txt:44206 - http://www.motherjones.com/tom-philpott/2014/01/organic-chicken-carries-just-many-superbugs-regular

RS_2014-01.bz2.deduped.txt:44799 - http://www.motherjones.com/politics/2014/01/map-startling-size-us-special%20forces

RS_2014-01.bz2.deduped.txt:45764 - http://www.motherjones.com/documents/1003323-christie-administration-traffic-jam-correspondence

RS_2014-01.bz2.deduped.txt:46254 - http://www.motherjones.com/politics/2014/01/chris-christie-bridge-traffic-jam-emails

RS_2014-01.bz2.deduped.txt:46567 - http://m.motherjones.com/politics/2014/01/chris-christie-bridge-traffic-jam-emails

RS_2014-01.bz2.deduped.txt:47922 - http://m.motherjones.com/politics/2014/01/reddit-guns-assault-rifle-ar15-logo-conde-nast

RS_2014-01.bz2.deduped.txt:48971 - http://www.motherjones.com/kevin-drum/2014/01/chart-day-being-poor-bad-your-health

RS_2014-01.bz2.deduped.txt:49685 - http://www.motherjones.com/mojo/2014/01/chris-christie-bridge-lane-closure-slowed-search-missing-child

RS_2014-01.bz2.deduped.txt:52095 - http://www.motherjones.com/politics/2014/01/scott-walker-john-kasich-rick-snyder-dark-money-reelection

RS_2014-01.bz2.deduped.txt:52336 - http://www.motherjones.com/blue-marble/2014/01/hospital-price-skyrocket-medical-care

RS_2014-01.bz2.deduped.txt:52594 - http://www.motherjones.com/mojo/2014/01/marco-rubio-poverty-solution-relocation-unemployment

RS_2014-01.bz2.deduped.txt:52963 - http://www.motherjones.com/mojo/2014/01/teachers-offered-personal-loans-school-supplies

RS_2014-01.bz2.deduped.txt:53576 - http://www.motherjones.com/politics/2014/01/chris-christie-denial-bridge-scandal

RS_2014-01.bz2.deduped.txt:54409 - http://www.motherjones.com/mojo/2014/01/koch-network-scott-walker-recall-election-wisconsin

RS_2014-01.bz2.deduped.txt:55456 - http://www.motherjones.com/politics/2014/01/chris-christie-bridge-fort-lee-david-wildstein-testimony

RS_2014-01.bz2.deduped.txt:57390 - http://www.motherjones.com/environment/2014/01/shale-peak-oil-limit-running-out

RS_2014-01.bz2.deduped.txt:58323 - http://www.motherjones.com/blue-marble/2014/01/look-shocking-picture-californias-drought

RS_2014-01.bz2.deduped.txt:59679 - http://www.motherjones.com/mojo/2014/01/chris-christie-bullying-videos

RS_2014-01.bz2.deduped.txt:59717 - http://www.motherjones.com/tom-philpott/2014/01/pork-giant-tyson-finally-flinches-absuing-pregnant-sows

RS_2014-01.bz2.deduped.txt:62048 - http://www.motherjones.com/politics/2014/01/quiz-match-political-scandal-apology

RS_2014-01.bz2.deduped.txt:63469 - http://www.motherjones.com/politics/2014/01/new-chris-christie-bridge-scandal-documents-emails

RS_2014-01.bz2.deduped.txt:65178 - http://www.motherjones.com/mojo/2014/01/chris-christie-fort-lee-charlie-mckenna-text-message

RS_2014-01.bz2.deduped.txt:65485 - http://www.motherjones.com/mojo/2014/01/emails-christie-forced-police-direct-traffic-instead-responding-emergencies

RS_2014-01.bz2.deduped.txt:66728 - http://www.motherjones.com/blue-marble/2014/01/what-do-we-know-about-chemical-just-spilled-west-virginia

RS_2014-01.bz2.deduped.txt:67065 - http://www.motherjones.com/mixed-media/2014/01/katie-couric-transgender-laverne-cox

RS_2014-01.bz2.deduped.txt:67775 - http://www.motherjones.com/politics/2014/01/matt-rosendale-montana-rothschilds-rockefellers

RS_2014-01.bz2.deduped.txt:68800 - http://www.motherjones.com/environment/2014/01/kfc-africa-chicken-usaid-gates-foundation

RS_2014-01.bz2.deduped.txt:69376 - http://www.motherjones.com/kevin-drum/2014/01/was-bridgegate-really-about-mayor-fort-lee?utm_medium=twitter&utm_source=twitterfeed

RS_2014-01.bz2.deduped.txt:70587 - http://www.motherjones.com/mojo/2014/01/steven-fulop-chris-christie-bridge-jersey-city

RS_2014-01.bz2.deduped.txt:72595 - http://www.motherjones.com/kevin-drum/2011/08/death-watermelon

RS_2014-01.bz2.deduped.txt:74209 - http://www.motherjones.com/media/2013/12/maddie-bowman-freeskiing-halfpipe-sochi-2013-winter-olympics

RS_2014-01.bz2.deduped.txt:76906 - http://www.motherjones.com/mojo/2014/01/elizabeth-warrens-new-bill-could-save-taxpayers-billions

RS_2014-01.bz2.deduped.txt:79462 - http://www.motherjones.com/politics/2014/01/10-myths-nsa-surveillance-debunk-edward-snowden-spying

RS_2014-01.bz2.deduped.txt:80555 - http://m.motherjones.com/mojo/2014/01/gop-donor-lobbies-lawmakers-write-law-lowering-his-child-support-payments

RS_2014-01.bz2.deduped.txt:81382 - http://www.motherjones.com/mojo/2014/01/gop-donor-lobbies-lawmakers-write-law-lowering-his-child-support-payments

RS_2014-01.bz2.deduped.txt:81443 - http://www.motherjones.com/politics/2014/01/traffic-study-chris-christie-bridge

RS_2014-01.bz2.deduped.txt:81513 - http://www.motherjones.com/blue-marble/2014/01/west-virginia-water-crisis-tsca

RS_2014-01.bz2.deduped.txt:84393 - http://www.motherjones.com/mojo/2014/01/mississippi-senate-candidate-laments-lack-muslim-movie-villains-audio

RS_2014-01.bz2.deduped.txt:84411 - http://www.motherjones.com/politics/2014/01/abortion-horror-stories-supreme-court-massachusetts-mccullen-coakley

RS_2014-01.bz2.deduped.txt:85415 - http://www.motherjones.com/blue-marble/2014/01/astronomy-photo-gemini-planet-imager-earth-two

RS_2014-01.bz2.deduped.txt:86440 - http://www.motherjones.com/mojo/2014/01/greg-brannon-north-carolina-senate-food-stamps-slavery

RS_2014-01.bz2.deduped.txt:87151 - http://www.motherjones.com/mojo/2014/01/foreclosure-lawyer-david-stern-disbarred-florida

RS_2014-01.bz2.deduped.txt:87464 - http://www.motherjones.com/kevin-drum/2014/01/ignore-republicans-obamacare-doing-fine

RS_2014-01.bz2.deduped.txt:88354 - http://m.motherjones.com/mojo/2014/01/greg-brannon-north-carolina-senate-food-stamps-slavery

RS_2014-01.bz2.deduped.txt:88764 - http://www.motherjones.com/mojo/2014/01/new-memo-kissinger-gave-green-light-argentina-dirty-war

RS_2014-01.bz2.deduped.txt:90418 - http://www.motherjones.com/mojo/2014/01/floridas-unemployment-website-worse-obamacare

RS_2014-01.bz2.deduped.txt:91060 - http://www.motherjones.com/politics/2013/02/panda-hillary-clinton-sex-tape-freedomworks-matt-kibbe-dick-armey?teaparty

RS_2014-01.bz2.deduped.txt:91665 - http://www.motherjones.com/kevin-drum/2014/01/net-neutrality-takes-big-hit-court

RS_2014-01.bz2.deduped.txt:91744 - http://www.motherjones.com/kevin-drum/2013/11/its-doctors-who-control-number-doctors-america-not-government

RS_2014-01.bz2.deduped.txt:92249 - http://www.motherjones.com/mixed-media/2014/01/lone-survivor-marcus-luttrell-really-hates-liberal-media-jake-tapper

RS_2014-01.bz2.deduped.txt:92716 - http://www.motherjones.com/politics/2014/01/gop-congressional-candidate-richard-dick-black-spousal-rape-not-a-crime

RS_2014-01.bz2.deduped.txt:92737 - http://www.motherjones.com/tom-philpott/2014/01/organic-chicken-and-egg-antibiotics-edition

RS_2014-01.bz2.deduped.txt:92967 - http://www.motherjones.com/environment/2014/01/un-climate-chief-christiana-figueres-triple-clean-energy-investment

RS_2014-01.bz2.deduped.txt:94968 - http://www.motherjones.com/kevin-drum/2014/01/obama-plans-no-significant-changes-nsa-surveillance

RS_2014-01.bz2.deduped.txt:95084 - http://www.motherjones.com/documents/1005719-senate-intelligence-committee-report-on-the

RS_2014-01.bz2.deduped.txt:95832 - http://www.motherjones.com/politics/2014/01/nun-megan-rice-sentencing-y-12-nuclear-weapons-security

RS_2014-01.bz2.deduped.txt:96352 - http://www.motherjones.com/mixed-media/2014/01/bruce-springsteen-jimmy-fallon-chris-christie-born-run-parody

RS_2014-01.bz2.deduped.txt:97516 - http://www.motherjones.com/documents/1006028-nh-hb-492

RS_2014-01.bz2.deduped.txt:98112 - http://www.motherjones.com/environment/2014/01/west-virginia-spill-lack-data-hazardous-chemicals

RS_2014-01.bz2.deduped.txt:98893 - http://www.motherjones.com/mojo/2014/01/how-congress-averted-military-cuts

RS_2014-01.bz2.deduped.txt:100939 - http://www.motherjones.com/environment/2014/01/wikileaks-exposes-obamas-secret-trade-deal-environment

RS_2014-01.bz2.deduped.txt:101922 - http://www.motherjones.com/mojo/2014/01/reddit-guns-pink-mother-jones-assault-rifle

RS_2014-01.bz2.deduped.txt:102101 - http://www.motherjones.com/mojo/2014/01/david-vitter-food-stamps-photo-id

RS_2014-01.bz2.deduped.txt:102480 - http://www.motherjones.com/politics/2014/01/obama-nsa-reforms-spying-telephone-mad-privacy

RS_2014-01.bz2.deduped.txt:105421 - http://www.motherjones.com/mixed-media/2014/01/jehane-noujaim-the-square-egypt-oscars-ammar-abo-bakr-karim-amer

RS_2014-01.bz2.deduped.txt:108873 - http://www.motherjones.com/politics/2014/01/montana-rape-investigation-prosecution

RS_2014-01.bz2.deduped.txt:108891 - http://www.motherjones.com/blue-marble/2014/01/global-warming-pause-climate-denial-public-opinion

RS_2014-01.bz2.deduped.txt:108895 - http://www.motherjones.com/politics/2014/01/koch-brothers-candidate-training-recruiting-aegis-strategic

RS_2014-01.bz2.deduped.txt:111116 - http://www.motherjones.com/kevin-drum/2014/01/president-obama-finally-releases-his-surveillance-reform-plan-and-its-pretty-weak

RS_2014-01.bz2.deduped.txt:111219 - http://www.motherjones.com/mojo/2014/01/irs-training-army-brown-shirts-assualt-weapons-enforce-obamacare

RS_2014-01.bz2.deduped.txt:111345 - http://www.motherjones.com/environment/2014/01/michael-pollan-paleo-diet-inquiring-minds

RS_2014-01.bz2.deduped.txt:111510 - http://www.motherjones.com/politics/2014/01/watch-government-funded-israeli-groups-parody-john-kerry

RS_2014-01.bz2.deduped.txt:114070 - http://www.motherjones.com/mixed-media/2014/01/study-comedians-psychotic-traits-rob-delaney-steve-hofstetter

RS_2014-01.bz2.deduped.txt:116409 - http://www.motherjones.com/tom-philpott/2014/01/farm-workers-win-extra-penny-ultimate-penny-pincher-walmart

RS_2014-01.bz2.deduped.txt:116588 - http://www.motherjones.com/blue-marble/2014/01/california-drought-scary-facts-snowpack

RS_2014-01.bz2.deduped.txt:116827 - http://www.motherjones.com/politics/2014/01/watch-government-funded-israeli-groups-parody-john-kerry?

RS_2014-01.bz2.deduped.txt:117697 - http://www.motherjones.com/media/2014/01/charts-ap-computer-science-2013

RS_2014-01.bz2.deduped.txt:125391 - http://www.motherjones.com/mojo/2014/01/obama-nsa-reforms

RS_2014-01.bz2.deduped.txt:126442 - http://www.motherjones.com/tom-philpott/2014/01/standard-american-diet-sad-charts

RS_2014-01.bz2.deduped.txt:126646 - http://www.motherjones.com/politics/2014/01/mitt-romney-movie-netflix-47-percent

RS_2014-01.bz2.deduped.txt:126804 - http://www.motherjones.com/kevin-drum/2014/01/voting-rights-act-revive-supreme-court-congress

RS_2014-01.bz2.deduped.txt:128216 - http://www.motherjones.com/kevin-drum/2014/01/map-day-high-cost-vaccine-hysteria

RS_2014-01.bz2.deduped.txt:131540 - http://www.motherjones.com/kevin-drum/2014/01/are-breakfast-meetings-sign-hopeless-incompetence

RS_2014-01.bz2.deduped.txt:132791 - http://www.motherjones.com/kevin-drum/2014/01/longer-chris-christie-stonewalls-hobokengate-worse-it-him

RS_2014-01.bz2.deduped.txt:133718 - http://www.motherjones.com/politics/2014/01/devos-michigan-labor-politics-gop

RS_2014-01.bz2.deduped.txt:134036 - http://www.motherjones.com/politics/2014/01/state-legislators-offnow-nsa-spying
RS_2014-01.bz2.deduped.txt:134188 - http://www.motherjones.com/environment/2014/01/animal-abuse-drugs-call-of-the-wildman-animal-planet?9
RS_2014-01.bz2.deduped.txt:134395 - http://www.motherjones.com/mojo/2012/01/ron-paul-newsletter-debate-racist-martin-luther-king
RS_2014-01.bz2.deduped.txt:134957 - http://www.motherjones.com/environment/2014/01/animal-abuse-drugs-call-of-the-wildman-animal-planet
RS_2014-01.bz2.deduped.txt:136022 - http://www.motherjones.com/environment/2014/01/animal-abuse-drugs-call-of-the-wildman-animal-planet?page=1
RS_2014-01.bz2.deduped.txt:137071 - http://www.motherjones.com/kevin-drum/2014/01/hate-obamacare-love-benefits-mumble-mumble-care
RS_2014-01.bz2.deduped.txt:137206 - http://www.motherjones.com/blue-marble/2014/01/global-warming-janus-snow
RS_2014-01.bz2.deduped.txt:137826 - http://www.motherjones.com/documents/1008121-mcdonnell-indictment
RS_2014-01.bz2.deduped.txt:137995 - http://www.motherjones.com/kevin-drum/2014/01/teen-employment-isnt-really-very-well-correlated-minimum-wage
RS_2014-01.bz2.deduped.txt:138543 - http://m.motherjones.com/politics/2014/01/devos-michigan-labor-politics-gop
RS_2014-01.bz2.deduped.txt:141782 - http://www.motherjones.com/media/2014/01/new-golden-age-journalism-daily-newspaper-rise-internet
RS_2014-01.bz2.deduped.txt:141952 - http://www.motherjones.com/politics/2014/01/doyel-shamley-veritas-research-illuminati
RS_2014-01.bz2.deduped.txt:142296 - http://motherjones.com/blue-marble/2014/01/global-warming-janus-snow
RS_2014-01.bz2.deduped.txt:142720 - http://www.motherjones.com/politics/2014/01/bob-mcdonnell-scandal-indictment-explained
RS_2014-01.bz2.deduped.txt:143120 - http://www.motherjones.com/kevin-drum/2011/02/chart-day-republican-vs-democratic-spending
RS_2014-01.bz2.deduped.txt:143420 - http://www.motherjones.com/environment/2014/01/world-wildlife-fund-conservation-international-iccf-safari
RS_2014-01.bz2.deduped.txt:144251 - http://www.motherjones.com/politics/2014/01/congress-irs-law-regulate-political-groups
RS_2014-01.bz2.deduped.txt:144258 - http://www.motherjones.com/kevin-drum/2014/01/4-years-after-citizens-united-outside-campaign-spending-has-skyrocketed
RS_2014-01.bz2.deduped.txt:144422 - http://www.motherjones.com/kevin-drum/2014/01/note-gop-dont-reveal-your-fiendish-plan-destroy-obamacare-until-last-reel
RS_2014-01.bz2.deduped.txt:144589 - http://www.motherjones.com/kevin-drum/2014/01/did-congress-just-kill-regulation-spending-political-groups

RS_2014-01.bz2.deduped.txt:150698 -
http://www.motherjones.com/environment/2014/01/summit-water-hedge-fund-mckenzie-funk-windfall-excerpt
RS_2014-01.bz2.deduped.txt:151746 -
http://www.motherjones.com/politics/2014/01/obamacare-motor-voter-law-health-exchange
RS_2014-01.bz2.deduped.txt:152403 - http://www.motherjones.com/mojo/2014/01/indiana-pulling-out-all-stops-block-gay-marriage
RS_2014-01.bz2.deduped.txt:152981 - http://www.motherjones.com/kevin-drum/2014/01/our-robot-future-really-all-speculative-anymore
RS_2014-01.bz2.deduped.txt:154164 - http://www.motherjones.com/kevin-drum/2014/01/raw-data-its-elites-who-drive-polarization-not-working-class
RS_2014-01.bz2.deduped.txt:156489 - http://www.motherjones.com/kevin-drum/2014/01/no-there-was-never-legitimate-traffic-study-about-fort-lee-lane-closures?utm_medium=twitter&utm_source=twitterfeed
RS_2014-01.bz2.deduped.txt:157016 - http://www.motherjones.com/kevin-drum/2014/01/dinesh-dsouza-indicted-campaign-finance-fraud
RS_2014-01.bz2.deduped.txt:157198 - http://www.motherjones.com/mojo/2014/01/fbi-arrests-revenge-porn-king-hunter-moore
RS_2014-01.bz2.deduped.txt:158720 -
http://www.motherjones.com/politics/2014/01/unemployment-stories-one-month-later
RS_2014-01.bz2.deduped.txt:158725 - http://www.motherjones.com/mojo/2014/01/ohio-bill-ariel-castro-parental-rights-rape
RS_2014-01.bz2.deduped.txt:158741 - http://www.motherjones.com/politics/2014/01/maine-republican-senate-erick-bennett-court-documents
RS_2014-01.bz2.deduped.txt:158867 -
http://m.motherjones.com/politics/2014/01/unemployment-stories-one-month-later
RS_2014-01.bz2.deduped.txt:158983 - http://motherjones.com/politics/2014/01/another-coup-climate-scientist-michael-mann-his-court-battle-climate-change-skeptic
RS_2014-01.bz2.deduped.txt:160581 - http://www.motherjones.com/politics/2014/01/another-coup-climate-scientist-michael-mann-his-court-battle-climate-change-skeptic
RS_2014-01.bz2.deduped.txt:160964 - http://www.motherjones.com/politics/2014/01/inquiring-minds-eugenie-scott-ann-reid-creationism
RS_2014-01.bz2.deduped.txt:161360 - http://www.motherjones.com/mojo/2014/01/have-you-seen-steve-stockman
RS_2014-01.bz2.deduped.txt:161596 - http://www.motherjones.com/kevin-drum/2014/01/fox-news-just-cant-get-americans-buy-benghazi-conspiracy-theories
RS_2014-01.bz2.deduped.txt:163161 -
http://www.motherjones.com/environment/2014/01/michael-mann-climategate-court-victory
RS_2014-01.bz2.deduped.txt:163722 - http://m.motherjones.com/environment/2014/01/michael-mann-climategate-court-victory
RS_2014-01.bz2.deduped.txt:163877 - http://www.motherjones.com/kevin-drum/2014/01/medicaid-expansion-may-be-sleeper-issue-democrats-year
RS_2014-01.bz2.deduped.txt:167107 - http://www.motherjones.com/politics/2014/01/dinesh-dsouza-indictment-dartmouth-outed-gay-classmates
RS_2014-01.bz2.deduped.txt:171553 - http://m.motherjones.com/politics/2014/01/nun-megan-rice-sentencing-y-12-nuclear-weapons-security

RS_2014-01.bz2.deduped.txt:176692 - http://www.motherjones.com/politics/2014/01/state-legislators-sponsored-abortion-restriction-2014
RS_2014-01.bz2.deduped.txt:176768 - http://www.motherjones.com/environment/2014/01/deregulation-energy-enron-company-electricity-market
RS_2014-01.bz2.deduped.txt:177277 - http://www.motherjones.com/kevin-drum/2014/01/how-silicon-valley-conspired-pay-everyone-less-so-ceos-could-make-more
RS_2014-01.bz2.deduped.txt:181575 - http://www.motherjones.com/mojo/2014/01/republican-responses-obama-state-union-video
RS_2014-01.bz2.deduped.txt:181611 - http://www.motherjones.com/kevin-drum/2014/01/todays-health-tip-cough-medicines-dont-work
RS_2014-01.bz2.deduped.txt:182112 - http://www.motherjones.com/mojo/2014/01/obama-nsa-announcement-requests
RS_2014-01.bz2.deduped.txt:182674 - http://www.motherjones.com/kevin-drum/2014/01/one-third-americans-who-were-middle-class-2008-now-consider-themselves-lower-or-l
RS_2014-01.bz2.deduped.txt:184876 - http://www.motherjones.com/politics/2014/01/unemployment-benefits-food-stamps-economic-impact
RS_2014-01.bz2.deduped.txt:186213 - http://www.motherjones.com/politics/2014/01/obama-justice-department-badger-guns
RS_2014-01.bz2.deduped.txt:186426 - http://www.motherjones.com/politics/2014/01/state-of-the-union-obama-preview
RS_2014-01.bz2.deduped.txt:187127 - http://motherjones.com/politics/2014/01/unemployment-benefits-food-stamps-economic-impact
RS_2014-01.bz2.deduped.txt:193185 - http://www.motherjones.com/blue-marble/2014/01/climate-temperature-records-leon-cold
RS_2014-01.bz2.deduped.txt:193483 - http://www.motherjones.com/tom-philpott/2014/01/monsanto-gmo-technology-genetically-modified-organisms
RS_2014-01.bz2.deduped.txt:193876 - http://www.motherjones.com/kevin-drum/2014/01/sotu-2014-relaxed-good-natured-and-pretty-effective
RS_2014-01.bz2.deduped.txt:194483 - http://www.motherjones.com/politics/2014/01/house-republicans-try-not-talking-about-rape-anti-abortion-strategy
RS_2014-01.bz2.deduped.txt:194662 - http://www.motherjones.com/mojo/2014/01/republican-congressman-threatens-too-break-reporter-half-video
RS_2014-01.bz2.deduped.txt:195700 - http://www.motherjones.com/politics/2014/01/republicans-won-food-stamps-farm-bill
RS_2014-01.bz2.deduped.txt:195740 - http://www.motherjones.com/media/2013/12/interview-jessica-williams-daily-show-race-comedy-girls
RS_2014-01.bz2.deduped.txt:196560 - http://www.motherjones.com/politics/2014/01/us-funded-hospital-afghanistan-forces-staff-wash-babies-river-water
RS_2014-01.bz2.deduped.txt:198452 - http://www.motherjones.com/politics/2014/01/costco-vs-walmart-how-many-hours-do-you-need-work-survive
RS_2014-01.bz2.deduped.txt:198986 - http://www.motherjones.com/environment/2014/01/fracking-company-banned-woman-her-grocery-store

RS_2014-01.bz2.deduped.txt:200357 - http://www.motherjones.com/mojo/2014/01/michael-grimms-greatest-hits

RS_2014-01.bz2.deduped.txt:202133 - http://www.motherjones.com/kevin-drum/2014/01/no-fly-list-takes-another-hit

RS_2014-01.bz2.deduped.txt:203204 - http://www.motherjones.com/mojo/2014/01/therapist-class-warfare-tom-perkins

RS_2014-01.bz2.deduped.txt:203914 - http://www.motherjones.com/mojo/2014/01/henry-waxman-retires-accomplishments

RS_2014-01.bz2.deduped.txt:205112 - http://www.motherjones.com/mojo/2014/01/health-insurance-navigators-obamacare-uninsured-marketplace-exchange-state-regulation-enroll

RS_2014-01.bz2.deduped.txt:206820 - http://www.motherjones.com/politics/2014/01/harry-riley-operation-american-spring-fox-news

RS_2014-01.bz2.deduped.txt:208316 - http://www.motherjones.com/kevin-drum/2014/01/why-rich-feel-besieged-checklist

RS_2014-01.bz2.deduped.txt:209406 - http://www.motherjones.com/mixed-media/2014/01/wendy-davis-abortion-girl-scout-cookies

RS_2014-01.bz2.deduped.txt:209574 - http://www.motherjones.com/politics/2014/01/are-fitbit-nike-and-garmin-selling-your-personal-fitness-data

RS_2014-01.bz2.deduped.txt:209601 - http://www.motherjones.com/tom-philpott/2014/01/farm-bill-food-stamps-climate-change

RS_2014-01.bz2.deduped.txt:209621 - http://www.motherjones.com/kevin-drum/2014/01/uncle-sams-retirement-largess-goes-mostly-affluent

RS_2014-01.bz2.deduped.txt:210346 - http://www.motherjones.com/mojo/2014/01/koch-brothers-change-electoral-college-rules

RS_2014-01.bz2.deduped.txt:214294 - http://www.motherjones.com/mojo/2013/07/new-york-times-social-mobility-metropolitan-area#disqus_thread

RS_2014-01.bz2.deduped.txt:214336 - http://www.motherjones.com/tom-philpott/2014/01/how-gmo-crops-dethrone-monarch-butterfly

RS_2014-01.bz2.deduped.txt:214434 - http://www.motherjones.com/politics/2014/01/for-profit-college-student-debt

RS_2013-07.bz2.deduped.txt:1102 - http://www.motherjones.com/politics/2013/06/5-new-revelations-nsa-spying-snowden

RS_2013-07.bz2.deduped.txt:1862 - http://www.motherjones.com/mixed-media/2013/06/greek-myths-dessa-anais-mitchell-dar-williams

RS_2013-07.bz2.deduped.txt:3144 - http://www.motherjones.com/mojo/2013/07/ohio-john-kasich-budget-abortion-access

RS_2013-07.bz2.deduped.txt:3290 - http://www.motherjones.com/politics/2013/06/expendables-temps-corporate-giants

RS_2013-07.bz2.deduped.txt:4171 - http://www.motherjones.com/print/227866

RS_2013-07.bz2.deduped.txt:4394 - http://www.motherjones.com/blue-marble/2013/06/americas-most-endangered-rivers

RS_2013-07.bz2.deduped.txt:6302 - http://www.motherjones.com/politics/2013/07/hacker-jester-targets-assange-snowden-ecuador

RS_2013-07.bz2.deduped.txt:8925 - http://www.motherjones.com/kevin-drum/2013/07/nyt-snowden-was-hacker-nsa?utm_medium=twitter&utm_source=twitterfeed

RS_2013-07.bz2.deduped.txt:10267 - http://www.motherjones.com/kevin-drum/2013/07/nyt-snowden-was-hacker-nsa

RS_2013-07.bz2.deduped.txt:10304 - http://www.motherjones.com/mojo/2013/06/capital-requirements-fdic-occ-fed-bank-basel-iii

RS_2013-07.bz2.deduped.txt:10530 - http://www.motherjones.com/mojo/2013/07/texas-republicans-abortion-bill-overheated-rhetoric

RS_2013-07.bz2.deduped.txt:14104 - http://www.motherjones.com/mojo/2013/07/dhs-border-patrol-drones-rand-paul

RS_2013-07.bz2.deduped.txt:15012 - http://www.motherjones.com/mojo/2013/07/ecuador-foreign-minister-claims-embassy-bugged-assange

RS_2013-07.bz2.deduped.txt:16935 - http://www.motherjones.com/kevin-drum/2013/07/two-gigantic-new-nsa-revelations?utm_medium=twitter&utm_source=twitterfeed

RS_2013-07.bz2.deduped.txt:17020 - http://www.motherjones.com/kevin-drum/2013/06/we-dont-need-more-capital-we-need-more-labor-income

RS_2013-07.bz2.deduped.txt:17613 - http://www.motherjones.com/politics/2013/07/dark-money-irs-san-antonio

RS_2013-07.bz2.deduped.txt:17638 - http://www.motherjones.com/kevin-drum/2013/07/open-season-black-voting-has-officially-started

RS_2013-07.bz2.deduped.txt:18855 - http://www.motherjones.com/mojo/2013/07/bay-area-transit-strike-why-it-matters

RS_2013-07.bz2.deduped.txt:19081 - http://www.motherjones.com/kevin-drum/2013/07/republicans-are-missing-point-immigration-reform

RS_2013-07.bz2.deduped.txt:20276 - http://m.motherjones.com/politics/2013/07/hacker-jester-targets-assange-snowden-ecuador

RS_2013-07.bz2.deduped.txt:20921 - http://www.motherjones.com/mojo/2013/07/tea-partiers-explain-how-celebrate-4th-july

RS_2013-07.bz2.deduped.txt:25618 - http://www.motherjones.com/blue-marble/2013/07/coal-industry-knows-enviros-are-winning

RS_2013-07.bz2.deduped.txt:25915 - http://www.motherjones.com/mojo/2013/07/irs-tea-party-congress-no-politics-progressive

RS_2013-07.bz2.deduped.txt:27848 - http://www.motherjones.com/politics/2013/07/west-texas-aftermath-regulation-laws

RS_2013-07.bz2.deduped.txt:30428 - http://www.motherjones.com/mojo/2013/07/goldman-sachs-dodd-frank-wall-street

RS_2013-07.bz2.deduped.txt:37235 - http://www.motherjones.com/environment/2013/06/ag-gag-timeline

RS_2013-07.bz2.deduped.txt:37812 - http://www.motherjones.com/kevin-drum/2013/07/most-egyptians-dont-want-secular-government

RS_2013-07.bz2.deduped.txt:39987 - http://www.motherjones.com/blue-marble/2013/07/how-climate-changed-president-obama-message-about-climate-change

RS_2013-07.bz2.deduped.txt:41271 - http://www.motherjones.com/media/2013/07/fracking-empire-strikes-back-hbo%E2%80%99s-gasland-sequel

RS_2013-07.bz2.deduped.txt:41497 - http://www.motherjones.com/media/2013/07/herman-wallace-house-angola-jackie-sumell

RS_2013-07.bz2.deduped.txt:46200 - http://www.motherjones.com/media/2013/07/evangelicals-gay-rights-ihop-god-loves-uganda-sundance

RS_2013-07.bz2.deduped.txt:47256 - http://www.motherjones.com/politics/2013/07/snowden-private-jet-russia-extradition
RS_2013-07.bz2.deduped.txt:48241 - http://www.motherjones.com/kevin-drum/2013/07/republicans-cleverly-unveil-latest-hostage-taking-plan
RS_2013-07.bz2.deduped.txt:51461 - http://www.motherjones.com/mojo/2013/07/8-questions-about-snowdens-flight-liberty-venezuela-russia
RS_2013-07.bz2.deduped.txt:51811 - http://www.motherjones.com/tom-philpott/2013/07/superweeds-and-superinsects-still-bedeviling-monsanto-crops
RS_2013-07.bz2.deduped.txt:51885 - http://www.motherjones.com/blue-marble/2013/07/conservatives-climate-denial-ending
RS_2013-07.bz2.deduped.txt:52798 - http://www.motherjones.com/mojo/2013/07/end-lgbt-workplace-discrimination-enda
RS_2013-07.bz2.deduped.txt:53819 - http://www.motherjones.com/politics/2012/10/solitary-confinement-shane-bauer?page=4
RS_2013-07.bz2.deduped.txt:53956 - http://www.motherjones.com/politics/2013/07/trans-pacific-partnership-explainer-free-trade-deal
RS_2013-07.bz2.deduped.txt:54647 - http://www.motherjones.com/politics/2013/07/senate-democrats-cross-border-rule-cftc-schumer-warren
RS_2013-07.bz2.deduped.txt:55132 - http://www.motherjones.com/mojo/2013/07/greg-abbott-the-next-rick-perry
RS_2013-07.bz2.deduped.txt:57305 - http://www.motherjones.com/kevin-drum/2013/07/hooray-lets-screw-poor-even-more-when-economy-already-keeping-them-out-work
RS_2013-07.bz2.deduped.txt:57635 - http://www.motherjones.com/mojo/2013/07/elizabeth-warren-glass-steagall-john-mccain
RS_2013-07.bz2.deduped.txt:58250 - http://www.motherjones.com/blue-marble/2013/07/earthquakes-triggered-more-earthquakes-near-us-fracking-sites
RS_2013-07.bz2.deduped.txt:59796 - http://www.motherjones.com/environment/2013/07/top-five-historic-sites-threatened-climate-change
RS_2013-07.bz2.deduped.txt:61606 - http://www.motherjones.com/politics/2013/07/abortion-texas-ohio-wisconsin-north-carolina
RS_2013-07.bz2.deduped.txt:61742 - http://www.motherjones.com/blue-marble/2013/07/hurricanes-global-warming-kerry-emanuel
RS_2013-07.bz2.deduped.txt:62358 - http://www.motherjones.com/environment/2013/07/google-fundraiser-inhofe
RS_2013-07.bz2.deduped.txt:64125 - http://www.motherjones.com/mojo/2013/07/zimmerman-race-riot-florida-new-black-panthers
RS_2013-07.bz2.deduped.txt:65914 - http://www.motherjones.com/mojo/2013/07/rick-perrys-new-quest-middle-east-peace
RS_2013-07.bz2.deduped.txt:66712 - http://www.motherjones.com/environment/2013/07/barry-goldwater-tusk-arizona-solar-net-metering
RS_2013-07.bz2.deduped.txt:66845 - http://www.motherjones.com/media/2013/07/evangelicals-gay-rights-ihop-god-loves-uganda-sundance#13736122481541&amp;action=collapse_widget&amp;id=9206080
RS_2013-07.bz2.deduped.txt:68090 - http://www.motherjones.com/kevin-drum/2013/07/edward-snowden-public-opinion

RS_2013-07.bz2.deduped.txt:68598 - http://www.motherjones.com/media/2013/07/evangelicals-gay-rights-ihop-god-loves-uganda-sundance#13736122481541&action=collapse_widget&id=9206080
RS_2013-07.bz2.deduped.txt:69557 - http://m.motherjones.com/mojo/2013/07/greg-abbott-the-next-rick-perry
RS_2013-07.bz2.deduped.txt:69930 - http://www.motherjones.com/mojo/2013/07/brief-history-third-amendment-cases
RS_2013-07.bz2.deduped.txt:71047 - http://www.motherjones.com/politics/2013/07/muslim-american-surveillance-new-york
RS_2013-07.bz2.deduped.txt:75773 - http://m.motherjones.com/mojo/2013/07/zimmerman-race-riot-florida-new-black-panthers
RS_2013-07.bz2.deduped.txt:78772 - http://www.motherjones.com/blue-marble/2013/07/is-bagged-lettuce-good-for-you-green
RS_2013-07.bz2.deduped.txt:82317 - http://www.motherjones.com/politics/2013/07/hillary-clinton-republican-fundraising-america-rising-2016
RS_2013-07.bz2.deduped.txt:82820 - http://www.motherjones.com/kevin-drum/2013/07/edward-snowden-says-he-could-destroy-nsa-anytime-he-wanted
RS_2013-07.bz2.deduped.txt:84148 - http://www.motherjones.com/kevin-drum/2013/07/lets-give-mcdonalds-break-ok
RS_2013-07.bz2.deduped.txt:84184 - http://www.motherjones.com/blue-marble/2011/08/nuclear-bomb-hurricane
RS_2013-07.bz2.deduped.txt:84739 - http://www.motherjones.com/kevin-drum/2013/07/house-gop-cuts-funding-lead-removal-half
RS_2013-07.bz2.deduped.txt:86960 - http://www.motherjones.com/environment/2013/07/walker-backed-mine-hires-militiamen-intimidate-protesters
RS_2013-07.bz2.deduped.txt:88152 - http://www.motherjones.com/media/2013/07/lot-lizard-alexander-perlman-truckers-prostitution
RS_2013-07.bz2.deduped.txt:88515 - http://www.motherjones.com/politics/2013/07/5-most-outdated-tech-laws
RS_2013-07.bz2.deduped.txt:88773 - http://www.motherjones.com/kevin-drum/2013/07/fisa-court-agrees-publish-secret-decision
RS_2013-07.bz2.deduped.txt:88781 - http://www.motherjones.com/mojo/2013/07/video-elizabeth-warren-richard-cordray-republican-filibuster
RS_2013-07.bz2.deduped.txt:88902 - http://www.motherjones.com/kevin-drum/2013/07/harry-reid-about-go-nuclear-filibuster
RS_2013-07.bz2.deduped.txt:90812 - http://www.motherjones.com/kevin-drum/2013/07/yet-more-evidence-you-should-stay-away-hospitals-weekends
RS_2013-07.bz2.deduped.txt:91827 - http://www.motherjones.com/mojo/2013/07/trayvon-martin-jordan-davis-stand-your-ground
RS_2013-07.bz2.deduped.txt:92244 - http://www.motherjones.com/mojo/2013/07/cuccinelli-website-anti-sodomy-law-virginia
RS_2013-07.bz2.deduped.txt:93589 - http://www.motherjones.com/mojo/2013/07/elizabeth-warren-richard-cordray-confirmation-cfpb-republican
RS_2013-07.bz2.deduped.txt:93740 - http://www.motherjones.com/mojo/2013/07/unitarians-gun-lovers-and-environmentalists-sue-nsa-over-spying

RS_2013-07.bz2.deduped.txt:93798 - http://www.motherjones.com/politics/2013/07/cia-geoengineering-control-climate-change

RS_2013-07.bz2.deduped.txt:94685 - http://www.motherjones.com/kevin-drum/2013/07/chart-day-unemployment-europe-catastrophically-high-and-getting-even-worse

RS_2013-07.bz2.deduped.txt:94851 - http://m.motherjones.com/environment/2013/07/walker-backed-mine-hires-militiamen-intimidate-protesters

RS_2013-07.bz2.deduped.txt:94885 - http://www.motherjones.com/kevin-drum/2013/07/chart-day-military-spending-historic-highs

RS_2013-07.bz2.deduped.txt:95483 - http://www.motherjones.com/environment/2013/07/farmers-climate-change-denial

RS_2013-07.bz2.deduped.txt:102110 - http://www.motherjones.com/politics/2013/07/immigration-reform-congress-ad-wars

RS_2013-07.bz2.deduped.txt:102121 - http://www.motherjones.com/media/2013/07/zimmerman-stand-your-ground-fiore

RS_2013-07.bz2.deduped.txt:102242 - http://www.motherjones.com/politics/2013/07/how-nra-misfired-colorado-recall

RS_2013-07.bz2.deduped.txt:102308 - http://www.motherjones.com/blue-marble/2013/07/power-plants-drought-climate-change

RS_2013-07.bz2.deduped.txt:102672 - http://www.motherjones.com/mojo/2013/07/10-important-facts-about-liz-cheney

RS_2013-07.bz2.deduped.txt:104743 - http://www.motherjones.com/politics/2013/07/3-most-outdated-tech-laws

RS_2013-07.bz2.deduped.txt:106196 - http://www.motherjones.com/politics/2013/07/supreme-court-oklahoma-medication-abortion

RS_2013-07.bz2.deduped.txt:107974 - http://www.motherjones.com/mojo/2013/07/obamas-new-labor-secretary-will-be-most-progressive-member-his-cabinet

RS_2013-07.bz2.deduped.txt:108092 - http://www.motherjones.com/politics/2013/07/open-letter-edward-snowden

RS_2013-07.bz2.deduped.txt:108298 - http://www.motherjones.com/kevin-drum/2013/07/todays-republican-party-update

RS_2013-07.bz2.deduped.txt:110681 - http://www.motherjones.com/mojo/2013/07/james-risen-testify-cia-disguises

RS_2013-07.bz2.deduped.txt:113032 - http://www.motherjones.com/environment/2013/07/photosynthesis-biochar-climate-change

RS_2013-07.bz2.deduped.txt:113090 - http://www.motherjones.com/media/2013/07/bending-the-frame-fred-ritchin-photojournalism-instagram

RS_2013-07.bz2.deduped.txt:114998 - http://www.motherjones.com/kevin-drum/2013/07/time-ban-banks-commodities-trading

RS_2013-07.bz2.deduped.txt:116246 - http://m.motherjones.com/politics/2013/07/cia-geoengineering-control-climate-change

RS_2013-07.bz2.deduped.txt:117049 - http://www.motherjones.com/kevin-drum/2013/07/republican-war-obamacare-reaching-absurd-new-heights

RS_2013-07.bz2.deduped.txt:117132 - http://www.motherjones.com/kevin-drum/2013/07/vampire-squid-has-set-its-sights-your-beer-can

RS_2013-07.bz2.deduped.txt:118555 - http://m.motherjones.com/environment/2013/06/ag-gag-laws-mowmar-farms

RS_2013-07.bz2.deduped.txt:118908 - http://www.motherjones.com/mojo/2013/07/new-york-times-social-mobility-metropolitan-area
RS_2013-07.bz2.deduped.txt:118976 - http://www.motherjones.com/kevin-drum/2013/07/map-day-where-poverty-trap-worst
RS_2013-07.bz2.deduped.txt:119388 - http://www.motherjones.com/politics/2013/07/chevron-ecuador-american-email-legal-activists-journalists
RS_2013-07.bz2.deduped.txt:120288 - http://www.motherjones.com/environment/2013/07/portage-county-ohio-fracking-waste-disposal-capital-midwest
RS_2013-07.bz2.deduped.txt:121352 - http://www.motherjones.com/politics/2013/07/chevron-ecuador-american-email-legal-activists-journalists?utm_source=buffer&utm_campaign=Buffer&utm_content=buffer230fa&utm_medium=twitter
RS_2013-07.bz2.deduped.txt:125584 - http://www.motherjones.com/blue-marble/2013/07/alberta-oil-sands-have-been-leaking-six-weeks-and-no-one-knows-how-stop-it
RS_2013-07.bz2.deduped.txt:126848 - http://www.motherjones.com/mojo/2010/07/clarence-thomas-nephew
RS_2013-07.bz2.deduped.txt:127399 - http://www.motherjones.com/mojo/2013/07/does-having-sisters-turn-boys-republicans
RS_2013-07.bz2.deduped.txt:127900 - http://www.motherjones.com/politics/2013/07/justice-department-sues-florida-over-disabled-kids-nursing-homes
RS_2013-07.bz2.deduped.txt:127906 - http://www.motherjones.com/mojo/2013/07/robert-khuzami-sec-new-york-times-kirkland-ellis?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29
RS_2013-07.bz2.deduped.txt:128049 - http://www.motherjones.com/politics/2013/07/state-departments-anti-hacking-office-total-mess
RS_2013-07.bz2.deduped.txt:128075 - http://www.motherjones.com/kevin-drum/2013/07/latest-republican-threat-obamacare-or-your-life
RS_2013-07.bz2.deduped.txt:129647 - http://www.motherjones.com/mojo/2013/07/judge-north-dakota-abortion-ban-clearly-unconstitutional
RS_2013-07.bz2.deduped.txt:129657 - http://www.motherjones.com/environment/2013/07/pakistan-water-shortage-climate-change
RS_2013-07.bz2.deduped.txt:130433 - http://www.motherjones.com/environment/2013/07/let-there-be-darkness-5-surprising-ways-curtail-light-pollution
RS_2013-07.bz2.deduped.txt:132370 - http://www.motherjones.com/blue-marble/2013/07/michael-mann-defamation-national-review-cei
RS_2013-07.bz2.deduped.txt:133962 - http://www.motherjones.com/politics/2010/03/oath-keepers
RS_2013-07.bz2.deduped.txt:134413 - http://www.motherjones.com/blue-marble/2013/07/income-inequality-and-fracking-boom
RS_2013-07.bz2.deduped.txt:134830 - http://www.motherjones.com/mojo/2013/07/sunlight-foundation-dodd-frank-meetings-cftc-treasury-federal-reserve
RS_2013-07.bz2.deduped.txt:135471 - http://www.motherjones.com/kevin-drum/2013/07/republicans-double-down-plan-screw-poor-and-aid-rich

RS_2013-07.bz2.deduped.txt:136239 - http://www.motherjones.com/mojo/2013/07/robert-khuzami-sec-new-york-times-kirkland-ellis

RS_2013-07.bz2.deduped.txt:136251 - http://www.motherjones.com/politics/2013/07/gop-plan-b-kill-elizabeth-warrens-consumer-watch-dog

RS_2013-07.bz2.deduped.txt:136397 - http://www.motherjones.com/kevin-drum/2013/07/house-will-hold-vote-defund-nsa-phone-records-program

RS_2013-07.bz2.deduped.txt:138923 - http://www.motherjones.com/politics/2013/07/groundswell-rightwing-group-ginni-thomas

RS_2013-07.bz2.deduped.txt:139030 - http://www.motherjones.com/print/230071

RS_2013-07.bz2.deduped.txt:139197 - http://www.motherjones.com/environment/2013/07/arctic-warming-could-cost-60-trillion

RS_2013-07.bz2.deduped.txt:139746 - http://www.motherjones.com/politics/2013/07/groundswell-rightwing-group-ginni-thomas?slide=4

RS_2013-07.bz2.deduped.txt:140495 - http://www.motherjones.com/kevin-drum/2013/07/rich-conservative-elites-start-new-group-called-groundswell

RS_2013-07.bz2.deduped.txt:140905 - http://www.motherjones.com/mojo/2013/07/north-carolina-voter-id-bill-section-5-voting-rights-act

RS_2013-07.bz2.deduped.txt:141052 - http://www.motherjones.com/politics/2013/07/groundswell-rightwing-group-ginni-thomas?page=1

RS_2013-07.bz2.deduped.txt:141385 - http://www.motherjones.com/blue-marble/2013/07/louisiana-oil-companies-what-did-you-do-our-coastline

RS_2013-07.bz2.deduped.txt:141706 - http://www.motherjones.com/kevin-drum/2013/07/freedomworks-plans-push-persuade-people-not-get-health-insurance

RS_2013-07.bz2.deduped.txt:142964 - http://www.motherjones.com/blue-marble/2013/07/wtf-google-doing-raising-money-sen-inhofe

RS_2013-07.bz2.deduped.txt:143549 - http://www.motherjones.com/blue-marble/2013/07/utah-ag-gag-lawsuit-animal-rights

RS_2013-07.bz2.deduped.txt:143654 - http://www.motherjones.com/politics/2013/07/why-fed-dragging-its-feet-stopping-bank-bailouts

RS_2013-07.bz2.deduped.txt:143706 - http://www.motherjones.com/blue-marble/2013/07/reuters-climate-coverage-slashed-under-skeptic-editor

RS_2013-07.bz2.deduped.txt:144368 - http://www.motherjones.com/media/2013/07/segway-polo-world-cup-everything-you-imagined

RS_2013-07.bz2.deduped.txt:144412 - http://www.motherjones.com/politics/2013/07/nsa-search-emails

RS_2013-07.bz2.deduped.txt:145467 - http://www.motherjones.com/kevin-drum/2013/07/reports-death-peak-oil-have-been-greatly-exaggerated

RS_2013-07.bz2.deduped.txt:146018 - http://www.motherjones.com/politics/2013/07/tsa-car-searches-airport-fourth-amendment

RS_2013-07.bz2.deduped.txt:147086 - http://www.motherjones.com/kevin-drum/2013/07/deficit-austerity-republican-jobs-economy

RS_2013-07.bz2.deduped.txt:147147 - http://www.motherjones.com/kevin-drum/2013/07/nsa-surveillance-reform-fisa

RS_2013-07.bz2.deduped.txt:147372 - http://www.motherjones.com/politics/2013/07/ginni-thomas-groundswell-conflict-interest
RS_2013-07.bz2.deduped.txt:148545 - http://www.motherjones.com/politics/2013/07/groundswell-ginni-thomas-war-karl-rove
RS_2013-07.bz2.deduped.txt:148603 - http://www.motherjones.com/kevin-drum/2013/07/supreme-court-voting-rights-act-north-carolina
RS_2013-07.bz2.deduped.txt:149480 - http://www.motherjones.com/blue-marble/2013/07/house-republicans-stand-ceiling-fan-lobby
RS_2013-07.bz2.deduped.txt:149871 - http://www.motherjones.com/environment/2013/07/poll-young-voters-climate-lcv
RS_2013-07.bz2.deduped.txt:149898 - http://www.motherjones.com/politics/2013/07/groundswell-rightwing-group-ginni-thomas?8
RS_2013-07.bz2.deduped.txt:151463 - http://www.motherjones.com/kevin-drum/2013/07/chart-rich-taxes-income-capital-labor
RS_2013-07.bz2.deduped.txt:153588 - http://www.motherjones.com/kevin-drum/2013/07/deficit-austerity-republican-jobs-economy?7
RS_2013-07.bz2.deduped.txt:154164 - http://m.motherjones.com/mojo/2013/07/barack-obama-ho-chi-minh-allen-west-fox-news
RS_2013-07.bz2.deduped.txt:156449 - http://www.motherjones.com/mojo/2013/07/barack-obama-ho-chi-minh-allen-west-fox-news
RS_2013-07.bz2.deduped.txt:158449 - http://www.motherjones.com/kevin-drum/2013/07/obama-stimulus-infrastructure
RS_2013-07.bz2.deduped.txt:158845 - http://www.motherjones.com/tom-philpott/2013/07/mcdonalds-budget-mcwrap
RS_2013-07.bz2.deduped.txt:160453 - http://www.motherjones.com/kevin-drum/2013/07/indiana-charter-grade-bennett-formula
RS_2013-07.bz2.deduped.txt:160712 - http://www.motherjones.com/environment/2013/07/could-climate-change-turn-earth-venus
RS_2013-07.bz2.deduped.txt:161038 - http://www.motherjones.com/mojo/2013/07/anti-islam-activists-are-freaking-out-about-crayons-now
RS_2013-07.bz2.deduped.txt:161090 - http://www.motherjones.com/kevin-drum/2013/07/healthcare-obamacare-premiums-rates
RS_2013-07.bz2.deduped.txt:162723 - http://www.motherjones.com/environment/2013/07/global-warming-wildfire-permafrost-feedback
RS_2013-07.bz2.deduped.txt:163835 - http://www.motherjones.com/mojo/2013/07/mitt-romney-47-percent-denial
RS_2013-07.bz2.deduped.txt:163857 - http://www.motherjones.com/mojo/2013/07/barack-obama-fundraiser-ambassador-campaign-money
RS_2013-07.bz2.deduped.txt:164108 - http://www.motherjones.com/mojo/2013/07/reza-aslan-fox-news-interview-jesus-muslim
RS_2013-07.bz2.deduped.txt:166873 - http://m.motherjones.com/mojo/2013/07/onion-predicts-real-life-republicans-block-nasa-asteroid-lasso-plan
RS_2013-07.bz2.deduped.txt:166911 - http://www.motherjones.com/mojo/2013/07/onion-predicts-real-life-republicans-block-nasa-asteroid-lasso-plan

RS_2013-07.bz2.deduped.txt:167572 - http://www.motherjones.com/mojo/2013/07/jpmorgan-chase-manipulate-electricity-price-settlement-ferc
RS_2013-07.bz2.deduped.txt:168994 - http://www.motherjones.com/mojo/2013/07/groundswell-secret-tape-boehner-issa-benghazi
RS_2013-07.bz2.deduped.txt:169830 - http://www.motherjones.com/kevin-drum/2013/07/republicans-obama-tax-corporate
RS_2013-07.bz2.deduped.txt:170021 - http://www.motherjones.com/kevin-drum/2013/07/sabotage-obamacare-conservative-radio
RS_2013-07.bz2.deduped.txt:170215 - http://www.motherjones.com/mojo/2013/07/bobby-jindal-stays-silent-louisiana-sodomy-arrests
RS_2013-07.bz2.deduped.txt:170533 - http://www.motherjones.com/mojo/2013/07/inadequate-diaper-supply-linked-child-abuse-depression?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjon es%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29
RS_2013-07.bz2.deduped.txt:170554 - http://www.motherjones.com/tom-philpott/2013/07/why-china-wants-us-grown-pork-chops
RS_2013-07.bz2.deduped.txt:171208 - http://www.motherjones.com/environment/2013/07/bangladesh-garment-workers-climate-change
RS_2013-07.bz2.deduped.txt:171359 - http://www.motherjones.com/politics/2013/07/lawrence-summers-federal-reserve-chair-financial-regulation
RS_2013-07.bz2.deduped.txt:171518 - http://www.motherjones.com/blue-marble/2013/07/arctic-weather-jet-stream-polling
RS_2013-07.bz2.deduped.txt:172249 - http://www.motherjones.com/kevin-drum/2013/07/chart-day-fed-yellen-gender-forecast
RS_2013-07.bz2.deduped.txt:173409 - http://www.motherjones.com/mojo/2013/07/fast-food-workers-strike-seven-cities-mcdonalds
RS_2013-07.bz2.deduped.txt:173697 - http://www.motherjones.com/kevin-drum/2013/07/nsa-surveillance-xkeyscore
RS_2013-07.bz2.deduped.txt:173830 - http://www.motherjones.com/politics/2013/07/senator-ron-wyden-nsa-surveillance-interview
RS_2013-07.bz2.deduped.txt:174842 - http://www.motherjones.com/mojo/2013/07/neil-cavuto-doesnt-know-how-minimum-wage-works
RS_2013-07.bz2.deduped.txt:176379 - http://www.motherjones.com/kevin-drum/2013/07/congress-nsa-surveillance-phone-records
RS_2013-07.bz2.deduped.txt:177654 - http://www.motherjones.com/mojo/2013/07/indiana-planned-parenthood-abortion-providers-medicaid
RS_2013-07.bz2.deduped.txt:178309 - http://www.motherjones.com/politics/2013/07/bear-stearns-executives-wall-street-recession
RS_2013-07.bz2.deduped.txt:178522 - http://www.motherjones.com/environment/2013/07/climate-sea-level-danger-us-cities
RS_2013-07.bz2.deduped.txt:178906 - http://www.motherjones.com/tom-philpott/2013/07/bee-colony-collapse-disorder-fungicides
RS_2013-07.bz2.deduped.txt:179704 - http://www.motherjones.com/environment/2013/07/water-colorado-river
RS_2015-12.bz2.deduped.txt:6348 - http://www.motherjones.com/mojo/2015/11/planned-parenthood-shooting-colorado-springs-abortion

RS_2015-12.bz2.deduped.txt:6384 - http://www.motherjones.com/blue-marble/2015/12/donald-trump-just-gave-dumbest-reaction-paris-climate-summit
RS_2015-12.bz2.deduped.txt:13568 - http://www.motherjones.com/politics/2015/09/agora-huckabee-conservative-bible-cures
RS_2015-12.bz2.deduped.txt:13604 - http://www.motherjones.com/mojo/2015/12/report-100-people-more-wealth-african-american-population
RS_2015-12.bz2.deduped.txt:13803 - http://www.motherjones.com/politics/2015/12/these-congressmen-have-big-financial-stakes-industry-they-are-helping
RS_2015-12.bz2.deduped.txt:13857 - http://www.motherjones.com/kevin-drum/2015/12/great-donald-trump-polling-gap-not-explained
RS_2015-12.bz2.deduped.txt:13860 - http://www.motherjones.com/politics/2015/11/ghost-companies-funding-jeb-bush-super-pac-right-to-rise
RS_2015-12.bz2.deduped.txt:14463 - http://m.motherjones.com/mojo/2015/12/report-100-people-more-wealth-african-american-population
RS_2015-12.bz2.deduped.txt:15327 - http://www.motherjones.com/politics/2015/11/veterans-soldiers-mass-shootings
RS_2015-12.bz2.deduped.txt:15442 - http://www.motherjones.com/politics/2015/12/obesity-exercise-energy-balance
RS_2015-12.bz2.deduped.txt:19198 - http://www.motherjones.com/politics/2015/12/hillary-clinton-san-bernardino-shooting-gun-control
RS_2015-12.bz2.deduped.txt:20204 - http://www.motherjones.com/environment/2015/12/climate-change-summit-paris-cop21-fossil-fuels-sponsors
RS_2015-12.bz2.deduped.txt:23118 - http://www.motherjones.com/politics/2015/12/pressure-builds-gun-research-congress
RS_2015-12.bz2.deduped.txt:23252 - http://www.motherjones.com/contributor/2015/12/new-york-daily-news-just-made-one-helluva-perfect-statement
RS_2015-12.bz2.deduped.txt:23373 - http://www.motherjones.com/tom-philpott/2015/11/what-uou-need-know-about-superbug-now-breeding-chinas-hog-farms
RS_2015-12.bz2.deduped.txt:23421 - http://www.motherjones.com/kevin-drum/2015/12/big-recessions-are-good-right-wing-politics
RS_2015-12.bz2.deduped.txt:23902 - http://www.motherjones.com/politics/2015/12/dod-unit-lavish-spending-afghanistan-private-villas
RS_2015-12.bz2.deduped.txt:24281 - http://www.motherjones.com/environment/2015/11/2-degrees-will-change-world-paris-climate-change
RS_2015-12.bz2.deduped.txt:31071 - http://m.motherjones.com/kevin-drum/2015/12/great-donald-trump-polling-gap-not-explained
RS_2015-12.bz2.deduped.txt:31951 - http://m.motherjones.com/politics/2015/11/bernie-sanders-cable-access-show-clips
RS_2015-12.bz2.deduped.txt:33628 - http://www.motherjones.com/politics/2015/12/abortion-clinic-security-doctors-violence-planned-parenthood-disguise
RS_2015-12.bz2.deduped.txt:33658 - http://www.motherjones.com/tom-philpott/2015/11/usda-researcher-claims-harrassment-and-retaliation-pesticide-research
RS_2015-12.bz2.deduped.txt:33973 - http://www.motherjones.com/mojo/2015/12/senate-votes-defund-planned-parenthood

RS_2015-12.bz2.deduped.txt:34622 - http://m.motherjones.com/tom-philpott/2015/11/usda-researcher-claims-harrassment-and-retaliation-pesticide-research

RS_2015-12.bz2.deduped.txt:34834 - http://www.motherjones.com/politics/2015/11/laquan-mcdonald-chicago-police-shooting-video-explainer

RS_2015-12.bz2.deduped.txt:36411 - http://www.motherjones.com/environment/2015/12/anonymous-just-hacked-data-more-1000-climate-change-officials

RS_2015-12.bz2.deduped.txt:39581 - http://www.motherjones.com/politics/2015/12/evenwel-abbott-supreme-court-redistricting

RS_2015-12.bz2.deduped.txt:48992 - http://www.motherjones.com/environment/2015/12/paris-climate-change-cop21-climate-finance

RS_2015-12.bz2.deduped.txt:49073 - http://www.motherjones.com/environment/2015/12/chris-christie-climate-change-hell-no

RS_2015-12.bz2.deduped.txt:49285 - http://m.motherjones.com/politics/2008/07/march-tourists

RS_2015-12.bz2.deduped.txt:50505 - http://www.motherjones.com/media/2015/12/spur-gabriel-metcalf-book-democracy-design-alternative-institutions

RS_2015-12.bz2.deduped.txt:56202 - http://www.motherjones.com/environment/2015/11/these-15-grocery-store-items-are-not-recyclable

RS_2015-12.bz2.deduped.txt:56606 - http://www.motherjones.com/mixed-media/2015/12/new-york-daily-news-front-page-guns-awesome

RS_2015-12.bz2.deduped.txt:57757 - http://www.motherjones.com/blue-marble/2015/12/jane-goodall-climate-change-cop21

RS_2015-12.bz2.deduped.txt:59564 - http://www.motherjones.com/media/2015/11/theres-one-piece-democracy-that-fat-cats-cant-buy

RS_2015-12.bz2.deduped.txt:64043 - http://www.motherjones.com/politics/2015/12/bernie-sanders-climate-plan

RS_2015-12.bz2.deduped.txt:65931 - http://www.motherjones.com/mojo/2015/12/hiv-aids-cdc-report-diagnosis-gay-black-latino

RS_2015-12.bz2.deduped.txt:66251 - http://www.motherjones.com/politics/2015/12/rahm-emanuel-chicago-police-homan-square-scandal

RS_2015-12.bz2.deduped.txt:66733 - http://motherjones.com/blue-marble/2015/12/jane-goodall-climate-change-cop21

RS_2015-12.bz2.deduped.txt:67507 - http://www.motherjones.com/politics/2015/12/what-hell-just-happened-france-national-front

RS_2015-12.bz2.deduped.txt:68194 - http://www.motherjones.com/politics/2015/12/jeb-bush-donald-trump-website-domain-redirect

RS_2015-12.bz2.deduped.txt:69881 - http://m.motherjones.com/politics/2015/12/rahm-emanuel-chicago-police-homan-square-scandal

RS_2015-12.bz2.deduped.txt:72076 - http://www.motherjones.com/politics/2015/12/cleveland-police-russell-williams-reverse-racism-discrimination

RS_2015-12.bz2.deduped.txt:73619 - http://www.motherjones.com/environment/2015/12/ted-cruz-climate-change-pause

RS_2015-12.bz2.deduped.txt:76233 - http://www.motherjones.com/blue-marble/2015/12/flavors-e-cigarettes-popcorn-lung-vape-pens-nicotine

RS_2015-12.bz2.deduped.txt:76458 - http://www.motherjones.com/environment/2015/12/climate-change-deniers-try-derail-paris-talks

RS_2015-12.bz2.deduped.txt:76491 - http://m.motherjones.com/tom-philpott/2015/12/big-beer-wants-take-away-your-craft-beer

RS_2015-12.bz2.deduped.txt:76674 - http://www.motherjones.com/environment/2015/12/antibiotic-resistance-animals

RS_2015-12.bz2.deduped.txt:81071 - http://www.motherjones.com/media/2014/08/peacemaker-video-game-israeli-palestinian-conflict

RS_2015-12.bz2.deduped.txt:81178 - http://www.motherjones.com/politics/2015/12/justice-scalia-suggests-blacks-belong-slower-colleges-fisher-university-texas

RS_2015-12.bz2.deduped.txt:84649 - http://www.motherjones.com/blue-marble/2015/12/2015-dietary-guidelines-will-drop-later-week-heres-what-you-should-know

RS_2015-12.bz2.deduped.txt:86871 - http://www.motherjones.com/politics/2015/12/nra-losing-stranglehold-gun-policy

RS_2015-12.bz2.deduped.txt:86940 - http://www.motherjones.com/mojo/2015/12/what-alleged-planned-parenthood-shooter-shouted-court

RS_2015-12.bz2.deduped.txt:87801 - http://motherjones.com/environment/2015/12/ted-cruz-climate-change-pause

RS_2015-12.bz2.deduped.txt:90970 - http://www.motherjones.com/politics/2015/12/president-obama-just-ended-no-child-left-behind

RS_2015-12.bz2.deduped.txt:91648 - http://www.motherjones.com/mojo/2015/12/obama-gun-action-without-congress-background-checks

RS_2015-12.bz2.deduped.txt:94408 - http://www.motherjones.com/tom-philpott/2015/12/big-beer-wants-take-away-your-craft-beer

RS_2015-12.bz2.deduped.txt:94670 - http://www.motherjones.com/politics/2015/12/azerbaijan-hotel-vanishes-from-donald-trumps-website

RS_2015-12.bz2.deduped.txt:94897 - http://www.motherjones.com/politics/2015/12/fec-complaints-filed-against-bush-super-pac-over-donations-ghost-companies

RS_2015-12.bz2.deduped.txt:95167 - http://www.motherjones.com/environment/2015/12/paris-climate-agreement-could-be-more-ambitious-anyone-expected

RS_2015-12.bz2.deduped.txt:96349 - http://www.motherjones.com/media/2015/12/hope-solo-uswnt-soccer-artificial-turf-boycott

RS_2015-12.bz2.deduped.txt:97159 - http://www.motherjones.com/politics/2015/12/heres-how-isis-gets-its-guns

RS_2015-12.bz2.deduped.txt:97576 - http://www.motherjones.com/blue-marble/2015/12/fema-preparing-el-nino-heres-what-californians-can-expect

RS_2015-12.bz2.deduped.txt:97763 - http://www.motherjones.com/politics/2015/12/gop-presidential-candidate-chris-christie-trying-reverse-his-gun-control-record

RS_2015-12.bz2.deduped.txt:97976 - http://www.motherjones.com/tom-philpott/2015/12/meat-industry-still-cant-get-enough-antibiotics

RS_2015-12.bz2.deduped.txt:98648 - http://www.motherjones.com/politics/1977/09/pinto-madness

RS_2015-12.bz2.deduped.txt:99029 - http://www.motherjones.com/politics/2015/12/nra-board-directors-nugent-selleck-north

RS_2015-12.bz2.deduped.txt:99064 - http://www.motherjones.com/mixed-media/2015/12/canada-syrian-refugees-welcome

RS_2015-12.bz2.deduped.txt:104356 - http://www.motherjones.com/politics/2015/12/puerto-rico-financial-oversight-legislation-debt-anger-colony

RS_2015-12.bz2.deduped.txt:106978 -
http://www.motherjones.com/environment/2015/12/nauru-cop21-climate-change
RS_2015-12.bz2.deduped.txt:107100 - http://www.motherjones.com/mojo/2015/12/ohio-
attorney-general-accuses-planned-parenthood-illegally-dumping-fetal-remains
RS_2015-12.bz2.deduped.txt:109772 - http://www.motherjones.com/politics/2015/12/laquan-
mcdonald-police-shooting-chicago-contract-scrutiny
RS_2015-12.bz2.deduped.txt:113013 - http://www.motherjones.com/media/2015/12/james-deen-
stoya-porn-stars-sexual-assault-consent
RS_2015-12.bz2.deduped.txt:114935 - http://www.motherjones.com/mojo/2015/12/census-data-
rents-incomes-recession
RS_2015-12.bz2.deduped.txt:119569 - http://www.motherjones.com/politics/2015/12/pepsico-
foundation-investments-taxes
RS_2015-12.bz2.deduped.txt:119672 - http://www.motherjones.com/media/2015/12/james-deen-
stoya-porn-stars-sexual-assault-consent?0
RS_2015-12.bz2.deduped.txt:120888 - http://www.motherjones.com/mojo/2015/12/fresh-air-
terry-gross-mass-shootings-mark-follman
RS_2015-12.bz2.deduped.txt:127846 -
http://www.motherjones.com/politics/2015/12/uncampaign-2016-fiorina-trump-carson-pac
RS_2015-12.bz2.deduped.txt:127943 - http://www.motherjones.com/politics/2015/12/who-
bought-las-vegas-review
RS_2015-12.bz2.deduped.txt:128205 - http://www.motherjones.com/tom-
philpott/2015/12/dupont-dow-merger-spwans-new-pesticidegmo-seed-behemoth
RS_2015-12.bz2.deduped.txt:129953 - http://www.motherjones.com/politics/2015/12/police-
shootings-laquan-mcdonald-mario-woods-knives-21-foot-rule
RS_2015-12.bz2.deduped.txt:130152 - http://www.motherjones.com/mojo/2015/12/los-angeles-
county-shuts-down-all-schools-due-credible-terrorist-threat
RS_2015-12.bz2.deduped.txt:131588 -
http://www.motherjones.com/politics/2015/12/uncampaign-2016-fiorina-trump-carson-pac#testa
RS_2015-12.bz2.deduped.txt:133416 -
http://www.motherjones.com/environment/2015/12/republican-donors-climate-change#testa
RS_2015-12.bz2.deduped.txt:134868 - http://www.motherjones.com/politics/2015/12/lindsey-
graham-apologizes-to-muslim-world-for-donald-trumps
RS_2015-12.bz2.deduped.txt:137760 -
http://www.motherjones.com/politics/2015/12/republican-debate-best-moments-donald-trump-
ted-cruz-marco-rubio-isis
RS_2015-12.bz2.deduped.txt:137768 - http://www.motherjones.com/politics/2015/12/video-gop-
candidates-women-supercut
RS_2015-12.bz2.deduped.txt:137966 - http://www.motherjones.com/tom-
philpott/2015/12/japan-stirs-whale-controversy-its-tiny-appetite-big-fish
RS_2015-12.bz2.deduped.txt:138289 -
http://www.motherjones.com/environment/2015/12/chipotle-burrito-outbreak-sickness-charts
RS_2015-12.bz2.deduped.txt:141943 - http://www.motherjones.com/politics/2015/12/google-
trends-data-shows-who-won-gop-debate-vegas-trump
RS_2015-12.bz2.deduped.txt:145285 - http://www.motherjones.com/politics/2015/12/yes-
sheldon-adelson-did-buy-nevadas-biggest-newspaper

RS_2015-12.bz2.deduped.txt:145622 - http://www.motherjones.com/politics/2015/12/let-them-ride-sleds
RS_2015-12.bz2.deduped.txt:147943 - http://www.motherjones.com/politics/2015/12/year-police-shootings
RS_2015-12.bz2.deduped.txt:147976 - http://www.motherjones.com/politics/2015/12/who-wins-and-who-loses-feds-rate-hike
RS_2015-12.bz2.deduped.txt:148190 - http://www.motherjones.com/kevin-drum/2015/12/carly-fiorina-really-likes-make-shit
RS_2015-12.bz2.deduped.txt:148659 - http://www.motherjones.com/mojo/2015/12/pharma-ceo-martin-shkreli-was-just-arrested-securities-fraud
RS_2015-12.bz2.deduped.txt:149137 - http://www.motherjones.com/environment/2015/12/cnn-didnt-ask-single-debate-question-about-climate-change-thats-appalling
RS_2015-12.bz2.deduped.txt:150863 - http://www.motherjones.com/politics/2015/12/bernie-sanders-jesse-jackson-campaign
RS_2015-12.bz2.deduped.txt:152774 - http://www.motherjones.com/politics/2015/12/mitch-mcconnell-budget-bill-campaign-finance
RS_2015-12.bz2.deduped.txt:152799 - http://www.motherjones.com/politics/2015/12/police-contract-protections-interrogation-chicago
RS_2015-12.bz2.deduped.txt:154034 - http://www.motherjones.com/kevin-drum/2015/12/suddenly-deficits-dont-matter-anymore
RS_2015-12.bz2.deduped.txt:154258 - http://www.motherjones.com/media/2015/12/star-wars-brian-vaughan-superheroes-color
RS_2015-12.bz2.deduped.txt:157860 - http://www.motherjones.com/politics/2015/12/no-there-were-not-355-mass-shootings-this-year
RS_2015-12.bz2.deduped.txt:158348 - http://www.motherjones.com/politics/2015/12/pete-seeger-fbi-file
RS_2015-12.bz2.deduped.txt:159158 - http://m.motherjones.com/politics/2015/12/no-there-were-not-355-mass-shootings-this-year
RS_2015-12.bz2.deduped.txt:159526 - http://www.motherjones.com/blue-marble/2015/12/just-mayo-gets-keep-its-name
RS_2015-12.bz2.deduped.txt:160476 - http://www.motherjones.com/politics/2015/12/poll-30-republicans-want-bomb-fictional-disney-country
RS_2015-12.bz2.deduped.txt:166275 - http://www.motherjones.com/environment/2012/12/greenest-christmas-trees-real-fake
RS_2015-12.bz2.deduped.txt:166423 - http://www.motherjones.com/mojo/2015/12/2015s-bernie-sanders-socialism-merriam-webster
RS_2015-12.bz2.deduped.txt:166427 - http://www.motherjones.com/mojo/2015/12/gay-conversion-therapy-group-ordered-close-consumer-fraud
RS_2015-12.bz2.deduped.txt:166556 - http://www.motherjones.com/mojo/2015/12/fusion-gop-debate-video-war-isis
RS_2015-12.bz2.deduped.txt:169633 - http://www.motherjones.com/environment/2015/12/republicans-paris-climate-change-deal-cop21
RS_2015-12.bz2.deduped.txt:170468 - http://www.motherjones.com/politics/2015/12/nevada-school-choice-voucher-education-savings-account
RS_2015-12.bz2.deduped.txt:172464 - http://www.motherjones.com/politics/2015/12/best-moments-from-democratic-debate-sanders-clinton-omalley

RS_2015-12.bz2.deduped.txt:172535 - http://www.motherjones.com/media/2015/12/hunting-with-eagles-golden-palani-mohan-mongolia

RS_2015-12.bz2.deduped.txt:172793 - http://m.motherjones.com/politics/2015/12/pete-seeger-fbi-file

RS_2015-12.bz2.deduped.txt:175275 - http://www.motherjones.com/kevin-drum/2015/12/heres-what-actually-happened-great-sanders-clinton-data-theft

RS_2015-12.bz2.deduped.txt:178881 - http://www.motherjones.com/politics/2015/12/campaign-finance-regulators-wont-do-their-job-can-watchdogs-force-their-hand

RS_2015-12.bz2.deduped.txt:179044 - http://www.motherjones.com/blue-marble/2015/12/hate-gmos-then-prepare-kiss-bananas-goodbye

RS_2015-12.bz2.deduped.txt:182557 - http://www.motherjones.com/kevin-drum/2015/12/state-race-ben-carson-doomed#testb

RS_2015-12.bz2.deduped.txt:183710 - http://www.motherjones.com/politics/2015/04/how-much-money-does-gun-violence-cost-in-your-state?utm_content=buffer74183&utm_medium=social&utm_source=twitter.com&utm_campaign=buffer

RS_2015-12.bz2.deduped.txt:185393 - http://www.motherjones.com/environment/2015/12/lindsey-graham-drops-out-climate-change

RS_2015-12.bz2.deduped.txt:187893 - http://www.motherjones.com/environment/2015/12/climate-change-business-opportunities

RS_2015-12.bz2.deduped.txt:188296 - http://www.motherjones.com/kevin-drum/2015/12/new-paper-suggests-more-smog-more-crime

RS_2015-12.bz2.deduped.txt:190020 - http://www.motherjones.com/kevin-drum/2015/12/american-politics-fueled-ignorance-and-hatred

RS_2015-12.bz2.deduped.txt:193265 - http://www.motherjones.com/politics/2015/12/will-scott-walker-corruption-case-go-all-way-supreme-court

RS_2015-12.bz2.deduped.txt:197002 - http://m.motherjones.com/politics/2015/04/true-cost-of-gun-violence-in-america

RS_2015-12.bz2.deduped.txt:197668 - http://www.motherjones.com/mojo/2015/12/tenn-woman-charged-coat-hanger-abortion-case-pleads-not-guilty

RS_2015-12.bz2.deduped.txt:198569 - http://www.motherjones.com/media/2015/12/concussion-nfl-peter-landesman-will-smith-bennet-omalu

RS_2015-12.bz2.deduped.txt:203447 - http://www.motherjones.com/politics/2015/12/jeb-abandons-jeb-exclamation-point

RS_2015-12.bz2.deduped.txt:205393 - http://www.motherjones.com/mojo/2015/12/nba-joins-gun-control-fight-moving-video-caling-action

RS_2015-12.bz2.deduped.txt:205416 - http://www.motherjones.com/environment/2015/12/solar-industry-christmas-miracle

RS_2015-12.bz2.deduped.txt:206744 - http://www.motherjones.com/tom-philpott/2015/11/california-saudi-arabia-fruits-and-vegetables

RS_2015-12.bz2.deduped.txt:216301 - http://www.motherjones.com/blue-marble/2015/04/10-facts-bird-flu-pandemic-expert-nobel-prize-peter-doherty?9

RS_2015-12.bz2.deduped.txt:221263 - http://www.motherjones.com/kevin-drum/2015/12/no-donald-trump-garden-variety-right-winger

RS_2015-12.bz2.deduped.txt:227509 - http://www.motherjones.com/politics/2015/02/why-there-no-massive-antiwar-movement-america

RS_2015-12.bz2.deduped.txt:229576 - http://www.motherjones.com/blue-marble/2015/12/7-environment-longreads-2015

RS_2015-12.bz2.deduped.txt:229610 - http://www.motherjones.com/politics/2015/12/cfpb-elizabeth-warren-newt-gingrich

RS_2015-12.bz2.deduped.txt:236810 - http://www.motherjones.com/politics/2015/12/trump-will-start-spending-millions-ads-new-hampshire

RS_2015-12.bz2.deduped.txt:241745 - http://www.motherjones.com/politics/2015/12/year-abortion-restrictions

RS_2015-12.bz2.deduped.txt:244849 - http://www.motherjones.com/kevin-drum/2015/12/republican-demographic-problems-arent-just-future-anymore

RS_2015-12.bz2.deduped.txt:246217 - http://www.motherjones.com/politics/2015/12/uber-lawsuit-drivers-class-action-shannon-liss-riordan

RS_2015-12.bz2.deduped.txt:248029 - http://www.motherjones.com/politics/2015/12/year-abortion-restrictions?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2015-12.bz2.deduped.txt:248453 - http://www.motherjones.com/politics/2015/12/uber-lawsuit-drivers-class-action-shannon-liss-riordan#testc

RS_v2_2006-01.xz.deduped.txt:1726 - http://www.motherjones.com/cgi-bin/print_article.pl?url=http://www.motherjones.com/commentary/columns/2006/01/formula_for_slaughter.html

RS_v2_2009-12.xz.deduped.txt:815 - http://www.motherjones.com/politics/2009/11/walter-fitzpatrick-birther-treason-grand-jury-monroe-county

RS_v2_2009-12.xz.deduped.txt:1013 - http://www.motherjones.com/environment/2009/11/tuvalu-climate-refugees

RS_v2_2009-12.xz.deduped.txt:2109 - http://www.motherjones.com/mojo/2009/12/chuck-norris-takes-obamas-climate-one-world-order

RS_v2_2009-12.xz.deduped.txt:2738 - http://www.motherjones.com/politics/2009/09/meet-afghan-army

RS_v2_2009-12.xz.deduped.txt:5048 - http://motherjones.com/mojo/2009/12/college-grads-owe-average-23200-student-debt

RS_v2_2009-12.xz.deduped.txt:10032 - http://motherjones.com/blue-marble/2009/12/us-cash-exxon-yes-cash-climate-change-no

RS_v2_2009-12.xz.deduped.txt:10533 - http://motherjones.com/mojo/2009/12/armorgroup-axed-kabul-embassy-contract

RS_v2_2009-12.xz.deduped.txt:11954 - http://motherjones.com/photoessays/2008/03/aryan-outfitters

RS_v2_2009-12.xz.deduped.txt:12293 - http://motherjones.com/special-reports/2009/12/dirty-dozen-climate-change-denial

RS_v2_2009-12.xz.deduped.txt:12296 - http://motherjones.com/politics/2009/12/religious-rights-potty-paranoia

RS_v2_2009-12.xz.deduped.txt:13629 - http://motherjones.com/mojo/2009/12/houstons-lesbian-mayor

RS_v2_2009-12.xz.deduped.txt:14301 - http://motherjones.com/politics/2009/05/pipelineistan-goes-af-pak

RS_v2_2009-12.xz.deduped.txt:14875 - http://motherjones.com/politics/2009/12/exclusive-white-house-emails-case-nearing-settlement
RS_v2_2009-12.xz.deduped.txt:16303 - http://motherjones.com/kevin-drum/2009/11/climategate
RS_v2_2009-12.xz.deduped.txt:16484 - http://motherjones.com/kevin-drum/2009/12/taibbi-vs-obama-0
RS_v2_2009-12.xz.deduped.txt:17561 - http://motherjones.com/environment/2009/12/reason-and-faith-copenhagen
RS_v2_2009-12.xz.deduped.txt:20694 - http://motherjones.com/kevin-drum/2009/12/starting-over
RS_v2_2009-12.xz.deduped.txt:20968 - http://motherjones.com/blue-marble/2009/12/blame-canada
RS_v2_2009-12.xz.deduped.txt:21233 - http://motherjones.com/kevin-drum/2009/12/80-grand-goof
RS_v2_2009-12.xz.deduped.txt:23161 - http://motherjones.com/mojo/2009/12/glass-steagall-resurrected?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29&utm_content=Google+Feedfetcher
RS_v2_2009-12.xz.deduped.txt:24254 - http://motherjones.com/blue-marble/2009/12/breaking-proof-copenhagen-elaborate-sham
RS_v2_2009-12.xz.deduped.txt:25303 - http://motherjones.com/blue-marble/2009/12/copenhagen-obama-guts-progressive-values
RS_v2_2009-12.xz.deduped.txt:26797 - http://motherjones.com/kevin-drum/2009/12/sleazy-sewers-and-healthcare-reform
RS_v2_2009-12.xz.deduped.txt:29510 - http://motherjones.com/kevin-drum/2009/12/quote-day-conservative-values
RS_v2_2009-12.xz.deduped.txt:29579 - http://motherjones.com/mojo/2009/12/joshua-bowman-gun-charges-bush-white-house-employee
RS_v2_2009-12.xz.deduped.txt:29823 - http://motherjones.com/environment/2009/12/climate-deniers-atlas-foundation
RS_v2_2009-12.xz.deduped.txt:29869 - http://motherjones.com/media/2009/12/journey-heart-whiteness
RS_v2_2009-12.xz.deduped.txt:29873 - http://motherjones.com/mojo/2009/12/jesse-ventura-body-slams-climate-change
RS_v2_2009-12.xz.deduped.txt:30453 - http://motherjones.com/mojo/2009/12/coals-greatest-hits-2009-edition
RS_v2_2009-12.xz.deduped.txt:30877 - http://motherjones.com/kevin-drum/2009/12/healthcares-home-stretch
RS_v2_2009-12.xz.deduped.txt:34026 - http://motherjones.com/environment/2009/11/paul-stamets-mushroom
RS_v2_2009-12.xz.deduped.txt:34505 - http://motherjones.com/photoessays/2008/06/phone-sex-operators-01-ladies-man
RS_v2_2009-12.xz.deduped.txt:34845 - http://motherjones.com/politics/2009/12/herman-wallace-angola-3-solitary-confinement
RS_v2_2009-12.xz.deduped.txt:35868 - http://motherjones.com/politics/2009/12/tempest-tea-party

RS_v2_2006-03.xz.deduped.txt:315 -
http://www.motherjones.com/news/update/2003/05/we_420_01.html
RS_v2_2006-03.xz.deduped.txt:1575 -
http://www.motherjones.com/news/exhibit/2006/03/intellectual_property.html
RS_v2_2006-03.xz.deduped.txt:1627 -
http://www.motherjones.com/news/feature/2004/01/12_403.html
RS_2015-08.bz2.deduped.txt:756 - http://www.motherjones.com/politics/2015/07/samuel-
dubose-cops-corroberating-unarmed-black-death
RS_2015-08.bz2.deduped.txt:6571 - http://www.motherjones.com/politics/2015/07/right-rise-
donors-revealed
RS_2015-08.bz2.deduped.txt:7834 - http://www.motherjones.com/politics/2015/07/hillary-
clinton-fires-back-new-york-times
RS_2015-08.bz2.deduped.txt:14637 - http://www.motherjones.com/environment/2015/05/golf-
pools-water-drought-california
RS_2015-08.bz2.deduped.txt:16172 - http://www.motherjones.com/politics/2015/07/cruzs-super-
pac-super-easy-understand
RS_2015-08.bz2.deduped.txt:16539 -
http://www.motherjones.com/environment/2015/07/obama-epa-clean-power-
plan?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2F
main+%28MotherJones.com+Main+Article+Feed%29
RS_2015-08.bz2.deduped.txt:17344 - http://www.motherjones.com/politics/2015/07/zerofox-
report-baltimore-black-lives-matter
RS_2015-08.bz2.deduped.txt:19022 - http://www.motherjones.com/politics/2015/08/ted-cruz-
cooks-bacon-machine-gun
RS_2015-08.bz2.deduped.txt:20110 - http://www.motherjones.com/politics/2015/07/zerofox-
report-baltimore-black-lives-matter#snowden|cojoco
RS_2015-08.bz2.deduped.txt:20199 - http://www.motherjones.com/politics/2015/08/kentucky-
school-cop-handcuffed-8-year-old-boy-mental-disorder
RS_2015-08.bz2.deduped.txt:20940 - http://www.motherjones.com/blue-
marble/2015/08/republicans-are-wrong-about-obamas-climate-plan
RS_2015-08.bz2.deduped.txt:20975 - http://www.motherjones.com/mojo/2015/08/elizabeth-
warren-planned-parenthood-defund
RS_2015-08.bz2.deduped.txt:24086 - http://www.motherjones.com/politics/2015/05/wrongfully-
convicted-women-exonerations-innocence-project
RS_2015-08.bz2.deduped.txt:24438 -
http://www.motherjones.com/environment/2015/07/obama-epa-clean-power-plan
RS_2015-08.bz2.deduped.txt:26188 - http://www.motherjones.com/tom-philpott/2015/06/hog-
cafo-fumes-deadly?n=0
RS_2015-08.bz2.deduped.txt:31068 - http://www.motherjones.com/mojo/2015/08/jeb-bush-
defund-planned-parenthood
RS_2015-08.bz2.deduped.txt:33950 - http://www.motherjones.com/politics/2015/07/saudi-
arabia-yemen-civilian-casualties
RS_2015-08.bz2.deduped.txt:37567 - http://www.motherjones.com/politics/2014/11/map-united-
states-legal-marijuana-2014-2016
RS_2015-08.bz2.deduped.txt:38698 - http://www.motherjones.com/tom-philpott/2015/08/giant-
toxic-algae-bloom-haunts-toledo

RS_2015-08.bz2.deduped.txt:39497 - http://www.motherjones.com/politics/2015/08/were-paul-indictments-suspiciously-timed
RS_2015-08.bz2.deduped.txt:39520 - http://www.motherjones.com/environment/2015/08/california-deadly-tinderbox
RS_2015-08.bz2.deduped.txt:39536 - http://www.motherjones.com/kevin-drum/2015/08/abortion-supporters-need-start-fighting-back
RS_2015-08.bz2.deduped.txt:42680 - http://www.motherjones.com/kevin-drum/2015/08/donald-trump-and-bill-clinton-collide-best-conspiracy-story-ever
RS_2015-08.bz2.deduped.txt:43744 - http://www.motherjones.com/politics/2015/08/public-defender-cordele-georgia-eric-wyatt
RS_2015-08.bz2.deduped.txt:46137 - http://www.motherjones.com/politics/2015/08/sec-ceo-median-pay-rule
RS_2015-08.bz2.deduped.txt:51610 - http://www.motherjones.com/politics/2015/08/3-rand-paul-associates-indicted-kent-sorenson
RS_2015-08.bz2.deduped.txt:53250 - http://www.motherjones.com/mojo/2015/08/heres-what-presidential-candidates-had-say-about-abortion-first-gop-debate
RS_2015-08.bz2.deduped.txt:54259 - http://www.motherjones.com/mixed-media/2015/08/jon-stewart-daily-show-last-episode
RS_2015-08.bz2.deduped.txt:62451 - http://www.motherjones.com/politics/2015/08/indicted-ron-paul-aide-dimitri-kesari-rhode-island-burglary-investigation
RS_2015-08.bz2.deduped.txt:62756 - http://www.motherjones.com/politics/2015/08/joe-biden-crime-bill-mass-incarceration
RS_2015-08.bz2.deduped.txt:65038 - http://www.motherjones.com/media/2015/08/photos-one-percent-myles-little
RS_2015-08.bz2.deduped.txt:65072 - http://www.motherjones.com/kevin-drum/2015/08/will-wherevergate-finally-sink-donald-trump
RS_2015-08.bz2.deduped.txt:71976 - http://www.motherjones.com/politics/2015/08/new-documents-reveal-fearmongering-local-cops-use-score-military-gear-pentagon
RS_2015-08.bz2.deduped.txt:73413 - http://www.motherjones.com/politics/1997/01/no-way-around-roundup
RS_2015-08.bz2.deduped.txt:74055 - http://www.motherjones.com/kevin-drum/2015/08/cruz-fiorina-are-big-winners-first-post-debate-poll
RS_2015-08.bz2.deduped.txt:79880 - http://www.motherjones.com/media/2015/07/the-sex-myth-rachel-hills
RS_2015-08.bz2.deduped.txt:80160 - http://m.motherjones.com/mojo/2013/10/debt-ceiling-obama-fema-camp-infomercial?
RS_2015-08.bz2.deduped.txt:81543 - http://www.motherjones.com/kevin-drum/2015/08/2016-and-fable-surgeTT
RS_2015-08.bz2.deduped.txt:82663 - http://www.motherjones.com/politics/2015/08/maps-10-years-after-hurricane-katrina-uneven-recovery-new-orleans
RS_2015-08.bz2.deduped.txt:82669 - http://www.motherjones.com/kevin-drum/2015/08/i-still-dont-know-what-scott-walker-was-talking-about-abortion
RS_2015-08.bz2.deduped.txt:82727 - http://www.motherjones.com/kevin-drum/2015/08/republicans-may-be-shooting-themselved-foot-over-abortion
RS_2015-08.bz2.deduped.txt:84690 - http://www.motherjones.com/politics/2015/08/planned-parenthood-jeb-bush-wants-roll-back-his-fathers-legacy

RS_2015-08.bz2.deduped.txt:85774 - http://www.motherjones.com/mojo/2015/08/oath-keepers-showed-ferguson-last-night

RS_2015-08.bz2.deduped.txt:87372 - http://www.motherjones.com/politics/2015/08/bauers-teamsters-union-tech-shuttle-google-bus

RS_2015-08.bz2.deduped.txt:92901 - http://www.motherjones.com/tom-philpott/2015/08/how-midwests-corn-farms-are-cooking-planet

RS_2015-08.bz2.deduped.txt:93328 - http://www.motherjones.com/kevin-drum/2015/08/scott-walkers-abortion-flimflam-explained-maybe

RS_2015-08.bz2.deduped.txt:96791 - http://www.motherjones.com/mojo/2015/08/donald-trump-calls-bernie-sanders-weak-sharing-stage-black-activists

RS_2015-08.bz2.deduped.txt:99077 - http://www.motherjones.com/politics/2015/08/jeb-bush-blames-clinton-obama-for-iraq-isis

RS_2015-08.bz2.deduped.txt:100444 - http://www.motherjones.com/politics/2015/08/miami-nice-politicians-mellow-cuba

RS_2015-08.bz2.deduped.txt:105065 - http://www.motherjones.com/politics/2015/05/mormon-church-prison-geneology-family-search

RS_2015-08.bz2.deduped.txt:108711 - http://www.motherjones.com/politics/2015/08/rand-paul-attacks-donald-trump-for-praising-dems-but-he-did-it-too

RS_2015-08.bz2.deduped.txt:113981 - http://www.motherjones.com/politics/2015/08/why-do-police-departments-delay-interviewing-officers-involved-shootings

RS_2015-08.bz2.deduped.txt:114976 - http://www.motherjones.com/kevin-drum/2015/08/feinstein-no-classified-info-hillary-clinton-emails

RS_2015-08.bz2.deduped.txt:116617 - http://www.motherjones.com/politics/2015/08/prosecution-rand-ron-paul-aides

RS_2015-08.bz2.deduped.txt:117366 - http://www.motherjones.com/politics/2015/08/california-becomes-first-state-ban-grand-juries-police-shooting-cases

RS_2015-08.bz2.deduped.txt:118325 - http://www.motherjones.com/mojo/2015/08/pew-gun-study

RS_2015-08.bz2.deduped.txt:130954 - http://www.motherjones.com/politics/2015/07/secret-negotiations-gross-hernandez-kerry-pope-obama-castro-cuba

RS_2015-08.bz2.deduped.txt:132850 - http://www.motherjones.com/blue-marble/2015/08/your-meat-eating-habit-killing-more-just-cows

RS_2015-08.bz2.deduped.txt:132890 - http://www.motherjones.com/environment/2015/07/rainwater-harvesting-drought-california

RS_2015-08.bz2.deduped.txt:133483 - http://www.motherjones.com/politics/2015/08/steve-deangelo-harborside-marijuana-interview

RS_2015-08.bz2.deduped.txt:134060 - http://www.motherjones.com/environment/2015/08/40-percent-californias-fires-are-fought-prison-inmates

RS_2015-08.bz2.deduped.txt:141851 - http://www.motherjones.com/mojo/2015/08/alabamas-largest-abortion-clinic-reopens

RS_2015-08.bz2.deduped.txt:146035 - http://m.motherjones.com/mojo/2015/08/alabamas-largest-abortion-clinic-reopens

RS_2015-08.bz2.deduped.txt:147352 - http://m.motherjones.com/mojo/2015/08/bernie-sanders-donald-trump-national-embarrassment

RS_2015-08.bz2.deduped.txt:148057 - http://www.motherjones.com/mojo/2015/08/john-lott-viral-fox-gun-article-taylor-woolrich

RS_2015-08.bz2.deduped.txt:148775 - http://www.motherjones.com/mojo/2015/08/carly-fiorina-michele-bachmann-islam
RS_2015-08.bz2.deduped.txt:148978 - http://www.motherjones.com/politics/2015/08/donald-trump-john-bolton-iraq-war
RS_2015-08.bz2.deduped.txt:150448 - http://www.motherjones.com/mojo/2015/08/white-house-hired-first-openly-transgender-official
RS_2015-08.bz2.deduped.txt:154355 - http://www.motherjones.com/politics/2015/08/donald-trump-jack-jacobs-military-policy-adviser
RS_2015-08.bz2.deduped.txt:155828 - http://www.motherjones.com/mixed-media/2015/08/donald-trump-undocumented-immigrant
RS_2015-08.bz2.deduped.txt:156186 - http://www.motherjones.com/mixed-media/2015/08/us-army-fort-benning-shuts-down-misogynist-trolls
RS_2015-08.bz2.deduped.txt:157646 - http://www.motherjones.com/mojo/2015/08/donald-trump-has-some-thoughts-about-the-constitution
RS_2015-08.bz2.deduped.txt:160255 - http://www.motherjones.com/blue-marble/2015/08/organic-crops-can-be-irrigated-fracking-wastewater
RS_2015-08.bz2.deduped.txt:160984 - http://www.motherjones.com/mojo/2015/08/state-investigations-planned-parenthood-fetal-tissue-south-carolina
RS_2015-08.bz2.deduped.txt:161625 - http://www.motherjones.com/environment/2015/08/el-nino-weather
RS_2015-08.bz2.deduped.txt:165913 - http://www.motherjones.com/politics/2015/08/officer-who-killed-jerame-reid-not-indicted
RS_2015-08.bz2.deduped.txt:167323 - http://www.motherjones.com/mixed-media/2014/01/stop-calling-office-parks-nondescript
RS_2015-08.bz2.deduped.txt:167976 - http://motherjones.com/mixed-media/2015/08/us-army-fort-benning-shuts-down-misogynist-trolls
RS_2015-08.bz2.deduped.txt:170291 - http://www.motherjones.com/politics/2015/08/30-year-history-gop-attacks-defund-planned-parenthood
RS_2015-08.bz2.deduped.txt:170962 - http://www.motherjones.com/tom-philpott/2015/08/drought-making-california-sink-climate-change-makes-drought-worse-subsidence
RS_2015-08.bz2.deduped.txt:173366 - http://www.motherjones.com/politics/2015/08/election-rand-paul-paying-compete
RS_2015-08.bz2.deduped.txt:173410 - http://www.motherjones.com/mojo/2015/08/donald-trump-hispanic-man-attack-boston
RS_2015-08.bz2.deduped.txt:177003 - http://m.motherjones.com/environment/2015/08/40-percent-californias-fires-are-fought-prison-inmates
RS_2015-08.bz2.deduped.txt:181343 - http://www.motherjones.com/environment/2015/08/hillary-clinton-keystone-pipeline
RS_2015-08.bz2.deduped.txt:182815 - http://www.motherjones.com/environment/2015/08/drought-isnt-just-california-problem
RS_2015-08.bz2.deduped.txt:185243 - http://www.motherjones.com/mojo/2015/08/rachel-hills-emily-nagoski-addyi-sex-arousal-desire-viagra
RS_2015-08.bz2.deduped.txt:188004 - http://www.motherjones.com/kevin-drum/2015/08/word-day-trumpery

RS_2015-08.bz2.deduped.txt:190900 - http://www.motherjones.com/environment/2015/08/oil-field-deaths

RS_2015-08.bz2.deduped.txt:191386 - http://www.motherjones.com/tom-philpott/2015/08/poop-ground-beef-superbugs-antibiotic-resistant

RS_2015-08.bz2.deduped.txt:193726 - http://www.motherjones.com/politics/2015/08/united-states-world-mass-shooters

RS_2015-08.bz2.deduped.txt:193734 - http://www.motherjones.com/mixed-media/2015/08/nathan-bedford-forrest-statue-memphis

RS_2015-08.bz2.deduped.txt:193791 - http://www.motherjones.com/politics/2015/07/digital-political-election-ads-dark-money

RS_2015-08.bz2.deduped.txt:195914 - http://www.motherjones.com/politics/2015/08/ohio-charter-schools-john-kasich-imagine

RS_2015-08.bz2.deduped.txt:196225 - http://www.motherjones.com/kevin-drum/2015/08/president-obama-anti-lame-duck

RS_2015-08.bz2.deduped.txt:199843 - http://www.motherjones.com/environment/2015/05/food-irradiation

RS_2015-08.bz2.deduped.txt:199866 - http://www.motherjones.com/environment/2015/08/i-cant-stop-reading-these-one-star-yelp-reviews-national-parks

RS_2015-08.bz2.deduped.txt:200070 - http://www.motherjones.com/kevin-drum/2015/08/jeb-bush-gives-away-game-anchor-babies

RS_2015-08.bz2.deduped.txt:207062 - http://www.motherjones.com/politics/2015/08/postcard-prisoner-firefighter-camp

RS_2015-08.bz2.deduped.txt:208464 - http://www.motherjones.com/politics/2015/08/democratic-party-lagging-fundraising

RS_2015-08.bz2.deduped.txt:208538 - http://www.motherjones.com/politics/2015/08/great-recession-screwed-over-black-women-public-sector

RS_2015-08.bz2.deduped.txt:208866 - http://m.motherjones.com/environment/2015/08/i-cant-stop-reading-these-one-star-yelp-reviews-national-parks

RS_2015-08.bz2.deduped.txt:209031 - http://www.motherjones.com/motherjones.com/environment/2015/08/baby-sea-lions-dying

RS_2015-08.bz2.deduped.txt:213238 - http://www.motherjones.com/politics/2015/08/4-reasons-why-biden-entering-race-would-help-sanders

RS_2015-08.bz2.deduped.txt:213574 - http://www.motherjones.com/politics/2015/08/donald-trump-immigration-birthright-citizenship

RS_2015-08.bz2.deduped.txt:214526 - http://www.motherjones.com/politics/2011/07/burl-cain-angola-prison?page=1

RS_2015-08.bz2.deduped.txt:215815 - http://www.motherjones.com/politics/2015/08/jonathan-martin-racism-bullying-nfl

RS_2015-08.bz2.deduped.txt:221183 - http://www.motherjones.com/mojo/2015/08/planned-parenthood-defund-abortion-lawsuit-louisiana-bobby-jindal

RS_2015-08.bz2.deduped.txt:222085 - http://www.motherjones.com/kevin-drum/2015/08/us-economy-growing-faster-we-thought

RS_2015-08.bz2.deduped.txt:227649 - http://www.motherjones.com/politics/2015/08/jeb-bush-hurricane-katrina-carnival-cruise-lines

RS_2015-08.bz2.deduped.txt:227688 - http://www.motherjones.com/mojo/2015/08/how-do-poor-black-women-view-post-katrina-recovery

RS_2015-08.bz2.deduped.txt:228148 - http://www.motherjones.com/media/2015/05/film-review-steve-jobs-man-machine
RS_2015-08.bz2.deduped.txt:230737 - http://www.motherjones.com/politics/2015/08/lawyers-donald-trump-birthright-citizenship-14th-amendment
RS_2015-08.bz2.deduped.txt:230951 - http://www.motherjones.com/mixed-media/2015/08/sarah-palin-interview-donald-trump
RS_2015-08.bz2.deduped.txt:231587 - http://m.motherjones.com/mixed-media/2015/08/sarah-palin-interview-donald-trump
RS_2015-08.bz2.deduped.txt:233576 - http://www.motherjones.com/environment/2015/08/black-lives-matter-katrina
RS_2015-08.bz2.deduped.txt:236688 - http://www.motherjones.com/mojo/2015/08/dc-appeals-court-lifts-injunction-against-nsa-bulk-collection-program
RS_2015-08.bz2.deduped.txt:236691 - http://www.motherjones.com/kevin-drum/2015/08/it-turns-out-those-full-and-unedited-videosarent
RS_2015-08.bz2.deduped.txt:236794 - http://www.motherjones.com/contributor/2015/08/starts-chanting-kiss-kiss-kiss-kiss-kiss-kiss-kiss-kiss-stops-chanting
RS_2015-08.bz2.deduped.txt:239131 - http://www.motherjones.com/politics/2015/08/opt-out-standardized-testing-overload
RS_2015-08.bz2.deduped.txt:245509 - http://www.motherjones.com/politics/2015/07/nuclear-weapon-obama-most-expensive-ever
RS_2015-08.bz2.deduped.txt:248272 - http://www.motherjones.com/politics/2015/08/hr-block-lobbied-bill-could-make-it-pricier-poor-people-file-taxes
RS_2015-08.bz2.deduped.txt:252249 - http://www.motherjones.com/mixed-media/2015/08/trump-casinos-black-employees
RS_2015-08.bz2.deduped.txt:252752 - http://www.motherjones.com/mojo/2015/08/breaking-another-massive-explosion-reported-china
RS_2015-08.bz2.deduped.txt:253236 - http://www.motherjones.com/politics/2015/08/john-kasich-down-syndrome-abortion-bill
RS_2015-08.bz2.deduped.txt:253635 - http://www.motherjones.com/kevin-drum/2015/08/conservative-tax-borg-has-finally-absorbed-donald-trump
RS_2014-12.bz2.deduped.txt:2912 - http://www.motherjones.com/tom-philpott/2014/11/looming-olive-oil-apocalypse
RS_2014-12.bz2.deduped.txt:3151 - http://www.motherjones.com/environment/2014/11/tritan-bpa-free-plastic-styrofoam-estrogen
RS_2014-12.bz2.deduped.txt:3554 - http://www.motherjones.com/politics/2014/11/science-of-racism-prejudice
RS_2014-12.bz2.deduped.txt:4540 - http://www.motherjones.com/mixed-media/2014/12/flashback-reagan-white-house-thought-aids-was-pretty-hilarious-1982
RS_2014-12.bz2.deduped.txt:11260 - http://www.motherjones.com/politics/2014/12/james-inhofe-barbra-streisand-climate-change-hoax
RS_2014-12.bz2.deduped.txt:12080 - http://www.motherjones.com/politics/2014/12/fda-repeal-ban-allow-celibate-gay-men-donate-blood
RS_2014-12.bz2.deduped.txt:12081 - http://www.motherjones.com/mojo/2014/12/eric-holder-racial-profiling-ferguson
RS_2014-12.bz2.deduped.txt:13707 - http://www.motherjones.com/media/2014/11/how-country-lost-war-gave-rise-metal-scene

RS_2014-12.bz2.deduped.txt:13963 - http://www.motherjones.com/politics/2003/10/transcript-interview-john-lott

RS_2014-12.bz2.deduped.txt:14024 - http://www.motherjones.com/politics/2014/12/robert-aguirre-jungle-homeless-silicon-valley

RS_2014-12.bz2.deduped.txt:14072 - http://www.motherjones.com/kevin-drum/2014/11/black-friday-opportunity-mock-poor

RS_2014-12.bz2.deduped.txt:19980 - http://www.motherjones.com/politics/2014/12/campus-sexual-assault-rape-stats-charts

RS_2014-12.bz2.deduped.txt:21361 - http://www.motherjones.com/tom-philpott/2014/12/monsanto-big-data-means-bigger-and-less-diverse-farms

RS_2014-12.bz2.deduped.txt:22066 - http://www.motherjones.com/politics/2014/12/jungle-homeless-camp-san-jose-silicon-valley-video

RS_2014-12.bz2.deduped.txt:25289 - http://www.motherjones.com/mojo/2014/12/grand-jury-white-cops-diggles-jasper

RS_2014-12.bz2.deduped.txt:27569 - http://www.motherjones.com/mojo/2014/12/deportation-removal-hearing-trial-migrants

RS_2014-12.bz2.deduped.txt:27673 - http://www.motherjones.com/environment/2014/12/seaworld-killer-whale-orca-science-blackfish

RS_2014-12.bz2.deduped.txt:27741 - http://www.motherjones.com/kevin-drum/2014/11/im-pretty-thankful-year-heres-why

RS_2014-12.bz2.deduped.txt:32154 - http://www.motherjones.com/mojo/2014/12/peter-king-eric-garner

RS_2014-12.bz2.deduped.txt:35660 - http://www.motherjones.com/politics/2014/12/elizabeth-warren-antonio-weiss-treasury

RS_2014-12.bz2.deduped.txt:37049 - http://www.motherjones.com/politics/2014/12/grand-jury-witness-police-killing-indictment-david-corn

RS_2014-12.bz2.deduped.txt:37288 - http://www.motherjones.com/print/266011

RS_2014-12.bz2.deduped.txt:43248 - http://www.motherjones.com/politics/2014/12/college-campus-rape-sexual-assault-stats-rolling-stone-uva

RS_2014-12.bz2.deduped.txt:49246 - http://www.motherjones.com/kevin-drum/2014/12/obama-recovery-has-been-miles-better-bush-recovery

RS_2014-12.bz2.deduped.txt:54411 - http://www.motherjones.com/environment/2014/12/freedom-tower-world-trade-center-green-sustainable-plan-sandy

RS_2014-12.bz2.deduped.txt:54428 - http://www.motherjones.com/politics/2014/12/frank-luntz-helped-the-koch-brothers

RS_2014-12.bz2.deduped.txt:55283 - http://www.motherjones.com/politics/2014/12/gates-foundation-still-investing-private-prisons

RS_2014-12.bz2.deduped.txt:56280 - http://m.motherjones.com/politics/2014/12/supreme-court-police-chokehold-garner

RS_2014-12.bz2.deduped.txt:58359 - http://www.motherjones.com/kevin-drum/2014/12/economists-are-almost-inhumanly-impartial

RS_2014-12.bz2.deduped.txt:60571 - http://www.motherjones.com/kevin-drum/2014/12/american-lives-will-be-saved-not-lost-if-we-release-senate-torture-report

RS_2014-12.bz2.deduped.txt:61854 - http://m.motherjones.com/kevin-drum/2014/12/economists-are-almost-inhumanly-impartial

RS_2014-12.bz2.deduped.txt:62749 - http://www.motherjones.com/politics/2014/12/fda-panel-gay-blood-donation-ban

RS_2014-12.bz2.deduped.txt:63560 - http://www.motherjones.com/mojo/2014/12/harry-reid-mitch-mcconnell-budget-bill-rider-campaign-finance

RS_2014-12.bz2.deduped.txt:63952 - http://www.motherjones.com/politics/2014/12/fatal-school-shootings-data-since-sandy-hook-newtown

RS_2014-12.bz2.deduped.txt:65251 - http://www.motherjones.com/politics/2014/12/cia-torture-report-abuses-rectal-feeding

RS_2014-12.bz2.deduped.txt:65330 - http://www.motherjones.com/mojo/2014/12/cia-torture-report-released%20

RS_2014-12.bz2.deduped.txt:67210 - http://www.motherjones.com/environment/2014/12/new-study-californias-epic-drought-probably-wasnt-caused-climate-change

RS_2014-12.bz2.deduped.txt:67601 - http://www.motherjones.com/politics/2014/12/cia-torture-report-abuses-rectal-feeding?utm_content=buffer6ecdc&utm_medium=social&utm_source=facebook.com&utm_campaign=buffer

RS_2014-12.bz2.deduped.txt:70418 - http://www.motherjones.com/politics/2014/12/cia-torture-report-abuses-rectal-feeding?page=2

RS_2014-12.bz2.deduped.txt:71778 - http://www.motherjones.com/tom-philpott/2014/12/meet-mexicos-brutally-exploited-farm-workers

RS_2014-12.bz2.deduped.txt:71965 - http://www.motherjones.com/kevin-drum/2014/12/rich-people-cheer-republicans-cut-irs-budget

RS_2014-12.bz2.deduped.txt:73794 - http://m.motherjones.com/politics/2014/04/alcoholic-lawyer-botched-robert-wayne-holsey-death-penalty-trial

RS_2014-12.bz2.deduped.txt:74324 - http://www.motherjones.com/kevin-drum/2014/12/its-only-taken-us-five-years-forget-single-biggest-lesson-financial-meltdown

RS_2014-12.bz2.deduped.txt:75228 - http://www.motherjones.com/politics/2014/12/spending-bill-992-derivatives-citigroup-lobbyists

RS_2014-12.bz2.deduped.txt:76577 - http://www.motherjones.com/mixed-media/2014/12/citizenfour-ifc-snowden

RS_2014-12.bz2.deduped.txt:78821 - http://www.motherjones.com/politics/2014/12/senate-torture-report-cia-lying-crisis-oversight

RS_2014-12.bz2.deduped.txt:80467 - http://www.motherjones.com/environment/2014/12/australia-abbott-green-climate-fund-politics-koala

RS_2014-12.bz2.deduped.txt:80492 - http://www.motherjones.com/politics/2014/12/pentagon-budget-deal-charts

RS_2014-12.bz2.deduped.txt:82242 - http://www.motherjones.com/politics/2008/02/torture-playlist

RS_2014-12.bz2.deduped.txt:83796 - http://www.motherjones.com/mojo/2014/12/black-congressional-staffers-eric-garner-michael-brown

RS_2014-12.bz2.deduped.txt:86127 - http://www.motherjones.com/politics/2014/12/watch-elizabeth-warren-slam-republicans-doing-citibanks-dirty-work

RS_2014-12.bz2.deduped.txt:86798 - http://m.motherjones.com/node/266331

RS_2014-12.bz2.deduped.txt:88107 - http://www.motherjones.com/politics/2014/12/cia-senate-torture-report-untrained-agents-made-up-torture-methods

RS_2014-12.bz2.deduped.txt:89257 - http://www.motherjones.com/politics/2014/12/spending-bill-wall-street-derivatives-elizabeth-warren

RS_2014-12.bz2.deduped.txt:90773 - http://www.motherjones.com/kevin-drum/2014/12/heres-what-democrats-got-out-cromnibus

RS_2014-12.bz2.deduped.txt:93503 - http://www.motherjones.com/blue-marble/2014/12/think-storm-will-stop-drought-think-again

RS_2014-12.bz2.deduped.txt:94134 - http://www.motherjones.com/mojo/2014/12/undercover-officer-gun-berkeley-oakland-protest

RS_2014-12.bz2.deduped.txt:97966 - http://www.motherjones.com/politics/2014/12/timeline-history-senate-torture-report

RS_2014-12.bz2.deduped.txt:99685 - http://www.motherjones.com/politics/2012/08/big-oils-scorecard-iraq

RS_2014-12.bz2.deduped.txt:104352 - http://www.motherjones.com/politics/2010/12/wikileaks-cable-obama-quashed-torture-investigation

RS_2014-12.bz2.deduped.txt:104804 - http://motherjones.com/kevin-drum/2014/12/chart-day-world-has-more-oil-it-needs

RS_2014-12.bz2.deduped.txt:106530 - http://www.motherjones.com/politics/2014/12/florida-dems-want-change-governor-rules

RS_2014-12.bz2.deduped.txt:106598 - http://www.motherjones.com/media/2014/12/cheerleader-history-timeline

RS_2014-12.bz2.deduped.txt:111490 - http://motherjones.com/kevin-drum/2014/12/russian-ruble-now-entering-free-fall

RS_2014-12.bz2.deduped.txt:112038 - http://www.motherjones.com/kevin-drum/2014/12/shale-gas-may-not-be-quite-revolutionary-we-think

RS_2014-12.bz2.deduped.txt:114232 - http://www.motherjones.com/environment/2014/12/alaskan-town-shows-just-how-unprepared-we-are-climate-change

RS_2014-12.bz2.deduped.txt:114518 - http://www.motherjones.com/mojo/2014/12/department-justice-congress-war-medical-marijuana

RS_2014-12.bz2.deduped.txt:115005 - http://www.motherjones.com/mojo/2014/12/gay-blood-ban-senators-letter-elizabeth-warren

RS_2014-12.bz2.deduped.txt:115244 - http://www.motherjones.com/tom-philpott/2014/12/ubiquitous-chemical-thats-making-us-stupid

RS_2014-12.bz2.deduped.txt:115430 - http://www.motherjones.com/mojo/2014/12/will-private-prisons-ever-be-subject-open-records-laws

RS_2014-12.bz2.deduped.txt:116478 - http://www.motherjones.com/politics/2014/12/police-shootings-rumain-brisbon-phantom-guns

RS_2014-12.bz2.deduped.txt:117805 - http://www.motherjones.com/politics/2014/12/islamic-isis-flags-black-banners-hamas

RS_2014-12.bz2.deduped.txt:119455 - http://www.motherjones.com/politics/2014/12/jeb-bush-climate-change-skeptic

RS_2014-12.bz2.deduped.txt:122831 - http://www.motherjones.com/politics/2014/12/death-custody-reporting-act-police-shootings-ferguson-garner

RS_2014-12.bz2.deduped.txt:123039 - http://www.motherjones.com/politics/2014/12/republican-wants-women-get-permission-father-having-abortion

RS_2014-12.bz2.deduped.txt:124074 - http://www.motherjones.com/politics/2014/12/republican-wants-women-get-permission-father-having-abortion?google_editors_picks=true

RS_2014-12.bz2.deduped.txt:124081 - http://www.motherjones.com/politics/2014/12/jeb-bush-climate-change-skeptic?google_editors_picks=true

RS_2014-12.bz2.deduped.txt:124467 - http://m.motherjones.com/mojo/2014/12/breaking-us-normalize-relations-cuba

RS_2014-12.bz2.deduped.txt:124661 - http://www.motherjones.com/politics/2014/12/obama-cuba-alan-gross

RS_2014-12.bz2.deduped.txt:126026 - http://www.motherjones.com/politics/2014/12/republican-wants-women-get-permission-father-having-abortion?utm_content=buffer39eb3&utm_medium=social&utm_source=facebook.com&utm_campaign=buffer

RS_2014-12.bz2.deduped.txt:126625 - http://www.motherjones.com/blue-marble/2014/12/new-york-state-just-banned-fracking

RS_2014-12.bz2.deduped.txt:127176 - http://www.motherjones.com/politics/2014/12/republican-wants-women-get-permission-father-having-abortion?utm_source=nar.al&utm_medium=urlshortener&utm_campaign=FB

RS_2014-12.bz2.deduped.txt:127364 - http://www.motherjones.com/politics/2014/12/jeb-bush-said-he-wants-tougher-cuban-embargo

RS_2014-12.bz2.deduped.txt:129328 - http://www.motherjones.com/politics/2014/12/waterboarding-torture-japan-world-war-ii

RS_2014-12.bz2.deduped.txt:129687 - http://www.motherjones.com/kevin-drum/2014/12/obamas-had-helluva-good-month-midterms

RS_2014-12.bz2.deduped.txt:131064 - http://www.motherjones.com/mixed-media/2014/12/colbert-goodbye

RS_2014-12.bz2.deduped.txt:131682 - http://www.motherjones.com/politics/2014/12/2015-abortion-bills-state-legislatures

RS_2014-12.bz2.deduped.txt:132215 - http://www.motherjones.com/politics/2014/12/gun-violence-car-deaths-charts

RS_2014-12.bz2.deduped.txt:134226 - http://www.motherjones.com/politics/2014/12/ferguson-grand-jury-witness-40-fox-news

RS_2014-12.bz2.deduped.txt:134657 - http://www.motherjones.com/mixed-media/2014/12/stephen-colbert-character-podcast-artist-farewell

RS_2014-12.bz2.deduped.txt:135011 - http://www.motherjones.com/environment/2014/12/martin-omalley-longshot-presidential-candidate-and-real-climate-hawk

RS_2014-12.bz2.deduped.txt:138049 - http://www.motherjones.com/politics/2014/12/2015-abortion-bills-state-legislatures?google_editors_picks=true

RS_2014-12.bz2.deduped.txt:140411 - http://www.motherjones.com/mojo/2014/12/nebraska-and-oklahoma-sue-overturn-legal-weed-colorado

RS_2014-12.bz2.deduped.txt:140921 - http://www.motherjones.com/politics/2014/12/microbiome-bacteria-forensics-rape

RS_2014-12.bz2.deduped.txt:141484 - http://www.motherjones.com/politics/2014/12/spending-bill-abortion-planned-parenthood-lobbying

RS_2014-12.bz2.deduped.txt:143511 - http://www.motherjones.com/media/2014/12/best-fiction-nonfiction-books-2014

RS_2014-12.bz2.deduped.txt:144622 - http://www.motherjones.com/mojo/2014/12/volcker-rule-extension-federal-reserve

RS_2014-12.bz2.deduped.txt:144727 - http://www.motherjones.com/mojo/2014/12/obama-women-reporters%20

RS_2014-12.bz2.deduped.txt:148038 - http://www.motherjones.com/environment/2014/12/obama-reject-keystone-pipeline-press-conference

RS_2014-12.bz2.deduped.txt:148142 - http://www.motherjones.com/politics/2014/12/pew-poll-gun-rights

RS_2014-12.bz2.deduped.txt:154774 - http://www.motherjones.com/kevin-drum/2014/12/lets-blame-conservatives-all-killings-theyre-responsible

RS_2014-12.bz2.deduped.txt:157728 - http://www.motherjones.com/mojo/2014/12/attacks-against-police-officers-are-in-decline

RS_2014-12.bz2.deduped.txt:157970 - http://www.motherjones.com/environment/2014/12/worst-science-denial-2014

RS_2014-12.bz2.deduped.txt:157980 - http://www.motherjones.com/environment/2014/12/jim-webb-climate-change

RS_2014-12.bz2.deduped.txt:158087 - http://motherjones.com/environment/2014/12/worst-science-denial-2014

RS_2014-12.bz2.deduped.txt:160363 - http://www.motherjones.com/mixed-media/2014/12/playlist-oakland-police-brutality-protest-millions-march

RS_2014-12.bz2.deduped.txt:163171 - http://www.motherjones.com/politics/2014/12/chinas-new-silk-road-europe-will-leave-america-behind

RS_2014-12.bz2.deduped.txt:164950 - http://www.motherjones.com/mojo/2014/12/crs-report-war-spending-trillion

RS_2014-12.bz2.deduped.txt:165913 - http://www.motherjones.com/environment/2014/12/male-birth-control-gendarussa-vasalgel

RS_2014-12.bz2.deduped.txt:168410 - http://www.motherjones.com/environment/2014/12/obama-blew-chance-crack-down-coal

RS_2014-12.bz2.deduped.txt:172938 - http://www.motherjones.com/kevin-drum/2014/12/recovery-growth-obama-economic-policies

RS_2014-12.bz2.deduped.txt:177941 - http://www.motherjones.com/environment/2014/11/big-oil-cant-wait-new-fossil-fuels-majority-congress

RS_2014-12.bz2.deduped.txt:178824 - http://www.motherjones.com/politics/2014/12/wwi-christmas-truce-history-celebration

RS_2014-12.bz2.deduped.txt:181255 - http://www.motherjones.com/politics/2014/12/inequality-bank-access-charts

RS_2014-12.bz2.deduped.txt:182029 - http://www.motherjones.com/kevin-drum/2014/12/jeb-bush-has-obamacare-problem

RS_2014-12.bz2.deduped.txt:184060 - http://motherjones.com/politics/2014/11/science-of-racism-prejudice

RS_2014-12.bz2.deduped.txt:185140 - http://www.motherjones.com/politics/1996/07/cyberselfish

RS_2014-12.bz2.deduped.txt:187250 - http://www.motherjones.com/environment/2014/12/climate-change-year-end-video

RS_2014-12.bz2.deduped.txt:190561 - http://www.motherjones.com/politics/2011/08/shahed-hussain-fbi-informant

RS_2014-12.bz2.deduped.txt:190594 - http://www.motherjones.com/politics/2014/12/our-forgotten-invasion-panama-key-understanding-us-foreign-policy-today

RS_2014-12.bz2.deduped.txt:202595 - http://www.motherjones.com/environment/2014/12/pope-francis-climate-change

RS_2014-12.bz2.deduped.txt:202629 - http://www.motherjones.com/mojo/2014/12/ronald-reagan-big-government-legacy

RS_20 14-12.bz2.deduped.txt:203299 - http://m.motherjones.com/kevin-drum/2014/12/middle-class-needs-more-income-faith-will-follow

RS_2014-12.bz2.deduped.txt:206141 - http://www.motherjones.com/politics/2014/12/abu-ghraib-photos-obama-pentagon-release

RS_2014-12.bz2.deduped.txt:206464 - http://www.motherjones.com/kevin-drum/2014/12/2015-shaping-be-annoying-year-tech

RS_v2_2007-06.xz.deduped.txt:368 - http://www.motherjones.com/blue_marble_blog/archives/2007/05/4554_nasa_chief_not.html

RS_v2_2007-06.xz.deduped.txt:1259 - http://www.motherjones.com/mojoblog/archives/2007/05/4555_bushies_we_will.html

RS_v2_2007-06.xz.deduped.txt:5240 - http://www.motherjones.com/mojoblog/archives/2007/06/4661_the_military_is.html

RS_v2_2007-06.xz.deduped.txt:5452 - http://www.motherjones.com/news/feature/2006/07/guantanamo.html

RS_v2_2007-06.xz.deduped.txt:5456 - http://www.motherjones.com/news/update/2007/06/blowback_lebanon.html

RS_v2_2007-06.xz.deduped.txt:6536 - http://www.motherjones.com/commentary/tomdispatch/2007/06/klare_pentagon_peak_oil.html?welcome=true

RS_v2_2007-06.xz.deduped.txt:8081 - http://www.motherjones.com/news/update/2007/06/sicko_beutler.html

RS_v2_2007-06.xz.deduped.txt:8509 - http://www.motherjones.com/mojoblog/archives/2007/06/4706_dick_cheney_che.html

RS_v2_2007-06.xz.deduped.txt:8560 - http://www.motherjones.com/news/feature/2007/03/hail_mary.html

RS_v2_2008-09.xz.deduped.txt:2215 - http://www.motherjones.com/mojoblog/archives/2008/09/9535_palin_alaskan_independence_party_connection.html

RS_v2_2008-09.xz.deduped.txt:3098 - http://www.motherjones.com/kevin-drum/2008/09/eating_your_own_dog_food.html

RS_v2_2008-09.xz.deduped.txt:3163 - http://www.motherjones.com/mojoblog/archives/2008/09/9554_palin_veto_teen_moms.html

RS_v2_2008-09.xz.deduped.txt:3570 - http://www.motherjones.com/news/feature/2008/09/exit-strategy-control-delete-escape.html

RS_v2_2008-09.xz.deduped.txt:3645 - http://www.motherjones.com/mojoblog/archives/2008/09/9549_gop_convention.html
RS_v2_2008-09.xz.deduped.txt:4192 - http://www.motherjones.com/commentary/columns/2008/09/the-luxury-of-true-reproductive-choice.html
RS_v2_2008-09.xz.deduped.txt:4422 - http://www.motherjones.com/mojoblog/archives/2008/09/9570_mccain_palin_alaska_national_guard_mcclatchy.html
RS_v2_2008-09.xz.deduped.txt:4432 - http://www.motherjones.com/mojoblog/archives/2008/09/9561_palins_instant.html
RS_v2_2008-09.xz.deduped.txt:4436 - http://www.motherjones.com/news/feature/2008/09/exit-strategy-homeland-security.html
RS_v2_2008-09.xz.deduped.txt:4523 - http://www.motherjones.com/news/feature/2008/09/exit-strategy-bushs-legacy-by-the-numbers.html/./
RS_v2_2008-09.xz.deduped.txt:5496 - http://www.motherjones.com/commentary/tomdispatch/2008/09/being-in-base-denial.html
RS_v2_2008-09.xz.deduped.txt:6055 - http://www.motherjones.com/news/feature/2008/09/exit-strategy-reign-of-error.html
RS_v2_2008-09.xz.deduped.txt:8355 - http://www.motherjones.com/mojoblog/archives/2008/09/9620_sarah_palin_secret_email.html
RS_v2_2008-09.xz.deduped.txt:10735 - http://www.motherjones.com/mojoblog/archives/2008/09/9650_appeal_palin_secret_emails.html
RS_v2_2008-09.xz.deduped.txt:11090 - http://www.motherjones.com/mojoblog/archives/2008/09/9632_sarah_palin_bridge_to_nowhere.html
RS_v2_2008-09.xz.deduped.txt:11346 - http://www.motherjones.com/mojoblog/archives/2008/09/9663_mccain_fannie_freddie.html
RS_v2_2008-09.xz.deduped.txt:11566 - http://www.motherjones.com/blue_marble_blog/archives/2008/09/9669_its_the_coal_st.html
RS_v2_2008-09.xz.deduped.txt:11675 - http://www.motherjones.com/mojoblog/archives/2008/09/9642_palins_comments.html
RS_v2_2008-09.xz.deduped.txt:12909 - http://www.motherjones.com/mojoblog/archives/2008/09/9684_mathematical_mo.html
RS_v2_2008-09.xz.deduped.txt:13103 - http://www.motherjones.com/mojoblog/archives/2008/09/9688_palin_mayor_email_violate_law.html
RS_v2_2008-09.xz.deduped.txt:13375 - http://www.motherjones.com/mojoblog/archives/2008/09/9686_exclusive_more_on_interior_department_sex_drugs_oil.html
RS_v2_2008-09.xz.deduped.txt:13716 - http://www.motherjones.com/mojoblog/archives/2008/09/9686_exclusive_more.html
RS_v2_2008-09.xz.deduped.txt:16029 - http://www.motherjones.com/news/update/2008/09/another-walter-reed-scandal-medical-records.html
RS_v2_2008-09.xz.deduped.txt:16665 - http://www.motherjones.com/mojoblog/archives/2008/09/9715_nation_of_exaggerators.html

RS_v2_2008-09.xz.deduped.txt:16723 -
http://www.motherjones.com/mojoblog/archives/2008/09/9718_mccain_lehman_crisis_gramm.html

RS_v2_2008-09.xz.deduped.txt:16759 - http://www.motherjones.com/kevin-drum/2008/09/kazakhstan-omics.html

RS_v2_2008-09.xz.deduped.txt:17059 -
http://www.motherjones.com/mojoblog/archives/2008/09/9710_bofa_buys_merrill_lynch_lehman_files_bankruptcy.html

RS_v2_2008-09.xz.deduped.txt:17709 - http://www.motherjones.com/kevin-drum/2008/09/the_backfire_effect.html

RS_v2_2008-09.xz.deduped.txt:17942 -
http://www.motherjones.com/news/update/2008/09/another-walter-reed-scandal-medical-records.html?sid13

RS_v2_2008-09.xz.deduped.txt:17962 -
http://www.motherjones.com/news/feature/2008/09/iraq-sofas.html

RS_v2_2008-09.xz.deduped.txt:18604 -
http://www.motherjones.com/mojoblog/archives/2008/09/9746_a_republican_st.html

RS_v2_2008-09.xz.deduped.txt:18664 -
http://www.motherjones.com/mojoblog/archives/2008/09/9749_palin_contradict_troopergate_monegan_dismissal.html

RS_v2_2008-09.xz.deduped.txt:19389 -
http://www.motherjones.com/commentary/columns/2008/09/fannie-mae-freddie-mac-bailout-socialism.html?sid13

RS_v2_2008-09.xz.deduped.txt:19393 -
http://www.motherjones.com/news/feature/2008/09/exit-strategy-weakened-warriors.html

RS_v2_2008-09.xz.deduped.txt:19532 -
http://www.motherjones.com/news/feature/2008/09/exit-strategy-a-return-to-reason.html

RS_v2_2008-09.xz.deduped.txt:19806 -
http://www.motherjones.com/mojoblog/archives/2008/09/9753_mccain_campaign_lobbyists_wall_street_aig.html

RS_v2_2008-09.xz.deduped.txt:20059 - http://www.motherjones.com/interview/2008/09/media-pick-beyond-belief.html

RS_v2_2008-09.xz.deduped.txt:21358 -
http://www.motherjones.com/mojoblog/archives/2008/09/9761_what_does_deregulation_beget.html

RS_v2_2008-09.xz.deduped.txt:21691 -
http://www.motherjones.com/mojoblog/archives/2008/09/9784_palin_blames_lobbyists_for_wall_street.html

RS_v2_2008-09.xz.deduped.txt:21909 -
http://www.motherjones.com/mojoblog/archives/2008/09/9782_mccain_spain_more_generous_interpretation.html

RS_v2_2008-09.xz.deduped.txt:22033 -
http://www.motherjones.com/mojoblog/archives/2008/09/9796_palin_obama_google_for_government.html

RS_v2_2008-09.xz.deduped.txt:23080 -
http://www.motherjones.com/mojoblog/archives/2008/09/9802_rush_limbaugh_xenophobic_hateful_obama_quote.html
RS_v2_2008-09.xz.deduped.txt:24240 - http://www.motherjones.com/kevin-drum/2008/09/man_united.html
RS_v2_2008-09.xz.deduped.txt:24422 - http://www.motherjones.com/news/other/2008/09/polar-peril-continued.html
RS_v2_2008-09.xz.deduped.txt:25392 -
http://www.motherjones.com/commentary/power_plays/2002/03/mean.html
RS_v2_2008-09.xz.deduped.txt:26339 -
http://www.motherjones.com/mojoblog/archives/2008/09/9835_mccain_new_york_times_targets_schmidt_davis.html
RS_v2_2008-09.xz.deduped.txt:26462 -
http://www.motherjones.com/mojoblog/archives/2008/09/9829_mccain_corruption_obama_davis_freddie_mac.html
RS_v2_2008-09.xz.deduped.txt:26566 -
http://www.motherjones.com/commentary/tomdispatch/2008/09/sarah-palins-holy-war-on-nature.html
RS_v2_2008-09.xz.deduped.txt:26814 -
http://www.motherjones.com/mojoblog/archives/2008/09/9840_palin_troopergate_mccain_green_ocallaghan_lyda-green.html
RS_v2_2008-09.xz.deduped.txt:27114 - http://www.motherjones.com/news/feature/2008/09/exit-strategy-party-favors.html
RS_v2_2008-09.xz.deduped.txt:28443 -
http://www.motherjones.com/mojoblog/archives/2008/09/9857_gallows_humor_bailout.html
RS_v2_2008-09.xz.deduped.txt:28848 -
http://www.motherjones.com/blue_marble_blog/archives/2008/09/9875_asheville_nc_is.html
RS_v2_2008-09.xz.deduped.txt:29453 -
http://www.motherjones.com/commentary/columns/2008/09/the-bailout-plans-fine-print.html
RS_v2_2008-09.xz.deduped.txt:29459 -
http://www.motherjones.com/commentary/tomdispatch/2008/09/rebuilding-america-remaking-ourselves.html
RS_v2_2008-09.xz.deduped.txt:30074 -
http://www.motherjones.com/mojoblog/archives/2008/09/9895_bailout_in_trou.html
RS_v2_2008-09.xz.deduped.txt:30771 - http://www.motherjones.com/kevin-drum/2008/09/john_mccain_hero_of_wall_stree.html
RS_v2_2008-09.xz.deduped.txt:31175 - http://www.motherjones.com/kevin-drum/2008/09/cynicism_watch.html
RS_v2_2008-09.xz.deduped.txt:31187 -
http://www.motherjones.com/washington_dispatch/2008/09/the-spies-who-love-obama.html
RS_v2_2008-09.xz.deduped.txt:31189 -
http://www.motherjones.com/mojoblog/archives/2008/09/9903_nra_lobbyists_mccain_conflict.html
RS_v2_2008-09.xz.deduped.txt:31323 -
http://www.motherjones.com/mojoblog/archives/2008/09/9918_americans_search_google_financial_crisis.html

RS_v2_2008-09.xz.deduped.txt:32233 - http://www.motherjones.com/kevin-drum/2008/09/sarah_palin_unplugged.html
RS_v2_2008-09.xz.deduped.txt:33765 - http://www.motherjones.com/riff_blog/archives/2008/09/9885_gospelr-twitter-knockoff.html
RS_v2_2008-09.xz.deduped.txt:34034 - http://www.motherjones.com/mojoblog/archives/2008/09/9931_iaeas_syrian_co.html
RS_v2_2008-09.xz.deduped.txt:34046 - http://www.motherjones.com/blue_marble_blog/archives/2008/09/9961_arctic_speedmel.html
RS_v2_2008-09.xz.deduped.txt:36806 - http://www.motherjones.com/mojoblog/archives/2008/09/9979_mayor_of_south_carolina_town_obama_anti_christ.html
RS_v2_2008-09.xz.deduped.txt:36834 - http://www.motherjones.com/commentary/columns/2008/09/paulson-mortgage-bailout-bill-wont-work.html
RS_v2_2008-09.xz.deduped.txt:36835 - http://www.motherjones.com/news/update/2008/09/zip-it-soldier.html
RS_v2_2008-09.xz.deduped.txt:37019 - http://www.motherjones.com/mojoblog/archives/2008/09/9955_five_alternative_different_bailout_plans.html
RS_v2_2008-09.xz.deduped.txt:37473 - http://www.motherjones.com/mojoblog/archives/2008/09/9960_lehman_brothers_records_discarded.html
RS_v2_2008-09.xz.deduped.txt:37533 - http://www.motherjones.com/mojoblog/archives/2008/09/9991_bailout_fails_house_blame_game.html
RS_v2_2008-09.xz.deduped.txt:38092 - http://www.motherjones.com/commentary/tomdispatch/2008/09/the-pentagon-bailout-fraud.html
RS_v2_2008-09.xz.deduped.txt:38828 - http://www.motherjones.com/kevin-drum/2008/09/the_importance_of_being_boring.html
RS_v2_2008-09.xz.deduped.txt:38944 - http://www.motherjones.com/news/feature/1998/11/vest.html
RS_v2_2008-09.xz.deduped.txt:39039 - http://www.motherjones.com/mojoblog/archives/2008/09/10012_house-700-bailout-failure-emails.html
RS_2012-01.bz2.deduped.txt:632 - http://motherjones.com/kevin-drum/2011/12/my-plan-eliminate-annoying-robocalls
RS_2012-01.bz2.deduped.txt:1796 - http://motherjones.com/mojo/2011/12/global-warming-gingrich-cites-expertise-dinosaurs
RS_2012-01.bz2.deduped.txt:3862 - http://motherjones.com/mojo/2012/01/obama-signs-controversial-defense-bill-new-years-eve
RS_2012-01.bz2.deduped.txt:4042 - http://m.motherjones.com/mojo/2011/12/newt-we-need-end-war-dust
RS_2012-01.bz2.deduped.txt:5088 - http://motherjones.com/print/154161
RS_2012-01.bz2.deduped.txt:5453 - http://motherjones.com/mojo/2011/12/newt-we-need-end-war-dust

RS_2012-01.bz2.deduped.txt:6656 - http://motherjones.com/politics/2007/01/guy-can-get-59-mpg-plain-old-accord-beat-punk

RS_2012-01.bz2.deduped.txt:7982 - http://motherjones.com/mojo/2012/01/ron-paul-occupy-iowa-caucus

RS_2012-01.bz2.deduped.txt:8542 - http://motherjones.com/politics/2012/01/ron-paul-newsletter-iowa-caucus-republican

RS_2012-01.bz2.deduped.txt:10282 - http://motherjones.com/kevin-drum/2012/01/crackpots-messengers

RS_2012-01.bz2.deduped.txt:12257 - http://motherjones.com/blue-marble/2012/01/new-hampshire-lawmakers-revive-evolution-wars

RS_2012-01.bz2.deduped.txt:13039 - http://motherjones.com/mojo/2012/01/rick-santorums-secret-weapon-duggars

RS_2012-01.bz2.deduped.txt:13062 - http://motherjones.com/kevin-drum/2012/01/how-do-you-solve-problem-mitt-romney?utm_medium=twitter&utm_source=twitterfeed

RS_2012-01.bz2.deduped.txt:13355 - http://motherjones.com/mojo/2012/01/paul-supporter-jesse-thorsen-likely-violated-military-conduct-code

RS_2012-01.bz2.deduped.txt:14730 - http://motherjones.com/politics/2012/01/whats-happening-persian-gulf-explained

RS_2012-01.bz2.deduped.txt:18694 - http://motherjones.com/mixed-media/2012/01/study-obama-most-late-night-jokes-leno-letterman-fallon

RS_2012-01.bz2.deduped.txt:20110 - http://motherjones.com/tom-philpott/2012/01/fda-takes-baby-step-factory-farm-antibiotics

RS_2012-01.bz2.deduped.txt:20811 - http://motherjones.com/politics/2012/01/newt-gingrich-romney-gop-destroyer

RS_2012-01.bz2.deduped.txt:21585 - http://motherjones.com/mojo/2011/06/santorum-abortion-health-exception-phony

RS_2012-01.bz2.deduped.txt:21715 - http://motherjones.com/mojo/2012/01/michele-bachmann-drops-out-best-campaign-moments

RS_2012-01.bz2.deduped.txt:22564 - http://motherjones.com/kevin-drum/2012/01/ethanol-subsidies-not-gone-just-hidden-little-better

RS_2012-01.bz2.deduped.txt:22939 - http://motherjones.com/mojo/2012/01/venn-ron-paul

RS_2012-01.bz2.deduped.txt:24420 - http://motherjones.com/kevin-drum/2011/11/being-poor-america-really-sucks

RS_2012-01.bz2.deduped.txt:25326 - http://motherjones.com/kevin-drum/2012/01/pandering-rich-now-handy-chart-form

RS_2012-01.bz2.deduped.txt:26545 - http://motherjones.com/blue-marble/2012/01/how-much-does-it-take-buy-climate-denial

RS_2012-01.bz2.deduped.txt:26851 - http://motherjones.com/blue-marble/2012/01/how-much-does-it-take-buy-climate-denial?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2FTheBlueMarble+%28Mother+Jones+%7C+The+Blue+Marble%29

RS_2012-01.bz2.deduped.txt:27458 - http://motherjones.com/mojo/2012/01/rick-santorum-citizens-united-amendment-horrible?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2012-01.bz2.deduped.txt:30631 - http://motherjones.com/mojo/2012/01/manufacturing-santorum-jobs-report

RS_2012-01.bz2.deduped.txt:32069 - http://motherjones.com/mojo/2012/01/romney-still-wrong-obamas-jobs-record

RS_2012-01.bz2.deduped.txt:32645 - http://motherjones.com/mojo/2012/01/why-romneys-answer-contraception-doesnt-add

RS_2012-01.bz2.deduped.txt:33613 - http://motherjones.com/mojo/2012/01/santorum-cash-out-because-i-care

RS_2012-01.bz2.deduped.txt:34158 - http://motherjones.com/kevin-drum/2012/01/how-rich-get-richer

RS_2012-01.bz2.deduped.txt:34638 - http://motherjones.com/mixed-media/2012/01/new-study-bad-baby-name-choices-destroy-lives

RS_2012-01.bz2.deduped.txt:34802 - http://motherjones.com/mojo/2012/01/bushs-torture-lawyers-agree-obama-mad-power

RS_2012-01.bz2.deduped.txt:36744 - http://motherjones.com/mojo/2012/01/jon-huntsman-grateful-dead-new-hampshire-primary

RS_2012-01.bz2.deduped.txt:36858 - http://motherjones.com/mojo/2012/01/mitt-romney-fire-people-bain-new-hampshire

RS_2012-01.bz2.deduped.txt:37541 - http://motherjones.com/politics/2012/01/ron-paul-rand-racist-newsletter-debate-king

RS_2012-01.bz2.deduped.txt:40935 - http://motherjones.com/kevin-drum/2012/01/americans-may-not-like-capitalism-much-conservatives-think

RS_2012-01.bz2.deduped.txt:41498 - http://motherjones.com/kevin-drum/2012/01/yet-another-ridiculous-software-patent

RS_2012-01.bz2.deduped.txt:41915 - http://motherjones.com/politics/2012/01/top-donors-2012-election-romney-obama-gingrich

RS_2012-01.bz2.deduped.txt:41964 - http://motherjones.com/mojo/2012/01/ron-paul-new-hampshire-pell-grants-students

RS_2012-01.bz2.deduped.txt:42210 - http://motherjones.com/politics/2012/01/new-hampshire-GOP-Obama-primary-attack-Romney-Santorum

RS_2012-01.bz2.deduped.txt:43643 - http://motherjones.com/politics/2012/01/carl-forti-romney-super-PAC

RS_2012-01.bz2.deduped.txt:44152 - http://m.motherjones.com/mixed-media/2012/01/new-study-bad-baby-name-choices-destroy-lives

RS_2012-01.bz2.deduped.txt:44571 - http://motherjones.com/mojo/2008/01/mitt-romneys-lobbyist-connections

RS_2012-01.bz2.deduped.txt:44661 - http://motherjones.com/blue-marble/2012/01/climate-coverage-goes-cold?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2FTheBlueMarble+%28Mother+Jones+%7C+The+Blue+Marble%29

RS_2012-01.bz2.deduped.txt:44790 - http://motherjones.com/mojo/2012/01/aborted-fetuses-unexpected-guest-your-super-bowl-party

RS_2012-01.bz2.deduped.txt:46271 - http://motherjones.com/mojo/2012/01/secret-drones-americas-skies

RS_2012-01.bz2.deduped.txt:46364 - http://motherjones.com/tom-philpott/2012/01/purdue-study-implicates-bayer-pesticide-bee-die-offs

RS_2012-01.bz2.deduped.txt:46993 - http://motherjones.com/blue-marble/2012/01/ethical-livestock-farming-pigs-playing-video-games
RS_2012-01.bz2.deduped.txt:47735 - http://motherjones.com/mojo/2012/01/santorum-surge-rip
RS_2012-01.bz2.deduped.txt:51660 - http://motherjones.com/kevin-drum/2012/01/chart-day-federal-programs-surprisingly-well-run?utm_medium=twitter&utm_source=twitterfeed
RS_2012-01.bz2.deduped.txt:51699 - http://motherjones.com/mojo/2012/01/does-clarence-thomas-care-about-prosecutors-behaving
RS_2012-01.bz2.deduped.txt:52485 - http://motherjones.com/politics/2012/01/rick-santorum-coal-buddies
RS_2012-01.bz2.deduped.txt:52488 - http://motherjones.com/kevin-drum/2012/01/healthcare-really-better-today-it-used-be
RS_2012-01.bz2.deduped.txt:52743 - http://motherjones.com/politics/2012/01/elizabeth-warren-interview-wall-street-senate-campaign
RS_2012-01.bz2.deduped.txt:53274 - http://motherjones.com/slideshows/2012/01/worst-emissions-pollutors/scherer-plant-juliette-georgia
RS_2012-01.bz2.deduped.txt:55140 - http://motherjones.com/mojo/2012/01/marines-allegedly-urinate-afghans
RS_2012-01.bz2.deduped.txt:56847 - http://motherjones.com/mojo/2012/01/cpac-co-sponsor-nelson-mandela-bloodthirsty-terrorist
RS_2012-01.bz2.deduped.txt:57604 - http://motherjones.com/mojo/2012/01/left-behind-author-endorses-gingrich
RS_2012-01.bz2.deduped.txt:58445 - http://motherjones.com/environment/2012/01/mit-climate-scientists-wife-threatened-frenzy-hate
RS_2012-01.bz2.deduped.txt:58540 - http://motherjones.com/mojo/2012/01/arizona-wants-buy-back-state-capitol-it-inexplicably-sold
RS_2012-01.bz2.deduped.txt:59055 - http://m.motherjones.com/politics/2012/01/elizabeth-warren-interview-wall-street-senate-campaign
RS_2012-01.bz2.deduped.txt:64801 - http://motherjones.com/mojo/2012/01/tea-party-strategy-winning-latino-votes-doubletalk
RS_2012-01.bz2.deduped.txt:66919 - http://m.motherjones.com/mojo/2012/01/jon-huntsman-grateful-dead-new-hampshire-primary
RS_2012-01.bz2.deduped.txt:69141 - http://motherjones.com/kevin-drum/2012/01/voter-fraud-lone-star-state
RS_2012-01.bz2.deduped.txt:69231 - http://motherjones.com/kevin-drum/2012/01/cost-college-probably-going-keep-going
RS_2012-01.bz2.deduped.txt:70558 - http://motherjones.com/environment/2012/01/species-relocation-climate-change
RS_2012-01.bz2.deduped.txt:70816 - http://motherjones.com/mojo/2012/01/republican-field-mlk-its-complicated
RS_2012-01.bz2.deduped.txt:72358 - http://motherjones.com/mixed-media/2012/01/one-right-winger-terrible-list-of-top-ten-conservative-movies
RS_2012-01.bz2.deduped.txt:72933 - http://motherjones.com/mixed-media/2012/01/one-right-winger-terrible-list-of-top-ten-conservative-movies?google_editors_picks=true
RS_2012-01.bz2.deduped.txt:74940 - http://motherjones.com/kevin-drum/2012/01/barack-obama-not-hard-understand?utm_medium=twitter&utm_source=twitterfeed

RS_2012-01.bz2.deduped.txt:75619 - http://motherjones.com/mojo/2012/01/romney-rule-i-pay-15-percent-taxes?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2012-01.bz2.deduped.txt:76383 - http://motherjones.com/politics/2012/01/interactive-explainer-republican-governors-association-money-machine

RS_2012-01.bz2.deduped.txt:76475 - http://motherjones.com/politics/2012/01/how-sopa-protect-ip-and-big-content-lost

RS_2012-01.bz2.deduped.txt:78010 - http://motherjones.com/slideshows/2012/01/worst-emissions-pollutors

RS_2012-01.bz2.deduped.txt:79111 - http://motherjones.com/politics/2012/01/republican-governors-association-perry-michigan

RS_2012-01.bz2.deduped.txt:79322 - http://motherjones.com/mojo/2012/01/dodd-to-internet-you-and-your-blackout-can-drop-dead

RS_2012-01.bz2.deduped.txt:79687 - http://motherjones.com/mojo/2012/01/scott-walker-recall-million-signatures-kleefisch

RS_2012-01.bz2.deduped.txt:82123 - http://motherjones.com/kevin-drum/2012/01/quote-day-huge-ceo-paydays-are-really-benefit-little-people

RS_2012-01.bz2.deduped.txt:82725 - http://motherjones.com/politics/2012/01/how-rick-santorum-ripped-off-american-military-veterans

RS_2012-01.bz2.deduped.txt:84885 - http://motherjones.com/politics/2012/01/scalia-thomas-cory-maples

RS_2012-01.bz2.deduped.txt:85320 - http://motherjones.com/blue-marble/2012/01/obama-administration-snakes-planes

RS_2012-01.bz2.deduped.txt:85472 - http://motherjones.com/kevin-drum/2012/01/world-banks-worst-case

RS_2012-01.bz2.deduped.txt:86173 - http://motherjones.com/mojo/2012/01/south-carolina-romney-floats-whopper-about-navy

RS_2012-01.bz2.deduped.txt:88532 - http://motherjones.com/politics/2004/09/way-it-was

RS_2012-01.bz2.deduped.txt:89401 - http://motherjones.com/mojo/2012/01/gingrich-mia-southern-republican-leadership-conference

RS_2012-01.bz2.deduped.txt:90063 - http://motherjones.com/mojo/2012/01/inside-anonymous-largest-attack-ever-FBI-megaupload-mega-upload

RS_2012-01.bz2.deduped.txt:91104 - http://motherjones.com/mojo/2012/01/romney-solyndra-bain-subsidies

RS_2012-01.bz2.deduped.txt:95138 - http://motherjones.com/mixed-media/2012/01/stephen-colbert-super-pac-videos

RS_2012-01.bz2.deduped.txt:95148 - http://motherjones.com/mojo/2012/01/gop-florida-secret-privatization-outsourcing?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+|+MoJoBlog%29

RS_2012-01.bz2.deduped.txt:96776 - http://motherjones.com/mixed-media/2012/01/film-review-red-tails-george-lucas

RS_2012-01.bz2.deduped.txt:97933 - http://motherjones.com/mojo/2012/01/inside-anonymous-largest-attack-ever-FBI-megaupload-mega-upload?mrefid=

RS_2012-01.bz2.deduped.txt:97939 - http://motherjones.com/mojo/2012/01/gop-florida-secret-privatization-outsourcing
RS_2012-01.bz2.deduped.txt:98156 - http://motherjones.com/politics/2012/01/occupy-wall-street-west-warren-langley-occupy-courts
RS_2012-01.bz2.deduped.txt:98868 - http://motherjones.com/politics/2012/01/rick-santorum-oneal-dozier-florida-gay
RS_2012-01.bz2.deduped.txt:100479 - http://motherjones.com/environment/2012/01/calculator-food-spending-budget-frugal
RS_2012-01.bz2.deduped.txt:101607 - http://motherjones.com/politics/2004/09/way-it-was?page=1
RS_2012-01.bz2.deduped.txt:101976 - http://motherjones.com/blue-marble/2012/01/report-white-house-pressured-scientists-underestimate-bp-spill-size
RS_2012-01.bz2.deduped.txt:102125 - http://motherjones.com/mojo/2012/01/elizabeth-warren-and-scott-brown-pledge-ban-super-pac-funding
RS_2012-01.bz2.deduped.txt:103384 - http://motherjones.com/politics/2012/01/mitt-romney-goldman-sachs-investments
RS_2012-01.bz2.deduped.txt:103530 - http://motherjones.com/politics/2004/09/way-it-was?page=all
RS_2012-01.bz2.deduped.txt:104407 - http://www.motherjones.com/politics/2012/01/rick-santorum-oneal-dozier-florida-gay
RS_2012-01.bz2.deduped.txt:106944 - http://motherjones.com/kevin-drum/2012/01/newt-gingrich-not-good-debater-newt-gingrich-thinks-he?utm_medium=twitter&utm_source=twitterfeed
RS_2012-01.bz2.deduped.txt:107795 - http://motherjones.com/mojo/2012/01/gingrich-anti-muslim-adelson-clarion?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29
RS_2012-01.bz2.deduped.txt:108925 - http://motherjones.com/mojo/2012/01/chart-newt-gingrich-obama-food-stamp-president
RS_2012-01.bz2.deduped.txt:109210 - http://motherjones.com/mojo/2012/01/what-self-deportation
RS_2012-01.bz2.deduped.txt:109980 - http://motherjones.com/politics/2004/09/way-it-was?page=1&fb_source=message
RS_2012-01.bz2.deduped.txt:111136 - http://motherjones.com/mojo/2012/01/chart-day-abortion-rates-around-world
RS_2012-01.bz2.deduped.txt:112817 - http://motherjones.com/mixed-media/2012/01/sweden-still-forcing-sterilization
RS_2012-01.bz2.deduped.txt:114487 - http://motherjones.com/mojo/2012/01/gabby-giffords-missouri-cross-hair-stickers-democrats
RS_2012-01.bz2.deduped.txt:117423 - http://motherjones.com/kevin-drum/2012/01/mitt-romneys-kids-pay-even-lower-tax-rate-he-does
RS_2012-01.bz2.deduped.txt:118079 - http://motherjones.com/media/2012/01/mark-fiore-cartoon-obama-gop-socialist-ideas
RS_2012-01.bz2.deduped.txt:118342 - http://motherjones.com/kevin-drum/2012/01/peak-gingrich-now-historical-fact

RS_2012-01.bz2.deduped.txt:119978 - http://motherjones.com/tom-philpott/2012/01/dows-new-gmo-seed-puts-us-agriculture-crossroads

RS_2012-01.bz2.deduped.txt:120535 - http://motherjones.com/blue-marble/2012/01/genomic-rice-breeding-Japan-tsunami-salt

RS_2012-01.bz2.deduped.txt:123119 - http://motherjones.com/tom-philpott/2012/01/supermarket-meat-comes-sick-animals

RS_2012-01.bz2.deduped.txt:125475 - http://motherjones.com/kevin-drum/2012/01/end-privacy-google

RS_2012-01.bz2.deduped.txt:125576 - http://motherjones.com/blue-marble/2012/01/apple-factories-ipad-labor

RS_2012-01.bz2.deduped.txt:125625 - http://motherjones.com/media/2012/01/mark-fiore-cartoon-obama-gop-socialist-ideas?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2012-01.bz2.deduped.txt:126651 - http://motherjones.com/mojo/2012/01/romney-again-defends-obamacare

RS_2012-01.bz2.deduped.txt:128180 - http://motherjones.com/politics/2004/09/way-it-was?page=3

RS_2012-01.bz2.deduped.txt:131906 - http://motherjones.com/mojo/2012/01/journalists-arrested-occupy-oakland

RS_2012-01.bz2.deduped.txt:132956 - http://motherjones.com/mojo/2011/04/tax-prep-ral-block-hewitt-liberty-instant-tax

RS_2012-01.bz2.deduped.txt:133540 - http://motherjones.com/tom-philpott/2012/01/dows-new-gmo-seed-puts-us-agriculture-crossroads?2

RS_2012-01.bz2.deduped.txt:133703 - http://motherjones.com/kevin-drum/2012/01/fighting-bullshit

RS_2012-01.bz2.deduped.txt:135351 - http://m.motherjones.com/mojo/2012/01/panetta-obama-signs-killings-americans-suspected-terrorism

RS_2012-01.bz2.deduped.txt:135830 - http://motherjones.com/blue-marble/2012/01/chemotherapy-drugs-tweak-mouse-dna-generations

RS_2012-01.bz2.deduped.txt:135972 - http://motherjones.com/mojo/2012/01/randall-terry-super-bowl-abortion-ad

RS_2012-01.bz2.deduped.txt:136171 - http://motherjones.com/mojo/2012/01/a-10-f-35-air-force-budget

RS_2012-01.bz2.deduped.txt:137271 - http://motherjones.com/politics/2012/01/gingrich-and-romney-want-say-adios-bilingual-ballots

RS_2012-01.bz2.deduped.txt:137308 - http://motherjones.com/kevin-drum/2012/01/go-ahead-watch-more-tv

RS_2012-01.bz2.deduped.txt:138169 - http://motherjones.com/politics/2012/01/bain-lobbying-saved-mitt-romney-millions

RS_2012-01.bz2.deduped.txt:142065 - http://motherjones.com/kevin-drum/2012/01/republicans-dont-their-candidates-much-anymore?utm_medium=twitter&utm_source=twitterfeed

RS_2012-01.bz2.deduped.txt:144242 - http://motherjones.com/mojo/2012/01/gop-reps-go-after-dc-abortions-again

RS_2012-01.bz2.deduped.txt:144761 - http://motherjones.com/mojo/2012/01/panetta-obama-signs-killings-americans-suspected-terrorism

RS_2012-01.bz2.deduped.txt:145458 - http://motherjones.com/mojo/2012/01/west-obama-pelosi-can-get-hell-out-united-states-video

RS_2016-05.bz2.deduped.txt:2976 - http://www.motherjones.com/kevin-drum/2016/04/respond-critics-bernie-revolution

RS_2016-05.bz2.deduped.txt:4917 - http://www.motherjones.com/politics/2015/07/donald-trump-azerbaijan-anar-mammadov

RS_2016-05.bz2.deduped.txt:9633 - http://www.motherjones.com/politics/2016/04/hillary-clinton-bernie-sanders-drop-out-election

RS_2016-05.bz2.deduped.txt:11457 - http://www.motherjones.com/politics/2016/05/california-republican-convention-latino-hispanic

RS_2016-05.bz2.deduped.txt:13759 - http://www.motherjones.com/kevin-drum/2016/05/bernie-sanders-just-latest-goo-goo-candidate

RS_2016-05.bz2.deduped.txt:16816 - http://www.motherjones.com/kevin-drum/2016/05/long-hard-slog-health-care-reform-abridged-version

RS_2016-05.bz2.deduped.txt:20158 - http://www.motherjones.com/environment/2016/05/why-latino-republicans-could-decide-trumps-fate

RS_2016-05.bz2.deduped.txt:20182 - http://www.motherjones.com/environment/2016/04/world-already-would-be-out-water-if-everyone-ate-americans

RS_2016-05.bz2.deduped.txt:20253 - http://www.motherjones.com/politics/2016/05/ted-cruz-extreme-conservative-activists-endorse

RS_2016-05.bz2.deduped.txt:24802 - http://www.motherjones.com/environment/2016/05/hillary-clinton-don-blankenship-west-virginia

RS_2016-05.bz2.deduped.txt:25165 - http://m.motherjones.com/environment/2016/02/lead-exposure-gasoline-crime-increase-children-health

RS_2016-05.bz2.deduped.txt:26069 - http://www.motherjones.com/politics/2016/05/protests-transgender-rights-bathrooms-target-jesus-guns

RS_2016-05.bz2.deduped.txt:28609 - http://www.motherjones.com/politics/2016/05/hillary-clinton-bernie-sanders-indiana

RS_2016-05.bz2.deduped.txt:32708 - http://www.motherjones.com/environment/2016/05/my-hot-take-biggest-loser

RS_2016-05.bz2.deduped.txt:34096 - http://www.motherjones.com/politics/2016/05/sam-brownback-kansas-tax-cuts-trickle-down

RS_2016-05.bz2.deduped.txt:36192 - http://www.motherjones.com/kevin-drum/2016/05/chart-day-cheap-pot

RS_2016-05.bz2.deduped.txt:36704 - http://www.motherjones.com/politics/2016/05/hillary-clinton-wont-let-republicans-forget-never-trump

RS_2016-05.bz2.deduped.txt:40417 - http://m.motherjones.com/politics/2016/05/hillary-clinton-wont-let-republicans-forget-never-trump

RS_2016-05.bz2.deduped.txt:41020 - http://www.motherjones.com/media/2015/11/allison-stewart-photos-bug-out-bag-prepper-earthquake-disaster-preparedness-zombie-apocalypse

RS_2016-05.bz2.deduped.txt:41390 - http://www.motherjones.com/environment/2010/05/after-chernobyl-michael-forster-rothbart

RS_2016-05.bz2.deduped.txt:42829 - http://www.motherjones.com/politics/2016/05/splc-lawsuit-louisiana-immigrant-voting

RS_2016-05.bz2.deduped.txt:43392 - http://www.motherjones.com/kevin-drum/2016/05/heres-how-flints-lead-disaster-likely-affect-its-children

RS_2016-05.bz2.deduped.txt:45082 - http://www.motherjones.com/environment/2016/05/donald-trump-global-warming

RS_2016-05.bz2.deduped.txt:45465 - http://www.motherjones.com/politics/2016/05/bernie-sanders-progressive-fail-soda-tax-philadelphia-berkeley

RS_2016-05.bz2.deduped.txt:46001 - http://www.motherjones.com/politics/2016/05/donald-trump-soon-get-classified-briefings

RS_2016-05.bz2.deduped.txt:48208 - http://motherjones.com/politics/2016/05/donald-trump-soon-get-classified-briefings

RS_2016-05.bz2.deduped.txt:49400 - http://www.motherjones.com/politics/2016/05/trumps-new-top-money-man-led-bank-profited-bailouts

RS_2016-05.bz2.deduped.txt:50917 - http://www.motherjones.com/politics/2016/05/top-gun-lobbyist-calls-hundreds-child-gun-deaths-occasional-mishaps

RS_2016-05.bz2.deduped.txt:53198 - http://www.motherjones.com/politics/2016/05/alabama-just-passed-bill-regulate-abortion-clinics-sex-offenders

RS_2016-05.bz2.deduped.txt:55109 - http://www.motherjones.com/politics/2016/05/senate-republicans-barack-obama-judicial-nominees-courts

RS_2016-05.bz2.deduped.txt:56604 - http://www.motherjones.com/kevin-drum/2016/05/everyone-getting-todays-trump-tweet-totally-wrong

RS_2016-05.bz2.deduped.txt:66479 - http://m.motherjones.com/politics/2016/04/former-president-mexico-vicente-fox-bernie-sanders-hugo-chavez

RS_2016-05.bz2.deduped.txt:66849 - http://www.motherjones.com/politics/2016/04/former-president-mexico-vicente-fox-bernie-sanders-hugo-chavez

RS_2016-05.bz2.deduped.txt:69635 - http://www.motherjones.com/media/2016/03/gutsy-girl-caroline-paul-macnaughton-women-lean-in

RS_2016-05.bz2.deduped.txt:73643 - http://www.motherjones.com/environment/2016/05/e-cigarette-fda-regulations-explainer

RS_2016-05.bz2.deduped.txt:74871 - http://www.motherjones.com/politics/2014/05/guns-bullying-open-carry-women-moms-texas?google_editors_picks=true%2F

RS_2016-05.bz2.deduped.txt:75491 - http://www.motherjones.com/kevin-drum/2016/05/pro-business-reforms-have-very-little-effect-economic-growth

RS_2016-05.bz2.deduped.txt:77440 - http://www.motherjones.com/politics/2016/05/gavin-newsom-marijuana-legalization-california-ballot-initiative

RS_2016-05.bz2.deduped.txt:78475 - http://www.motherjones.com/politics/2016/05/west-virginia-supreme-court-blankenship-benjamin

RS_2016-05.bz2.deduped.txt:79314 - http://www.motherjones.com/environment/2016/05/10-worst-states-solar-power

RS_2016-05.bz2.deduped.txt:87615 - http://www.motherjones.com/politics/2016/05/next-big-fight-over-nsa-surveillance-kicking-week

RS_2016-05.bz2.deduped.txt:89827 - http://www.motherjones.com/media/2016/05/bernie-sanders-stephen-colbert-dont-give-up

RS_2016-05.bz2.deduped.txt:89865 - http://www.motherjones.com/kevin-drum/2016/05/binc-watch-donald-trump-still-loves-tax-cuts-rich

RS_2016-05.bz2.deduped.txt:90483 - http://www.motherjones.com/politics/2016/04/democracy-spring-day-two-arrests-elders-dark-money

RS_2016-05.bz2.deduped.txt:90894 - http://www.motherjones.com/politics/2016/05/watch-donald-trump-trash-paul-ryan

RS_2016-05.bz2.deduped.txt:92912 - http://www.motherjones.com/politics/2016/05/donald-trump-white-nationalist-afp-delegate-california

RS_2016-05.bz2.deduped.txt:93615 - http://m.motherjones.com/politics/2016/05/donald-trump-white-nationalist-afp-delegate-california

RS_2016-05.bz2.deduped.txt:93690 - http://www.motherjones.com/politics/2016/05/donald-trump-white-nationalist-afp-delegate-california?trumpsux

RS_2016-05.bz2.deduped.txt:96427 - http://www.motherjones.com/politics/2016/05/trump-white-nationalist-california-delegate-response-email-pledge-database-error

RS_2016-05.bz2.deduped.txt:96947 - http://www.motherjones.com/politics/2016/05/donald-trump-poll-lice-nickelback

RS_2016-05.bz2.deduped.txt:103902 - http://www.motherjones.com/politics/2016/05/texas-republicans-gop-secession-resolution?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2016-05.bz2.deduped.txt:104961 - http://m.motherjones.com/politics/2016/05/texas-republicans-gop-secession-resolution

RS_2016-05.bz2.deduped.txt:105165 - http://www.motherjones.com/politics/2016/05/north-carolina-transgender-history-bathrooms-freakouts-timeline

RS_2016-05.bz2.deduped.txt:107633 - http://www.motherjones.com/politics/2016/05/texas-republicans-gop-secession-resolution

RS_2016-05.bz2.deduped.txt:107758 - http://www.motherjones.com/politics/2016/05/never-trump-liz-mair-independent-candidate

RS_2016-05.bz2.deduped.txt:108269 - http://www.motherjones.com/kevin-drum/2016/05/theres-more-improper-payments-meets-eye

RS_2016-05.bz2.deduped.txt:109696 - http://www.motherjones.com/politics/2016/05/automatic-voter-registration-gaining-steam

RS_2016-05.bz2.deduped.txt:111724 - http://www.motherjones.com/politics/2016/05/afl-cio-right-wing-populism-donald-trump-europe

RS_2016-05.bz2.deduped.txt:113588 - http://www.motherjones.com/politics/2016/05/trump-butler-anthony-senecal-facebook-kill-obama#testa

RS_2016-05.bz2.deduped.txt:113710 - http://www.motherjones.com/politics/2016/05/trump-butler-anthony-senecal-facebook-kill-obama

RS_2016-05.bz2.deduped.txt:114330 - http://www.motherjones.com/politics/2016/05/trump-butler-anthony-senecal-facebook-kill-obama#testb

RS_2016-05.bz2.deduped.txt:115430 - http://m.motherjones.com/politics/2016/05/michael-slager-federal-charges-walter-scott

RS_2016-05.bz2.deduped.txt:120262 - http://www.motherjones.com/environment/2016/05/44-percent-us-honeybee-hives-collapsed-last-year

RS_2016-05.bz2.deduped.txt:122147 - http://www.motherjones.com/politics/2016/05/trump-butler-anthony-senecal-facebook-kill-obam

RS_2016-05.bz2.deduped.txt:123453 - http://www.motherjones.com/politics/2016/05/study-shows-abortion-rates-dropping-wealthy-countries-rising-poor

RS_2016-05.bz2.deduped.txt:124780 - http://www.motherjones.com/politics/2016/05/former-911-commissioner-says-saudi-government-members-supported-attack

RS_2016-05.bz2.deduped.txt:127314 - http://www.motherjones.com/politics/2016/05/texas-gop-convention-smart-meters
RS_2016-05.bz2.deduped.txt:128267 - http://m.motherjones.com/politics/2016/05/trump-butler-anthony-senecal-facebook-kill-obama
RS_2016-05.bz2.deduped.txt:143992 - http://www.motherjones.com/politics/2016/05/chaffetz-john-hannah-ben-rhodes-iraq-war-intelligence?google_editors_picks=true
RS_2016-05.bz2.deduped.txt:145500 -
http://www.motherjones.com/environment/2016/05/perdue-chicken-c0ntract-farmer-clause-photos-video
RS_2016-05.bz2.deduped.txt:146094 -
http://www.motherjones.com/environment/2016/05/perdue-antibiotic-free-chicken-meat-resistance
RS_2016-05.bz2.deduped.txt:153022 - http://www.motherjones.com/politics/2016/05/new-super-pac-donald-trump-clinton-ads
RS_2016-05.bz2.deduped.txt:153585 - http://www.motherjones.com/politics/2016/05/elizabeth-warren-taylor-swift-commencement-speech
RS_2016-05.bz2.deduped.txt:156112 - http://www.motherjones.com/politics/2016/05/walmart-bathroom-aimee-toms-transgender
RS_2016-05.bz2.deduped.txt:157752 - http://www.motherjones.com/politics/2016/05/clinton-county-bernie-sanders-country
RS_2016-05.bz2.deduped.txt:157956 - http://www.motherjones.com/kevin-drum/2016/05/hillary-clinton-poised-make-weird-kind-history-june-7
RS_2016-05.bz2.deduped.txt:158274 - http://m.motherjones.com/politics/2016/05/clinton-county-bernie-sanders-country
RS_2016-05.bz2.deduped.txt:160584 - http://www.motherjones.com/politics/2016/05/bernie-sanders-nevada-convention-death-threats
RS_2016-05.bz2.deduped.txt:165021 - http://www.motherjones.com/kevin-drum/2016/05/decline-fall-bernie-sanders
RS_2016-05.bz2.deduped.txt:168967 - http://www.motherjones.com/print/304216
RS_2016-05.bz2.deduped.txt:173468 - http://www.motherjones.com/politics/2016/05/what-donald-trump-financial-disclosure-reveals-about-his-empire
RS_2016-05.bz2.deduped.txt:174407 - http://m.motherjones.com/kevin-drum/2016/05/decline-fall-bernie-sanders
RS_2016-05.bz2.deduped.txt:178808 - http://www.motherjones.com/politics/2016/05/trump-said-no-opposition-research-vetting
RS_2016-05.bz2.deduped.txt:178994 - http://www.motherjones.com/politics/2016/05/white-nationalists-trump-delegates
RS_2016-05.bz2.deduped.txt:179449 - http://www.motherjones.com/politics/2016/05/trumps-supreme-court-nominees-nod-towards-evangelicals
RS_2016-05.bz2.deduped.txt:181208 - http://www.motherjones.com/environment/2016/05/new-study-bpa-makes-young-girls-put-excess-fat
RS_2016-05.bz2.deduped.txt:181518 - http://www.motherjones.com/politics/2016/05/trump-delegate-indicted-federal-weapons-and-child-porn-charges
RS_2016-05.bz2.deduped.txt:182804 - http://www.motherjones.com/politics/2016/05/trump-delegate-indicted-federal-weapons-and-child-porn-charges#testa

RS_2016-05.bz2.deduped.txt:183480 - http://www.motherjones.com/politics/2016/05/kentucky-primary-results-clinton-sanders
RS_2016-05.bz2.deduped.txt:187633 - http://www.motherjones.com/politics/2016/05/mens-rights-movement-donald-trump
RS_2016-05.bz2.deduped.txt:191356 - http://www.motherjones.com/environment/2016/05/ammonia-fertilizer-farming
RS_2016-05.bz2.deduped.txt:191951 - http://www.motherjones.com/politics/2016/05/lets-put-hillary-clinton-and-bernie-sanders-feud-perspective#testa
RS_2016-05.bz2.deduped.txt:194763 - http://m.motherjones.com/politics/2016/05/mens-rights-movement-donald-trump-presidency
RS_2016-05.bz2.deduped.txt:195571 - http://www.motherjones.com/politics/2014/06/rental-affordability-crisis-hud
RS_2016-05.bz2.deduped.txt:198015 - http://www.motherjones.com/environment/2016/05/trump-wants-renegotiate-paris-climate-deal
RS_2016-05.bz2.deduped.txt:198162 - http://www.motherjones.com/politics/2016/05/oklahoma-governor-vetoes-insane-abortion-bill
RS_2016-05.bz2.deduped.txt:200248 - http://www.motherjones.com/politics/2016/05/mens-rights-movement-donald-trump-presidency
RS_2016-05.bz2.deduped.txt:204724 - http://www.motherjones.com/politics/2016/05/elizabeth-warren-new-america-gig-economy
RS_2016-05.bz2.deduped.txt:205314 - http://www.motherjones.com/politics/2016/05/trump-white-power-delegate-illinois-lori-gayne
RS_2016-05.bz2.deduped.txt:207126 - http://www.motherjones.com/politics/2016/05/george-w-bush-praises-anti-gay-anti-abortion-hate-group
RS_2016-05.bz2.deduped.txt:211522 - http://www.motherjones.com/politics/2016/05/leonard-peltier-clemency-obama-aim-wounded-knee
RS_2016-05.bz2.deduped.txt:211832 - http://www.motherjones.com/media/2016/05/lindy-west-talks-abortion-fat-shaming-trolls-and-rape-culture
RS_2016-05.bz2.deduped.txt:216291 - http://www.motherjones.com/politics/2016/05/machine-police-future-crime-algorithm-bias
RS_2016-05.bz2.deduped.txt:217397 - http://m.motherjones.com/politics/2016/05/supreme-court-foster-chatman
RS_2016-05.bz2.deduped.txt:217709 - http://www.motherjones.com/politics/2016/05/supreme-court-foster-chatman
RS_2016-05.bz2.deduped.txt:218425 - http://www.motherjones.com/kevin-drum/2016/05/bernie-sanders-officially-admits-he-lost
RS_2016-05.bz2.deduped.txt:221703 - http://www.motherjones.com/environment/2016/05/sunscreen-best-uva-skin-cancer-protection-2016
RS_2016-05.bz2.deduped.txt:221716 - http://www.motherjones.com/politics/2016/05/virginia-republicans-sue-governor-over-voting-rights-restoration
RS_2016-05.bz2.deduped.txt:221803 - http://www.motherjones.com/environment/2016/05/trump-golf-doonbeg-global-warming
RS_2016-05.bz2.deduped.txt:224623 - http://www.motherjones.com/media/2016/05/samanta-bee-full-frontal-nevada-sanders-supporters

RS_2016-05.bz2.deduped.txt:229544 - http://www.motherjones.com/politics/2016/05/war-crimes-hospitals-healthcare-MSF
RS_2016-05.bz2.deduped.txt:229900 - http://www.motherjones.com/politics/2016/05/elizabeth-warren-donald-trump-taxes-housing-dodd-frank
RS_2016-05.bz2.deduped.txt:231355 - http://www.motherjones.com/environment/2016/05/budweiser-beer-markets-corporate-africa
RS_2016-05.bz2.deduped.txt:231431 - http://www.motherjones.com/politics/2016/05/frank-amedia-trump-christian-policy-adviser-believes-he-stopped-tsunami
RS_2016-05.bz2.deduped.txt:234365 - http://www.motherjones.com/politics/2016/05/senate-sexual-assault-survivors-act
RS_2016-05.bz2.deduped.txt:237089 - http://www.motherjones.com/politics/2016/05/state-department-hillary-clinton-violated-record-keeping-rules
RS_2016-05.bz2.deduped.txt:239329 - http://www.motherjones.com/politics/2016/05/11-states-sue-obama-administration-over-transgender-bathroom-directive
RS_2016-05.bz2.deduped.txt:240292 - http://www.motherjones.com/kevin-drum/2016/05/donald-trump-tried-cheat-veterans-out-1-million?utm_source=fark&utm_medium=website&utm_content=link
RS_2016-05.bz2.deduped.txt:242221 - http://www.motherjones.com/politics/2016/05/Never-Trump-protesters-vote-Republican-2016
RS_2016-05.bz2.deduped.txt:242318 - http://www.motherjones.com/politics/2016/05/louisiana-blue-lives-matter-bill-police-hate-crimes
RS_2016-05.bz2.deduped.txt:244137 - http://www.motherjones.com/kevin-drum/2016/05/donald-trump-tried-cheat-veterans-out-1-million
RS_2016-05.bz2.deduped.txt:245096 - http://www.motherjones.com/politics/2016/05/donald-trump-officially-clinches-republican-nomination
RS_2016-05.bz2.deduped.txt:248786 - http://www.motherjones.com/politics/2016/05/supreme-court-considering-case-against-trump-taj-mahal
RS_2016-05.bz2.deduped.txt:249447 - http://www.motherjones.com/kevin-drum/2016/05/bernie-sanders-switching-teams
RS_2016-05.bz2.deduped.txt:252430 - http://www.motherjones.com/environment/2016/05/federal-study-links-cell-phone-radiation-cancer
RS_2016-05.bz2.deduped.txt:253435 - http://www.motherjones.com/politics/2016/05/getting-abortion-now-anti-choice-harassment-can-go-straight-your-phone
RS_2016-05.bz2.deduped.txt:259449 - http://www.motherjones.com/kevin-drum/2016/05/how-can-you-barack-obama-loathe-hillary-clinton
RS_2016-05.bz2.deduped.txt:265681 - http://www.motherjones.com/politics/2016/05/even-female-supreme-court-justices-get-interrupted-lot-men
RS_2016-05.bz2.deduped.txt:269845 - http://m.motherjones.com/environment/2015/03/bark-pine-beetles-climate-change-diana-six
RS_2016-05.bz2.deduped.txt:271664 - http://www.motherjones.com/kevin-drum/2011/06/gurgaon-libertarian-paradise
RS_2016-05.bz2.deduped.txt:273046 - http://www.motherjones.com/politics/2016/05/donald-trump-marla-maples-1994-women-should-not-work
RS_2016-05.bz2.deduped.txt:275225 - http://www.motherjones.com/politics/2016/05/ptsd-therapy-veterans-memorial-day

RS_2016-05.bz2.deduped.txt:283390 - http://www.motherjones.com/politics/2016/04/syrian-family-refugee-border-isis-trump

RS_2016-05.bz2.deduped.txt:286360 - http://www.motherjones.com/politics/2016/05/north-korea-praises-wise-politician-donald-trump

RS_2015-03.bz2.deduped.txt:4685 - http://www.motherjones.com/mojo/2015/02/elizabeth-warren-scott-alvarez

RS_2015-03.bz2.deduped.txt:6097 - http://www.motherjones.com/politics/2010/09/nixon-jack-anderson-mark-feldstein

RS_2015-03.bz2.deduped.txt:10686 - http://www.motherjones.com/politics/2015/02/transgender-inmate-sues-georgia-prisons-torture

RS_2015-03.bz2.deduped.txt:11134 - http://www.motherjones.com/politics/2015/02/vaccine-map-exemption-bills

RS_2015-03.bz2.deduped.txt:12943 - http://www.motherjones.com/environment/2015/03/climate-change-syria-obama-cpac

RS_2015-03.bz2.deduped.txt:14151 - http://m.motherjones.com/politics/2014/10/dan-patrick-texas-lieutenant-governor

RS_2015-03.bz2.deduped.txt:22349 - http://www.motherjones.com/politics/2015/03/koch-industries-export-import-bank

RS_2015-03.bz2.deduped.txt:24485 - http://www.motherjones.com/mojo/2015/03/justice-department-ferguson-police

RS_2015-03.bz2.deduped.txt:26446 - http://www.motherjones.com/media/2015/03/dress-roman-originals-child-labor-2007

RS_2015-03.bz2.deduped.txt:28104 - http://www.motherjones.com/politics/2015/03/ted-cruz-texas-republicans-against-marijuana-prohibition

RS_2015-03.bz2.deduped.txt:28186 - http://www.motherjones.com/tom-philpott/2015/03/what-did-monsanto-show-bill-nye-make-him-stop-worrying-and-love-gmos

RS_2015-03.bz2.deduped.txt:32729 - http://www.motherjones.com/blue-marble/2015/03/mitch-mcconnell-climate-rules-obama

RS_2015-03.bz2.deduped.txt:34473 - http://www.motherjones.com/environment/2015/03/against-meals-breakfast-lunch-dinner

RS_2015-03.bz2.deduped.txt:35430 - http://www.motherjones.com/politics/2015/03/king-burwell-obamacare-supreme-court-ruth-bader-ginsburg

RS_2015-03.bz2.deduped.txt:38711 - http://www.motherjones.com/slideshows/2012/02/when-women-used-lysol-birth-control/lysol-douche-cobweb

RS_2015-03.bz2.deduped.txt:39804 - http://www.motherjones.com/politics/2015/03/scandals-marco-rubio-has-escaped

RS_2015-03.bz2.deduped.txt:40450 - http://www.motherjones.com/environment/2015/03/david-vitter-camp-minden-true-blood

RS_2015-03.bz2.deduped.txt:41028 - http://www.motherjones.com/blue-marble/2015/02/obama-about-veto-gops-keystone-bill

RS_2015-03.bz2.deduped.txt:41669 - http://www.motherjones.com/politics/2015/03/battleground-texas-report-voting-laws-registration-wendy-davis

RS_2015-03.bz2.deduped.txt:48978 - http://www.motherjones.com/politics/2015/02/how-isis-cashes-illegal-antiquities-trade

RS_2015-03.bz2.deduped.txt:50030 - http://www.motherjones.com/politics/2015/03/georgia-gop-chair-sued-again-discrimination

RS_2015-03.bz2.deduped.txt:50670 - http://www.motherjones.com/politics/2015/03/warren-obama-student-debt-loans

RS_2015-03.bz2.deduped.txt:52050 - http://www.motherjones.com/environment/2015/03/congressman-doesnt-want-federal-science-board-be-allowed-consider-science

RS_2015-03.bz2.deduped.txt:54144 - http://www.motherjones.com/politics/2015/03/drone-pilots-are-quitting-record-numbers

RS_2015-03.bz2.deduped.txt:61910 - http://www.motherjones.com/politics/2015/03/more-american-white-women-dying-prematurely

RS_2015-03.bz2.deduped.txt:63112 - http://www.motherjones.com/politics/2015/03/north-carolina-voting-rights-selma-protests-naacp

RS_2015-03.bz2.deduped.txt:67430 - http://m.motherjones.com/environment/2015/03/against-meals-breakfast-lunch-dinner

RS_2015-03.bz2.deduped.txt:67872 - http://www.motherjones.com/blue-marble/2015/03/heroin-overdoses-white-men-painkillers

RS_2015-03.bz2.deduped.txt:67909 - http://www.motherjones.com/politics/2015/03/transgender-bathroom-discrimination-bills

RS_2015-03.bz2.deduped.txt:67955 - http://www.motherjones.com/environment/2015/03/solar-just-had-huge-win-new-york

RS_2015-03.bz2.deduped.txt:71842 - http://www.motherjones.com/blue-marble/2015/03/heres-why-mcdonalds-chicken-antibiotic-ban-matters

RS_2015-03.bz2.deduped.txt:73643 - http://www.motherjones.com/politics/2015/03/candidate-scott-walker-open-ethanol-governor-scott-walker-not-so-much

RS_2015-03.bz2.deduped.txt:73967 - http://www.motherjones.com/blue-marble/2015/03/town-overrun-31-acre-sinkhole-now-overrun-kittens

RS_2015-03.bz2.deduped.txt:77733 - http://www.motherjones.com/environment/2015/03/killing-coyotes-bobcats-and-foxes-fun-and-profit

RS_2015-03.bz2.deduped.txt:78062 - http://www.motherjones.com/environment/2015/03/killing-coyotes-bobcats-and-foxes-fun-and-profit?8

RS_2015-03.bz2.deduped.txt:78111 - http://www.motherjones.com/politics/2015/03/lindsey-graham-presidential-campaign-secretary-of-defense

RS_2015-03.bz2.deduped.txt:78333 - http://www.motherjones.com/mojo/2015/03/irans-foreign-minister-shuts-down-gop-letter-propaganda-ploy

RS_2015-03.bz2.deduped.txt:80388 - http://www.motherjones.com/blue-marble/2015/03/2014-was-biggest-year-solar-power-ever

RS_2015-03.bz2.deduped.txt:80453 - http://www.motherjones.com/mixed-media/2015/03/whats-the-deal-with-dst-the-earth-is-round-the-clock-is-round-they-should-call-it-roundtine

RS_2015-03.bz2.deduped.txt:84752 - http://www.motherjones.com/mojo/2015/03/joe-biden-blasts-republicans-letter-iran

RS_2015-03.bz2.deduped.txt:86656 - http://www.motherjones.com/environment/2015/03/scott-walker-environment-climate-change-2016

RS_2015-03.bz2.deduped.txt:86706 - http://www.motherjones.com/tom-philpott/2015/03/wheat-gluten-fructans-intolerance

RS_2015-03.bz2.deduped.txt:87220 - http://www.motherjones.com/politics/2015/03/clinton-media-persecution-complex-emails-state-department

RS_2015-03.bz2.deduped.txt:91784 - http://www.motherjones.com/politics/2015/03/hebron-fund-israeli-settlers-tax-exempt-irs-avaaz

RS_2015-03.bz2.deduped.txt:93446 - http://www.motherjones.com/environment/2013/10/research-mora-carbon-hotter-temperatures

RS_2015-03.bz2.deduped.txt:97170 - http://www.motherjones.com/politics/2015/03/missouri-man-missing-parts-his-brain-might-get-put-death

RS_2015-03.bz2.deduped.txt:97790 - http://www.motherjones.com/politics/2015/03/ted-cruz-death-penalty-thompson-connick-supreme-court

RS_2015-03.bz2.deduped.txt:99505 - http://www.motherjones.com/politics/2015/03/snl-dakota-johnson-isis-middle-east-satirical-cartoons

RS_2015-03.bz2.deduped.txt:99992 - http://www.motherjones.com/environment/2014/03/junk-food-stamps-snap

RS_2015-03.bz2.deduped.txt:100069 - http://www.motherjones.com/photoessays/2010/02/congo-photo-essay/child-labor-congo-gold-mining-pit

RS_2015-03.bz2.deduped.txt:100464 - http://www.motherjones.com/politics/2015/03/katherine-clark-gamergate-brianna-wu

RS_2015-03.bz2.deduped.txt:102455 - http://www.motherjones.com/politics/2015/03/miriam-carey-whitehouse-rammer-police-death

RS_2015-03.bz2.deduped.txt:105976 - http://www.motherjones.com/environment/2015/03/solar-eclipse-germany-power

RS_2015-03.bz2.deduped.txt:106005 - http://www.motherjones.com/environment/2015/03/california-pumping-water-fell-earth-20000-years-ago

RS_2015-03.bz2.deduped.txt:108764 - http://www.motherjones.com/mojo/2015/03/nypd-editing-wikipedia-pages-eric-garner-sean-bell

RS_2015-03.bz2.deduped.txt:111505 - http://m.motherjones.com/mojo/2015/03/nypd-editing-wikipedia-pages-eric-garner-sean-bell

RS_2015-03.bz2.deduped.txt:111785 - http://www.motherjones.com/environment/2014/03/junk-food-stamps-snap?ohSNAP

RS_2015-03.bz2.deduped.txt:112899 - http://www.motherjones.com/environment/2015/03/against-meals-breakfast-lunch-dinner?HUH

RS_2015-03.bz2.deduped.txt:115950 - http://www.motherjones.com/mojo/2015/03/arizona-lawmaker-abortion-molested

RS_2015-03.bz2.deduped.txt:116269 - http://www.motherjones.com/blue-marble/2015/03/tom-vilsack-2015-dietary-guidelines-sustainability-environment

RS_2015-03.bz2.deduped.txt:116394 - http://www.motherjones.com/mojo/2015/03/obama-liberal-white-house

RS_2015-03.bz2.deduped.txt:121923 - http://www.motherjones.com/politics/2015/03/watch-obama-explain-ferguson-under-5-minutes

RS_2015-03.bz2.deduped.txt:122457 - http://www.motherjones.com/kevin-drum/2015/03/chart-day-even-rich-think-middle-class-getting-screwed

RS_2015-03.bz2.deduped.txt:132474 - http://www.motherjones.com/mojo/2015/02/ruth-bader-ginsburg-women-supreme-court
RS_2015-03.bz2.deduped.txt:132676 - http://www.motherjones.com/environment/2015/03/brian-wansink-cornell-junk-food-health
RS_2015-03.bz2.deduped.txt:134382 - http://www.motherjones.com/mojo/2015/03/missouri-supreme-court-rules-mentally-ill-man-fit-execution
RS_2015-03.bz2.deduped.txt:137449 - http://www.motherjones.com/environment/2015/03/9-ways-eat-better-without-really-trying
RS_2015-03.bz2.deduped.txt:137474 - http://www.motherjones.com/environment/2015/03/europe-pesticides-endocrine-disruptors
RS_2015-03.bz2.deduped.txt:137538 - http://www.motherjones.com/tom-philpott/2015/03/meet-new-endocrine-disrupting-plastic-chemical-same-old-one
RS_2015-03.bz2.deduped.txt:141588 - http://www.motherjones.com/politics/2015/03/f35-jet-fighter-safety-problems
RS_2015-03.bz2.deduped.txt:143907 - http://www.motherjones.com/mojo/2015/03/income-inequality-chart-wall-street-bonuses-minimum-wage
RS_2015-03.bz2.deduped.txt:146970 - http://www.motherjones.com/tom-philpott/2015/03/little-mustard-grease-burn
RS_2015-03.bz2.deduped.txt:147041 - http://www.motherjones.com/blue-marble/2015/03/want-some-metal-mac-n-cheese
RS_2015-03.bz2.deduped.txt:147463 - http://www.motherjones.com/mojo/2015/03/white-house-officially-decided-its-emails-arent-subject-foia-regulations
RS_2015-03.bz2.deduped.txt:147506 - http://www.motherjones.com/mixed-media/2015/03/ashley-judd-twitter-harassment-march-madness%20
RS_2015-03.bz2.deduped.txt:153225 - http://www.motherjones.com/blue-marble/2015/03/ted-cruz-seth-myers-climate-change
RS_2015-03.bz2.deduped.txt:154884 - http://www.motherjones.com/mojo/2015/03/american-actuaries-pot-legalization
RS_2015-03.bz2.deduped.txt:157330 - http://www.motherjones.com/environment/2015/02/cap-and-trade-countries
RS_2015-03.bz2.deduped.txt:158088 - http://www.motherjones.com/politics/2015/03/hillary-clinton-rick-lazio-2000-senate-sexism
RS_2015-03.bz2.deduped.txt:162128 - http://www.motherjones.com/politics/2015/03/obama-inhofe-snowball-climate-change-vice
RS_2015-03.bz2.deduped.txt:164524 - http://www.motherjones.com/politics/2015/03/prison-bureau-cancels-contract-willacy
RS_2015-03.bz2.deduped.txt:166508 - http://www.motherjones.com/mixed-media/2015/03/baby-frog-screaming
RS_2015-03.bz2.deduped.txt:166658 - http://www.motherjones.com/mojo/2015/03/martese-johnson-uva
RS_2015-03.bz2.deduped.txt:166796 - http://www.motherjones.com/blue-marble/2015/03/california-nutritionists-vote-not-invite-mcdonalds-back-sponsor
RS_2015-03.bz2.deduped.txt:168016 - http://www.motherjones.com/politics/2015/03/scott-panetti-mental-illness-death-penalty
RS_2015-03.bz2.deduped.txt:172196 - http://www.motherjones.com/environment/2015/03/guardian-climate-change-campaign

RS_2015-03.bz2.deduped.txt:173757 - http://www.motherjones.com/politics/2015/03/seven-deadly-reasons-why-americas-wars-persist

RS_2015-03.bz2.deduped.txt:173951 - http://www.motherjones.com/politics/2015/03/pentagon-arms-lost-missing-yemen

RS_2015-03.bz2.deduped.txt:180841 - http://www.motherjones.com/blue-marble/2015/03/cheap-wine-might-contain-arsenic

RS_2015-03.bz2.deduped.txt:182634 - http://www.motherjones.com/mojo/2015/03/cia-iraq-bush-wmd-report

RS_2015-03.bz2.deduped.txt:183024 - http://www.motherjones.com/politics/2015/03/american-sniper-world-war-ii-propaganda-movie-hollywood?utm_content=buffer69a8d&utm_medium=social&utm_source=twitter.com&utm_campaign=buffer

RS_2015-03.bz2.deduped.txt:188073 - http://www.motherjones.com/politics/2015/03/obamacare-charts-stats-health-care-reform

RS_2015-03.bz2.deduped.txt:188079 - http://www.motherjones.com/politics/2015/03/war-over-chemical-reform

RS_2015-03.bz2.deduped.txt:189295 - http://www.motherjones.com/mixed-media/2015/03/john-oliver-municipal-fines

RS_2015-03.bz2.deduped.txt:196260 - http://www.motherjones.com/kevin-drum/2011/11/raw-data-laffer-curve-rich

RS_2015-03.bz2.deduped.txt:198052 - http://www.motherjones.com/politics/2015/03/philadelphia-police-officer-involved-shootings

RS_2015-03.bz2.deduped.txt:198686 - http://www.motherjones.com/tom-philpott/2015/03/monsanto-herbicide-cause-cancer

RS_2015-03.bz2.deduped.txt:199190 - http://www.motherjones.com/politics/2015/03/meet-ted-cruz-karl-rove-jeff-roe

RS_2015-03.bz2.deduped.txt:199889 - http://www.motherjones.com/politics/2015/03/fults-death-penalty-racism

RS_2015-03.bz2.deduped.txt:205327 - http://www.motherjones.com/environment/2015/03/climate-change-inhofe-bp

RS_2015-03.bz2.deduped.txt:205371 - http://www.motherjones.com/politics/2015/03/mike-huckabee-emails-clinton

RS_2015-03.bz2.deduped.txt:207517 - http://www.motherjones.com/environment/2015/03/solar-power-net-metering-pge

RS_2015-03.bz2.deduped.txt:207546 - http://www.motherjones.com/politics/2015/03/national-parks-underfunded-billions

RS_2015-03.bz2.deduped.txt:207689 - http://www.motherjones.com/tom-philpott/2015/03/striking-mexican-farm-workers-vow-us-boycott

RS_2015-03.bz2.deduped.txt:210760 - http://www.motherjones.com/politics/2015/03/rick-berman-job-creators-network

RS_2015-03.bz2.deduped.txt:211748 - http://www.motherjones.com/blue-marble/2015/03/senate-gop-proposes-bill-gut-obamas-climate-plan

RS_2015-03.bz2.deduped.txt:214781 - http://www.motherjones.com/mixed-media/2015/03/florida-transgender-bathroom-cindy-sullivan

RS_2015-03.bz2.deduped.txt:217277 - http://www.motherjones.com/tom-philpott/2015/03/bittman-right-its-not-gmos-its-how-theyre-used

RS_2015-03.bz2.deduped.txt:217803 - http://www.motherjones.com/mixed-media/2015/03/neil-degrasse-tyson-florida-ban-climate-change
RS_2015-03.bz2.deduped.txt:217952 - http://m.motherjones.com/environment/2015/01/almonds-nuts-crazy-stats-charts
RS_2015-03.bz2.deduped.txt:220373 - http://www.motherjones.com/politics/2015/03/arawc-walmart-campaign-against-workers-compensation
RS_2015-03.bz2.deduped.txt:221664 - http://www.motherjones.com/blue-marble/2015/03/were-going-feed-animals-67-percent-more-antibiotics-2030
RS_2015-03.bz2.deduped.txt:222750 - http://www.motherjones.com/politics/2015/03/mexican-border-scott-walker-2016
RS_2015-03.bz2.deduped.txt:222764 - http://www.motherjones.com/politics/2015/03/indiana-gov-mike-pence-signs-gay-discrimination-bill
RS_2015-03.bz2.deduped.txt:223578 - http://www.motherjones.com/politics/2015/03/ted-cruz-contradictions-hypocrisy
RS_2015-03.bz2.deduped.txt:224760 - http://www.motherjones.com/politics/2015/03/five-signs-americas-rising-plutocratic-class-bush-clinton%20
RS_2015-03.bz2.deduped.txt:226266 - http://www.motherjones.com/mojo/2015/03/ohio-abortion-heartbeat-bill
RS_2015-03.bz2.deduped.txt:227325 - http://www.motherjones.com/politics/2015/03/jeb-bush-florida-manatees
RS_2015-03.bz2.deduped.txt:227776 - http://www.motherjones.com/environment/2015/03/navajo-nation-junk-food-tax
RS_2015-03.bz2.deduped.txt:227897 - http://www.motherjones.com/environment/2015/03/geoengineering-caldeira-climate-change
RS_2015-03.bz2.deduped.txt:228751 - http://www.motherjones.com/kevin-drum/2015/03/eventually-two-billionaires-will-duke-it-out-president-every-four-years
RS_2015-03.bz2.deduped.txt:232800 - http://www.motherjones.com/environment/2015/03/groundwater-pumping-sea-level-rise
RS_2015-03.bz2.deduped.txt:235719 - http://www.motherjones.com/blue-marble/2015/03/marijuana-farming-drought-salmon-california
RS_2015-03.bz2.deduped.txt:241247 - http://www.motherjones.com/mojo/2015/03/patty-murray-harry-reid-senate-majority-leader
RS_2015-03.bz2.deduped.txt:241339 - http://www.motherjones.com/blue-marble/2015/03/japan-coal-climate-finance
RS_2015-03.bz2.deduped.txt:242915 - http://www.motherjones.com/politics/2015/02/how-gazan-natural-gas-became-epicenter-international-power-struggle
RS_2015-03.bz2.deduped.txt:250387 - http://www.motherjones.com/politics/2015/03/cameraman-disputes-bill-oreilly-falklands-war-story
RS_2015-03.bz2.deduped.txt:251140 - http://www.motherjones.com/politics/2015/03/satanists-church-state-rulings
RS_2015-03.bz2.deduped.txt:255647 - http://www.motherjones.com/mixed-media/2015/03/indiana-is-like-barely-a-state-anyway-amirite
RS_2015-03.bz2.deduped.txt:257516 - http://www.motherjones.com/blue-marble/2015/03/australia-emissions-carbon-tax-chart

RS_2015-03.bz2.deduped.txt:258652 - http://www.motherjones.com/blue-marble/2015/03/wisconsin-scientists-obesity-sewage-sludge

RS_2015-03.bz2.deduped.txt:262249 - http://www.motherjones.com/politics/2015/03/indiana-backlash-pence-religious-freedom-lgbt

RS_2015-03.bz2.deduped.txt:262617 - http://www.motherjones.com/mojo/2015/03/james-okeefe-loses-libel-suit

RS_2015-03.bz2.deduped.txt:263125 - http://www.motherjones.com/mojo/2015/03/bryan-fischer-indiana-law

RS_2015-03.bz2.deduped.txt:263858 - http://www.motherjones.com/mojo/2015/03/arkansas-rfra-indiana-lgbt-discrimination

RS_2014-09.bz2.deduped.txt:8497 - http://www.motherjones.com/politics/2014/09/gun-owners-of-america-samuel-johnson-neo-nazi

RS_2014-09.bz2.deduped.txt:8660 - http://www.motherjones.com/politics/2014/09/dan-innis-peter-t-paul-new-hampshire-congress

RS_2014-09.bz2.deduped.txt:8759 - http://www.motherjones.com/politics/2014/09/gun-owners-of-america-samuel-johnson-neo-nazi?google_editors_picks=true

RS_2014-09.bz2.deduped.txt:8928 - http://www.motherjones.com/politics/2014/09/chronic-absent-attendance-school-education

RS_2014-09.bz2.deduped.txt:12211 - http://m.motherjones.com/kevin-drum/2014/07/great-third-pound-burger-ripoff

RS_2014-09.bz2.deduped.txt:16939 - http://www.motherjones.com/politics/2014/09/college-tuition-increased-1100-percent-since-1978

RS_2014-09.bz2.deduped.txt:17089 - http://motherjones.com/tom-philpott/2014/09/southwest-megadrought

RS_2014-09.bz2.deduped.txt:17709 - http://www.motherjones.com/politics/2014/09/federal-judge-texas-abortion-clinic-vincent-rue

RS_2014-09.bz2.deduped.txt:19001 - http://www.motherjones.com/environment/2014/09/religion-quashes-innovation-patents

RS_2014-09.bz2.deduped.txt:19020 - http://www.motherjones.com/mojo/2014/09/lebanon-isis-flag-burning-challenge

RS_2014-09.bz2.deduped.txt:19533 - http://www.motherjones.com/mojo/2014/09/idaho-professor-shoots-self-guns-campus

RS_2014-09.bz2.deduped.txt:22016 - http://www.motherjones.com/politics/2014/09/isis-americas-legacy-iraq

RS_2014-09.bz2.deduped.txt:22901 - http://motherjones.com/kevin-drum/2014/07/great-third-pound-burger-ripoff

RS_2014-09.bz2.deduped.txt:25329 - http://www.motherjones.com/politics/2014/09/world-health-organization-doctors-without-borders-ebola-senegal-nigeria

RS_2014-09.bz2.deduped.txt:25336 - http://www.motherjones.com/environment/2014/09/china-climate-change-carbon-market

RS_2014-09.bz2.deduped.txt:25404 - http://www.motherjones.com/politics/2014/09/common-core-education-reform-backlash-obamacare

RS_2014-09.bz2.deduped.txt:27610 - http://www.motherjones.com/blue-marble/2014/09/bp-deepwater-horizon-gulf-oil-spill

RS_2014-09.bz2.deduped.txt:27943 - http://www.motherjones.com/documents/1283691-072-order-granting-pi

RS_2014-09.bz2.deduped.txt:31293 - http://www.motherjones.com/politics/2014/08/gideon-broward-county-public-defenders?src=longreads
RS_2014-09.bz2.deduped.txt:33452 - http://www.motherjones.com/politics/2014/09/missouri-72-hour-waiting-period-abortion-bill-jay-nixon
RS_2014-09.bz2.deduped.txt:36002 - http://www.motherjones.com/topics/lead-and-crime
RS_2014-09.bz2.deduped.txt:37386 - http://www.motherjones.com/politics/2014/09/hillary-clinton-henry-kissinger-world-order
RS_2014-09.bz2.deduped.txt:38103 - http://www.motherjones.com/mojo/2014/09/active-shooter-drills-lawsuits
RS_2014-09.bz2.deduped.txt:38141 - http://www.motherjones.com/environment/2014/08/california-water-politics-drought-players
RS_2014-09.bz2.deduped.txt:40356 - http://www.motherjones.com/environment/2014/09/its-historic-year-temperature-extremes
RS_2014-09.bz2.deduped.txt:40690 - http://www.motherjones.com/environment/2014/09/adding-bike-lanes-reduces-traffic-delays-new-york-city
RS_2014-09.bz2.deduped.txt:40869 - http://www.motherjones.com/mojo/2014/09/judge-says-everything-you-want-say-anti-gay-marriage-crowd-just-smarter-and-more-sass
RS_2014-09.bz2.deduped.txt:40960 - http://www.motherjones.com/tom-philpott/2014/09/haagen-dazs-wont-use-natural-synbio-derived-vanillin
RS_2014-09.bz2.deduped.txt:41499 - http://www.motherjones.com/kevin-drum/2014/09/obamacare-now-benefiting-amazing-life-spiral
RS_2014-09.bz2.deduped.txt:43169 - http://www.motherjones.com/politics/2014/09/urbanshield-oakland-police-militarization
RS_2014-09.bz2.deduped.txt:44105 - http://www.motherjones.com/blue-marble/2014/09/bp-geoff-morrell-deepwater-horizon
RS_2014-09.bz2.deduped.txt:51142 - http://www.motherjones.com/environment/2014/09/is-raw-sugar-healthier-than-refined
RS_2014-09.bz2.deduped.txt:51151 - http://www.motherjones.com/environment/2014/09/methane-fracking-obama-climate-change-bill-mckibben
RS_2014-09.bz2.deduped.txt:51185 - http://www.motherjones.com/politics/2014/09/sexual-violence-american-military-photos
RS_2014-09.bz2.deduped.txt:51500 - http://motherjones.com/environment/2014/09/methane-fracking-obama-climate-change-bill-mckibben
RS_2014-09.bz2.deduped.txt:58537 - http://www.motherjones.com/politics/2014/09/world-congress-families-russia-conference-sanctions
RS_2014-09.bz2.deduped.txt:59635 - http://www.motherjones.com/mojo/2014/09/video-highlights-oaklands-urbanshield-conference
RS_2014-09.bz2.deduped.txt:60555 - http://www.motherjones.com/politics/2014/09/moms-demand-action-guns-madd-shannon-watts-nra?google_editors_picks=true
RS_2014-09.bz2.deduped.txt:60965 - http://www.motherjones.com/politics/2014/09/23-reasons-why-jeb-bush-shouldnt-run-president
RS_2014-09.bz2.deduped.txt:63458 - http://www.motherjones.com/politics/2014/09/meet-gay-republicans-running-congress

RS_2014-09.bz2.deduped.txt:64785 - http://www.motherjones.com/mixed-media/2014/09/people-like-to-sleep-with-people-who-were-affected-by-great-books
RS_2014-09.bz2.deduped.txt:65001 - http://www.motherjones.com/mojo/2014/09/republicans-back-ebola-fighting-efforts
RS_2014-09.bz2.deduped.txt:68956 - http://www.motherjones.com/environment/2014/09/climate-change-pricewaterhouse
RS_2014-09.bz2.deduped.txt:69754 - http://www.motherjones.com/environment/2014/09/hillary-clinton-fracking-shale-state-department-chevron
RS_2014-09.bz2.deduped.txt:69920 - http://www.motherjones.com/politics/2014/03/kathryn-edin-poverty-research-fatherhood?page=1
RS_2014-09.bz2.deduped.txt:70028 - http://www.motherjones.com/politics/2014/09/obama-speech-iraq-congress-progressive
RS_2014-09.bz2.deduped.txt:71025 - http://www.motherjones.com/politics/2014/09/fbi-justifiable-homicides-police-felons
RS_2014-09.bz2.deduped.txt:72421 - http://www.motherjones.com/kevin-drum/2014/09/images-rule-our-world
RS_2014-09.bz2.deduped.txt:72423 - http://www.motherjones.com/politics/2014/09/moms-demand-action-guns-madd-shannon-watts-nra?context=1
RS_2014-09.bz2.deduped.txt:72923 - http://www.motherjones.com/mojo/2014/09/5-things-you-should-know-about-internet-slowdown-day
RS_2014-09.bz2.deduped.txt:74126 - http://www.motherjones.com/media/2014/09/nova-vaccine-special-whooping-cough
RS_2014-09.bz2.deduped.txt:75657 - http://www.motherjones.com/politics/2014/09/sexual-assault-george-washington-university-trachtenberg
RS_2014-09.bz2.deduped.txt:75662 - http://www.motherjones.com/politics/2014/08/police-shootings-ferguson-race-data
RS_2014-09.bz2.deduped.txt:75717 - http://www.motherjones.com/tom-philpott/2014/09/food-inequality
RS_2014-09.bz2.deduped.txt:75800 - http://www.motherjones.com/politics/2014/09/pennsylvania-abortion-admitting-privileges-corbett-wolf
RS_2014-09.bz2.deduped.txt:75848 - http://www.motherjones.com/politics/2014/09/obama-iraq-isis-speech
RS_2014-09.bz2.deduped.txt:76177 - http://www.motherjones.com/environment/2014/09/left-science-gmo-vaccines
RS_2014-09.bz2.deduped.txt:77839 - http://www.motherjones.com/mojo/2014/09/correction-week-president-cheney
RS_2014-09.bz2.deduped.txt:81331 - http://www.motherjones.com/politics/2011/12/leadup-iraq-war-timeline
RS_2014-09.bz2.deduped.txt:81850 - http://www.motherjones.com/mojo/2014/09/news-organizations-sue-pennsylvania-execution-drugs
RS_2014-09.bz2.deduped.txt:81888 - http://www.motherjones.com/kevin-drum/2014/09/workplace-wellness-programs-are-just-excuse-lower-your-pay
RS_2014-09.bz2.deduped.txt:84018 - http://www.motherjones.com/media/2014/09/ray-janay-rice-football-nfl-wives

RS_2014-09.bz2.deduped.txt:84799 - http://www.motherjones.com/media/2013/09/hackathon-tech-moments-women-sexist

RS_2014-09.bz2.deduped.txt:85084 - http://www.motherjones.com/politics/2014/09/inquiring-minds-brendan-nyhan-fact-checking-2014-election

RS_2014-09.bz2.deduped.txt:85401 - http://www.motherjones.com/politics/2014/09/ferguson-might-have-break-its-habit-hitting-poor-people-big-fines

RS_2014-09.bz2.deduped.txt:86131 - http://www.motherjones.com/politics/2014/09/tennessee-amendment-1-abortion-rights-planned-parenthood

RS_2014-09.bz2.deduped.txt:87663 - http://www.motherjones.com/mojo/2014/09/pennsylvania-teenager-hump-oral-sex-jesus-statue-prison

RS_2014-09.bz2.deduped.txt:90415 - http://m.motherjones.com/mojo/2014/09/pennsylvania-teenager-hump-oral-sex-jesus-statue-prison

RS_2014-09.bz2.deduped.txt:92364 - http://www.motherjones.com/tom-philpott/2014/09/think-antibiotic-resistant-bacteria-stop-factory-farm-door-think-again

RS_2014-09.bz2.deduped.txt:95210 - http://www.motherjones.com/politics/2014/09/hillary-clinton-praises-japans-paid-leave-laws

RS_2014-09.bz2.deduped.txt:95240 - http://www.motherjones.com/politics/2014/09/america-tycoons-destroy-politics-koch-gates-zuckerberg

RS_2014-09.bz2.deduped.txt:99184 - http://www.motherjones.com/environment/2013/10/lorillard-kent-micronite-filters-asbestos-lawsuit

RS_2014-09.bz2.deduped.txt:101594 - http://www.motherjones.com/politics/2014/08/uzi-arizona-9-year-old-girl

RS_2014-09.bz2.deduped.txt:101789 - http://www.motherjones.com/politics/2014/09/democratic-candidates-chamber-commerce-endorsement

RS_2014-09.bz2.deduped.txt:101794 - http://www.motherjones.com/environment/2014/09/california-bans-plastic-bags

RS_2014-09.bz2.deduped.txt:102028 - http://www.motherjones.com/environment/2014/09/these-tanzanian-villages-dont-have-plumbing-they-have-solar-power

RS_2014-09.bz2.deduped.txt:102250 - http://www.motherjones.com/kevin-drum/2014/09/how-should-nfl-handle-domestic-violence-cases-future

RS_2014-09.bz2.deduped.txt:106121 - http://www.motherjones.com/politics/2014/09/supreme-court-seven-gay-marriage-cases

RS_2014-09.bz2.deduped.txt:109917 - http://www.motherjones.com/politics/2014/09/moderate-gop-women-missouri-lobby-against-three-day-abortion-waiting-period

RS_2014-09.bz2.deduped.txt:110014 - http://www.motherjones.com/politics/2014/09/scotland-independence-referendum-currency-bitcoin

RS_2014-09.bz2.deduped.txt:110020 - http://www.motherjones.com/kevin-drum/2014/09/americans-are-refreshingly-realistic-about-isis-threat

RS_2014-09.bz2.deduped.txt:110676 - http://www.motherjones.com/politics/2014/09/benghazi-select-committee-hearing-trey-gowdy

RS_2014-09.bz2.deduped.txt:114505 - http://www.motherjones.com/mojo/2014/09/even-liberias-legislature-may-have-

ebola?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2
Fmojoblog+%28MotherJones.com+|+MoJoBlog%29
RS_2014-09.bz2.deduped.txt:116181 - http://www.motherjones.com/mojo/2014/09/thom-tillis-
wilmington-blocked-apology-racial-massacre
RS_2014-09.bz2.deduped.txt:118895 - http://www.motherjones.com/politics/2014/09/why-rick-
scotts-facing-tea-party-revolt-florida
RS_2014-09.bz2.deduped.txt:118899 - http://www.motherjones.com/politics/2014/09/extreme-
anti-abortion-ballot-initiatives-november
RS_2014-09.bz2.deduped.txt:119457 - http://www.motherjones.com/politics/2014/09/nra-
women-sexism-guns
RS_2014-09.bz2.deduped.txt:121195 - http://www.motherjones.com/kevin-
drum/2014/09/republicans-are-no-longer-favored-take-control-senate
RS_2014-09.bz2.deduped.txt:121384 - http://www.motherjones.com/politics/2014/09/texas-
textbooks-promote-climate-change-denial-downplay-segregation
RS_2014-09.bz2.deduped.txt:122605 - http://www.motherjones.com/mixed-media/2014/09/john-
oliver-on-scotland
RS_2014-09.bz2.deduped.txt:126898 - http://www.motherjones.com/mojo/2014/09/walmart-
walton-heirs-charity
RS_2014-09.bz2.deduped.txt:126911 -
http://www.motherjones.com/environment/2014/09/china-us-fracking-shale-gas
RS_2014-09.bz2.deduped.txt:127220 - http://www.motherjones.com/politics/2014/09/dark-
money-2014-elections-house-senate
RS_2014-09.bz2.deduped.txt:132453 - http://www.motherjones.com/environment/2014/09/al-
gore-climate-obama-clinton
RS_2014-09.bz2.deduped.txt:134228 - http://www.motherjones.com/mojo/2014/09/scotland-
will-not-leave-united-kingdom
RS_2014-09.bz2.deduped.txt:135087 -
http://www.motherjones.com/environment/2014/09/rebecca-solnit-why-im-marching-climate-
change-un
RS_2014-09.bz2.deduped.txt:135172 - http://www.motherjones.com/kevin-drum/2014/09/dont-
worry-crazy-coming-soon-house-benghazi-hearing
RS_2014-09.bz2.deduped.txt:135775 - http://www.motherjones.com/kevin-drum/2014/09/how-
discriminate-against-pre-existing-conditions-two-easy-tiers
RS_2014-09.bz2.deduped.txt:136834 - http://www.motherjones.com/mojo/2014/09/10-
declassified-articles-cia-intelligence-journal
RS_2014-09.bz2.deduped.txt:139806 - http://www.motherjones.com/politics/2014/09/eric-
holder-state-secrets-defamation-lawsuit-iran
RS_2014-09.bz2.deduped.txt:140508 - http://www.motherjones.com/politics/2014/09/thanks-
obamacare-lots-more-women-don%E2%80%99t-have-shell-out-extra-birth-control
RS_2014-09.bz2.deduped.txt:140997 - http://www.motherjones.com/media/2014/09/contact-
dawes-hardest-working-band-conor-oberst
RS_2014-09.bz2.deduped.txt:141600 - http://www.motherjones.com/mojo/2014/09/rand-paul-
jack-hunter-lpac-neo-confederate
RS_2014-09.bz2.deduped.txt:149276 - http://www.motherjones.com/politics/2011/06/hormel-
spam-pig-brains-disease

RS_2014-09.bz2.deduped.txt:150833 - http://www.motherjones.com/politics/2014/09/isis-social-media-state-department
RS_2014-09.bz2.deduped.txt:152148 - http://www.motherjones.com/politics/2014/08/america-police-military-swat-ferguson-westcott-tampa
RS_2014-09.bz2.deduped.txt:152183 - http://www.motherjones.com/mojo/2014/09/how-can-atlanti-give-us-5000-words-prison-life-without-interviewing-prisoners
RS_2014-09.bz2.deduped.txt:152352 - http://www.motherjones.com/mojo/2014/09/afghan-policewoman-photo-burka-lana-slezic
RS_2014-09.bz2.deduped.txt:154666 - http://www.motherjones.com/politics/2014/09/david-brock-hillary-clinton-correct-the-record
RS_2014-09.bz2.deduped.txt:155074 - http://www.motherjones.com/politics/2014/09/congress-continuing-resolution-rape-kit-backlog-funding
RS_2014-09.bz2.deduped.txt:158212 - http://www.motherjones.com/environment/2014/09/live-blog-inside-biggest-climate-march-history
RS_2014-09.bz2.deduped.txt:160297 - http://www.motherjones.com/mixed-media/2014/09/emma-watson-feminism-un
RS_2014-09.bz2.deduped.txt:160496 - http://www.motherjones.com/politics/2014/09/kris-kobach-kansas-jean-schodorf
RS_2014-09.bz2.deduped.txt:161723 - http://www.motherjones.com/politics/2014/09/supreme-court-pregnancy-discrimination-peggy-young-ups
RS_2014-09.bz2.deduped.txt:162028 - http://motherjones.com/politics/2014/09/supreme-court-pregnancy-discrimination-peggy-young-ups
RS_2014-09.bz2.deduped.txt:168344 - http://www.motherjones.com/mojo/2014/09/these-are-regions-where-americans-are-most-likely-favor-secession
RS_2014-09.bz2.deduped.txt:168522 - http://www.motherjones.com/environment/2014/09/fruit-veggies-produce-origins-trade-secret
RS_2014-09.bz2.deduped.txt:168553 - http://www.motherjones.com/mojo/2014/09/these-maps-show-ebolas-spread-in-around-liberias-capital?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+|+MoJoBlog%29
RS_2014-09.bz2.deduped.txt:171995 - http://www.motherjones.com/mojo/2014/09/joni-ernst-republican-iowa-senate-alec
RS_2014-09.bz2.deduped.txt:173754 - http://www.motherjones.com/politics/2014/09/susana-martinez-destroyed-emails-hard-drives-new-mexico
RS_2014-09.bz2.deduped.txt:174409 - http://www.motherjones.com/mixed-media/2014/09/nypd-pregnant-woman-video-sandra-amezquita
RS_2014-09.bz2.deduped.txt:176065 - http://www.motherjones.com/politics/2014/09/susana-martinez-destroyed-emails-hard-drives-new-mexico?google_editors_picks=true
RS_2014-09.bz2.deduped.txt:176191 - http://www.motherjones.com/environment/2014/09/marshall-islands-poet-un-climate
RS_2014-09.bz2.deduped.txt:176568 - http://www.motherjones.com/politics/2014/09/ebola-crisis-liberia-way-worse-you-think
RS_2014-09.bz2.deduped.txt:176801 - http://www.motherjones.com/mojo/2014/09/income-inequality-historic-rome-one-percent
RS_2014-09.bz2.deduped.txt:176811 - http://www.motherjones.com/kevin-drum/2014/09/pat-roberts-apparently-too-dumb-realize-he-called-obama-nazi

RS_2014-09.bz2.deduped.txt:177038 - http://www.motherjones.com/politics/2014/09/sam-brownback-kansas-paul-davis
RS_2014-09.bz2.deduped.txt:177081 - http://www.motherjones.com/politics/2014/09/joni-ernst-bruce-braley-agenda-21-conspiracy-theory
RS_2014-09.bz2.deduped.txt:178267 - http://www.motherjones.com/politics/2014/09/iraq-army-security-force-billions
RS_2014-09.bz2.deduped.txt:180500 - http://www.motherjones.com/kevin-drum/2014/09/republicans-still-having-hard-time-believing-racism
RS_2014-09.bz2.deduped.txt:180536 - http://motherjones.com/kevin-drum/2014/09/rich-are-getting-richer-part-millionth
RS_2014-09.bz2.deduped.txt:182182 - http://www.motherjones.com/politics/2014/09/usf-researchers-identify-more-bodies-florida-school-boys-dozier
RS_2014-09.bz2.deduped.txt:184933 - http://www.motherjones.com/politics/2014/09/glenn-grothman-wisconsin-republican-congress-quotes
RS_2014-09.bz2.deduped.txt:184968 - http://www.motherjones.com/mojo/2014/09/right-wing-conspiracy-obama-made-up-khorasan
RS_2014-09.bz2.deduped.txt:185720 - http://www.motherjones.com/politics/2014/09/republican-senate-would-gut-elizabeth-warren-consumer-protection-bureau
RS_2014-09.bz2.deduped.txt:185728 - http://www.motherjones.com/mojo/2014/09/income-inequality-working-more
RS_2014-09.bz2.deduped.txt:188236 - http://www.motherjones.com/politics/2014/09/gop-fundraiser-elect-republican-sheriff-case-obama-seizes-third-term
RS_2014-09.bz2.deduped.txt:188827 - http://www.motherjones.com/kevin-drum/2014/03/apple-has-patented-clicking-phone-number-dial-phone-seriously
RS_2014-09.bz2.deduped.txt:197293 - http://www.motherjones.com/kevin-drum/2014/09/obama-threatened-far-more-often-any-previous-president
RS_2014-09.bz2.deduped.txt:202213 - http://www.motherjones.com/politics/2014/09/e-cigarettes-regulation-tobacco-warning-labels-menthol
RS_2014-09.bz2.deduped.txt:202239 - http://www.motherjones.com/media/2014/09/taco-bell-menu-jurafsky-language-food
RS_2014-09.bz2.deduped.txt:202298 - http://www.motherjones.com/environment/2014/09/naomi-klein-inquiring-minds
RS_2014-09.bz2.deduped.txt:210160 - http://www.motherjones.com/mojo/2014/09/income-inequality-top-ten-percent-half-income
RS_2014-09.bz2.deduped.txt:210373 - http://www.motherjones.com/kevin-drum/2014/09/heres-yet-another-rage-inducing-scam-american-health-care-system
RS_2014-09.bz2.deduped.txt:210604 - http://www.motherjones.com/politics/2014/09/police-departments-struggle-return-pentagon-military-surplus-gear
RS_2014-09.bz2.deduped.txt:211937 - http://www.motherjones.com/environment/2014/09/antarctic-ice-melt-causes-small-shift-gravity
RS_2014-09.bz2.deduped.txt:212459 - http://www.motherjones.com/politics/2014/09/swiss-aid-worker-isis-tweet
RS_2014-09.bz2.deduped.txt:213242 - http://www.motherjones.com/politics/2014/09/mitt-romney-latest-excuse-47-percent-remarks

RS_2014-09.bz2.deduped.txt:215429 - http://www.motherjones.com/mojo/2014/09/first-us-case-ebola-confirmed

RS_2012-08.bz2.deduped.txt:202 - http://www.motherjones.com/mojo/2012/08/ted-cruz-texas-senate-conspiracy-theories

RS_2012-08.bz2.deduped.txt:1705 - http://www.motherjones.com/mojo/2012/08/free-birth-control-day-not-all-911

RS_2012-08.bz2.deduped.txt:1819 - http://www.motherjones.com/mojo/2012/07/where-have-all-good-jobs-gone

RS_2012-08.bz2.deduped.txt:2006 - http://www.motherjones.com/blue-marble/2012/08/maps-fracking-disclosure-laws-your-backyard

RS_2012-08.bz2.deduped.txt:2010 - http://www.motherjones.com/tom-philpott/2012/08/fda-spying-on-scientists

RS_2012-08.bz2.deduped.txt:4535 - http://www.motherjones.com/blue-marble/2012/07/taking-world-storm

RS_2012-08.bz2.deduped.txt:6027 - http://www.motherjones.com/mojo/2012/07/obama-arms-trade-treaty

RS_2012-08.bz2.deduped.txt:6662 - http://www.motherjones.com/mojo/2012/08/romneys-reading-comprehension-problem

RS_2012-08.bz2.deduped.txt:7442 - http://www.motherjones.com/politics/2012/08/cybercrime-one-trillion-symantec-macafee

RS_2012-08.bz2.deduped.txt:7976 - http://www.motherjones.com/mojo/2012/07/rick-scott-docs-vs-glocks

RS_2012-08.bz2.deduped.txt:9170 - http://www.motherjones.com/politics/2012/07/kim-jong-un-amusement-park-photo-british-diplomat

RS_2012-08.bz2.deduped.txt:10478 - http://www.motherjones.com/blue-marble/2012/08/video-highlights-senate-hearing-climate-change

RS_2012-08.bz2.deduped.txt:10901 - http://www.motherjones.com/politics/2012/08/irs-fec-political-groups-gone-wild

RS_2012-08.bz2.deduped.txt:14221 - http://www.motherjones.com/kevin-drum/2012/08/bonus-chart-day-public-vs-private-employment-under-bush-and-obama

RS_2012-08.bz2.deduped.txt:15053 - http://www.motherjones.com/mojo/2012/08/mark-clayton-tennessee-democrats-senate

RS_2012-08.bz2.deduped.txt:15430 - http://www.motherjones.com/blue-marble/2012/08/wall-street-journals-long-war-science?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2FTheBlueMarble+%28Mother+Jones+%7C+The+Blue+Marble%29

RS_2012-08.bz2.deduped.txt:15559 - http://www.motherjones.com/media/2012/07/chicago-food-desert-urban-farming

RS_2012-08.bz2.deduped.txt:15926 - http://www.motherjones.com/politics/2012/08/super-pac-dark-money-charts-sheldon-adelson-demos

RS_2012-08.bz2.deduped.txt:20363 - http://www.motherjones.com/bush_war_timeline

RS_2012-08.bz2.deduped.txt:20554 - http://www.motherjones.com/politics/2012/08/kerry-bentivolio-michigan-mccotter

RS_2012-08.bz2.deduped.txt:20621 - http://www.motherjones.com/kevin-drum/2012/08/repeat-after-me-person-person-person

RS_2012-08.bz2.deduped.txt:21087 - http://www.motherjones.com/blue-marble/2012/08/california-climate-change-adaptation-plan

RS_2012-08.bz2.deduped.txt:23488 - http://www.motherjones.com/blue-marble/2012/08/greenland-glaciers-melting

RS_2012-08.bz2.deduped.txt:23700 - http://www.motherjones.com/kevin-drum/2012/08/nobody-likes-mitt-romney?utm_medium=twitter&utm_source=twitterfeed

RS_2012-08.bz2.deduped.txt:23786 - http://www.motherjones.com/blue-marble/2012/08/wall-street-journals-long-war-science

RS_2012-08.bz2.deduped.txt:23809 - http://www.motherjones.com/mojo/2012/08/corn-hardball-whats-romney-hiding-his-tax-returns

RS_2012-08.bz2.deduped.txt:24093 - http://m.motherjones.com/politics/2012/08/cybercrime-one-trillion-symantec-macafee

RS_2012-08.bz2.deduped.txt:24205 - http://www.motherjones.com/kevin-drum/2012/08/nobody-likes-mitt-romney

RS_2012-08.bz2.deduped.txt:25143 - http://www.motherjones.com/kevin-drum/2012/08/harry-reid-doubles-down

RS_2012-08.bz2.deduped.txt:26520 - http://www.motherjones.com/politics/2012/08/why-romney-should-pick-mccain-veep

RS_2012-08.bz2.deduped.txt:27352 - http://www.motherjones.com/kevin-drum/2012/08/no-barack-obama-isnt-trying-undermine-military-voters

RS_2012-08.bz2.deduped.txt:27636 - http://www.motherjones.com/mojo/2012/08/wade-michael-page-tattoos-sikh-temple-shooting

RS_2012-08.bz2.deduped.txt:28549 - http://www.motherjones.com/mojo/2012/08/pregnant-no-school-you-louisiana-charter?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed:+Motherjones/mojoblog+(MotherJones.com+|+MoJoBlog)

RS_2012-08.bz2.deduped.txt:28978 - http://www.motherjones.com/kevin-drum/2012/08/chart-day-algobot-wars-now-rule-wall-street?utm_medium=twitter&utm_source=twitterfeed

RS_2012-08.bz2.deduped.txt:29119 - http://www.motherjones.com/politics/2012/08/allen-west-tea-party-congressman

RS_2012-08.bz2.deduped.txt:29734 - http://www.motherjones.com/environment/2012/08/climate-change-diseases

RS_2012-08.bz2.deduped.txt:30445 - http://www.motherjones.com/politics/2012/08/shit-allen-west-says-video-anthology

RS_2012-08.bz2.deduped.txt:31166 - http://www.motherjones.com/tom-philpott/2012/08/biotech-gmo-deregulation

RS_2012-08.bz2.deduped.txt:33133 - http://www.motherjones.com/media/2012/08/uzodinma-iweala-aids-africa

RS_2012-08.bz2.deduped.txt:34403 - http://www.motherjones.com/blue-marble/2012/07/photos-evangelical-curricula-louisiana-tax-dollars?fb_action_ids=3390603610612&fb_action_types=og.likes&fb_source=aggregation&fb_aggregation_id=288381481237582

RS_2012-08.bz2.deduped.txt:34896 - http://www.motherjones.com/tom-philpott/2012/08/biotech-gmo-labeling-california

RS_2012-08.bz2.deduped.txt:34985 - http://m.motherjones.com/blue-marble/2012/07/photos-evangelical-curricula-louisiana-tax-

dollars?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%253A+motherjon
es%252FTheBlueMarble+%2528Mother+Jones+%257C+The+Blue+Marble%2529
RS_2012-08.bz2.deduped.txt:35166 - http://www.motherjones.com/blue-marble/2012/07/photos-
evangelical-curricula-louisiana-tax-dollars
RS_2012-08.bz2.deduped.txt:35640 - http://www.motherjones.com/kevin-
drum/2012/08/louisiana-schools-all-set-become-subsidiaries-christian-church
RS_2012-08.bz2.deduped.txt:35725 - http://www.motherjones.com/mojo/2012/08/texas-
standard-executions-john-steinbeck
RS_2012-08.bz2.deduped.txt:36101 - http://www.motherjones.com/mojo/2012/08/pregnant-no-
school-you-louisiana-charter
RS_2012-08.bz2.deduped.txt:36773 - http://www.motherjones.com/politics/2012/08/mitt-ann-
romney-multiple-sclerosis
RS_2012-08.bz2.deduped.txt:36870 - http://m.motherjones.com/environment/2012/08/curiosity-
help-scientists-test-earths-climate-models
RS_2012-08.bz2.deduped.txt:39799 - http://www.motherjones.com/kevin-drum/2012/08/mitt-
romney-suddenly-decides-support-universal-
healthcare?utm_medium=twitter&utm_source=twitterfeed
RS_2012-08.bz2.deduped.txt:39936 - http://m.motherjones.com/blue-marble/2012/07/photos-
evangelical-curricula-louisiana-tax-dollars
RS_2012-08.bz2.deduped.txt:40248 - http://www.motherjones.com/mojo/2012/08/romney-flack-
promoted-climate-denial-behalf-exxon
RS_2012-08.bz2.deduped.txt:40416 - http://www.motherjones.com/politics/2012/07/claire-
mccaskill-missouri-karl-rove
RS_2012-08.bz2.deduped.txt:40524 - http://www.motherjones.com/mojo/2012/08/romney-flack-
promoted-climate-denial-behalf-
exxon?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones
%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29
RS_2012-08.bz2.deduped.txt:41351 - http://www.motherjones.com/politics/2012/07/will-
obamacare-kill-white-castle
RS_2012-08.bz2.deduped.txt:41545 - http://www.motherjones.com/kevin-drum/2012/08/tea-
party-shoots-itself-foot-again?utm_medium=twitter&utm_source=twitterfeed
RS_2012-08.bz2.deduped.txt:41651 - http://www.motherjones.com/politics/2012/08/kerry-
bentivolio-win-michigan-mccotter
RS_2012-08.bz2.deduped.txt:43875 - http://www.motherjones.com/tom-
philpott/2012/08/monsanto-superweeds-and-superinsects-compounding-drought-damage-corn-
country
RS_2012-08.bz2.deduped.txt:47473 - http://www.motherjones.com/blue-
marble/2012/08/medical-journal-dings-komen-overstating-benefits-breast-cancer-screening
RS_2012-08.bz2.deduped.txt:48045 - http://www.motherjones.com/politics/2012/08/campaign-
finance-timeline-dark-money
RS_2012-08.bz2.deduped.txt:48099 - http://www.motherjones.com/politics/2012/08/sikh-
temple-killings-preventable-homeland-security
RS_2012-08.bz2.deduped.txt:49152 - http://www.motherjones.com/politics/2012/08/foreign-
dark-money-2012-election-nonprofit
RS_2012-08.bz2.deduped.txt:49918 - http://www.motherjones.com/politics/2012/07/you-cant-
equate-your-sin-my-skin

RS_2012-08.bz2.deduped.txt:50371 - http://www.motherjones.com/kevin-drum/2012/08/great-hfc-23-scam

RS_2012-08.bz2.deduped.txt:52537 - http://www.motherjones.com/mixed-media/2012/08/film-review-the-campaign-will-ferrell-zach-galifianakis-koch-brothers

RS_2012-08.bz2.deduped.txt:52965 - http://www.motherjones.com/photoessays/2011/10/60s-remembered/spiegelman-comics-acid

RS_2012-08.bz2.deduped.txt:53025 - http://www.motherjones.com/mojo/2012/08/how-religious-rights-favorite-historian-fell-apart?google_editors_picks=true

RS_2012-08.bz2.deduped.txt:53310 - http://www.motherjones.com/mojo/2012/08/paid-sick-leave-new-york-christine-quinn

RS_2012-08.bz2.deduped.txt:54038 - http://www.motherjones.com/mojo/2012/08/andrew-mccarthys-defense-mccarthyism

RS_2012-08.bz2.deduped.txt:54061 - http://www.motherjones.com/tom-philpott/2012/08/biotech-battle-royale-team-organic-swamping-team-agrichemical-cali-labeling-fig

RS_2012-08.bz2.deduped.txt:54262 - http://www.motherjones.com/kevin-drum/2012/08/politifact-delivers-peculiar-half-truth

RS_2012-08.bz2.deduped.txt:54367 - http://www.motherjones.com/kevin-drum/2012/08/politifact-delivers-peculiar-half-truth?utm_source=twitterfeed&utm_medium=twitter

RS_2012-08.bz2.deduped.txt:54433 - http://www.motherjones.com/kevin-drum/2012/08/lead-in-tap-water

RS_2012-08.bz2.deduped.txt:55813 - http://www.motherjones.com/kevin-drum/2012/08/mitt-romney-sure-does-lie-lot-doesnt-he

RS_2012-08.bz2.deduped.txt:55886 - http://www.motherjones.com/media/2012/08/marcus-samuelsson-red-rooster-interview

RS_2012-08.bz2.deduped.txt:56536 - http://www.motherjones.com/media/2012/08/fiore-cartoon-political-money-crossroads-gps

RS_2012-08.bz2.deduped.txt:57737 - http://www.motherjones.com/mojo/2012/08/david-koch-mitt-romney-delegate

RS_2012-08.bz2.deduped.txt:60404 - http://www.motherjones.com/kevin-drum/2012/08/romney-picks-ryan-hopes-everyone-will-now-stop-asking-about-his-taxes?utm_medium=twitter&utm_source=twitterfeed

RS_2012-08.bz2.deduped.txt:60629 - http://www.motherjones.com/mojo/2012/08/rep-paul-ryan-mitt-romney-running-mate-vp

RS_2012-08.bz2.deduped.txt:60775 - http://www.motherjones.com/blue-marble/2012/08/bps-olympic-ads-are-helping-deepwater-horizon-go-away

RS_2012-08.bz2.deduped.txt:61424 - http://www.motherjones.com/mojo/2012/08/its-almost-official-paul-ryan-be-romneys-running-mate

RS_2012-08.bz2.deduped.txt:62221 - http://www.motherjones.com/mojo/2012/08/crossroads-gps-heidi-heitkamp-north-dakota-senate

RS_2012-08.bz2.deduped.txt:64897 - http://www.motherjones.com/transition/inter.php?dest=http://www.motherjones.com/kevin-drum/2012/08/my-reactions-ryan-reaction

RS_2012-08.bz2.deduped.txt:66621 - http://www.motherjones.com/mojo/2012/08/rep-paul-ryan-mitt-romney-running-mate-vp?google_editors_picks=true

RS_2012-08.bz2.deduped.txt:66651 - http://m.motherjones.com/mixed-media/2012/08/film-review-the-campaign-will-ferrell-zach-galifianakis-koch-brothers
RS_2012-08.bz2.deduped.txt:68546 - http://www.motherjones.com/media/2012/08/explosive-growth-profit-higher-education-numbers#
RS_2012-08.bz2.deduped.txt:68719 - http://www.motherjones.com/mojo/2012/08/romneys-60-minutes-tax-whopper
RS_2012-08.bz2.deduped.txt:68986 - http://www.motherjones.com/mojo/2012/08/paul-ryan-charts
RS_2012-08.bz2.deduped.txt:70699 - http://www.motherjones.com/politics/2012/08/jim-bopp-dark-money-citizens-united-super-pac
RS_2012-08.bz2.deduped.txt:70707 - http://www.motherjones.com/kevin-drum/2012/08/person-voter-fraud-it-doesnt-exist-we-must-stamp-it-out-anyway
RS_2012-08.bz2.deduped.txt:70772 - http://www.motherjones.com/media/2012/08/explosive-growth-profit-higher-education-numbers
RS_2012-08.bz2.deduped.txt:70825 - http://www.motherjones.com/blue-marble/2012/08/kitty-cams-shocking-truth
RS_2012-08.bz2.deduped.txt:73085 - http://www.motherjones.com/politics/2012/08/paul-ryan-abortion-ivf-romney-kids-criminals
RS_2012-08.bz2.deduped.txt:73404 - http://www.motherjones.com/politics/2012/08/war-chalk-arrests
RS_2012-08.bz2.deduped.txt:75748 - http://www.motherjones.com/kevin-drum/2012/08/smart-republicans-not-happy-about-going-down-paul-ryan-ship
RS_2012-08.bz2.deduped.txt:76666 - http://www.motherjones.com/mixed-media/2012/08/wesley-clark-todd-palin-nick-lachey-blow-things-america-stars-earn-stripes-nbc
RS_2012-08.bz2.deduped.txt:77385 - http://www.motherjones.com/mojo/2012/08/paul-ryan-libertarian-chart
RS_2012-08.bz2.deduped.txt:77722 - http://www.motherjones.com/kevin-drum/2012/08/paul-ryan-still-says-he-wants-take-away-some-mysteriously-fuzzy-tax-shelters-rich
RS_2012-08.bz2.deduped.txt:78880 - http://www.motherjones.com/blue-marble/2012/08/obama-announces-federal-aid-drought-stricken-agriculture-industry
RS_2012-08.bz2.deduped.txt:80821 - http://www.motherjones.com/politics/2012/08/impunity-rendition-abroad-torture-bush-obama
RS_2012-08.bz2.deduped.txt:81936 - http://www.motherjones.com/politics/2006/03/split-within-organized-labor
RS_2012-08.bz2.deduped.txt:82690 - http://www.motherjones.com/politics/2009/09/end-factory-line
RS_2012-08.bz2.deduped.txt:82815 - http://www.motherjones.com/environment/2012/08/rhino-horn-trade-explained
RS_2012-08.bz2.deduped.txt:82869 - http://www.motherjones.com/mojo/2012/08/no-chicago-not-more-dangerous-afghanistan
RS_2012-08.bz2.deduped.txt:83194 - http://www.motherjones.com/mojo/2012/08/obama-200-fundraisers-romney-record
RS_2012-08.bz2.deduped.txt:83675 - http://www.motherjones.com/politics/2012/08/tammy-baldwin-wisconsin-senate
RS_2012-08.bz2.deduped.txt:84217 - http://www.motherjones.com/mojo/2012/08/ted-yoho-cliff-stearns

RS_2012-08.bz2.deduped.txt:84630 - http://www.motherjones.com/blue-marble/2012/08/menstruating-women-do-not-attract-bear-attacks
RS_2012-08.bz2.deduped.txt:85247 - http://www.motherjones.com/kevin-drum/2012/08/mitt-romney-still-unprepared-questions-about-paul-ryans-medicare-plan
RS_2012-08.bz2.deduped.txt:91588 - http://www.motherjones.com/mojo/2012/08/court-warrant-cellphone-gps-data
RS_2012-08.bz2.deduped.txt:92138 - http://www.motherjones.com/politics/2012/07/harold-ickes-priorities-usa-action-obama
RS_2012-08.bz2.deduped.txt:92238 - http://www.motherjones.com/kevin-drum/2012/08/mitt-romneys-great-tax-loophole-scam
RS_2012-08.bz2.deduped.txt:92241 - http://www.motherjones.com/mojo/2012/08/paul-ryan-frattiest-veep-candidate-american-history
RS_2012-08.bz2.deduped.txt:92394 - http://www.motherjones.com/politics/2012/08/26-corporations-paid-ceo-more-than-uncle-sam
RS_2012-08.bz2.deduped.txt:92821 - http://www.motherjones.com/politics/2012/08/anti-islam-ads-mta-muni
RS_2012-08.bz2.deduped.txt:96289 - http://www.motherjones.com/kevin-drum/2012/08/programming-note-ryan-2013-not-ryan-2012
RS_2012-08.bz2.deduped.txt:96320 - http://www.motherjones.com/kevin-drum/2012/08/programming-note-ryan-2013-not-ryan-2012?utm_medium=twitter&utm_source=twitterfeed
RS_2012-08.bz2.deduped.txt:96769 - http://www.motherjones.com/politics/2012/07/what-is-pussy-riot-explained
RS_2012-08.bz2.deduped.txt:97188 - http://www.motherjones.com/politics/2012/08/kentucky-safety-toyo-tina-hall
RS_2012-08.bz2.deduped.txt:97701 - http://www.motherjones.com/politics/2012/08/romney-ryan-family-planning-clinics
RS_2012-08.bz2.deduped.txt:98546 - http://www.motherjones.com/kevin-drum/2012/08/will-democrats-keep-control-senate-because-paul-ryan
RS_2012-08.bz2.deduped.txt:100771 - http://www.motherjones.com/mixed-media/2012/08/us-women-olympic-athletes-medals
RS_2012-08.bz2.deduped.txt:100792 - http://www.motherjones.com/mojo/2012/08/josh-mandel-ohio-senate-southern-accent
RS_2012-08.bz2.deduped.txt:104116 - http://www.motherjones.com/blue-marble/2012/08/fukushima-radiation-causing-mutations-butterflies-0
RS_2012-08.bz2.deduped.txt:105266 - http://www.motherjones.com/mojo/2012/08/todd-akin-paul-ryan-redefining-rape
RS_2012-08.bz2.deduped.txt:106078 - http://www.motherjones.com/kevin-drum/2012/08/paul-ryan-bailouts-me-not-thee
RS_2012-08.bz2.deduped.txt:106086 - http://www.motherjones.com/kevin-drum/2012/08/paul-ryan-and-problem-competitive-bidding
RS_2012-08.bz2.deduped.txt:109616 - http://www.motherjones.com/kevin-drum/2011/11/explaining-existence-mcrib
RS_2012-08.bz2.deduped.txt:110055 - http://www.motherjones.com/mojo/2012/08/muni-pamela-geller-anti-muslim-ads-savage

RS_2012-08.bz2.deduped.txt:111846 - http://www.motherjones.com/mojo/2012/08/rep-todd-akin-wrong-not-alone
RS_2012-08.bz2.deduped.txt:111858 - http://www.motherjones.com/mixed-media/2012/08/crime-reporting-homicide-watch-kickstarter
RS_2012-08.bz2.deduped.txt:113340 - http://www.motherjones.com/mojo/2012/08/utah-mia-love-obamacare-romney
RS_2012-08.bz2.deduped.txt:113575 - http://www.motherjones.com/mojo/2012/08/todd-akin-paul-ryan-redefining-rape?mrefid=twitter
RS_2012-08.bz2.deduped.txt:113956 - http://www.motherjones.com/mojo/2012/08/utah-mia-love-obamacare-romney?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29
RS_2012-08.bz2.deduped.txt:114762 - http://www.motherjones.com/kevin-drum/2012/08/three-questions-mitt-romney-will-never-answer?utm_medium=twitter&utm_source=twitterfeed
RS_2012-08.bz2.deduped.txt:116464 - http://motherjones.com/politics/2012/03/kamal-saleem-former-terrorist-islamophobia
RS_2012-08.bz2.deduped.txt:116639 - http://www.motherjones.com/mojo/2012/08/gop-platform-akin-abortion-rape
RS_2012-08.bz2.deduped.txt:117787 - http://www.motherjones.com/politics/2012/08/sex-segregation-schools-aclu
RS_2012-08.bz2.deduped.txt:117792 - http://www.motherjones.com/tom-philpott/2012/08/kids-cholesterol-trans-fat
RS_2012-08.bz2.deduped.txt:118026 - http://www.motherjones.com/politics/2012/08/americans-united-for-life-anti-abortion-transvaginal-ultrasound
RS_2012-08.bz2.deduped.txt:118048 - http://www.motherjones.com/media/2012/08/problem-men-explaining-things-rebecca-solnit
RS_2012-08.bz2.deduped.txt:118603 - http://www.motherjones.com/blue-marble/2012/08/texas-west-nile-virus
RS_2012-08.bz2.deduped.txt:122583 - http://www.motherjones.com/mojo/2012/08/christian-group-accuses-gop-political-gang-rape-against-todd-akin
RS_2012-08.bz2.deduped.txt:123110 - http://www.motherjones.com/environment/2012/08/skinny-jeans-environmental-impact
RS_2012-08.bz2.deduped.txt:123158 - http://m.motherjones.com/media/2012/08/problem-men-explaining-things-rebecca-solnit
RS_2012-08.bz2.deduped.txt:124278 - http://www.motherjones.com/media/2012/08/mission-high-false-low-performing-school
RS_2012-08.bz2.deduped.txt:125299 - http://www.motherjones.com/mojo/2012/08/paul-ryan-cosponsored-all-most-extreme-anti-abortion-bills
RS_2012-08.bz2.deduped.txt:125314 - http://www.motherjones.com/politics/2012/08/kids-school-test-scores-charts-kevin-drum
RS_2012-08.bz2.deduped.txt:126721 - http://www.motherjones.com/politics/2012/08/flowchart-can-i-get-pregnant
RS_2012-08.bz2.deduped.txt:129409 - http://www.motherjones.com/mojo/2012/08/romney-wont-talk-about-abortion-or-akin?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2012-08.bz2.deduped.txt:129529 - http://www.motherjones.com/mojo/2012/08/romney-wont-talk-about-abortion-or-akin

RS_2012-08.bz2.deduped.txt:129548 - http://www.motherjones.com/media/2012/08/watch-house-science-and-ladyparts-committee-fiore-cartoon

RS_2012-08.bz2.deduped.txt:130799 - http://www.motherjones.com/politics/2004/09/way-it-was?page=1

RS_2012-08.bz2.deduped.txt:131259 - http://www.motherjones.com/politics/2004/09/way-it-was

RS_2012-08.bz2.deduped.txt:131581 - http://www.motherjones.com/mojo/2012/08/fox-news-outs-navy-seal-confirms-double-standard-secrecy

RS_2012-08.bz2.deduped.txt:131853 - https://www.motherjones.com/img_assist/popup/191916

RS_2012-08.bz2.deduped.txt:131891 - http://www.motherjones.com/blue-marble/2012/08/severe-drought-mississippi-river-space

RS_2012-08.bz2.deduped.txt:131939 - http://www.motherjones.com/politics/2012/08/nypd-muslim-surveillance-transcript-redacted

RS_2012-08.bz2.deduped.txt:132921 - http://www.motherjones.com/politics/2012/08/tammy-duckworth-versus-joe-walsh-congress

RS_2012-08.bz2.deduped.txt:134422 - http://m.motherjones.com/politics/2012/08/flowchart-can-i-get-pregnant

RS_2012-08.bz2.deduped.txt:134719 - http://www.motherjones.com/kevin-drum/2012/08/comforting-little-lie-seniors-all-tell-themselves

RS_2012-08.bz2.deduped.txt:135506 - http://www.motherjones.com/mojo/2012/08/romney-birtherism-joke-michigan

RS_2012-08.bz2.deduped.txt:136524 - http://www.motherjones.com/media/2012/08/mission-high-false-low-performing-school?src=longreads

RS_2012-08.bz2.deduped.txt:137322 - http://www.motherjones.com/kevin-drum/2012/08/american-doctors-hospitals-and-pharmaceutical-companies-are-overpaid

RS_2012-08.bz2.deduped.txt:137456 - http://www.motherjones.com/kevin-drum/2012/08/what-ever-became-george-w-bush

RS_2012-08.bz2.deduped.txt:138710 - http://www.motherjones.com/blue-marble/2012/08/republicans-attempt-axe-program-monitoring-carcinogens

RS_2012-08.bz2.deduped.txt:139086 - http://www.motherjones.com/politics/2012/08/rapist-seeks-child-custody-shauna-prewitt

RS_2012-08.bz2.deduped.txt:139181 - http://www.motherjones.com/kevin-drum/2012/08/romneys-tax-returns-are-hurting-him-badly

RS_2012-08.bz2.deduped.txt:139188 - http://www.motherjones.com/mojo/2012/08/2012-republican-and-democratic-conventions-numbers

RS_2012-08.bz2.deduped.txt:141669 - http://www.motherjones.com/kevin-drum/2012/08/no-obama-didnt-steal-money-medicare-trust-fund

RS_2012-08.bz2.deduped.txt:144743 - http://www.motherjones.com/mojo/2012/08/5-dumb-things-romney-has-said-lately

RS_2012-08.bz2.deduped.txt:150806 - http://www.motherjones.com/mojo/2012/08/mitt-romney-public-financing-president-election

RS_2012-08.bz2.deduped.txt:151066 - http://www.motherjones.com/politics/2012/08/history-mitt-romney-30-objects

RS_2012-08.bz2.deduped.txt:151223 - http://www.motherjones.com/mojo/2012/08/men-defining-rape-history

RS_2012-08.bz2.deduped.txt:152175 - http://www.motherjones.com/blue-marble/2012/08/republicans-attempt-ax-program-monitoring-carcinogens
RS_2012-08.bz2.deduped.txt:153932 - http://www.motherjones.com/politics/2012/08/bob-kerrey-nebraska-senate
RS_2012-08.bz2.deduped.txt:153936 - http://www.motherjones.com/politics/2012/08/mitt-romney-gop-how-low-will-they-go
RS_2012-08.bz2.deduped.txt:154770 - http://www.motherjones.com/mojo/2012/08/corn-msnbc-romney-dressage-rafalca
RS_2012-08.bz2.deduped.txt:156088 - http://www.motherjones.com/mojo/2012/08/gop-platform-soft-money-republican-convention#
RS_2012-08.bz2.deduped.txt:157986 - http://www.motherjones.com/mojo/2012/08/ohio-miners-required-attend-romney-rally
RS_2012-08.bz2.deduped.txt:158488 - http://www.motherjones.com/politics/2012/08/republican-national-convention-tampa-mitt-romney-paul-ryan
RS_2012-08.bz2.deduped.txt:159794 - http://www.motherjones.com/blue-marble/2012/08/arctic-ice-shatters-melt-record
RS_2012-08.bz2.deduped.txt:162819 - http://www.motherjones.com/mojo/2012/08/mitt-romney-party-yacht-cracker-bay
RS_2012-08.bz2.deduped.txt:163712 - http://www.motherjones.com/mojo/2012/08/ron-paul-supporters-rebel-convention-floor-fuck-you-tyrants
RS_2012-08.bz2.deduped.txt:163753 - http://www.motherjones.com/kevin-drum/2012/08/lies-damn-lies-and-mitt-romney
RS_2012-08.bz2.deduped.txt:164047 - http://www.motherjones.com/blue-marble/2012/08/liberty-will-protect-environment-and-other-funny-stuff-gop-platform
RS_2012-08.bz2.deduped.txt:164256 - http://www.motherjones.com/mojo/2012/08/david-koch-blend-in-republican-convention-tampa
RS_2012-08.bz2.deduped.txt:164655 - http://www.motherjones.com/mojo/2012/08/ron-paul-supporters-rebel-convention-floor-fuck-you-tyrants?utm_source=twitterfeed&utm_medium=twitter
RS_2012-08.bz2.deduped.txt:165092 - http://www.motherjones.com/mojo/2012/08/gop-platform-defends-anti-gay-laws-africa
RS_2012-08.bz2.deduped.txt:165532 - http://www.motherjones.com/mojo/2012/08/gop-platform-bring-back-dadt-ban-same-sex-marriage
RS_2012-08.bz2.deduped.txt:166551 - http://www.motherjones.com/mojo/2012/08/businessman-republican-convention-you-didnt-build-that-loan
RS_2012-08.bz2.deduped.txt:166593 - http://www.motherjones.com/tom-philpott/2012/08/want-avoid-thirsty-future-eat-less-meat
RS_2012-08.bz2.deduped.txt:166628 - http://www.motherjones.com/politics/2012/08/rnc-ann-romney-chris-christie-speeches
RS_2012-08.bz2.deduped.txt:166672 - http://www.motherjones.com/mojo/2012/08/charts-us-arms-sales-overseas-triples
RS_2012-08.bz2.deduped.txt:167216 - http://www.motherjones.com/kevin-drum/2012/08/republicans-are-responsible-our-soaring-national-debt

RS_2012-08.bz2.deduped.txt:167970 - http://www.motherjones.com/mojo/2012/08/paul-ryan-defends-redefinition-rape-just-stock-language

RS_2012-08.bz2.deduped.txt:169631 - http://www.motherjones.com/mojo/2012/08/sharron-angle-gop-convention-platform-romney

RS_2012-08.bz2.deduped.txt:170828 - http://www.motherjones.com/mojo/2012/08/charts-republican-platforms-then-and-now

RS_2012-08.bz2.deduped.txt:170940 - http://www.motherjones.com/politics/2012/08/ryan-speech-romney-tea-party

RS_2012-08.bz2.deduped.txt:171085 - http://www.motherjones.com/politics/2012/08/back-school-sex-ed-gop-lawmakers

RS_2012-08.bz2.deduped.txt:173177 - http://www.motherjones.com/blue-marble/2012/08/crazy-ideas-coral-reefs

RS_2012-08.bz2.deduped.txt:174467 - http://www.motherjones.com/mojo/2012/08/obama-citizens-united-constitutional-amendment-reddit

RS_2012-08.bz2.deduped.txt:175659 - http://www.motherjones.com/mixed-media/2012/08/gay-marriage-seed-art-minnesota-state-fair

RS_2012-08.bz2.deduped.txt:176557 - http://www.motherjones.com/mojo/2012/08/what-other-countries-are-saying-about-clints-speech

RS_2012-08.bz2.deduped.txt:176761 - http://www.motherjones.com/mojo/2012/08/mitt-romney-accidentally-calls-united-states-company

RS_2012-08.bz2.deduped.txt:177199 - http://www.motherjones.com/kevin-drum/2012/08/its-official-no-one-will-ever-be-prosecuted-bush-era-torture

RS_2012-08.bz2.deduped.txt:178019 - http://www.motherjones.com/mojo/2012/08/gop-platform-5-weirdest-items

RS_2012-08.bz2.deduped.txt:179177 - http://www.motherjones.com/kevin-drum/2012/08/paul-ryans-grim-vision-america?mrefid=twitter

RS_2012-08.bz2.deduped.txt:179219 - http://www.motherjones.com/blue-marble/2012/08/california-carbon-trading-diagram

RS_2012-08.bz2.deduped.txt:179351 - http://www.motherjones.com/mojo/2012/08/pat-buchanan-gop-convention-tampa

RS_2012-08.bz2.deduped.txt:179460 - http://www.motherjones.com/kevin-drum/2012/08/paul-ryans-grim-vision-america

RS_2012-08.bz2.deduped.txt:180163 - http://www.motherjones.com/mojo/2012/08/video-clint-eastwood-chair-republican-convention

RS_2012-08.bz2.deduped.txt:180302 - http://www.motherjones.com/mojo/2012/08/david-barton-gop-platform-tampa

RS_v2_2007-03.xz.deduped.txt:802 - http://www.motherjones.com/news/outfront/2007/03/brad_pitt_and_the_girl_guerrillas.html

RS_v2_2007-03.xz.deduped.txt:948 - http://www.motherjones.com/news/feature/1997/03/hawken.html

RS_v2_2007-03.xz.deduped.txt:1765 - http://www.motherjones.com/washington_dispatch/2007/03/iraqi_oil_agreement.html

RS_v2_2007-03.xz.deduped.txt:2462 - http://www.motherjones.com/news/featurex/2007/03/aftermath_II.html

RS_v2_2007-03.xz.deduped.txt:5086 - http://www.motherjones.com/mojoblog/archives/2007/03/3862_california_woma.html

RS_v2_2007-03.xz.deduped.txt:5260 -
http://www.motherjones.com/commentary/columns/2007/03/iwaste.html
RS_v2_2007-03.xz.deduped.txt:5483 -
http://www.motherjones.com/blue_marble_blog/archives/2007/03/3856_even_camels_are.html
RS_v2_2007-03.xz.deduped.txt:6271 -
http://www.motherjones.com/mojoblog/archives/2007/03/3891_right_wing_back.html
RS_v2_2007-03.xz.deduped.txt:7332 -
http://www.motherjones.com/news/feature/2007/03/thrown_to_the_assassins.html
RS_v2_2007-03.xz.deduped.txt:7524 -
http://www.motherjones.com/news/feature/2007/03/breaking_the_news.html
RS_v2_2007-03.xz.deduped.txt:7623 -
http://www.motherjones.com/mojoblog/archives/2007/03/3957_yet_another_rea.html
RS_v2_2007-03.xz.deduped.txt:8193 -
http://www.motherjones.com/mojoblog/archives/2007/03/3963_police_spied_on.html
RS_v2_2007-03.xz.deduped.txt:8463 - http://www.motherjones.com/mojoblog/index.html#3964
RS_v2_2007-03.xz.deduped.txt:8869 -
http://www.motherjones.com/riff_blog/archives/2007/03/3988_time_caught_in.html
RS_v2_2007-03.xz.deduped.txt:9528 - http://www.motherjones.com/cgi-
bin/print_article.pl?url=http://www.motherjones.com/news/feature/2007/03/reversal_of_fortune.
html
RS_v2_2010-11.xz.deduped.txt:443 - http://motherjones.com/kevin-drum/2010/10/americas-
awful-healthcare
RS_v2_2010-11.xz.deduped.txt:565 - http://motherjones.com/politics/2010/10/tea-party-secret-
money-gotv
RS_v2_2010-11.xz.deduped.txt:1046 - http://motherjones.com/politics/2010/10/midterm-
elections-redistricting-strickland-kasich
RS_v2_2010-11.xz.deduped.txt:1324 - http://motherjones.com/mojo/2010/10/misinformation-
fake-flyer-houston-black-vote
RS_v2_2010-11.xz.deduped.txt:1669 - http://motherjones.com/mojo/2010/10/european-
companies-spend-big-block-climate-action-us
RS_v2_2010-11.xz.deduped.txt:3203 - http://motherjones.com/print/84871
RS_v2_2010-11.xz.deduped.txt:3672 - http://motherjones.com/mojo/2010/11/tea-party-black-
voter-intimidation-south-carolina
RS_v2_2010-11.xz.deduped.txt:3777 - http://motherjones.com/mojo/2010/11/tea-party-black-
voter-intimidation-south-carolina?sms_ss=reddit&at_xt=4cd05f3b5799355f,0
RS_v2_2010-11.xz.deduped.txt:3945 - http://motherjones.com/mojo/2010/11/sex-snitching-ring-
reported-massachusetts-prison
RS_v2_2010-11.xz.deduped.txt:3951 - http://motherjones.com/politics/2010/11/future-of-the-
tea-party
RS_v2_2010-11.xz.deduped.txt:3953 - http://motherjones.com/politics/2010/10/top-10-
republican-extremists
RS_v2_2010-11.xz.deduped.txt:4393 - http://motherjones.com/mojo/2010/11/rick-scott-alex-
sink-florida
RS_v2_2010-11.xz.deduped.txt:5365 - http://motherjones.com/politics/2010/11/2010-midterms-
campaign-finance-secret-spending
RS_v2_2010-11.xz.deduped.txt:5412 - http://motherjones.com/politics/2010/11/obamas-next-act

RS_v2_2010-11.xz.deduped.txt:8777 - http://motherjones.com/politics/2010/11/meet-your-112th-congress

RS_v2_2010-11.xz.deduped.txt:9371 - http://motherjones.com/mojo/2010/11/following-outside-money-2010

RS_v2_2010-11.xz.deduped.txt:9544 - http://motherjones.com/politics/2010/11/ralph-reeds-tea-party-evangelicals

RS_v2_2010-11.xz.deduped.txt:9893 - http://motherjones.com/blue-marble/2010/10/spill-commission-warnings-bad-cement-job-ignored

RS_v2_2010-11.xz.deduped.txt:10432 - http://motherjones.com/mojo/2010/11/grijalva-house-progressives-congress-obama

RS_v2_2010-11.xz.deduped.txt:10473 - http://motherjones.com/mojo/2010/11/stoners-against-legalization-3-most-pot-friendly-counties-cali-reject-prop-19

RS_v2_2010-11.xz.deduped.txt:10605 - http://motherjones.com/politics/2010/11/guantanamo-american-prison-industry

RS_v2_2010-11.xz.deduped.txt:10836 - http://motherjones.com/blue-marble/2010/11/dont-blame-canada

RS_v2_2010-11.xz.deduped.txt:11511 - http://motherjones.com/politics/2010/11/republican-decade-congressional-redistricting

RS_v2_2010-11.xz.deduped.txt:15971 - http://motherjones.com/politics/2010/11/gop-climate-investigations-issa-barton-sensenbrenner

RS_v2_2010-11.xz.deduped.txt:18160 - http://motherjones.com/blue-marble/2010/11/government-attacks-most-pesticide-laden-fruits-and-veggies-list

RS_v2_2010-11.xz.deduped.txt:19023 - http://motherjones.com/kevin-drum/2010/11/quote-day-goldbuggery

RS_v2_2010-11.xz.deduped.txt:19413 - http://motherjones.com/mojo/2010/11/texas-republican-literally-camps-out-file-immigration-bills

RS_v2_2010-11.xz.deduped.txt:20703 - http://motherjones.com/politics/2010/11/aiyana-stanley-jones-detroit

RS_v2_2010-11.xz.deduped.txt:22298 - http://motherjones.com/kevin-drum/2010/11/deficit-commission-serious

RS_v2_2010-11.xz.deduped.txt:31440 - http://motherjones.com/environment/2010/11/massey-arch-coal-blair-mountain

RS_v2_2010-11.xz.deduped.txt:32218 - http://motherjones.com/politics/2010/11/bush-decision-points-rove-plame-wilson

RS_v2_2010-11.xz.deduped.txt:33111 - http://motherjones.com/politics/2010/11/tea-party-civil-war

RS_v2_2010-11.xz.deduped.txt:33137 - http://motherjones.com/mojo/2010/11/christ-bryan-fischer-feminized-medal-honor-military

RS_v2_2010-11.xz.deduped.txt:33155 - http://motherjones.com/mojo/2010/11/week-police-shootings-oscar-grant

RS_v2_2010-11.xz.deduped.txt:35163 - http://motherjones.com/politics/2010/11/foreclosure-servicer-senate-washington

RS_v2_2010-11.xz.deduped.txt:37673 - http://motherjones.com/mojo/2010/11/inglis-slams-gop-climate-deniers

RS_v2_2010-11.xz.deduped.txt:37744 - http://motherjones.com/politics/2010/11/tea-party-agenda-21-un-sustainable-development

RS_v2_2010-11.xz.deduped.txt:38177 - http://motherjones.com/kevin-drum/2010/11/chart-day-conservative-economists

RS_v2_2010-11.xz.deduped.txt:40034 - http://motherjones.com/environment/2010/11/which-has-bigger-footprint-coal-plant-or-solar-farm

RS_v2_2010-11.xz.deduped.txt:41318 - http://motherjones.com/politics/2010/11/fiji-water-junta-david-roth

RS_v2_2010-11.xz.deduped.txt:41547 - http://motherjones.com/politics/2010/11/ahmed-khalfan-ghailani-verdict

RS_v2_2010-11.xz.deduped.txt:42190 - http://motherjones.com/mojo/2010/11/ron-paul-abolish-tsa

RS_v2_2010-11.xz.deduped.txt:42198 - http://motherjones.com/mojo/2010/11/bush-decision-points-wmds-iraq

RS_v2_2010-11.xz.deduped.txt:42233 - http://motherjones.com/kevin-drum/2010/11/israelification

RS_v2_2010-11.xz.deduped.txt:44557 - http://motherjones.com/politics/2010/11/vigilante-justice-oklahoma-indian-reservations

RS_v2_2010-11.xz.deduped.txt:44713 - http://motherjones.com/politics/2010/11/sarah-palin-pac-joshua-livestro

RS_v2_2010-11.xz.deduped.txt:45400 - http://motherjones.com/kevin-drum/2010/11/liberal-noise-machine

RS_v2_2010-11.xz.deduped.txt:47285 - http://motherjones.com/mojo/2010/11/whole-foods-health-care-crisis

RS_v2_2010-11.xz.deduped.txt:48016 - http://motherjones.com/environment/2010/11/joe-barton-wegman-report

RS_v2_2010-11.xz.deduped.txt:48687 - http://motherjones.com/media/2010/11/inside-bellevue-what-its-really-be-homeless-new-york-video

RS_v2_2010-11.xz.deduped.txt:48873 - http://motherjones.com/mojo/2010/11/invasion-body-scanners-airport-security-may-not-work-it-does-cause-cancer

RS_v2_2010-11.xz.deduped.txt:48972 - http://motherjones.com/kevin-drum/2010/11/my-tsa-anti-rant

RS_v2_2010-11.xz.deduped.txt:49549 - http://motherjones.com/politics/2010/11/when-congressmen-attack

RS_v2_2010-11.xz.deduped.txt:53172 - http://motherjones.com/politics/2010/11/democratic-hill-staff-unemployed

RS_v2_2010-11.xz.deduped.txt:53211 - http://motherjones.com/blue-marble/2010/11/bps-atlantis-still-operating-despite-warnings

RS_v2_2010-11.xz.deduped.txt:54492 - http://motherjones.com/mojo/2010/11/remembering-chalmers-johnson

RS_v2_2010-11.xz.deduped.txt:57619 - http://motherjones.com/mojo/2010/11/wikileaks-clinton-wanted-info-iranian-graffiti

RS_v2_2010-11.xz.deduped.txt:58227 - http://motherjones.com/environment/2011/01/electric-car-myths

RS_v2_2010-11.xz.deduped.txt:59005 - http://motherjones.com/environment/2010/11/fiji-water-announces-shutdown-world-freaks

RS_v2_2010-11.xz.deduped.txt:59139 - http://motherjones.com/print/79906

RS_v2_2010-11.xz.deduped.txt:60202 - http://motherjones.com/mojo/2010/11/sarah-palin-and-wikileaks-fail

RS_v2_2010-11.xz.deduped.txt:60720 - http://motherjones.com/mojo/2010/11/tsa-john-tyner-sane-airport-security-system

RS_v2_2010-11.xz.deduped.txt:60891 - http://motherjones.com/politics/2010/11/immigration-judge-case-overload

RS_v2_2010-11.xz.deduped.txt:61151 - http://motherjones.com/riff/2010/11/black-harvard-yale-alums-gangbangers

RS_v2_2010-11.xz.deduped.txt:62108 - http://motherjones.com/mojo/2010/11/army-gay-fat-soldier-dadt-lgbt

RS_2013-05.bz2.deduped.txt:93 - http://www.motherjones.com/mojo/2013/05/crickett-rifle-marketing-kids

RS_2013-05.bz2.deduped.txt:1433 - http://www.motherjones.com/politics/2013/05/nra-national-rifle-association-money-influence

RS_2013-05.bz2.deduped.txt:1664 - http://www.motherjones.com/kevin-drum/2013/04/high-speed-trading-fairy-tales-come-chicago

RS_2013-05.bz2.deduped.txt:2025 - http://www.motherjones.com/kevin-drum/2013/05/sohel-rana-now-most-hated-man-bangladesh

RS_2013-05.bz2.deduped.txt:5050 - http://www.motherjones.com/tom-philpott/2013/04/theres-fecal-bacteria-your-ground-turkey

RS_2013-05.bz2.deduped.txt:5323 - http://www.motherjones.com/politics/2013/05/10-worst-prisons-america-part-1-adx

RS_2013-05.bz2.deduped.txt:7711 - http://www.motherjones.com/mojo/2013/04/bloomberg-stop-and-frisk-racist

RS_2013-05.bz2.deduped.txt:8207 - http://www.motherjones.com/kevin-drum/2013/05/george-washington-himself-could-not-get-revenue-increase-out-todays-republicans

RS_2013-05.bz2.deduped.txt:8234 - http://www.motherjones.com/environment/2011/10/ringling-bros-elephant-abuse

RS_2013-05.bz2.deduped.txt:10053 - http://www.motherjones.com/politics/2013/05/mitt-romney-quiverfull-fundamentalist-family-planning-advice

RS_2013-05.bz2.deduped.txt:10076 - http://www.motherjones.com/politics/2013/04/supreme-court-cracks-down-public-records-access

RS_2013-05.bz2.deduped.txt:10280 - http://www.motherjones.com/blue-marble/2013/04/why-do-conservatives-waste-energy

RS_2013-05.bz2.deduped.txt:10880 - http://www.motherjones.com/kevin-drum/2013/05/chart-century-keeling-curve-edges-400-ppm

RS_2013-05.bz2.deduped.txt:11598 - http://www.motherjones.com/kevin-drum/2013/05/albany-most-average-city-america

RS_2013-05.bz2.deduped.txt:11688 - http://www.motherjones.com/mojo/2013/05/nomination-mel-watt-ed-demarco-fhfa-housing-fannie-freddie

RS_2013-05.bz2.deduped.txt:12691 - http://www.motherjones.com/politics/2013/05/dzhokhar-tsarnaev-girlfriend-boston-marathon-bombing-3-suspects

RS_2013-05.bz2.deduped.txt:12952 - http://www.motherjones.com/politics/2013/05/fertilizer-explode-plant-west-texas-nra

RS_2013-05.bz2.deduped.txt:13770 - http://www.motherjones.com/mojo/2013/04/brief-history-cia-ghost-money-afghanistan-karzai

RS_2013-05.bz2.deduped.txt:18224 - http://motherjones.com/mojo/2013/05/obama-admin-continues-blocking-access-emergency-contraception

RS_2013-05.bz2.deduped.txt:20193 - http://www.motherjones.com/environment/2013/05/what-if-we-never-run-out-oil

RS_2013-05.bz2.deduped.txt:20493 - http://www.motherjones.com/tom-philpott/2013/05/eu-ban-bee-harming-pesticides-puts-pressure-us-epa

RS_2013-05.bz2.deduped.txt:20585 - http://www.motherjones.com/mojo/2013/05/medical-marijuana-pets-dogs-cats-horses

RS_2013-05.bz2.deduped.txt:23252 - http://www.motherjones.com/mojo/2013/05/clarence-thomas-obama-elites-black-approve

RS_2013-05.bz2.deduped.txt:25300 - http://www.motherjones.com/mojo/2013/05/gitmo-detainee-explains-why-hes-hunger-strike

RS_2013-05.bz2.deduped.txt:25633 - http://www.motherjones.com/environment/2013/05/bengal-tiger-nepal-genome-dna

RS_2013-05.bz2.deduped.txt:28842 - http://www.motherjones.com/politics/2013/05/photos-hunger-strike-guantanamo-force-feeding

RS_2013-05.bz2.deduped.txt:29346 - http://www.motherjones.com/kevin-drum/2013/05/are-republicans-playing-jedi-mind-tricks-immigration-reform

RS_2013-05.bz2.deduped.txt:33703 - http://www.motherjones.com/politics/2013/05/public-defenders-gideon-supreme-court-charts

RS_2013-05.bz2.deduped.txt:35271 - http://www.motherjones.com/environment/2013/05/study-lead-metals-lipstick-top-20

RS_2013-05.bz2.deduped.txt:35645 - http://www.motherjones.com/mojo/2013/05/ohio-tea-party-kasich-insurrection-medicaid

RS_2013-05.bz2.deduped.txt:36323 - http://www.motherjones.com/politics/2013/05/sequestration-next-targets-domestic-violence-victims

RS_2013-05.bz2.deduped.txt:37212 - http://www.motherjones.com/mojo/2013/05/marijuana-breathalyzer-test-pot-police-pipe-dream

RS_2013-05.bz2.deduped.txt:37371 - http://www.motherjones.com/politics/2013/05/10-worst-prisons-america-orleans-parish-opp

RS_2013-05.bz2.deduped.txt:45163 - http://www.motherjones.com/mojo/2013/05/14-angriest-comments-public-input-airport-body-scanners

RS_2013-05.bz2.deduped.txt:45211 - http://www.motherjones.com/blue-marble/2013/05/arctic-ocean-rapidly-getting-more-acidic

RS_2013-05.bz2.deduped.txt:48281 - http://www.motherjones.com/media/2013/05/meet-17-year-old-saving-you-game-thrones-twitter-spoilers

RS_2013-05.bz2.deduped.txt:48457 - http://www.motherjones.com/tom-philpott/2013/05/7-dodgy-foodag-practices-banned-europe-just-fine-here

RS_2013-05.bz2.deduped.txt:49590 - http://www.motherjones.com/mojo/2013/05/derivatives-bill-house-financial-services-committee-pass

RS_2013-05.bz2.deduped.txt:50766 - http://www.motherjones.com/environment/2013/05/dryden-new-york-fracking-ban-lawsuit

RS_2013-05.bz2.deduped.txt:51869 - http://www.motherjones.com/mojo/2013/05/sexual-assault-military-went-2012

RS_2013-05.bz2.deduped.txt:52954 - http://www.motherjones.com/mojo/2013/05/treasury-department-derivative-bill-house-financial-services-committee-letter

RS_2013-05.bz2.deduped.txt:52987 - http://www.motherjones.com/kevin-drum/2013/05/can-states-decline-enforce-federal-laws

RS_2013-05.bz2.deduped.txt:56368 - http://www.motherjones.com/mojo/2013/05/state-department-cody-wilson-defense-distributed

RS_2013-05.bz2.deduped.txt:57148 - http://www.motherjones.com/mojo/2013/05/rand-paul-fatca-repeal-offshore-tax-evasion

RS_2013-05.bz2.deduped.txt:57744 - http://www.motherjones.com/politics/2013/05/gun-deaths-children-newtown-caroline-sparks-crickett-firearms

RS_2013-05.bz2.deduped.txt:59802 - http://www.motherjones.com/kevin-drum/2013/05/yet-another-benghazi-nothingburger-today

RS_2013-05.bz2.deduped.txt:60623 - http://www.motherjones.com/tom-philpott/2013/05/why-ethanol-boom-means-more-e-coli-burgers

RS_2013-05.bz2.deduped.txt:60951 - http://www.motherjones.com/environment/2013/05/most-controversial-hockey-stick-chart-climate-change

RS_2013-05.bz2.deduped.txt:60993 - http://www.motherjones.com/mojo/2013/05/pima-county-arizona-tracking-migrant-deaths

RS_2013-05.bz2.deduped.txt:61192 - http://www.motherjones.com/politics/2013/05/heritage-immigration-scholar-race-differences-iq-jason-richwine

RS_2013-05.bz2.deduped.txt:66832 - http://www.motherjones.com/blue-marble/2013/05/arkansas-residents-ask-kerry-reject-keystone-xl

RS_2013-05.bz2.deduped.txt:67406 - http://www.motherjones.com/mojo/2013/05/political-history-cicadas-ronald-reagan

RS_2013-05.bz2.deduped.txt:67480 - http://www.motherjones.com/politics/2013/05/mormons-lds-church-gay-marriage-fight?google_editors_picks=true

RS_2013-05.bz2.deduped.txt:72531 - http://www.motherjones.com/politics/2013/05/chinese-censorship-white-house-petition

RS_2013-05.bz2.deduped.txt:76000 - http://www.motherjones.com/kevin-drum/2013/05/couple-graphical-lessons-governments-huge-hospital-chargemaster-data-dump

RS_2013-05.bz2.deduped.txt:78182 - http://www.motherjones.com/politics/2013/05/mormons-lds-church-gay-marriage-fight

RS_2013-05.bz2.deduped.txt:78201 - http://www.motherjones.com/tom-philpott/2013/05/shocking-everyone-usda-sticks-it-monsanto-and-dow%E2%80%94-least-temporarily

RS_2013-05.bz2.deduped.txt:79062 - http://www.motherjones.com/kevin-drum/2013/05/wanted-adult-supervision-gun-nuts

RS_2013-05.bz2.deduped.txt:80379 - http://www.motherjones.com/politics/2013/05/anonymous-rape-steubenville-rehtaeh-parsons-oprollredroll-opjustice4rehtaeh

RS_2013-05.bz2.deduped.txt:82736 - http://www.motherjones.com/media/2013/05/robots-artificial-intelligence-jobs-automation

RS_2013-05.bz2.deduped.txt:85837 - http://www.motherjones.com/environment/2013/05/400-ppm-carbon-climate-change

RS_2013-05.bz2.deduped.txt:90407 - http://www.motherjones.com/politics/2013/05/10-worst-prisons-america-joe-arpaio-tent-city

RS_2013-05.bz2.deduped.txt:91249 - http://www.motherjones.com/politics/2013/05/irs-tea-party-scandal-congress-nonprofit-obama

RS_2013-05.bz2.deduped.txt:92004 - http://www.motherjones.com/politics/2013/05/psychiatry-allen-frances-saving-normal-dsm-5-controversy

RS_2013-05.bz2.deduped.txt:95010 - http://www.motherjones.com/media/2013/05/robots-artificial-intelligence-jobs-automation?page=2

RS_2013-05.bz2.deduped.txt:95998 - http://www.motherjones.com/politics/2013/05/irs-tea-party-ig-report-congress

RS_2013-05.bz2.deduped.txt:96413 - http://www.motherjones.com/kevin-drum/2013/05/obama-gop-put-or-shut-doj-investigation

RS_2013-05.bz2.deduped.txt:96730 - http://www.motherjones.com/tom-philpott/2013/05/menace-manure-foam-still-haunting-huge-hog-farms

RS_2013-05.bz2.deduped.txt:96788 - http://www.motherjones.com/mojo/2013/05/and-it-begins-feds-target-bitcoin

RS_2013-05.bz2.deduped.txt:97635 - http://www.motherjones.com/mojo/2013/05/elizabeth-warren-obama-put-bad-banks-trial

RS_2013-05.bz2.deduped.txt:97661 - http://www.motherjones.com/tom-philpott/2013/05/menace-manure-foam-still-haunting-huge-hog-farms?google_editors_picks=true

RS_2013-05.bz2.deduped.txt:100002 - http://www.motherjones.com/topics/americas-worst-prisons

RS_2013-05.bz2.deduped.txt:100372 - http://www.motherjones.com/mojo/2013/05/irs-director-marcus-owens-tea-party-scandal

RS_2013-05.bz2.deduped.txt:100397 - http://www.motherjones.com/politics/2010/09/chelsey-juarez-border-corpses

RS_2013-05.bz2.deduped.txt:101374 - http://www.motherjones.com/politics/2013/05/america-10-worst-prisons-rikers-island-new-york-city

RS_2013-05.bz2.deduped.txt:105823 - http://www.motherjones.com/mojo/2013/05/steve-cohen-eric-holder-pot-prosecution

RS_2013-05.bz2.deduped.txt:107604 - http://www.motherjones.com/politics/2013/05/contractors-385-billion-military-bases

RS_2013-05.bz2.deduped.txt:108439 - http://www.motherjones.com/politics/2013/05/anonymous-rape-steubenville-rehtaeh-parsons-oprollredroll-opjustice4rehtaeh?page=1

RS_2013-05.bz2.deduped.txt:109535 - http://www.motherjones.com/mojo/2013/05/sec-credit-rating-agency-roundtable-al-franken

RS_2013-05.bz2.deduped.txt:111750 - http://www.motherjones.com/politics/2013/05/associated-press-phone-records-spying-journalists?#1368821360422l&action=collapse_widget&id=194920

RS_2013-05.bz2.deduped.txt:112097 - http://www.motherjones.com/kevin-drum/2013/05/us-murder-rate-track-be-lowest-century

RS_2013-05.bz2.deduped.txt:114137 - http://www.motherjones.com/kevin-drum/2013/05/its-official-bogus-email-leaks-came-republicans

RS_2013-05.bz2.deduped.txt:114160 - http://www.motherjones.com/politics/2013/05/congress-irs-tea-party-scandal

RS_2013-05.bz2.deduped.txt:115244 - http://www.motherjones.com/politics/2013/05/next-senator-georgia-will-probably-be-nuts

RS_2013-05.bz2.deduped.txt:115399 - http://www.motherjones.com/kevin-drum/2013/05/republicans-debate-their-ransom-demand-next-hostage-taking-opportunity
RS_2013-05.bz2.deduped.txt:115475 - http://www.motherjones.com/politics/2013/05/irs-tea-party-tax-problems
RS_2013-05.bz2.deduped.txt:116109 - http://www.motherjones.com/tom-philpott/2012/02/explosive-hog-farm-manure-foam
RS_2013-05.bz2.deduped.txt:116658 - http://www.motherjones.com/politics/2013/05/table-saw-sawstop-safety-finger-cut
RS_2013-05.bz2.deduped.txt:117322 - http://www.motherjones.com/politics/2013/05/heritage-study-richwine-immigration-iq
RS_2013-05.bz2.deduped.txt:120355 - http://www.motherjones.com/politics/2013/05/associated-press-phone-records-spying-journalists
RS_2013-05.bz2.deduped.txt:120484 - http://www.motherjones.com/tom-philpott/2013/05/us-state-department-global-marketing-arm-gmo-seed-industry
RS_2013-05.bz2.deduped.txt:120972 - http://www.motherjones.com/mojo/2013/05/elizabeth-warren-jack-lew-derivative-bill-house
RS_2013-05.bz2.deduped.txt:124424 - http://www.motherjones.com/media/2013/05/robots-artificial-intelligence-jobs-automation?page=1#13689820083251&action=collapse_widget&id=5105979
RS_2013-05.bz2.deduped.txt:126642 - http://www.motherjones.com/blue-marble/2013/05/interactive-which-states-use-most-green-energy
RS_2013-05.bz2.deduped.txt:127812 - http://m.motherjones.com/mojo/2013/05/mark-obenshain-virginia-vagina-problem
RS_2013-05.bz2.deduped.txt:129268 - http://www.motherjones.com/mojo/2013/05/croatians-and-americans-training-honeybees-sniff-out-landmines
RS_2013-05.bz2.deduped.txt:131141 - http://www.motherjones.com/politics/2013/05/billionaire-donors-political-power-dark-money
RS_2013-05.bz2.deduped.txt:131703 - http://www.motherjones.com/environment/2013/05/video-meet-climate-trolls
RS_2013-05.bz2.deduped.txt:132308 - http://www.motherjones.com/media/2013/05/landfill-harmonic-trash-orchestra-documentary
RS_2013-05.bz2.deduped.txt:136632 - http://www.motherjones.com/environment/2013/05/climate-change-oklahoma-tornado?google_editors_picks=true
RS_2013-05.bz2.deduped.txt:139050 - http://www.motherjones.com/politics/2013/05/michele-bachmann-fbi-campaign%20probe-explained
RS_2013-05.bz2.deduped.txt:139133 - http://www.motherjones.com/mojo/2013/05/mark-obenshain-virginia-vagina-problem
RS_2013-05.bz2.deduped.txt:139191 - http://www.motherjones.com/blue-marble/2013/05/shipwrecks-world-war-ii-oil-leak-uboat
RS_2013-05.bz2.deduped.txt:139198 - http://www.motherjones.com/kevin-drum/2013/05/obama-responsible-culture-intimidation
RS_2013-05.bz2.deduped.txt:141938 - http://www.motherjones.com/kevin-drum/2013/05/are-republicans-getting-ready-shoot-themselves-foot

RS_2013-05.bz2.deduped.txt:142248 - http://www.motherjones.com/mojo/2013/05/anynonymous-defends-teen-charged-felony-lesbian-relationship
RS_2013-05.bz2.deduped.txt:143578 - http://www.motherjones.com/blue-marble/2013/05/michael-mann-hockey-stick-climate-desk-live
RS_2013-05.bz2.deduped.txt:145364 - http://www.motherjones.com/politics/2013/05/ew-jackson-virginia-lt-governor-republican
RS_2013-05.bz2.deduped.txt:146855 - http://www.motherjones.com/politics/2013/05/conservatives-crawl-out-woodwork-claim-irs-persecution
RS_2013-05.bz2.deduped.txt:146924 - http://www.motherjones.com/politics/2013/05/tea-party-patriots-irs-complaint
RS_2013-05.bz2.deduped.txt:148555 - http://www.motherjones.com/media/2013/03/photos-kids-smoking-cigarettes-frieke-janssens
RS_2013-05.bz2.deduped.txt:148980 - http://www.motherjones.com/mojo/2013/05/elizabeth-warren-treasury-secretary-jack-lew-too-big-fail?utm_source=feedly
RS_2013-05.bz2.deduped.txt:149958 - http://www.motherjones.com/politics/2013/05/ak-47-semi-automatic-rifle-building-party
RS_2013-05.bz2.deduped.txt:149974 - http://www.motherjones.com/politics/2013/05/buckhalter-mississippi-stillbirth-manslaughter
RS_2013-05.bz2.deduped.txt:150717 - http://www.motherjones.com/mojo/2013/05/senate-agriculture-committee-food-stamps-discrimination
RS_2013-05.bz2.deduped.txt:151012 - http://www.motherjones.com/environment/2013/05/fertilizer-peak-phosphorus-shortage
RS_2013-05.bz2.deduped.txt:151034 - http://www.motherjones.com/politics/2013/05/louisiana-gun-bill-journalist-criminal-jindal
RS_2013-05.bz2.deduped.txt:151047 - http://www.motherjones.com/politics/2013/05/congress-irs-tea-party-gift-tax-donor
RS_2013-05.bz2.deduped.txt:151154 - http://m.motherjones.com/politics/2013/05/buckhalter-mississippi-stillbirth-manslaughter
RS_2013-05.bz2.deduped.txt:155998 - http://www.motherjones.com/mojo/2013/05/arizona-20-week-abortion-ban-unconstitutional?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29
RS_2013-05.bz2.deduped.txt:158256 - http://www.motherjones.com/politics/2013/05/white-house-scandal-matrix
RS_2013-05.bz2.deduped.txt:158371 - http://www.motherjones.com/kevin-drum/2013/05/chart-day-student-loan-debt-crowing-out-mortgages
RS_2013-05.bz2.deduped.txt:159051 - http://www.motherjones.com/politics/2013/05/citigroup-hr-992-wall-street-swaps-regulatory-improvement-act
RS_2013-05.bz2.deduped.txt:159716 - http://www.motherjones.com/mojo/2013/05/elizabeth-warren-house-republican-student-loan-bill
RS_2013-05.bz2.deduped.txt:160553 - http://www.motherjones.com/mojo/2013/05/boy-scouts-vote-ban-gay-members
RS_2013-05.bz2.deduped.txt:165336 - http://www.motherjones.com/kevin-drum/2013/05/today-grandstanding

RS_2013-05.bz2.deduped.txt:166044 - http://www.motherjones.com/blue-marble/2013/05/amphibian-populations-declining-precipitous-rates-us-even-species-thought-stable

RS_2013-05.bz2.deduped.txt:166498 - http://www.motherjones.com/environment/2013/05/wildfire-prevention-flagstaff-arizona-sequester

RS_2013-05.bz2.deduped.txt:166734 - http://www.motherjones.com/mojo/2013/05/obama-drug-czar-pot-marijuana-legalization-choom-gang

RS_2013-05.bz2.deduped.txt:170357 - http://www.motherjones.com/mojo/2013/05/nasa-chief-progress-obama-asteroid-lasso-initiative

RS_2013-05.bz2.deduped.txt:176819 - http://www.motherjones.com/environment/2013/05/vaccines-whooping-cough

RS_2013-05.bz2.deduped.txt:176931 - http://www.motherjones.com/mojo/2013/05/brookings-report-suburban-poverty-charts

RS_2013-05.bz2.deduped.txt:179392 - http://www.motherjones.com/tom-philpott/2013/05/usda-inspector-general-rebukes-hog-slaughter-conditions

RS_2013-05.bz2.deduped.txt:179559 - http://www.motherjones.com/politics/2013/05/ongoing-war-name-suggestions

RS_2013-05.bz2.deduped.txt:180639 - http://www.motherjones.com/kevin-drum/2013/05/how-rich-got-richer-global-comparisons-edition

RS_2013-05.bz2.deduped.txt:181169 - http://www.motherjones.com/kevin-drum/2013/05/who-will-stick-irs

RS_2013-05.bz2.deduped.txt:181970 - http://www.motherjones.com/kevin-drum/2013/05/obamacare-more-popular-cnn-thinks

RS_2013-05.bz2.deduped.txt:183593 - http://www.motherjones.com/politics/2013/05/earl-jackson-virginia-aids

RS_2013-05.bz2.deduped.txt:186925 - http://www.motherjones.com/tom-philpott/2013/05/chinas-biggest-meat-c-swallows-us-pork-giant-smithfield

RS_2013-05.bz2.deduped.txt:188702 - http://www.motherjones.com/kevin-drum/2013/05/how-polarized-your-state

RS_2013-05.bz2.deduped.txt:189099 - http://www.motherjones.com/politics/2012/12/mass-shootings-victims-2012?utm_source=buffer&utm_medium=twitter&utm_campaign=Buffer&utm_content=buffer05c11

RS_2013-05.bz2.deduped.txt:189633 - http://www.motherjones.com/mojo/2013/05/tea-partier-nominated-consumer-products-safety-commission?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+|+MoJoBlog%29

RS_2013-05.bz2.deduped.txt:190941 - http://www.motherjones.com/environment/2013/05/epa-alaska-pebble-mine-gold-copper

RS_2013-05.bz2.deduped.txt:191023 - http://www.motherjones.com/politics/2013/05/newtown-sandy-hook-911-calls-malloy

RS_2013-05.bz2.deduped.txt:191037 - http://www.motherjones.com/politics/2013/05/anonymous-wants-teach-rape-prevention-schools

RS_2013-05.bz2.deduped.txt:193624 - http://www.motherjones.com/politics/2013/05/global-arms-trade-new-cold-war

RS_2013-05.bz2.deduped.txt:198289 - http://www.motherjones.com/tom-philpott/2013/05/chinas-biggest-meat-c-swallows-us-pork-giant-smithfield?google_editors_picks=true
RS_2013-05.bz2.deduped.txt:198601 - http://www.motherjones.com/environment/2013/05/americas-first-climate-refugees-newtok-alaska
RS_2013-05.bz2.deduped.txt:198863 - http://www.motherjones.com/mojo/2013/05/one-thing-michelle-bachmanns-goodbye-speech-got-totally-right
RS_2013-05.bz2.deduped.txt:199714 - http://www.motherjones.com/mojo/2013/05/next-michele-bachmann-wacky
RS_2013-05.bz2.deduped.txt:199917 - http://www.motherjones.com/politics/2013/05/jeffrey-katzenberg-dreamworks-barack-obama-fundraiser
RS_2013-05.bz2.deduped.txt:201202 - http://www.motherjones.com/mixed-media/2013/05/lucy-schwartz-arrested-development-song-boomerang
RS_2013-05.bz2.deduped.txt:202254 - http://www.motherjones.com/mojo/2013/03/report-cia-increasing-operations-iraq-syria-al-qaeda
RS_2013-05.bz2.deduped.txt:204380 - http://www.motherjones.com/politics/2013/05/yonas-fikre-torture-proxy-detention-lawsuit
RS_2013-05.bz2.deduped.txt:205489 - http://www.motherjones.com/tom-philpott/2013/05/rogue-monsanto-wheat-sprouts-oregon
RS_2013-05.bz2.deduped.txt:205538 - http://www.motherjones.com/mojo/2013/05/bank-record-profits-fdic-unemployment-housing
RS_2013-05.bz2.deduped.txt:206233 - http://www.motherjones.com/tom-philpott/2013/05/how-i-got-hooked-weeds-and-why-you-should-too
RS_v2_2010-12.xz.deduped.txt:2217 - http://motherjones.com/kevin-drum/2010/11/democrats-and-liberalism
RS_v2_2010-12.xz.deduped.txt:2673 - http://motherjones.com/politics/2010/12/wikileaks-cable-obama-quashed-torture-investigation
RS_v2_2010-12.xz.deduped.txt:3184 - http://motherjones.com/mojo/2010/12/kentucky-governor-economic-plan-noah-ark-great-flood
RS_v2_2010-12.xz.deduped.txt:4198 - http://motherjones.com/politics/2010/11/vigilante-justice-oklahoma-indian-reservations?page=1
RS_v2_2010-12.xz.deduped.txt:4218 - http://motherjones.com/kevin-drum/2010/12/chart-day-tax-cut-fever
RS_v2_2010-12.xz.deduped.txt:5073 - http://motherjones.com/print/89411
RS_v2_2010-12.xz.deduped.txt:5075 - http://motherjones.com/environment/2010/11/michael-pollan-backlash-beef-advocacy
RS_v2_2010-12.xz.deduped.txt:5076 - http://motherjones.com/politics/2010/12/sarah-palin-gop-joe-scarborough
RS_v2_2010-12.xz.deduped.txt:5083 - http://motherjones.com/politics/2010/11/ken-cuccinelli-virginia-attorney-general
RS_v2_2010-12.xz.deduped.txt:6503 - http://motherjones.com/kevin-drum/2010/12/it-finally-time-reform-filibuster
RS_v2_2010-12.xz.deduped.txt:6788 - http://motherjones.com/mojo/2010/12/american-crossroads-sugar-

daddies?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjone
s%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_v2_2010-12.xz.deduped.txt:8315 - http://motherjones.com/blue-marble/2010/12/wikileaks-
us-manipulated-copenhagen

RS_v2_2010-12.xz.deduped.txt:9506 - http://motherjones.com/politics/2010/12/charlie-rangel-
censure-cbc

RS_v2_2010-12.xz.deduped.txt:10893 - http://motherjones.com/politics/2010/12/republicans-
abortion-hyde-amendment-defund-planned-parenthood

RS_v2_2010-12.xz.deduped.txt:11312 - http://motherjones.com/mojo/2010/12/john-boehner-
wojnarowicz-video

RS_v2_2010-12.xz.deduped.txt:13132 - http://motherjones.com/kevin-drum/2010/12/terrorism-
and-fear

RS_v2_2010-12.xz.deduped.txt:16724 - http://motherjones.com/environment/2010/12/climate-
change-nauru-cancun

RS_v2_2010-12.xz.deduped.txt:17305 - http://motherjones.com/politics/2010/12/republican-
1994-2010-subpoenas

RS_v2_2010-12.xz.deduped.txt:18404 - http://motherjones.com/mojo/2010/12/superior-gold-
judge-freezes-assets-glenn-beck

RS_v2_2010-12.xz.deduped.txt:18889 - http://motherjones.com/mojo/2010/12/christian-college-
fire-lesbian-coach-video

RS_v2_2010-12.xz.deduped.txt:19298 - http://motherjones.com/blue-marble/2010/12/real-
glaciergate

RS_v2_2010-12.xz.deduped.txt:19304 - http://motherjones.com/blue-marble/2010/12/not-
letting-bp-investigators-do-their-job

RS_v2_2010-12.xz.deduped.txt:20738 - http://motherjones.com/kevin-drum/2010/12/where-are-
republican-scientists

RS_v2_2010-12.xz.deduped.txt:20831 - http://motherjones.com/kevin-drum/2010/12/bad-news-
dadt

RS_v2_2010-12.xz.deduped.txt:21708 - http://motherjones.com/politics/2010/12/wikileaks-
assange-revolution-anarchy

RS_v2_2010-12.xz.deduped.txt:22431 - http://motherjones.com/kevin-drum/2010/12/payroll-
tax-holiday-trojan-horse

RS_v2_2010-12.xz.deduped.txt:22447 - http://motherjones.com/mojo/2010/12/end-abortion-
insurance

RS_v2_2010-12.xz.deduped.txt:22455 - http://motherjones.com/mojo/2010/12/joe-straus-anti-
semitism-texas

RS_v2_2010-12.xz.deduped.txt:25321 - http://motherjones.com/riff/2010/12/duncan-hines-
amazing-glazes-cupcakes

RS_v2_2010-12.xz.deduped.txt:25567 - http://motherjones.com/mojo/2010/12/bernie-sanders-
filibuster

RS_v2_2010-12.xz.deduped.txt:26609 - http://motherjones.com/kevin-drum/2010/12/wall-
streets-cozy-derivatives-club

RS_v2_2010-12.xz.deduped.txt:26637 - http://motherjones.com/kevin-drum/2010/12/defining-
corruption-down

RS_v2_2010-12.xz.deduped.txt:29081 - http://motherjones.com/politics/2010/10/ganjastan-
texas-secession-map

RS_v2_2010-12.xz.deduped.txt:30535 - http://motherjones.com/politics/2010/12/democrats-tax-cuts-civil-war

RS_v2_2010-12.xz.deduped.txt:30543 - http://motherjones.com/politics/2010/12/elizabeth-smart-verdict

RS_v2_2010-12.xz.deduped.txt:30558 - http://motherjones.com/mojo/2010/12/pastors-say-obama-more-christian-beck

RS_v2_2010-12.xz.deduped.txt:31600 - http://motherjones.com/mojo/2010/12/foreclosure-investigator-meets-distressed-homeowners

RS_v2_2010-12.xz.deduped.txt:31903 - http://motherjones.com/kevin-drum/2010/12/christians-against-religious-freedom

RS_v2_2010-12.xz.deduped.txt:33057 - http://motherjones.com/politics/2010/12/rick-scott-florida-education-jeb-bush

RS_v2_2010-12.xz.deduped.txt:33827 - http://motherjones.com/kevin-drum/2010/12/why-are-bankers-so-rich

RS_v2_2010-12.xz.deduped.txt:34600 - http://motherjones.com/politics/2010/12/quit-smoking-chantix-suicide-pfizer-fda

RS_v2_2010-12.xz.deduped.txt:35989 - http://motherjones.com/politics/2010/12/gaza-hamas-asma-al-ghoul

RS_v2_2010-12.xz.deduped.txt:35996 - http://motherjones.com/kevin-drum/2010/12/trouble-mandates

RS_v2_2010-12.xz.deduped.txt:36332 - http://motherjones.com/mojo/2010/12/john-cornyn-earmarks-omnibus

RS_v2_2010-12.xz.deduped.txt:36682 - http://motherjones.com/mojo/2010/12/another-terrorist-convicted-civilian-court-no-one-notices

RS_v2_2010-12.xz.deduped.txt:38431 - http://motherjones.com/mojo/2010/12/tea-party-calls-government-shut-down

RS_v2_2010-12.xz.deduped.txt:38897 - http://motherjones.com/blue-marble/2010/12/beware-treehuggers

RS_v2_2010-12.xz.deduped.txt:39178 - http://motherjones.com/mojo/2010/12/food-safety-dies-spending-bill

RS_v2_2010-12.xz.deduped.txt:40468 - http://motherjones.com/riff/2010/12/wikileaks-islam-terror-bollywood-conspiracy

RS_v2_2010-12.xz.deduped.txt:41252 - http://motherjones.com/blue-marble/2010/12/protecting-prostitutes-united-nations

RS_v2_2010-12.xz.deduped.txt:41352 - http://motherjones.com/mojo/2010/12/taxpayers-paying-torture-contractors-legal-bills

RS_v2_2010-12.xz.deduped.txt:41567 - http://motherjones.com/mojo/2010/12/tsa-misses-loaded-glock-gun-video

RS_v2_2010-12.xz.deduped.txt:42559 - http://motherjones.com/mojo/2010/12/misdemeanors-pot-poor-deficit-law

RS_v2_2010-12.xz.deduped.txt:42599 - http://motherjones.com/kevin-drum/2010/12/obama-after-two-years

RS_v2_2010-12.xz.deduped.txt:43936 - http://motherjones.com/politics/2010/12/sarah-palin-emails-governor-alaska-delay-wait

RS_v2_2010-12.xz.deduped.txt:44036 - http://motherjones.com/mojo/2010/12/nevada-arizona-foreclosure-bank-of-america

RS_v2_2010-12.xz.deduped.txt:44074 - http://motherjones.com/blue-marble/2010/10/gulf-disaster-six-months

RS_v2_2010-12.xz.deduped.txt:44250 - http://motherjones.com/mojo/2010/12/start-GOP-block

RS_v2_2010-12.xz.deduped.txt:44323 - http://motherjones.com/mojo/2010/12/update-food-saftey-bill-passes

RS_v2_2010-12.xz.deduped.txt:45901 - http://motherjones.com/environment/2010/12/coal-ash-kingston-epa

RS_v2_2010-12.xz.deduped.txt:50008 - http://motherjones.com/mojo/2010/12/tomdispatch-blocked-state-department

RS_v2_2010-12.xz.deduped.txt:54102 - http://motherjones.com/media/2010/12/mission-high-choir

RS_v2_2010-12.xz.deduped.txt:54163 - http://motherjones.com/riff/2010/11/waiting-for-superman-teachers

RS_v2_2010-12.xz.deduped.txt:54656 - http://motherjones.com/mojo/2010/12/wikileaks-cable-iran-ninja-assassins

RS_v2_2010-12.xz.deduped.txt:54813 - http://motherjones.com/kevin-drum/2010/05/starving-beast

RS_v2_2010-12.xz.deduped.txt:55674 - http://motherjones.com/mojo/2010/12/santa-was-prison-and-jesus-got-death-penalty

RS_v2_2010-12.xz.deduped.txt:55744 - http://motherjones.com/politics/2010/12/elizabeth-smart-verdict?page=1

RS_v2_2010-12.xz.deduped.txt:56206 - http://motherjones.com/kevin-drum/2010/12/democrats-and-their-interest-groups

RS_v2_2010-12.xz.deduped.txt:58620 - http://motherjones.com/slideshows/2010/12/biggest-dirty-energy-disasters-of-2010

RS_v2_2010-12.xz.deduped.txt:58648 - http://motherjones.com/mojo/2010/12/gops-immigration-plan-theyre-taking-our-jobs

RS_v2_2010-12.xz.deduped.txt:59529 - http://motherjones.com/politics/2010/12/2010-worst-wall-street

RS_v2_2010-12.xz.deduped.txt:59539 - http://motherjones.com/mojo/2010/12/other-side-tarp-coin

RS_v2_2010-12.xz.deduped.txt:59684 - http://motherjones.com/mojo/2010/12/soldier-quit-army-over-gays-dadt

RS_v2_2010-12.xz.deduped.txt:60244 - http://motherjones.com/kevin-drum/2010/12/republican-agenda

RS_v2_2010-12.xz.deduped.txt:60281 - http://motherjones.com/mojo/2010/12/cryptome-exposes-cia-hypnosis-programs

RS_v2_2009-11.xz.deduped.txt:99 - http://www.motherjones.com/politics/2009/10/grading-public-options-already-exist

RS_v2_2009-11.xz.deduped.txt:2612 - http://www.motherjones.com/kevin-drum/2009/11/next-bubble

RS_v2_2009-11.xz.deduped.txt:3036 - http://www.motherjones.com/environment/2009/11/gms-money-trees

RS_v2_2009-11.xz.deduped.txt:3067 - http://www.motherjones.com/politics/2009/11/take-two-kickbacks

RS_v2_2009-11.xz.deduped.txt:3073 - http://www.motherjones.com/politics/2009/10/un-can%E2%80%99t-account-millions-sent-afghan-election-board

RS_v2_2009-11.xz.deduped.txt:5170 - http://www.motherjones.com/mojo/2009/11/climate-bill-2010

RS_v2_2009-11.xz.deduped.txt:6193 - http://www.motherjones.com/blue-marble/2009/11/us-uses-less-water-now-35-years-ago

RS_v2_2009-11.xz.deduped.txt:6624 - http://www.motherjones.com/blue-marble/2009/11/why-we-need-local-energy-movement

RS_v2_2009-11.xz.deduped.txt:6905 - http://www.motherjones.com/politics/2009/11/tea-partys-takeover-gop

RS_v2_2009-11.xz.deduped.txt:8368 - http://www.motherjones.com/kevin-drum/2009/11/fort-hood-letter

RS_v2_2009-11.xz.deduped.txt:8436 - http://www.motherjones.com/environment/2008/11/most-important-number-earth

RS_v2_2009-11.xz.deduped.txt:11001 - http://www.motherjones.com/politics/2009/11/price-health-reform-abortion-rights

RS_v2_2009-11.xz.deduped.txt:11392 - http://www.motherjones.com/mojo/2009/11/end-californias-water-wars

RS_v2_2009-11.xz.deduped.txt:12133 - http://www.motherjones.com/mojo/2009/11/your-representatives-congress

RS_v2_2009-11.xz.deduped.txt:14372 - http://www.motherjones.com/mojo/2009/11/sen-vitter-formaldehyde-shill

RS_v2_2009-11.xz.deduped.txt:17031 - http://www.motherjones.com/mojo/2009/11/gates-bars-torture-photos-release

RS_v2_2009-11.xz.deduped.txt:17051 - http://www.motherjones.com/mojo/2009/11/goldman-sachs-tells-how-cash-health-care-reform

RS_v2_2009-11.xz.deduped.txt:17743 - http://www.motherjones.com/media/2009/11/how-speak-tea-bag

RS_v2_2009-11.xz.deduped.txt:18819 - http://www.motherjones.com/mojo/2009/11/senate-bill-would-allow-mentally-incapacitated-vets-buy-guns

RS_v2_2009-11.xz.deduped.txt:19054 - http://www.motherjones.com/environment/2009/11/monkeywrench-prank-interview-tim-dechristopher

RS_v2_2009-11.xz.deduped.txt:20525 - http://www.motherjones.com/mojo/2009/11/armorgroup-wins-baghdad-airport-security-contract

RS_v2_2009-11.xz.deduped.txt:21608 - http://www.motherjones.com/mojo/2009/11/afghaniscam

RS_v2_2009-11.xz.deduped.txt:21755 - http://www.motherjones.com/mojo/2009/11/let-them-eat-zoloft

RS_v2_2009-11.xz.deduped.txt:29793 - http://motherjones.com/#

RS_v2_2009-11.xz.deduped.txt:30222 - http://www.motherjones.com/mojo/2009/11/rove-cheney-gingrich-and-kristol-fail-rally-911-trial-foes

RS_v2_2009-11.xz.deduped.txt:33093 - http://www.motherjones.com/politics/2009/02/barney-frank-obama-cut-military-spending

RS_v2_2009-11.xz.deduped.txt:34247 - http://www.motherjones.com/print/24284

RS_v2_2009-11.xz.deduped.txt:34384 - http://www.motherjones.com/politics/2009/06/could-cap-and-trade-cause-another-market-meltdown

RS_v2_2009-11.xz.deduped.txt:35450 - http://www.motherjones.com/mojo/2009/11/detainee-politics-obama-white-house

RS_2018-04.xz.deduped.txt:1102 - https://www.motherjones.com/kevin-drum/2018/03/atlanta-has-been-hacked/

RS_2018-04.xz.deduped.txt:2983 - https://www.motherjones.com/kevin-drum/2018/04/the-head-of-the-rnc-should-be-fired/

RS_2018-04.xz.deduped.txt:7577 - https://www.motherjones.com/politics/2017/10/ready-for-trump-tv-inside-sinclair-broadcastings-plot-to-take-over-your-local-news-1/

RS_2018-04.xz.deduped.txt:10397 - https://www.motherjones.com/politics/2018/04/this-gun-control-advocate-hoped-to-win-a-seat-in-the-statehouse-after-parkland-shes-thinking-bigger/

RS_2018-04.xz.deduped.txt:10404 - https://www.motherjones.com/politics/2018/04/trump-and-trolls-target-caravan-of-migrant-families/

RS_2018-04.xz.deduped.txt:11223 - https://www.motherjones.com/politics/2018/04/the-finance-industry-has-quietly-launched-an-assault-on-state-sponsored-retirement-plans/

RS_2018-04.xz.deduped.txt:11466 - https://www.motherjones.com/media/2018/04/john-oliver-tears-into-sinclair-broadcasting-the-trump-loving-local-news-giant/

RS_2018-04.xz.deduped.txt:12816 - https://www.motherjones.com/politics/2018/04/trump-tweet-sinclair-cnn/

RS_2018-04.xz.deduped.txt:13252 - https://www.motherjones.com/environment/2018/04/this-paleontologist-discovered-a-fossil-find-of-a-lifetime-in-the-area-trump-cut-from-bears-ears/

RS_2018-04.xz.deduped.txt:14942 - https://www.motherjones.com/crime-justice/2018/04/retake-the-house/

RS_2018-04.xz.deduped.txt:15709 - https://www.motherjones.com/politics/2018/04/trump-takes-his-anti-immigrant-tweets-to-a-new-level/

RS_2018-04.xz.deduped.txt:17060 - https://www.motherjones.com/environment/2018/04/if-you-love-pumping-gas-trump-has-some-good-news/

RS_2018-04.xz.deduped.txt:18862 - https://www.motherjones.com/politics/2018/04/thousands-of-teachers-in-red-states-are-leading-the-charge-for-better-school-funding/

RS_2018-04.xz.deduped.txt:21318 - https://www.motherjones.com/politics/2018/04/the-head-of-trumps-wall-street-watchdog-just-asked-congress-to-gut-his-own-agency/

RS_2018-04.xz.deduped.txt:22647 - https://www.motherjones.com/environment/2018/04/the-great-lakes-are-filling-up-with-giant-green-blobs/

RS_2018-04.xz.deduped.txt:23258 - https://www.motherjones.com/politics/2018/04/trump-threatens-foreign-aid-to-honduras-in-latest-anti-immigrant-tweets/

RS_2018-04.xz.deduped.txt:25012 - https://www.motherjones.com/politics/2018/04/17-states-sue-the-trump-administration-over-census-citizenship-question/

RS_2018-04.xz.deduped.txt:31602 - https://www.motherjones.com/politics/2018/04/rep-dana-rohrabacher-links-youtube-shooting-to-criminal-illegal-aliens/

RS_2018-04.xz.deduped.txt:38688 - https://www.motherjones.com/politics/2018/04/donald-trump-was-sued-for-violating-a-key-part-of-martin-luther-king-jr-s-legacy/

RS_2018-04.xz.deduped.txt:41585 - https://www.motherjones.com/kevin-drum/2018/04/trump-wants-do-over-on-spending-bill/

RS_2018-04.xz.deduped.txt:41903 - https://www.motherjones.com/politics/2018/04/special-counsel-robert-mueller-is-asking-russian-oligarchs-if-they-gave-money-to-trump/

RS_2018-04.xz.deduped.txt:45493 - https://www.motherjones.com/crime-justice/2018/04/jeff-sessions-wants-to-impose-quotas-on-immigration-judges-heres-why-thats-a-bad-idea/
RS_2018-04.xz.deduped.txt:46115 - https://www.motherjones.com/food/2018/04/china-tariffs-soybeans-pork-trump-midterms-farmers/
RS_2018-04.xz.deduped.txt:46690 - https://www.motherjones.com/politics/2018/04/facebook-data-breach-cambridge-analytica/
RS_2018-04.xz.deduped.txt:51467 - https://www.motherjones.com/politics/2018/04/in-latest-attack-on-washington-post-trump-takes-a-crack-at-headline-writing/
RS_2018-04.xz.deduped.txt:53130 - https://www.motherjones.com/politics/2018/04/trump-was-supposed-to-talk-about-tax-cuts-we-got-rape-immigrants-and-voter-fraud-instead/
RS_2018-04.xz.deduped.txt:58013 - https://www.motherjones.com/politics/2018/04/automakers-went-to-incredible-lengths-to-convince-the-epa-to-roll-back-fuel-standards/
RS_2018-04.xz.deduped.txt:60127 - https://www.motherjones.com/crime-justice/2018/04/riverdale-will-be-so-screwed-if-veronicas-dad-builds-that-prison/
RS_2018-04.xz.deduped.txt:60530 - https://www.motherjones.com/politics/2018/04/trump-administration-imposes-sanctions-on-russian-oligarchs/
RS_2018-04.xz.deduped.txt:61451 - https://www.motherjones.com/politics/2018/04/maryland-just-took-a-huge-step-for-protecting-voting-rights-automatic-registration/
RS_2018-04.xz.deduped.txt:61585 - https://www.motherjones.com/crime-justice/2018/04/nasim-aghdam-youtube-shooting-report/
RS_2018-04.xz.deduped.txt:62717 - http://m.motherjones.com/environment/2017/02/new-epa-head-scott-pruitts-emails-reveal-close-ties-fossil-fuel-interests?1
RS_2018-04.xz.deduped.txt:63012 - https://www.motherjones.com/politics/2018/04/exhaustive-history-donald-trump-russia-scandal-timeline/
RS_2018-04.xz.deduped.txt:66146 - https://www.motherjones.com/politics/2018/04/these-oklahoma-teens-are-channeling-the-parkland-student-movement-to-demand-better-school-funding/
RS_2018-04.xz.deduped.txt:67335 - https://www.motherjones.com/politics/2018/04/teachers-have-been-getting-screwed-in-oklahoma-for-generations/
RS_2018-04.xz.deduped.txt:69290 - https://www.motherjones.com/politics/2018/04/a-republican-congressman-met-with-constituents-pulled-out-a-loaded-gun-and-then-said-he-wouldnt-be-a-gabby-giffords/
RS_2018-04.xz.deduped.txt:70317 - https://www.motherjones.com/politics/2018/04/theres-a-new-problem-with-trumps-attacks-on-amazon/
RS_2018-04.xz.deduped.txt:71589 - https://www.motherjones.com/environment/2018/04/the-trump-administration-scrubbed-climate-science-from-an-important-new-report/
RS_2018-04.xz.deduped.txt:73103 - https://www.motherjones.com/media/2018/04/ted-nugent-calls-for-shooting-half-of-our-government/
RS_2018-04.xz.deduped.txt:73190 - https://www.motherjones.com/politics/2018/04/republicans-are-a-no-show-across-the-country-for-town-halls-on-gun-action-forum/
RS_2018-04.xz.deduped.txt:76008 - https://www.motherjones.com/media/2018/04/a-liberal-who-worked-at-fox-news-has-some-pretty-good-advice-about-how-to-put-up-with-conservatives/
RS_2018-04.xz.deduped.txt:77946 - https://www.motherjones.com/politics/2018/04/309-women-are-now-running-for-congress-thats-a-record/

RS_2018-04.xz.deduped.txt:78278 - https://www.motherjones.com/kevin-drum/2018/04/why-does-scott-pruitt-need-a-bulletproof-desk-a-bulletproof-car-and-3-million-in-24-7-security/
RS_2018-04.xz.deduped.txt:80167 - https://www.motherjones.com/politics/2014/07/robert-dowlut-nra-murder-mystery/
RS_2018-04.xz.deduped.txt:82470 - https://www.motherjones.com/kevin-drum/2018/04/add-mick-mulvaney-to-the-list-of-big-spenders-with-other-peoples-money/
RS_2018-04.xz.deduped.txt:83660 - https://www.motherjones.com/politics/2018/04/cambridge-analytica-whistleblower-says-he-will-cooperate-with-russia-probes/
RS_2018-04.xz.deduped.txt:84211 - https://www.motherjones.com/politics/2018/04/how-trump-turned-tax-day-into-a-giveaway-for-the-1-percent/
RS_2018-04.xz.deduped.txt:86669 - https://www.motherjones.com/politics/2018/04/who-can-stop-jeff-sessions-from-breaking-his-recusal-pledge-probably-no-one/
RS_2018-04.xz.deduped.txt:88144 - https://www.motherjones.com/kevin-drum/2018/04/no-its-not-spending-thats-the-problem/
RS_2018-04.xz.deduped.txt:89339 - https://www.motherjones.com/kevin-drum/2018/04/cbo-projects-1-5-trillion-tax-cut-will-cost-1-6-trillion/
RS_2018-04.xz.deduped.txt:91118 - https://www.motherjones.com/politics/2018/04/fbi-raids-office-of-longtime-trump-lawyer-michael-cohen/
RS_2018-04.xz.deduped.txt:92425 - https://www.motherjones.com/environment/2018/04/epa-brags-about-transparency-to-reporters-it-has-blacklisted-scott-pruitt/
RS_2018-04.xz.deduped.txt:92568 - https://www.motherjones.com/kevin-drum/2018/04/where-did-michael-cohen-get-130000-to-pay-stormy-daniels/
RS_2018-04.xz.deduped.txt:93414 - https://www.motherjones.com/politics/2018/04/stressed-struggling-and-suicidal-americas-farmers-are-begging-for-mental-health-services/
RS_2018-04.xz.deduped.txt:95835 - https://www.motherjones.com/politics/2018/04/sessions-turned-to-a-convicted-republican-fundraiser-for-advice-on-lining-up-new-u-s-attorneys/
RS_2018-04.xz.deduped.txt:95846 - https://www.motherjones.com/politics/2018/04/a-texas-oil-giant-wants-justin-trudeau-to-help-it-build-a-controversial-pipeline-through-canada/
RS_2018-04.xz.deduped.txt:95852 - https://www.motherjones.com/environment/2018/04/solar-energy-set-a-global-record-last-year-mostly-thanks-to-china/
RS_2018-04.xz.deduped.txt:97053 - https://www.motherjones.com/environment/2018/04/if-scott-pruitt-gets-fired-from-the-epa-this-coal-lobbyist-will-take-his-place/
RS_2018-04.xz.deduped.txt:98622 - https://www.motherjones.com/politics/2018/04/a-russian-business-associate-of-wilbur-ross-was-just-sanctioned-by-the-trump-administration/
RS_2018-04.xz.deduped.txt:99316 - https://www.motherjones.com/politics/2018/04/trump-rages-over-fbi-raids-targeting-his-longtime-lawyer/
RS_2018-04.xz.deduped.txt:100658 - https://www.motherjones.com/politics/2018/04/sinclair-ceo-anchor-extremists/
RS_2018-04.xz.deduped.txt:104796 - https://www.motherjones.com/kevin-drum/2018/04/raw-data-the-worse-a-state-does-on-improving-health-the-better-it-is-for-trump/
RS_2018-04.xz.deduped.txt:105338 - https://www.motherjones.com/politics/2018/04/facebook-is-still-the-perfect-propaganda-platform-these-sketchy-mexican-pages-show-why/
RS_2018-04.xz.deduped.txt:107327 - https://www.motherjones.com/politics/2018/04/if-trump-fires-rosenstein-this-man-could-end-up-with-power-over-the-russia-investigation/

RS_2018-04.xz.deduped.txt:107613 - https://www.motherjones.com/politics/2018/04/trump-wants-wendy-vitter-who-thinks-planned-parenthood-kills-150000-women-a-year-to-be-a-federal-judge/
RS_2018-04.xz.deduped.txt:107682 - https://www.motherjones.com/politics/2018/04/a-new-bill-would-give-dc-high-schoolers-the-right-to-vote/
RS_2018-04.xz.deduped.txt:113164 - https://www.motherjones.com/kevin-drum/2018/04/no-mark-zuckerberg-will-not-change-facebooks-privacy-defaults/
RS_2018-04.xz.deduped.txt:114039 - https://www.motherjones.com/kevin-drum/2018/04/check-out-this-epic-safeway-rant/
RS_2018-04.xz.deduped.txt:114260 - https://www.motherjones.com/politics/2018/04/key-senate-republicans-are-finally-admitting-trump-might-fire-mueller/
RS_2018-04.xz.deduped.txt:117359 - https://www.motherjones.com/politics/2018/04/watch-this-federal-judicial-nominee-evade-questions-about-whether-planned-parenthood-kills-150000-females-a-year/
RS_2018-04.xz.deduped.txt:118381 - https://www.motherjones.com/crime-justice/2018/04/trumps-war-on-data-could-quietly-erase-lgbt-crime-victims/
RS_2018-04.xz.deduped.txt:120386 - https://www.motherjones.com/politics/2018/04/trumps-travel-ban-was-supposed-to-allow-exceptions-that-hasnt-really-happened/
RS_2018-04.xz.deduped.txt:121011 - https://www.motherjones.com/politics/2018/04/leaked-proposal-shows-trump-administration-planning-to-kill-crucial-protections-for-threatened-animals/
RS_2018-04.xz.deduped.txt:121529 - https://www.motherjones.com/politics/2018/04/did-drinking-give-me-breast-cancer/
RS_2018-04.xz.deduped.txt:124516 - https://www.motherjones.com/kevin-drum/2018/04/trump-administration-looking-at-ways-to-re-sabotage-obamacare/
RS_2018-04.xz.deduped.txt:124813 - https://www.motherjones.com/politics/2009/08/landmark-42-hours-500-65-breakdowns/
RS_2018-04.xz.deduped.txt:125291 - https://www.motherjones.com/environment/2018/04/emails-show-epa-staff-was-concerned-that-pruitt-kept-repeating-false-information/
RS_2018-04.xz.deduped.txt:126919 - https://www.motherjones.com/politics/2018/04/pruitt-epa-whistleblower-private-jet-hotel/
RS_2018-04.xz.deduped.txt:127317 - https://www.motherjones.com/politics/2018/04/member-of-trumps-voter-fraud-commission-sued-for-voter-intimidation/
RS_2018-04.xz.deduped.txt:130386 - https://www.motherjones.com/politics/2018/04/the-most-important-news-out-of-jim-comeys-explosive-new-book/
RS_2018-04.xz.deduped.txt:132726 - https://www.motherjones.com/environment/2018/04/ryan-zinke-needs-to-decide-if-he-wants-to-spend-the-2-5-billion-congress-gave-him/
RS_2018-04.xz.deduped.txt:133126 - https://www.motherjones.com/politics/2018/04/the-most-important-news-out-of-jim-comeys-explosive-new-book/?0
RS_2018-04.xz.deduped.txt:133488 - https://www.motherjones.com/politics/2018/04/sexual-harassment-is-rampant-in-congress-1308-former-staff-members-are-demanding-change/
RS_2018-04.xz.deduped.txt:133527 - https://www.motherjones.com/politics/2018/04/trumps-pick-to-be-americas-top-diplomat-doesnt-think-gay-marriage-should-be-legal/
RS_2018-04.xz.deduped.txt:133816 - https://www.motherjones.com/environment/2018/04/the-senate-just-confirmed-the-coal-lobbyist-who-could-replace-scott-pruitt/

RS_2018-04.xz.deduped.txt:138669 - https://www.motherjones.com/politics/2018/04/justice-department-ig-andrew-mccabe-lacked-candor/
RS_2018-04.xz.deduped.txt:140148 - https://www.motherjones.com/food/2018/04/house-republicans-propose-strict-work-requirements-for-food-stamp-recipients/
RS_2018-04.xz.deduped.txt:140410 - https://www.motherjones.com/politics/2018/04/why-the-scooter-libby-case-and-trumps-pardon-really-really-matter/
RS_2018-04.xz.deduped.txt:140561 - https://www.motherjones.com/politics/2018/04/arizona-teacher-raise-walkout-ducey/
RS_2018-04.xz.deduped.txt:145689 - https://www.motherjones.com/politics/2018/04/kentuckys-gop-governor-says-teacher-protests-enable-child-sexual-assault/
RS_2018-04.xz.deduped.txt:145712 - https://www.motherjones.com/politics/2018/04/the-trump-administration-backs-down-from-battle-over-legal-pot/
RS_2018-04.xz.deduped.txt:147521 - https://www.motherjones.com/politics/2018/04/ice-cold-how-a-loyal-obama-bureaucrat-became-the-face-of-trumps-deportation-force/
RS_2018-04.xz.deduped.txt:147541 - https://www.motherjones.com/environment/2018/04/the-second-march-for-science-is-happening-today/
RS_2018-04.xz.deduped.txt:148094 - https://www.motherjones.com/politics/2018/04/michael-cohen-once-the-presidents-trusted-fixer-emerges-as-his-greatest-liability/
RS_2018-04.xz.deduped.txt:152456 - https://www.motherjones.com/politics/2018/04/trump-threatens-comey-with-jail-time-in-unhinged-tirade/
RS_2018-04.xz.deduped.txt:153609 - https://www.motherjones.com/politics/2011/12/highland-park-texas-gop-stronghold/
RS_2018-04.xz.deduped.txt:153875 - https://www.motherjones.com/politics/2018/04/house-republicans-just-ramped-up-their-investigation-of-epa-administrator-scott-pruitt/
RS_2018-04.xz.deduped.txt:154013 - https://www.motherjones.com/politics/2018/04/the-trump-administration-just-announced-more-sanctions-against-russia/
RS_2018-04.xz.deduped.txt:154513 - https://www.motherjones.com/politics/2018/04/james-comey-just-responded-to-donald-trumps-attacks/
RS_2018-04.xz.deduped.txt:154636 - https://www.motherjones.com/environment/2018/04/earths-powerful-climate-shaping-water-currents-are-weak-and-broken-and-its-time-to-freak-out/
RS_2018-04.xz.deduped.txt:155385 - https://www.motherjones.com/politics/2018/04/donald-trump-really-wants-you-to-know-how-well-hes-doing-in-one-specific-poll/
RS_2018-04.xz.deduped.txt:157221 - https://www.motherjones.com/politics/2018/04/read-the-transcript-of-james-comeys-interview-about-donald-trump/
RS_2018-04.xz.deduped.txt:160574 - https://www.motherjones.com/politics/2018/04/ice-agents-feel-more-empowered-than-ever-to-arrest-and-deport-even-the-lowest-priority-immigrants/
RS_2018-04.xz.deduped.txt:163098 - https://www.motherjones.com/politics/2018/04/top-republican-official-says-trump-won-wisconsin-because-of-voter-id-law/
RS_2018-04.xz.deduped.txt:164067 - https://www.motherjones.com/politics/2017/10/voter-suppression-wisconsin-election-2016/
RS_2018-04.xz.deduped.txt:165137 - https://www.motherjones.com/kevin-drum/2018/04/donald-trump-changes-his-mind-on-russia-sanctions/
RS_2018-04.xz.deduped.txt:166155 - https://www.motherjones.com/politics/2018/04/trump-wont-impose-the-russia-sanctions-his-administration-announced-yesterday/

RS_2018-04.xz.deduped.txt:167352 - https://www.motherjones.com/media/2018/04/basically-every-time-hannity-has-defended-michael-cohen-on-his-show-since-the-fbi-raid/
RS_2018-04.xz.deduped.txt:171459 - https://www.motherjones.com/environment/2018/04/an-oil-company-faced-pushback-about-fracking-near-a-charter-so-it-moved-next-to-a-low-income-public-school/
RS_2018-04.xz.deduped.txt:172057 - https://www.motherjones.com/politics/2018/04/democrats-think-theyre-poised-for-huge-victories-in-these-10-states/
RS_2018-04.xz.deduped.txt:173891 - https://www.motherjones.com/politics/2018/04/this-is-not-normal-james-comey-responds-to-trumps-jail-threat/
RS_2018-04.xz.deduped.txt:174256 - https://www.motherjones.com/politics/2018/04/new-jersey-becomes-13th-state-to-adopt-automatic-voter-registration/
RS_2018-04.xz.deduped.txt:177333 - https://www.motherjones.com/politics/2018/04/new-jersey-becomes-13th-state-to-adopt-automatic-voter-registration-governor-signs/
RS_2018-04.xz.deduped.txt:179761 - https://www.motherjones.com/politics/2018/04/a-top-trump-official-says-syrian-refugees-dont-want-to-come-to-the-us-in-reality-weve-effectively-banned-them/
RS_2018-04.xz.deduped.txt:180236 - https://www.motherjones.com/politics/2018/04/one-of-congress-most-unpopular-republicans-might-not-even-have-a-democratic-opponent-in-november/
RS_2018-04.xz.deduped.txt:184720 - https://www.motherjones.com/politics/2018/04/rutgers-university-report-quality-preschools-kids-success-trump-administration-wants-to-cut-funding/
RS_2018-04.xz.deduped.txt:187645 - https://www.motherjones.com/media/2018/04/how-sally-kohns-the-opposite-of-hate-became-a-referendum-on-white-privilege/
RS_2018-04.xz.deduped.txt:187877 - https://www.motherjones.com/politics/2018/04/donald-trump-just-changed-his-story-about-james-comeys-firing/
RS_2018-04.xz.deduped.txt:188868 - https://www.motherjones.com/politics/2018/04/the-parkland-effect-might-cost-this-republican-her-seat-in-congress/
RS_2018-04.xz.deduped.txt:190003 - https://www.motherjones.com/politics/2018/04/this-poll-is-extremely-bad-news-for-ted-cruz/
RS_2018-04.xz.deduped.txt:192829 - https://www.motherjones.com/food/2018/04/china-tariff-spistachios-almonds-trump-republicans-california/
RS_2018-04.xz.deduped.txt:193403 - https://www.motherjones.com/politics/2018/04/new-york-to-restore-voting-rights-to-thousands-of-ex-felons/
RS_2018-04.xz.deduped.txt:193467 - https://www.motherjones.com/politics/2018/04/immigrant-detainees-claim-they-were-forced-to-clean-bathrooms-to-pay-for-their-own-toilet-paper/
RS_2018-04.xz.deduped.txt:193571 - https://www.motherjones.com/politics/2018/04/kris-kobach-held-in-contempt-of-court/
RS_2018-04.xz.deduped.txt:194073 - https://www.motherjones.com/kevin-drum/2018/04/how-much-trouble-is-michael-cohen-in/
RS_2018-04.xz.deduped.txt:194253 - https://motherjones.com/politics/2018/04/did-drinking-give-me-breast-cancer/
RS_2018-04.xz.deduped.txt:196157 - https://www.motherjones.com/food/2018/04/the-gop-houses-farm-bill-would-gut-a-key-conservation-program/
RS_2018-04.xz.deduped.txt:197054 - https://www.motherjones.com/politics/2018/04/thousands-of-poor-detroiters-are-about-to-get-their-water-cut-off/

RS_2018-04.xz.deduped.txt:201545 - https://www.motherjones.com/politics/2018/04/michael-cohen-abandons-lawsuits-he-filed-arguing-the-steel-dossier-is-false/
RS_2018-04.xz.deduped.txt:204072 - https://www.motherjones.com/politics/2018/04/a-federal-court-just-halted-trumps-efforts-to-punish-sanctuary-cities/
RS_2018-04.xz.deduped.txt:206283 - https://www.motherjones.com/politics/2018/04/read-the-james-comey-memos-about-donald-trump/
RS_2018-04.xz.deduped.txt:209106 - https://www.motherjones.com/politics/2018/04/michael-cohen-says-hes-never-been-to-prague-he-told-me-a-different-story/
RS_2018-04.xz.deduped.txt:209675 - https://www.motherjones.com/politics/2018/04/a-federal-court-just-thwarted-trumps-efforts-to-punish-sanctuary-cities-1/
RS_2018-04.xz.deduped.txt:209687 - https://www.motherjones.com/crime-justice/2018/04/kirsten-gillibrand-takes-aim-at-ice-after-an-arrest-at-a-new-york-dairy-farm/
RS_2018-04.xz.deduped.txt:209716 - https://www.motherjones.com/politics/2018/04/america-has-never-had-a-black-woman-governor-stacey-abrams-has-something-to-say-about-that/
RS_2018-04.xz.deduped.txt:214107 - https://www.motherjones.com/kevin-drum/2018/04/a-campaign-reporter-looks-in-the-mirror-and-isnt-happy-with-what-she-sees/
RS_2018-04.xz.deduped.txt:214288 - https://www.motherjones.com/politics/2018/04/the-head-of-the-deutsche-bank-division-that-loaned-trump-364-million-just-got-a-big-promotion/
RS_2018-04.xz.deduped.txt:214839 - https://www.motherjones.com/kevin-drum/2018/04/donald-trump-is-pondering-how-to-help-the-coal-industry/
RS_2018-04.xz.deduped.txt:215290 - https://www.motherjones.com/politics/2018/03/nightmare-travel-ban-kafkaesque-refugee-gay/
RS_2018-04.xz.deduped.txt:219076 - https://www.motherjones.com/politics/2018/04/pesticide-executives-are-running-ag-policy-for-donald-trump/
RS_2018-04.xz.deduped.txt:221695 - https://www.motherjones.com/environment/2018/04/the-trump-administration-wants-to-make-groundwater-less-safe-in-coal-country/
RS_2018-04.xz.deduped.txt:222223 - https://www.motherjones.com/politics/2018/04/new-data-shows-how-trump-is-targeting-immigrants-who-have-been-here-for-years/
RS_2018-04.xz.deduped.txt:222787 - https://www.motherjones.com/politics/2018/04/married-immigrants-seeking-green-cards-are-now-targets-for-deportation/
RS_2018-04.xz.deduped.txt:223979 - https://www.motherjones.com/politics/2018/04/trump-began-his-morning-by-attacking-a-times-reporter-on-twitter/
RS_2018-04.xz.deduped.txt:224065 - https://www.motherjones.com/politics/2018/04/more-guns-wont-make-us-safer-heres-what-might/
RS_2018-04.xz.deduped.txt:224973 - https://www.motherjones.com/politics/2016/08/women-in-jails-increasing-faster-than-men-vera-institute-justice/
RS_2018-04.xz.deduped.txt:229013 - https://www.motherjones.com/politics/2018/04/democrats-are-asking-two-sandy-hook-parents-to-run-for-congress-its-not-an-easy-decision/
RS_2018-04.xz.deduped.txt:229722 - https://www.motherjones.com/politics/2018/04/mitt-romneys-bid-to-become-utahs-next-senator-just-hit-a-roadblock-heres-what-happens-next/
RS_2018-04.xz.deduped.txt:230477 - https://www.motherjones.com/environment/2018/04/the-global-crisis-of-plastic-pollution/
RS_2018-04.xz.deduped.txt:230541 - https://www.motherjones.com/politics/2018/04/see-how-hard-it-is-for-sen-bob-corker-to-say-something-nice-about-the-woman-who-might-replace-him/
RS_2018-04.xz.deduped.txt:231572 - https://www.motherjones.com/politics/2018/04/its-sunday-morning-so-trump-is-tweet-yelling-at-his-tv-again-this-time-about-north-korea/

RS_2018-04.xz.deduped.txt:232596 - https://www.motherjones.com/politics/2016/07/trump-files-when-donald-destroyed-priceless-art-build-trump-tower/

RS_2018-04.xz.deduped.txt:232797 - https://www.motherjones.com/kevin-drum/2018/04/welcome-to-agadez-americas-latest-front-in-the-war-on-terror/

RS_2018-04.xz.deduped.txt:235590 - https://www.motherjones.com/politics/2018/04/betsy-devos-is-making-it-easier-for-schools-to-send-black-kids-like-this-13-year-old-girl-to-jail/

RS_2018-04.xz.deduped.txt:236765 - https://www.motherjones.com/environment/2018/04/internal-emails-show-how-epa-officials-lobby-for-their-former-employers/

RS_2018-04.xz.deduped.txt:242767 - https://www.motherjones.com/politics/2018/04/trump-is-undermining-his-own-immigration-agenda-with-attacks-on-mexico/

RS_2018-04.xz.deduped.txt:244827 - https://www.motherjones.com/politics/2018/04/do-countries-that-drink-less-have-less-breast-cancer/

RS_2018-04.xz.deduped.txt:244926 - https://www.motherjones.com/kevin-drum/2018/04/need-a-job-just-call-bernie/

RS_2018-04.xz.deduped.txt:248473 - https://www.motherjones.com/politics/2018/04/colorado-teachers-strike-republican-lawmakers-send-them-jail/

RS_2018-04.xz.deduped.txt:251606 - https://www.motherjones.com/politics/2018/04/white-house-defiant-amid-allegations-jeopardizing-ronny-jacksons-va-nomination/

RS_2018-04.xz.deduped.txt:251705 - https://www.motherjones.com/kevin-drum/2018/04/pruitt-about-to-take-next-step-in-banning-science-at-the-epa/

RS_2018-04.xz.deduped.txt:255095 - https://www.motherjones.com/environment/2018/04/this-might-be-scott-pruitts-most-destructive-move-yet/

RS_2018-04.xz.deduped.txt:255799 - https://www.motherjones.com/politics/2018/04/jeff-sessions-wont-recuse-himself-from-michael-cohens-case/

RS_2018-04.xz.deduped.txt:260819 - https://www.motherjones.com/politics/2018/04/new-data-america-schools-suspend-punish-arrest-black-students/

RS_2018-04.xz.deduped.txt:263428 - https://www.motherjones.com/politics/2018/04/michael-browns-mother-is-considering-a-run-for-ferguson-city-council/

RS_2018-04.xz.deduped.txt:264187 - https://www.motherjones.com/politics/2018/04/defending-travel-ban-trump-lawyer-says-an-anti-semitic-president-could-ban-israelis/

RS_2018-04.xz.deduped.txt:264549 - https://www.motherjones.com/kevin-drum/2018/04/north-korea-isnt-closing-its-nuclear-test-site-it-collapsed/

RS_2018-04.xz.deduped.txt:264561 - https://www.motherjones.com/politics/2018/04/how-a-mysterious-overseas-shell-company-used-a-former-gop-congressman-to-lobby-trump-and-congress/

RS_2018-04.xz.deduped.txt:265381 - https://www.motherjones.com/kevin-drum/2018/04/the-border-patrol-wants-us-to-think-its-job-is-more-dangerous-than-ever-its-not/

RS_2018-04.xz.deduped.txt:266378 - https://www.motherjones.com/politics/2018/04/a-new-trump-administration-proposal-could-triple-low-income-families-rent/

RS_2018-04.xz.deduped.txt:268247 - https://www.motherjones.com/kevin-drum/2018/04/marco-rubio-wants-to-give-you-a-loan-to-have-kids/

RS_2018-04.xz.deduped.txt:269363 - https://www.motherjones.com/crime-justice/2018/04/texas-women-prisoners-can-learn-how-to-type-and-cook-men-can-get-a-masters/

RS_2018-04.xz.deduped.txt:271915 -
https://www.motherjones.com/environment/2018/04/andrew-cuomo-is-so-worried-about-cynthia-nixon-he-suddenly-remembered-he-ran-as-an-environmentalist/
RS_2018-04.xz.deduped.txt:272449 -
https://www.motherjones.com/environment/2018/04/climate-change-will-make-thousands-of-islands-uninhabitable-a-new-study-says-itll-happen-sooner-than-we-thought/
RS_2018-04.xz.deduped.txt:272949 - https://www.motherjones.com/politics/2018/04/public-health-advocates-call-on-nih-to-pull-the-plug-on-industry-funded-alcohol-study/
RS_2018-04.xz.deduped.txt:274761 - https://www.motherjones.com/politics/2018/04/donald-trump-went-on-fox-news-and-barked-some-lies-about-fake-news/
RS_2018-04.xz.deduped.txt:275074 - https://www.motherjones.com/politics/2018/04/trump-went-on-fox-friends-this-morning-and-likely-sent-his-lawyers-into-a-meltdown-1/
RS_2018-04.xz.deduped.txt:275171 - https://www.motherjones.com/media/2018/04/grace-cathedral-beyonce-mass-was-glorious/
RS_2018-04.xz.deduped.txt:276423 -
https://www.motherjones.com/environment/2018/04/scottt-pruitt-knew-exactly-who-to-blame-for-his-ethical-lapses/
RS_2018-04.xz.deduped.txt:278039 - https://www.motherjones.com/politics/2018/04/a-bipartisan-group-of-senators-just-scored-a-big-win-in-the-fight-to-protect-robert-mueller/
RS_2018-04.xz.deduped.txt:282241 - https://www.motherjones.com/environment/2018/04/scott-pruitt-takes-all-the-credit-and-none-of-the-blame-for-his-scandal-filled-time-at-the-epa/
RS_2018-04.xz.deduped.txt:284490 - https://www.motherjones.com/kevin-drum/2018/04/the-us-incarceration-rate-went-down-a-tiny-bit-again-in-2016/
RS_2018-04.xz.deduped.txt:284543 - https://www.motherjones.com/politics/2018/04/doctors-are-required-to-receive-opioid-training-big-pharma-funds-it-what-could-go-wrong/
RS_2018-04.xz.deduped.txt:286036 - https://www.motherjones.com/politics/2018/04/what-exactly-was-corey-lewandowski-just-doing-in-belgrade/
RS_2018-04.xz.deduped.txt:287927 - https://www.motherjones.com/politics/2018/04/trump-announces-hes-considering-interfering-with-justice-department-investigations/
RS_2018-04.xz.deduped.txt:288250 -
https://www.motherjones.com/politics/2018/04/misleading-and-unsupported-by-the-facts-house-intelligence-democrats-slam-gop-russia-report/
RS_2018-04.xz.deduped.txt:295070 - https://www.motherjones.com/politics/2018/04/most-americans-think-teachers-deserve-more-money/
RS_2018-04.xz.deduped.txt:296631 - https://www.motherjones.com/politics/2018/04/all-the-times-this-week-fox-news-used-kanyes-tweets-to-push-its-pro-trump-agenda/
RS_2018-04.xz.deduped.txt:298469 - https://www.motherjones.com/media/2018/04/avengers-infinity-war-how-captain-america-woke-me-up-white-privilege/
RS_2018-04.xz.deduped.txt:299023 - https://www.motherjones.com/politics/2018/04/this-national-enquirer-cover-about-michael-cohen-is-amazing/
RS_2018-04.xz.deduped.txt:301263 - https://www.motherjones.com/media/2018/04/capturing-the-early-years-of-the-ramones/
RS_2018-04.xz.deduped.txt:303721 - https://www.motherjones.com/politics/2018/04/did-trump-jr-talk-to-his-dad-about-the-trump-tower-meeting/
RS_2018-04.xz.deduped.txt:305941 - https://www.motherjones.com/politics/2018/04/trump-tried-to-make-a-russian-mma-reality-show-this-week-the-fbi-questioned-its-star/

RS_2018-04.xz.deduped.txt:308222 - https://www.motherjones.com/politics/2018/04/michelle-wolfs-scathing-comedy-set-at-the-whcd-provoked-outrage-glee-and-everything-in-between/
RS_2018-04.xz.deduped.txt:311934 - https://www.motherjones.com/crime-justice/2018/04/sacramento-district-attorney-anne-schubert-faces-the-run-of-her-life/
RS_2018-04.xz.deduped.txt:313191 - https://www.motherjones.com/politics/2018/04/no-one-knows-how-immigration-affects-wages-and-jobs-especially-donald-trump/
RS_2018-04.xz.deduped.txt:314964 - https://www.motherjones.com/politics/2018/04/trumps-tweet-about-stormy-daniels-backfired-and-now-shes-suing-for-defamation/
RS_2018-04.xz.deduped.txt:316898 - https://www.motherjones.com/environment/2018/04/officials-say-flints-water-is-safe-residents-say-its-not-scientists-say-its-complicated/
RS_2018-04.xz.deduped.txt:317091 - https://www.motherjones.com/politics/2018/04/ice-chief-thomas-homan-the-leader-of-trumps-deportation-force-is-stepping-down/
RS_2018-04.xz.deduped.txt:317330 - https://www.motherjones.com/kevin-drum/2018/04/nbc-news-says-trump-wants-to-pull-us-troops-out-of-south-korea/
RS_2015-05.bz2.deduped.txt:3204 - http://www.motherjones.com/politics/2015/04/2015-record-number-abortion-waiting-period-laws
RS_2015-05.bz2.deduped.txt:3406 - http://www.motherjones.com/tom-philpott/2015/04/avian-flu-bites-us-poultry-industry
RS_2015-05.bz2.deduped.txt:3827 - http://www.motherjones.com/kevin-drum/2015/04/gop-estate-tax-repeal-334-billion-tax-break
RS_2015-05.bz2.deduped.txt:4236 - http://www.motherjones.com/environment/2015/04/californias-wildfire-season-going-be-really-bad
RS_2015-05.bz2.deduped.txt:4576 - http://www.motherjones.com/mojo/2015/04/sen-bernie-sanders-running-president-greatest-hits
RS_2015-05.bz2.deduped.txt:4640 - http://www.motherjones.com/environment/2008/04/whats-your-babys-carbon-footprint
RS_2015-05.bz2.deduped.txt:6115 - http://www.motherjones.com/environment/2013/04/heritage-apples-john-bunker-maine?page=1
RS_2015-05.bz2.deduped.txt:6224 - http://www.motherjones.com/politics/2015/04/what-martin-luther-king-thought-about-urban-riots
RS_2015-05.bz2.deduped.txt:6462 - http://www.motherjones.com/mojo/2015/05/baltimore-freddie-gray-charges-homicide
RS_2015-05.bz2.deduped.txt:8897 - http://www.motherjones.com/kevin-drum/2015/04/aurora-mass-shooting-cost-more-than-100-million
RS_2015-05.bz2.deduped.txt:10193 - http://www.motherjones.com/kevin-drum/2015/05/black-deaths-american-election-results
RS_2015-05.bz2.deduped.txt:11660 - http://www.motherjones.com/blue-marble/2015/05/transportation-department-releases-new-rules-oil-trains
RS_2015-05.bz2.deduped.txt:12648 - http://www.motherjones.com/politics/2015/04/freddie-gray-baltimore-apartheid-school-carver-high
RS_2015-05.bz2.deduped.txt:18312 - http://www.motherjones.com/media/2015/05/baltimore-protests-las-vegas-fight-mayweather-photos-inequality
RS_2015-05.bz2.deduped.txt:19177 - http://www.motherjones.com/blue-marble/2015/04/1-6-species-could-be-killed-climate-change

RS_2015-05.bz2.deduped.txt:23114 - http://www.motherjones.com/politics/2015/05/supreme-court-death-penalty-execution

RS_2015-05.bz2.deduped.txt:23285 - http://www.motherjones.com/environment/2015/05/sickle-cell-cystic-fibrosis-funding-race

RS_2015-05.bz2.deduped.txt:24476 - http://www.motherjones.com/politics/2015/04/jeb-bush-one-florida-affirmative-action

RS_2015-05.bz2.deduped.txt:24571 - http://www.motherjones.com/politics/2015/05/carly-fiorina-hewlett-packard-2016-gop

RS_2015-05.bz2.deduped.txt:28550 - http://www.motherjones.com/mixed-media/2015/05/fox-news-just-royally-messed-their-baltimore-coverage

RS_2015-05.bz2.deduped.txt:32509 - http://www.motherjones.com/environment/2015/05/save-climate-california-needs-save-its-forests

RS_2015-05.bz2.deduped.txt:33409 - http://www.motherjones.com/mixed-media/2015/05/its-nellie-blys-birthday

RS_2015-05.bz2.deduped.txt:41127 - http://www.motherjones.com/kevin-drum/2015/05/idiotic-gun-debate-itself-is-killing-us

RS_2015-05.bz2.deduped.txt:41929 - http://www.motherjones.com/politics/2015/05/hillary-clinton-bundler-disclosure-campaign-finance

RS_2015-05.bz2.deduped.txt:42487 - http://www.motherjones.com/politics/2015/05/police-are-whiter-communities-they-serve

RS_2015-05.bz2.deduped.txt:51608 - http://www.motherjones.com/tom-philpott/2015/05/your-winter-vegetables-are-grown-desert-watered-dwindling-river

RS_2015-05.bz2.deduped.txt:57163 - http://www.motherjones.com/mojo/2015/05/new-study-premature-infants-abortion-20-week-ban

RS_2015-05.bz2.deduped.txt:57452 - http://www.motherjones.com/kevin-drum/2015/05/small-businesses-exemptions-minimum-wage

RS_2015-05.bz2.deduped.txt:59823 - http://www.motherjones.com/politics/2015/05/ryan-rogers-rehab-alcoholic-drugged

RS_2015-05.bz2.deduped.txt:60079 - http://www.motherjones.com/kevin-drum/2015/05/economics-slavery-reconstruction-jim-crow

RS_2015-05.bz2.deduped.txt:63275 - http://www.motherjones.com/mojo/2015/05/mike-huckabee-monty-python-life-brian

RS_2015-05.bz2.deduped.txt:64409 - http://www.motherjones.com/blue-marble/2015/05/two-climate-scientists-just-gave-their-lives-their-research?google_editors_picks=true

RS_2015-05.bz2.deduped.txt:66473 - http://www.motherjones.com/blue-marble/2015/05/carbon-dioxide-global-concentrations

RS_2015-05.bz2.deduped.txt:68746 - http://www.motherjones.com/mixed-media/2015/05/here-are-most-popular-baby-names-2014

RS_2015-05.bz2.deduped.txt:73398 - http://www.motherjones.com/politics/2012/04/bank-therapy-super-rich-occupy-wall-street

RS_2015-05.bz2.deduped.txt:79820 - http://www.motherjones.com/tom-philpott/2015/05/california-drought-pistachio-iran-nuke-deal

RS_2015-05.bz2.deduped.txt:80194 - http://www.motherjones.com/kevin-drum/2015/05/news-is-killing-cable-news-ezra-klein

RS_2015-05.bz2.deduped.txt:81149 - http://www.motherjones.com/politics/2015/05/mike-huckabee-first-campaign-elizabeth-taylor-2016

RS_2015-05.bz2.deduped.txt:82338 - http://www.motherjones.com/environment/2015/05/cellphone-emf-wifi-health-risks-scientists-letter

RS_2015-05.bz2.deduped.txt:83134 - http://www.motherjones.com/politics/2015/05/benghazi-committee-gowdy-clinton

RS_2015-05.bz2.deduped.txt:88864 - http://www.motherjones.com/mojo/2015/05/jim-justice-west-virginia-governors-race

RS_2015-05.bz2.deduped.txt:90714 - http://www.motherjones.com/politics/2015/05/carly-fiorina-campaign-debt-senate-2016

RS_2015-05.bz2.deduped.txt:91770 - http://www.motherjones.com/mixed-media/2015/05/john-oliver-maternity-leave

RS_2015-05.bz2.deduped.txt:95482 - http://www.motherjones.com/mojo/2015/05/fox-news-probably-never-even-read-the-grapes-of-wrath

RS_2015-05.bz2.deduped.txt:98375 - http://www.motherjones.com/politics/2015/05/jeb-bush-adviser-paul-wolfowitz

RS_2015-05.bz2.deduped.txt:99867 - http://www.motherjones.com/kevin-drum/2015/05/ana-marie-cox-cats-internet

RS_2015-05.bz2.deduped.txt:100485 - http://www.motherjones.com/tom-philpott/2015/05/monsanto-syngenta-merger-45-billion-pesticides

RS_2015-05.bz2.deduped.txt:102985 - http://www.motherjones.com/environment/2015/05/berkeley-cell-phone-law-right-know-ordinance

RS_2015-05.bz2.deduped.txt:104540 - http://www.motherjones.com/mixed-media/2015/05/vatican-officially-recognizing-palestinian-state

RS_2015-05.bz2.deduped.txt:107908 - http://www.motherjones.com/environment/2015/05/bernie-sanders-greenest-presidential-candidate

RS_2015-05.bz2.deduped.txt:109922 - http://m.motherjones.com/politics/2015/05/jeb-bush-adviser-paul-wolfowitz

RS_2015-05.bz2.deduped.txt:111774 - http://m.motherjones.com/environment/2015/05/bernie-sanders-greenest-presidential-candidate

RS_2015-05.bz2.deduped.txt:112805 - http://www.motherjones.com/politics/2015/05/homemade-untraceable-assault-weapons

RS_2015-05.bz2.deduped.txt:113150 - http://www.motherjones.com/mojo/2015/05/dont-poop-in-the-pool

RS_2015-05.bz2.deduped.txt:116515 - http://www.motherjones.com/politics/2015/05/un-human-rights-council-us-military-do-better-victims-sexual-violence

RS_2015-05.bz2.deduped.txt:117447 - http://www.motherjones.com/environment/2015/05/texas-pipeline-controversy-trans-pecos

RS_2015-05.bz2.deduped.txt:117742 - http://www.motherjones.com/mixed-media/2015/05/fox-picasso-jerry-saltz

RS_2015-05.bz2.deduped.txt:120962 - http://www.motherjones.com/politics/2015/05/tamir-rice-investigation-cleveland-police

RS_2015-05.bz2.deduped.txt:123259 - http://www.motherjones.com/media/2015/05/snow-crash-neal-stephenson-seveneves-interview?google_editors_picks=true

RS_2015-05.bz2.deduped.txt:125287 - http://www.motherjones.com/politics/2015/05/bush-rubio-neocons-project-for-a-new-american-century
RS_2015-05.bz2.deduped.txt:136982 - http://www.motherjones.com/environment/2015/05/california-water-users-mcgwire
RS_2015-05.bz2.deduped.txt:137082 - http://www.motherjones.com/kevin-drum/2015/05/republicans-war-hawks-libertarians
RS_2015-05.bz2.deduped.txt:137913 - http://www.motherjones.com/mojo/2015/05/obama-police-military-equipment
RS_2015-05.bz2.deduped.txt:143376 - http://www.motherjones.com/blue-marble/2015/05/kayaktavistsv-take-over-seattles-elliott-bay-protest-shell-oil-rig
RS_2015-05.bz2.deduped.txt:144407 - http://www.motherjones.com/mixed-media/2015/05/john-oliver-chicken-farmers
RS_2015-05.bz2.deduped.txt:145753 - http://www.motherjones.com/environment/2015/05/climate-change-income-inequality
RS_2015-05.bz2.deduped.txt:146758 - http://www.motherjones.com/politics/2015/05/senator-bernie-sanders-policy-platform-presidential-campaign
RS_2015-05.bz2.deduped.txt:146962 - http://www.motherjones.com/kevin-drum/2015/05/obamacare-helps-young-working-parents
RS_2015-05.bz2.deduped.txt:148344 - http://www.motherjones.com/politics/2015/05/jeb-bush-marco-rubio-iraq-war-intelligence
RS_2015-05.bz2.deduped.txt:149540 - http://motherjones.com/politics/2015/05/senator-bernie-sanders-policy-platform-presidential-campaign
RS_2015-05.bz2.deduped.txt:152197 - http://www.motherjones.com/environment/2015/05/charts-clean-energy-developing-countries
RS_2015-05.bz2.deduped.txt:152429 - http://www.motherjones.com/politics/2015/05/michael-morell-bush-cheney-iraq-war
RS_2015-05.bz2.deduped.txt:155343 - http://www.motherjones.com/politics/2015/05/how-will-i-die-cdc-by-state
RS_2015-05.bz2.deduped.txt:155860 - http://www.motherjones.com/environment/2015/05/mike-huckabee-ethanol-biofuels-rfs
RS_2015-05.bz2.deduped.txt:155870 - http://www.motherjones.com/politics/2015/05/scott-walker-john-doe-investigation
RS_2015-05.bz2.deduped.txt:159136 - http://www.motherjones.com/tom-philpott/2015/05/ongoing-bird-flu-crisis-stumps-experts
RS_2015-05.bz2.deduped.txt:159960 - http://www.motherjones.com/blue-marble/2015/05/megan-rice-85-year-old-nun-released-prison-nuclear-weapons
RS_2015-05.bz2.deduped.txt:162390 - http://www.motherjones.com/politics/2004/01/lie-factory
RS_2015-05.bz2.deduped.txt:163062 - http://www.motherjones.com/kevin-drum/2015/05/obama-leadership-trans-pacific-partnership-tpp
RS_2015-05.bz2.deduped.txt:164916 - http://www.motherjones.com/politics/2015/05/police-shootings-caught-on-tape-video
RS_2015-05.bz2.deduped.txt:165043 - http://www.motherjones.com/politics/2015/05/tea-party-lindsey-graham-conservative-2016
RS_2015-05.bz2.deduped.txt:165189 - http://www.motherjones.com/blue-marble/2015/05/school-lunches-just-got-way-better-these-major-school-districts

RS_2015-05.bz2.deduped.txt:171156 - http://www.motherjones.com/mixed-media/2015/05/boys-scouts
RS_2015-05.bz2.deduped.txt:171181 - http://www.motherjones.com/environment/2015/05/cia-closing-its-main-climate-research-program
RS_2015-05.bz2.deduped.txt:171342 - http://www.motherjones.com/kevin-drum/2015/05/republicans-hate-obamacare-even-if-they-their-own-obamacare-plans
RS_2015-05.bz2.deduped.txt:175051 - http://www.motherjones.com/mojo/2015/05/josh-duggar-resigns-family-research-council-amid-molestation-allegations
RS_2015-05.bz2.deduped.txt:175789 - http://www.motherjones.com/politics/2015/05/scott-walker-wisconsin-supreme-court
RS_2015-05.bz2.deduped.txt:177585 - http://www.motherjones.com/mojo/2015/05/heres-how-kansas-republicans-are-screwing-poor
RS_2015-05.bz2.deduped.txt:178697 - http://www.motherjones.com/politics/2013/06/timeline-nsa-domestic-surveillance-bush-obama
RS_2015-05.bz2.deduped.txt:178996 - http://www.motherjones.com/politics/2015/05/mike-huckabee-ark-of-the-covenant-moskoff
RS_2015-05.bz2.deduped.txt:180443 - http://www.motherjones.com/politics/2015/05/edward-snowden-reddit-nsa-ama
RS_2015-05.bz2.deduped.txt:180474 - http://www.motherjones.com/environment/2015/05/breaking-california-cutting-water-to-farms
RS_2015-05.bz2.deduped.txt:180489 - http://www.motherjones.com/node/275471
RS_2015-05.bz2.deduped.txt:180660 - http://www.motherjones.com/contributor/2015/05/holy-shit-how-duggars-homeschooling-curriculum-allegedly-dealt-sexual-abuse
RS_2015-05.bz2.deduped.txt:183123 - http://m.motherjones.com/mojo/2015/05/heres-how-kansas-republicans-are-screwing-poor
RS_2015-05.bz2.deduped.txt:184510 - http://www.motherjones.com/kevin-drum/2015/05/first-time-ever-conservatives-no-longer-outnumber-liberals-america
RS_2015-05.bz2.deduped.txt:184957 - http://www.motherjones.com/media/2015/05/japanese-american-internment-kitagaki-photos
RS_2015-05.bz2.deduped.txt:194165 - http://www.motherjones.com/tom-philpott/2015/05/almonds-now-require-85-percent-us-beehives
RS_2015-05.bz2.deduped.txt:198184 - http://www.motherjones.com/blue-marble/2015/05/whats-deal-obamas-plan-save-monarch-butterflys-epic-migration
RS_2015-05.bz2.deduped.txt:199734 - http://www.motherjones.com/print/266201
RS_2015-05.bz2.deduped.txt:201095 - http://www.motherjones.com/politics/2015/05/marco-rubio-billionaire-larry-ellison-oracle
RS_2015-05.bz2.deduped.txt:205743 - http://www.motherjones.com/environment/2015/05/these-photos-sea-critters-soaked-oil-california-will-break-your-heart
RS_2015-05.bz2.deduped.txt:206144 - http://www.motherjones.com/politics/2015/05/ted-cruz-matt-schultz-iowa-chairman-voter-id
RS_2015-05.bz2.deduped.txt:208358 - http://www.motherjones.com/mojo/2015/05/bernie-sanders-404-error-page
RS_2015-05.bz2.deduped.txt:208788 - http://www.motherjones.com/politics/2015/05/young-bernie-sanders-liberty-union-vermont

RS_2015-05.bz2.deduped.txt:212047 - http://www.motherjones.com/tom-philpott/2015/05/romanticizing-grandparents-food
RS_2015-05.bz2.deduped.txt:214574 - http://motherjones.com/politics/2015/05/santa-clara-silicon-valley-homelessness
RS_2015-05.bz2.deduped.txt:216119 - http://www.motherjones.com/mojo/2015/05/scott-walker-mandatory-ultrasounds
RS_2015-05.bz2.deduped.txt:216264 - http://www.motherjones.com/politics/2015/05/santa-clara-silicon-valley-homelessness
RS_2015-05.bz2.deduped.txt:216547 - http://www.motherjones.com/kevin-drum/2015/05/republicans-find-yet-another-ingenious-way-suppress-democratic-votes
RS_2015-05.bz2.deduped.txt:217361 - http://www.motherjones.com/mojo/2015/05/list-cities-most-risk-terrorist-attacks-probably-wont-suprise-you
RS_2015-05.bz2.deduped.txt:219427 - http://m.motherjones.com/mojo/2015/05/scott-walker-mandatory-ultrasounds
RS_2015-05.bz2.deduped.txt:220600 - http://www.motherjones.com/mojo/2015/05/nebraska-repeals-death-penalty-thanks-conservatives
RS_2015-05.bz2.deduped.txt:222773 - http://www.motherjones.com/mixed-media/2015/05/chart-fifa-deaths-qatar-move-it-to-the-united-states
RS_2015-05.bz2.deduped.txt:225697 - http://www.motherjones.com/kevin-drum/2015/05/cubans-really-dont-marco-rubio
RS_2015-05.bz2.deduped.txt:226842 - http://www.motherjones.com/mojo/2015/05/rich-lowry-someblacklivesdontmatter
RS_2015-05.bz2.deduped.txt:227350 - http://m.motherjones.com/politics/2015/05/denny-hastert-indicted
RS_2015-05.bz2.deduped.txt:227643 - http://m.motherjones.com/politics/2015/05/young-bernie-sanders-liberty-union-vermont
RS_2015-05.bz2.deduped.txt:227776 - http://www.motherjones.com/politics/2015/05/nebraska-ends-death-penalty
RS_2015-05.bz2.deduped.txt:230582 - http://www.motherjones.com/politics/2015/05/bernie-sanders-university-of-chicago-free-love
RS_2015-05.bz2.deduped.txt:230623 - http://www.motherjones.com/politics/2015/04/matthew-vandyke-isis-assyrian-army
RS_2015-05.bz2.deduped.txt:234335 - http://www.motherjones.com/mojo/2015/05/rich-lowry-someblacklivesdontmatter?google_editors_picks=true
RS_2015-05.bz2.deduped.txt:235668 - http://www.motherjones.com/politics/2015/05/hillary-clinton-foundation-state-arms-deals
RS_2015-05.bz2.deduped.txt:236843 - http://www.motherjones.com/politics/2015/05/james-holmes-diary-aurora-gun-free-zones-debunked
RS_2015-05.bz2.deduped.txt:241268 - http://www.motherjones.com/politics/2009/09/fiji-spin-bottle?page=3
RS_2015-05.bz2.deduped.txt:242920 - http://m.motherjones.com/politics/2015/05/michael-morell-bush-cheney-iraq-war
RS_2015-05.bz2.deduped.txt:244035 - http://www.motherjones.com/tom-philpott/2015/05/40-percent-us-honeybees-died-over-past-year
RS_2015-05.bz2.deduped.txt:244229 - http://m.motherjones.com/kevin-drum/2015/05/if-you-want-be-part-top-1-youd-better-be-working-top-1-firm

RS_2015-05.bz2.deduped.txt:247150 - http://motherjones.com/politics/2015/05/hillary-clinton-foundation-state-arms-deals

RS_2017-11.bz2.deduped.txt:119 - http://www.motherjones.com/politics/2017/10/al-franken-tears-into-facebook-counsel-at-senate-hearing/

RS_2017-11.bz2.deduped.txt:3831 - http://www.motherjones.com/politics/2017/11/a-fake-jihadist-has-landed-a-top-job-at-homeland-security/

RS_2017-11.bz2.deduped.txt:4884 - http://www.motherjones.com/environment/2017/10/scott-pruitt-is-using-the-bible-as-his-guide-for-reorganizing-epas-science-boards/

RS_2017-11.bz2.deduped.txt:4927 - http://www.motherjones.com/politics/2017/11/virginia-democrats-northam-trump-gillespie-governor/

RS_2017-11.bz2.deduped.txt:5648 - http://www.motherjones.com/politics/2017/11/trump-targets-senator-schumer-after-manhattan-terrorist-attack/?utm_campaign=socialflow&utm_source=Twitter&utm_medium=social

RS_2017-11.bz2.deduped.txt:6653 - http://www.motherjones.com/politics/2017/11/here-are-all-the-ways-trump-is-already-sabotaging-obamacare-and-raising-premiums/

RS_2017-11.bz2.deduped.txt:7584 - http://www.motherjones.com/politics/2017/11/trump-targets-senator-schumer-after-manhattan-terrorist-attack/

RS_2017-11.bz2.deduped.txt:7940 - http://www.motherjones.com/politics/2017/11/barack-obama-is-doing-trumps-job-for-him/

RS_2017-11.bz2.deduped.txt:9329 - http://www.motherjones.com/kevin-drum/2017/11/401k-plans-are-back-on-the-chopping-block/

RS_2017-11.bz2.deduped.txt:11338 - http://www.motherjones.com/kevin-drum/2017/11/trump-granchildren-apparently-tapped-to-name-tax-bill/

RS_2017-11.bz2.deduped.txt:11589 - http://www.motherjones.com/politics/2017/11/trumps-likely-pick-to-empower-women-is-mad-that-disney-movies-dont-feature-enough-strong-male-leads/

RS_2017-11.bz2.deduped.txt:11691 - http://www.motherjones.com/kevin-drum/2017/10/heres-what-russian-trolls-are-promoting-today/

RS_2017-11.bz2.deduped.txt:12264 - http://www.motherjones.com/politics/2017/11/hackers-compromised-the-trump-organization-4-years-ago-and-the-company-never-noticed/

RS_2017-11.bz2.deduped.txt:12831 - http://www.motherjones.com/politics/2017/11/hackers-compromised-the-trump-organization-4-years-ago-and-the-company-never-noticed/#

RS_2017-11.bz2.deduped.txt:15355 - http://www.motherjones.com/politics/2017/11/ex-felons-voting-for-the-first-time-could-shake-virginias-governors-race/

RS_2017-11.bz2.deduped.txt:15360 - http://www.motherjones.com/politics/2017/11/bundys-deny-the-governments-legitimacy-as-it-pays-for-their-legal-defense/

RS_2017-11.bz2.deduped.txt:17866 - http://www.motherjones.com/politics/2017/11/republicans-in-congress-consider-a-bill-that-would-ban-most-abortions/

RS_2017-11.bz2.deduped.txt:18551 - http://www.motherjones.com/politics/2017/11/trumps-likely-pick-to-empower-women-is-mad-that-disney-movies-dont-feature-enough-strong-male-leads/#

RS_2017-11.bz2.deduped.txt:20617 - http://www.motherjones.com/politics/2017/11/dems-sue-trump-over-hotel-secrecy/

RS_2017-11.bz2.deduped.txt:22559 - http://www.motherjones.com/kevin-drum/2017/11/charts-of-the-day-how-republicans-are-using-the-tax-code-to-screw-blue-states/

RS_2017-11.bz2.deduped.txt:27557 - http://www.motherjones.com/politics/2017/11/trump-pick-for-top-civil-rights-enforcer-has-made-a-career-of-fighting-discrimination-claims/
RS_2017-11.bz2.deduped.txt:27645 - http://www.motherjones.com/politics/2017/11/jeff-sessions-under-fire-as-new-revelations-cast-further-doubt-on-his-russia-testimony/
RS_2017-11.bz2.deduped.txt:28081 - http://www.motherjones.com/politics/2017/11/heres-why-ed-gillespie-doesnt-like-to-talk-about-his-lobbying-clients/
RS_2017-11.bz2.deduped.txt:28283 - http://www.motherjones.com/politics/2017/11/inside-silicon-valleys-big-money-push-to-remake-american-education/
RS_2017-11.bz2.deduped.txt:28752 - http://www.motherjones.com/crime-justice/2017/10/tulsa-officer-betty-shelby-shot-unarmed-black-man-expungement-1/
RS_2017-11.bz2.deduped.txt:29906 - http://www.motherjones.com/politics/2017/11/trump-starts-morning-by-calling-for-the-prosecution-of-his-political-opponents/
RS_2017-11.bz2.deduped.txt:30983 - http://www.motherjones.com/kevin-drum/2017/11/its-time-for-congress-to-protect-robert-mueller/
RS_2017-11.bz2.deduped.txt:32467 - http://www.motherjones.com/environment/2017/11/monsanto-created-a-huge-problem-now-that-problem-might-be-driving-sales/
RS_2017-11.bz2.deduped.txt:34877 - http://www.motherjones.com/politics/2017/11/ivanka-eric-and-barron-are-the-biggest-winners-in-republicans-tax-bill/
RS_2017-11.bz2.deduped.txt:35608 - http://www.motherjones.com/politics/2017/11/republican-tax-bill-rich-families-children-private-school-college-529/?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29
RS_2017-11.bz2.deduped.txt:35895 - http://www.motherjones.com/politics/2017/11/republican-tax-bill-rich-families-children-private-school-college-529/
RS_2017-11.bz2.deduped.txt:37255 - http://www.motherjones.com/environment/2017/11/rick-perry-has-a-genius-solution-to-preventing-sexual-assault-fossil-fuels/
RS_2017-11.bz2.deduped.txt:38740 - http://www.motherjones.com/kevin-drum/2017/11/donald-trump-is-unhappy-that-he-cant-use-the-courts-to-persecute-his-enemies/
RS_2017-11.bz2.deduped.txt:39724 - http://www.motherjones.com/politics/2017/11/trumps-likely-pick-to-empower-women-is-mad-that-disney-movies-dont-feature-enough-strong-male-leads/?utm_campaign=socialflow&utm_source=Twitter&utm_medium=social#
RS_2017-11.bz2.deduped.txt:40968 - http://www.motherjones.com/environment/2017/11/you-cant-end-the-war-on-coal-without-starting-a-war-on-public-health/
RS_2017-11.bz2.deduped.txt:43599 - http://www.motherjones.com/kevin-drum/2017/11/heres-the-joint-fundraising-agreement-between-hillary-clinton-and-the-dnc/
RS_2017-11.bz2.deduped.txt:44640 - http://www.motherjones.com/kevin-drum/2017/11/heres-the-joint-fundraising-agreement-between-hillary-clinton-and-the-dnc/?utm_campaign=socialflow&utm_source=Twitter&utm_medium=social
RS_2017-11.bz2.deduped.txt:45252 - http://www.motherjones.com/politics/2017/09/inside-the-growing-guest-worker-program-trapping-indian-students-in-virtual-servitude/#
RS_2017-11.bz2.deduped.txt:46667 - http://www.motherjones.com/crime-justice/2017/11/white-supremacists-share-bomb-making-materials-in-online-chats/
RS_2017-11.bz2.deduped.txt:46672 - http://www.motherjones.com/politics/2017/11/sciences-top-foe-in-congress-is-retiring/

RS_2017-11.bz2.deduped.txt:50491 - http://www.motherjones.com/politics/2012/07/mass-shootings-map/

RS_2017-11.bz2.deduped.txt:52141 - http://www.motherjones.com/kevin-drum/2017/11/why-did-wilbur-ross-hold-onto-his-investment-in-a-putin-connected-shipping-company/

RS_2017-11.bz2.deduped.txt:53196 - http://www.motherjones.com/environment/2017/11/californias-fires-have-died-out-but-now-comes-the-toxic-ash/

RS_2017-11.bz2.deduped.txt:54605 - http://www.motherjones.com/environment/2017/11/i-was-a-professional-climate-denier-i-was-wrong/

RS_2017-11.bz2.deduped.txt:58956 - http://www.motherjones.com/kevin-drum/2017/11/republicans-are-laser-targeting-enemies-in-their-tax-bill/

RS_2017-11.bz2.deduped.txt:59324 - http://www.motherjones.com/kevin-drum/2017/11/ap-confirms-that-russia-was-behind-the-2016-email-hacks/

RS_2017-11.bz2.deduped.txt:60923 - http://www.motherjones.com/crime-justice/2017/11/when-a-small-towns-private-prison-goes-bust/

RS_2017-11.bz2.deduped.txt:61922 - http://www.motherjones.com/politics/2017/11/heres-the-problem-with-the-white-houses-story-on-the-papadopoulos-scandal/

RS_2017-11.bz2.deduped.txt:63721 - http://www.motherjones.com/politics/2017/11/one-of-the-most-anti-lgbt-lawmakers-in-the-country-might-lose-his-seat-to-a-transgender-journalist/

RS_2017-11.bz2.deduped.txt:65745 - http://www.motherjones.com/politics/2017/11/texas-gunman-bought-assault-rifle-despite-history-of-violence/

RS_2017-11.bz2.deduped.txt:65761 - http://www.motherjones.com/politics/2017/11/virginia-votes-on-tuesday-here-are-3-ways-ed-gillespie-wants-to-make-that-harder/

RS_2017-11.bz2.deduped.txt:66549 - http://www.motherjones.com/food/2017/11/inside-the-bold-new-animal-liberation-movement-no-masks-no-regrets-all-the-risk/

RS_2017-11.bz2.deduped.txt:68618 - http://www.motherjones.com/politics/2017/11/bundy-legal-team-includes-a-birther-an-alleged-ponzi-schemer-and-an-ex-white-supremacist/

RS_2017-11.bz2.deduped.txt:70342 - http://www.motherjones.com/politics/2017/11/donald-trumps-tax-plan-would-give-nearly-50-percent-of-tax-cuts-to-the-top-1-percent/

RS_2017-11.bz2.deduped.txt:72024 - http://www.motherjones.com/politics/2017/11/trump-pick-for-top-civil-rights-enforcer-has-made-a-career-of-fighting-discrimination-claims/#

RS_2017-11.bz2.deduped.txt:72610 - http://www.motherjones.com/environment/2017/11/stop-repeating-the-us-is-the-only-country-not-in-the-paris-agreement/?utm_campaign=socialflow&utm_source=Twitter&utm_medium=social

RS_2017-11.bz2.deduped.txt:73091 - http://www.motherjones.com/kevin-drum/2017/11/cia-director-met-with-conspiracy-theorist-who-says-dnc-hacks-were-an-inside-job/

RS_2017-11.bz2.deduped.txt:74198 - http://www.motherjones.com/politics/2017/11/videos-former-felons-voted-today-virginia/?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2017-11.bz2.deduped.txt:74750 - http://www.motherjones.com/politics/2017/11/the-polls-just-closed-in-new-jersey-follow-the-live-results-here/

RS_2017-11.bz2.deduped.txt:76138 - http://www.motherjones.com/politics/2017/11/larry-krasner-philadelphia-district-attorney-criminal-justice/

RS_2017-11.bz2.deduped.txt:76761 - http://www.motherjones.com/politics/2017/11/ed-gillespie-predicted-his-own-downfall-11-years-ago/

RS_2017-11.bz2.deduped.txt:78739 - http://www.motherjones.com/politics/2017/11/trump-has-tweeted-about-hillary-more-than-70-times-since-he-won-the-election-a-year-ago/
RS_2017-11.bz2.deduped.txt:79811 - http://www.motherjones.com/politics/2017/11/danica-roem-first-trans-state-representative-dedicates-historic-victory-to-all-the-misfits/?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29
RS_2017-11.bz2.deduped.txt:79882 - http://www.motherjones.com/politics/2017/11/danica-roem-first-trans-state-representative-dedicates-historic-victory-to-all-the-misfits/?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29#
RS_2017-11.bz2.deduped.txt:81761 - http://www.motherjones.com/politics/2017/11/3-times-jeff-sessions-made-false-statements-to-congress-under-oath/#
RS_2017-11.bz2.deduped.txt:83041 - http://www.motherjones.com/politics/2017/11/3-times-jeff-sessions-made-false-statements-to-congress-under-oath/
RS_2017-11.bz2.deduped.txt:83497 - http://www.motherjones.com/politics/2017/11/ashley-bennett-john-carman-new-jersey-freeholder/
RS_2017-11.bz2.deduped.txt:84418 - http://www.motherjones.com/politics/2017/11/donald-trump-is-either-lying-or-using-a-terrible-accountant/
RS_2017-11.bz2.deduped.txt:86576 - http://www.motherjones.com/politics/2017/11/voting-rights-could-be-the-biggest-winner-in-tuesdays-democratic-victories/
RS_2017-11.bz2.deduped.txt:86582 - http://www.motherjones.com/kevin-drum/2017/11/corey-lewandowski-forgot-he-gave-carter-page-permission-for-russia-trip/
RS_2017-11.bz2.deduped.txt:87867 - http://www.motherjones.com/kevin-drum/2017/11/the-republican-tax-plan-is-a-disaster-for-families-with-children/
RS_2017-11.bz2.deduped.txt:88045 - http://www.motherjones.com/kevin-drum/2017/11/why-is-donald-trump-destroying-the-state-department/
RS_2017-11.bz2.deduped.txt:91101 - http://www.motherjones.com/politics/2017/11/putin-twitter-texas-shooting/
RS_2017-11.bz2.deduped.txt:92355 - http://www.motherjones.com/politics/2017/11/voters-in-this-colorado-county-just-sent-betsy-devos-a-helluva-message/?utm_campaign=socialflow&utm_source=Twitter&utm_medium=social
RS_2017-11.bz2.deduped.txt:93239 - http://www.motherjones.com/politics/2017/11/a-transgender-candidate-just-defeated-one-of-the-countrys-most-anti-lgbt-lawmakers/
RS_2017-11.bz2.deduped.txt:93249 - http://www.motherjones.com/kevin-drum/2017/11/wilbur-ross-seems-to-have-a-serious-shipping-problem/
RS_2017-11.bz2.deduped.txt:94120 - http://www.motherjones.com/kevin-drum/2017/11/three-things-to-know-about-obamacare/
RS_2017-11.bz2.deduped.txt:95972 - http://www.motherjones.com/politics/2017/11/report-roy-moore-accused-of-pursuing-teenage-girls-when-he-was-in-his-30s/
RS_2017-11.bz2.deduped.txt:96569 - http://www.motherjones.com/kevin-drum/2017/11/the-retail-apocalypse-may-dominate-the-2020-election/
RS_2017-11.bz2.deduped.txt:97726 - http://www.motherjones.com/politics/2017/11/roy-moore-responds-to-bombshell-story-by-sending-out-a-fundraising-email/
RS_2017-11.bz2.deduped.txt:98845 - http://www.motherjones.com/politics/2017/11/how-donald-trump-is-remaking-the-federal-courts-in-his-own-image/#

RS_2017-11.bz2.deduped.txt:99387 - http://www.motherjones.com/politics/2017/11/senate-republicans-release-a-tax-bill-thats-a-big-giveaway-to-the-rich/#

RS_2017-11.bz2.deduped.txt:99667 - http://www.motherjones.com/politics/2017/11/senate-republicans-release-a-tax-bill-thats-a-big-giveaway-to-the-rich/

RS_2017-11.bz2.deduped.txt:100593 - http://www.motherjones.com/kevin-drum/2017/11/behold-the-donald-trump-golf-course-tax-deduction/

RS_2017-11.bz2.deduped.txt:102896 - http://www.motherjones.com/environment/2017/11/we-now-known-just-how-bad-the-flint-water-crisis-was-for-pregnant-women/

RS_2017-11.bz2.deduped.txt:105660 - http://www.motherjones.com/food/2017/11/inside-the-bold-new-animal-liberation-movement-no-masks-no-regrets-all-the-risk

RS_2017-11.bz2.deduped.txt:107243 - http://www.motherjones.com/kevin-drum/2017/11/did-china-just-give-donald-trump-the-middle-finger/

RS_2017-11.bz2.deduped.txt:107768 - http://www.motherjones.com/politics/2017/11/russia-threatens-retaliation-against-us-media-outlets-1/

RS_2017-11.bz2.deduped.txt:108742 - http://www.motherjones.com/kevin-drum/2017/11/robert-mueller-is-investigating-a-kidnapping-plot-that-involves-mike-flynn/

RS_2017-11.bz2.deduped.txt:109267 - http://www.motherjones.com/politics/2017/10/he-beat-the-kkk-can-he-convince-alabama-to-reject-bigotry-again-1/

RS_2017-11.bz2.deduped.txt:111151 - http://www.motherjones.com/politics/2017/11/republicans-say-theyve-got-to-act-on-tax-reform-or-donors-might-get-mad/

RS_2017-11.bz2.deduped.txt:115951 - http://www.motherjones.com/politics/2017/11/arkansas-moves-to-ban-monsantos-blockbuster-herbicide/

RS_2017-11.bz2.deduped.txt:116829 - http://www.motherjones.com/kevin-drum/2017/11/quote-of-the-day-it-was-common-knowledge-that-roy-dated-high-school-girls/

RS_2017-11.bz2.deduped.txt:117249 - http://www.motherjones.com/kevin-drum/2017/11/republicans-thinking-about-delaying-alabama-special-election/

RS_2017-11.bz2.deduped.txt:118325 - http://www.motherjones.com/politics/2017/11/its-been-an-amazing-year-for-political-artists-telling-donald-trump-to-shove-it/

RS_2017-11.bz2.deduped.txt:118332 - http://www.motherjones.com/politics/2017/11/its-been-an-amazing-year-for-political-artists-telling-donald-trump-to-shove-it/#

RS_2017-11.bz2.deduped.txt:123198 - http://www.motherjones.com/politics/2017/11/black-national-anthem-lift-every-voice-and-sing-it-with-us/

RS_2017-11.bz2.deduped.txt:123510 - http://www.motherjones.com/politics/2016/10/all-women-whove-accused-trump-sexual-assault/

RS_2017-11.bz2.deduped.txt:125836 - http://www.motherjones.com/politics/2017/11/immigrants-fighting-off-deportation-just-got-a-huge-boost-in-these-11-cities-and-counties/

RS_2017-11.bz2.deduped.txt:129184 - http://www.motherjones.com/media/2017/11/one-year-after-election-john-oliver-outlines-the-three-alarming-ways-trump-is-breaking-democracy/?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29#

RS_2017-11.bz2.deduped.txt:129566 - http://www.motherjones.com/media/2012/01/tim-gunn-interview/#

RS_2017-11.bz2.deduped.txt:129673 - http://www.motherjones.com/politics/2017/11/the-republican-tax-plan-is-an-assault-on-renewable-energy/

RS_2017-11.bz2.deduped.txt:130888 - http://www.motherjones.com/politics/2017/11/the-republican-tax-plan-is-an-assault-on-renewable-energy/#

RS_2017-11.bz2.deduped.txt:134806 - http://www.motherjones.com/politics/2017/11/roy-moore-beverly-young-nelson-teenage-girl-new-accuser-alabama/

RS_2017-11.bz2.deduped.txt:139750 - http://www.motherjones.com/politics/2017/11/rebuilding-puerto-rico-will-cost-95-billion-says-islands-governor/

RS_2017-11.bz2.deduped.txt:141273 - http://www.motherjones.com/environment/2017/11/us-trump-bonn-climate-un-conference/

RS_2017-11.bz2.deduped.txt:141309 - http://www.motherjones.com/politics/2017/11/no-one-knows-how-many-american-women-die-from-causes-related-to-pregnancy-or-childbirth/

RS_2017-11.bz2.deduped.txt:145310 - http://www.motherjones.com/media/2017/11/one-year-after-election-john-oliver-outlines-the-three-alarming-ways-trump-is-breaking-democracy/

RS_2017-11.bz2.deduped.txt:146483 - http://www.motherjones.com/politics/2017/11/jeff-sessions-gets-hammered-for-repeatedly-congress-i-dont-recall-russia-contacts/

RS_2017-11.bz2.deduped.txt:148324 - http://www.motherjones.com/politics/2017/11/sessions-admits-he-has-not-followed-through-on-pledge-to-protect-elections-from-russian-meddling/

RS_2017-11.bz2.deduped.txt:148718 - http://www.motherjones.com/politics/2017/11/republicans-in-congress-are-mad-we-pointed-out-jeff-sessions-lies/

RS_2017-11.bz2.deduped.txt:149082 - http://www.motherjones.com/politics/2017/11/republicans-in-congress-are-mad-we-pointed-out-jeff-sessions-lies/#

RS_2017-11.bz2.deduped.txt:151160 - http://www.motherjones.com/kevin-drum/2017/11/donald-trump-sends-prayers-to-wrong-victims-of-mass-shooting/

RS_2017-11.bz2.deduped.txt:151900 - http://www.motherjones.com/politics/2017/11/california-will-get-half-its-energy-from-renewables-by-2020/

RS_2017-11.bz2.deduped.txt:153406 - http://www.motherjones.com/politics/2017/11/wikileaks-donald-trump-jr-twitter-attack/

RS_2017-11.bz2.deduped.txt:153714 - http://www.motherjones.com/environment/2017/11/study-black-people-are-75-percent-more-likely-to-live-near-toxic-oil-and-gas-facilities/#

RS_2017-11.bz2.deduped.txt:154099 - http://www.motherjones.com/politics/2017/11/republicans-want-to-let-the-koch-brothers-political-donations-tax-deductible/

RS_2017-11.bz2.deduped.txt:154205 - http://www.motherjones.com/environment/2017/11/study-black-people-are-75-percent-more-likely-to-live-near-toxic-oil-and-gas-facilities/

RS_2017-11.bz2.deduped.txt:156644 - http://www.motherjones.com/politics/2017/11/the-senate-is-getting-ready-to-erode-obamas-landmark-wall-street-law/

RS_2017-11.bz2.deduped.txt:157453 - http://www.motherjones.com/politics/2017/11/republicans-want-to-let-the-koch-brothers-political-donations-tax-deductible

RS_2017-11.bz2.deduped.txt:158892 - http://www.motherjones.com/politics/2017/11/the-trump-administration-has-yet-to-approve-a-single-student-debt-relief-claim/

RS_2017-11.bz2.deduped.txt:161578 - http://www.motherjones.com/politics/2017/11/hillary-clinton-trump-special-counsel-threat-this-is-such-an-abuse-of-power/

RS_2017-11.bz2.deduped.txt:162771 - http://www.motherjones.com/politics/2017/11/support-for-universal-background-checks-for-gun-purchases-hits-all-time-high/

RS_2017-11.bz2.deduped.txt:163275 - http://www.motherjones.com/kevin-drum/2017/10/wisconsin-shows-how-to-do-voter-suppression-right/

RS_2017-11.bz2.deduped.txt:165055 - http://www.motherjones.com/politics/2017/11/feinstein-presses-insiders-on-trump-russia-dealings/

RS_2017-11.bz2.deduped.txt:166580 - http://www.motherjones.com/politics/2017/11/almost-as-if-republican-tax-plan-is-written-for-the-rich/#

RS_2017-11.bz2.deduped.txt:166681 - http://www.motherjones.com/politics/2017/11/will-washington-state-pass-the-nations-first-carbon-tax/

RS_2017-11.bz2.deduped.txt:168509 - http://www.motherjones.com/politics/2017/01/donald-trump-2016-election-oklahoma-working-class/

RS_2017-11.bz2.deduped.txt:169574 - http://www.motherjones.com/politics/2017/11/al-franken-is-accused-of-groping-a-woman-in-2006/

RS_2017-11.bz2.deduped.txt:171013 - http://www.motherjones.com/politics/2017/11/house-republicans-just-passed-a-huge-tax-cut-for-the-rich/

RS_2017-11.bz2.deduped.txt:173164 - http://www.motherjones.com/kevin-drum/2017/11/republicans-are-laser-targeting-enemies-in-their-tax-bill-1/

RS_2017-11.bz2.deduped.txt:173642 - http://www.motherjones.com/kevin-drum/2017/11/did-president-trump-approve-a-deal-that-allowed-hundreds-of-isis-fighters-to-escape-raqqa/

RS_2017-11.bz2.deduped.txt:175349 - http://www.motherjones.com/politics/2017/11/roy-moore-is-teaming-up-with-rush-limbaugh-to-frame-mitch-mcconnell/#

RS_2017-11.bz2.deduped.txt:175607 - http://www.motherjones.com/politics/2017/11/jared-kushner-was-aware-of-a-russian-backdoor-overture-senators-say/

RS_2017-11.bz2.deduped.txt:177301 - http://www.motherjones.com/politics/2017/11/hillary-clinton-on-trumps-election-there-are-lots-of-questions-about-its-legitimacy/?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjon es%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2017-11.bz2.deduped.txt:177453 - http://www.motherjones.com/politics/2017/11/hillary-clinton-on-trumps-election-there-are-lots-of-questions-about-its-legitimacy/

RS_2017-11.bz2.deduped.txt:179733 - http://www.motherjones.com/politics/2017/11/why-were-still-in-the-dark-about-facebooks-fight-against-fake-news/

RS_2017-11.bz2.deduped.txt:180064 - http://www.motherjones.com/politics/2016/10/paramilitary-militia-laws-training/

RS_2017-11.bz2.deduped.txt:181095 - http://www.motherjones.com/politics/2017/11/hillary-clinton-on-trumps-election-there-are-lots-of-questions-about-its-legitimacy/#

RS_2017-11.bz2.deduped.txt:181471 - http://www.motherjones.com/politics/2017/11/mass-shootings-body-counts-media/

RS_2017-11.bz2.deduped.txt:182287 - http://www.motherjones.com/politics/2017/10/ready-for-trump-tv-inside-sinclair-broadcastings-plot-to-take-over-your-local-news-1/#

RS_2017-11.bz2.deduped.txt:182357 - http://www.motherjones.com/kevin-drum/2017/11/republicans-confirm-yet-again-that-their-promises-are-worthless/

RS_2017-11.bz2.deduped.txt:183049 - http://www.motherjones.com/politics/2017/11/hillary-clinton-on-trumps-election-there-are-lots-of-questions-about-its-legitimacy

RS_2017-11.bz2.deduped.txt:185419 - http://www.motherjones.com/politics/2017/11/kushner-may-have-withheld-even-more-key-information-from-congress/

RS_2017-11.bz2.deduped.txt:189388 - http://www.motherjones.com/politics/2017/11/wikileaks-donald-trump-jr-twitter-attack/#
RS_2017-11.bz2.deduped.txt:189428 - http://www.motherjones.com/environment/2017/11/climatedesk-when-jacksonville-floods-the-rich-dont-worry-the-poor-fight-to-get-through/
RS_2017-11.bz2.deduped.txt:190854 - http://www.motherjones.com/politics/2017/11/devastation-very-important-nuclear-weapons-industry-donald-trump/
RS_2017-11.bz2.deduped.txt:190980 - http://www.motherjones.com/politics/2017/11/four-million-young-poeople-were-homeless-last-year-four-million/
RS_2017-11.bz2.deduped.txt:192515 - http://www.motherjones.com/politics/2017/11/republican-tax-bill-rich-families-children-private-school-college-529/#
RS_2017-11.bz2.deduped.txt:192662 - http://www.motherjones.com/politics/2017/11/devastation-very-important-nuclear-weapons-industry-donald-trump-1/#
RS_2017-11.bz2.deduped.txt:193093 - http://www.motherjones.com/politics/2017/11/dhs-official-who-made-islamophobic-comments-resigns-another-remains-in-a-senior-role/
RS_2017-11.bz2.deduped.txt:193341 - http://www.motherjones.com/kevin-drum/2017/11/six-months-ago-donald-trump-fired-the-director-of-the-fbi/
RS_2017-11.bz2.deduped.txt:194282 - http://www.motherjones.com/politics/2009/08/fiji-spin-bottle/
RS_2017-11.bz2.deduped.txt:199555 - http://www.motherjones.com/politics/2017/11/roy-moore-is-teaming-up-with-rush-limbaugh-to-frame-mitch-mcconnell/
RS_2017-11.bz2.deduped.txt:199850 - http://www.motherjones.com/environment/2017/11/a-small-town-in-pennsylvania-has-been-ripped-apart-by-a-new-gas-plant/
RS_2017-11.bz2.deduped.txt:199858 - http://www.motherjones.com/environment/2017/11/a-small-town-in-pennsylvania-has-been-ripped-apart-by-a-new-gas-plant/#
RS_2017-11.bz2.deduped.txt:202327 - http://www.motherjones.com/environment/2017/11/stop-cutting-down-trees-cities-need-birds-to-eat-gross-bugs-that-transmit-disease/
RS_2017-11.bz2.deduped.txt:203394 - http://www.motherjones.com/kevin-drum/2017/11/liberalism-demands-that-we-treat-people-fairly-even-when-its-hard/#
RS_2017-11.bz2.deduped.txt:204577 - http://www.motherjones.com/politics/2017/11/searching-for-my-missing-family-in-puerto-rico/
RS_2017-11.bz2.deduped.txt:205127 - http://www.motherjones.com/politics/2017/11/this-is-just-how-badly-scott-walker-has-decimated-public-schools-in-wisconsin/
RS_2017-11.bz2.deduped.txt:207466 - http://www.motherjones.com/politics/2017/11/this-is-just-how-badly-scott-walker-has-decimated-public-schools-in-wisconsin/#
RS_2017-11.bz2.deduped.txt:207468 - http://www.motherjones.com/kevin-drum/2017/11/heres-how-the-residents-of-super-white-america-voted-in-2016/
RS_2017-11.bz2.deduped.txt:208558 - http://www.motherjones.com/media/2017/11/roy-moore-accuser-breaks-silence-i-feel-like-a-weight-has-been-lifted/
RS_2017-11.bz2.deduped.txt:211150 - http://www.motherjones.com/politics/2017/11/charlie-rose-accused-by-eight-women-of-sexual-harassment/
RS_2017-11.bz2.deduped.txt:213554 - http://www.motherjones.com/kevin-drum/2017/11/donald-trumps-response-to-disaster-aid-for-california-nothing/#

RS_2017-11.bz2.deduped.txt:213817 - http://www.motherjones.com/politics/2017/11/a-texas-sheriff-threatened-this-woman-for-having-a-fk-trump-bumper-sticker-her-new-sticker-says-fk-the-sheriff/#
RS_2017-11.bz2.deduped.txt:214004 - http://www.motherjones.com/politics/2017/11/jeff-sessions-gives-in-and-sends-federal-funds-to-sanctuary-cities/#
RS_2017-11.bz2.deduped.txt:214409 - http://www.motherjones.com/politics/2017/11/jeff-sessions-gives-in-and-sends-federal-funds-to-sanctuary-cities/
RS_2017-11.bz2.deduped.txt:215386 - http://www.motherjones.com/politics/2017/11/the-trump-administration-revokes-legal-status-for-more-than-50000-haitian-immigrants/
RS_2017-11.bz2.deduped.txt:215684 - http://www.motherjones.com/kevin-drum/2017/11/donald-trumps-response-to-disaster-aid-for-california-nothing/
RS_2017-11.bz2.deduped.txt:215837 - http://www.motherjones.com/politics/2017/11/note-to-robert-mueller-hope-hicks-was-part-of-the-cover-up/
RS_2017-11.bz2.deduped.txt:218235 - http://www.motherjones.com/media/2017/11/armstrong-williams-washington-city-paper-ben-carson/
RS_2017-11.bz2.deduped.txt:218629 - http://www.motherjones.com/politics/2017/11/note-to-robert-mueller-hope-hicks-was-part-of-the-cover-up/#
RS_2017-11.bz2.deduped.txt:219009 - http://www.motherjones.com/politics/2017/11/sanders-has-a-very-strange-rationale-for-why-trumps-sexual-assault-claims-dont-matter/#
RS_2017-11.bz2.deduped.txt:220333 - http://www.motherjones.com/politics/2017/11/this-new-ad-running-in-alabama-hits-roy-moore-where-it-hurts-most/
RS_2017-11.bz2.deduped.txt:221306 - http://www.motherjones.com/kevin-drum/2017/11/why-is-the-justice-department-blocking-the-att-time-warner-merger/
RS_2017-11.bz2.deduped.txt:222205 - http://www.motherjones.com/politics/2017/11/you-wont-change-your-cranky-conservative-uncle-over-dinner/
RS_2017-11.bz2.deduped.txt:222593 - http://www.motherjones.com/kevin-drum/2017/11/the-senate-tax-bill-will-oh-you-know-already-dont-you/
RS_2017-11.bz2.deduped.txt:222633 - http://www.motherjones.com/politics/2017/11/trump-breaks-silence-on-roy-moore-he-totally-denies-it/
RS_2017-11.bz2.deduped.txt:223415 - http://www.motherjones.com/politics/2017/11/a-texas-sheriff-threatened-this-woman-for-having-a-fk-trump-bumper-sticker-her-new-sticker-says-fk-the-sheriff/
RS_2017-11.bz2.deduped.txt:224626 - http://www.motherjones.com/kevin-drum/2017/11/thousands-of-blacks-are-denied-voting-rights-because-theyre-poor/
RS_2017-11.bz2.deduped.txt:227932 - http://www.motherjones.com/politics/2017/11/the-mayor-of-san-juan-isnt-finished-with-donald-trump-power-does-not-make-you-a-good-person/
RS_2017-11.bz2.deduped.txt:232316 - http://www.motherjones.com/politics/2017/11/the-mayor-of-san-juan-isnt-finished-with-donald-trump-power-does-not-make-you-a-good-person/#
RS_2017-11.bz2.deduped.txt:234358 - http://www.motherjones.com/kevin-drum/2017/11/nine-out-of-ten-economists-agree-the-republican-tax-bill-is-ridiculous/
RS_2017-11.bz2.deduped.txt:236235 - http://www.motherjones.com/kevin-drum/2017/11/ron-johnson-making-epic-run-for-greediest-senator-award/
RS_2017-11.bz2.deduped.txt:236925 - http://www.motherjones.com/kevin-drum/2017/11/please-cut-the-crap-about-red-states-subsidizing-blue-states/#

RS_2017-11.bz2.deduped.txt:239922 -
http://www.motherjones.com/environment/2017/11/scientists-are-desperately-trying-to-figure-out-how-long-we-have-until-doomsday-glaciers-melt/
RS_2017-11.bz2.deduped.txt:248575 -
http://www.motherjones.com/politics/2017/11/republicans-are-sneaking-right-wing-social-policies-into-their-corporate-tax-cut/#
RS_2017-11.bz2.deduped.txt:248691 -
http://www.motherjones.com/politics/2017/11/republicans-are-sneaking-right-wing-social-policies-into-their-corporate-tax-cut/
RS_2017-11.bz2.deduped.txt:253244 -
http://www.motherjones.com/politics/2017/11/journalism-is-imploding-just-as-we-need-it-most/
RS_2017-11.bz2.deduped.txt:257363 - http://www.motherjones.com/environment/2017/11/you-can-be-most-helpful-after-a-natural-disaster-when-the-world-has-stopped-paying-attention/
RS_2017-11.bz2.deduped.txt:258051 - http://www.motherjones.com/politics/2017/11/from-joining-protests-to-running-for-office-heres-how-you-took-action-after-the-election/
RS_2017-11.bz2.deduped.txt:258352 -
http://www.motherjones.com/environment/2017/11/americans-spend-90-percent-of-their-lives-indoors-these-photos-will-make-you-want-to-get-outside/
RS_2017-11.bz2.deduped.txt:259403 - http://www.motherjones.com/politics/2017/03/creeping-authoritarianism-trump-trumpocracy-300/
RS_2017-11.bz2.deduped.txt:261495 - http://www.motherjones.com/politics/2017/11/while-you-were-shopping-trump-set-off-a-civil-war-at-a-consumer-protection-agency/
RS_2017-11.bz2.deduped.txt:261698 - http://www.motherjones.com/politics/2017/11/while-you-were-shopping-trump-set-off-a-civil-war-at-a-consumer-protection-agency/#
RS_2017-11.bz2.deduped.txt:263102 - http://www.motherjones.com/media/2017/11/fcc-sinclair-media-ownership-tribune-merger/
RS_2017-11.bz2.deduped.txt:264476 -
http://www.motherjones.com/environment/2017/11/trumps-war-on-the-environment-is-a-civil-rights-emergency/
RS_2017-11.bz2.deduped.txt:268583 - http://www.motherjones.com/politics/2017/11/heres-how-nyc-is-storm-proofing-its-parks/
RS_2017-11.bz2.deduped.txt:274552 - http://www.motherjones.com/politics/2017/11/donald-trump-jr-wondered-if-weird-twitter-from-wikileaks-was-real/
RS_2017-11.bz2.deduped.txt:277307 - http://www.motherjones.com/politics/2017/10/voter-suppression-wisconsin-election-2016/?utm_campaign=socialflow&utm_source=facebook&utm_medium=social
RS_2017-11.bz2.deduped.txt:277704 - http://www.motherjones.com/kevin-drum/2017/11/what-does-the-future-look-like-if-net-neutrality-goes-away/
RS_2017-11.bz2.deduped.txt:281906 -
http://www.motherjones.com/politics/2017/11/journalism-is-imploding-just-when-we-need-it-most/
RS_2017-11.bz2.deduped.txt:284003 - http://www.motherjones.com/politics/2017/11/the-trump-administration-wants-to-track-the-facebook-feeds-of-foreign-visitors/
RS_2017-11.bz2.deduped.txt:284531 - http://www.motherjones.com/politics/2017/11/trump-makes-pocahontas-crack-at-elizabeth-warren-during-event-honoring-native-americans/

RS_2017-11.bz2.deduped.txt:284997 - http://www.motherjones.com/politics/2017/11/kris-kobach-wants-to-make-it-harder-to-vote-nationwide-but-hes-already-failing-back-home-in-kansas/
RS_2017-11.bz2.deduped.txt:286577 - http://www.motherjones.com/politics/2017/11/the-3-reasons-republicans-might-vote-down-trumps-tax-bill/
RS_2017-11.bz2.deduped.txt:287424 - http://www.motherjones.com/politics/2017/11/heres-how-trumps-son-defended-his-pocahontas-remarks-mocking-elizabeth-warren/
RS_2017-11.bz2.deduped.txt:288345 - http://www.motherjones.com/politics/2017/11/republican-senator-wants-individuals-to-pay-higher-taxes-if-corporate-tax-cuts-dont-pay-off/
RS_2017-11.bz2.deduped.txt:288665 - http://www.motherjones.com/politics/2017/11/republican-senator-wants-individuals-to-pay-higher-taxes-if-corporate-tax-cuts-dont-pay-off/#
RS_2017-11.bz2.deduped.txt:290684 - http://www.motherjones.com/politics/2017/11/republican-critics-of-tax-bill-vote-to-send-bill-to-senate-floor/
RS_2017-11.bz2.deduped.txt:291641 - http://www.motherjones.com/crime-justice/2017/11/walter-scott-michael-slager-sentencing-jeff-sessions-defense/
RS_2017-11.bz2.deduped.txt:291883 - http://www.motherjones.com/environment/2017/11/after-insulting-native-americans-trump-goes-after-their-sacred-land/
RS_2017-11.bz2.deduped.txt:291920 - http://www.motherjones.com/kevin-drum/2017/11/republicans-working-hard-to-make-tax-bill-even-stupider/
RS_2017-11.bz2.deduped.txt:294212 - http://www.motherjones.com/politics/2013/10/catholic-hospitals-bishops-contraception-abortion-health-care/
RS_2017-11.bz2.deduped.txt:294427 - http://www.motherjones.com/environment/2017/11/after-insulting-native-americans-trump-goes-after-their-sacred-land/#
RS_2017-11.bz2.deduped.txt:294989 - http://www.motherjones.com/kevin-drum/2017/11/killing-the-individual-mandate-will-probably-kill-obamacare/
RS_2017-11.bz2.deduped.txt:296375 - http://www.motherjones.com/food/2017/11/a-clue-in-the-bee-death-mystery/
RS_2017-11.bz2.deduped.txt:297346 - http://www.motherjones.com/politics/2017/11/internal-emails-reveal-how-the-trump-administration-blocks-abortions-for-migrant-teens/
RS_2017-11.bz2.deduped.txt:299659 - http://www.motherjones.com/politics/2017/11/trump-shares-racist-videos-and-tweets-false-conspiracy-theories-all-before-10-am/
RS_2017-11.bz2.deduped.txt:301192 - http://www.motherjones.com/politics/2017/11/will-the-house-intelligence-committee-get-the-truth-from-erik-prince/
RS_2017-11.bz2.deduped.txt:301639 - http://www.motherjones.com/politics/2017/11/disgraced-coal-baron-don-blankenship-is-running-for-senate-in-west-virginia/
RS_2017-11.bz2.deduped.txt:303946 - http://www.motherjones.com/environment/2017/11/this-map-shows-exactly-how-many-republicans-in-your-district-dont-believe-in-global-warming/
RS_2017-11.bz2.deduped.txt:304222 - http://www.motherjones.com/kevin-drum/2017/11/comcast-is-already-ditching-net-neutrality/
RS_2017-11.bz2.deduped.txt:306125 - http://www.motherjones.com/politics/2017/11/kellyanne-conway-has-zero-experience-in-drug-policy-but-is-running-the-white-house-opioid-response/
RS_2017-11.bz2.deduped.txt:307169 - http://www.motherjones.com/politics/2017/11/the-eu-just-gave-monsanto-an-early-christmas-present/
RS_2017-11.bz2.deduped.txt:308064 - http://www.motherjones.com/politics/2014/11/rape-statutes-of-limitation-maps-table/

RS_2017-11.bz2.deduped.txt:308523 - http://www.motherjones.com/politics/2017/11/republican-donors-are-mad-as-hell-and-closing-their-checkbooks/

RS_2017-11.bz2.deduped.txt:308707 - http://www.motherjones.com/politics/2017/11/republican-donors-are-mad-as-hell-and-closing-their-checkbooks/#

RS_2017-11.bz2.deduped.txt:308816 - http://www.motherjones.com/politics/2017/11/the-senate-just-broke-with-a-century-old-tradition-to-give-trump-the-judges-he-wants/

RS_2017-11.bz2.deduped.txt:309055 - http://www.motherjones.com/politics/2017/11/three-ways-trump-could-stop-transgender-recruits-from-enlisting-in-2018/

RS_2017-11.bz2.deduped.txt:312016 - http://www.motherjones.com/politics/2017/11/leaked-congressional-analysis-shows-gop-bill-raises-taxes-on-millions-of-americans/

RS_2017-11.bz2.deduped.txt:313387 - http://www.motherjones.com/politics/2017/11/trump-wants-to-install-a-reliable-mouthpiece-on-russia-at-the-cia/

RS_2017-11.bz2.deduped.txt:314933 - http://www.motherjones.com/environment/2017/11/trump-is-going-to-destroy-2-of-the-countrys-most-beautiful-national-monuments/

RS_v2_2009-03.xz.deduped.txt:1466 - http://www.motherjones.com/mojo/2009/01/economy-killing-abusive-teen-programs

RS_v2_2009-03.xz.deduped.txt:1808 - http://www.motherjones.com/environment/2009/02/nobody-knows-how-dry-we-are

RS_v2_2009-03.xz.deduped.txt:2029 - http://www.motherjones.com/riff/2009/03/awesome-horribleness-michael-jackson

RS_v2_2009-03.xz.deduped.txt:3198 - http://www.motherjones.com/politics/2009/03/washington-power-shift

RS_v2_2009-03.xz.deduped.txt:3299 - http://www.motherjones.com/riff/2009/03/barry-manilow-weapon-mass-destruction

RS_v2_2009-03.xz.deduped.txt:3421 - http://www.motherjones.com/politics/2009/03/missing-member-obamas-administration

RS_v2_2009-03.xz.deduped.txt:5203 - http://www.motherjones.com/kevin-drum/2009/03/cuba-lunacy

RS_v2_2009-03.xz.deduped.txt:5357 - http://www.motherjones.com/media/2009/03/books-purpose-driven-wife

RS_v2_2009-03.xz.deduped.txt:6610 - http://www.motherjones.com/kevin-drum/2009/03/ban-laptop

RS_v2_2009-03.xz.deduped.txt:7790 - http://www.motherjones.com/environment/2009/02/spoiled-organic-and-local-so-2008

RS_v2_2009-03.xz.deduped.txt:7854 - http://www.motherjones.com/media/2009/02/mojo-interview-biz-stone

RS_v2_2009-03.xz.deduped.txt:10525 - http://www.motherjones.com/politics/2009/03/meet-parents-dark-side-overseas-adoption

RS_v2_2009-03.xz.deduped.txt:11151 - http://www.motherjones.com/environment/2009/03/why-biofuels-are-rainforests-worst-enemy

RS_v2_2009-03.xz.deduped.txt:13727 - http://www.motherjones.com/politics/2009/03/blackwaters-new-frontier-their-own-private-africa

RS_v2_2009-03.xz.deduped.txt:14439 - http://www.motherjones.com/mojo/2009/03/35-counties-account-50-foreclosures

RS_v2_2009-03.xz.deduped.txt:14481 - http://www.motherjones.com/riff/2009/03/what-cure-taught-me-about-courage

RS_v2_2009-03.xz.deduped.txt:15190 - http://www.motherjones.com/politics/2009/03/sarah-palin-earmark-hypocrisy

RS_v2_2009-03.xz.deduped.txt:15462 - http://www.motherjones.com/riff/2009/03/rachel-maddow-attacked-fart-obsessed-interviewer

RS_v2_2009-03.xz.deduped.txt:15808 - http://www.motherjones.com/mojo/2009/03/cities-are-selling-stimulus-funds-each-other

RS_v2_2009-03.xz.deduped.txt:16343 - http://www.motherjones.com/politics/2009/03/10-people-who-are-profiting-global-economic-crisis

RS_v2_2009-03.xz.deduped.txt:19323 - http://www.motherjones.com/mojo/2009/03/conservative-think-tank-thinking-less

RS_v2_2009-03.xz.deduped.txt:19507 - http://www.motherjones.com/politics/2009/03/real-capitalists-nationalize

RS_v2_2009-03.xz.deduped.txt:19962 - http://www.motherjones.com/toc/2009/03/editors-note

RS_v2_2009-03.xz.deduped.txt:20023 - http://www.motherjones.com/environment/2009/03/ethanols-african-landgrab

RS_v2_2009-03.xz.deduped.txt:21434 - http://www.motherjones.com/politics/2008/05/foreclosure-phil

RS_v2_2009-03.xz.deduped.txt:22727 - http://www.motherjones.com/mojo/2009/03/ex-gop-senator-decries-limbaugh-center-gravity-republican-party

RS_v2_2009-03.xz.deduped.txt:24285 - http://www.motherjones.com/environment/2009/03/saline-solution

RS_v2_2009-03.xz.deduped.txt:25828 - http://www.motherjones.com/environment/2009/03/veg-o-might

RS_v2_2009-03.xz.deduped.txt:28637 - http://www.motherjones.com/mojo/2009/03/dont-trust-any-feminists-under-30

RS_v2_2009-03.xz.deduped.txt:30278 - http://www.motherjones.com/mojo/2009/03/why-bank-rage-not-populism

RS_v2_2009-03.xz.deduped.txt:31212 - http://www.motherjones.com/politics/2009/03/panning-geithners-plan

RS_v2_2009-03.xz.deduped.txt:32555 - http://www.motherjones.com/politics/2009/03/aptera-200-mpg-car-motorcycle

RS_v2_2009-03.xz.deduped.txt:33988 - http://www.motherjones.com/mojo/2009/03/mexicos-drug-war-fully-us-loaded

RS_v2_2009-03.xz.deduped.txt:35330 - http://www.motherjones.com/mojo/2009/03/how-nation's-only-state-owned-bank-became-envy-wall-street

RS_v2_2009-03.xz.deduped.txt:37476 - http://www.motherjones.com/mojo/2009/03/how-nation's-only-state-owned-bank-became-envy-wall-street?

RS_2015-09.bz2.deduped.txt:5279 - http://www.motherjones.com/kevin-drum/2015/08/54-republicans-think-obama-muslim

RS_2015-09.bz2.deduped.txt:10495 - http://www.motherjones.com/environment/2015/08/pope-francis-climate-american-polls

RS_2015-09.bz2.deduped.txt:10501 - http://www.motherjones.com/politics/2015/08/watch-trump-completely-contradict-himself-us-troops-iraq

RS_2015-09.bz2.deduped.txt:10514 - http://www.motherjones.com/politics/2015/08/study-shows-racial-bias-shootings

RS_2015-09.bz2.deduped.txt:13046 - http://www.motherjones.com/politics/2015/08/jeb-bush-ethiopian-jews-israel-operation-moses

RS_2015-09.bz2.deduped.txt:13116 - http://www.motherjones.com/politics/2015/08/irwin-goldstein-controversial-doctor-behind-new-viagra-women

RS_2015-09.bz2.deduped.txt:13150 - http://www.motherjones.com/environment/2015/09/coal-executives-salaries-bonuses-stock

RS_2015-09.bz2.deduped.txt:14067 - http://www.motherjones.com/politics/2015/08/irwin-goldstein-controversial-doctor-behind-new-viagra-women#

RS_2015-09.bz2.deduped.txt:14848 - http://www.motherjones.com/environment/2015/07/des-moines-nitrate-water-lawsuit

RS_2015-09.bz2.deduped.txt:15091 - http://www.motherjones.com/kevin-drum/2015/09/iran-deal-now-assured-passage

RS_2015-09.bz2.deduped.txt:20489 - http://www.motherjones.com/kevin-drum/2015/09/september-all-set-be-ben-carson-month

RS_2015-09.bz2.deduped.txt:22879 - http://www.motherjones.com/environment/2015/09/california-about-do-something-no-state-has-done

RS_2015-09.bz2.deduped.txt:23307 - http://www.motherjones.com/politics/2015/09/rand-paul-invites-you-troll-him-new-app

RS_2015-09.bz2.deduped.txt:26056 - http://www.motherjones.com/kevin-drum/2015/09/republicans-shot-themselves-foot-over-iran

RS_2015-09.bz2.deduped.txt:28423 - http://www.motherjones.com/mojo/2015/09/why-entire-kansas-court-system-could-shut-down

RS_2015-09.bz2.deduped.txt:28648 - http://www.motherjones.com/kevin-drum/2015/09/florida-governor-refuses-admit-his-own-investigators-have-cleared-planned-parenth

RS_2015-09.bz2.deduped.txt:30432 - http://www.motherjones.com/kevin-drum/2015/09/sentence-day-court-must-rule-whether-court-can-rule

RS_2015-09.bz2.deduped.txt:30454 - http://www.motherjones.com/tom-philpott/2012/04/study-monsantos-roundup-herbicide-has-weird-effect-frogs

RS_2015-09.bz2.deduped.txt:32514 - http://www.motherjones.com/blue-marble/2015/09/california-fining-starbucks-bottled-water-drought

RS_2015-09.bz2.deduped.txt:40707 - http://www.motherjones.com/kevin-drum/2015/09/republicans-guide-gotcha-questions

RS_2015-09.bz2.deduped.txt:41190 - http://www.motherjones.com/blue-marble/2015/08/pollution-lowers-gpa

RS_2015-09.bz2.deduped.txt:43252 - http://www.motherjones.com/kevin-drum/2015/09/sorry-conservatives-you-deserve-donald-trump

RS_2015-09.bz2.deduped.txt:44012 - http://www.motherjones.com/mojo/2015/09/conservative-record-criminalizing-black-social-movements

RS_2015-09.bz2.deduped.txt:44278 - http://www.motherjones.com/politics/2014/05/syria-climate-years-living-dangerously-symbolia

RS_2015-09.bz2.deduped.txt:48710 - http://www.motherjones.com/kevin-drum/2015/08/political-correctness-mostly-just-code-not-insulting-people

RS_2015-09.bz2.deduped.txt:52392 - http://www.motherjones.com/environment/2015/08/drought-no-running-water-east-porterville
RS_2015-09.bz2.deduped.txt:55997 - http://m.motherjones.com/environment/2015/08/drought-no-running-water-east-porterville
RS_2015-09.bz2.deduped.txt:61760 - http://www.motherjones.com/kevin-drum/2015/09/american-egg-board-tired-playing-softball-you-people
RS_2015-09.bz2.deduped.txt:64015 - http://www.motherjones.com/politics/2015/09/transgender-healthcare-discrimination-obama-administration
RS_2015-09.bz2.deduped.txt:65786 - http://www.motherjones.com/environment/2015/09/europe-high-speed-trains
RS_2015-09.bz2.deduped.txt:68742 - http://www.motherjones.com/environment/2014/10/coconut-water-oil-flour-health
RS_2015-09.bz2.deduped.txt:68904 - http://www.motherjones.com/politics/2015/07/planned-parenthood-abortion-the-war-is-over
RS_2015-09.bz2.deduped.txt:69476 - http://www.motherjones.com/politics/2015/09/jeb-bush-court-ex-diplomats-new-york
RS_2015-09.bz2.deduped.txt:74054 - http://www.motherjones.com/mojo/2015/09/rick-perry-loses-south-carolina-office
RS_2015-09.bz2.deduped.txt:74063 - http://www.motherjones.com/mojo/2015/09/nfl-lawmakers-roger-goodell-cheerleaders-minimum-wage
RS_2015-09.bz2.deduped.txt:76506 - http://www.motherjones.com/mojo/2015/09/defund-planned-parenthood-congressional-hearing-videos
RS_2015-09.bz2.deduped.txt:78720 - http://m.motherjones.com/politics/2015/07/planned-parenthood-abortion-the-war-is-over
RS_2015-09.bz2.deduped.txt:80946 - http://motherjones.com/politics/2015/07/planned-parenthood-abortion-the-war-is-over
RS_2015-09.bz2.deduped.txt:81186 - http://www.motherjones.com/politics/2015/09/george-w-bush-meets-jeb-donors-talk-israel
RS_2015-09.bz2.deduped.txt:81228 - http://www.motherjones.com/mojo/2015/09/dumbest-thing-said-planned-parenthood-hearing
RS_2015-09.bz2.deduped.txt:82905 - http://www.motherjones.com/blue-marble/2015/09/california-just-lost-major-battle-oil-industry
RS_2015-09.bz2.deduped.txt:83736 - http://www.motherjones.com/politics/2015/09/louisiana-said-women-could-go-dentist-if-planned-parenthood-were-defunded
RS_2015-09.bz2.deduped.txt:84116 - http://www.motherjones.com/mojo/2015/09/james-bond-gives-50000-bernie-sanders
RS_2015-09.bz2.deduped.txt:88220 - http://www.motherjones.com/tom-philpott/2015/09/federal-court-nixes-epa-approval-pesticide-known-be-highly-toxic-honey-bees
RS_2015-09.bz2.deduped.txt:88757 - http://www.motherjones.com/politics/2015/09/suicide-gun-stats
RS_2015-09.bz2.deduped.txt:100034 - http://www.motherjones.com/politics/2015/09/syria-refugees-europe-vietnam
RS_2015-09.bz2.deduped.txt:100079 - http://www.motherjones.com/environment/2015/09/you-say-gmo-i-say-chipotle-delicious
RS_2015-09.bz2.deduped.txt:111264 - http://www.motherjones.com/environment/2015/09/earth-screwed

RS_2015-09.bz2.deduped.txt:111277 - http://www.motherjones.com/blue-marble/2015/09/california-valley-fire-emergency-video
RS_2015-09.bz2.deduped.txt:116429 - http://www.motherjones.com/politics/2015/09/native-american-shot-denver-police-cleared-shooting
RS_2015-09.bz2.deduped.txt:117717 - http://www.motherjones.com/politics/2015/09/bernie-sanders-nordic-track
RS_2015-09.bz2.deduped.txt:117727 - http://www.motherjones.com/politics/2015/07/bernie-sanders-president-change-politics
RS_2015-09.bz2.deduped.txt:117851 - http://www.motherjones.com/politics/2015/08/hillary-clinton-emails-server-fbi
RS_2015-09.bz2.deduped.txt:121024 - http://www.motherjones.com/mojo/2015/09/gun-violence-deaths-exceed-military-fatalities-us-wars
RS_2015-09.bz2.deduped.txt:123755 - http://www.motherjones.com/politics/2015/09/oklahoma-may-execute-innocent-man-richard-glossip-wednesday
RS_2015-09.bz2.deduped.txt:124095 - http://motherjones.com/politics/2015/07/bernie-sanders-president-change-politics
RS_2015-09.bz2.deduped.txt:125845 - http://www.motherjones.com/blue-marble/2015/09/nasa-met-office-hottest-year-august-summer
RS_2015-09.bz2.deduped.txt:126931 - http://www.motherjones.com/tom-philpott/2015/09/peak-inside-industrial-chicken-slaughterhouse
RS_2015-09.bz2.deduped.txt:126941 - http://www.motherjones.com/blue-marble/2015/09/antibiotics-top-restaurants-meat-list
RS_2015-09.bz2.deduped.txt:127817 - http://www.motherjones.com/blue-marble/2015/09/crazy-statist-puts-californias-drought-historic-perspective
RS_2015-09.bz2.deduped.txt:127820 - http://www.motherjones.com/politics/2015/09/california-medical-marijuana-bill-pot-smokers-environment
RS_2015-09.bz2.deduped.txt:133806 - http://www.motherjones.com/politics/2015/09/depressing-highlights-census-bureaus-new-poverty-datahttp://www.motherjones.com/politics/2015/09/depressing-highlights-census-bureaus-new-poverty-data
RS_2015-09.bz2.deduped.txt:135144 - http://www.motherjones.com/contributor/2015/09/here-funny-gif
RS_2015-09.bz2.deduped.txt:137694 - http://www.motherjones.com/politics/2015/09/john-kasich-targets-abortion-providers
RS_2015-09.bz2.deduped.txt:138493 - http://www.motherjones.com/politics/2015/09/second-republican-debate-reproductive-rights
RS_2015-09.bz2.deduped.txt:138609 - http://www.motherjones.com/mojo/2015/09/hillary-clinton-just-trolled-gop-presidential-candidates
RS_2015-09.bz2.deduped.txt:138806 - http://www.motherjones.com/blue-marble/2015/09/here-are-dumb-things-republicans-are-saying-about-climate-tonights-debate
RS_2015-09.bz2.deduped.txt:141701 - http://www.motherjones.com/mojo/2015/09/play-2006-bernie-sanders-themed-arcade-game-tbt
RS_2015-09.bz2.deduped.txt:142962 - http://www.motherjones.com/mojo/2015/09/gop-candidates-who-hate-planned-parenthood-want-put-rosa-parks-planned-parenthood-board
RS_2015-09.bz2.deduped.txt:143403 - http://www.motherjones.com/environment/2015/09/air-pollution-fatalities-china-nature#test_1

RS_2015-09.bz2.deduped.txt:144381 - http://m.motherjones.com/mojo/2015/09/play-2006-bernie-sanders-themed-arcade-game-tbt

RS_2015-09.bz2.deduped.txt:145017 - http://www.motherjones.com/kevin-drum/2015/09/who-won-fiction-sweepstakes-last-nights-debate

RS_2015-09.bz2.deduped.txt:145145 - http://www.motherjones.com/politics/2015/09/trump-eminent-domain-attacks-right

RS_2015-09.bz2.deduped.txt:145366 - http://www.motherjones.com/mojo/2015/09/donald-trump-arab-names

RS_2015-09.bz2.deduped.txt:145848 - http://www.motherjones.com/kevin-drum/2015/09/carly-fiorina-was-good-last-night-she-wasnt-great

RS_2015-09.bz2.deduped.txt:151533 - http://www.motherjones.com/mojo/2015/09/house-votes-defund-planned-parenthood

RS_2015-09.bz2.deduped.txt:153969 - http://www.motherjones.com/blue-marble/2015/09/obama-volkswagen-clean-air-emissions-citation-epa

RS_2015-09.bz2.deduped.txt:154671 - http://www.motherjones.com/environment/2015/09/climate-change-pope-paganism

RS_2015-09.bz2.deduped.txt:154968 - http://www.motherjones.com/environment/2015/09/republican-debate-cnn-climate-fact-check-rubio-walker-christie

RS_2015-09.bz2.deduped.txt:156172 - http://www.motherjones.com/blue-marble/2015/09/antibiotic-resistance-report

RS_2015-09.bz2.deduped.txt:156475 - http://www.motherjones.com/mixed-media/2015/09/football-players-nfl-cte-brain-disease-study

RS_2015-09.bz2.deduped.txt:158891 - http://www.motherjones.com/politics/2015/09/bernie-sanders-private-prisons-video-visitation

RS_2015-09.bz2.deduped.txt:159390 - http://www.motherjones.com/mixed-media/2015/09/football-players-nfl-cte-brain-disease-study#TrueReddit|NihiloZero

RS_2015-09.bz2.deduped.txt:161677 - http://m.motherjones.com/mixed-media/2015/09/football-players-nfl-cte-brain-disease-study

RS_2015-09.bz2.deduped.txt:168241 - http://www.motherjones.com/politics/2015/09/george-w-bush-speech-sap-ns2-summit

RS_2015-09.bz2.deduped.txt:170221 - http://www.motherjones.com/politics/2015/09/law-john-kasich-wrote-now-keeping-food-stamps-minorities-ohio

RS_2015-09.bz2.deduped.txt:170673 - http://www.motherjones.com/environment/2015/09/pope-francis-climate-change-abortion-gay-marriage

RS_2015-09.bz2.deduped.txt:172388 - http://www.motherjones.com/kevin-drum/2015/09/wtf-volkswgen

RS_2015-09.bz2.deduped.txt:172826 - http://www.motherjones.com/mojo/2015/09/scott-walker-reportedly-dropping-out-presidential-race

RS_2015-09.bz2.deduped.txt:174636 - http://www.motherjones.com/politics/2015/09/scott-walker-campaign-money-donors

RS_2015-09.bz2.deduped.txt:174638 - http://www.motherjones.com/politics/2015/09/ron-paul-doug-stafford-testify-criminal-case-kent-sorenson

RS_2015-09.bz2.deduped.txt:177386 - http://www.motherjones.com/environment/2015/09/pope-francis-climate-change-republicans-congress

RS_2015-09.bz2.deduped.txt:181680 - http://www.motherjones.com/mixed-media/2015/09/stephen-colbert-ted-cruz-reagan-legacy

RS_2015-09.bz2.deduped.txt:183515 - http://www.motherjones.com/politics/2015/09/propublica-colleges-flush-cash-saddle-poorest-students-debt

RS_2015-09.bz2.deduped.txt:183536 - http://www.motherjones.com/politics/2015/09/hillary-clinton-prescription-drug-cost-plan

RS_2015-09.bz2.deduped.txt:183750 - http://www.motherjones.com/environment/2015/09/food-producer-prison-sentence

RS_2015-09.bz2.deduped.txt:185533 - http://m.motherjones.com/tom-philpott/2015/09/federal-court-nixes-epa-approval-pesticide-known-be-highly-toxic-honey-bees

RS_2015-09.bz2.deduped.txt:188212 - http://www.motherjones.com/politics/2015/09/marijuana-techcrunch-disrupt-snoop-dogg-silicon-valley

RS_2015-09.bz2.deduped.txt:190685 - http://www.motherjones.com/politics/2015/09/california-tightens-lid-dark-money-groups

RS_2015-09.bz2.deduped.txt:192656 - http://www.motherjones.com/kevin-drum/2015/09/jeb-bush-has-no-clue-about-business-regulation

RS_2015-09.bz2.deduped.txt:193255 - http://www.motherjones.com/environment/2015/09/volkswagen-smog-scandal-pollution-fines

RS_2015-09.bz2.deduped.txt:193336 - http://www.motherjones.com/kevin-drum/2015/09/donald-trump-once-again-shows-hes-probably-never-cracked-open-bible-his-life

RS_2015-09.bz2.deduped.txt:198226 - http://www.motherjones.com/kevin-drum/2015/09/if-you-accuse-hillary-clinton-lying-you-should-be-careful-truth-yourself

RS_2015-09.bz2.deduped.txt:198450 - http://www.motherjones.com/politics/2015/09/ben-carson-creationism-six-days

RS_2015-09.bz2.deduped.txt:199469 - http://www.motherjones.com/mojo/2015/09/carly-fiorinas-campaign-made-its-own-abortion-video

RS_2015-09.bz2.deduped.txt:201842 - http://www.motherjones.com/mojo/2015/09/carly-fiorinas-super-pac-made-its-own-abortion-video

RS_2015-09.bz2.deduped.txt:202793 - http://m.motherjones.com/mojo/2015/09/government-shutdown-poor-people-food-stamps

RS_2015-09.bz2.deduped.txt:203220 - http://www.motherjones.com/environment/2015/09/three-amigos-climate-change-are-here-and-they-mean-business

RS_2015-09.bz2.deduped.txt:203667 - http://motherjones.com/politics/2015/09/ben-carson-creationism-six-days

RS_2015-09.bz2.deduped.txt:204566 - http://www.motherjones.com/environment/2015/09/arctic-sea-ice-minimum

RS_2015-09.bz2.deduped.txt:204572 - http://www.motherjones.com/mojo/2015/09/government-shutdown-poor-people-food-stamps

RS_2015-09.bz2.deduped.txt:205993 - http://www.motherjones.com/politics/2015/09/conservatives-block-abortion-pill

RS_2015-09.bz2.deduped.txt:206476 - http://m.motherjones.com/politics/2015/09/carly-fiorinas-revisionism-problem

RS_2015-09.bz2.deduped.txt:206751 - http://www.motherjones.com/politics/2015/09/carly-fiorinas-revisionism-problem

RS_2015-09.bz2.deduped.txt:208287 - http://www.motherjones.com/mojo/2015/09/pope-francis-united-nations-general-assembly

RS_2015-09.bz2.deduped.txt:208492 - http://www.motherjones.com/politics/2015/09/john-boehner-resigns-majority-leader

RS_2015-09.bz2.deduped.txt:208720 - http://www.motherjones.com/environment/2015/09/china-climate-change-finance-obama-xi-pledge

RS_2015-09.bz2.deduped.txt:209980 - http://motherjones.com/environment/2015/09/china-climate-change-finance-obama-xi-pledge

RS_2015-09.bz2.deduped.txt:210359 - http://www.motherjones.com/blue-marble/2015/09/5-reasons-optimistic-china-climate-cap-trade

RS_2015-09.bz2.deduped.txt:210910 - http://www.motherjones.com/politics/2015/09/trump-pitches-evangelicals-values-voters-summit

RS_2015-09.bz2.deduped.txt:211236 - http://m.motherjones.com/mojo/2015/09/defund-planned-parenthood-abortion-pregnancy-government-spending

RS_2015-09.bz2.deduped.txt:211278 - http://www.motherjones.com/politics/2015/06/cluster-bombs-yemen-saudi-united-states

RS_2015-09.bz2.deduped.txt:212808 - http://m.motherjones.com/politics/2015/09/ben-carson-creationism-six-days

RS_2015-09.bz2.deduped.txt:213036 - http://m.motherjones.com/politics/2015/09/boy-scouts-no-longer-welcome-anti-gay-political-gathering

RS_2015-09.bz2.deduped.txt:213064 - http://www.motherjones.com/blue-marble/2015/09/5-reasons-optimistic-china-climate-cap-trade

RS_2015-09.bz2.deduped.txt:214767 - http://www.motherjones.com/politics/2015/09/boy-scouts-no-longer-welcome-anti-gay-political-gathering

RS_2015-09.bz2.deduped.txt:229670 - http://www.motherjones.com/environment/2015/09/bees-long-tongues-climate-change

RS_2015-09.bz2.deduped.txt:229772 - http://www.motherjones.com/politics/2015/09/presidential-candidate-houses-trump-of-course

RS_2015-09.bz2.deduped.txt:232285 - http://www.motherjones.com/environment/2015/09/shell-just-scrapped-its-arctic-drilling-plans-good

RS_2015-09.bz2.deduped.txt:232594 - http://www.motherjones.com/kevin-drum/2015/09/donald-trump-releases-tax-plan-rich-will-love

RS_2015-09.bz2.deduped.txt:232605 - http://www.motherjones.com/mojo/2015/09/george-zimmerman-retweeted-trayvon-martin-corpse

RS_2015-09.bz2.deduped.txt:234963 - http://m.motherjones.com/mojo/2015/09/elizabeth-warren-black-lives-matter-speech

RS_2015-09.bz2.deduped.txt:237657 - http://www.motherjones.com/politics/2015/09/ben-carson-conspiracy-theory-cleon-skousen

RS_2015-09.bz2.deduped.txt:237764 - http://www.motherjones.com/environment/2015/09/shell-arctic-oil-chevron-exxon-bp

RS_2015-09.bz2.deduped.txt:238376 - http://www.motherjones.com/kevin-drum/2015/09/carly-fiorina-now-even-wronger-about-planned-parenthood-video

RS_2015-09.bz2.deduped.txt:239889 - http://m.motherjones.com/mojo/2015/09/planned-parenthood-fetus-video-carly-fiorina

RS_2015-09.bz2.deduped.txt:240367 - http://www.motherjones.com/politics/2015/09/alabama-chemical-endangerment-drug-war

RS_2015-09.bz2.deduped.txt:242535 - http://m.motherjones.com/politics/2015/09/ben-carson-conspiracy-theory-cleon-skousen

RS_2015-09.bz2.deduped.txt:242586 - http://www.motherjones.com/kevin-drum/2015/09/lying-charts-anti-abortion-edition

RS_2015-09.bz2.deduped.txt:247013 - http://www.motherjones.com/mojo/2015/09/edward-snowden-just-joined-twitter-followed-nsa

RS_2015-09.bz2.deduped.txt:248401 - http://www.motherjones.com/mojo/2015/09/lemony-snicket-donation-planned-parenthood-daniel-handler

RS_2013-04.bz2.deduped.txt:2548 - http://www.motherjones.com/road-trip-blog/2010/10/last-days-third-reich-hayden-lake-idaho

RS_2013-04.bz2.deduped.txt:3623 - http://www.motherjones.com/kevin-drum/2013/04/how-demise-antitrust-enforcement-affects-your-eyesight

RS_2013-04.bz2.deduped.txt:5891 - http://www.motherjones.com/politics/2013/04/drones-industry-uav-market-budget-cuts

RS_2013-04.bz2.deduped.txt:7402 - http://www.motherjones.com/politics/2013/04/gun-free-zones-mass-shootings

RS_2013-04.bz2.deduped.txt:9850 - http://www.motherjones.com/kevin-drum/2013/03/barack-obama-dumb-and-lazy?google_editors_picks=true#.UVjcL_FAYXE.reddit

RS_2013-04.bz2.deduped.txt:13281 - http://www.motherjones.com/environment/2013/04/germany-solar-power-energy

RS_2013-04.bz2.deduped.txt:13991 - http://www.motherjones.com/blue-marble/2013/04/study-diagnoses-adhd-are-more-50-percent-over-ten-years

RS_2013-04.bz2.deduped.txt:14054 - http://www.motherjones.com/media/2013/04/mother-jones-nominated-four-national-magazine-awards

RS_2013-04.bz2.deduped.txt:14088 - http://www.motherjones.com/mojo/2013/04/sri-srinivasan-dc-circuit

RS_2013-04.bz2.deduped.txt:14195 - http://www.motherjones.com/mojo/2013/04/nelson-georgia-passes-meaningless-law-requiring-all-households-own-guns-says-duane-cron

RS_2013-04.bz2.deduped.txt:15575 - http://www.motherjones.com/blue-marble/2013/04/keystone-xl-pipeline-bad-youve-heard

RS_2013-04.bz2.deduped.txt:16040 - http://www.motherjones.com/blue-marble/2013/04/exxon-tar-sands-arkansas-pipeline

RS_2013-04.bz2.deduped.txt:17422 - http://www.motherjones.com/environment/2013/03/solar-power-mosaic-oakland-crowdsourcing

RS_2013-04.bz2.deduped.txt:19353 - http://www.motherjones.com/mojo/2013/04/cuccinelli-wants-rehearing-virginias-anti-sodomy-law

RS_2013-04.bz2.deduped.txt:19500 - http://www.motherjones.com/mojo/2013/04/cuccinelli-wants-rehearing-virginias-anti-sodomy-law?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+KateSheppard+%28MoJo+Author+Feeds%3A+Kate+Sheppard+|+Mother+Jones%29

RS_2013-04.bz2.deduped.txt:20694 - http://m.motherjones.com/mojo/2013/04/cuccinelli-wants-rehearing-virginias-anti-sodomy-law?fb_action_ids=4558096113906&fb_action_types=og.likes&fb_source=other_multiline&acti

on_object_map=%255B141935709318808%255D&action_type_map=%255B%2522og.likes%2
522%255D&action_ref_map=%255B%255D
RS_2013-04.bz2.deduped.txt:22105 - http://www.motherjones.com/politics/2013/04/nra-koch-
brothers-karl-rove#.UVxP6NoCKuw.facebook
RS_2013-04.bz2.deduped.txt:22769 -
http://www.motherjones.com/environment/2013/04/climate-conservatives-purity-free-market
RS_2013-04.bz2.deduped.txt:22916 - http://www.motherjones.com/politics/2013/04/nra-phony-
school-shooting
RS_2013-04.bz2.deduped.txt:23236 - http://www.motherjones.com/politics/2013/04/democrats-
derivatives-financial-reform-dodd-frank
RS_2013-04.bz2.deduped.txt:24163 - http://www.motherjones.com/politics/2013/04/elizabeth-
warren-senate-wall-street
RS_2013-04.bz2.deduped.txt:24248 - http://www.motherjones.com/kevin-drum/2013/04/naf-
proposes-big-expansion-social-security
RS_2013-04.bz2.deduped.txt:24344 - http://www.motherjones.com/mojo/2013/03/attack-ads-
game-thrones-season-three
RS_2013-04.bz2.deduped.txt:24938 -
http://www.motherjones.com/environment/2013/04/selling-solar-power-indias-slums
RS_2013-04.bz2.deduped.txt:26151 -
http://www.motherjones.com/environment/2013/04/germany-solar-power-
energy?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones
%2Fmain+%28MotherJones.com+Main+Article+Feed%29
RS_2013-04.bz2.deduped.txt:26820 - http://www.motherjones.com/mojo/2013/04/mexican-
drug-cartels-increase-agents-presence-united-states
RS_2013-04.bz2.deduped.txt:27737 - http://www.motherjones.com/mojo/2013/04/its-official-
majority-americans-now-support-legalizing-
pot?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2
Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29
RS_2013-04.bz2.deduped.txt:27952 - http://www.motherjones.com/mojo/2013/04/ken-
cuccinelli-crimes-against-nature-prison-capacity
RS_2013-04.bz2.deduped.txt:29198 - http://www.motherjones.com/politics/2013/04/glenn-beck-
obama-common-core-conspiracy
RS_2013-04.bz2.deduped.txt:29579 - http://www.motherjones.com/politics/2013/04/charts-
foreign-gun-companies-laws-nra
RS_2013-04.bz2.deduped.txt:29885 -
http://www.motherjones.com/environment/2013/04/former-epa-climate-adviser-rips-obama-
admins-regulatory-approach?
RS_2013-04.bz2.deduped.txt:30252 - http://www.motherjones.com/tom-philpott/2013/04/study-
confirms-antibiotic-resistant-bugs-jump-animals-humans#.UV289-BQWd0.reddit
RS_2013-04.bz2.deduped.txt:31644 - http://www.motherjones.com/tom-philpott/2013/04/sen-
roy-blunt-monsantos-man-washington
RS_2013-04.bz2.deduped.txt:31995 - http://m.motherjones.com/mojo/2013/04/cuccinelli-wants-
rehearing-virginias-anti-sodomy-law
RS_2013-04.bz2.deduped.txt:32537 - http://www.motherjones.com/politics/2013/04/nypd-
muslim-surveillance-justice-department-eric-holder

RS_2013-04.bz2.deduped.txt:32877 - http://www.motherjones.com/mojo/2013/03/occupy-department-education-returns-dc
RS_2013-04.bz2.deduped.txt:33262 - http://www.motherjones.com/mojo/2013/04/alabama-legislature-could-shut-down-abortion-clinics
RS_2013-04.bz2.deduped.txt:33377 - http://www.motherjones.com/kevin-drum/2013/04/our-math-deficit-doesnt-add
RS_2013-04.bz2.deduped.txt:37226 - http://www.motherjones.com/mojo/2013/04/judge-rules-emergency-contraception-should-be-available-everyone
RS_2013-04.bz2.deduped.txt:37410 - http://www.motherjones.com/politics/2013/04/matrix-major-league-baseball-owners-asshole
RS_2013-04.bz2.deduped.txt:40954 - http://www.motherjones.com/environment/2013/04/6-amazing-ways-animals-show-compassion
RS_2013-04.bz2.deduped.txt:41485 - http://www.motherjones.com/kevin-drum/2013/04/obama-proposes-making-food-aid-less-insane
RS_2013-04.bz2.deduped.txt:42427 - http://www.motherjones.com/mojo/2013/04/taliban-endangered-falcons-conservation-accidental-pakistan
RS_2013-04.bz2.deduped.txt:43394 - http://www.motherjones.com/mojo/2013/04/its-official-majority-americans-now-support-legalizing-pot
RS_2013-04.bz2.deduped.txt:46853 - http://www.motherjones.com/environment/2013/04/cleveland-climate-change-toxic-green-algae
RS_2013-04.bz2.deduped.txt:47215 - http://www.motherjones.com/mojo/2013/04/senator-bill-nelson-announces-obama-plan-capture-asteroid
RS_2013-04.bz2.deduped.txt:48447 - http://www.motherjones.com/blue-marble/2013/04/reporters-say-exxon-impeding-spill-coverage-arkansas
RS_2013-04.bz2.deduped.txt:49690 - http://m.motherjones.com/blue-marble/2013/04/reporters-say-exxon-impeding-spill-coverage-arkansas
RS_2013-04.bz2.deduped.txt:52856 - http://www.motherjones.com/kevin-drum/2013/04/crime-down-los-angeles-and-everywhere-else-too
RS_2013-04.bz2.deduped.txt:55121 - http://www.motherjones.com/politics/2013/04/walmart-exxon-congressional-hispanic-caucus-institute
RS_2013-04.bz2.deduped.txt:57285 - http://m.motherjones.com/mojo/2013/04/margaret-thatcher-death-obit?utm_source=twitterfeed&utm_medium=twitter
RS_2013-04.bz2.deduped.txt:57732 - http://www.motherjones.com/photoessays
RS_2013-04.bz2.deduped.txt:59103 - http://www.motherjones.com/environment/2013/04/glofish-cyborg-bugs-prosthetic-dog-testicles-what-biotech-says-our-relationship-
RS_2013-04.bz2.deduped.txt:59161 - http://www.motherjones.com/kevin-drum/2013/04/how-yellowstone-businesses-kept-snowplows-operating
RS_2013-04.bz2.deduped.txt:59649 - http://www.motherjones.com/mojo/2013/04/texas-steve-stockman-persecuted-gun-companies-ted-nugent
RS_2013-04.bz2.deduped.txt:60371 - http://www.motherjones.com/tom-philpott/2013/04/im-lovin-it-nyc-fast-food-workers-take-streets
RS_2013-04.bz2.deduped.txt:61910 - http://www.motherjones.com/mojo/2013/04/mcconnell-use-senate-employees-research-political-attacks-ashley-judd
RS_2013-04.bz2.deduped.txt:61913 - http://www.motherjones.com/politics/2013/04/mitch-mcconnell-ashley-judd-secret-tape-senate

RS_2013-04.bz2.deduped.txt:63645 - http://www.motherjones.com/politics/2013/04/mitch-mcconnell-ashley-judd-secret-tape-senate#update
RS_2013-04.bz2.deduped.txt:64787 - http://www.motherjones.com/mojo/2013/04/mitch-mcconnells-campaign-fundraises-secret-audio-tape?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2F mojoblog+%28MotherJones.com+%7C+MoJoBlog%29
RS_2013-04.bz2.deduped.txt:65337 - http://www.motherjones.com/mojo/2013/04/welfare-benefits-far-smaller-scorn-heaped-them
RS_2013-04.bz2.deduped.txt:65854 - http://www.motherjones.com/mojo/2013/04/margaret-thatcher-death-obit
RS_2013-04.bz2.deduped.txt:67001 - http://www.motherjones.com/politics/2013/04/mcconnell-transcript#.UWPuavUdEm0.reddit
RS_2013-04.bz2.deduped.txt:67283 - http://www.motherjones.com/environment/2013/04/h7n9-china-bird-flu-explained
RS_2013-04.bz2.deduped.txt:67395 - http://www.motherjones.com/blue-marble/2013/04/home-cave-endangered-gray-bats-now-infected-lethal-white-nose-fungus
RS_2013-04.bz2.deduped.txt:69110 - http://www.motherjones.com/blue-marble/2013/04/ohio-state-senator-review-stalinist-renewable-energy-standards
RS_2013-04.bz2.deduped.txt:70337 - http://www.motherjones.com/tom-philpott/2013/04/roundup-usual-suspect-herbicide-sales-drive-monsanto-profit
RS_2013-04.bz2.deduped.txt:70838 - http://www.motherjones.com/mojo/2013/04/manchin-toomey-background-checks-compromise-reid
RS_2013-04.bz2.deduped.txt:71003 - http://www.motherjones.com/mojo/2013/04/mitch-mcconnells-campaign-fundraises-secret-audio-tape
RS_2013-04.bz2.deduped.txt:72686 - http://www.motherjones.com/mojo/2013/04/howard-university-rand-paul-falsely-claims-he-didnt-oppose-civil-rights-actpaul-i-civil
RS_2013-04.bz2.deduped.txt:74759 - http://www.motherjones.com/politics/2013/03/national-rifle-association-ads-history
RS_2013-04.bz2.deduped.txt:77592 - http://m.motherjones.com/blue-marble/2013/04/enviros-ask-ig-look-keystone-contractors-conflicts
RS_2013-04.bz2.deduped.txt:79125 - http://www.motherjones.com/mojo/2013/04/jeff-duncan-rwanda-genocide-background-checks
RS_2013-04.bz2.deduped.txt:80407 - http:// www.motherjones.com/politics/2013/04/mass-shootings-rampages-rising-data
RS_2013-04.bz2.deduped.txt:80994 - http://www.motherjones.com/environment/2013/04/al-gore-fat-global-warming
RS_2013-04.bz2.deduped.txt:81918 - http://www.motherjones.com/kevin-drum/2013/04/republicans-now-officially-opposed-confirming-any-democratic-nominees-dc-circuit-
RS_2013-04.bz2.deduped.txt:83475 - http://www.motherjones.com/politics/2013/04/map-states-that-support-background-checks
RS_2013-04.bz2.deduped.txt:83655 - http://www.motherjones.com/politics/2013/04/liberals-chained-cpi-cbpp-obama-budget
RS_2013-04.bz2.deduped.txt:84130 - http://www.motherjones.com/mojo/2013/04/mcconnell-campaign-manager-decries-gestapo-tactics

RS_2013-04.bz2.deduped.txt:88201 - http://www.motherjones.com/mojo/2013/04/barry-smitherman-railroad-commission-noose

RS_2013-04.bz2.deduped.txt:88411 - http://www.motherjones.com/mojo/2013/04/rand-paul-howard-university-outreach-republican-party

RS_2013-04.bz2.deduped.txt:88719 - http://www.motherjones.com/politics/2013/04/prop-8-mormons-gay-marriage-shift

RS_2013-04.bz2.deduped.txt:89112 - http://m.motherjones.com/politics/2013/04/prop-8-mormons-gay-marriage-shift

RS_2013-04.bz2.deduped.txt:89358 - http://www.motherjones.com/mojo/2013/04/are-you-bro-choice

RS_2013-04.bz2.deduped.txt:90332 - http://www.motherjones.com/politics/2013/04/obama-budget-carried-interest-sander-levin

RS_2013-04.bz2.deduped.txt:91021 - http://www.motherjones.com/blue-marble/2013/04/fisheries-certification-marine-stewardship-council-too-lenient-report-says

RS_2013-04.bz2.deduped.txt:91706 - http://www.motherjones.com/environment/2013/04/texas-congressman-cites-noahs-ark-evidence-against-climate-change

RS_2013-04.bz2.deduped.txt:91711 - http://www.motherjones.com/photoessays/2013/04/mexico-la-frontera/marisol-espinoza-2

RS_2013-04.bz2.deduped.txt:92769 - http://www.motherjones.com/politics/2013/04/tax-day-changes-for-normal-people

RS_2013-04.bz2.deduped.txt:96183 - http://www.motherjones.com/tom-philpott/2013/04/gmo-dieticians-monsanto-california

RS_2013-04.bz2.deduped.txt:97401 - http://www.motherjones.com/politics/2013/04/war-whistleblowers

RS_2013-04.bz2.deduped.txt:97794 - http://www.motherjones.com/kevin-drum/2013/04/update-manchin-toomey-background-check-bill

RS_2013-04.bz2.deduped.txt:103096 - http://www.motherjones.com/kevin-drum/2013/04/update-peak-oil

RS_2013-04.bz2.deduped.txt:104062 - http://www.motherjones.com/mojo/2013/04/scott-brown-give-speech-over-regulation-hedge-funds-hedge-fund-conference

RS_2013-04.bz2.deduped.txt:106243 - http://www.motherjones.com/politics/2013/04/christian-evangelical-adoption-liberia

RS_2013-04.bz2.deduped.txt:106627 - http://www.motherjones.com/politics/2011/04/taxes-richest-americans-charts-graph?utm_source=Twitter

RS_2013-04.bz2.deduped.txt:109049 - http://www.motherjones.com/mojo/2013/04/courier-journal-mcconnell-tape-despicable-judd

RS_2013-04.bz2.deduped.txt:109191 - http://www.motherjones.com/environment/2013/04/quaker-apple-walnut-oatmeal-has-more-sugar-smores-pop-tart

RS_2013-04.bz2.deduped.txt:109290 - http://www.motherjones.com/politics/2013/04/california-dark-money-americans-responsible-leadership

RS_2013-04.bz2.deduped.txt:109599 - http://www.motherjones.com/media/2013/04/interview-bruce-molsky-fiddler-appalachian-old-time-music

RS_2013-04.bz2.deduped.txt:110937 - http://www.motherjones.com/mojo/2013/04/progressives-advise-gop-back-war-women

RS_2013-04.bz2.deduped.txt:112956 - http://www.motherjones.com/politics/2013/04/boston-marathon-bombing-fact-fiction
RS_2013-04.bz2.deduped.txt:112968 - http://www.motherjones.com/politics/2013/04/tough-ruck-soliders-arredondo-boston-marathon
RS_2013-04.bz2.deduped.txt:113287 - http://www.motherjones.com/politics/2013/04/getting-ptsd-iraq-easy
RS_2013-04.bz2.deduped.txt:113416 - http://www.motherjones.com/kevin-drum/2013/04/quote-day-excel-error-destroys-world
RS_2013-04.bz2.deduped.txt:113417 - http://www.motherjones.com/politics/2013/01/terror-factory-fbi-trevor-aaronson-book?page=1
RS_2013-04.bz2.deduped.txt:113493 - http://www.motherjones.com/politics/2013/04/boston-marathon-bombing-misinformation-911-newtown
RS_2013-04.bz2.deduped.txt:114938 - http://www.motherjones.com/politics/2013/04/meet-navigators-anti-boy-scouts-who-have-doubled-numbers-one-year
RS_2013-04.bz2.deduped.txt:116322 - http://www.motherjones.com/mojo/2013/04/cowboy-hat-carlos-arredondo-boston-marathon
RS_2013-04.bz2.deduped.txt:121531 - http://www.motherjones.com/mojo/2013/04/bob-perry-dead-republican-donor-texas
RS_2013-04.bz2.deduped.txt:123602 - http://www.motherjones.com/mojo/2013/04/john-dean-mcconnell-tape-isnt-watergate-and-may-not-be-illegal
RS_2013-04.bz2.deduped.txt:124304 - http://www.motherjones.com/environment/2013/04/keystone-xl-protesters-science-joe-nocera-bill-mckibben
RS_2013-04.bz2.deduped.txt:124377 - http://www.motherjones.com/mojo/2013/04/irs-corporations-audits
RS_2013-04.bz2.deduped.txt:125711 - http://m.motherjones.com/politics/2013/04/boston-marathon-bombing-fact-fiction
RS_2013-04.bz2.deduped.txt:127008 - http://www.motherjones.com/kevin-drum/2013/04/obamacare-has-its-problems-its-basically-track
RS_2013-04.bz2.deduped.txt:127453 - http://www.motherjones.com/politics/2013/04/czech-stop-open-during-west-texas-fertilizer-explosion?utm_source=feedly
RS_2013-04.bz2.deduped.txt:127880 - http://www.motherjones.com/politics/2013/04/boston-marathon-explosions#update35
RS_2013-04.bz2.deduped.txt:129105 - http://www.motherjones.com/politics/2013/04/chemical-safety-board-texas-explosion
RS_2013-04.bz2.deduped.txt:131371 - http://www.motherjones.com/politics/2013/04/number-senators-voted-against-background-checks-proposal
RS_2013-04.bz2.deduped.txt:132999 - http://www.motherjones.com/politics/2013/04/christian-evangelical-adoption-liberia?page=1
RS_2013-04.bz2.deduped.txt:134467 - http://www.motherjones.com/politics/2013/04/boston-maraton-cell-phone-standard-operating-procedure-303
RS_2013-04.bz2.deduped.txt:135632 - http://www.motherjones.com/tom-philpott/2013/04/history-nitrogen-fertilizer-ammonium-nitrate
RS_2013-04.bz2.deduped.txt:135770 - http://www.motherjones.com/politics/2013/04/czech-stop-open-during-west-texas-fertilizer-explosion

RS_2013-04.bz2.deduped.txt:137367 - http://www.motherjones.com/mojo/2013/04/boston-bombing-suspect-posted-video-al-qaeda-prophecy-youtube
RS_2013-04.bz2.deduped.txt:137437 - http://www.motherjones.com/mojo/2013/04/charts-debunking-myth-guns-self-defense
RS_2013-04.bz2.deduped.txt:138145 - http://www.motherjones.com/environment/2013/04/fertilizer-plant-safety-report-risks-texas
RS_2013-04.bz2.deduped.txt:138386 - http://www.motherjones.com/mojo/2013/04/boston-bombing-suspect-posted-video-al-qaeda-prophecy-youtube?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29
RS_2013-04.bz2.deduped.txt:138718 - http://www.motherjones.com/politics/2013/04/boston-marathon-bombing-suspect-photos-video
RS_2013-04.bz2.deduped.txt:142411 - http://www.motherjones.com/politics/2013/04/dzhokhar-tsarnaev-photos-wrestling-team-boston-bombing-suspect-classmates
RS_2013-04.bz2.deduped.txt:142945 - http://www.motherjones.com/kevin-drum/2013/04/tea-party-smells-blood-immigration-fight
RS_2013-04.bz2.deduped.txt:143825 - http://www.motherjones.com/environment/2013/04/gop-goes-hunting-epa-emails-about-turducken
RS_2013-04.bz2.deduped.txt:143882 - http://www.motherjones.com/mojo/2013/04/republican-bill-could-end-war-pot-dana-rohrabacher?utm_source=feedburner
RS_2013-04.bz2.deduped.txt:144176 - http://www.motherjones.com/mojo/2013/04/republican-bill-could-end-war-pot-dana-rohrabacher
RS_2013-04.bz2.deduped.txt:144412 - http://www.motherjones.com/mojo/2013/04/sunil-tripathi-sister-sangeeta-media-labelling-her-brother-bombing-suspect
RS_2013-04.bz2.deduped.txt:147232 - http://www.motherjones.com/mojo/2013/04/was-fbi-monitoring-boston-bombing-suspects-years
RS_2013-04.bz2.deduped.txt:148265 - http://www.motherjones.com/mojo/2013/04/boy-scouts-america-proposes-dropping-ban-gay-members
RS_2013-04.bz2.deduped.txt:149382 - http://www.motherjones.com/kevin-drum/2013/04/who-will-immigration-reform-help-more-republicans-or-democrats
RS_2013-04.bz2.deduped.txt:151741 - http://www.motherjones.com/environment/2013/04/climate-change-resource-scarcity-shocks?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29
RS_2013-04.bz2.deduped.txt:151892 - http://www.motherjones.com/mojo/2013/04/eleven-most-mystifying-things-tsarnaev-brothers-did
RS_2013-04.bz2.deduped.txt:153460 - http://www.motherjones.com/mojo/2013/04/koch-brothers-newspaper-los-angeles-times-chicago-tribune
RS_2013-04.bz2.deduped.txt:154887 - http://www.motherjones.com/environment/2013/04/gut-microbiome-bacteria-weight-loss
RS_2013-04.bz2.deduped.txt:155087 - http://www.motherjones.com/mojo/2013/04/five-worst-reactions-boston-manhunt
RS_2013-04.bz2.deduped.txt:155289 - http://www.motherjones.com/politics/2013/04/how-chemical-lobby%E2%80%99s-friends-congress-fought-keep-regulators-its-back
RS_2013-04.bz2.deduped.txt:159210 - http://www.motherjones.com/blue-marble/2013/04/charts-renewable-energy-fossil-fuels

RS_2013-04.bz2.deduped.txt:159297 - http://www.motherjones.com/politics/2013/04/koch-brothers-donor-retreat-agenda-hispanic-candidate-recruiting
RS_2013-04.bz2.deduped.txt:163387 - http://www.motherjones.com/politics/2013/04/higher-education-liberal-research-indoctrination
RS_2013-04.bz2.deduped.txt:163863 - http://www.motherjones.com/mojo/2013/04/anonymous-organizes-blackout-over-cispa-tech-companies-dont-care
RS_2013-04.bz2.deduped.txt:163902 - http://www.motherjones.com/environment/2013/04/sinus-infections-antibiotics-resistance
RS_2013-04.bz2.deduped.txt:163995 - http://www.motherjones.com/politics/2013/04/fbi-boston-tamerlan-tsarnaev-sting-operations
RS_2013-04.bz2.deduped.txt:164041 - http://www.motherjones.com/mojo/2013/04/lindsey-graham-dhozkhar-tsarnaev-enemy-combatant
RS_2013-04.bz2.deduped.txt:168914 - http://www.motherjones.com/politics/2013/04/obama-whistleblower-case-national-security-sensitive
RS_2013-04.bz2.deduped.txt:170300 - http://www.motherjones.com/politics/2013/04/charts-domestic-terrorism-jihadist-boston-tsarnaev
RS_2013-04.bz2.deduped.txt:171559 - http://www.motherjones.com/mojo/2013/04/video-bulletproof-school-clothing
RS_2013-04.bz2.deduped.txt:171679 - http://www.motherjones.com/tom-philpott/2013/04/usda-inspectors-poultry-kill-lines-chicken
RS_2013-04.bz2.deduped.txt:171715 - http://www.motherjones.com/mojo/2013/04/jack-lew-wont-take-stand-against-wall-street-deregulation
RS_2013-04.bz2.deduped.txt:174726 - http://m.motherjones.com/politics/2013/04/koch-brothers-donor-retreat-agenda-hispanic-candidate-recruiting
RS_2013-04.bz2.deduped.txt:179254 - http://www.motherjones.com/politics/2013/04/frank-luntz-rush-limbaugh-problematic-secret-tape
RS_2013-04.bz2.deduped.txt:179268 - http://www.motherjones.com/politics/2013/04/domestic-violence-murder-stats
RS_2013-04.bz2.deduped.txt:180030 - http://www.motherjones.com/politics/2013/04/end-public-police-scanner
RS_2013-04.bz2.deduped.txt:180076 - http://www.motherjones.com/mojo/2013/04/8-things-wont-be-george-w-bush-presidential-library
RS_2013-04.bz2.deduped.txt:181856 - http://www.motherjones.com/mojo/2013/04/yemen-drone-strikes-senate-hearing
RS_2013-04.bz2.deduped.txt:183939 - http://www.motherjones.com/kevin-drum/2013/04/today-conservatism
RS_2013-04.bz2.deduped.txt:184723 - http://www.motherjones.com/kevin-drum/2013/04/cap-and-trade-europe-working-just-fine
RS_2013-04.bz2.deduped.txt:186814 - http://m.motherjones.com/politics/2013/04/charts-domestic-terrorism-jihadist-boston-tsarnaev
RS_2013-04.bz2.deduped.txt:187055 - http://www.motherjones.com/politics/2013/04/reddit-internet-solving-fighting-crime
RS_2013-04.bz2.deduped.txt:187309 - http://www.motherjones.com/environment/2013/04/heritage-apples-john-bunker-maine
RS_2013-04.bz2.deduped.txt:187332 - http://www.motherjones.com/mojo/2013/04/tea-party-florida-unemployment-benefits

RS_2013-04.bz2.deduped.txt:187706 - http://www.motherjones.com/politics/2013/04/associated-press-hacked-speed-trading

RS_2013-04.bz2.deduped.txt:189585 - http://www.motherjones.com/politics/2011/08/fbi-terrorist-sting-targets

RS_2013-04.bz2.deduped.txt:191660 - http://www.motherjones.com/environment/2013/04/heritage-apples-john-bunker-maine?slide=10

RS_2013-04.bz2.deduped.txt:193090 - http://www.motherjones.com/blue-marble/2013/04/somali-pirates-have-taken-new-hostage-science

RS_2013-04.bz2.deduped.txt:193354 - http://m.motherjones.com/mojo/2013/04/koch-brothers-newspaper-los-angeles-times-chicago-tribune

RS_2013-04.bz2.deduped.txt:198703 - http://www.motherjones.com/photoessays/2013/04/bruce-jackson-prison-farm/prison-shower-tattoos

RS_2013-04.bz2.deduped.txt:200527 - http://www.motherjones.com/politics/2013/04/new-york-nypd-stop-frisk-lawsuit-trial-charts

RS_2013-04.bz2.deduped.txt:200958 - http://www.motherjones.com/mojo/2013/04/jack-lew-treasury-financial-reform-response

RS_2013-04.bz2.deduped.txt:201015 - http://www.motherjones.com/mojo/2013/04/massive-sequestration-forced-unemployment-cuts-start-today

RS_2013-04.bz2.deduped.txt:201119 - http://www.motherjones.com/mixed-media/2011/11/r-crumb-interview-complete-record-cover-collection

RS_2013-04.bz2.deduped.txt:201273 - http://www.motherjones.com/mojo/2013/04/senate-dark-money-disclosure-murkowski-wyden

RS_2013-04.bz2.deduped.txt:201317 - http://www.motherjones.com/mojo/2013/04/libertarian-presidential-hopeful-bitcoin-donations-fec

RS_2013-04.bz2.deduped.txt:202828 - http://www.motherjones.com/mojo/2013/04/four-republicans-who-dont-understand-constitution-theyve-sworn-protect

RS_2013-04.bz2.deduped.txt:203063 - http://www.motherjones.com/mixed-media/2013/04/awesome-tweets-jason-collins-nba-gay-athlete

RS_2013-04.bz2.deduped.txt:203737 - http://www.motherjones.com/politics/2013/04/mental-health-crisis-mac-mcclelland-cousin-murder

RS_2013-04.bz2.deduped.txt:205640 - http://www.motherjones.com/politics/2013/04/timeline-mental-health-america

RS_2013-04.bz2.deduped.txt:205883 - http://www.motherjones.com/mojo/2013/04/map-states-cut-treatment-for-mentally-ill

RS_2013-04.bz2.deduped.txt:206098 - http://www.motherjones.com/environment/2013/04/should-you-take-probiotics-supplement

RS_2013-04.bz2.deduped.txt:208736 - http://www.motherjones.com/kevin-drum/2013/04/more-likely-president-obama-isnt-idiot

RS_2013-04.bz2.deduped.txt:209181 - http://www.motherjones.com/politics/2013/04/why-boston-lockdown-was-wrong-approach

RS_2013-04.bz2.deduped.txt:209805 - http://www.motherjones.com/politics/2013/04/can-obama-stop-uprising-gitmo

RS_2013-04.bz2.deduped.txt:210546 - http://www.motherjones.com/politics/2013/04/mental-health-crisis-mac-mcclelland-cousin-murder?page=1

RS_2013-04.bz2.deduped.txt:213129 - http://www.motherjones.com/politics/2013/04/sequestration-cuts-in-united-states

RS_2013-04.bz2.deduped.txt:213563 - http://www.motherjones.com/blue-marble/2013/04/researcher-searches-6-years-fears-5-rare-florida-butterflies-are-extinct
RS_2016-02.bz2.deduped.txt:4132 - http://www.motherjones.com/politics/2016/02/libertarians-new-hampshire-free-state
RS_2016-02.bz2.deduped.txt:4224 - http://www.motherjones.com/environment/2016/01/marco-rubio-climate-change-florida
RS_2016-02.bz2.deduped.txt:4433 - http://motherjones.com/environment/2016/01/marco-rubio-climate-change-florida
RS_2016-02.bz2.deduped.txt:7402 - http://www.motherjones.com/politics/2016/02/iowa-bernie-sanders-hillary-clinton-college
RS_2016-02.bz2.deduped.txt:8245 - http://www.motherjones.com/blue-marble/2016/02/you-are-wrong
RS_2016-02.bz2.deduped.txt:11854 - http://www.motherjones.com/mojo/2016/02/guess-where-jeb-bush-spending-iowa-caucus-night
RS_2016-02.bz2.deduped.txt:12122 - http://www.motherjones.com/politics/2016/01/jeb-bush-right-to-rise-15-million
RS_2016-02.bz2.deduped.txt:14213 - http://www.motherjones.com/politics/2016/02/iowa-caucus-results-clinton-cruz-sanders-trump
RS_2016-02.bz2.deduped.txt:20069 - http://www.motherjones.com/mojo/2016/02/ted-cruz-princeton-roomate-won-iowa-caucuses-victory
RS_2016-02.bz2.deduped.txt:20352 - http://m.motherjones.com/politics/2016/01/ted-cruz-jerk-hated
RS_2016-02.bz2.deduped.txt:21274 - http://m.motherjones.com/politics/2016/01/cruz-campaigns-controversial-mailer-spreading-misinformation
RS_2016-02.bz2.deduped.txt:21939 - http://www.motherjones.com/kevin-drum/2016/02/conservative-culture-and-fear-reverse-racism
RS_2016-02.bz2.deduped.txt:25080 - http://www.motherjones.com/mojo/2016/01/cincinnati-fetal-abnormality-ban
RS_2016-02.bz2.deduped.txt:25597 - http://www.motherjones.com/environment/2016/02/diablo-canyon-nuclear-plant-climate-change
RS_2016-02.bz2.deduped.txt:26434 - http://www.motherjones.com/politics/2016/02/record-number-exonerations-2015
RS_2016-02.bz2.deduped.txt:26570 - http://www.motherjones.com/kevin-drum/2016/02/chart-day-another-sign-dodd-frank-working
RS_2016-02.bz2.deduped.txt:26835 - http://www.motherjones.com/tom-philpott/2016/02/golden-rice-still-showing-promise-still-not-field-ready
RS_2016-02.bz2.deduped.txt:28614 - http://www.motherjones.com/mojo/2016/02/rand-paul-drops-out
RS_2016-02.bz2.deduped.txt:30133 - http://www.motherjones.com/politics/2016/02/dont-believe-ted-cruz-when-he-says-he-doesnt-take-lobbyist-money
RS_2016-02.bz2.deduped.txt:33758 - http://www.motherjones.com/politics/2016/02/ben-carson-bible-shames-ted-cruz
RS_2016-02.bz2.deduped.txt:34196 - http://www.motherjones.com/politics/2016/02/jeb-bush-iowa-new-hampshire
RS_2016-02.bz2.deduped.txt:35848 - http://www.motherjones.com/mojo/2016/02/marco-rubio-very-upset-president-obama-went-mosque

RS_2016-02.bz2.deduped.txt:39419 - http://www.motherjones.com/kevin-drum/2016/02/yes-bernie-sanders-questioning-hillary-clintons-integrity
RS_2016-02.bz2.deduped.txt:42017 - http://m.motherjones.com/kevin-drum/2016/02/yes-bernie-sanders-questioning-hillary-clintons-integrity
RS_2016-02.bz2.deduped.txt:42528 - http://www.motherjones.com/politics/2016/02/ted-cruz-heroin-epedemic-new-hampshire-undocumented-democrats
RS_2016-02.bz2.deduped.txt:44282 - http://www.motherjones.com/tom-philpott/2011/09/un-wall-street-speculation-fuels-global-hunger
RS_2016-02.bz2.deduped.txt:44853 - http://www.motherjones.com/politics/2016/02/what-people-google-democratic-debate-hillary-bernie
RS_2016-02.bz2.deduped.txt:45238 - http://www.motherjones.com/mojo/2016/02/ted-cruz-sean-penn-el-chapo
RS_2016-02.bz2.deduped.txt:46741 - http://www.motherjones.com/politics/2016/02/new-hampshire-voters-sanders-clinton
RS_2016-02.bz2.deduped.txt:47215 - http://www.motherjones.com/politics/2016/02/top-moments-debate-new-hampshire-hillary-clinton-bernie-sanders
RS_2016-02.bz2.deduped.txt:49267 - http://www.motherjones.com/politics/2015/12/rubio-immigration-reform-gang-eight
RS_2016-02.bz2.deduped.txt:50323 - http://www.motherjones.com/blue-marble/2016/02/obama-oil-tax
RS_2016-02.bz2.deduped.txt:50660 - http://www.motherjones.com/politics/2016/02/carson-campaign-running-out-of-money
RS_2016-02.bz2.deduped.txt:50712 - http://m.motherjones.com/politics/2016/02/new-hampshire-voters-sanders-clinton
RS_2016-02.bz2.deduped.txt:51536 - http://www.motherjones.com/mojo/2016/02/hillary-clinton-women-revolution-sanders
RS_2016-02.bz2.deduped.txt:54422 - http://www.motherjones.com/mojo/2016/02/koch-brothers-have-donald-trump-problem
RS_2016-02.bz2.deduped.txt:57612 - http://www.motherjones.com/kevin-drum/2016/02/female-genital-mutilation-not-uniquely-muslim-problem
RS_2016-02.bz2.deduped.txt:58741 - http://www.motherjones.com/media/2016/02/diversity-oscars-so-white-black-panther-film-joe-robert-cole
RS_2016-02.bz2.deduped.txt:59345 - http://www.motherjones.com/kevin-drum/2016/02/nice-paragraph-about-why-humans-are-so-damn-paranoid
RS_2016-02.bz2.deduped.txt:59440 - http://m.motherjones.com/mojo/2016/02/john-kasich-sebring-ohio
RS_2016-02.bz2.deduped.txt:59576 - http://m.motherjones.com/mojo/2016/01/time-bernie-sanders-became-honorary-woman
RS_2016-02.bz2.deduped.txt:62911 - http://www.motherjones.com/media/2015/08/sports-teams-women-ladies-night-buccaneers-red
RS_2016-02.bz2.deduped.txt:62964 - http://www.motherjones.com/mojo/2016/02/john-kasich-sebring-ohio
RS_2016-02.bz2.deduped.txt:63931 - http://www.motherjones.com/mojo/2016/02/hillary-clinton-al-franken-friendship
RS_2016-02.bz2.deduped.txt:66359 - http://www.motherjones.com/politics/2016/02/can-marco-rubio-reboot-after-robot-gaffe

RS_2016-02.bz2.deduped.txt:66906 - http://www.motherjones.com/politics/2016/02/ted-cruz-slams-idea-women-combat

RS_2016-02.bz2.deduped.txt:67595 - http://www.motherjones.com/politics/2016/02/democrats-troll-marco-rubio-debate-malfunction-robot

RS_2016-02.bz2.deduped.txt:69991 - http://www.motherjones.com/kevin-drum/2016/02/just-how-cozy-hillary-clinton-wall-street

RS_2016-02.bz2.deduped.txt:70218 - http://www.motherjones.com/environment/2016/02/new-hampshire-climate-change-denial-cruz-trump-rubio

RS_2016-02.bz2.deduped.txt:70288 - http://www.motherjones.com/politics/2016/02/hobby-lobbys-donation-marco-rubio-contraceptives%20

RS_2016-02.bz2.deduped.txt:70361 - http://www.motherjones.com/politics/2016/02/genome-embryo-crispr-designer-babies

RS_2016-02.bz2.deduped.txt:70500 - http://www.motherjones.com/politics/2016/01/ken-ivory-federal-land-bundy

RS_2016-02.bz2.deduped.txt:74791 - http://www.motherjones.com/environment/2013/03/bottled-water-poland-spring-rubio

RS_2016-02.bz2.deduped.txt:76205 - http://www.motherjones.com/politics/2016/02/someone-trying-freak-out-nh-voters-mailer

RS_2016-02.bz2.deduped.txt:79180 - http://m.motherjones.com/kevin-drum/2016/02/just-how-cozy-hillary-clinton-wall-street

RS_2016-02.bz2.deduped.txt:79374 - http://www.motherjones.com/kevin-drum/2016/02/heres-huge-and-undercovered-obamacare-success-story

RS_2016-02.bz2.deduped.txt:80893 - http://www.motherjones.com/media/2016/02/sundance-films-nra-under-gun-dark-night-newtown-speaking-difficult

RS_2016-02.bz2.deduped.txt:82839 - http://www.motherjones.com/politics/2016/02/hillary-calls-for-lobbyist-shaming-new-hampshire

RS_2016-02.bz2.deduped.txt:83995 - http://www.motherjones.com/politics/2016/02/maryland-restores-voting-rights-40000-felons

RS_2016-02.bz2.deduped.txt:88955 - http://www.motherjones.com/politics/2016/02/clinton-looks-south-carolina-and-nevada-concession-speech

RS_2016-02.bz2.deduped.txt:88980 - http://m.motherjones.com/politics/2016/02/new-hampshire-primary-trump-sanders-kasich

RS_2016-02.bz2.deduped.txt:89046 - http://www.motherjones.com/politics/2016/02/new-hampshire-primary-trump-sanders-kasich

RS_2016-02.bz2.deduped.txt:91394 - http://www.motherjones.com/blue-marble/2016/02/corporations-are-going-cage-free-whats-next-hens

RS_2016-02.bz2.deduped.txt:91921 - http://m.motherjones.com/politics/2016/02/hillary-clinton-nevada-caucus-robby-mook-emmy-ruiz

RS_2016-02.bz2.deduped.txt:92219 - http://www.motherjones.com/politics/2016/02/hillary-clinton-nevada-caucus-robby-mook-emmy-ruiz

RS_2016-02.bz2.deduped.txt:93791 - http://www.motherjones.com/politics/2016/02/chris-christie-suspending-campaign

RS_2016-02.bz2.deduped.txt:94997 - http://motherjones.com/mojo/2016/02/two-prominent-black-intellectuals-just-came-out-bernie-sanders

RS_2016-02.bz2.deduped.txt:95776 - http://www.motherjones.com/politics/2016/02/kasichs-spiritual-advisor-called-gay-rights-activists-fascists

RS_2016-02.bz2.deduped.txt:96297 - http://m.motherjones.com/politics/2016/02/kasichs-spiritual-advisor-called-gay-rights-activists-fascists
RS_2016-02.bz2.deduped.txt:102998 - http://m.motherjones.com/politics/2016/02/hillary-clinton-black-voters-guns-bernie-sanders-south-carolina
RS_2016-02.bz2.deduped.txt:106194 - http://m.motherjones.com/mojo/2016/02/john-lewis-bernie-sanders-civil-rights
RS_2016-02.bz2.deduped.txt:106574 - http://www.motherjones.com/mojo/2016/02/two-prominent-black-intellectuals-just-came-out-bernie-sanders
RS_2016-02.bz2.deduped.txt:106648 - http://www.motherjones.com/mojo/2016/02/john-lewis-bernie-sanders-civil-rights
RS_2016-02.bz2.deduped.txt:108271 - http://m.motherjones.com/mojo/2016/02/bernie-sanders-core-university-chicago
RS_2016-02.bz2.deduped.txt:108285 - http://m.motherjones.com/politics/2016/02/congressman-calls-us-free-puerto-rico
RS_2016-02.bz2.deduped.txt:108346 - http://m.motherjones.com/mojo/2016/02/bernie-sanders-core-university-chicago
RS_2016-02.bz2.deduped.txt:109725 - http://www.motherjones.com/politics/2016/02/jim-webbs-non-campaign-finally-over?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29
RS_2016-02.bz2.deduped.txt:110467 - http://www.motherjones.com/environment/2016/02/presidential-debates-scientists-climate-change
RS_2016-02.bz2.deduped.txt:111329 - http://www.motherjones.com/politics/2016/02/bernie-sanders-celebrates-primary-win-on-colbert
RS_2016-02.bz2.deduped.txt:111442 - http://www.motherjones.com/politics/2016/02/democratic-debate-milwaukee-best-moments-hillary-clinton-bernie-sanders
RS_2016-02.bz2.deduped.txt:112797 - http://www.motherjones.com/mojo/2016/02/hillary-clinton-and-bernie-sanders-abortion-policy
RS_2016-02.bz2.deduped.txt:113188 - http://www.motherjones.com/environment/2016/02/lead-contamination-flint-your-county-cdc
RS_2016-02.bz2.deduped.txt:115170 - http://www.motherjones.com//politics/2016/02/hillary-clinton-nevada-caucus-robby-mook-emmy-ruiz
RS_2016-02.bz2.deduped.txt:118456 - http://www.motherjones.com/kevin-drum/2016/02/u6-now-last-refuge-scoundrels
RS_2016-02.bz2.deduped.txt:119587 - http://www.motherjones.com/politics/2016/02/hillary-clinton-kissinger-vacation-dominican-republic-de-la-renta
RS_2016-02.bz2.deduped.txt:123697 - http://www.motherjones.com/environment/2016/02/flint-lead-poisoning-america-toxic-crisis
RS_2016-02.bz2.deduped.txt:123772 - http://m.motherjones.com/politics/2016/02/hillary-clinton-kissinger-vacation-dominican-republic-de-la-renta
RS_2016-02.bz2.deduped.txt:125195 - http://www.motherjones.com/politics/2016/02/majority-states-now-have-right-work-laws
RS_2016-02.bz2.deduped.txt:126326 - http://www.motherjones.com/politics/2016/02/breaking-supreme-court-justice-antonin-scalia-dead-79

RS_2016-02.bz2.deduped.txt:126732 - http://www.motherjones.com/mojo/2016/02/scalia-death-conservatives-obstruct-obama

RS_2016-02.bz2.deduped.txt:126872 - http://www.motherjones.com/mojo/2013/04/who-sri-srinivasan-supreme-court

RS_2016-02.bz2.deduped.txt:127465 - http://www.motherjones.com/politics/2016/02/hillary-response#testa

RS_2016-02.bz2.deduped.txt:127501 - http://www.motherjones.com/politics/2016/02/6-cases-now-decided-justice-scalias-death

RS_2016-02.bz2.deduped.txt:127994 - http://www.motherjones.com/politics/2016/02/donald-trump-blames-george-w-bush-911

RS_2016-02.bz2.deduped.txt:128280 - http://www.motherjones.com/politics/2015/06/gay-marriage-supreme-court-scalia-dissent

RS_2016-02.bz2.deduped.txt:128610 - http://www.motherjones.com/kevin-drum/2016/02/yep-top-secret-emails-were-all-about-drones

RS_2016-02.bz2.deduped.txt:128823 - http://www.motherjones.com/environment/2016/02/climate-change-skeptic-kimberley-strassel

RS_2016-02.bz2.deduped.txt:129770 - http://www.motherjones.com/politics/2016/02/republican-debate-trump-cruz-kasich-rubio-scalia

RS_2016-02.bz2.deduped.txt:129851 - http://www.motherjones.com/mojo/2016/02/state-of-teen-sex-america-chart-abstinence

RS_2016-02.bz2.deduped.txt:130562 - http://www.motherjones.com/kevin-drum/2016/02/things-donald-trump-will-do-his-second-year

RS_2016-02.bz2.deduped.txt:130731 - http://www.motherjones.com/politics/2016/02/obama-antonin-scalia-appointment

RS_2016-02.bz2.deduped.txt:133093 - http://m.motherjones.com/politics/2013/03/scalia-worst-things-said-written-about-homosexuality-court

RS_2016-02.bz2.deduped.txt:133168 - http://www.motherjones.com/kevin-drum/2016/01/take-it-easy-hillary-clinton-and-1994-crime-bill

RS_2016-02.bz2.deduped.txt:136705 - http://www.motherjones.com/politics/2016/02/family-people-killed-mexican-drug-cartels-sues-bank-accused-laundering-drug-money

RS_2016-02.bz2.deduped.txt:138122 - http://www.motherjones.com/environment/2016/02/ski-clothing-waterproof-pfoa-pfcs-perfluourochemicals-health-risks

RS_2016-02.bz2.deduped.txt:138132 - http://www.motherjones.com/environment/2016/02/hillary-clinton-leftward-shift-climate

RS_2016-02.bz2.deduped.txt:138194 - http://www.motherjones.com/kevin-drum/2016/02/republicans-invent-new-supreme-court-tradition-out-thin-air

RS_2016-02.bz2.deduped.txt:138292 - http://www.motherjones.com/politics/2013/01/presidents-sickness-medical-diagnosis-quiz

RS_2016-02.bz2.deduped.txt:138483 - http://www.motherjones.com/politics/2016/02/woodward-and-bernstein-cant-stop-comparing-clinton-nixon

RS_2016-02.bz2.deduped.txt:138773 - http://www.motherjones.com/environment/2016/02/flint-lead-poisoning-america-toxic-crisis?google_editors_picks=true

RS_2016-02.bz2.deduped.txt:138886 - http://www.motherjones.com/kevin-drum/2016/02/liberals-fox-news

RS_2016-02.bz2.deduped.txt:139000 - http://www.motherjones.com/kevin-drum/2016/02/let-us-now-praise-culture-wars

RS_2016-02.bz2.deduped.txt:146896 - http://www.motherjones.com/politics/2016/02/sheldon-adelson-macau-casinos-lawsuit

RS_2016-02.bz2.deduped.txt:147964 - http://www.motherjones.com/politics/2016/02/hillary-clinton-nevada-diverse-latino

RS_2016-02.bz2.deduped.txt:152577 - http://www.motherjones.com/mojo/2016/02/donald-trump-joins-chorus-scalia-assassination-conspiracy-theorists

RS_2016-02.bz2.deduped.txt:155227 - http://www.motherjones.com/politics/2016/02/yes-president-obama-could-appoint-scalia-replacement-today?utm_source=fark&utm_medium=website&utm_content=link

RS_2016-02.bz2.deduped.txt:158948 - http://www.motherjones.com/mojo/2016/02/texas-abortion-supreme-court-hb2-scalia-death

RS_2016-02.bz2.deduped.txt:159126 - http://www.motherjones.com/tom-philpott/2016/02/6-food-and-ag-questions-grilling-presidental-candidates

RS_2016-02.bz2.deduped.txt:159506 - http://www.motherjones.com/mojo/2016/02/kentucky-lawmaker-men-viagra-anti-abortion

RS_2016-02.bz2.deduped.txt:160239 - http://www.motherjones.com/politics/2016/02/black-lives-matter-police-shootings-elections

RS_2016-02.bz2.deduped.txt:162147 - http://m.motherjones.com/kevin-drum/2016/02/sanders-campaign-has-crossed-neverland

RS_2016-02.bz2.deduped.txt:164500 - http://www.motherjones.com/kevin-drum/2016/02/sanders-campaign-has-crossed-neverland

RS_2016-02.bz2.deduped.txt:165054 - http://www.motherjones.com/politics/2016/02/apple-ceo-tim-cook-san-bernardino-iphone

RS_2016-02.bz2.deduped.txt:165614 - http://www.motherjones.com/politics/2016/02/smart-guns-mossberg-igun-venture-capital-conway

RS_2016-02.bz2.deduped.txt:168593 - http://www.motherjones.com/politics/2016/02/gynnya-mcmillen-16-died-kentucky-juvenile-detention-mystery

RS_2016-02.bz2.deduped.txt:168595 - http://www.motherjones.com/politics/2016/02/how-south-carolina-became-trump-country

RS_2016-02.bz2.deduped.txt:169069 - http://www.motherjones.com/politics/2016/02/apple-tim-cook-fbi-hack-san-bernardino

RS_2016-02.bz2.deduped.txt:169120 - http://www.motherjones.com/politics/2016/02/house-committee-investigate-planned-parenthood-issues-subpeonas

RS_2016-02.bz2.deduped.txt:169135 - http://www.motherjones.com/politics/2016/02/campus-sexual-assault-administrators-title-ix-asca

RS_2016-02.bz2.deduped.txt:171027 - http://www.motherjones.com/politics/2016/02/price-right-bernie

RS_2016-02.bz2.deduped.txt:173169 - http://www.motherjones.com/environment/2016/02/january-temperature-record-climate-change

RS_2016-02.bz2.deduped.txt:173301 - http://www.motherjones.com/mixed-media/2011/08/sf-circumcision-ban-matthew-hess-foreskin-man-comic

RS_2016-02.bz2.deduped.txt:173356 - http://m.motherjones.com/mojo/2016/02/texas-abortion-supreme-court-hb2-scalia-death

RS_2016-02.bz2.deduped.txt:173541 - http://www.motherjones.com/politics/2016/02/donald-trump-town-hall-was-big-fat-waste-time
RS_2016-02.bz2.deduped.txt:174016 - http://m.motherjones.com/politics/2016/02/latino-leaders-nevada-sanders-clinton
RS_2016-02.bz2.deduped.txt:174241 - http://www.motherjones.com/mojo/2016/02/pope-francis-zika-abortion-contraception-microcephaly
RS_2016-02.bz2.deduped.txt:180128 - http://www.motherjones.com/politics/2016/02/michigan-catholic-hospital-endangered-women-suffering-miscarriages-because-abortion
RS_2016-02.bz2.deduped.txt:181458 - http://www.motherjones.com/mojo/2016/02/marco-rubio-diversity-republicans-nikki-haley-trump
RS_2016-02.bz2.deduped.txt:181695 - http://m.motherjones.com/politics/2016/02/obama-campaign-took-bernie-sanders-primary-threat-seriously
RS_2016-02.bz2.deduped.txt:184027 - http://www.motherjones.com/politics/2016/02/tom-perez-hillary-clinton-labor-nevada
RS_2016-02.bz2.deduped.txt:184479 - http://www.motherjones.com/politics/2016/02/latino-leaders-nevada-sanders-clinton
RS_2016-02.bz2.deduped.txt:187808 - http://www.motherjones.com/kevin-drum/2016/02/obama-kept-his-immigration-reform-promise-latinos-only-way-actually-matters-polit
RS_2016-02.bz2.deduped.txt:188716 - http://m.motherjones.com/politics/2016/02/campus-sexual-assault-administrators-title-ix-asca
RS_2016-02.bz2.deduped.txt:189639 - http://m.motherjones.com/kevin-drum/2016/02/bernie-sanders-responsible-gerald-friedman
RS_2016-02.bz2.deduped.txt:190450 - http://www.motherjones.com/kevin-drum/2016/02/second-thought-maybe-bernie-sanders-growth-claims-arent-crazy-i-thought
RS_2016-02.bz2.deduped.txt:190690 - http://m.motherjones.com/kevin-drum/2016/02/hillary-clinton-needs-explain-why-young-voters-dont-need-rebel
RS_2016-02.bz2.deduped.txt:191808 - http://www.motherjones.com/kevin-drum/2016/02/second-thought-maybe-bernie-sanders-growth-claims-arent-crazy-i-thought
RS_2016-02.bz2.deduped.txt:193001 - http://www.motherjones.com/mojo/2016/02/hillary-clinton-just-won-nevada-caucus
RS_2016-02.bz2.deduped.txt:194844 - http://m.motherjones.com/politics/2015/07/bernie-sanders-jeff-weaver-victory-comics
RS_2016-02.bz2.deduped.txt:195944 - http://www.motherjones.com/politics/2016/02/donald-trump-south-carolina-primary
RS_2016-02.bz2.deduped.txt:196291 - http://www.motherjones.com/mojo/2016/02/sanders-obama-racism-birther-trump
RS_2016-02.bz2.deduped.txt:198658 - http://www.motherjones.com/kevin-drum/2016/02/2016-year-voters-finally-got-tired-reality
RS_2016-02.bz2.deduped.txt:199882 - http://www.motherjones.com/mojo/2016/02/phil-robertson-says-vote-cruz-we-all-fall-pit-hell
RS_2016-02.bz2.deduped.txt:203891 - http://www.motherjones.com/politics/2016/02/isis-war-cost-charts-syria-iraq
RS_2016-02.bz2.deduped.txt:207248 - http://www.motherjones.com/environment/2016/02/china-wind-power-america

RS_2016-02.bz2.deduped.txt:208446 - http://www.motherjones.com/politics/2016/02/tanisha-anderson-death-cleveland-police-investigation
RS_2016-02.bz2.deduped.txt:210642 - http://www.motherjones.com/politics/2016/02/rafael-cruz-ted-cruz-campaign-god-sign
RS_2016-02.bz2.deduped.txt:210703 - http://www.motherjones.com/environment/2016/02/congress-actually-did-something-pretty-great-climate-change
RS_2016-02.bz2.deduped.txt:210961 - http://www.motherjones.com/politics/2016/02/dod-launches-investigation-child-sex-abuse-charges
RS_2016-02.bz2.deduped.txt:212013 - http://www.motherjones.com/mojo/2016/02/scalia-supreme-court-politics-senate
RS_2016-02.bz2.deduped.txt:215622 - http://www.motherjones.com/kevin-drum/2016/02/raw-data-increase-life-expectancy-age-65
RS_2016-02.bz2.deduped.txt:215999 - http://m.motherjones.com/environment/2016/02/congress-actually-did-something-pretty-great-climate-change
RS_2016-02.bz2.deduped.txt:216511 - http://www.motherjones.com/politics/2016/02/hillary-clinton-moms-black-lives-matter
RS_2016-02.bz2.deduped.txt:217769 - http://www.motherjones.com/politics/2016/02/angola-three-albert-woodfox-solitary-free
RS_2016-02.bz2.deduped.txt:219005 - http://m.motherjones.com/environment/2016/02/china-coal-power-plants-1000-shut-down
RS_2016-02.bz2.deduped.txt:220163 - http://motherjones.com/politics/2016/02/nevada-rubio-was-supposed-finally-notch-win
RS_2016-02.bz2.deduped.txt:221358 - http://www.motherjones.com/mixed-media/2016/02/john-oliver-abortion-laws
RS_2016-02.bz2.deduped.txt:221373 - http://m.motherjones.com/politics/2016/02/rafael-cruz-ted-cruz-campaign-god-sign
RS_2016-02.bz2.deduped.txt:224316 - http://www.motherjones.com/politics/2016/02/donald-trump-nevada-hotel-culinary-union-protest
RS_2016-02.bz2.deduped.txt:224406 - http://m.motherjones.com/environment/2016/02/florida-water-pollution-lake-okeechobee
RS_2016-02.bz2.deduped.txt:224781 - http://www.motherjones.com/mojo/2016/02/oklahoma-supreme-court-medication-abortion-law
RS_2016-02.bz2.deduped.txt:227510 - http://www.motherjones.com/politics/2016/02/marc-short-kochs-top-political-operative-jumps-rubio
RS_2016-02.bz2.deduped.txt:229112 - http://www.motherjones.com/environment/2016/02/florida-water-pollution-lake-okeechobee
RS_2016-02.bz2.deduped.txt:229498 - http://www.motherjones.com/politics/2016/02/hillary-clinton-again-refuses-release-goldman-sachs-transcripts
RS_2016-02.bz2.deduped.txt:234387 - http://www.motherjones.com/environment/2016/02/china-coal-power-plants-1000-shut-down
RS_2016-02.bz2.deduped.txt:237982 - http://www.motherjones.com/blue-marble/2016/02/electric-vehicles-oil-prices
RS_2016-02.bz2.deduped.txt:239125 - http://www.motherjones.com/politics/2016/02/court-ruling-abortion-clinic-louisiana

RS_2016-02.bz2.deduped.txt:241149 - http://m.motherjones.com/mojo/2016/02/justice-scalia-reportedly-spent-his-final-days-texas-elite-hunting-group

RS_2016-02.bz2.deduped.txt:241455 - http://www.motherjones.com/mojo/2016/02/justice-scalia-reportedly-spent-his-final-days-texas-elite-hunting-group

RS_2016-02.bz2.deduped.txt:242206 - http://m.motherjones.com/mojo/2016/02/david-duke-comes-out-support-donald-trump

RS_2016-02.bz2.deduped.txt:242330 - http://www.motherjones.com/mojo/2016/02/david-duke-comes-out-support-donald-trump

RS_2016-02.bz2.deduped.txt:242853 - http://www.motherjones.com/mojo/2016/02/former-mexican-president-fox-not-paying-for-trump-wall

RS_2016-02.bz2.deduped.txt:245764 - http://www.motherjones.com/politics/2016/02/texas-workers-protest-gop-debate

RS_2016-02.bz2.deduped.txt:246353 - http://www.motherjones.com/politics/2016/02/donald-trump-defends-planned-parenthood

RS_2016-02.bz2.deduped.txt:248437 - http://www.motherjones.com/politics/2016/02/chicago-shooting-police-counter-sue-legrier-rialmo

RS_2016-02.bz2.deduped.txt:248503 - http://www.motherjones.com/politics/2016/02/how-gop-elite-set-stage-for-donald-trump

RS_2016-02.bz2.deduped.txt:248851 - http://www.motherjones.com/mojo/2016/02/donald-trump-really-doesnt-understand-how-federal-funding-works-planned-parenthood-0

RS_2016-02.bz2.deduped.txt:248875 - http://www.motherjones.com/environment/2016/02/methane-emissions-aliso-canyon

RS_2016-02.bz2.deduped.txt:250018 - http://www.motherjones.com/mojo/2016/02/lindsey-graham-just-perfectly-summed-2016-race-%E2%80%9Cmy-party-has-gone-batshit-crazy

RS_2016-02.bz2.deduped.txt:250665 - http://www.motherjones.com/mojo/2016/02/lindsey-graham-just-perfectly-summed-2016-race-"my-party-has-gone-batshit-crazy

RS_2016-02.bz2.deduped.txt:255289 - http://www.motherjones.com/mojo/2016/02/marco-rubio-mocks-trump-spelling

RS_2016-02.bz2.deduped.txt:255348 - http://m.motherjones.com/mojo/2016/02/lindsey-graham-just-perfectly-summed-2016-race-%e2%80%9cmy-party-has-gone-batshit-crazy

RS_2016-02.bz2.deduped.txt:255779 - http://www.motherjones.com/kevin-drum/2016/02/clinton-derangement-syndrome-alive-and-well

RS_2016-02.bz2.deduped.txt:256187 - http://www.motherjones.com/politics/2016/02/bernie-sanders-orangeburg-hbcu-killer-mike

RS_2016-02.bz2.deduped.txt:258272 - http://www.motherjones.com/kevin-drum/2016/02/let-us-take-minute-fully-appreciate-current-state-american-politics

RS_2016-02.bz2.deduped.txt:258385 - http://www.motherjones.com/blue-marble/2016/02/lamar-smith-noaa-search-terms

RS_2016-02.bz2.deduped.txt:259288 - http://www.motherjones.com/kevin-drum/2016/02/liberals-need-back-trump-love

RS_2016-02.bz2.deduped.txt:260981 - http://www.motherjones.com/politics/2016/02/marco-rubio-weighs-puerto-rico-gop-primary-florida

RS_2016-02.bz2.deduped.txt:261637 - http://www.motherjones.com/environment/2016/02/methane-emissions-aliso-canyon?utm_content=buffer59f15&utm_medium=social&utm_source=twitter.com&utm_campaign=buffer

RS_2016-02.bz2.deduped.txt:262702 - http://m.motherjones.com/mojo/2016/02/marco-rubio-mocks-trump-spelling

RS_2016-02.bz2.deduped.txt:263229 - http://www.motherjones.com/politics/2016/02/hillary-clinton-wins-south-carolina-primary

RS_2016-02.bz2.deduped.txt:269577 - http://m.motherjones.com/politics/2016/02/how-gop-elite-set-stage-for-donald-trump

RS_2016-02.bz2.deduped.txt:270751 - http://www.motherjones.com/politics/2016/02/hillary-clinton-bernie-sanders-south-carolina-primary

RS_2016-02.bz2.deduped.txt:273383 - http://www.motherjones.com/environment/2016/02/environmental-racism-coal-ash-explainer

RS_2016-02.bz2.deduped.txt:273432 - http://www.motherjones.com/politics/2016/02/supreme-court-decision-mess-abortion-rights

RS_2016-02.bz2.deduped.txt:273808 - http://motherjones.com/blue-marble/2016/02/lamar-smith-noaa-search-terms?mc_cid=642de778f0&mc_eid=73f484c37d

RS_2016-02.bz2.deduped.txt:273969 - http://www.motherjones.com/mixed-media/2016/02/john-oliver-donald-trump

RS_v2_2007-11.xz.deduped.txt:905 - http://motherjones.com/commentary/columns/2007/11/youre-not-the-regulator-of-me.html

RS_v2_2007-11.xz.deduped.txt:1458 - http://www.motherjones.com/cgi-bin/print_article.pl?url=http://www.motherjones.com/washington_dispatch/2007/11/postal-service-says-killing-small-periodicals-is-a-win-win.html

RS_v2_2007-11.xz.deduped.txt:1506 - http://www.motherjones.com/news/update/2007/11/terrorist-watch-list-GAO.html

RS_v2_2007-11.xz.deduped.txt:1944 - http://www.motherjones.com/mojoblog/archives/2007/11/6058_bush_white_hous_1.html

RS_v2_2007-11.xz.deduped.txt:2251 - http://www.motherjones.com/washington_dispatch/2007/11/John-Edwards-Iowa-caucuses.html

RS_v2_2007-11.xz.deduped.txt:2366 - http://www.motherjones.com/washington_dispatch/2007/11/postal-service-says-killing-small-periodicals-is-a-win-win.html

RS_v2_2007-11.xz.deduped.txt:2769 - http://www.motherjones.com/washington_dispatch/2006/08/new%20conyers%20report.html

RS_v2_2007-11.xz.deduped.txt:3913 - http://www.motherjones.com/mojoblog/archives/2007/11/6128_homeland_insani.html

RS_v2_2007-11.xz.deduped.txt:4965 - http://www.motherjones.com/mojoblog/archives/2007/11/6139_andrew_sullivan.html

RS_v2_2007-11.xz.deduped.txt:5028 - http://www.motherjones.com/mojoblog/archives/2007/11/6141_utah_to_offer_c.html

RS_v2_2007-11.xz.deduped.txt:5887 - http://www.motherjones.com/mojoblog/archives/2007/11/6144_can_trita_parsi.html

RS_v2_2007-11.xz.deduped.txt:7116 - http://www.motherjones.com/news/outfront/2007/11/the-ethanol-effect.html

RS_v2_2007-11.xz.deduped.txt:7272 - http://www.motherjones.com/news/feature/2007/11/iraq-war-charts-and-graphs_1.html

RS_v2_2007-11.xz.deduped.txt:7848 - http://www.motherjones.com/mojoblog/archives/2007/11/6213_coal_sponsors_t.html

RS_v2_2007-11.xz.deduped.txt:7864 - http://www.motherjones.com/news/outfront/2007/11/the-cheese-bomb-incident.html

RS_v2_2007-11.xz.deduped.txt:8205 - http://www.motherjones.com/mojoblog/archives/2007/11/6218_nixon_on_tape_r.html

RS_v2_2007-11.xz.deduped.txt:8322 - http://www.motherjones.com/mojoblog/archives/2007/11/6218_nixon_on_tape_r.html?src=email&link=hed_20071116_ts4_Oldies%20But%20Goodies%3A%20Nixon%20Dissed%20the%20Gipper%20on%20Tape

RS_v2_2007-11.xz.deduped.txt:9453 - http://www.motherjones.com/washington_dispatch/2007/11/freedoms-watch-iran.html

RS_v2_2007-11.xz.deduped.txt:9554 - http://www.motherjones.com/mojoblog/archives/2007/11/6202_kucinich_campai.html

RS_v2_2007-11.xz.deduped.txt:10241 - http://www.motherjones.com/news/update/2007/11/anti-crusader-mikey-weinstein.html

RS_v2_2007-11.xz.deduped.txt:10562 - http://www.motherjones.com/news/update/2007/11/eric-horner-american-soldiers.html?src=email&link=hed_20071121_ts1_Tour%20of%20Duty

RS_v2_2007-11.xz.deduped.txt:11020 - http://www.motherjones.com/news/update/2007/11/eric-horner-american-soldiers.html

RS_v2_2007-11.xz.deduped.txt:14240 - http://www.motherjones.com/washington_dispatch/2007/11/annapolis-middle-east-peace-talks.html

RS_v2_2007-11.xz.deduped.txt:15186 - http://www.motherjones.com/blue_marble_blog/archives/2007/11/6350_more_than_1_in.html

RS_2018-10.xz.deduped.txt:245 - https://www.motherjones.com/politics/2018/09/kavanaugh-rage/

RS_2018-10.xz.deduped.txt:2992 - https://www.motherjones.com/politics/2018/10/first-she-took-down-a-judge-mired-in-a-sexual-assault-controversy-now-shes-coming-for-republicans/

RS_2018-10.xz.deduped.txt:7429 - https://www.motherjones.com/politics/2018/10/federal-judge-blasts-trump-administrations-frivolous-attempt-to-thwart-census-lawsuit/

RS_2018-10.xz.deduped.txt:7905 - https://www.motherjones.com/politics/2018/10/kavanaugh-in-2015-a-judge-must-keep-emotions-in-check-and-not-be-a-political-partisan/

RS_2018-10.xz.deduped.txt:8701 - https://www.motherjones.com/politics/2018/10/rachel-mitchells-former-colleague-slams-her-kavanaugh-memo-as-absolutely-disingenuous/

RS_2018-10.xz.deduped.txt:9054 - https://www.motherjones.com/politics/2018/10/trump-kavanaugh-alcohol-difficulty/

RS_2018-10.xz.deduped.txt:9679 - https://www.motherjones.com/politics/2018/10/beto-orourke-drew-a-bigger-crowd-than-any-democrat-since-obama/

RS_2018-10.xz.deduped.txt:10955 - https://www.motherjones.com/politics/2018/10/kavanaugh-in-2015-a-judge-must-keep-emotions-in-check-and-not-be-a-political-partisan

RS_2018-10.xz.deduped.txt:12790 - https://www.motherjones.com/environment/2018/10/even-the-trump-administration-acknowledges-that-global-temperatures-are-rising-to-catastrophic-levels/

RS_2018-10.xz.deduped.txt:14551 - https://www.motherjones.com/kevin-drum/2018/10/the-new-nafta-is-one-of-the-most-trivial-trade-agreements-ever/

RS_2018-10.xz.deduped.txt:14904 - https://www.motherjones.com/politics/2018/10/john-roberts-has-tried-to-keep-the-supreme-court-above-the-partisan-fray-kavanaugh-could-undo-all-that/
RS_2018-10.xz.deduped.txt:15563 - https://www.motherjones.com/politics/2018/10/devin-nunes-family-farm-california/
RS_2018-10.xz.deduped.txt:16314 - https://www.motherjones.com/politics/2018/10/florida-puerto-rico-rossello-endorsement-nelson-gillum-scott-desantis/
RS_2018-10.xz.deduped.txt:20899 - https://www.motherjones.com/politics/2018/10/this-amazing-chart-shows-how-much-women-have-saved-under-obamacare/
RS_2018-10.xz.deduped.txt:21572 - https://www.motherjones.com/politics/2018/10/the-craziest-conspiracy-theories-to-emerge-from-the-kavanaugh-hearings/
RS_2018-10.xz.deduped.txt:21597 - https://www.motherjones.com/politics/2018/10/government-report-details-trump-administrations-incompetent-implementation-of-family-separation-policy/
RS_2018-10.xz.deduped.txt:21656 - https://www.motherjones.com/crime-justice/2018/10/four-white-supremacists-arrested-for-their-role-in-charlottesville-violence/
RS_2018-10.xz.deduped.txt:22472 - https://www.motherjones.com/politics/2018/10/the-trump-administration-set-a-record-low-limit-for-refugee-admissions-it-let-in-half-that-number/
RS_2018-10.xz.deduped.txt:23662 - https://www.motherjones.com/politics/2018/10/ice-adelanto-detention-facility-inspector-report/
RS_2018-10.xz.deduped.txt:23927 - https://www.motherjones.com/politics/2018/10/donald-trump-just-mocked-christine-blasey-ford-at-mississippi-rally/
RS_2018-10.xz.deduped.txt:24175 - https://www.motherjones.com/kevin-drum/2018/10/times-report-trump-wealth-largely-based-on-tax-scams-and-bailouts-from-dad/
RS_2018-10.xz.deduped.txt:26760 - https://www.motherjones.com/politics/2018/10/republicans-restricted-ballot-access-now-voters-are-fighting-back/
RS_2018-10.xz.deduped.txt:26765 - https://www.motherjones.com/politics/2018/10/republicans-put-out-a-very-misleading-ad-attacking-medicare-for-all/
RS_2018-10.xz.deduped.txt:27523 - https://www.motherjones.com/politics/2018/10/destroy-the-republican-party-max-boot-calls-for-a-clean-start/
RS_2018-10.xz.deduped.txt:29212 - https://www.motherjones.com/politics/2018/10/trump-tax-fraud-new-york-times-investigation/
RS_2018-10.xz.deduped.txt:30051 - https://www.motherjones.com/politics/2018/10/gun-control-groups-seek-revenge-against-rick-scott/
RS_2018-10.xz.deduped.txt:30174 - https://www.motherjones.com/politics/2018/10/trump-says-the-metoo-era-is-frightening-for-men-but-hey-women-are-doing-great/
RS_2018-10.xz.deduped.txt:30286 - https://www.motherjones.com/environment/2018/10/the-strange-story-behind-animals-we-know-we-havent-yet-discovered/
RS_2018-10.xz.deduped.txt:32318 - https://www.motherjones.com/politics/2018/10/white-house-defends-trumps-mockery-of-kavanaugh-accuser-at-political-rally/
RS_2018-10.xz.deduped.txt:34757 - https://www.motherjones.com/politics/2018/10/why-the-white-house-might-rush-to-swear-kavanaugh-in-before-new-allegations-can-emerge/
RS_2018-10.xz.deduped.txt:35281 - https://www.motherjones.com/politics/2018/10/donald-trump-jr-is-here-to-rescue-ted-cruz/
RS_2018-10.xz.deduped.txt:36256 - https://www.motherjones.com/environment/2018/10/the-epas-bold-new-idea-massive-implications-public-health/

RS_2018-10.xz.deduped.txt:39330 - https://www.motherjones.com/politics/2018/10/tony-evers-profile-scott-walker-wisconsin-education-teachers/
RS_2018-10.xz.deduped.txt:39481 - https://www.motherjones.com/environment/2018/10/this-black-community-has-filed-a-civil-rights-complaint-over-unsanitary-sewage-conditions/
RS_2018-10.xz.deduped.txt:39498 - https://www.motherjones.com/environment/2018/10/our-fertilizer-is-killing-us-heres-a-fix/
RS_2018-10.xz.deduped.txt:41895 - https://www.motherjones.com/politics/2018/10/fbi-kavanaugh-report-white-house/
RS_2018-10.xz.deduped.txt:42269 - https://www.motherjones.com/politics/2018/10/kavanaugh-once-said-a-president-who-interferes-with-a-special-counsel-should-be-impeached/
RS_2018-10.xz.deduped.txt:42499 - https://www.motherjones.com/environment/2018/10/the-epas-bold-new-idea-massive-implications-public-health/?utm_source=MIT+Technology+Review&utm_campaign=75eae84d8b-EMAIL_CAMPAIGN_2018_10_04_11_11&utm_medium=email&utm_term=0_997ed6f472-75eae84d8b-156330677
RS_2018-10.xz.deduped.txt:43030 - https://www.motherjones.com/politics/2018/10/new-filing-trumps-scottish-golf-course-lost-4-5-million-last-year/
RS_2018-10.xz.deduped.txt:43064 - https://www.motherjones.com/politics/2018/10/the-justice-department-indicts-seven-russian-intelligence-officers-for-cyberattacks/
RS_2018-10.xz.deduped.txt:43366 - https://www.motherjones.com/politics/2018/10/the-real-reason-the-white-house-told-the-fbi-not-to-interview-christine-blasey-ford/
RS_2018-10.xz.deduped.txt:48847 - https://www.motherjones.com/politics/2018/10/a-culture-of-secrecy-is-helping-propel-kavanaugh-to-the-supreme-court/
RS_2018-10.xz.deduped.txt:48871 - https://www.motherjones.com/environment/2018/10/a-new-study-shows-how-mushrooms-could-save-bees-yes-mushrooms/
RS_2018-10.xz.deduped.txt:52677 - https://www.motherjones.com/kevin-drum/2018/10/heres-a-name-to-remember-all-county-building-supply-maintenance/#disqus-container
RS_2018-10.xz.deduped.txt:55644 - https://www.motherjones.com/politics/2018/10/brett-kavanaugh-ten-other-scandals/
RS_2018-10.xz.deduped.txt:57799 - https://www.motherjones.com/politics/2018/10/joe-manchin-brett-kavanaugh-supreme-court-vote/
RS_2018-10.xz.deduped.txt:58366 - https://www.motherjones.com/crime-justice/2018/10/breaking-chicago-police-officer-jason-van-dyke-guilty-of-murder-laquan-mcdonald-shooting/
RS_2018-10.xz.deduped.txt:58592 - https://www.motherjones.com/politics/2018/10/pete-sessions-vawa-reauthorization-colin-allred-texas/
RS_2018-10.xz.deduped.txt:60248 - https://www.motherjones.com/politics/2018/10/devin-nunes-campaign-mailer-fresno-bee/
RS_2018-10.xz.deduped.txt:60615 - https://www.motherjones.com/politics/2018/10/why-cant-ted-cruz-or-anyone-else-pronounce-beto-orourkes-name/
RS_2018-10.xz.deduped.txt:64111 - https://www.motherjones.com/politics/2018/10/donald-trump-rudy-giuliani-brett-kavanaugh-george-soros-boo-scary/
RS_2018-10.xz.deduped.txt:64859 - https://www.motherjones.com/politics/2018/10/brett-kavanaugh-accuser-debbie-ramirez-statement-drunk-college-kids/
RS_2018-10.xz.deduped.txt:69588 - https://www.motherjones.com/kevin-drum/2018/10/no-one-cares-about-donald-trumps-financial-fraud/

RS_2018-10.xz.deduped.txt:71202 - https://www.motherjones.com/politics/2018/10/pro-kavanaugh-moms-sons-metoo/
RS_2018-10.xz.deduped.txt:72690 - https://www.motherjones.com/politics/2018/10/kellyanne-conway-kavanaugh-media/
RS_2018-10.xz.deduped.txt:72901 - https://www.motherjones.com/politics/2018/10/florida-governor-desantis-gillum-gaetz/
RS_2018-10.xz.deduped.txt:74563 - https://www.motherjones.com/environment/2018/10/a-new-study-shows-how-mushrooms-could-save-bees-yes-mushrooms/?utm_source=mj-newsletters&utm_medium=email&utm_campaign=food-for-thought-2018-10-07
RS_2018-10.xz.deduped.txt:76845 - https://www.motherjones.com/environment/2018/10/the-coal-industry-could-get-boost-if-this-nominee-becomes-a-top-industry-regulator/?utm_source=mj-newsletters&utm_medium=email&utm_campaign=econundrums-2018-10-08
RS_2018-10.xz.deduped.txt:77804 - https://www.motherjones.com/environment/2018/10/new-un-climate-report-dims-hope-for-averting-global-warming-catastrophe/
RS_2018-10.xz.deduped.txt:80901 - https://www.motherjones.com/politics/2018/10/texas-is-a-surprising-success-story-in-americas-long-battle-for-clean-energy-thats-about-to-change/
RS_2018-10.xz.deduped.txt:83413 - https://www.motherjones.com/politics/2018/10/devin-nunes-fresno-bee-andrew-janz/
RS_2018-10.xz.deduped.txt:83693 - https://www.motherjones.com/politics/2018/10/donald-trump-scotland-gold-course-aberdeen-losing-money/
RS_2018-10.xz.deduped.txt:83730 - https://www.motherjones.com/politics/2018/10/paul-ryan-decries-tribalism-as-his-super-pac-spreads-it/
RS_2018-10.xz.deduped.txt:86207 - https://www.motherjones.com/kevin-drum/2018/10/do-conservatives-really-think-blacks-love-donald-trump/
RS_2018-10.xz.deduped.txt:87038 - https://www.motherjones.com/politics/2018/10/all-the-secretarys-men/
RS_2018-10.xz.deduped.txt:90876 - https://www.motherjones.com/politics/2018/10/this-anti-ted-cruz-ad-probably-wont-flip-many-votes-but-its-pretty-funny/
RS_2018-10.xz.deduped.txt:92328 - https://www.motherjones.com/politics/2018/10/georgia-latino-voters-governor-stacey-abrams-brian-kemp/
RS_2018-10.xz.deduped.txt:93248 - https://www.motherjones.com/politics/2018/10/beto-orourke-ted-cruz-texas-voter-registration-deadline/
RS_2018-10.xz.deduped.txt:94510 - https://www.motherjones.com/politics/2018/10/supreme-court-makes-it-harder-for-tribal-north-dakotans-to-vote/
RS_2018-10.xz.deduped.txt:96447 - https://www.motherjones.com/politics/2018/10/california-nunes-denham-valadao-tariffs-trump-midterms-almonds/
RS_2018-10.xz.deduped.txt:97786 - https://www.motherjones.com/environment/2018/10/science-says-saving-the-planet-could-really-be-as-simple-as-saving-trees/
RS_2018-10.xz.deduped.txt:98758 - https://www.motherjones.com/politics/2018/10/al-hoffman-gop-megadonor-is-skipping-floridas-marquee-races-over-gun-control/
RS_2018-10.xz.deduped.txt:100015 - https://www.motherjones.com/food/2018/10/trump-trade-china-soybeans-corn-almonds-midterms-races-tariffs/
RS_2018-10.xz.deduped.txt:100604 - https://www.motherjones.com/environment/2018/10/david-bernhardt-interior-department/

RS_2018-10.xz.deduped.txt:101904 - https://www.motherjones.com/politics/2018/10/inside-the-dcccs-do-or-die-midterms-battle/

RS_2018-10.xz.deduped.txt:103222 - https://www.motherjones.com/politics/2018/10/trumps-usa-today-op-ed-contains-a-brazen-lie/

RS_2018-10.xz.deduped.txt:103914 - https://www.motherjones.com/politics/2018/10/fbi-director-confirms-that-white-house-limited-scope-of-kavanaugh-investigation/

RS_2018-10.xz.deduped.txt:104235 - https://www.motherjones.com/politics/2018/10/mcclintock-morse-debate-kavanaugh/

RS_2018-10.xz.deduped.txt:105596 - https://www.motherjones.com/politics/2018/10/georgias-republican-candidate-for-governor-is-blocking-53000-voter-registrations/

RS_2018-10.xz.deduped.txt:107336 - https://www.motherjones.com/politics/2018/10/donald-trump-has-a-serious-saudi-arabian-conflict-of-interest/

RS_2018-10.xz.deduped.txt:107709 - https://www.motherjones.com/kevin-drum/2018/10/chuck-grassleys-bullshit-is-still-thick-on-the-ground/

RS_2018-10.xz.deduped.txt:111509 - https://www.motherjones.com/politics/2018/10/republicans-obamacare-repeal-preexisting-conditions/

RS_2018-10.xz.deduped.txt:111963 - https://www.motherjones.com/politics/2018/10/in-any-other-judicial-system-the-government-cannot-just-take-away-your-kid/

RS_2018-10.xz.deduped.txt:117148 - https://www.motherjones.com/kevin-drum/2018/10/a-look-at-the-record-republicans-repeatedly-voted-to-kill-protections-for-pre-existing-conditions/

RS_2018-10.xz.deduped.txt:120267 - https://www.motherjones.com/politics/2018/10/voting-rights-group-sues-to-get-thousands-of-blocked-voters-registered-in-georgia/

RS_2018-10.xz.deduped.txt:121307 - https://www.motherjones.com/politics/2018/10/researchers-think-they-know-why-nice-guys-finish-last/

RS_2018-10.xz.deduped.txt:123553 - https://www.motherjones.com/politics/2018/10/arizona-could-be-a-case-study-for-turning-teacher-protest-into-power/

RS_2018-10.xz.deduped.txt:124014 - https://www.motherjones.com/media/2017/03/soul-funk-band-asian-american-sxsw/

RS_2018-10.xz.deduped.txt:126588 - https://www.motherjones.com/politics/2018/10/whos-funding-all-those-beto-orourke-attack-ads-meet-ted-cruzs-billionaires-club/

RS_2018-10.xz.deduped.txt:127433 - https://www.motherjones.com/politics/2018/10/access-to-the-ballot-box-is-under-assault-but-this-november-voters-can-fight-back/

RS_2018-10.xz.deduped.txt:128389 - https://www.motherjones.com/crime-justice/2018/10/senate-confirmation-appears-likely-for-two-more-judges-hostile-toward-abortion/

RS_2018-10.xz.deduped.txt:129608 - https://www.motherjones.com/politics/2018/10/elizabeth-warren-fires-back-at-john-kellys-arrogant-woman-comment/

RS_2018-10.xz.deduped.txt:133433 - https://www.motherjones.com/politics/2018/10/trump-tax-cuts-race-racial-impact-disparity/

RS_2018-10.xz.deduped.txt:134459 - https://www.motherjones.com/environment/2018/10/this-amazing-true-crime-story-involves-bees-thieves-and-almonds/

RS_2018-10.xz.deduped.txt:135822 - https://www.motherjones.com/politics/2018/10/jared-kushner-taxes-net-worth-real-estate-trump-investments/

RS_2018-10.xz.deduped.txt:136657 - https://www.motherjones.com/media/2018/10/homer-women-speaking-mary-beard-elizabeth-warren-hillary-clinton-christine-blasey-ford-trump-vocal-fry/
RS_2018-10.xz.deduped.txt:138322 - https://www.motherjones.com/crime-justice/2018/10/maga-protest-proud-boys-trump/
RS_2018-10.xz.deduped.txt:143609 - https://www.motherjones.com/environment/2018/10/washington-carbon-ballot-i1631/
RS_2018-10.xz.deduped.txt:144847 - https://www.motherjones.com/politics/2018/10/amnesty-report-family-separation-trump/
RS_2018-10.xz.deduped.txt:145073 - https://www.motherjones.com/politics/2018/10/trumps-top-economic-adviser-says-the-united-nations-overestimates-climate-change/
RS_2018-10.xz.deduped.txt:145092 - https://www.motherjones.com/politics/2018/10/gun-control-republicans-giffords-everytown-brian-fitzpatrick/
RS_2018-10.xz.deduped.txt:145117 - https://www.motherjones.com/politics/2018/10/democrats-are-hauling-in-unprecedented-funds-for-the-midterms/
RS_2018-10.xz.deduped.txt:148049 - https://www.motherjones.com/politics/2018/10/one-of-the-countrys-reddest-states-is-about-to-pass-a-landmark-medical-marijuana-bill-utah-proposition-2-utah-patients-coalition/
RS_2018-10.xz.deduped.txt:152485 - https://www.motherjones.com/politics/2018/10/trump-60-minutes-interview-lesley-stahl/
RS_2018-10.xz.deduped.txt:153761 - https://www.motherjones.com/politics/2018/10/scott-wagner-pennsylvania-republican-said-stomp-all-over-his-opponent-made-bizarre-threats-before/
RS_2018-10.xz.deduped.txt:154867 - https://www.motherjones.com/politics/2018/10/new-study-shows-the-huge-costs-of-the-republican-war-on-obamacare-medicaid-expansion/
RS_2018-10.xz.deduped.txt:157160 - https://www.motherjones.com/politics/2018/10/arkansas-kicks-another-4000-off-medicaid-rolls-because-of-work-requirements/
RS_2018-10.xz.deduped.txt:160552 - https://www.motherjones.com/politics/2018/10/4000-square-miles-one-post-office-why-its-so-hard-to-vote-in-arizonas-indian-country/
RS_2018-10.xz.deduped.txt:164558 - https://www.motherjones.com/politics/2018/10/georgia-county-and-secretary-of-state-sued-for-rejecting-minority-absentee-ballots-at-high-rates/
RS_2018-10.xz.deduped.txt:165959 - https://www.motherjones.com/politics/2018/10/trump-saudi-arabia-denials-jamal-khashoggi/
RS_2018-10.xz.deduped.txt:166584 - https://www.motherjones.com/kevin-drum/2018/10/californias-proposition-5-just-another-dumb-giveaway-to-the-elderly-rich/
RS_2018-10.xz.deduped.txt:166671 - https://www.motherjones.com/politics/2018/10/a-new-ad-boosts-ice-and-the-border-wall-and-demonizes-the-left-its-from-a-senate-democrat-joe-donnelly-indiana/
RS_2018-10.xz.deduped.txt:167091 - https://www.motherjones.com/politics/2018/10/dana-rohrabacher-julian-assange-russian-hack/
RS_2018-10.xz.deduped.txt:167597 - https://www.motherjones.com/politics/2018/10/democrats-just-outraised-republicans-in-californias-10-hottest-races/
RS_2018-10.xz.deduped.txt:168469 - https://www.motherjones.com/politics/2018/10/republicans-are-spending-unprecedented-sums-to-attacks-democrats-on-immigration/

RS_2018-10.xz.deduped.txt:169001 - https://www.motherjones.com/politics/2018/10/this-democrat-just-seriously-outraised-her-republican-opponent-in-a-tight-georgia-race-lucy-mcbath-karen-handel/
RS_2018-10.xz.deduped.txt:171884 - https://www.motherjones.com/politics/2018/10/big-tobacco-is-spending-millions-to-defeat-obamacare-at-the-ballot-box/
RS_2018-10.xz.deduped.txt:172007 - https://www.motherjones.com/politics/2016/10/donald-trump-atlantic-city-bankruptcy/
RS_2018-10.xz.deduped.txt:173602 - https://www.motherjones.com/politics/2018/10/the-most-important-election-of-our-lives/
RS_2018-10.xz.deduped.txt:177411 - https://www.motherjones.com/kevin-drum/2018/10/ryan-zinke-fires-annoying-inspector-general/
RS_2018-10.xz.deduped.txt:178289 - https://www.motherjones.com/kevin-drum/2018/10/trump-dont-treat-saudis-like-we-treated-brett-kavanaugh/
RS_2018-10.xz.deduped.txt:179652 - https://www.motherjones.com/politics/2018/10/this-is-the-most-expensive-midterm-election-ever/
RS_2018-10.xz.deduped.txt:185870 - https://www.motherjones.com/politics/2018/10/john-adams-thomas-jefferson-wealth-inequality-american-dialogue/
RS_2018-10.xz.deduped.txt:185900 - https://www.motherjones.com/politics/2018/10/how-democrats-could-beat-back-voter-suppression-at-the-ballot-box/
RS_2018-10.xz.deduped.txt:188882 - https://www.motherjones.com/kevin-drum/2018/10/listen-to-hillary-dammit/
RS_2018-10.xz.deduped.txt:191106 - https://www.motherjones.com/politics/2018/10/why-does-pompeo-pretend-us-intelligence-hasnt-told-trump-what-happened-in-khashoggi-case/
RS_2018-10.xz.deduped.txt:191530 - https://www.motherjones.com/politics/2018/10/donald-trumps-latest-tweet-is-a-doozy-of-a-lie/?fbclid=IwAR3a0jDopx5Oiwxgy1U4nbS2SivQMFYGF91E_LmR4-kYugJ64NObh03Fec8&fbclid=IwAR2flDtoeJh6SjqQq-palw-DgwphKE9EiXIn8hEcGH6oI1PkjiPPqFXKrlo
RS_2018-10.xz.deduped.txt:191716 - https://www.motherjones.com/politics/2018/10/donald-trumps-latest-tweet-is-a-doozy-of-a-lie/
RS_2018-10.xz.deduped.txt:194368 - https://www.motherjones.com/kevin-drum/2018/10/heres-how-a-quiet-seminar-program-changed-american-law/
RS_2018-10.xz.deduped.txt:195232 - https://www.motherjones.com/politics/2018/10/heidi-heitkamp-native-americans-vote-north-dakota/
RS_2018-10.xz.deduped.txt:198726 - https://www.motherjones.com/politics/2018/10/republicans-preexisting-conditions-obamacare-repeal/
RS_2018-10.xz.deduped.txt:198837 - https://www.motherjones.com/politics/2018/10/how-a-disgraced-republican-fundraiser-is-exposing-qatars-shadowy-lobbying-offensive/
RS_2018-10.xz.deduped.txt:199585 - https://www.motherjones.com/politics/2018/10/massachusetts-transgender-rights-discrimination-ballot-question/
RS_2018-10.xz.deduped.txt:199770 - https://www.motherjones.com/politics/2018/10/duncan-hunter-middle-east-ammar-campa-najjar-lie/?fbclid=IwAR285-eEvy6PT5V1CyDz4Dm27UTudSGNKoOnfQRgmIzV3hWSkZ8yaZOumXM

RS_2018-10.xz.deduped.txt:200049 - https://www.motherjones.com/politics/2018/10/trump-greg-gianforte-body-slam-reporter/

RS_2018-10.xz.deduped.txt:201746 - https://www.motherjones.com/politics/2018/10/brian-kemps-voter-suppression-efforts-could-help-elect-him-governor/

RS_2018-10.xz.deduped.txt:202326 - https://www.motherjones.com/politics/2018/10/duncan-hunter-middle-east-ammar-campa-najjar-lie/

RS_2018-10.xz.deduped.txt:203139 - https://www.motherjones.com/politics/2018/10/obamacare-ballot-measure-poll-utah-medicaid-expansion/

RS_2018-10.xz.deduped.txt:208548 - https://www.motherjones.com/politics/2018/10/donald-trump-michael-cohen-democrats-midterms-get-out-the-vote/

RS_2018-10.xz.deduped.txt:208774 - https://www.motherjones.com/politics/2018/10/new-justice-department-case-shows-russia-is-now-attacking-the-midterm-elections/

RS_2018-10.xz.deduped.txt:209379 - https://www.motherjones.com/politics/2018/10/joe-biden-donald-trump-saudi-arabia-jamal-khashoggi-embarrassing-dangerous/

RS_2018-10.xz.deduped.txt:215972 - https://www.motherjones.com/politics/2014/05/minimum-wage-tip-map-waiters-waitresses-servers/

RS_2018-10.xz.deduped.txt:217477 - https://www.motherjones.com/politics/2018/10/trump-tweet-economy-midterms-tax-cut-401k/

RS_2018-10.xz.deduped.txt:218522 - https://www.motherjones.com/politics/2018/10/inside-the-unlikely-movement-that-could-restore-voting-rights-to-1-4-million-floridians/

RS_2018-10.xz.deduped.txt:220560 - https://www.motherjones.com/politics/2018/10/french-hill-clarke-tucker-arkansas-congress-obamacare-medicaid-health/

RS_2018-10.xz.deduped.txt:224107 - https://www.motherjones.com/politics/2018/10/an-obamacare-expert-and-her-army-of-women-volunteers-could-flip-this-red-district/

RS_2018-10.xz.deduped.txt:226483 - https://www.motherjones.com/politics/2018/10/trump-beautiful-ted-cruz/

RS_2018-10.xz.deduped.txt:227851 - https://www.motherjones.com/politics/2018/10/barack-obama-just-delivered-the-greatest-imperative-to-democrats-ahead-of-the-november-elections/

RS_2018-10.xz.deduped.txt:228377 - https://www.motherjones.com/politics/2018/10/us-banks-closed-accounts-tied-to-former-trump-business-partner-aras-agalarov/

RS_2018-10.xz.deduped.txt:232486 - https://www.motherjones.com/politics/2018/10/midterm-elections-democrats-investigations/

RS_2018-10.xz.deduped.txt:233633 - https://www.motherjones.com/environment/2018/10/this-week-the-supreme-court-will-decide-if-21-teens-can-sue-the-government-over-climate-change/

RS_2018-10.xz.deduped.txt:238169 - https://www.motherjones.com/politics/2018/10/nra-josh-hawley-campaign-finance-starboard-strategic/

RS_2018-10.xz.deduped.txt:238315 - https://www.motherjones.com/politics/2018/10/cant-vote-in-the-upcoming-midterms-we-want-to-hear-from-you/

RS_2018-10.xz.deduped.txt:240902 - https://www.motherjones.com/kevin-drum/2018/10/the-opportunity-costs-of-capitalism/

RS_2018-10.xz.deduped.txt:241311 - https://www.motherjones.com/kevin-drum/2018/10/fake-tax-cut-now-embellished-with-fake-details/

RS_2018-10.xz.deduped.txt:241522 - https://www.motherjones.com/politics/2018/10/clarkston-georgia-hipster-mayor-queer-eye-ted-terry-america-refugees/

RS_2018-10.xz.deduped.txt:244839 - https://www.motherjones.com/politics/2018/10/the-ceo-behind-the-dakota-access-pipeline-just-gave-a-ton-of-money-to-ted-cruz/
RS_2018-10.xz.deduped.txt:246896 - https://www.motherjones.com/politics/2018/10/can-trump-actually-erase-transgender-rights-two-legal-experts-weigh-in/
RS_2018-10.xz.deduped.txt:248407 - https://www.motherjones.com/politics/2018/10/ted-cruz-who-yesterday-joked-about-locking-up-his-opponent-renews-call-for-civility-in-politics/
RS_2018-10.xz.deduped.txt:249285 - https://www.motherjones.com/politics/2018/10/right-wing-commentators-have-already-decided-the-explosive-packages-are-a-false-flag/
RS_2018-10.xz.deduped.txt:249304 - https://www.motherjones.com/politics/2018/10/right-wing-commentators-have-already-decided-the-explosive-packages-are-a-false-flag
RS_2018-10.xz.deduped.txt:249692 - https://www.motherjones.com/politics/2018/10/the-nra-keeps-writing-checks-but-some-republicans-arent-cashing-them/
RS_2018-10.xz.deduped.txt:250702 - https://www.motherjones.com/politics/2018/10/trump-policies-could-take-away-health-care-protections-for-15-million-americans-democrats-report-finds/
RS_2018-10.xz.deduped.txt:250717 - https://www.motherjones.com/politics/2018/10/what-we-know-about-the-suspicious-packages-sent-to-democrats-cnn-this-week/
RS_2018-10.xz.deduped.txt:255841 - https://www.motherjones.com/kevin-drum/2018/10/donald-trump-chats-with-russian-and-chinese-spies-each-night/
RS_2018-10.xz.deduped.txt:256796 - https://www.motherjones.com/politics/2018/10/trump-rally-bombs-bad/
RS_2018-10.xz.deduped.txt:256820 - https://www.motherjones.com/politics/2018/10/georgia-has-a-special-hotline-for-confused-voters-it-gets-300-calls-a-day/
RS_2018-10.xz.deduped.txt:258434 - https://www.motherjones.com/politics/2018/10/text-messages-show-roger-stone-was-working-to-get-a-pardon-for-wikileaks-julian-assange/
RS_2018-10.xz.deduped.txt:260967 - https://www.motherjones.com/politics/2018/10/andrew-gillum-ron-desantis-florida-governor-debate/
RS_2018-10.xz.deduped.txt:262253 - https://www.motherjones.com/politics/2018/10/arizona-republican-senate-martha-mcsally-obamacare-preexisting-conditions-caravan/
RS_2018-10.xz.deduped.txt:262922 - https://www.motherjones.com/politics/2018/10/ice-misled-a-judge-to-keep-iraqi-immigrants-in-detention-new-documents-show/
RS_2018-10.xz.deduped.txt:263781 - https://www.motherjones.com/politics/2018/10/big-tobacco-is-spending-an-insane-amount-of-money-to-fight-obamacare-montana-medicaid-altria/
RS_2018-10.xz.deduped.txt:264166 - https://www.motherjones.com/politics/2018/10/steve-king-iowa-holocaust-trip-nazi-founded-group-austria/
RS_2018-10.xz.deduped.txt:265753 - https://www.motherjones.com/kevin-drum/2018/10/a-qa-about-donald-trumps-revolutionary-new-prescription-drug-program/
RS_2018-10.xz.deduped.txt:267648 - https://www.motherjones.com/politics/2018/10/roy-moore-tom-parker-alabama-roe-v-wade-supreme-court-justice/
RS_2018-10.xz.deduped.txt:272548 - https://www.motherjones.com/politics/2018/10/with-pipe-bomb-suspect-in-custody-here-come-the-conspiracy-theories/
RS_2018-10.xz.deduped.txt:274569 - https://www.motherjones.com/politics/2018/10/bombing-suspect-texted-soros-story-cesar-sayoc-justin-humberger/
RS_2018-10.xz.deduped.txt:274750 - https://www.motherjones.com/politics/2018/10/us-government-funded-news-network-ran-a-hit-piece-on-soros-that-called-him-a-multimillionaire-jew/

RS_2018-10.xz.deduped.txt:275703 - https://www.motherjones.com/politics/2018/10/facebook-discovers-fake-iranian-accounts-spreading-disinformation-less-than-two-weeks-before-midterms/
RS_2018-10.xz.deduped.txt:275733 - https://www.motherjones.com/politics/2018/10/trump-says-explosive-devices-are-very-unfortunate-because-they-slowed-gop-momentum/
RS_2018-10.xz.deduped.txt:278462 - https://www.motherjones.com/politics/2016/10/trump-files-time-trumps-lawyers-sued-trump/
RS_2018-10.xz.deduped.txt:278982 - https://www.motherjones.com/crime-justice/2018/10/pro-choicers-fear-for-the-future-should-anti-abortion-crusader-mike-dewine-become-ohio-governor/
RS_2018-10.xz.deduped.txt:280757 - https://www.motherjones.com/politics/2018/10/trump-says-synagogue-shooting-could-have-been-prevented-with-armed-guards/
RS_2018-10.xz.deduped.txt:281814 - https://www.motherjones.com/crime-justice/2018/10/alabama-voters-could-ban-sheriffs-from-pocketing-tax-money-meant-to-feed-inmates/
RS_2018-10.xz.deduped.txt:284165 - https://www.motherjones.com/politics/2018/10/how-a-race-between-two-democrats-who-mostly-agree-on-everything-became-a-40-million-schoolyard-brawl/
RS_2018-10.xz.deduped.txt:285791 - https://www.motherjones.com/environment/2018/10/the-midterms-could-spell-the-end-of-the-bipartisan-climate-caucus/
RS_2018-10.xz.deduped.txt:287151 - https://www.motherjones.com/crime-justice/2018/10/pittsburgh-shooter-used-the-same-deadly-weapon-that-led-to-mass-murders-in-parkland-and-las-vegas/
RS_2018-10.xz.deduped.txt:288321 - https://www.motherjones.com/politics/2018/10/steve-stivers-republicans-refuse-to-disavow-anti-semitic-attacks-on-george-soros/
RS_2018-10.xz.deduped.txt:290219 - https://www.motherjones.com/politics/2018/10/trump-steyer-bomb-crazed-stumbling-lunatic/
RS_2018-10.xz.deduped.txt:292945 - https://www.motherjones.com/kevin-drum/2018/10/make-democrats-great-again-without-pandering-to-trumps-angry-base/
RS_2018-10.xz.deduped.txt:293684 - https://www.motherjones.com/politics/2018/10/dana-nessel-tom-leonard-the-future-of-the-flint-water-crisis-is-on-the-november-ballot/
RS_2018-10.xz.deduped.txt:294390 - https://www.motherjones.com/environment/2018/10/tony-cox-trumps-air-pollution-adviser-clean-air-saves-no-lives/
RS_2018-10.xz.deduped.txt:297428 - https://www.motherjones.com/politics/2018/10/trump-makes-more-misleading-claims-about-the-migrant-caravan-that-echo-language-used-by-pittsburgh-shooter/
RS_2018-10.xz.deduped.txt:299736 - https://www.motherjones.com/politics/2018/10/dear-kellyanne-conway-its-not-about-anti-religiosity-its-about-white-supremacy/
RS_2018-10.xz.deduped.txt:300387 - https://www.motherjones.com/politics/2018/10/its-been-a-tough-few-weeks-for-transgender-folks-we-want-to-hear-your-voice/
RS_2018-10.xz.deduped.txt:300978 - https://www.motherjones.com/kevin-drum/2018/10/help-us-in-the-fight-against-hate/
RS_2018-10.xz.deduped.txt:302141 - https://www.motherjones.com/politics/2016/01/assisted-suicide-legalization-california-kevin-drum/
RS_2018-10.xz.deduped.txt:302747 - https://www.motherjones.com/politics/2018/10/in-the-wake-of-the-pittsburgh-massacre-sarah-sanders-gaslights-america/

RS_2018-10.xz.deduped.txt:304292 - https://www.motherjones.com/politics/2018/10/inside-the-race-that-could-flip-rep-darrell-issas-seat-from-red-to-blue/

RS_2018-10.xz.deduped.txt:305544 - https://www.motherjones.com/politics/2018/10/white-supremacists-conspiracy-theorists-republican-candidates/

RS_2018-10.xz.deduped.txt:307597 - https://www.motherjones.com/politics/2018/10/edmondson-stitt-oklahoma-governor/

RS_2018-10.xz.deduped.txt:307625 - https://www.motherjones.com/crime-justice/2018/10/self-induced-abortion-diy-home-prosecution-legal-help/

RS_2018-10.xz.deduped.txt:309177 - https://www.motherjones.com/media/2018/10/the-media-is-repeating-trumps-lies-about-birthright-citizenship/

RS_2018-10.xz.deduped.txt:311529 - https://www.motherjones.com/politics/2018/10/fedex-just-ended-its-nra-discount/

RS_2018-10.xz.deduped.txt:312093 - https://www.motherjones.com/politics/2018/10/a-woman-claimed-a-gop-lobbyist-was-paying-for-fake-allegations-against-robert-mueller-does-she-even-exist/

RS_2018-10.xz.deduped.txt:313977 - https://www.motherjones.com/politics/2018/10/trumps-ideas-about-birthright-citizenship-can-be-traced-to-these-two-controversial-legal-scholars/

RS_2018-10.xz.deduped.txt:321601 - https://www.motherjones.com/politics/2018/10/12-people-on-why-they-absolutely-will-vote/

RS_2012-11.bz2.deduped.txt:1568 - http://www.motherjones.com/mojo/2012/11/romney-weighs-fema-finally-sort

RS_2012-11.bz2.deduped.txt:1704 - http://www.motherjones.com/print/197151

RS_2012-11.bz2.deduped.txt:2568 - http://www.motherjones.com/kevin-drum/2012/11/mitt-romney-going-gold-absurd-mudslinging-competition

RS_2012-11.bz2.deduped.txt:3014 - http://www.motherjones.com/media/2012/10/mark-fiore-romney-emergency-alert-system

RS_2012-11.bz2.deduped.txt:3428 - http://www.motherjones.com/tom-philpott/2012/10/junk-food-industry-buys-influence-global-level-too

RS_2012-11.bz2.deduped.txt:4136 - http://www.motherjones.com/politics/2012/11/sheriff-joe-arpaio-paul-penzone-election-steven-seagal

RS_2012-11.bz2.deduped.txt:4139 - http://www.motherjones.com/politics/2012/11/election-dirty-tricks

RS_2012-11.bz2.deduped.txt:4166 - http://www.motherjones.com/politics/2012/10/documents-found-meth-house-bare-inner-workings-dark-money-group

RS_2012-11.bz2.deduped.txt:4379 - http://www.motherjones.com/mojo/2012/11/election-predictors-obama-romney

RS_2012-11.bz2.deduped.txt:4434 - http://www.motherjones.com/politics/2012/10/sugar-industry-marketing-timeline

RS_2012-11.bz2.deduped.txt:6004 - http://www.motherjones.com/mojo/2012/10/texas-iowa-arrest-election-observers

RS_2012-11.bz2.deduped.txt:6180 - http://www.motherjones.com/mojo/2012/10/mitt-romney-campaign-rally-ohio-stimulus-recipient

RS_2012-11.bz2.deduped.txt:6505 - http://www.motherjones.com/politics/2012/11/charts-voter-guide-war-women-ladyparts-infographic-election

RS_2012-11.bz2.deduped.txt:6796 - http://www.motherjones.com/politics/2012/10/chart-obama-conspiracy-theories

RS_2012-11.bz2.deduped.txt:6812 - http://www.motherjones.com/tom-philpott/2012/11/geneticists-take-californias-prop-37

RS_2012-11.bz2.deduped.txt:7230 - http://www.motherjones.com/mojo/2012/11/scott-walker-mitt-romney-recall-turnout-wisconsin-president?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2012-11.bz2.deduped.txt:7267 - http://www.motherjones.com/mojo/2012/11/washington-state-new-california-referendum-74-initiative-502

RS_2012-11.bz2.deduped.txt:8835 - http://www.motherjones.com/mojo/2012/11/republicans-dark-money-election-senate-president

RS_2012-11.bz2.deduped.txt:9423 - http://www.motherjones.com/politics/2012/11/mitt-romney-jay-sekulow-outlaw-homosexuality-abortion-africa

RS_2012-11.bz2.deduped.txt:10267 - http://www.motherjones.com/mojo/2012/11/swing-states-florida-virginia-felon-disenfranchisement

RS_2012-11.bz2.deduped.txt:10312 - http://www.motherjones.com/politics/2012/10/dan-cox-montana-rehberg-tester

RS_2012-11.bz2.deduped.txt:10920 - http://www.motherjones.com/blue-marble/2012/10/stormy-attack-ad-obama-hurricane-sandy

RS_2012-11.bz2.deduped.txt:12862 - http://www.motherjones.com/mojo/2012/11/what-would-romney-mean-reproductive-rights

RS_2012-11.bz2.deduped.txt:13037 - http://www.motherjones.com/environment/2012/10/harold-hamm-continental-resources-bakken-mitt-romney

RS_2012-11.bz2.deduped.txt:13236 - http://www.motherjones.com/media/2012/10/mark-fiore-romney-emergency-alert-system%20?fb_action_ids=239975072797649&fb_action_types=og.likes&fb_source=aggregation&fb_aggregation_id=288381481237582

RS_2012-11.bz2.deduped.txt:14585 - http://www.motherjones.com/environment/2012/10/sugar-industry-lies-campaign?page=1

RS_2012-11.bz2.deduped.txt:15755 - http://www.motherjones.com/media/2012/10/mark-fiore-romney-emergency-alert-system%20

RS_2012-11.bz2.deduped.txt:16030 - http://www.motherjones.com/mojo/2012/09/kentucky-house-candidate-obama-hitler-fetus-abortion-andrew-beacham

RS_2012-11.bz2.deduped.txt:17084 - http://www.motherjones.com/environment/2012/11/obama-climate-change-silence

RS_2012-11.bz2.deduped.txt:17105 - http://www.motherjones.com/kevin-drum/2012/11/republican-war-reality-continues

RS_2012-11.bz2.deduped.txt:17505 - http://m.motherjones.com/politics/2012/10/chart-obama-conspiracy-theories

RS_2012-11.bz2.deduped.txt:18970 - http://www.motherjones.com/politics/2012/11/election-voter-suppression-map#4.00/41.94/-110.85

RS_2012-11.bz2.deduped.txt:19072 - http://www.motherjones.com/mojo/2012/11/2012-election-game-changers-list

RS_2012-11.bz2.deduped.txt:19076 - http://www.motherjones.com/politics/2012/11/timeline-history-voter-suppression

RS_2012-11.bz2.deduped.txt:19334 - http://www.motherjones.com/kevin-drum/2012/11/obama-bad-civil-liberties-romney-would-be-much-worse

RS_2012-11.bz2.deduped.txt:20884 - http://www.motherjones.com/mojo/2012/11/ursula-rozum-green-party-new-york

RS_2012-11.bz2.deduped.txt:21846 - http://www.motherjones.com/politics/2012/11/obama-super-pac-election-ohio-priorities-usa-action

RS_2012-11.bz2.deduped.txt:21908 - http://www.motherjones.com/politics/2012/11/americans-clueless-obamacare-affordable-care-act-obama

RS_2012-11.bz2.deduped.txt:22609 - http://www.motherjones.com/politics/2012/11/romney-national-security

RS_2012-11.bz2.deduped.txt:23044 - http://www.motherjones.com/politics/2012/11/charts-map-koch-brothers-2012-spending

RS_2012-11.bz2.deduped.txt:25042 - http://www.motherjones.com/mojo/2012/11/poll-problems-video-the-vote

RS_2012-11.bz2.deduped.txt:25074 - http://www.motherjones.com/politics/2012/11/mitt-romney-barack-obama-end-political-truth

RS_2012-11.bz2.deduped.txt:25085 - http://www.motherjones.com/blue-marble/2012/11/what-would-romney-victory-mean-environment

RS_2012-11.bz2.deduped.txt:25327 - http://www.motherjones.com/transition/inter.php?dest=http://www.motherjones.com/mixed-media/2012/11/playlist-undecided-voters-2012

RS_2012-11.bz2.deduped.txt:27305 - http://www.motherjones.com/mojo/2012/11/voting-machine-romney-obama-pennsylvania-video

RS_2012-11.bz2.deduped.txt:27454 - http://www.motherjones.com/politics/2012/11/pennsylvania-democrats-no-parking

RS_2012-11.bz2.deduped.txt:27867 - http://www.motherjones.com/mojo/2012/11/watchdog-evidence-unlawful-voter-purge-pennsylvania

RS_2012-11.bz2.deduped.txt:28298 - http://www.motherjones.com/mojo/2012/11/politico-white-vote-obama-romney

RS_2012-11.bz2.deduped.txt:28377 - http://www.motherjones.com/politics/2012/11/election-voter-suppression-map?utm_source=Twitter

RS_2012-11.bz2.deduped.txt:28472 - http://www.motherjones.com/mojo/2012/11/paranoid-right-wing-email-day-maybe

RS_2012-11.bz2.deduped.txt:28966 - http://www.motherjones.com/mojo/2012/11/romney-loving-voting-machine-recalibrated-and-back-online

RS_2012-11.bz2.deduped.txt:28997 - http://www.motherjones.com/mojo/2012/11/linda-mcmahon-pulls-out-dirty-tricks-election-day

RS_2012-11.bz2.deduped.txt:29130 - http://www.motherjones.com/mojo/2012/11/rick-scott-ignoring-fl-early-vote-mess-shows-romney-rally

RS_2012-11.bz2.deduped.txt:29166 - http://www.motherjones.com/mojo/2012/11/josh-mandel-senate-ohio-washington-created-financial-crisis

RS_2012-11.bz2.deduped.txt:29211 - http://www.motherjones.com/mojo/2012/11/polling-woes-emerge-key-states

RS_2012-11.bz2.deduped.txt:30169 - http://www.motherjones.com/kevin-drum/2012/11/californians-started-tax-revolt-34-years-ago-will-they-end-it-today

RS_2012-11.bz2.deduped.txt:31874 - http://www.motherjones.com/mojo/2012/11/romney-campaign-going-out-dirty

RS_2012-11.bz2.deduped.txt:31880 - http://www.motherjones.com/mojo/2012/11/kerry-bentivolio-michael-grimm-candidates-actually-winning

RS_2012-11.bz2.deduped.txt:32284 - http://www.motherjones.com/mojo/2012/11/california-americans-responsible-leadership-donation-jerry-brown

RS_2012-11.bz2.deduped.txt:32515 - http://www.motherjones.com/mojo/2012/11/karl-rove-romney-polls-wrong-presidential-election?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2012-11.bz2.deduped.txt:32921 - http://www.motherjones.com/kevin-drum/2012/11/chart-day-power-right-wing-echo-chamber

RS_2012-11.bz2.deduped.txt:34026 - http://www.motherjones.com/mojo/2012/11/town-hall-debate-undecided-voters-obama-romney

RS_2012-11.bz2.deduped.txt:36872 - http://www.motherjones.com/kevin-drum/2012/11/2013-might-finally-be-year-filibuster-reform

RS_2012-11.bz2.deduped.txt:37104 - http://www.motherjones.com/politics/2012/11/obama-wins-2012?utm_souce=Twitter

RS_2012-11.bz2.deduped.txt:37112 - http://www.motherjones.com/mojo/2012/11/obama-romney-presidential-election-rnc-reaction?utm_source=Twitter

RS_2012-11.bz2.deduped.txt:38198 - http://www.motherjones.com/politics/2012/11/obama-wins-2012?page=1

RS_2012-11.bz2.deduped.txt:39537 - http://www.motherjones.com/mojo/2012/11/2012-year-woman-senator

RS_2012-11.bz2.deduped.txt:40922 - http://www.motherjones.com/mojo/2012/11/claire-mccaskill-win-missouri-todd-akin-senate?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2012-11.bz2.deduped.txt:41170 - http://www.motherjones.com/mojo/2012/11/video-ludicrously-long-voting-lines-florida

RS_2012-11.bz2.deduped.txt:41374 - http://www.motherjones.com/mojo/2012/11/elizabeth-warren-scott-brown-massachusetts

RS_2012-11.bz2.deduped.txt:41606 - http://www.motherjones.com/politics/2012/11/obama-romney-civil-liberties-no-choice

RS_2012-11.bz2.deduped.txt:41973 - http://www.motherjones.com/mojo/2012/11/pennsylvania-voter-id-chose?

RS_2012-11.bz2.deduped.txt:42342 - http://www.motherjones.com/mojo/2012/11/romney-adviser-not-single-person-campaign-thought-he-would-lose

RS_2012-11.bz2.deduped.txt:42435 - http://www.motherjones.com/mojo/2012/11/why-republican-party-needs-ditch-happy-meal-conservatism-if-they-want-win

RS_2012-11.bz2.deduped.txt:43304 - http://www.motherjones.com/mojo/2012/11/boehner-gerrymandering-gop-majority-mandate?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2012-11.bz2.deduped.txt:44283 - http://www.motherjones.com/environment/2012/11/climate-change-made-sandy-worse-period

RS_2012-11.bz2.deduped.txt:44669 - http://www.motherjones.com/mojo/2012/11/republican-rape-caucus-crumbles

RS_2012-11.bz2.deduped.txt:45114 - http://www.motherjones.com/mojo/2012/11/liberal-america-wins-obama

RS_2012-11.bz2.deduped.txt:45343 - http://www.motherjones.com/kevin-drum/2012/11/quote-day-americas-billionaires-are-pissed-karl-rove

RS_2012-11.bz2.deduped.txt:45734 - http://www.motherjones.com/mojo/2012/11/linda-mcmahon-spent-100-million-lose-twice

RS_2012-11.bz2.deduped.txt:46472 - http://www.motherjones.com/mojo/2012/11/boehner-gerrymandering-gop-majority-mandate

RS_2012-11.bz2.deduped.txt:48413 - http://www.motherjones.com/mojo/2012/11/california-prop-30-supermajority

RS_2012-11.bz2.deduped.txt:48482 - http://www.motherjones.com/kevin-drum/2012/11/john-boehners-desperate-bluff-taxes

RS_2012-11.bz2.deduped.txt:48665 - http://www.motherjones.com/mojo/2012/11/why-republican-party-needs-ditch-happy-meal-conservatism-if-they-want-win?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2012-11.bz2.deduped.txt:49032 - http://www.motherjones.com/mojo/2012/11/supreme-court-ready-nuke-voting-rights-act

RS_2012-11.bz2.deduped.txt:49060 - http://www.motherjones.com/mojo/2012/11/chris-christie-koch-brothers-obamacare

RS_2012-11.bz2.deduped.txt:49231 - http://www.motherjones.com/mojo/2012/11/supreme-court-ready-nuke-voting-rights-act?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2012-11.bz2.deduped.txt:49625 - http://www.motherjones.com/mojo/2012/11/cia-director-david-petraeus-resigns

RS_2012-11.bz2.deduped.txt:52519 - http://m.motherjones.com/politics/2012/11/tea-party-future-gop

RS_2012-11.bz2.deduped.txt:53114 - http://www.motherjones.com/kevin-drum/2012/11/gops-immigration-problem-goes-way-beyond-immigration

RS_2012-11.bz2.deduped.txt:53230 - http://www.motherjones.com/politics/2012/11/obama-wins-2012

RS_2012-11.bz2.deduped.txt:53827 - http://www.motherjones.com/mojo/2012/11/conservative-media-mitt-romney-lying

RS_2012-11.bz2.deduped.txt:54283 - http://www.motherjones.com/mojo/2012/11/obama-tears-thanking-volunteers

RS_2012-11.bz2.deduped.txt:54518 - http://www.motherjones.com/mojo/2012/11/karl-rove-claims-obama-suppressed-vote-running-negative-campaign

RS_2012-11.bz2.deduped.txt:56601 - http://m.motherjones.com/mojo/2012/11/chris-christie-koch-brothers-obamacare

RS_2012-11.bz2.deduped.txt:56760 - http://www.motherjones.com/mojo/2012/11/coal-exec-blames-obama-he-lays-miners

RS_2012-11.bz2.deduped.txt:57057 - http://www.motherjones.com/mojo/2012/11/raul-ruiz-mary-bono-mack-congress-election

RS_2012-11.bz2.deduped.txt:57065 - http://www.motherjones.com/politics/2012/09/2012-election-movie-obama-romney

RS_2012-11.bz2.deduped.txt:58020 - http://www.motherjones.com/politics/2012/11/women-113th-congress-record-breaking

RS_2012-11.bz2.deduped.txt:58052 - http://www.motherjones.com/mojo/2012/11/rolling-jubilee-buys-debt-cheap-and-cancels-it

RS_2012-11.bz2.deduped.txt:58376 - http://www.motherjones.com/politics/2012/11/gop-got-leaders

RS_2012-11.bz2.deduped.txt:58721 - http://www.motherjones.com/politics/2012/11/tea-party-future-gop

RS_2012-11.bz2.deduped.txt:59345 - http://www.motherjones.com/blue-marble/2012/11/forecast-hotter-climate-models-likely-right

RS_2012-11.bz2.deduped.txt:63347 - http://www.motherjones.com/mojo/2012/11/internet-gets-its-slut-shaming-kicks-paula-broadwell

RS_2012-11.bz2.deduped.txt:63811 - http://www.motherjones.com/mojo/2012/11/election-washington-prosecutors-dismiss-220-marijuana-cases

RS_2012-11.bz2.deduped.txt:63873 - http://www.motherjones.com/tom-philpott/2012/11/industrial-scale-hog-farming-screws-small-towns

RS_2012-11.bz2.deduped.txt:64069 - http://www.motherjones.com/blue-marble/2011/05/judge-rotenberg-forced-resign-school-shocks

RS_2012-11.bz2.deduped.txt:66103 - http://www.motherjones.com/politics/2012/11/lame-duck-congress-legislation-fiscal-cliff

RS_2012-11.bz2.deduped.txt:67145 - http://www.motherjones.com/politics/2012/11/whats-happening-fiscal-cliff-explained

RS_2012-11.bz2.deduped.txt:67351 - http://www.motherjones.com/mojo/2012/11/james-bopp-2012-election

RS_2012-11.bz2.deduped.txt:69068 - http://www.motherjones.com/politics/1999/03/man-who-loves-hate

RS_2012-11.bz2.deduped.txt:69340 - http://www.motherjones.com/mojo/2012/11/represent-us-campaign-finance-reform?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2012-11.bz2.deduped.txt:70034 - http://www.motherjones.com/blue-marble/2012/11/which-anti-science-rep-will-chair-science-committee

RS_2012-11.bz2.deduped.txt:70885 - http://www.motherjones.com/kevin-drum/2012/11/fear-obamacare-plummets-after-election

RS_2012-11.bz2.deduped.txt:72279 - http://www.motherjones.com/politics/2012/11/why-obama-still-wont-close-guantanamo-even-if-he-wants

RS_2012-11.bz2.deduped.txt:73431 - http://www.motherjones.com/environment/2012/11/climate-change-sandy-washington-politics

RS_2012-11.bz2.deduped.txt:74799 - http://www.motherjones.com/blue-marble/2012/11/youll-hear-more-obama-backs-national-climate-debate

RS_2012-11.bz2.deduped.txt:75066 - http://www.motherjones.com/mojo/2012/11/georgia-senate-gets-52-minute-briefing-united-nations-takeover

RS_2012-11.bz2.deduped.txt:75304 - http://www.motherjones.com/politics/2012/11/republicans-gerrymandering-house-representatives-election-chart?1

RS_2012-11.bz2.deduped.txt:75948 - http://www.motherjones.com/mojo/2012/11/glenn-becks-new-book-looks-incredible

RS_2012-11.bz2.deduped.txt:76146 - http://www.motherjones.com/mojo/2012/11/represent-us-campaign-finance-reform
RS_2012-11.bz2.deduped.txt:78558 - http://www.motherjones.com/transition/inter.php?dest=http://www.motherjones.com/mojo/2012/11/represent-us-campaign-finance-reform
RS_2012-11.bz2.deduped.txt:78573 - http://www.motherjones.com/kevin-drum/2012/11/democrats-southern-white-problem
RS_2012-11.bz2.deduped.txt:78663 - http://www.motherjones.com/politics/2012/11/republicans-gerrymandering-house-representatives-election-chart
RS_2012-11.bz2.deduped.txt:80370 - http://www.motherjones.com/kevin-drum/2012/11/feds-should-quietly-allow-colorado-and-washington-experiment-marijuana-legalizati?utm_medium=twitter&utm_source=twitterfeed
RS_2012-11.bz2.deduped.txt:81288 - http://www.motherjones.com/blue-marble/2012/11/bp-criminal-settlement-enough
RS_2012-11.bz2.deduped.txt:81359 - http://www.motherjones.com/politics/2012/11/where-does-milllons-pentagon-contracts-go
RS_2012-11.bz2.deduped.txt:81453 - http://www.motherjones.com/mojo/2012/11/republicans-just-lost-class-war-show-no-signs-changing
RS_2012-11.bz2.deduped.txt:81620 - http://m.motherjones.com/mojo/2012/11/crew-crossroads-gps-dark-money-ohio-senate
RS_2012-11.bz2.deduped.txt:82268 - http://www.motherjones.com/kevin-drum/2012/11/republicans-desperately-need-scandal?utm_medium=twitter&utm_source=twitterfeed
RS_2012-11.bz2.deduped.txt:83115 - http://www.motherjones.com/mojo/2012/11/crew-crossroads-gps-dark-money-ohio-senate
RS_2012-11.bz2.deduped.txt:84588 - http://www.motherjones.com/environment/2012/11/8-environmental-rules-obama-should-make
RS_2012-11.bz2.deduped.txt:85139 - http://www.motherjones.com/politics/2012/11/cia-petraeus-fbi-broadwell-emails-privacy
RS_2012-11.bz2.deduped.txt:85161 - http://www.motherjones.com/kevin-drum/2012/11/feds-should-quietly-allow-colorado-and-washington-experiment-marijuana-legalizati
RS_2012-11.bz2.deduped.txt:85439 - http://www.motherjones.com/blue-marble/2012/11/walrus-without-ice
RS_2012-11.bz2.deduped.txt:85648 - http://www.motherjones.com/mojo/2012/11/patriotic-millionaires-fiscal-cliff-taxes
RS_2012-11.bz2.deduped.txt:86585 - http://www.motherjones.com/mojo/2012/11/represent-us-campaign-finance-reform#dsq-form-area-710079906
RS_2012-11.bz2.deduped.txt:88433 - http://www.motherjones.com/mojo/2012/11/franklin-graham-god-economic-collapse-obama
RS_2012-11.bz2.deduped.txt:88439 - http://www.motherjones.com/mojo/2012/11/jon-stewart-daily-show-romney-47-percent
RS_2012-11.bz2.deduped.txt:88443 - http://www.motherjones.com/mojo/2012/11/gop-repudiation-romney-gifts-jindal-scott-walker
RS_2012-11.bz2.deduped.txt:89310 - http://www.motherjones.com/kevin-drum/2012/11/benghazi-scandalmongering-takes-hit-today

RS_2012-11.bz2.deduped.txt:91360 - http://www.motherjones.com/mojo/2012/11/target-walmart-and-other-big-box-stores-abolish-thanksgiving

RS_2012-11.bz2.deduped.txt:91615 - http://www.motherjones.com/blue-marble/2012/11/sandy-costs-natural-disasters

RS_2012-11.bz2.deduped.txt:91655 - http://www.motherjones.com/mojo/2012/11/benghazi-timeline-obama

RS_2012-11.bz2.deduped.txt:91690 - http://www.motherjones.com/politics/2012/11/obama-about-take-over-internet

RS_2012-11.bz2.deduped.txt:94202 - http://www.motherjones.com/tom-philpott/2012/11/coming-threat-your-craft-brew

RS_2012-11.bz2.deduped.txt:97550 - http://www.motherjones.com/environment/2012/11/will-china-new-policy-silence-future-protesters-social-risk-assessment

RS_2012-11.bz2.deduped.txt:97799 - http://www.motherjones.com/kevin-drum/2012/11/republicans-desperately-need-scandal

RS_2012-11.bz2.deduped.txt:99657 - http://m.motherjones.com/mojo/2012/11/thats-senator-girl-scout-you

RS_2012-11.bz2.deduped.txt:101955 - http://m.motherjones.com/mojo/2012/11/georgia-senate-gets-52-minute-briefing-united-nations-takeover

RS_2012-11.bz2.deduped.txt:102069 - http://www.motherjones.com/mojo/2012/11/10-worst-immigration-detention-centers-america

RS_2012-11.bz2.deduped.txt:104347 - http://www.motherjones.com/mojo/2012/11/thanks-memories-rep-allen-west

RS_2012-11.bz2.deduped.txt:104529 - http://www.motherjones.com/environment/2012/11/fracking-new-york-cuomo

RS_2012-11.bz2.deduped.txt:105602 - http://www.motherjones.com/politics/2012/11/elizabeth-warren-senate-banking-committee?

RS_2012-11.bz2.deduped.txt:106253 - http://www.motherjones.com/mojo/2012/11/quote-day-marco-rubio-not-scientist

RS_2012-11.bz2.deduped.txt:106593 - http://www.motherjones.com/environment/2012/11/what-obama-can-do-climate-change

RS_2012-11.bz2.deduped.txt:107085 - http://www.motherjones.com/politics/2012/11/elizabeth-warren-senate-banking-committee

RS_2012-11.bz2.deduped.txt:108516 - http://www.motherjones.com/mojo/2012/11/sherrod-brown-josh-mandel-senate-ohio-dark-money

RS_2012-11.bz2.deduped.txt:110500 - http://www.motherjones.com/tom-philpott/2012/11/obamas-second-term-what-expect-foodfarm-policy

RS_2012-11.bz2.deduped.txt:110531 - http://www.motherjones.com/kevin-drum/2012/11/tea-party-strikes-back?utm_medium=twitter&utm_source=twitterfeed

RS_2012-11.bz2.deduped.txt:110562 - http://www.motherjones.com/mojo/2012/11/michele-bachmanns-ed-group-warned-mind-control-scheme-too

RS_2012-11.bz2.deduped.txt:111700 - http://www.motherjones.com/mojo/2012/11/gop-take-stand-copyright-law-makes-people-happy-immediately-changes-its-mind

RS_2012-11.bz2.deduped.txt:112445 - http://www.motherjones.com/kevin-drum/2012/11/kevins-handy-tax-table-innumerate-rich-people

RS_2012-11.bz2.deduped.txt:113116 - http://www.motherjones.com/environment/2012/11/fracking-safety-north-dakota

RS_2012-11.bz2.deduped.txt:113822 - http://www.motherjones.com/kevin-drum/2012/11/mitt-romneys-surprisingly-unbusinesslike-campaign?utm_medium=twitter&utm_source=twitterfeed
RS_2012-11.bz2.deduped.txt:113855 - http://www.motherjones.com/kevin-drum/2012/11/benghazi-coverup-goes-even-deeper-anyone-imagined?utm_medium=twitter&utm_source=twitterfeed
RS_2012-11.bz2.deduped.txt:114572 - http://www.motherjones.com/mojo/2012/11/jerry-falwell-mat-staver-romney-gay-marriage
RS_2012-11.bz2.deduped.txt:115949 - http://www.motherjones.com/mixed-media/2012/11/red-dawn-remake-north-korea-foreign-policy-experts-reactions
RS_2012-11.bz2.deduped.txt:116152 - http://www.motherjones.com/kevin-drum/2012/11/world-without-software-patents-would-be-perfectly-good-world
RS_2012-11.bz2.deduped.txt:118710 - http://www.motherjones.com/politics/2012/11/super-pac-republican-party-immigration-gay-marriage
RS_2012-11.bz2.deduped.txt:118721 - http://www.motherjones.com/politics/2012/11/ohio-republicans-go-after-planned-parenthood-again
RS_2012-11.bz2.deduped.txt:119205 - http://www.motherjones.com/environment/2010/04/climate-desk-wine-climate-change-mark-hertsgaard
RS_2012-11.bz2.deduped.txt:119872 - http://www.motherjones.com/kevin-drum/2012/11/benghazi-and-fox-news-effect
RS_2012-11.bz2.deduped.txt:120282 - http://www.motherjones.com/kevin-drum/2012/11/could-present-and-voting-help-reform-filibuster
RS_2012-11.bz2.deduped.txt:123080 - http://www.motherjones.com/blue-marble/2012/11/video-solar-thanksgiving-battered-rockaways
RS_2012-11.bz2.deduped.txt:125460 - http://www.motherjones.com/mojo/2012/11/goofus-mccain-vs-gallant-mccain
RS_2012-11.bz2.deduped.txt:125594 - http://www.motherjones.com/mojo/2012/11/unskewed-polling-dean-chambers-barack-obama-voter-fraud
RS_2012-11.bz2.deduped.txt:126434 - http://m.motherjones.com/media/2012/11/robin-sloan-interview-penumbra-24-hour-bookstore
RS_2012-11.bz2.deduped.txt:127232 - http://www.motherjones.com/media/2012/11/kids-bedrooms-james-mollison
RS_2012-11.bz2.deduped.txt:127555 - http://www.motherjones.com/kevin-drum/2012/11/todays-crazy-idea-lets-get-rid-tax-brackets-rich
RS_2012-11.bz2.deduped.txt:127647 - http://www.motherjones.com/environment/2012/11/rare-earth-elements-iphone-malaysia
RS_2012-11.bz2.deduped.txt:139342 - http://www.motherjones.com/mojo/2012/11/public-university-launches-marijuana-institute
RS_2012-11.bz2.deduped.txt:139570 - http://www.motherjones.com/kevin-drum/2012/11/republican-tap-dance-entitlement-reform
RS_2012-11.bz2.deduped.txt:139582 - http://www.motherjones.com/mojo/2012/11/voter-supression-florida-crist-gop
RS_2012-11.bz2.deduped.txt:140341 - http://www.motherjones.com/kevin-drum/2012/11/why-right-wing-fundraising-so-bizarrely-apocalyptic
RS_2012-11.bz2.deduped.txt:140804 - http://www.motherjones.com/politics/2012/11/israel-soldiers-testimony-idf-gaza

RS_2012-11.bz2.deduped.txt:142164 - http://www.motherjones.com/media/2012/10/punk-legend-ian-mackaye-dischord-records?fb_action_ids=10151225300406832&fb_action_types=og.likes&fb_source=other_multiline&action_object_map=%7B%2210151225300406832%22%3A435201259878509%7D&action_type_map=%7B%2210151225300406832%22%3A%22og.likes%22%7D&action_ref_map=%5B%5D

RS_2012-11.bz2.deduped.txt:142789 - http://www.motherjones.com/politics/2012/11/bradley-manning-trial-wikileaks

RS_2012-11.bz2.deduped.txt:143144 - http://www.motherjones.com/mojo/2012/11/why-raises-walmart-workers-are-good-everyone

RS_2012-11.bz2.deduped.txt:143316 - http://www.motherjones.com/politics/2012/11/obama-fiscal-cliff-budget-deal-bush-tax-cuts

RS_2012-11.bz2.deduped.txt:144015 - http://www.motherjones.com/environment/2012/11/rare-earth-elements-iphone-malaysia?page=1

RS_2012-11.bz2.deduped.txt:144752 - http://www.motherjones.com/politics/2012/11/19-percent-congress-women-why-not-half

RS_2012-11.bz2.deduped.txt:146005 - http://www.motherjones.com/mojo/2012/11/mitt-romney-receives-47-percent-vote

RS_2012-11.bz2.deduped.txt:146268 - http://www.motherjones.com/kevin-drum/2012/11/chart-day-gops-generation-gap-problem

RS_2012-11.bz2.deduped.txt:146270 - http://www.motherjones.com/mixed-media/2012/11/women-video-game-industry-twitter-1reasonwhy

RS_2012-11.bz2.deduped.txt:146343 - http://m.motherjones.com/politics/2012/11/israel-soldiers-testimony-idf-gaza?page=1

RS_2012-11.bz2.deduped.txt:147194 - http://www.motherjones.com/blue-marble/2012/11/first-evidence-marine-snails-dissolving-acidic-waters-antarctica

RS_2012-11.bz2.deduped.txt:147971 - http://www.motherjones.com/kevin-drum/2012/11/financial-catastrophe-apparently-no-longer-republican-concern

RS_2012-11.bz2.deduped.txt:148000 - http://www.motherjones.com/kevin-drum/2012/11/effect-rich-50000-deduction-cap

RS_2012-11.bz2.deduped.txt:148929 - http://www.motherjones.com/blue-marble/2012/11/new-report-chinas-ultimate-goal-huge-fracking-industry

RS_2012-11.bz2.deduped.txt:149156 - http://www.motherjones.com/politics/2012/11/michigan-lawmakers-debate-tax-break-fetuses

RS_2012-11.bz2.deduped.txt:149514 - http://www.motherjones.com/kevin-drum/2012/11/why-canadian-central-banker-probably-wouldnt-help-american-monetary-policy

RS_2012-11.bz2.deduped.txt:151456 - http://www.motherjones.com/politics/2012/11/obama-fiscal-cliff-budget-deal-bush-tax-cuts?page=2

RS_2012-11.bz2.deduped.txt:152730 - http://www.motherjones.com/photoessays/2012/11/egypts-coptic-christians/magnum-foundation-open

RS_2012-11.bz2.deduped.txt:152841 - http://www.motherjones.com/kevin-drum/2012/11/yet-more-shameless-attacks-susan-rice

RS_2012-11.bz2.deduped.txt:152878 - http://www.motherjones.com/transition/inter.php?dest=http://www.motherjones.com/politics/2012/11/10-easy-ways-avoid-fiscal-cliff

RS_2012-11.bz2.deduped.txt:152933 - http://www.motherjones.com/mojo/2012/11/idaho-lawmaker-unveils-bold-new-plan-elect-romney

RS_2012-11.bz2.deduped.txt:152994 - http://www.motherjones.com/kevin-drum/2012/11/inside-conservative-bubble

RS_2012-11.bz2.deduped.txt:155815 - http://www.motherjones.com/politics/2012/11/10-easy-ways-avoid-fiscal-cliff

RS_2012-11.bz2.deduped.txt:156355 - http://www.motherjones.com/tom-philpott/2012/11/are-we-heading-toward-peak-fertilizer

RS_2012-11.bz2.deduped.txt:156579 - http://www.motherjones.com/kevin-drum/2012/11/dick-durbin-wants-make-deal-social-security

RS_2012-11.bz2.deduped.txt:157571 - http://www.motherjones.com/mojo/2012/11/servicewomen-sue-dept-defense-over-ban-combat-roles

RS_2012-11.bz2.deduped.txt:158186 - http://www.motherjones.com/mojo/2012/11/ceos-who-cant-manage-own-firms-retirement-plans-want-fix-social-security

RS_2012-11.bz2.deduped.txt:158454 - http://m.motherjones.com/kevin-drum/2012/11/its-great-time-be-banker-america

RS_2012-11.bz2.deduped.txt:159965 - http://www.motherjones.com/blue-marble/2012/11/couch-flame-retardants-cancer-toxic

RS_2012-11.bz2.deduped.txt:161433 - http://www.motherjones.com/mojo/2012/11/alec-american-legislative-exchange-council-economy

RS_2012-11.bz2.deduped.txt:161498 - http://www.motherjones.com/blue-marble/2012/11/obamas-secretary-state-financial-stake-keystone

RS_2012-11.bz2.deduped.txt:161815 - http://www.motherjones.com/mojo/2012/11/mississippis-last-abortion-clinic-back-court

RS_2012-11.bz2.deduped.txt:162028 - http://www.motherjones.com/blue-marble/2012/11/african-lions-endangered-species

RS_2012-11.bz2.deduped.txt:162072 - http://www.motherjones.com/mojo/2012/11/congress-indefinite-detention-ndaa

RS_2012-11.bz2.deduped.txt:162396 - http://www.motherjones.com/politics/2012/11/right-wing-conspiracy-theory-barack-obama-third-term

RS_2012-11.bz2.deduped.txt:162888 - http://www.motherjones.com/environment/2012/11/fishy-truth-about-your-meat

RS_2012-11.bz2.deduped.txt:164446 - http://www.motherjones.com/blue-marble/2012/11/epa-blocks-new-govt-contracts-bp

RS_2012-11.bz2.deduped.txt:164811 - http://www.motherjones.com/politics/2012/11/privacy-email-warrant-surveillance-ecpa-leahy-grassley

RS_2012-11.bz2.deduped.txt:165688 - http://www.motherjones.com/blue-marble/2012/11/BP-corporations-misconduct-government-contracts

RS_2012-11.bz2.deduped.txt:167035 - http://www.motherjones.com/media/2012/10/punk-legend-ian-mackaye-dischord-records

RS_2012-11.bz2.deduped.txt:169196 - http://www.motherjones.com/blue-marble/2012/11/four-reasons-britannia-ruling-waves-and-wind-and-solar

RS_2012-11.bz2.deduped.txt:169233 - http://www.motherjones.com/blue-marble/2012/11/bps-dispersant-makes-oil-immortal

RS_2012-11.bz2.deduped.txt:170492 - http://www.motherjones.com/mojo/2012/11/senators-want-be-able-lock-you-forever-without-trial

RS_2012-11.bz2.deduped.txt:170989 - http://www.motherjones.com/kevin-drum/2012/11/conservative-dogma-bad-you

RS_v2_2008-07.xz.deduped.txt:292 - http://www.motherjones.com/news/feature/2008/07/december-surprise.html

RS_v2_2008-07.xz.deduped.txt:836 - http://www.motherjones.com/mojoblog/archives/2008/06/8843_obama_patriotism_speech.html

RS_v2_2008-07.xz.deduped.txt:1555 - http://www.motherjones.com/commentary/tomdispatch/citizen-stupid.html

RS_v2_2008-07.xz.deduped.txt:1634 - http://www.motherjones.com/blue_marble_blog/archives/2008/07/8850_blm-solar-energy-freeze.html

RS_v2_2008-07.xz.deduped.txt:2383 - http://www.motherjones.com/news/feature/2008/07/where-credit-is-due-timeline.html

RS_v2_2008-07.xz.deduped.txt:5995 - http://www.motherjones.com/mojoblog/archives/2008/07/8908_america_a_broad.html

RS_v2_2008-07.xz.deduped.txt:6065 - http://www.motherjones.com/washington_dispatch/2008/07/john-mccain-no-technology-policy.html

RS_v2_2008-07.xz.deduped.txt:7376 - http://www.motherjones.com/washington_dispatch/2008/07/john-mccain-screening-conference-call-questions.html

RS_v2_2008-07.xz.deduped.txt:9914 - http://www.motherjones.com/mojoblog/archives/2008/07/8955_karl_rove_ignores_subpoena.html

RS_v2_2008-07.xz.deduped.txt:10441 - http://www.motherjones.com/mojoblog/archives/2008/07/8956_congress_social_networking_youtube_twitter_franking_commission_capuano_boehner_facebook_myspace.html

RS_v2_2008-07.xz.deduped.txt:12775 - http://www.motherjones.com/news/feature/2008/07/march-of-the-tourists.html

RS_v2_2008-07.xz.deduped.txt:12828 - http://www.motherjones.com/mojoblog/archives/2008/07/8985_comrade_obama_t.html

RS_v2_2008-07.xz.deduped.txt:13380 - http://www.motherjones.com/blue_marble_blog/archives/2008/07/9004_21stcentury_lan.html

RS_v2_2008-07.xz.deduped.txt:14649 - http://www.motherjones.com/blue_marble_blog/archives/2008/07/9014_the_cutest_reha.html

RS_v2_2008-07.xz.deduped.txt:15022 - http://www.motherjones.com/news/outfront/2008/07/outfront-bush-to-cops-drop-dead.html

RS_v2_2008-07.xz.deduped.txt:15325 - http://www.motherjones.com/cgi-bin/print_article.pl?url=http://www.motherjones.com/news/feature/2008/07/foreclosure-phil.html

RS_v2_2008-07.xz.deduped.txt:15805 - http://www.motherjones.com/photos/bolivia-cocaine-traffickers/

RS_v2_2008-07.xz.deduped.txt:16107 - http://www.motherjones.com/news/feature/2008/07/coca-stompers-of-bolivia.html

RS_v2_2008-07.xz.deduped.txt:16734 - http://www.motherjones.com/commentary/tomdispatch/2008/07/the-hunt-for-black-gold.html
RS_v2_2008-07.xz.deduped.txt:17176 - http://www.motherjones.com/mojoblog/archives/2008/07/9042_pre_prenegotiat.html
RS_v2_2008-07.xz.deduped.txt:18064 - http://www.motherjones.com/mojoblog/archives/2008/07/9050_africoms_growin.html
RS_v2_2008-07.xz.deduped.txt:18514 - http://www.motherjones.com/arts/feature/2008/07/mad-mens-retro-trip.html
RS_v2_2008-07.xz.deduped.txt:19063 - http://www.motherjones.com/mojoblog/archives/2008/07/9022_white_house_threatens_veto_on_intel_bill_authorization_executive_power_covert_action_interrogation.html
RS_v2_2008-07.xz.deduped.txt:20658 - http://www.motherjones.com/riff_blog/archives/2008/06/8707_why_did_russia.html
RS_v2_2008-07.xz.deduped.txt:21364 - http://www.motherjones.com/news/feature/2008/07/slammed-welcome-to-the-age-of-incarceration.html
RS_v2_2008-07.xz.deduped.txt:21709 - http://www.motherjones.com/blue_marble_blog/archives/2008/07/9089_horse_virus_spr.html
RS_v2_2008-07.xz.deduped.txt:21770 - http://www.motherjones.com/mojoblog/archives/2008/07/9069_minimum_wage_goes_up_thursday.html
RS_v2_2008-07.xz.deduped.txt:22853 - http://www.motherjones.com/mojoblog/archives/2008/07/9094_iraq_contract_f.html
RS_v2_2008-07.xz.deduped.txt:23457 - http://www.motherjones.com/news/feature/2008/07/slammed-taming-of-the-screws.html
RS_v2_2008-07.xz.deduped.txt:26007 - http://www.motherjones.com/news/feature/2008/07/slammed-the-coming-prison-meltdown.html
RS_v2_2008-07.xz.deduped.txt:26942 - http://www.motherjones.com/news/feature/2008/07/slammed-block-talk.html
RS_v2_2008-07.xz.deduped.txt:26944 - http://www.motherjones.com/news/feature/2008/07/slammed-lingerie-and-bullwhip.html
RS_v2_2008-07.xz.deduped.txt:27363 - http://www.motherjones.com/commentary/tomdispatch/2008/07/warning-mercenaries-at-work.html
RS_v2_2008-07.xz.deduped.txt:27707 - http://www.motherjones.com/mojoblog/archives/2008/07/9128_following_on_my.html
RS_v2_2008-07.xz.deduped.txt:27789 - http://www.motherjones.com/mojoblog/archives/2008/07/9081_is_blackwater_exiting_the_security_business.html
RS_v2_2008-07.xz.deduped.txt:28766 - http://www.motherjones.com/mojoblog/archives/2008/07/9137_an_indicted_gop.html
RS_v2_2008-07.xz.deduped.txt:29250 - http://www.motherjones.com/commentary/columns/2008/07/4-billion-years-in-provence.html
RS_v2_2008-07.xz.deduped.txt:29443 - http://www.motherjones.com/news/feature/2008/07/mary-mcfate-sapone-gun-lobby-nra-spy.html

RS_v2_2008-07.xz.deduped.txt:29620 -
http://www.motherjones.com/commentary/tomdispatch/2008/07/got-water.html
RS_v2_2008-07.xz.deduped.txt:30949 -
http://www.motherjones.com/washington_dispatch/2008/05/justice-department-phone-jamming-scandal.html
RS_v2_2008-07.xz.deduped.txt:30956 -
http://www.motherjones.com/commentary/columns/2008/07/blogging-behind-bars.html
RS_2014-10.bz2.deduped.txt:2568 - http://www.motherjones.com/blue-marble/2014/10/ebola-budget-cuts-sequester
RS_2014-10.bz2.deduped.txt:2578 - http://www.motherjones.com/environment/2014/09/tom-steyer-climate-change-superpac-2014-midterms
RS_2014-10.bz2.deduped.txt:3943 - http://www.motherjones.com/politics/2014/09/america-intelligence-off-guard-isis-arab-spring
RS_2014-10.bz2.deduped.txt:4020 - http://www.motherjones.com/tom-philpott/2014/09/butterball-goes-humane-thanksgiving-really
RS_2014-10.bz2.deduped.txt:4600 - http://www.motherjones.com/politics/2014/09/richard-tisei-national-organization-marriage-family-research-council
RS_2014-10.bz2.deduped.txt:7568 - http://www.motherjones.com/mojo/2014/09/income-inequality-tax-rates-income
RS_2014-10.bz2.deduped.txt:8908 - http://www.motherjones.com/mojo/2014/09/sam-brownback-kansas-tax-cuts-marketing
RS_2014-10.bz2.deduped.txt:10887 - http://www.motherjones.com/politics/2014/10/mary-burke-scott-walker-wisconsin
RS_2014-10.bz2.deduped.txt:14795 - http://www.motherjones.com/mojo/2014/10/income-inequality-race-wealth-income
RS_2014-10.bz2.deduped.txt:14969 - http://www.motherjones.com/blue-marble/2014/10/walrus-photo-alaska-climate-change
RS_2014-10.bz2.deduped.txt:18637 - http://www.motherjones.com/environment/2014/09/what-you-should-know-about-enterovirus-d68
RS_2014-10.bz2.deduped.txt:18774 - http://www.motherjones.com/politics/2014/10/walmart-walton-heirs-net-worth-cities
RS_2014-10.bz2.deduped.txt:29397 -
http://www.motherjones.com/environment/2014/10/inquiring-minds-steven-pinker-style-bogus-grammar-rules
RS_2014-10.bz2.deduped.txt:29549 - http://www.motherjones.com/tom-philpott/2014/10/avocado-drought-chile-california
RS_2014-10.bz2.deduped.txt:29574 -
http://www.motherjones.com/environment/2014/09/wilderness-act-most-underrated-law-1964
RS_2014-10.bz2.deduped.txt:32188 - http://www.motherjones.com/mixed-media/2014/10/elizabeth-warren-regulators-wall-street-cozy
RS_2014-10.bz2.deduped.txt:35143 - http://www.motherjones.com/kevin-drum/2014/09/peak-oil-all-about-cheap-oil
RS_2014-10.bz2.deduped.txt:39833 - http://www.motherjones.com/politics/2014/10/alabama-abortion-law-attorney-fetus-lawyers
RS_2014-10.bz2.deduped.txt:43007 - http://www.motherjones.com/kevin-drum/2014/10/breaking-wall-street-sinkhole-corruption-and-fraud

RS_2014-10.bz2.deduped.txt:43813 - http://www.motherjones.com/environment/2014/10/un-green-climate-fund-us

RS_2014-10.bz2.deduped.txt:45099 - http://www.motherjones.com/politics/2014/10/supreme-court-could-overturn-more-half-countrys-ban-judges-seeking-campaign-cash

RS_2014-10.bz2.deduped.txt:45223 - http://www.motherjones.com/environment/2014/10/climate-change-movement-peoples-march-wishful

RS_2014-10.bz2.deduped.txt:45237 - http://www.motherjones.com/politics/2014/10/edwin-edwards-garret-graves-louisiana-sixth

RS_2014-10.bz2.deduped.txt:46236 - http://www.motherjones.com/mojo/2014/10/scott-walker-wisconsin-governor-ban-abortion

RS_2014-10.bz2.deduped.txt:46553 - http://motherjones.com/kevin-drum/2014/10/5-percent-religious-americans-routinely-try-fool-god

RS_2014-10.bz2.deduped.txt:51805 - http://www.motherjones.com/politics/2014/10/voting-rights-november-voter-suppression-states

RS_2014-10.bz2.deduped.txt:51813 - http://www.motherjones.com/kevin-drum/2014/10/major-abortion-showdown-finally-our-near-future

RS_2014-10.bz2.deduped.txt:51821 - http://www.motherjones.com/mojo/2014/10/scott-walker-wisconsin-governor-ban-abortion-rape-incest

RS_2014-10.bz2.deduped.txt:51916 - http://www.motherjones.com/tom-philpott/2014/10/are-fdas-new-rules-weaning-meat-industry-antibiotics

RS_2014-10.bz2.deduped.txt:51974 - http://m.motherjones.com/politics/2014/10/voting-rights-november-voter-suppression-states?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%253A+motherjones%252Fmain+(MotherJones.com+Main+Article+Feed)

RS_2014-10.bz2.deduped.txt:52164 - http://www.motherjones.com/politics/2014/10/voting-rights-november-voter-suppression-states?google_editors_picks=true

RS_2014-10.bz2.deduped.txt:52169 - http://www.motherjones.com/mojo/2014/10/scott-walker-wisconsin-governor-ban-abortion-rape-incest?google_editors_picks=true

RS_2014-10.bz2.deduped.txt:52173 - http://www.motherjones.com/mojo/2014/10/here-are-all-dumb-ways-conservatives-are-tying-obama-ebola?google_editors_picks=true

RS_2014-10.bz2.deduped.txt:52197 - http://www.motherjones.com/media/2014/10/magazine-californias-answer-new-yorker

RS_2014-10.bz2.deduped.txt:53247 - http://www.motherjones.com/environment/2014/10/study-climate-change-newborn-sex-ratios

RS_2014-10.bz2.deduped.txt:54508 - http://www.motherjones.com/media/2014/10/atul-gawande-being-mortal-interview-assisted-living

RS_2014-10.bz2.deduped.txt:55320 - http://www.motherjones.com/mixed-media/2014/10/black-teenager-pepper-sprayed-home-burglar%20

RS_2014-10.bz2.deduped.txt:55385 - http://www.motherjones.com/mixed-media/2014/10/black-teenager-pepper-sprayed-home-burglar

RS_2014-10.bz2.deduped.txt:55533 - http://www.motherjones.com/mojo/2014/10/court-cites-jimmy-carters-support-upholding-wisconsins-voter-id-law

RS_2014-10.bz2.deduped.txt:60104 - http://www.motherjones.com/politics/2014/07/teen-abortion-judicial-bypass-parental-notification

RS_2014-10.bz2.deduped.txt:61747 - http://www.motherjones.com/blue-marble/2014/10/fracking-susan-g-komen-drill-bits
RS_2014-10.bz2.deduped.txt:62652 - http://www.motherjones.com/mojo/2014/10/congress-calls-for-hearing-on-how-budget-cuts-led-to-ebola-and-enterovirus
RS_2014-10.bz2.deduped.txt:62843 - http://www.motherjones.com/mojo/2014/10/north-carolina-voting-law-supreme-court
RS_2014-10.bz2.deduped.txt:65233 - http://www.motherjones.com/print/261281
RS_2014-10.bz2.deduped.txt:66461 - http://www.motherjones.com/mixed-media/2014/10/radio-station-lays-off-journalists-beyonce
RS_2014-10.bz2.deduped.txt:67211 - http://www.motherjones.com/mojo/2014/10/republican-senator-inhofe-blocks-vital-funding-needed-to-stop-ebola
RS_2014-10.bz2.deduped.txt:68424 - http://www.motherjones.com/tom-philpott/2014/10/how-monsanto-brought-drama-my-sxsw-eco-panel
RS_2014-10.bz2.deduped.txt:68468 - http://www.motherjones.com/politics/2014/10/nigeria-ebola-cdc
RS_2014-10.bz2.deduped.txt:68824 - http://www.motherjones.com/politics/2014/10/asian-republican-coalition
RS_2014-10.bz2.deduped.txt:68979 - http://www.motherjones.com/environment/2014/10/most-states-dont-have-plan-when-climate-change-brings-its-predictable-destruct-0
RS_2014-10.bz2.deduped.txt:70328 - http://www.motherjones.com/mixed-media/2014/10/malala-yousafzai-youngest-recipient-nobel-peace-prize
RS_2014-10.bz2.deduped.txt:70740 - http://www.motherjones.com/politics/2014/10/cahit-storm-isis-kobani-turkey
RS_2014-10.bz2.deduped.txt:70935 - http://www.motherjones.com/mojo/2014/10/courts-block-texas-wisconsin-voter-id-laws
RS_2014-10.bz2.deduped.txt:74960 - http://www.motherjones.com/mojo/2014/10/hobby-lobby-steve-green-401k-contraception
RS_2014-10.bz2.deduped.txt:75625 - http://www.motherjones.com/tom-philpott/2014/10/they-fracked-califronias-most-productive-and-drought-stricken-ag-region-you-won
RS_2014-10.bz2.deduped.txt:75636 - http://www.motherjones.com/media/2014/10/atul-gawande-being-mortal-interview-assisted-living?666
RS_2014-10.bz2.deduped.txt:75705 - http://www.motherjones.com/media/2014/10/david-mitchell-cloud-atlas-bone-clocks-interview
RS_2014-10.bz2.deduped.txt:81368 - http://www.motherjones.com/politics/2014/10/controversial-super-pac-black-latino-voters-scott-walker-wisconsin
RS_2014-10.bz2.deduped.txt:81594 - http://www.motherjones.com/mixed-media/2014/10/here-are-two-videos-nypd-officers-pummeling-two-teenagers
RS_2014-10.bz2.deduped.txt:82482 - http://www.motherjones.com/environment/2014/10/half-all-summers-china-will-be-stupidly-relentlessly-hot-two-decades
RS_2014-10.bz2.deduped.txt:86577 - http://www.motherjones.com/politics/2014/10/mark-begich-unions-alaska-senate-election
RS_2014-10.bz2.deduped.txt:87581 - http://www.motherjones.com/mojo/2014/10/scott-lively-massachusetts-governor-sodom-russia
RS_2014-10.bz2.deduped.txt:90364 - http://www.motherjones.com/mojo/2014/10/zach-dasher-duck-dynasty-tyranny-and-death

RS_2014-10.bz2.deduped.txt:91423 - http://m.motherjones.com/mojo/2014/10/vatican-synod-divorce-homosexuality-cohabitation
RS_2014-10.bz2.deduped.txt:92217 - http://www.motherjones.com/mojo/2014/10/buddy-caldwell-louisiana-ebola
RS_2014-10.bz2.deduped.txt:93823 - http://www.motherjones.com/politics/2014/10/gop-state-government-control
RS_2014-10.bz2.deduped.txt:94305 - http://www.motherjones.com/environment/2014/09/gmo-food-ingredients-labeling-oregon-initiative-92-colorado-bronner
RS_2014-10.bz2.deduped.txt:94788 - http://www.motherjones.com/politics/2014/10/charts-income-inequality-recession-survival-richest
RS_2014-10.bz2.deduped.txt:94846 - http://www.motherjones.com/politics/2014/10/isis-propaganda-magazine-rape-slavery-murder-allah-dabiq
RS_2014-10.bz2.deduped.txt:95054 - http://www.motherjones.com/politics/2014/10/hedge-fund-taxes-superpacs-election-renaissance
RS_2014-10.bz2.deduped.txt:95465 - http://www.motherjones.com/mixed-media/2014/10/krugman-obama-successful-president%20
RS_2014-10.bz2.deduped.txt:95607 - http://www.motherjones.com/tom-philpott/2014/10/mcdonalds-world-ask-me-anything
RS_2014-10.bz2.deduped.txt:96271 - http://m.motherjones.com/mixed-media/2014/10/elizabeth-warren-regulators-wall-street-cozy
RS_2014-10.bz2.deduped.txt:97699 - http://www.motherjones.com/politics/2014/10/mitch-mcconnell-tom-cotton-medicaid-expansion
RS_2014-10.bz2.deduped.txt:97997 - http://www.motherjones.com/mojo/2014/10/scott-walker-minimum-wage-wisconsin-governor
RS_2014-10.bz2.deduped.txt:98081 - http://www.motherjones.com/blue-marble/2014/10/south-australia-100-percent-renewable-solar-wind
RS_2014-10.bz2.deduped.txt:102304 - http://www.motherjones.com/tom-philpott/2014/10/chain-ted-genoways-spam-hormel
RS_2014-10.bz2.deduped.txt:102460 - http://www.motherjones.com/politics/2014/10/mass-shootings-increasing-harvard-research
RS_2014-10.bz2.deduped.txt:103362 - http://www.motherjones.com/mojo/2014/10/liberia-ebola-going-need-lot-more-bodybags
RS_2014-10.bz2.deduped.txt:103550 - http://www.motherjones.com/politics/2014/10/supreme-court-texas-execution-mentally-ill-scott-panetti
RS_2014-10.bz2.deduped.txt:104780 - http://www.motherjones.com/environment/2014/10/lost-louisiana-race-reclaim-vanished-land-back-sea
RS_2014-10.bz2.deduped.txt:104870 - http://www.motherjones.com/kevin-drum/2014/10/tom-cotton-upset-democrats-ended-free-money-stream-banks
RS_2014-10.bz2.deduped.txt:106249 - http://www.motherjones.com/kevin-drum/2014/10/no-theres-still-no-evidence-there-was-active-wmd-program-iraq
RS_2014-10.bz2.deduped.txt:106325 - http://www.motherjones.com/environment/2014/10/study-fracking-natural-gas-climate-change
RS_2014-10.bz2.deduped.txt:106452 - http://www.motherjones.com/mojo/2014/10/jeb-bush-paycheck-fairness-act
RS_2014-10.bz2.deduped.txt:107174 - http://www.motherjones.com/environment/2014/10/lockheed-martin-nuclear-fusion-skeptical

RS_2014-10.bz2.deduped.txt:112583 - http://www.motherjones.com/politics/2014/10/liberia-ebola-press-freedom

RS_2014-10.bz2.deduped.txt:114396 - http://www.motherjones.com/kevin-drum/2014/08/voter-fraud-literally-less-likely-being-hit-lightning

RS_2014-10.bz2.deduped.txt:118202 - http://www.motherjones.com/environment/2014/10/hog-hell-inside-story-peta-investigation-mowmar-farms

RS_2014-10.bz2.deduped.txt:118708 - http://www.motherjones.com/media/2014/10/gamergate-explained

RS_2014-10.bz2.deduped.txt:119064 - http://www.motherjones.com/politics/2014/10/mitch-mcconnell-k-street-lobbyists-senate

RS_2014-10.bz2.deduped.txt:121523 - http://www.motherjones.com/mojo/2014/10/nigerian-schoolgirls-kidnapped-boko-haram-release-agreement

RS_2014-10.bz2.deduped.txt:123088 - http://www.motherjones.com/environment/2014/10/steven-johnson-inquiring-minds

RS_2014-10.bz2.deduped.txt:123621 - http://www.motherjones.com/blue-marble/2014/10/lamar-smith-NSF-climate-science-investigation

RS_2014-10.bz2.deduped.txt:123880 - http://www.motherjones.com/blue-marble/2014/10/lamar-smith-climate-science-investigation-nsf

RS_2014-10.bz2.deduped.txt:124592 - http://www.motherjones.com/mojo/2014/10/joe-biden-hunter-biden-cocaine

RS_2014-10.bz2.deduped.txt:125277 - http://www.motherjones.com/media/2014/10/these-geek-icons-are-breaking-gamergates-heart

RS_2014-10.bz2.deduped.txt:126193 - http://www.motherjones.com/tom-philpott/2014/10/epa-those-bee-killing-pesticides-theyre-pretty-useless-otherwise

RS_2014-10.bz2.deduped.txt:128887 - http://motherjones.com/environment/2014/10/hog-hell-inside-story-peta-investigation-mowmar-farms

RS_2014-10.bz2.deduped.txt:133625 - http://www.motherjones.com/environment/2014/10/areng-valley-cambodia-dam-hun-sen-rainsy-hydro

RS_2014-10.bz2.deduped.txt:134276 - http://www.motherjones.com/blue-marble/2014/10/pentagon-climate-change-shift-wars

RS_2014-10.bz2.deduped.txt:136807 - http://www.motherjones.com/tom-philpott/2014/10/read-dr-bronners-gmo-ad-thats-too-hot-nature-and-science

RS_2014-10.bz2.deduped.txt:136827 - http://www.motherjones.com/politics/2014/10/rand-paul-truther-conspiracy-theories

RS_2014-10.bz2.deduped.txt:141874 - http://m.motherjones.com/politics/2014/10/colorado-dems-james-okeefe

RS_2014-10.bz2.deduped.txt:142081 - http://www.motherjones.com/politics/2014/10/colorado-dems-james-okeefe

RS_2014-10.bz2.deduped.txt:143920 - http://www.motherjones.com/politics/2014/10/afghanistan-opium-poppy-heroin-record-levels

RS_2014-10.bz2.deduped.txt:145023 - http://www.motherjones.com/politics/2014/10/dan-patrick-texas-lieutenant-governor?google_editors_picks=true

RS_2014-10.bz2.deduped.txt:145157 - http://motherjones.com/politics/2014/10/dan-patrick-texas-lieutenant-governor?google_editors_picks=true

RS_2014-10.bz2.deduped.txt:145449 - http://www.motherjones.com/politics/2014/10/supreme-court-texas-voter-id-law-history

RS_2014-10.bz2.deduped.txt:145894 - http://www.motherjones.com/politics/2014/10/mass-shootings-rising-harvard

RS_2014-10.bz2.deduped.txt:145995 - http://www.motherjones.com/print/262866

RS_2014-10.bz2.deduped.txt:146295 - http://www.motherjones.com/mojo/2014/10/rand-ron-paul-ted-rafael-cruz-embarrassing

RS_2014-10.bz2.deduped.txt:148223 - http://www.motherjones.com/mojo/2014/10/elizabeth-warren-nonbank-mortgage-servicer

RS_2014-10.bz2.deduped.txt:148242 - http://www.motherjones.com/politics/2014/10/judge-rips-alabama-hiring-discredited-abortion-foe

RS_2014-10.bz2.deduped.txt:148266 - http://www.motherjones.com/politics/2014/10/dan-patrick-texas-lieutenant-governor

RS_2014-10.bz2.deduped.txt:149990 - http://www.motherjones.com/politics/2014/10/texas-no-knock-swat-raid

RS_2014-10.bz2.deduped.txt:151394 - http://www.motherjones.com/politics/2014/10/laura-poitras-director-edward-snowden-greenwald

RS_2014-10.bz2.deduped.txt:153659 - http://www.motherjones.com/politics/2014/10/george-bush-fifth-circuit-court-abortion-voting-rights

RS_2014-10.bz2.deduped.txt:158934 - http://www.motherjones.com/mixed-media/2014/10/cbc-ottawa-shootings-cable-news

RS_2014-10.bz2.deduped.txt:161000 - http://www.motherjones.com/mixed-media/2014/10/fox-news-young-women-voting-tinder

RS_2014-10.bz2.deduped.txt:161766 - http://www.motherjones.com/politics/2014/10/swat-warrior-cops-police-militarization-urban-shield

RS_2014-10.bz2.deduped.txt:161840 - http://www.motherjones.com/environment/2014/10/animal-planet-scandal-animal-mistreatment-ratings-dive

RS_2014-10.bz2.deduped.txt:162162 - http://www.motherjones.com/environment/2014/10/climate-insurance

RS_2014-10.bz2.deduped.txt:162962 - http://www.motherjones.com/politics/2014/10/scott-brown-big-money-sellout

RS_2014-10.bz2.deduped.txt:163043 - http://www.motherjones.com/print/263026

RS_2014-10.bz2.deduped.txt:164259 - http://www.motherjones.com/blue-marble/2014/10/study-drinking-daily-soda-ages-you-smoking

RS_2014-10.bz2.deduped.txt:166545 - http://www.motherjones.com/bluemarble/2014/09/wildlife-population-drop-half-1970

RS_2014-10.bz2.deduped.txt:166814 - http://www.motherjones.com/mojo/2014/10/rwanda-ebola-americans-screening

RS_2014-10.bz2.deduped.txt:167773 - http://www.motherjones.com/environment/2014/10/watch-how-ebola-took-over-liberia

RS_2014-10.bz2.deduped.txt:169283 - http://www.motherjones.com/mojo/2014/10/nebraska-high-school-guns-senior-portraits%20

RS_2014-10.bz2.deduped.txt:169800 - http://www.motherjones.com/politics/2014/10/swat-raid-casualties

RS_2014-10.bz2.deduped.txt:170340 - http://www.motherjones.com/politics/2014/10/joni-ernst-sexual-harassment

RS_2014-10.bz2.deduped.txt:170413 - http://www.motherjones.com/politics/2014/10/south-dakota-senate-shannon-county

RS_2014-10.bz2.deduped.txt:170434 - http://www.motherjones.com/mojo/2014/10/beauprez-abortion-choice-colorado-governor

RS_2014-10.bz2.deduped.txt:171544 - http://www.motherjones.com/media/2014/10/william-gibson-peripheral-vision-time-travel-interview

RS_2014-10.bz2.deduped.txt:177013 - http://www.motherjones.com/politics/2014/10/joni-ernst-english-official-language

RS_2014-10.bz2.deduped.txt:177718 - http://www.motherjones.com/blue-marble/2014/10/new-york-city-epidemics-worse-ebola

RS_2014-10.bz2.deduped.txt:180083 - http://www.motherjones.com/media/2014/10/homeless-world-cup-soccer

RS_2014-10.bz2.deduped.txt:183134 - http://www.motherjones.com/environment/2014/09/hillary-clinton-fracking-shale-state-department-chevron?page=1

RS_2014-10.bz2.deduped.txt:188712 - http://www.motherjones.com/environment/2014/10/microbiome-health-gut-bacteria

RS_2014-10.bz2.deduped.txt:189053 - http://www.motherjones.com/mixed-media/2014/10/john-oliver-sugar-halloween

RS_2014-10.bz2.deduped.txt:189121 - http://www.motherjones.com/politics/2014/10/whitney-ball-donors-trust-money

RS_2014-10.bz2.deduped.txt:190730 - http://www.motherjones.com/mojo/2014/10/gop-senate-hopeful-less-2000-women-sued-my-company-pay-discrimination

RS_2014-10.bz2.deduped.txt:192733 - http://www.motherjones.com/environment/2014/10/bp-deepwater-horizon-study-oil-ocean-floor

RS_2014-10.bz2.deduped.txt:196030 - http://www.motherjones.com/mojo/2014/10/nra-warrior-cop-police-militarization

RS_2014-10.bz2.deduped.txt:196165 - http://www.motherjones.com/politics/2014/10/judicial-elections-citizens-united-karl-rove

RS_2014-10.bz2.deduped.txt:196595 - http://www.motherjones.com/politics/2014/10/judicial-elections-dark-money

RS_2014-10.bz2.deduped.txt:199770 - http://www.motherjones.com/mojo/2014/10/elizabeth-warren-slams-chris-christie-politicizing-ebola-unscientific-quarantine

RS_2014-10.bz2.deduped.txt:200651 - http://www.motherjones.com/mixed-media/2014/10/watch-new-york-woman-get-catcalled-108-times-less-one-day

RS_2014-10.bz2.deduped.txt:204710 - http://www.motherjones.com/politics/2014/10/colorado-udall-hickenlooper-senate-democracy-alliance

RS_2014-10.bz2.deduped.txt:204720 - http://www.motherjones.com/environment/2014/10/giant-ice-cubes-hipster-craft-cocktail

RS_2014-10.bz2.deduped.txt:204790 - http://www.motherjones.com/environment/2014/10/superstorm-sandy-fox-news-rupert-murdoch

RS_2014-10.bz2.deduped.txt:204850 - http://www.motherjones.com/kevin-drum/2014/10/republicans-coming-strong-last-week-election

RS_2014-10.bz2.deduped.txt:206027 - http://www.motherjones.com/mojo/2014/10/nra-pennsylvania-pigeon-shoot-eat-dog

RS_2014-10.bz2.deduped.txt:206088 - http://www.motherjones.com/mojo/2014/02/edwin-edwards-louisiana-viagra-made-blood

RS_2014-10.bz2.deduped.txt:207320 - http://www.motherjones.com/kevin-drum/2014/10/quote-day-bush-would-have-punched-putin-nose

RS_2014-10.bz2.deduped.txt:207385 - http://www.motherjones.com/politics/2014/10/dudley-brown-guns-colorado-democrats

RS_2014-10.bz2.deduped.txt:207933 - http://www.motherjones.com/politics/1994/01/seconds-missing-half

RS_2014-10.bz2.deduped.txt:212999 - http://www.motherjones.com/politics/2011/03/denial-science-chris-mooney?utm_content=buffer00679&utm_medium=social&utm_source=twitter.com&utm_campaign=buffer

RS_2014-10.bz2.deduped.txt:213409 - http://www.motherjones.com/tom-philpott/2014/10/caliifornia-groundwater-withdrawal-china-india-middle-east

RS_2014-10.bz2.deduped.txt:213606 - http://motherjones.com/environment/2014/10/great-invisible-film-deepwater-horizon-bp-margaret-brown

RS_2014-10.bz2.deduped.txt:213668 - http://www.motherjones.com/politics/2014/10/joni-ernst-iowa-senate-bruce-braley

RS_2014-10.bz2.deduped.txt:221053 - http://www.motherjones.com/kevin-drum/2014/10/patriot-act-warrants-used-more-drugs-terrorism

RS_2014-10.bz2.deduped.txt:221355 - http://www.motherjones.com/politics/2014/10/evangelical-hobby-lobby-duck-dynasty-election

RS_2014-10.bz2.deduped.txt:222685 - http://m.motherjones.com/kevin-drum/2014/10/refusing-medicaid-expansion-costing-red-states-bundle

RS_2014-10.bz2.deduped.txt:224679 - http://www.motherjones.com/politics/2014/10/north-carolina-democrat-black-vote-kay-hagan

RS_v2_2010-10.xz.deduped.txt:182 - http://motherjones.com/mojo/2010/09/census-and-2012-shifting-map

RS_v2_2010-10.xz.deduped.txt:187 - http://motherjones.com/environment/2010/09/yellowstone-wolf-reintroduction

RS_v2_2010-10.xz.deduped.txt:985 - http://motherjones.com/politics/2010/09/tea-party-marijuana-legalization

RS_v2_2010-10.xz.deduped.txt:2058 - http://motherjones.com/kevin-drum/2010/09/counterintuitive-world

RS_v2_2010-10.xz.deduped.txt:2326 - http://motherjones.com/mojo/2010/09/guns-college-university-texas-concealed-carry

RS_v2_2010-10.xz.deduped.txt:6380 - http://motherjones.com/politics/2010/09/congress-corporate-sponsors

RS_v2_2010-10.xz.deduped.txt:6869 - http://motherjones.com/politics/2010/09/capitol-hill-top-corporate-sponsors

RS_v2_2010-10.xz.deduped.txt:8153 - http://motherjones.com/politics/2010/10/pat-toomey-derivatives-wall-street

RS_v2_2010-10.xz.deduped.txt:9349 - http://motherjones.com/politics/2010/10/unemployment-insurance-job-hunting

RS_v2_2010-10.xz.deduped.txt:9853 - http://motherjones.com/politics/2010/09/nixon-jack-anderson-mark-feldstein

RS_v2_2010-10.xz.deduped.txt:10156 - http://motherjones.com/blue-marble/2010/09/eggs-salmonella-cage-free

RS_v2_2010-10.xz.deduped.txt:10278 - http://m.motherjones.com/politics/2010/09/congress-corporate-sponsors

RS_v2_2010-10.xz.deduped.txt:11581 - http://motherjones.com/kevin-drum/2010/10/future-tea-parties

RS_v2_2010-10.xz.deduped.txt:13069 - http://motherjones.com/print/80856

RS_v2_2010-10.xz.deduped.txt:13470 - http://motherjones.com/mojo/2010/10/bush-immigration-judge-gay-asylum-seeker?utm_source=feedburner

RS_v2_2010-10.xz.deduped.txt:14096 - http://motherjones.com/politics/2010/10/judge-us-yes-really-torture-illegal

RS_v2_2010-10.xz.deduped.txt:15193 - http://motherjones.com/politics/2010/10/goolsbee-koch-industries-irs-scandal

RS_v2_2010-10.xz.deduped.txt:18684 - http://motherjones.com/environment/2010/10/interpol-carbon-trading-fraud

RS_v2_2010-10.xz.deduped.txt:18693 - http://motherjones.com/blog

RS_v2_2010-10.xz.deduped.txt:21612 - https://motherjones.com/mojo/2010/10/tea-party-patriots-tim-lahaye-evangelicals

RS_v2_2010-10.xz.deduped.txt:22206 - http://motherjones.com/mojo/2010/10/rights-groups-obama-no-you-cant-just-kill-citizens-whenever

RS_v2_2010-10.xz.deduped.txt:22312 - http://motherjones.com/politics/2010/10/prop-23-ab32-california-climate-bill

RS_v2_2010-10.xz.deduped.txt:23083 - http://motherjones.com/mojo/2010/10/palin-death-panels-newsmax-health-care

RS_v2_2010-10.xz.deduped.txt:23215 - http://motherjones.com/mojo/2010/10/dadt-halted-for-good-log-cabin-republican-gay

RS_v2_2010-10.xz.deduped.txt:25430 - http://motherjones.com/politics/2010/10/david-harmer-abolish-public-schools

RS_v2_2010-10.xz.deduped.txt:28855 - http://motherjones.com/media/2010/10/mark-boyle-moneyless-man-interview

RS_v2_2010-10.xz.deduped.txt:30095 - http://motherjones.com/kevin-drum/2010/10/new-normal

RS_v2_2010-10.xz.deduped.txt:33124 - http://motherjones.com/politics/2010/11/gay-kids-foster-homes-bullying

RS_v2_2010-10.xz.deduped.txt:34146 - http://motherjones.com/politics/2010/10/chris-lehmann-rich-people-things

RS_v2_2010-10.xz.deduped.txt:34943 - http://motherjones.com/mojo/2010/10/voter-registration-plummeting-amid-attacks-right

RS_v2_2010-10.xz.deduped.txt:34945 - http://motherjones.com/politics/2010/10/voter-fraud-tea-party

RS_v2_2010-10.xz.deduped.txt:34952 - http://motherjones.com/mojo/2010/10/joe-miller-handcuffs-reporter

RS_v2_2010-10.xz.deduped.txt:35154 - http://motherjones.com/blue-marble/2010/10/clean-cookstoves-jacob-moss

RS_v2_2010-10.xz.deduped.txt:35175 - http://motherjones.com/blue-marble/2010/10/condoms-porn-and-hiv

RS_v2_2010-10.xz.deduped.txt:35751 - http://motherjones.com/politics/2010/10/tea-party-mark-meckler-herbalife

RS_v2_2010-10.xz.deduped.txt:36661 - http://motherjones.com/blue-marble/2010/10/climate-change-perplexes-americans

RS_v2_2010-10.xz.deduped.txt:38263 - http://motherjones.com/mojo/2010/10/blackwater-andrew-moonen

RS_v2_2010-10.xz.deduped.txt:38819 - http://motherjones.com/politics/2010/10/david-harmer-abolish-public-schools?repostIknow

RS_v2_2010-10.xz.deduped.txt:39330 - http://motherjones.com/media/2010/09/rappers-and-libertarians-quiz

RS_v2_2010-10.xz.deduped.txt:39797 - http://motherjones.com/politics/2010/11/rand-paul-kentucky-media

RS_v2_2010-10.xz.deduped.txt:40243 - http://motherjones.com/politics/2010/10/vicky-hartzler-most-anti-gay-candidate-america

RS_v2_2010-10.xz.deduped.txt:40472 - http://motherjones.com/politics/2010/10/organizing-for-america-voter-privacy-fail

RS_v2_2010-10.xz.deduped.txt:41663 - http://motherjones.com/blue-marble/2010/10/whats-really-tampon-and-pad

RS_v2_2010-10.xz.deduped.txt:41976 - http://motherjones.com/riff/2010/10/germans-not-hot-tea-partys-hitler-references

RS_v2_2010-10.xz.deduped.txt:44370 - http://motherjones.com/politics/2010/08/pro-life-democrat-bart-stupak

RS_v2_2010-10.xz.deduped.txt:44375 - http://motherjones.com/politics/2010/10/joe-miller-gay-rights-terry-moffitt

RS_v2_2010-10.xz.deduped.txt:44401 - http://motherjones.com/mojo/2010/10/end-line-anti-abortion-dems

RS_v2_2010-10.xz.deduped.txt:45586 - http://motherjones.com/politics/2010/10/william-upski-wimsatt-tea-party

RS_v2_2010-10.xz.deduped.txt:45990 - http://motherjones.com/politics/2010/10/tea-party-election-spies

RS_v2_2010-10.xz.deduped.txt:46147 - http://motherjones.com/kevin-drum/2010/10/coming-mega-drought

RS_v2_2010-10.xz.deduped.txt:49567 - http://motherjones.com/blue-marble/2010/10/placebo-ingredients-drug-trials

RS_v2_2010-10.xz.deduped.txt:49695 - http://motherjones.com/politics/2010/11/obama-stimulus-story-david-corn

RS_v2_2010-10.xz.deduped.txt:49710 - http://motherjones.com/politics/2010/11/dinesh-dsouza-income-inequality

RS_v2_2010-10.xz.deduped.txt:50857 - http://motherjones.com/kevin-drum/2010/10/political-rage

RS_v2_2010-10.xz.deduped.txt:51873 - http://motherjones.com/politics/2010/10/ken-buck-rape-case

RS_v2_2010-10.xz.deduped.txt:51882 - http://motherjones.com/mojo/2010/10/open-court-reading-sexism

RS_v2_2010-10.xz.deduped.txt:52930 - http://motherjones.com/environment/2010/10/bp-atlantis-platform-ticking-time-bomb

RS_v2_2010-10.xz.deduped.txt:53154 - http://motherjones.com/special-reports/2010/11/attack-on-middle-class

RS_v2_2010-10.xz.deduped.txt:53616 - http://motherjones.com/kevin-drum/2010/10/how-gut-regulations-old-fashioned-way

RS_v2_2010-10.xz.deduped.txt:53995 - http://motherjones.com/politics/2010/11/galbraith-social-security-middle-class

RS_v2_2010-10.xz.deduped.txt:54097 - http://motherjones.com/mojo/2010/10/whats-killing-voter-registration-year

RS_v2_2010-10.xz.deduped.txt:57935 - http://motherjones.com/blue-marble/2010/10/world-growth-international-logging-lobbyists

RS_v2_2010-10.xz.deduped.txt:58454 - http://motherjones.com/mojo/2010/10/elderly-black-voter-fraud-texas

RS_v2_2010-10.xz.deduped.txt:58981 - http://motherjones.com/kevin-drum/2010/10/coddling-rich

RS_v2_2010-10.xz.deduped.txt:59202 - http://motherjones.com/media/2010/11/comic-book-slideshow/01

RS_v2_2005-08.xz.deduped.txt:289 - http://www.motherjones.com/commentary/columns/2005/08/hiroshima.html

RS_v2_2005-08.xz.deduped.txt:696 - http://www.motherjones.com/commentary/columns/2005/08/war_of_the_future.html

RS_2018-02.xz.deduped.txt:455 - https://www.motherjones.com/politics/2018/01/the-white-house-and-gop-keep-changing-their-story-on-the-nunes-memo/

RS_2018-02.xz.deduped.txt:634 - https://www.motherjones.com/environment/2017/06/monsanto-roundup-glyphosate-cancer-who/

RS_2018-02.xz.deduped.txt:1859 - https://www.motherjones.com/politics/2018/01/scott-pruitt-just-dealt-a-major-blow-to-clean-water-protections/

RS_2018-02.xz.deduped.txt:2100 - https://www.motherjones.com/kevin-drum/2018/01/ben-carson-keeps-it-all-in-the-family/

RS_2018-02.xz.deduped.txt:4972 - https://www.motherjones.com/politics/2018/02/the-terrifying-rise-of-alt-right-fight-clubs/

RS_2018-02.xz.deduped.txt:5283 - https://www.motherjones.com/environment/2018/02/an-urgent-crisis-of-leadership-climate-and-water-is-unfolding-in-south-africa/

RS_2018-02.xz.deduped.txt:9848 - https://www.motherjones.com/politics/2018/02/while-you-are-tweeting-about-the-nunes-memo-russia-is-plotting-its-midterms-attack/

RS_2018-02.xz.deduped.txt:9890 - https://www.motherjones.com/kevin-drum/2018/02/republicans-like-to-use-human-misery-as-a-bargaining-chip-maybe-its-time-for-that-to-stop/

RS_2018-02.xz.deduped.txt:10372 - https://www.motherjones.com/kevin-drum/2018/02/the-great-infrastructure-scam-of-2018/

RS_2018-02.xz.deduped.txt:11297 - https://www.motherjones.com/politics/2018/02/judge-strikes-down-felon-disenfranchisement-system-in-florida/

RS_2018-02.xz.deduped.txt:13843 - https://www.motherjones.com/politics/2018/02/one-of-the-most-influential-unions-in-texas-just-came-out-against-a-rising-democratic-contender/

RS_2018-02.xz.deduped.txt:14076 - https://www.motherjones.com/kevin-drum/2018/02/say-goodbye-to-your-tips/

RS_2018-02.xz.deduped.txt:20743 - https://www.motherjones.com/politics/2018/02/trumps-oil-buddy-convinced-him-to-open-alaska-for-drilling/

RS_2018-02.xz.deduped.txt:20785 - https://www.motherjones.com/politics/2018/02/here-is-the-first-error-we-found-in-the-nunes-memo-and-it-didnt-take-us-long/

RS_2018-02.xz.deduped.txt:20844 - https://www.motherjones.com/politics/2018/02/the-trump-administration-just-made-it-easier-for-banks-to-screw-over-minority-borrowers/

RS_2018-02.xz.deduped.txt:21411 - https://www.motherjones.com/politics/2018/02/democrats-say-republicans-who-released-the-memo-are-complicit-in-obstruction-of-justice/

RS_2018-02.xz.deduped.txt:22385 - https://www.motherjones.com/kevin-drum/2018/02/newt-wrote-the-playbook-25-years-ago-republicans-finally-have-a-quarterback-who-can-follow-it/

RS_2018-02.xz.deduped.txt:24396 - https://www.motherjones.com/politics/2018/02/the-flu-has-killed-37-children-so-far-this-year-but-scientists-who-study-it-still-have-to-beg-for-funds-1/

RS_2018-02.xz.deduped.txt:24412 - https://www.motherjones.com/kevin-drum/2018/02/an-updated-lead-crime-roundup-for-2018/

RS_2018-02.xz.deduped.txt:24554 - https://www.motherjones.com/politics/2018/02/the-nunes-memo-proves-one-thing-and-its-the-opposite-of-what-it-tries-to-prove/

RS_2018-02.xz.deduped.txt:25928 - https://www.motherjones.com/politics/2018/02/theres-a-brutal-new-campaign-ad-targeting-devin-nunes-and-his-memo/

RS_2018-02.xz.deduped.txt:26233 - https://www.motherjones.com/kevin-drum/2018/01/donald-trumps-i-am-not-a-moron-tour-a-report-card/

RS_2018-02.xz.deduped.txt:27150 - https://www.motherjones.com/media/2018/02/nunes-played-the-press-like-a-fiddle-why-do-journalists-keep-falling-for-this-trick/

RS_2018-02.xz.deduped.txt:29406 - https://www.motherjones.com/politics/2017/08/trump-nonstop-lies/

RS_2018-02.xz.deduped.txt:30609 - https://www.motherjones.com/food/2018/01/archer-daniels-midland-merger-bunge-soybeans-monsanto-farmers-grain

RS_2018-02.xz.deduped.txt:30801 - https://www.motherjones.com/politics/2018/02/heres-what-happens-when-trump-policy-comes-to-trump-country/

RS_2018-02.xz.deduped.txt:31218 - https://www.motherjones.com/politics/2018/02/paul-ryan-brags-about-giving-public-school-employee-1-50/

RS_2018-02.xz.deduped.txt:31366 - https://www.motherjones.com/politics/2018/02/best-book-on-immigration-comes-from-border-patrol-agent-francisco-cantu/

RS_2018-02.xz.deduped.txt:32040 - https://www.motherjones.com/kevin-drum/2018/02/in-shocker-deficit-explodes-yet-again-under-republican-rule/

RS_2018-02.xz.deduped.txt:32325 - https://www.motherjones.com/politics/2018/02/why-donald-trump-should-fear-norwegian-immigrants/

RS_2018-02.xz.deduped.txt:33019 - https://www.motherjones.com/crime-justice/2018/02/inside-the-top-secret-abortion-underground/

RS_2018-02.xz.deduped.txt:35785 - https://www.motherjones.com/crime-justice/2018/02/the-race-gap-in-u-s-prisons-is-glaring-and-poverty-is-making-it-worse/

RS_2018-02.xz.deduped.txt:40611 - https://www.motherjones.com/kevin-drum/2018/02/nunes-now-planning-to-shower-america-with-memos/

RS_2018-02.xz.deduped.txt:44138 - https://www.motherjones.com/politics/2018/02/the-next-special-election-is-flying-under-the-radar-thats-just-fine-for-democrats/

RS_2018-02.xz.deduped.txt:44689 - https://www.motherjones.com/politics/2018/02/republican-bill-would-treat-low-income-dreamers-as-criminals/
RS_2018-02.xz.deduped.txt:45724 - https://www.motherjones.com/politics/2018/02/republicans-fighting-to-protect-gerrymandering-in-pennsylvania-have-an-ethics-problem/
RS_2018-02.xz.deduped.txt:48152 - https://www.motherjones.com/kevin-drum/2018/02/new-paper-says-regulation-not-strangling-the-economy/
RS_2018-02.xz.deduped.txt:48709 - https://www.motherjones.com/politics/2018/02/supreme-court-clears-way-for-pennsylvania-to-draw-new-congressional-map/
RS_2018-02.xz.deduped.txt:50148 - https://www.motherjones.com/kevin-drum/2018/02/the-eagles-won-and-pennsylvanias-gerrymandering-is-finally-dead/
RS_2018-02.xz.deduped.txt:51081 - https://www.motherjones.com/politics/2018/01/deutsche-bank-reports-suspicious-activity-related-to-jared-kushners-accounts-1/
RS_2018-02.xz.deduped.txt:53452 - https://www.motherjones.com/environment/2018/02/study-mammals-may-be-better-equipped-to-adapt-to-climate-change/
RS_2018-02.xz.deduped.txt:54113 - https://www.motherjones.com/politics/2018/02/trump-supporters-spread-the-majority-of-phony-news-on-social-media/
RS_2018-02.xz.deduped.txt:54282 - https://www.motherjones.com/kevin-drum/2018/02/one-way-or-another-donald-trump-will-have-to-testify-about-russia/
RS_2018-02.xz.deduped.txt:55616 - https://www.motherjones.com/politics/2018/02/how-the-gop-pulled-me-into-its-war-on-the-fbi/
RS_2018-02.xz.deduped.txt:59266 - https://www.motherjones.com/kevin-drum/2018/02/notes-toward-a-postmodern-trump/
RS_2018-02.xz.deduped.txt:60440 - https://www.motherjones.com/kevin-drum/2018/02/trumpism-is-modern-republicanism/
RS_2018-02.xz.deduped.txt:61929 - https://www.motherjones.com/politics/2018/02/for-once-devin-nunes-could-face-a-bumpy-election-season/
RS_2018-02.xz.deduped.txt:63232 - https://www.motherjones.com/politics/2018/02/puerto-rico-might-ship-inmates-to-the-mainland-to-help-solve-its-budget-crisis/
RS_2018-02.xz.deduped.txt:63694 - https://www.motherjones.com/politics/2018/02/the-justice-department-has-apparently-debunked-the-gops-phony-uranium-one-scandal/
RS_2018-02.xz.deduped.txt:64804 - https://www.motherjones.com/politics/2018/02/the-justice-department-has-apparently-debunked-the-gops-phony-uranium-one-scandal
RS_2018-02.xz.deduped.txt:66120 - https://www.motherjones.com/crime-justice/2018/02/jeff-sessions-wont-crack-down-on-bad-policing-so-california-and-illinois-are-stepping-up/
RS_2018-02.xz.deduped.txt:67135 - https://www.motherjones.com/media/2018/02/woman-raped-charged-with-a-false-report-pulitzer-prize/
RS_2018-02.xz.deduped.txt:68306 - https://www.motherjones.com/crime-justice/2018/02/a-california-couple-abused-their-13-kids-and-weak-homeschooling-rules-helped-them-do-it/
RS_2018-02.xz.deduped.txt:72858 - https://www.motherjones.com/kevin-drum/2018/02/no-the-irs-did-not-target-conservatives-for-persecution/
RS_2018-02.xz.deduped.txt:76188 - https://www.motherjones.com/politics/2018/02/nancy-pelosi-just-crushed-it-with-the-longest-continuous-speech-in-house-history/
RS_2018-02.xz.deduped.txt:76468 - https://www.motherjones.com/politics/2018/02/the-guy-behind-the-bogus-immigration-report-has-a-long-history-of-terrible-and-misleading-research/
RS_2018-02.xz.deduped.txt:76798 - https://www.motherjones.com/kevin-drum/2018/02/lets-stop-lying-about-money/

RS_2018-02.xz.deduped.txt:77678 - https://www.motherjones.com/food/2018/02/blueberry-pickers-guest-worker-visas-threats-lawsuit/
RS_2018-02.xz.deduped.txt:80337 - https://www.motherjones.com/politics/2018/02/prepare-to-welcome-one-of-the-guys-behind-bushs-torture-memos-to-the-federal-bench/
RS_2018-02.xz.deduped.txt:83033 - https://www.motherjones.com/food/2018/02/california-snowpack-drought-aquifers-climate-change/
RS_2018-02.xz.deduped.txt:84717 - https://www.motherjones.com/politics/2018/02/now-devin-nunes-wants-to-build-a-literal-wall-in-the-intelligence-committee/
RS_2018-02.xz.deduped.txt:84888 - https://www.motherjones.com/kevin-drum/2018/02/a-citizens-guide-to-producing-great-scandals/
RS_2018-02.xz.deduped.txt:85141 - https://www.motherjones.com/kevin-drum/2018/02/rooney-entire-republican-staff-of-house-intelligence-committee-is-under-investigation/
RS_2018-02.xz.deduped.txt:85640 - https://www.motherjones.com/politics/2016/02/hillary-clinton-kissinger-vacation-dominican-republic-de-la-renta/
RS_2018-02.xz.deduped.txt:86646 - https://www.motherjones.com/politics/2018/02/jeff-sessions-says-marijuana-fuels-the-opioid-epidemic-study-after-study-finds-the-opposite/
RS_2018-02.xz.deduped.txt:87925 - https://www.motherjones.com/politics/2018/02/white-house-refuses-to-answer-when-john-kelly-knew-about-top-aides-abuse-allegations/
RS_2018-02.xz.deduped.txt:89023 - https://www.motherjones.com/politics/2018/02/the-guy-behind-the-bogus-immigration-report-has-a-long-history-of-terrible-and-misleading-research/?utm_content=bufferb9b73&utm_medium=social&utm_source=twitter.com&utm_campaign=buffer
RS_2018-02.xz.deduped.txt:89109 - https://www.motherjones.com/kevin-drum/2018/02/even-the-stock-market-likes-obama-better-than-trump/
RS_2018-02.xz.deduped.txt:90048 - https://www.motherjones.com/politics/2018/02/actually-the-us-has-a-rich-tradition-of-military-parades-but-normally-theyre-after-military-victories-and-stuff/
RS_2018-02.xz.deduped.txt:90762 - https://www.motherjones.com/politics/2018/02/russian-activist-alleges-new-link-between-the-kremlin-and-paul-manafort/
RS_2018-02.xz.deduped.txt:92703 - https://www.motherjones.com/politics/2018/02/millennials-survived-the-financial-crisis-now-theyre-unionizing-in-record-numbers/
RS_2018-02.xz.deduped.txt:94115 - https://www.motherjones.com/politics/2018/02/this-democratic-prosecutor-is-making-the-case-for-unseating-devin-nunes/
RS_2018-02.xz.deduped.txt:97150 - https://www.motherjones.com/kevin-drum/2018/02/obamacare-enrollment-dropped-3-4-percent-this-year/
RS_2018-02.xz.deduped.txt:97335 - https://www.motherjones.com/kevin-drum/2018/02/nyt-reporter-john-kelly-lies-a-lot/
RS_2018-02.xz.deduped.txt:97519 - https://www.motherjones.com/politics/2018/02/trump-on-aide-accused-of-domestic-abuse-we-hope-that-he-has-a-wonderful-career/
RS_2018-02.xz.deduped.txt:98399 - https://www.motherjones.com/politics/2018/02/donald-trump-joins-with-russian-bots-to-trash-mark-warner-on-twitter/
RS_2018-02.xz.deduped.txt:98533 - https://www.motherjones.com/politics/2018/02/lamar-smith-united-nations-glyphosate-monsanto-roundup-congress/
RS_2018-02.xz.deduped.txt:99035 - https://www.motherjones.com/politics/2018/02/donald-trump-has-a-long-history-of-defending-men-accused-of-sexual-assault/

RS_2018-02.xz.deduped.txt:99668 - Https://www.motherjones.com/politics/2018/02/house-intelligence-dems-this-russia-investigation-kind-of-sucks/

RS_2018-02.xz.deduped.txt:104617 - https://www.motherjones.com/environment/2018/02/solar-jobs-fell-for-the-first-time-in-7-years-in-2017-now-trump-could-make-it-worse/

RS_2018-02.xz.deduped.txt:105237 - https://www.motherjones.com/food/2018/02/chicken-poultry-price-broilers-tyson-perdue-lawsuits/

RS_2018-02.xz.deduped.txt:105278 - https://www.motherjones.com/politics/2018/02/trump-tweets-about-false-allegations-after-domestic-abuse-allegations-against-white-house-aide/

RS_2018-02.xz.deduped.txt:107088 - https://www.motherjones.com/politics/2018/02/donald-trumps-daca-tweet-gets-it-all-wrong/

RS_2018-02.xz.deduped.txt:107793 - https://www.motherjones.com/politics/2018/02/trump-tries-to-block-democratic-counter-memo-on-russia-investigation/

RS_2018-02.xz.deduped.txt:113339 - https://www.motherjones.com/politics/2018/02/white-house-aides-try-and-fail-to-fix-trumps-rob-porter-problem/

RS_2018-02.xz.deduped.txt:113530 - https://www.motherjones.com/politics/2018/02/devin-nunes-hates-the-media-so-much-he-made-his-own-news-site/

RS_2018-02.xz.deduped.txt:114770 - https://www.motherjones.com/politics/2018/02/pennsylvania-republicans-are-trying-to-replace-one-gerrymander-with-another/

RS_2018-02.xz.deduped.txt:120849 - https://www.motherjones.com/politics/2018/01/puerto-rico-to-investigate-if-the-islands-own-power-company-is-to-blame-for-continued-blackouts/

RS_2018-02.xz.deduped.txt:121633 - https://www.motherjones.com/environment/2018/01/report-the-trump-administration-really-has-very-little-use-for-scientists/

RS_2018-02.xz.deduped.txt:122242 - https://www.motherjones.com/environment/2018/02/epa-head-scott-pruitt-says-global-warming-may-help-humans-flourish/

RS_2018-02.xz.deduped.txt:122838 - https://www.motherjones.com/politics/2018/02/the-metoo-movement-is-coming-to-the-ballot-box-this-month/

RS_2018-02.xz.deduped.txt:124625 - https://www.motherjones.com/politics/2018/02/trumps-controversial-pick-to-run-the-2020-census-withdraws/

RS_2018-02.xz.deduped.txt:127212 - https://www.motherjones.com/environment/2018/02/this-ballot-measure-crazy-even-by-california-standards/

RS_2018-02.xz.deduped.txt:128177 - https://www.motherjones.com/politics/2018/02/after-the-hurricane-puerto-ricos-suicide-rates-spike/

RS_2018-02.xz.deduped.txt:131199 - https://www.motherjones.com/politics/2018/02/russia-is-trying-to-bury-this-video-and-they-might-shut-down-youtube-to-do-it/

RS_2018-02.xz.deduped.txt:131732 - https://www.motherjones.com/politics/2018/02/forget-infrastructure-week-start-your-monday-with-the-obamas-official-portraits/

RS_2018-02.xz.deduped.txt:134009 - https://www.motherjones.com/politics/2018/02/under-obamacare-mothers-have-better-prenatal-care-and-fewer-preterm-births/

RS_2018-02.xz.deduped.txt:134777 - https://www.motherjones.com/politics/2018/02/rob-porter-christopher-wray-fbi-timeline-abuse/

RS_2018-02.xz.deduped.txt:136425 - https://www.motherjones.com/politics/2018/02/the-mueller-investigation-has-showed-that-the-policing-of-foreign-lobbying-is-a-joke/

RS_2018-02.xz.deduped.txt:137959 -
https://www.motherjones.com/politics/2018/02/intelligence-chiefs-trump-has-not-directed-us-to-stop-russian-meddling/
RS_2018-02.xz.deduped.txt:139242 - https://www.motherjones.com/politics/2018/02/opioid-makers-funneled-millions-to-patient-advocacy-groups/
RS_2018-02.xz.deduped.txt:141549 - https://www.motherjones.com/politics/2018/02/a-second-federal-judge-just-blocked-trump-from-ending-daca/
RS_2018-02.xz.deduped.txt:144258 - https://www.motherjones.com/environment/2018/02/this-scientist-stands-between-scott-pruitt-and-the-destruction-of-the-epas-advisory-boards/
RS_2018-02.xz.deduped.txt:144681 - https://www.motherjones.com/politics/2018/02/devin-nunes-fake-news-site-suggests-male-privilege-doesnt-exist/
RS_2018-02.xz.deduped.txt:145432 - https://www.motherjones.com/politics/2018/02/even-the-presidents-lawyer-cant-get-responses-to-his-foia-requests/
RS_2018-02.xz.deduped.txt:147159 - https://www.motherjones.com/politics/2018/02/corporate-america-has-discovered-its-next-ad-slogan-metoo/
RS_2018-02.xz.deduped.txt:149394 - https://www.motherjones.com/politics/2018/02/trump-veterans-affairs-chief-took-his-wife-on-a-taxpayer-funded-vacation/
RS_2018-02.xz.deduped.txt:149899 - https://www.motherjones.com/politics/2018/02/ice-official-charged-with-stealing-immigrants-identities/
RS_2018-02.xz.deduped.txt:152602 - https://www.motherjones.com/politics/2018/02/trumps-anti-refugee-campaign-just-hit-a-new-low/
RS_2018-02.xz.deduped.txt:156006 - https://www.motherjones.com/politics/2018/02/trump-who-made-it-easier-for-mentally-ill-people-to-buy-guns-blames-mental-health-issues-for-florida-shooting/
RS_2018-02.xz.deduped.txt:156026 - https://www.motherjones.com/kevin-drum/2018/02/white-house-still-hasnt-settled-on-a-single-lie-about-rob-porter/
RS_2018-02.xz.deduped.txt:156264 - https://www.motherjones.com/environment/2018/02/the-water-stinks-for-many-rural-americans-the-only-choice-is-toxic/
RS_2018-02.xz.deduped.txt:156440 - https://www.motherjones.com/environment/2018/02/a-climate-caucus-has-turned-into-a-magnet-for-house-republicans-wait-what/?utm_source=EHN&utm_campaign=4200650bde-RSS_EMAIL_CAMPAIGN&utm_medium=email&utm_term=0_8573f35474-4200650bde-99389085
RS_2018-02.xz.deduped.txt:156745 - https://www.motherjones.com/politics/2018/02/sen-chris-murphy-slams-congress-inaction-on-gun-violence-after-florida-shooting/
RS_2018-02.xz.deduped.txt:158724 - https://www.motherjones.com/politics/2018/02/donald-trump-jr-just-liked-a-tweet-blaming-the-florida-shooting-on-the-russia-investigation/
RS_2018-02.xz.deduped.txt:159941 - https://www.motherjones.com/politics/2018/02/now-republicans-are-blaming-sanctuary-cities-for-the-opioid-epidemic/
RS_2018-02.xz.deduped.txt:160642 - https://www.motherjones.com/politics/2018/02/jeff-sessions-just-tried-to-blame-florida-school-shooting-on-gang-violence/
RS_2018-02.xz.deduped.txt:161118 - https://www.motherjones.com/politics/2012/07/mass-shootings-map/
RS_2018-02.xz.deduped.txt:163071 - https://www.motherjones.com/crime-justice/2018/02/suspected-florida-school-shooter-trained-with-white-supremacist-group-leader-says/

RS_2018-02.xz.deduped.txt:163456 - https://www.motherjones.com/politics/2017/07/my-daughter-was-murdered-in-a-mass-shooting-then-i-was-ordered-to-pay-her-killers-gun-dealer/
RS_2018-02.xz.deduped.txt:168335 - https://www.motherjones.com/politics/2018/02/campaign-workers-union-pushes-democrats-to-practice-what-they-preach/
RS_2018-02.xz.deduped.txt:168872 - https://www.motherjones.com/politics/2015/10/columbine-effect-mass-shootings-copycat-data/
RS_2018-02.xz.deduped.txt:169210 - https://www.motherjones.com/politics/2018/02/trump-who-singlehandedly-ended-daca-says-democrats-have-abandoned-dreamers/
RS_2018-02.xz.deduped.txt:169493 - https://www.motherjones.com/politics/2016/01/bernie-sanders-vote-gun-immunity-black-market/
RS_2018-02.xz.deduped.txt:171738 - https://www.motherjones.com/politics/2018/02/robert-mueller-just-indicted-13-russian-nationals-for-interfering-with-us-political-process/
RS_2018-02.xz.deduped.txt:172078 - https://www.motherjones.com/politics/2018/02/russians-tried-to-suppress-minority-turnout-spread-lies-about-voter-fraud/
RS_2018-02.xz.deduped.txt:173172 - https://www.motherjones.com/politics/2018/02/muellers-latest-indictment-shows-trump-has-helped-putin-cover-up-a-crime/
RS_2018-02.xz.deduped.txt:175500 - https://www.motherjones.com/crime-justice/2018/02/florida-shooting-suspect-took-part-in-training-program-that-received-nra-grant/
RS_2018-02.xz.deduped.txt:175504 - https://www.motherjones.com/politics/2018/02/a-major-texas-newspaper-just-told-ted-cruz-to-take-a-hike/
RS_2018-02.xz.deduped.txt:175995 - https://www.motherjones.com/politics/2018/02/did-an-identity-thief-in-california-help-russia-hack-the-election/
RS_2018-02.xz.deduped.txt:176223 - https://www.motherjones.com/politics/2018/02/its-awful-how-many-american-women-die-giving-birth-and-inexcusable-that-most-deaths-are-preventable/
RS_2018-02.xz.deduped.txt:178580 - https://www.motherjones.com/environment/2018/02/the-green-movement-is-lily-white-thats-a-problem/
RS_2018-02.xz.deduped.txt:180333 - https://www.motherjones.com/environment/2018/02/how-industry-has-taken-over-scott-pruitts-epa/
RS_2018-02.xz.deduped.txt:181590 - https://www.motherjones.com/politics/2018/02/i-cover-the-opioid-epidemic-full-time-ask-me-anything/
RS_2018-02.xz.deduped.txt:181707 - https://www.motherjones.com/politics/2018/02/outraged-students-demand-action-on-gun-violence-after-florida-massacre/
RS_2018-02.xz.deduped.txt:182003 - https://www.motherjones.com/politics/2018/02/muellers-indictment-of-13-russians-strikes-fear-into-the-trump-white-house/
RS_2018-02.xz.deduped.txt:182707 - https://www.motherjones.com/kevin-drum/2018/02/at-yosemite-its-all-about-the-light/
RS_2018-02.xz.deduped.txt:182923 - https://www.motherjones.com/politics/2012/12/mass-shootings-mother-jones-full-data/
RS_2018-02.xz.deduped.txt:183231 - https://www.motherjones.com/politics/2018/02/how-russia-exploited-black-lives-matter-sean-hannity-and-mass-shootings/
RS_2018-02.xz.deduped.txt:183386 - https://www.motherjones.com/politics/2006/01/americas-devils-game-extremist-islam/
RS_2018-02.xz.deduped.txt:183887 - https://www.motherjones.com/politics/2018/02/trump-blames-florida-school-shooting-on-russia-probe/
RS_2018-02.xz.deduped.txt:184973 - https://www.motherjones.com/environment/2018/02/why-growing-veggies-in-the-city-isnt-just-a-feel-good-exercise/

RS_2018-02.xz.deduped.txt:185422 - https://www.motherjones.com/politics/2018/02/escort-paul-manafort-sergey-prikhodko-nastya-rybka-oleg-deripaska/

RS_2018-02.xz.deduped.txt:185689 - https://www.motherjones.com/food/2018/02/trumps-epa-just-made-a-highly-unusual-concession-to-a-big-pesticide-company/

RS_2018-02.xz.deduped.txt:186976 - https://www.motherjones.com/politics/2018/02/a-republican-governor-just-called-for-a-ban-on-assault-weapons/

RS_2018-02.xz.deduped.txt:187953 - https://www.motherjones.com/politics/2018/02/a-white-man-shot-and-killed-her-only-son-now-lucy-mcbath-is-running-so-it-doesnt-happen-to-anyone-else/

RS_2018-02.xz.deduped.txt:190716 - https://www.motherjones.com/politics/2018/02/can-these-stoneman-douglas-high-school-students-finally-break-the-gun-control-deadlock/

RS_2018-02.xz.deduped.txt:191323 - https://www.motherjones.com/politics/2018/02/donald-trump-just-attacked-oprah/

RS_2018-02.xz.deduped.txt:192996 - https://www.motherjones.com/crime-justice/2018/02/trumps-budget-cuts-are-forcing-teachers-and-nurses-to-work-as-federal-prison-guards/

RS_2018-02.xz.deduped.txt:194099 - https://www.motherjones.com/environment/2018/02/a-cave-in-china-is-filled-with-exotic-plants-that-shouldnt-be-there-but-researchers-may-have-figured-out-why/

RS_2018-02.xz.deduped.txt:196457 - https://www.motherjones.com/kevin-drum/2018/02/donald-trump-is-americas-worst-2nd-worst-or-5th-worst-president/

RS_2018-02.xz.deduped.txt:197089 - https://www.motherjones.com/politics/2018/02/trump-is-officially-the-worst-president-ever/

RS_2018-02.xz.deduped.txt:200638 - https://www.motherjones.com/kevin-drum/2018/02/republicans-are-trying-out-a-shiny-new-excuse-for-the-great-kansas-failure/

RS_2018-02.xz.deduped.txt:204242 - https://www.motherjones.com/politics/2018/02/scott-pruitt-profile-epa-trump/

RS_2018-02.xz.deduped.txt:204275 - https://www.motherjones.com/environment/2018/02/its-been-one-year-of-amazing-scott-pruitt-accomplishments-all-of-them-horrible/

RS_2018-02.xz.deduped.txt:205046 - https://www.motherjones.com/environment/2018/02/heckler-or-security-threat-to-scott-pruitt-theyre-all-the-same/

RS_2018-02.xz.deduped.txt:207531 - https://www.motherjones.com/politics/2018/02/mueller-charges-russian-linked-lawyer-with-lying-to-the-fbi/

RS_2018-02.xz.deduped.txt:208453 - https://www.motherjones.com/politics/2018/02/the-right-is-attacking-the-survivors-of-the-florida-school-massacre/

RS_2018-02.xz.deduped.txt:214386 - https://www.motherjones.com/politics/2018/02/democrats-just-won-a-republican-seat-in-a-district-that-trump-won-by-49-points/

RS_2018-02.xz.deduped.txt:216140 - https://www.motherjones.com/environment/2018/02/usgs-interior-zinke-alaska/

RS_2018-02.xz.deduped.txt:217092 - https://www.motherjones.com/politics/2018/02/texas-democrat-candidate-surge/

RS_2018-02.xz.deduped.txt:217176 - https://www.motherjones.com/politics/2018/02/i-believe-facebook-hates-our-president-the-bizarre-crusade-of-a-republican-congressional-candidate-in-texas/

RS_2018-02.xz.deduped.txt:217621 - https://www.motherjones.com/kevin-drum/2018/02/no-trump-hasnt-been-harder-on-russia-than-obama/

RS_2018-02.xz.deduped.txt:218217 - https://www.motherjones.com/politics/2017/09/beto-orourke-democrats-texas-ted-cruz/

RS_2018-02.xz.deduped.txt:221567 - https://www.motherjones.com/kevin-drum/2018/02/republicans-are-having-second-thoughts-about-abandoning-tpp/

RS_2018-02.xz.deduped.txt:221925 - https://www.motherjones.com/politics/2018/02/the-2018-election-started-tuesday-with-one-jaw-dropping-stat/

RS_2018-02.xz.deduped.txt:222430 - https://www.motherjones.com/politics/2018/02/gut-wrenching-parkland-memorials-are-showing-up-all-over-the-country/

RS_2018-02.xz.deduped.txt:225041 - https://www.motherjones.com/politics/2018/02/trump-just-endorsed-arming-teachers-at-a-meeting-with-survivors/

RS_2018-02.xz.deduped.txt:225850 - https://www.motherjones.com/politics/2018/02/trump-drags-sessions-into-his-meltdown-over-russian-meddling/

RS_2018-02.xz.deduped.txt:226076 - https://www.motherjones.com/media/2016/10/black-panthers-50th-anniversary-photos-books/

RS_2018-02.xz.deduped.txt:226839 - https://www.motherjones.com/politics/2018/02/the-incredible-teenagers-from-stoneman-douglas-high-school-are-giving-america-the-conversation-about-guns-it-desperately-needs-to-have/

RS_2018-02.xz.deduped.txt:228906 - https://www.motherjones.com/politics/2018/02/election-security-is-a-high-priority-until-it-comes-to-paying-for-new-voting-machines/

RS_2018-02.xz.deduped.txt:228937 - https://www.motherjones.com/politics/2018/02/republicans-attempts-destroy-obamacare-have-not-succeeded-yet/

RS_2018-02.xz.deduped.txt:229290 - https://www.motherjones.com/politics/2018/02/the-government-banned-gun-violence-research-22-years-ago-this-senator-wants-to-put-an-end-to-it/

RS_2018-02.xz.deduped.txt:230394 - https://www.motherjones.com/politics/2018/02/teens-pour-into-the-streets-to-call-for-gun-control-after-florida-shooting/

RS_2018-02.xz.deduped.txt:230667 - https://www.motherjones.com/politics/2018/02/the-official-next-in-line-to-oversee-the-russia-probe-is-skeptical-of-special-counsels/

RS_2018-02.xz.deduped.txt:232382 - https://www.motherjones.com/politics/2018/02/republicans-file-last-ditch-supreme-court-appeal-over-pennsylvania-redistricting-map/

RS_2018-02.xz.deduped.txt:233134 - https://www.motherjones.com/kevin-drum/2018/02/staff-to-trump-say-i-hear-you-occasionally/

RS_2018-02.xz.deduped.txt:233189 - https://www.motherjones.com/politics/2018/02/trump-doubles-down-on-plan-to-arm-20-percent-of-teachers/

RS_2018-02.xz.deduped.txt:233810 - https://www.motherjones.com/politics/2018/02/obama-praises-young-activists-demanding-gun-control-after-florida/

RS_2018-02.xz.deduped.txt:235126 - https://www.motherjones.com/politics/2018/02/the-nras-plan-to-harden-schools-is-terrifying/

RS_2018-02.xz.deduped.txt:235529 - https://www.motherjones.com/politics/2018/02/this-democrat-doesnt-want-to-ban-assault-weapons-republicans-are-attacking-him-anyway/

RS_2018-02.xz.deduped.txt:235588 - https://www.motherjones.com/environment/2018/02/the-trump-administration-just-got-sued-over-an-unusual-mortality-event-in-the-ocean/

RS_2018-02.xz.deduped.txt:240950 - https://www.motherjones.com/politics/2018/02/doterra-young-living-multilevel-marketing-companies-got-autism-community-hooked-essential-oils/
RS_2018-02.xz.deduped.txt:241605 - https://www.motherjones.com/politics/2018/02/this-supreme-court-case-could-deliver-a-big-blow-to-public-service-unions/
RS_2018-02.xz.deduped.txt:244560 - https://www.motherjones.com/politics/2018/02/rick-gates-pleads-guilty/
RS_2018-02.xz.deduped.txt:246585 - https://www.motherjones.com/environment/2018/02/trump-clearly-doesnt-understand-anything-about-the-paris-climate-accord/
RS_2018-02.xz.deduped.txt:247050 - https://www.motherjones.com/politics/2018/02/kids-have-alway-fought-our-hardest-battles-gun-rights-are-no-different/
RS_2018-02.xz.deduped.txt:247417 - https://www.motherjones.com/politics/2018/02/a-grand-jury-just-indicted-former-trump-campaign-manager-paul-manafort-on-new-charges/
RS_2018-02.xz.deduped.txt:248721 - https://www.motherjones.com/media/2018/02/the-black-national-anthem-may-be-more-patriotic-than-the-star-spangled-banner/
RS_2018-02.xz.deduped.txt:248823 - https://www.motherjones.com/politics/2017/08/trump-election-commissioners-are-resisting-efforts-to-protect-elections-from-hacking/
RS_2018-02.xz.deduped.txt:249201 - https://www.motherjones.com/food/2018/02/trump-budget-food-stamps-cake-blue-apron-meal-kit/
RS_2018-02.xz.deduped.txt:254072 - https://www.motherjones.com/politics/2018/02/bernie-sanders-wants-to-be-a-kingmaker-in-the-race-for-congress/
RS_2018-02.xz.deduped.txt:255171 - https://www.motherjones.com/kevin-drum/2018/02/do-republicans-really-want-to-be-the-party-of-homer-simpson/
RS_2018-02.xz.deduped.txt:255321 - https://www.motherjones.com/politics/2018/02/conservative-writer-booed-for-criticizing-trump/
RS_2018-02.xz.deduped.txt:255429 - https://www.motherjones.com/politics/2018/02/the-democratic-memo-has-been-released-read-it-here/
RS_2018-02.xz.deduped.txt:257176 - https://www.motherjones.com/politics/2018/02/former-republican-chairman-is-done-with-racist-insults-from-his-own-party/
RS_2018-02.xz.deduped.txt:257296 - http://www.motherjones.com/politics/2018/02/doterra-young-living-multilevel-marketing-companies-got-autism-community-hooked-essential-oils/
RS_2018-02.xz.deduped.txt:257572 - https://www.motherjones.com/food/2018/02/trumps-usda-will-consider-work-requirements-for-food-stamps-recipients/
RS_2018-02.xz.deduped.txt:257781 - https://www.motherjones.com/politics/2018/02/a-convicted-sex-offender-was-the-face-of-a-new-trump-dating-site/
RS_2018-02.xz.deduped.txt:259435 - https://www.motherjones.com/politics/2018/02/trump-and-congress-are-making-it-easier-for-banks-and-companies-to-rip-off-black-people/
RS_2018-02.xz.deduped.txt:262670 - https://www.motherjones.com/politics/2018/02/a-new-poll-shows-a-dramatic-change-in-how-americans-view-gun-control/
RS_2018-02.xz.deduped.txt:263591 - https://www.motherjones.com/politics/2018/02/trump-campaign-fundraise-parkland-shooting-florida/
RS_2018-02.xz.deduped.txt:267564 - https://www.motherjones.com/politics/2018/02/this-year-democrats-are-actually-fighting-for-california-republicans-seats/
RS_2018-02.xz.deduped.txt:268405 - https://www.motherjones.com/politics/2018/02/florida-republican-lawmakers-are-calling-for-the-parkland-sheriff-to-be-suspended/

RS_2018-02.xz.deduped.txt:271710 - https://www.motherjones.com/environment/2018/02/scott-pruitt-is-gutting-the-epa-because-he-thinks-its-gods-plan/
RS_2018-02.xz.deduped.txt:271720 - https://www.motherjones.com/politics/2018/02/after-sandy-hook-the-nra-made-big-promises-about-a-new-school-safety-program-it-hasnt-done-much/
RS_2018-02.xz.deduped.txt:272103 - https://www.motherjones.com/politics/2018/02/federal-appeals-court-finds-anti-gay-workplace-discrimination-is-illegal/
RS_2018-02.xz.deduped.txt:272355 - https://www.motherjones.com/kevin-drum/2018/02/never-assume-an-election-is-in-the-bag/
RS_2018-02.xz.deduped.txt:274282 - https://www.motherjones.com/politics/2018/02/trumps-company-wont-say-how-much-it-made-from-foreign-governments-but-swears-it-gave-it-all-away/
RS_2018-02.xz.deduped.txt:274292 - https://www.motherjones.com/politics/2018/02/fedex-just-responded-to-gun-control-activists-calling-for-it-to-end-its-partnership-with-the-nra/
RS_2018-02.xz.deduped.txt:274299 - https://www.motherjones.com/politics/2018/02/wisconsin-democrats-sue-to-force-scott-walker-to-hold-constitutionally-required-elections/
RS_2018-02.xz.deduped.txt:275362 - https://www.motherjones.com/environment/2018/02/congressional-republicans-just-demanded-scott-pruitts-travel-records/
RS_2018-02.xz.deduped.txt:277881 - https://www.motherjones.com/kevin-drum/2018/02/surprise-corporate-tax-cuts-are-making-the-rich-even-richer/
RS_2018-02.xz.deduped.txt:279988 - https://www.motherjones.com/environment/2018/02/3-years-ago-we-all-laughed-at-james-inhofes-snowball-the-joke-was-on-us/
RS_2018-02.xz.deduped.txt:282745 - https://www.motherjones.com/kevin-drum/2018/02/scott-pruitt-kills-agency-that-studies-chemicals-harmful-to-children/
RS_2018-02.xz.deduped.txt:283576 - https://www.motherjones.com/politics/2018/02/bernie-sanders-son-is-running-for-congress-in-new-hampshire/
RS_2018-02.xz.deduped.txt:283950 - https://www.motherjones.com/crime-justice/2013/01/nra-membership-numbers/
RS_2018-02.xz.deduped.txt:284601 - https://www.motherjones.com/crime-justice/2018/02/how-does-chicago-make-200-million-a-year-on-parking-tickets-by-bankrupting-thousands-of-drivers/
RS_2018-02.xz.deduped.txt:285267 - https://www.motherjones.com/politics/2018/02/the-guy-trump-just-named-to-run-his-2020-campaign-has-been-interviewed-by-congress-on-russia/
RS_2018-02.xz.deduped.txt:285608 - https://www.motherjones.com/kevin-drum/2018/02/after-tax-bill-passes-corporations-reduce-spending-on-capital-goods/
RS_2018-02.xz.deduped.txt:286086 - https://www.motherjones.com/politics/2018/02/trumps-nsa-director-admits-us-hasnt-done-enough-to-deter-russian-hacking/
RS_2018-02.xz.deduped.txt:286202 - https://www.motherjones.com/politics/2018/02/supreme-court-reverses-decision-that-gives-immigrants-a-right-to-regular-bond-hearings/
RS_2018-02.xz.deduped.txt:287409 - https://www.motherjones.com/politics/2018/02/trump-appointees-tried-to-roll-back-workers-rights-but-then-elizabeth-warren-happened/
RS_2018-02.xz.deduped.txt:291931 - https://www.motherjones.com/kevin-drum/2018/02/jared-kushner-gets-demoted-to-the-kiddie-table/
RS_2018-02.xz.deduped.txt:292222 - https://www.motherjones.com/food/2018/02/neonicotinoid-pesticides-bird-migrations-bee-farmers-corn-soybeans/

RS_2018-02.xz.deduped.txt:292537 - https://www.motherjones.com/environment/2018/02/congress-just-got-a-whole-lot-of-fs-on-their-environmental-report-card/

RS_2018-02.xz.deduped.txt:293340 - https://www.motherjones.com/politics/2017/01/childbirth-injuries-prolapse-cesarean-section-natural-childbirth/

RS_2018-02.xz.deduped.txt:293512 - https://www.motherjones.com/politics/2018/02/students-fighting-to-make-abortion-services-mandatory-on-college-campuses-sb-320/

RS_2018-02.xz.deduped.txt:295846 - https://www.motherjones.com/politics/2018/02/trump-blasts-jeff-sessions-for-not-doing-more-to-investigate-dubious-allegations-of-fbi-misconduct/

RS_2018-02.xz.deduped.txt:297457 - https://www.motherjones.com/kevin-drum/2018/02/trump-investigate-the-fbi-not-the-russians/

RS_2018-02.xz.deduped.txt:297961 - https://www.motherjones.com/politics/2018/02/dicks-sporting-goods-to-stop-selling-assault-rifles/

RS_2018-02.xz.deduped.txt:298031 - https://www.motherjones.com/kevin-drum/2018/02/trumps-feeble-hurricane-response-probably-cost-nearly-a-thousand-lives-in-puerto-rico/

RS_2018-02.xz.deduped.txt:299553 - https://www.motherjones.com/environment/2018/02/trump-is-trying-to-repeal-obamas-clean-power-plan-and-people-are-pissed/

RS_2011-07.bz2.deduped.txt:79 - http://motherjones.com/mojo/2011/07/kansas-judge-blocks-abortion-clinic-regs

RS_2011-07.bz2.deduped.txt:362 - http://motherjones.com/kevin-drum/2011/07/fixing-deficit-doing-nothing

RS_2011-07.bz2.deduped.txt:744 - http://motherjones.com/print/115121

RS_2011-07.bz2.deduped.txt:809 - http://motherjones.com/kevin-drum/2011/06/winners-and-losers-great-recession

RS_2011-07.bz2.deduped.txt:901 - http://motherjones.com/print/121126

RS_2011-07.bz2.deduped.txt:935 - http://motherjones.com/kevin-drum/2011/07/what-if-you-held-class-war-and-no-one-showed

RS_2011-07.bz2.deduped.txt:1073 - http://motherjones.com/mojo/2011/07/tim-pawlenty-i-wish-id-shut-down-my-state-government-even-longer

RS_2011-07.bz2.deduped.txt:1415 - http://motherjones.com/mojo/2011/06/judge-blocks-south-dakota-abortion-counseling-law

RS_2011-07.bz2.deduped.txt:1810 - http://motherjones.com/mojo/2011/06/rick-perrys-prayerfest-only-christians-allowed#

RS_2011-07.bz2.deduped.txt:3386 - http://motherjones.com/blue-marble/2011/07/attack-cookie-cutter-shark

RS_2011-07.bz2.deduped.txt:3402 - http://motherjones.com/kevin-drum/2011/07/al-gore-and-referees

RS_2011-07.bz2.deduped.txt:4665 - http://motherjones.com/mojo/2011/06/colbert-pac-fec-viacom

RS_2011-07.bz2.deduped.txt:4980 - http://motherjones.com/mojo/2011/07/pelican-bay-hunger-strike-solitary

RS_2011-07.bz2.deduped.txt:5317 - http://motherjones.com/blue-marble/2011/07/peer-pressure-false-memories

RS_2011-07.bz2.deduped.txt:6369 - http://motherjones.com/print/116326

RS_2011-07.bz2.deduped.txt:7011 - http://m.motherjones.com/media/2011/06/parenting-tips-prison-guards

RS_2011-07.bz2.deduped.txt:7213 - http://motherjones.com/kevin-drum/2011/07/quote-day-sunblock-and-sexual-abuse

RS_2011-07.bz2.deduped.txt:8859 - http://motherjones.com/mojo/2010/12/what-caused-financial-crisis

RS_2011-07.bz2.deduped.txt:8962 - http://motherjones.com/tom-philpott/2011/07/are-pesticides-giving-you-diabetes

RS_2011-07.bz2.deduped.txt:9892 - http://motherjones.com/mojo/2011/07/michele-bachmann-redistricting-whopper-minnesota

RS_2011-07.bz2.deduped.txt:10283 - http://motherjones.com/kevin-drum/2011/07/wrecking-country-political-gain

RS_2011-07.bz2.deduped.txt:10365 - http://motherjones.com/politics/2011/05/indian-call-center-americanization

RS_2011-07.bz2.deduped.txt:10369 - http://motherjones.com/kevin-drum/2011/07/wall-street-yep-they-still-own-place

RS_2011-07.bz2.deduped.txt:11928 - http://motherjones.com/politics/2011/07/sex-selection-abortion-mara-hvistendahl

RS_2011-07.bz2.deduped.txt:13127 - http://motherjones.com/kevin-drum/2011/07/no-lets-not-slash-minimum-wage

RS_2011-07.bz2.deduped.txt:13280 - http://motherjones.com/blue-marble/2011/07/exxons-pipeline-problem

RS_2011-07.bz2.deduped.txt:13378 - http://motherjones.com/kevin-drum/2011/07/quote-day-bill-clinton-voter-id-laws

RS_2011-07.bz2.deduped.txt:13408 - http://motherjones.com/tom-philpott/2011/07/philly-sacrifices-26-school-kitchens-austerity-gods

RS_2011-07.bz2.deduped.txt:13748 - http://motherjones.com/mojo/2011/07/michele-bachmann-marcus-bachmann-problem-counseling

RS_2011-07.bz2.deduped.txt:14712 - http://motherjones.com/mojo/2011/07/michele-bachmann-marcus-bachmann-problem-counseling?utm_medium=twitter&utm_source=twitterfeed

RS_2011-07.bz2.deduped.txt:14763 - http://motherjones.com/politics/2011/05/indian-call-center-americanization?page=1

RS_2011-07.bz2.deduped.txt:15294 - http://motherjones.com/mojo/2011/07/fate-kansas-clinics-still-unclear

RS_2011-07.bz2.deduped.txt:16194 - http://motherjones.com/politics/2011/07/job-crisis-black-unemployment-rates

RS_2011-07.bz2.deduped.txt:16474 - http://motherjones.com/politics/2011/07/kbr-could-win-jamie-leigh-jones-rape-trial

RS_2011-07.bz2.deduped.txt:16508 - http://motherjones.com/mojo/2011/07/invisible-women-military-secret-gender-problem

RS_2011-07.bz2.deduped.txt:17390 - http://motherjones.com/rights-stuff/2011/07/collective-bargaining-ohio-budget

RS_2011-07.bz2.deduped.txt:17823 - http://motherjones.com/mojo/2011/07/unions-open-new-legal-fight-against-wisconsin-anti-union-bill

RS_2011-07.bz2.deduped.txt:18178 - http://motherjones.com/kevin-drum/2011/07/obama-ready-go-big-budget-deal

RS_2011-07.bz2.deduped.txt:18197 - http://motherjones.com/blue-marble/2011/07/new-climate-normal

RS_2011-07.bz2.deduped.txt:19401 - http://motherjones.com/print/114946

RS_2011-07.bz2.deduped.txt:19844 - http://motherjones.com/kevin-drum/2011/07/all-modern-politics-one-chart

RS_2011-07.bz2.deduped.txt:20153 - http://motherjones.com/politics/2011/07/tim-pawlenty-planned-parenthood-president

RS_2011-07.bz2.deduped.txt:20226 - http://motherjones.com/kevin-drum/2011/07/where-government-jobs-are

RS_2011-07.bz2.deduped.txt:20268 - http://motherjones.com/environment/2011/07/usda-deregulate-roundup-gmo-tom-philpott

RS_2011-07.bz2.deduped.txt:20831 - http://motherjones.com/kevin-drum/2011/07/economy-continues-suck-congress-continues-fiddle

RS_2011-07.bz2.deduped.txt:21473 - http://motherjones.com/mojo/2011/07/obama-executive-order-koch-eshoo

RS_2011-07.bz2.deduped.txt:21796 - http://motherjones.com/kevin-drum/2011/07/climate-change

RS_2011-07.bz2.deduped.txt:21979 - http://motherjones.com/mojo/2011/07/does-bobby-jindal-think-women-seeking-abortions-are-criminals

RS_2011-07.bz2.deduped.txt:22058 - http://motherjones.com/mojo/2011/07/tim-pawlentys-massive-whopper-obama-hasnt-accomplished-anything

RS_2011-07.bz2.deduped.txt:22870 - http://motherjones.com/politics/2011/07/bradley-manning-imprisonment-wikileaks

RS_2011-07.bz2.deduped.txt:24582 - http://motherjones.com/kevin-drum/2011/07/lost-car-lost-job-and-weekend-jail-thanks-chase

RS_2011-07.bz2.deduped.txt:24587 - http://motherjones.com/print/121836

RS_2011-07.bz2.deduped.txt:25310 - http://motherjones.com/mojo/2011/07/report-bachmann-clinic-performs-ex-gay-therapy?from_rss

RS_2011-07.bz2.deduped.txt:25314 - http://motherjones.com/mojo/2011/07/report-bachmann-clinic-performs-ex-gay-therapy

RS_2011-07.bz2.deduped.txt:26033 - http://motherjones.com/politics/2011/06/hormel-spam-pig-brains-disease?page=1

RS_2011-07.bz2.deduped.txt:27069 - http://m.motherjones.com/mojo/2011/07/report-bachmann-clinic-performs-ex-gay-therapy

RS_2011-07.bz2.deduped.txt:27075 - http://m.motherjones.com/politics/2011/05/indian-call-center-americanization

RS_2011-07.bz2.deduped.txt:27223 - http://motherjones.com/blue-marble/2011/07/mother-all-melts

RS_2011-07.bz2.deduped.txt:27889 - http://motherjones.com/kevin-drum/2011/07/quote-day-newts-recipe-success

RS_2011-07.bz2.deduped.txt:27929 - http://motherjones.com/blue-marble/2011/07/how-many-republicans-does-it-take-change-light-bulb

RS_2011-07.bz2.deduped.txt:27942 - http://motherjones.com/mojo/2011/07/bachmann-vows-end-nonexistent-federal-program

RS_2011-07.bz2.deduped.txt:28224 - http://motherjones.com/environment/2011/07/cost-increase-asthma-inhalers-expensive

RS_2011-07.bz2.deduped.txt:28905 - http://motherjones.com/mojo/2011/07/bachmann-vows-end-non-existant-federal-program

RS_2011-07.bz2.deduped.txt:29112 - http://motherjones.com/kevin-drum/2011/07/our-economic-woes-didnt-start-2008

RS_2011-07.bz2.deduped.txt:31107 - http://motherjones.com/print/122206

RS_2011-07.bz2.deduped.txt:31622 - http://motherjones.com/kevin-drum/2011/07/cia-gets-back-game

RS_2011-07.bz2.deduped.txt:31759 - http://motherjones.com/rights-stuff/2011/07/ohio-warehouse-temps-unemployment

RS_2011-07.bz2.deduped.txt:32241 - http://motherjones.com/mojo/2011/07/rick-perry-ally-statue-liberty-demonic-idol

RS_2011-07.bz2.deduped.txt:32606 - http://motherjones.com/mojo/2011/07/what-did-michele-bachmann-learn-at-oral-roberts-law-school

RS_2011-07.bz2.deduped.txt:33258 - http://motherjones.com/mojo/2011/07/flashback-rick-perry-also-thinks-were-being-enslaved

RS_2011-07.bz2.deduped.txt:33974 - http://motherjones.com/blue-marble/2011/07/large-study-confirms-bpa-affects-thyroid-function

RS_2011-07.bz2.deduped.txt:34326 - http://motherjones.com/mojo/2011/07/crossroads-gps-targets-senate-dems

RS_2011-07.bz2.deduped.txt:34333 - http://motherjones.com/mojo/2011/07/bachmann-camp-offers-more-questionable-slavery-claims

RS_2011-07.bz2.deduped.txt:34774 - http://motherjones.com/contributor/2011/07/michele-bachmann-guide-slavery

RS_2011-07.bz2.deduped.txt:35144 - http://motherjones.com/mojo/2011/07/progressive-groups-balanced-budget-amendment-terrible-idea

RS_2011-07.bz2.deduped.txt:35147 - http://motherjones.com/politics/2011/07/romney-pac-money-president-2012

RS_2011-07.bz2.deduped.txt:35918 - http://motherjones.com/blue-marble/2011/07/florida-tea-party-secret-manatee-conspiracy

RS_2011-07.bz2.deduped.txt:35927 - http://motherjones.com/kevin-drum/2011/07/chart-day-we-have-taxing-problem-not-spending-problem

RS_2011-07.bz2.deduped.txt:36025 - http://motherjones.com/politics/2011/07/budget-cuts-hysteria-legal-aid-poor

RS_2011-07.bz2.deduped.txt:36367 - http://motherjones.com/mojo/2011/07/obama-election-president-fundraise-2012

RS_2011-07.bz2.deduped.txt:36438 - http://motherjones.com/kevin-drum/2011/07/has-wall-street-given-boehner

RS_2011-07.bz2.deduped.txt:36689 - http://motherjones.com/mojo/2011/07/phony-democrats-vanquished-wi-recall-elections

RS_2011-07.bz2.deduped.txt:38084 - http://motherjones.com/mojo/2011/07/video-mojo-presses-bachmann-comment-gay-therapy-stories

RS_2011-07.bz2.deduped.txt:38428 - http://motherjones.com/kevin-drum/2011/07/its-now-official-gop-party-sixth-graders

RS_2011-07.bz2.deduped.txt:38667 - http://motherjones.com/mojo/2011/07/wisconsin-voter-suppression-abortion

RS_2011-07.bz2.deduped.txt:38822 - http://motherjones.com/kevin-drum/2011/07/protecting-rich

RS_2011-07.bz2.deduped.txt:38972 - http://motherjones.com/blue-marble/2011/07/bill-mckibben-global-warming-reader

RS_2011-07.bz2.deduped.txt:38979 - http://motherjones.com/kevin-drum/2011/07/moodys-ups-threat-level-orange

RS_2011-07.bz2.deduped.txt:39018 - http://motherjones.com/mojo/2011/07/hoyer-whips-balanced-budget-amendment

RS_2011-07.bz2.deduped.txt:39243 - http://motherjones.com/mojo/2011/07/tsa-blasted-congress-gao-security-breaches

RS_2011-07.bz2.deduped.txt:39463 - http://motherjones.com/contributor/2011/07/oregon-no-child-left-behind

RS_2011-07.bz2.deduped.txt:39467 - http://motherjones.com/contributor/2011/07/education-reform-paul-tough-geoffrey-canada

RS_2011-07.bz2.deduped.txt:39621 - http://motherjones.com/politics/2011/07/republican-financial-crisis-wallison-commission

RS_2011-07.bz2.deduped.txt:39827 - http://motherjones.com/mojo/2011/07/bachmanns-rally-anti-gay-heavy-metal-drummer-cancelled

RS_2011-07.bz2.deduped.txt:41481 - http://motherjones.com/kevin-drum/2011/07/republicans-disarray-film-11

RS_2011-07.bz2.deduped.txt:42459 - http://motherjones.com/mojo/2011/07/michele-bachmann-koch-brothers-2012

RS_2011-07.bz2.deduped.txt:42740 - http://motherjones.com/mojo/2011/07/court-decision-tsa-body-scanners

RS_2011-07.bz2.deduped.txt:42961 - http://motherjones.com/mojo/2011/07/tea-party-amy-kremer-debt-ceiling

RS_2011-07.bz2.deduped.txt:43156 - http://motherjones.com/kevin-drum/2011/07/incandescent-bulbs-not-banned-repeat-not-banned

RS_2011-07.bz2.deduped.txt:44019 - http://motherjones.com/kevin-drum/2011/07/implosion-eric-cantor

RS_2011-07.bz2.deduped.txt:44362 - http://motherjones.com/mojo/2011/07/will-congress-investigate-news-corp

RS_2011-07.bz2.deduped.txt:44366 - http://motherjones.com/mojo/2011/07/republicans-move-gut-clean-water-act

RS_2011-07.bz2.deduped.txt:44575 - http://motherjones.com/kevin-drum/2011/07/china-housing-bubble-update

RS_2011-07.bz2.deduped.txt:44585 - http://motherjones.com/tom-philpott/2011/07/menhaden-omega-protein-chesapeake

RS_2011-07.bz2.deduped.txt:44596 - http://motherjones.com/politics/2011/07/kbr-rape-verdict-franken-contracting-law

RS_2011-07.bz2.deduped.txt:44856 - http://m.motherjones.com/mojo/2011/07/bachmanns-rally-anti-gay-heavy-metal-drummer-cancelled

RS_2011-07.bz2.deduped.txt:46318 - http://motherjones.com/blue-marble/2011/07/gem-week-forget-8-glasses-water-day

RS_2011-07.bz2.deduped.txt:46579 - http://motherjones.com/mojo/2011/07/soylent-greenbacks-david-brooks-wants-some-people-die-debt-reduction

RS_2011-07.bz2.deduped.txt:47415 - http://motherjones.com/politics/1994/09/usarms
RS_2011-07.bz2.deduped.txt:49269 - http://motherjones.com/kevin-drum/2011/07/getting-inside-republican-mind
RS_2011-07.bz2.deduped.txt:50435 - http://motherjones.com/media/2004/11/eve-ensler-good-bodies-and-bad-politics
RS_2011-07.bz2.deduped.txt:51460 - http://motherjones.com/mixed-media/2011/06/us-army-military-rock-bands
RS_2011-07.bz2.deduped.txt:51574 - http://motherjones.com/kevin-drum/2011/07/screwing-consumers-one-filibuster-time
RS_2011-07.bz2.deduped.txt:51849 - http://motherjones.com/mojo/2011/07/obama-elizabeth-warren-cfpb-cordray-senate
RS_2011-07.bz2.deduped.txt:52522 - http://motherjones.com/blue-marble/2011/07/hybrid-prius-fuel-gas
RS_2011-07.bz2.deduped.txt:53823 - http://motherjones.com/mixed-media/2011/07/manute-bol-biography
RS_2011-07.bz2.deduped.txt:54248 - http://motherjones.com/mojo/2011/07/free-birth-control-abortion-healthcare
RS_2011-07.bz2.deduped.txt:54813 - http://motherjones.com/tom-philpott/2011/07/roundup-sec-investigates-monsanto
RS_2011-07.bz2.deduped.txt:55246 - http://motherjones.com/politics/2011/07/michele-bachmann-home-school-fundraising
RS_2011-07.bz2.deduped.txt:55352 - http://motherjones.com/kevin-drum/2011/07/michele-bachmanns-headaches
RS_2011-07.bz2.deduped.txt:57214 - http://motherjones.com/blue-marble/2011/07/greenwash-organic-bottled-water
RS_2011-07.bz2.deduped.txt:57231 - http://motherjones.com/kevin-drum/2011/07/40-less-government-will-be-fun
RS_2011-07.bz2.deduped.txt:58744 - http://motherjones.com/politics/2011/07/climate-change-food-crisis-price-bread-political-instability
RS_2011-07.bz2.deduped.txt:59382 - http://motherjones.com/politics/2011/07/doug-johnson-national-right-to-life
RS_2011-07.bz2.deduped.txt:59406 - http://motherjones.com/environment/2011/07/yellowstone-oil-spill-montana
RS_2011-07.bz2.deduped.txt:59790 - http://motherjones.com/mojo/2011/07/paul-ryan-wine-tasting-protest-wisconsin
RS_2011-07.bz2.deduped.txt:59792 - http://motherjones.com/blue-marble/2011/07/new-weather-extremes
RS_2011-07.bz2.deduped.txt:60378 - http://motherjones.com/mojo/2011/07/rick-perry-distances-himself-new-apostolic-reformation-the-response
RS_2011-07.bz2.deduped.txt:63185 - http://motherjones.com/politics/2011/07/herman-cain-campaign-ritz-carlton-president
RS_2011-07.bz2.deduped.txt:63390 - http://motherjones.com/mojo/2011/07/tom-coburn-defense-cuts
RS_2011-07.bz2.deduped.txt:63870 - http://motherjones.com/mojo/2011/07/rick-perry-pal-oprah-triggering-antichrist

RS_2011-07.bz2.deduped.txt:64475 - http://motherjones.com/mojo/2011/07/global-gag-rule-back

RS_2011-07.bz2.deduped.txt:64581 - http://motherjones.com/politics/2011/07/lobbyists-working-in-congress

RS_2011-07.bz2.deduped.txt:64792 - http://motherjones.com/politics/2011/07/trentadue-fbi-oklahoma-city-bombing-evidence

RS_2011-07.bz2.deduped.txt:66673 - http://motherjones.com/mojo/2011/07/lynne-blankenbeker-union-shoot-new-hampshire

RS_2011-07.bz2.deduped.txt:66688 - http://motherjones.com/politics/2011/07/ron-paul-texas-federal-spending-pork

RS_2011-07.bz2.deduped.txt:67170 - http://motherjones.com/blue-marble/2011/07/thanks-cooling-volcanic-parasols

RS_2011-07.bz2.deduped.txt:67536 - http://motherjones.com/kevin-drum/2011/07/gridlock-greece

RS_2011-07.bz2.deduped.txt:67947 - http://motherjones.com/kevin-drum/2011/07/nato-running-low-blow-uppable-sites

RS_2011-07.bz2.deduped.txt:68005 - http://motherjones.com/politics/2011/07/anders-behring-breiviks-online-comments

RS_2011-07.bz2.deduped.txt:68491 - http://motherjones.com/kevin-drum/2011/07/amazons-scorched-earth-fight-against-everyone

RS_2011-07.bz2.deduped.txt:68987 - http://motherjones.com/mojo/2011/04/rick-perry-asks-texans-pray-rain

RS_2011-07.bz2.deduped.txt:70889 - http://motherjones.com/tom-philpott/2011/07/monsanto-superweeds-roundup

RS_2011-07.bz2.deduped.txt:71559 - http://motherjones.com/kevin-drum/2011/07/republicans-and-deficit-narrative

RS_2011-07.bz2.deduped.txt:72740 - http://motherjones.com/politics/2011/07/late-term-abortion-29-weeks-dana-weinstein

RS_2011-07.bz2.deduped.txt:72743 - http://motherjones.com/politics/2011/07/michele-bachmann-teen-suicide

RS_2011-07.bz2.deduped.txt:72812 - http://motherjones.com/mojo/2011/07/what-rick-pery-learned-ron-paul

RS_2011-07.bz2.deduped.txt:74157 - http://motherjones.com/blue-marble/2011/07/disney-sumatran-tiger-indonesia-asia-pulp-paper

RS_2011-07.bz2.deduped.txt:74557 - http://motherjones.com/kevin-drum/2011/07/translating-standard-poors

RS_2011-07.bz2.deduped.txt:75213 - http://motherjones.com/politics/2011/07/burl-cain-angola-prison

RS_2011-07.bz2.deduped.txt:75614 - http://motherjones.com/politics/2011/07/global-economy-bric-crash-great-recession

RS_2011-07.bz2.deduped.txt:76046 - http://motherjones.com/politics/2011/07/michele-bachmann-teen-suicide?page=1

RS_2011-07.bz2.deduped.txt:76148 - http://motherjones.com/blue-marble/2011/07/statistical-value-human-life

RS_2011-07.bz2.deduped.txt:77108 - http://motherjones.com/mojo/2011/07/michele-bachmann-hair-make-up-bill

RS_2011-07.bz2.deduped.txt:77199 - http://motherjones.com/kevin-drum/2011/07/david-brooks-vs-david-brooks

RS_2011-07.bz2.deduped.txt:77261 - http://motherjones.com/print/114951

RS_2011-07.bz2.deduped.txt:77938 - http://motherjones.com/blue-marble/2011/07/more-budget-cuts-enviro-programs

RS_2011-07.bz2.deduped.txt:78642 - http://motherjones.com/blue-marble/2011/07/tim-dechristopher-mckibben-energy

RS_2011-07.bz2.deduped.txt:78658 - http://motherjones.com/tom-philpott/2011/07/organic-agriculture

RS_2011-07.bz2.deduped.txt:78915 - http://motherjones.com/contributor/2011/07/planned-parenthood-clinic-bombed-whodunit

RS_2011-07.bz2.deduped.txt:79154 - http://motherjones.com/photoessays/2008/03/aryan-outfitters-01

RS_2011-07.bz2.deduped.txt:79182 - http://motherjones.com/blue-marble/2011/07/climate-change-side-plague-please

RS_2011-07.bz2.deduped.txt:79771 - http://motherjones.com/politics/2011/07/debt-ceiling-boehner-blank-check-lie

RS_2011-07.bz2.deduped.txt:80471 - http://motherjones.com/mojo/2011/07/bachmann-anti-gay-ally-bradlee-dean-sues-rachel-maddow-50-million

RS_2011-07.bz2.deduped.txt:80925 - http://motherjones.com/blue-marble/2011/07/house-gop-uranium-mining-grand-canyon

RS_2011-07.bz2.deduped.txt:81100 - http://m.motherjones.com/politics/2011/07/burl-cain-angola-prison

RS_2011-07.bz2.deduped.txt:81215 - http://motherjones.com/mojo/2011/07/allen-west-peter-leitner-muslim-brotherhood

RS_2011-07.bz2.deduped.txt:81836 - http://motherjones.com/blue-marble/2011/07/new-normal-billion-dollar-disasters

RS_2011-07.bz2.deduped.txt:81959 - http://motherjones.com/kevin-drum/2011/07/51-zombie-lie

RS_2011-07.bz2.deduped.txt:82721 - http://motherjones.com/contributor/2011/07/russian-diplomat-gop-senators-are-cold-war-monsters

RS_2011-07.bz2.deduped.txt:83786 - http://motherjones.com/contributor/2011/07/watch-rick-scotts-cnn-implosion-video

RS_2011-07.bz2.deduped.txt:84700 - http://motherjones.com/blue-marble/2011/07/study-find-cancer-rates-higher-communities-near-mtr-sites

RS_2011-07.bz2.deduped.txt:84851 - http://motherjones.com/mojo/2011/07/government-budget-vs-family-budget

RS_2011-07.bz2.deduped.txt:84867 - http://motherjones.com/tom-philpott/2011/07/chesapeake-dead-zone-agriculture

RS_2011-07.bz2.deduped.txt:85581 - http://motherjones.com/mojo/2011/07/republicans-halt-obama-immigration

RS_2011-07.bz2.deduped.txt:85582 - http://motherjones.com/mojo/2011/07/airlines-appear-be-only-winners-budget-debates

RS_2011-07.bz2.deduped.txt:85696 - http://motherjones.com/mojo/2011/07/campaign-watchdogs-strike-back

RS_2011-07.bz2.deduped.txt:86836 - http://motherjones.com/mojo/2011/07/indian-nikki-haley-says-she-is-white%20

RS_2011-07.bz2.deduped.txt:87246 - http://motherjones.com/kevin-drum/2011/07/inflating-away-debt

RS_2011-07.bz2.deduped.txt:87944 - http://motherjones.com/tom-philpott/2011/07/what-usda-doesnt-want-you-know-about-antibiotics-and-factory-farms

RS_2011-07.bz2.deduped.txt:88225 - http://motherjones.com/politics/2011/07/veterans-home-war-facing-eviction-foreclosure-mills

RS_2011-07.bz2.deduped.txt:88228 - http://motherjones.com/politics/2011/07/tim-pawlenty-anti-bullying-bill-veto

RS_2011-07.bz2.deduped.txt:88230 - http://motherjones.com/kevin-drum/2011/07/what-do-republicans-want

RS_2011-07.bz2.deduped.txt:88279 - http://motherjones.com/mojo/2011/07/why-texas-china-west-rick-perry

RS_2011-07.bz2.deduped.txt:88438 - http://motherjones.com/mojo/2011/07/week-national-insecurity-debtageddon-edition

RS_2011-07.bz2.deduped.txt:88715 - http://motherjones.com/kevin-drum/2011/07/gut-check-time-john-boehner

RS_2011-07.bz2.deduped.txt:88994 - http://motherjones.com/kevin-drum/2011/07/there-zero-equivalence-here

RS_2011-07.bz2.deduped.txt:89402 - http://motherjones.com/mojo/2011/07/how-debt-default-threatens-national-security

RS_2011-07.bz2.deduped.txt:89857 - http://motherjones.com/mojo/2011/07/koch-americans-prosperity-wisconsin-recall

RS_2011-07.bz2.deduped.txt:89859 - http://motherjones.com/mojo/2011/07/far-right-hate-groups-like-facebook

RS_2011-07.bz2.deduped.txt:89971 - http://motherjones.com/politics/2011/07/foreclosure-mediation-maryland

RS_2011-07.bz2.deduped.txt:90724 - http://motherjones.com/mojo/2011/07/tea-party-leaders-gop-should-ignore

RS_2011-07.bz2.deduped.txt:91241 - http://motherjones.com/mojo/2011/07/indian-nikki-haley-says-she-is-white

RS_2011-07.bz2.deduped.txt:91337 - http://motherjones.com/environment/2011/07/charles-monnett-polar-bear-scientist

RS_2011-07.bz2.deduped.txt:92196 - http://motherjones.com/blue-marble/2011/07/dolphins-regeneration-superpowers

RS_2011-07.bz2.deduped.txt:93311 - http://motherjones.com/politics/2011/07/baseball-war-american-pastime-red-sox

RS_2011-09.bz2.deduped.txt:485 - http://motherjones.com/politics/2011/09/rick-perry-prison-privatization

RS_2011-09.bz2.deduped.txt:496 - http://motherjones.com/kevin-drum/2011/09/republican-war-voting

RS_2011-09.bz2.deduped.txt:1078 - http://motherjones.com/environment/2011/09/texas-drought-fracking-water

RS_2011-09.bz2.deduped.txt:1108 - http://motherjones.com/politics/2011/08/public-option-it-lives-california

RS_2011-09.bz2.deduped.txt:1111 - http://motherjones.com/politics/2011/09/michigan-republican-privatize-teacher-public-education

RS_2011-09.bz2.deduped.txt:3469 - http://motherjones.com/kevin-drum/2011/08/att-merger-and-overseas-travelers

RS_2011-09.bz2.deduped.txt:3483 - http://motherjones.com/kevin-drum/2011/08/graphic-day-hospital-infections

RS_2011-09.bz2.deduped.txt:4728 - http://motherjones.com/mojo/2011/09/rick-perry-death-penalty-duane-buck

RS_2011-09.bz2.deduped.txt:4838 - http://motherjones.com/kevin-drum/2011/09/trillion-dollars-infrastructure

RS_2011-09.bz2.deduped.txt:5716 - http://motherjones.com/mojo/2011/09/contractor-waste-iraq-KBR

RS_2011-09.bz2.deduped.txt:6972 - http://motherjones.com/blue-marble/2011/09/and-irene-makes-10

RS_2011-09.bz2.deduped.txt:6992 - http://motherjones.com/mojo/2011/09/obama-doj-cracks-down-protestors-blocking-abortion-clinics

RS_2011-09.bz2.deduped.txt:7280 - http://motherjones.com/mojo/2011/09/25-giant-corporations-paid-their-ceos-more-uncle-sam

RS_2011-09.bz2.deduped.txt:7281 - http://motherjones.com/kevin-drum/2011/09/it-stealing-or-sharing

RS_2011-09.bz2.deduped.txt:7385 - http://motherjones.com/mojo/2011/09/how-perry-pushed-donors-nuclear-waste-dump

RS_2011-09.bz2.deduped.txt:7653 - http://motherjones.com/blue-marble/2011/09/millions-are-starving-horn-africa

RS_2011-09.bz2.deduped.txt:9079 - http://motherjones.com/tom-philpott/2011/09/brazils-soy-frontier-hops-atlantic-africa

RS_2011-09.bz2.deduped.txt:9711 - http://motherjones.com/tom-philpott/2011/08/south-africa-wine-human-rights

RS_2011-09.bz2.deduped.txt:10228 - http://motherjones.com/mojo/2011/09/chart-happy-labor-day-if-youre-ceo

RS_2011-09.bz2.deduped.txt:10727 - http://motherjones.com/mojo/2011/09/10-labor-day-statistics

RS_2011-09.bz2.deduped.txt:13274 - http://motherjones.com/mojo/2011/09/mitt-romney-concord-tea-party

RS_2011-09.bz2.deduped.txt:13826 - http://motherjones.com/mojo/2011/09/utah-jim-matheson-sharon-eagar

RS_2011-09.bz2.deduped.txt:15437 - http://motherjones.com/politics/2011/09/exclusive-audio-koch-brothers-seminar-tapes

RS_2011-09.bz2.deduped.txt:15444 - http://motherjones.com/mojo/2011/09/koch-brothers-million-dollar-donor-club

RS_2011-09.bz2.deduped.txt:15453 - http://motherjones.com/mojo/2011/09/romney-job-chart-fraud

RS_2011-09.bz2.deduped.txt:15734 - http://motherjones.com/mojo/2011/09/report-perry-super-pac-expects-raise-55-million

RS_2011-09.bz2.deduped.txt:16252 - http://motherjones.com/tom-philpott/2011/09/methyl-iodide-pesticide-strawberries

RS_2011-09.bz2.deduped.txt:16538 - http://motherjones.com/media/2011/08/interview-better-this-world-brandon-darby

RS_2011-09.bz2.deduped.txt:17395 - http://motherjones.com/politics/2011/09/exclusive-audio-koch-brothers-seminar-tapes#

RS_2011-09.bz2.deduped.txt:17870 - http://motherjones.com/mojo/2011/09/koch-brothers-million-dollar-donor-club?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+|+MoJoBlog%29

RS_2011-09.bz2.deduped.txt:18999 - http://motherjones.com/kevin-drum/2011/09/racial-resentment-and-tea-party

RS_2011-09.bz2.deduped.txt:19291 - http://motherjones.com/politics/2011/09/audio-chris-christie-koch-brothers-seminar?page=2

RS_2011-09.bz2.deduped.txt:19296 - http://motherjones.com/mojo/2011/09/michele-bachmann-pastor-bashed-mormonism

RS_2011-09.bz2.deduped.txt:19637 - http://motherjones.com/kevin-drum/2011/09/views-differ-shape-earth-climate-edition

RS_2011-09.bz2.deduped.txt:20074 - http://motherjones.com/kevin-drum/2011/09/republicans-are-crazy-and-nobody-cares-part-754

RS_2011-09.bz2.deduped.txt:20335 - http://motherjones.com/blue-marble/2011/09/nobel-winners-call-obama-reject-keystone-xl

RS_2011-09.bz2.deduped.txt:20357 - http://motherjones.com/kevin-drum/2011/09/republicans-are-lunatics-and-nobody-cares-part-754

RS_2011-09.bz2.deduped.txt:20580 - http://motherjones.com/mojo/2011/09/fox-news-paranoid-alternate

RS_2011-09.bz2.deduped.txt:21078 - http://motherjones.com/mojo/2011/09/geoff-morrell-bp-pr

RS_2011-09.bz2.deduped.txt:21080 - http://motherjones.com/politics/2011/09/audio-chris-christie-koch-brothers-seminar

RS_2011-09.bz2.deduped.txt:22888 - http://motherjones.com/mojo/2011/09/usda-texas-citizens-are-nations-second-hungriest?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+|+MoJoBlog%29

RS_2011-09.bz2.deduped.txt:23958 - http://motherjones.com/mojo/2011/09/life-rick-perry-told-through-taiwanese-animation

RS_2011-09.bz2.deduped.txt:25350 - http://motherjones.com/blue-marble/2011/09/shmeat-synthetic-vitro-meat

RS_2011-09.bz2.deduped.txt:25554 - http://motherjones.com/blue-marble/2011/09/what-global-warming-looks

RS_2011-09.bz2.deduped.txt:25872 - http://motherjones.com/mojo/2011/09/drought-worsened-rick-perry-slashed-fire-fighting-spending

RS_2011-09.bz2.deduped.txt:26179 - http://motherjones.com/mojo/2011/09/national-review-blogger-discovers-gay-lawyers-doj

RS_2011-09.bz2.deduped.txt:26448 - http://motherjones.com/mojo/2011/09/romney-immigration-all-over-place

RS_2011-09.bz2.deduped.txt:26714 - http://motherjones.com/kevin-drum/2011/09/and-now-brief-word-aclu

RS_2011-09.bz2.deduped.txt:26916 - http://motherjones.com/mojo/2011/09/abortion-debate-coming-bumper-near-you

RS_2011-09.bz2.deduped.txt:27025 - http://motherjones.com/tom-philpott/2011/09/california-agriculture-too-productive-our-own-good

RS_2011-09.bz2.deduped.txt:27608 - http://motherjones.com/environment/2011/09/rick-perry-texas-wildfires

RS_2011-09.bz2.deduped.txt:27613 - http://motherjones.com/mojo/2011/09/whelan-national-review-DOJ-gay

RS_2011-09.bz2.deduped.txt:27618 - http://motherjones.com/politics/2011/09/9-11-attacks-anniversary

RS_2011-09.bz2.deduped.txt:27756 - http://motherjones.com/kevin-drum/2011/09/fortress-america

RS_2011-09.bz2.deduped.txt:29661 - http://motherjones.com/environment/2011/09/oil-speculators-goldman-sachs

RS_2011-09.bz2.deduped.txt:30281 - http://motherjones.com/mojo/2011/09/republicans-austerity-voting

RS_2011-09.bz2.deduped.txt:30551 - http://motherjones.com/kevin-drum/2011/09/cheyne-stokes-breathing-eurozone

RS_2011-09.bz2.deduped.txt:30571 - http://motherjones.com/mojo/2011/09/mixed-bag-south-dakota-abortion-script-decision

RS_2011-09.bz2.deduped.txt:30888 - http://motherjones.com/mojo/2011/09/week-national-insecurity-911-remembrance-edition

RS_2011-09.bz2.deduped.txt:31213 - http://motherjones.com/kevin-drum/2011/09/how-about-some-infrastructure-spending

RS_2011-09.bz2.deduped.txt:31655 - http://motherjones.com/tom-philpott/2011/09/monsanto-superinsects-eating-your-corn-diversify

RS_2011-09.bz2.deduped.txt:32759 - http://motherjones.com/blue-marble/2011/09/mountain-gorillas-rules-engagement

RS_2011-09.bz2.deduped.txt:35251 - http://motherjones.com/kevin-drum/2011/09/race-and-tea-party

RS_2011-09.bz2.deduped.txt:35587 - http://motherjones.com/blue-marble/2011/09/most-anti-environment-congress-ever

RS_2011-09.bz2.deduped.txt:35613 - http://motherjones.com/blue-marble/2011/09/newborn-la-nina-illustrated-guide

RS_2011-09.bz2.deduped.txt:35937 - http://motherjones.com/politics/2011/09/unemployed-armies-great-recession-99ers

RS_2011-09.bz2.deduped.txt:36346 - http://motherjones.com/kevin-drum/2011/09/republicans-and-their-demons

RS_2011-09.bz2.deduped.txt:36407 - http://motherjones.com/kevin-drum/2011/09/last-refuge-scoundrel

RS_2011-09.bz2.deduped.txt:36473 - http://motherjones.com/politics/2011/09/law-changes-from-9-11

RS_2011-09.bz2.deduped.txt:36922 - http://motherjones.com/politics/2011/09/rick-perry-juvie-record-texas-youth-commission

RS_2011-09.bz2.deduped.txt:38650 - http://motherjones.com/mojo/2011/09/vaccine-expert-problem-people-michele-bachmann

RS_2011-09.bz2.deduped.txt:38739 - http://motherjones.com/mojo/2011/09/grassley-attacks-civil-rights-division-hiring-civil-rights-attorneys

RS_2011-09.bz2.deduped.txt:38958 - http://motherjones.com/kevin-drum/2011/09/how-much-poverty-there-really

RS_2011-09.bz2.deduped.txt:39079 - http://motherjones.com/mojo/2011/09/wall-streets-worst-nightmare%E2%80%94elizabeth-warren-announce-senate-candidacy

RS_2011-09.bz2.deduped.txt:39416 - http://motherjones.com/mojo/2011/09/rick-perry-free-up-wall-street

RS_2011-09.bz2.deduped.txt:39818 - http://motherjones.com/mojo/2011/09/great-gop-medicare-lie?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2011-09.bz2.deduped.txt:40434 - http://motherjones.com/politics/2009/03/meet-parents-dark-side-overseas-adoption

RS_2011-09.bz2.deduped.txt:40631 - http://motherjones.com/mojo/2011/09/usa-lost-tons-nuclear-weapon-uranium?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2011-09.bz2.deduped.txt:41221 - http://motherjones.com/mojo/2011/09/michigan-republican-teacher-greedy-union

RS_2011-09.bz2.deduped.txt:41730 - http://motherjones.com/mojo/2011/09/usa-lost-tons-nuclear-weapon-uranium

RS_2011-09.bz2.deduped.txt:41866 - http://motherjones.com/blue-marble/2011/09/legal-defense-fund-climate-scientists

RS_2011-09.bz2.deduped.txt:41881 - http://motherjones.com/politics/2011/09/feds-downplayed-ground-zero-911-health-risks

RS_2011-09.bz2.deduped.txt:41882 - http://motherjones.com/tom-philpott/2011/09/monsanto-denies-superinsect-science

RS_2011-09.bz2.deduped.txt:42994 - http://motherjones.com/mojo/2011/09/us-marshals-not-watching-their-assets

RS_2011-09.bz2.deduped.txt:43160 - http://motherjones.com/politics/2011/09/gop-electoral-college-plan-beat-obama-2012

RS_2011-09.bz2.deduped.txt:43546 - http://motherjones.com/kevin-drum/2011/09/inflection-point-2000

RS_2011-09.bz2.deduped.txt:43576 - http://motherjones.com/mojo/2011/09/dems-ny-9-loss-no-big-deal

RS_2011-09.bz2.deduped.txt:43858 - http://motherjones.com/politics/2011/09/census-bureau-shocking-poverty-stats

RS_2011-09.bz2.deduped.txt:45590 - http://motherjones.com/tom-philpott/2011/09/usda-stands-meat-insustry-e-coli

RS_2011-09.bz2.deduped.txt:45595 - http://motherjones.com/mojo/2011/09/great-gop-medicare-lie

RS_2011-09.bz2.deduped.txt:45959 - http://motherjones.com/kevin-drum/2011/09/rick-perrys-price-revealed

RS_2011-09.bz2.deduped.txt:46148 - http://motherjones.com/politics/2011/09/hey-gop-2012ers-you-lie

RS_2011-09.bz2.deduped.txt:46951 - http://motherjones.com/blue-marble/2011/09/tea-partiers-light-rail-national-security-risk

RS_2011-09.bz2.deduped.txt:46973 - http://motherjones.com/politics/2011/09/mitt-romney-nu-skin-mormon-church

RS_2011-09.bz2.deduped.txt:47274 - http://motherjones.com/blue-marble/2011/09/incredible-shrinking-greenland

RS_2011-09.bz2.deduped.txt:47330 - http://motherjones.com/mojo/2011/09/limbaugh-michael-moore-bill-maher-convergence

RS_2011-09.bz2.deduped.txt:47881 - http://motherjones.com/kevin-drum/2011/09/getting-more-women-run-office

RS_2011-09.bz2.deduped.txt:47937 - http://motherjones.com/politics/2011/09/halt-act-deport-domestic-violence-victims

RS_2011-09.bz2.deduped.txt:48748 - http://motherjones.com/mojo/2011/09/why-expanding-colleges-wont-fix-income-inequality

RS_2011-09.bz2.deduped.txt:48751 - http://motherjones.com/mojo/2011/09/bachmann-adviser-calls-bachmann-out-vaccines

RS_2011-09.bz2.deduped.txt:48755 - http://motherjones.com/politics/2011/09/rick-perry-teacher-pension-fund

RS_2011-09.bz2.deduped.txt:48830 - http://motherjones.com/mojo/2011/09/clarence-thomas-latest-ethics-trouble

RS_2011-09.bz2.deduped.txt:49405 - http://motherjones.com/kevin-drum/2011/09/its-circular-firing-squad-season-capitol-hill

RS_2011-09.bz2.deduped.txt:49657 - http://motherjones.com/kevin-drum/2011/09/everybody-hates-everybody-else

RS_2011-09.bz2.deduped.txt:51808 - http://motherjones.com/mojo/2011/09/michele-bachmann-old-testament-jonathan-homosexual

RS_2011-09.bz2.deduped.txt:51855 - http://motherjones.com/mojo/2011/09/scalia-getting-skeptical-about-death-penalty

RS_2011-09.bz2.deduped.txt:51892 - http://motherjones.com/mojo/2011/09/liberals-fight-tea-party-constitution-day

RS_2011-09.bz2.deduped.txt:52092 - http://motherjones.com/mojo/2011/09/rick-perry-honorary-texans-beck-limbaugh-hannity-palin

RS_2011-09.bz2.deduped.txt:53327 - http://motherjones.com/mojo/2011/09/gop-back-health-care-gutting-business

RS_2011-09.bz2.deduped.txt:53977 - http://motherjones.com/blue-marble/2011/09/evangelicals-rally-mercury-rules

RS_2011-09.bz2.deduped.txt:54335 - http://motherjones.com/kevin-drum/2011/09/no-compromise-no-surrender

RS_2011-09.bz2.deduped.txt:54487 - http://motherjones.com/mojo/2011/09/ron-pauls-health-solutions-fail

RS_2011-09.bz2.deduped.txt:54523 - http://motherjones.com/tom-philpott/2011/09/un-wall-street-speculation-fuels-global-hunger

RS_2011-09.bz2.deduped.txt:55030 - http://motherjones.com/photoessays/2011/09/wadi-fukin-palestine/01

RS_2011-09.bz2.deduped.txt:55440 - http://motherjones.com/kevin-drum/2011/09/how-talk-about-solyndra

RS_2011-09.bz2.deduped.txt:55569 - http://motherjones.com/tom-philpott/2011/09/expensive-guns-and-cheap-food-global-economy-one-chart

RS_2011-09.bz2.deduped.txt:55807 - http://motherjones.com/politics/2011/09/america-oil-declining-alternate-energy-sources

RS_2011-09.bz2.deduped.txt:56116 - http://motherjones.com/media/2011/09/practical-college-degree-job-market

RS_2011-09.bz2.deduped.txt:56118 - http://motherjones.com/mojo/2011/09/super-committee-congress-lobbyist-donation-fundraiser

RS_2011-09.bz2.deduped.txt:57167 - http://motherjones.com/kevin-drum/2011/09/googles-ceo-speaks-some-home-truths

RS_2011-09.bz2.deduped.txt:58130 - http://motherjones.com/mojo/2011/09/cia-investigating-its-collaboration-nypd

RS_2011-09.bz2.deduped.txt:58131 - http://motherjones.com/mojo/2011/09/rick-perry-transparency-boring

RS_2011-09.bz2.deduped.txt:59006 - http://motherjones.com/mojo/2011/09/6-dumb-arguments-against-taxing-rich-explained

RS_2011-09.bz2.deduped.txt:59113 - http://motherjones.com/blue-marble/2011/09/solyndra-vs-military-boondoggles

RS_2011-09.bz2.deduped.txt:59255 - http://motherjones.com/politics/2011/09/us-special-operations-forces-75-countries

RS_2011-09.bz2.deduped.txt:60347 - http://motherjones.com/mojo/2011/09/michele-bachmann-obama-mubarak-arab-spring?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+|+MoJoBlog%29

RS_2011-09.bz2.deduped.txt:61229 - http://motherjones.com/kevin-drum/2011/09/paul-ryan-insults-our-intelligence-yet-again

RS_2011-09.bz2.deduped.txt:62335 - http://motherjones.com/kevin-drum/2011/09/who-will-tend-machines-tend-machines

RS_2011-09.bz2.deduped.txt:63126 - http://motherjones.com/kevin-drum/2011/09/which-larry-summers-has-his-consciousness-raised

RS_2011-09.bz2.deduped.txt:63365 - http://motherjones.com/kevin-drum/2011/09/great-regulation-charade

RS_2011-09.bz2.deduped.txt:64978 - http://motherjones.com/kevin-drum/2011/09/conservative-medicare-plan-liberals-could-love

RS_2011-09.bz2.deduped.txt:65651 - http://motherjones.com/politics/2011/09/breitbart-error-global-warming

RS_2011-09.bz2.deduped.txt:65654 - http://motherjones.com/mojo/2011/09/professional-islamophobe-angry-fbi-discontinued-anti-muslim-counterterrorism-training

RS_2011-09.bz2.deduped.txt:65659 - http://motherjones.com/rights-stuff/2011/09/pope-vatican-sex-abuse-trial

RS_2011-09.bz2.deduped.txt:66322 - http://motherjones.com/blue-marble/2011/09/bps-oil-still-out-there

RS_2011-09.bz2.deduped.txt:66390 - http://motherjones.com/kevin-drum/2011/09/threatening-fed

RS_2011-09.bz2.deduped.txt:66416 - http://motherjones.com/mojo/2011/09/dc-district-court-upholds-voting-rights-act

RS_2011-09.bz2.deduped.txt:67746 - http://motherjones.com/politics/2011/09/rick-perry-txu-environment-coal-president

RS_2011-09.bz2.deduped.txt:67863 - http://motherjones.com/mojo/2011/09/its-official-obama-has-deported-more-million-unauthorized-immigrants

RS_2011-09.bz2.deduped.txt:68351 - http://motherjones.com/kevin-drum/2011/09/endless-war-becomes-ever-more-endless

RS_2011-09.bz2.deduped.txt:68893 - http://motherjones.com/politics/2011/09/virginia-abortion-building-rules

RS_2011-09.bz2.deduped.txt:69494 - http://motherjones.com/kevin-drum/2011/09/gop-country-drop-dead

RS_2011-09.bz2.deduped.txt:69835 - http://motherjones.com/environment/2011/09/what-you-need-know-about-famine-horn-africa-backgrounder

RS_2011-09.bz2.deduped.txt:70067 - http://motherjones.com/kevin-drum/2011/09/zombie-lies-taxes-and-small-businesses

RS_2011-09.bz2.deduped.txt:70171 - http://motherjones.com/mojo/2011/09/american-poverty-statistics

RS_2011-09.bz2.deduped.txt:70286 - http://motherjones.com/blue-marble/2011/09/chart-climate-change-spin-cycle

RS_2011-09.bz2.deduped.txt:70504 - http://motherjones.com/kevin-drum/2011/09/poll-half-all-government-wasted

RS_2011-09.bz2.deduped.txt:70542 - http://motherjones.com/kevin-drum/2011/09/great-16-dollar-muffin-myth

RS_2011-09.bz2.deduped.txt:71086 - http://motherjones.com/politics/2011/02/income-inequality-in-america-chart-graph?ref=nf

RS_2011-09.bz2.deduped.txt:71175 - http://motherjones.com/mojo/2011/09/rick-perry-florida-co-chair-gays-cause-tornadoes-pam-olsen

RS_2011-09.bz2.deduped.txt:72679 - http://motherjones.com/politics/2011/09/job-regulations-job-killers-debunked

RS_2011-09.bz2.deduped.txt:72852 - http://motherjones.com/politics/2011/09/rick-perry-bryan-shaw-climate-change-denier

RS_2011-09.bz2.deduped.txt:74074 - http://motherjones.com/politics/2011/09/gi-bill-for-profit-colleges

RS_2011-09.bz2.deduped.txt:74473 - http://motherjones.com/mojo/2011/09/plaintiff-anti-dadt-case-slams-santorum

RS_2011-09.bz2.deduped.txt:74516 - http://motherjones.com/politics/2011/09/rupert-murdoch-news-corp-wireless-generation-education

RS_2011-09.bz2.deduped.txt:74524 - http://motherjones.com/mojo/2011/09/most-awful-question-thursdays-debate

RS_2011-09.bz2.deduped.txt:76517 - http://motherjones.com/mojo/2011/09/gop-contenders-get-pass-dont-ask-dont-tell

RS_2011-09.bz2.deduped.txt:76751 - http://motherjones.com/politics/2011/09/cell-phones-distracted-driving-texting-safety

RS_2011-09.bz2.deduped.txt:76754 - http://motherjones.com/politics/2011/09/rick-perry-endorser-sold-kids-homosexuals

RS_2011-09.bz2.deduped.txt:76772 - http://motherjones.com/kevin-drum/2011/09/rick-perry-pakistanor-something

RS_2011-09.bz2.deduped.txt:76803 - http://motherjones.com/mojo/2011/09/michele-bachmann-gop-debate-whopper-approval-rating

RS_2011-09.bz2.deduped.txt:77221 - http://motherjones.com/kevin-drum/2011/09/john-boehner-and-lunatic-fringe

RS_2011-09.bz2.deduped.txt:77919 - http://motherjones.com/blue-marble/2011/09/image-week-salty-ocean

RS_2011-09.bz2.deduped.txt:78799 - http://m.motherjones.com/kevin-drum/2011/09/power-flat-out-lies

RS_2011-09.bz2.deduped.txt:79563 - http://motherjones.com/kevin-drum/2011/09/power-flat-out-lies

RS_2011-09.bz2.deduped.txt:80561 - http://motherjones.com/politics/2011/09/fox-news-google-gop-debate-orlando

RS_2011-09.bz2.deduped.txt:81945 - http://motherjones.com/blue-marble/2011/01/big-changes-north-atlantic-currents

RS_2011-09.bz2.deduped.txt:83641 - http://motherjones.com/mojo/2011/09/will-south-rise-again-voting-rights-edition

RS_2011-09.bz2.deduped.txt:84502 - http://motherjones.com/mojo/2011/09/doj-texas-redistricting-discriminatory

RS_2011-09.bz2.deduped.txt:84505 - http://motherjones.com/mojo/2011/09/michele-bachmann-straw-poll-florida

RS_2011-09.bz2.deduped.txt:84739 - http://m.motherjones.com/mixed-media/2011/09/sam-childers-machine-gun-preacher

RS_2011-09.bz2.deduped.txt:85030 - http://motherjones.com/politics/2011/09/corporate-donations-redistricting-influence

RS_2011-09.bz2.deduped.txt:85168 - http://motherjones.com/kevin-drum/2011/09/rick-perrys-sarah-palin-problem-0

RS_2011-09.bz2.deduped.txt:85182 - http://motherjones.com/mojo/2011/09/bahrain-united-states-weapon-sale

RS_2011-09.bz2.deduped.txt:86330 - http://motherjones.com/mojo/2011/09/occupy-wall-street

RS_2011-09.bz2.deduped.txt:86728 - http://motherjones.com/mixed-media/2011/09/chris-christie-vetoes-snooki-subsidy-jersey-shore

RS_2011-09.bz2.deduped.txt:88605 - http://motherjones.com/politics/2011/09/abortion-mississippi-les-riley

RS_2011-09.bz2.deduped.txt:88736 - http://motherjones.com/blue-marble/2011/09/gulf-fish-hammered-bp-oil

RS_2011-09.bz2.deduped.txt:88803 - http://motherjones.com/mojo/2011/09/san-francisco-takes-crisis-pregnancy-centers

RS_2011-09.bz2.deduped.txt:90089 - http://motherjones.com/mojo/2011/09/republican-group-denies-muslim-american

RS_2011-09.bz2.deduped.txt:92140 - http://motherjones.com/mojo/2011/09/tea-party-poll-unpopular

RS_2011-09.bz2.deduped.txt:92496 - http://motherjones.com/politics/2011/09/hb-56-alabama-immigration-law

RS_2011-09.bz2.deduped.txt:93817 - http://motherjones.com/mojo/2011/09/coal-baron-hosts-perry-party?utm_source=twitterfeed

RS_2011-09.bz2.deduped.txt:94627 - http://motherjones.com/mojo/2011/09/scott-walker-recall-rules-wisconsin

RS_2011-09.bz2.deduped.txt:94639 - http://motherjones.com/mojo/2011/09/schools-say-no-tea-party-constitution-lessons

RS_2011-09.bz2.deduped.txt:94775 - http://motherjones.com/mojo/2011/09/mitt-romney-share-stage-anti-muslim-radio-show-host

RS_2011-09.bz2.deduped.txt:94780 - http://motherjones.com/politics/2011/09/baghdad-peter-van-buren-we-meant-well

RS_2011-09.bz2.deduped.txt:94783 - http://motherjones.com/mojo/2011/09/recession-induced-homelessness-about-skyrocket

RS_2011-09.bz2.deduped.txt:96144 - http://motherjones.com/politics/2011/09/bosco-ntaganda-congo-warlord

RS_2011-09.bz2.deduped.txt:97123 - http://motherjones.com/politics/2011/09/wikileaks-classified-information-state-department-investigates-employee

RS_2011-09.bz2.deduped.txt:97414 - http://motherjones.com/tom-philpott/2011/09/dan-rather-bee-pesticide

RS_2011-09.bz2.deduped.txt:97956 - http://motherjones.com/mojo/2011/09/us-citizen-anwar-al-awlaki-killed

RS_2011-09.bz2.deduped.txt:100262 - http://motherjones.com/mojo/2011/09/schools-say-no-tea-party-constitution-lessons?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2011-09.bz2.deduped.txt:100286 - http://motherjones.com/kevin-drum/2011/09/coming-soon-tea-party-recession-2011

RS_2011-09.bz2.deduped.txt:100297 - http://motherjones.com/politics/2011/09/baghdad-peter-van-buren-we-meant-well?page=1

RS_v2_2009-10.xz.deduped.txt:1554 - http://www.motherjones.com/kevin-drum/2009/09/revisiting-banker-pay-0

RS_v2_2009-10.xz.deduped.txt:1696 - http://www.motherjones.com/kevin-drum/2009/09/wall-streets-latest-trick

RS_v2_2009-10.xz.deduped.txt:1733 - http://www.motherjones.com/mojo/2009/10/chamber-commerce-climate-civil-war-continues

RS_v2_2009-10.xz.deduped.txt:1748 - http://www.motherjones.com/politics/2009/09/neil-barofsky-TARP-watchdog

RS_v2_2009-10.xz.deduped.txt:2291 - http://www.motherjones.com/mojo/2009/10/white-house-signals-afghan-exit-strategy

RS_v2_2009-10.xz.deduped.txt:6918 - http://www.motherjones.com/mojo/2009/10/obama-and-afghanistan-you-cant-handle-truth

RS_v2_2009-10.xz.deduped.txt:8913 - http://www.motherjones.com/politics/2009/11/bank-buster-elizabeth-warren

RS_v2_2009-10.xz.deduped.txt:9081 - http://www.motherjones.com/mojo/2009/10/why-are-these-green-companies-still-us-chamber-commerce

RS_v2_2009-10.xz.deduped.txt:11909 - http://www.motherjones.com/mojo/2009/10/mayor-palomas-another-casualty-drug-war

RS_v2_2009-10.xz.deduped.txt:12218 - http://www.motherjones.com/riff/2009/09/conde-nast-conspiracy

RS_v2_2009-10.xz.deduped.txt:17070 - http://www.motherjones.com/mojo/2009/10/femimint-hygiene-mints

RS_v2_2009-10.xz.deduped.txt:17455 - http://www.motherjones.com/blue-marble/2009/10/sea-snot-climate-change

RS_v2_2009-10.xz.deduped.txt:19143 - http://www.motherjones.com/politics/2009/07/how-you-finance-goldman-sachs%E2%80%99-profits#a

RS_v2_2009-10.xz.deduped.txt:20966 - http://www.motherjones.com/kevin-drum/2009/10/paying-bailout

RS_v2_2009-10.xz.deduped.txt:21333 - http://www.motherjones.com/kevin-drum/2009/10/make-mine-unleaded

RS_v2_2009-10.xz.deduped.txt:21966 - http://www.motherjones.com/mojo/2009/10/yes-men-punk-chamber

RS_v2_2009-10.xz.deduped.txt:22528 - http://www.motherjones.com/politics/2009/10/tape-bolton-israel-should-nuke-iran

RS_v2_2009-10.xz.deduped.txt:24992 - http://www.motherjones.com/politics/2009/10/hank-paulson-goldman-sachs-secret-meeting

RS_v2_2009-10.xz.deduped.txt:26046 - http://www.motherjones.com/politics/2009/10/obama-coup

RS_v2_2009-10.xz.deduped.txt:27634 - http://www.motherjones.com/environment/2009/11/agents-climate-change

RS_v2_2009-10.xz.deduped.txt:30129 - http://www.motherjones.com/environment/2009/11/copenhagen-too-hot-handle

RS_v2_2009-10.xz.deduped.txt:32347 - http://www.motherjones.com/blue-marble/2009/10/fiji-water-burning-trash

RS_v2_2009-10.xz.deduped.txt:34942 - http://www.motherjones.com/media/2009/10/zombie-zeitgeist-why-undead-corpses-are-dominating-box-office

RS_v2_2009-10.xz.deduped.txt:36290 - http://www.motherjones.com/environment/2009/10/chamber-commerce-smaller-it-appears

RS_v2_2009-10.xz.deduped.txt:36832 - http://www.motherjones.com/mojo/2009/10/22-things-dick-cheney-cant-remember-about-plame-case

RS_v2_2009-10.xz.deduped.txt:36859 - http://www.motherjones.com/mojo/2009/10/note-matt-continetti-liz-lemon-not-real-person

RS_2013-06.bz2.deduped.txt:2452 - http://www.motherjones.com/blue-marble/2013/05/british-columbia-kills-west-coast-pipeline-plan

RS_2013-06.bz2.deduped.txt:6818 - http://www.motherjones.com/mixed-media/2013/05/m-night-shyamalan-after-earth-marketing

RS_2013-06.bz2.deduped.txt:7082 - http://www.motherjones.com/politics/2013/05/yonas-fikre-torture-proxy-detention-lawsuit?google_editors_picks=true

RS_2013-06.bz2.deduped.txt:7101 - http://www.motherjones.com/environment/2006/05/bristol-bay-gold-mining-salmon-farming

RS_2013-06.bz2.deduped.txt:10118 - http://www.motherjones.com/mojo/2013/05/federal-reserve-study-economic-recovery-wealth

RS_2013-06.bz2.deduped.txt:10208 - http://www.motherjones.com/kevin-drum/2013/06/darrell-issa-has-yet-another-bombshell-us

RS_2013-06.bz2.deduped.txt:10997 - http://www.motherjones.com/politics/2013/05/fbi-nominee-james-comey-triggered-plamegate-investigation

RS_2013-06.bz2.deduped.txt:11859 - http://www.motherjones.com/politics/2013/05/student-loan-interest-rate-plan-obama-republican-warren

RS_2013-06.bz2.deduped.txt:12163 - http://www.motherjones.com/environment/2013/05/erin-brockovich-hinkley-california-junk-science

RS_2013-06.bz2.deduped.txt:12508 - http://www.motherjones.com/mojo/2013/01/mississippi-day-human-animal-hybrid-edition

RS_2013-06.bz2.deduped.txt:15951 - http://www.motherjones.com/print/188516

RS_2013-06.bz2.deduped.txt:18434 - http://www.motherjones.com/kevin-drum/2013/06/fox-tail-wagging-gop-dog?utm_medium=twitter&utm_source=twitterfeed

RS_2013-06.bz2.deduped.txt:21280 - http://www.motherjones.com/kevin-drum/2013/06/we-pay-lot-more-healthcare-other-countries

RS_2013-06.bz2.deduped.txt:23034 - http://www.motherjones.com/mojo/2013/06/elizabeth-warren-emergency-briefing-student-loan-debt

RS_2013-06.bz2.deduped.txt:23098 - http://www.motherjones.com/politics/2013/06/instanbul-erdogan-turkey-protests-explained

RS_2013-06.bz2.deduped.txt:24939 - http://www.motherjones.com/environment/2013/05/are-superfoods-quinoa-chia-goji-good-for-you

RS_2013-06.bz2.deduped.txt:24970 - http://www.motherjones.com/kevin-drum/2013/06/chart-day-student-loan-debt-skyrocketing

RS_2013-06.bz2.deduped.txt:25103 - http://www.motherjones.com/politics/2013/06/boyden-gray-james-burnley-resign-freedomworks

RS_2013-06.bz2.deduped.txt:25997 - http://www.motherjones.com/kevin-drum/2013/06/immiserating-poor-benefit-rich

RS_2013-06.bz2.deduped.txt:27780 - http://www.motherjones.com/kevin-drum/2013/06/maybe-republicans-wont-block-all-obamas-dc-court-nominees-after-all

RS_2013-06.bz2.deduped.txt:28323 - http://www.motherjones.com/environment/2013/06/one-meteorologistss-come-jesus-moment-climate-change

RS_2013-06.bz2.deduped.txt:28872 - http://www.motherjones.com/politics/2013/06/student-loan-debt-charts

RS_2013-06.bz2.deduped.txt:29364 - http://www.motherjones.com/mojo/2013/06/time-lapse-photographers-24-hours-isolation

RS_2013-06.bz2.deduped.txt:29746 - http://www.motherjones.com/politics/2013/05/who-has-scarier-hackers-china-or-iran

RS_2013-06.bz2.deduped.txt:30501 - http://www.motherjones.com/mojo/2013/06/florida-dems-snub-their-own-challenger-rick-scott

RS_2013-06.bz2.deduped.txt:32117 - http://m.motherjones.com/kevin-drum/2013/06/reports-says-irs-approved-tax-exempt-status-twice-many-conservative-groups-libera

RS_2013-06.bz2.deduped.txt:34021 - http://www.motherjones.com/mojo/2013/06/silicon-valley-race-gender-problem-income-inequality

RS_2013-06.bz2.deduped.txt:35973 - http://www.motherjones.com/blue-marble/2013/06/conspiracy-theorists-also-doubt-climate-science

RS_2013-06.bz2.deduped.txt:36965 - http://www.motherjones.com/mojo/2013/06/census-report-single-family-home-bigger

RS_2013-06.bz2.deduped.txt:37206 - http://www.motherjones.com/politics/2013/06/undocumented-immigrant-kids-locked-up-adult-detention?utm_source=twitterfeed

RS_2013-06.bz2.deduped.txt:37416 - http://www.motherjones.com/kevin-drum/2013/06/reports-says-irs-approved-tax-exempt-status-twice-many-conservative-groups-libera

RS_2013-06.bz2.deduped.txt:39986 - http://www.motherjones.com/politics/2013/06/justice-department-electronic-frontier-foundation-fisa-court-opinion

RS_2013-06.bz2.deduped.txt:41047 - http://www.motherjones.com/kevin-drum/2013/06/tax-revolt-35th-anniversary-prop-13-california

RS_2013-06.bz2.deduped.txt:41229 - http://www.motherjones.com/mixed-media/2013/06/the-east-eco-terrorism-ellen-page-brit-marling-interview-glenn-beck

RS_2013-06.bz2.deduped.txt:41709 - http://www.motherjones.com/mojo/2013/06/lawsuit-mississippi-prison-mentally-ill

RS_2013-06.bz2.deduped.txt:42020 - http://www.motherjones.com/politics/2013/06/kyanonymous-fbi-steubenville-raid-anonymous

RS_2013-06.bz2.deduped.txt:42359 - http://www.motherjones.com/kevin-drum/2013/06/horror-their-capabilities-drove-leak-nsa-spying-program

RS_2013-06.bz2.deduped.txt:42698 - http://www.motherjones.com/politics/2013/06/gao-report-solitary-federal-prisons

RS_2013-06.bz2.deduped.txt:43595 - http://www.motherjones.com/politics/2013/06/kyanonymous-fbi-steubenville-raid-anonymous?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2013-06.bz2.deduped.txt:43914 - http://m.motherjones.com/politics/2013/06/kyanonymous-fbi-steubenville-raid-anonymous

RS_2013-06.bz2.deduped.txt:44292 - http://www.motherjones.com/politics/2013/06/undocumented-immigrant-kids-locked-up-adult-detention

RS_2013-06.bz2.deduped.txt:45291 - http://www.motherjones.com/kevin-drum/2013/06/wsj-nsa-program-also-tracking-credit-card-transactions

RS_2013-06.bz2.deduped.txt:49249 - http://m.motherjones.com/politics/2013/06/fisa-judge-nsa-seminar

RS_2013-06.bz2.deduped.txt:50174 - http://m.motherjones.com/politics/2013/05/anonymous-wants-teach-rape-prevention-schools

RS_2013-06.bz2.deduped.txt:50315 - http://m.motherjones.com/politics/2013/06/nsa-spying-obama-scandal

RS_2013-06.bz2.deduped.txt:50635 - http://www.motherjones.com/transition/inter.php?dest=http://www.motherjones.com/politics/2013/06/kyanonymous-fbi-steubenville-raid-anonymous

RS_2013-06.bz2.deduped.txt:51251 - http://www.motherjones.com/mojo/2013/06/elizabeth-warren-student-loan-debt-senate-reed-harkin

RS_2013-06.bz2.deduped.txt:51365 - http://www.motherjones.com/mojo/2013/06/report-walmart-forces-employees-dole-taxpayers

RS_2013-06.bz2.deduped.txt:52676 - http://www.motherjones.com/mojo/2013/06/nsa-cryptokids-spy-kids

RS_2013-06.bz2.deduped.txt:53917 - http://www.motherjones.com/kevin-drum/2013/06/obama-bad-civil-liberties-shouldnt-surprise-anyone

RS_2013-06.bz2.deduped.txt:54325 - http://www.motherjones.com/kevin-drum/2013/06/map-day-who-nsa-listens

RS_2013-06.bz2.deduped.txt:57041 - http://www.motherjones.com/mojo/2013/06/latin-america-oas-marijuana-legalization

RS_2013-06.bz2.deduped.txt:57056 - http://www.motherjones.com/kevin-drum/2013/06/whats-other-37-prism-slides

RS_2013-06.bz2.deduped.txt:58047 - http://www.motherjones.com/tom-philpott/2013/06/my-dark-take-glowing-plants-kickstarter-campaign

RS_2013-06.bz2.deduped.txt:58434 - http://www.motherjones.com/mojo/2013/06/fisa-court-nsa-spying-opinion-reject-request

RS_2013-06.bz2.deduped.txt:58884 - http://www.motherjones.com/politics/2013/06/nsa-whistleblower-drake-edward-snowden-goverment-will-seek-revenge-retaliation

RS_2013-06.bz2.deduped.txt:62306 - http://www.motherjones.com/blue-marble/2013/06/samantha-power-climate-change-silence

RS_2013-06.bz2.deduped.txt:63512 - http://www.motherjones.com/mojo/2013/06/elizabeth-warren-paycheck-fairness-act

RS_2013-06.bz2.deduped.txt:64585 - http://www.motherjones.com/kevin-drum/2013/06/so-far-we-havent-learned-much-nsa-leaks

RS_2013-06.bz2.deduped.txt:66276 - http://www.motherjones.com/politics/2013/06/anonymous-steubenville-amanda-stevenson-rape

RS_2013-06.bz2.deduped.txt:66278 - http://www.motherjones.com/kevin-drum/2013/06/nsa-debate-we-should-focus-future-not-present

RS_2013-06.bz2.deduped.txt:68724 - http://www.motherjones.com/politics/2013/06/video-games-violence-guns-explainer

RS_2013-06.bz2.deduped.txt:69090 - http://www.motherjones.com/mojo/2013/06/obama-administration-plan-b-one-step-over-counter

RS_2013-06.bz2.deduped.txt:69745 - http://www.motherjones.com/environment/2013/01/lead-crime-link-gasoline?page=2#13709298038681&action=collapse_widget&id=6759368

RS_2013-06.bz2.deduped.txt:70216 - http://www.motherjones.com/mojo/2013/06/ew-jackson-rap-and-satanic-rock-destroying-america

RS_2013-06.bz2.deduped.txt:72905 - http://www.motherjones.com/politics/2013/06/tea-partiers-dont-have-case-against-irs

RS_2013-06.bz2.deduped.txt:73999 - http://www.motherjones.com/mojo/2013/06/trent-franks-abortion-rape-exception

RS_2013-06.bz2.deduped.txt:74016 - http://www.motherjones.com/politics/2013/06/rand-paul-nsa-fundraising-lawsuit

RS_2013-06.bz2.deduped.txt:74097 - http://www.motherjones.com/environment/2013/06/weather-forecasters-and-climate-scientists-together-last

RS_2013-06.bz2.deduped.txt:78298 - http://www.motherjones.com/politics/2013/06/bradley-manning-trial-seal-team-6

RS_2013-06.bz2.deduped.txt:78899 - http://www.motherjones.com/mojo/2013/06/santa-monica-john-zawahri-assault-rifle-high-capacity-magazines

RS_2013-06.bz2.deduped.txt:80653 - http://www.motherjones.com/mixed-media/2013/06/gay-porn-pakistan

RS_2013-06.bz2.deduped.txt:81048 - http://www.motherjones.com/mojo/2013/06/swap-jurisdiction-certainty-act-house-cross-border

RS_2013-06.bz2.deduped.txt:81193 - http://www.motherjones.com/mojo/2013/06/fisa-court-justice-department-eff-surveillance

RS_2013-06.bz2.deduped.txt:81871 - http://www.motherjones.com/kevin-drum/2013/06/republicans-really-really-dont-care-about-improving-healthcare
RS_2013-06.bz2.deduped.txt:82919 - http://www.motherjones.com/politics/2013/06/state-supreme-court-election-spending
RS_2013-06.bz2.deduped.txt:85174 - http://www.motherjones.com/blue-marble/2013/06/bloomberg-sandy-waterways-proposal
RS_2013-06.bz2.deduped.txt:85247 - http://www.motherjones.com/environment/2013/06/climate-change-making-wildfires-worse
RS_2013-06.bz2.deduped.txt:85283 - http://www.motherjones.com/blue-marble/2013/06/derecho-explainer
RS_2013-06.bz2.deduped.txt:86901 - http://www.motherjones.com/kevin-drum/2013/06/update-americas-antique-credit-card-industry
RS_2013-06.bz2.deduped.txt:88711 - http://www.motherjones.com/kevin-drum/2013/06/chart-day-americas-30-year-project-make-rich-even-richer
RS_2013-06.bz2.deduped.txt:90016 - http://www.motherjones.com/kevin-drum/2013/06/bank-robbery-suspect-wants-nsa-phone-records-prove-his-innocence
RS_2013-06.bz2.deduped.txt:92168 - http://www.motherjones.com/environment/2013/06/climate-change-could-double-number-americans-federal-flood-insurance
RS_2013-06.bz2.deduped.txt:92351 - http://www.motherjones.com/politics/2013/06/how-hormones-influence-our-political-opinions
RS_2013-06.bz2.deduped.txt:94784 - http://www.motherjones.com/kevin-drum/2013/06/some-questions-and-about-edward-snowden
RS_2013-06.bz2.deduped.txt:96509 - http://www.motherjones.com/blue-marble/2013/06/bpa-girls-obesity-puberty
RS_2013-06.bz2.deduped.txt:96869 - http://www.motherjones.com/kevin-drum/2013/06/nsa-apparently-surveils-about-001-percent-facebook-accounts
RS_2013-06.bz2.deduped.txt:97376 - http://www.motherjones.com/politics/2008/09/americas-most-dangerous-librarians
RS_2013-06.bz2.deduped.txt:98296 - http://www.motherjones.com/mixed-media/2013/06/man-of-steel-national-guard-product-placement
RS_2013-06.bz2.deduped.txt:98503 - http://www.motherjones.com/kevin-drum/2013/06/and-nowits-syrias-turn
RS_2013-06.bz2.deduped.txt:101606 - http://www.motherjones.com/mojo/2013/06/art-pope-north-carolina-judicial-elections-public-money
RS_2013-06.bz2.deduped.txt:105157 - http://www.motherjones.com/kevin-drum/2013/04/why-republicans-hate-post-office
RS_2013-06.bz2.deduped.txt:105371 - http://www.motherjones.com/mojo/2013/06/maplight-foundation-swaps-jurisdiction-certainty-act-campaign-finance
RS_2013-06.bz2.deduped.txt:105916 - http://www.motherjones.com/blue-marble/2013/06/ag-gag-laws-map
RS_2013-06.bz2.deduped.txt:106249 - http://www.motherjones.com/blue-marble/2013/06/conservative-think-tank-swarms-pebble-mine-comments
RS_2013-06.bz2.deduped.txt:106429 - http://www.motherjones.com/environment/2013/06/ag-gag-laws-mowmar-farms

RS_2013-06.bz2.deduped.txt:106733 - http://www.motherjones.com/kevin-drum/2013/06/can-christian-right-persuade-republicans-fix-obamacare

RS_2013-06.bz2.deduped.txt:106963 - http://www.motherjones.com/mojo/2013/06/nancy-northup-abortion-franks-supreme-court

RS_2013-06.bz2.deduped.txt:110885 - http://www.motherjones.com/mojo/2013/06/reid-cornyn-border-security-amendment-vote-immigration-bill

RS_2013-06.bz2.deduped.txt:111561 - http://www.motherjones.com/politics/2013/06/google-microsoft-twitter-facebook-user-data-fisa-charts

RS_2013-06.bz2.deduped.txt:112166 - http://www.motherjones.com/mojo/2013/06/wall-street-banks-synthetic-cdos

RS_2013-06.bz2.deduped.txt:112258 - http://www.motherjones.com/politics/2013/06/drone-pilots-reaper-photo-essay

RS_2013-06.bz2.deduped.txt:112272 - http://www.motherjones.com/mojo/2013/06/5-new-revelations-nsa-top-secret-surveillance-programs

RS_2013-06.bz2.deduped.txt:115334 - http://www.motherjones.com/mojo/2013/06/gov-rick-scott-deflowers-florida

RS_2013-06.bz2.deduped.txt:116516 - http://www.motherjones.com/kevin-drum/2013/06/there-are-46-guant%C3%A1namo-detainees-who-will-never-be-tried-and-never-be-released

RS_2013-06.bz2.deduped.txt:117318 - http://www.motherjones.com/mojo/2013/06/7-new-revelations-live-chat-edward-snowden?rss=1

RS_2013-06.bz2.deduped.txt:118265 - http://www.motherjones.com/environment/2013/06/occupy-sandy-once-welcomed-now-questioned#13716861922841&action=collapse_widget&id=4820813

RS_2013-06.bz2.deduped.txt:119252 - http://www.motherjones.com/mojo/2013/06/video-elizabeth-warren-opposes-obamas-nominee-trade-representative

RS_2013-06.bz2.deduped.txt:119274 - http://www.motherjones.com/politics/2013/06/gop-tries-redefine-rape-exemptions-again

RS_2013-06.bz2.deduped.txt:121981 - http://www.motherjones.com/mojo/2013/06/rip-journalist-michael-hastings-heres-his-advice-young-journalists

RS_2013-06.bz2.deduped.txt:122548 - http://www.motherjones.com/mojo/2013/06/new-republic-rand-paul-photo-hidden-message

RS_2013-06.bz2.deduped.txt:123562 - http://www.motherjones.com/blue-marble/2013/06/why-did-john-kerry-announce-world-food-prize

RS_2013-06.bz2.deduped.txt:126372 - http://www.motherjones.com/kevin-drum/2013/06/heres-why-you-have-trouble-finding-good-primary-care-doctor

RS_2013-06.bz2.deduped.txt:126791 - http://www.motherjones.com/politics/2013/06/consumers-get-screwed-scotus-american-express-decision-small-biz

RS_2013-06.bz2.deduped.txt:129300 - http://www.motherjones.com/politics/2013/06/science-house-abortion-ban-fetal-pain

RS_2013-06.bz2.deduped.txt:129561 - http://www.motherjones.com/blue-marble/2013/06/tom-steyer-oil-keystone-obama

RS_2013-06.bz2.deduped.txt:129685 - http://www.motherjones.com/mojo/2013/06/assange-wikileaks-preparing-publications-touch-snowdens-legal-team

RS_2013-06.bz2.deduped.txt:129920 - http://www.motherjones.com/mojo/2013/06/ron-pauls-immigration-conspiracy

RS_2013-06.bz2.deduped.txt:129994 - http://www.motherjones.com/blue-marble/2013/06/conservative-colorado-wildfires-terrorism
RS_2013-06.bz2.deduped.txt:130405 - http://www.motherjones.com/mojo/2013/06/republican-farm-bill-asset-test-food-stamps-snap
RS_2013-06.bz2.deduped.txt:135458 - http://www.motherjones.com/mojo/2013/06/brazil-protest-explainer
RS_2013-06.bz2.deduped.txt:137013 - http://m.motherjones.com/politics/2013/06/consumers-get-screwed-scotus-american-express-decision-small-biz
RS_2013-06.bz2.deduped.txt:138186 - http://www.motherjones.com/kevin-drum/2013/06/surveillance-marketing-complex-coming-soon-computer-near-you
RS_2013-06.bz2.deduped.txt:140271 - http://www.motherjones.com/politics/2013/06/consumers-get-screwed-scotus-american-express-decision-small-biz?google_editors_picks=true
RS_2013-06.bz2.deduped.txt:141567 - http://www.motherjones.com/mojo/2013/06/ron-pauls-immigration-conspiracy?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+|+MoJoBlog%29
RS_2013-06.bz2.deduped.txt:149029 - http://www.motherjones.com/mojo/2013/06/elizabeth-warren-ed-demarco-fhfa-sallie-mae
RS_2013-06.bz2.deduped.txt:149995 - http://www.motherjones.com/mojo/2013/06/one-percent-wealthy-dominate-2012-elections-congress
RS_2013-06.bz2.deduped.txt:151039 - http://www.motherjones.com/politics/2013/06/can-republicans-provide-effective-surveillance-oversight
RS_2013-06.bz2.deduped.txt:151188 - http://www.motherjones.com/media/2013/06/pakistani-drone-art-mahwish-chishty
RS_2013-06.bz2.deduped.txt:151430 - http://www.motherjones.com/mojo/2013/06/assange-snowden-seeking-asylum-ecuador-and-elsewhere-whereabouts-unreleased
RS_2013-06.bz2.deduped.txt:152163 - http://www.motherjones.com/blue-marble/2013/06/2012-ranks-second-billion-dollar-disasters
RS_2013-06.bz2.deduped.txt:152257 - http://www.motherjones.com/blue-marble/2013/06/ants-and-biofuel
RS_2013-06.bz2.deduped.txt:153547 - http://www.motherjones.com/mojo/2013/06/report-contractor-bills-are-hurting-counterinsurgency-afghanistan
RS_2013-06.bz2.deduped.txt:155608 - http://www.motherjones.com/politics/2013/06/south-more-racist-north
RS_2013-06.bz2.deduped.txt:155639 - http://www.motherjones.com/mojo/2013/06/nsa-fact-sheet-prism-disappears
RS_2013-06.bz2.deduped.txt:155992 - http://www.motherjones.com/environment/2013/06/obama-climate-speech-georgetown
RS_2013-06.bz2.deduped.txt:156531 - http://m.motherjones.com/mojo/2013/06/irs-target-progressive-occupy-green-energy-groups
RS_2013-06.bz2.deduped.txt:157351 - http://www.motherjones.com/kevin-drum/2013/06/revealed-why-irs-targeting-open-source-software-groups
RS_2013-06.bz2.deduped.txt:157801 - http://www.motherjones.com/politics/2013/06/supreme-court-voting-rights-act-decision

RS_2013-06.bz2.deduped.txt:158099 - http://www.motherjones.com/mojo/2013/06/best-lines-ginsburg-dissent-voting-rights-act-decision

RS_2013-06.bz2.deduped.txt:158452 - http://www.motherjones.com/kevin-drum/2013/06/supreme-court-hands-gop-gift-2014

RS_2013-06.bz2.deduped.txt:159670 - http://www.motherjones.com/politics/2013/06/herbert-snorrason-wikileaks-google-assange

RS_2013-06.bz2.deduped.txt:160031 - http://www.motherjones.com/kevin-drum/2013/06/nsa-claims-it-doesnt-track-movements-cell-phone-users

RS_2013-06.bz2.deduped.txt:162366 - http://www.motherjones.com/politics/2013/06/texas-republicans-wendy-davis-abortion-filibuster

RS_2013-06.bz2.deduped.txt:162455 - http://www.motherjones.com/mojo/2013/06/new-right-wing-obamacars-myth-fox-news

RS_2013-06.bz2.deduped.txt:164388 - http://www.motherjones.com/mojo/2013/06/rick-santorum-ceo-echolight-christian-movie-studio

RS_2013-06.bz2.deduped.txt:164854 - http://www.motherjones.com/politics/2013/06/same-sex-marriage-supreme-court-scalia-dissent

RS_2013-06.bz2.deduped.txt:166005 - http://www.motherjones.com/politics/2013/06/google-silicon-valley-nsa-spying

RS_2013-06.bz2.deduped.txt:166511 - http://www.motherjones.com/politics/2013/06/south-carolina-mox-plant-fiscal-hawks

RS_2013-06.bz2.deduped.txt:166547 - http://www.motherjones.com/tom-philpott/2013/06/fat-chance-why-atlantics-defense-junk-food-fails

RS_2013-06.bz2.deduped.txt:168666 - http://www.motherjones.com/mojo/2013/06/peeing-during-filibusters-explained-wendy-davis

RS_2013-06.bz2.deduped.txt:168690 - http://www.motherjones.com/blue-marble/2013/06/new-study-21-percent-homes-emit-50-percent-co2

RS_2013-06.bz2.deduped.txt:168965 - http://www.motherjones.com/mojo/2013/06/ken-cuccinelli-virginia-oral-anal-sex-sodomy

RS_2013-06.bz2.deduped.txt:171949 - http://www.motherjones.com/politics/2013/06/paid-sick-leave-alec-national-restaurant

RS_2013-06.bz2.deduped.txt:172606 - http://www.motherjones.com/politics/2013/06/paid-sick-leave-florida-disney-alec

RS_2013-06.bz2.deduped.txt:172817 - http://www.motherjones.com/tom-philpott/2012/03/monsanto-scientists-superweeds-NPR

RS_2013-06.bz2.deduped.txt:173055 - http://www.motherjones.com/kevin-drum/2013/06/sugar-industry-getting-sweet-deal-uncle-sugar

RS_2013-06.bz2.deduped.txt:174802 - http://www.motherjones.com/blue-marble/2013/06/video-animal-abuse-caught-tape-utah-slaughterhouse

RS_2013-06.bz2.deduped.txt:176161 - http://www.motherjones.com/mojo/2013/06/rick-perry-teen-pregnancy-wendy-davis

RS_2013-06.bz2.deduped.txt:176735 - http://www.motherjones.com/politics/2013/06/faq-nsa-surveillance-programs

RS_2013-06.bz2.deduped.txt:177515 - http://www.motherjones.com/transition/inter.php?dest=http://www.motherjones.com/mojo/2013/06/ken-cuccinelli-virginia-oral-anal-sex-sodomy

RS_2013-06.bz2.deduped.txt:177690 - http://www.motherjones.com/mojo/2013/06/ken-cuccinelli-virginia-oral-anal-sex-sodomy?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29
RS_2013-06.bz2.deduped.txt:179129 - http://www.motherjones.com/politics/2013/06/immigration-reform-passes-senate
RS_2013-06.bz2.deduped.txt:179408 - http://www.motherjones.com/kevin-drum/2013/06/future-class-based-affirmative-action
RS_2013-06.bz2.deduped.txt:179776 - http://www.motherjones.com/mojo/2013/06/ken-cuccinelli-virginia-oral-anal-sex-sodomy?1
RS_2013-06.bz2.deduped.txt:182754 - http://www.motherjones.com/print/228231
RS_2013-06.bz2.deduped.txt:184760 - http://m.motherjones.com/mixed-media/2013/02/princess-maya-rudolph-prince-tribute-band
RS_2013-06.bz2.deduped.txt:184887 - http://www.motherjones.com/blue-marble/2013/06/explainer-us-governments-push-bring-big-ag-africa
RS_2013-06.bz2.deduped.txt:189407 - http://www.motherjones.com/mixed-media/2013/06/hard-art-lucian-perkins-dc-punk-bad-brains-dischord
RS_2013-06.bz2.deduped.txt:189457 - http://www.motherjones.com/kevin-drum/2013/06/google-reader-now-has-one-day-left-live
RS_2018-05.xz.deduped.txt:78 - https://www.motherjones.com/crime-justice/2018/04/the-breakthrough-dna-technique-that-led-cops-to-the-golden-state-killer-suspect-is-exciting-and-terrifying/
RS_2018-05.xz.deduped.txt:5666 - https://www.motherjones.com/politics/2018/05/cambridge-analytica-aleksandr-kogan-ted-cruz/
RS_2018-05.xz.deduped.txt:6751 - https://www.motherjones.com/kevin-drum/2018/05/the-uninsured-rate-is-going-up/
RS_2018-05.xz.deduped.txt:6825 - https://www.motherjones.com/politics/2018/05/trump-says-muellers-leaked-questions-dont-involve-collusion-actually-they-do/
RS_2018-05.xz.deduped.txt:7330 - https://www.motherjones.com/kevin-drum/2018/05/trump-caves-on-tariffs-again/
RS_2018-05.xz.deduped.txt:9966 - https://www.motherjones.com/crime-justice/2018/04/the-supreme-court-will-review-case-of-a-man-whose-blood-filled-tumors-could-burst-during-execution/
RS_2018-05.xz.deduped.txt:10993 - https://www.motherjones.com/kevin-drum/2018/05/has-israel-stopped-sharing-intel-with-the-trump-administration/
RS_2018-05.xz.deduped.txt:11608 - https://www.motherjones.com/politics/2018/05/rod-rosenstein-on-threats-to-impeach-him-the-justice-department-is-not-going-to-be-extorted/
RS_2018-05.xz.deduped.txt:12575 - https://www.motherjones.com/politics/2018/05/nra-leader-once-worked-for-professor-who-claimed-blacks-were-genetically-inferior/
RS_2018-05.xz.deduped.txt:12584 - https://www.motherjones.com/environment/2018/04/house-republicans-on-scott-pruitt-were-with-him/
RS_2018-05.xz.deduped.txt:15063 - https://www.motherjones.com/politics/2018/05/the-trump-administration-is-being-sued-over-a-very-weird-bird/
RS_2018-05.xz.deduped.txt:18695 - https://www.motherjones.com/politics/2018/05/trump-threatens-to-get-involved-with-justice-department-rod-rosenstein/

RS_2018-05.xz.deduped.txt:21680 - https://www.motherjones.com/politics/2018/05/trump-just-blew-past-two-deadlines-for-reporting-how-many-civilians-the-us-kills/
RS_2018-05.xz.deduped.txt:22132 - https://www.motherjones.com/politics/2018/05/emerdata-cambridge-analytica-shutting-down-facebook-trump/
RS_2018-05.xz.deduped.txt:27044 - https://www.motherjones.com/politics/2018/05/stacey-adams-bizarre-gerrymandering-controversy/
RS_2018-05.xz.deduped.txt:27702 - https://www.motherjones.com/politics/2018/05/the-nra-is-still-dodging-questions-on-its-russia-connection/
RS_2018-05.xz.deduped.txt:27749 - https://www.motherjones.com/politics/2018/05/china-has-stopped-buying-american-soybeans/
RS_2018-05.xz.deduped.txt:28936 - https://www.motherjones.com/politics/2018/05/donald-trumps-attacks-on-the-justice-system-are-helping-don-blankenships-campaign/
RS_2018-05.xz.deduped.txt:32835 - https://www.motherjones.com/kevin-drum/2018/05/how-many-civilians-did-trump-kill-in-drone-strikes-last-year/
RS_2018-05.xz.deduped.txt:36054 - https://www.motherjones.com/politics/2018/05/grover-norquist-has-lost-his-spot-in-the-nras-inner-circle/
RS_2018-05.xz.deduped.txt:39043 - https://www.motherjones.com/politics/2018/05/i-was-directed-to-market-oxycontin-a-purdue-pharma-rep-tells-how-he-was-paid-to-push-opioids/
RS_2018-05.xz.deduped.txt:39056 - https://www.motherjones.com/environment/2018/05/this-amazing-new-milk-is-going-to-change-everything/
RS_2018-05.xz.deduped.txt:40089 - https://www.motherjones.com/politics/2018/05/republican-senate-candidates-want-to-fire-robert-mueller/
RS_2018-05.xz.deduped.txt:40569 - https://www.motherjones.com/politics/2018/05/most-shocking-gop-nastiest-primary/
RS_2018-05.xz.deduped.txt:42620 - https://www.motherjones.com/politics/2018/05/trump-administration-could-send-57000-hondurans-to-one-of-the-worlds-most-dangerous-places/
RS_2018-05.xz.deduped.txt:44183 - https://www.motherjones.com/crime-justice/2018/05/ranks-of-notorious-hate-group-include-active-duty-military/
RS_2018-05.xz.deduped.txt:44240 - https://www.motherjones.com/politics/2018/05/a-night-with-stormy-daniels-and-a-strip-club-full-of-resistance-women/
RS_2018-05.xz.deduped.txt:49517 - https://www.motherjones.com/politics/2018/05/giant-hog-farms-are-fighting-for-the-right-to-keep-polluting-the-trump-administration-is-on-their-side/
RS_2018-05.xz.deduped.txt:51229 - https://www.motherjones.com/kevin-drum/2018/05/too-many-lies-to-keep-track-of/
RS_2018-05.xz.deduped.txt:51965 - https://www.motherjones.com/politics/2018/05/parkland-survivor-calls-trump-a-professional-liar-after-nra-speech/
RS_2018-05.xz.deduped.txt:53161 - https://www.motherjones.com/politics/2018/05/arming-teachers-has-already-led-to-a-slew-of-gun-accidents-in-schools/
RS_2018-05.xz.deduped.txt:56956 - https://www.motherjones.com/politics/2018/05/rich-nations-arent-following-through-on-their-paris-climate-pledges/
RS_2018-05.xz.deduped.txt:58226 - https://www.motherjones.com/politics/2018/05/trump-promised-his-appointees-wouldnt-become-lobbyists-guess-how-that-turned-out/
RS_2018-05.xz.deduped.txt:60422 - https://www.motherjones.com/politics/2018/05/this-ex-con-coal-baron-is-reportedly-within-striking-distance-of-west-virginias-gop-senate-nomination/
RS_2018-05.xz.deduped.txt:61405 - https://www.motherjones.com/politics/2018/05/a-new-guardian-report-shows-just-how-far-team-trump-would-go-to-discredit-the-iran-deal-1/

RS_2018-05.xz.deduped.txt:61660 - https://www.motherjones.com/food/2018/05/we-wouldnt-need-the-suicide-hotline-if-dairy-farmers-were-getting-paid-what-they-deserve/

RS_2018-05.xz.deduped.txt:64804 - https://www.motherjones.com/politics/2018/05/the-pentagon-considers-this-russian-sniper-rifle-a-big-threat-to-us-soldiers-the-nra-helped-promote-it/

RS_2018-05.xz.deduped.txt:67803 - https://www.motherjones.com/politics/2018/05/rudy-giuliani-definitely-did-not-make-things-better-for-trump-in-this-abc-interview/

RS_2018-05.xz.deduped.txt:70882 - https://www.motherjones.com/politics/2018/05/nra-oliver-north-iran-contra/

RS_2018-05.xz.deduped.txt:73209 - https://www.motherjones.com/kevin-drum/2018/05/the-big-lie/

RS_2018-05.xz.deduped.txt:73218 - https://www.motherjones.com/kevin-drum/2018/05/black-cube-admits-it-targeted-obama-aides-wives/

RS_2018-05.xz.deduped.txt:73799 - https://www.motherjones.com/politics/2018/05/new-york-attorney-general-eric-schneiderman-resigns-hours-after-allegations-emerge-of-physical-abuse/

RS_2018-05.xz.deduped.txt:73947 - https://www.motherjones.com/environment/2018/05/10-things-weve-learned-from-a-new-trove-of-epa-emails/

RS_2018-05.xz.deduped.txt:74053 - https://www.motherjones.com/kevin-drum/2018/05/who-was-black-cubes-commercial-client/

RS_2018-05.xz.deduped.txt:75712 - https://www.motherjones.com/politics/2018/05/he-voted-for-trump-now-hes-running-for-congress-as-a-pro-pot-pro-coal-democrat/

RS_2018-05.xz.deduped.txt:76200 - https://www.motherjones.com/crime-justice/2018/05/a-connecticut-prison-has-a-radical-new-plan-to-keep-young-inmates-from-coming-back/

RS_2018-05.xz.deduped.txt:81685 - https://www.motherjones.com/politics/2018/05/michael-cohen-just-mortgaged-his-prized-trump-condo/

RS_2018-05.xz.deduped.txt:82485 - https://www.motherjones.com/kevin-drum/2018/05/obamacare-works-fine-if-you-want-it-to/

RS_2018-05.xz.deduped.txt:82510 - https://www.motherjones.com/environment/2018/05/report-china-now-has-9-times-as-many-solar-jobs-as-the-us/

RS_2018-05.xz.deduped.txt:82606 - https://www.motherjones.com/politics/2018/05/the-first-campaign-ad-against-devin-nunes-doesnt-mention-two-big-things/

RS_2018-05.xz.deduped.txt:82935 - https://www.motherjones.com/kevin-drum/2014/07/great-third-pound-burger-ripoff/

RS_2018-05.xz.deduped.txt:84492 - https://www.motherjones.com/politics/2018/05/stormy-daniels-lawyer-claims-russian-oligarch-paid-500000-to-michael-cohen/

RS_2018-05.xz.deduped.txt:84639 - https://www.motherjones.com/politics/2018/05/mike-braun-just-won-indianas-insane-republican-senate-primary/

RS_2018-05.xz.deduped.txt:85211 - https://www.motherjones.com/politics/2018/05/obama-blasts-trumps-misguided-decision-to-withdraw-from-iran-deal/

RS_2018-05.xz.deduped.txt:86066 - https://www.motherjones.com/kevin-drum/2018/05/a-quick-reminder-that-donald-trump-is-the-worlds-worst-dealmaker/

RS_2018-05.xz.deduped.txt:91687 - https://www.motherjones.com/politics/2018/05/stormy-daniels-lawyer-claims-russian-oligarch-paid-500000-to-michael-cohen-1/

RS_2018-05.xz.deduped.txt:91783 - https://www.motherjones.com/kevin-drum/2018/05/paul-ryan-is-ok-with-nunes-doc-demand-that-might-risk-lives/

RS_2018-05.xz.deduped.txt:91898 - https://www.motherjones.com/politics/2018/05/west-virginias-surging-democrat-richard-ojeda-slams-trump/

RS_2018-05.xz.deduped.txt:91938 - https://www.motherjones.com/politics/2018/05/big-opioid-distributors-just-had-a-very-bad-day-iin-congress/

RS_2018-05.xz.deduped.txt:94501 - https://www.motherjones.com/politics/2018/05/richard-ojeda-slams-trump/

RS_2018-05.xz.deduped.txt:94511 - https://www.motherjones.com/media/2018/05/fox-news-michael-cohen-russia-money-trump/

RS_2018-05.xz.deduped.txt:96888 - https://www.motherjones.com/environment/2018/05/god-said-make-the-desert-bloom-and-mormons-are-using-biblical-amounts-of-water-to-do-it/

RS_2018-05.xz.deduped.txt:97561 - https://www.motherjones.com/politics/2017/04/trump-ebola-tweets/

RS_2018-05.xz.deduped.txt:100535 - https://www.motherjones.com/environment/2018/05/scott-pruitt-is-trying-to-fix-his-ethical-nightmare-withanother-ethical-nightmare/

RS_2018-05.xz.deduped.txt:100768 - https://www.motherjones.com/environment/2018/05/california-just-became-the-first-state-to-require-solar-panels-on-new-residential-construction/

RS_2018-05.xz.deduped.txt:101596 - https://www.motherjones.com/politics/2018/05/gina-haspel-trumps-nominee-to-head-the-cia-wont-say-if-torture-is-immoral/

RS_2018-05.xz.deduped.txt:101883 - https://www.motherjones.com/politics/2018/05/congress-prepares-to-undermine-trump-on-trade/

RS_2018-05.xz.deduped.txt:103782 - https://www.motherjones.com/politics/2018/05/the-firm-that-paid-michael-cohen-500000-is-deeply-tied-to-a-russian-oligarch-records-show/

RS_2018-05.xz.deduped.txt:104637 - https://www.motherjones.com/kevin-drum/2018/05/chart-of-the-day-heres-why-evangleicals-love-donald-trump/

RS_2018-05.xz.deduped.txt:105347 - https://www.motherjones.com/kevin-drum/2018/05/donald-trumps-most-tireless-toady-sinks-yet-another-notch-lower/

RS_2018-05.xz.deduped.txt:105523 - https://www.motherjones.com/kevin-drum/2018/05/the-donald-trump-era-in-america-is-coming-to-a-close/

RS_2018-05.xz.deduped.txt:105786 - https://www.motherjones.com/politics/2018/05/rudy-giuliani-tv-interviews-greenberg-traurig-trump/

RS_2018-05.xz.deduped.txt:106750 - https://www.motherjones.com/politics/2013/09/john-mccain-world-attack-map-syria/

RS_2018-05.xz.deduped.txt:108015 - https://www.motherjones.com/kevin-drum/2018/05/wages-arent-growing-at-all/

RS_2018-05.xz.deduped.txt:108247 - https://www.motherjones.com/politics/2018/05/oliver-north-thinks-nra-leaders-are-being-treated-like-black-americans-under-jim-crow/

RS_2018-05.xz.deduped.txt:108736 - https://www.motherjones.com/politics/2018/05/scott-pruitt-broke-bread-with-a-climate-skeptic-cardinal-accused-of-sexual-abuse/

RS_2018-05.xz.deduped.txt:112213 - https://www.motherjones.com/environment/2018/05/this-is-the-worst-way-to-become-vegetarian/

RS_2018-05.xz.deduped.txt:115274 - https://www.motherjones.com/kevin-drum/2018/05/trump-proposes-to-cut-drug-prices-by-allowing-companies-to-charge-more/

RS_2018-05.xz.deduped.txt:117613 - https://www.motherjones.com/media/2018/05/disinformation/

RS_2018-05.xz.deduped.txt:117647 - https://www.motherjones.com/politics/2018/05/mueller-is-asking-questions-about-trumps-inaugural-fund-theres-a-lot-to-investigate-there/
RS_2018-05.xz.deduped.txt:117999 - https://www.motherjones.com/politics/2011/12/leadup-iraq-war-timeline/
RS_2018-05.xz.deduped.txt:119994 - https://www.motherjones.com/politics/2018/05/how-the-booze-lobby-has-helped-kill-a-law-that-would-save-1800-lives-every-year/
RS_2018-05.xz.deduped.txt:129187 - https://www.motherjones.com/politics/2018/05/robert-mueller-donald-trump-michael-cohen-ford-consulting/
RS_2018-05.xz.deduped.txt:133772 - https://www.motherjones.com/politics/2018/05/pro-trump-pastor-who-claims-islam-is-a-cult-picked-to-lead-prayer-at-opening-of-us-embassy-in-jerusalem/
RS_2018-05.xz.deduped.txt:134344 - https://www.motherjones.com/politics/2018/05/qatari-investor-accused-in-bribery-plot-appears-with-michael-cohen-in-picture-posted-by-stormy-daniels-lawyer/
RS_2018-05.xz.deduped.txt:135161 - https://www.motherjones.com/food/2018/05/giant-hog-farms-are-fighting-for-the-right-to-keep-polluting-the-trump-administration-is-on-their-side/
RS_2018-05.xz.deduped.txt:137740 - https://www.motherjones.com/politics/2018/05/how-a-court-ruling-on-joe-arpaio-could-undermine-civil-rights-and-the-mueller-investigation/
RS_2018-05.xz.deduped.txt:140522 - https://www.motherjones.com/politics/2018/05/israel-kills-dozens-of-protesters-as-trumps-family-celebrates-new-jerusalem-embassy/
RS_2018-05.xz.deduped.txt:143412 - https://www.motherjones.com/politics/2018/05/two-millennial-socialists-could-take-down-a-pittsburgh-political-dynasty/
RS_2018-05.xz.deduped.txt:146713 - https://www.motherjones.com/politics/2018/05/donald-trump-calls-white-house-leakers-traitors-and-vows-to-find-out-who-they-are/
RS_2018-05.xz.deduped.txt:146884 - https://www.motherjones.com/kevin-drum/2018/05/medicaid-work-requirements-and-the-politics-of-whiteness/
RS_2018-05.xz.deduped.txt:150132 - https://www.motherjones.com/politics/2018/05/with-each-pharma-funded-meal-doctors-opioid-prescriptions-rise/
RS_2018-05.xz.deduped.txt:152453 - https://www.motherjones.com/environment/2018/05/sulfur-dioxide-damages-lungs-and-scott-pruitt-is-letting-more-of-it-in-our-air/
RS_2018-05.xz.deduped.txt:153370 - https://www.motherjones.com/politics/2018/05/russian-firm-indicted-for-election-interference-accuses-us-of-hypocrisy/
RS_2018-05.xz.deduped.txt:153742 - https://www.motherjones.com/politics/2018/05/rev-william-barber-is-reviving-mlks-poor-peoples-campaign-he-got-arrested-the-first-day-of-protests/
RS_2018-05.xz.deduped.txt:155340 - https://www.motherjones.com/politics/2018/05/key-democrat-will-support-haspels-nomination-for-cia-director-despite-past-connections-to-torture/
RS_2018-05.xz.deduped.txt:155675 - https://www.motherjones.com/politics/2018/05/i-went-to-an-evangelical-revival-and-it-was-all-about-fighting-racism-and-protecting-lgbt-rights/
RS_2018-05.xz.deduped.txt:156394 - https://www.motherjones.com/kevin-drum/2018/05/quote-of-the-day-political-correctness-is-about-decent-manners/
RS_2018-05.xz.deduped.txt:157569 - https://www.motherjones.com/politics/2018/05/iowa-wants-to-ban-abortions-after-6-weeks-planned-parenthood-just-filed-a-lawsuit-to-stop-it/
RS_2018-05.xz.deduped.txt:158078 - https://www.motherjones.com/politics/2018/05/this-map-depicts-abortion-access-across-america-and-its-really-bleak/

RS_2018-05.xz.deduped.txt:158673 - https://www.motherjones.com/politics/2018/05/two-millennial-socialists-take-down-a-pittsburgh-political-dynasty-1-results/
RS_2018-05.xz.deduped.txt:162279 - https://www.motherjones.com/politics/2018/05/betsy-devos-wont-go-after-for-profit-college-ripoffs-will-states-step-in/
RS_2018-05.xz.deduped.txt:162539 - https://www.motherjones.com/food/2018/05/if-house-republicans-get-their-way-rural-americans-are-screwed/
RS_2018-05.xz.deduped.txt:166758 - https://www.motherjones.com/politics/2018/05/new-documents-trump-pushed-hard-for-a-meeting-with-putin-in-2013/
RS_2018-05.xz.deduped.txt:169504 - https://www.motherjones.com/kevin-drum/2018/05/republicans-prove-theyre-the-world-champs-of-working-the-refs/
RS_2018-05.xz.deduped.txt:169820 - https://www.motherjones.com/politics/2018/05/donald-trumps-business-empire-is-no-longer-growing/
RS_2018-05.xz.deduped.txt:172082 - https://www.motherjones.com/politics/2018/05/this-developer-just-won-a-fight-to-make-california-a-massive-coal-exporter/
RS_2018-05.xz.deduped.txt:173459 - https://www.motherjones.com/environment/2018/05/the-best-viral-news-youll-ever-read-antibiotic-resistance-phage-therapy-bacteriophage-virus/
RS_2018-05.xz.deduped.txt:177092 - https://www.motherjones.com/politics/2018/05/how-the-trump-team-scrambled-to-get-its-story-straight-on-meeting-with-a-russian-emissary/
RS_2018-05.xz.deduped.txt:179719 - https://www.motherjones.com/politics/2018/05/nih-halts-controversial-industry-funded-study-of-alcohols-health-benefits/
RS_2018-05.xz.deduped.txt:182136 - https://www.motherjones.com/environment/2017/12/germanys-war-on-coal-is-over-coal-lost/
RS_2018-05.xz.deduped.txt:186642 - https://www.motherjones.com/politics/2018/05/feds-charge-pac-operators-with-conspiring-to-defraud-conservative-donors/
RS_2018-05.xz.deduped.txt:186689 - https://www.motherjones.com/politics/2018/05/new-ad-targets-devin-nunes/
RS_2018-05.xz.deduped.txt:187523 - https://www.motherjones.com/politics/2018/05/new-documents-trump-pushed-hard-for-a-meeting-with-putin-in-2013/?utm_source=mj-newsletters&utm_medium=email&utm_campaign=political-mojo-2018-05-18
RS_2018-05.xz.deduped.txt:187676 - https://www.motherjones.com/politics/2018/05/rudy-giuliani-trump-subpoena-mueller-cnn-interview/
RS_2018-05.xz.deduped.txt:188711 - https://www.motherjones.com/crime-justice/2018/05/homeless-man-jailed-after-being-falsely-accused-of-using-counterfeit-cash-is-suing-burger-king/
RS_2018-05.xz.deduped.txt:192492 - https://www.motherjones.com/politics/2018/05/theres-a-700000-case-backlog-in-immigration-courts-jeff-sessions-just-decided-to-pile-on-more/
RS_2018-05.xz.deduped.txt:193317 - https://www.motherjones.com/politics/2018/05/fuck-the-nra-congressional-candidate-swears-in-new-ad/
RS_2018-05.xz.deduped.txt:197998 - https://www.motherjones.com/politics/2018/05/the-bbc-just-trolled-donald-trump-and-it-was-epic/
RS_2018-05.xz.deduped.txt:198739 - https://www.motherjones.com/politics/2018/05/one-of-the-countrys-most-powerful-police-chiefs-is-calling-for-gun-control-after-the-texas-school-shooting/
RS_2018-05.xz.deduped.txt:198872 - https://www.motherjones.com/food/2018/05/missouri-meat-fake-lab-grown-plant-based-pork-beef/
RS_2018-05.xz.deduped.txt:199023 - https://www.motherjones.com/politics/2018/05/the-new-york-times-just-revealed-a-second-trump-tower-meeting/

RS_2018-05.xz.deduped.txt:199172 - https://www.motherjones.com/kevin-drum/2018/05/who-hates-it-when-disinformation-is-exposed/

RS_2018-05.xz.deduped.txt:199361 - https://www.motherjones.com/politics/2018/05/report-suggests-blackwater-founder-erik-prince-may-have-lied-to-congress/

RS_2018-05.xz.deduped.txt:199465 - https://www.motherjones.com/kevin-drum/2018/05/in-huge-disappointment-the-fbis-super-secret-trump-informant-turns-out-to-be-stefan-halper/

RS_2018-05.xz.deduped.txt:202883 - https://www.motherjones.com/food/2018/05/now-trump-is-coming-for-your-beer/

RS_2018-05.xz.deduped.txt:203327 - https://www.motherjones.com/environment/2018/05/i-asked-a-bunch-of-scientists-if-climate-change-was-affecting-the-bacteria-in-my-gut/

RS_2018-05.xz.deduped.txt:204243 - https://www.motherjones.com/politics/2018/05/missouri-might-impeach-its-governor-amid-sexual-assault-allegations/

RS_2018-05.xz.deduped.txt:205311 - https://www.motherjones.com/politics/2018/05/texas-lieutenant-governor-uncovers-the-cause-of-mass-shootings-abortion/

RS_2018-05.xz.deduped.txt:205709 - https://www.motherjones.com/politics/2018/05/trumps-latest-tweet-just-crossed-another-bright-line/

RS_2018-05.xz.deduped.txt:208202 - https://www.motherjones.com/politics/2018/05/gun-maker-complains-that-people-are-saying-mean-things-about-its-products-on-social-media/

RS_2018-05.xz.deduped.txt:208216 - https://www.motherjones.com/crime-justice/2018/05/its-time-we-had-a-little-talk-about-white-people-calling-the-cops-on-black-people/

RS_2018-05.xz.deduped.txt:210446 - https://www.motherjones.com/politics/2018/05/the-republican-primary-in-georgia-is-taking-racism-to-a-whole-new-level/

RS_2018-05.xz.deduped.txt:211735 - https://www.motherjones.com/crime-justice/2018/05/how-trial-by-skype-became-the-norm-in-immigration-court/

RS_2018-05.xz.deduped.txt:212847 - https://www.motherjones.com/politics/2018/05/evan-jenkinss-campaign-is-every-bit-as-racist-as-don-blankenships/

RS_2018-05.xz.deduped.txt:216175 - https://www.motherjones.com/politics/2018/05/michael-cohen-met-with-qatari-official-and-nuclear-plant-owner-last-month/

RS_2018-05.xz.deduped.txt:217782 - https://www.motherjones.com/environment/2018/05/ebola-craig-spencer-trump-tweeted-now-those-fighting-the-next-outbreak/

RS_2018-05.xz.deduped.txt:219174 - https://www.motherjones.com/politics/2018/05/trump-is-now-fundraising-off-conspiracy-theory-that-fbi-infiltrated-his-campaign/

RS_2018-05.xz.deduped.txt:219721 - https://www.motherjones.com/kevin-drum/2018/05/who-did-playboy-model-shera-bechard-really-have-an-affair-with/

RS_2018-05.xz.deduped.txt:221703 - https://www.motherjones.com/environment/2018/05/surprise-the-park-service-can-say-climate-change-after-all/

RS_2018-05.xz.deduped.txt:222291 - https://www.motherjones.com/politics/2018/05/supreme-court-deals-a-big-blow-to-workers-rights/

RS_2018-05.xz.deduped.txt:225161 - https://www.motherjones.com/politics/2018/05/kirstjen-nielsen-trump-russia-interference-intelligence-assessment/

RS_2018-05.xz.deduped.txt:225220 - https://www.motherjones.com/kevin-drum/2018/01/trump-campaign-had-a-mole-who-talked-to-the-fbi/

RS_2018-05.xz.deduped.txt:226866 - https://www.motherjones.com/kevin-drum/2018/05/so-far-donald-trump-has-negotiated-zero-successful-deals/
RS_2018-05.xz.deduped.txt:227285 - https://www.motherjones.com/environment/2018/05/trump-is-trying-to-make-it-legal-to-shoot-hibernating-bear-cubs/
RS_2018-05.xz.deduped.txt:227560 - https://www.motherjones.com/politics/1998/06/history-101-cia-drugs/
RS_2018-05.xz.deduped.txt:234391 - https://www.motherjones.com/politics/2018/05/russia-trump-election-attacks-twitter-facebook-clint-watts/
RS_2018-05.xz.deduped.txt:236737 - https://www.motherjones.com/food/2018/05/the-trump-administration-doesnt-want-irish-people-to-know-that-alcohol-causes-cancer/
RS_2018-05.xz.deduped.txt:237006 - https://www.motherjones.com/kevin-drum/2018/05/donald-trump-is-shouting-more/
RS_2018-05.xz.deduped.txt:238428 - https://www.motherjones.com/media/2018/05/lesley-stahl-trump-press-media-attacks/
RS_2018-05.xz.deduped.txt:239155 - https://www.motherjones.com/crime-justice/2018/05/jared-kushners-prison-reform-plan-just-passed-the-house-with-van-jones-support/
RS_2018-05.xz.deduped.txt:242610 - https://www.motherjones.com/environment/2018/05/new-documents-show-why-scott-pruitt-wanted-a-campaign-style-media-operation/
RS_2018-05.xz.deduped.txt:243195 - https://www.motherjones.com/politics/2018/05/ugly-feuds-drunken-stupidity-paul-mccartney-and-a-race-that-could-flip-congress/
RS_2018-05.xz.deduped.txt:246820 - https://www.motherjones.com/politics/2018/05/trumps-immigration-crackdown-is-a-boom-time-for-private-prisons/
RS_2018-05.xz.deduped.txt:247658 - https://www.motherjones.com/politics/2018/05/the-kentucky-house-majority-leader-wrote-a-bill-to-cut-teachers-pensions-this-week-a-teacher-beat-him-at-the-polls/
RS_2018-05.xz.deduped.txt:247691 - https://www.motherjones.com/kevin-drum/2018/05/we-dont-have-a-retirement-crisis-we-have-a-young-people-crisis/
RS_2018-05.xz.deduped.txt:248592 - https://www.motherjones.com/environment/2018/05/this-70-year-old-republican-mayor-wants-to-prove-that-his-small-southern-town-can-go-green/?utm_source=EHN&utm_campaign=39e6f87584-RSS_EMAIL_CAMPAIGN&utm_medium=email&utm_term=0_8573f35474-39e6f87584-99389085
RS_2018-05.xz.deduped.txt:251867 - https://www.motherjones.com/media/2018/05/recharge-newsletter-3-paulette-jordan-phages-parkland/
RS_2018-05.xz.deduped.txt:252550 - https://www.motherjones.com/kevin-drum/2018/05/republicans-invite-trump-lawyer-to-super-secret-meeting/
RS_2018-05.xz.deduped.txt:259604 - https://www.motherjones.com/politics/2018/05/new-study-debunks-a-popular-anti-abortion-argument/
RS_2018-05.xz.deduped.txt:259614 - https://www.motherjones.com/politics/2018/05/an-amazon-echo-recorded-a-familys-private-conversation-and-sent-it-to-some-random-person/
RS_2018-05.xz.deduped.txt:259682 - https://www.motherjones.com/politics/2018/05/ignorance-is-strength-the-trump-administrations-creepy-war-on-language/

RS_2018-05.xz.deduped.txt:264785 - https://www.motherjones.com/politics/2018/05/rohrabacher-fine-with-housing-discrimination-against-gay-people/

RS_2018-05.xz.deduped.txt:264878 - https://www.motherjones.com/politics/2018/04/something-very-weird-is-happening-in-trumpland-regarding-syria/

RS_2018-05.xz.deduped.txt:264911 - https://www.motherjones.com/politics/2018/05/key-arizona-republican-freaks-out-over-another-generation-of-daca-like-people/

RS_2018-05.xz.deduped.txt:264940 - https://www.motherjones.com/politics/2018/05/jeanine-pirro-has-a-direct-line-into-trumps-brain/

RS_2018-05.xz.deduped.txt:265215 - https://www.motherjones.com/kevin-drum/2018/05/quote-of-the-day-apparently-trump-cant-afford-to-tell-the-truth/

RS_2018-05.xz.deduped.txt:265722 - https://www.motherjones.com/crime-justice/2018/05/as-a-teen-emily-joy-was-abused-by-a-church-youth-leader-now-shes-leading-a-movement-to-change-evangelical-america/

RS_2018-05.xz.deduped.txt:266034 - https://www.motherjones.com/politics/2018/05/heres-how-the-government-managed-to-lose-track-of-1500-migrant-children/

RS_2018-05.xz.deduped.txt:266456 - https://www.motherjones.com/politics/2018/05/democratic-senator-demands-investigation-into-whether-trump-jr-lied-to-congress/

RS_2018-05.xz.deduped.txt:266973 - https://www.motherjones.com/politics/2018/05/roger-stone-to-associate-prepare-to-die/

RS_2018-05.xz.deduped.txt:270525 - https://www.motherjones.com/politics/2018/05/no-one-had-seen-these-tiny-deer-for-20-years-then-one-day-they-came-back/

RS_2018-05.xz.deduped.txt:272147 - https://www.motherjones.com/politics/2018/05/trump-blames-the-democrats-for-family-separation-at-the-mexican-border/

RS_2018-05.xz.deduped.txt:272880 - https://www.motherjones.com/politics/2018/05/trump-slams-the-nyt-for-reporting-what-a-white-house-official-told-them/?

RS_2018-05.xz.deduped.txt:274324 - https://www.motherjones.com/environment/2018/05/scott-pruitt-tried-to-give-men-property-rights-over-fetuses/

RS_2018-05.xz.deduped.txt:275434 - https://www.motherjones.com/kevin-drum/2018/05/what-effect-do-twitter-bots-have-on-elections/

RS_2018-05.xz.deduped.txt:278274 - https://www.motherjones.com/politics/2018/05/rudy-giuliani-trumps-lawyer-is-spending-memorial-day-weekend-raving-about-how-the-mueller-investigation-is-rigged/

RS_2018-05.xz.deduped.txt:278704 - https://www.motherjones.com/politics/2018/05/trump-tweets-about-young-and-beautiful-lives-destroyed-by-russia-investigation/

RS_2018-05.xz.deduped.txt:280138 - https://www.motherjones.com/politics/2018/05/a-mormon-missionary-held-in-a-venezuelan-prison-is-coming-home/

RS_2018-05.xz.deduped.txt:280237 - https://www.motherjones.com/media/2018/05/truth-is-relative/?list_source=7H85PR01&term=XX.1.50.00.DON.D.0.12019

RS_2018-05.xz.deduped.txt:282759 - https://www.motherjones.com/politics/2018/05/the-fbi-says-your-router-is-helping-russian-hackers/

RS_2018-05.xz.deduped.txt:284992 - https://www.motherjones.com/politics/2018/05/what-if-we-held-a-constitutional-convention-and-the-right-wingers-prevailed/

RS_2018-05.xz.deduped.txt:294355 - https://www.motherjones.com/environment/2018/05/this-case-could-be-a-game-changer-in-cities-lawsuits-against-big-oil/

RS_2018-05.xz.deduped.txt:295573 - https://www.motherjones.com/politics/2018/05/trump-russia-investigation-tweet-sorry/

RS_2018-05.xz.deduped.txt:296097 - https://www.motherjones.com/politics/2018/05/elizabeth-warrens-congress-katie-porter-california-orange-county/

RS_2018-05.xz.deduped.txt:298530 - https://www.motherjones.com/media/2018/05/abc-just-canceled-roseanne/

RS_2018-05.xz.deduped.txt:298896 - https://www.motherjones.com/politics/2018/05/these-evangelicals-are-turning-ar-15s-into-garden-hoes/

RS_2018-05.xz.deduped.txt:301427 - https://www.motherjones.com/environment/2018/05/the-coal-industry-is-dying-and-its-leaving-communities-like-this-one-to-pick-up-the-pieces/

RS_2018-05.xz.deduped.txt:305531 - https://www.motherjones.com/environment/2018/05/kratom-users-say-its-a-miracle-drug-the-feds-say-its-dangerous/

RS_2018-05.xz.deduped.txt:308189 - https://www.motherjones.com/politics/2018/05/trump-jeff-sessions-attacks-mueller-investigation/

RS_2018-05.xz.deduped.txt:308423 - https://www.motherjones.com/kevin-drum/2018/05/even-fox-news-isnt-buying-trumps-spy-nonsense/

RS_2018-05.xz.deduped.txt:309108 - https://www.motherjones.com/politics/2018/05/trump-roseanne-tweet/

RS_2018-05.xz.deduped.txt:309180 - https://www.motherjones.com/politics/2018/05/trump-aides-go-where-jack-abramoff-and-tom-delay-went-before/

RS_2018-05.xz.deduped.txt:311986 - https://www.motherjones.com/politics/2018/05/trump-tweets-puerto-rico-hurricane-maria/

RS_2018-05.xz.deduped.txt:312030 - https://www.motherjones.com/kevin-drum/2018/05/surprise-north-korea-wants-to-keep-its-nukes/

RS_2018-05.xz.deduped.txt:317705 - https://www.motherjones.com/media/2018/05/recharge-newsletter-4-africa-endangered-species-ali-wong/

RS_2018-05.xz.deduped.txt:317789 - https://www.motherjones.com/politics/2018/05/insys-subsys-whistleblower-lawsuits/

RS_2018-05.xz.deduped.txt:318498 - https://www.motherjones.com/politics/2018/05/seinfeld-jason-alexander-ad-rohrabacher/

RS_2018-05.xz.deduped.txt:320004 - https://www.motherjones.com/politics/2018/05/a-republican-leader-is-switching-districts-but-its-not-at-all-because-hes-terrified-of-a-blue-wave/

RS_2018-05.xz.deduped.txt:321357 - https://www.motherjones.com/politics/2018/05/trump-dinesh-dsouza-pardon-announcement/

RS_2018-05.xz.deduped.txt:325685 - https://www.motherjones.com/politics/2018/05/morning-joes-mika-brzezinski-says-donald-trump-pressed-her-for-the-name-of-her-cosmetic-surgeon/

RS_2018-07.xz.deduped.txt:3693 - https://www.motherjones.com/environment/2018/06/as-california-burns-again-survivors-return-home-to-total-devastation/

RS_2018-07.xz.deduped.txt:4717 - https://www.motherjones.com/politics/2018/07/abolish-ice-trump-crime/?

RS_2018-07.xz.deduped.txt:5413 - https://www.motherjones.com/politics/2018/07/canada-imposes-massive-new-tariffs-on-american-goods

RS_2018-07.xz.deduped.txt:5629 - https://www.motherjones.com/food/2018/06/bayer-bought-monsanto-and-is-now-stuck-with-its-biggest-headache/

RS_2018-07.xz.deduped.txt:5673 - https://www.motherjones.com/politics/2018/07/abolish-ice-trump-crime-1/

RS_2018-07.xz.deduped.txt:5761 - https://www.motherjones.com/politics/2018/07/canada-imposes-massive-new-tariffs-on-american-goods/

RS_2018-07.xz.deduped.txt:7207 - https://www.motherjones.com/politics/2018/07/trump-separated-children-airfare/

RS_2018-07.xz.deduped.txt:7606 - https://www.motherjones.com/environment/2018/06/pebble-mine-bristol-bay-alaska-salmon-scott-pruitt/?utm_source=mj-newsletters&utm_medium=email&utm_campaign=food-for-thought-2018-07-01

RS_2018-07.xz.deduped.txt:7996 - https://www.motherjones.com/politics/2018/07/ice-family-separation-bond-denial/

RS_2018-07.xz.deduped.txt:10686 - https://www.motherjones.com/politics/2018/07/cairo-illinois-hud-public-housing-ben-carson-donald-trump/

RS_2018-07.xz.deduped.txt:10819 - https://www.motherjones.com/politics/2018/07/ben-carsons-war-on-hud

RS_2018-07.xz.deduped.txt:11519 - https://www.motherjones.com/politics/2018/07/trump-judicial-pick-who-blogged-favorably-about-the-kkk-had-to-withdraw-now-hes-at-the-justice-department/

RS_2018-07.xz.deduped.txt:11878 - https://www.motherjones.com/politics/2018/06/russian-national-team-sbornaya-racism-nationalism-world-cup/

RS_2018-07.xz.deduped.txt:13308 - https://www.motherjones.com/politics/2016/09/trump-supporters-neo-nazis-white-nationalists-kkk-militias-racism-hate/

RS_2018-07.xz.deduped.txt:14275 - https://www.motherjones.com/politics/2018/07/ice-family-separation-bond-denial-1/

RS_2018-07.xz.deduped.txt:22818 - https://www.motherjones.com/environment/2018/07/seattle-just-became-the-first-major-american-city-to-ban-plastic-straws-and-utensils/

RS_2018-07.xz.deduped.txt:23325 - https://www.motherjones.com/crime-justice/2018/07/the-children-are-an-afterthought-ices-workplace-raids-are-tearing-immigrant-families-apart/

RS_2018-07.xz.deduped.txt:23961 - https://www.motherjones.com/politics/2018/07/anthony-kennedys-retirement-is-probably-making-scott-pruitt-very-very-happy/

RS_2018-07.xz.deduped.txt:24668 - https://www.motherjones.com/politics/2018/07/trump-north-korea-war-without-me/

RS_2018-07.xz.deduped.txt:26282 - https://www.motherjones.com/politics/2018/07/federal-judge-rips-trump-administration-over-census-citizenship-question

RS_2018-07.xz.deduped.txt:26381 - https://www.motherjones.com/politics/2018/07/federal-judge-rips-trump-administration-over-census-citizenship-question/

RS_2018-07.xz.deduped.txt:27048 - https://www.motherjones.com/politics/2018/07/while-you-werent-looking-pope-francis-has-been-remaking-the-churchs-leadership/

RS_2018-07.xz.deduped.txt:29117 - https://www.motherjones.com/politics/2018/07/senate-intelligence-july-fourth-russian-interference/

RS_2018-07.xz.deduped.txt:31453 - https://www.motherjones.com/politics/2018/07/scott-pruitt-scandal-trump-administration

RS_2018-07.xz.deduped.txt:31893 - https://www.motherjones.com/politics/2018/07/hurricane-maria-fema-housing-florida/

RS_2018-07.xz.deduped.txt:34745 -
https://www.motherjones.com/environment/2018/06/pebble-mine-bristol-bay-alaska-salmon-
scott-pruitt/
RS_2018-07.xz.deduped.txt:34860 - https://www.motherjones.com/politics/2018/07/what-
trumps-plan-to-ignore-race-in-school-admissions-actually-means-for-students/
RS_2018-07.xz.deduped.txt:34863 - https://www.motherjones.com/politics/2018/07/scott-pruitt-
scandal-trump-administration/
RS_2018-07.xz.deduped.txt:35074 - https://www.motherjones.com/media/2018/07/recharge-
newsletter-9-migrant-kids-lemonade-raices/
RS_2018-07.xz.deduped.txt:35674 - https://www.motherjones.com/politics/2018/07/bbqbecky-
called-cops-on-kenzie-smith-now-running-for-oakland-city-council/
RS_2018-07.xz.deduped.txt:43254 - https://www.motherjones.com/politics/2018/07/a-lawyer-
met-with-11-separated-parents-in-one-day-what-she-heard-is-terrifying/
RS_2018-07.xz.deduped.txt:45328 - https://www.motherjones.com/politics/2018/07/the-one-
tweet-a-potential-trump-nominee-to-the-supreme-court-probably-wishes-he-could-take-back/
RS_2018-07.xz.deduped.txt:45755 - https://www.motherjones.com/politics/2018/07/the-one-
tweet-potential-trump-scotus-nominee-willett-probably-wishes-he-could-take-back/
RS_2018-07.xz.deduped.txt:46859 - https://www.motherjones.com/politics/2014/07/jaws-
ridiculous-say-kids-who-owe-everything-jaws/
RS_2018-07.xz.deduped.txt:47775 - https://www.motherjones.com/politics/2018/07/trump-
broke-up-families-to-deter-illegal-immigration-new-numbers-show-that-plan-has-failed/
RS_2018-07.xz.deduped.txt:50594 -
https://www.motherjones.com/environment/2018/07/republicans-in-congress-sure-seem-happy-
not-to-have-to-defend-scott-pruitt-anymore-1/
RS_2018-07.xz.deduped.txt:52178 - https://www.motherjones.com/environment/2018/04/scott-
pruitt-out-from-the-epa-this-coal-lobbyist-will-take-his-place/
RS_2018-07.xz.deduped.txt:53922 - https://www.motherjones.com/food/2018/07/as-trumps-
china-tariffs-kick-in-us-farmers-watch-prices-slide/
RS_2018-07.xz.deduped.txt:56807 - https://www.motherjones.com/environment/2018/07/its-
barely-july-and-this-wildfire-season-already-looks-terrifying/
RS_2018-07.xz.deduped.txt:57567 - https://www.motherjones.com/kevin-
drum/2018/07/workers-or-profits-american-businesses-chose-a-long-time-ago/
RS_2018-07.xz.deduped.txt:58577 - https://www.motherjones.com/environment/2018/07/this-
meteorologist-explains-why-the-extreme-heat-is-way-worse-than-you-think/
RS_2018-07.xz.deduped.txt:60126 - https://www.motherjones.com/food/2018/07/how-big-soda-
strong-armed-california-into-banning-soda-taxes/
RS_2018-07.xz.deduped.txt:61484 - https://www.motherjones.com/politics/2018/07/ice-
separated-families-judge-trump/
RS_2018-07.xz.deduped.txt:64009 - https://www.motherjones.com/politics/2018/07/brian-
fitzpatrick-concealed-carry-giffords/
RS_2018-07.xz.deduped.txt:65087 - https://www.motherjones.com/politics/2018/07/vladimir-
putin-trump-fake-news-deep-state/
RS_2018-07.xz.deduped.txt:65611 - https://www.motherjones.com/kevin-drum/2018/07/donald-
trumps-obamacare-sabotage-continues-apace/
RS_2018-07.xz.deduped.txt:67074 - https://www.motherjones.com/media/2018/07/the-cdc-just-
retracted-its-farmer-suicide-data-that-could-be-terrible-news-for-farmers/

RS_2018-07.xz.deduped.txt:68384 - https://www.motherjones.com/politics/2018/07/republican-congressman-jim-jordan-accused-ignoring-ohio-state-sexual-abuse/
RS_2018-07.xz.deduped.txt:68388 - https://www.motherjones.com/politics/2018/07/obama-homeland-security-chief-jeh-johnson-abolish-ice-fight/
RS_2018-07.xz.deduped.txt:72612 - https://www.motherjones.com/kevin-drum/2018/07/market-manipulation-officially-doesnt-exist-anymore/
RS_2018-07.xz.deduped.txt:74643 - https://www.motherjones.com/politics/2018/07/supreme-court-democratic-senators-abortion-rights/
RS_2018-07.xz.deduped.txt:77126 - https://www.motherjones.com/food/2018/07/californias-vineyard-workers-wine-labor-shortage-guestworker-visas-immigration-crackdown/
RS_2018-07.xz.deduped.txt:77325 - https://www.motherjones.com/environment/2018/07/it-isnt-just-flint-how-the-next-water-crisis-could-happen-anywhere/
RS_2018-07.xz.deduped.txt:79506 - https://www.motherjones.com/politics/2018/07/mexican-couple-tried-to-visit-son-army-base-now-ice-detention/
RS_2018-07.xz.deduped.txt:80874 - https://www.motherjones.com/politics/2018/07/one-year-old-baby-immigration-hearing/
RS_2018-07.xz.deduped.txt:83278 - https://www.motherjones.com/kevin-drum/2018/07/san-francisco-fed-dont-expect-much-from-those-tax-cuts/
RS_2018-07.xz.deduped.txt:83636 - https://www.motherjones.com/politics/2018/07/mitch-mcconnell-protest-where-are-the-babies/
RS_2018-07.xz.deduped.txt:91749 - https://www.motherjones.com/environment/2018/07/this-gop-congressman-has-begun-a-huge-fight-over-a-key-environmental-law
RS_2018-07.xz.deduped.txt:93321 - https://www.motherjones.com/politics/2018/07/this-economist-explains-the-inexplicable-hostility-of-the-trump-administration-to-breastfeeding/?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+mother jones%2Fmain+%28MotherJones.com+Main+Article+Feed%29
RS_2018-07.xz.deduped.txt:93970 - https://www.motherjones.com/politics/2018/07/this-economist-explains-the-inexplicable-hostility-of-the-trump-administration-to-breastfeeding/
RS_2018-07.xz.deduped.txt:101256 - https://www.motherjones.com/environment/2018/07/this-gop-congressman-has-begun-a-huge-fight-over-a-key-environmental-law/
RS_2018-07.xz.deduped.txt:102396 - https://www.motherjones.com/crime-justice/2018/07/donald-trump-white-supremacists-terrorism/
RS_2018-07.xz.deduped.txt:103497 - https://www.motherjones.com/politics/2018/07/men-white-racist-extremism-michael-kimmel/
RS_2018-07.xz.deduped.txt:103988 - https://www.motherjones.com/kevin-drum/2018/07/trump-throws-his-usual-tantrum-at-nato-summit
RS_2018-07.xz.deduped.txt:104328 - https://www.motherjones.com/politics/2018/07/controversial-justice-department-nominee-with-russia-ties-is-headed-toward-confirmation/
RS_2018-07.xz.deduped.txt:104563 - https://www.motherjones.com/politics/2018/07/controversial-justice-department-nominee-with-russia-ties-is-headed-toward-confirmation
RS_2018-07.xz.deduped.txt:105783 - https://www.motherjones.com/politics/2018/07/brian-benczkowski-justice-department-nominee-with-russia-ties-confirmation/
RS_2018-07.xz.deduped.txt:106542 - https://www.motherjones.com/politics/2018/07/reform-white-supremacists-shane-johnson-life-after-hate/

RS_2018-07.xz.deduped.txt:108780 - https://www.motherjones.com/politics/2018/07/while-america-sleeps-trumps-treachery-and-the-russia-scandal/
RS_2018-07.xz.deduped.txt:113605 - https://www.motherjones.com/politics/2018/07/the-next-front-in-the-kochs-deregulatory-war-is-saturday-morning-cartoons/
RS_2018-07.xz.deduped.txt:115415 - https://www.motherjones.com/politics/2018/07/trump-nato-defense-spending-macron
RS_2018-07.xz.deduped.txt:116869 - https://www.motherjones.com/politics/2018/07/putin-loves-trump/
RS_2018-07.xz.deduped.txt:118285 - https://www.motherjones.com/kevin-drum/2018/07/thanks-to-gasoline-inflation-hits-2-8-in-june
RS_2018-07.xz.deduped.txt:118719 - https://www.motherjones.com/environment/2018/07/scott-pruitt-cant-escape-his-investigations-just-because-he-resigned
RS_2018-07.xz.deduped.txt:119323 - https://www.motherjones.com/politics/2018/07/louie-gohmert-peter-strzok-hearing-medication/
RS_2018-07.xz.deduped.txt:119417 - https://www.motherjones.com/environment/2018/07/house-republicans-just-voted-to-gut-protections-for-americas-fish
RS_2018-07.xz.deduped.txt:120216 - https://www.motherjones.com/kevin-drum/2018/07/facebook-decides-that-its-big-problem-is-fake-liberal-news/
RS_2018-07.xz.deduped.txt:121208 - https://www.motherjones.com/politics/2018/07/house-republicans-partisan-theater-trump-fbi-peter-strzok/
RS_2018-07.xz.deduped.txt:122464 - https://www.motherjones.com/politics/2018/07/the-seven-wildest-moments-from-peter-strzoks-explosive-house-hearing
RS_2018-07.xz.deduped.txt:122566 - https://www.motherjones.com/kevin-drum/2018/07/republicans-finally-kill-off-valuable-medical-database-their-donors-hate/
RS_2018-07.xz.deduped.txt:123581 - https://www.motherjones.com/politics/2018/07/a-new-suit-alleges-trumps-education-department-is-failing-students-of-color-with-disabilities/
RS_2018-07.xz.deduped.txt:125323 - https://www.motherjones.com/environment/2018/07/house-republicans-just-voted-to-gut-protections-for-americas-fish/
RS_2018-07.xz.deduped.txt:126133 - https://www.motherjones.com/politics/2018/07/as-trump-visits-his-scottish-golf-course-a-mystery-remains/
RS_2018-07.xz.deduped.txt:126225 - https://www.motherjones.com/politics/2018/07/while-america-sleeps-trumps-treachery-and-the-russia-scandal/?utm_source=mj-newsletters&utm_medium=email&utm_campaign=the-russian-connection-2018-07-12
RS_2018-07.xz.deduped.txt:126295 - https://www.motherjones.com/politics/2018/07/putin-loves-trump/?utm_source=mj-newsletters&utm_medium=email&utm_campaign=the-russian-connection-2018-07-12
RS_2018-07.xz.deduped.txt:127024 - https://www.motherjones.com/politics/2018/07/yet-another-twist-in-the-crazy-tale-of-a-gop-fundraisers-affair-with-a-playmate/
RS_2018-07.xz.deduped.txt:127408 - https://www.motherjones.com/politics/2018/07/donald-trump-theresa-may-press-conference/
RS_2018-07.xz.deduped.txt:128056 - https://www.motherjones.com/politics/2018/07/brett-kavanaugh-justice-kennedy-kathryn-kolbert-casey-roe-wade/?utm_source=mj-newsletters&utm_medium=email&utm_campaign=political-mojo-2018-07-13

RS_2018-07.xz.deduped.txt:128145 - https://www.motherjones.com/politics/2018/07/mueller-indicts-12-russian-intelligence-officers-for-hacking-the-dnc/

RS_2018-07.xz.deduped.txt:129457 - https://www.motherjones.com/politics/2018/07/russia-listening-30000-emails-missing-donald-trump/

RS_2018-07.xz.deduped.txt:129566 - http://www.motherjones.com/politics/2018/07/yet-another-twist-in-the-crazy-tale-of-a-gop-fundraisers-affair-with-a-playmate/

RS_2018-07.xz.deduped.txt:130556 - https://www.motherjones.com/politics/kevin-drum/2017/06/our-score-so-far-republicans-89-democrats-1/

RS_2018-07.xz.deduped.txt:131353 - https://www.motherjones.com/politics/2018/07/how-the-mueller-news-is-an-indictment-of-donald-trump-and-his-gop-enablers/

RS_2018-07.xz.deduped.txt:131765 - https://www.motherjones.com/politics/2018/07/muellers-indictment-of-12-russian-spies-is-very-bad-for-trump/

RS_2018-07.xz.deduped.txt:132835 - https://www.motherjones.com/politics/kevin-drum/2018/07/how-to-betray-your-country-in-ten-short-steps/

RS_2018-07.xz.deduped.txt:135230 - https://www.motherjones.com/politics/2018/06/vivian-maier-secret-stash-soviet-street-photographer-masha-ivashintsova-instagram/

RS_2018-07.xz.deduped.txt:135805 - https://www.motherjones.com/politics/kevin-drum/2018/07/behind-his-back-the-whole-world-thinks-trump-is-a-joke/

RS_2018-07.xz.deduped.txt:136164 - https://www.motherjones.com/politics/2018/07/on-the-eve-of-his-meeting-with-putin-trump-blames-obama-for-russian-meddling/

RS_2018-07.xz.deduped.txt:136993 - https://www.motherjones.com/politics/2018/07/trump-turnberry-resort-scotland/

RS_2018-07.xz.deduped.txt:138069 - https://www.motherjones.com/politics/kevin-drum/2018/07/republicans-have-degraded-cost-benefit-analysis-into-a-parody-of-itself/

RS_2018-07.xz.deduped.txt:138824 - https://www.motherjones.com/crime-justice/2018/07/new-york-state-legalization-marijuana-cuomo/

RS_2018-07.xz.deduped.txt:139741 - https://www.motherjones.com/politics/2018/07/scottish-police-search-paraglider-trump-turnberry/

RS_2018-07.xz.deduped.txt:141692 - https://www.motherjones.com/politics/2018/07/reform-white-supremacists-shane-johnson-life-after-hate/?utm_source=nextdraft&utm_medium=email

RS_2018-07.xz.deduped.txt:144510 - https://www.motherjones.com/politics/2018/07/this-economist-explains-the-inexplicable-hostility-of-the-trump-administration-to-breastfeeding/?utm_source=mj-newsletters&utm_medium=email&utm_campaign=food-for-thought-2018-07-15

RS_2018-07.xz.deduped.txt:144817 - https://www.motherjones.com/crime-justice/2018/07/immigrant-kids-are-being-sent-to-violent-juvenile-halls-without-a-trial/

RS_2018-07.xz.deduped.txt:144997 - https://www.motherjones.com/politics/2018/07/a-congressman-just-called-public-hearings-a-freak-show/

RS_2018-07.xz.deduped.txt:146135 - https://www.motherjones.com/politics/2018/07/pardoned-oregon-rancher-to-focus-on-putting-god-in-public-schools/

RS_2018-07.xz.deduped.txt:146646 - https://www.motherjones.com/environment/2018/07/even-nixon-supported-this-100-year-old-law-protecting-migratory-birds-now-trump-wants-to-gut-it/

RS_2018-07.xz.deduped.txt:146893 - https://www.motherjones.com/environment/2018/07/even-nixon-supported-this-100-year-old-law-protecting-migratory-birds-now-trump-wants-to-gut-it/?

RS_2018-07.xz.deduped.txt:150325 - https://www.motherjones.com/politics/2018/07/trump-putin-summit-opening-remarks-election-interference/

RS_2018-07.xz.deduped.txt:150329 - https://www.motherjones.com/politics/2018/07/sacha-baron-cohens-new-show-is-so-much-darker-than-you-think/
RS_2018-07.xz.deduped.txt:150980 - https://www.motherjones.com/politics/2018/07/brett-kavanaughs-first-potential-scotus-case-could-devastate-these-critically-endangered-frogs/
RS_2018-07.xz.deduped.txt:151220 - https://www.motherjones.com/politics/2018/07/kevin-de-leon-dianne-feinstein-california-senate/
RS_2018-07.xz.deduped.txt:152528 - https://www.motherjones.com/kevin-drum/2018/07/trumps-tariffs-and-high-prices-are-sinking-the-midwest/
RS_2018-07.xz.deduped.txt:153636 - https://www.motherjones.com/politics/2018/07/dixon-california-straight-pride-ted-hickman/
RS_2018-07.xz.deduped.txt:155400 - https://www.motherjones.com/politics/2018/07/in-helsinki-trump-shows-he-is-indeed-guilty-of-collusion/
RS_2018-07.xz.deduped.txt:159201 - https://www.motherjones.com/environment/2014/04/air-pollution-racial-disparities/
RS_2018-07.xz.deduped.txt:160474 - https://www.motherjones.com/politics/2018/07/putins-comments-in-helsinki-only-raised-more-questions-about-russias-election-interference/
RS_2018-07.xz.deduped.txt:161205 - https://www.motherjones.com/politics/2018/07/the-trump-administration-is-working-to-deport-more-legal-immigrants/
RS_2018-07.xz.deduped.txt:161831 - https://www.motherjones.com/politics/2018/07/putin-just-dismissed-the-mueller-probe-as-political-games-in-fox-news-interview/
RS_2018-07.xz.deduped.txt:161873 - https://www.motherjones.com/politics/2018/07/maria-butina-indicted-trump-russia-nra/
RS_2018-07.xz.deduped.txt:164292 - https://www.motherjones.com/media/2018/07/fox-news-trump-putin-press-conference-hannity-carlson/
RS_2018-07.xz.deduped.txt:165131 - https://www.motherjones.com/politics/2018/07/trump-putin-press-conference-russian-interference/
RS_2018-07.xz.deduped.txt:166018 - https://www.motherjones.com/kevin-drum/2018/07/how-do-we-fight-the-cult-of-trump/
RS_2018-07.xz.deduped.txt:167427 - https://www.motherjones.com/politics/2018/07/obama-speech-trump-putin-meeting-strongman-politics/
RS_2018-07.xz.deduped.txt:167995 - https://www.motherjones.com/politics/2018/07/trump-putin-meeting-clean-up/
RS_2018-07.xz.deduped.txt:168778 - https://www.motherjones.com/politics/2018/07/republicans-had-a-chance-to-grill-facebook-over-russia-instead-they-talked-about-censoring-chick-fil-a/
RS_2018-07.xz.deduped.txt:170139 - https://www.motherjones.com/politics/2018/07/a-federal-judge-ruled-that-the-government-must-treat-these-separated-migrant-kids-for-ptsd/
RS_2018-07.xz.deduped.txt:173290 - https://www.motherjones.com/politics/2018/07/martha-roby-bobby-bright-alabama-runoff/
RS_2018-07.xz.deduped.txt:173309 - https://www.motherjones.com/politics/2018/07/judicial-watchdogs-are-in-court-to-make-brett-kavanaughs-entire-record-public/
RS_2018-07.xz.deduped.txt:174283 - https://www.motherjones.com/politics/2018/07/trump-has-dreams-of-a-new-energy-boom-that-even-the-fossil-fuel-industry-thinks-is-too-extreme/
RS_2018-07.xz.deduped.txt:174710 - https://www.motherjones.com/food/2018/07/trump-just-nominated-a-pesticide-exec-to-oversee-science-at-usda/

RS_2018-07.xz.deduped.txt:174842 - https://www.motherjones.com/politics/2018/07/health-insurers-are-using-your-online-shopping-cart-and-zip-code-to-determine-your-rates/
RS_2018-07.xz.deduped.txt:175466 - https://www.motherjones.com/environment/2018/07/oops-federal-officials-divulged-secret-info-about-native-american-artifacts/
RS_2018-07.xz.deduped.txt:177386 - https://www.motherjones.com/kevin-drum/2018/07/too-much-of-the-worlds-math-talent-is-going-to-waste/
RS_2018-07.xz.deduped.txt:178395 - https://www.motherjones.com/kevin-drum/2018/07/keep-an-eye-on-the-magnitsky-act/
RS_2018-07.xz.deduped.txt:178724 - https://www.motherjones.com/politics/2018/07/trump-rejects-us-intelligence-agencies-day-after-claiming-he-backed-them/
RS_2018-07.xz.deduped.txt:178956 - https://www.motherjones.com/politics/2018/07/kathy-kraninger-omb-cfpb-family-separation-elizabeth-warren/
RS_2018-07.xz.deduped.txt:179850 - https://www.motherjones.com/kevin-drum/2018/07/us-media-accurately-reports-effect-of-new-dark-money-rules/
RS_2018-07.xz.deduped.txt:180914 - https://www.motherjones.com/politics/2018/07/donald-trump-endorsement-brian-kemp/
RS_2018-07.xz.deduped.txt:181313 - https://www.motherjones.com/politics/2018/07/maria-butina-nra-putin-russian-oligarch/
RS_2018-07.xz.deduped.txt:182036 - https://www.motherjones.com/politics/2013/08/seth-macfarlane-fox-dads-asians-racist/
RS_2018-07.xz.deduped.txt:184372 - https://www.motherjones.com/kevin-drum/2018/07/theres-something-the-intelligence-community-wants-you-to-know/
RS_2018-07.xz.deduped.txt:186199 - https://www.motherjones.com/politics/2018/07/nra-maria-butina-spying-charges-trump-campaign/
RS_2018-07.xz.deduped.txt:186427 - https://www.motherjones.com/environment/2018/07/trumps-fema-to-americans-dont-count-on-us-this-hurricane-season/
RS_2018-07.xz.deduped.txt:186720 - https://www.motherjones.com/politics/2018/07/court-documents-show-how-oxycontins-sales-team-pushed-hope-in-a-bottle/
RS_2018-07.xz.deduped.txt:187223 - https://www.motherjones.com/politics/2018/07/you-are-paying-for-the-trump-brothers-to-travel-the-world-on-trump-organization-business/
RS_2018-07.xz.deduped.txt:193049 - https://www.motherjones.com/politics/2018/07/young-people-are-registering-to-vote-in-huge-numbers-new-study-finds/
RS_2018-07.xz.deduped.txt:194126 - https://www.motherjones.com/politics/2018/07/elizabeth-warren-tore-into-trumps-consumer-watchdog-nominee-over-family-separations/
RS_2018-07.xz.deduped.txt:194816 - https://www.motherjones.com/environment/2018/07/internal-watchdog-blasts-epas-response-to-flint-water-crisis-in-blistering-report/
RS_2018-07.xz.deduped.txt:198377 - https://www.motherjones.com/environment/2018/07/fossil-fuel-industries-outspend-clean-energy-advocates-on-climate-lobbying-by-10-to-1/
RS_2018-07.xz.deduped.txt:199577 - https://www.motherjones.com/environment/2018/07/republicans-are-finally-talking-about-a-carbon-tax-not-in-a-good-way/
RS_2018-07.xz.deduped.txt:199812 - https://www.motherjones.com/environment/2018/07/trump-scotus-brett-kavanaugh-climate/

RS_2018-07.xz.deduped.txt:200488 - https://www.motherjones.com/politics/2018/07/in-helsinki-trump-shows-he-is-indeed-guilty-of-collusion/?utm_source=mj-newsletters&utm_medium=email&utm_campaign=political-mojo-2018-07-20//?
RS_2018-07.xz.deduped.txt:201625 - https://www.motherjones.com/politics/2018/07/nra-russia-maria-butina-alexander-torshin-republicans-trump/
RS_2018-07.xz.deduped.txt:205073 - https://www.motherjones.com/politics/2018/07/jeff-sessions-wants-to-crack-down-on-fentanyl-dealers-heres-the-problem-with-that/
RS_2018-07.xz.deduped.txt:207107 - https://www.motherjones.com/media/2018/07/real-news-tackles-fake-science/
RS_2018-07.xz.deduped.txt:211494 - https://www.motherjones.com/politics/2018/07/more-voters-are-being-kicked-off-the-rolls-especially-in-states-with-a-history-of-discrimination/
RS_2018-07.xz.deduped.txt:212469 - https://www.motherjones.com/kevin-drum/2018/07/ecuador-may-be-getting-ready-to-release-julian-assange/
RS_2018-07.xz.deduped.txt:213381 - https://www.motherjones.com/politics/2018/07/james-comey-answers-questions-about-loyalty-rewards-on-wait-wait-dont-tell-me/
RS_2018-07.xz.deduped.txt:213806 - https://www.motherjones.com/politics/2018/07/pence-stumps-for-candidate-who-said-he-would-personally-round-up-and-deport-immigrants/
RS_2018-07.xz.deduped.txt:217489 - https://www.motherjones.com/politics/2018/07/trump-just-lashed-out-at-michael-cohen-over-recording/
RS_2018-07.xz.deduped.txt:218841 - https://www.motherjones.com/politics/2018/07/brett-kavanaugh-once-said-the-watergate-tapes-decision-was-wrongly-decided/
RS_2018-07.xz.deduped.txt:219174 - https://www.motherjones.com/kevin-drum/2018/07/obamacare-increases-would-be-about-zero-in-california-if-not-for-republican-sabotage/
RS_2018-07.xz.deduped.txt:220572 - https://www.motherjones.com/politics/2018/07/stormy-daniels-lawyer-says-there-are-more-secret-tapes-between-trump-and-michael-cohen/
RS_2018-07.xz.deduped.txt:221900 - https://www.motherjones.com/politics/2018/07/the-fbi-just-revealed-why-it-wiretapped-trumps-campaign-advisor-in-russia-probe/
RS_2018-07.xz.deduped.txt:222298 - https://www.motherjones.com/kevin-drum/2018/07/donald-trump-threatens-to-annihilate-iran-but-no-one-really-cares/
RS_2018-07.xz.deduped.txt:223456 - https://www.motherjones.com/politics/2018/07/rural-hospital-closures-trump-republicans/
RS_2018-07.xz.deduped.txt:223507 - https://www.motherjones.com/politics/2018/07/republicans-have-been-putting-a-ton-of-work-into-screwing-over-endangered-species/
RS_2018-07.xz.deduped.txt:227934 - https://www.motherjones.com/media/2018/07/jason-spencer-sacha-baron-cohen-who-is-america/
RS_2018-07.xz.deduped.txt:235229 - https://www.motherjones.com/politics/2018/07/brett-kavanaugh-supreme-court-chevron-deference/
RS_2018-07.xz.deduped.txt:235844 - https://www.motherjones.com/politics/2018/07/georgias-gop-primary-is-taking-crazy-to-a-new-level/
RS_2018-07.xz.deduped.txt:238812 - https://www.motherjones.com/politics/2018/07/alexandria-ocasio-cortez-virginia-kruta-fox-and-friends-rally/
RS_2018-07.xz.deduped.txt:241537 - https://www.motherjones.com/politics/2018/07/new-data-shows-how-trump-administration-prosecuted-migrant-parents-with-children-instead-of-adults-traveling-alone/

RS_2018-07.xz.deduped.txt:242281 - https://www.motherjones.com/politics/2018/07/new-documents-show-the-census-bureau-ignored-its-own-experts-when-it-added-a-citizenship-question/
RS_2018-07.xz.deduped.txt:242641 - https://www.motherjones.com/politics/2018/07/jeff-sessions-just-accused-colleges-of-creating-sanctimonious-sensitive-supercilious-snowflakes/
RS_2018-07.xz.deduped.txt:243845 - https://www.motherjones.com/politics/2018/07/brian-kemp-casey-cagle-georgia-runoff/
RS_2018-07.xz.deduped.txt:245337 - https://www.motherjones.com/kevin-drum/2018/07/now-we-know-for-sure-devin-nunes-lied-about-everything/
RS_2018-07.xz.deduped.txt:245452 - https://www.motherjones.com/politics/2018/07/lucy-mcbath-kevin-abel-karen-handel-georgia/
RS_2018-07.xz.deduped.txt:245503 - https://www.motherjones.com/politics/2018/07/carter-page-russia-wiretap-trump-fbi/
RS_2018-07.xz.deduped.txt:247507 - https://www.motherjones.com/environment/2018/07/pruitt-is-gone-his-replacement-continues-his-destructive-work/
RS_2018-07.xz.deduped.txt:247577 - https://www.motherjones.com/environment/2018/07/this-is-why-lawmakers-want-to-gut-the-endangered-species-act/
RS_2018-07.xz.deduped.txt:248280 - https://www.motherjones.com/politics/2017/10/you-will-lose-your-job-to-a-robot-and-sooner-than-you-think/
RS_2018-07.xz.deduped.txt:248642 - https://www.motherjones.com/politics/2018/07/the-trump-administration-is-attacking-a-crucial-lifeline-for-domestic-violence-victims/
RS_2018-07.xz.deduped.txt:250587 - https://www.motherjones.com/politics/2018/07/this-is-the-greatest-threat-to-donald-trumps-presidency-so-far/
RS_2018-07.xz.deduped.txt:251623 - https://www.motherjones.com/environment/2018/07/this-is-why-lawmakers-want-to-gut-the-endangered-species-act
RS_2018-07.xz.deduped.txt:251767 - https://www.motherjones.com/politics/2018/07/ricardo-rossello-rob-bishop/
RS_2018-07.xz.deduped.txt:256318 - https://www.motherjones.com/food/2018/07/paul-ryan-is-holding-the-farm-bill-hostage-over-food-stamps/
RS_2018-07.xz.deduped.txt:259799 - https://www.motherjones.com/politics/2018/07/jeff-sessions-has-been-targeting-asylum-seekers-fleeing-domestic-violence-its-been-devastating/
RS_2018-07.xz.deduped.txt:259831 - https://www.motherjones.com/environment/2018/07/thanks-to-trump-pesticide-companies-are-now-free-to-kill-all-the-endangered-species-they-want/
RS_2018-07.xz.deduped.txt:260461 - https://www.motherjones.com/environment/2018/07/microplastics-are-invisible-scary-and-everywhere/
RS_2018-07.xz.deduped.txt:260788 - https://www.motherjones.com/politics/2018/07/why-michael-cohen-is-a-triple-threat-for-donald-trump/
RS_2018-07.xz.deduped.txt:262197 - https://www.motherjones.com/kevin-drum/2018/07/white-house-press-office-reverts-to-kindergarten/
RS_2018-07.xz.deduped.txt:262924 - https://www.motherjones.com/politics/2018/07/newly-released-prisoners-are-40-times-more-likely-to-overdose-than-the-general-population/
RS_2018-07.xz.deduped.txt:264110 - https://www.motherjones.com/politics/2018/07/alleged-russian-spy-maria-butina-has-offered-to-cooperate-in-fraud-case/

RS_2018-07.xz.deduped.txt:269726 - https://www.motherjones.com/politics/2018/07/a-judge-just-ruled-the-trump-administration-has-failed-in-protecting-the-worlds-rarest-marine-mammal-vaquita/
RS_2018-07.xz.deduped.txt:271474 - https://www.motherjones.com/environment/2018/07/trump-just-made-it-legal-to-bring-back-the-heads-of-slaughtered-lions/
RS_2018-07.xz.deduped.txt:272009 - https://www.motherjones.com/politics/2018/07/rick-scott-is-getting-a-boost-from-a-private-prison-company-too-bad-it-might-be-illegal/
RS_2018-07.xz.deduped.txt:274405 - https://www.motherjones.com/politics/2018/07/ned-lamont-governor/
RS_2018-07.xz.deduped.txt:283227 - https://www.motherjones.com/politics/2018/07/a-new-inspector-general-report-shows-how-hud-dropped-the-ball-in-cairo/
RS_2018-07.xz.deduped.txt:285775 - https://www.motherjones.com/politics/2018/07/trump-invokes-9-11-as-justification-for-ice-while-judge-mulls-family-reunification/
RS_2018-07.xz.deduped.txt:287206 - https://www.motherjones.com/politics/2018/07/treasury-may-drop-sanctions-on-a-company-owned-by-one-of-putins-allies/
RS_2018-07.xz.deduped.txt:289212 - https://www.motherjones.com/environment/2018/07/crops-are-dying-forests-are-burning-this-summers-heat-wave-has-fueled-natural-disasters-around-the-world/
RS_2018-07.xz.deduped.txt:290405 - https://www.motherjones.com/kevin-drum/2018/07/finally-experts-explain-the-truth-about-lead-and-flint/
RS_2018-07.xz.deduped.txt:293721 - https://www.motherjones.com/politics/2018/07/president-trump-just-threatened-a-government-shutdown-again-and-blamed-democrats-again/
RS_2018-07.xz.deduped.txt:297723 - https://www.motherjones.com/politics/2018/07/alexandria-ocasio-cortez-beat-the-democratic-machine-now-shes-helping-other-candidates-do-the-same/
RS_2018-07.xz.deduped.txt:297852 - https://www.motherjones.com/environment/2018/07/these-emails-show-exactly-how-science-was-wiped-out-at-the-department-of-the-interior/
RS_2018-07.xz.deduped.txt:298918 - https://www.motherjones.com/politics/2018/07/dana-rohrabacher-says-anyone-in-this-town-would-meet-with-russians-peddling-political-dirt/
RS_2018-07.xz.deduped.txt:299999 - https://www.motherjones.com/kevin-drum/2018/07/maybe-trump-paid-the-russians-to-hack-the-dnc-server/
RS_2018-07.xz.deduped.txt:304625 - https://www.motherjones.com/kevin-drum/2018/07/are-you-rich-trump-wants-to-give-you-yet-another-tax-cut/
RS_2018-07.xz.deduped.txt:307895 - https://www.motherjones.com/politics/2018/07/seattle-gives-nannies-a-break-literally/
RS_2018-07.xz.deduped.txt:308327 - https://www.motherjones.com/politics/2018/07/donald-trump-russian-hacking-denials/
RS_2018-07.xz.deduped.txt:308733 - https://www.motherjones.com/politics/2018/07/rudy-giuliani-is-now-claiming-collusion-may-not-be-a-crime/
RS_2018-07.xz.deduped.txt:309222 - https://www.motherjones.com/politics/2018/07/the-midterm-elections-are-in-serious-danger-of-being-hacked-thanks-to-trump/
RS_2018-07.xz.deduped.txt:309290 - https://www.motherjones.com/politics/2018/07/paul-manafort-donald-trump-russia-collusion/
RS_2018-07.xz.deduped.txt:309378 - https://www.motherjones.com/politics/2018/07/a-father-and-son-were-finally-reunited-later-that-day-the-government-ripped-them-apart-again/

RS_2018-07.xz.deduped.txt:309829 - https://www.motherjones.com/environment/2018/07/the-chinese-are-eating-more-meat-than-ever-before-and-the-planet-cant-keep-up/
RS_2018-07.xz.deduped.txt:310507 - https://www.motherjones.com/politics/2018/07/trump-collusion-is-not-a-crime-rudy-giuliani/
RS_2018-07.xz.deduped.txt:314335 - https://www.motherjones.com/politics/2018/07/the-administration-had-no-plan-to-prevent-widespread-family-separations/
RS_2016-06.bz2.deduped.txt:3480 - http://www.motherjones.com/politics/2016/06/bill-clinton-gave-six-figure-speech-vulture-fund-apollo
RS_2016-06.bz2.deduped.txt:3624 - http://www.motherjones.com/politics/2016/05/trumps-latest-press-conference-was-basically-shouting-match-reporters
RS_2016-06.bz2.deduped.txt:8219 - http://www.motherjones.com/politics/2016/06/trump-german-loan-deutsche-bank
RS_2016-06.bz2.deduped.txt:12240 - http://www.motherjones.com/politics/2016/06/david-french-lgbt-rights-same-sex-marriage
RS_2016-06.bz2.deduped.txt:13388 - http://www.motherjones.com/kevin-drum/2016/06/american-anger-report-its-all-about-republicans-and-obama
RS_2016-06.bz2.deduped.txt:15192 - http://www.motherjones.com/politics/2016/06/trump-delegates-patriot-movement-militias
RS_2016-06.bz2.deduped.txt:17273 - http://motherjones.com/politics/2016/06/supreme-court-might-take-another-case-about-religious-objection-contraception
RS_2016-06.bz2.deduped.txt:17346 - http://www.motherjones.com/media/2016/06/original-roots-hollywood-race-problem
RS_2016-06.bz2.deduped.txt:20701 - http://www.motherjones.com/politics/2016/06/paul-ryan-submits-donald-trump
RS_2016-06.bz2.deduped.txt:24772 - http://www.motherjones.com/politics/2016/06/supreme-court-might-take-another-case-about-religious-objection-contraception
RS_2016-06.bz2.deduped.txt:26127 - http://www.motherjones.com/environment/2016/06/california-drought-trump-snowpack-low-hot
RS_2016-06.bz2.deduped.txt:26772 - http://www.motherjones.com/politics/2016/06/louisiana-abortion-de
RS_2016-06.bz2.deduped.txt:28750 - http://www.motherjones.com/politics/2016/06/donald-trump-supporters-violently-attacked-san-jose
RS_2016-06.bz2.deduped.txt:30610 - http://m.motherjones.com/politics/2016/06/trump-delegates-patriot-movement-militias
RS_2016-06.bz2.deduped.txt:32882 - http://www.motherjones.com/politics/2016/06/elizabeth-warren-slams-donald-trump-huge-conflicts-interest
RS_2016-06.bz2.deduped.txt:36310 - http://www.motherjones.com/politics/2016/06/report-school-suspensions-cost-billions-taxpayer-money?google_editors_picks=true
RS_2016-06.bz2.deduped.txt:38852 - http://www.motherjones.com/politics/2016/06/bernie-sanders-destroying-green-party-california-primary-hillary-clinton
RS_2016-06.bz2.deduped.txt:41009 - http://m.motherjones.com/politics/2016/06/bernie-sanders-destroying-green-party-california-primary-hillary-clinton
RS_2016-06.bz2.deduped.txt:45664 - http://www.motherjones.com/politics/2015/04/hillary-clinton-hugh-tony-rodham
RS_2016-06.bz2.deduped.txt:46174 - http://www.motherjones.com/kevin-drum/2016/06/bitcoin-meet-china-may-you-have-many-happy-days-together

RS_2016-06.bz2.deduped.txt:46688 - http://www.motherjones.com/politics/2016/06/reuters-abortion-video

RS_2016-06.bz2.deduped.txt:47339 - http://www.motherjones.com/kevin-drum/2016/06/donald-trump-ups-his-game-moves-lying-meta-lying

RS_2016-06.bz2.deduped.txt:47422 - http://www.motherjones.com/kevin-drum/2016/06/donald-trump-doesnt-want-muslim-judge-either

RS_2016-06.bz2.deduped.txt:49841 - http://www.motherjones.com/environment/2016/05/rural-water-contamination-uranium-navajo-sanders

RS_2016-06.bz2.deduped.txt:51496 - http://www.motherjones.com/politics/2016/06/will-supreme-court-take-solitary-confinement

RS_2016-06.bz2.deduped.txt:52258 - http://www.motherjones.com/environment/2016/06/california-primary-climate-change-fracking-clinton-sanders

RS_2016-06.bz2.deduped.txt:53510 - http://www.motherjones.com/politics/2016/06/elizabeth-warren-blasts-gop%E2%80%99s-obstruction-congress

RS_2016-06.bz2.deduped.txt:54172 - http://www.motherjones.com/politics/2016/05/the-donald-trump-files-andrew-dice-clay-hookers

RS_2016-06.bz2.deduped.txt:55314 - http://www.motherjones.com/politics/2016/06/pro-hillary-clinton-super-pac-goes-after-trump-mocking-disabled-reporter

RS_2016-06.bz2.deduped.txt:56457 - http://www.motherjones.com/politics/2016/06/eric-greitens-assault-rifle-missouri-governor

RS_2016-06.bz2.deduped.txt:58421 - http://www.motherjones.com/kevin-drum/2016/06/graham-time-rethink-those-trump-endorsements

RS_2016-06.bz2.deduped.txt:59845 - http://www.motherjones.com/politics/2016/06/men-networks-abortion-misinformation

RS_2016-06.bz2.deduped.txt:60985 - http://www.motherjones.com/politics/2016/06/hillary-clinton-bernie-sanders-califronia-new-jersey

RS_2016-06.bz2.deduped.txt:63610 - http://www.motherjones.com/politics/2016/06/samuel-alito-profile-antonin-scalia-supreme-court-appointment

RS_2016-06.bz2.deduped.txt:65972 - http://www.motherjones.com/politics/2016/06/house-committee-accidentally-releases-names-fetal-tissue-researchers-and-planned-pa

RS_2016-06.bz2.deduped.txt:69052 - http://www.motherjones.com/politics/2016/06/california-primary-hillary-clinton-historic-speech-democratic-nominee

RS_2016-06.bz2.deduped.txt:71137 - http://www.motherjones.com/environment/2016/06/epa-report-herbicide-atrazine-syngenta-frogs-tyrone-hayes-cancer-corn-weeds

RS_2016-06.bz2.deduped.txt:77963 - http://www.motherjones.com/politics/2016/06/elizabeth-warren-rips-paul-ryans-poverty-plan

RS_2016-06.bz2.deduped.txt:78267 - http://www.motherjones.com/politics/2016/06/sanders-superdelegates-reports-convention-chaos-are-greatly-exaggerated

RS_2016-06.bz2.deduped.txt:80158 - http://m.motherjones.com/politics/2016/06/house-committee-accidentally-releases-names-fetal-tissue-researchers-and-planned-pa

RS_2016-06.bz2.deduped.txt:82413 - http://www.motherjones.com/politics/2016/05/the-trump-files-asbestos-mob-conspiracy

RS_2016-06.bz2.deduped.txt:82449 - http://www.motherjones.com/environment/2016/06/donald-trump-christine-whitman-climate

RS_2016-06.bz2.deduped.txt:82669 - http://motherjones.com/environment/2016/06/donald-trump-christine-whitman-climate

RS_2016-06.bz2.deduped.txt:82918 - http://www.motherjones.com/politics/2016/06/how-hospital-mergers-put-patients-at-risk

RS_2016-06.bz2.deduped.txt:83872 - http://www.motherjones.com/politics/2016/06/department-education-rights-data-inequality-suspension-preschool

RS_2016-06.bz2.deduped.txt:85552 - http://www.motherjones.com/environment/2016/06/big-sugar-has-sweet-tooth-friendly-science

RS_2016-06.bz2.deduped.txt:85913 - http://www.motherjones.com/politics/2016/06/supreme-court-rules-puerto-rico-not-distinct-entity-state

RS_2016-06.bz2.deduped.txt:86962 - http://www.motherjones.com/politics/2016/05/laverne-cox-LGBT-transgender-demographic-data-census

RS_2016-06.bz2.deduped.txt:89162 - http://m.motherjones.com/media/2016/06/read-joe-bidens-open-letter-stanford-suvivor-sexual-assault

RS_2016-06.bz2.deduped.txt:93056 - http://www.motherjones.com/politics/2016/06/california-contraception-insurance

RS_2016-06.bz2.deduped.txt:93845 - http://www.motherjones.com/politics/2016/05/when-donald-trump-didnt-want-pay-chandelier-bill

RS_2016-06.bz2.deduped.txt:95952 - http://www.motherjones.com/politics/2016/06/elizabeth-warrens-facebook-fans-clinton-endorsement-nooooooooooooo

RS_2016-06.bz2.deduped.txt:98246 - http://www.motherjones.com/politics/2016/06/hillary-clinton-planned-parenthood-donald-trump-speech

RS_2016-06.bz2.deduped.txt:102819 - http://www.motherjones.com/politics/2016/06/what-should-bernie-sanders-do-next

RS_2016-06.bz2.deduped.txt:102997 - http://www.motherjones.com/environment/2016/06/who-zika-pregnancy-microcephaly-defect

RS_2016-06.bz2.deduped.txt:111530 - http://m.motherjones.com/politics/2016/06/donald-trump-twitter-orlando-massacre

RS_2016-06.bz2.deduped.txt:112059 - http://www.motherjones.com/politics/2016/06/donald-trump-twitter-orlando-massacre

RS_2016-06.bz2.deduped.txt:116757 - http://www.motherjones.com/environment/2016/06/congress-voted-update-toxic-substances-control-act

RS_2016-06.bz2.deduped.txt:117310 - http://www.motherjones.com/politics/2016/06/orlando-gay-nightclub-massacre-lgbt-community-history

RS_2016-06.bz2.deduped.txt:120226 - http://www.motherjones.com/politics/2016/06/heres-what-nra-has-say-about-orlando-shooting-0

RS_2016-06.bz2.deduped.txt:121847 - http://www.motherjones.com/politics/2016/06/hillary-clinton-orlando-lgbt-donald-trump-isis

RS_2016-06.bz2.deduped.txt:122453 - http://www.motherjones.com/politics/2016/06/hillary-clinton-unprecedented-support-female-donors

RS_2016-06.bz2.deduped.txt:123194 - http://www.motherjones.com/politics/2016/06/donald-trump-just-banned-washington-post-covering-his-campaign

RS_2016-06.bz2.deduped.txt:123773 - http://www.motherjones.com/politics/2016/06/puerto-rico-cant-make-its-own-bankruptcy-laws-because-its-colony

RS_2016-06.bz2.deduped.txt:125206 - http://www.motherjones.com/politics/2016/06/tennessee-lawmaker-giving-away-ar-15-fundraiser-orlando
RS_2016-06.bz2.deduped.txt:127747 - http://www.motherjones.com/politics/2016/06/michele-landis-dauber-stanford-rape-recall
RS_2016-06.bz2.deduped.txt:129933 - http://www.motherjones.com/politics/2016/06/donald-trump-gop-convention-chicago-1968
RS_2016-06.bz2.deduped.txt:130544 - http://www.motherjones.com/politics/2016/06/house-democrats-shout-wheres-bill-demand-gun-control-laws
RS_2016-06.bz2.deduped.txt:132266 - http://www.motherjones.com/kevin-drum/2016/06/aldi-has-very-impressive-barcode-strategy
RS_2016-06.bz2.deduped.txt:135723 - http://m.motherjones.com/politics/2016/06/hillary-clinton-washington-dc-primary
RS_2016-06.bz2.deduped.txt:137074 - http://m.motherjones.com/politics/2016/06/california-contraception-insurance
RS_2016-06.bz2.deduped.txt:138676 - http://www.motherjones.com/politics/2016/06/google-offers-window-post-orlando-shooting-mind-frame
RS_2016-06.bz2.deduped.txt:138919 - http://www.motherjones.com/politics/2016/06/misdemeanor-charge-against-anti-abortion-activist-david-daleiden-dropped
RS_2016-06.bz2.deduped.txt:139041 - http://www.motherjones.com/environment/2016/06/carcinogens-cancer-chemicals-environmental-working-group-list-pesticides
RS_2016-06.bz2.deduped.txt:140019 - http://www.motherjones.com/kevin-drum/2016/06/donald-trump-and-his-fantasies-third-reich
RS_2016-06.bz2.deduped.txt:140056 - http://www.motherjones.com/politics/2016/04/fully-loaded-ten-biggest-gun-manufacturers-america
RS_2016-06.bz2.deduped.txt:142481 - http://www.motherjones.com/politics/2016/06/trump-files-donald-goes-apeshit-water-cooler
RS_2016-06.bz2.deduped.txt:143211 - http://www.motherjones.com/mojo/2016/06/senate-democrats-just-began-filibuster-demand-new-gun-laws
RS_2016-06.bz2.deduped.txt:143303 - http://m.motherjones.com/politics/2016/06/first-openly-gay-imam-orlando-massacre
RS_2016-06.bz2.deduped.txt:144748 - http://m.motherjones.com/documents/2861644-Hackers-Reportedly-Stole-The-DNC-s-Opposition
RS_2016-06.bz2.deduped.txt:144909 - http://www.motherjones.com/documents/2861644-Hackers-Reportedly-Stole-The-DNC-s-Opposition
RS_2016-06.bz2.deduped.txt:145809 - http://motherjones.com/politics/2016/06/hackers-just-released-what-appears-be-dncs-trump-opposition-research-file
RS_2016-06.bz2.deduped.txt:146290 - http://www.motherjones.com/politics/2016/06/kansas-state-representative-issues-bathroom-bill-threat
RS_2016-06.bz2.deduped.txt:146764 - http://motherjones.com/kevin-drum/2016/03/donald-trump-admits-he-sues-people-just-harrass-them
RS_2016-06.bz2.deduped.txt:147044 - http://www.motherjones.com/politics/2016/06/hackers-just-released-what-appears-be-dncs-trump-opposition-research-file
RS_2016-06.bz2.deduped.txt:148747 - http://www.motherjones.com/politics/2016/06/major-gop-super-pac-donor-wont-bankroll-trump

RS_2016-06.bz2.deduped.txt:150066 - http://m.motherjones.com/politics/2016/06/trump-files-donald-goes-apeshit-water-cooler

RS_2016-06.bz2.deduped.txt:150945 - http://www.motherjones.com/environment/2016/06/bitter-taste-rot-life-alabama-chicken-country

RS_2016-06.bz2.deduped.txt:151021 - http://www.motherjones.com/politics/2016/06/thiel-trump-vandersloot-lawsuit

RS_2016-06.bz2.deduped.txt:151591 - http://www.motherjones.com/environment/2016/06/us-seafood-processors-have-big-forced-labor-problem

RS_2016-06.bz2.deduped.txt:152913 - http://www.motherjones.com/kevin-drum/2016/06/wed-be-better-if-every-human-were-good-top-10-percent-humans

RS_2016-06.bz2.deduped.txt:153429 - http://www.motherjones.com/politics/2016/06/rick-wilson-epic-never-trump-tweetstorm

RS_2016-06.bz2.deduped.txt:156073 - http://www.motherjones.com/politics/2016/06/hillary-clinton-afl-cio-endorsement

RS_2016-06.bz2.deduped.txt:158053 - http://www.motherjones.com/kevin-drum/2016/06/follow-using-bodycams-all-time-seems-reduce-use-force-police-officers

RS_2016-06.bz2.deduped.txt:158740 - http://www.motherjones.com/politics/2016/06/bernie-sanders-speech-fight-convention-hillary-clinton

RS_2016-06.bz2.deduped.txt:159173 - http://m.motherjones.com/politics/2013/04/number-senators-voted-against-background-checks-proposal

RS_2016-06.bz2.deduped.txt:159669 - http://m.motherjones.com/politics/2016/06/rick-wilson-epic-never-trump-tweetstorm

RS_2016-06.bz2.deduped.txt:161561 - http://www.motherjones.com/environment/2016/06/gulf-mexico-braces-monsterous-dead-zone

RS_2016-06.bz2.deduped.txt:161843 - http://www.motherjones.com/kevin-drum/2016/06/democrats-finally-agree-worst-gun-bill-ever

RS_2016-06.bz2.deduped.txt:166863 - http://www.motherjones.com/mojo/2015/06/walmart-tax-evasion-luxembourg

RS_2016-06.bz2.deduped.txt:167372 - http://www.motherjones.com/politics/2016/06/orlando-mass-shooter-social-media-copycat-motive

RS_2016-06.bz2.deduped.txt:168477 - http://www.motherjones.com/politics/2016/06/donald-trump-gop-convention-chicago-1968?google_editors_picks=true

RS_2016-06.bz2.deduped.txt:177914 - http://www.motherjones.com/politics/2016/06/donald-trump-sig-sauer-gun-orlando-mass-shooting

RS_2016-06.bz2.deduped.txt:179227 - http://www.motherjones.com/media/2016/06/suited-lena-dunham-hbo-documentary-transgender-fashion

RS_2016-06.bz2.deduped.txt:179257 - http://www.motherjones.com/politics/2016/06/why-gay-men-couldnt-donate-blood-orlando

RS_2016-06.bz2.deduped.txt:179975 - http://www.motherjones.com/politics/2016/06/donald-trump-arizona-connecticut-crazy

RS_2016-06.bz2.deduped.txt:182630 - http://www.motherjones.com/politics/2016/05/earl-ehrhart-title-ix-lawsuit

RS_2016-06.bz2.deduped.txt:184101 - http://m.motherjones.com/politics/2016/06/donald-trump-black-man-advantage

RS_2016-06.bz2.deduped.txt:184173 - http://www.motherjones.com/politics/2016/05/donald-trump-super-pac-problem

RS_2016-06.bz2.deduped.txt:185328 - http://www.motherjones.com/politics/2016/06/twitter-field-day-corey-lewandowski-firing
RS_2016-06.bz2.deduped.txt:186503 - http://www.motherjones.com/politics/2016/06/kansas-repubicans-gop-small-governement-brownback?utm_source=fark&utm_medium=website&utm_content=link
RS_2016-06.bz2.deduped.txt:187241 - http://www.motherjones.com/environment/2016/06/health-care-transgender-who-lancet
RS_2016-06.bz2.deduped.txt:188811 - http://www.motherjones.com/politics/2016/06/donald-trump-black-man-advantage
RS_2016-06.bz2.deduped.txt:189646 - http://www.motherjones.com/politics/2016/06/gun-safety-measures-defeated-senate-republicans-orlando
RS_2016-06.bz2.deduped.txt:190410 - http://www.motherjones.com/environment/2016/06/michael-pollan-psychedelic-magic-mushrooms-cancer-psilocybin
RS_2016-06.bz2.deduped.txt:191659 - http://www.motherjones.com/kevin-drum/2016/06/donald-trump-broke
RS_2016-06.bz2.deduped.txt:194696 - http://www.motherjones.com/politics/2016/06/kansas-repubicans-gop-small-governement-brownback
RS_2016-06.bz2.deduped.txt:197946 - http://www.motherjones.com/politics/2016/06/trump-files-watch-trumps-not-be-able-multiply-17-6
RS_2016-06.bz2.deduped.txt:198586 - http://www.motherjones.com/politics/2016/06/hacker-releases-another-set-dnc-documents-hillary-clinton
RS_2016-06.bz2.deduped.txt:201454 - http://m.motherjones.com/politics/2016/06/trump-files-watch-trumps-not-be-able-multiply-17-6
RS_2016-06.bz2.deduped.txt:203373 - http://www.motherjones.com/environment/2016/06/salmonella-chicken-usda-supermarket-inspection-flawed
RS_2016-06.bz2.deduped.txt:203428 - http://www.motherjones.com/politics/2016/06/trump-has-closed-door-meeting-1000-evangelicals
RS_2016-06.bz2.deduped.txt:206354 - http://www.motherjones.com/environment/2016/06/high-temps-scorch-southwest
RS_2016-06.bz2.deduped.txt:206710 - http://www.motherjones.com/politics/2016/06/donald-trump-hillary-speech
RS_2016-06.bz2.deduped.txt:209856 - http://www.motherjones.com/politics/2016/06/sex-scandal-oakland-police-chief-david-downing-concord-ticket-fixing
RS_2016-06.bz2.deduped.txt:212107 - http://www.motherjones.com/politics/2016/06/sonia-sotomayor-fights-back-against-illegal-police-stops
RS_2016-06.bz2.deduped.txt:214283 - http://www.motherjones.com/politics/2016/06/cca-private-prisons-corrections-corporation-inmates-investigation-bauer
RS_2016-06.bz2.deduped.txt:214461 - http://www.motherjones.com/politics/2016/06/history-of-americas-private-prison-industry-timeline
RS_2016-06.bz2.deduped.txt:215678 - http://www.motherjones.com/environment/2016/06/deadliest-year-record-environmental-activists
RS_2016-06.bz2.deduped.txt:220039 - http://www.motherjones.com/politics/2016/06/donald-trump-not-remember-best-memory

RS_2016-06.bz2.deduped.txt:220456 - http://motherjones.com/politics/2016/06/cca-private-prisons-investigative-journalism-editors-note

RS_2016-06.bz2.deduped.txt:225604 - http://www.motherjones.com/politics/2016/06/nigel-farage-admits-his-bold-brexit-claim-was-mistake

RS_2016-06.bz2.deduped.txt:226353 - http://www.motherjones.com/politics/2016/06/donald-trump-european-union-brexit-flip-flop

RS_2016-06.bz2.deduped.txt:228867 - http://www.motherjones.com/politics/2016/06/sarah-palin-brexit-britain-european-union

RS_2016-06.bz2.deduped.txt:230307 - http://www.motherjones.com/kevin-drum/2016/06/sure-donald-trump-could-win-he-just-needs-little-help-his-friends

RS_2016-06.bz2.deduped.txt:230462 - http://www.motherjones.com/politics/2016/06/puerto-rico-orlando-shooting-victims-burial-expenses

RS_2016-06.bz2.deduped.txt:230667 - http://www.motherjones.com/politics/2016/06/pentagon-lift-transgender-service-ban-july

RS_2016-06.bz2.deduped.txt:231613 - http://m.motherjones.com/politics/2016/06/donald-trump-fine-ftc-sec-stocks

RS_2016-06.bz2.deduped.txt:234179 - http://www.motherjones.com/media/2016/06/tamina-texas-photo-marti-corn

RS_2016-06.bz2.deduped.txt:234215 - http://www.motherjones.com/environment/2016/06/seagulls-are-now-carrying-one-worlds-deadlist-superbugs

RS_2016-06.bz2.deduped.txt:234257 - http://www.motherjones.com/politics/2016/06/james-west-journalist-arrest-winn-cca-prison

RS_2016-06.bz2.deduped.txt:236947 - http://m.motherjones.com/politics/2016/06/donald-trump-european-union-brexit-flip-flop

RS_2016-06.bz2.deduped.txt:237973 - http://www.motherjones.com/politics/2016/06/oakland-police-sex-scandal-explainer-libby-shaaf-chief-sean-wendt

RS_2016-06.bz2.deduped.txt:238287 - http://www.motherjones.com/politics/2016/06/puerto-rico-governor-island-debt-nightmare-scenario

RS_2016-06.bz2.deduped.txt:238521 - http://www.motherjones.com/politics/2016/06/attacks-and-assaults-behind-bars-cca-private-prisons

RS_2016-06.bz2.deduped.txt:238523 - http://www.motherjones.com/environment/2016/06/obamas-plan-crack-down-fracking-just-took-major-blow

RS_2016-06.bz2.deduped.txt:238536 - http://www.motherjones.com/politics/2016/06/cca-corrections-corperation-america-private-prisons-company-profile

RS_2016-06.bz2.deduped.txt:238541 - http://www.motherjones.com/politics/2016/06/samuel-alito-fisher-v-texas-affirmative-action

RS_2016-06.bz2.deduped.txt:245950 - http://motherjones.com/politics/2016/06/gun-sales-facebook-flagged-reported

RS_2016-06.bz2.deduped.txt:245957 - http://m.motherjones.com/politics/2016/06/the-trump-files-trump-cards

RS_2016-06.bz2.deduped.txt:245966 - http://motherjones.com/politics/2016/06/sfpd-shootings-george-gascon

RS_2016-06.bz2.deduped.txt:246148 - http://m.motherjones.com/environment/2016/06/seagulls-are-now-carrying-one-worlds-deadlist-superbugs

RS_2016-06.bz2.deduped.txt:247877 - http://www.motherjones.com/politics/2016/06/voisine-domestic-abusers-guns-supreme-court

RS_2016-06.bz2.deduped.txt:251575 - http://www.motherjones.com/environment/2016/06/senate-deal-would-crush-vermonts-gmo-labeling-law

RS_2016-06.bz2.deduped.txt:251720 - http://m.motherjones.com/politics/2016/06/supreme-court-says-no-guns-wife-beaters

RS_2016-06.bz2.deduped.txt:251941 - http://www.motherjones.com/politics/2016/06/sfpd-shootings-george-gascon

RS_2016-06.bz2.deduped.txt:252822 - http://m.motherjones.com/politics/2016/06/voisine-domestic-abusers-guns-supreme-court

RS_2016-06.bz2.deduped.txt:254537 - http://www.motherjones.com/politics/2007/09/hillarys-prayer-hillary-clintons-religion-and-politics

RS_2016-06.bz2.deduped.txt:255704 - http://www.motherjones.com/politics/2016/06/congress-targeting-troops-housing-benefits

RS_2016-06.bz2.deduped.txt:255740 - http://www.motherjones.com/politics/2016/06/trump-files-time-donald-dumped-wine-reporter

RS_2016-06.bz2.deduped.txt:255898 - http://www.motherjones.com/environment/2016/06/perdue-chicken-antibiotics-welfare-windows

RS_2016-06.bz2.deduped.txt:258107 - http://m.motherjones.com/politics/2016/06/cca-private-prisons-corrections-corporation-inmates-investigation-bauer

RS_2016-06.bz2.deduped.txt:261508 - http://www.motherjones.com/politics/2016/06/donald-trump-email-fundraising-clinton-indictment

RS_2016-06.bz2.deduped.txt:261816 - http://m.motherjones.com/politics/2016/06/donald-trump-email-fundraising-clinton-indictment

RS_2016-06.bz2.deduped.txt:262753 - http://www.motherjones.com/politics/2016/06/house-republicans-benghazi-report-released

RS_2016-06.bz2.deduped.txt:262885 - http://m.motherjones.com/politics/2016/06/cca-private-prisons-investigative-journalism-editors-note

RS_2016-06.bz2.deduped.txt:266689 - http://www.motherjones.com/politics/2016/06/two-days-four-victories-reproductive-rights-supreme-court

RS_2016-06.bz2.deduped.txt:269534 - http://www.motherjones.com/politics/2016/06/senate-approves-puerto-rico-debt-bill-financial-oversight-board-crisis

RS_2016-06.bz2.deduped.txt:278623 - http://www.motherjones.com/politics/2016/06/donald-trump-gop-convention-lobbyists

RS_2016-06.bz2.deduped.txt:280343 - http://www.motherjones.com/environment/2016/06/san-francisco-ban-styrofoam-polystyrene

RS_2016-06.bz2.deduped.txt:280369 - http://www.motherjones.com/environment/2016/06/bernie-sanders-hillary-clinton-climate-platform

RS_2016-06.bz2.deduped.txt:281065 - http://www.motherjones.com/kevin-drum/2016/06/chart-day-hillary-outspent-trump-26-million-zero-june

RS_2016-06.bz2.deduped.txt:281475 - http://www.motherjones.com/media/2016/06/ryan-murphy-lady-gaga-orlando-victims-tribute-video

RS_2016-06.bz2.deduped.txt:281955 - http://www.motherjones.com/politics/2016/06/cca-private-prisons-corrections-corporation-inmates-investigation-bauer?

RS_2017-10.bz2.deduped.txt:1219 - http://www.motherjones.com/politics/2016/10/trump-files-donald-son-orangutan/
RS_2017-10.bz2.deduped.txt:4774 - http://www.motherjones.com/politics/2017/10/leaked-white-house-memo-details-puerto-rico-spin-the-storm-caused-these-problems-not-our-response/
RS_2017-10.bz2.deduped.txt:5287 - http://www.motherjones.com/politics/2017/09/in-puerto-ricos-town-of-the-forgotten-residents-are-desperate-for-fema-to-show-up/
RS_2017-10.bz2.deduped.txt:6274 - http://www.motherjones.com/politics/2017/10/leaked-white-house-memo-details-puerto-rico-spin-the-storm-caused-these-problems-not-our-response-1/
RS_2017-10.bz2.deduped.txt:8847 - http://www.motherjones.com/kevin-drum/2017/09/white-evangelicals-are-steadily-losing-both-followers-and-political-clout-1/
RS_2017-10.bz2.deduped.txt:16728 - http://www.motherjones.com/politics/2017/10/benghazi-is-back-and-this-time-republicans-could-take-the-blame/
RS_2017-10.bz2.deduped.txt:17015 - http://www.motherjones.com/politics/2014/06/second-amendment-guns-michael-waldman/
RS_2017-10.bz2.deduped.txt:17622 - http://www.motherjones.com/politics/2017/10/the-supreme-court-could-finally-end-partisan-gerrymandering/
RS_2017-10.bz2.deduped.txt:17664 - http://www.motherjones.com/politics/2017/10/thoughts-and-prayers-politicians-las-vegas-shooting/
RS_2017-10.bz2.deduped.txt:17925 - https://www.motherjones.com/politics/2015/04/true-cost-of-gun-violence-in-america/
RS_2017-10.bz2.deduped.txt:18435 - http://www.motherjones.com/politics/2017/10/nevada-republican-leaders-paul-laxalt-background-check-law-las-vegas-shooting/
RS_2017-10.bz2.deduped.txt:19064 - http://www.motherjones.com/politics/2017/10/nevada-republican-leaders-adam-laxalt-background-check-law-las-vegas-shooting/
RS_2017-10.bz2.deduped.txt:21496 - http://www.motherjones.com/politics/2017/10/in-puerto-ricos-cabo-rojo-a-dialysis-patient-waits-for-help-and-a-mayor-waits-for-power/
RS_2017-10.bz2.deduped.txt:21528 - http://www.motherjones.com/kevin-drum/2017/10/trumps-treasury-department-deleted-research-that-contradicts-republicans-on-tax-reform/
RS_2017-10.bz2.deduped.txt:21933 - http://www.motherjones.com/politics/2017/10/virginia-is-a-microcosm-of-democrats-down-ballot-struggles-this-year-they-may-have-cracked-the-code/
RS_2017-10.bz2.deduped.txt:22652 - http://www.motherjones.com/politics/2013/05/ak-47-semi-automatic-rifle-building-party/
RS_2017-10.bz2.deduped.txt:23229 - http://www.motherjones.com/politics/2017/10/trump-brags-about-relief-efforts-while-blaming-puerto-ricans-again/
RS_2017-10.bz2.deduped.txt:25041 - http://www.motherjones.com/politics/2017/10/in-puerto-rico-trump-says-hurricane-maria-isnt-a-real-catastrophe-like-katrina/
RS_2017-10.bz2.deduped.txt:26070 - http://www.motherjones.com/politics/2017/10/anthony-kennedys-questioning-suggests-extreme-partisan-gerrymandering-could-be-in-danger/
RS_2017-10.bz2.deduped.txt:27654 - http://www.motherjones.com/kevin-drum/2017/10/is-the-supreme-court-finally-ready-to-rule-against-gerrymandering/
RS_2017-10.bz2.deduped.txt:28505 - http://www.motherjones.com/kevin-drum/2017/10/why-is-trumps-scorched-earth-campaign-to-destroy-obamacare-getting-so-little-attention/
RS_2017-10.bz2.deduped.txt:29230 - http://www.motherjones.com/politics/2017/10/trumps-day-in-puerto-rico-did-not-go-over-well-with-the-locals/

RS_2017-10.bz2.deduped.txt:29261 - http://www.motherjones.com/politics/2017/10/trump-still-hasnt-gotten-around-to-appointing-someone-to-protect-our-elections-from-cyberattacks/
RS_2017-10.bz2.deduped.txt:32281 - http://www.motherjones.com/politics/2017/10/ex-fema-director-rebuilding-puerto-rico-requires-acknowledging-climate-change/
RS_2017-10.bz2.deduped.txt:35608 - http://www.motherjones.com/politics/2017/10/tillerson-wont-deny-calling-trump-a-moron/
RS_2017-10.bz2.deduped.txt:35985 - http://www.motherjones.com/crime-justice/2017/10/theres-a-pretty-good-chance-your-american-flag-was-made-by-a-prisoner/
RS_2017-10.bz2.deduped.txt:37177 - http://www.motherjones.com/crime-justice/2017/10/the-las-vegas-shooter-didnt-just-snap-they-never-do/
RS_2017-10.bz2.deduped.txt:41113 - http://www.motherjones.com/politics/2017/10/ta-nehisi-coates-thinks-we-could-have-another-black-president-very-soon/
RS_2017-10.bz2.deduped.txt:42969 - http://www.motherjones.com/politics/2017/10/documents-reveal-previously-unknown-contacts-between-russia-and-trumps-campaign/
RS_2017-10.bz2.deduped.txt:46801 - http://www.motherjones.com/politics/2017/10/puerto-ricos-poorest-communities-are-doing-the-rebuilding-the-trump-administration-wont/
RS_2017-10.bz2.deduped.txt:47573 - http://www.motherjones.com/politics/2017/10/will-trump-pardon-cliven-bundy-1/
RS_2017-10.bz2.deduped.txt:47905 - http://www.motherjones.com/environment/2017/10/texas-officials-slam-red-cross-for-unorganized-inefficient-harvey-response/
RS_2017-10.bz2.deduped.txt:48043 - http://www.motherjones.com/politics/2017/10/top-house-dem-demands-ivanka-trump-and-jared-kushner-explain-email-switcheroo/
RS_2017-10.bz2.deduped.txt:49048 - http://www.motherjones.com/kevin-drum/2017/10/los-angeles-expects-to-turn-away-96-percent-of-subsidized-housing-applicants/
RS_2017-10.bz2.deduped.txt:51140 - http://www.motherjones.com/politics/2017/10/trump-says-its-the-wrong-time-to-discuss-gun-control-in-las-vegas-even-gun-owners-disagree/
RS_2017-10.bz2.deduped.txt:54656 - http://www.motherjones.com/food/2017/10/farmers-say-monsantos-pesticide-drifted-from-nearby-farms-and-killed-their-crops-now-they-need-monsanto-seeds-to-fix-them/
RS_2017-10.bz2.deduped.txt:57438 - http://www.motherjones.com/kevin-drum/2017/10/after-four-years-irs-finally-confirms-there-was-no-targeting-of-tea-party-groups/
RS_2017-10.bz2.deduped.txt:58230 - http://www.motherjones.com/politics/2017/10/trumps-election-policy-deputy-sought-a-radical-change-to-a-key-voting-law/
RS_2017-10.bz2.deduped.txt:58848 - http://www.motherjones.com/politics/2017/10/heres-how-the-russian-state-media-has-been-covering-trumps-russia-scandal/
RS_2017-10.bz2.deduped.txt:60044 - http://www.motherjones.com/politics/2017/10/did-russia-hack-the-2016-vote-tally-this-senator-says-we-dont-know-for-sure/
RS_2017-10.bz2.deduped.txt:60217 - http://www.motherjones.com/politics/2017/10/trump-administration-guts-obamacare-birth-control-rule/
RS_2017-10.bz2.deduped.txt:60869 - http://www.motherjones.com/environment/2017/10/new-orleans-flooding-hurricane-nate/
RS_2017-10.bz2.deduped.txt:64274 - http://www.motherjones.com/kevin-drum/2017/10/treasury-secretary-has-spent-nearly-1-million-on-military-flights/
RS_2017-10.bz2.deduped.txt:64460 - http://www.motherjones.com/politics/2017/10/jeff-sessions-just-made-it-easier-for-businesses-to-discriminate-against-lgbt-people-and-women/

RS_2017-10.bz2.deduped.txt:66259 - http://www.motherjones.com/crime-justice/2017/10/donald-trump-brags-giving-charity-colin-kaepernick-does/
RS_2017-10.bz2.deduped.txt:67708 - http://www.motherjones.com/environment/2017/10/the-former-epa-head-hasnt-given-up-hope-on-climate-change-really/
RS_2017-10.bz2.deduped.txt:73829 - http://www.motherjones.com/politics/2017/10/scientists-scramble-to-save-1000-primates-on-puerto-ricos-monkey-island/
RS_2017-10.bz2.deduped.txt:73939 - http://www.motherjones.com/politics/2017/10/new-mexico-martinez-science-standards-oil-creationists/
RS_2017-10.bz2.deduped.txt:79324 - http://www.motherjones.com/politics/2017/10/gop-head-of-senate-russia-probe-still-wont-say-moscow-was-trying-to-help-trump/
RS_2017-10.bz2.deduped.txt:81401 - http://www.motherjones.com/politics/2017/10/the-question-for-the-supreme-court-is-trumps-latest-travel-ban-still-the-same-old-muslim-ban/
RS_2017-10.bz2.deduped.txt:83325 - http://www.motherjones.com/politics/2017/10/new-york-has-voting-laws-that-are-just-as-bad-as-many-red-states/
RS_2017-10.bz2.deduped.txt:84699 - http://www.motherjones.com/politics/2017/10/immigrant-rights-groups-call-trumps-dreamer-proposal-a-poison-pill/
RS_2017-10.bz2.deduped.txt:85793 - http://www.motherjones.com/politics/2017/10/trump-demands-more-appreciation-for-relief-effort-in-puerto-rico/
RS_2017-10.bz2.deduped.txt:88435 - http://www.motherjones.com/environment/2017/10/a-flint-official-was-just-charged-with-involuntary-manslaughter-in-the-citys-water-crisis/
RS_2017-10.bz2.deduped.txt:88444 - http://www.motherjones.com/politics/2017/10/in-yet-another-sop-to-coal-industry-trumps-epa-moves-to-gut-obama-emissions-reg/
RS_2017-10.bz2.deduped.txt:88843 - http://www.motherjones.com/politics/2017/10/voting-twice-australia-same-sex-marriage-national-survey/
RS_2017-10.bz2.deduped.txt:90895 - http://www.motherjones.com/politics/2016/01/bernie-sanders-vote-gun-immunity-black-market/
RS_2017-10.bz2.deduped.txt:92192 - http://www.motherjones.com/politics/2017/10/just-days-after-las-vegas-gun-laws-in-the-nations-capitol-are-about-to-get-weaker/
RS_2017-10.bz2.deduped.txt:92315 - http://www.motherjones.com/kevin-drum/2017/10/bob-corker-on-donald-trump-everyone-knows/
RS_2017-10.bz2.deduped.txt:94380 - http://www.motherjones.com/politics/2017/10/betsy-devos-champions-for-profit-schools-that-are-deceiving-taxpayers-and-vulnerable-students/
RS_2017-10.bz2.deduped.txt:94843 - http://www.motherjones.com/crime-justice/2017/10/junk-science-unreliable-witnesses-no-matter-texas-plans-to-execute-robert-pruett-anyway/
RS_2017-10.bz2.deduped.txt:95558 - http://www.motherjones.com/politics/2017/10/democratic-lawmakers-want-proof-that-trump-consulted-with-military-leaders-on-transgender-ban/
RS_2017-10.bz2.deduped.txt:96776 - http://www.motherjones.com/politics/2017/10/trump-falsely-claims-corker-was-set-up-to-criticize-him-during-interview/
RS_2017-10.bz2.deduped.txt:99342 - http://www.motherjones.com/crime-justice/2017/10/this-prosecutor-may-have-helped-the-trump-siblings-and-harvey-weinstein-avoid-charges/
RS_2017-10.bz2.deduped.txt:100582 - http://www.motherjones.com/politics/2017/10/this-is-what-a-successful-attack-on-lgbt-americans-looks-like/
RS_2017-10.bz2.deduped.txt:105921 - http://www.motherjones.com/environment/2015/08/40-percent-californias-fires-are-fought-prison-inmates/
RS_2017-10.bz2.deduped.txt:107027 - http://www.motherjones.com/politics/2017/10/trump-threatens-networks-that-report-critical-stories-of-him/

RS_2017-10.bz2.deduped.txt:107164 - http://www.motherjones.com/politics/2017/10/look-at-the-junk-science-about-contraception-in-the-health-departments-new-manifesto/
RS_2017-10.bz2.deduped.txt:108282 - http://www.motherjones.com/media/2017/10/the-right-time-to-talk-about-gun-violence/
RS_2017-10.bz2.deduped.txt:111520 - http://www.motherjones.com/politics/2017/10/trump-just-blew-off-a-deadline-for-implementing-russian-sanctions-he-approved/
RS_2017-10.bz2.deduped.txt:112174 - http://www.motherjones.com/kevin-drum/2017/10/trumps-obamacare-sabotage-a-view-from-two-states/
RS_2017-10.bz2.deduped.txt:114361 - http://www.motherjones.com/politics/2017/10/why-you-should-be-scared-about-trump-and-nuclear-weapons/
RS_2017-10.bz2.deduped.txt:115801 - http://www.motherjones.com/politics/2017/10/from-the-mountains-of-puerto-rico-we-wont-have-electricity-up-here-for-at-least-a-year/
RS_2017-10.bz2.deduped.txt:116220 - http://www.motherjones.com/politics/2017/10/twitter-bots-distorted-the-2016-election-including-many-controlled-by-russia/
RS_2017-10.bz2.deduped.txt:116223 - http://www.motherjones.com/politics/2017/10/why-trump-cant-actually-kick-the-networks-off-the-air/
RS_2017-10.bz2.deduped.txt:116243 - http://www.motherjones.com/politics/2004/03/diebolds-political-machine/
RS_2017-10.bz2.deduped.txt:117585 - http://www.motherjones.com/politics/2017/10/trump-threatens-to-pull-fema-and-military-out-of-puerto-rico/
RS_2017-10.bz2.deduped.txt:122228 - http://www.motherjones.com/kevin-drum/2017/10/trump-signs-order-to-destroy-the-individual-insurance-market/
RS_2017-10.bz2.deduped.txt:122704 - http://www.motherjones.com/environment/2016/12/trump-climate-timeline/
RS_2017-10.bz2.deduped.txt:124064 - http://www.motherjones.com/politics/2017/10/fema-will-be-helping-texas-for-years-so-why-does-trump-have-a-different-standard-for-puerto-rico/
RS_2017-10.bz2.deduped.txt:125252 - http://www.motherjones.com/food/2017/10/study-the-number-of-obese-children-and-adolescents-has-grown-ten-fold-in-the-past-four-decades/
RS_2017-10.bz2.deduped.txt:126134 - http://www.motherjones.com/politics/2017/10/trump-sabotages-obamacare-by-ending-subsidies-that-help-lower-costs/
RS_2017-10.bz2.deduped.txt:126546 - http://www.motherjones.com/food/2017/08/29-states-just-banned-laws-about-seeds/
RS_2017-10.bz2.deduped.txt:128179 - http://www.motherjones.com/kevin-drum/2017/10/trump-millions-will-suffer-unless-dems-play-ball/
RS_2017-10.bz2.deduped.txt:128755 - http://www.motherjones.com/media/2017/10/who-tells-your-story-a-netflix-doc-has-ignited-debate-over-who-owns-lgbt-history/
RS_2017-10.bz2.deduped.txt:128757 - http://www.motherjones.com/politics/2017/10/drug-companies-sure-are-cozy-with-trumps-pick-to-solve-the-opioid-crisis/
RS_2017-10.bz2.deduped.txt:131561 - http://www.motherjones.com/politics/2016/01/time-bernie-sanders-became-honorary-woman/
RS_2017-10.bz2.deduped.txt:133482 - http://www.motherjones.com/kevin-drum/2017/10/donald-trump-and-the-rage-of-rural-voters/
RS_2017-10.bz2.deduped.txt:139114 - http://www.motherjones.com/environment/2017/10/trumps-pick-for-white-house-environmental-post-once-said-coal-helped-end-slavery/

RS_2017-10.bz2.deduped.txt:139182 - http://www.motherjones.com/politics/2017/10/thwarted-on-gop-bill-trump-opts-to-tank-the-us-health-care-system/

RS_2017-10.bz2.deduped.txt:139195 - http://www.motherjones.com/politics/2017/10/trump-supporters-are-promoting-insane-conspiracy-theories-about-the-vegas-shooter/

RS_2017-10.bz2.deduped.txt:144628 - http://www.motherjones.com/environment/2017/10/san-franciscos-sea-level-rise-daniel-herrera-port-seawall/

RS_2017-10.bz2.deduped.txt:149804 - http://www.motherjones.com/kevin-drum/2017/10/trump-drug-czar-helped-weaken-law-that-reined-in-black-market-opioid-sales/

RS_2017-10.bz2.deduped.txt:154397 - http://www.motherjones.com/politics/2017/10/a-mississippi-town-finally-desegregated-its-schools-60-years-late/

RS_2017-10.bz2.deduped.txt:154593 - http://www.motherjones.com/politics/2013/01/gun-appreciation-day-groups/

RS_2017-10.bz2.deduped.txt:159699 - http://www.motherjones.com/politics/2016/03/hillary-clinton-late-term-abortions/

RS_2017-10.bz2.deduped.txt:164995 - http://www.motherjones.com/kevin-drum/2017/10/progressives-should-be-fighting-back-on-obamacare/

RS_2017-10.bz2.deduped.txt:166121 - http://www.motherjones.com/politics/2017/10/the-crazy-flood-of-tech-revelations-in-the-russia-investigation/

RS_2017-10.bz2.deduped.txt:166139 - http://www.motherjones.com/environment/2017/10/scary-new-evidence-suggests-air-pollution-can-harm-babies-in-utero/

RS_2017-10.bz2.deduped.txt:166817 - http://www.motherjones.com/politics/2017/10/white-house-math-on-corporate-tax-cuts-is-absolutely-crazy-experts-say/

RS_2017-10.bz2.deduped.txt:169793 - http://www.motherjones.com/politics/2017/10/memo-undermines-russian-lawyers-account-of-trump-tower-meeting/?utm_campaign=socialflow&utm_source=Twitter&utm_medium=social

RS_2017-10.bz2.deduped.txt:170727 - http://www.motherjones.com/environment/2017/10/climate-refugees-trump-hud/

RS_2017-10.bz2.deduped.txt:171855 - http://www.motherjones.com/politics/2017/10/memo-undermines-russian-lawyers-account-of-trump-tower-meeting/

RS_2017-10.bz2.deduped.txt:172046 - http://www.motherjones.com/politics/2017/10/federal-judge-blocks-trumps-third-travel-ban/

RS_2017-10.bz2.deduped.txt:172813 - http://www.motherjones.com/kevin-drum/2017/10/the-war-against-isis-is-all-but-over-thanks-obama/

RS_2017-10.bz2.deduped.txt:173532 - http://www.motherjones.com/politics/2017/10/trump-to-meet-with-leader-who-claimed-i-can-slash-open-your-body-and-eat-your-heart-in-front-of-you/

RS_2017-10.bz2.deduped.txt:177305 - http://www.motherjones.com/environment/2017/10/this-huge-rail-company-is-spewing-coal-dust-all-over-a-low-income-community/

RS_2017-10.bz2.deduped.txt:177312 - http://www.motherjones.com/politics/2017/10/will-virginia-stay-blue-it-depends-on-black-turnout-next-month/

RS_2017-10.bz2.deduped.txt:178212 - http://www.motherjones.com/kevin-drum/2017/10/trump-isis-gave-up-because-hes-president/

RS_2017-10.bz2.deduped.txt:179195 - http://www.motherjones.com/politics/2017/10/russian-journalists-just-published-a-bombshell-investigation-about-a-kremlin-linked-troll-factory/

RS_2017-10.bz2.deduped.txt:183028 - http://www.motherjones.com/politics/2017/10/jeff-sessions-again-changes-his-story-on-meetings-with-russian-ambassador/

RS_2017-10.bz2.deduped.txt:183252 - http://www.motherjones.com/politics/2017/10/a-mississippi-school-named-for-jefferson-davis-is-being-renamed-after-obama/?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2017-10.bz2.deduped.txt:185100 - http://www.motherjones.com/kevin-drum/2017/10/donald-trump-is-such-a-pig/

RS_2017-10.bz2.deduped.txt:186034 - http://www.motherjones.com/politics/2017/10/trumps-doj-lawyers-just-made-a-shocking-argument-about-the-right-to-abortion/

RS_2017-10.bz2.deduped.txt:186573 - http://www.motherjones.com/politics/2017/10/justice-department-has-communicated-with-controversial-election-commission-sessions-confirms/

RS_2017-10.bz2.deduped.txt:187312 - http://www.motherjones.com/politics/2017/10/al-franken-tears-into-jeff-sessions-over-shifting-narratives-on-russia-meetings/

RS_2017-10.bz2.deduped.txt:189080 - http://www.motherjones.com/politics/2017/10/voter-suppression-wisconsin-election-2016/

RS_2017-10.bz2.deduped.txt:189486 - http://www.motherjones.com/environment/2017/10/scientists-are-using-135-years-worth-of-dead-birds-to-study-pollution/

RS_2017-10.bz2.deduped.txt:190434 - http://www.motherjones.com/politics/2017/10/new-mexico-reversal-science-education-standards-climate-change/

RS_2017-10.bz2.deduped.txt:190481 - http://www.motherjones.com/politics/2017/10/trump-and-putin-strong-connection-lies/

RS_2017-10.bz2.deduped.txt:190772 - http://www.motherjones.com/environment/2016/10/amy-goodman-dakota-access-pipeline-press-freedom/

RS_2017-10.bz2.deduped.txt:191298 - http://www.motherjones.com/crime-justice/2017/10/police-spied-on-new-york-black-lives-matter-group-internal-police-documents-show/

RS_2017-10.bz2.deduped.txt:192474 - http://www.motherjones.com/kevin-drum/2017/10/artificial-intelligence-continues-to-barrel-ahead/

RS_2017-10.bz2.deduped.txt:193606 - http://www.motherjones.com/politics/2017/10/he-defended-north-carolinas-voter-suppression-law-now-hes-set-to-become-a-federal-judge-there/

RS_2017-10.bz2.deduped.txt:198176 - http://www.motherjones.com/politics/2017/10/on-a-scale-of-1-to-10-trump-says-his-puerto-rico-response-is-a-10/

RS_2017-10.bz2.deduped.txt:199552 - http://www.motherjones.com/media/2017/10/trump-fatigue/

RS_2017-10.bz2.deduped.txt:200002 - http://www.motherjones.com/environment/2017/10/the-trump-administration-is-using-hurricane-maria-as-an-excuse-to-subsidize-the-coal-industry/

RS_2017-10.bz2.deduped.txt:200095 - http://www.motherjones.com/politics/2017/10/indiana-has-an-hiv-crisis-yet-it-just-closed-another-needle-exchange/?utm_campaign=socialflow&utm_source=Twitter&utm_medium=social

RS_2017-10.bz2.deduped.txt:201011 - http://www.motherjones.com/politics/2017/10/secretaries-of-state-voter-suppression/?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2017-10.bz2.deduped.txt:205840 - http://www.motherjones.com/politics/2017/10/does-the-house-intel-committee-have-enough-staff-to-investigate-the-trump-russia-scandal/

RS_2017-10.bz2.deduped.txt:208780 -
http://www.motherjones.com/politics/2017/10/secretaries-of-state-voter-suppression/
RS_2017-10.bz2.deduped.txt:217846 - http://www.motherjones.com/kevin-
drum/2017/10/condolencegate-shows-yet-again-that-donald-trump-is-a-terrible-human-
being/?utm_campaign=socialflow&utm_source=Twitter&utm_medium=social
RS_2017-10.bz2.deduped.txt:220314 - http://www.motherjones.com/media/2017/10/native-
american-boarding-schools-shadows-of-sherman-institute/
RS_2017-10.bz2.deduped.txt:221055 - http://www.motherjones.com/politics/2017/10/this-years-
crazy-fires-freezes-and-floods-cost-farmers-at-least-7-billion/
RS_2017-10.bz2.deduped.txt:222356 - http://www.motherjones.com/politics/2017/10/heres-
why-trump-interviewing-us-attorney-candidates-is-even-worse-than-it-seems/
RS_2017-10.bz2.deduped.txt:224751 - http://www.motherjones.com/environment/2017/10/a-
nightmare-world-of-smoke-and-ash/
RS_2017-10.bz2.deduped.txt:225447 - http://www.motherjones.com/kevin-
drum/2017/10/condolencegate-shows-yet-again-that-donald-trump-is-a-terrible-human-being/
RS_2017-10.bz2.deduped.txt:227169 - http://www.motherjones.com/politics/2017/10/ready-for-
trump-tv-inside-sinclair-broadcastings-plot-to-take-over-your-local-news/
RS_2017-10.bz2.deduped.txt:229224 - http://motherjones.com/politics/2017/10/ready-for-trump-
tv-inside-sinclair-broadcastings-plot-to-take-over-your-local-news/
RS_2017-10.bz2.deduped.txt:230464 - http://www.motherjones.com/politics/2017/10/trump-
election-commissioners-voter-database-is-a-ripe-target-for-hackers/
RS_2017-10.bz2.deduped.txt:235601 - http://www.motherjones.com/media/2017/10/watch-ari-
berman-explain-how-voter-suppression-handed-wisconsin-to-trump/
RS_2017-10.bz2.deduped.txt:236505 - http://www.motherjones.com/politics/2017/10/sinclair-
broadcast-journalist-trump-must-run-boris-epshteyn/
RS_2017-10.bz2.deduped.txt:238541 - http://www.motherjones.com/food/2015/08/poop-ground-
beef-superbugs-antibiotic-resistant/
RS_2017-10.bz2.deduped.txt:238936 - http://www.motherjones.com/environment/2017/10/roy-
moore-already-rails-against-women-and-gays-the-planet-is-next/
RS_2017-10.bz2.deduped.txt:239527 - http://www.motherjones.com/politics/2017/10/mueller-is-
reportedly-investigating-john-podestas-brother-in-connection-with-russia-probe/
RS_2017-10.bz2.deduped.txt:241490 - http://www.motherjones.com/politics/2017/10/russia-
issued-an-arrest-warrant-for-a-prominent-kremlin-critic-then-his-us-visa-got-suspended/
RS_2017-10.bz2.deduped.txt:242320 - http://www.motherjones.com/politics/2017/10/david-
smith-sinclair-tribune-emails-media/
RS_2017-10.bz2.deduped.txt:242450 - http://www.motherjones.com/crime-
justice/2017/10/racist-violent-unpunished-a-white-hate-groups-campaign-of-menace/
RS_2017-10.bz2.deduped.txt:243904 - http://www.motherjones.com/politics/2017/10/jeff-flake-
is-retiring-from-the-
senate/?utm_campaign=socialflow&utm_source=facebook&utm_medium=social
RS_2017-10.bz2.deduped.txt:246061 - http://www.motherjones.com/politics/2017/10/russia-
issued-an-arrest-warrant-for-a-prominent-kremlin-critic-then-his-us-visa-got-
suspended/?utm_campaign=socialflow&utm_source=Twitter&utm_medium=social
RS_2017-10.bz2.deduped.txt:246231 - http://www.motherjones.com/politics/2017/10/read-the-
full-transcript-of-jeff-flakes-fiery-speech-on-the-senate-floor/

RS_2017-10.bz2.deduped.txt:246980 - http://www.motherjones.com/politics/2017/10/donald-trump-would-rather-get-into-twitter-fights-than-help-republicans-pass-tax-cuts/?utm_campaign=socialflow&utm_source=Twitter&utm_medium=social
RS_2017-10.bz2.deduped.txt:247715 - http://www.motherjones.com/politics/2017/10/the-senate-judiciary-committees-russia-probe-just-blew-up/
RS_2017-10.bz2.deduped.txt:250506 - http://www.motherjones.com/politics/2017/10/he-beat-the-kkk-can-he-convince-alabama-to-reject-bigotry-again/
RS_2017-10.bz2.deduped.txt:250612 - http://www.motherjones.com/politics/2017/10/jeff-sessions-is-in-charge-of-a-bribery-prosecution-involving-two-of-his-top-donors/
RS_2017-10.bz2.deduped.txt:250833 -
http://www.motherjones.com/environment/2017/10/california-fires-damage-total/
RS_2017-10.bz2.deduped.txt:252923 - http://www.motherjones.com/kevin-drum/2017/10/yet-more-hillary-investigations/
RS_2017-10.bz2.deduped.txt:254343 - http://motherjones.com/politics/2017/10/jeff-sessions-is-in-charge-of-a-bribery-prosecution-involving-two-of-his-top-donors/
RS_2017-10.bz2.deduped.txt:256560 - http://www.motherjones.com/politics/2017/10/how-republicans-are-jumping-on-the-new-steele-scoop-to-distract-from-the-trump-russia-scandal/
RS_2017-10.bz2.deduped.txt:256996 - http://www.motherjones.com/crime-justice/2017/10/jeff-sessions-ms-13-justice-department-priority-3/
RS_2017-10.bz2.deduped.txt:257503 - http://www.motherjones.com/politics/2017/10/pence-breaks-senate-impasse-in-a-major-blow-to-consumers/
RS_2017-10.bz2.deduped.txt:257504 - http://www.motherjones.com/politics/2017/10/rejecting-critics-trump-brags-of-ivy-league-credentials-and-great-memories-of-all-time/
RS_2017-10.bz2.deduped.txt:259460 - http://www.motherjones.com/politics/2017/10/americas-biggest-private-prison-company-just-hosted-its-annual-conference-at-a-trump-golf-resort/
RS_2017-10.bz2.deduped.txt:259754 - http://www.motherjones.com/politics/2016/06/donald-trump-not-remember-best-memory/
RS_2017-10.bz2.deduped.txt:263171 - http://www.motherjones.com/politics/2017/10/trumps-tax-plan-is-a-huge-giveaway-to-foreign-stockowners/
RS_2017-10.bz2.deduped.txt:263952 -
http://www.motherjones.com/environment/2017/10/trump-wants-to-cripple-storm-forecasting-when-we-need-it-most/
RS_2017-10.bz2.deduped.txt:264274 -
http://www.motherjones.com/environment/2017/10/trump-wants-to-cripple-storm-forecasting-when-we-need-it-most/?utm_campaign=socialflow&utm_source=Twitter&utm_medium=social
RS_2017-10.bz2.deduped.txt:264640 - http://www.motherjones.com/politics/2017/10/you-will-lose-your-job-to-a-robot-and-sooner-than-you-think/
RS_2017-10.bz2.deduped.txt:266772 - http://www.motherjones.com/politics/2017/10/kobachs-voter-fraud-detection-program-is-so-flawed-that-indiana-created-its-own-software-to-fix-it/
RS_2017-10.bz2.deduped.txt:267788 -
http://www.motherjones.com/politics/2017/10/republicans-fast-track-tax-cut-for-the-wealthy-that-increases-deficit-by-1-5-trillion/
RS_2017-10.bz2.deduped.txt:270556 - http://www.motherjones.com/politics/2017/10/trump-just-screwed-the-millions-of-americans-addicted-to-opioids/
RS_2017-10.bz2.deduped.txt:271341 - http://www.motherjones.com/media/2017/10/the-trump-russia-scandal-is-a-huge-media-fail/

RS_2017-10.bz2.deduped.txt:272759 - http://www.motherjones.com/politics/2017/10/as-zinke-spends-tax-dollars-on-private-jets-national-parks-are-jacking-up-entrance-fees/
RS_2017-10.bz2.deduped.txt:274131 - http://www.motherjones.com/politics/2017/10/we-already-have-a-solution-for-the-robot-apocalypse-its-200-years-old/
RS_2017-10.bz2.deduped.txt:275502 - http://www.motherjones.com/politics/2017/10/five-years-after-sandy-one-new-york-towns-flood-prevention-plans-are-so-crazy-they-just-might-work/
RS_2017-10.bz2.deduped.txt:276563 - http://www.motherjones.com/politics/2017/10/trump-lashes-out-at-tom-steyer-over-10-million-impeachment-campaign/?utm_campaign=socialflow&utm_source=Twitter&utm_medium=social
RS_2017-10.bz2.deduped.txt:276983 - http://www.motherjones.com/kevin-drum/2017/10/republicans-cant-scrounge-up-8-billion-for-childrens-medical-care/
RS_2017-10.bz2.deduped.txt:279829 - http://www.motherjones.com/kevin-drum/2017/10/nyt-russian-lawyers-oppo-came-from-the-top/
RS_2017-10.bz2.deduped.txt:286769 - http://www.motherjones.com/environment/2017/10/chicken-farms-fueled-a-massive-public-health-crisis-while-the-government-turned-a-blind-eye/
RS_2017-10.bz2.deduped.txt:287171 - http://www.motherjones.com/kevin-drum/2017/10/the-white-house-has-declared-war-on-the-fbi/
RS_2017-10.bz2.deduped.txt:287953 - http://www.motherjones.com/politics/2017/10/you-will-lose-your-job-to-a-robot-and-sooner-than-you-think/#undefined.sfju
RS_2017-10.bz2.deduped.txt:288420 - http://www.motherjones.com/politics/2017/10/senate-intelligence-committee-zeroes-in-on-trump-tower-meeting/
RS_2017-10.bz2.deduped.txt:292111 - http://www.motherjones.com/politics/2017/10/you-cant-back-white-nationalist-shrines-and-complain-when-youre-linked-to-white-nationalists/
RS_2017-10.bz2.deduped.txt:293547 - http://www.motherjones.com/politics/2016/09/trump-files-fred-trump-funneled-cash-donald-using-casino-chips/
RS_2017-10.bz2.deduped.txt:297283 - http://www.motherjones.com/politics/2017/10/virginia-republican-candidate-says-democrats-are-communists-and-crackheads/?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29
RS_2017-10.bz2.deduped.txt:297750 - http://www.motherjones.com/politics/2017/10/virginia-republican-candidate-says-democrats-are-communists-and-crackheads/
RS_2017-10.bz2.deduped.txt:299461 - http://www.motherjones.com/politics/2017/10/can-the-iron-stache-really-take-down-paul-ryan/
RS_2017-10.bz2.deduped.txt:301413 - http://www.motherjones.com/politics/2015/08/opt-out-standardized-testing-overload/
RS_2017-10.bz2.deduped.txt:302030 - http://www.motherjones.com/politics/2017/10/who-is-rick-gates/
RS_2017-10.bz2.deduped.txt:303514 - http://www.motherjones.com/politics/2017/10/robert-mueller-releases-information-showing-trump-campaign-tried-to-collude-with-russia/
RS_2017-10.bz2.deduped.txt:304733 - http://www.motherjones.com/politics/2017/06/russia-trump-putin-scandal-key-players-dossiers/
RS_2017-10.bz2.deduped.txt:305911 - http://www.motherjones.com/media/2017/10/look-at-how-fox-news-covered-manafort-monday/
RS_2017-10.bz2.deduped.txt:306130 - http://www.motherjones.com/politics/2017/10/7-eye-popping-allegations-in-the-indictment-of-paul-manafort-and-rick-gates/

RS_2017-10.bz2.deduped.txt:306637 - http://www.motherjones.com/politics/2017/10/mystery-professor-in-mueller-case-had-contacts-with-russian-officials/

RS_2017-10.bz2.deduped.txt:307932 - http://www.motherjones.com/environment/2017/10/heres-what-weve-learned-about-hurricanes-since-sandy/

RS_2017-10.bz2.deduped.txt:311452 - http://www.motherjones.com/politics/2017/10/putins-pro-trump-trolls-just-targeted-hillary-clinton-and-robert-mueller/

RS_2017-10.bz2.deduped.txt:314528 - http://www.motherjones.com/kevin-drum/2017/10/a-different-take-our-robot-hellscape-awaits-us/

RS_2017-10.bz2.deduped.txt:316122 - http://www.motherjones.com/politics/2017/10/virginia-republican-candidate-says-democrats-are-communists-and-crackheads/?utm_campaign=socialflow&utm_source=Twitter&utm_medium=social

RS_2017-10.bz2.deduped.txt:317503 - http://www.motherjones.com/kevin-drum/2017/10/the-root-of-all-evil-is-leverage/

RS_2017-10.bz2.deduped.txt:319173 - http://www.motherjones.com/media/2017/10/sinclair-fcc-main-studio-rule/

RS_2014-05.bz2.deduped.txt:216 - http://www.motherjones.com/politics/2014/04/listen-edward-snowden-defend-whistleblowers

RS_2014-05.bz2.deduped.txt:803 - http://www.motherjones.com/mojo/2014/04/bill-nye-science-guy-late-night-seth-meyers-creationist-critics-debate

RS_2014-05.bz2.deduped.txt:1204 - http://www.motherjones.com/mojo/2014/04/oklahomas-botched-execution-lethal-injection-facts

RS_2014-05.bz2.deduped.txt:1309 - http://www.motherjones.com/kevin-drum/2014/04/anti-obamacare-hysteria-almost-killed-dean-angstadt

RS_2014-05.bz2.deduped.txt:2828 - http://www.motherjones.com/politics/2014/04/no-fly-list-anti-terror-measures

RS_2014-05.bz2.deduped.txt:2866 - http://www.motherjones.com/politics/2014/05/sudan-fbi-informant-naji-mansour-terrorism

RS_2014-05.bz2.deduped.txt:2895 - http://www.motherjones.com/politics/2014/05/danny-carroll-iowa-republican-chairman-housing-deal

RS_2014-05.bz2.deduped.txt:3750 - http://www.motherjones.com/politics/2014/05/rand-paul-israel-flip-flop

RS_2014-05.bz2.deduped.txt:3815 - http://m.motherjones.com/politics/2014/05/sudan-fbi-informant-naji-mansour-terrorism

RS_2014-05.bz2.deduped.txt:6135 - http://www.motherjones.com/environment/2014/05/what-if-everyone-world-became-vegetarian

RS_2014-05.bz2.deduped.txt:6391 - http://www.motherjones.com/mojo/2014/04/mississippi-first-state-without-single-abortion-provider-roe?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2014-05.bz2.deduped.txt:7119 - http://www.motherjones.com/environment/2014/05/house-republicans-fracking-toxic-chemical-regulations-epa

RS_2014-05.bz2.deduped.txt:7198 - http://www.motherjones.com/mojo/2014/05/sec-new-york-stock-exchange-fine

RS_2014-05.bz2.deduped.txt:7232 - http://www.motherjones.com/politics/2014/05/list-alleged-proxy-detainees

RS_2014-05.bz2.deduped.txt:8660 - http://www.motherjones.com/politics/2014/05/naji-mansour-fbi-audio-transcript
RS_2014-05.bz2.deduped.txt:10810 - http://www.motherjones.com/environment/2014/05/inquiring-minds-katharine-hayhoe-faith-climate
RS_2014-05.bz2.deduped.txt:11452 - http://www.motherjones.com/mojo/2014/04/ted-cruz-mccutcheon-fair-elections-dark-money
RS_2014-05.bz2.deduped.txt:13458 - http://www.motherjones.com/politics/2014/05/nra-bloomberg-video-astroturfing
RS_2014-05.bz2.deduped.txt:14184 - http://www.motherjones.com/politics/2014/05/gop-benghazi-fever-issa-boehner-ben-rhodes
RS_2014-05.bz2.deduped.txt:19193 - http://m.motherjones.com/mixed-media/2014/04/the-word-stunner-does-not-appear-in-this-post
RS_2014-05.bz2.deduped.txt:19720 - http://www.motherjones.com/environment/2014/04/germany-clean-energy-coal-mine-storage
RS_2014-05.bz2.deduped.txt:20326 - http://www.motherjones.com/kevin-drum/2014/05/republicans-fear-and-confusion-are-all-they-have-left
RS_2014-05.bz2.deduped.txt:23422 - http://www.motherjones.com/politics/2014/05/photo-essay-fast-food-workers-70s-uniforms-wages-gregg-segal
RS_2014-05.bz2.deduped.txt:24222 - http://www.motherjones.com/mixed-media/2014/05/rolling-stones-pink-floyd-israel-palestine-concert-shouldnt-play
RS_2014-05.bz2.deduped.txt:24878 - http://www.motherjones.com/media/2014/05/brittney-griner-interview-baylor-wnba
RS_2014-05.bz2.deduped.txt:27174 - http://www.motherjones.com/politics/2014/05/matt-taibbi-interview-commonwealth-club
RS_2014-05.bz2.deduped.txt:28971 - http://www.motherjones.com/politics/2014/05/what-has-paul-ryan-learned-anti-poverty-guru-robert-woodson
RS_2014-05.bz2.deduped.txt:29007 - http://www.motherjones.com/politics/2014/05/mary-fallin-oklahoma-death-penalty-clayton-lockett
RS_2014-05.bz2.deduped.txt:29536 - http://www.motherjones.com/kevin-drum/2014/05/gallup-uninsurance-rate-plummets-april
RS_2014-05.bz2.deduped.txt:29639 - http://www.motherjones.com/kevin-drum/2014/05/gallup-uninsurance-rate-plummets-april?utm_medium=twitter&utm_source=twitterfeed
RS_2014-05.bz2.deduped.txt:34372 - http://www.motherjones.com/environment/2014/05/neil-tyson-cosmos-global-warming-earth-carbon?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29&utm_content=FaceBook
RS_2014-05.bz2.deduped.txt:35475 - http://www.motherjones.com/environment/2014/05/report-climate-change-clear-and-present-danger
RS_2014-05.bz2.deduped.txt:35481 - http://www.motherjones.com/politics/2014/05/cleveland-sin-tax-browns-cavaliers-indians
RS_2014-05.bz2.deduped.txt:36036 - http://www.motherjones.com/mojo/2014/05/benghazi-watergate-republicans-obama
RS_2014-05.bz2.deduped.txt:36116 - http://www.motherjones.com/environment/2014/05/report-climate-change-clear-and-present-

danger?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29
RS_2014-05.bz2.deduped.txt:37138 - http://www.motherjones.com/mojo/2014/05/john-jordan-karl-rove-american-crossroads-monica-wehby
RS_2014-05.bz2.deduped.txt:37456 - http://www.motherjones.com/kevin-drum/2014/05/benghazi-explained-ben-rhodes-foia
RS_2014-05.bz2.deduped.txt:40608 - http://www.motherjones.com/environment/2014/05/national-assessment-climate-ameriica
RS_2014-05.bz2.deduped.txt:44073 - http://www.motherjones.com/tom-philpott/2014/05/6-alarming-facts-food-and-global-warming
RS_2014-05.bz2.deduped.txt:44834 - http://m.motherjones.com/politics/2014/05/nra-bloomberg-video-astroturfing
RS_2014-05.bz2.deduped.txt:46323 - http://www.motherjones.com/environment/2014/05/bill-nye-se-cupp-climate-debate
RS_2014-05.bz2.deduped.txt:46790 - http://www.motherjones.com/kevin-drum/2014/05/conservative-pro-growth-policies-dont-actually-produce-any-growth
RS_2014-05.bz2.deduped.txt:47690 - http://www.motherjones.com/mojo/2014/05/us-pot-farmers-are-putting-mexican-cartels-out-business
RS_2014-05.bz2.deduped.txt:48155 - http://www.motherjones.com/mojo/2014/05/chart-most-federal-welfare-spending-not-going-poorest-families
RS_2014-05.bz2.deduped.txt:50121 - http://www.motherjones.com/kevin-drum/2014/05/house-committee-votes-unanimously-rein-nsa
RS_2014-05.bz2.deduped.txt:52451 - http://www.motherjones.com/politics/2014/05/operation-chokepoint-banks-porn-stars
RS_2014-05.bz2.deduped.txt:52841 - http://www.motherjones.com/politics/2014/05/monica-wehby-oregon-senate-devos-boyfriend-sex-hypnotist-loren-parks
RS_2014-05.bz2.deduped.txt:56101 - http://www.motherjones.com/kevin-drum/2014/05/yes-innocence-muslims-video-really-did-play-role-benghazi-attacks
RS_2014-05.bz2.deduped.txt:56209 - http://www.motherjones.com/mixed-media/2014/05/simpsons-producer-responds-insane-predicted-syrian-civil-war-conspiracy-theory
RS_2014-05.bz2.deduped.txt:56499 - http://www.motherjones.com/media/2014/05/transcuba-transgender-photos-cuba-castro
RS_2014-05.bz2.deduped.txt:57921 - http://www.motherjones.com/mixed-media/2014/05/cnn-poll-malaysia-airlines-flight-370-aliens
RS_2014-05.bz2.deduped.txt:58213 - http://www.motherjones.com/politics/2014/05/susana-martinez-new-mexico-whistleblower-suit-jon-barela
RS_2014-05.bz2.deduped.txt:59446 - http://www.motherjones.com/environment/2014/05/inquiring-minds-david-amodio-your-brain-on-racism
RS_2014-05.bz2.deduped.txt:59478 - http://www.motherjones.com/politics/2001/09/alone-hill
RS_2014-05.bz2.deduped.txt:59559 - http://www.motherjones.com/politics/2014/05/elizabeth-warren-student-loan-bill-election
RS_2014-05.bz2.deduped.txt:59581 - http://www.motherjones.com/politics/2014/05/charts-why-fcc-ditching-net-neutrality
RS_2014-05.bz2.deduped.txt:61423 - http://www.motherjones.com/politics/2014/05/boko-haram-why-media-attention-now

RS_2014-05.bz2.deduped.txt:62239 - http://www.motherjones.com/environment/2014/05/north-dakota-nations-deadliest-state-work-fracking

RS_2014-05.bz2.deduped.txt:62346 - http://www.motherjones.com/kevin-drum/2014/05/quote-day-billionaires-insist-billionaire-friendly-policies-dont-actually-benefit

RS_2014-05.bz2.deduped.txt:62803 - http://www.motherjones.com/mojo/2014/05/utah-cliven-bundy-land-protest

RS_2014-05.bz2.deduped.txt:63011 - http://www.motherjones.com/politics/2014/05/elizabeth-warren-benghazi

RS_2014-05.bz2.deduped.txt:63542 - http://www.motherjones.com/politics/2014/05/america-moves-one-step-closer-ending-solitary-confinement

RS_2014-05.bz2.deduped.txt:64665 - http://www.motherjones.com/mojo/2014/05/ted-cruz-attacking-obama-relocating-shrub

RS_2014-05.bz2.deduped.txt:70967 - http://www.motherjones.com/politics/2014/05/mothers-day-visit-prison-incarcerated-distance

RS_2014-05.bz2.deduped.txt:72889 - http://www.motherjones.com/mojo/2014/05/john-oliver-last-week-tonight-hbo-death-penalty-mcrib-oklahoma

RS_2014-05.bz2.deduped.txt:73231 - http://www.motherjones.com/mojo/2014/05/watch-amazing-sesame-street-video-about-having-parent-prison

RS_2014-05.bz2.deduped.txt:76730 - http://www.motherjones.com/politics/2014/05/minimum-wage-tip-map-waiters-waitresses-servers

RS_2014-05.bz2.deduped.txt:77919 - http://www.motherjones.com/environment/2014/05/john-oliver-bill-nye-climate-debate

RS_2014-05.bz2.deduped.txt:78817 - http://www.motherjones.com/environment/2014/05/my-trip-mcdonalds-sponsored-nutritionist-convention

RS_2014-05.bz2.deduped.txt:80043 - http://www.motherjones.com/politics/2014/05/sudan-fbi-informant-naji-mansour-terrorism?page=1

RS_2014-05.bz2.deduped.txt:81198 - http://www.motherjones.com/environment/2014/05/west-antarctic-ice-sheet-collapse

RS_2014-05.bz2.deduped.txt:81332 - http://www.motherjones.com/politics/2014/05/joni-ernst-iowa-senate-iraq-weapons-mass-destruction

RS_2014-05.bz2.deduped.txt:81561 - http://www.motherjones.com/politics/2014/05/drone-war-us-pilots-victims

RS_2014-05.bz2.deduped.txt:82248 - http://www.motherjones.com/kevin-drum/2014/05/hospitals-report-big-drop-uninsured-admissions-blue-states

RS_2014-05.bz2.deduped.txt:83563 - http://www.motherjones.com/tom-philpott/2014/05/china-us-food-pork-wine-export-import

RS_2014-05.bz2.deduped.txt:84876 - http://www.motherjones.com/politics/2014/05/kentucky-interracial-marriage-same-sex-birth-rate-ban

RS_2014-05.bz2.deduped.txt:89235 - http://www.motherjones.com/politics/2014/05/nypd-sex-workers-condoms-evidence

RS_2014-05.bz2.deduped.txt:90545 - http://www.motherjones.com/mojo/2014/05/nevadas-gop-stopped-opposing-abortion-and-same-sex-marriage-heres-what-happened-next

RS_2014-05.bz2.deduped.txt:92409 - http://www.motherjones.com/environment/2014/05/exxon-chevron-oil-fixers-silverstein

RS_2014-05.bz2.deduped.txt:93627 - http://m.motherjones.com/tom-philpott/2014/05/climate-change-will-eat-your-lunch

RS_2014-05.bz2.deduped.txt:94525 - http://www.motherjones.com/mojo/2014/05/tim-geithner-book-obama-elizabeth-warren-consumer-bureau
RS_2014-05.bz2.deduped.txt:95472 - http://www.motherjones.com/environment/2014/05/exxon-chevron-oil-fixers-silverstein?google_editors_picks=true
RS_2014-05.bz2.deduped.txt:95488 - http://www.motherjones.com/environment/2014/05/framing-global-warming-vs-climate-change?google_editors_picks=true
RS_2014-05.bz2.deduped.txt:95498 - http://www.motherjones.com/tom-philpott/2014/05/climate-change-will-eat-your-lunch?google_editors_picks=true
RS_2014-05.bz2.deduped.txt:98514 - http://www.motherjones.com/kevin-drum/2014/05/surprise-marco-rubios-social-security-arithmetic-doesnt-add
RS_2014-05.bz2.deduped.txt:99757 - http://www.motherjones.com/environment/2014/05/fox-and-cnns-silence-sciences-holy-shit-moment-0
RS_2014-05.bz2.deduped.txt:99761 - http://www.motherjones.com/environment/2014/05/framing-global-warming-vs-climate-change
RS_2014-05.bz2.deduped.txt:100107 - http://www.motherjones.com/politics/2014/05/guns-bullying-open-carry-women-moms-texas
RS_2014-05.bz2.deduped.txt:100157 - http://www.motherjones.com/tom-philpott/2014/05/climate-change-will-eat-your-lunch
RS_2014-05.bz2.deduped.txt:102484 - http://www.motherjones.com/mojo/2014/05/john-oliver-interview-last-week-tonight-mitch-mcconnell-old-wrinkly-penis-attack-ad
RS_2014-05.bz2.deduped.txt:102628 - http://www.motherjones.com/mojo/2014/05/idaho-gubernatorial-debate-otter-fulcher-brown-bayes
RS_2014-05.bz2.deduped.txt:103629 - http://www.motherjones.com/politics/2014/05/former-gop-senator-marlow-cook-hired-mcconnell-opposing-obamacare
RS_2014-05.bz2.deduped.txt:104319 - http://www.motherjones.com/mojo/2014/05/news-organizations-sue-missouri-lethal-injection
RS_2014-05.bz2.deduped.txt:108057 - http://www.motherjones.com/kevin-drum/2014/05/theres-reason-voters-dont-blame-republicans-congressional-gridlock
RS_2014-05.bz2.deduped.txt:108084 - http://www.motherjones.com/politics/2014/05/steve-daines-creationism
RS_2014-05.bz2.deduped.txt:108792 - https://www.motherjones.com/politics/2014/05/steve-daines-creationism
RS_2014-05.bz2.deduped.txt:109306 - http://www.motherjones.com/environment/2014/05/oklahoma-climate-science-education-denial
RS_2014-05.bz2.deduped.txt:109318 - http://www.motherjones.com/kevin-drum/2014/05/vladimir-putin-has-been-outplayed-barack-obama
RS_2014-05.bz2.deduped.txt:110231 - http://www.motherjones.com/environment/2014/05/8-cereals-more-sugar-chocolate-chip-cookie
RS_2014-05.bz2.deduped.txt:113620 - http://www.motherjones.com/environment/2014/05/groundwater-depletion-destabilizing-san-andreas-fault-earthquake-risk
RS_2014-05.bz2.deduped.txt:115359 - http://www.motherjones.com/politics/2014/05/cecily-mcmillan-occupy-protestor-sentenced
RS_2014-05.bz2.deduped.txt:115864 - http://www.motherjones.com/mojo/2014/05/brown-v-board-education-60-years-anniversary

RS_2014-05.bz2.deduped.txt:117001 - http://www.motherjones.com/politics/2014/05/why-don%E2%80%99t-we-know-how-many-people-are-shot-each-year-america

RS_2014-05.bz2.deduped.txt:123375 - http://www.motherjones.com/tom-philpott/2014/04/california-almond-farms-blamed-honeybee-die

RS_2014-05.bz2.deduped.txt:123966 - http://www.motherjones.com/politics/2014/05/missouri-prisoner-sentenced-death-asks-permission-videotape-execution

RS_2014-05.bz2.deduped.txt:124060 - http://www.motherjones.com/politics/2014/05/2016-presidential-campaign-website-domain-names

RS_2014-05.bz2.deduped.txt:126154 - http://www.motherjones.com/blue-marble/2014/05/north-carolina-felony-fracking-chemicals-disclosure

RS_2014-05.bz2.deduped.txt:128051 - http://www.motherjones.com/mojo/2014/05/dick-cheney-rand-paul-feud-halliburton

RS_2014-05.bz2.deduped.txt:128420 - http://www.motherjones.com/kevin-drum/2014/05/republicans-would-rather-blow-budget-admit-global-warming-real

RS_2014-05.bz2.deduped.txt:129514 - http://www.motherjones.com/politics/2014/05/eurasian-century-putin-china-pipeline-deal-visit

RS_2014-05.bz2.deduped.txt:129687 - http://www.motherjones.com/kevin-drum/2014/05/att-plans-start-screwing-you-over-2018

RS_2014-05.bz2.deduped.txt:130429 - http://www.motherjones.com/environment/2014/05/cosmos-tyson-drake-equation-climate-change

RS_2014-05.bz2.deduped.txt:132251 - http://www.motherjones.com/environment/2014/05/price-breakfast-cereal-climate-change-oxfam-kelloggs

RS_2014-05.bz2.deduped.txt:132762 - http://www.motherjones.com/politics/2014/05/koch-brothers-family-history-sons-of-wichita

RS_2014-05.bz2.deduped.txt:132783 - http://motherjones.com/environment/2014/05/cosmos-tyson-drake-equation-climate-change

RS_2014-05.bz2.deduped.txt:136100 - http://www.motherjones.com/tom-philpott/2014/05/smoking-gun-bee-collapse

RS_2014-05.bz2.deduped.txt:137779 - http://www.motherjones.com/mixed-media/2014/05/elizabeth-warren-stephen-colbert

RS_2014-05.bz2.deduped.txt:137798 - http://www.motherjones.com/mojo/2014/05/georgia-supreme-court-upholds-lethal-injection-drug-secrecy

RS_2014-05.bz2.deduped.txt:138915 - http://www.motherjones.com/environment/2014/05/pat-sajak-wheel-of-fortune-global-warming-racism

RS_2014-05.bz2.deduped.txt:140408 - http://www.motherjones.com/kevin-drum/2014/05/nations-biggest-shale-oil-formation-gets-sudden-downsizing

RS_2014-05.bz2.deduped.txt:140972 - http://www.motherjones.com/politics/2014/05/blackshades-malware-remote-access-webcam-fbi

RS_2014-05.bz2.deduped.txt:141706 - http://www.motherjones.com/politics/2014/05/hillary-clinton-goldman-sachs-private-equity-white-house-2016

RS_2014-05.bz2.deduped.txt:142483 - http://www.motherjones.com/politics/2014/05/chipotle-guns-open-carry-texas

RS_2014-05.bz2.deduped.txt:142660 - http://www.motherjones.com/politics/2014/05/mitch-mcconnell-matt-bevin-kentucky-senate-results

RS_2014-05.bz2.deduped.txt:143127 - http://www.motherjones.com/environment/2014/05/tea-party-climate-trust-science
RS_2014-05.bz2.deduped.txt:143498 - http://www.motherjones.com/kevin-drum/2014/05/republicans-propose-limiting-food-aid-rural-children
RS_2014-05.bz2.deduped.txt:144974 - http://www.motherjones.com/politics/2014/05/jody-hice-georgia-sodomy
RS_2014-05.bz2.deduped.txt:147225 - http://www.motherjones.com/politics/2014/05/georgia-senate-david-perdue-gender-pay-discrimination-lawsuit
RS_2014-05.bz2.deduped.txt:147251 - http://www.motherjones.com/politics/2014/05/guns-bullying-spitting-jennifer-longdon-dana-loesch
RS_2014-05.bz2.deduped.txt:151076 - http://www.motherjones.com/mojo/2014/05/guns-mental-health-background-checks
RS_2014-05.bz2.deduped.txt:151958 - http://www.motherjones.com/politics/2014/05/nsa-usa-freedom-act-weak
RS_2014-05.bz2.deduped.txt:152840 - http://www.motherjones.com/media/2014/05/internet-archive-wayback-machine-brewster-kahle
RS_2014-05.bz2.deduped.txt:153899 - http://www.motherjones.com/media/2014/05/nfl-cheerleader-lawsuits-sexism
RS_2014-05.bz2.deduped.txt:154262 - http://www.motherjones.com/kevin-drum/2014/05/va
RS_2014-05.bz2.deduped.txt:154420 - http://www.motherjones.com/mojo/2014/05/read-letter-women-tech-industry-sexism
RS_2014-05.bz2.deduped.txt:155343 - http://www.motherjones.com/politics/2014/05/military-tobacco-cigarette-sales-navy-congress
RS_2014-05.bz2.deduped.txt:156025 - http://www.motherjones.com/mojo/2014/05/un-report-human-rights-ukraine-abduction-journalists-activists
RS_2014-05.bz2.deduped.txt:157160 - http://www.motherjones.com/politics/2014/05/no-one-knows-who-is-behind-arkansas-ad-buy
RS_2014-05.bz2.deduped.txt:157569 - http://www.motherjones.com/politics/2014/05/transgender-16-year-old-solitary-cell-adult-prison
RS_2014-05.bz2.deduped.txt:158316 - http://www.motherjones.com/environment/2014/05/inquiring-minds-richard-alley-antarctica-greenland-sandy
RS_2014-05.bz2.deduped.txt:159448 - http://m.motherjones.com/environment/2014/05/inquiring-minds-richard-alley-antarctica-greenland-sandy
RS_2014-05.bz2.deduped.txt:159879 - http://www.motherjones.com/kevin-drum/2013/01/prison-population-dropping-can-you-guess-why
RS_2014-05.bz2.deduped.txt:160075 - http://www.motherjones.com/kevin-drum/2014/05/law-enforcement-vs-hippies
RS_2014-05.bz2.deduped.txt:160408 - http://www.motherjones.com/kevin-drum/2014/05/will-everyone-please-quit-bitching-about-passwords
RS_2014-05.bz2.deduped.txt:162915 - http://www.motherjones.com/politics/2014/05/benghazi-stop-hillary-clinton-pac
RS_2014-05.bz2.deduped.txt:162999 - http://m.motherjones.com/node/252461
RS_2014-05.bz2.deduped.txt:164607 - http://www.motherjones.com/environment/2014/04/terrible-smell-hog-farms-lawsuits

RS_2014-05.bz2.deduped.txt:175702 - http://www.motherjones.com/politics/2014/05/supreme-court-harris-quinn-unions-right-to-work
RS_2014-05.bz2.deduped.txt:175884 - http://m.motherjones.com/mojo/2014/05/guns-mental-health-background-checks
RS_2014-05.bz2.deduped.txt:175976 - http://www.motherjones.com/media/2013/10/photos-vietnam-real-war-photojournalists
RS_2014-05.bz2.deduped.txt:176394 - http://www.motherjones.com/environment/2014/04/gulf-maine-puffin-climate-change
RS_2014-05.bz2.deduped.txt:178063 - http://www.motherjones.com/mixed-media/2014/05/arguing-gun-nuts-bingo
RS_2014-05.bz2.deduped.txt:179785 - http://www.motherjones.com/politics/2014/05/slow-quiet-death-congresss-will-help-unemployed
RS_2014-05.bz2.deduped.txt:179788 - http://www.motherjones.com/environment/2014/05/oil-tank-trains-bakken-crude-accidents
RS_2014-05.bz2.deduped.txt:179798 - http://www.motherjones.com/politics/2014/05/guns-open-carry-chilis-sonic-videos
RS_2014-05.bz2.deduped.txt:183357 - http://www.motherjones.com/kevin-drum/2014/05/health-care-scandal-thats-way-bigger-va
RS_2014-05.bz2.deduped.txt:189309 - http://www.motherjones.com/mojo/2014/05/imf-christine-lagarde-income-inequality
RS_2014-05.bz2.deduped.txt:189661 - http://www.motherjones.com/mojo/2014/05/obama-west-point-foreign-policy-speech
RS_2014-05.bz2.deduped.txt:189782 - http://www.motherjones.com/tom-philpott/2014/05/nanotech-food-safety-fda-nano-material
RS_2014-05.bz2.deduped.txt:190920 - http://www.motherjones.com/environment/2009/07/trickle-down-theory
RS_2014-05.bz2.deduped.txt:192384 - http://m.motherjones.com/environment/2014/04/gulf-maine-puffin-climate-change
RS_2014-05.bz2.deduped.txt:192411 - http://www.motherjones.com/politics/2014/05/states-not-complying-prison-rape-elimination-act
RS_2014-05.bz2.deduped.txt:193054 - http://www.motherjones.com/environment/2014/05/cosmos-tyson-sagan-climate-change-episode
RS_2014-05.bz2.deduped.txt:197549 - http://www.motherjones.com/print/252611
RS_2014-05.bz2.deduped.txt:197642 - http://www.motherjones.com/mojo/2014/05/elizabeth-warren-obama-federal-reserve-nominees
RS_2014-05.bz2.deduped.txt:199685 - http://www.motherjones.com/politics/2014/05/nsa-snowden-email
RS_2014-05.bz2.deduped.txt:200444 - http://www.motherjones.com/mojo/2014/05/snowden-odd-email-nsa
RS_2014-05.bz2.deduped.txt:203532 - http://www.motherjones.com/mixed-media/2014/05/sexist-video-game-film-tv-tropes-anita-sarkeesian
RS_2014-05.bz2.deduped.txt:203951 - http://www.motherjones.com/politics/2014/05/veterans-affairs-backlogs-waiting-lists-george-bush
RS_2014-05.bz2.deduped.txt:204078 - http://m.motherjones.com/politics/2013/04/mental-health-crisis-mac-mcclelland-cousin-murder

RS_2014-05.bz2.deduped.txt:204529 - http://www.motherjones.com/politics/2014/05/guns-open-carry-texas-harassment-marine-veteran

RS_2014-05.bz2.deduped.txt:205878 - http://www.motherjones.com/kevin-drum/2014/05/america-becoming-bit-more-liberal-thats-pretty-unusual-six-years-democratic-presi

RS_2014-05.bz2.deduped.txt:206695 - http://www.motherjones.com/politics/2014/05/guns-open-carry-texas-harassment-marine-veteran?google_editors_picks=true

RS_2014-05.bz2.deduped.txt:206709 - http://www.motherjones.com/environment/2014/05/obama-carbon-rules-coal-plants-climate-epa-climate-plan-explainer?google_editors_picks=true

RS_2014-05.bz2.deduped.txt:206878 - http://www.motherjones.com/environment/2014/05/harry-collins-inquiring-minds-science-studies-saves-scientific-expertise

RS_2014-05.bz2.deduped.txt:207950 - http://www.motherjones.com/environment/2014/05/obama-carbon-rules-coal-plants-climate-epa-climate-plan-explainer

RS_2014-05.bz2.deduped.txt:209909 - http://www.motherjones.com/media/2014/05/pop-culture-anita-sarkeesian-video-games-sexism-tropes-online-harassment-feminist

RS_2014-05.bz2.deduped.txt:210792 - http://www.motherjones.com/print/252891

RS_2014-05.bz2.deduped.txt:212277 - http://www.motherjones.com/mixed-media/2014/05/mindy-kaling-harvard-law-school-speech-video-bp-birds-fracking

RS_2012-09.bz2.deduped.txt:826 - http://www.motherjones.com/politics/2012/08/foster-friess-rnc-tampa

RS_2012-09.bz2.deduped.txt:2136 - http://www.motherjones.com/kevin-drum/2012/08/paying-obamacare

RS_2012-09.bz2.deduped.txt:2176 - http://www.motherjones.com/kevin-drum/2012/08/paul-ryans-grim-vision-america?y

RS_2012-09.bz2.deduped.txt:4486 - http://www.motherjones.com/kevin-drum/2012/09/we-should-focus-deception-not-lying

RS_2012-09.bz2.deduped.txt:4998 - http://www.motherjones.com/mojo/2012/08/voter-id-election-protection-smartphone-app

RS_2012-09.bz2.deduped.txt:6042 - http://www.motherjones.com/kevin-drum/2012/09/mitt-romneys-apology-tour?utm_medium=twitter

RS_2012-09.bz2.deduped.txt:10064 - http://www.motherjones.com/kevin-drum/2012/09/incredible-vanishing-gop-convention-bounce

RS_2012-09.bz2.deduped.txt:10241 - http://www.motherjones.com/kevin-drum/2012/09/myth-busting-greenspan-commission-didnt-save-social-security

RS_2012-09.bz2.deduped.txt:12083 - http://www.motherjones.com/mojo/2012/08/durham-torture-cia-obama-holder

RS_2012-09.bz2.deduped.txt:14433 - http://www.motherjones.com/politics/2012/09/obama-should-play-blame-game

RS_2012-09.bz2.deduped.txt:14456 - http://www.motherjones.com/kevin-drum/2012/09/my-personal-stake-election

RS_2012-09.bz2.deduped.txt:14701 - http://www.motherjones.com/kevin-drum/2012/09/who-are-worst-tax-dodgers-greece

RS_2012-09.bz2.deduped.txt:15071 - http://www.motherjones.com/kevin-drum/2012/09/paul-ryan-tax-hawk-not-deficit-hawk

RS_2012-09.bz2.deduped.txt:15738 - http://www.motherjones.com/mojo/2012/09/democrats-retreat-civil-liberties-2012-platform

RS_2012-09.bz2.deduped.txt:16278 - http://www.motherjones.com/politics/2012/09/how-nonprofits-spend-millions-elections-dark-money

RS_2012-09.bz2.deduped.txt:16373 - http://www.motherjones.com/politics/2012/09/tommy-thompson-alec

RS_2012-09.bz2.deduped.txt:18365 - http://www.motherjones.com/mixed-media/2012/07/girls-guide-grilling-pork-sexist

RS_2012-09.bz2.deduped.txt:20174 - http://www.motherjones.com/mojo/2012/09/tennessee-case-study-defunding-planned-parenthood

RS_2012-09.bz2.deduped.txt:21761 - http://www.motherjones.com/politics/2012/09/obama-dnc-speech-charlotte

RS_2012-09.bz2.deduped.txt:23356 - http://www.motherjones.com/tom-philpott/2012/09/five-ways-stanford-study-underestimates-organic-food

RS_2012-09.bz2.deduped.txt:23440 - http://www.motherjones.com/mojo/2012/09/labor-unions-democratic-convention-obama

RS_2012-09.bz2.deduped.txt:24592 - http://www.motherjones.com/mojo/2012/09/us-sanctions-iran-world-of-warcraft-treasury-department

RS_2012-09.bz2.deduped.txt:25513 - http://m.motherjones.com/mojo/2012/09/democrats-retreat-civil-liberties-2012-platform

RS_2012-09.bz2.deduped.txt:27301 - http://www.motherjones.com/kevin-drum/2012/09/driverless-cars-coming-soon-state-near-you-if-you-happen-live-near-california

RS_2012-09.bz2.deduped.txt:28475 - http://www.motherjones.com/kevin-drum/2012/09/romney-doesnt-just-want-cut-medicare-he-wants-cut-medicaid-too

RS_2012-09.bz2.deduped.txt:28601 - http://www.motherjones.com/mojo/2012/09/keith-ellison-gop-platform-michele-bachmann

RS_2012-09.bz2.deduped.txt:28619 - http://www.motherjones.com/politics/2012/09/comparing-republican-democratic-conventions-tampa-charlotte

RS_2012-09.bz2.deduped.txt:29329 - http://www.motherjones.com/politics/2012/09/are-pro-life-democrats-needed-for-majority

RS_2012-09.bz2.deduped.txt:29706 - http://www.motherjones.com/blue-marble/2012/09/vladimir-putin-hang-glider-endangered-siberian-crane-migration

RS_2012-09.bz2.deduped.txt:29946 - http://www.motherjones.com/kevin-drum/2012/09/bill-clinton-wows-em-charlotte

RS_2012-09.bz2.deduped.txt:33875 - http://www.motherjones.com/politics/2012/09/photos-barack-obama-souza-kids-cute

RS_2012-09.bz2.deduped.txt:34884 - http://www.motherjones.com/blue-marble/2012/09/conventions-climate-change-statements

RS_2012-09.bz2.deduped.txt:35338 - http://www.motherjones.com/mojo/2012/09/republican-democratic-party-platforms-then-now-1956-2012

RS_2012-09.bz2.deduped.txt:37390 - http://www.motherjones.com/mojo/2012/09/duckworth-blasts-gop-awol-afghanistan

RS_2012-09.bz2.deduped.txt:37421 - http://www.motherjones.com/mojo/2012/09/5-most-comically-bad-anti-gay-marriage-ads

RS_2012-09.bz2.deduped.txt:40491 - http://www.motherjones.com/politics/2012/09/allen-west-florida-patrick-murphy

RS_2012-09.bz2.deduped.txt:42999 - http://www.motherjones.com/kevin-drum/2012/09/mitt-romney-unveils-yet-another-secret-plan

RS_2012-09.bz2.deduped.txt:44227 - http://www.motherjones.com/kevin-drum/2012/09/obama-apparently-tougher-negotiator-you-think

RS_2012-09.bz2.deduped.txt:48178 - http://www.motherjones.com/kevin-drum/2012/09/mitt-romney-man-all-reasons

RS_2012-09.bz2.deduped.txt:48192 - http://www.motherjones.com/mojo/2012/09/romney-endorses-birther-curious-congressman

RS_2012-09.bz2.deduped.txt:48215 - http://www.motherjones.com/mojo/2012/09/ohio-republicans-poll-romney-bin-laden

RS_2012-09.bz2.deduped.txt:48560 - http://www.motherjones.com/mojo/2012/09/study-no-negative-impact-dadt-repeal

RS_2012-09.bz2.deduped.txt:49969 - http://ww.motherjones.com/kevin-drum/2012/09/within-hours-mitt-romney-takes-back-everything-he-said-about-preexisting-conditio

RS_2012-09.bz2.deduped.txt:50092 - http://www.motherjones.com/politics/2012/09/revealed-dark-money-group-attacking-sen-sherrod-brown

RS_2012-09.bz2.deduped.txt:50180 - http://www.motherjones.com/environment/2012/09/why-doesnt-your-city-have-curbside-composting

RS_2012-09.bz2.deduped.txt:51649 - http://www.motherjones.com/kevin-drum/2012/09/within-hours-mitt-romney-takes-back-everything-he-said-about-preexisting-conditio

RS_2012-09.bz2.deduped.txt:51753 - http://www.motherjones.com/kevin-drum/2012/09/within-hours-mitt-romney-takes-back-everything-he-said-about-preexisting-conditio?utm_medium=twitter&utm_source=twitterfeed

RS_2012-09.bz2.deduped.txt:51841 - http://www.motherjones.com/kevin-drum/2012/09/fracking-good-environment

RS_2012-09.bz2.deduped.txt:53196 - http://www.motherjones.com/mojo/2012/09/democrats-republicans-barack-obama-mitt-romney-911

RS_2012-09.bz2.deduped.txt:53721 - http://www.motherjones.com/politics/2012/09/romney-losing-presidential-campaign-donations

RS_2012-09.bz2.deduped.txt:55146 - http://www.motherjones.com/blue-marble/2012/09/melting-arctic-ice-photo-gallery-james-balog

RS_2012-09.bz2.deduped.txt:55228 - http://www.motherjones.com/politics/2011/09/9-11-attacks-anniversary?mrefid=twitter

RS_2012-09.bz2.deduped.txt:55404 - http://www.motherjones.com/mojo/2012/09/richard-aoki-fbi-black-panthers

RS_2012-09.bz2.deduped.txt:55546 - http://www.motherjones.com/politics/2011/09/law-changes-from-9-11

RS_2012-09.bz2.deduped.txt:57352 - http://www.motherjones.com/politics/2012/09/confessions-political-convert

RS_2012-09.bz2.deduped.txt:57367 - http://www.motherjones.com/politics/2012/09/campaign-american-values-gary-bauer-corporate-land-management

RS_2012-09.bz2.deduped.txt:58074 - http://www.motherjones.com/mojo/2012/09/gop-congressman-appears-white-nationalist-radio-show

RS_2012-09.bz2.deduped.txt:58159 - http://www.motherjones.com/politics/2011/07/lobbyists-working-in-congress?ref=reddit

RS_2012-09.bz2.deduped.txt:58956 - http://www.motherjones.com/politics/2012/09/how-climate-change-could-make-summer-crime-waves-worse

RS_2012-09.bz2.deduped.txt:58960 - http://www.motherjones.com/blue-marble/2012/09/top-solar-companies

RS_2012-09.bz2.deduped.txt:59797 - http://www.motherjones.com/kevin-drum/2012/09/mitt-romney-guy-who-doesnt-know-when-quite

RS_2012-09.bz2.deduped.txt:59978 - http://www.motherjones.com/kevin-drum/2012/09/thanks-obamacare-ranks-uninsured-fell-year

RS_2012-09.bz2.deduped.txt:60410 - http://www.motherjones.com/mojo/2012/09/obamacare-working

RS_2012-09.bz2.deduped.txt:60708 - http://www.motherjones.com/mojo/2012/09/responding-embassy-attacks-romney-goes-full-dsouza?google_editors_picks=true

RS_2012-09.bz2.deduped.txt:61096 - http://www.motherjones.com/mojo/2012/09/responding-embassy-attacks-romney-goes-full-dsouza

RS_2012-09.bz2.deduped.txt:62347 - http://www.motherjones.com/kevin-drum/2012/09/romney-campaign-attacks-obama-over-mythical-apology-embassy-attackers

RS_2012-09.bz2.deduped.txt:62436 - http://www.motherjones.com/blue-marble/2012/09/global-warming-30-second-video

RS_2012-09.bz2.deduped.txt:62447 - http://www.motherjones.com/mojo/2012/09/karl-roves-role-komens-planned-parenthood-flap

RS_2012-09.bz2.deduped.txt:64495 - http://www.motherjones.com/kevin-drum/2012/09/why-obama-avoiding-meeting-benjamin-netanyahu?

RS_2012-09.bz2.deduped.txt:64749 - http://www.motherjones.com/kevin-drum/2012/09/america-roaring-back-under-president-obama

RS_2012-09.bz2.deduped.txt:64759 - http://www.motherjones.com/kevin-drum/2012/09/dick-cheney-sets-new-world-record-being-asshole

RS_2012-09.bz2.deduped.txt:65392 - http://www.motherjones.com/politics/2012/09/egypt-embassy-marines-live-ammo

RS_2012-09.bz2.deduped.txt:67543 - http://www.motherjones.com/media/2012/09/interview-george-takei-sulu-star-trek-gay-internment-allegiance

RS_2012-09.bz2.deduped.txt:67553 - http://www.motherjones.com/politics/2012/09/teachers-strike-chicago-explained?mrefid=twitter

RS_2012-09.bz2.deduped.txt:67563 - http://www.motherjones.com/politics/2012/09/mitt-romney-welfare-obama-robert-rector?mrefid=twitter

RS_2012-09.bz2.deduped.txt:67829 - http://www.motherjones.com/environment/2012/09/global-businesses-oppose-climate-action-not

RS_2012-09.bz2.deduped.txt:69139 - http://www.motherjones.com/kevin-drum/2012/09/why-teachers-unions-arent-always-public-friend-1

RS_2012-09.bz2.deduped.txt:69195 - http://www.motherjones.com/politics/2012/09/mitt-romney-welfare-obama-robert-rector

RS_2012-09.bz2.deduped.txt:69199 - http://www.motherjones.com/transition/inter.php?dest=http://www.motherjones.com/politics/2012/09/mitt-romney-welfare-obama-robert-rector

RS_2012-09.bz2.deduped.txt:69543 -
http://www.motherjones.com/transition/inter.php?dest=http://www.motherjones.com/kevin-drum/2012/09/obama-smear-was-team-effort-says-romney-team
RS_2012-09.bz2.deduped.txt:70469 - http://www.motherjones.com/kevin-drum/2012/09/mitt-romney-guy-who-doesnt-know-when-quite?utm_medium=twitter&utm_source=twitterfeed
RS_2012-09.bz2.deduped.txt:70493 - http://www.motherjones.com/kevin-drum/2012/09/i-am-delighted-we-have-introvert-white-house
RS_2012-09.bz2.deduped.txt:70528 -
http://www.motherjones.com/environment/2012/09/natural-gas-fracking-sierra-nrdc
RS_2012-09.bz2.deduped.txt:71900 - http://www.motherjones.com/mojo/2012/09/mitt-romney-apologizes-america
RS_2012-09.bz2.deduped.txt:74399 - http://m.motherjones.com/politics/2012/09/82-year-old-nun-nuclear-weapon-break-in
RS_2012-09.bz2.deduped.txt:74640 - http://motherjones.com/politics/2012/09/82-year-old-nun-nuclear-weapon-break-in
RS_2012-09.bz2.deduped.txt:74777 - http://www.motherjones.com/mojo/2012/09/sarah-palin-and-free-stuff-vs-freedom
RS_2012-09.bz2.deduped.txt:74850 - http://www.motherjones.com/tom-philpott/2012/09/romney-monsanto-bain
RS_2012-09.bz2.deduped.txt:74878 - http://www.motherjones.com/politics/2012/09/map-teachers-salaries-by-city
RS_2012-09.bz2.deduped.txt:74954 - http://www.motherjones.com/politics/2012/09/factcheck-politifact-lying-politicians
RS_2012-09.bz2.deduped.txt:75408 - http://www.motherjones.com/blue-marble/2012/09/watch-how-oil-spills-could-be-cleaned-magnets
RS_2012-09.bz2.deduped.txt:75435 - http://www.motherjones.com/mojo/2012/09/christopher-walken-endorses-barack-obama
RS_2012-09.bz2.deduped.txt:77636 - http://www.motherjones.com/kevin-drum/2012/09/obama-smear-was-team-effort-says-romney-team
RS_2012-09.bz2.deduped.txt:77647 - http://www.motherjones.com/politics/2012/09/virginia-board-health-flips-abortion-clinic-regs
RS_2012-09.bz2.deduped.txt:77837 - http://www.motherjones.com/kevin-drum/2012/09/why-innocence-muslims-doesnt-really-matter-very-much
RS_2012-09.bz2.deduped.txt:77992 - http://www.motherjones.com/kevin-drum/2012/09/yet-another-study-suggests-cutting-tax-rates-doesnt-boost-economic-growth
RS_2012-09.bz2.deduped.txt:77993 - http://www.motherjones.com/tom-philpott/2011/10/fda-labeling-gmo-genetically-modified-foods
RS_2012-09.bz2.deduped.txt:78527 - http://www.motherjones.com/politics/2012/09/ex-terrorist-walks-conservative-conference
RS_2012-09.bz2.deduped.txt:79679 - http://www.motherjones.com/mojo/2012/09/even-evangelicals-sorta-kinda-obamacare-now
RS_2012-09.bz2.deduped.txt:81397 - http://www.motherjones.com/politics/2012/09/house-fisa-warrantless-wiretapping
RS_2012-09.bz2.deduped.txt:83358 - http://www.motherjones.com/kevin-drum/2012/09/no-jumping-gun-was-not-romneys-big-problem-after-911-attacks

RS_2012-09.bz2.deduped.txt:84199 -
http://www.motherjones.com/transition/inter.php?dest=http://www.motherjones.com/kevin-drum/2012/09/no-jumping-gun-was-not-romneys-big-problem-after-911-attacks
RS_2012-09.bz2.deduped.txt:85607 - http://m.motherjones.com/politics/2012/09/secret-video-romney-private-fundraiser
RS_2012-09.bz2.deduped.txt:85737 - http://www.motherjones.com/politics/2012/09/secret-video-romney-private-fundraiser
RS_2012-09.bz2.deduped.txt:86772 - http://www.motherjones.com/politics/2012/09/secret-video-romney-private-fundraiser?mrefid=twtter
RS_2012-09.bz2.deduped.txt:86878 - http://www.motherjones.com/kevin-drum/2012/09/quote-day-romney-still-not-making-sense-taxes
RS_2012-09.bz2.deduped.txt:87135 - http://www.motherjones.com/mojo/2012/09/democrats-retreat-civil-liberties-2012-platform?thisisnotokay
RS_2012-09.bz2.deduped.txt:87565 - http://www.motherjones.com/mojo/2012/09/occupy-wall-street-anniversary-timeline
RS_2012-09.bz2.deduped.txt:87854 - http://www.motherjones.com/politics/2012/09/alabama-aclu-trial-hiv-prisoners-rachel-maddow
RS_2012-09.bz2.deduped.txt:88216 - http://www.motherjones.com/politics/2012/09/voter-suppression-vote-restrictions
RS_2012-09.bz2.deduped.txt:88711 - http://www.motherjones.com/kevin-drum/2012/09/mitt-romney-will-not-be-providing-detailed-economic-plan-anytime-soon-thankyouver?utm_medium=twitter&utm_source=twitterfeed
RS_2012-09.bz2.deduped.txt:89099 - http://www.motherjones.com/kevin-drum/2012/09/anti-semitic-slur-surfaces-once-again
RS_2012-09.bz2.deduped.txt:90108 - http://www.motherjones.com/tom-philpott/2012/09/pink-slime-lawsuit
RS_2012-09.bz2.deduped.txt:91654 - http://www.motherjones.com/politics/2012/09/charts-47-percent-romney-tax-data
RS_2012-09.bz2.deduped.txt:91922 - http://www.motherjones.com/mojo/2012/09/scott-brown-latest-republican-turn-romneys-47-percent-line
RS_2012-09.bz2.deduped.txt:92003 - http://www.motherjones.com/blue-marble/2012/09/hottest-ever-ocean-temperatures-east-coast-all-way-down-bottom-ocean
RS_2012-09.bz2.deduped.txt:92137 - http://www.motherjones.com/mojo/2012/09/romney-fox-defend-47-percent-secret-video
RS_2012-09.bz2.deduped.txt:92937 - http://www.motherjones.com/politics/2012/09/watch-full-secret-video-private-romney-fundraiser
RS_2012-09.bz2.deduped.txt:93430 -
http://www.motherjones.com/transition/inter.php?dest=http://www.motherjones.com/politics/2012/09/watch-full-secret-video-private-romney-fundraiser
RS_2012-09.bz2.deduped.txt:93437 - http://www.motherjones.com/politics/2012/09/watch-full-secret-video-private-romney-fundraiser/#
RS_2012-09.bz2.deduped.txt:93857 - http://www.motherjones.com/politics/2012/09/romney-secret-video-israeli-palestinian-middle-east-peace
RS_2012-09.bz2.deduped.txt:94016 - http://www.motherjones.com/mojo/2012/09/romney-47-percent-fundraiser-florida

RS_2012-09.bz2.deduped.txt:94134 - http://www.motherjones.com/mojo/2012/09/alabama-constitutional-amendment-tanf-welfare
RS_2012-09.bz2.deduped.txt:94447 - http://www.motherjones.com/mojo/2012/09/obama-debuts-web-vid-47-percent-remarks-hints-tv-ad?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29
RS_2012-09.bz2.deduped.txt:94458 - http://www.motherjones.com/environment/2012/09/monsantos-roundup-most-used-herbicide-nyc
RS_2012-09.bz2.deduped.txt:94552 - http://www.motherjones.com/kevin-drum/2012/09/romney-we-should-just-kick-can-down-road-middle-east
RS_2012-09.bz2.deduped.txt:94752 - http://m.motherjones.com/mojo/2012/09/romney-47-percent-fundraiser-florida
RS_2012-09.bz2.deduped.txt:95408 - http://www.motherjones.com/kevin-drum/2012/09/mitt-romney-will-not-be-providing-detailed-economic-plan-anytime-soon-thankyouver
RS_2012-09.bz2.deduped.txt:95469 - http://www.motherjones.com/kevin-drum/2012/09/why-poor-pay-no-federal-income-tax-wee-tutorial
RS_2012-09.bz2.deduped.txt:95877 - http://www.motherjones.com/mojo/2012/09/romney-47-percent-fundraiser-florida?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29
RS_2012-09.bz2.deduped.txt:95892 - http://www.motherjones.com/politics/2012/09/romney-secret-video-israeli-palestinian-middle-east-peace?mrefid=twitter
RS_2012-09.bz2.deduped.txt:96197 - http://www.motherjones.com/environment/2012/09/jill-stein-occupy-climate-change-president
RS_2012-09.bz2.deduped.txt:97284 - http://www.motherjones.com/mojo/2012/09/romney-secret-video-marc-leder-sex-parties
RS_2012-09.bz2.deduped.txt:97768 - http://www.motherjones.com/mojo/2012/09/romney-secret-video-marc-leder
RS_2012-09.bz2.deduped.txt:97957 - http://www.motherjones.com/mojo/2012/09/obama-campaign-responds-mojos-romney-scoop-shocking
RS_2012-09.bz2.deduped.txt:98216 - http://www.motherjones.com/mojo/2012/09/mitt-romney-says-video-debunked
RS_2012-09.bz2.deduped.txt:98436 - http://www.motherjones.com/mojo/2012/09/mitt-romney-says-video-debunked?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed:+Motherjones/mojoblog+(MotherJones.com+|+MoJoBlog)
RS_2012-09.bz2.deduped.txt:98494 - http://www.motherjones.com/blue-marble/2012/09/physicists-space-time-warp?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2FTheBlueMarble+%28Mother+Jones+%7C+The+Blue+Marble%29
RS_2012-09.bz2.deduped.txt:98693 - http://www.motherjones.com/politics/2012/09/full-transcript-mitt-romney-secret-video
RS_2012-09.bz2.deduped.txt:99321 - http://www.motherjones.com/kevin-drum/2012/09/and-now-weirdest-excerpt-romney-video

RS_2012-09.bz2.deduped.txt:99522 - http://www.motherjones.com/kevin-drum/2012/09/why-are-rich-so-damn-angry

RS_2012-09.bz2.deduped.txt:99980 - http://www.motherjones.com/mojo/2012/09/romney-funders-israeli-newspaper-buries-romney-tape

RS_2012-09.bz2.deduped.txt:100132 - http://www.motherjones.com/tom-philpott/2012/09/waiter-theres-arsenic-my-rice

RS_2012-09.bz2.deduped.txt:100849 - http://www.motherjones.com/media/2011/03/james-okeefe-npr-sting-mohammed-nabbous

RS_2012-09.bz2.deduped.txt:102122 - http://www.motherjones.com/mojo/2012/09/romney-video-47-percent-income-tax-republican-real-obama

RS_2012-09.bz2.deduped.txt:102125 - http://www.motherjones.com/environment/2012/09/arctic-sea-ice-shrinks-smallest-ever-record-low

RS_2012-09.bz2.deduped.txt:103741 - http://www.motherjones.com/kevin-drum/2012/09/whats-behind-epas-new-4-gallon-minimum-purchase-mandate

RS_2012-09.bz2.deduped.txt:105700 - http://www.motherjones.com/mojo/2012/09/new-bachmann-ads-blast-stimulus-while-touting-stimulus-projects?

RS_2012-09.bz2.deduped.txt:105894 - http://www.motherjones.com/mojo/2012/09/new-bachmann-ads-blast-stimulus-while-touting-stimulus-projects?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2012-09.bz2.deduped.txt:106077 - http://www.motherjones.com/mojo/2012/09/campaign-spending-drops-states-republican-dominated-courts

RS_2012-09.bz2.deduped.txt:106218 - http://www.motherjones.com/kevin-drum/2012/09/ben-bernankes-great-inflation-coverup

RS_2012-09.bz2.deduped.txt:107485 - http://www.motherjones.com/kevin-drum/2012/09/fed-really-buying-three-quarters-all-treasury-debt

RS_2012-09.bz2.deduped.txt:108868 - http://www.motherjones.com/mojo/2012/09/sam-waltons-fortune-walmart-employees-7-million-years

RS_2012-09.bz2.deduped.txt:108881 - http://www.motherjones.com/tom-philpott/2012/03/bayer-pesticide-bees-studies

RS_2012-09.bz2.deduped.txt:109352 - http://www.motherjones.com/blue-marble/2012/09/another-republican-caught-appropriating-coal-miner-image

RS_2012-09.bz2.deduped.txt:109618 - http://www.motherjones.com/mojo/2012/09/gop-jobless-vets-drop-dead

RS_2012-09.bz2.deduped.txt:111799 - http://www.motherjones.com/kevin-drum/2012/09/mitt-romneys-cynical-tax-ruse

RS_2012-09.bz2.deduped.txt:111861 - http://www.motherjones.com/mojo/2012/09/mitt-romney-tax-returns

RS_2012-09.bz2.deduped.txt:111878 - http://www.motherjones.com/politics/2012/07/drug-wars-apologies-mexico-tom-dispatch

RS_2012-09.bz2.deduped.txt:111967 - http://www.motherjones.com/mojo/2012/09/mitt-romney-tax-returns?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2012-09.bz2.deduped.txt:112655 - http://www.motherjones.com/blue-marble/2012/07/photos-evangelical-curricula-louisiana-tax-dollars?fb_action_ids=420429941327715&fb_action_types=og.likes&fb_source=aggregation&fb_aggregation_id=288381481237582
RS_2012-09.bz2.deduped.txt:113420 - http://www.motherjones.com/mojo/2012/09/judge-drone-secrecy-emperor-has-no-clothes
RS_2012-09.bz2.deduped.txt:114609 - http://www.motherjones.com/politics/2012/09/watch-john-mccain-does-180-jobless-vets
RS_2012-09.bz2.deduped.txt:114621 - http://www.motherjones.com/kevin-drum/2012/09/how-tea-party-killed-mitt-romney
RS_2012-09.bz2.deduped.txt:115469 - http://www.motherjones.com/politics/2012/09/anti-abortion-restrictions-raise-costs-women
RS_2012-09.bz2.deduped.txt:115528 - http://www.motherjones.com/tom-philpott/2012/09/gmo-corn-rat-tumor
RS_2012-09.bz2.deduped.txt:115658 - http://www.motherjones.com/blue-marble/2012/09/new-co2-source-spells-trouble-ocean-acidity
RS_2012-09.bz2.deduped.txt:115698 - http://www.motherjones.com/mojo/2012/09/7-highlights-romney-secret-fundraising-video
RS_2012-09.bz2.deduped.txt:116320 - http://www.motherjones.com/kevin-drum/2012/09/mitt-romney-gops-very-best?
RS_2012-09.bz2.deduped.txt:116702 - http://www.motherjones.com/blue-marble/2012/09/jim-lehrer-climate-change-debates
RS_2012-09.bz2.deduped.txt:118796 - http://www.motherjones.com/blue-marble/2012/09/house-passes-extra-terrible-pro-coal-heading-home
RS_2012-09.bz2.deduped.txt:118894 - http://www.motherjones.com/kevin-drum/2012/09/another-conservative-conspiracy-theory-bites-dust
RS_2012-09.bz2.deduped.txt:118904 - http://www.motherjones.com/mojo/2012/09/daily-show-jon-stewart-fox-news-bullshit-mountain-romney-secret-video
RS_2012-09.bz2.deduped.txt:123878 - http://www.motherjones.com/politics/2012/02/mac-mcclelland-free-online-shipping-warehouses-labor
RS_2012-09.bz2.deduped.txt:126536 - http://www.motherjones.com/kevin-drum/2010/09/counterintuitive-world
RS_2012-09.bz2.deduped.txt:128748 - http://www.motherjones.com/mojo/2012/09/mitt-romney-rebukes-premise-behind-romneycare
RS_2012-09.bz2.deduped.txt:129883 - http://www.motherjones.com/blue-marble/2012/09/breaking-news-corp-misleads-audience-climate-change
RS_2012-09.bz2.deduped.txt:130110 - http://www.motherjones.com/politics/2012/09/mitt-romney-tax-returns-net-worth
RS_2012-09.bz2.deduped.txt:131064 - http://www.motherjones.com/mojo/2012/09/gop-jobless-vets-drop-dead?google_editors_picks=true
RS_2012-09.bz2.deduped.txt:132561 - http://www.motherjones.com/mojo/2012/09/see-new-full-page-seriously-ugly-and-false-anti-obama-ad
RS_2012-09.bz2.deduped.txt:133004 - http://www.motherjones.com/politics/2012/09/massachusetts-elderly-prisoners-cost-compassionate-release

RS_2012-09.bz2.deduped.txt:133112 - http://www.motherjones.com/politics/2012/09/ralph-reed-obama-mailer-nazi-communist

RS_2012-09.bz2.deduped.txt:133383 - http://www.motherjones.com/kevin-drum/2012/09/being-rich-not-all-tough-after-all

RS_2012-09.bz2.deduped.txt:134027 - http://www.motherjones.com/politics/2012/09/mitt-romney-offshore-investments-cayman-islands

RS_2012-09.bz2.deduped.txt:134697 - http://www.motherjones.com/politics/2012/09/chris-stewart-utah-republican

RS_2012-09.bz2.deduped.txt:136225 - http://www.motherjones.com/blue-marble/2012/09/report-states-not-enforcing-their-own-oil-and-gas-rules

RS_2012-09.bz2.deduped.txt:136584 - http://www.motherjones.com/kevin-drum/2012/09/obamas-lead-starting-look-insurmountable

RS_2012-09.bz2.deduped.txt:137049 - http://www.motherjones.com/mojo/2012/09/scott-brown-eric-fehrnstrom-press-conference

RS_2012-09.bz2.deduped.txt:137762 - http://www.motherjones.com/mojo/2012/09/obama-ohio-ad-47-percent-mitt-romney

RS_2012-09.bz2.deduped.txt:138660 - http://www.motherjones.com/kevin-drum/2012/09/national-reporters-should-learn-be-little-bit-ruder?utm_medium=twitter&utm_source=twitterfeed

RS_2012-09.bz2.deduped.txt:138686 - http://www.motherjones.com/mojo/2012/09/most-damning-line-secret-romney-video

RS_2012-09.bz2.deduped.txt:138938 - http://www.motherjones.com/kevin-drum/2012/09/higher-capital-gains-taxes-might-be-actively-good-economy

RS_2012-09.bz2.deduped.txt:139014 - http://www.motherjones.com/kevin-drum/2012/09/todd-akins-rehabilitation-project-now-underway

RS_2012-09.bz2.deduped.txt:139076 - http://www.motherjones.com/mojo/2012/09/absentee-voters-connecticut-blank-ballots

RS_2012-09.bz2.deduped.txt:139088 - http://www.motherjones.com/politics/2012/09/map-gun-laws-2009-2012

RS_2012-09.bz2.deduped.txt:139188 - http://www.motherjones.com/mojo/2012/09/abortion-rights-group-buys-dr-tillers-clinic

RS_2012-09.bz2.deduped.txt:139381 - http://www.motherjones.com/mojo/2012/09/new-polls-show-majority-americans-dont-romneys-47-percent-remarks

RS_2012-09.bz2.deduped.txt:140534 - http://www.motherjones.com/politics/2012/09/two-thousand-workers-riot-chinese-iphone-factory

RS_2012-09.bz2.deduped.txt:140942 - http://www.motherjones.com/politics/2012/09/mitt-romney-offshore-investments-cayman-islands?page=1

RS_2012-09.bz2.deduped.txt:141441 - http://www.motherjones.com/blue-marble/2012/09/bias-blocks-women-science

RS_2012-09.bz2.deduped.txt:141919 - http://www.motherjones.com/mojo/2012/09/soros-obama-samuel-l-jackson-video-wake-fuck-up

RS_2012-09.bz2.deduped.txt:142722 - http://www.motherjones.com/blue-marble/2012/09/why-are-iuds-unpopular

RS_2012-09.bz2.deduped.txt:143234 - http://www.motherjones.com/politics/2012/09/mass-shootings-investigation

RS_2012-09.bz2.deduped.txt:143601 - http://www.motherjones.com/slideshows/2012/09/vintage-contraception-ads/1jpg
RS_2012-09.bz2.deduped.txt:143694 - http://www.motherjones.com/tom-philpott/2012/09/report-monsanto-man-mitt-romney-eats-organic
RS_2012-09.bz2.deduped.txt:146211 - http://www.motherjones.com/politics/2012/09/1985-romney-bain-harvest-firms-profits-video
RS_2012-09.bz2.deduped.txt:146487 - http://www.motherjones.com/blue-marble/2012/09/arctic-way-hotter-now-any-time-past-1800-years
RS_2012-09.bz2.deduped.txt:148111 - http://www.motherjones.com/mojo/2012/09/romney-advisers-write-error-ridden-pro-torture-memo
RS_2012-09.bz2.deduped.txt:148218 - http://www.motherjones.com/mojo/2012/09/romney-advisers-write-error-ridden-pro-torture-memo?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29
RS_2012-09.bz2.deduped.txt:149567 - http://www.motherjones.com/mojo/2012/09/mitt-romney-remedios-fausto-diaz-oliver-fraud-scheme
RS_2012-09.bz2.deduped.txt:150015 - http://www.motherjones.com/tom-philpott/2012/09/bpa-cans-its-messing-your-ovaries
RS_2012-09.bz2.deduped.txt:150427 - http://www.motherjones.com/politics/2012/09/1985-romney-bain-harvest-firms-profits-video?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29
RS_2012-09.bz2.deduped.txt:150468 - http://www.motherjones.com/blue-marble/2012/09/pygmy-seahorse-discovered-google-street-view
RS_2012-09.bz2.deduped.txt:150478 - http://www.motherjones.com/kevin-drum/2012/09/you-hate-me-now-colorful-chart
RS_2012-09.bz2.deduped.txt:150536 - http://www.motherjones.com/transition/inter.php?dest=http://www.motherjones.com/kevin-drum/2012/09/you-hate-me-now-colorful-chart
RS_2012-09.bz2.deduped.txt:151921 - http://www.motherjones.com/kevin-drum/2012/09/drones
RS_2012-09.bz2.deduped.txt:152108 - http://www.motherjones.com/kevin-drum/2012/09/you-hate-me-now-colorful-chart?utm_medium=twitter&utm_source=twitterfeed
RS_2012-09.bz2.deduped.txt:154435 - http://www.motherjones.com/mojo/2012/09/romneys-plan-win-virginia-lyme-disease
RS_2012-09.bz2.deduped.txt:155626 - http://www.motherjones.com/blue-marble/2012/09/video-greenland-ice-melt-climate-change
RS_2012-09.bz2.deduped.txt:156542 - http://www.motherjones.com/kevin-drum/2012/09/republican-brain-alternate-reality-polling
RS_2012-09.bz2.deduped.txt:156587 - http://www.motherjones.com/politics/2012/09/george-soros-obama-super-pac-million-donation
RS_2012-09.bz2.deduped.txt:157230 - http://www.motherjones.com/mojo/2012/06/criminal-transmission-hiv-law
RS_2012-09.bz2.deduped.txt:157699 - http://www.motherjones.com/mojo/2012/09/obama-campaign-responds-romneys-harvest-comments
RS_2012-09.bz2.deduped.txt:157705 - http://www.motherjones.com/kevin-drum/2012/09/quote-day-romney-ruining-things-all-other-rich-guys

RS_2012-09.bz2.deduped.txt:158000 - http://www.motherjones.com/mojo/2012/09/rove-crossroads-gps-robocall-elizabeth-warren-massachusetts

RS_2012-09.bz2.deduped.txt:159584 - http://www.motherjones.com/politics/2012/09/rebecca-solnit-liberals-leftists-explaining-things

RS_2012-09.bz2.deduped.txt:161035 - http://www.motherjones.com/politics/2012/09/obama-cracked-down-slavery-week-when-no-one-was-looking

RS_2012-09.bz2.deduped.txt:161314 - http://www.motherjones.com/politics/2012/09/rebecca-solnit-liberals-leftists-explaining-things?page=1

RS_2012-09.bz2.deduped.txt:161465 - http://www.motherjones.com/politics/2012/09/if-you-thought-ron-paul-was-nuts-zach-grady-randy-weber-nick-lampson

RS_2017-05.bz2.deduped.txt:1308 - http://www.motherjones.com/kevin-drum/2017/04/trump-has-no-idea-whats-his-health-care-bill

RS_2017-05.bz2.deduped.txt:3473 - http://www.motherjones.com/environment/2017/04/trumps-real-success-his-first-100-days

RS_2017-05.bz2.deduped.txt:5826 - http://www.motherjones.com/politics/2017/05/historian-donald-trumps-civil-war-comment-god-help-us

RS_2017-05.bz2.deduped.txt:6713 - http://www.motherjones.com/politics/2017/05/donald-trump-civil-war-andrew-jackson

RS_2017-05.bz2.deduped.txt:7563 - http://www.motherjones.com/politics/2017/05/donald-trump-hhs-teresa-manning-contraception-abortion

RS_2017-05.bz2.deduped.txt:11239 - http://www.motherjones.com/politics/2017/05/supreme-court-delivers-blow-bad-banks

RS_2017-05.bz2.deduped.txt:13666 - http://www.motherjones.com/politics/2017/05/tamara-loertscher-unborn-child-protection-wisconsin-pregnant-jail

RS_2017-05.bz2.deduped.txt:14675 - http://www.motherjones.com/politics/2017/05/donald-trump-civil-war-reconstruction-eric-foner-history

RS_2017-05.bz2.deduped.txt:14701 - http://www.motherjones.com/politics/2017/03/florida-stand-your-ground-guns-rights-race-donald-trump-national-rifle-association

RS_2017-05.bz2.deduped.txt:14823 - http://www.motherjones.com/environment/2017/04/100-days-environmental-justice

RS_2017-05.bz2.deduped.txt:19998 - http://www.motherjones.com/politics/2017/05/republicans-preexisting-conditions-obamacare

RS_2017-05.bz2.deduped.txt:20999 - http://www.motherjones.com/media/2017/05/sean-spicer-runs-away-press-briefing

RS_2017-05.bz2.deduped.txt:25915 - http://www.motherjones.com/politics/2017/05/anti-trump-aerobics-100-days-action-protest

RS_2017-05.bz2.deduped.txt:26394 - http://www.motherjones.com/politics/2017/05/trump-human-rights-nsc-hall-duterte

RS_2017-05.bz2.deduped.txt:26602 - http://m.motherjones.com/politics/2017/05/trump-human-rights-nsc-hall-duterte

RS_2017-05.bz2.deduped.txt:29360 - http://www.motherjones.com/kevin-drum/2017/05/united-airlines-now-back-black

RS_2017-05.bz2.deduped.txt:31881 - http://m.motherjones.com/politics/2017/05/anti-trump-aerobics-100-days-action-protest

RS_2017-05.bz2.deduped.txt:32575 - http://m.motherjones.com/politics/2017/05/thousands-protest-puerto-rico-debt-cuts

RS_2017-05.bz2.deduped.txt:32720 - http://m.motherjones.com/politics/2017/05/desiree-fairooz-jeff-sessions-confirmation-laugh-convicted

RS_2017-05.bz2.deduped.txt:32836 - http://www.motherjones.com/politics/2017/05/japanese-american-internment-trump-75-years

RS_2017-05.bz2.deduped.txt:33351 - http://www.motherjones.com/politics/2017/05/marine-le-pen-alt-right-american-trolls

RS_2017-05.bz2.deduped.txt:34632 - http://motherjones.com/politics/2017/05/mother-child-deported-honduras-bob-casey-berks

RS_2017-05.bz2.deduped.txt:35531 - http://www.motherjones.com/politics/2017/05/mother-child-deported-honduras-bob-casey-berks

RS_2017-05.bz2.deduped.txt:35594 - http://www.motherjones.com/politics/2017/05/thousands-protest-puerto-rico-debt-cuts

RS_2017-05.bz2.deduped.txt:37244 - http://www.motherjones.com/politics/2017/05/trump-munoz-state-department-official-sexual-assault

RS_2017-05.bz2.deduped.txt:38351 - http://www.motherjones.com/environment/2017/05/derrick-crowe-lamar-smith-challenger

RS_2017-05.bz2.deduped.txt:38654 - http://m.motherjones.com/politics/2017/05/marine-le-pen-alt-right-american-trolls

RS_2017-05.bz2.deduped.txt:42615 - http://www.motherjones.com/politics/2017/05/trumpcare-paul-ryan-house-vote-preexisting-conditions-medicaid

RS_2017-05.bz2.deduped.txt:42655 - http://www.motherjones.com/kevin-drum/2017/03/republican-health-care-bill-dead-now

RS_2017-05.bz2.deduped.txt:44021 - http://m.motherjones.com/environment/2017/05/derrick-crowe-lamar-smith-challenger

RS_2017-05.bz2.deduped.txt:44292 - http://www.motherjones.com/politics/2011/10/republicans-job-creation-kill

RS_2017-05.bz2.deduped.txt:49189 - http://www.motherjones.com/politics/2017/05/central-america-refugees-gang-violence-asylum

RS_2017-05.bz2.deduped.txt:49995 - http://www.motherjones.com/politics/2017/05/tom-perriello-ralph-northam-climate-march

RS_2017-05.bz2.deduped.txt:50010 - http://www.motherjones.com/politics/2017/05/maisie-crow-jackson-documentary-mississippi-last-abortion-clinic

RS_2017-05.bz2.deduped.txt:51083 - http://www.motherjones.com/politics/2017/05/trump-signs-religious-freedom-order

RS_2017-05.bz2.deduped.txt:53273 - http://www.motherjones.com/politics/2017/05/trump-house-republicans-rose-garden-obamacare-repeal-bill-1

RS_2017-05.bz2.deduped.txt:54023 - http://m.motherjones.com/politics/2017/05/senate-republicans-obamacare-repeal-planned-parenthood

RS_2017-05.bz2.deduped.txt:55128 - http://www.motherjones.com/politics/2017/05/trumpcare-opioid-epidemic

RS_2017-05.bz2.deduped.txt:56377 - http://www.motherjones.com/politics/2017/05/grassroots-democrats-ahca-fundraising

RS_2017-05.bz2.deduped.txt:56537 - http://www.motherjones.com/politics/2017/05/senate-republicans-obamacare-repeal-planned-parenthood

RS_2017-05.bz2.deduped.txt:57135 - http://m.motherjones.com/politics/2017/05/emmanuel-macron-hacking-email-leak-france

RS_2017-05.bz2.deduped.txt:58869 - http://www.motherjones.com/politics/2017/05/trumpcare-opioid-epidemic-1

RS_2017-05.bz2.deduped.txt:60814 - http://www.motherjones.com/media/2017/05/lakhdar-boumediene-guantanamo-book-witnesses-of-the-unseen

RS_2017-05.bz2.deduped.txt:61078 - http://www.motherjones.com/politics/2016/03/abstinence-education-tennessee-sex-ed-virginity-pledge?mc_cid=b4617d1d46&mc_eid=7a6324e1a9

RS_2017-05.bz2.deduped.txt:71537 - http://www.motherjones.com/politics/2017/05/trump-cuts-budget-office-national-drug-control-policy-opioid-epidemic

RS_2017-05.bz2.deduped.txt:74809 - http://www.motherjones.com/politics/2017/05/fetal-homicide-abortion-rights-restrictions

RS_2017-05.bz2.deduped.txt:75102 - http://www.motherjones.com/politics/2017/05/supreme-court-voting-rights-texas

RS_2017-05.bz2.deduped.txt:78736 - http://www.motherjones.com/politics/2017/05/trump-tweet-obama-michael-flynn-russia-hearing

RS_2017-05.bz2.deduped.txt:79902 - http://www.motherjones.com/politics/2017/05/hedge-city-vancouver-chinese-foreign-capital

RS_2017-05.bz2.deduped.txt:80229 - http://www.motherjones.com/politics/2017/05/madison-county-mississippi-aclu-lawsuit

RS_2017-05.bz2.deduped.txt:81419 - http://www.motherjones.com/politics/2017/05/sally-yates-clapper-russia-trump-hearing-michael-flynn

RS_2017-05.bz2.deduped.txt:81707 - http://m.motherjones.com/politics/2017/05/sally-yates-clapper-russia-trump-hearing-michael-flynn

RS_2017-05.bz2.deduped.txt:82820 - http://motherjones.com/politics/2017/05/hedge-city-vancouver-chinese-foreign-capital

RS_2017-05.bz2.deduped.txt:83920 - http://www.motherjones.com/kevin-drum/2017/05/donald-trumps-18-day-gap

RS_2017-05.bz2.deduped.txt:86250 - http://www.motherjones.com/politics/2017/05/nathan-damigo-punching-woman-berkeley-white-nationalism

RS_2017-05.bz2.deduped.txt:86601 - http://www.motherjones.com/politics/2017/05/sally-yates-hearing-michael-flynn-russia-white-house

RS_2017-05.bz2.deduped.txt:87880 - http://www.motherjones.com/politics/2017/05/sanctuary-cities-outlawed-now-law-texas

RS_2017-05.bz2.deduped.txt:92289 - http://www.motherjones.com/politics/2017/05/sean-spicer-says-white-house-distrusted-sally-yates-political-opponent-clinton

RS_2017-05.bz2.deduped.txt:93248 - http://www.motherjones.com/environment/2017/05/alabama-landfill-environmental-racism

RS_2017-05.bz2.deduped.txt:93859 - http://www.motherjones.com/politics/2017/05/donald-mcgahn-sally-yates-michael-flynn-trump-russia

RS_2017-05.bz2.deduped.txt:94530 - http://m.motherjones.com/politics/2017/05/donald-trump-james-comey-firing-watergate-russia

RS_2017-05.bz2.deduped.txt:94533 - http://www.motherjones.com/politics/2017/05/donald-trump-james-comey-firing-watergate-russia

RS_2017-05.bz2.deduped.txt:94874 - http://www.motherjones.com/politics/2017/05/donald-trump-james-comey-firing-watergate-russia-1

RS_2017-05.bz2.deduped.txt:95330 - http://m.motherjones.com/kevin-drum/2017/05/donald-trump-getting-scared-about-russia

RS_2017-05.bz2.deduped.txt:95869 - http://www.motherjones.com/politics/2017/05/comey-firing-special-prosecutor-russia-trump
RS_2017-05.bz2.deduped.txt:96802 - http://www.motherjones.com/media/2017/05/new-york-times-comey-front-page-truly-remarkable
RS_2017-05.bz2.deduped.txt:98924 - http://www.motherjones.com/environment/2017/05/ivanka-pruitt-paris-agreement-duel
RS_2017-05.bz2.deduped.txt:100129 - http://m.motherjones.com/politics/2017/05/donald-trump-firing-james-comey-investigation-fbi-russia
RS_2017-05.bz2.deduped.txt:100154 - http://www.motherjones.com/environment/2017/05/fat-shaming-kids-toxic
RS_2017-05.bz2.deduped.txt:100264 - http://www.motherjones.com/politics/2017/05/donald-trump-firing-james-comey-investigation-fbi-russia
RS_2017-05.bz2.deduped.txt:100610 - http://www.motherjones.com/politics/2017/05/sean-patrick-maloney-john-faso-town-hall
RS_2017-05.bz2.deduped.txt:102748 - http://www.motherjones.com/politics/2017/05/trump-defends-comey-firing
RS_2017-05.bz2.deduped.txt:102906 - http://www.motherjones.com/environment/2017/05/trump-senate-methane-cra
RS_2017-05.bz2.deduped.txt:104837 - http://www.motherjones.com/politics/2017/05/democrats-plot-post-comey-strategy
RS_2017-05.bz2.deduped.txt:106938 - http://www.motherjones.com/kevin-drum/2017/05/new-census-report-demographic-analysis-democratic-party-losses#disqus_thread
RS_2017-05.bz2.deduped.txt:107442 - http://www.motherjones.com/politics/2017/05/trump-lavrov-comey
RS_2017-05.bz2.deduped.txt:108666 - http://www.motherjones.com/kevin-drum/2017/05/white-house-story-comey-just-gets-worse-and-worse
RS_2017-05.bz2.deduped.txt:110896 - http://www.motherjones.com/politics/2017/05/comey-fired-trump-russia-timeline
RS_2017-05.bz2.deduped.txt:111934 - http://www.motherjones.com/politics/2017/05/tom-price-opioid-addiction-treament
RS_2017-05.bz2.deduped.txt:112829 - http://www.motherjones.com/politics/2017/05/chelsea-manning-free-from-prison-commutation-transgender-wikileaks
RS_2017-05.bz2.deduped.txt:113784 - http://www.motherjones.com/politics/2017/05/betsy-devos-bethune-cookman-commencement-speech
RS_2017-05.bz2.deduped.txt:114757 - http://www.motherjones.com/kevin-drum/2017/05/president-trump-wants-steam-dammit-not-newfangled-digital-stuff
RS_2017-05.bz2.deduped.txt:114856 - http://m.motherjones.com/politics/2017/05/trump-russia-elections-coats
RS_2017-05.bz2.deduped.txt:114990 - http://www.motherjones.com/politics/2017/05/trump-executive-order-voter-fraud-mike-pence-kris-kobach
RS_2017-05.bz2.deduped.txt:115007 - http://www.motherjones.com/politics/2017/05/tom-macarthur-wild-town-hall-new-jersey
RS_2017-05.bz2.deduped.txt:115155 - http://www.motherjones.com/politics/2017/05/fbi-comey-mccabe-trump-firing-huckabee-sanders
RS_2017-05.bz2.deduped.txt:115516 - http://www.motherjones.com/politics/2017/05/trump-russia-elections-coats

RS_2017-05.bz2.deduped.txt:116083 - http://www.motherjones.com/politics/2017/05/donald-trump-lester-holt-interview-james-comey-firing

RS_2017-05.bz2.deduped.txt:117074 - http://www.motherjones.com/politics/2017/05/fundraising-email-jack-daly-david-clarke

RS_2017-05.bz2.deduped.txt:117227 - http://www.motherjones.com/kevin-drum/2017/05/donald-trump-early-stages-dementia

RS_2017-05.bz2.deduped.txt:122634 - http://www.motherjones.com/politics/2017/02/how-will-trump-turn-voter-fraud-accusations-voter-suppression

RS_2017-05.bz2.deduped.txt:123123 - http://www.motherjones.com/media/2017/05/working-mothers-moms-gender-workplace-children

RS_2017-05.bz2.deduped.txt:125162 - http://www.motherjones.com/media/2017/05/facts-trump-russia

RS_2017-05.bz2.deduped.txt:126570 - http://www.motherjones.com/politics/2017/05/jeff-sessions-recused-himself-two-key-investigations-did-he-break-his-promise

RS_2017-05.bz2.deduped.txt:126980 - http://www.motherjones.com/politics/2017/05/larry-krasner-district-attorney-philadelphia-reformer

RS_2017-05.bz2.deduped.txt:128280 - http://www.motherjones.com/politics/2017/05/fbi-agents-trump-comey

RS_2017-05.bz2.deduped.txt:128708 - http://www.motherjones.com/politics/2017/05/what-donald-trump-did-james-comey-epa-war-on-drugs

RS_2017-05.bz2.deduped.txt:129412 - http://www.motherjones.com/politics/2017/05/annotated-trump-morgan-lewis-letter-russian-business-ties

RS_2017-05.bz2.deduped.txt:129701 - http://www.motherjones.com/environment/2017/05/look-all-beautiful-monuments-trump-wants-review

RS_2017-05.bz2.deduped.txt:130240 - http://www.motherjones.com/politics/2017/05/destroying-any-secret-white-house-recordings-could-be-a-crime

RS_2017-05.bz2.deduped.txt:132138 - http://www.motherjones.com/politics/2016/11/private-prison-stocks-are-soaring

RS_2017-05.bz2.deduped.txt:134299 - http://www.motherjones.com/politics/2017/02/jerry-falwell-jr-liberty-university-political-moments

RS_2017-05.bz2.deduped.txt:147754 - http://www.motherjones.com/politics/2017/05/black-lives-matter-mothers-day-bail-out

RS_2017-05.bz2.deduped.txt:148506 - http://www.motherjones.com/environment/2017/05/california-farm-workers-just-got-poisoned-nasty-pesticide-greenlghted-trump

RS_2017-05.bz2.deduped.txt:149426 - http://motherjones.com/environment/2017/05/california-farm-workers-just-got-poisoned-nasty-pesticide-greenlghted-trump

RS_2017-05.bz2.deduped.txt:152353 - http://www.motherjones.com/politics/2017/05/mcfarland-fake-news-climate-change

RS_2017-05.bz2.deduped.txt:153218 - http://www.motherjones.com/politics/2017/05/chase-strangio-gavin-grimm-transgender-lawyer-aclu

RS_2017-05.bz2.deduped.txt:154138 - http://www.motherjones.com/kevin-drum/2017/05/donald-trumps-job-approval-has-been-sinking-all-month

RS_2017-05.bz2.deduped.txt:155405 - http://www.motherjones.com/politics/2017/05/supreme-court-hands-victory-voting-rights-advocates-north-carolina

RS_2017-05.bz2.deduped.txt:155847 - http://www.motherjones.com/politics/2017/05/report-trump-divulged-highly-classified-information-russian-ambassador

RS_2017-05.bz2.deduped.txt:156015 - http://www.motherjones.com/politics/2017/05/john-cornyn-fbi-more-focused-leaks-russia-0

RS_2017-05.bz2.deduped.txt:158720 - http://m.motherjones.com/environment/2017/05/california-farm-workers-just-got-poisoned-nasty-pesticide-greenlghted-trump

RS_2017-05.bz2.deduped.txt:158973 - http://www.motherjones.com/kevin-drum/2017/05/public-service-announcement

RS_2017-05.bz2.deduped.txt:161001 - http://www.motherjones.com/politics/2017/05/trump-mcmaster-white-house-denies-washington-post-report-classified-russians-1

RS_2017-05.bz2.deduped.txt:168031 - http://www.motherjones.com/kevin-drum/2017/05/entire-world-adapting-having-idiot-white-house

RS_2017-05.bz2.deduped.txt:170663 - http://www.motherjones.com/politics/2017/05/lawmakers-react-donald-trump-comey-news

RS_2017-05.bz2.deduped.txt:172989 - http://www.motherjones.com/environment/2017/05/trump-chlorpyrifos-pesticide-farmworkers-epa

RS_2017-05.bz2.deduped.txt:174340 - http://www.motherjones.com/environment/2017/05/trump-perdue-usda-clovis-mckinney-northey

RS_2017-05.bz2.deduped.txt:176125 - http://m.motherjones.com/politics/2017/05/eleven-democratic-senators-call-investigation-jeff-sessions-role-comey-firing

RS_2017-05.bz2.deduped.txt:176296 - http://www.motherjones.com/politics/2017/05/eleven-democratic-senators-call-investigation-jeff-sessions-role-comey-firing

RS_2017-05.bz2.deduped.txt:176467 - http://www.motherjones.com/politics/2017/05/amash-trump-impeachment

RS_2017-05.bz2.deduped.txt:178309 - http://www.motherjones.com/politics/2017/05/donald-trump-coast-guard-unfair

RS_2017-05.bz2.deduped.txt:179279 - http://m.motherjones.com/politics/2017/05/donald-trump-jr-took-another-trip-dubai

RS_2017-05.bz2.deduped.txt:180268 - http://www.motherjones.com/politics/2017/05/bodyguards-turkish-president-violently-clash-protesters-dc

RS_2017-05.bz2.deduped.txt:180571 - http://www.motherjones.com/kevin-drum/2017/05/islamaphobe-picked-write-speech-islam-saudi-arabia

RS_2017-05.bz2.deduped.txt:182007 - http://www.motherjones.com/politics/2017/05/mccarthy-trump-russia-payroll

RS_2017-05.bz2.deduped.txt:182392 - http://m.motherjones.com/politics/2017/05/mccarthy-trump-russia-payroll

RS_2017-05.bz2.deduped.txt:183552 - http://www.motherjones.com/politics/2017/05/david-clarke-dhs

RS_2017-05.bz2.deduped.txt:185036 - http://www.motherjones.com/kevin-drum/2017/05/open-note-robert-mueller

RS_2017-05.bz2.deduped.txt:186231 - http://www.motherjones.com/politics/2017/05/white-house-deep-cuts-education-department-devos

RS_2017-05.bz2.deduped.txt:191755 - http://www.motherjones.com/politics/2017/05/trump-congressional-republicans-russia-comey-flynn-scandals
RS_2017-05.bz2.deduped.txt:194172 - http://motherjones.com/politics/2017/05/immigration-detention-ice-death-stewart
RS_2017-05.bz2.deduped.txt:195579 - http://www.motherjones.com/politics/2017/05/iowa-defunded-planned-parenthood-trumpcare
RS_2017-05.bz2.deduped.txt:196896 - http://www.motherjones.com/kevin-drum/2017/05/turkey-says-they-beat-crap-out-protesters-because-provocative-demonstration
RS_2017-05.bz2.deduped.txt:198250 - http://www.motherjones.com/politics/2017/05/jeff-sessions-charging-gudelines
RS_2017-05.bz2.deduped.txt:199871 - http://m.motherjones.com/politics/2017/05/jeff-sessions-charging-gudelines
RS_2017-05.bz2.deduped.txt:201609 - http://www.motherjones.com/kevin-drum/2017/05/republican-incompetence-may-finally-sink-obamacare
RS_2017-05.bz2.deduped.txt:202382 - http://www.motherjones.com/environment/2017/05/how-scientists-estimate-crowds-versus-trump
RS_2017-05.bz2.deduped.txt:202913 - http://www.motherjones.com/kevin-drum/2017/05/has-campaign-against-drunk-driving-been-successful#comment-3314591521
RS_2017-05.bz2.deduped.txt:203917 - http://www.motherjones.com/politics/2017/05/rosenstein-role-trump-sessions-comey-firing
RS_2017-05.bz2.deduped.txt:204172 - http://www.motherjones.com/politics/2017/05/heres-how-world-dealing-trumps-first-visit-abroad
RS_2017-05.bz2.deduped.txt:204620 - http://m.motherjones.com/politics/2017/05/trump-told-russians-comey-nut-job-fbi-white-house
RS_2017-05.bz2.deduped.txt:204977 - http://www.motherjones.com/politics/2017/05/joe-lieberman-benghazi-trump-fbi
RS_2017-05.bz2.deduped.txt:207039 - http://www.motherjones.com/kevin-drum/2017/05/dropping-shoe-watch-every-day-he-looks-more-and-more-complete-moron
RS_2017-05.bz2.deduped.txt:207671 - http://www.motherjones.com/politics/2017/05/great-journalism-scoops-trump-russia-flynn-comey-this-week
RS_2017-05.bz2.deduped.txt:209098 - http://www.motherjones.com/politics/2017/05/reuters-trump-mueller
RS_2017-05.bz2.deduped.txt:212965 - http://www.motherjones.com/politics/2017/05/michael-flynn-scandal-timeline-trump
RS_2017-05.bz2.deduped.txt:213125 - http://www.motherjones.com/politics/2017/05/al-green-impeachment-town-hall
RS_2017-05.bz2.deduped.txt:218445 - http://www.motherjones.com/politics/2017/05/the-possibly-illegal-art-of-a-100-billion-saudi-arms-deal-trump-yemen-war
RS_2017-05.bz2.deduped.txt:218978 - http://www.motherjones.com/mojo/2013/08/donald-trump-university-new-york-lawsuit
RS_2017-05.bz2.deduped.txt:221209 - http://www.motherjones.com/kevin-drum/2017/05/what-do-millennials-spend-all-their-money
RS_2017-05.bz2.deduped.txt:224262 - http://www.motherjones.com/politics/2017/05/haiti-temporary-protected-status-trump

RS_2017-05.bz2.deduped.txt:224494 -
http://www.motherjones.com/environment/2017/05/republicans-are-trying-make-regulating-big-businesses-nearly-impossible

RS_2017-05.bz2.deduped.txt:227454 - http://www.motherjones.com/politics/2017/05/trumpcare-obamacare-ahca-preexisting-conditions-high-risk-pools

RS_2017-05.bz2.deduped.txt:228630 - http://www.motherjones.com/politics/2017/03/supreme-court-north-carolina-race-gerrymander

RS_2017-05.bz2.deduped.txt:229266 - http://www.motherjones.com/politics/2017/05/lawsuit-might-give-democrats-shot-montana-house-seat

RS_2017-05.bz2.deduped.txt:234079 - http://www.motherjones.com/kevin-drum/2017/05/trump-learns-arabs-want-palestinian-peace-deal

RS_2017-05.bz2.deduped.txt:234675 - http://www.motherjones.com/politics/2017/05/trump-budget-proposes-unprecedented-exclusion-planned-parenthood-all-federal-fundin

RS_2017-05.bz2.deduped.txt:235214 - http://www.motherjones.com/politics/2017/05/trump-budget-proposes-unprecedented-exclusion-planned-parenthood-all-federal-fundin&ved=0ahUKEwi6joqGxYXUAhWDWxoKHXxEBvU4KBAWCDQwCA&usg=AFQjCNFkvM4sfxwoNM83Gk9KKOApvqNBsA

RS_2017-05.bz2.deduped.txt:235959 - http://www.motherjones.com/politics/2017/05/these-maps-show-red-states-will-be-most-affected-cuts-food-stamps

RS_2017-05.bz2.deduped.txt:238040 - http://www.motherjones.com/media/2017/05/stephen-colbert-trump-obama-scandals

RS_2017-05.bz2.deduped.txt:240804 -
http://www.motherjones.com/politics/2017/05/republicans-protect-trump-at-house-intelligence-hearing-russia

RS_2017-05.bz2.deduped.txt:243096 - http://www.motherjones.com/politics/2017/05/donald-trumps-budget-contains-new-authority-target-undocumented-immigrants

RS_2017-05.bz2.deduped.txt:243291 - http://www.motherjones.com/politics/2017/05/flynn-putin-dinner-payment-security-clearance-photo

RS_2017-05.bz2.deduped.txt:245219 - http://www.motherjones.com/politics/2017/05/trump-snap-budget-2018-cuts-food-stamps

RS_2017-05.bz2.deduped.txt:246034 -
http://www.motherjones.com/environment/2017/05/trump-2018-epa-budget

RS_2017-05.bz2.deduped.txt:246231 - http://www.motherjones.com/politics/2017/05/trump-obama-message-israel-holocaust-memorial-yad-vashem

RS_2017-05.bz2.deduped.txt:248191 - http://www.motherjones.com/politics/2017/05/trump-budget-border-wall-immigration-enforcement

RS_2017-05.bz2.deduped.txt:250222 - http://www.motherjones.com/kevin-drum/2017/05/health-care-expensive-deal-it

RS_2017-05.bz2.deduped.txt:252982 - http://www.motherjones.com/politics/2017/05/trump-deutsche-bank-loans-russia

RS_2017-05.bz2.deduped.txt:253184 - http://m.motherjones.com/politics/2017/05/flynn-putin-dinner-payment-security-clearance-photo

RS_2017-05.bz2.deduped.txt:254007 - http://www.motherjones.com/politics/2017/05/trump-plan-avoid-emoluments-hotel

RS_2017-05.bz2.deduped.txt:257063 - http://www.motherjones.com/politics/2017/05/montana-republican-gianforte-allegedly-assaults-reporter

RS_2017-05.bz2.deduped.txt:260305 - http://www.motherjones.com/environment/2017/05/zika-gop-health-bill

RS_2017-05.bz2.deduped.txt:260396 - http://www.motherjones.com/politics/2017/05/ekim-alptekin-flynn-turkey-trump-hotel

RS_2017-05.bz2.deduped.txt:260922 - http://m.motherjones.com/environment/2017/05/trump-2018-epa-budget

RS_2017-05.bz2.deduped.txt:262100 - http://motherjones.com/environment/2017/05/zika-gop-health-bill

RS_2017-05.bz2.deduped.txt:263732 - http://www.motherjones.com/politics/2017/05/us-weapons-iraq-isis-tracking-lost-again

RS_2017-05.bz2.deduped.txt:264464 - http://www.motherjones.com/politics/2017/05/watch-trump-shove-nato-leader-get-front-group-photo

RS_2017-05.bz2.deduped.txt:266161 - http://www.motherjones.com/politics/2017/05/breaking-court-upholds-block-trumps-travel-ban

RS_2017-05.bz2.deduped.txt:266591 - http://www.motherjones.com/politics/2017/05/merkel-obama-photos-trump-happiness-look-her-face

RS_2017-05.bz2.deduped.txt:267545 - http://www.motherjones.com/politics/2017/05/greg-gianforte-health-care-montana

RS_2017-05.bz2.deduped.txt:267903 - http://m.motherjones.com/politics/2017/05/alabama-governor-signs-law-could-restore-voting-rights-thousands-people

RS_2017-05.bz2.deduped.txt:268577 - http://m.motherjones.com/environment/2014/11/tritan-bpa-free-plastic-styrofoam-estrogen

RS_2017-05.bz2.deduped.txt:272651 - http://www.motherjones.com/politics/2017/05/trump-white-house-interference-russia-investigations

RS_2017-05.bz2.deduped.txt:273481 - http://www.motherjones.com/politics/2017/05/trump-full-budget-proposal-cuts-billions-poor-and-middle-class

RS_2017-05.bz2.deduped.txt:274257 - http://www.motherjones.com/politics/2017/05/michael-flynn-mystery-payment-foreign-agent-turkey-alptekin

RS_2017-05.bz2.deduped.txt:274981 - http://m.motherjones.com/politics/2017/05/trump-white-house-interference-russia-investigations

RS_2017-05.bz2.deduped.txt:275377 - http://www.motherjones.com/kevin-drum/2017/05/gianforte-issues-stomach-turning-apology

RS_2017-05.bz2.deduped.txt:276851 - http://www.motherjones.com/politics/2017/05/more-than-one-in-three-black-students-in-the-south-attend-an-intensely-segregated-school-trump-devos

RS_2017-05.bz2.deduped.txt:277055 - http://www.motherjones.com/environment/2017/05/trump-spoils-g7-climate

RS_2017-05.bz2.deduped.txt:278014 - http://m.motherjones.com/politics/2017/05/hillary-clinton-just-shaded-trump-perfect-nixon-comparison

RS_2017-05.bz2.deduped.txt:278421 - http://www.motherjones.com/kevin-drum/2017/05/blue-slip-rule-its-last-legs

RS_2017-05.bz2.deduped.txt:279212 - http://m.motherjones.com/politics/2017/05/trump-snap-budget-2018-cuts-food-stamps

RS_2017-05.bz2.deduped.txt:279242 - http://motherjones.com/politics/2017/05/immigrant-domestic-violence-victims-appear-dhs-database

RS_2017-05.bz2.deduped.txt:279311 - http://m.motherjones.com/environment/2017/05/pope-trump-climate-paris-vatican

RS_2017-05.bz2.deduped.txt:282934 - http://www.motherjones.com/politics/2017/05/hillary-clinton-just-shaded-trump-perfect-nixon-comparison

RS_2017-05.bz2.deduped.txt:283337 - http://www.motherjones.com/environment/2017/05/first-nations-indigenous-pipeline-canada

RS_2017-05.bz2.deduped.txt:283968 - http://www.motherjones.com/kevin-drum/2017/05/donald-trump-really-likes-drop-military-secrets-his-conversations

RS_2017-05.bz2.deduped.txt:284827 - http://www.motherjones.com/politics/2017/05/immigrant-domestic-violence-victims-appear-dhs-database

RS_2017-05.bz2.deduped.txt:285102 - http://www.motherjones.com/politics/2017/05/immigrant-sexual-assault-domestic-violence-survivors-fear-enforcement-survey

RS_2017-05.bz2.deduped.txt:292749 - http://www.motherjones.com/media/2017/05/army-ads-recruitment-advertisements-draft-seventies

RS_2017-05.bz2.deduped.txt:293915 - http://www.motherjones.com/politics/2017/05/cbo-obamacare-repeal-preexisting-conditions-continuous-coverage

RS_2017-05.bz2.deduped.txt:297544 - http://www.motherjones.com/environment/2017/05/climate-scientist-trump-fled-energy-department

RS_2017-05.bz2.deduped.txt:307280 - http://www.motherjones.com/politics/2017/05/trump-putin-russia-leaks-hacks-tweets-2016-election-timeline

RS_2017-05.bz2.deduped.txt:307396 - http://www.motherjones.com/politics/2017/05/thomas-arthur-alabama-execution

RS_2017-05.bz2.deduped.txt:308300 - http://www.motherjones.com/politics/2017/05/trump-putin-russia-scandal-guilty

RS_2017-05.bz2.deduped.txt:311442 - http://motherjones.com/media/2017/05/facebook-didnt-bring-world-together

RS_2017-05.bz2.deduped.txt:311517 - http://motherjones.com/politics/2017/05/whistleblowers-moral-injury-endless-war-iraq

RS_2017-05.bz2.deduped.txt:311544 - http://www.motherjones.com/media/2017/05/facebook-didnt-bring-world-together

RS_2017-05.bz2.deduped.txt:312296 - http://m.motherjones.com/media/2017/05/army-ads-recruitment-advertisements-draft-seventies?utm_content=bufferf39fe&utm_medium=social&utm_source=facebook.com&utm_campaign=buffer

RS_2017-05.bz2.deduped.txt:313277 - http://www.motherjones.com/politics/2017/05/darrell-issa-appears-flee-roof-take-photos-protesters

RS_2017-05.bz2.deduped.txt:319281 - http://www.motherjones.com/politics/2017/05/obamacare-repeal-addiction-substance-abuse-insurance-coverage-medicaid-expansion

RS_2017-05.bz2.deduped.txt:322191 - http://m.motherjones.com/politics/2017/05/trump-putin-russia-scandal-guilty

RS_2017-05.bz2.deduped.txt:324230 - http://www.motherjones.com/politics/2017/05/trump-ice-arrests-increase-40-percent

RS_2017-05.bz2.deduped.txt:325545 - http://www.motherjones.com/environment/2017/05/exxons-investors-climate-change-reporting

RS_2017-05.bz2.deduped.txt:326407 - http://www.motherjones.com/politics/2017/05/hillary-clinton-out-fucks

RS_2017-01.bz2.deduped.txt:6655 - http://www.motherjones.com/politics/2016/12/willie-parker-abortion-provider-trump

RS_2017-01.bz2.deduped.txt:8874 - http://www.motherjones.com/politics/2016/12/trump-treasury-pick-foreclosure-practices-homeowners%20

RS_2017-01.bz2.deduped.txt:9792 - http://www.motherjones.com/kevin-drum/2017/01/no-millennials-are-not-wizards-computers

RS_2017-01.bz2.deduped.txt:15021 - http://www.motherjones.com/kevin-drum/2017/01/house-republicans-vote-rein-serious-investigation-republicans

RS_2017-01.bz2.deduped.txt:15546 - http://www.motherjones.com/media/2016/12/facebook-fake-news-problem-new-features

RS_2017-01.bz2.deduped.txt:17427 - http://www.motherjones.com/politics/2016/12/american-exceptionalism-maga-trump-obama

RS_2017-01.bz2.deduped.txt:18464 - http://www.motherjones.com/environment/2016/12/grinspoon-trump-nasa-inquiring-minds

RS_2017-01.bz2.deduped.txt:18944 - http://m.motherjones.com/homeless-camp-oakland-trash-pickup

RS_2017-01.bz2.deduped.txt:20219 - http://www.motherjones.com/politics/2017/01/house-republicans-drop-office-ethics-changes

RS_2017-01.bz2.deduped.txt:21049 - http://www.motherjones.com/kevin-drum/2017/01/fords-plans-mexico-have-nothing-do-donald-trump

RS_2017-01.bz2.deduped.txt:21067 - http://www.motherjones.com/kevin-drum/2017/01/republicans-havent-canceled-their-ethics-office-hit-job-just-delayed-it

RS_2017-01.bz2.deduped.txt:27505 - http://www.motherjones.com/environment/2017/01/barramundi-aquaculture-fish-farm-iowa-veroblue

RS_2017-01.bz2.deduped.txt:27531 - http://www.motherjones.com/environment/2017/01/sonny-perdue-usda-trump

RS_2017-01.bz2.deduped.txt:31459 - http://www.motherjones.com/politics/2017/01/deval-patrick-jeff-sessions-attorney-general

RS_2017-01.bz2.deduped.txt:36386 - http://www.motherjones.com/politics/2016/06/trump-files-donald-wants-powerball-bombs

RS_2017-01.bz2.deduped.txt:39414 - http://www.motherjones.com/politics/2017/01/house-republicans-are-preemptively-trying-silence-dissent-democrats

RS_2017-01.bz2.deduped.txt:39513 - http://m.motherjones.com/politics/2017/01/new-gop-control-missouri-primed-anti-abortion-blitz-2017

RS_2017-01.bz2.deduped.txt:39733 - http://www.motherjones.com/politics/2017/01/donald-trump-hires-omarosa-white-house

RS_2017-01.bz2.deduped.txt:43734 - http://www.motherjones.com/politics/2017/01/russian-hacking-hearing-trump-mccain

RS_2017-01.bz2.deduped.txt:44245 - http://www.motherjones.com/kevin-drum/2017/01/clapper-election-cyber-attacks-were-directed-kremlin

RS_2017-01.bz2.deduped.txt:46392 - http://www.motherjones.com/mojo/2008/09/remember-sl-bailout-john-mccain-hopes-you-dont

RS_2017-01.bz2.deduped.txt:46780 - http://www.motherjones.com/politics/2017/01/fewer-americans-are-buying-guns-without-background-checks
RS_2017-01.bz2.deduped.txt:47245 - http://www.motherjones.com/kevin-drum/2017/01/obamacare#disqus_thread
RS_2017-01.bz2.deduped.txt:49283 - http://www.motherjones.com/politics/2016/06/cca-private-prisons-corrections-corporation-inmates-investigation-bauer?src=longreads
RS_2017-01.bz2.deduped.txt:51224 - http://www.motherjones.com/politics/2017/01/paul-ryan-promises-gop-will-defund-planned-parenthood
RS_2017-01.bz2.deduped.txt:51430 - http://www.motherjones.com/politics/2016/12/obamacare-replace-repeal-trump-impact
RS_2017-01.bz2.deduped.txt:51721 - http://www.motherjones.com/environment/2017/01/china-pumping-hundreds-billions-dollars-new-renewable-energy-projects-2020
RS_2017-01.bz2.deduped.txt:51855 - http://www.motherjones.com/kevin-drum/2017/01/obamacare
RS_2017-01.bz2.deduped.txt:52080 - http://www.motherjones.com/environment/2017/01/air-pollution-road-traffic-dementia-study
RS_2017-01.bz2.deduped.txt:54980 - http://www.motherjones.com/politics/2016/06/san-francisco-homelessness-charts-data-causes
RS_2017-01.bz2.deduped.txt:55035 - http://www.motherjones.com/politics/2017/01/democrats-turn-pressure-republicans-russian-hacking-investigation
RS_2017-01.bz2.deduped.txt:55580 - http://m.motherjones.com/politics/2016/12/turkey-syria-kurds-isis-american-volunteers
RS_2017-01.bz2.deduped.txt:56192 - http://www.motherjones.com/politics/2017/01/read-us-intelligence-report-russian-hacking-2016-campaign
RS_2017-01.bz2.deduped.txt:57222 - http://www.motherjones.com/politics/2017/01/can-trump-be-convinced-russia-behind-election-meddling
RS_2017-01.bz2.deduped.txt:60958 - http://www.motherjones.com/politics/2016/12/sanctuary-campus-college-dreamers-deportation?google_editors_picks=true
RS_2017-01.bz2.deduped.txt:62955 - http://www.motherjones.com/kevin-drum/2017/01/cia-says-russians-celebrated-trumps-victory
RS_2017-01.bz2.deduped.txt:65039 - http://www.motherjones.com/environment/2017/01/obama-climate-change-legacy-west
RS_2017-01.bz2.deduped.txt:70900 - http://www.motherjones.com/politics/2017/01/donald-trump-mexico-border-wall-congress-payment-republicans
RS_2017-01.bz2.deduped.txt:72505 - http://www.motherjones.com/politics/2017/01/rick-perry-texas-energy-grants
RS_2017-01.bz2.deduped.txt:74442 - http://www.motherjones.com/politics/2017/01/why-tom-perez-strong-competitor-against-keith-ellison-democratic-party
RS_2017-01.bz2.deduped.txt:76762 - http://www.motherjones.com/politics/2017/01/national-reciprocity-guns-concealed-carry-trump
RS_2017-01.bz2.deduped.txt:76875 - http://www.motherjones.com/kevin-drum/2017/01/did-putin-swing-election-trump-course-he-did
RS_2017-01.bz2.deduped.txt:80160 - http://m.motherjones.com/mojo/2017/01/donald-trump-will-make-his-son-law-senior-white-house-advisor-which-may-be-illegal
RS_2017-01.bz2.deduped.txt:81220 - http://www.motherjones.com/politics/2017/01/childbirth-injuries-prolapse-cesarean-section-natural-childbirth

RS_2017-01.bz2.deduped.txt:82285 -
http://www.motherjones.com/environment/2017/01/climate-deniers-coming-next-epa-chief-rescue
RS_2017-01.bz2.deduped.txt:83335 - http://m.motherjones.com/politics/2017/01/childbirth-injuries-prolapse-cesarean-section-natural-childbirth
RS_2017-01.bz2.deduped.txt:83620 - http://www.motherjones.com/politics/2017/01/jeff-sessions-black-judges-alabama
RS_2017-01.bz2.deduped.txt:83784 - http://m.motherjones.com/politics/2016/11/senior-house-democrat-calls-congressional-probe-russia-meddling-2016-election
RS_2017-01.bz2.deduped.txt:84916 - http://www.motherjones.com/kevin-drum/2017/01/1-billion-foreign-investment-us-happens-about-once-hour
RS_2017-01.bz2.deduped.txt:87696 - http://www.motherjones.com/politics/2017/01/paul-bloom-against-empathy-trump-supporters-inquiring-minds
RS_2017-01.bz2.deduped.txt:91486 - http://motherjones.com/media/2017/01/ayelet-waldman-lsd-microdose-everyday
RS_2017-01.bz2.deduped.txt:91597 -
http://www.motherjones.com/environment/2017/01/obamas-usda-chief-mulls-move-big-dairy
RS_2017-01.bz2.deduped.txt:92545 - http://www.motherjones.com/politics/2017/01/al-franken-jeff-sessions-civil-rights
RS_2017-01.bz2.deduped.txt:92954 - http://www.motherjones.com/politics/2017/01/fbi-information-investigation-trump-russia-wyden
RS_2017-01.bz2.deduped.txt:93063 - http://www.motherjones.com/politics/2017/01/donald-trump-rfk-steamy-on-set-romance
RS_2017-01.bz2.deduped.txt:94135 - http://www.motherjones.com/politics/2017/01/jeff-sessions-donald-trump-family-prosecute-russian-hacking
RS_2017-01.bz2.deduped.txt:95085 - http://www.motherjones.com/politics/2017/01/fbi-investigating-allegations-russia-compromised-trump
RS_2017-01.bz2.deduped.txt:96255 - http://www.motherjones.com/politics/2017/01/jeff-sessions-confirmation-hearing-kkk-protesters
RS_2017-01.bz2.deduped.txt:96718 - http://www.motherjones.com/politics/2017/01/jeff-sessions-russian-hacking-graham-trump-hearing
RS_2017-01.bz2.deduped.txt:97590 - http://www.motherjones.com/kevin-drum/2015/12/donald-trump-germaphobe
RS_2017-01.bz2.deduped.txt:99248 - http://www.motherjones.com/politics/2017/01/elizabeth-warren-andrew-puzder-labor-department-carls-jr-hardees
RS_2017-01.bz2.deduped.txt:101428 - http://www.motherjones.com/politics/2016/09/racists-anonymous-church-national-discussion-race
RS_2017-01.bz2.deduped.txt:101691 -
http://www.motherjones.com/politics/2017/01/allegations-russia-intelligence-cultivated-trump-lead-his-dumbest-tweet-ever
RS_2017-01.bz2.deduped.txt:102165 - http://www.motherjones.com/politics/2017/01/gop-sets-out-rewrite-sessions-record-race
RS_2017-01.bz2.deduped.txt:102512 - http://www.motherjones.com/politics/2017/01/trumps-pick-secretary-state-rex-tillerson-linked-human-rights-abuses-indonesia
RS_2017-01.bz2.deduped.txt:103268 - http://www.motherjones.com/politics/2017/01/donald-trumps-plan-will-not-eliminate-his-conflicts

RS_2017-01.bz2.deduped.txt:103686 - http://m.motherjones.com/contributor/2017/01/actually-the-plural-form-is-fakes-new

RS_2017-01.bz2.deduped.txt:105857 - http://www.motherjones.com/environment/2017/01/rex-tillerson-contradicts-candidate-trumps-climate-change-position

RS_2017-01.bz2.deduped.txt:106481 - http://www.motherjones.com/politics/2017/01/government-ethics-watchdog-blasts-trumps-conflict-interest-plan

RS_2017-01.bz2.deduped.txt:107049 - http://m.motherjones.com/environment/2017/01/rex-tillerson-contradicts-candidate-trumps-climate-change-position

RS_2017-01.bz2.deduped.txt:110353 - http://www.motherjones.com/politics/2017/01/what-rex-tillerson-said-about-conflicting-opinions-trump-administration

RS_2017-01.bz2.deduped.txt:110879 - http://www.motherjones.com/environment/2017/01/monsanto-and-bayer-gets-audience-donald-promote-their-merger

RS_2017-01.bz2.deduped.txt:111373 - http://www.motherjones.com/kevin-drum/2017/01/bbcs-paul-wood-there-are-four-sources-possible-trump-russia-blackmail

RS_2017-01.bz2.deduped.txt:112872 - http://m.motherjones.com/politics/2017/01/what-rex-tillerson-said-about-conflicting-opinions-trump-administration

RS_2017-01.bz2.deduped.txt:113011 - http://www.motherjones.com/politics/2017/01/african-american-lawmakers-testify-against-jeff-sessions

RS_2017-01.bz2.deduped.txt:114699 - http://m.motherjones.com/kevin-drum/2017/01/james-comey-decided-who-our-next-president-would-be

RS_2017-01.bz2.deduped.txt:117115 - http://www.motherjones.com/mojo/2017/01/president-obama-just-surprised-joe-biden-presidential-medal-freedom?%3F%3F

RS_2017-01.bz2.deduped.txt:119959 - http://www.motherjones.com/kevin-drum/2017/01/trump-meets-monsanto-and-bayer-discuss-doj-merger-review

RS_2017-01.bz2.deduped.txt:124019 - http://www.motherjones.com/politics/2017/01/anti-abortion-activists-reject-trump-high-court-picks

RS_2017-01.bz2.deduped.txt:124245 - http://www.motherjones.com/environment/2017/01/trumps-cia-director-isnt-aware-cia-considers-climate-change-security-threat

RS_2017-01.bz2.deduped.txt:124795 - http://www.motherjones.com/environment/2017/01/libertarian-FDA-head-thiel-silicon-valley-trump

RS_2017-01.bz2.deduped.txt:125646 - http://www.motherjones.com/environment/2017/01/bee-was-just-added-endangered-species-list

RS_2017-01.bz2.deduped.txt:126703 - http://www.motherjones.com/politics/2017/01/spy-who-wrote-trump-russia-memos-it-was-hair-raising-stuff

RS_2017-01.bz2.deduped.txt:126709 - http://m.motherjones.com/politics/2017/01/spy-who-wrote-trump-russia-memos-it-was-hair-raising-stuff

RS_2017-01.bz2.deduped.txt:128294 - http://m.motherjones.com/environment/2016/12/our-new-labor-overlord-thinks-workers-shouldnt-get-breaks?utm_content=buffer8a77e&utm_medium=social&utm_source=twitter.com&utm_campaign=buffer

RS_2017-01.bz2.deduped.txt:128706 - http://m.motherjones.com/environment/2014/03/a1-milk-a2-milk-america

RS_2017-01.bz2.deduped.txt:133270 - http://www.motherjones.com/politics/2017/01/russians-cant-stop-comparing-trumps-treatment-journalists-putins
RS_2017-01.bz2.deduped.txt:133535 - http://motherjones.com/politics/2017/01/trump-inauguration-protest-rally
RS_2017-01.bz2.deduped.txt:135087 - http://www.motherjones.com/politics/2017/01/california-trump-immigration-climate-healthcare-marijuana-guns-tech?google_editors_picks=true
RS_2017-01.bz2.deduped.txt:144114 - http://www.motherjones.com/politics/2017/01/lgbt-trump-milo-yiannopolous-racism-preston-mitchum
RS_2017-01.bz2.deduped.txt:144261 - http://www.motherjones.com/politics/2017/01/paul-ryan-obamacare-cancer-patient
RS_2017-01.bz2.deduped.txt:144580 - http://m.motherjones.com/politics/2017/01/russians-cant-stop-comparing-trumps-treatment-journalists-putins
RS_2017-01.bz2.deduped.txt:145009 - http://www.motherjones.com/politics/2017/01/california-trump-immigration-climate-healthcare-marijuana-guns-tech
RS_2017-01.bz2.deduped.txt:145706 - http://www.motherjones.com/kevin-drum/2017/01/evidence-bizarre-trump-russia-ties-continues-ooze-out
RS_2017-01.bz2.deduped.txt:147970 - http://www.motherjones.com/environment/2017/01/superbug-resistant-26-antibiotics-killed-nevada-woman
RS_2017-01.bz2.deduped.txt:150017 - http://www.motherjones.com/politics/2017/01/police-views-race-discrimination-immigration-study-pew
RS_2017-01.bz2.deduped.txt:150846 - http://www.motherjones.com/environment/2017/01/one-theory-might-be-ruining-our-fight-against-obesity
RS_2017-01.bz2.deduped.txt:154529 - http://www.motherjones.com/kevin-drum/2017/01/donald-trump-demands-apology-you
RS_2017-01.bz2.deduped.txt:159848 - http://www.motherjones.com/politics/2017/01/betsy-devos-christian-schools-vouchers-charter-education-secretary
RS_2017-01.bz2.deduped.txt:165830 - http://www.motherjones.com/politics/2017/01/obama-just-commuted-chelsea-mannings-sentence
RS_2017-01.bz2.deduped.txt:167254 - http://www.motherjones.com/contributor/2017/01/why-obama-will-go-down-one-greatest-presidents-all-time
RS_2017-01.bz2.deduped.txt:167408 - http://motherjones.com/politics/2017/01/betsy-devos-christian-schools-vouchers-charter-education-secretary
RS_2017-01.bz2.deduped.txt:169181 - http://www.motherjones.com/kevin-drum/2017/01/even-lots-republicans-think-feds-should-guarantee-health-care-all
RS_2017-01.bz2.deduped.txt:169223 - http://m.motherjones.com/politics/2017/01/watch-chris-murphy-press-betsy-devos-guns-schools
RS_2017-01.bz2.deduped.txt:169227 - http://www.motherjones.com/politics/2017/01/watch-chris-murphy-press-betsy-devos-guns-schools
RS_2017-01.bz2.deduped.txt:169335 - http://www.motherjones.com/politics/2017/01/new-survey-finds-decline-abortions
RS_2017-01.bz2.deduped.txt:169465 - http://www.motherjones.com/environment/2017/01/obama-500m-green-climate-fund
RS_2017-01.bz2.deduped.txt:171620 - http://www.motherjones.com/politics/2017/01/tom-price-senate-hearing-obamacare-ethics

RS_2017-01.bz2.deduped.txt:171940 - http://www.motherjones.com/politics/2017/01/betsy-devos-confirmation-hearing-bernie-sanders-al-franken-real-bad

RS_2017-01.bz2.deduped.txt:172059 - http://motherjones.com/environment/2017/01/sanders-zinke-climate-science

RS_2017-01.bz2.deduped.txt:173579 - http://www.motherjones.com/kevin-drum/2017/01/why-republicans-hate-obamacare

RS_2017-01.bz2.deduped.txt:177080 - http://www.motherjones.com/politics/2017/01/elizabeth-warren-tom-price-medicare-medicaid

RS_2017-01.bz2.deduped.txt:177173 - http://www.motherjones.com/kevin-drum/2017/01/six-agencies-are-investigating-trump-russia-ties

RS_2017-01.bz2.deduped.txt:183862 - http://www.motherjones.com/environment/2017/01/pruitt-safe-level-lead

RS_2017-01.bz2.deduped.txt:185024 - http://www.motherjones.com/environment/2017/01/monsanto-bayer-trump-antitrust

RS_2017-01.bz2.deduped.txt:185047 - http://www.motherjones.com/politics/2017/01/corecivic-cca-private-prison-pr-firm-hillenby

RS_2017-01.bz2.deduped.txt:186165 - http://www.motherjones.com/politics/2017/01/donald-trump-russia-sergei-millian

RS_2017-01.bz2.deduped.txt:186817 - http://m.motherjones.com/politics/2017/01/donald-trump-russia-sergei-millian

RS_2017-01.bz2.deduped.txt:187535 - http://www.motherjones.com/politics/2017/01/donald-trump-end-violence-against-women-grants

RS_2017-01.bz2.deduped.txt:188826 - http://www.motherjones.com/politics/2017/01/obama-pens-final-letter-thanking-america

RS_2017-01.bz2.deduped.txt:189449 - http://www.motherjones.com/kevin-drum/2017/01/report-trump-team-wants-slash-social-security-medicare-medicaid-and-pretty-much-e

RS_2017-01.bz2.deduped.txt:190212 - http://m.motherjones.com/kevin-drum/2017/01/report-trump-team-wants-slash-social-security-medicare-medicaid-and-pretty-much-e

RS_2017-01.bz2.deduped.txt:192322 - http://m.motherjones.com/politics/2017/01/donald-trump-end-violence-against-women-grants

RS_2017-01.bz2.deduped.txt:192530 - http://www.motherjones.com/media/2017/01/trump-press-russia

RS_2017-01.bz2.deduped.txt:195774 - http://www.motherjones.com/politics/2017/01/gun-violence-research-public-health

RS_2017-01.bz2.deduped.txt:197997 - http://www.motherjones.com/politics/2017/01/obamacare-now-more-popular-donald-trump

RS_2017-01.bz2.deduped.txt:198829 - http://www.motherjones.com/politics/2017/01/your-day-one-guide-president-trumps-conflicts-interest

RS_2017-01.bz2.deduped.txt:199620 - http://www.motherjones.com/environment/2017/01/donald-trump-climate-white-house-website

RS_2017-01.bz2.deduped.txt:200263 - http://www.motherjones.com/politics/2017/01/donald-trump-inauguration

RS_2017-01.bz2.deduped.txt:201003 - http://www.motherjones.com/politics/2017/01/lindsey-graham-calls-investigating-what-fbi-did-about-russia-trump-intelligence

RS_2017-01.bz2.deduped.txt:201076 - http://www.motherjones.com/politics/2017/01/his-very-first-hour-office-trump-moved-screw-low-income-homeowners

RS_2017-01.bz2.deduped.txt:202773 - http://m.motherjones.com/politics/2017/01/his-very-first-hour-office-trump-moved-screw-low-income-homeowners
RS_2017-01.bz2.deduped.txt:203954 - http://m.motherjones.com/politics/2017/01/lindsey-graham-calls-investigating-what-fbi-did-about-russia-trump-intelligence
RS_2017-01.bz2.deduped.txt:205481 - http://www.motherjones.com/politics/2017/01/trump-impeachment-odds-betting-site
RS_2017-01.bz2.deduped.txt:205941 - http://www.motherjones.com/politics/2017/01/obama-not-going-anywhere
RS_2017-01.bz2.deduped.txt:206040 - http://m.motherjones.com/politics/2017/01/obamacare-now-more-popular-donald-trump
RS_2017-01.bz2.deduped.txt:206195 - http://www.motherjones.com/politics/2017/01/trump-inauguration-voters-putin-obamacare-video
RS_2017-01.bz2.deduped.txt:207351 - http://www.motherjones.com/environment/2017/01/climate-experts-trump
RS_2017-01.bz2.deduped.txt:208613 - http://m.motherjones.com/politics/2017/01/womens-march-trump-updates-2
RS_2017-01.bz2.deduped.txt:208850 - http://www.motherjones.com/politics/2017/01/womens-march-trump-updates-2
RS_2017-01.bz2.deduped.txt:216493 - http://m.motherjones.com/politics/2017/01/donald-trump-2016-election-oklahoma-working-class
RS_2017-01.bz2.deduped.txt:217074 - http://www.motherjones.com/kevin-drum/2012/03/lots-countries-dont-require-prescriptions-oral-contraceptives
RS_2017-01.bz2.deduped.txt:217849 - http://www.motherjones.com/politics/2017/01/donald-trump-2016-election-oklahoma-working-class
RS_2017-01.bz2.deduped.txt:218728 - http://m.motherjones.com/media/2017/01/wayne-barrett-tribute-trump
RS_2017-01.bz2.deduped.txt:220007 - http://m.motherjones.com/media/2015/11/allison-stewart-photos-bug-out-bag-prepper-earthquake-disaster-preparedness-zombie-apocalypse
RS_2017-01.bz2.deduped.txt:221775 - http://www.motherjones.com/environment/2017/01/trump-tillerson-paris-climate-deal
RS_2017-01.bz2.deduped.txt:222491 - http://m.motherjones.com/kevin-drum/2017/01/tv-trumps-inauguration-was-worst-40-years
RS_2017-01.bz2.deduped.txt:234040 - http://www.motherjones.com/politics/2017/01/white-house-press-secretary-defends-his-false-statements-about-inauguration-crowds
RS_2017-01.bz2.deduped.txt:236349 - http://www.motherjones.com/politics/2017/01/tom-price-health-secretary-fringe-medical-group
RS_2017-01.bz2.deduped.txt:236964 - http://www.motherjones.com/environment/2016/09/yeast-animal-free-milk-perfect-day-cow-synthetic-biology
RS_2017-01.bz2.deduped.txt:237257 - http://www.motherjones.com/kevin-drum/2017/01/what-does-it-take-finally-call-lie-lie-we-have-answer
RS_2017-01.bz2.deduped.txt:239304 - http://www.motherjones.com/politics/2016/07/trump-files-when-donald-destroyed-priceless-art-build-trump-tower
RS_2017-01.bz2.deduped.txt:240530 - http://www.motherjones.com/environment/2017/01/trump-epa-gag-order

RS_2017-01.bz2.deduped.txt:241319 - http://www.motherjones.com/politics/2017/01/house-representatives-trump-hyde-amendment

RS_2017-01.bz2.deduped.txt:241571 - http://www.motherjones.com/politics/2017/01/badlands-national-park-donald-trump-climate

RS_2017-01.bz2.deduped.txt:242183 - http://m.motherjones.com/politics/2017/01/trump-executive-order-immigration

RS_2017-01.bz2.deduped.txt:242322 - http://www.motherjones.com/politics/2017/01/jerry-brown-california-trump-alternative-facts-climate-immigration

RS_2017-01.bz2.deduped.txt:242414 - http://www.motherjones.com/politics/2017/01/ethics-experts-file-suit-trump-volating-constitution-emoluments-clause

RS_2017-01.bz2.deduped.txt:242465 - http://www.motherjones.com/kevin-drum/2017/01/cbo-says-obamacare-exchanges-not-death-spiral

RS_2017-01.bz2.deduped.txt:242980 - http://m.motherjones.com/media/2017/01/kellyanne-conway-stand-comedy

RS_2017-01.bz2.deduped.txt:243068 - http://www.motherjones.com/environment/2017/01/trump-has-already-cracked-down-epa-and-usda

RS_2017-01.bz2.deduped.txt:250300 - http://www.motherjones.com/politics/2017/01/opioids-baltimore-public-health-leana-wen

RS_2017-01.bz2.deduped.txt:252748 - http://m.motherjones.com/politics/2017/01/sean-spicer-voter-fraud-investigation-suppression

RS_2017-01.bz2.deduped.txt:252785 - http://www.motherjones.com/politics/2017/01/donald-trump-foreign-business-partners-attended-inauguration-vips

RS_2017-01.bz2.deduped.txt:253686 - http://www.motherjones.com/politics/2017/01/reports-trump-administration-exploring-re-opening-cia-black-sites

RS_2017-01.bz2.deduped.txt:253706 - http://www.motherjones.com/politics/2017/01/trump-cia-pick-mike-pompeo-waterboarding

RS_2017-01.bz2.deduped.txt:255852 - http://www.motherjones.com/politics/2017/01/trump-science-epa-review

RS_2017-01.bz2.deduped.txt:255981 - http://m.motherjones.com/politics/2017/01/donald-trump-foreign-business-partners-attended-inauguration-vips

RS_2017-01.bz2.deduped.txt:259691 - http://www.motherjones.com/politics/2017/01/democrats-candidate-recruitment-run-for-something

RS_2017-01.bz2.deduped.txt:259806 - http://www.motherjones.com/politics/2017/01/sean-spicer-voter-fraud-investigation-suppression

RS_2017-01.bz2.deduped.txt:263616 - http://www.motherjones.com/kevin-drum/2017/01/management-team-state-department-resigns-en-masse

RS_2017-01.bz2.deduped.txt:264384 - http://www.motherjones.com/politics/2017/01/video-richard-spencer-punch-antifa-fascism

RS_2017-01.bz2.deduped.txt:266161 - http://www.motherjones.com/politics/2017/01/trump-commerce-secretary-nominee-wilbur-ross-insider-trading-allegations

RS_2017-01.bz2.deduped.txt:272057 - http://www.motherjones.com/politics/2017/01/donald-trump-first-week

RS_2017-01.bz2.deduped.txt:273256 - http://www.motherjones.com/print/324006

RS_2017-01.bz2.deduped.txt:273728 - http://www.motherjones.com/politics/2017/01/liz-cheney-congress-donald-trump-torture

RS_2017-01.bz2.deduped.txt:276620 - http://m.motherjones.com/politics/2017/01/china-trump-deals-investments-history-graphics-video

RS_2017-01.bz2.deduped.txt:277918 - http://www.motherjones.com/politics/2017/01/oregon-reproductive-health-equity-act

RS_2017-01.bz2.deduped.txt:279041 - http://m.motherjones.com/politics/2017/01/holocaust-remembrance-day-trump-refugees-executive-order

RS_2017-01.bz2.deduped.txt:279129 - http://www.motherjones.com/politics/2017/01/donald-trump-doomsday-clock-atomic-scientists

RS_2017-01.bz2.deduped.txt:282136 - http://www.motherjones.com/environment/2017/01/science-says-society-exists-because-beer

RS_2017-01.bz2.deduped.txt:282460 - http://www.motherjones.com/politics/2017/01/lawsuit-muslim-ban

RS_2017-01.bz2.deduped.txt:283837 - http://www.motherjones.com/media/2017/01/trump-normal-or-not

RS_2017-01.bz2.deduped.txt:284390 - http://www.motherjones.com/politics/2017/01/trump-burns-his-big-ag-supporters-trade

RS_2017-01.bz2.deduped.txt:286423 - http://www.motherjones.com/politics/2017/01/transgender-rights-bathrooms-state-legislature-texas-arizona-wyoming-kansas

RS_2017-01.bz2.deduped.txt:286519 - http://www.motherjones.com/politics/2017/01/melania-trump-immigration-refugee-lawyer-ban

RS_2017-01.bz2.deduped.txt:286754 - http://www.motherjones.com/politics/2017/01/trump-executive-order-immigration-refugee-muslim-ban-protest

RS_2017-01.bz2.deduped.txt:287994 - http://www.motherjones.com/politics/2017/01/muslim-ban-federal-court

RS_2017-01.bz2.deduped.txt:288049 - https://www.motherjones.com/politics/2017/01/muslim-ban-federal-court

RS_2017-01.bz2.deduped.txt:288055 - http://m.motherjones.com/politics/2017/01/muslim-ban-federal-court

RS_2017-01.bz2.deduped.txt:288147 - http://www.motherjones.com/politics/2017/01/trump-muslim-refugee-ban-disaster-national-security

RS_2017-01.bz2.deduped.txt:289516 - http://www.motherjones.com/kevin-drum/2017/01/trumps-immigration-fiasco-might-be-more-premeditated-we-think

RS_2017-01.bz2.deduped.txt:289568 - http://www.motherjones.com/politics/2017/01/texas-greg-abbott-austin-sanctuary-city-immigration

RS_2017-01.bz2.deduped.txt:290904 - http://www.motherjones.com/kevin-drum/2017/01/yet-again-republicans-demonstrate-mean-spiritedness-heart-their-party

RS_2017-01.bz2.deduped.txt:295625 - http://www.motherjones.com/kevin-drum/2017/01/who-hell-running-things-white-house

RS_2017-01.bz2.deduped.txt:297394 - http://www.motherjones.com/politics/2017/01/trump-immigration-ban-student-visas

RS_2017-01.bz2.deduped.txt:299876 - http://www.motherjones.com/politics/2017/01/iranian-student-trump-immigration

RS_2017-01.bz2.deduped.txt:302985 - http://m.motherjones.com/politics/2017/01/trump-muslim-refugee-ban-disaster-national-security

RS_2017-01.bz2.deduped.txt:305024 - http://m.motherjones.com/politics/2017/01/obama-releases-statement-supporting-national-protests

RS_2017-01.bz2.deduped.txt:305710 - http://www.motherjones.com/politics/2017/01/donald-trump-democratic-opposition-executive-order-immigration

RS_2017-01.bz2.deduped.txt:306121 - http://www.motherjones.com/politics/2017/01/jeff-sessions-close-ties-white-nationalists-twitter

RS_2017-01.bz2.deduped.txt:306333 - http://www.motherjones.com/politics/2017/01/trump-immigration-order-refugee-dissent-memo-1

RS_2017-01.bz2.deduped.txt:306699 - http://www.motherjones.com/kevin-drum/2017/01/waiting-21st-century-reichstag-fire

RS_2017-01.bz2.deduped.txt:306797 - http://www.motherjones.com/politics/2017/01/stephen-bannon-miller-trump-refugee-ban-islamophobia-white-nationalist#testa

RS_2017-01.bz2.deduped.txt:307123 - http://m.motherjones.com/politics/2017/01/melania-trump-immigration-refugee-lawyer-ban

RS_2017-01.bz2.deduped.txt:308702 - http://www.motherjones.com/politics/2017/01/fox-news-quebec-city-mosque-attack-right-wing-shooter

RS_2017-01.bz2.deduped.txt:309006 - http://www.motherjones.com/politics/2017/01/acting-attorney-general-says-justice-department-wont-defend-trumps-muslim-ban-court-update

RS_2017-01.bz2.deduped.txt:309177 - http://www.motherjones.com/politics/2017/01/acting-attorney-general-says-justice-department-wont-defend-trumps-muslim-ban-court-update

RS_2017-01.bz2.deduped.txt:309499 - http://m.motherjones.com/environment/2017/01/myron-ebell-paris-climate-agreement

RS_2017-01.bz2.deduped.txt:309885 - http://www.motherjones.com/politics/2017/01/stephen-bannon-miller-trump-refugee-ban-islamophobia-white-nationalist

RS_2017-01.bz2.deduped.txt:310398 - http://m.motherjones.com/politics/2017/01/stephen-bannon-miller-trump-refugee-ban-islamophobia-white-nationalist

RS_2017-01.bz2.deduped.txt:311221 - http://www.motherjones.com/environment/2017/01/myron-ebell-paris-climate-agreement

RS_2017-01.bz2.deduped.txt:312679 - http://www.motherjones.com/politics/2017/01/sessions-voter-fraud-muslim-ban-trump-confirmation

RS_2017-01.bz2.deduped.txt:312938 - http://www.motherjones.com/environment/2017/01/house-science-committee-lamar-smith-climate-change-exxon

RS_2017-01.bz2.deduped.txt:313179 - http://motherjones.com/environment/2017/01/house-science-committee-lamar-smith-climate-change-exxon

RS_2017-01.bz2.deduped.txt:313463 - http://www.motherjones.com/politics/2017/01/trump-white-house-keep-obama-lgbt-protections

RS_2017-01.bz2.deduped.txt:318659 - http://www.motherjones.com/politics/2017/01/senate-panel-approves-betsy-devos-education-secretary

RS_2017-01.bz2.deduped.txt:319103 - http://m.motherjones.com/politics/2017/01/southwest-trump-america-first

RS_2017-01.bz2.deduped.txt:319111 - http://www.motherjones.com/politics/2017/01/southwest-trump-america-first

RS_2012-02.bz2.deduped.txt:52 - http://motherjones.com/blue-marble/2012/02/how-bad-house-transit-

bill?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2
FTheBlueMarble+%28Mother+Jones+%7C+The+Blue+Marble%29
RS_2012-02.bz2.deduped.txt:773 - http://motherjones.com/mojo/2012/02/aclu-wants-obama-
release-targeted-killing-records
RS_2012-02.bz2.deduped.txt:1421 - http://motherjones.com/blue-marble/2012/01/america-food-
spending-less
RS_2012-02.bz2.deduped.txt:1721 - http://motherjones.com/mojo/2012/01/occupy-oakland-
black-panther-roots
RS_2012-02.bz2.deduped.txt:2212 - http://motherjones.com/politics/2012/01/super-pac-money-
romney-gingrich-colbert
RS_2012-02.bz2.deduped.txt:2778 - http://motherjones.com/politics/2012/01/florida-gop-
primary-results-gingrich-romney
RS_2012-02.bz2.deduped.txt:3649 - http://motherjones.com/mojo/2012/01/komen-drops-
support-planned-parenthood-breast-cancer-screenings
RS_2012-02.bz2.deduped.txt:3802 - http://motherjones.com/kevin-drum/2012/01/shooting-
messenger-greek-style
RS_2012-02.bz2.deduped.txt:6052 - http://motherjones.com/mojo/2012/02/komen-foundation-
gave-75-million-grant-penn-state
RS_2012-02.bz2.deduped.txt:6645 - http://motherjones.com/mojo/2012/02/komen-foundation-
gave-75-million-grant-penn-
state?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%
2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29
RS_2012-02.bz2.deduped.txt:9467 - http://motherjones.com/blue-marble/2012/02/how-bad-
house-transit-bill
RS_2012-02.bz2.deduped.txt:9699 - http://motherjones.com/mojo/2012/02/komen-founder-
republican-donor
RS_2012-02.bz2.deduped.txt:10412 - http://motherjones.com/politics/2012/01/scott-walker-
recall-tea-party
RS_2012-02.bz2.deduped.txt:11411 - http://motherjones.com/tom-philpott/2012/01/poultry-
industrys-latest-dirty-secret
RS_2012-02.bz2.deduped.txt:12210 - http://motherjones.com/kevin-drum/2012/02/soaking-poor-
state-state
RS_2012-02.bz2.deduped.txt:13439 - http://motherjones.com/politics/2012/01/religious-right-
calls-girl-scout-cookie-boycott
RS_2012-02.bz2.deduped.txt:13700 - http://motherjones.com/mojo/2012/02/komen-reverses-
decision-planned-parenthood-funding
RS_2012-02.bz2.deduped.txt:13768 - http://motherjones.com/mojo/2012/02/conservative-super-
pacs-make-it-rain?mrefid=
RS_2012-02.bz2.deduped.txt:14122 - http://m.motherjones.com/mojo/2012/02/komen-
foundation-gave-75-million-grant-penn-state
RS_2012-02.bz2.deduped.txt:14450 - http://motherjones.com/mojo/2012/02/romney-beautifully-
rich-people-staton
RS_2012-02.bz2.deduped.txt:17993 - http://m.motherjones.com/mixed-media/2012/01/beatles-
rooftop-concert-video
RS_2012-02.bz2.deduped.txt:18539 - http://motherjones.com/mojo/2012/02/koch-brothers-
meeting-palm-springs

RS_2012-02.bz2.deduped.txt:20941 - http://motherjones.com/mojo/2012/02/komen-reversal-decision-planned-parenthood-fundinghttp://motherjones.com/mojo/2012/02/komen-reversal-decision-planned-parenthood-funding
RS_2012-02.bz2.deduped.txt:21489 - http://motherjones.com/mojo/2012/02/komens-planned-parenhood-decision-yes-it-about-abortion
RS_2012-02.bz2.deduped.txt:22360 - http://motherjones.com/politics/2012/01/religious-right-calls-girl-scout-cookie-boycottThe Right-Wing War on a Transgender Girl Scout Why a fight to exclude a 7-year-old could mean no Thin Mints for you.
RS_2012-02.bz2.deduped.txt:23385 - http://motherjones.com/blue-marble/2012/02/big-coal-attacks-penn-state-climate-scientist-again
RS_2012-02.bz2.deduped.txt:26781 - http://motherjones.com/mojo/2012/02/house-gop-memo-abortion-leading-cause-death-black-community
RS_2012-02.bz2.deduped.txt:27306 - http://motherjones.com/environment/2011/11/tyrone-hayes-atrazine-syngenta-feud-frog-endangered
RS_2012-02.bz2.deduped.txt:28071 - http://motherjones.com/mojo/2012/02/obamas-golden-opportunity-nukes?mrefid=
RS_2012-02.bz2.deduped.txt:29959 - http://motherjones.com/politics/2012/02/nevada-caucus-results
RS_2012-02.bz2.deduped.txt:31459 - http://motherjones.com/media/2012/02/newt-gingrich-or-dwight-schrute-quiz
RS_2012-02.bz2.deduped.txt:31919 - http://motherjones.com/kevin-drum/2012/02/republicans-once-again-unleash-reality-distortion-field
RS_2012-02.bz2.deduped.txt:32053 - http://motherjones.com/mojo/2012/02/komen-vp-blamed-planned-parenthood-decision-resigns
RS_2012-02.bz2.deduped.txt:32349 - http://motherjones.com/mojo/2012/02/army-overpriced-machine-guns
RS_2012-02.bz2.deduped.txt:32660 - http://motherjones.com/politics/2012/02/super-pac-top-corporate-union-donors
RS_2012-02.bz2.deduped.txt:32663 - http://motherjones.com/politics/2012/02/komen-board-bias-planned-parenthood
RS_2012-02.bz2.deduped.txt:32744 - http://motherjones.com/mojo/2012/02/obama-super-pac-campaign-president
RS_2012-02.bz2.deduped.txt:33027 - http://motherjones.com/environment/2012/02/urban-farming-slaughter-hobbyists
RS_2012-02.bz2.deduped.txt:33525 - http://motherjones.com/mojo/2012/02/house-gop-memo-abortion-leading-cause-death-black-community?mrefid=
RS_2012-02.bz2.deduped.txt:33529 - http://motherjones.com/politics/2012/02/mitt-romney-melaleuca-frank-vandersloot?mrefid=
RS_2012-02.bz2.deduped.txt:33805 - http://motherjones.com/environment/2011/11/tyrone-hayes-atrazine-syngenta-feud-frog-endangered#longreads
RS_2012-02.bz2.deduped.txt:34254 - http://motherjones.com/print/149231
RS_2012-02.bz2.deduped.txt:35756 - http://motherjones.com/politics/2012/02/controversial-obama-birth-control-rule-already-law
RS_2012-02.bz2.deduped.txt:39034 - http://motherjones.com/politics/2012/02/6-billion-nuke-building-cmrr

RS_2012-02.bz2.deduped.txt:39311 - http://motherjones.com/mixed-media/2012/02/obama-war-xmas-christians-cheerios
RS_2012-02.bz2.deduped.txt:40405 - http://motherjones.com/politics/2012/02/scott-walker-john-doe-investigation-explained
RS_2012-02.bz2.deduped.txt:40946 - http://motherjones.com/kevin-drum/2012/02/chrysler-just-trying-sell-you-car-ok
RS_2012-02.bz2.deduped.txt:42255 - http://motherjones.com/mojo/2012/02/oregon-bill-would-criminalize-twitter
RS_2012-02.bz2.deduped.txt:44336 - http://motherjones.com/mojo/2012/02/demint-cpac-compromise-enemy
RS_2012-02.bz2.deduped.txt:44398 - http://motherjones.com/politics/2012/02/rubio-bill-limit-birth-control-access-millions?mrefid=
RS_2012-02.bz2.deduped.txt:44401 - http://motherjones.com/politics/2012/02/republican-war-birth-control-contraception?mrefid=
RS_2012-02.bz2.deduped.txt:44608 - http://motherjones.com/politics/2012/02/republican-war-birth-control-contraception
RS_2012-02.bz2.deduped.txt:47696 - http://motherjones.com/mojo/2012/02/mind-blowing-charts-senates-income-inequity-hearing
RS_2012-02.bz2.deduped.txt:47882 - http://motherjones.com/mojo/2012/02/george-soros-secretly-controlling-fox-news?mrefid=
RS_2012-02.bz2.deduped.txt:48916 - http://motherjones.com/politics/2012/02/charts-birth-control-statistics-catholics
RS_2012-02.bz2.deduped.txt:49454 - http://motherjones.com/kevin-drum/2012/02/why-im-so-hardnosed-over-contraception-affair
RS_2012-02.bz2.deduped.txt:49791 - http://motherjones.com/tom-philpott/2012/02/explosive-hog-farm-manure-foam
RS_2012-02.bz2.deduped.txt:49978 - http://motherjones.com/mojo/2012/02/best-swag-cpac
RS_2012-02.bz2.deduped.txt:50246 - http://motherjones.com/mojo/2012/02/marines-nazi-ss-flag-afghanistan
RS_2012-02.bz2.deduped.txt:52381 - http://motherjones.com/politics/2012/02/exclusive-marines-nazi-flag-whistleblower-talks?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29#
RS_2012-02.bz2.deduped.txt:52410 - http://motherjones.com/politics/2012/02/exclusive-marines-nazi-flag-whistleblower-talks?mrefid=
RS_2012-02.bz2.deduped.txt:52442 - http://motherjones.com/print/160746
RS_2012-02.bz2.deduped.txt:52463 - http://motherjones.com/print/161741
RS_2012-02.bz2.deduped.txt:52686 - http://motherjones.com/politics/2012/02/rubio-bill-limit-birth-control-access-millions
RS_2012-02.bz2.deduped.txt:53664 - http://motherjones.com/blue-marble/2012/02/birds-near-fukushima-hit-harder-chernobyl
RS_2012-02.bz2.deduped.txt:53947 - http://m.motherjones.com/politics/2010/05/catholic-church-vatican-bishops-birth-control
RS_2012-02.bz2.deduped.txt:53954 - http://m.motherjones.com/mojo/2012/02/mind-blowing-charts-senates-income-inequity-hearing

RS_2012-02.bz2.deduped.txt:59540 - http://motherjones.com/politics/2012/02/exclusive-marines-nazi-flag-whistleblower-talks
RS_2012-02.bz2.deduped.txt:59744 - http://motherjones.com/environment/2012/02/bill-mckibben-nasa-blue-marble-photo-climate-change
RS_2012-02.bz2.deduped.txt:61486 - http://motherjones.com/mojo/2012/02/fox-pundit-women-military-should-expect-get-raped-video
RS_2012-02.bz2.deduped.txt:61899 - http://motherjones.com/politics/2012/02/its-wealth-gap-stupid
RS_2012-02.bz2.deduped.txt:62324 - http://motherjones.com/mojo/2012/02/closest-thing-weve-got-al-awlaki-indictment
RS_2012-02.bz2.deduped.txt:62862 - http://motherjones.com/media/2012/02/the-loving-story-documentary-hbo
RS_2012-02.bz2.deduped.txt:65115 - http://motherjones.com/mojo/2012/02/occupy-sec-letter-volcker-rule
RS_2012-02.bz2.deduped.txt:66429 - http://motherjones.com/politics/2012/02/republican-plan-give-bosses-moral-control-health-insurance
RS_2012-02.bz2.deduped.txt:66867 - http://motherjones.com/media/2012/02/frank-turner-england-interview-us-tour
RS_2012-02.bz2.deduped.txt:67173 - http://motherjones.com/kevin-drum/2012/02/should-idiots-be-allowed-regulate-internet
RS_2012-02.bz2.deduped.txt:67703 - http://motherjones.com/politics/2012/02/ron-paul-birth-control
RS_2012-02.bz2.deduped.txt:67729 - http://motherjones.com/kevin-drum/2012/02/how-much-do-we-spend-nonworking-poor
RS_2012-02.bz2.deduped.txt:67768 - http://motherjones.com/blue-marble/2012/02/mit-tracking-trash-gps-video
RS_2012-02.bz2.deduped.txt:68024 - http://motherjones.com/politics/2012/02/republican-plan-give-bosses-moral-control-health-insurance?mrefid=
RS_2012-02.bz2.deduped.txt:70922 - http://motherjones.com/kevin-drum/2012/02/mitt-romney-soon-be-americas-most-hated-man
RS_2012-02.bz2.deduped.txt:71624 - http://motherjones.com/kevin-drum/2012/02/greece-now-unhappiest-nation-europe
RS_2012-02.bz2.deduped.txt:72565 - http://motherjones.com/kevin-drum/2012/02/obama-coalition-magically-reassembling-our-eyes
RS_2012-02.bz2.deduped.txt:72664 - http://motherjones.com/politics/2012/02/michigan-emergency-manager-pontiac-detroit?2
RS_2012-02.bz2.deduped.txt:72793 - http://motherjones.com/kevin-drum/2012/02/austerity-isnt-working-portugal-either
RS_2012-02.bz2.deduped.txt:73208 - http://motherjones.com/tom-philpott/2012/02/france-eu-monsanto-pesticide-ban
RS_2012-02.bz2.deduped.txt:73564 - http://motherjones.com/politics/2012/02/nuclear-truckers
RS_2012-02.bz2.deduped.txt:73583 - http://motherjones.com/mojo/2012/02/virginia-zygote-personhood
RS_2012-02.bz2.deduped.txt:73891 - http://motherjones.com/politics/2012/02/michigan-emergency-manager-pontiac-detroit?mrefid=

RS_2012-02.bz2.deduped.txt:76133 - http://motherjones.com/politics/2011/11/states-federal-taxes-spending-charts-maps

RS_2012-02.bz2.deduped.txt:76676 - http://motherjones.com/mojo/2012/02/occupy-wall-street-super-pac-thornton-elections

RS_2012-02.bz2.deduped.txt:78715 - http://motherjones.com/mojo/2012/02/most-european-countries-force-sterilization-transgender-people-map

RS_2012-02.bz2.deduped.txt:79068 - http://motherjones.com/politics/2012/02/what-war-religion-obama-catholic-charities

RS_2012-02.bz2.deduped.txt:79115 - http://motherjones.com/politics/2012/01/rick-santorum-coal-buddies?mrefid=twitter

RS_2012-02.bz2.deduped.txt:79121 - http://motherjones.com/politics/2011/11/states-federal-taxes-spending-charts-maps?mrefid=twitter

RS_2012-02.bz2.deduped.txt:83516 - http://motherjones.com/politics/2012/02/2012-election-big-money-donor-super-pacs-citizens-united

RS_2012-02.bz2.deduped.txt:83831 - http://motherjones.com/kevin-drum/2012/02/chart-day-republicans-losing-ground-their-beloved-tax-jihad

RS_2012-02.bz2.deduped.txt:83851 - http://motherjones.com/politics/2012/02/nuclear-weapons-reduction-obama

RS_2012-02.bz2.deduped.txt:87217 - http://motherjones.com/mojo/2012/02/rep-darrell-issas-religious-freedom-sausage-fest

RS_2012-02.bz2.deduped.txt:88238 - http://motherjones.com/mojo/2011/11/watch-anti-abortion-film-thats-rocking-vote-mississippi

RS_2012-02.bz2.deduped.txt:89594 - http://motherjones.com/kevin-drum/2012/02/internet-major-driver-growth-cognitive-inequality

RS_2012-02.bz2.deduped.txt:91089 - http://motherjones.com/kevin-drum/2012/02/teen-pregnancy-higher-red-states-blue-states

RS_2012-02.bz2.deduped.txt:92247 - http://motherjones.com/media/2012/01/couch-surfing-america-road-trip

RS_2012-02.bz2.deduped.txt:93384 - http://m.motherjones.com/media/2012/01/couch-surfing-america-road-trip

RS_2012-02.bz2.deduped.txt:96466 - http://motherjones.com/blue-marble/2012/02/major-corporations-backing-climate-denier-think-tank

RS_2012-02.bz2.deduped.txt:97073 - http://motherjones.com/mojo/2012/02/historic-price-cost-presidential-elections

RS_2012-02.bz2.deduped.txt:102205 - http://motherjones.com/politics/2012/02/santorum-under-influence-beer-lobby

RS_2012-02.bz2.deduped.txt:107103 - http://motherjones.com/politics/2012/02/does-santorum-believe-obama-part-satanic-plot?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2012-02.bz2.deduped.txt:107377 - http://motherjones.com/media/2012/02/rick-santorum-heavy-metal-megadeth-quiz

RS_2012-02.bz2.deduped.txt:107615 - http://motherjones.com/kevin-drum/2012/02/no-american-corporations-are-not-being-crushed-under-irs-jackboot

RS_2012-02.bz2.deduped.txt:107635 - http://motherjones.com/politics/2012/02/calculator-birth-control-expensive-really-

cost?utm_source=twitter&utm_medium=tweet&utm_campaign=calculator&utm_source=facebo
ok&utm_medium=post&utm_campaign=costs#
RS_2012-02.bz2.deduped.txt:107662 - http://motherjones.com/blue-marble/2012/02/climate-
scientist-heartland-email-gleick
RS_2012-02.bz2.deduped.txt:107665 - http://motherjones.com/tom-philpott/2012/02/all-you-
can-eat-shrimp-side-ecologial-ruin#
RS_2012-02.bz2.deduped.txt:111571 - http://motherjones.com/blue-marble/2012/02/diy-
weather-records
RS_2012-02.bz2.deduped.txt:111667 - http://motherjones.com/media/2012/02/eric-klinenberg-
going-solo-singles
RS_2012-02.bz2.deduped.txt:112259 - http://motherjones.com/politics/2012/01/rick-santorums-
school-scandal
RS_2012-02.bz2.deduped.txt:112415 - http://motherjones.com/kevin-drum/2012/02/rick-
santorum-deserves-undeserved-abuse-hes-
getting?utm_medium=twitter&utm_source=twitterfeed
RS_2012-02.bz2.deduped.txt:113375 - http://motherjones.com/environment/2012/02/fracking-
pennsylvania-susquehanna-county
RS_2012-02.bz2.deduped.txt:116037 - http://motherjones.com/blue-marble/2012/02/superbug-
bred-farms
RS_2012-02.bz2.deduped.txt:116201 - http://motherjones.com/politics/2012/02/obama-federal-
prison-budget
RS_2012-02.bz2.deduped.txt:116577 - http://motherjones.com/blue-marble/2012/02/lorax-
blowing-smogulous-smoke
RS_2012-02.bz2.deduped.txt:117731 - http://motherjones.com/tom-philpott/2012/02/how-
factory-farms-are-killing-seals
RS_2012-02.bz2.deduped.txt:118448 - http://motherjones.com/kevin-drum/2012/02/death-star-
surprisingly-cost-effective-weapons-system
RS_2012-02.bz2.deduped.txt:118694 - http://motherjones.com/kevin-drum/2012/02/santorum-
higher-education-plot-secularize-america
RS_2012-02.bz2.deduped.txt:119743 - http://motherjones.com/environment/2012/02/lucy-
lawless%E2%80%94aka-xena-warrior-princess%E2%80%94occupies-shell-oil-drilling-ship
RS_2012-02.bz2.deduped.txt:119761 - http://motherjones.com/kevin-drum/2012/02/american-
households-not-reckless-you-think
RS_2012-02.bz2.deduped.txt:120462 - http://motherjones.com/media/2012/02/eric-klinenberg-
going-solo-
singles?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%
2Fmain+%28MotherJones.com+Main+Article+Feed%29&utm_content=Google+Reader
RS_2012-02.bz2.deduped.txt:122900 - http://motherjones.com/photoessays/2012/02/prolific-fan-
art-die-antwoord-slideshow/da-jatindersinghdurhailay4jpg-1
RS_2012-02.bz2.deduped.txt:123446 - http://motherjones.com/mojo/2012/02/palin-staff-dont-
let-my-name-appear-john-hagee
RS_2012-02.bz2.deduped.txt:123661 - http://motherjones.com/mojo/2012/02/sweden-moves-to-
end-forced-sterilization-transgender-people
RS_2012-02.bz2.deduped.txt:124958 - http://motherjones.com/environment/2012/02/lucy-
lawless-aka-xena-warrior-princess-occupies-shell-oil-drilling-ship

RS_2012-02.bz2.deduped.txt:125847 - http://motherjones.com/kevin-drum/2012/02/metaphysics-icitizens-unitedi-and-campaign-finance-law
RS_2012-02.bz2.deduped.txt:126528 - http://motherjones.com/kevin-drum/2012/02/raw-data-how-registration-affects-comments
RS_2012-02.bz2.deduped.txt:129431 - http://motherjones.com/politics/2012/02/mac-mcclelland-free-online-shipping-warehouses-labor
RS_2012-02.bz2.deduped.txt:130021 - http://motherjones.com/mojo/2012/02/historic-price-cost-presidential-elections?utm_source=Daily+Digest&utm_campaign=461639cbd8-DD_2_22_122_22_2012&utm_medium=email
RS_2012-02.bz2.deduped.txt:130258 - http://motherjones.com/mojo/2012/02/document-what-one-witness-would-have-said-gops-sausage-fest-birth-control-hearing
RS_2012-02.bz2.deduped.txt:130895 - http://motherjones.com/mojo/2012/02/scott-walker-recall-children-wisconsin
RS_2012-02.bz2.deduped.txt:131030 - http://motherjones.com/politics/2012/02/mac-mcclelland-free-online-shipping-warehouses-labor?page=1
RS_2012-02.bz2.deduped.txt:131570 - http://motherjones.com/politics/2012/02/syria-hit-list
RS_2012-02.bz2.deduped.txt:132135 - http://motherjones.com//politics/2012/02/ron-paul-military
RS_2012-02.bz2.deduped.txt:132427 - http://motherjones.com/politics/2012/02/ron-paul-military?mrefid=twitter
RS_2012-02.bz2.deduped.txt:132461 - http://motherjones.com/politics/2012/02/occupy-1-percent-country-club
RS_2012-02.bz2.deduped.txt:134551 - http://motherjones.com/print/161491
RS_2012-02.bz2.deduped.txt:136408 - http://motherjones.com/mojo/2012/02/rick-berman-funded-oscar-night-slam-humane-society
RS_2012-02.bz2.deduped.txt:138018 - http://motherjones.com/politics/2012/02/william-dore-rick-santorum-mystery-donor
RS_2012-02.bz2.deduped.txt:138747 - http://motherjones.com/politics/2012/02/rick-santorum-energy-stimulus-tax-credit
RS_2012-02.bz2.deduped.txt:140163 - http://motherjones.com/politics/2012/02/did-stratfor-access-bin-laden-intel
RS_2012-02.bz2.deduped.txt:143246 - http://motherjones.com/mojo/2012/02/alec-occupy-wall-street-protest-f29
RS_2012-02.bz2.deduped.txt:146112 - http://m.motherjones.com/politics/2012/02/mac-mcclelland-free-online-shipping-warehouses-labor
RS_v2_2007-04.xz.deduped.txt:488 - http://www.motherjones.com/washington_dispatch/2007/03/white_house_emails.html
RS_v2_2007-04.xz.deduped.txt:1226 - http://www.motherjones.com/interview/2006/12/jaybakker.html
RS_v2_2007-04.xz.deduped.txt:1861 - http://www.motherjones.com/commentary/tomdispatch/chomsky_iran.html
RS_v2_2007-04.xz.deduped.txt:2094 - http://www.motherjones.com/mojoblog/archives/2007/04/4098_call_girls_with.html
RS_v2_2007-04.xz.deduped.txt:2777 - http://www.motherjones.com/mojoblog/archives/2007/04/4119_liberal_values.html

RS_v2_2007-04.xz.deduped.txt:2940 -
http://www.motherjones.com/mojoblog/archives/2007/04/4124_the_white_house.html
RS_v2_2007-04.xz.deduped.txt:3308 -
http://www.motherjones.com/mojoblog/archives/2007/04/4133_george_w_bush_s.html
RS_v2_2007-04.xz.deduped.txt:3523 -
http://www.motherjones.com/news/feature/2007/04/Kurdistan_Shlomi.html
RS_v2_2007-04.xz.deduped.txt:3973 -
http://www.motherjones.com/news/featurex/2007/04/vonnegut_on_reagan.html
RS_v2_2007-04.xz.deduped.txt:5278 -
http://www.motherjones.com/mojoblog/archives/2007/04/4206_nras_new_presid.html
RS_v2_2007-04.xz.deduped.txt:6640 -
http://www.motherjones.com/news/update/2007/04/virginia_tech_women.html
RS_v2_2007-04.xz.deduped.txt:6799 -
http://www.motherjones.com/mojoblog/archives/2007/04/4249_perle_pbs_and_a.html
RS_v2_2007-04.xz.deduped.txt:7082 -
http://www.motherjones.com/news/feature/2005/05/david_graham.html
RS_v2_2007-04.xz.deduped.txt:7402 -
http://www.motherjones.com/mojoblog/archives/2007/04/4268_save_small_maga.html
RS_v2_2007-04.xz.deduped.txt:7870 -
http://www.motherjones.com/news/feature/2007/05/dont_whistle_while_you_work.html
RS_v2_2007-04.xz.deduped.txt:7879 -
http://www.motherjones.com/news/feature/2004/03/02_403.html
RS_v2_2007-04.xz.deduped.txt:8423 -
http://www.motherjones.com/washington_dispatch/2007/04/candidates_on_torture.html
RS_v2_2007-04.xz.deduped.txt:8430 -
http://www.motherjones.com/news/feature/2005/05/medicating_aliah.html
RS_v2_2007-04.xz.deduped.txt:9335 -
http://www.motherjones.com/washington_dispatch/2007/04/bush_moon.html
RS_2014-02.bz2.deduped.txt:687 - http://www.motherjones.com/blue-marble/2014/01/keystone-
xl-its-just-obama-now?google_editors_picks=true
RS_2014-02.bz2.deduped.txt:699 - http://www.motherjones.com/tom-philpott/2014/01/farm-bill-
food-stamps-climate-change?google_editors_picks=true
RS_2014-02.bz2.deduped.txt:2368 - http://www.motherjones.com/blue-
marble/2014/01/keystone-xl-its-just-obama-now
RS_2014-02.bz2.deduped.txt:2705 - http://www.motherjones.com/blue-
marble/2014/01/keystone-xl-its-just-obama-now?0
RS_2014-02.bz2.deduped.txt:4542 - http://www.motherjones.com/mixed-media/2014/01/t-bone-
burnett-true-detective-hbo-music-songs
RS_2014-02.bz2.deduped.txt:7761 - http://www.motherjones.com/mixed-media/2014/02/dylan-
farrow-woody-allen-open-letter-nytimes-sexual-abuse
RS_2014-02.bz2.deduped.txt:8014 - http://www.motherjones.com/politics/2012/01/religious-
right-calls-girl-scout-cookie-boycott
RS_2014-02.bz2.deduped.txt:10903 - http://www.motherjones.com/mojo/2014/01/nfl-
washington-team-name-racist-roger-goodell
RS_2014-02.bz2.deduped.txt:13061 - http://www.motherjones.com/politics/2014/02/mcdonalds-
antibiotics-beef

RS_2014-02.bz2.deduped.txt:13120 - http://www.motherjones.com/politics/2014/02/michele-bachmann-congress-emmer-krinkie-primary

RS_2014-02.bz2.deduped.txt:13545 - http://www.motherjones.com/politics/2014/02/mcdonalds-antibiotics-beef?1

RS_2014-02.bz2.deduped.txt:15500 - http://www.motherjones.com/politics/2014/02/abortion-rate-record-decline-map

RS_2014-02.bz2.deduped.txt:16833 - http://www.motherjones.com/media/2014/02/russia-love-gay-propaganda-photos-wedding

RS_2014-02.bz2.deduped.txt:17210 - http://www.motherjones.com/environment/2014/01/deregulation-energy-enron-company-electricity

RS_2014-02.bz2.deduped.txt:18841 - http://www.motherjones.com/kevin-drum/2014/02/republicans-immigration-reform-unavoidable

RS_2014-02.bz2.deduped.txt:20415 - http://www.motherjones.com/politics/2014/01/map-republican-war-obliterate-abortion-coverage-private-insurance-plans

RS_2014-02.bz2.deduped.txt:20654 - http://www.motherjones.com/politics/2014/02/ptsd-among-wounded-americans-in-violent-neighborhoods

RS_2014-02.bz2.deduped.txt:23572 - http://www.motherjones.com/politics/2014/01/bill-nye-creationism-evolution

RS_2014-02.bz2.deduped.txt:24730 - http://www.motherjones.com/mojo/2014/02/video-elizabeth-warren-slams-gop-blocking-unemployment-benefits

RS_2014-02.bz2.deduped.txt:28487 - http://www.motherjones.com/politics/2014/02/why-sochi-has-no-mosques

RS_2014-02.bz2.deduped.txt:28528 - http://www.motherjones.com/media/2014/02/son-also-rises-gregory-clark-inequality-upward-mobility

RS_2014-02.bz2.deduped.txt:28580 - http://www.motherjones.com/blue-marble/2014/02/nye-ken-ham-climate-change

RS_2014-02.bz2.deduped.txt:28683 - http://www.motherjones.com/tom-philpott/2014/02/whats-killing-bees-plot-thickens

RS_2014-02.bz2.deduped.txt:30458 - http://www.motherjones.com/politics/2014/02/koch-brothers-palm-springs-donor-list

RS_2014-02.bz2.deduped.txt:31050 - http://www.motherjones.com/kevin-drum/2014/02/lets-get-our-obamacare-story-straight-folks

RS_2014-02.bz2.deduped.txt:31178 - http://www.motherjones.com/environment/2014/01/interview-elizabeth-kolbert-new-yorker-sixth-extinction

RS_2014-02.bz2.deduped.txt:31867 - http://www.motherjones.com/kevin-drum/2014/02/how-did-media-blow-it-so-bad-yesterdays-cbo-report

RS_2014-02.bz2.deduped.txt:36300 - http://www.motherjones.com/mojo/2014/02/elizabeth-warren-marco-rubio-veterans-scam

RS_2014-02.bz2.deduped.txt:36938 - http://www.motherjones.com/politics/2014/02/explained-are-terrorist-about-attack-sochi-olympics

RS_2014-02.bz2.deduped.txt:37516 - http://www.motherjones.com/blue-marble/2014/02/coal-ripoff-royalties-gao

RS_2014-02.bz2.deduped.txt:37705 - http://www.motherjones.com/media/2014/02/heres-why-women-suck-nearly-every-job-world

RS_2014-02.bz2.deduped.txt:38669 - http://www.motherjones.com/kevin-drum/2014/02/why-are-republicans-shooting-themselves-foot-health-care-bill
RS_2014-02.bz2.deduped.txt:39007 - http://www.motherjones.com/kevin-drum/2014/02/paul-ryan-odds-favorite-win-republican-nomination-2016
RS_2014-02.bz2.deduped.txt:42213 - http://www.motherjones.com/mojo/2014/02/elizabeth-warren-judicial-nominations-brennan-center
RS_2014-02.bz2.deduped.txt:44741 - http://www.motherjones.com/politics/2014/02/pot-marijuana-legalization-map-states
RS_2014-02.bz2.deduped.txt:45048 - http://www.motherjones.com/mojo/2014/02/congressional-republicans-irs-dark-money
RS_2014-02.bz2.deduped.txt:46174 - http://www.motherjones.com/environment/2014/02/creationism-evolution-bill-nye-ken-ham
RS_2014-02.bz2.deduped.txt:47942 - http://www.motherjones.com/environment/2014/02/american-west-climate-change-beetles-whiteback-pines-grizzly-bears
RS_2014-02.bz2.deduped.txt:50571 - http://www.motherjones.com/kevin-drum/2014/02/chart-day-2-madness-austerity
RS_2014-02.bz2.deduped.txt:51351 - http://www.motherjones.com/politics/2014/02/tom-dispatch-nsa-surveillance-software-company-hacker
RS_2014-02.bz2.deduped.txt:52541 - http://www.motherjones.com/kevin-drum/2014/02/rare-break-tradition-congress-might-actually-do-something-constructive-soon
RS_2014-02.bz2.deduped.txt:60546 - http://www.motherjones.com/tom-philpott/2014/02/iowas-vaunted-farms-are-losing-topsoil-alarming-rate
RS_2014-02.bz2.deduped.txt:62325 - http://www.motherjones.com/environment/2014/02/california-drought-matters-more-just-california
RS_2014-02.bz2.deduped.txt:63432 - http://www.motherjones.com/politics/2014/02/catholic-religious-schools-fired-lady-teachers-being-pregnant
RS_2014-02.bz2.deduped.txt:63609 - http://www.motherjones.com/mixed-media/2014/02/lego-movie-political-corporate-satire
RS_2014-02.bz2.deduped.txt:64230 - http://www.motherjones.com/politics/2014/01/blackstone-rental-homes-bundled-derivatives
RS_2014-02.bz2.deduped.txt:64623 - http://www.motherjones.com/kevin-drum/2014/02/republican-party-yahoo-wing-winning
RS_2014-02.bz2.deduped.txt:64886 - http://www.motherjones.com/mojo/2014/02/new-jersey-star-ledger-endorsement-christie-mistake
RS_2014-02.bz2.deduped.txt:65516 - http://www.motherjones.com/blue-marble/2014/02/north-carolina-protected-duke-energy-pollution-complaints-its-coal-ash-disaster
RS_2014-02.bz2.deduped.txt:66143 - http://www.motherjones.com/kevin-drum/2014/02/job-1-gop-pretending-not-be-crazy
RS_2014-02.bz2.deduped.txt:67458 - http://www.motherjones.com/tom-philpott/2014/02/why-epa-cant-ban-atrazine
RS_2014-02.bz2.deduped.txt:67724 - http://m.motherjones.com/politics/2014/02/most-expensive-olympics-ever-sochi-charts
RS_2014-02.bz2.deduped.txt:68454 - http://www.motherjones.com/kevin-drum/2014/02/study-health-care-reform-likely-reduce-bankruptcy-and-catastrophic-debt

RS_2014-02.bz2.deduped.txt:70917 - http://www.motherjones.com/blue-marble/2014/02/map-railway-oil-spills

RS_2014-02.bz2.deduped.txt:71036 - http://m.motherjones.com/politics/2014/02/does-rand-paul-have-woman-problem

RS_2014-02.bz2.deduped.txt:71075 - http://m.motherjones.com/politics/2014/02/us-israel-foreign-aid-military-bankroll

RS_2014-02.bz2.deduped.txt:71128 - http://www.motherjones.com/politics/2014/02/does-rand-paul-have-woman-problem

RS_2014-02.bz2.deduped.txt:71414 - http://www.motherjones.com/blue-marble/2014/02/public-opinion-astrology-dumb

RS_2014-02.bz2.deduped.txt:73835 - http://www.motherjones.com/politics/2014/02/pot-marijuana-legalization-map-states?utm_medium=Facebook&utm_source=mjfb

RS_2014-02.bz2.deduped.txt:75710 - http://m.motherjones.com/node/245271

RS_2014-02.bz2.deduped.txt:76334 - http://www.motherjones.com/politics/2014/02/does-rand-paul-have-woman-problem?utm_medium=Facebook&utm_source=mjfb

RS_2014-02.bz2.deduped.txt:79057 - http://www.motherjones.com/mojo/2014/02/why-big-tech-didnt-fight-day-we-fight-back

RS_2014-02.bz2.deduped.txt:79246 - http://www.motherjones.com/tom-philpott/2014/02/toms-kitchen-100-whole-wheat-bread-doesnt-suck-and-pretty-easy

RS_2014-02.bz2.deduped.txt:79688 - http://www.motherjones.com/politics/2014/02/most-expensive-olympics-ever-sochi-charts

RS_2014-02.bz2.deduped.txt:80504 - http://www.motherjones.com/politics/2014/02/21-things-you-cant-do-while-black

RS_2014-02.bz2.deduped.txt:81242 - http://m.motherjones.com/politics/2014/02/21-things-you-cant-do-while-black?utm_medium=Facebook&utm_source=mjfb

RS_2014-02.bz2.deduped.txt:81685 - http://www.motherjones.com/politics/2012/10/solitary-confinement-shane-bauer?page=2

RS_2014-02.bz2.deduped.txt:82844 - http://www.motherjones.com/kevin-drum/2014/02/right-vote-too-important-be-denied-ex-felons?utm_medium=twitter&utm_source=twitterfeed

RS_2014-02.bz2.deduped.txt:83095 - http://www.motherjones.com/kevin-drum/2014/02/tea-party-dead-long-live-tea-party

RS_2014-02.bz2.deduped.txt:83254 - http://www.motherjones.com/documents/1017574-president-obama-just-raised-the-minimum-wage-for

RS_2014-02.bz2.deduped.txt:88587 - http://www.motherjones.com/tom-philpott/2014/02/toms-kitchen-100-whole-wheat-bread-doesnt-suck-and-pretty-easy?utm_source=nextdraft&utm_medium=email

RS_2014-02.bz2.deduped.txt:88675 - http://www.motherjones.com/kevin-drum/2014/02/right-vote-too-important-be-denied-ex-felons

RS_2014-02.bz2.deduped.txt:88789 - http://www.motherjones.com/mojo/2014/02/felony-convictions-voting-rights-black-american-african-disenfranchisement

RS_2014-02.bz2.deduped.txt:88900 - http://www.motherjones.com/mojo/2014/02/justin-amash-might-be-staying-washington-while

RS_2014-02.bz2.deduped.txt:91145 - http://www.motherjones.com/mojo/2014/02/new-map-worst-benghazi-smoking-gun-ever

RS_2014-02.bz2.deduped.txt:91671 - http://www.motherjones.com/politics/2014/02/michael-sam-nfl-gay-nondiscrimination-law

RS_2014-02.bz2.deduped.txt:95408 - http://www.motherjones.com/politics/2014/02/milton-wolf-pat-roberts-obama-cousin
RS_2014-02.bz2.deduped.txt:95414 - http://www.motherjones.com/politics/2014/02/tom-perkins-commonwealth-1-percent-nazis-san-francisco
RS_2014-02.bz2.deduped.txt:95419 - http://www.motherjones.com//tom-philpott/2014/02/toms-kitchen-100-whole-wheat-bread-doesnt-suck-and-pretty-easy
RS_2014-02.bz2.deduped.txt:97828 - http://www.motherjones.com/media/2014/02/interview-young-money-kevin-roose-crashes-exclusive-wall-street-fraternity
RS_2014-02.bz2.deduped.txt:98065 - http://www.motherjones.com/environment/2014/02/west-virginia-chemical-spill-aftermath
RS_2014-02.bz2.deduped.txt:98863 - http://www.motherjones.com/mojo/2014/02/miami-dolphins-richie-incognito-jonathan-martin
RS_2014-02.bz2.deduped.txt:100394 - http://www.motherjones.com/blue-marble/2014/02/internet-trolls-sadists-psychopaths-lulz
RS_2014-02.bz2.deduped.txt:101419 - http://www.motherjones.com/mojo/2014/02/breathtaking-valentines-day-message-judge-who-just-struck-down-virginias-gay-marraige-b
RS_2014-02.bz2.deduped.txt:102175 - http://www.motherjones.com/mixed-media/2014/02/why-pot-gives-you-munchies
RS_2014-02.bz2.deduped.txt:104284 - http://m.motherjones.com/politics/2014/02/21-things-you-cant-do-while-black
RS_2014-02.bz2.deduped.txt:107070 - http://www.motherjones.com/politics/2014/02/missoula-montana-sexual-assault-justice-department-report
RS_2014-02.bz2.deduped.txt:112696 - http://www.motherjones.com/environment/2014/02/vaccine-exemptions-states-pertussis-map
RS_2014-02.bz2.deduped.txt:112763 - http://www.motherjones.com/mojo/2014/01/even-larger-racial-disparity-private-prisons-public-prisons
RS_2014-02.bz2.deduped.txt:113337 - http://www.motherjones.com/environment/2014/02/vaccine-exemptions-states-pertussis-map?9
RS_2014-02.bz2.deduped.txt:113346 - http://www.motherjones.com/politics/2014/02/bittorrent-illegal-downloads-ip-address-lawsuit
RS_2014-02.bz2.deduped.txt:113527 - http://www.motherjones.com/print/177831
RS_2014-02.bz2.deduped.txt:115175 - http://www.motherjones.com/kevin-drum/2014/02/forget-tv-its-internet-access-stake-comcast-deal
RS_2014-02.bz2.deduped.txt:115331 - http://www.motherjones.com/kevin-drum/2014/02/obama-trade-deals-are-trouble-and-they-deserve-be
RS_2014-02.bz2.deduped.txt:116339 - http://www.motherjones.com/kevin-drum/2014/02/compound-inflation-probably-higher-you-think
RS_2014-02.bz2.deduped.txt:116854 - http://www.motherjones.com/blue-marble/2014/02/bill-nye-marsha-blackburn-climate-meet-the-press?google_editors_picks=true
RS_2014-02.bz2.deduped.txt:116855 - http://www.motherjones.com/mojo/2014/01/even-larger-racial-disparity-private-prisons-public-prisons?google_editors_picks=true
RS_2014-02.bz2.deduped.txt:117574 - http://www.motherjones.com/politics/2014/02/bittorrent-illegal-downloads-ip-address-lawsuit?google_editors_picks=true
RS_2014-02.bz2.deduped.txt:119189 - http://www.motherjones.com/kevin-drum/2014/02/robots-arent-here-yet-doesnt-mean-they-never-will-be

RS_2014-02.bz2.deduped.txt:123351 - http://www.motherjones.com/kevin-drum/2014/02/astrology-may-not-work-maybe-it-works-anyway

RS_2014-02.bz2.deduped.txt:125201 - http://www.motherjones.com/mojo/2014/02/why-kiev-is-burning

RS_2014-02.bz2.deduped.txt:125752 - http://www.motherjones.com/kevin-drum/2014/02/why-are-we-adopting-stupidest-possible-payment-system-us

RS_2014-02.bz2.deduped.txt:127913 - http://www.motherjones.com/politics/2014/02/google-apple-class-action-poaching-steve-jobs-wage-theft

RS_2014-02.bz2.deduped.txt:129590 - http://www.motherjones.com/politics/2014/02/google-apple-class-action-poaching-steve-jobs-wage-theft?6

RS_2014-02.bz2.deduped.txt:129639 - http://www.motherjones.com/mojo/2014/02/gop-congressional-candidate-protecting-gays-workplace-discrimination-segregation

RS_2014-02.bz2.deduped.txt:129847 - http://www.motherjones.com/kevin-drum/2014/02/boom-times-debt-collectors

RS_2014-02.bz2.deduped.txt:131095 - http://www.motherjones.com/mojo/2014/02/liberals-conservatives-morality-zeal-conviction

RS_2014-02.bz2.deduped.txt:131245 - http://www.motherjones.com/politics/2014/02/returning-to-dozier-florida-school-for-boys

RS_2014-02.bz2.deduped.txt:137764 - http://www.motherjones.com/media/2014/02/whatsapp-facebook-anti-corporate-advertising

RS_2014-02.bz2.deduped.txt:138577 - http://www.motherjones.com/politics/2014/02/clinton-conspiracy-theories-kathleen-willey-chronicles

RS_2014-02.bz2.deduped.txt:138895 - http://www.motherjones.com/kevin-drum/2014/02/has-anyone-america-actually-been-harmed-obamacare?utm_medium=twitter&utm_source=twitterfeed

RS_2014-02.bz2.deduped.txt:139328 - http://www.motherjones.com/politics/2014/02/gay-discrimination-bills-religious-freedom-jim-crow

RS_2014-02.bz2.deduped.txt:139404 - http://www.motherjones.com/mojo/2014/02/michele-bachmann-obama-won-because-hes-black-and-america-felt-guilty

RS_2014-02.bz2.deduped.txt:139939 - http://www.motherjones.com/kevin-drum/2014/02/has-anyone-america-actually-been-harmed-obamacare

RS_2014-02.bz2.deduped.txt:142557 - http://www.motherjones.com/blue-marble/2014/02/one-weird-trick-curb-antibiotic-overuse

RS_2014-02.bz2.deduped.txt:144552 - http://www.motherjones.com/politics/2014/02/world-congress-families-russia-gay-rights

RS_2014-02.bz2.deduped.txt:145836 - http://m.motherjones.com/politics/2014/02/world-congress-families-russia-gay-rights

RS_2014-02.bz2.deduped.txt:148110 - http://www.motherjones.com/mojo/2014/02/scott-walker-secret-emails-john-doe-recall

RS_2014-02.bz2.deduped.txt:148489 - http://www.motherjones.com/kevin-drum/2014/02/20-million-families-would-benefit-increase-minimum-wage

RS_2014-02.bz2.deduped.txt:149992 - http://www.motherjones.com/politics/2014/02/how-much-still-dont-know-us-intelligence-community

RS_2014-02.bz2.deduped.txt:151126 - http://www.motherjones.com/environment/2014/02/inquiring-minds-jennifer-francis-kevin-trenberth-jet-stream-winter

RS_2014-02.bz2.deduped.txt:151771 - http://www.motherjones.com/blue-marble/2014/02/rancho-beef-recall-hot-pockets

RS_2014-02.bz2.deduped.txt:152060 - http://www.motherjones.com/mojo/2009/04/yes-we-did-execute-japanese-soldiers-waterboarding-american-pows

RS_2014-02.bz2.deduped.txt:152529 - http://www.motherjones.com/blue-marble

RS_2014-02.bz2.deduped.txt:155356 - http://www.motherjones.com/mixed-media/2014/01/10-awesome-girl-power-songs-feminism

RS_2014-02.bz2.deduped.txt:155659 - http://m.motherjones.com/politics/2014/02/missoula-montana-sexual-assault-justice-department-report

RS_2014-02.bz2.deduped.txt:156423 - http://m.motherjones.com/tom-philpott/2014/02/toms-kitchen-100-whole-wheat-bread-doesnt-suck-and-pretty-easy

RS_2014-02.bz2.deduped.txt:160102 - http://www.motherjones.com/politics/2014/02/sochi-olympics-russia-migrant-workers-deportation

RS_2014-02.bz2.deduped.txt:160903 - http://www.motherjones.com/politics/2014/02/anti-gay-scott-lively-homo-fascists

RS_2014-02.bz2.deduped.txt:162421 - http://www.motherjones.com/blue-marble/2014/02/january-warm-climate-anomalies-hot-weather

RS_2014-02.bz2.deduped.txt:164109 - http://www.motherjones.com/environment/2014/02/wheres-californias-water-going

RS_2014-02.bz2.deduped.txt:164343 - http://www.motherjones.com/mojo/2014/02/citizens-united-redux

RS_2014-02.bz2.deduped.txt:165695 - http://www.motherjones.com/mojo/2014/02/jury-greg-brannon-tea-party-senate-candidate-misled-investors

RS_2014-02.bz2.deduped.txt:166131 - http://www.motherjones.com/mixed-media/2014/02/harold-ramis-comedy-legend-dead-69-advice-filmmakers

RS_2014-02.bz2.deduped.txt:167316 - http://www.motherjones.com/mojo/2014/02/uganda-anti-gay-bill-signed

RS_2014-02.bz2.deduped.txt:167340 - http://www.motherjones.com/politics/2014/01/brief-history-politicians-gun-mishaps

RS_2014-02.bz2.deduped.txt:170292 - http://www.motherjones.com/politics/2014/02/south-dakota-stace-nelson-ban-sex-based-abortions-because-asian-immigrants

RS_2014-02.bz2.deduped.txt:170295 - http://www.motherjones.com/mojo/2014/02/new-bill-georgia-would-allow-businesses-kick-gay-people-out-diners

RS_2014-02.bz2.deduped.txt:170656 - http://www.motherjones.com/politics/2014/02/conservatives-prison-reform-right-on-crime

RS_2014-02.bz2.deduped.txt:172459 - http://www.motherjones.com/kevin-drum/2014/02/new-republican-tax-plan-cuts-rates-rich?utm_medium=twitter&utm_source=twitterfeed

RS_2014-02.bz2.deduped.txt:173739 - http://www.motherjones.com/kevin-drum/2014/02/obama-fighting-cuts-military

RS_2014-02.bz2.deduped.txt:174639 - http://www.motherjones.com/kevin-drum/2014/02/new-republican-tax-plan-cuts-rates-rich

RS_2014-02.bz2.deduped.txt:175340 - http://www.motherjones.com/environment/2014/02/wheres-californias-water-going?fb_action_ids=10151983571088513&fb_action_types=og.likes&fb_source=other_multiline&action_object_map=%5B821348921215525%5D&action_type_map=%5B\%22og.likes\%22%5D&action_ref_map=%5B%

RS_2014-02.bz2.deduped.txt:179921 - http://www.motherjones.com/kevin-drum/2014/02/cdc-reports-bafflingly-huge-obesity-decline-among-2-5-year-olds

RS_2014-02.bz2.deduped.txt:180835 - http://m.motherjones.com/politics/2014/02/south-dakota-stace-nelson-ban-sex-based-abortions-because-asian-immigrants

RS_2014-02.bz2.deduped.txt:180852 - http://www.motherjones.com/mojo/2014/02/pentagon-hagel-budget-pay-cuts

RS_2014-02.bz2.deduped.txt:181099 - http://www.motherjones.com/politics/2014/02/libertarian-expat-communities-chile

RS_2014-02.bz2.deduped.txt:181165 - http://www.motherjones.com/kevin-drum/2014/02/bring-designer-babies

RS_2014-02.bz2.deduped.txt:182722 - http://www.motherjones.com/politics/2014/02/brief-history-politicians-gun-mishaps

RS_2014-02.bz2.deduped.txt:183110 - http://www.motherjones.com/documents/1030091-a-federal-judge-just-ruled-that-texas-gay

RS_2014-02.bz2.deduped.txt:183667 - http://www.motherjones.com/kevin-drum/2014/02/cbo-gives-flunking-grade-republican-plan-obamacare-mandate?utm_medium=twitter&utm_source=twitterfeed

RS_2014-02.bz2.deduped.txt:183832 - http://www.motherjones.com/politics/2014/02/evolution-creationism-bonobos-neanderthals-denisovans-chromosome-two

RS_2014-02.bz2.deduped.txt:187574 - http://www.motherjones.com/politics/2014/02/government-nutrition-program-helping-us-crush-childhood-obesity-levels

RS_2014-02.bz2.deduped.txt:190402 - http://www.motherjones.com/kevin-drum/2014/02/unions-dying-income-inequality

RS_2014-02.bz2.deduped.txt:190617 - http://www.motherjones.com/kevin-drum/2014/02/relearning-past-yes-rising-inequality-bad-economic-growth

RS_2014-02.bz2.deduped.txt:190638 - http://www.motherjones.com/kevin-drum/2014/02/relearning-past-yes-rising-inequality-bad-economic-growth?utm_medium=twitter&utm_source=twitterfeed

RS_2014-02.bz2.deduped.txt:190884 - http://www.motherjones.com/mojo/2014/02/why-politicians-shouldnt-pack-heat-continuing-series

RS_2014-02.bz2.deduped.txt:191134 - http://www.motherjones.com/kevin-drum/2014/02/rights-religious-liberty-campaign-about-backfire

RS_2014-02.bz2.deduped.txt:192291 - http://www.motherjones.com/mojo/2014/02/cdc-funds-ugandan-agency-pushed-anti-gay-law

RS_2014-02.bz2.deduped.txt:192389 - http://www.motherjones.com/mojo/2014/02/liam-neeson-pissed-mayor-bill-de-blasio-horses-carriages-nyc-daily-show

RS_2014-02.bz2.deduped.txt:192406 - http://www.motherjones.com/kevin-drum/2014/02/second-look-tax-reform-act-2014-turns-out-be-pretty-good-effort

RS_2014-02.bz2.deduped.txt:194313 - http://www.motherjones.com/environment/2014/02/climate-change-murder-rape

RS_2014-02.bz2.deduped.txt:196077 - http://www.motherjones.com/politics/2014/02/ted-cruz-office-books-rafael-cruz-speaking-engagements

RS_2014-02.bz2.deduped.txt:196251 - http://www.motherjones.com/mojo/2014/02/fabulous-fab-tourre-goldman-sachs-university-chicago

RS_2014-02.bz2.deduped.txt:197589 - http://www.motherjones.com/politics/2014/02/guantanamo-bay-limitless-war-five-commandments-barack-obama

RS_2014-02.bz2.deduped.txt:198521 - http://www.motherjones.com/mojo/2014/02/alabama-man-convicted-raping-teenager-prison-time

RS_2014-02.bz2.deduped.txt:199146 - http://www.motherjones.com/mojo/2014/02/disney-stops-giving-money-boy-scouts-over-anti-gay-policies

RS_2017-09.bz2.deduped.txt:7703 - http://www.motherjones.com/crime-justice/2017/08/wells-fargo-actually-we-were-70-percent-more-corrupt-than-initially-revealed/

RS_2017-09.bz2.deduped.txt:10203 - http://www.motherjones.com/kevin-drum/2017/08/trump-cuts-obamacare-promotion-by-90/

RS_2017-09.bz2.deduped.txt:14074 - http://www.motherjones.com/food/2017/09/michael-padilla-school-lunch-shaming-hunger-health/

RS_2017-09.bz2.deduped.txt:15175 - http://www.motherjones.com/kevin-drum/2017/09/ryan-trump-should-leave-daca-alone/

RS_2017-09.bz2.deduped.txt:15895 - http://www.motherjones.com/environment/2017/09/if-you-think-the-government-will-do-something-about-chemical-explosions-in-the-wake-of-houston-think-again/

RS_2017-09.bz2.deduped.txt:18660 - http://www.motherjones.com/politics/2017/09/republicans-and-business-leaders-urge-trump-not-to-end-protections-for-dreamers/

RS_2017-09.bz2.deduped.txt:24286 - http://www.motherjones.com/politics/2017/08/climatedesk-theres-an-unbearable-chemical-smell-hovering-over-parts-of-houston-and-experts-are-worried/

RS_2017-09.bz2.deduped.txt:28059 - http://www.motherjones.com/politics/2016/12/black-immigrant-activists-brace-trump-presidency/

RS_2017-09.bz2.deduped.txt:28249 - http://www.motherjones.com/politics/2017/09/meet-the-anti-union-crusader-in-charge-of-rolling-back-regulations-at-trumps-labor-department/

RS_2017-09.bz2.deduped.txt:28564 - http://www.motherjones.com/politics/2017/09/teeth-dentists-dental-therapists/

RS_2017-09.bz2.deduped.txt:28595 - http://www.motherjones.com/environment/2017/09/harvey-is-an-unprecedented-catastrophe-for-wildlife-too/

RS_2017-09.bz2.deduped.txt:28692 - http://www.motherjones.com/environment/2017/09/houstons-engineering-crisis-finally-came-to-a-head/

RS_2017-09.bz2.deduped.txt:29964 - http://www.motherjones.com/politics/2016/08/donald-trump-model-management-illegal-immigration/

RS_2017-09.bz2.deduped.txt:37467 - http://www.motherjones.com/politics/2017/09/the-us-mexico-border-wall-actually-juts-into-the-ocean-where-surfers-staged-a-glorious-protest/

RS_2017-09.bz2.deduped.txt:38682 - http://www.motherjones.com/politics/2017/09/inside-the-growing-guest-worker-program-trapping-indian-students-in-virtual-servitude/

RS_2017-09.bz2.deduped.txt:38839 - http://www.motherjones.com/environment/2017/09/cant-fathom-harveys-magnitude-here-are-some-mind-boggling-numbers/

RS_2017-09.bz2.deduped.txt:40878 - http://www.motherjones.com/environment/2017/09/hurricane-irma-just-became-the-strongest-hurricane-on-record-in-the-atlantic-basin/

RS_2017-09.bz2.deduped.txt:42037 - http://www.motherjones.com/kevin-drum/2017/09/chart-of-the-day-marijuana-prices-have-plummeted-in-washington-state/
RS_2017-09.bz2.deduped.txt:45696 - http://www.motherjones.com/politics/2017/09/trump-administration-to-dreamers-prepare-to-self-deport/
RS_2017-09.bz2.deduped.txt:47476 - http://www.motherjones.com/politics/2017/04/jeff-sessions-alabama-trump-voting/
RS_2017-09.bz2.deduped.txt:49144 - http://www.motherjones.com/kevin-drum/2017/09/attention-automation-is-not-the-same-as-artificial-intelligence/
RS_2017-09.bz2.deduped.txt:49760 - http://www.motherjones.com/environment/2017/09/this-epa-statement-reads-like-something-youd-find-in-breitbart/
RS_2017-09.bz2.deduped.txt:53354 - http://www.motherjones.com/politics/1999/09/top-100-corporate-criminals-1990s/
RS_2017-09.bz2.deduped.txt:53599 - http://www.motherjones.com/politics/2017/09/trumps-russia-scandal-lawyer-says-hes-one-of-the-adults-in-the-white-house/
RS_2017-09.bz2.deduped.txt:55223 - http://www.motherjones.com/kevin-drum/2017/09/mitch-mcconnell-will-never-admit-it-but-democrats-just-gave-him-exactly-what-he-wants
RS_2017-09.bz2.deduped.txt:58027 - http://www.motherjones.com/environment/2017/09/climatedesk-trump-nasa-pick-global-warming-denier/
RS_2017-09.bz2.deduped.txt:58466 - http://www.motherjones.com/politics/2017/09/insys-fentanyl-mccaskill-investigation/
RS_2017-09.bz2.deduped.txt:60979 - http://www.motherjones.com/crime-justice/2017/09/charlottesville-and-voting-rights-loom-over-hearing-for-top-civil-rights-enforcer/
RS_2017-09.bz2.deduped.txt:61817 - http://www.motherjones.com/politics/2017/09/on-the-front-lines-of-the-trump-fueled-information-wars/
RS_2017-09.bz2.deduped.txt:65832 - http://www.motherjones.com/politics/2017/09/is-donald-trump-jr-trying-to-con-congress-on-russia-scandal/
RS_2017-09.bz2.deduped.txt:66472 - http://www.motherjones.com/politics/2017/09/1-in-4-dreamers-are-parents-of-us-citizens/
RS_2017-09.bz2.deduped.txt:67161 - http://www.motherjones.com/politics/2017/09/the-latest-jaw-dropping-numbers-from-the-opioid-crisis/
RS_2017-09.bz2.deduped.txt:74618 - http://www.motherjones.com/politics/2017/09/theres-no-middle-ground/
RS_2017-09.bz2.deduped.txt:74685 - http://www.motherjones.com/politics/2017/09/betsy-devos-plans-to-weaken-obamas-campus-sexual-assault-rules/
RS_2017-09.bz2.deduped.txt:75628 - http://www.motherjones.com/media/2017/09/rush-limbaugh-going-off-air-days-after-mocking-irma-as-liberal-conspiracy/
RS_2017-09.bz2.deduped.txt:77277 - http://www.motherjones.com/kevin-drum/2017/09/without-fox-news-republicans-would-be-in-a-world-of-hurt/
RS_2017-09.bz2.deduped.txt:77690 - http://www.motherjones.com/politics/2017/09/trumps-congressional-allies-are-manipulating-the-steele-dossier-to-undercut-the-russia-investigation/
RS_2017-09.bz2.deduped.txt:79371 - http://www.motherjones.com/environment/2017/09/trump-wanted-to-kill-this-obama-rule-then-came-the-hurricanes/
RS_2017-09.bz2.deduped.txt:80401 - http://www.motherjones.com/politics/2017/09/she-was-a-rising-star-at-a-major-university-then-a-lecherous-professor-made-her-life-hell/

RS_2017-09.bz2.deduped.txt:84819 - http://www.motherjones.com/media/2017/09/fighting-white-supremacists/

RS_2017-09.bz2.deduped.txt:84831 - http://www.motherjones.com/politics/2017/09/administration-isnt-sharing-dreamers-information-with-ice-but-another-threats-looms/

RS_2017-09.bz2.deduped.txt:87340 - http://motherjones.com/politics/2017/09/she-was-a-rising-star-at-a-major-university-then-a-lecherous-professor-made-her-life-hell/

RS_2017-09.bz2.deduped.txt:89939 - http://www.motherjones.com/environment/2017/09/when-texas-most-toxic-sites-flooded-these-are-the-communities-that-suffered-most/

RS_2017-09.bz2.deduped.txt:99647 - http://www.motherjones.com/media/2017/09/miss-america-contestants-take-on-trump-over-paris-climate-accord-charlottesville/

RS_2017-09.bz2.deduped.txt:105981 - http://www.motherjones.com/politics/2017/09/treasury-department-sued-over-steve-mnuchin-and-louise-lintons-kentucky-trip/

RS_2017-09.bz2.deduped.txt:108668 - http://www.motherjones.com/politics/2017/09/how-donald-trump-lied-to-conceal-his-moscow-business-partner/

RS_2017-09.bz2.deduped.txt:112073 - http://www.motherjones.com/politics/2017/09/how-donald-trump-lied-to-conceal-his-moscow-business-partner/?utm_content=buffer9ec0d&utm_medium=social&utm_source=twitter.com&utm_campaign=buffer

RS_2017-09.bz2.deduped.txt:113475 - http://www.motherjones.com/politics/2017/09/lawsuits-falsehoods-and-a-lot-of-white-men-trumps-election-commission-meets-amid-growing-controversy/

RS_2017-09.bz2.deduped.txt:113749 - http://www.motherjones.com/kevin-drum/2017/09/chart-of-the-day-household-income-finally-beats-1999-record/

RS_2017-09.bz2.deduped.txt:114318 - http://www.motherjones.com/politics/2017/09/background-checks-for-voting-get-floated-at-trump-election-commission-meeting/

RS_2017-09.bz2.deduped.txt:116732 - http://www.motherjones.com/environment/2017/09/is-your-shampoo-poisoning-your-drinking-water/

RS_2017-09.bz2.deduped.txt:117687 - http://www.motherjones.com/politics/2014/01/jpmorgan-jamie-dimon-raise-regulators/

RS_2017-09.bz2.deduped.txt:124205 - http://www.motherjones.com/politics/2017/09/with-claims-of-rampant-voter-fraud-trump-election-commission-lays-the-groundwork-for-new-restrictions/

RS_2017-09.bz2.deduped.txt:124480 - http://www.motherjones.com/politics/2017/09/trump-election-commissioner-sought-to-exclude-democrats-and-mainstream-republicans/

RS_2017-09.bz2.deduped.txt:125085 - http://www.motherjones.com/politics/2017/09/trump-wants-to-slash-americas-arts-budget-his-base-has-the-most-to-lose/

RS_2017-09.bz2.deduped.txt:125842 - http://www.motherjones.com/politics/2017/09/republicans-have-exactly-18-days-to-repeal-obamacare-heres-the-plan-to-do-it/

RS_2017-09.bz2.deduped.txt:126265 - http://www.motherjones.com/politics/2017/09/facebook-is-still-hiding-crucial-russia-intel-from-the-public/

RS_2017-09.bz2.deduped.txt:132381 - http://www.motherjones.com/politics/2017/09/putin-trump-election-panama-papers/

RS_2017-09.bz2.deduped.txt:132700 - http://www.motherjones.com/politics/2017/09/hillary-clinton-and-bernie-sanders-actually-kind-of-agree-on-the-future-of-the-democratic-party/
RS_2017-09.bz2.deduped.txt:133353 - http://www.motherjones.com/politics/2017/09/trump-says-no-deal-was-made-on-dreamers-and-border-security/
RS_2017-09.bz2.deduped.txt:136836 - http://www.motherjones.com/environment/2017/09/arizona-officials-allegedly-covered-up-how-hot-it-got-in-some-state-prisons/
RS_2017-09.bz2.deduped.txt:136902 - http://www.motherjones.com/politics/2017/09/whos-telling-the-truth-about-the-russia-meeting-kushner-or-trump-jr/
RS_2017-09.bz2.deduped.txt:138837 - http://www.motherjones.com/politics/2017/09/after-silence-trump-claims-bad-cell-phone-service-delayed-condolence-message-to-mexico/
RS_2017-09.bz2.deduped.txt:139718 - http://www.motherjones.com/politics/2017/09/gop-congressman-claims-charlottesvilles-deadly-white-nationalist-rally-was-a-left-wing-set-up/
RS_2017-09.bz2.deduped.txt:140922 - http://www.motherjones.com/politics/2017/04/geo-forced-labor-lawsuit/
RS_2017-09.bz2.deduped.txt:145403 - http://www.motherjones.com/politics/2017/09/new-mexico-remove-climate-change-evolution-public-education/
RS_2017-09.bz2.deduped.txt:147575 - http://www.motherjones.com/politics/2017/09/since-trumps-photo-op-with-black-college-leaders-hes-delivered-on-nothing-they-say/
RS_2017-09.bz2.deduped.txt:148012 - http://www.motherjones.com/environment/2017/09/harveys-poorest-victims-will-never-rebuild-theyre-getting-evicted/
RS_2017-09.bz2.deduped.txt:150566 - http://www.motherjones.com/politics/2015/07/native-americans-getting-shot-police/
RS_2017-09.bz2.deduped.txt:151363 - https://www.motherjones.com/politics/2017/09/new-mexico-remove-climate-change-evolution-public-education/
RS_2017-09.bz2.deduped.txt:151628 - http://www.motherjones.com/politics/2017/09/trump-nominee-cited-dred-scott-slavery-decision-as-sound-precedent/
RS_2017-09.bz2.deduped.txt:151903 - http://www.motherjones.com/politics/2017/09/the-far-rights-free-speech-fest-at-uc-berkeley-looks-unlikely-to-happen/
RS_2017-09.bz2.deduped.txt:151935 - http://www.motherjones.com/politics/2017/09/federal-judge-blocks-sessions-move-to-punish-sanctuary-cities/
RS_2017-09.bz2.deduped.txt:159579 - http://www.motherjones.com/environment/2017/09/harveys-poorest-victims-will-never-rebuild-theyre-getting-evicted/?utm_referrer=https%3A%2F%2Fzen.yandex.com
RS_2017-09.bz2.deduped.txt:161180 - http://www.motherjones.com/kevin-drum/2017/09/its-time-to-regulate-the-hell-out-of-credit-reporting-agencies/
RS_2017-09.bz2.deduped.txt:163654 - http://www.motherjones.com/kevin-drum/2017/09/perhaps-evangelicals-really-are-easy-to-command-after-all/
RS_2017-09.bz2.deduped.txt:169773 - http://www.motherjones.com/environment/2017/06/fat-shaming-diets-lindy-west-samantha-irby/
RS_2017-09.bz2.deduped.txt:171086 - http://www.motherjones.com/environment/2017/09/heres-what-trumps-epa-boss-was-up-to-while-disasters-struck/
RS_2017-09.bz2.deduped.txt:171108 - http://www.motherjones.com/politics/2017/09/trump-pick-for-civil-rights-role-is-a-lawyer-whos-pushed-voting-restrictions/

RS_2017-09.bz2.deduped.txt:175976 - http://www.motherjones.com/kevin-drum/2017/09/donald-trump-is-normalizing-bald-faced-lying/?utm_source=dlvr.it&utm_medium=twitter
RS_2017-09.bz2.deduped.txt:181472 - http://www.motherjones.com/politics/2017/09/the-trumps-say-theyre-opening-hotels-in-dallas-nashville-and-austin-theres-no-evidence-of-them/
RS_2017-09.bz2.deduped.txt:187747 - http://www.motherjones.com/politics/2017/09/how-trumps-top-lawyer-angered-senate-investigators/
RS_2017-09.bz2.deduped.txt:187786 - http://www.motherjones.com/kevin-drum/2017/09/trumpcare-3-0-will-eliminate-health-insurance-for-25-million-people/
RS_2017-09.bz2.deduped.txt:188875 - http://www.motherjones.com/kevin-drum/2017/09/the-left-seems-pretty-united-in-opposition-to-antifa/
RS_2017-09.bz2.deduped.txt:189475 - http://www.motherjones.com/kevin-drum/2017/09/americans-want-to-believe-weve-made-a-lot-more-progress-on-race-than-we-actually-have/
RS_2017-09.bz2.deduped.txt:189497 - http://www.motherjones.com/kevin-drum/2017/09/did-donald-trump-really-apologize-to-the-president-of-turkey/
RS_2017-09.bz2.deduped.txt:190362 - http://www.motherjones.com/politics/2017/09/trumps-pick-for-ambassador-to-russia-says-trump-is-wrong-about-russia/
RS_2017-09.bz2.deduped.txt:191083 - http://www.motherjones.com/kevin-drum/2017/09/heres-some-good-news-about-climate-change-really/
RS_2017-09.bz2.deduped.txt:193253 - http://www.motherjones.com/politics/2017/09/putins-pro-trump-operation-may-have-been-far-bigger-than-we-yet-know/
RS_2017-09.bz2.deduped.txt:193624 - http://www.motherjones.com/environment/2017/09/trump-is-deluded-if-he-thinks-he-can-negotiate-a-new-and-better-paris-climate-deal/
RS_2017-09.bz2.deduped.txt:199689 - http://www.motherjones.com/politics/2017/09/barack-obama-just-blasted-republican-efforts-to-repeal-the-affordable-care-act/
RS_2017-09.bz2.deduped.txt:204561 - http://www.motherjones.com/politics/2017/09/washington-just-sued-a-giant-private-prison-company-for-paying-immigrant-workers-1-per-day/
RS_2017-09.bz2.deduped.txt:205811 - http://www.motherjones.com/politics/2017/09/the-latest-push-to-deregulate-guns-could-make-gang-style-hits-easier/
RS_2017-09.bz2.deduped.txt:206799 - http://www.motherjones.com/politics/2017/09/the-gop-is-footing-trump-jr-s-legal-bills-is-that-legal/
RS_2017-09.bz2.deduped.txt:211503 - http://www.motherjones.com/politics/2017/09/if-you-text-sean-spicer-hell-contact-the-legal-authorities-1/
RS_2017-09.bz2.deduped.txt:211514 - http://www.motherjones.com/politics/2017/09/80-percent-of-trumps-appointees-are-men/
RS_2017-09.bz2.deduped.txt:213481 - http://www.motherjones.com/politics/2017/09/the-us-and-syria-are-now-the-only-two-countries-who-have-rejected-the-paris-accord/
RS_2017-09.bz2.deduped.txt:214389 - http://www.motherjones.com/politics/2017/09/turkish-president-erdogans-bodyguards-beat-up-us-protesters-again/
RS_2017-09.bz2.deduped.txt:218202 - http://www.motherjones.com/politics/2017/09/yahoo-indictment-offers-clues-russia-election-hacking/
RS_2017-09.bz2.deduped.txt:218210 - http://www.motherjones.com/politics/2017/09/the-5-biggest-myths-in-republicans-quest-to-lower-corporate-taxes/

RS_2017-09.bz2.deduped.txt:219641 - ht
tp://www.motherjones.com/politics/2017/09/wheelchair-rule-airlines-trump/
RS_2017-09.bz2.deduped.txt:220190 - http://www.motherjones.com/politics/2017/09/putin-just-
held-a-meeting-with-manaforts-russian-billionaire-buddy/
RS_2017-09.bz2.deduped.txt:220840 - http://www.motherjones.com/kevin-drum/2017/09/the-
republican-plan-on-taxes-is-to-declare-that-the-deficit-is-whatever-they-say-it-is/
RS_2017-09.bz2.deduped.txt:220892 - http://www.motherjones.com/politics/2017/09/trump-is-
about-to-release-a-permanent-version-of-the-travel-ban/
RS_2017-09.bz2.deduped.txt:223078 - http://www.motherjones.com/politics/2017/09/they-
came-to-america-fleeing-a-brutal-civil-war-trump-just-decided-they-need-to-go-back/
RS_2017-09.bz2.deduped.txt:224543 -
http://www.motherjones.com/environment/2017/09/trumps-job-killing-plan-to-kneecap-the-
solar-industry/
RS_2017-09.bz2.deduped.txt:224691 - http://www.motherjones.com/kevin-drum/2017/09/new-
report-fraternities-help-mediocrities-succeed/
RS_2017-09.bz2.deduped.txt:225176 - http://www.motherjones.com/politics/2017/09/the-gop-
health-bill-would-result-in-21-million-fewer-people-insured-3/
RS_2017-09.bz2.deduped.txt:226825 - http://www.motherjones.com/crime-justice/2017/09/in-
some-parallel-universe-congress-is-debating-how-america-could-atone-for-slavery-1/
RS_2017-09.bz2.deduped.txt:234836 - http://www.motherjones.com/politics/2017/09/a-group-
of-experts-wrote-a-book-about-donald-trumps-mental-health-and-the-controversy-has-just-
begun/
RS_2017-09.bz2.deduped.txt:237088 - http://www.motherjones.com/kevin-drum/2017/09/trump-
triples-down-on-white-racial-grievance-mongering/
RS_2017-09.bz2.deduped.txt:237616 -
http://www.motherjones.com/environment/2017/09/california-republicans-are-starting-to-act-
like-democrats/
RS_2017-09.bz2.deduped.txt:238750 - http://www.motherjones.com/politics/2017/09/nfl-
players-across-the-country-take-a-knee-in-response-to-trump/
RS_2017-09.bz2.deduped.txt:242951 - http://www.motherjones.com/politics/2017/09/democrats-
dont-need-to-win-texas-but-they-just-might-anyway/
RS_2017-09.bz2.deduped.txt:243852 - http://www.motherjones.com/politics/2017/09/the-
national-battle-over-voting-rights-comes-down-to-texas/
RS_2017-09.bz2.deduped.txt:245647 - http://www.motherjones.com/politics/2017/09/trump-
tweeting-about-nfl-protests-while-largely-ignoring-puerto-rico/
RS_2017-09.bz2.deduped.txt:248076 - http://www.motherjones.com/politics/2017/09/protesters-
in-wheelchairs-tried-to-shut-down-an-obamacare-repeal-hearing-cops-just-arrested-them/
RS_2017-09.bz2.deduped.txt:250171 - http://www.motherjones.com/politics/2017/09/heres-the-
email-ivanka-trump-sent-from-her-private-account-doing-government-work/
RS_2017-09.bz2.deduped.txt:250737 - http://www.motherjones.com/politics/2017/09/beto-
orourke-democrats-texas-ted-cruz/
RS_2017-09.bz2.deduped.txt:251119 - http://www.motherjones.com/politics/2017/09/the-man-
taking-on-ted-cruz-talks-sanders-single-payer-and-beowulf/
RS_2017-09.bz2.deduped.txt:251155 - http://www.motherjones.com/politics/2017/09/a-new-
study-shows-just-how-many-americans-were-blocked-from-voting-in-wisconsin-last-year/

RS_2017-09.bz2.deduped.txt:253361 - http://www.motherjones.com/politics/2017/09/milos-dumb-free-speech-stunt-cost-berkeley-800k-and-nothing-really-happened/
RS_2017-09.bz2.deduped.txt:254394 - http://www.motherjones.com/kevin-drum/2017/09/trump-foreign-policy-still-being-driven-by-fox-friends/
RS_2017-09.bz2.deduped.txt:255897 - http://www.motherjones.com/politics/2017/09/if-you-blame-hillary-clinton-for-benghazi-you-probably-couldnt-serve-on-this-jury/
RS_2017-09.bz2.deduped.txt:256226 - http://www.motherjones.com/politics/2017/09/roger-stone-picks-a-fight-with-intelligence-committee-ahead-of-testimony/
RS_2017-09.bz2.deduped.txt:257957 - http://www.motherjones.com/politics/2017/09/bernie-sanders-health-care-debate-was-a-good-idea-for-a-very-simple-reason/
RS_2017-09.bz2.deduped.txt:261292 - http://www.motherjones.com/food/2013/05/menace-manure-foam-still-haunting-huge-hog-farms/
RS_2017-09.bz2.deduped.txt:262873 - http://www.motherjones.com/politics/2017/09/the-wikileaks-tweets-roger-stone-cant-explain/
RS_2017-09.bz2.deduped.txt:263593 - http://www.motherjones.com/politics/2017/09/alabama-voters-are-battling-over-the-soul-of-the-republican-party/
RS_2017-09.bz2.deduped.txt:264690 - http://www.motherjones.com/crime-justice/2017/09/dea-administrator-stepping-down-trump-chuck-rosenberg/
RS_2017-09.bz2.deduped.txt:266807 - http://www.motherjones.com/environment/2017/09/detroits-water-system-is-falling-apart-your-city-could-be-next/
RS_2017-09.bz2.deduped.txt:269217 - http://www.motherjones.com/politics/2017/09/donald-trump-broke-the-republican-party-alabama-just-made-it-worse-1/
RS_2017-09.bz2.deduped.txt:271563 - http://www.motherjones.com/politics/2017/09/the-wikileaks-tweets-roger-stone-cant-explain-1/
RS_2017-09.bz2.deduped.txt:274871 - http://www.motherjones.com/politics/2017/09/watch-roy-moore-the-latest-gop-star-argue-for-criminalizing-homosexuality/
RS_2017-09.bz2.deduped.txt:277245 - http://www.motherjones.com/media/2017/09/cassidy-kimmel-lies/
RS_2017-09.bz2.deduped.txt:277851 - http://www.motherjones.com/politics/2017/09/fake-news-including-from-russian-sources-saturated-battleground-states-trump-barely-won/
RS_2017-09.bz2.deduped.txt:280432 - http://www.motherjones.com/environment/2017/09/meet-the-one-epa-employee-unafraid-to-call-out-scott-pruitt/
RS_2017-09.bz2.deduped.txt:280750 - http://www.motherjones.com/politics/2017/09/fake-news-including-from-russian-sources-saturated-battleground-states-trump-barely-won/?via=newsletter&source=CSAMedition#undefined.sfju
RS_2017-09.bz2.deduped.txt:286430 - http://www.motherjones.com/kevin-drum/2017/09/a-simple-look-at-middle-class-taxes-under-the-trump-plan/
RS_2017-09.bz2.deduped.txt:286929 - http://www.motherjones.com/politics/2017/09/a-louisiana-high-school-just-threatened-to-bench-athletes-who-kneel-during-the-anthem/
RS_2017-09.bz2.deduped.txt:291601 - http://www.motherjones.com/politics/2017/09/donald-trump-may-have-done-a-lot-more-than-just-take-a-photo-with-the-president-of-azerbaijan/
RS_2017-09.bz2.deduped.txt:292179 - http://www.motherjones.com/politics/2017/09/the-notorious-seafood-mogul-known-as-the-codfather-just-got-nearly-4-years-in-prison/
RS_2017-09.bz2.deduped.txt:296682 - http://www.motherjones.com/kevin-drum/2017/09/is-donald-trump-um-you-know-getting-a-little-forgetful/

RS_2017-09.bz2.deduped.txt:296708 - http://www.motherjones.com/kevin-drum/2017/09/economists-think-republicans-tax-numbers-are-a-joke/

RS_2017-09.bz2.deduped.txt:297353 - http://www.motherjones.com/politics/2017/09/house-democrats-call-for-investigation-of-trumps-puerto-rico-response/

RS_2017-09.bz2.deduped.txt:297937 - http://www.motherjones.com/politics/2017/09/tom-price-resigns-as-health-and-human-services-secretary/

RS_2017-09.bz2.deduped.txt:298106 - http://www.motherjones.com/politics/2017/09/cliven-bundys-lawyer-compares-his-armed-resistance-to-selma-marchers/

RS_2017-09.bz2.deduped.txt:298292 - http://www.motherjones.com/politics/2017/09/trump-hands-80-percent-of-proposed-tax-cut-to-top-1-percent/

RS_2017-09.bz2.deduped.txt:299235 - http://www.motherjones.com/politics/2017/09/trump-administration-says-aig-is-now-free-to-screw-the-economy-again/

RS_2017-09.bz2.deduped.txt:299362 - http://www.motherjones.com/media/2017/09/cassidy-kimmel-lies-1/

RS_2017-09.bz2.deduped.txt:300500 - http://www.motherjones.com/politics/2017/09/theres-a-new-lawsuit-against-trumps-election-commission/

RS_2017-09.bz2.deduped.txt:302021 - http://www.motherjones.com/environment/2017/09/heres-how-puerto-ricans-are-talking-about-climate-change/

RS_2017-09.bz2.deduped.txt:302716 - http://www.motherjones.com/politics/2017/09/san-juan-mayor-makes-emotional-plea-save-us-from-dying-1/

RS_2011-01.bz2.deduped.txt:1970 - http://motherjones.com/politics/2010/12/elizabeth-smart-verdict?page=5

RS_2011-01.bz2.deduped.txt:3626 - http://motherjones.com/mojo/2011/01/tales-debt-collection-crypt

RS_2011-01.bz2.deduped.txt:3641 - http://motherjones.com/politics/2011/01/haiti-rape-earthquake-mac-mcclelland

RS_2011-01.bz2.deduped.txt:4424 - http://motherjones.com/print/71606

RS_2011-01.bz2.deduped.txt:5473 - http://motherjones.com/mojo/2011/01/bank-of-america-wikileaks-defense-fail

RS_2011-01.bz2.deduped.txt:5926 - http://motherjones.com/blue-marble/2011/01/fred-upton-global-warming

RS_2011-01.bz2.deduped.txt:6872 - http://motherjones.com/kevin-drum/2011/01/social-security-dealmaking

RS_2011-01.bz2.deduped.txt:6906 - http://motherjones.com/mojo/2011/01/democrats-wasted-opportunity-health-reform

RS_2011-01.bz2.deduped.txt:8362 - http://motherjones.com/kevin-drum/2011/01/davos-man-different-you-and-me

RS_2011-01.bz2.deduped.txt:10022 - http://motherjones.com/environment/2011/01/obama-endangered-species-act

RS_2011-01.bz2.deduped.txt:10474 - http://motherjones.com/kevin-drum/2011/01/quote-day-bufferbloat

RS_2011-01.bz2.deduped.txt:11143 - http://motherjones.com/blue-marble/2011/01/rip-select-committee-global-warming

RS_2011-01.bz2.deduped.txt:12094 - http://motherjones.com/kevin-drum/2011/01/quotes-day-pitchforks-and-plutocrats

RS_2011-01.bz2.deduped.txt:12458 - http://motherjones.com/kevin-drum/2011/01/simple-taxes-thee-not-me

RS_2011-01.bz2.deduped.txt:12993 - http://motherjones.com/kevin-drum/2011/01/matt-yglesias

RS_2011-01.bz2.deduped.txt:13064 - http://motherjones.com/mojo/2011/01/few-anti-reform-dems-riding-repeal-wave

RS_2011-01.bz2.deduped.txt:13076 - http://motherjones.com/mojo/2011/01/jobs-december-unemployment-recovery

RS_2011-01.bz2.deduped.txt:13663 - http://motherjones.com/mojo/2011/01/gulet-mohamed-beaten-kuwait

RS_2011-01.bz2.deduped.txt:13750 - http://motherjones.com/blue-marble/2011/01/spill-report-spin-zone

RS_2011-01.bz2.deduped.txt:13986 - http://motherjones.com/kevin-drum/2011/01/demographics-and-destiny

RS_2011-01.bz2.deduped.txt:13992 - http://motherjones.com/blue-marble/2011/01/fiji-water-sued-greenwashing

RS_2011-01.bz2.deduped.txt:16572 - http://motherjones.com/politics/2011/01/gops-plan-b-kill-health-reform

RS_2011-01.bz2.deduped.txt:18005 - http://motherjones.com/mojo/2011/01/grijalva-giffords-shooting-tea-party-palin

RS_2011-01.bz2.deduped.txt:18889 - http://m.motherjones.com/politics/2011/01/jared-lee-loughner-friend-voicemail-phone-message

RS_2011-01.bz2.deduped.txt:19039 - http://m.motherjones.com/politics/2011/01/jared-lee-loughner-friend-voicemail-phone-message?page=1

RS_2011-01.bz2.deduped.txt:19110 - http://m.motherjones.com/politics/2011/01/jared-lee-loughner-friend-voicemail-phone-message?mwh=1

RS_2011-01.bz2.deduped.txt:19266 - http://motherjones.com/politics/2011/01/jared-lee-loughner-friend-voicemail-phone-message

RS_2011-01.bz2.deduped.txt:19390 - http://motherjones.com/politics/2011/01/jared-lee-loughner-friend-voicemail-phone-message?page=1

RS_2011-01.bz2.deduped.txt:19517 - http://motherjones.com/politics/2011/01/jared-lee-loughner-friend-voicemail-phone-message?page=2#comment-126769127

RS_2011-01.bz2.deduped.txt:19672 - http://motherjones.com/politics/2011/01/michele-bachmann-christian-reconstructionists

RS_2011-01.bz2.deduped.txt:20643 - http://motherjones.com/print/93981

RS_2011-01.bz2.deduped.txt:20849 - http://m.motherjones.com/politics/2011/01/haiti-rape-earthquake-mac-mcclelland

RS_2011-01.bz2.deduped.txt:21366 - http://motherjones.com/mojo/2011/01/filibuster-reform-jeff-merkley

RS_2011-01.bz2.deduped.txt:22138 - http://motherjones.com/politics/2011/01/obama-drone-memo-dilemma

RS_2011-01.bz2.deduped.txt:22848 - http://motherjones.com/rights-stuff/2011/01/rebuilding-haiti-rich

RS_2011-01.bz2.deduped.txt:23465 - http://motherjones.com/kevin-drum/2011/01/whos-afraid-glenn-beck

RS_2011-01.bz2.deduped.txt:24009 - http://motherjones.com/blue-marble/2011/01/state-denies-request-info-transcanada-connection

RS_2011-01.bz2.deduped.txt:24047 - http://motherjones.com/politics/2011/01/oil-spill-commission-final

RS_2011-01.bz2.deduped.txt:24401 - http://motherjones.com/politics/2011/01/oil-spill-commission-final?page=1

final?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2011-01.bz2.deduped.txt:24918 - http://motherjones.com/politics/2011/01/sovereign-citizens-jared-lee-loughne

RS_2011-01.bz2.deduped.txt:25573 - http://motherjones.com/politics/2011/01/haiti-rape-earthquake-mac-mcclelland?page=1

RS_2011-01.bz2.deduped.txt:25926 - http://motherjones.com/mojo/2011/01/contractor-hid-iraq-seven-years-over-us-rape-charge

RS_2011-01.bz2.deduped.txt:26141 - http://motherjones.com/kevin-drum/2011/01/wages-sin-arenothing-much

RS_2011-01.bz2.deduped.txt:26502 - http://motherjones.com/mojo/2011/01/stranger-targets-sarah-palin

RS_2011-01.bz2.deduped.txt:26526 - http://motherjones.com/politics/2011/01/sovereign-citizens-jared-lee-loughner

RS_2011-01.bz2.deduped.txt:26656 - http://motherjones.com/blue-marble/2011/01/flashback-bachmann-called-armed-and-dangerous-citzenry-climate-bill

RS_2011-01.bz2.deduped.txt:26667 - http://motherjones.com/print/15092

RS_2011-01.bz2.deduped.txt:26793 - http://motherjones.com/mojo/2011/01/republican-budget-cuts-spending?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2011-01.bz2.deduped.txt:27051 - http://motherjones.com/blue-marble/2011/01/epa-rejects-spruce-no-1-permit

RS_2011-01.bz2.deduped.txt:27110 - http://motherjones.com/politics/2011/01/gulet-mohamed-fbi-illegal-interrogation

RS_2011-01.bz2.deduped.txt:29984 - http://motherjones.com/rights-stuff/2011/01/haiti-aid-dilemma-clinton

RS_2011-01.bz2.deduped.txt:30105 - http://motherjones.com/mojo/2011/01/whats-happening-tunisia-explained

RS_2011-01.bz2.deduped.txt:30966 - http://motherjones.com/riff/2011/01/mission-high-world-history-benton

RS_2011-01.bz2.deduped.txt:31566 - http://motherjones.com/blue-marble/2011/01/fiji-waters-tall-tales

RS_2011-01.bz2.deduped.txt:32016 - http://motherjones.com/politics/2011/01/lockheed-martin-shadowing-you

RS_2011-01.bz2.deduped.txt:32074 - http://motherjones.com/blue-marble/2011/01/fish-school

RS_2011-01.bz2.deduped.txt:35688 - http://motherjones.com/mojo/2011/01/republican-budget-cut-middle-class

RS_2011-01.bz2.deduped.txt:38739 - http://motherjones.com/politics/2011/01/gulet-mohamed-suing-get-home?utm_source=feedburner

RS_2011-01.bz2.deduped.txt:40619 - http://motherjones.com/media/2011/01/martin-luther-king-powerpoint

RS_2011-01.bz2.deduped.txt:41034 - http://motherjones.com/blue-marble/2011/01/what-kinds-chemicals-in-our-bodies

RS_2011-01.bz2.deduped.txt:46193 - http://motherjones.com/mojo/2011/01/nra-advocates-midway-gun-lobby-second-amendment

RS_2011-01.bz2.deduped.txt:46415 - http://motherjones.com/kevin-drum/2011/01/abortion-and-race

RS_2011-01.bz2.deduped.txt:46434 - http://motherjones.com/kevin-drum/2011/01/chart-day-done-40

RS_2011-01.bz2.deduped.txt:46448 - http://motherjones.com/environment/2011/01/mine-safety-massey-msha

RS_2011-01.bz2.deduped.txt:46453 - http://motherjones.com/politics/2011/01/citizens-united-anniversary-money-politics

RS_2011-01.bz2.deduped.txt:47044 - http://motherjones.com/mojo/2011/01/breaking-fbi-interrogating-gulet-mohamed-without-counsel-dc-airport?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+|+MoJoBlog%29&utm_content=Twitter

RS_2011-01.bz2.deduped.txt:47842 - http://motherjones.com/environment/2010/10/william-lind-public-transit-racism

RS_2011-01.bz2.deduped.txt:47852 - http://motherjones.com/politics/2011/01/reagan-alzheimers-family-feud-lesley-stahl

RS_2011-01.bz2.deduped.txt:48005 - http://motherjones.com/politics/2011/01/nra-tucson-mccarthy

RS_2011-01.bz2.deduped.txt:48613 - http://motherjones.com/mojo/2011/01/gulet-mohamed-air-his-way-home

RS_2011-01.bz2.deduped.txt:49940 - http://motherjones.com/mojo/2011/01/gop-health-care-tort-reform

RS_2011-01.bz2.deduped.txt:51660 - http://motherjones.com/mojo/2011/01/florida-gop-champions-freedom-liberty-and-busted-poop-tanks

RS_2011-01.bz2.deduped.txt:53070 - http://motherjones.com/print/89861

RS_2011-01.bz2.deduped.txt:53088 - http://motherjones.com/mojo/2011/01/will-irs-kill-calis-pot-boom

RS_2011-01.bz2.deduped.txt:53770 - http://motherjones.com/politics/2011/01/wegrow-dhar-mann-derek-peterson

RS_2011-01.bz2.deduped.txt:54018 - http://motherjones.com/politics/2011/01/republican-public-financing-cantor-corporation

RS_2011-01.bz2.deduped.txt:54036 - http://motherjones.com/mojo/2011/01/republican-report-cut-middle-class-boehner

RS_2011-01.bz2.deduped.txt:55947 - http://motherjones.com/politics/2011/01/death-threat-palin-critic

RS_2011-01.bz2.deduped.txt:58920 - http://motherjones.com/environment/2011/01/mark-hertsgaard-adaptation-nyc-chicago

RS_2011-01.bz2.deduped.txt:59162 - http://motherjones.com/politics/2011/01/chamber-commerces-health-care-reform

RS_2011-01.bz2.deduped.txt:59851 - http://motherjones.com/mojo/2011/01/whats-happening-egypt-explained

RS_2011-01.bz2.deduped.txt:60463 - http://motherjones.com/mojo/2011/01/pot-card-covert-ops-iowa-california-venice-beach

RS_2011-01.bz2.deduped.txt:61660 - http://motherjones.com/blue-marble/2011/01/energy-climate-obama-sotu

RS_2011-01.bz2.deduped.txt:61895 - http://motherjones.com/politics/2011/01/gop-resurrects-death-panels?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29&utm_content=Twitter

RS_2011-01.bz2.deduped.txt:62159 - http://motherjones.com/politics/2011/01/financial-crisis-mortgage-foreclosure

RS_2011-01.bz2.deduped.txt:62692 - http://motherjones.com/mojo/2011/01/what-gop-liked-about-obamas-speech

RS_2011-01.bz2.deduped.txt:63243 - http://motherjones.com/politics/2011/01/republican-plan-redefine-rape-abortion

RS_2011-01.bz2.deduped.txt:63321 - http://motherjones.com/kevin-drum/2011/01/corporate-tax-reform-still-possible

RS_2011-01.bz2.deduped.txt:64097 - http://motherjones.com/politics/2011/01/cow-most-sacred

RS_2011-01.bz2.deduped.txt:64178 - http://motherjones.com/environment/2011/01/haiti-searches-solar-future

RS_2011-01.bz2.deduped.txt:65623 - http://motherjones.com/blue-marble/2011/01/us-teachers-dont-teach-evolution

RS_2011-01.bz2.deduped.txt:66751 - http://m.motherjones.com/politics/2011/01/republican-plan-redefine-rape-abortion

RS_2011-01.bz2.deduped.txt:67584 - http://motherjones.com/politics/2011/01/republican-plan-redefine-rape-abortion?UTM_source=Feedburner

RS_2011-01.bz2.deduped.txt:67597 - http://motherjones.com/politics/2011/01/democrats-target-outside-spending-crossroads-gps

RS_2011-01.bz2.deduped.txt:69438 - http://motherjones.com/mojo/2011/01/house-dems-plan-play-hardball

RS_2011-01.bz2.deduped.txt:69904 - http://motherjones.com/environment/2011/01/which-dangerous-toxins-are-your-pot

RS_2011-01.bz2.deduped.txt:71040 - http://motherjones.com/politics/2011/01/arizona-birther-bill-deny-obama-reelection

RS_2013-03.bz2.deduped.txt:2075 - http://www.motherjones.com/mojo/2013/03/al-qaeda-hits-obama-supporting-same-sex-marriage

RS_2013-03.bz2.deduped.txt:2206 - http://www.motherjones.com/mojo/2013/03/democratic-convention-corporate-money-duke-energy-loan

RS_2013-03.bz2.deduped.txt:2278 - http://www.motherjones.com/mojo/2013/03/south-dakota-women-cant-think-weekends

RS_2013-03.bz2.deduped.txt:2446 - http://www.motherjones.com/kevin-drum/2013/03/conservatives-need-leave-their-comfort-zone-poverty-charity-and-welfare

RS_2013-03.bz2.deduped.txt:2909 - http://www.motherjones.com/politics/2013/03/google-facebook-sopa-privacy

RS_2013-03.bz2.deduped.txt:4387 - http://www.motherjones.com/blue-marble/2013/03/shell-arctic-drilling-timeline

RS_2013-03.bz2.deduped.txt:4437 - http://www.motherjones.com/kevin-drum/2013/03/the-sequester-explained

RS_2013-03.bz2.deduped.txt:4441 - http://www.motherjones.com/blue-marble/2013/03/shell-arctic-drilling-timeline#.UTCPUbAXK0Q.reddit

RS_2013-03.bz2.deduped.txt:8288 - http://www.motherjones.com/mojo/2013/03/ashley-judd-dc-im-three-time-rape-survivor

RS_2013-03.bz2.deduped.txt:8299 - http://www.motherjones.com/politics/2013/03/violence-against-women-act-reauthorization-house-senate-votes

RS_2013-03.bz2.deduped.txt:8809 - http://www.motherjones.com/tom-philpott/2013/03/sugar-kills-real-food-heals

RS_2013-03.bz2.deduped.txt:8891 - http://www.motherjones.com/environment/2013/03/green-projects-us-military

RS_2013-03.bz2.deduped.txt:9644 - http://www.motherjones.com/tom-philpott/2013/02/study-organic-tomatoes-are-better-you

RS_2013-03.bz2.deduped.txt:15527 - http://www.motherjones.com/environment/2013/02/us-navy-spends-4-billion-fuel-every-year

RS_2013-03.bz2.deduped.txt:17994 - http://www.motherjones.com/politics/2013/03/baseball-dominican-system-yewri-guillen

RS_2013-03.bz2.deduped.txt:18847 - http://www.motherjones.com/politics/2013/03/theres-no-such-thing-liberal-war-science

RS_2013-03.bz2.deduped.txt:19183 - http://www.motherjones.com/blue-marble/2013/03/chart-how-win-climate-argument

RS_2013-03.bz2.deduped.txt:19686 - http://www.motherjones.com/kevin-drum/2013/03/heres-one-reason-its-so-hard-pass-liberal-legislation

RS_2013-03.bz2.deduped.txt:19869 - http://www.motherjones.com/politics/2013/03/baseball-dominican-system-yewri-guillen?slide=0

RS_2013-03.bz2.deduped.txt:21859 - http://www.motherjones.com/kevin-drum/2013/03/obama-plans-pick-pace-judges

RS_2013-03.bz2.deduped.txt:22585 - http://www.motherjones.com/mojo/2013/02/h1b-visa-bloomberg-foreign-workers-smarter

RS_2013-03.bz2.deduped.txt:23881 - http://www.motherjones.com/mojo/2013/03/obama-admin-says-it-can-use-lethal-force-against-americans-us-soil

RS_2013-03.bz2.deduped.txt:23994 - http://www.motherjones.com/blue-marble/2013/03/were-getting-scarily-close-permafrost-tipping-point#.UTXgXWte5M0.reddit

RS_2013-03.bz2.deduped.txt:24631 - http://www.motherjones.com/print/217811

RS_2013-03.bz2.deduped.txt:27122 - http://www.motherjones.com/blue-marble/2013/03/were-getting-scarily-close-permafrost-tipping-point

RS_2013-03.bz2.deduped.txt:27240 - http://www.motherjones.com/blue-marble/2013/03/promiscuous-bees-mean-less-food-security-humans

RS_2013-03.bz2.deduped.txt:29654 - http://www.motherjones.com/mojo/2013/03/mitt-romneys-twisted-defense-his-47-percent-rant

RS_2013-03.bz2.deduped.txt:33010 - http://www.motherjones.com/tom-philpott/2013/03/study-eating-fresh-local-and-organic-wont-protect-you-nasty-chemicals

RS_2013-03.bz2.deduped.txt:33899 - http://www.motherjones.com/mojo/2013/03/financial-crisis-inquiry-commission-lawsuit-documents-cause-action

RS_2013-03.bz2.deduped.txt:35905 - http://www.motherjones.com/mojo/2013/03/personhood-advocates-pledge-try-again-mississippi
RS_2013-03.bz2.deduped.txt:38629 - http://www.motherjones.com/mojo/2013/03/anti-government-hate-groups-southern-poverty-law-center-report#.UTaPNBNYFQs.reddit
RS_2013-03.bz2.deduped.txt:39301 - http://www.motherjones.com/mojo/2013/03/lautenberg-terrorists-guns
RS_2013-03.bz2.deduped.txt:40819 - http://www.motherjones.com/mojo/2013/03/holder-president-cant-order-drone-attack-americans-us-soil#.UTjnPbMWRpA.reddit
RS_2013-03.bz2.deduped.txt:41601 - http://www.motherjones.com/mojo/2013/03/texas-congressman-wants-create-george-w-bush-national-park
RS_2013-03.bz2.deduped.txt:43494 - http://www.motherjones.com/mojo/2013/03/daily-caller-bob-menendez-sex-money
RS_2013-03.bz2.deduped.txt:44637 - http://www.motherjones.com/mojo/2013/03/sequestration-cuts-navy-cocaine-united-states
RS_2013-03.bz2.deduped.txt:45618 - http://www.motherjones.com/mojo/2013/03/arkansas-gov-and-legislature-locked-fight-over-abortion-bans
RS_2013-03.bz2.deduped.txt:47891 - http://www.motherjones.com/mojo/2013/03/suleiman-abu-gaith-republicans-arrest
RS_2013-03.bz2.deduped.txt:48136 - http://www.motherjones.com/blue-marble/2013/03/new-hockey-stick-graph-scarier
RS_2013-03.bz2.deduped.txt:48908 - http://www.motherjones.com/mojo/2013/03/rand-paul-drones-filibuster-fundraising-campaign
RS_2013-03.bz2.deduped.txt:50681 - http://www.motherjones.com/mojo/2013/03/white-nationalist-work-featured-conservative-conference-organizers
RS_2013-03.bz2.deduped.txt:50813 - http://motherjones.com/politics/2013/03/happy-anniversary-iraq-war
RS_2013-03.bz2.deduped.txt:50896 - http://www.motherjones.com/blue-marble/2013/03/navy-says-biofuels-priority-even-sequester
RS_2013-03.bz2.deduped.txt:52143 - http://m.motherjones.com/politics/2013/02/panda-hillary-clinton-sex-tape-freedomworks-matt-kibbe-dick-armey
RS_2013-03.bz2.deduped.txt:52181 - http://www.motherjones.com/media/2013/03/hbo-game-thrones-season-3-interview-david-benioff-dan-weiss
RS_2013-03.bz2.deduped.txt:54009 - http://www.motherjones.com/print/218271
RS_2013-03.bz2.deduped.txt:55850 - http://www.motherjones.com/blue-marble/2013/01/lead-shooting-ranges-osha
RS_2013-03.bz2.deduped.txt:58823 - http://www.motherjones.com/media/2013/03/teju-cole-interview-twitter-drones-small-fates
RS_2013-03.bz2.deduped.txt:59619 - http://www.motherjones.com/mojo/2013/03/saturday-night-live-jesus-sketch-american-family-association
RS_2013-03.bz2.deduped.txt:60218 - http://www.motherjones.com/media/2013/03/photography-garry-winogrand-sfmoma-retrospective
RS_2013-03.bz2.deduped.txt:60920 - http://www.motherjones.com/politics/2013/03/drones-explained
RS_2013-03.bz2.deduped.txt:63190 - http://www.motherjones.com/politics/2013/03/utah-suicide-gun-laws-traffic-fatalities

RS_2013-03.bz2.deduped.txt:63310 - http://www.motherjones.com/kevin-drum/2013/03/paul-ryan-hates-obamacare-loves-obamacares-taxes

RS_2013-03.bz2.deduped.txt:63936 - http://www.motherjones.com/politics/2001/03/sugarcoating-reagan

RS_2013-03.bz2.deduped.txt:64438 - http://www.motherjones.com/politics/2013/03/state-map-gun-suicides-traffic-deaths

RS_2013-03.bz2.deduped.txt:64953 - http://www.motherjones.com/kevin-drum/2013/03/raising-retirement-age-screws-working-poor

RS_2013-03.bz2.deduped.txt:70203 - http://www.motherjones.com/kevin-drum/2013/03/paul-ryan-does-not-accept-tax-increases-fiscal-cliff-deal-all

RS_2013-03.bz2.deduped.txt:70770 - http://www.motherjones.com/politics/2013/03/thomas-perez-secretary-labor-grassley-progressive

RS_2013-03.bz2.deduped.txt:70796 - http://www.motherjones.com/politics/2013/03/obama-ofa-access-donations-clinton-lincoln-bedroom

RS_2013-03.bz2.deduped.txt:70803 - http://www.motherjones.com/kevin-drum/2013/03/paul-ryans-new-plan-cut-spending-non-rich

RS_2013-03.bz2.deduped.txt:72687 - http://www.motherjones.com/mojo/2013/03/david-corn-hardball-paul-ryan-budget-obamacare

RS_2013-03.bz2.deduped.txt:72937 - http://www.motherjones.com/blue-marble/2013/03/two-years-after-fukushima-us-nuke-plants-still-risk-meltdown

RS_2013-03.bz2.deduped.txt:74269 - http://www.motherjones.com/blue-marble/2013/03/climate-change-biggest-threat-says-top-navy-commander-pacific

RS_2013-03.bz2.deduped.txt:74420 - http://www.motherjones.com/blue-marble/2013/03/most-radioactive-man-earth

RS_2013-03.bz2.deduped.txt:77563 - http://www.motherjones.com/mojo/2013/03/anti-government-hate-groups-southern-poverty-law-center-report

RS_2013-03.bz2.deduped.txt:77943 - http://www.motherjones.com/politics/2013/03/iccf-conservation-caucus-congress-environment-nonprofit

RS_2013-03.bz2.deduped.txt:78333 - http://www.motherjones.com/mojo/2013/03/most-deceptive-statement-about-violence-against-women-ever

RS_2013-03.bz2.deduped.txt:78716 - http://www.motherjones.com/politics/2013/03/justice-department-civil-rights-division-inspector-general-report

RS_2013-03.bz2.deduped.txt:78731 - http://www.motherjones.com/mojo/2013/03/texas-county-sought-death-penalty-blacks-three-times-more-often

RS_2013-03.bz2.deduped.txt:79298 - http://www.motherjones.com/mojo/2013/03/suicides-vs-handgun-background-checks

RS_2013-03.bz2.deduped.txt:82495 - http://www.motherjones.com/tom-philpott/2013/03/bpa-harmless-not-so-fast

RS_2013-03.bz2.deduped.txt:83528 - http://www.motherjones.com/politics/2013/03/microsoft-stem-education-coalition-h1b-visa-outsourcing

RS_2013-03.bz2.deduped.txt:84083 - http://www.motherjones.com/mojo/2013/03/source-47-percent-video-go-public

RS_2013-03.bz2.deduped.txt:86927 - http://www.motherjones.com/mojo/2013/03/cpac-panels-we-initially-thought-were-parodies-dick-morris

RS_2013-03.bz2.deduped.txt:87986 - http://www.motherjones.com/mojo/2013/03/giant-mosquitos-set-descend-florida-campaign-

season?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%
2Fmojoblog+(MotherJones.com+%7C+MoJoBlog)

RS_2013-03.bz2.deduped.txt:88033 - http://www.motherjones.com/politics/2013/03/what-
happens-when-you-defund-planned-parenthood

RS_2013-03.bz2.deduped.txt:88542 - http://www.motherjones.com/media/2013/03/data-brokers-
selling-personal-information

RS_2013-03.bz2.deduped.txt:88692 - http://www.motherjones.com/politics/2013/02/assault-
weapons-high-capacity-magazines-mass-shootings-feinstein

RS_2013-03.bz2.deduped.txt:89330 - http://www.motherjones.com/tom-philpott/2013/03/chinas-
dead-hog-scandal-gross%E2%80%94-so-are-our-factories-farms

RS_2013-03.bz2.deduped.txt:89935 - http://www.motherjones.com/politics/2012/11/space-
warfare-and-future-us-global-power

RS_2013-03.bz2.deduped.txt:91917 - http://www.motherjones.com/politics/2013/03/scott-
prouty-47-percent-video

RS_2013-03.bz2.deduped.txt:93926 - http://www.motherjones.com/kevin-
drum/2013/03/members-congress-daughters-vote-better-womens-issues

RS_2013-03.bz2.deduped.txt:96296 - http://www.motherjones.com/environment/2013/03/david-
martosko-daily-caller-humane-society-animal-rights-facebook

RS_2013-03.bz2.deduped.txt:96737 - http://www.motherjones.com/politics/2013/03/former-
congressional-ethics-chair-my-16000-african-safari-was-research-al-qaeda#.UUL-
n08dHQY.reddit

RS_2013-03.bz2.deduped.txt:96756 - http://www.motherjones.com/mojo/2013/03/crazy-gun-
laws-newtown#.UUL9I8s1-W4.reddit

RS_2013-03.bz2.deduped.txt:98062 - http://www.motherjones.com/mojo/2013/03/scott-prouty-
47-percent-legal-assistance-fund

RS_2013-03.bz2.deduped.txt:98660 - http://m.motherjones.com/tom-philpott/2013/03/chinas-
dead-hog-scandal-gross—-so-are-our-factories-farms

RS_2013-03.bz2.deduped.txt:98911 - http://www.motherjones.com/photoessays/2011/09/nypd-
rookies-dangerous-beat/mott-haven

RS_2013-03.bz2.deduped.txt:99817 - http://www.motherjones.com/mojo/2013/03/sarah-palin-
cpac-2013-one-liner

RS_2013-03.bz2.deduped.txt:101591 - http://www.motherjones.com/slideshows/2012/01/worst-
emissions-pollutors/scherer-plant-juliette-georgia

RS_2013-03.bz2.deduped.txt:101842 - http://www.motherjones.com/mojo/2013/03/elizabeth-
warren-speech-consumer-federation-nra-big-banks-gop

RS_2013-03.bz2.deduped.txt:103067 - http://www.motherjones.com/politics/2013/03/former-
congressional-ethics-chair-my-16000-african-safari-was-research-al-qaeda

RS_2013-03.bz2.deduped.txt:103074 - http://www.motherjones.com/mojo/2013/03/jp-morgan-
chase-senate-hearing-london-whale-derivatives-jamie-dimon-occ

RS_2013-03.bz2.deduped.txt:104704 - http://m.motherjones.com/blue-marble/2013/03/north-
carolina-alec-duke-energy-hb-298-hager

RS_2013-03.bz2.deduped.txt:107699 - http://www.motherjones.com/kevin-
drum/2013/03/liberals-are-annoying

RS_2013-03.bz2.deduped.txt:108863 - http://www.motherjones.com/politics/2013/03/iraq-war-
spin-bush-david-corn

RS_2013-03.bz2.deduped.txt:111079 - http://www.motherjones.com/kevin-drum/2013/03/yes-course-iraq-war-was-partly-about-oil

RS_2013-03.bz2.deduped.txt:111517 - http://www.motherjones.com/mojo/2013/03/court-says-obama-cant-keep-talking-about-drones-and-still-call-them-secret

RS_2013-03.bz2.deduped.txt:111551 - http://www.motherjones.com/mojo/2013/03/mitch-mcconnell-republican-party-billionaires-fundraising-senate

RS_2013-03.bz2.deduped.txt:111721 - http://www.motherjones.com/environment/2013/03/eat-burger-wont-kill-you

RS_2013-03.bz2.deduped.txt:112481 - http://www.motherjones.com/mojo/2013/03/cpac-where-ashley-judd-rape-jokes-happen

RS_2013-03.bz2.deduped.txt:114507 - http://m.motherjones.com/tom-philpott/2013/03/yet-again-agribiz-sneaks-friendly-riders-unrelated-bill

RS_2013-03.bz2.deduped.txt:115963 - http://www.motherjones.com/blue-marble/2013/03/tennessee-mountaintop-removal-china-conservative

RS_2013-03.bz2.deduped.txt:116118 - http://m.motherjones.com/politics/2011/12/leadup-iraq-war-timeline

RS_2013-03.bz2.deduped.txt:116892 - http://www.motherjones.com/politics/2013/03/rape-wartime-vietnam

RS_2013-03.bz2.deduped.txt:118888 - http://www.motherjones.com/mojo/2013/03/sen-carl-levin-irs-dark-money

RS_2013-03.bz2.deduped.txt:118947 - http://www.motherjones.com/environment/2013/03/eat-burger-wont-kill-you?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2013-03.bz2.deduped.txt:119517 - http://www.motherjones.com/environment/2013/03/how-vernal-utah-learned-love-big-oil

RS_2013-03.bz2.deduped.txt:119731 - http://www.motherjones.com/mojo/2013/03/charts-cost-iraq-war

RS_2013-03.bz2.deduped.txt:119771 - http://www.motherjones.com/blue-marble/2013/03/now-manatees-are-dying-both-florida-coasts

RS_2013-03.bz2.deduped.txt:122065 - http://www.motherjones.com/blue-marble/2013/03/one-degree-warming-twice-many-katrina-sized-hurricanes

RS_2013-03.bz2.deduped.txt:123862 - http://www.motherjones.com/politics/2013/03/rick-perry-texas-enterprise-fund-audit

RS_2013-03.bz2.deduped.txt:125146 - http://www.motherjones.com/politics/2013/03/chair-climate-change-subcommittee-jury-still-out-climate-change

RS_2013-03.bz2.deduped.txt:125464 - http://www.motherjones.com/politics/2013/03/south-carolina-bill-protect-doctors-compiling-secret-gun-registry-obama

RS_2013-03.bz2.deduped.txt:126223 - http://www.motherjones.com/politics/2013/03/chair-climate-change-subcommittee-jury-still-out-climate-change?google_editors_picks=true

RS_2013-03.bz2.deduped.txt:126478 - http://www.motherjones.com/mojo/2013/03/ken-cuccinelli-slavery-abortion-virginia-governor-election

RS_2013-03.bz2.deduped.txt:127039 - http://www.motherjones.com/mojo/2013/03/paul-ryan-budget-deficit-defense-spending-cbpp

RS_2013-03.bz2.deduped.txt:127847 - http://www.motherjones.com/politics/2008/03/am-i-torturer

RS_2013-03.bz2.deduped.txt:127958 - http://www.motherjones.com/tom-philpott/2013/03/ag-ag-illegal-undercover-film-livestock

RS_2013-03.bz2.deduped.txt:130514 - http://www.motherjones.com/politics/2013/03/chair-climate-change-subcommittee-jury-still-out-climate-change?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2013-03.bz2.deduped.txt:130762 - http://www.motherjones.com/politics/2013/03/chair-climate-change-subcommittee-jury-still-out-climate-change?

RS_2013-03.bz2.deduped.txt:132791 - http://www.motherjones.com/politics/2013/03/prostitution-diversion-programs-texas-pdi-new-life

RS_2013-03.bz2.deduped.txt:133519 - http://www.motherjones.com/politics/2013/03/keystone-xl-contractor-ties-transcanada-state-department

RS_2013-03.bz2.deduped.txt:134087 - http://www.motherjones.com/mojo/2013/03/cass-sunstein-glenn-beck-two-minutes-hates

RS_2013-03.bz2.deduped.txt:135901 - http://www.motherjones.com/politics/2013/03/anti-woman-march-madness

RS_2013-03.bz2.deduped.txt:136172 - http://www.motherjones.com/kevin-drum/2013/03/construction-employment-followup-luring-workers-back-now-our-big-problem

RS_2013-03.bz2.deduped.txt:136727 - http://www.motherjones.com/politics/2013/03/guns-nra-national-rifle-association-wants-states-legalize-silencers-supressors

RS_2013-03.bz2.deduped.txt:139450 - http://www.motherjones.com/transition/inter.php?dest=http://www.motherjones.com/politics/2013/03/pycon-2013-sexism-dongle-richards

RS_2013-03.bz2.deduped.txt:142853 - http://www.motherjones.com/mojo/2013/03/even-these-republican-women-lawmakers-think-nd-went-too-far

RS_2013-03.bz2.deduped.txt:143355 - http://www.motherjones.com/mojo/2013/03/swap-jurisdiction-certainty-act-house-representatives-cross-border-derivative-regulation

RS_2013-03.bz2.deduped.txt:143912 - http://www.motherjones.com/politics/2013/03/thomas-perez-grassley-st-paul-darrell-issa-quid-pro-quo#.UUwwzqe1ftM.reddit

RS_2013-03.bz2.deduped.txt:144895 - http://www.motherjones.com/mojo/2013/03/iraq-war-richard-perle-npr

RS_2013-03.bz2.deduped.txt:146194 - http://www.motherjones.com/kevin-drum/2013/03/heres-why-budget-deficit-such-dc-obsession

RS_2013-03.bz2.deduped.txt:147064 - http://www.motherjones.com/mojo/2013/03/gop-senator-wants-require-23-majority-gun-laws

RS_2013-03.bz2.deduped.txt:147102 - http://www.motherjones.com/blue-marble/2013/03/one-degree-warming-twice-many-katrina-sized-hurricanes?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2FTheBlueMarble+%28Mother+Jones+%7C+The+Blue+Marble%29

RS_2013-03.bz2.deduped.txt:149212 - http://www.motherjones.com/politics/2013/03/louisiana-attorney-general-says-angola-3-have-never-been-held-solitary-confinement

RS_2013-03.bz2.deduped.txt:149618 - http://www.motherjones.com/politics/2013/03/thomas-perez-grassley-st-paul-darrell-issa-quid-pro-quo

RS_2013-03.bz2.deduped.txt:151196 - http://www.motherjones.com/mojo/2013/03/nra-wayne-lapierre-michael-bloomberg-gun-control

RS_2013-03.bz2.deduped.txt:152798 - http://m.motherjones.com/mojo/2013/03/pentagon-1-billion-protect-america-north-korea-nonexistent-long-range-missiles

RS_2013-03.bz2.deduped.txt:155598 - http://www.motherjones.com/mojo/2013/03/michael-bloomberg-ad-blitz-12-million-gun-control-congress

RS_2013-03.bz2.deduped.txt:163575 - http://www.motherjones.com/mojo/2013/03/felons-gun-rights-unconstitutional-louisiana

RS_2013-03.bz2.deduped.txt:165212 - http://m.motherjones.com/mojo/2013/03/latest-conservative-outrage-about-duck-penis

RS_2013-03.bz2.deduped.txt:165985 - http://www.motherjones.com/mojo/2013/03/why-gop-should-love-duck-penises

RS_2013-03.bz2.deduped.txt:166744 - http://www.motherjones.com/mojo/2013/03/latest-conservative-outrage-about-duck-penis

RS_2013-03.bz2.deduped.txt:167535 - http://www.motherjones.com/politics/2013/03/scalia-worst-things-said-written-about-homosexuality-court

RS_2013-03.bz2.deduped.txt:172868 - http://www.motherjones.com/mojo/2013/03/pentagon-paying-380-million-useless-missile-everyone-hates

RS_2013-03.bz2.deduped.txt:173573 - http://www.motherjones.com/politics/2013/03/intuit-turbotax-fought-free-simple-tax-filing

RS_2013-03.bz2.deduped.txt:173741 - http://www.motherjones.com/politics/2013/03/intuit-turbotax-fought-free-simple-tax-filing?xp

RS_2013-03.bz2.deduped.txt:175533 - http://www.motherjones.com/mojo/2013/03/north-dakota-wins-state-state-race-bottom-womens-health

RS_2013-03.bz2.deduped.txt:175589 - http://www.motherjones.com/politics/2013/03/hillary-clinton-president-2016-campaign-money-omalley-cuomo

RS_2013-03.bz2.deduped.txt:175640 - http://www.motherjones.com/tom-philpott/2013/03/not-just-bees-bayers-pesticide-may-harm-birds-too

RS_2013-03.bz2.deduped.txt:176583 - http://www.motherjones.com/tom-philpott/2013/03/pork-industry-flack-gestation-crate-ban-show

RS_2013-03.bz2.deduped.txt:178120 - http://www.motherjones.com/blue-marble/2013/03/train-derailment-ignites-keystone-debate

RS_2013-03.bz2.deduped.txt:178237 - http://www.motherjones.com/mojo/2013/03/zuckerberg-advocacy-group-100-million-donation-newark-schools

RS_2013-03.bz2.deduped.txt:180571 - http://www.motherjones.com/politics/2013/03/background-checks-gun-control-senate

RS_2013-03.bz2.deduped.txt:181661 - http://www.motherjones.com/mojo/2013/03/no-joke-north-dakota-named-freest-state-country

RS_2013-03.bz2.deduped.txt:181864 - http://www.motherjones.com/environment/2013/03/does-fracking-cause-earthquakes-wastewater-dewatering

RS_2013-03.bz2.deduped.txt:182207 - http://www.motherjones.com/politics/2013/03/can-nato-drone-computer-hackers

RS_2013-03.bz2.deduped.txt:183064 - http://www.motherjones.com/politics/2006/05/predator-state

RS_2013-03.bz2.deduped.txt:183196 - http://www.motherjones.com/mojo/2013/03/supreme-court-defense-marriage-act-challenge

RS_2013-03.bz2.deduped.txt:183204 - http://www.motherjones.com/blue-marble/2013/03/oklahoma-earthquake-oil-fracking-geology

RS_2013-03.bz2.deduped.txt:185587 - http://m.motherjones.com/mixed-media/2013/03/film-review-gi-joe-retaliation-so-much-political-trolling-the-rock-channing-tatum
RS_2013-03.bz2.deduped.txt:188130 - http://www.motherjones.com/politics/2013/03/kids-fight-school-shooters-alice-newtown
RS_2013-03.bz2.deduped.txt:188185 - http://www.motherjones.com/politics/2013/03/daniel-weitzner-internet-privacy-coalition
RS_2013-03.bz2.deduped.txt:188256 - http://www.motherjones.com/kevin-drum/2013/03/our-honeybees-are-still-dying
RS_2013-03.bz2.deduped.txt:189397 - http://www.motherjones.com/politics/2013/03/adam-lanza-search-warrant-guns-nra
RS_2013-03.bz2.deduped.txt:189514 - http://www.motherjones.com/blue-marble/2013/03/how-many-cinnabons-2000-calories-how-many-almonds
RS_2013-03.bz2.deduped.txt:189641 - http://www.motherjones.com/politics/2013/03/daniel-weitzner-internet-privacy-coalition?utm_medium=referral&utm_source=t.co
RS_2013-03.bz2.deduped.txt:192795 - http://www.motherjones.com/environment/2013/03/rendell-op-ed-fracking-fails-disclose-industry-ties
RS_2013-03.bz2.deduped.txt:193510 - http://www.motherjones.com/politics/2013/03/senate-hair-salon-barber-taxpayer
RS_2013-03.bz2.deduped.txt:193816 - http://www.motherjones.com/kevin-drum/2013/03/presidents-budget-may-include-entitlement-cuts
RS_2013-03.bz2.deduped.txt:194129 - http://www.motherjones.com/politics/2013/03/ken-cuccinelli-slavery-abortion-virginia-governor-susan-b-anthony
RS_2013-03.bz2.deduped.txt:197952 - http://www.motherjones.com/mojo/2013/03/eight-things-alito-has-ruled-are-younger-cell-phones-and-internet?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29
RS_v2_2009-07.bz2.deduped.txt:1601 - http://www.motherjones.com/blue-marble/2009/06/study-98-percent-eco-friendly-products-make-misleading-claims
RS_v2_2009-07.xz.deduped.txt:6383 - http://www.motherjones.com/politics/2009/07/patriots-guide-legalization
RS_v2_2009-07.xz.deduped.txt:6858 - http://www.motherjones.com/special-reports/2009/07/totally-wasted
RS_v2_2009-07.xz.deduped.txt:7287 - http://www.motherjones.com/blue-marble/2009/06/internet-can-boil-pasta-and-heat-my-home-too
RS_v2_2009-07.xz.deduped.txt:7951 - http://www.motherjones.com/politics/2009/07/quiz-just-say-know
RS_v2_2009-07.xz.deduped.txt:8407 - http://www.motherjones.com/kevin-drum/2009/07/cheese-eating-healthcare
RS_v2_2009-07.xz.deduped.txt:8652 - http://www.motherjones.com/politics/2009/07/we-bring-fear
RS_v2_2009-07.xz.deduped.txt:12044 - http://www.motherjones.com/kevin-drum/2009/07/torture-thee-not-me
RS_v2_2009-07.xz.deduped.txt:13077 - http://www.motherjones.com/politics/2009/07/high-sierras

RS_v2_2009-07.xz.deduped.txt:14762 - http://www.motherjones.com/politics/2009/07/drug-war-six-acts

RS_v2_2009-07.xz.deduped.txt:16285 - http://www.motherjones.com/mojo/2009/07/how-they-kept-emilio-locked-7-months

RS_v2_2009-07.xz.deduped.txt:17206 - http://www.motherjones.com/mojo/2009/07/cop-treasurys-transparency-disheartening

RS_v2_2009-07.xz.deduped.txt:17767 - http://www.motherjones.com/photoessays/2007/09/sea-change

RS_v2_2009-07.xz.deduped.txt:17861 - http://www.motherjones.com/politics/2009/07/public-option-enemy-no-1

RS_v2_2009-07.xz.deduped.txt:18045 - http://www.motherjones.com/environment/2007/09/photos-sea-change

RS_v2_2009-07.xz.deduped.txt:25089 - http://www.motherjones.com/politics/2009/07/apocalypse-ciao-let-end-times-roll

RS_v2_2009-07.xz.deduped.txt:25380 - http://www.motherjones.com/kevin-drum/2008/09/backfire-effect

RS_v2_2009-07.xz.deduped.txt:25850 - http://www.motherjones.com/politics/2009/07/delayed-nuclear-reaction

RS_v2_2009-07.xz.deduped.txt:28551 - http://www.motherjones.com/politics/2009/07/us-trained-death-squads

RS_v2_2009-07.xz.deduped.txt:29356 - http://www.motherjones.com/riff/2009/07/end-era-california-cracks-down-nude-beaches

RS_v2_2009-07.xz.deduped.txt:31605 - http://www.motherjones.com/kevin-drum/2009/07/goldmans-billions-0

RS_v2_2009-07.xz.deduped.txt:35127 - http://www.motherjones.com/politics/2009/07/cowboys-of-kabul

RS_v2_2009-07.xz.deduped.txt:35313 - http://www.motherjones.com/riff/2009/07/how-confront-catcallers

RS_v2_2009-07.xz.deduped.txt:36351 - http://www.motherjones.com/politics/2009/09/csi-watergate

RS_v2_2009-07.xz.deduped.txt:38196 - http://www.motherjones.com/politics/2009/07/how-you-finance-goldman-sachs%E2%80%99-profits

RS_v2_2009-07.xz.deduped.txt:39110 - http://www.motherjones.com/mojo/2009/07/spending-money-save-money

RS_v2_2009-07.xz.deduped.txt:41266 - http://www.motherjones.com/politics/2009/08/feds-cracking-down-right-wing-terrorists

RS_v2_2008-12.xz.deduped.txt:1264 - http://www.motherjones.com/blue_marble_blog/archives/2008/12/11119_charge_your_cel.html

RS_v2_2008-12.xz.deduped.txt:2498 - http://www.motherjones.com/mojoblog/archives/2008/12/11132_obama_drops_windfall_profits_tax.html

RS_v2_2008-12.xz.deduped.txt:2569 - http://www.motherjones.com/blue_marble_blog/archives/2008/12/11145_making_iraq_fer.html

RS_v2_2008-12.xz.deduped.txt:3317 - http://www.motherjones.com/washington_dispatch/2006/12/melvin_goodman.html

RS_v2_2008-12.xz.deduped.txt:3514 - http://www.motherjones.com/commentary/fiore/2008/12/clapper.html

RS_v2_2008-12.xz.deduped.txt:4137 - http://www.motherjones.com/washington_dispatch/2008/12/phillip-morris-smoke-screen.html

RS_v2_2008-12.xz.deduped.txt:4866 - http://www.motherjones.com/kevin-drum/2008/12/on_hold_in_canada.html

RS_v2_2008-12.xz.deduped.txt:6308 - http://www.motherjones.com/mojoblog/archives/2008/12/11189_new_palin_expenses.html

RS_v2_2008-12.xz.deduped.txt:6539 - http://www.motherjones.com/mojoblog/archives/2008/12/11207_video_rally_obama_citizenship_supreme_court.html

RS_v2_2008-12.xz.deduped.txt:7697 - http://www.motherjones.com/mojoblog/archives/2008/12/11209_salvation_army.html

RS_v2_2008-12.xz.deduped.txt:9376 - http://www.motherjones.com/mojoblog/archives/2008/12/11226_george_bush_new_neighborhood.html

RS_v2_2008-12.xz.deduped.txt:9697 - http://www.motherjones.com/news/feature/2008/11/greens-gone-wild.html

RS_v2_2008-12.xz.deduped.txt:10171 - http://www.motherjones.com/kevin-drum/2008/12/race_and_status.html

RS_v2_2008-12.xz.deduped.txt:10772 - http://www.motherjones.com/commentary/columns/2008/12/cuba-blogger-crackdown-yoani-sanchez.html

RS_v2_2008-12.xz.deduped.txt:13632 - http://www.motherjones.com/mojoblog/archives/2008/12/11290_palin_emails_10000_alaska.html

RS_v2_2008-12.xz.deduped.txt:14797 - http://www.motherjones.com/kevin-drum/2008/12/and_now_for_something_complete.html

RS_v2_2008-12.xz.deduped.txt:15136 - http://www.motherjones.com/mojoblog/archives/2008/12/11305_michigan_never_vote_republican_auto_bailout.html

RS_v2_2008-12.xz.deduped.txt:16204 - http://www.motherjones.com/blue_marble_blog/archives/2008/12/11117_drug-czar.html

RS_v2_2008-12.xz.deduped.txt:17748 - http://www.motherjones.com/mojoblog/archives/2008/12/11338_background_on_iraqi_journalist_shoes_bush.html

RS_v2_2008-12.xz.deduped.txt:19176 - http://www.motherjones.com/mojoblog/archives/2008/12/11353_top_ten_ethics_scandals_2008.html

RS_v2_2008-12.xz.deduped.txt:19231 - http://www.motherjones.com/mojoblog/archives/2008/12/11358_poll_american_public_opinion_deeply_at_odds_with_rest_of_the_world.html

RS_v2_2008-12.xz.deduped.txt:19509 - http://www.motherjones.com/riff_blog/archives/2008/12/11363_top_ten_awesome.html

RS_v2_2008-12.xz.deduped.txt:20512 - http://www.motherjones.com/interview/2008/12/eugene-jarecki.html

RS_v2_2008-12.xz.deduped.txt:20794 -
http://www.motherjones.com/mojoblog/archives/2008/12/11378_rick_warren_invocation_inaugu
ration.html
RS_v2_2008-12.xz.deduped.txt:20812 -
http://www.motherjones.com/mojoblog/archives/2008/12/11380_did_bernie_mado.html
RS_v2_2008-12.xz.deduped.txt:21024 -
http://www.motherjones.com/photo/2007/07/hidden_half-9.html
RS_v2_2008-12.xz.deduped.txt:21802 -
http://www.motherjones.com/news/feature/2000/11/offshore.html
RS_v2_2008-12.xz.deduped.txt:22970 -
http://www.motherjones.com/mojoblog/archives/2008/12/11403_blm_utah_lease_sale.html
RS_v2_2008-12.xz.deduped.txt:23715 -
http://www.motherjones.com/mojoblog/archives/2008/12/11402_warren_obama_inauguration_n
ot_about_gay_marriage.html
RS_v2_2008-12.xz.deduped.txt:26923 - http://www.motherjones.com/kevin-
drum/2008/12/stimulus_and_energy_efficiency.html
RS_v2_2008-12.xz.deduped.txt:30477 - http://www.motherjones.com/kevin-
drum/2008/12/nightmare_on_main_stree.html?welcome=true
RS_v2_2008-12.xz.deduped.txt:31869 -
http://www.motherjones.com/mojoblog/archives/2008/12/11486_no_republicans_condemn_bara
ck_magical_negro.html
RS_v2_2008-12.xz.deduped.txt:33951 - http://www.motherjones.com/kevin-
drum/2008/12/my_blogosphere_whines.html
RS_v2_2006-08.xz.deduped.txt:51 -
http://www.motherjones.com/news/exhibit/2006/07/exhibit.html
RS_v2_2006-08.xz.deduped.txt:3999 -
http://www.motherjones.com/news/update/2006/08/conservatives_against_war_on_drugs.html
RS_v2_2006-08.xz.deduped.txt:4125 - http://www.motherjones.com/bush_war_timeline/
RS_v2_2006-08.xz.deduped.txt:4305 -
http://www.motherjones.com/bush_war_timeline/index.html
RS_2013-09.bz2.deduped.txt:5723 - http://www.motherjones.com/kevin-drum/2013/09/syria-
obama-republicans-putin-saudi
RS_2013-09.bz2.deduped.txt:8847 - http://www.motherjones.com/politics/2009/06/sonia-
sotomayors-prose-problem
RS_2013-09.bz2.deduped.txt:9542 - http://www.motherjones.com/tom-philpott/2013/09/corn-
and-beef-sucking-high-plains-dry
RS_2013-09.bz2.deduped.txt:9808 - http://www.motherjones.com/kevin-drum/2013/09/pew-abc-
poll-syria-strikes
RS_2013-09.bz2.deduped.txt:10937 - http://www.motherjones.com/kevin-drum/2013/09/obama-
planned-syrian-gas-attacks-limbaugh-bodansky
RS_2013-09.bz2.deduped.txt:12018 - http://www.motherjones.com/environment/2013/08/peak-
chicken
RS_2013-09.bz2.deduped.txt:12622 - http://www.motherjones.com/politics/2013/09/college-
student-loans-debt-tuition-charts
RS_2013-09.bz2.deduped.txt:12751 - http://www.motherjones.com/politics/2013/08/where-does-
your-congressman-or-senator-stand-syria

RS_2013-09.bz2.deduped.txt:15512 - http://www.motherjones.com/politics/2013/09/new-study-politics-makes-you-innumerate

RS_2013-09.bz2.deduped.txt:15800 - http://www.motherjones.com/kevin-drum/2013/09/would-bombing-syria-deter-use-chemical-weapons

RS_2013-09.bz2.deduped.txt:17670 - http://www.motherjones.com/mojo/2013/09/kkk-naacp-meeting-casper-wyoming-quotes

RS_2013-09.bz2.deduped.txt:18289 - http://www.motherjones.com/kevin-drum/2013/09/grand-bargain-dead

RS_2013-09.bz2.deduped.txt:18936 - http://www.motherjones.com/politics/2013/09/syria-joel-rosenberg-damascus-countdown-magog

RS_2013-09.bz2.deduped.txt:20249 - http://www.motherjones.com/politics/2013/09/alison-lundergan-grimes-fundraising-jeffrey-katzenberg

RS_2013-09.bz2.deduped.txt:23139 - http://www.motherjones.com/politics/2013/09/ken-cuccinelli-virginia-attack-ad-duped-workers-mcauliffe

RS_2013-09.bz2.deduped.txt:23305 - http://www.motherjones.com/politics/2013/09/mitch-mcconnell-syria-kentucky-tea-party-senate-election

RS_2013-09.bz2.deduped.txt:24617 - http://www.motherjones.com/blue-marble/2013/09/anti-pollution-rules-beijing-air

RS_2013-09.bz2.deduped.txt:24883 - http://www.motherjones.com/politics/2013/09/charts-college-presidents-overpaid-pay

RS_2013-09.bz2.deduped.txt:26884 - http://www.motherjones.com/politics/2013/09/university-president-financial-perks-petraeus

RS_2013-09.bz2.deduped.txt:27415 - http://www.motherjones.com/politics/2013/09/d-bruce-hanes-county-clerk-pennsylvania-gay-marriage

RS_2013-09.bz2.deduped.txt:28833 - http://www.motherjones.com/politics/2013/09/syria-debate-congress-guide

RS_2013-09.bz2.deduped.txt:29422 - http://www.motherjones.com/blue-marble/2013/08/leaked-report-ipcc-fifth-assessment

RS_2013-09.bz2.deduped.txt:29450 - http://www.motherjones.com/mojo/2013/09/mitch-mcconnell-syria-vote-red-line

RS_2013-09.bz2.deduped.txt:29473 - http://www.motherjones.com/environment/2013/09/hurricane-season-ipcc-sandy

RS_2013-09.bz2.deduped.txt:30431 - http://www.motherjones.com/politics/2013/09/john-mccain-world-attack-map-syria

RS_2013-09.bz2.deduped.txt:31432 - http://www.motherjones.com/kevin-drum/2013/09/robots-will-win-our-hearts-they-destroy-us-all

RS_2013-09.bz2.deduped.txt:31644 - http://www.motherjones.com/politics/2013/09/john-mccain-world-attack-map-syria?google_editors_picks=true

RS_2013-09.bz2.deduped.txt:33381 - http://www.motherjones.com/politics/2013/09/us-military-bases-africa

RS_2013-09.bz2.deduped.txt:35779 - http://www.motherjones.com/kevin-drum/2013/09/snowden-disclosures-nsa-bombshell-decryption

RS_2013-09.bz2.deduped.txt:36665 - http://www.motherjones.com/politics/2013/09/why-obama-sought-congressional-authorization-syria

RS_2013-09.bz2.deduped.txt:37840 - http://www.motherjones.com/environment/2013/09/study-heatwaves-sandy-climate-change

RS_2013-09.bz2.deduped.txt:38056 - http://www.motherjones.com/media/2013/09/interview-katy-butler-knockin-heavens-door-end-life-care-overtreatment

RS_2013-09.bz2.deduped.txt:41397 - http://www.motherjones.com/kevin-drum/2013/09/republicans-house-syria-against

RS_2013-09.bz2.deduped.txt:43288 - http://m.motherjones.com/politics/2013/09/john-mccain-world-attack-map-syria

RS_2013-09.bz2.deduped.txt:43926 - http://www.motherjones.com/environment/2013/09/health-benefit-eating-weeds

RS_2013-09.bz2.deduped.txt:45485 - http://www.motherjones.com/kevin-drum/2013/09/barrett-brown-105-years-jail-posting-link

RS_2013-09.bz2.deduped.txt:45563 - http://www.motherjones.com/mojo/2013/09/syria-conspiracy-theories-chemical-weapons-republican-congressmen

RS_2013-09.bz2.deduped.txt:46132 - http://www.motherjones.com/environment/2013/09/cover-crops-no-till-david-brandt-farms

RS_2013-09.bz2.deduped.txt:46768 - http://www.motherjones.com/kevin-drum/2013/09/court-nsa-warrantless-search-american-records

RS_2013-09.bz2.deduped.txt:48269 - http://www.motherjones.com/politics/2013/09/ebay-rock-cam-surveillance

RS_2013-09.bz2.deduped.txt:54735 - http://www.motherjones.com/tom-philpott/2013/09/chinas-antibiotic-meat-livestock

RS_2013-09.bz2.deduped.txt:54814 - http://www.motherjones.com/tom-philpott/2013/09/chinas-antibiotic-meat-livestock?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2FTomPhilpott+%28Tom+Philpott%29

RS_2013-09.bz2.deduped.txt:54833 - http://www.motherjones.com/mojo/2013/09/richmond-eminent-domain-wall-street-nightmare

RS_2013-09.bz2.deduped.txt:55181 - http://m.motherjones.com/kevin-drum/2013/09/barrett-brown-105-years-jail-posting-link

RS_2013-09.bz2.deduped.txt:56631 - http://www.motherjones.com/mixed-media/2013/09/boardwalk-empire-hbo-season-four-al-capone-narcisse

RS_2013-09.bz2.deduped.txt:56873 - http://www.motherjones.com/mixed-media/2013/09/its-always-sunny-philadelphia-season-9-gun-control-politics

RS_2013-09.bz2.deduped.txt:56943 - http://www.motherjones.com/blue-marble/2013/09/50-dirtiest-power-plants-us?google_editors_picks=true

RS_2013-09.bz2.deduped.txt:59127 - http://www.motherjones.com/politics/2013/09/nsa-timeline-surveillance

RS_2013-09.bz2.deduped.txt:59303 - http://www.motherjones.com/mojo/2013/09/income-report-top-ten-percent-earners

RS_2013-09.bz2.deduped.txt:59845 - http://www.motherjones.com/kevin-drum/2013/09/fisa-court-shut-down-nsa-phone-records-program

RS_2013-09.bz2.deduped.txt:60802 - http://www.motherjones.com/mojo/2013/09/creationist-science-texas-textbook-review-evolution-climate-change

RS_2013-09.bz2.deduped.txt:61143 - http://www.motherjones.com/mojo/2013/09/benghazi-syria-allen-west-conservative-talking-point

RS_2013-09.bz2.deduped.txt:61457 - http://www.motherjones.com/mojo/2013/09/george-zimmerman-frank-taffe-white-supremacist-podcast

RS_2013-09.bz2.deduped.txt:62241 - http://www.motherjones.com/politics/2013/04/charts-international-adoption-trends-liberia-haiti-uganda-congo-ethiopia-kyrgyzstan

RS_2013-09.bz2.deduped.txt:62657 - http://www.motherjones.com/kevin-drum/2013/09/rich-just-keep-pulling-away-rest-us

RS_2013-09.bz2.deduped.txt:62861 - http://www.motherjones.com/mojo/2013/09/fox-news-syria-war-biblical-prophecy

RS_2013-09.bz2.deduped.txt:63563 - http://www.motherjones.com/politics/2013/09/flying-pig-nsa-impersonates-google

RS_2013-09.bz2.deduped.txt:64499 - http://www.motherjones.com/kevin-drum/2013/09/syria-diplomacy-starting-break-shoals-reality

RS_2013-09.bz2.deduped.txt:64719 - http://www.motherjones.com/mojo/2013/09/orson-scott-card-pbs-north-carolina

RS_2013-09.bz2.deduped.txt:66100 - http://www.motherjones.com/mojo/2013/09/sports-illustrated-exclusive-college-students-smoke-marijuana

RS_2013-09.bz2.deduped.txt:66227 - http://www.motherjones.com/kevin-drum/2013/09/no-obama-didnt-plan-syrian-inspections-he-did-something-better

RS_2013-09.bz2.deduped.txt:66249 - http://www.motherjones.com/kevin-drum/2013/09/democrats-budget-2014-continuing-resolution

RS_2013-09.bz2.deduped.txt:66586 - http://www.motherjones.com/politics/2013/09/flying-pig-spying-nsa-impersonates-google?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2013-09.bz2.deduped.txt:66605 - http://www.motherjones.com/environment/2013/09/virgin-america-fuel-performance-ratings

RS_2013-09.bz2.deduped.txt:66689 - http://www.motherjones.com/politics/2013/09/larry-summers-citigroup-conflict-interest-fed-chair

RS_2013-09.bz2.deduped.txt:66813 - http://www.motherjones.com/politics/2013/09/syrian-rebel-aid-handwritten-receipts

RS_2013-09.bz2.deduped.txt:68051 - http://www.motherjones.com/tom-philpott/2013/09/gao-squaks-usdas-plan-speed-poultry-kill-lines

RS_2013-09.bz2.deduped.txt:69267 - http://www.motherjones.com/kevin-drum/2013/09/facebook-zuckerberg-nsa-surveillance

RS_2013-09.bz2.deduped.txt:69838 - http://www.motherjones.com/mojo/2013/09/ted-cruz-we-need-100-more-jesse-helms

RS_2013-09.bz2.deduped.txt:72849 - http://www.motherjones.com/kevin-drum/2013/09/budget-republicans-doomed

RS_2013-09.bz2.deduped.txt:73094 - http://www.motherjones.com/media/2013/09/sudhir-venkatesh-floating-city-interview

RS_2013-09.bz2.deduped.txt:73389 - http://www.motherjones.com/kevin-drum/2011/07/return-8x8-myth

RS_2013-09.bz2.deduped.txt:74855 - http://www.motherjones.com/environment/2013/09/bloomberg-de-blasio-climate-new-york

RS_2013-09.bz2.deduped.txt:75237 - http://www.motherjones.com/kevin-drum/2013/09/british-banks-about-get-more-consumer-friendly

RS_2013-09.bz2.deduped.txt:78422 - http://www.motherjones.com/mojo/2013/09/hoeven-syria-war-keystone-xl-pipeline

RS_2013-09.bz2.deduped.txt:80324 - http://www.motherjones.com/environment/2013/09/9-surprising-foods-have-more-sugar-krispy-kreme-donut

RS_2013-09.bz2.deduped.txt:81445 - http://www.motherjones.com/kevin-drum/2013/09/buck-america-we-must-have-more-war

RS_2013-09.bz2.deduped.txt:81670 - http://www.motherjones.com/politics/2013/08/eric-schlosser-command-control-excerpt-nuclear-weapons

RS_2013-09.bz2.deduped.txt:83164 - http://www.motherjones.com/mojo/2013/09/hoeven-syria-war-keystone-xl-pipeline?1

RS_2013-09.bz2.deduped.txt:85311 - http://www.motherjones.com/mojo/2013/09/stand-your-ground-justifiable-homicide-increase

RS_2013-09.bz2.deduped.txt:89272 - http://www.motherjones.com/environment/2013/09/food-waste-carbon-emissions

RS_2013-09.bz2.deduped.txt:90311 - http://www.motherjones.com/politics/2013/08/matrix-nfl-football-owners

RS_2013-09.bz2.deduped.txt:92633 - http://www.motherjones.com/politics/2013/09/police-cell-phone-search-warrant-supreme-court

RS_2013-09.bz2.deduped.txt:94116 - http://www.motherjones.com/mojo/2013/09/chart-washington-gridlock-income-inequality

RS_2013-09.bz2.deduped.txt:94433 - http://www.motherjones.com/kevin-drum/2013/09/tea-party-really-really-really-wants-sabotage-obamacare

RS_2013-09.bz2.deduped.txt:95656 - http://www.motherjones.com/environment/2013/09/against-rebuilding-sandy-coastline-resilience

RS_2013-09.bz2.deduped.txt:98719 - http://www.motherjones.com/tom-philpott/2013/09/cdc-meat-industry-yes-you-contribute-antibiotic-resistance

RS_2013-09.bz2.deduped.txt:101205 - http://www.motherjones.com/environment/2013/09/climate-colorado-floods-causation

RS_2013-09.bz2.deduped.txt:101698 - http://www.motherjones.com/politics/2013/09/charts-income-inequality-middle-class-census

RS_2013-09.bz2.deduped.txt:102095 - http://www.motherjones.com/kevin-drum/2013/09/gridlock-economy-tea-party

RS_2013-09.bz2.deduped.txt:102133 - http://www.motherjones.com/politics/2013/09/navy-yard-aaron-alexis-background-check-shooting

RS_2013-09.bz2.deduped.txt:102179 - http://www.motherjones.com/politics/2013/09/lenders-vet-borrowers-social-media-facebook

RS_2013-09.bz2.deduped.txt:102207 - http://m.motherjones.com/documents/787401-secretary-general-report-of-cw-investigation

RS_2013-09.bz2.deduped.txt:104515 - http://www.motherjones.com/mojo/2013/09/private-prisons-occupancy-quota-cca-crime

RS_2013-09.bz2.deduped.txt:105381 - http://www.motherjones.com/blue-marble/2013/09/easy-fix-food-waste-problem-labels-nrdc

RS_2013-09.bz2.deduped.txt:106365 - http://www.motherjones.com/mojo/2013/09/private-prisons-occupancy-quota-cca-crime?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2013-09.bz2.deduped.txt:108573 - http://www.motherjones.com/politics/2013/09/big-oil-lawsuit-bobby-jindal-louisiana

RS_2013-09.bz2.deduped.txt:108656 - http://www.motherjones.com/blue-marble/2013/09/david-mckinley-climate-change-denial-video

RS_2013-09.bz2.deduped.txt:108669 - http://www.motherjones.com/tom-philpott/2013/09/cdc-meat-industry-yes-you-contribute-antibiotic-resistance?99

RS_2013-09.bz2.deduped.txt:109163 - http://www.motherjones.com/environment/2013/09/energy-efficiency-cities-boston

RS_2013-09.bz2.deduped.txt:113059 - http://www.motherjones.com/mojo/2013/09/chemical-weapons-war-crimes-syria-un

RS_2013-09.bz2.deduped.txt:113262 - http://www.motherjones.com/politics/2013/09/texas-textbooks-review-creationism-climate-denial

RS_2013-09.bz2.deduped.txt:114746 - http://m.motherjones.com/mojo/2013/09/9-ridiculous-things-buzzfeed-mass-shootings

RS_2013-09.bz2.deduped.txt:115215 - http://www.motherjones.com/kevin-drum/2013/09/republicans-warn-republicans-imminent-crackup

RS_2013-09.bz2.deduped.txt:115348 - http://www.motherjones.com/environment/2013/09/epa-carbon-kill-coal

RS_2013-09.bz2.deduped.txt:116975 - http://www.motherjones.com/mojo/2013/09/elizabeth-warren-cfpb-jpmorgan-customer-refund

RS_2013-09.bz2.deduped.txt:117055 - http://www.motherjones.com/politics/2013/09/why-cut-military-spending

RS_2013-09.bz2.deduped.txt:117341 - http://www.motherjones.com/mojo/2013/09/elizabeth-warren-cfpb-jpmorgan-customer-refund?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+|+MoJoBlog%29

RS_2013-09.bz2.deduped.txt:117785 - http://www.motherjones.com/politics/2013/09/us-intelligence-pinochet-junta-murder

RS_2013-09.bz2.deduped.txt:120701 - http://www.motherjones.com/politics/2013/09/generation-y-millennials-entitled-poor

RS_2013-09.bz2.deduped.txt:125018 - http://www.motherjones.com/politics/2013/09/al-shabaab-terrorist-group-kenya-mall-explained

RS_2013-09.bz2.deduped.txt:125706 - http://www.motherjones.com/kevin-drum/2013/09/public-massively-opposed-shutting-down-government-over-obamacare

RS_2013-09.bz2.deduped.txt:127332 - http://www.motherjones.com/politics/2013/09/guide-bills-stop-nsa-spying#disqus_thread

RS_2013-09.bz2.deduped.txt:127650 - http://www.motherjones.com/politics/2013/09/concealed-carry-permit-guns-utah

RS_2013-09.bz2.deduped.txt:128040 - http://www.motherjones.com/politics/2013/09/guide-bills-stop-nsa-spying

RS_2013-09.bz2.deduped.txt:128616 - http://www.motherjones.com/mojo/2013/09/sean-eldridge-new-york-congress-candidate

RS_2013-09.bz2.deduped.txt:128799 - http://www.motherjones.com/environment/2013/09/map-worst-air-pollution

RS_2013-09.bz2.deduped.txt:128874 - http://www.motherjones.com/kevin-drum/2013/09/obama-austerity-wrecked-american-economy?666

RS_2013-09.bz2.deduped.txt:128918 - http://www.motherjones.com/politics/2013/09/austerity-reinhart-rogoff-stimulus-debt-ceiling

RS_2013-09.bz2.deduped.txt:130287 - http://m.motherjones.com/politics/2013/09/police-cell-phone-search-warrant-supreme-court

RS_2013-09.bz2.deduped.txt:130684 - http://www.motherjones.com/kevin-drum/2013/09/cruz-filibuster-house-bill-obamacare

RS_2013-09.bz2.deduped.txt:131161 - http://www.motherjones.com/politics/2013/09/slate-pitch-obama-shrewd-political-strategist

RS_2013-09.bz2.deduped.txt:131256 - http://www.motherjones.com/kevin-drum/2013/09/microsofts-new-tablet-sounds-great-so-why-hate

RS_2013-09.bz2.deduped.txt:131586 - http://www.motherjones.com/mojo/2013/09/nra-wayne-lapierre-navy-yard-good-guys-guns

RS_2013-09.bz2.deduped.txt:132742 - http://www.motherjones.com/politics/2013/09/nsa-government-right-to-privacy

RS_2013-09.bz2.deduped.txt:133379 - http://www.motherjones.com/mixed-media/2013/09/south-park-nsa-spying-episode-eric-cartman

RS_2013-09.bz2.deduped.txt:135019 - http://www.motherjones.com/politics/2013/09/twitter-could-threaten-your-privacy-more-facebook

RS_2013-09.bz2.deduped.txt:135999 - http://www.motherjones.com/mixed-media/2013/09/sir-stuffington-pirate-cat-viral-photos-blazer-schaffer-interview

RS_2013-09.bz2.deduped.txt:139350 - http://www.motherjones.com/kevin-drum/2013/09/somebody-stole-7-milliseconds-federal-reserve

RS_2013-09.bz2.deduped.txt:139650 - http://www.motherjones.com/politics/2013/09/10-things-really-like-nazis

RS_2013-09.bz2.deduped.txt:139729 - http://www.motherjones.com/mixed-media/2013/09/all-india-bakchod-video-rape-culture-victim-blaming

RS_2013-09.bz2.deduped.txt:139748 - http://www.motherjones.com/politics/2013/09/chipotle-commercial-sustainable-food-truth

RS_2013-09.bz2.deduped.txt:140046 - http://www.motherjones.com/mojo/2013/09/muslims-denounce-nairobi-mall-terrorist-attack-fox-news?google_editors_picks=true

RS_2013-09.bz2.deduped.txt:141225 - http://www.motherjones.com/mojo/2013/09/muslims-denounce-nairobi-mall-terrorist-attack-fox-news

RS_2013-09.bz2.deduped.txt:142605 - http://www.motherjones.com/politics/2013/09/rep-mark-takano-best-democrat-social-media-twitter-tumblr

RS_2013-09.bz2.deduped.txt:143053 - http://www.motherjones.com/kevin-drum/2013/09/obamacare-premium-federal-exchange

RS_2013-09.bz2.deduped.txt:143460 - http://www.motherjones.com/politics/2013/09/obamacare-motor-voter-registration-health-exchange

RS_2013-09.bz2.deduped.txt:143520 - http://www.motherjones.com/kevin-drum/2013/09/wall-street-tycoons-are-very-very-hurt-all-criticism-theyve-gotten

RS_2013-09.bz2.deduped.txt:143938 - http://www.motherjones.com/mojo/2013/09/senator-ted-cruz-compares-defund-obamacare-skeptics-nazi-appeasers

RS_2013-09.bz2.deduped.txt:144148 - http://m.motherjones.com/politics/2013/09/slate-pitch-obama-shrewd-political-strategist

RS_2013-09.bz2.deduped.txt:146118 - http://www.motherjones.com/kevin-drum/2013/09/republicans-governing-norm-reasonableness

RS_2013-09.bz2.deduped.txt:147031 - http://www.motherjones.com/mojo/2013/09/defunding-obamacare-more-dangerous-than-you-think

RS_2013-09.bz2.deduped.txt:148340 - http://www.motherjones.com/blue-marble/2013/09/top-climate-myths-ipcc

RS_2013-09.bz2.deduped.txt:148884 - http://www.motherjones.com/environment/2013/09/children-climate-change-impact-study

RS_2013-09.bz2.deduped.txt:149103 - http://www.motherjones.com/mojo/2013/09/washington-navy-yard-mass-shooting-aaron-alexis-gun-free-zone-fbi

RS_2013-09.bz2.deduped.txt:149352 - http://www.motherjones.com/media/2013/09/chemical-weapons-gun-control-cartoon

RS_2013-09.bz2.deduped.txt:151331 - http://www.motherjones.com/mojo/2013/09/jerry-boykin-predicts-syria-prelude-armageddon

RS_2013-09.bz2.deduped.txt:151402 - http://www.motherjones.com/politics/2013/09/democracy-alliance-fund-for-republic-40-million-surge-reform

RS_2013-09.bz2.deduped.txt:151942 - http://www.motherjones.com/politics/2013/09/obamas-red-line-debt-ceiling-no-deals

RS_2013-09.bz2.deduped.txt:152054 - http://www.motherjones.com/environment/2013/09/alan-weisman-inquiring-minds-population-countdown

RS_2013-09.bz2.deduped.txt:152444 - http://www.motherjones.com/environment/2013/09/interview-nobel-laureate-peter-doherty-influenza-bird-flu-pandemic-vaccine

RS_2013-09.bz2.deduped.txt:153782 - http://m.motherjones.com/politics/2013/09/obamas-red-line-debt-ceiling-no-deals

RS_2013-09.bz2.deduped.txt:154221 - http://www.motherjones.com/tom-philpott/2013/09/tragedy-industrial-farming-charts

RS_2013-09.bz2.deduped.txt:154389 - http://www.motherjones.com/mojo/2013/09/zombie-apocalypse-drug-reaches-us-not-joke

RS_2013-09.bz2.deduped.txt:154979 - http://www.motherjones.com/blue-marble/2013/09/ipcc-climate-report-scary-conclusions

RS_2013-09.bz2.deduped.txt:155106 - http://www.motherjones.com/environment/2013/09/climate-change-ipcc-live-blog

RS_2013-09.bz2.deduped.txt:164705 - http://www.motherjones.com/mojo/2013/09/10-best-analogies-gop-congress

RS_2013-09.bz2.deduped.txt:165468 - http://www.motherjones.com/politics/2013/09/map-are-drones-illegal-your-state

RS_2013-09.bz2.deduped.txt:166213 - http://www.motherjones.com/blue-marble/2013/09/michael-eisen-nasa-mars-rover-curiosity

RS_2013-09.bz2.deduped.txt:166648 - http://www.motherjones.com/politics/2013/09/government-shutdown-boehner-obama-congress

RS_2013-09.bz2.deduped.txt:168497 - http://www.motherjones.com/mojo/2013/09/jeffrey-katzenberg-fundraiser-alison-lundergan-grimes-mitch-mcconnell-senate

RS_2013-09.bz2.deduped.txt:169376 - http://www.motherjones.com/media/2013/09/michael-eisen-plos-open-access-aaron-swartz

RS_2013-09.bz2.deduped.txt:171201 - http://www.motherjones.com/blue-marble/2013/09/china-still-leads-world-emissions-no-end-sight

RS_2013-02.bz2.deduped.txt:383 - http://www.motherjones.com/mojo/2013/02/gop-filibuster-obamas-consumer-watchdog-pick
RS_2013-02.bz2.deduped.txt:1858 - http://www.motherjones.com/mojo/2013/02/most-threatening-people-nras-enemies-list
RS_2013-02.bz2.deduped.txt:2517 - http://www.motherjones.com/kevin-drum/2013/02/money-fungible-contraceptive-edition
RS_2013-02.bz2.deduped.txt:3447 - http://www.motherjones.com/politics/2013/01/nra-life-duty-police-assault-rifle-gun-control
RS_2013-02.bz2.deduped.txt:4135 - http://www.motherjones.com/politics/2013/01/pro-gun-myths-fact-check
RS_2013-02.bz2.deduped.txt:5879 - http://www.motherjones.com/politics/2013/01/gops-election-rigging-plan-explained
RS_2013-02.bz2.deduped.txt:7998 - http://www.motherjones.com/politics/2013/01/whats-happening-immigration-reform-explained
RS_2013-02.bz2.deduped.txt:9660 - http://www.motherjones.com/politics/2013/01/paul-krugman-economics-keynes
RS_2013-02.bz2.deduped.txt:9844 - http://www.motherjones.com/tom-philpott/2013/01/new-study-common-pesticides-kill-frogs-contact
RS_2013-02.bz2.deduped.txt:10858 - http://www.motherjones.com/politics/2013/01/want-buy-gun-without-background-check-armlist-can-help
RS_2013-02.bz2.deduped.txt:10861 - http://www.motherjones.com/politics/2013/01/firearms-freedom-act-constitution-gary-marbut
RS_2013-02.bz2.deduped.txt:14552 - http://www.motherjones.com/tom-philpott/2013/01/foodfracking-connection-youve-never-thought-about
RS_2013-02.bz2.deduped.txt:14759 - http://www.motherjones.com/mojo/2013/02/brooklyn-college-bds-omar-barghouti-judith-butler-israel-palestinian
RS_2013-02.bz2.deduped.txt:15022 - http://m.motherjones.com/politics/2013/01/pro-gun-myths-fact-check
RS_2013-02.bz2.deduped.txt:19245 - http://www.motherjones.com/mojo/2013/02/michigan-tea-partier-charter-schools-ethnically-challenged-families
RS_2013-02.bz2.deduped.txt:19590 - http://www.motherjones.com/mojo/2013/02/texas-police-chief-talking-gun-control-officer-shot
RS_2013-02.bz2.deduped.txt:21154 - http://www.motherjones.com/mojo/2013/02/karl-rove-new-super-pac-republican-primary-steve-king
RS_2013-02.bz2.deduped.txt:21230 - http://www.motherjones.com/politics/2013/02/our-walmart-black-friday-union
RS_2013-02.bz2.deduped.txt:21393 - http://www.motherjones.com/politics/2013/02/high-frequency-trading-danger-risk-wall-street
RS_2013-02.bz2.deduped.txt:24286 - http://www.motherjones.com/environment/2013/02/asia-pulp-paper-greenpeace-indonesia-rainforest
RS_2013-02.bz2.deduped.txt:24659 - http://www.motherjones.com/politics/2013/02/donors-trust-donor-capital-fund-dark-money-koch-bradley-devos
RS_2013-02.bz2.deduped.txt:25408 - http://www.motherjones.com/mojo/2013/02/obama-sending-death-squads-after-gun-rights-activists
RS_2013-02.bz2.deduped.txt:27561 - http://www.motherjones.com/mojo/2013/02/mass-shootings-terrorism-casualties-comparison-report

RS_2013-02.bz2.deduped.txt:31023 - http://www.motherjones.com/tom-philpott/2013/02/report-spread-monsantos-superweeds-speeds-12-0#13601728156151&action=collapse_widget&id=7869731

RS_2013-02.bz2.deduped.txt:32870 - http://www.motherjones.com/politics/2013/02/will-democrats-sell-your-political-opinions-credit-card-companies

RS_2013-02.bz2.deduped.txt:33515 - http://www.motherjones.com/politics/2013/02/former-target-manager-nuclear-security-oak-ridge

RS_2013-02.bz2.deduped.txt:34181 - http://www.motherjones.com/tom-philpott/2013/02/report-spread-monsantos-superweeds-speeds-12-0

RS_2013-02.bz2.deduped.txt:34499 - http://www.motherjones.com/kevin-drum/2013/02/cbos-scary-debt-chart-not-looking-very-scary-these-days

RS_2013-02.bz2.deduped.txt:35663 - http://www.motherjones.com/blue-marble/2013/01/top-land-grabbing-countries

RS_2013-02.bz2.deduped.txt:42308 - http://www.motherjones.com/mojo/2013/02/nra-backed-bill-would-outlaw-anti-smoking-programs

RS_2013-02.bz2.deduped.txt:42772 - http://www.motherjones.com/blue-marble/2013/02/hearing-climate-change-audio-glaciers

RS_2013-02.bz2.deduped.txt:42804 - http://m.motherjones.com/environment/2012/07/trash-charts-world-bank-report-economy

RS_2013-02.bz2.deduped.txt:43183 - http://www.motherjones.com/environment/2013/02/gluten-free-diet-fad

RS_2013-02.bz2.deduped.txt:43195 - http://www.motherjones.com/politics/2013/02/timeline-domestic-workers-invisible-history-america

RS_2013-02.bz2.deduped.txt:44629 - http://www.motherjones.com/mojo/2013/02/obama-recess-appointments-unconstitutional-most-presidents

RS_2013-02.bz2.deduped.txt:44630 - http://www.motherjones.com/mojo/2013/02/report-54-countries-helped-cia-torture-detain-transport-suspects-after-911

RS_2013-02.bz2.deduped.txt:45387 - http://m.motherjones.com/mojo/2013/02/obama-targeted-killing-white-paper-drone-strikes

RS_2013-02.bz2.deduped.txt:45789 - http://www.motherjones.com/politics/2012/02/mac-mcclelland-free-online-shipping-warehouses-labor?page=1

RS_2013-02.bz2.deduped.txt:46168 - http://www.motherjones.com/politics/2013/02/wayne-lapierre-crime-strike-three-strikes

RS_2013-02.bz2.deduped.txt:46626 - http://www.motherjones.com/mojo/2013/02/intelligent-design-missouri-evolution

RS_2013-02.bz2.deduped.txt:47209 - http://www.motherjones.com/tom-philpott/2013/02/meat-industry-still-gorging-antibiotics

RS_2013-02.bz2.deduped.txt:47332 - http://www.motherjones.com/politics/2013/02/US-canada-border-constitution-free-zone

RS_2013-02.bz2.deduped.txt:48669 - http://www.motherjones.com/politics/2013/02/newtown-parents-testify

RS_2013-02.bz2.deduped.txt:49900 - http://www.motherjones.com/kevin-drum/2013/02/retirement

RS_2013-02.bz2.deduped.txt:52083 - http://www.motherjones.com/media/2013/02/karen-russell-vampires-in-the-lemon-grove-florida-dust-bowl-fantasy

RS_2013-02.bz2.deduped.txt:53005 - http://www.motherjones.com/blue-marble/2013/02/north-carolina-moves-toss-out-regulators

RS_2013-02.bz2.deduped.txt:54710 - http://m.motherjones.com/blue-marble/2013/02/north-carolina-moves-toss-out-regulators

RS_2013-02.bz2.deduped.txt:62681 - http://motherjones.com/mojo/2013/02/intelligent-design-missouri-evolution?atheism

RS_2013-02.bz2.deduped.txt:63286 - http://www.motherjones.com/politics/2013/02/stoned-driving-high-marijuana-pot-weed

RS_2013-02.bz2.deduped.txt:63670 - http://www.motherjones.com/mojo/2013/02/why-gun-lobby-terrified-california

RS_2013-02.bz2.deduped.txt:64317 - http://www.motherjones.com/politics/2013/02/thompson-federal-supermax-solitary-illinois-dick-durbin

RS_2013-02.bz2.deduped.txt:65971 - http://www.motherjones.com/politics/2013/02/atf-gun-laws-nra

RS_2013-02.bz2.deduped.txt:69947 - http://www.motherjones.com/blue-marble/2013/02/florida-hunt-nabs-50-invasive-pythons

RS_2013-02.bz2.deduped.txt:70919 - http://www.motherjones.com/print/145326

RS_2013-02.bz2.deduped.txt:73463 - http://www.motherjones.com/politics/2013/02/andre-thomas-death-penalty-mental-illness-texas

RS_2013-02.bz2.deduped.txt:76687 - http://www.motherjones.com/mojo/2013/02/tea-party-nation-state-union-address-hitler

RS_2013-02.bz2.deduped.txt:78241 - http://www.motherjones.com/tom-philpott/2013/02/do-gmo-crops-have-lower-yields

RS_2013-02.bz2.deduped.txt:78297 - http://m.motherjones.com/photoessays/2012/02/when-women-used-lysol-birth-control

RS_2013-02.bz2.deduped.txt:78756 - http://www.motherjones.com/mojo/2013/02/president-obama-internet-cybersecurity-executive-order

RS_2013-02.bz2.deduped.txt:79931 - http://www.motherjones.com/politics/2013/02/state-union-sotu-obama-liberal-agenda

RS_2013-02.bz2.deduped.txt:82626 - http://www.motherjones.com/politics/2013/02/military-saudi-arabia-no-learning-curve

RS_2013-02.bz2.deduped.txt:84400 - http://www.motherjones.com/politics/2013/02/panda-hillary-clinton-sex-tape-freedomworks-matt-kibbe-dick-armey

RS_2013-02.bz2.deduped.txt:85254 - http://www.motherjones.com/mojo/2013/02/minimum-wage-obama-state-union-women-poverty

RS_2013-02.bz2.deduped.txt:87187 - http://www.motherjones.com/politics/2013/02/panda-hillary-clinton-sex-tape-freedomworks-matt-kibbe-dick-armey?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2013-02.bz2.deduped.txt:88498 - http://www.motherjones.com/mojo/2013/02/obamas-empty-promises-transparency-national-security

RS_2013-02.bz2.deduped.txt:90516 - http://m.motherjones.com/politics/2013/02/emergency-contraception-plan-b-women

RS_2013-02.bz2.deduped.txt:90725 - http://www.motherjones.com/mojo/2013/02/why-obama-wont-give-straight-answer-drones

RS_2013-02.bz2.deduped.txt:91886 - http://www.motherjones.com/kevin-drum/2013/02/today-we-have-bipartisan-support-raising-minimum-wage

RS_2013-02.bz2.deduped.txt:91957 - http://www.motherjones.com/mojo/2013/02/georgia-proposes-ending-election-senators

RS_2013-02.bz2.deduped.txt:92852 - http://www.motherjones.com/environment/2013/02/secret-funding-helped-build-network-climate-denial-think-tanks

RS_2013-02.bz2.deduped.txt:93281 - http://www.motherjones.com/mojo/2013/02/oscar-pistorius-gun-violence-south-africa

RS_2013-02.bz2.deduped.txt:93636 - http://www.motherjones.com/politics/2013/02/emergency-contraception-plan-b-women

RS_2013-02.bz2.deduped.txt:93823 - http://www.motherjones.com/politics/2013/02/brain-difference-democrats-republicans

RS_2013-02.bz2.deduped.txt:95729 - http://www.motherjones.com/politics/2013/02/exxon-and-other-big-corporations-put-seed-funding-dark-money-group

RS_2013-02.bz2.deduped.txt:97343 - http://www.motherjones.com/mojo/2013/02/obama-federal-gun-crimes

RS_2013-02.bz2.deduped.txt:98259 - http://www.motherjones.com/print/215971

RS_2013-02.bz2.deduped.txt:98610 - http://www.motherjones.com/blue-marble/2013/02/fish-stoned-benzodiazepine-drugs

RS_2013-02.bz2.deduped.txt:98901 - http://www.motherjones.com/politics/2013/02/hubris-rachel-maddow-documentary-iraq-war-david-corn

RS_2013-02.bz2.deduped.txt:99065 - http://www.motherjones.com/politics/2013/02/donors-trust-climate-denial

RS_2013-02.bz2.deduped.txt:100848 - http://www.motherjones.com/mojo/2013/02/freedomworks-panda-hillary-clinton-sex-video-response-investigation

RS_2013-02.bz2.deduped.txt:106433 - http://www.motherjones.com/environment/2013/02/keystone-pipeline-protest-rally-climate-change-washington%20

RS_2013-02.bz2.deduped.txt:106888 - http://www.motherjones.com/politics/2013/02/hubris-rachel-maddow-documentary-iraq-war-david-corn?google_editors_picks=true

RS_2013-02.bz2.deduped.txt:107963 - http://www.motherjones.com/kevin-drum/2013/02/john-mccain-goes-all-benghazi-cover

RS_2013-02.bz2.deduped.txt:108854 - http://www.motherjones.com/blue-marble/2013/02/gao-climate-change-fiscal-risk

RS_2013-02.bz2.deduped.txt:110547 - http://www.motherjones.com/mojo/2013/02/mother-jones-david-corn-george-polk-award

RS_2013-02.bz2.deduped.txt:112050 - http://www.motherjones.com/mojo/2013/02/oklahoma-hr1674-science-evolution-climate-change

RS_2013-02.bz2.deduped.txt:112254 - http://www.motherjones.com/mojo/2013/02/liberaltips2avoidrape-most-horrible-hashtag-week-explained-joe-salazar-colorado-rape-guns

RS_2013-02.bz2.deduped.txt:113247 - http://www.motherjones.com/politics/2013/01/high-capacity-magazines-mass-shootings?utm_source=Twitter

RS_2013-02.bz2.deduped.txt:113636 - http://www.motherjones.com/mojo/2013/02/death-penalty-california-stats-infographic

RS_2013-02.bz2.deduped.txt:115654 - http://www.motherjones.com/kevin-drum/2013/02/privately-run-medicare-plans-are-really-expensive

RS_2013-02.bz2.deduped.txt:115677 - http://www.motherjones.com/environment/2013/02/chris-christie-climate-change

RS_2013-02.bz2.deduped.txt:116033 - http://www.motherjones.com/mojo/2013/02/meet-california-sheriff-who-wants-use-drones

RS_2013-02.bz2.deduped.txt:116076 - http://www.motherjones.com/mojo/2013/02/warren-hill-georgia-death-penalty

RS_2013-02.bz2.deduped.txt:118136 - http://m.motherjones.com/politics/2013/02/hubris-rachel-maddow-documentary-iraq-war-david-corn

RS_2013-02.bz2.deduped.txt:119221 - http://www.motherjones.com/mojo/2013/02/ten-people-you-didnt-realize-were-friends-hamas

RS_2013-02.bz2.deduped.txt:119938 - http://www.motherjones.com/mojo/2013/02/meet-governors-rejecting-expansion-medicaid

RS_2013-02.bz2.deduped.txt:119948 - http://www.motherjones.com/tom-philpott/2013/02/king-corn-gobbles-climate-stabilizing-grassland-midwest

RS_2013-02.bz2.deduped.txt:120329 - http://www.motherjones.com/politics/2013/02/john-brennan-senate-confirmation-hearing-drone

RS_2013-02.bz2.deduped.txt:121356 - http://www.motherjones.com/politics/2013/02/florida-tea-party-backlash-rick-scott

RS_2013-02.bz2.deduped.txt:121548 - http://www.motherjones.com/mixed-media/2013/02/5-female-vocalists-to-watch-2013

RS_2013-02.bz2.deduped.txt:122152 - http://www.motherjones.com/mojo/2013/02/obamas-very-long-path-citizenship

RS_2013-02.bz2.deduped.txt:123625 - http://www.motherjones.com/mojo/2013/02/rick-scott-florida-reelection

RS_2013-02.bz2.deduped.txt:125023 - http://www.motherjones.com/kevin-drum/2012/12/why-has-crime-decline-los-angeles-slowed-down

RS_2013-02.bz2.deduped.txt:130035 - http://www.motherjones.com/kevin-drum/2013/02/how-taxpayers-subsidize-americas-biggest-banks

RS_2013-02.bz2.deduped.txt:131260 - http://www.motherjones.com/mojo/2013/02/hunting-demographics-charts-guns

RS_2013-02.bz2.deduped.txt:131402 - http://www.motherjones.com/mojo/2013/02/california-law-driving-pot-lou-correa

RS_2013-02.bz2.deduped.txt:131698 - http://www.motherjones.com/politics/2013/02/montana-sheriffs-gary-marbut-fbi-gun-legislation

RS_2013-02.bz2.deduped.txt:136609 - http://www.motherjones.com/mixed-media/2013/02/free-mp3-download-desaparecidos-anonymous-conor-oberst-bright-eyes

RS_2013-02.bz2.deduped.txt:138579 - http://www.motherjones.com/politics/2013/02/silicon-valley-h1b-visas-hurt-tech-workers

RS_2013-02.bz2.deduped.txt:138755 - http://www.motherjones.com/politics/2013/02/biggest-obstacle-prison-reform-labor-unions

RS_2013-02.bz2.deduped.txt:139122 - http://www.motherjones.com/mojo/2013/02/ice-detaining-noncriminals-american-citizens

RS_2013-02.bz2.deduped.txt:139851 - http://motherjones.com/politics/2001/01/seduction-paul-wellstone

RS_2013-02.bz2.deduped.txt:140772 - http://www.motherjones.com/kevin-drum/2013/02/want-tackle-income-inequality-you-need-go-after-capital-gains

RS_2013-02.bz2.deduped.txt:141060 - http://www.motherjones.com/environment/2013/02/bp-fight-governments-excessive-demands-over-deepwater-horizon

RS_2013-02.bz2.deduped.txt:141282 - http://www.motherjones.com/politics/2013/02/cyber-warefare-against-china-and-everyone-explained

RS_2013-02.bz2.deduped.txt:143992 - http://www.motherjones.com/mojo/2013/02/tea-party-group-behind-saturdays-gun-rallies-under-fire

RS_2013-02.bz2.deduped.txt:144317 - http://www.motherjones.com/print/216456

RS_2013-02.bz2.deduped.txt:144363 - http://www.motherjones.com/politics/2013/02/zero-dark-thirty-osama-bin-laden-seals

RS_2013-02.bz2.deduped.txt:149155 - http://www.motherjones.com/print/214686

RS_2013-02.bz2.deduped.txt:149410 - http://www.motherjones.com/mixed-media/2013/02/film-review-gatekeepers-documentary-israel-shin-bet-palestine

RS_2013-02.bz2.deduped.txt:149471 - http://www.motherjones.com/mojo/2013/02/why-rick-scott-changed-his-mind-obamacare-medicaid

RS_2013-02.bz2.deduped.txt:151880 - http://www.motherjones.com/blue-marble/2013/02/dimming-streetlights-makes-streets-safer

RS_2013-02.bz2.deduped.txt:152020 - http://www.motherjones.com/politics/2013/02/waterboarding-americans-and-redefinition-torture-history

RS_2013-02.bz2.deduped.txt:152866 - http://www.motherjones.com/mojo/2013/02/gop-vawa-bill-lgbt-undocumented-immigrants

RS_2013-02.bz2.deduped.txt:153451 - http://www.motherjones.com/mojo/2013/02/supreme-court-corporate-donation-ban-danielczyk

RS_2013-02.bz2.deduped.txt:154617 - http://www.motherjones.com/environment/2013/02/navy-climate-change-great-green-fleet

RS_2013-02.bz2.deduped.txt:155392 - http://www.motherjones.com/mojo/2013/02/budget-cuts-sequester-low-income-poor

RS_2013-02.bz2.deduped.txt:160350 - http://www.motherjones.com/mojo/2013/02/common-cause-obama-shut-down-organizing-for-action

RS_2013-02.bz2.deduped.txt:160466 - http://www.motherjones.com/mojo/2013/02/supreme-court-hear-important-corporate-immunity-case

RS_2013-02.bz2.deduped.txt:162230 - http://www.motherjones.com/politics/2013/02/scotus-dna-fourth-amendment-maryland-v-king

RS_2013-02.bz2.deduped.txt:162897 - http://www.motherjones.com/politics/2013/02/john-boehner-sequester-super-committee-deficit

RS_2013-02.bz2.deduped.txt:165183 - http://www.motherjones.com/blue-marble/2013/scotus-hears-monsanto-soybean-case

RS_2013-02.bz2.deduped.txt:165767 - http://www.motherjones.com/politics/2013/02/supreme-court-poised-declare-racism-over

RS_2013-02.bz2.deduped.txt:166053 - http://www.motherjones.com/politics/2013/02/gabriel-possenti-patron-saint-handguns

RS_2013-02.bz2.deduped.txt:168333 - http://www.motherjones.com/mojo/2013/02/ding-dong-3-anti-evolution-bills-are-dead

RS_2013-02.bz2.deduped.txt:169333 - http://www.motherjones.com/blue-marble/2013/02/watch-live-how-us-navy-leading-charge-clean-energy-and-climate-change
RS_2013-02.bz2.deduped.txt:169441 - http://www.motherjones.com/about/events/2013/02/climate-desk-live-us-navy-climate-change
RS_2013-02.bz2.deduped.txt:169899 - http://www.motherjones.com/blue-marble/2013/02/salazar-expect-four-more-years-same
RS_2013-02.bz2.deduped.txt:169981 - http://www.motherjones.com/politics/2013/02/john-roberts-long-war-against-voting-rights-act
RS_2013-02.bz2.deduped.txt:171241 - http://www.motherjones.com/kevin-drum/2013/02/it-was-eric-cantor-who-killed-debt-ceiling-deal
RS_2013-02.bz2.deduped.txt:174397 - http://www.motherjones.com/mojo/2013/02/rand-paul-bob-mcdonnell-campaign-for-liberty
RS_2013-02.bz2.deduped.txt:175148 - http://www.motherjones.com/politics/2011/07/climate-change-food-crisis-price-bread-political-instability
RS_2013-02.bz2.deduped.txt:175507 - http://www.motherjones.com/mojo/2013/02/budget-cuts-sequester-low-income-poor?utm_source=Twitter
RS_2013-02.bz2.deduped.txt:175736 - http://www.motherjones.com/mojo/2013/02/new-polls-and-votes-suggest-marijuana-legalization-unstoppable
RS_2013-02.bz2.deduped.txt:178477 - http://www.motherjones.com/environment/2013/02/how-sequester-will-impact-environment
RS_2013-02.bz2.deduped.txt:179853 - http://www.motherjones.com/mojo/2013/02/chart-generational-attitudes-sushi-gay-marriage
RS_2013-02.bz2.deduped.txt:179945 - http://m.motherjones.com/politics/2013/02/gabriel-possenti-patron-saint-handguns
RS_2013-02.bz2.deduped.txt:180081 - http://www.motherjones.com/kevin-drum/2013/02/why-arent-conservatives-interested-healthcare
RS_2013-02.bz2.deduped.txt:180184 - http://www.motherjones.com/mojo/2013/02/rosa-parks-alexander-stephens-statuary-hall
RS_2015-10.bz2.deduped.txt:4155 - http://www.motherjones.com/environment/2015/10/human-reproduction-threatened-pollution
RS_2015-10.bz2.deduped.txt:5353 - http://www.motherjones.com/politics/2015/09/girls-make-ever-growing-proportion-kids-juvenile-justice-system
RS_2015-10.bz2.deduped.txt:9616 - http://www.motherjones.com/mojo/2015/10/oregon-sheriff-umpqua-massacre-white-house-gun-control-newtown
RS_2015-10.bz2.deduped.txt:9677 - http://www.motherjones.com/mojo/2015/10/alabama-dmv-closes-voter-id
RS_2015-10.bz2.deduped.txt:9800 - http://www.motherjones.com/mojo/2015/10/obama-takes-congress-over-gun-laws
RS_2015-10.bz2.deduped.txt:10604 - http://m.motherjones.com/mojo/2015/10/oregon-sheriff-umpqua-massacre-white-house-gun-control-newtown
RS_2015-10.bz2.deduped.txt:13736 - http://www.motherjones.com/environment/2015/09/climate-change-aliens-exoplanets
RS_2015-10.bz2.deduped.txt:14428 - http://m.motherjones.com/mojo/2015/10/chart-shows-how-unequal-united-states-really
RS_2015-10.bz2.deduped.txt:14659 - http://www.motherjones.com/tom-philpott/2015/09/no-gmos-didnt-create-indias-farmer-suicide-problem

RS_2015-10.bz2.deduped.txt:15221 - http://www.motherjones.com/mojo/2015/10/oregon-sheriff-umpqua-massacre-white-house-gun-control-newtown?ncid=edlinkushpmg00000089
RS_2015-10.bz2.deduped.txt:15255 - http://www.motherjones.com/politics/2015/09/ben-carson-sabbath-persecution-satan-conspiracy
RS_2015-10.bz2.deduped.txt:16319 - http://www.motherjones.com/mojo/2015/10/nra-tweets-oregon-shooting
RS_2015-10.bz2.deduped.txt:16811 - http://www.motherjones.com/mojo/2015/10/oregon-sheriff-handling-oregon-massacre-promoted-sandy-hook-conspiracy-theory
RS_2015-10.bz2.deduped.txt:17868 - http://www.motherjones.com/mojo/2015/10/jeb-bush-reacts-oregon-massacre-stuff-happens
RS_2015-10.bz2.deduped.txt:17915 - http://www.motherjones.com/politics/2015/10/john-kasich-mass-shootings-death-penalty
RS_2015-10.bz2.deduped.txt:20331 - http://www.motherjones.com/politics/2015/10/google-shooting-oregon-gun-shop-control
RS_2015-10.bz2.deduped.txt:22009 - http://m.motherjones.com/politics/2015/09/its-been-50-years-biggest-us-backed-genocide-youve-never-heard
RS_2015-10.bz2.deduped.txt:25425 - http://m.motherjones.com/kevin-drum/2015/10/gun-controls-biggest-problem-most-people-just-dont-care-very-much
RS_2015-10.bz2.deduped.txt:28432 - http://www.motherjones.com/environment/2015/10/kids-coal-mines-lewis-hines-photos
RS_2015-10.bz2.deduped.txt:28840 - http://www.motherjones.com/politics/2015/09/jeb-bush-veto-record-florida
RS_2015-10.bz2.deduped.txt:31141 - http://www.motherjones.com/tom-philpott/2015/09/whole-foods-bob-mackey-job-wage-cuts-unions-wall-street
RS_2015-10.bz2.deduped.txt:35766 - http://www.motherjones.com/politics/2015/09/mass-shootings-threat-assessment-fbi-columbine
RS_2015-10.bz2.deduped.txt:36102 - http://www.motherjones.com/politics/2015/10/columbine-effect-mass-shootings-copycat-data
RS_2015-10.bz2.deduped.txt:39189 - http://www.motherjones.com/tom-philpott/2015/09/monsanto-professors-gmo-PR
RS_2015-10.bz2.deduped.txt:39736 - http://www.motherjones.com/politics/2015/10/5-supreme-court-cases-to-watch-this-term
RS_2015-10.bz2.deduped.txt:39740 - http://www.motherjones.com/politics/2015/01/manosphere-mens-rights-movement-terms
RS_2015-10.bz2.deduped.txt:39894 - http://www.motherjones.com/politics/2015/09/mass-shootings-threat-assessment-shooter-fbi-columbine
RS_2015-10.bz2.deduped.txt:42092 - http://www.motherjones.com/mixed-media/2015/09/reza-farazmand-poorly-drawn-lines-book
RS_2015-10.bz2.deduped.txt:43148 - http://m.motherjones.com/mojo/2015/10/bobby-jindal-sums-his-disappointing-campaign-one-glorious-tweet
RS_2015-10.bz2.deduped.txt:44962 - http://www.motherjones.com/politics/2015/10/gay-gop-undocumented-threat-deportation-congress-babeu
RS_2015-10.bz2.deduped.txt:45263 - http://www.motherjones.com/environment/2015/10/democratic-debate-climate-change-cnn
RS_2015-10.bz2.deduped.txt:45282 - http://www.motherjones.com/politics/2015/10/faulty-research-behind-mammograms-breast-cancer

RS_2015-10.bz2.deduped.txt:45345 - http://www.motherjones.com/mojo/2015/10/bobby-jindal-sums-his-disappointing-campaign-one-glorious-tweet

RS_2015-10.bz2.deduped.txt:45519 - http://www.motherjones.com/kevin-drum/2015/10/do-you-spend-hour-waiting-your-doctor

RS_2015-10.bz2.deduped.txt:45572 - http://www.motherjones.com/mojo/2015/10/women-texas-may-have-wait-extra-20-days-abortion

RS_2015-10.bz2.deduped.txt:46945 - http://www.motherjones.com/politics/2015/10/how-media-inspires-mass-shooters-copycats

RS_2015-10.bz2.deduped.txt:48295 - http://m.motherjones.com/mojo/2015/10/hobby-lobby-transgender-discrimination

RS_2015-10.bz2.deduped.txt:48307 - http://www.motherjones.com/politics/2015/10/media-inspires-mass-shooters-copycats

RS_2015-10.bz2.deduped.txt:49688 - http://www.motherjones.com/kevin-drum/2015/10/paul-krugman-explains-latest-draft-tpp

RS_2015-10.bz2.deduped.txt:50644 - http://www.motherjones.com/mojo/2015/10/ben-carson-oregon-shooting

RS_2015-10.bz2.deduped.txt:51458 - http://www.motherjones.com/kevin-drum/2015/10/perhaps-we-should-retire-idea-joe-biden-authentic

RS_2015-10.bz2.deduped.txt:53141 - http://www.motherjones.com/politics/2015/09/blankenship-trial-king-coal-west-virginia

RS_2015-10.bz2.deduped.txt:54997 - http://www.motherjones.com/politics/2015/10/us-bombing-afghan-hospital-war-crime

RS_2015-10.bz2.deduped.txt:55200 - http://www.motherjones.com/tom-philpott/2015/10/trans-pacific-partnership-tpp-meat-and-gmo-industries-shuanghui-china

RS_2015-10.bz2.deduped.txt:55210 - http://www.motherjones.com/environment/2015/09/wilderness-killed-wild-places-jason-mark

RS_2015-10.bz2.deduped.txt:57902 - http://www.motherjones.com/politics/2006/01/americas-devils-game-extremist-islam

RS_2015-10.bz2.deduped.txt:61339 - http://www.motherjones.com/mixed-media/2015/10/people-magazine-gun-control

RS_2015-10.bz2.deduped.txt:62031 - http://www.motherjones.com/mojo/2015/10/nevada-settles-busing-homeless-lawsuit-san-francisco

RS_2015-10.bz2.deduped.txt:62517 - http://www.motherjones.com/politics/2015/10/amnesty-international-united-states-yemen-weapons

RS_2015-10.bz2.deduped.txt:63500 - http://www.motherjones.com/kevin-drum/2015/10/ben-carson-apparently-doesnt-know-what-debt-limit

RS_2015-10.bz2.deduped.txt:68648 - http://www.motherjones.com/politics/2015/10/heres-what-happened-when-ben-carson-was-actually-confronted-dangerous-gunman

RS_2015-10.bz2.deduped.txt:68936 - http://m.motherjones.com/politics/2015/10/heres-what-happened-when-ben-carson-was-actually-confronted-dangerous-gunman

RS_2015-10.bz2.deduped.txt:70563 - http://www.motherjones.com/mojo/2015/10/carson-links-gun-control-to-hitler-and-nazi-germany

RS_2015-10.bz2.deduped.txt:71151 - http://www.motherjones.com/media/2015/10/mother-jones-vandersloot-melaleuca-lawsuit

RS_2015-10.bz2.deduped.txt:71582 - http://www.motherjones.com/politics/2015/10/propublica-gun-lobby-nra-losing-power

RS_2015-10.bz2.deduped.txt:71771 - http://www.motherjones.com/politics/2015/10/kevin-mccarthy-bows-out-house-speakers-race

RS_2015-10.bz2.deduped.txt:72958 - http://www.motherjones.com/politics/2015/10/jeb-bush-voting-rights-act

RS_2015-10.bz2.deduped.txt:75151 - http://www.motherjones.com/mojo/2015/10/martin-shkreli-still-hasnt-dropped-price-daraprim

RS_2015-10.bz2.deduped.txt:76389 - http://www.motherjones.com/politics/2015/10/fiduciary-rule-bernie-sanders-hillary-clinton

RS_2015-10.bz2.deduped.txt:77620 - http://www.motherjones.com/mojo/2015/10/house-tea-party-statement-mccarthy-withdrawal

RS_2015-10.bz2.deduped.txt:78485 - http://m.motherjones.com/media/2015/10/mother-jones-vandersloot-melaleuca-lawsuit

RS_2015-10.bz2.deduped.txt:79189 - http://motherjones.com/politics/2015/10/fiduciary-rule-bernie-sanders-hillary-clinton

RS_2015-10.bz2.deduped.txt:80511 - http://www.motherjones.com/tom-philpott/2015/10/monsanto-stock-decline-layoffs

RS_2015-10.bz2.deduped.txt:80525 - http://www.motherjones.com/tom-philpott/2015/10/california-moves-close-fdas-gaping-farm-antibiotic-loopholes

RS_2015-10.bz2.deduped.txt:82303 - http://motherjones.com/tom-philpott/2015/10/monsanto-stock-decline-layoffs

RS_2015-10.bz2.deduped.txt:83874 - http://www.motherjones.com/mixed-media/2015/10/born-in-the-wrong-body-documentary

RS_2015-10.bz2.deduped.txt:84465 - http://www.motherjones.com/media/2015/07/feminist-judgements-supreme-court-ginsburg-roe-v-wade

RS_2015-10.bz2.deduped.txt:85384 - http://www.motherjones.com/politics/2015/10/ted-cruz-has-strategy-stick-it-out-gop-primary

RS_2015-10.bz2.deduped.txt:90842 - http://www.motherjones.com/politics/2015/10/donald-trump-michael-savage-aids-nih

RS_2015-10.bz2.deduped.txt:92355 - http://www.motherjones.com/media/2015/10/book-review-devils-chessboard-david-talbot

RS_2015-10.bz2.deduped.txt:93691 - http://www.motherjones.com/politics/2015/10/gop-speaker-congress-chaos

RS_2015-10.bz2.deduped.txt:94400 - http://www.motherjones.com/politics/2015/09/mass-shootings-threat-assessment-shooter-fbi-columbine?Src=longreads

RS_2015-10.bz2.deduped.txt:95479 - http://www.motherjones.com/kevin-drum/2015/10/benghazi-staffers-spent-their-days-designing-personalized-tiffany-glocks

RS_2015-10.bz2.deduped.txt:97311 - http://www.motherjones.com/politics/2015/10/bernie-sanders-democractic-debate-wynn

RS_2015-10.bz2.deduped.txt:97465 - http://www.motherjones.com/politics/2015/10/state-just-became-first-crack-down-deceptive-anti-abortion-pregnancy-centers

RS_2015-10.bz2.deduped.txt:97631 - http://www.motherjones.com/environment/2015/10/are-we-making-wildlife-dumber

RS_2015-10.bz2.deduped.txt:98559 - http://www.motherjones.com/kevin-drum/2015/10/report-john-boehner-guy-whos-kept-hillary-email-scandal-alive

RS_2015-10.bz2.deduped.txt:106496 - http://www.motherjones.com/politics/2015/10/new-york-shackling-pregnant-inmates

RS_2015-10.bz2.deduped.txt:114131 - http://www.motherjones.com/politics/2015/10/hillary-email-democratic-debate-sanders-omalley

RS_2015-10.bz2.deduped.txt:114280 - http://www.motherjones.com/politics/2015/10/climate-change-democratic-debate-clinton-sanders-omalley-chafee

RS_2015-10.bz2.deduped.txt:115667 - http://www.motherjones.com/politics/2015/10/no-hillary-edward-snowden-didnt-have-whistleblower-protections

RS_2015-10.bz2.deduped.txt:116758 - http://www.motherjones.com/tom-philpott/2015/10/el-nino-drought-farms-california

RS_2015-10.bz2.deduped.txt:117046 - http://www.motherjones.com/kevin-drum/2015/10/yes-americans-have-become-more-ideologically-polarized-1994

RS_2015-10.bz2.deduped.txt:123051 - http://m.motherjones.com/tom-philpott/2015/10/el-nino-drought-farms-california

RS_2015-10.bz2.deduped.txt:123085 - http://www.motherjones.com/mojo/2015/10/donald-trump-targets-bernie-sanders-with-isis-themed-attack-ad

RS_2015-10.bz2.deduped.txt:123397 - http://www.motherjones.com/tom-philpott/2015/10/mcdonalds-spams-schools-infomercial-virtues-fast-food

RS_2015-10.bz2.deduped.txt:123531 - http://www.motherjones.com/politics/2012/06/history-money-american-elections?page=2

RS_2015-10.bz2.deduped.txt:123977 - http://www.motherjones.com/blue-marble/2015/10/nestle-lawsuit-arrowhead

RS_2015-10.bz2.deduped.txt:124132 - http://www.motherjones.com/kevin-drum/2015/10/new-study-says-sitting-lot-wont-kill-you-after-all

RS_2015-10.bz2.deduped.txt:124318 - http://motherjones.com/kevin-drum/2015/10/closer-look-alabamas-driver-license-office-closures

RS_2015-10.bz2.deduped.txt:126634 - http://www.motherjones.com/politics/2015/10/rubio-donors-billionaires-adelson

RS_2015-10.bz2.deduped.txt:129256 - http://m.motherjones.com/mixed-media/2014/12/flashback-reagan-white-house-thought-aids-was-pretty-hilarious-1982

RS_2015-10.bz2.deduped.txt:131331 - http://www.motherjones.com/mixed-media/2015/10/wayne-simmons-cia-arrested-fox-news

RS_2015-10.bz2.deduped.txt:132089 - http://www.motherjones.com/politics/2015/10/ron-paul-testifies-indicted-campaign-aides-sorenson-rand

RS_2015-10.bz2.deduped.txt:133188 - http://www.motherjones.com/kevin-drum/2015/09/no-bernie-sanders-domestic-policy-plan-doesnt-really-cost-18-trillion

RS_2015-10.bz2.deduped.txt:133481 - http://www.motherjones.com/politics/2015/10/obama-intercept-drone-papers-project-kill-list

RS_2015-10.bz2.deduped.txt:136475 - http://www.motherjones.com/environment/2015/10/antibiotic-resistance-surgery

RS_2015-10.bz2.deduped.txt:143185 - http://www.motherjones.com/politics/2015/10/department-justice-steps-fight-against-domestic-terrorism

RS_2015-10.bz2.deduped.txt:144210 - http://www.motherjones.com/environment/2015/07/hillary-clinton-bundlers-fossil-fuel-lobbyists

RS_2015-10.bz2.deduped.txt:145829 - http://www.motherjones.com/environment/2015/10/rubio-energy-plan-drill-drill-drill

RS_2015-10.bz2.deduped.txt:147448 - http://m.motherjones.com/environment/2015/07/hillary-clinton-bundlers-fossil-fuel-lobbyists

RS_2015-10.bz2.deduped.txt:147842 - http://www.motherjones.com/politics/2015/10/police-shootings-fbi-data-missing-errors

RS_2015-10.bz2.deduped.txt:149814 - http://m.motherjones.com/politics/2015/10/obama-intercept-drone-papers-project-kill-list

RS_2015-10.bz2.deduped.txt:150390 - http://www.motherjones.com/mixed-media/2015/10/larry-david-just-played-bernie-sanders-snl%E2%80%94and-internet-going-nuts-over-it

RS_2015-10.bz2.deduped.txt:152134 - http://www.motherjones.com/kevin-drum/2015/10/obama-understands-presidents-cant-make-empty-threats

RS_2015-10.bz2.deduped.txt:156417 - http://www.motherjones.com/media/2015/10/prison-architect-video-game-review

RS_2015-10.bz2.deduped.txt:156419 - http://www.motherjones.com/blue-marble/2015/10/la-mudslides-drought-wildfire-preview-whats-come

RS_2015-10.bz2.deduped.txt:158484 - http://www.motherjones.com/politics/2015/10/new-ufo-tracking-project-seti

RS_2015-10.bz2.deduped.txt:159574 - http://www.motherjones.com/politics/2015/09/no-escape-republicans-obamacare-speaker

RS_2015-10.bz2.deduped.txt:160285 - http://www.motherjones.com/mixed-media/2015/10/martin-shkreli-broken-wrist-bernie-sanders

RS_2015-10.bz2.deduped.txt:160438 - http://www.motherjones.com/environment/2015/10/bats-white-nose-fungus-agriculture

RS_2015-10.bz2.deduped.txt:160453 - http://www.motherjones.com/environment/2015/08/teflon-dupont-cupcake-wrapper-c8

RS_2015-10.bz2.deduped.txt:161000 - http://www.motherjones.com/kevin-drum/2015/10/benghazi-committee-screws-again

RS_2015-10.bz2.deduped.txt:162607 - http://www.motherjones.com/blue-marble/2015/10/donald-trump-rhymes-with-ronald-grump

RS_2015-10.bz2.deduped.txt:163034 - http://www.motherjones.com/environment/2015/10/bay-area-water-ebmud-billy-beane

RS_2015-10.bz2.deduped.txt:163532 - http://www.motherjones.com/politics/2010/09/chelsey-juarez-border-corpses?page=1

RS_2015-10.bz2.deduped.txt:164895 - http://www.motherjones.com/mojo/2015/10/planned-parenthood-abortion-louisiana-jindal-medicaid

RS_2015-10.bz2.deduped.txt:165526 - http://www.motherjones.com/kevin-drum/2015/10/obamacare-beating-its-goal-reducing-uninsured-rate

RS_2015-10.bz2.deduped.txt:168056 - http://www.motherjones.com/environment/2015/10/does-your-halloween-facepaint-have-toxic-chemicals-it

RS_2015-10.bz2.deduped.txt:168137 - http://www.motherjones.com/politics/2015/10/heres-how-nra-cheerleading-israelis-lining-gun-shops

RS_2015-10.bz2.deduped.txt:168195 - http://www.motherjones.com/mojo/2015/10/jim-webb-considering-running-as-an-independent

RS_2015-10.bz2.deduped.txt:169905 - http://m.motherjones.com/mixed-media/2015/10/silk-road-investigator-sentencing-corruption-force

RS_2015-10.bz2.deduped.txt:171188 - http://www.motherjones.com/mixed-media/2015/10/silk-road-investigator-sentencing-corruption-force
RS_2015-10.bz2.deduped.txt:171677 - http://www.motherjones.com/environment/2015/10/justin-trudeau-canada-climate-change-keystone-pipeline
RS_2015-10.bz2.deduped.txt:172526 - http://motherjones.com/kevin-drum/2015/10/rushcard-locks-out-poor-their-money-ninth-consecutive-day
RS_2015-10.bz2.deduped.txt:172555 - http://www.motherjones.com/environment/2015/10/nail-polish-tphp-endocrine-disruptor
RS_2015-10.bz2.deduped.txt:177990 - http://www.motherjones.com/politics/2015/10/epic-systems-judith-faulkner-hitech-ehr-interoperability
RS_2015-10.bz2.deduped.txt:178001 - http://www.motherjones.com/politics/2015/10/judge-rejects-doj-position-medical-marijuana
RS_2015-10.bz2.deduped.txt:178103 - http://www.motherjones.com/blue-marble/2015/10/your-sunscreen-massacring-world%E2%80%99s-coral-reefs
RS_2015-10.bz2.deduped.txt:182224 - http://www.motherjones.com/mojo/2015/10/trump-open-to-closing-mosques
RS_2015-10.bz2.deduped.txt:183558 - http://www.motherjones.com/mojo/2015/10/trump-open-to-closing-mosques?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29
RS_2015-10.bz2.deduped.txt:186126 - http://www.motherjones.com/mojo/2015/10/democratic-national-committee-asks-black-lives-matter-activists-organize-racial-jusitce
RS_2015-10.bz2.deduped.txt:188573 - http://www.motherjones.com/politics/2015/10/controversial-cybersecurity-bill-cisa-may-come-to-vote-this-week
RS_2015-10.bz2.deduped.txt:188733 - http://www.motherjones.com/politics/2015/10/bunch-countrys-top-cops-want-stop-locking-everybody
RS_2015-10.bz2.deduped.txt:188960 - http://www.motherjones.com/kevin-drum/2015/10/red-states-spent-2-billion-2015-screw-poor
RS_2015-10.bz2.deduped.txt:192297 - http://www.motherjones.com/politics/2015/10/mixed-verdict-case-ron-paul-aides-jesse-benton-dimitri-kesari
RS_2015-10.bz2.deduped.txt:192371 - http://m.motherjones.com/kevin-drum/2015/06/heres-why-libertarians-are-mostly-men
RS_2015-10.bz2.deduped.txt:193109 - http://www.motherjones.com/mojo/2015/10/benjamin-netanyahu-holocaust-hitler-palestine
RS_2015-10.bz2.deduped.txt:194737 - http://www.motherjones.com/mojo/2015/10/fcc-caps-rates-prison-phone-calls
RS_2015-10.bz2.deduped.txt:198006 - http://www.motherjones.com/mojo/2015/10/texas-subpoena-planned-parenthood-patient-records
RS_2015-10.bz2.deduped.txt:198071 - http://www.motherjones.com/mojo/2015/10/gop-congresswoman-wants-know-if-hillary-spent-night-alone-benghazi-attacks
RS_2015-10.bz2.deduped.txt:203025 - http://m.motherjones.com/mojo/2015/10/texas-subpoena-planned-parenthood-patient-records
RS_2015-10.bz2.deduped.txt:203959 - http://www.motherjones.com/politics/2015/10/benghazi-hillary-clinton-beirut-partisan-vitriol

RS_2015-10.bz2.deduped.txt:206986 - http://www.motherjones.com/mojo/2015/10/mitt-romney-obamacare-romneycare

RS_2015-10.bz2.deduped.txt:210621 - http://www.motherjones.com/mojo/2015/10/abortion-house-select-committee-planned-parenthood-blackburn

RS_2015-10.bz2.deduped.txt:213778 - http://www.motherjones.com/kevin-drum/2015/10/lots-people-still-arent-aware-obama-wants-give-them-cheap-health-care

RS_2015-10.bz2.deduped.txt:213916 - http://www.motherjones.com/environment/2015/03/bark-pine-beetles-climate-change-diana-six

RS_2015-10.bz2.deduped.txt:219693 - http://www.motherjones.com/politics/2015/10/planned-parenthood-attack-videos-hurting-fetal-tissue-research

RS_2015-10.bz2.deduped.txt:219701 - http://www.motherjones.com/politics/2015/10/psychology-gun-violence-brad-bushman-inquiring-minds

RS_2015-10.bz2.deduped.txt:224793 - http://m.motherjones.com/slideshows/2011/08/abusive-religious-reform-homes

RS_2015-10.bz2.deduped.txt:228970 - http://www.motherjones.com/politics/2015/10/ben-carson-seventh-day-adventist-evangelical-voters-Iowa

RS_2015-10.bz2.deduped.txt:229067 - http://www.motherjones.com/kevin-drum/2015/10/house-hostage-takers-give-promise-plenty-hostages-future

RS_2015-10.bz2.deduped.txt:229158 - http://www.motherjones.com/environment/2015/07/hidden-costs-dirty-energy-imf

RS_2015-10.bz2.deduped.txt:232022 - http://m.motherjones.com/politics/2015/10/jeb-bush-florida-felon-voting-rights-clemency

RS_2015-10.bz2.deduped.txt:233349 - http://www.motherjones.com/environment/2015/10/indonesia-climate-change-fires-palm-oil-el-nino

RS_2015-10.bz2.deduped.txt:233500 - http://www.motherjones.com/mojo/2015/10/doctors-without-borders-bombed-yemen

RS_2015-10.bz2.deduped.txt:234670 - http://www.motherjones.com/politics/2015/10/jeb-bush-florida-felon-voting-rights-clemency

RS_2015-10.bz2.deduped.txt:235950 - http://www.motherjones.com/politics/2015/10/what-look-wednesdays-gop-debate

RS_2015-10.bz2.deduped.txt:239454 - http://m.motherjones.com/environment/2015/10/indonesia-climate-change-fires-palm-oil-el-nino

RS_2015-10.bz2.deduped.txt:239980 - http://www.motherjones.com/blue-marble/2015/10/ship-carrying-5000-cows-sank-brazil

RS_2015-10.bz2.deduped.txt:241249 - http://www.motherjones.com/politics/2015/10/gop-debate-colorado-legal-weed-john-blaze

RS_2015-10.bz2.deduped.txt:241993 - http://www.motherjones.com/mojo/2015/10/hillary-clinton-stephen-colbert

RS_2015-10.bz2.deduped.txt:245393 - http://www.motherjones.com/politics/2015/10/tamir-rice-leaked-reports-grand-jury

RS_2015-10.bz2.deduped.txt:246944 - http://www.motherjones.com/contributor/2015/10/should-i-visit-ted-cruz-dot-edu

RS_2015-10.bz2.deduped.txt:249770 - http://www.motherjones.com/politics/2015/10/buying-judges-dark-money-flowing

RS_2015-10.bz2.deduped.txt:250219 - http://motherjones.com/environment/2015/10/graham-pataki-climate-change-cnbc-debate

RS_2015-10.bz2.deduped.txt:253573 - http://www.motherjones.com/politics/2015/10/fact-checking-fiorina-on-job-losses-under-obama

RS_2015-10.bz2.deduped.txt:254794 - http://www.motherjones.com/kevin-drum/2015/10/honesty-took-big-hit-wednesdays-debate

RS_2015-10.bz2.deduped.txt:258522 - http://www.motherjones.com/mojo/2015/10/wow-ben-carson-just-destroyed-liberal-haters-some-sweet-bible-knowledge

RS_2015-10.bz2.deduped.txt:259720 - http://www.motherjones.com/politics/2015/10/hillary-clinton-burma-myanmar-general-election

RS_2015-10.bz2.deduped.txt:264914 - http://www.motherjones.com/environment/2015/10/ultimate-climate-candidate-matrix

RS_2015-10.bz2.deduped.txt:265360 - http://motherjones.com/politics/2015/10/hillary-clinton-burma-myanmar-general-election

RS_2015-10.bz2.deduped.txt:268985 - http://www.motherjones.com/environment/2015/10/merlin-tuttle-explains-why-bats-are-our-friends

RS_2015-10.bz2.deduped.txt:269084 - http://www.motherjones.com/blue-marble/2015/10/worlds-plan-save-itself-charts

RS_2017-07.bz2.deduped.txt:208 - http://www.motherjones.com/crime-justice/2017/06/virginia-plans-to-execute-this-mentally-ill-man-unless-the-governor-blocks-it/

RS_2017-07.bz2.deduped.txt:2493 - http://www.motherjones.com/kevin-drum/2017/07/trump-oppo-group-sought-hacked-clinton-emails-even-if-they-came-from-the-russians/

RS_2017-07.bz2.deduped.txt:2776 - http://www.motherjones.com/politics/2017/06/the-trump-administration-is-using-immigrant-children-as-bait-to-deport-their-parents/

RS_2017-07.bz2.deduped.txt:3729 - http://www.motherjones.com/environment/2017/06/the-government-warns-against-eating-your-placenta/

RS_2017-07.bz2.deduped.txt:3756 - http://www.motherjones.com/environment/2017/06/a-third-of-americans-are-about-to-have-their-drinking-water-deregulated-by-the-epa/

RS_2017-07.bz2.deduped.txt:7942 - http://www.motherjones.com/kevin-drum/2017/07/a-very-brief-primer-on-single-payer-health-care/

RS_2017-07.bz2.deduped.txt:11823 - http://www.motherjones.com/politics/2017/06/republicans-new-tactic-look-over-here-while-we-take-away-your-healthcare-coverage/

RS_2017-07.bz2.deduped.txt:11938 - http://www.motherjones.com/kevin-drum/2017/07/did-donald-trump-invent-a-chemical-attack-in-syria/

RS_2017-07.bz2.deduped.txt:15310 - http://www.motherjones.com/politics/2017/06/hey-gop-trumps-misogyny-and-obsession-with-revenge-are-nothing-new/

RS_2017-07.bz2.deduped.txt:21463 - http://www.motherjones.com/politics/2017/07/neuroscience-poverty-brains-trump-clinton/

RS_2017-07.bz2.deduped.txt:23865 - http://www.motherjones.com/environment/2017/07/heres-the-real-reason-republicans-dont-give-a-damn-about-climate-change/

RS_2017-07.bz2.deduped.txt:27930 - http://www.motherjones.com/environment/2017/07/ringling-promised-it-would-protect-its-retired-tigers-now-theyre-going-to-the-highest-bidder/

RS_2017-07.bz2.deduped.txt:30667 -
http://www.motherjones.com/environment/2017/07/government-cancels-release-of-data-on-medicares-privately-run-plans/
RS_2017-07.bz2.deduped.txt:31188 - http://www.motherjones.com/kevin-drum/2017/07/yet-more-jaw-dropping-lies-from-the-trump-administration/
RS_2017-07.bz2.deduped.txt:34905 - http://www.motherjones.com/politics/2017/06/can-this-berniecrat-congressman-win-silicon-valley-over-to-his-progressive-agenda/
RS_2017-07.bz2.deduped.txt:36634 - http://www.motherjones.com/politics/2017/07/the-opioid-epidemic-is-literally-changing-kids-brains/
RS_2017-07.bz2.deduped.txt:39783 - http://www.motherjones.com/kevin-drum/2017/07/new-epa-program-provides-climate-deniers-with-an-official-platform/
RS_2017-07.bz2.deduped.txt:41383 - http://www.motherjones.com/kevin-drum/2017/07/trump-confused-by-ten-foot-walk-to-presidential-limousine/
RS_2017-07.bz2.deduped.txt:41778 - http://www.motherjones.com/politics/2017/07/russian-ambassador-sergey-kislyak-complains-that-working-with-trump-is-difficult/
RS_2017-07.bz2.deduped.txt:42563 - http://www.motherjones.com/kevin-drum/2017/07/trump-administration-wants-to-take-away-right-to-sue-nursing-homes/
RS_2017-07.bz2.deduped.txt:43900 - http://www.motherjones.com/politics/2017/06/trump-tweets-travel-ban-court/?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29
RS_2017-07.bz2.deduped.txt:45383 - http://www.motherjones.com/politics/2017/07/6-unreal-moments-from-trumps-pro-wrestling-career/
RS_2017-07.bz2.deduped.txt:46333 - http://www.motherjones.com/politics/2017/07/children-ohio-opioid-epidemic/
RS_2017-07.bz2.deduped.txt:46486 - http://www.motherjones.com/environment/2017/07/future-new-jersey-governors-will-have-trouble-getting-to-the-beach/
RS_2017-07.bz2.deduped.txt:48198 -
http://www.motherjones.com/environment/2017/07/trumps-likely-epa-pick-isnt-conservative-enough-for-climate-deniers/
RS_2017-07.bz2.deduped.txt:49391 - http://www.motherjones.com/politics/2017/07/trump-russia-intelligence/
RS_2017-07.bz2.deduped.txt:51139 - http://www.motherjones.com/politics/2017/02/trumps-immigration-detention-center-expansion/
RS_2017-07.bz2.deduped.txt:53372 - http://www.motherjones.com/kevin-drum/2017/07/map-of-the-day-who-gets-screwed-the-most-by-bcra/
RS_2017-07.bz2.deduped.txt:55875 - http://www.motherjones.com/politics/2017/07/its-trump-putin-versus-the-world-literally/
RS_2017-07.bz2.deduped.txt:60099 - http://www.motherjones.com/politics/2017/07/these-three-lawyers-are-quietly-purging-voter-rolls-across-the-country/
RS_2017-07.bz2.deduped.txt:65206 - http://www.motherjones.com/kevin-drum/2017/07/trumps-trade-threats-arent-scaring-anyone/
RS_2017-07.bz2.deduped.txt:65364 - http://www.motherjones.com/politics/2017/07/trump-raises-russian-interference-with-putin-but-says-its-time-to-move-on/
RS_2017-07.bz2.deduped.txt:67055 - http://www.motherjones.com/politics/2017/07/this-private-trump-admin-document-may-explain-why-immigration-arrests-are-up/

RS_2017-07.bz2.deduped.txt:69688 - http://www.motherjones.com/environment/2017/07/a-jaw-dropping-list-of-all-the-terrible-things-trump-has-done-to-mother-earth/
RS_2017-07.bz2.deduped.txt:72857 - http://www.motherjones.com/kevin-drum/2017/07/chart-of-the-day-everyone-now-agrees-that-trump-is-an-idiot/
RS_2017-07.bz2.deduped.txt:81259 - http://www.motherjones.com/kevin-drum/2017/07/donald-trump-jr-met-with-russian-lawyer-in-hopes-of-dirt-on-hillary-clinton/
RS_2017-07.bz2.deduped.txt:81605 - http://www.motherjones.com/politics/2016/11/trump-russia-kremlin-propaganda-tactics/
RS_2017-07.bz2.deduped.txt:81780 - http://www.motherjones.com/politics/2017/07/donald-trump-is-clueless-about-the-middle-east/
RS_2017-07.bz2.deduped.txt:81841 - http://www.motherjones.com/politics/2017/05/hedge-city-vancouver-chinese-foreign-capital/
RS_2017-07.bz2.deduped.txt:86947 - http://www.motherjones.com/politics/2017/07/a-lobbyist-detectives-strange-quest-to-find-seth-richs-murderer/
RS_2017-07.bz2.deduped.txt:89820 - http://www.motherjones.com/kevin-drum/2017/07/666-fifth-avenue-yet-another-massive-conflict-of-interest-for-the-trump-white-house/
RS_2017-07.bz2.deduped.txt:93559 - http://www.motherjones.com/kevin-drum/2017/07/our-approach-to-climate-change-isnt-working-lets-try-something-else/#disqus-container
RS_2017-07.bz2.deduped.txt:93794 - http://www.motherjones.com/kevin-drum/2017/07/our-approach-to-climate-change-isnt-working-lets-try-something-else/
RS_2017-07.bz2.deduped.txt:94154 - http://www.motherjones.com/kevin-drum/2017/07/somebody-has-a-helluva-vendetta-going-against-donald-trump-jr/
RS_2017-07.bz2.deduped.txt:94270 - http://www.motherjones.com/politics/2017/07/report-donald-trump-jr-was-told-clinton-dirt-was-part-of-a-kremlin-effort-to-help-his-dad/
RS_2017-07.bz2.deduped.txt:95278 - http://www.motherjones.com/politics/2017/07/trumps-new-cdc-chief-promoted-a-sketchy-anti-aging-therapy/
RS_2017-07.bz2.deduped.txt:96788 - http://www.motherjones.com/environment/2017/07/al-franken-and-david-letterman-team-up-to-fight-climate-change/
RS_2017-07.bz2.deduped.txt:100160 - http://www.motherjones.com/politics/2017/07/lawyer-behind-nationwide-voter-purge-effort-named-to-trump-election-commission/
RS_2017-07.bz2.deduped.txt:101853 - http://www.motherjones.com/politics/2017/07/donald-trump-jr-emails-steele-dossier/
RS_2017-07.bz2.deduped.txt:102712 - http://www.motherjones.com/kevin-drum/2017/07/steve-bannon-wants-to-outsource-afghanistan-to-mercs/
RS_2017-07.bz2.deduped.txt:104231 - http://www.motherjones.com/politics/2017/07/the-trump-russia-conspiracy-is-now-very-simple/
RS_2017-07.bz2.deduped.txt:107432 - http://www.motherjones.com/politics/2017/07/justice-department-changes-stance-on-key-voting-rights-case/
RS_2017-07.bz2.deduped.txt:109470 - http://www.motherjones.com/politics/2017/07/republicans-obamacare-trump-csr-medicaid/
RS_2017-07.bz2.deduped.txt:115706 - http://www.motherjones.com/politics/2017/07/christopher-wray-fbi-trump-russia/
RS_2017-07.bz2.deduped.txt:116572 - http://www.motherjones.com/politics/2017/07/german-detainee-adelanto-detention-center-medical-care/

RS_2017-07.bz2.deduped.txt:117077 - http://www.motherjones.com/kevin-drum/2017/07/democrats-want-to-know-if-trump-quashed-a-russian-money-laundering-case-in-return-for-dirt-on-hillary-clinton/

RS_2017-07.bz2.deduped.txt:120374 - http://www.motherjones.com/environment/2017/07/super-gonorrhea-is-about-to-get-the-trump-bump/

RS_2017-07.bz2.deduped.txt:120860 - http://www.motherjones.com/politics/2017/07/team-trumps-sad-playbook-tweet-deny-dismiss/

RS_2017-07.bz2.deduped.txt:122054 - http://www.motherjones.com/media/2017/07/donald-trump-jr-s-email-scandal-lands-cover-of-time/

RS_2017-07.bz2.deduped.txt:125960 - http://www.motherjones.com/kevin-drum/2017/07/cbo-to-trump-get-real/

RS_2017-07.bz2.deduped.txt:126848 - http://www.motherjones.com/politics/2017/07/the-real-scandal-now-is-how-team-trump-helped-putin-conceal-his-attack-on-america/

RS_2017-07.bz2.deduped.txt:127495 - http://www.motherjones.com/politics/2017/07/a-new-lawsuit-alleges-asylum-seekers-are-being-illegally-turned-away-at-the-border/

RS_2017-07.bz2.deduped.txt:131848 - http://www.motherjones.com/kevin-drum/2017/03/british-dutch-passed-along-intel-about-meetings-between-trump-team-and-russia/

RS_2017-07.bz2.deduped.txt:131850 - http://www.motherjones.com/kevin-drum/2017/07/republicans-getting-ready-to-jettison-cbo/

RS_2017-07.bz2.deduped.txt:133453 - http://www.motherjones.com/environment/2017/07/scott-pruitt-desperately-wants-to-be-loved/

RS_2017-07.bz2.deduped.txt:134851 - http://www.motherjones.com/environment/2016/08/latest-damning-study-about-milk-nuts/

RS_2017-07.bz2.deduped.txt:137376 - http://www.motherjones.com/crime-justice/2017/07/sessions-thanks-anti-lgbt-group-for-its-important-work/

RS_2017-07.bz2.deduped.txt:139143 - http://www.motherjones.com/kevin-drum/2017/07/are-people-disgusted-by-the-homeless/

RS_2017-07.bz2.deduped.txt:139996 - http://www.motherjones.com/kevin-drum/2017/07/republican-game-playing-is-responsible-for-three-quarters-of-2018-obamacare-rate-increases/

RS_2017-07.bz2.deduped.txt:140240 - http://www.motherjones.com/politics/2017/07/the-trump-administration-is-gutting-funding-to-prevent-teen-pregnancy/

RS_2017-07.bz2.deduped.txt:140497 - http://www.motherjones.com/politics/2017/07/disgraced-coal-baron-don-blankenship-fresh-out-of-prison-is-mulling-a-senate-bid/

RS_2017-07.bz2.deduped.txt:141169 - http://www.motherjones.com/politics/2017/07/nancy-pelosi-trump-aides-broke-law/

RS_2017-07.bz2.deduped.txt:141743 - http://www.motherjones.com/politics/2017/07/how-a-music-publicist-connected-trumps-inner-circle-to-a-russian-lawyer-peddling-clinton-dirt/

RS_2017-07.bz2.deduped.txt:142658 - http://www.motherjones.com/kevin-drum/2017/07/health-insurers-have-finally-had-enough/

RS_2017-07.bz2.deduped.txt:147054 - http://www.motherjones.com/kevin-drum/2017/07/501863/

RS_2017-07.bz2.deduped.txt:151642 - http://www.motherjones.com/kevin-drum/2017/07/jared-kushner-helps-out-his-little-brother/

RS_2017-07.bz2.deduped.txt:158286 - http://www.motherjones.com/politics/2017/07/i-caught-the-russian-ambassador-as-he-left-his-farewell-party-it-was-super-weird-1/

RS_2017-07.bz2.deduped.txt:160902 - http://www.motherjones.com/kevin-drum/2017/07/mass-unemployment-will-start-around-2025/

RS_2017-07.bz2.deduped.txt:163095 - http://www.motherjones.com/politics/2016/06/trump-files-watch-trumps-not-be-able-multiply-17-6/

RS_2017-07.bz2.deduped.txt:163142 - http://www.motherjones.com/food/2017/07/the-meat-industry-refuses-to-track-drugs-on-americas-farms-and-its-making-superbugs-worse/

RS_2017-07.bz2.deduped.txt:163167 - http://www.motherjones.com/environment/2017/07/while-you-were-busy-watching-don-jr-you-missed-some-interesting-trump-administration-nominees/

RS_2017-07.bz2.deduped.txt:163398 - http://www.motherjones.com/politics/2017/07/the-trump-administration-will-finally-release-its-mar-a-lago-visitor-logs/

RS_2017-07.bz2.deduped.txt:163900 - http://www.motherjones.com/kevin-drum/2017/07/trump-plans-a-blitzkrieg-to-sell-his-tax-plan-for-the-rich/

RS_2017-07.bz2.deduped.txt:164223 - http://www.motherjones.com/politics/2011/07/fbi-terrorist-informants/

RS_2017-07.bz2.deduped.txt:164370 - http://www.motherjones.com/environment/2017/07/trumps-epa-head-confirmed-environmentalists-worst-fears/

RS_2017-07.bz2.deduped.txt:167017 - http://www.motherjones.com/politics/2017/07/republican-health-care-plan-is-dead/

RS_2017-07.bz2.deduped.txt:167286 - http://www.motherjones.com/politics/2017/07/sessions-plans-to-increase-seizure-of-property-from-suspects/

RS_2017-07.bz2.deduped.txt:169392 - http://www.motherjones.com/environment/2013/05/fertilizer-peak-phosphorus-shortage/

RS_2017-07.bz2.deduped.txt:169703 - http://www.motherjones.com/politics/2012/07/voter-id-laws-charts-maps/

RS_2017-07.bz2.deduped.txt:172071 - http://www.motherjones.com/politics/2017/07/how-chuck-grassley-is-creating-an-alternative-trump-russia-investigation/

RS_2017-07.bz2.deduped.txt:173853 - http://www.motherjones.com/politics/2017/07/iowa-just-gutted-planned-parenthood-and-the-results-for-women-are-brutal/

RS_2017-07.bz2.deduped.txt:175321 - http://www.motherjones.com/politics/2017/07/trump-putin-propaganda-warfare/

RS_2017-07.bz2.deduped.txt:175708 - http://www.motherjones.com/politics/2017/07/eighth-participant-in-meeting-with-trump-jr-once-linked-to-russian-money-laundering/

RS_2017-07.bz2.deduped.txt:176184 - http://www.motherjones.com/politics/2017/07/the-agalarovs-who-set-up-the-trump-russia-meeting-are-selling-their-jersey-homes/

RS_2017-07.bz2.deduped.txt:177359 - http://www.motherjones.com/kevin-drum/2017/07/donald-trump-had-a-very-very-private-meeting-with-vladimir-putin/

RS_2017-07.bz2.deduped.txt:181312 - http://www.motherjones.com/politics/2017/07/trump-election-commissioner-used-dubious-data-to-allege-an-alien-invasion/

RS_2017-07.bz2.deduped.txt:181439 - http://www.motherjones.com/politics/2017/07/jeff-sessions-has-no-interest-in-pursuing-crooked-cops/

RS_2017-07.bz2.deduped.txt:182601 - http://www.motherjones.com/politics/2017/07/the-myth-of-drug-expiration-dates/

RS_2017-07.bz2.deduped.txt:186886 -
http://www.motherjones.com/environment/2017/07/trumps-big-plan-for-a-tiny-epa-is-already-dead/

RS_2017-07.bz2.deduped.txt:190548 - http://www.motherjones.com/kevin-drum/2017/07/trump-jeff-sessions-should-have-muzzled-the-fbi/

RS_2017-07.bz2.deduped.txt:193533 - http://www.motherjones.com/politics/2017/07/trump-rants-propaganda/

RS_2017-07.bz2.deduped.txt:194234 - http://www.motherjones.com/politics/2017/07/my-daughter-was-murdered-in-a-mass-shooting-then-i-was-ordered-to-pay-her-killers-gun-dealer/

RS_2017-07.bz2.deduped.txt:194394 - http://www.motherjones.com/politics/2017/07/this-republican-wants-to-prevent-med-students-from-even-learning-how-to-perform-abortions/

RS_2017-07.bz2.deduped.txt:195355 - http://www.motherjones.com/politics/2017/07/were-trump-jr-manafort-and-kushner-hoping-to-get-clintons-emails-from-putin/

RS_2017-07.bz2.deduped.txt:196767 - http://www.motherjones.com/politics/2017/07/exxon-fined-2-million-for-violating-russia-sanctions-while-tillerson-was-ceo/

RS_2017-07.bz2.deduped.txt:197109 - http://www.motherjones.com/politics/2017/07/is-jeff-sessions-a-zombie-attorney-general/

RS_2017-07.bz2.deduped.txt:199717 - http://www.motherjones.com/kevin-drum/2017/07/cbo-deductibles-under-republican-health-plan-would-hit-13000/

RS_2017-07.bz2.deduped.txt:207835 - http://www.motherjones.com/media/2017/07/stephen-colbert-rents-trumps-pee-pee-tape-hotel-room-in-russia-dossier/

RS_2017-07.bz2.deduped.txt:211525 - http://www.motherjones.com/politics/2017/07/anthony-scaramucci-once-called-trump-anti-american-now-hes-got-a-top-white-house-gig/

RS_2017-07.bz2.deduped.txt:212470 - http://www.motherjones.com/politics/2017/07/anthony-scaramucci-twitter-feed-communications-director/

RS_2017-07.bz2.deduped.txt:213603 -
http://www.motherjones.com/politics/2017/07/scaramucci-may-have-a-russia-problem-of-his-own/

RS_2017-07.bz2.deduped.txt:213605 - http://www.motherjones.com/politics/2017/07/alt-right-william-regnery-richard-spencer/

RS_2017-07.bz2.deduped.txt:216464 - http://www.motherjones.com/crime-justice/2017/07/north-dakota-norway-prisons-experiment/

RS_2017-07.bz2.deduped.txt:220098 - http://www.motherjones.com/politics/2017/07/lets-do-something-almost-no-republican-senator-has-been-willing-to-do-listen-to-real-peoples-health-care-concerns/

RS_2017-07.bz2.deduped.txt:221458 - http://www.motherjones.com/kevin-drum/2017/07/medicaid-expansion-had-a-huge-impact-on-the-finances-of-the-poor/

RS_2017-07.bz2.deduped.txt:224370 -
http://www.motherjones.com/politics/2017/07/scaramucci-may-have-a-russia-problem-of-his-own/?0

RS_2017-07.bz2.deduped.txt:226163 - http://www.motherjones.com/politics/2017/03/creeping-authoritarianism-trump-trumpocracy/

RS_2017-07.bz2.deduped.txt:226543 - http://www.motherjones.com/politics/2016/09/trump-russian-mobster-tokhtakhounov-miss-universe-moscow/

RS_2017-07.bz2.deduped.txt:227662 - http://www.motherjones.com/politics/2017/07/dear-historians-when-you-look-back-at-trumps-first-6-months-please-include-these-disasters/

RS_2017-07.bz2.deduped.txt:228749 - http://www.motherjones.com/kevin-drum/2017/07/wapo-sessions-lied-about-campaign-contacts-with-russia-1/

RS_2017-07.bz2.deduped.txt:233651 - http://www.motherjones.com/politics/2017/07/these-haitians-found-refuge-from-earthquakes-cholera-and-poverty-now-trump-plans-to-send-them-back/

RS_2017-07.bz2.deduped.txt:234761 - http://www.motherjones.com/politics/2017/07/lucrative-moscow-deal-approved-agalarovs-crocus-group/

RS_2017-07.bz2.deduped.txt:234910 - http://www.motherjones.com/kevin-drum/2014/11/can-we-talk-heres-why-white-working-class-hates-democrats/

RS_2017-07.bz2.deduped.txt:237758 - http://www.motherjones.com/politics/2017/07/made-in-america-week-exposes-a-deepening-gop-rift-over-cheap-foreign-labor/

RS_2017-07.bz2.deduped.txt:239404 - http://www.motherjones.com/politics/2017/07/that-sound-you-hear-is-elizabeth-warren-tightening-her-grip-on-the-democratic-party/

RS_2017-07.bz2.deduped.txt:244088 - http://www.motherjones.com/politics/2017/07/firm-of-oligarch-behind-trump-jr-meeting-was-primary-client-of-co-probed-for-money-laundering/

RS_2017-07.bz2.deduped.txt:254293 - http://www.motherjones.com/politics/2017/07/ethics-violations-corruption-trump-international-reputation/

RS_2017-07.bz2.deduped.txt:254421 - http://www.motherjones.com/environment/2017/07/in-1968-utility-companies-learned-about-climate-change-and-did-nothing/

RS_2017-07.bz2.deduped.txt:255746 - http://www.motherjones.com/politics/2017/07/trump-announces-he-wont-let-transgender-people-serve-in-the-military/

RS_2017-07.bz2.deduped.txt:256189 - http://www.motherjones.com/food/2017/07/bill-ban-chemical-epa-pruitt-trump/

RS_2017-07.bz2.deduped.txt:258581 - http://www.motherjones.com/politics/2017/07/what-happened-in-ohio-proves-that-trump-is-only-going-to-get-worse/

RS_2017-07.bz2.deduped.txt:259171 - http://www.motherjones.com/politics/2017/07/federal-judge-calls-out-trump-voting-deputy-for-pattern-of-misleading-court/

RS_2017-07.bz2.deduped.txt:259658 - http://www.motherjones.com/politics/2017/07/mitch-mcconnells-skinny-repeal-could-still-mean-15-million-fewer-with-insurance/

RS_2017-07.bz2.deduped.txt:261898 - http://www.motherjones.com/media/2017/07/sarah-huckabee-sanders-reads-letter-from-nine-year-old-praising-the-president/

RS_2017-07.bz2.deduped.txt:262200 - http://www.motherjones.com/politics/2017/07/someone-is-selling-more-than-40-million-voter-records-on-the-dark-web/

RS_2017-07.bz2.deduped.txt:263980 - http://www.motherjones.com/politics/2017/07/trumps-ban-on-transgender-service-members-may-not-be-legal/

RS_2017-07.bz2.deduped.txt:266354 - http://www.motherjones.com/politics/2017/07/9-house-districts-california-dems-are-trying-to-flip/

RS_2017-07.bz2.deduped.txt:267228 - http://www.motherjones.com/food/2017/07/in-india-a-better-economy-means-more-chickens-and-loads-more-antibiotics/

RS_2017-07.bz2.deduped.txt:267859 - http://www.motherjones.com/politics/2017/07/donald-trump-jr-s-russia-meeting-was-allegedly-about-the-magnitsky-act-what-the-hell-is-the-magnitsky-act/

RS_2017-07.bz2.deduped.txt:268952 - http://www.motherjones.com/politics/2017/07/justice-department-lgbt-workplace-discrimination-is-allowed-under-civil-rights-law/

RS_2017-07.bz2.deduped.txt:270833 - http://www.motherjones.com/politics/2017/07/the-trump-administration-is-trying-again-to-get-data-on-every-american-voter/

RS_2017-07.bz2.deduped.txt:271085 - http://www.motherjones.com/politics/2017/07/senate-investigations-paul-manafort/
RS_2017-07.bz2.deduped.txt:272796 - http://www.motherjones.com/kevin-drum/2017/07/sam-brownback-officially-leaves-kansas-with-the-worst-economy-in-the-plains/
RS_2017-07.bz2.deduped.txt:272882 - http://www.motherjones.com/politics/2017/07/the-head-of-the-boy-scouts-apologizes-for-donald-trump/
RS_2017-07.bz2.deduped.txt:273076 - http://www.motherjones.com/environment/2017/07/why-trumps-revenge-on-murkowski-could-be-great-for-the-planet/
RS_2017-07.bz2.deduped.txt:273577 - http://www.motherjones.com/politics/2017/07/the-white-house-communications-director-just-gave-this-unhinged-profanity-laden-interview/
RS_2017-07.bz2.deduped.txt:274065 - http://www.motherjones.com/kevin-drum/2017/07/republicans-just-announced-that-theyll-need-democratic-votes-for-their-tax-bill/
RS_2017-07.bz2.deduped.txt:274398 - http://www.motherjones.com/politics/2017/07/gop-senators-call-skinny-repeal-bill-a-fraud-but-say-they-might-vote-for-it-anyway/
RS_2017-07.bz2.deduped.txt:275926 - http://www.motherjones.com/kevin-drum/2017/07/the-white-house-is-now-doctoring-its-transcripts/
RS_2017-07.bz2.deduped.txt:276145 - http://www.motherjones.com/politics/2017/07/gop-senators-call-skinny-repeal-bill-a-fraud-but-say-they-might-vote-for-it-anyway-1/
RS_2017-07.bz2.deduped.txt:276921 - http://www.motherjones.com/politics/2017/07/nuclear-grade-bonkers-senator-slams-skinny-repeal-bill-in-powerful-floor-speech/
RS_2017-07.bz2.deduped.txt:278676 - http://www.motherjones.com/politics/2017/07/this-salvadoran-mother-of-3-survived-years-of-abuse-only-to-end-up-trapped-in-a-uniquely-american-nightmare/
RS_2017-07.bz2.deduped.txt:279207 - http://www.motherjones.com/politics/2017/07/all-these-grown-men-in-texas-are-obsessed-with-bathrooms-for-some-reason/
RS_2017-07.bz2.deduped.txt:280766 - http://www.motherjones.com/politics/2016/06/cca-private-prisons-corrections-corporation-inmates-investigation-bauer/
RS_2017-07.bz2.deduped.txt:284403 - http://www.motherjones.com/environment/2017/07/lamar-smith-says-climate-change-is-good/
RS_2017-07.bz2.deduped.txt:284599 - http://www.motherjones.com/politics/2017/07/trump-encourages-cops-to-treat-suspects-roughly-please-dont-be-too-nice/
RS_2017-07.bz2.deduped.txt:286247 - http://www.motherjones.com/politics/2017/07/scotland-is-blocking-the-expansion-of-donald-trumps-golf-empire/
RS_2017-07.bz2.deduped.txt:287315 - http://www.motherjones.com/politics/2017/07/the-police-department-cheering-on-trumps-call-for-excessive-force-is-already-under-federal-oversight-for-discrimination/
RS_2017-07.bz2.deduped.txt:289204 - http://www.motherjones.com/politics/2017/07/leak-internal-documents-show-how-the-nations-top-spy-is-instructed-to-talk-about-trump/
RS_2017-07.bz2.deduped.txt:291808 - http://www.motherjones.com/politics/2017/07/senator-battling-stage-four-kidney-cancer-shames-republicans-trying-to-end-obamacare/
RS_2017-07.bz2.deduped.txt:292000 - http://www.motherjones.com/kevin-drum/2017/07/the-white-house-is-now-doctoring-its-transcripts-1/
RS_2017-07.bz2.deduped.txt:295262 - http://www.motherjones.com/politics/2017/04/leaked-email-trump-models-will-officially-shut-down/

RS_2017-07.bz2.deduped.txt:301317 - http://www.motherjones.com/environment/2017/07/simply-drinking-water-shouldnt-be-this-dangerous/

RS_2017-07.bz2.deduped.txt:304186 - http://www.motherjones.com/politics/2017/07/trumps-big-beautiful-wall-will-cut-through-a-big-beautiful-texas-wildlife-refuge/

RS_2017-07.bz2.deduped.txt:304207 - http://www.motherjones.com/politics/2017/07/texas-republicans-never-get-tired-of-restricting-abortion-rights/

RS_2017-07.bz2.deduped.txt:305033 - http://www.motherjones.com/politics/2017/07/donald-trumps-war-on-scientists-has-had-one-big-side-effect/

RS_2017-07.bz2.deduped.txt:307462 - http://www.motherjones.com/environment/2017/07/obamacare-saved-this-womans-life-and-her-farm/

RS_2017-07.bz2.deduped.txt:307481 - http://www.motherjones.com/kevin-drum/2017/07/corporations-are-raking-in-record-profits-but-workers-arent-seeing-much-of-it/

RS_2017-07.bz2.deduped.txt:308934 - http://www.motherjones.com/politics/2017/07/trump-fires-anthony-scaramucci-as-white-house-communications-director/

RS_v2_2008-02.xz.deduped.txt:376 - http://www.motherjones.com/news/update/2008/01/pushing-pelosi.html

RS_v2_2008-02.xz.deduped.txt:638 - http://www.motherjones.com/commentary/columns/2000/06/violent_media.html

RS_v2_2008-02.xz.deduped.txt:735 - http://www.motherjones.com/news/outfront/2008/01/conspiracy-watch.html

RS_v2_2008-02.xz.deduped.txt:1232 - http://www.motherjones.com/commentary/tomdispatch/2008/01/barreling-into-recession.html

RS_v2_2008-02.xz.deduped.txt:1636 - http://www.motherjones.com/mojoblog/archives/2008/02/7080_a_primer_on_the.html

RS_v2_2008-02.xz.deduped.txt:2887 - http://www.motherjones.com/commentary/tomdispatch/2008/02/tenacity-of-american-militarism.html

RS_v2_2008-02.xz.deduped.txt:4244 - http://www.motherjones.com/mojoblog/archives/2008/02/7149_mccain_vs_the_r.html

RS_v2_2008-02.xz.deduped.txt:5373 - http://www.motherjones.com/riff_blog/archives/2008/02/7152_pearl_jam_ensur.html

RS_v2_2008-02.xz.deduped.txt:6193 - http://www.motherjones.com/washington_dispatch/2008/02/neocons-last-hurrah.html

RS_v2_2008-02.xz.deduped.txt:6315 - http://www.motherjones.com/washington_dispatch/2008/02/courting-disaster.html

RS_v2_2008-02.xz.deduped.txt:7117 - http://www.motherjones.com/mojoblog/archives/2008/02/7179_huckabee_goes_n.html

RS_v2_2008-02.xz.deduped.txt:7234 - http://www.motherjones.com/washington_dispatch/2008/02/conservative-political-action-conference-diary.html

RS_v2_2008-02.xz.deduped.txt:7295 - http://www.motherjones.com/mojoblog/archives/2008/02/7175_can_clinton_wai.html

RS_v2_2008-02.xz.deduped.txt:7762 - http://www.motherjones.com/news/outfront/2007/03/how_to_kill_a_rainforest.html

RS_v2_2008-02.xz.deduped.txt:8034 -
http://www.motherjones.com/mojoblog/archives/2008/02/7193_ron_paul_rallie.html
RS_v2_2008-02.xz.deduped.txt:8564 -
http://www.motherjones.com/washington_dispatch/2008/02/obama-steals-clinton-base.html
RS_v2_2008-02.xz.deduped.txt:9069 -
http://www.motherjones.com/news_analysis/2008/02/guantanamos-dirty-secrets.html
RS_v2_2008-02.xz.deduped.txt:9085 -
http://www.motherjones.com/news/exposure/2008/02/sister-fabian-crusade.html
RS_v2_2008-02.xz.deduped.txt:9627 -
http://www.motherjones.com/mojoblog/archives/2008/02/7222_to_protect_whit.html
RS_v2_2008-02.xz.deduped.txt:9744 -
http://www.motherjones.com/mojoblog/archives/2008/02/7227_why_not_lie_to.html
RS_v2_2008-02.xz.deduped.txt:9861 -
http://www.motherjones.com/mojoblog/archives/2008/02/7225_huffpo_needs_so.html
RS_v2_2008-02.xz.deduped.txt:10376 -
http://www.motherjones.com/mojoblog/archives/2008/02/7234_breaking_seiu_e.html
RS_v2_2008-02.xz.deduped.txt:10780 -
http://www.motherjones.com/mojoblog/archives/2008/02/7245_boston_to_hucka.html
RS_v2_2008-02.xz.deduped.txt:12723 -
http://www.motherjones.com/news_analysis/2008/02/mandatory-minimum-and-misguided.html
RS_v2_2008-02.xz.deduped.txt:13154 -
http://www.motherjones.com/mojoblog/archives/2008/02/7253_theres_a_little.html
RS_v2_2008-02.xz.deduped.txt:15514 -
http://www.motherjones.com/mojoblog/archives/2008/02/7288_belgrade_going.html
RS_v2_2008-02.xz.deduped.txt:15597 -
http://www.motherjones.com/mojoblog/archives/2008/02/7289_a_new_antiobama.html
RS_v2_2008-02.xz.deduped.txt:16569 -
http://www.motherjones.com/news/update/2008/02/hormuz-strait-iran-accidental-war.html
RS_v2_2008-02.xz.deduped.txt:17215 -
http://www.motherjones.com/commentary/columns/2008/03/missing-the-mark-missiles-somalia-pakistan-afghanistan.html
RS_v2_2008-02.xz.deduped.txt:18552 -
http://www.motherjones.com/mojoblog/archives/2008/02/7332_black_immigirants_the_invisible_model_minority_oh_and_imus.html
RS_v2_2008-02.xz.deduped.txt:18667 - http://motherjones.com/news/featurex/2008/03/torture-playlist.html
RS_v2_2008-02.xz.deduped.txt:19163 -
http://www.motherjones.com/news/outfront/2008/03/527s-election-money-mudslingers.html
RS_v2_2008-02.xz.deduped.txt:19492 -
http://www.motherjones.com/mojoblog/archives/2008/02/7361_mccain_making_t.html
RS_v2_2008-02.xz.deduped.txt:20267 -
http://www.motherjones.com/mojoblog/archives/2008/02/7419_bushs_newest_se.html
RS_v2_2008-02.xz.deduped.txt:20270 -
http://www.motherjones.com/mojoblog/archives/2008/02/7417_john_sidney_mcc.html
RS_v2_2008-02.xz.deduped.txt:20829 -
http://www.motherjones.com/news/feature/2008/03/department-of-pre-crime.html

RS_v2_2008-02.xz.deduped.txt:21408 -
http://www.motherjones.com/mojoblog/archives/2008/02/7438_clinton_camp_to.html
RS_2011-06.bz2.deduped.txt:78 - http://motherjones.com/blue-marble/2011/06/lousiana-bill-banning-disperants
RS_2011-06.bz2.deduped.txt:431 - http://motherjones.com/kevin-drum/2011/06/europes-slow-motion-financial-collapse
RS_2011-06.bz2.deduped.txt:846 - http://motherjones.com/mojo/2011/06/bachmann-2006-we-are-last-days
RS_2011-06.bz2.deduped.txt:1207 - http://motherjones.com/politics/2011/06/sarah-palin-emails-database-coming-soon
RS_2011-06.bz2.deduped.txt:2280 - http://motherjones.com/politics/2011/05/does-michele-bachmann-think-world-ending
RS_2011-06.bz2.deduped.txt:2708 - http://motherjones.com/politics/2011/05/vermont-single-payer-health-care
RS_2011-06.bz2.deduped.txt:3684 - http://motherjones.com/mojo/2011/06/holder-advocates-softer-drug-sentences
RS_2011-06.bz2.deduped.txt:4726 - http://motherjones.com/politics/2011/06/eight-weirdest-defense-budget-amendments
RS_2011-06.bz2.deduped.txt:4754 - http://motherjones.com/mojo/2011/06/feds-block-indiana-funding-cut-planned-parenthood
RS_2011-06.bz2.deduped.txt:4968 - http://motherjones.com/kevin-drum/2011/06/chart-day-capping-malpractice-damages-texas
RS_2011-06.bz2.deduped.txt:5679 - http://motherjones.com/media/2011/06/navy-dolphins-seals-marine-mammals
RS_2011-06.bz2.deduped.txt:7028 - http://motherjones.com/mojo/2011/06/house-gop-tells-dhs-stop-worrying-about-climate-change
RS_2011-06.bz2.deduped.txt:8755 - http://motherjones.com/mojo/2011/06/republicans-courting-fat-vote
RS_2011-06.bz2.deduped.txt:8850 - http://motherjones.com/rights-stuff/2011/06/fact-checking-haiti-earthquake-deaths
RS_2011-06.bz2.deduped.txt:9397 - http://motherjones.com/mojo/2011/06/ge-exxon-10-other-major-corporations-paid-negative-tax-rate?utm_source=twitter
RS_2011-06.bz2.deduped.txt:9557 - http://motherjones.com/kevin-drum/2011/06/winners-and-losers-charter-school-lottery
RS_2011-06.bz2.deduped.txt:9562 - http://motherjones.com/politics/2011/06/romney-new-hampshire-freemarket-whopper
RS_2011-06.bz2.deduped.txt:9803 - http://motherjones.com/politics/2011/05/citizens-united-home-depot-elections
RS_2011-06.bz2.deduped.txt:10204 - http://motherjones.com/mojo/2011/06/federal-prison-director-takes-job-private-prison-company
RS_2011-06.bz2.deduped.txt:12600 - http://motherjones.com/kevin-drum/2011/06/will-redistricting-save-california
RS_2011-06.bz2.deduped.txt:13464 - http://motherjones.com/blue-marble/2011/06/dot-shuts-down-tar-sands-pipeline
RS_2011-06.bz2.deduped.txt:14114 - http://motherjones.com/kevin-drum/2011/06/deductions-me-not-thee

RS_2011-06.bz2.deduped.txt:14736 - http://motherjones.com/mojo/2011/06/rick-perry-host-hate-group-funded-prayer-summit

RS_2011-06.bz2.deduped.txt:14878 - http://motherjones.com/mojo/2011/06/rick-santorum-paul-ryan-president

RS_2011-06.bz2.deduped.txt:15865 - http://motherjones.com/politics/2011/06/michele-bachmann-greatest-hits

RS_2011-06.bz2.deduped.txt:16228 - http://motherjones.com/environment/2011/06/are-there-toxins-your-compost

RS_2011-06.bz2.deduped.txt:17368 - http://motherjones.com/mojo/2011/06/scott-walker-painting-wisconsin-governor

RS_2011-06.bz2.deduped.txt:17452 - http://motherjones.com/kevin-drum/2011/06/chart-day-being-rich-america

RS_2011-06.bz2.deduped.txt:18130 - http://motherjones.com/mojo/2011/06/has-chris-christie-set-new-low-medicaid

RS_2011-06.bz2.deduped.txt:18309 - http://motherjones.com/mojo/2011/06/10th-anniversary-bush-tax-cuts

RS_2011-06.bz2.deduped.txt:18355 - http://motherjones.com/mojo/2011/06/evan-bayh-us-chamber-commerce

RS_2011-06.bz2.deduped.txt:18362 - http://motherjones.com/kevin-drum/2011/06/evan-bayh-drops-other-shoe-0

RS_2011-06.bz2.deduped.txt:20085 - http://motherjones.com/mojo/2011/06/mitt-romney-climate-change-warming

RS_2011-06.bz2.deduped.txt:21509 - http://motherjones.com/politics/2011/06/congress-defense-budget-stealth-earmarks

RS_2011-06.bz2.deduped.txt:22442 - http://motherjones.com/blue-marble/2011/06/so-where-japans-radiation-going

RS_2011-06.bz2.deduped.txt:22744 - http://motherjones.com/politics/2011/06/daily-caller-faux-health-reform-scandal

RS_2011-06.bz2.deduped.txt:22844 - http://motherjones.com/kevin-drum/2011/06/tim-pawlenty-and-old-time-supply-side-black-magic

RS_2011-06.bz2.deduped.txt:22846 - http://motherjones.com/politics/2011/06/michele-bachmann-ed-rollins-president-2012

RS_2011-06.bz2.deduped.txt:23992 - http://motherjones.com/kevin-drum/2011/06/white-house-and-economy

RS_2011-06.bz2.deduped.txt:24146 - http://motherjones.com/blue-marble/2011/06/note-planned-parenthood-foes-they-also-help-women-have-babies

RS_2011-06.bz2.deduped.txt:24285 - http://motherjones.com/mojo/2011/06/santorum-global-warming-limbaugh-science

RS_2011-06.bz2.deduped.txt:24287 - http://motherjones.com/mojo/2011/06/john-edwards-cheat-sheet-what-are-facts-and-do-they-make-him-criminal

RS_2011-06.bz2.deduped.txt:24316 - http://motherjones.com/kevin-drum/2011/06/newt-gingrich-implodes

RS_2011-06.bz2.deduped.txt:24733 - http://motherjones.com/mojo/2011/06/gops-favorite-historian-founding-fathers-opposed-evolution

RS_2011-06.bz2.deduped.txt:25139 - http://motherjones.com/mojo/2011/06/doctors-prescribe-cure-epidemic-mass-incarceration

RS_2011-06.bz2.deduped.txt:26090 - http://motherjones.com/politics/2010/02/surrogacy-tourism-india-nayna-patel

RS_2011-06.bz2.deduped.txt:26534 - http://motherjones.com/politics/2010/02/remy-hair-extensions-india

RS_2011-06.bz2.deduped.txt:27879 - http://motherjones.com/kevin-drum/2011/06/quote-day-how-sabotage-government

RS_2011-06.bz2.deduped.txt:28034 - http://motherjones.com/mojo/2011/06/herman-cain-immigration-great-wall-alligators

RS_2011-06.bz2.deduped.txt:29214 - http://motherjones.com/tom-philpott/2011/06/its-mceconomy-stupid

RS_2011-06.bz2.deduped.txt:29439 - http://motherjones.com/kevin-drum/2011/06/wall-street-latest-manufactured-outrage

RS_2011-06.bz2.deduped.txt:30215 - http://motherjones.com/blue-marble/2011/06/happy-world-ocean-day

RS_2011-06.bz2.deduped.txt:30223 - http://motherjones.com/mojo/2011/06/palin-email-mojo-goes-alaska-video-twitter

RS_2011-06.bz2.deduped.txt:31148 - http://motherjones.com/tom-philpott/2011/06/arsenic-chicken-fda-roxarsone-pfizer

RS_2011-06.bz2.deduped.txt:31171 - http://motherjones.com/kevin-drum/2011/06/california-set-become-even-more-democratic

RS_2011-06.bz2.deduped.txt:31516 - http://motherjones.com/kevin-drum/2011/06/note-corporate-america-stop-whining

RS_2011-06.bz2.deduped.txt:31521 - http://motherjones.com/rights-stuff/2011/06/ohio-no-jobs

RS_2011-06.bz2.deduped.txt:32166 - http://motherjones.com/blue-marble/2011/06/north-carolinas-abortion-bill-24-hour-wait

RS_2011-06.bz2.deduped.txt:32292 - http://motherjones.com/mojo/2011/06/portland-police-DOJ

RS_2011-06.bz2.deduped.txt:33049 - http://motherjones.com/blue-marble/2010/08/improving-malaria-treatments-or-why-you-should-have-paid-attention-geometry-clas?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2F TheBlueMarble+%28Mother+Jones+|+The+Blue+Marble%29

RS_2011-06.bz2.deduped.txt:34236 - http://motherjones.com/mojo/2011/06/trump-rally-leaves-fla-tea-party-6000-debt

RS_2011-06.bz2.deduped.txt:34657 - http://motherjones.com/mojo/2011/06/california-budget-crisis-calculator-next10

RS_2011-06.bz2.deduped.txt:35209 - http://motherjones.com/mojo/2011/06/did-mitt-romney-commit-voter-fraud

RS_2011-06.bz2.deduped.txt:35864 - http://motherjones.com/politics/2011/06/google-israel-us

RS_2011-06.bz2.deduped.txt:38319 - http://motherjones.com/blue-marble/2011/06/gps-climate-change-your-community

RS_2011-06.bz2.deduped.txt:38503 - http://motherjones.com/mojo/2011/06/republican-debate-president-economy

RS_2011-06.bz2.deduped.txt:38624 - http://motherjones.com/mojo/2011/06/introducing-michele-bachmann-20

RS_2011-06.bz2.deduped.txt:39657 - http://motherjones.com/mojo/2011/06/rick-perry-prayer-summit-intended-convert-non-christians

RS_2011-06.bz2.deduped.txt:41621 - http://motherjones.com/kevin-drum/2011/06/chart-day-tim-pawlentys-millionaire-tax-plan

RS_2011-06.bz2.deduped.txt:41664 - http://motherjones.com/blue-marble/2011/06/fdas-new-rules-sunscreen-labeling

RS_2011-06.bz2.deduped.txt:41679 - http://motherjones.com/mojo/2011/06/jon-huntsman-lawsuit-antitrust

RS_2011-06.bz2.deduped.txt:41741 - http://motherjones.com/rights-stuff/2011/06/who-getting-screwed-ohio-budget-cuts

RS_2011-06.bz2.deduped.txt:43210 - http://motherjones.com/kevin-drum/2011/06/future-non-war

RS_2011-06.bz2.deduped.txt:43717 - http://motherjones.com/blue-marble/2011/06/dna-dead-zone

RS_2011-06.bz2.deduped.txt:43805 - http://motherjones.com/politics/2011/06/could-romneys-attack-obamas-jobs-record-backfire

RS_2011-06.bz2.deduped.txt:44892 - http://motherjones.com/mojo/2011/06/kids-put-solitary-confinement-californias-juvie-jails

RS_2011-06.bz2.deduped.txt:44895 - http://motherjones.com/politics/2011/06/tim-pawlenty-obama-jungle-alien-new-hampshire

RS_2011-06.bz2.deduped.txt:45094 - http://motherjones.com/blue-marble/2011/06/climate-change-denier-jungbauer-resume

RS_2011-06.bz2.deduped.txt:48728 - http://motherjones.com/mojo/2011/06/meet-rights-new-agent-intolerance

RS_2011-06.bz2.deduped.txt:48774 - http://motherjones.com/mojo/2011/06/house-gop-puts-food-aid-food-safety-chopping-block

RS_2011-06.bz2.deduped.txt:48799 - http://motherjones.com/blue-marble/2011/06/snakes-and-other-plagues

RS_2011-06.bz2.deduped.txt:49009 - http://motherjones.com/mojo/2011/06/whither-aarps-social-security-reform-opposition

RS_2011-06.bz2.deduped.txt:49358 - http://motherjones.com/mojo/2011/06/wall-street-layoff-economy-america

RS_2011-06.bz2.deduped.txt:49413 - http://motherjones.com/politics/2011/06/joplin-missouri-tornado-recovery-damage

RS_2011-06.bz2.deduped.txt:49443 - http://motherjones.com/kevin-drum/2011/06/fannie-freddie-and-wall-street

RS_2011-06.bz2.deduped.txt:49656 - http://motherjones.com/mojo/2011/06/wall-street-layoff-economy-america?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+|+MoJoBlog%29

RS_2011-06.bz2.deduped.txt:50460 - http://motherjones.com/kevin-drum/2011/06/magic-mushrooms-safe-still-illegal

RS_2011-06.bz2.deduped.txt:51440 - http://motherjones.com/kevin-drum/2011/06/ceos-and-their-little-perks

RS_2011-06.bz2.deduped.txt:56260 - http://motherjones.com/politics/2011/06/speedup-americans-working-harder-charts

RS_2011-06.bz2.deduped.txt:56560 - http://motherjones.com/blue-marble/2011/06/supreme-court-sides-emitters-global-warming

RS_2011-06.bz2.deduped.txt:56598 - http://motherjones.com/blue-marble/2011/06/midwife-crisis

RS_2011-06.bz2.deduped.txt:56656 - http://motherjones.com/politics/2011/06/you-cant-go-camping-tax-credit

RS_2011-06.bz2.deduped.txt:56755 - http://motherjones.com/politics/2011/06/speed-up-american-workers-long-hours

RS_2011-06.bz2.deduped.txt:56901 - http://motherjones.com/kevin-drum/2011/06/great-tax-holiday-scam

RS_2011-06.bz2.deduped.txt:57234 - http://motherjones.com/politics/2011/06/speed-up-american-workers-long-hours?page=1

RS_2011-06.bz2.deduped.txt:59569 - http://motherjones.com/kevin-drum/2011/06/obamas-spending-cuts

RS_2011-06.bz2.deduped.txt:59659 - http://motherjones.com/mojo/2011/06/tsa-swarms-8000-bus-stations-public-transit-systems-yearly

RS_2011-06.bz2.deduped.txt:60253 - http://motherjones.com/kevin-drum/2011/06/historical-perspective-historical-perspective

RS_2011-06.bz2.deduped.txt:60485 - http://motherjones.com/tom-philpott/2011/06/corn-hole-why-senate-ethanol-vote-doesnt-matter-much

RS_2011-06.bz2.deduped.txt:62338 - http://motherjones.com/mojo/2011/06/state-voter-ID-laws-fraud-suppression

RS_2011-06.bz2.deduped.txt:63457 - http://motherjones.com/kevin-drum/2011/06/quote-day-bernanke-not-board-austerity-train

RS_2011-06.bz2.deduped.txt:63495 - http://motherjones.com/blue-marble/2011/06/bipartisan-effort-undermine-clean-water-act

RS_2011-06.bz2.deduped.txt:63650 - http://motherjones.com/blue-marble/2011/06/mountaintop-removal-birth-defects

RS_2011-06.bz2.deduped.txt:63717 - http://motherjones.com/kevin-drum/2011/06/fed-economy-stinks-so-our-work-done

RS_2011-06.bz2.deduped.txt:64256 - http://motherjones.com/mojo/2011/06/our-disaster-disaster

RS_2011-06.bz2.deduped.txt:64282 - http://motherjones.com/mojo/2011/06/got-problem-blame-it-illegal-immigrants

RS_2011-06.bz2.deduped.txt:64286 - http://motherjones.com/mojo/2011/06/nikki-haley-south-carolina-immigration-crackdown

RS_2011-06.bz2.deduped.txt:64315 - http://m.motherjones.com/politics/2011/06/speed-up-american-workers-long-hours

RS_2011-06.bz2.deduped.txt:64433 - http://motherjones.com/kevin-drum/2011/06/unions-finally-catch-small-break

RS_2011-06.bz2.deduped.txt:64579 - http://motherjones.com/mojo/2011/06/why-did-facebook-block-uk-strike-website

RS_2011-06.bz2.deduped.txt:65087 - http://motherjones.com/mojo/2011/06/tsa-swarms-8000-bus-stations-public-transit-systems-yearly?utm_source=feedburner

RS_2011-06.bz2.deduped.txt:66653 - http://motherjones.com/politics/2011/06/redefining-war-victory-iraq

RS_2011-06.bz2.deduped.txt:67823 - http://motherjones.com/kevin-drum/2011/06/gop-mind-games-job-killing-edition

RS_2011-06.bz2.deduped.txt:67826 - http://motherjones.com/rights-stuff/2011/06/ohio-unemployed-job-market

RS_2011-06.bz2.deduped.txt:69947 - http://motherjones.com/mojo/2011/06/9-out-10-americans-arent-expecting-pay-raise

RS_2011-06.bz2.deduped.txt:70703 - http://motherjones.com/mojo/2011/06/blss-latest-numbers-hours-spent-working-slacking

RS_2011-06.bz2.deduped.txt:73110 - http://motherjones.com/mojo/2011/06/if-georgia-drives-away-immigrant-workers-will-its-economy-suffer

RS_2011-06.bz2.deduped.txt:73505 - http://motherjones.com/mojo/2011/06/planned-parenthood-indiana-donations-mitch-daniels

RS_2011-06.bz2.deduped.txt:74119 - http://motherjones.com/print/117366

RS_2011-06.bz2.deduped.txt:74152 - http://motherjones.com/mojo/2011/06/report-wi-judge-allegedly-grabbed-colleague-neck-union-bill-decision

RS_2011-06.bz2.deduped.txt:75311 - http://motherjones.com/politics/2011/06/stories-overworked-americans

RS_2011-06.bz2.deduped.txt:75313 - http://motherjones.com/politics/2011/06/patent-reform-wall-street-claudio-ballard

RS_2011-06.bz2.deduped.txt:75782 - http://motherjones.com/kevin-drum/2011/06/meet-christie-democrats

RS_2011-06.bz2.deduped.txt:75873 - http://motherjones.com/mojo/2011/06/amtrak-privatize-john-mica-bill-shuster

RS_2011-06.bz2.deduped.txt:76388 - http://motherjones.com/tom-philpott/2011/06/priorities-priorties-ac-afghanistan-vs-school-lunch-home

RS_2011-06.bz2.deduped.txt:77676 - http://motherjones.com/rights-stuff/2011/06/ohio-dont-quit-day-job

RS_2011-06.bz2.deduped.txt:77682 - http://motherjones.com/politics/2011/06/obama-alabama-immigration-law

RS_2011-06.bz2.deduped.txt:78841 - http://motherjones.com/politics/2011/06/hormel-spam-pig-brains-disease

RS_2011-06.bz2.deduped.txt:78887 - http://motherjones.com/kevin-drum/2011/06/breaking-breathing-misty-mushed-pig-brains-not-awesome-your-health

RS_2011-06.bz2.deduped.txt:79245 - http://motherjones.com/mojo/2011/06/supreme-court-kills-az-public-financing-law

RS_2011-06.bz2.deduped.txt:79401 - http://motherjones.com/mojo/2011/06/chipping-away-abortion-access

RS_2011-06.bz2.deduped.txt:80318 - http://motherjones.com/blue-marble/2011/06/mcdonalds-starbucks-fast-food-litter

RS_2011-06.bz2.deduped.txt:82473 - http://motherjones.com/politics/2011/06/alternative-energy-sources-oil-corporations

RS_2011-06.bz2.deduped.txt:82483 - http://motherjones.com/blue-marble/2011/06/exxonmobil-soon-climate-change-denier

RS_2011-06.bz2.deduped.txt:82833 - http://motherjones.com/kevin-drum/2011/06/chart-day-idiocy-gop-cut-and-grow

RS_2011-06.bz2.deduped.txt:83260 - http://motherjones.com/politics/2011/06/abortion-foes-latest-backdoor-ban

RS_2011-06.bz2.deduped.txt:83843 - http://motherjones.com/mojo/2011/06/karl-rove-crossroads-obama-20-million

RS_2011-06.bz2.deduped.txt:84428 - http://m.motherjones.com/politics/2011/06/hormel-spam-pig-brains-disease

RS_2011-06.bz2.deduped.txt:85140 - http://motherjones.com/mojo/2011/06/map-state-abortion-coverage-ban

RS_2011-06.bz2.deduped.txt:85176 - http://motherjones.com/politics/2011/06/obama-debt-ceiling-outrage-deficit

RS_2011-06.bz2.deduped.txt:85300 - http://motherjones.com/politics/2011/06/fec-attorneys-gop-super-duper-pac-illegal

RS_2011-06.bz2.deduped.txt:85681 - http://motherjones.com/kevin-drum/2011/06/scott-walker-collective-bargaining-expensive-entitlement-wrong

RS_2011-06.bz2.deduped.txt:85898 - http://motherjones.com/mojo/2011/06/kansas-sued-over-abortion-clinic-guidelines

RS_2011-06.bz2.deduped.txt:85944 - http://motherjones.com/tom-philpott/2011/06/meat-industry-abuse-not-just-workers

RS_2011-06.bz2.deduped.txt:85999 - http://motherjones.com/tom-philpott/2011/06/spam-factory-conditions

RS_2011-06.bz2.deduped.txt:88265 - http://motherjones.com/mojo/2011/06/gun-control-survives-supreme-court

RS_2011-06.bz2.deduped.txt:88287 - http://motherjones.com/politics/2011/06/michele-bachmann-edwatch

RS_2011-06.bz2.deduped.txt:88296 - http://motherjones.com/rights-stuff/2011/06/ohio-foreclosure-squatters

RS_2011-06.bz2.deduped.txt:88803 - http://motherjones.com/mojo/2011/06/kansas-shut-down-all-abortion-clinics-friday

RS_2011-06.bz2.deduped.txt:88805 - http://m.motherjones.com/mojo/2011/06/kansas-shut-down-all-abortion-clinics-friday

RS_2011-06.bz2.deduped.txt:89069 - http://motherjones.com/mojo/2011/06/hatch-aims-tack-abortion-ban-trade-pact

RS_2011-06.bz2.deduped.txt:89386 - http://motherjones.com/mojo/2011/06/whats-happening-debt-ceiling-explained

RS_2011-06.bz2.deduped.txt:89697 - http://motherjones.com/blue-marble/2011/06/love-symbols-suri

RS_2011-06.bz2.deduped.txt:89828 - http://motherjones.com/mojo/2011/06/state-budget-blame-game

RS_2011-06.bz2.deduped.txt:89916 - http://motherjones.com/kevin-drum/2011/06/our-sadly-lowered-standards-dickitude

RS_2011-06.bz2.deduped.txt:90993 - http://motherjones.com/blue-marble/2011/06/ohio-house-passes-heartbeat-bill-senate

RS_2014-08.bz2.deduped.txt:2674 - http://www.motherjones.com/politics/2014/07/cia-chief-brennan-senate-spying-scandal

RS_2014-08.bz2.deduped.txt:2973 - http://www.motherjones.com/environment/2014/08/inquiring-minds-barbara-oakley-learning-neuroscience

RS_2014-08.bz2.deduped.txt:4376 - http://www.motherjones.com/politics/2014/08/arizonas-terrible-lethal-injection-track-record

RS_2014-08.bz2.deduped.txt:7834 - http://www.motherjones.com/politics/2014/07/robert-dowlut-nra-mur

RS_2014-08.bz2.deduped.txt:9538 - http://www.motherjones.com/politics/2014/07/boehner-cruz-border-security-bill-fail

RS_2014-08.bz2.deduped.txt:12622 - http://www.motherjones.com/mojo/2014/08/arizona-executioners-injected-inmate-15-separate-doses-lethal-drugs

RS_2014-08.bz2.deduped.txt:13928 - http://www.motherjones.com/mixed-media/2014/08/stephen-colbert-teen-advice-video

RS_2014-08.bz2.deduped.txt:18161 - http://www.motherjones.com/politics/2001/07/dangerous-meatpacking-jobs-eric-schlosser

RS_2014-08.bz2.deduped.txt:18237 - http://www.motherjones.com/media/2014/08/vivian-maier-eye-to-eye-book

RS_2014-08.bz2.deduped.txt:18509 - http://www.motherjones.com/tom-philpott/2014/07/people-really-almond-milk

RS_2014-08.bz2.deduped.txt:20000 - http://www.motherjones.com/politics/2014/08/minuteman-movement-border-crisis-simcox

RS_2014-08.bz2.deduped.txt:20059 - http://www.motherjones.com/environment/2014/07/case-against-chlorinated-tap-water

RS_2014-08.bz2.deduped.txt:20641 - http://www.motherjones.com/tom-philpott/2014/08/southwests-water-crunch-even-worse-we-thought

RS_2014-08.bz2.deduped.txt:22526 - http://www.motherjones.com/environment/2014/08/cnn-bill-weir-fox-news-climate

RS_2014-08.bz2.deduped.txt:25600 - http://www.motherjones.com/environment/2014/08/lake-erie-toledo-toxic-algae

RS_2014-08.bz2.deduped.txt:26755 - http://www.motherjones.com/print/256936

RS_2014-08.bz2.deduped.txt:27659 - http://www.motherjones.com/mojo/2014/08/texas-immigration-ethnic-replacement-bosnia

RS_2014-08.bz2.deduped.txt:27875 - http://www.motherjones.com/environment/2014/08/neil-degrasse-tyson-gmo-video-freakout-response

RS_2014-08.bz2.deduped.txt:28884 - http://www.motherjones.com/mixed-media/2014/08/reagan-fires-patco-air-traffic-controllers

RS_2014-08.bz2.deduped.txt:29528 - http://www.motherjones.com/mojo/2014/08/nra-reversed-conviction-robert-dowlut

RS_2014-08.bz2.deduped.txt:29600 - http://www.motherjones.com/politics/2014/08/israeli-strikes-hit-us-built-schools-gaza?

RS_2014-08.bz2.deduped.txt:30209 - http://www.motherjones.com/kevin-drum/2014/08/chart-day-how-austerity-wrecked-recovery

RS_2014-08.bz2.deduped.txt:30877 - http://www.motherjones.com/politics/2014/08/tea-party-pac-tim-huelskamp-opposing-renewable-energy

RS_2014-08.bz2.deduped.txt:32770 - http://www.motherjones.com/politics/2014/08/michele-bachmann-impeach-obama-cabinet

RS_2014-08.bz2.deduped.txt:34118 - http://www.motherjones.com/politics/2014/08/america-rising-hillary-clinton-trolling

RS_2014-08.bz2.deduped.txt:36153 - http://www.motherjones.com/politics/2014/08/cellphone-verizon-sprint-911-emergency-call
RS_2014-08.bz2.deduped.txt:36188 - http://www.motherjones.com/environment/2014/08/5-diseases-are-scarier-ebola
RS_2014-08.bz2.deduped.txt:39594 - http://www.motherjones.com/kevin-drum/2014/08/map-day-heres-why-congress-doesnt-really-care-about-your-petty-problems
RS_2014-08.bz2.deduped.txt:41502 - http://www.motherjones.com/mixed-media/2014/08/colbert-wishes-your-kid-good-nights-sleep-new-pro-gun-illustrated-book
RS_2014-08.bz2.deduped.txt:44561 - http://www.motherjones.com/environment/2014/08/how-much-do-hurricanes-hurt-economy
RS_2014-08.bz2.deduped.txt:44630 - http://www.motherjones.com/politics/2014/08/parents-arrested-leaving-kids-alone-cars
RS_2014-08.bz2.deduped.txt:47241 - http://www.motherjones.com/kevin-drum/2014/08/how-many-people-really-truly-believe-abortion-murder
RS_2014-08.bz2.deduped.txt:50879 - http://www.motherjones.com/politics/2014/08/CIA-more-powerful-senate-fourth-branch
RS_2014-08.bz2.deduped.txt:51837 - http://www.motherjones.com/politics/2014/08/iraq-us-citizens-evacuate
RS_2014-08.bz2.deduped.txt:51852 - http://www.motherjones.com/tom-philpott/2014/08/monsanto-and-conde-nast-offered-big-bucks-writers-pr-project
RS_2014-08.bz2.deduped.txt:52943 - http://www.motherjones.com/environment/2014/08/inquiring-minds-tara-smith-ebola-donald-trump-rush-limbaugh
RS_2014-08.bz2.deduped.txt:54526 - http://www.motherjones.com/politics/2014/08/rape-kit-backlog-senate-republican-spending-bill
RS_2014-08.bz2.deduped.txt:57453 - http://www.motherjones.com/mojo/2014/08/scott-desjarlais-cannot-be-destroyed
RS_2014-08.bz2.deduped.txt:59676 - http://www.motherjones.com/mojo/2014/08/ex-gay-group-attempts-rebranding-narth-conversion-therapy
RS_2014-08.bz2.deduped.txt:60825 - http://www.motherjones.com/mojo/2014/08/charlie-brown-bill-haslam-tennessee
RS_2014-08.bz2.deduped.txt:65360 - http://www.motherjones.com/mojo/2011/03/religious-rights-crusade-against-unions
RS_2014-08.bz2.deduped.txt:66024 - http://www.motherjones.com/mojo/2014/08/income-inequality-damaging-economy-says-new-report
RS_2014-08.bz2.deduped.txt:68109 - http://www.motherjones.com/politics/2013/02/florida-tea-party-backlash-rick-scott?page=2
RS_2014-08.bz2.deduped.txt:70661 - http://www.motherjones.com/environment/2014/08/bottled-water-california-drought
RS_2014-08.bz2.deduped.txt:71434 - http://www.motherjones.com/politics/2014/08/mens-rights-movement-women-who-love-it
RS_2014-08.bz2.deduped.txt:71960 - http://m.motherjones.com/politics/2014/08/mens-rights-movement-women-who-love-it
RS_2014-08.bz2.deduped.txt:74985 - http://www.motherjones.com/politics/2014/08/gideon-broward-county-public-defenders

RS_2014-08.bz2.deduped.txt:78552 - http://www.motherjones.com/environment/2014/08/republicans-environment-hate-polarization

RS_2014-08.bz2.deduped.txt:78569 - http://www.motherjones.com/media/2014/06/computer-science-programming-code-diversity-sexism-education?utm_source=pocket&utm_medium=email&utm_campaign=pockethits

RS_2014-08.bz2.deduped.txt:78696 - http://www.motherjones.com/mixed-media/2014/08/watch-john-oliver-explain-how-awful-payday-loans-industry

RS_2014-08.bz2.deduped.txt:78727 - http://www.motherjones.com/politics/2014/08/koch-tea-party-arkansas-dark-money-afp

RS_2014-08.bz2.deduped.txt:79198 - http://motherjones.com/environment/2014/08/bottled-water-california-drought

RS_2014-08.bz2.deduped.txt:81249 - http://www.motherjones.com/politics/2014/08/koch-tea-party-arkansas-dark-money-afp/

RS_2014-08.bz2.deduped.txt:82328 - http://www.motherjones.com/kevin-drum/2014/08/childhood-lead-exposure-causes-lot-more-just-rise-violent-crime

RS_2014-08.bz2.deduped.txt:83698 - http://www.motherjones.com/kevin-drum/2014/08/strange-history-tacos-and-new-york-times

RS_2014-08.bz2.deduped.txt:85286 - http://www.motherjones.com/politics/2014/08/hamas-gaza-war-israel-idf

RS_2014-08.bz2.deduped.txt:86862 - http://www.motherjones.com/politics/2014/08/10-insane-numbers-ferguson-killing

RS_2014-08.bz2.deduped.txt:86867 - http://www.motherjones.com/politics/2014/08/texas-vincent-rue-anti-abortion-law

RS_2014-08.bz2.deduped.txt:87821 - http://www.motherjones.com/blue-marble/2014/08/couch-furniture-fire-retardant-cancer

RS_2014-08.bz2.deduped.txt:88980 - http://www.motherjones.com/politics/2014/08/anonymous-ferguson-police-killing-unarmed-michael-brown

RS_2014-08.bz2.deduped.txt:91511 - http://www.motherjones.com/politics/2014/08/anonymous-releases-st-louis-police-dispatch-tapes

RS_2014-08.bz2.deduped.txt:91766 - http://www.motherjones.com/mixed-media/2014/08/obannon-jenkins-ncaa-college-athletes-paid

RS_2014-08.bz2.deduped.txt:94615 - http://www.motherjones.com/politics/2014/08/3-unarmed-black-african-american-men-killed-police

RS_2014-08.bz2.deduped.txt:95254 - http://www.motherjones.com/politics/2014/08/white-subjects-favor-harsh-prison-policies-when-shown-blacks-prison

RS_2014-08.bz2.deduped.txt:96834 - http://www.motherjones.com/politics/2014/08/images-ferguson-tear-gas-police

RS_2014-08.bz2.deduped.txt:99795 - http://www.motherjones.com/mojo/2014/08/sarah-palin-picks-imaginary-fight-elizabeth-warren-loses

RS_2014-08.bz2.deduped.txt:103209 - http://www.motherjones.com/mojo/2014/08/obama-ferguson-remarks

RS_2014-08.bz2.deduped.txt:103405 - http://www.motherjones.com/environment/2014/08/inquiring-minds-anthony-ingraffea-science-fracking-methane

RS_2014-08.bz2.deduped.txt:103567 -
http://www.motherjones.com/environment/2014/08/netflix-sylvia-earle-mission-blue-ocean-conservation
RS_2014-08.bz2.deduped.txt:103571 -
http://www.motherjones.com/environment/2014/08/inquiring-minds-anthony-ingraffea-science-fracking-methane?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+(MotherJones.com+Main+Article+Feed)
RS_2014-08.bz2.deduped.txt:103776 - http://m.motherjones.com/politics/2014/08/3-unarmed-black-african-american-men-killed-police
RS_2014-08.bz2.deduped.txt:104557 -
http://www.motherjones.com/environment/2014/08/bottled-water-california-drought?utm_content=buffer25157&utm_medium=social&utm_source=twitter.com&utm_campaign=buffer
RS_2014-08.bz2.deduped.txt:106179 - http://www.motherjones.com/mojo/2014/08/michael-brown-study-racial-bias-weapon
RS_2014-08.bz2.deduped.txt:107461 - http://www.motherjones.com/politics/2014/08/police-shootings-michael-brown-ferguson-black-men
RS_2014-08.bz2.deduped.txt:110783 - http://www.motherjones.com/mojo/2014/08/mitch-mcconnell-blocking-rape-kit-funding-amendment
RS_2014-08.bz2.deduped.txt:111494 - http://www.motherjones.com/politics/2014/08/hillary-clinton-john-mccain-quotes-foreign-policy-quiz
RS_2014-08.bz2.deduped.txt:115699 - http://www.motherjones.com/politics/2014/08/police-shootings-michael-brown-ferguson-black-men?google_editors_picks=true
RS_2014-08.bz2.deduped.txt:117102 -
http://www.motherjones.com/environment/2014/07/white-black-environmentalism-racism
RS_2014-08.bz2.deduped.txt:121115 - http://www.motherjones.com/environment/2014/08/fecal-transplant-fda-openbiome-rebiotix
RS_2014-08.bz2.deduped.txt:121207 - http://www.motherjones.com/mojo/2014/08/how-defense-industry-made-room-militarized-police-today
RS_2014-08.bz2.deduped.txt:126966 - http://www.motherjones.com/mojo/2014/08/rip-jim-jeffords-one-of-the-marbles-the-gop-lost
RS_2014-08.bz2.deduped.txt:127516 - http://www.motherjones.com/media/2014/03/toy-stories-children-around-the-world-favorite-toys-photos-gabriele-galimberti
RS_2014-08.bz2.deduped.txt:127895 - http://www.motherjones.com/politics/2014/08/watch-livestream-ferguson
RS_2014-08.bz2.deduped.txt:128788 - http://www.motherjones.com/politics/2014/08/new-drugs-and-vaccines-cant-stop-ebola-outbreak
RS_2014-08.bz2.deduped.txt:129112 - http://www.motherjones.com/mojo/2014/08/james-risen-operation-merlin-jail-cia
RS_2014-08.bz2.deduped.txt:129123 - http://www.motherjones.com/politics/2014/08/ferguson-cop-who-charged-suspect-bleeding-her-uniform-now-city-councilwoman
RS_2014-08.bz2.deduped.txt:136243 - http://www.motherjones.com/politics/2013/07/edward-snowden-whistleblowers
RS_2014-08.bz2.deduped.txt:137255 - http://www.motherjones.com/politics/2014/08/art-robinson-nuclear-waste-pete-defazio

RS_2014-08.bz2.deduped.txt:137256 - http://www.motherjones.com/politics/2014/08/head-missouri-gop-calls-voter-registration-drives-ferguson-disgusting

RS_2014-08.bz2.deduped.txt:137418 - http://www.motherjones.com/politics/2014/08/darren-wilson-ferguson-police-officers-shoot-unarmed-black-men

RS_2014-08.bz2.deduped.txt:139911 - http://www.motherjones.com/mojo/2014/08/amnesty-international-ferguson-turkey-protests

RS_2014-08.bz2.deduped.txt:140712 - http://www.motherjones.com/mixed-media/2014/08/ferguson-police-brutality-playlist-11-songs-j-cole

RS_2014-08.bz2.deduped.txt:144756 - http://www.motherjones.com/mojo/2014/08/gun-pointing-cop-ferguson-suspended

RS_2014-08.bz2.deduped.txt:145281 - http://www.motherjones.com/environment/2014/08/meet-climate-deniers-who-want-be-president

RS_2014-08.bz2.deduped.txt:148086 - http://www.motherjones.com/mojo/2014/08/guatemala-lobbyist-otto-reich-reagan-contras-propaganda

RS_2014-08.bz2.deduped.txt:148444 - http://www.motherjones.com/politics/2014/08/chest-and-dash-cams-ferguson-police-abuse

RS_2014-08.bz2.deduped.txt:149844 - http://www.motherjones.com/kevin-drum/2014/08/ferguson-cops-hand-out-three-warrants-household-every-year

RS_2014-08.bz2.deduped.txt:150672 - http://www.motherjones.com/politics/2014/08/darren-wilson-donors-racist-ferguson

RS_2014-08.bz2.deduped.txt:150890 - http://m.motherjones.com/politics/2014/08/darren-wilson-donors-racist-ferguson

RS_2014-08.bz2.deduped.txt:153290 - http://www.motherjones.com/politics/2014/08/minnesota-gop-congressional-candidate-jim-hagedorn-mr-conservative-blog-tim-walz

RS_2014-08.bz2.deduped.txt:153404 - http://www.motherjones.com/environment/2014/08/inquiring-minds-kate-clancy

RS_2014-08.bz2.deduped.txt:153900 - http://www.motherjones.com/mojo/2014/08/andy-tobin-migrants-ebola

RS_2014-08.bz2.deduped.txt:154490 - http://m.motherjones.com/kevin-drum/2014/08/intersection-social-liberalism-and-social-media-brutal

RS_2014-08.bz2.deduped.txt:157939 - http://www.motherjones.com/kevin-drum/2014/08/intersection-social-liberalism-and-social-media-brutal

RS_2014-08.bz2.deduped.txt:158276 - http://www.motherjones.com/mojo/2014/08/iowa-gop-official-child-migrants-secret-warriors

RS_2014-08.bz2.deduped.txt:159798 - http://www.motherjones.com/environment/2014/08/conservatives-typo-unravel-obama-climate-law-epa-coal

RS_2014-08.bz2.deduped.txt:160468 - http://www.motherjones.com/media/2014/08/climate-scientists-australia-emotions

RS_2014-08.bz2.deduped.txt:163210 - http://www.motherjones.com/politics/2014/08/how-us-helped-isis-grow-monster-iraq-syria-assad

RS_2014-08.bz2.deduped.txt:165627 - http://www.motherjones.com/blue-marble/2014/08/climate-change-ruining-your-breakfast

RS_2014-08.bz2.deduped.txt:167842 - http://www.motherjones.com/politics/2014/08/more-audio-surfaces-dan-page-racist-rant-end-times

RS_2014-08.bz2.deduped.txt:170807 - http://www.motherjones.com/politics/2014/07/why-bmi-big-fat-scam

RS_2014-08.bz2.deduped.txt:172096 - http://motherjones.com/politics/2014/08/more-audio-surfaces-dan-page-racist-rant-end-times

RS_2014-08.bz2.deduped.txt:174032 - http://www.motherjones.com/environment/2014/08/ebola-debunked-0

RS_2014-08.bz2.deduped.txt:174255 - http://www.motherjones.com/mojo/2014/08/jim-hagedorn-minnesota-bimbos-apology

RS_2014-08.bz2.deduped.txt:174354 - http://www.motherjones.com/kevin-drum/2014/08/yes-republicans-really-are-unprecedented-their-obstructionism

RS_2014-08.bz2.deduped.txt:177446 - http://www.motherjones.com/environment/2014/08/inquiring-minds-kate-clancy?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2014-08.bz2.deduped.txt:178494 - http://www.motherjones.com/mojo/2014/08/incarcerated-parents-childrens-mental-physical-health

RS_2014-08.bz2.deduped.txt:179328 - http://www.motherjones.com/blue-marble/2014/08/earthquake-predict-warning-shakealert-california

RS_2014-08.bz2.deduped.txt:179797 - http://www.motherjones.com/media/2014/08/robyn-royksopp-new-album-inevitable-end

RS_2014-08.bz2.deduped.txt:184640 - http://www.motherjones.com/kevin-drum/2014/08/obamas-iraq-policy-has-been

RS_2014-08.bz2.deduped.txt:186488 - http://www.motherjones.com/tom-philpott/2014/08/40-percent-restuarant-workers-live-near-poverty

RS_2014-08.bz2.deduped.txt:186539 - http://www.motherjones.com/politics/2014/08/ferguson-st-louis-police-tactics-dogs-michael-brown

RS_2014-08.bz2.deduped.txt:190600 - http://www.motherjones.com/kevin-drum/2014/08/quote-day-lets-just-drop-few-bombs-and-see-what-happens

RS_2014-08.bz2.deduped.txt:191020 - http://www.motherjones.com/politics/2014/08/why-were-golden-age-global-investigative-journalism

RS_2014-08.bz2.deduped.txt:192385 - http://www.motherjones.com/politics/2014/08/nra-arizona-uzi-tweet-guns

RS_2014-08.bz2.deduped.txt:193102 - http://m.motherjones.com/mojo/2011/11/is-adultery-illegal-map

RS_2014-08.bz2.deduped.txt:194547 - http://www.motherjones.com/politics/2014/08/texas-wendy-davis-sb5-abortion-surgical-center

RS_2014-08.bz2.deduped.txt:194640 - http://www.motherjones.com/politics/2014/08/cell-phone-carriers-privacy-location

RS_2014-08.bz2.deduped.txt:195093 - http://www.motherjones.com/mojo/2014/08/tall-people-make-more-money-short-people

RS_2014-08.bz2.deduped.txt:196412 - http://www.motherjones.com/politics/2014/08/texas-wendy-davis-sb5-abortion-surgical-center?666

RS_2014-08.bz2.deduped.txt:201388 - http://www.motherjones.com/blue-marble/2014/08/un-ipcc-climate-change-synthesis-report

RS_2014-08.bz2.deduped.txt:202779 - http://www.motherjones.com/politics/2014/08/read-letter-11-year-old-migrant-detention-wrote-president-obama

RS_2014-08.bz2.deduped.txt:202790 - http://www.motherjones.com/environment/2014/08/methane-vs-carbon-dioxide-raymond-pierrehumbert-inquiring-minds
RS_2014-08.bz2.deduped.txt:205450 - http://www.motherjones.com/media/2014/06/computer-science-programming-code-diversity-sexism-education
RS_2014-08.bz2.deduped.txt:207974 - http://www.motherjones.com/politics/2014/08/doj-immigration-court-domestic-violence-asylum-conservative-backlash
RS_2014-08.bz2.deduped.txt:212307 - http://www.motherjones.com/environment/2014/08/stop-dreaming-republicans-wont-back-carbon-tax
RS_2014-08.bz2.deduped.txt:214976 - http://www.motherjones.com/mojo/2014/08/russia-goes-after-mcdonalds
RS_2013-10.bz2.deduped.txt:1181 - http://www.motherjones.com/politics/2001/09/quiet-war-abortion
RS_2013-10.bz2.deduped.txt:1511 - http://www.motherjones.com/mojo/2013/09/nra-gun-firearm-storage-products
RS_2013-10.bz2.deduped.txt:1530 - http://www.motherjones.com/politics/2013/10/how-john-boehner-could-lose-his-speakership
RS_2013-10.bz2.deduped.txt:1639 - http://www.motherjones.com/environment/2013/09/have-media-failed-reporting-climate-change
RS_2013-10.bz2.deduped.txt:1794 - http://www.motherjones.com/media/2013/10/science-behind-why-nobody-cares-about-online-privacy
RS_2013-10.bz2.deduped.txt:3025 - http://www.motherjones.com/kevin-drum/2013/09/sorry-republicans-obamacare-just-went-live
RS_2013-10.bz2.deduped.txt:3347 - http://www.motherjones.com/politics/2013/10/charts-obamacare-medicaid-expansion-states-race
RS_2013-10.bz2.deduped.txt:5485 - http://www.motherjones.com/politics/2013/09/who-gets-screwed-shutdown-poor-people-old-people-basically-everyone
RS_2013-10.bz2.deduped.txt:6297 - http://www.motherjones.com/mojo/2013/09/trent-lott-ted-cruz-cut-his-legs-out-under-him
RS_2013-10.bz2.deduped.txt:6610 - http://www.motherjones.com/politics/2013/09/obamacare-employer-contribution-exemption-vitter-amendment%20?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29
RS_2013-10.bz2.deduped.txt:8071 - http://www.motherjones.com/politics/2013/10/obamacare-gop-shutdown
RS_2013-10.bz2.deduped.txt:11323 - http://www.motherjones.com/tom-philpott/2013/10/anna-lappe-food-mythbusters-interview
RS_2013-10.bz2.deduped.txt:11368 - http://www.motherjones.com/mojo/2013/10/devin-nunes-shutdown-obamacare-lemmings
RS_2013-10.bz2.deduped.txt:12482 - http://www.motherjones.com/politics/2013/09/obamacare-employer-contribution-exemption-vitter-amendment
RS_2013-10.bz2.deduped.txt:13101 - http://m.motherjones.com/mojo/2013/10/devin-nunes-shutdown-obamacare-lemmings
RS_2013-10.bz2.deduped.txt:14013 - http://www.motherjones.com/kevin-drum/2013/10/republicans-may-be-cynical-democrats-need-better-answers

RS_2013-10.bz2.deduped.txt:14070 -
http://www.motherjones.com/environment/2013/10/radioactivity-fracking-waste-pennsylvania
RS_2013-10.bz2.deduped.txt:15074 - http://www.motherjones.com/politics/2013/10/can-obama-
disrupt-shutdown-
narrative?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+DavidCorn+
%28MoJo+Author+Feeds%3A+David+Corn+%7C+Mother+Jones%29
RS_2013-10.bz2.deduped.txt:15528 - http://www.motherjones.com/politics/2013/10/tesla-
motors-free-ride-elon-musk-government-subsidies
RS_2013-10.bz2.deduped.txt:16001 - http://www.motherjones.com/kevin-
drum/2013/10/president-obama-has-had-enough
RS_2013-10.bz2.deduped.txt:16607 - http://www.motherjones.com/blue-marble/2013/10/94-
percent-epa-shutdown
RS_2013-10.bz2.deduped.txt:17060 - http://www.motherjones.com/documents/801063-
172786343-harry-reid-letter-to-john-boehner
RS_2013-10.bz2.deduped.txt:17998 -
http://www.motherjones.com/environment/2013/10/vaccine-denial-conspiracy-theories-gmos-
climate
RS_2013-10.bz2.deduped.txt:18426 - http://www.motherjones.com/politics/2013/10/shutdown-
effects-already-screwing-people-goats
RS_2013-10.bz2.deduped.txt:22531 - http://www.motherjones.com/mojo/2013/10/elizabeth-
warren-tea-party-anarchist-shutdown
RS_2013-10.bz2.deduped.txt:23538 - http://www.motherjones.com/mojo/2013/10/video-
pennsylvania-gov-tom-corbett-gay-marriage-incest
RS_2013-10.bz2.deduped.txt:25198 - http://www.motherjones.com/mojo/2013/10/obamacare-
conspiracy-theory-lien-house-debunked
RS_2013-10.bz2.deduped.txt:25444 - http://www.motherjones.com/politics/2013/07/paul-singer-
elliott-republican-fundraiser
RS_2013-10.bz2.deduped.txt:25668 - http://www.motherjones.com/kevin-
drum/2013/10/shutdown-debt-ceiling-explained
RS_2013-10.bz2.deduped.txt:29669 - http://www.motherjones.com/blue-marble/2013/10/scary-
truth-about-antibiotic-overprescription?9
RS_2013-10.bz2.deduped.txt:29788 - http://www.motherjones.com/environment/2013/10/car-
exhaust-confuses-honeybees-study
RS_2013-10.bz2.deduped.txt:29940 - http://www.motherjones.com/mixed-
media/2013/10/gravity-catherine-cady-coleman-interview-nasa-astronaut-sandra-bullock
RS_2013-10.bz2.deduped.txt:30282 - http://www.motherjones.com/kevin-
drum/2013/10/conservatives-biggest-fear-being-called-racist
RS_2013-10.bz2.deduped.txt:32784 - http://www.motherjones.com/tom-
philpott/2013/10/radical-chefs-launch-seed-revolution
RS_2013-10.bz2.deduped.txt:33001 - http://www.motherjones.com/kevin-drum/2013/10/john-
boehner-cruzified-cross-tea
RS_2013-10.bz2.deduped.txt:34113 - http://www.motherjones.com/kevin-drum/2013/10/hastert-
republicans-boehner-dicker
RS_2013-10.bz2.deduped.txt:36852 - http://www.motherjones.com/environment/2013/09/global-
warming-pause-ipcc

RS_2013-10.bz2.deduped.txt:39641 - http://www.motherjones.com/mojo/2013/10/government-shutdown-causes-blood-shortages

RS_2013-10.bz2.deduped.txt:41590 - http://www.motherjones.com/mojo/2013/10/elizabeth-warren-tea-party-anarchist-shutdown?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+|+MoJoBlog%29

RS_2013-10.bz2.deduped.txt:42988 - http://www.motherjones.com/kevin-drum/2013/09/deficit-falling-falling-falling

RS_2013-10.bz2.deduped.txt:43141 - http://www.motherjones.com/politics/2013/10/mccutcheon-fec-supreme-court-citizens-united-mitch-mcconnell

RS_2013-10.bz2.deduped.txt:43388 - http://m.motherjones.com/politics/2013/10/house-republicans-who-support-clean-debt-ceiling-hike

RS_2013-10.bz2.deduped.txt:44684 - http://www.motherjones.com/mojo/2013/10/10-gifs-income-inequality-major-us-cities

RS_2013-10.bz2.deduped.txt:45200 - http://www.motherjones.com/mojo/2013/10/it-doesnt-matter-if-no-one-signs-obamacare-week

RS_2013-10.bz2.deduped.txt:46226 - http://www.motherjones.com/politics/2013/10/us-military-bases-italy

RS_2013-10.bz2.deduped.txt:46299 - http://www.motherjones.com/environment/2013/10/america-coal-industry-exports-china

RS_2013-10.bz2.deduped.txt:46768 - http://www.motherjones.com/politics/2013/10/mccutcheon-fec-supreme-court-citizens-united-mitch-mcconell

RS_2013-10.bz2.deduped.txt:48071 - http://www.motherjones.com/kevin-drum/2013/10/new-study-says-conservatives-react-more-strongly-insults-liberals

RS_2013-10.bz2.deduped.txt:48932 - http://www.motherjones.com/environment/2013/09/how-green-your-flight-new-york

RS_2013-10.bz2.deduped.txt:49692 - http://m.motherjones.com/mixed-media/2013/10/south-park-george-zimmerman-world-war-z

RS_2013-10.bz2.deduped.txt:51916 - http://www.motherjones.com/politics/2013/10/seven-types-debt-ceiling-denial

RS_2013-10.bz2.deduped.txt:52075 - http://www.motherjones.com/politics/2013/10/how-gop-hardliners-hijacked-boehner-debt-ceiling-obamacare?google_editors_picks=true

RS_2013-10.bz2.deduped.txt:52516 - http://www.motherjones.com/politics/2013/10/green-on-blue-killings-afghanistan-army

RS_2013-10.bz2.deduped.txt:53363 - http://www.motherjones.com/kevin-drum/2013/10/debt-ceiling-crisis-not-normal-politics

RS_2013-10.bz2.deduped.txt:53958 - http://www.motherjones.com/tom-philpott/2013/10/whats-chicken-nugget

RS_2013-10.bz2.deduped.txt:54113 - http://www.motherjones.com/mojo/2013/10/government-shutdown-myths-debunked

RS_2013-10.bz2.deduped.txt:54194 - http://www.motherjones.com/politics/2013/10/how-gop-hardliners-hijacked-boehner-debt-ceiling-obamacare

RS_2013-10.bz2.deduped.txt:54630 - http://www.motherjones.com/kevin-drum/2013/10/obamacare-isnt-first-program-have-opening-day-headaches

RS_2013-10.bz2.deduped.txt:54810 - http://www.motherjones.com/mojo/2013/10/football-brain-injury-explainer

RS_2013-10.bz2.deduped.txt:54940 - http://www.motherjones.com/media/2013/10/anna-holmes-book-jezebel-interview

RS_2013-10.bz2.deduped.txt:55481 - http://m.motherjones.com/node/236286

RS_2013-10.bz2.deduped.txt:55588 - http://www.motherjones.com/mojo/2013/10/parental-consent-laws-nebraska-abortion-courts

RS_2013-10.bz2.deduped.txt:56978 - http://www.motherjones.com/blue-marble/2013/10/shutdown-cattle-blizzard

RS_2013-10.bz2.deduped.txt:58153 - http://www.motherjones.com/politics/2013/10/16-ways-not-raising-debt-ceiling-will-screw-americans

RS_2013-10.bz2.deduped.txt:60171 - http://www.motherjones.com/mojo/2013/10/fracking-mineral-rights-homeowners-energy

RS_2013-10.bz2.deduped.txt:60767 - http://www.motherjones.com/tom-philpott/2013/10/good-news-salmonella-outbreak-cdc-back-job-bad-news-its-antibiotic-resistant

RS_2013-10.bz2.deduped.txt:60803 - http://m.motherjones.com/environment/2013/10/monsanto-profit-climate-change-corporation

RS_2013-10.bz2.deduped.txt:61907 - http://www.motherjones.com/kevin-drum/2013/10/nobody-sane-likes-republican-party-anymore

RS_2013-10.bz2.deduped.txt:62932 - http://www.motherjones.com/kevin-drum/2013/10/university-chicago-elevators-are-finally-everyone

RS_2013-10.bz2.deduped.txt:63019 - http://www.motherjones.com/kevin-drum/2013/10/weird-politics-republican-hostage-taking

RS_2013-10.bz2.deduped.txt:63441 - http://www.motherjones.com/documents/535327-gopletter

RS_2013-10.bz2.deduped.txt:67011 - http://www.motherjones.com/mojo/2013/10/who-would-benefit-government-default

RS_2013-10.bz2.deduped.txt:67629 - http://www.motherjones.com/mojo/2013/10/democratic-congressmen-shutdown-gimmick

RS_2013-10.bz2.deduped.txt:69135 - http://www.motherjones.com/mojo/2013/08/white-clay-pine-ridge-liquor-prohibition

RS_2013-10.bz2.deduped.txt:69576 - http://www.motherjones.com/mojo/2013/10/credit-suisse-global-wealth-report-2013

RS_2013-10.bz2.deduped.txt:70752 - http://m.motherjones.com/blue-marble/2013/09/ipcc-climate-report-scary-conclusions

RS_2013-10.bz2.deduped.txt:71572 - http://www.motherjones.com/mojo/2013/10/how-foreign-governments-reacting-shutdown-debt-ceiling

RS_2013-10.bz2.deduped.txt:73588 - http://www.motherjones.com/kevin-drum/2013/10/republicans-intent-keeping-hostage-power-forever

RS_2013-10.bz2.deduped.txt:75845 - http://www.motherjones.com/blue-marble/2013/10/growing-spruce-beetle-outbreak-tied-drought-colorado

RS_2013-10.bz2.deduped.txt:79610 - http://www.motherjones.com/mojo/2013/10/morgan-griffith-debt-ceiling-history

RS_2013-10.bz2.deduped.txt:80422 - http://www.motherjones.com/mojo/2013/10/debt-ceiling-obama-fema-camp-infomercial

RS_2013-10.bz2.deduped.txt:81464 - http://www.motherjones.com/mojo/2013/10/map-actual-european-discoveries

RS_2013-10.bz2.deduped.txt:82147 - http://www.motherjones.com/mojo/2013/10/tom-davis-south-carolina-gettysburg

RS_2013-10.bz2.deduped.txt:84749 - http://www.motherjones.com/blue-marble/2010/03/human-hair-additive-your-food

RS_2013-10.bz2.deduped.txt:85569 - http://www.motherjones.com/media/2013/10/ada-lovelace-eight-inventions-women-erasure-credit

RS_2013-10.bz2.deduped.txt:87423 - http://www.motherjones.com/environment/2013/10/oil-drilling-avoids-royalties

RS_2013-10.bz2.deduped.txt:90332 - http://www.motherjones.com/mojo/2013/10/crisis-averted-house-gop-still-wants-talk-about-wwii-memorial

RS_2013-10.bz2.deduped.txt:93155 - http://www.motherjones.com/politics/2013/10/john-boehner-democrats-debt-ceiling-deal-speakership

RS_2013-10.bz2.deduped.txt:95138 - http://www.motherjones.com/tom-philpott/2013/10/why-home-ec-class-should-be-mandatory

RS_2013-10.bz2.deduped.txt:95179 - http://www.motherjones.com/politics/2013/10/israel-netanyahu-negev-desert

RS_2013-10.bz2.deduped.txt:95303 - http://www.motherjones.com/mojo/2013/10/maryville-anonymous-football-rape-case

RS_2013-10.bz2.deduped.txt:95538 - http://www.motherjones.com/blue-marble/2013/10/consumed-food-finite-planet

RS_2013-10.bz2.deduped.txt:98528 - http://www.motherjones.com/mojo/2013/10/food-stamps-farm-bill-steve-southerland

RS_2013-10.bz2.deduped.txt:99818 - http://www.motherjones.com/politics/2013/10/skin-cancer-obamacare-ted-cruz

RS_2013-10.bz2.deduped.txt:100612 - http://www.motherjones.com/politics/2013/10/debt-ceiling-crisis-averted-house-tea-partiers-unrepentant

RS_2013-10.bz2.deduped.txt:106134 - http://www.motherjones.com/media/2013/10/12-years-slave-henry-louis-gates-jr-historical-consultant

RS_2013-10.bz2.deduped.txt:106374 - http://www.motherjones.com/politics/2013/10/emergency-rooms-instead-health-insurance

RS_2013-10.bz2.deduped.txt:106393 - http://www.motherjones.com/mojo/2013/10/mitch-mcconnell-reads-mother-jones-national-review

RS_2013-10.bz2.deduped.txt:106615 - http://www.motherjones.com/kevin-drum/2013/10/sean-hannity-cant-be-bothered-truth

RS_2013-10.bz2.deduped.txt:107223 - http://www.motherjones.com/environment/2013/10/inquiring-minds-kahan-lewandowsky-communicate-climate

RS_2013-10.bz2.deduped.txt:107828 - http://www.motherjones.com/blue-marble/2013/10/supreme-court-kinda-takes-greenhouses-gas-limits

RS_2013-10.bz2.deduped.txt:108106 - http://www.motherjones.com/politics/2013/10/obamacare-working-benefits-stories-twitter

RS_2013-10.bz2.deduped.txt:108573 - http://m.motherjones.com/politics/2013/10/obamacare-working-benefits-stories-twitter

RS_2013-10.bz2.deduped.txt:109290 - http://www.motherjones.com/politics/2013/10/gop-post-shutdown-civil-war

RS_2013-10.bz2.deduped.txt:112681 -
http://www.motherjones.com/environment/2013/10/wildfires-sydney-worst-decade
RS_2013-10.bz2.deduped.txt:119724 - http://m.motherjones.com/politics/2013/10/cispa-NSA-
cybersecurity-feinstein-senate
RS_2013-10.bz2.deduped.txt:121690 - http://www.motherjones.com/mojo/2013/10/arizona-
solar-dark-money-aps-net-metering-sean-noble
RS_2013-10.bz2.deduped.txt:122542 -
http://www.motherjones.com/environment/2013/10/newspapers-climate-denial-letters-times
RS_2013-10.bz2.deduped.txt:122557 - http://www.motherjones.com/politics/2013/10/ted-cruz-
obamacare-helps-texas
RS_2013-10.bz2.deduped.txt:122562 - http://www.motherjones.com/mojo/2013/10/arizona-
solar-dark-money-aps-net-metering-sean-
noble?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones
%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29
RS_2013-10.bz2.deduped.txt:123085 - http://www.motherjones.com/mojo/2013/10/glenn-beck-
tea-partiers-better-science-statistics
RS_2013-10.bz2.deduped.txt:124144 - http://www.motherjones.com/politics/2013/10/cispa-
NSA-cybersecurity-feinstein-senate
RS_2013-10.bz2.deduped.txt:127577 - http://www.motherjones.com/blue-
marble/2013/10/charts-us-carbon-emissions-are-dropping
RS_2013-10.bz2.deduped.txt:129810 - http://www.motherjones.com/mojo/2013/10/arizona-
solar-dark-money-aps-net-metering-sean-
noble?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2
Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29&utm_content=Google+Feedfetcher
RS_2013-10.bz2.deduped.txt:130055 - http://www.motherjones.com/politics/2013/10/ken-
cuccinelli-donated-thousands-dollars-crisis-pregnancy-centers
RS_2013-10.bz2.deduped.txt:130549 - http://www.motherjones.com/kevin-drum/2013/10/fox-
news-unleashes-horde-sock-puppets-unsuspecting-blogosphere
RS_2013-10.bz2.deduped.txt:131104 - http://www.motherjones.com/politics/2013/10/catholic-
hospitals-bishops-contraception-abortion-health-care
RS_2013-10.bz2.deduped.txt:131178 - http://www.motherjones.com/kevin-drum/2013/10/poll-
results-just-keep-getting-worse-and-worse-republicans
RS_2013-10.bz2.deduped.txt:133068 - http://www.motherjones.com/politics/2013/10/america-
shutdown-military-industrial-complex
RS_2013-10.bz2.deduped.txt:133916 - http://www.motherjones.com/mojo/2013/10/elizabeth-
warren-letter-wall-street-jail
RS_2013-10.bz2.deduped.txt:135280 - http://m.motherjones.com/politics/2013/10/gop-senate-
candidate-spoke-neo-confederate-conference-august
RS_2013-10.bz2.deduped.txt:136737 - http://www.motherjones.com/tom-
philpott/2013/10/argentina-cancer-cluster-pesticide
RS_2013-10.bz2.deduped.txt:137174 - http://www.motherjones.com/politics/2013/10/gop-
senate-candidate-spoke-neo-confederate-conference-august
RS_2013-10.bz2.deduped.txt:137637 - http://www.motherjones.com/mojo/2013/10/welfare-
reform-cbpp-deep-poverty
RS_2013-10.bz2.deduped.txt:137643 - http://www.motherjones.com/politics/2013/10/fbi-
investigating-yury-zaytsev-russian-diplomat-spy

RS_2013-10.bz2.deduped.txt:139159 - http://www.motherjones.com/kevin-drum/2013/10/marijuana-will-probably-be-legal-most-country-2020

RS_2013-10.bz2.deduped.txt:140355 - http://www.motherjones.com/mojo/2013/10/house-energy-commerce-committee-hearing-obamacare-website

RS_2013-10.bz2.deduped.txt:140823 - http://www.motherjones.com/politics/2013/10/minnesota-progressives-turn-state-blue

RS_2013-10.bz2.deduped.txt:144585 - http://m.motherjones.com/environment/2013/09/9-surprising-foods-have-more-sugar-krispy-kreme-donut

RS_2013-10.bz2.deduped.txt:144705 - http://www.motherjones.com/mojo/2013/10/utah-gun-permits-mass-shootings

RS_2013-10.bz2.deduped.txt:144778 - http://www.motherjones.com/mojo/2013/10/jpmorgan-chase-13-billion-settlement-justice-department

RS_2013-10.bz2.deduped.txt:145104 - http://www.motherjones.com/politics/2013/10/obamacare-healthcaregov-harper-reed

RS_2013-10.bz2.deduped.txt:146649 - http://www.motherjones.com/mojo/2013/10/boys-get-be-hackers-halloween-girls-get-behookers

RS_2013-10.bz2.deduped.txt:147505 - http://www.motherjones.com/mojo/2013/10/california-koch-brothers-network-settlement-15-million-dark-money

RS_2013-10.bz2.deduped.txt:148053 - http://www.motherjones.com/politics/2013/10/food-stamps-statistics-SNAP-economic-benefits

RS_2013-10.bz2.deduped.txt:149945 - http://www.motherjones.com/politics/2013/10/republican-congress-out-step

RS_2013-10.bz2.deduped.txt:150583 - http://www.motherjones.com/mojo/2013/10/what-would-happen-if-the-us-listened-to-sheldon-adelson-and-nuked-iran

RS_2013-10.bz2.deduped.txt:150834 - http://www.motherjones.com/media/2013/10/numbers-texting-and-driving

RS_2013-10.bz2.deduped.txt:152287 - http://www.motherjones.com/kevin-drum/2013/10/aluminum-warehousing-racket-turns-out-be-really-good-aluminum-companies

RS_2013-10.bz2.deduped.txt:155367 - http://www.motherjones.com/politics/2013/10/inquiring-minds-jonathan-haidt-tea-party

RS_2013-10.bz2.deduped.txt:159081 - http://www.motherjones.com/mojo/2013/10/brennan-center-judicial-races-citizens-united

RS_2013-10.bz2.deduped.txt:160643 - http://motherjones.com/tom-philpott/2013/10/would-gmo-labeling-jack-food-prices

RS_2013-10.bz2.deduped.txt:162584 - http://www.motherjones.com/kevin-drum/2013/10/winning-elections-good-how-will-republicans-do-it

RS_2013-10.bz2.deduped.txt:163262 - http://www.motherjones.com/politics/2013/10/american-council-science-health-leaked-documents-fundraising

RS_2013-10.bz2.deduped.txt:163799 - http://www.motherjones.com/mojo/2013/10/michele-bachmann-frank-vennes-ponzi-scheme-donor

RS_2013-10.bz2.deduped.txt:165962 - http://www.motherjones.com/media/2013/10/allie-brosh-hyperbole-half-book-depression

RS_2013-10.bz2.deduped.txt:166274 - http://www.motherjones.com/mojo/2013/10/un-mulls-plan-defend-earth-against-asteroids

RS_2013-10.bz2.deduped.txt:168813 - http://www.motherjones.com/documents/811352-lds-church-gay-marriage-lobbying-reports

RS_2013-10.bz2.deduped.txt:168826 - http://www.motherjones.com/politics/2013/10/mormon-church-gay-marriage-hawaiii

RS_2013-10.bz2.deduped.txt:169566 - http://www.motherjones.com/mixed-media/2013/10/no-woman-no-drive-viral-video-saudi-arabia-hisham-fageeh-interview

RS_2013-10.bz2.deduped.txt:170642 - http://www.motherjones.com/politics/2013/10/gop-trayvon-martin-stand-your-ground-good-black-people

RS_2013-10.bz2.deduped.txt:171969 - http://www.motherjones.com/politics/2013/10/campbell-brown-new-york-schools-rhee

RS_2013-10.bz2.deduped.txt:172201 - http://www.motherjones.com/politics/2013/10/voter-id-laws-married-women-texas-map

RS_2013-10.bz2.deduped.txt:176206 - http://www.motherjones.com/politics/1983/07/their-will-be-done

RS_2013-10.bz2.deduped.txt:177998 - http://www.motherjones.com/politics/2013/10/oklahoma-supreme-court-abortion-decision

RS_2013-10.bz2.deduped.txt:178170 - http://www.motherjones.com/mojo/2013/10/financial-transaction-tax-robin-hood-jeffrey-sachs

RS_2013-10.bz2.deduped.txt:180255 - http://www.motherjones.com/kevin-drum/2013/10/are-all-those-insurance-company-cancellation-letters-too-good-check

RS_2013-10.bz2.deduped.txt:180451 - http://www.motherjones.com/mojo/2013/10/house-republicans-accuse-obama-court-packing

RS_2013-10.bz2.deduped.txt:180528 - http://www.motherjones.com/politics/2013/10/democrats-sequestration-budget-committee

RS_2013-10.bz2.deduped.txt:180550 - http://www.motherjones.com/politics/2013/10/obamacare-retiree-plan-republican-repeal

RS_2013-10.bz2.deduped.txt:180669 - http://www.motherjones.com/environment/2013/10/crop-insurance-west-texas-gmo

RS_2013-10.bz2.deduped.txt:181372 - http://www.motherjones.com/environment/2013/10/how-were-failing-to-prepare-for-the-next-sandy

RS_2013-10.bz2.deduped.txt:181742 - http://www.motherjones.com/politics/2011/08/proxy-detention-gulet-mohamed

RS_2013-10.bz2.deduped.txt:182034 - http://www.motherjones.com/politics/2011/08/fbi-sting-greatest-hits

RS_2013-10.bz2.deduped.txt:183739 - http://www.motherjones.com/politics/2013/10/ted-cruz-rafael-father-video-christian-tea-party

RS_2013-10.bz2.deduped.txt:184136 - http://www.motherjones.com/media/2013/10/facebook-personal-data-online-privacy-social-norm

RS_2013-10.bz2.deduped.txt:186329 - http://www.motherjones.com/mojo/2013/10/citigroup-bill-passes-house

RS_v2_2008-05.xz.deduped.txt:62 - http://www.motherjones.com/blue_marble_blog/archives/2008/04/8119_creationists_fl.html

RS_v2_2008-05.xz.deduped.txt:1161 - http://www.motherjones.com/blue_marble_blog/archives/2008/05/8134_global_warming_10.html

RS_v2_2008-05.xz.deduped.txt:1376 - http://www.motherjones.com/mojoblog/archives/2008/05/8135_mojo_wins_natio.html

RS_v2_2008-05.xz.deduped.txt:1588 - http://www.motherjones.com/washington_dispatch/2008/05/contractor-fraud-and-theft-in-iraq.html
RS_v2_2008-05.xz.deduped.txt:1677 - http://www.motherjones.com/mojoblog/archives/2008/05/8136_nelson_mandela.html
RS_v2_2008-05.xz.deduped.txt:2952 - http://www.motherjones.com/mojoblog/archives/2008/05/8141_mccain_defends.html
RS_v2_2008-05.xz.deduped.txt:3670 - http://www.motherjones.com/blue_marble_blog/archives/2008/05/8156_bushs_epa_pollu.html
RS_v2_2008-05.xz.deduped.txt:3690 - http://www.motherjones.com/mojoblog/archives/2008/05/8140_republican_atta.html
RS_v2_2008-05.xz.deduped.txt:3823 - http://www.motherjones.com/mojoblog/archives/2008/05/8146_who_does_the_ga.html
RS_v2_2008-05.xz.deduped.txt:3973 - http://www.motherjones.com/news/feature/2008/05/rural-renewal-small-town-americas-lifeline.html
RS_v2_2008-05.xz.deduped.txt:4848 - http://www.motherjones.com/mojoblog/archives/2008/05/8165_white_house_adm.html
RS_v2_2008-05.xz.deduped.txt:5268 - http://www.motherjones.com/commentary/tomdispatch/2008/05/endless-war.html
RS_v2_2008-05.xz.deduped.txt:5278 - http://www.motherjones.com/commentary/columns/2008/04/the-handcuffs-of-1968.html
RS_v2_2008-05.xz.deduped.txt:5665 - http://www.motherjones.com/blue_marble_blog/archives/2008/05/8183_myanmars_epic_f.html
RS_v2_2008-05.xz.deduped.txt:5671 - http://www.motherjones.com/mojoblog/archives/2008/05/8178_clinton_damn_th.html
RS_v2_2008-05.xz.deduped.txt:6418 - http://www.motherjones.com/washington_dispatch/2008/05/john-mccain-rod-parsley-pastor-problem.html
RS_v2_2008-05.xz.deduped.txt:6851 - http://www.motherjones.com/mojoblog/archives/2008/05/8196_new_starbucks_m.html
RS_v2_2008-05.xz.deduped.txt:7910 - http://www.motherjones.com/mojoblog/archives/2008/05/8203_the_paulites_ar.html
RS_v2_2008-05.xz.deduped.txt:8274 - http://www.motherjones.com/interview/2008/03/greystone-chris-burgess-interview.html
RS_v2_2008-05.xz.deduped.txt:8820 - http://www.motherjones.com/news/feature/2006/07/rock_the_junta.html
RS_v2_2008-05.xz.deduped.txt:9726 - http://www.motherjones.com/mojoblog/archives/2008/05/8208_chinas_outlaws.html
RS_v2_2008-05.xz.deduped.txt:10893 - http://www.motherjones.com/mojoblog/archives/2008/05/8232_is_clinton_stay.html
RS_v2_2008-05.xz.deduped.txt:11261 - http://www.motherjones.com/washington_dispatch/2008/05/polar-bears-endangered-species-global-warming.html
RS_v2_2008-05.xz.deduped.txt:11878 - http://www.motherjones.com/mojoblog/archives/2008/05/8236_john_mccain_dci.html

RS_v2_2008-05.xz.deduped.txt:12531 -
http://www.motherjones.com/commentary/tomdispatch/2008/05/kiss-american-security-goodbye.html
RS_v2_2008-05.xz.deduped.txt:12725 -
http://www.motherjones.com/commentary/tomdispatch/2008/05/african-women-making-change.html
RS_v2_2008-05.xz.deduped.txt:14245 -
http://www.motherjones.com/news/featurex/2008/03/torture-playlist.html?sfse=sdfs
RS_v2_2008-05.xz.deduped.txt:15306 -
http://www.motherjones.com/mojoblog/archives/2008/05/8282_the_wisdom_of_c.html
RS_v2_2008-05.xz.deduped.txt:16010 -
http://www.motherjones.com/news/feature/2008/05/scenes-from-the-tar-wars.html
RS_v2_2008-05.xz.deduped.txt:16556 - http://www.motherjones.com/arts/feature/2008/05/the-myth-of-the-moral-majority.html
RS_v2_2008-05.xz.deduped.txt:17997 -
http://www.motherjones.com/commentary/columns/2008/05/iran-messaging-volume.html
RS_v2_2008-05.xz.deduped.txt:18166 -
http://www.motherjones.com/mojoblog/archives/2008/05/8322_mccain_finally.html
RS_v2_2008-05.xz.deduped.txt:18785 -
http://www.motherjones.com/mojoblog/archives/2008/05/8316_want_to_see_a_s.html
RS_v2_2008-05.xz.deduped.txt:18857 - http://www.motherjones.com/news/update/2008/05/karl-rove-contempt-subpoena.html
RS_v2_2008-05.xz.deduped.txt:18915 -
http://www.motherjones.com/blue_marble_blog/archives/2008/05/8323_some_kid_invent.html
RS_v2_2008-05.xz.deduped.txt:19158 -
http://www.motherjones.com/news/outfront/2008/05/the-hiv-morning-after-pill.html
RS_v2_2008-05.xz.deduped.txt:19486 -
http://www.motherjones.com/mojoblog/archives/2008/05/8325_from_the_sublim.html
RS_v2_2008-05.xz.deduped.txt:20524 -
http://www.motherjones.com/news/feature/2008/03/louisianas-mulch-madness.html?
RS_v2_2008-05.xz.deduped.txt:20651 -
http://www.motherjones.com/mojoblog/archives/2008/05/8338_on_the_siegelma.html
RS_v2_2008-05.xz.deduped.txt:20662 -
http://www.motherjones.com/news/feature/2008/05/environmental-espionage-chemical-company-spy-op.html
RS_v2_2008-05.xz.deduped.txt:21364 -
http://www.motherjones.com/mojoblog/archives/2008/05/8340_why_does_bill_c.html
RS_v2_2008-05.xz.deduped.txt:21756 -
http://www.motherjones.com/blue_marble_blog/archives/2008/05/8346_angry_votes_suc.html
RS_v2_2008-05.xz.deduped.txt:21953 -
http://www.motherjones.com/mojoblog/archives/2008/05/8331_aipac_adl_ajc_r.html
RS_v2_2008-05.xz.deduped.txt:22366 -
http://www.motherjones.com/news/outfront/2008/05/mr-jarrar-goes-to-washington.html
RS_v2_2008-05.xz.deduped.txt:22707 -
http://www.motherjones.com/washington_dispatch/2008/05/john-mccain-revolving-door.html

RS_v2_2008-05.xz.deduped.txt:23287 -
http://www.motherjones.com/news/feature/2008/07/foreclosure-phil.html
RS_v2_2008-05.xz.deduped.txt:23765 -
http://www.motherjones.com/news/featurex/2008/05/campus-activism-survey.html
RS_v2_2008-05.xz.deduped.txt:24318 -
http://www.motherjones.com/mojoblog/archives/2008/05/8371_tracing_an_iran.html
RS_v2_2008-05.xz.deduped.txt:24369 -
http://www.motherjones.com/mojoblog/archives/2008/05/8370_tom_friedman_is.html
RS_v2_2008-05.xz.deduped.txt:24557 -
http://www.motherjones.com/blue_marble_blog/archives/2008/05/8363_science_fair_wh.html
RS_v2_2008-05.xz.deduped.txt:24985 -
http://www.motherjones.com/news/outfront/2008/05/above-the-law.html
RS_2016-12.bz2.deduped.txt:1354 - http://www.motherjones.com/kevin-drum/2016/11/forget-wall-if-you-want-less-illegal-immigration-go-after-employers
RS_2016-12.bz2.deduped.txt:4766 - http://www.motherjones.com/politics/2016/12/trump-effect-schools-bullying-racism
RS_2016-12.bz2.deduped.txt:5463 - http://www.motherjones.com/politics/2016/11/trump-ready-settle-trump-university-fraud-cases
RS_2016-12.bz2.deduped.txt:7819 - http://www.motherjones.com/kevin-drum/2016/12/watch-video-immediately
RS_2016-12.bz2.deduped.txt:10484 - http://www.motherjones.com/politics/2016/12/wilbur-ross-firm-fraud-SEC-case-commerce-trump
RS_2016-12.bz2.deduped.txt:11704 - http://www.motherjones.com/politics/2016/12/lindsey-graham-immigrants-kids-daca-obama
RS_2016-12.bz2.deduped.txt:13838 - http://www.motherjones.com/kevin-drum/2016/12/quote-day-theres-no-such-thing-facts-anymore
RS_2016-12.bz2.deduped.txt:16040 - http://www.motherjones.com/politics/2016/12/time-donald-trumps-new-commerce-secretary-led-wall-street-secret-society-dinner
RS_2016-12.bz2.deduped.txt:17075 - http://www.motherjones.com/politics/2016/11/charleston-trial-dylann-roof-walter-scott-michael-slager
RS_2016-12.bz2.deduped.txt:17829 - http://motherjones.com/politics/2016/11/mike-pence-voucher-program-religious-schools
RS_2016-12.bz2.deduped.txt:18050 - http://www.motherjones.com/politics/2016/11/mike-pence-voucher-program-religious-schools
RS_2016-12.bz2.deduped.txt:19853 - http://www.motherjones.com/politics/2016/11/save-obamacare-donald-trump-repeal-gop
RS_2016-12.bz2.deduped.txt:20145 - http://www.motherjones.com/politics/2016/12/trump-deutsche-bank-conflict-loans
RS_2016-12.bz2.deduped.txt:21252 - http://www.motherjones.com/politics/2016/12/donald-trump-debt-sale-conflict-of-interest
RS_2016-12.bz2.deduped.txt:21574 - http://www.motherjones.com/politics/2016/12/trump-rodrigo-duterte-white-house
RS_2016-12.bz2.deduped.txt:21862 - http://m.motherjones.com/politics/2016/12/trump-deutsche-bank-conflict-loans
RS_2016-12.bz2.deduped.txt:22450 - http://www.motherjones.com/kevin-drum/2016/12/hillary-clintons-popular-vote-lead-passes-25-million

RS_2016-12.bz2.deduped.txt:31944 - http://www.motherjones.com/kevin-drum/2016/12/trumps-taiwan-call-was-no-accident

RS_2016-12.bz2.deduped.txt:35827 - http://www.motherjones.com/environment/2016/12/standing-rock-police-militarized-emergency-management-assistance-compact-north-dakota

RS_2016-12.bz2.deduped.txt:36781 - http://www.motherjones.com/environment/2016/12/psilocybin-magic-mushrooms-psychedelics-cancer-new-york-university-johns-hopkins-michael-pollan

RS_2016-12.bz2.deduped.txt:37014 - http://www.motherjones.com/kevin-drum/2016/12/donald-trump-finally-admits-he-wants-build-dapl-pipeline

RS_2016-12.bz2.deduped.txt:41850 - http://www.motherjones.com/environment/2016/11/trump-climate-timeline

RS_2016-12.bz2.deduped.txt:43371 - http://m.motherjones.com/environment/2016/11/trump-climate-timeline

RS_2016-12.bz2.deduped.txt:44467 - http://www.motherjones.com/environment/2016/12/dakota-access-pipeline-standing-rock-oil-water-protest

RS_2016-12.bz2.deduped.txt:47649 - http://m.motherjones.com/environment/2013/12/climate-scientist-environment-apocalypse-human-extinction

RS_2016-12.bz2.deduped.txt:49917 - http://www.motherjones.com/politics/2016/02/obama-campaign-took-bernie-sanders-primary-threat-seriously

RS_2016-12.bz2.deduped.txt:50450 - http://www.motherjones.com/politics/2016/12/ben-carson-hud-pick

RS_2016-12.bz2.deduped.txt:51584 - http://www.motherjones.com/environment/2016/11/trump-climate-timeline?utm_source=nextdraft&utm_medium=email

RS_2016-12.bz2.deduped.txt:55993 - http://www.motherjones.com/politics/2016/12/richard-spencer-alt-right-college-activism

RS_2016-12.bz2.deduped.txt:56002 - http://www.motherjones.com/politics/2016/12/report-shows-problems-veterans-affairs-department-health-care-women-0

RS_2016-12.bz2.deduped.txt:60517 - http://m.motherjones.com/politics/2016/12/ohio-senate-approves-fetal-heartbeat-bill

RS_2016-12.bz2.deduped.txt:62243 - http://www.motherjones.com/kevin-drum/2016/12/insurance-industry-ok-obamacare-repeal-long-we-dont-repeal-obamacare

RS_2016-12.bz2.deduped.txt:64638 - http://www.motherjones.com/politics/2016/12/opioid-treatment-clinic-buprenorphine-san-francisco-homeless

RS_2016-12.bz2.deduped.txt:64651 - http://www.motherjones.com/environment/2016/12/another-novel-superbug-shows-us-hog-farm

RS_2016-12.bz2.deduped.txt:65160 - http://www.motherjones.com/kevin-drum/2016/12/hillary-clintons-popular-vote-lead-now-2

RS_2016-12.bz2.deduped.txt:65521 - http://motherjones.com/environment/2016/12/another-novel-superbug-shows-us-hog-farm

RS_2016-12.bz2.deduped.txt:66303 - http://www.motherjones.com/environment/2016/11/five-best-cookbooks-2016

RS_2016-12.bz2.deduped.txt:66737 - http://www.motherjones.com/politics/2016/12/planned-parenthood-republicans-funding-increase-investigative-panel

RS_2016-12.bz2.deduped.txt:69080 - http://www.motherjones.com/politics/2016/12/election-2016-trump-putin-russia-wikileaks

RS_2016-12.bz2.deduped.txt:71806 - http://www.motherjones.com/politics/2016/12/texas-suggests-abortion-influences-cancer-risk

RS_2016-12.bz2.deduped.txt:73272 - http://www.motherjones.com/politics/2016/11/chuck-schumer-congressional-probe-russia-donald-trump

RS_2016-12.bz2.deduped.txt:74536 - http://www.motherjones.com/kevin-drum/2016/12/swamp-watch-7-december-2016-1

RS_2016-12.bz2.deduped.txt:75726 - http://www.motherjones.com/kevin-drum/2016/12/charts-day-income-inequality-doesnt-have-spiral-out-control

RS_2016-12.bz2.deduped.txt:76189 - http://www.motherjones.com/politics/2016/12/donald-trump-nuclear-war-weapons-inevitable

RS_2016-12.bz2.deduped.txt:76402 - http://www.motherjones.com/politics/2016/12/definition-alt-right-white-supremacist-white-nationalist

RS_2016-12.bz2.deduped.txt:77126 - http://www.motherjones.com/politics/2016/12/trumps-new-hhs-secretary-tried-curb-contraceptive-access

RS_2016-12.bz2.deduped.txt:77136 - http://www.motherjones.com/politics/2016/12/programs-help-undocumented-immigrants-gain-drivers-licenses-Trump

RS_2016-12.bz2.deduped.txt:79547 - http://www.motherjones.com/environment/2016/12/trump-just-wrapped-nice-double-gift-meat-industry

RS_2016-12.bz2.deduped.txt:80616 - http://www.motherjones.com/contributor/2015/12/santacon-devil-we-apparently-created-it-we-are-ss-sorry

RS_2016-12.bz2.deduped.txt:84863 - http://www.motherjones.com/politics/2016/12/biggest-transgender-survey-shows-harassment-and-discrimination

RS_2016-12.bz2.deduped.txt:85250 - http://www.motherjones.com/politics/2016/12/trumps-labor-secretary-pick-has-long-anti-abortion-history

RS_2016-12.bz2.deduped.txt:87945 - http://www.motherjones.com/politics/2016/12/kellyanne-conway-immigration-islam-bannon-trump

RS_2016-12.bz2.deduped.txt:88285 - http://m.motherjones.com/politics/2016/06/thiel-trump-vandersloot-lawsuit

RS_2016-12.bz2.deduped.txt:90300 - http://www.motherjones.com/politics/2016/12/bloomberg-energy-document-leak

RS_2016-12.bz2.deduped.txt:92366 - http://www.motherjones.com/contributor/2016/12/republicans-want-to-cut-social-security

RS_2016-12.bz2.deduped.txt:94057 - http://www.motherjones.com/politics/2016/12/cathy-mcmorris-rodgers-climate-change-national-monuments

RS_2016-12.bz2.deduped.txt:95482 - http://www.motherjones.com/kevin-drum/2016/12/scriptwriter-trump-show-needs-get-grip

RS_2016-12.bz2.deduped.txt:96259 - http://m.motherjones.com/politics/2016/12/cathy-mcmorris-rodgers-climate-change-national-monuments

RS_2016-12.bz2.deduped.txt:96482 - http://www.motherjones.com/politics/2016/12/trump-effect-efforts-combat-homelessness

RS_2016-12.bz2.deduped.txt:98072 - http://www.motherjones.com/politics/2016/12/trump-conflict-interest-letter

RS_2016-12.bz2.deduped.txt:99812 - http://www.motherjones.com/environment/2016/12/puzder-labor-secretary-trump-hardees
RS_2016-12.bz2.deduped.txt:100654 - http://www.motherjones.com/kevin-drum/2016/12/october-29-vs-december-10-lesson-editorial-judgment
RS_2016-12.bz2.deduped.txt:102535 - http://www.motherjones.com/kevin-drum/2016/12/sam-johnson-wants-cut-your-social-security-benefits-third
RS_2016-12.bz2.deduped.txt:103285 - http://www.motherjones.com/environment/2016/12/california-delta-water-boxer-feinstein-filibuster
RS_2016-12.bz2.deduped.txt:109099 - http://www.motherjones.com/kevin-drum/2016/12/quote-day-trump-blowing-intel-briefings-because-im-smart-person
RS_2016-12.bz2.deduped.txt:113021 - http://www.motherjones.com/politics/2016/12/comet-pizza-suspect-shooters-alex-jones
RS_2016-12.bz2.deduped.txt:114052 - http://www.motherjones.com/politics/2016/12/guide-donald-trump-debt
RS_2016-12.bz2.deduped.txt:114605 - http://www.motherjones.com/kevin-drum/2016/12/prediction-terrorism-middle-east-will-decline-half-between-2020-and-2040
RS_2016-12.bz2.deduped.txt:115669 - http://www.motherjones.com/kevin-drum/2016/12/how-did-trump-win-fbi-and-russians
RS_2016-12.bz2.deduped.txt:117053 - http://www.motherjones.com/kevin-drum/2016/12/taiwan-dispute-provides-early-look-trump-white-house
RS_2016-12.bz2.deduped.txt:117361 - http://www.motherjones.com/kevin-drum/2016/12/false-flag-about-become-new-benghazi
RS_2016-12.bz2.deduped.txt:117810 - http://www.motherjones.com/kevin-drum/2016/12/if-obamacare-repealed-3-million-pre-existing-conditions-will-instantly-lose-healt
RS_2016-12.bz2.deduped.txt:117861 - http://m.motherjones.com/kevin-drum/2016/12/how-did-trump-win-fbi-and-russians
RS_2016-12.bz2.deduped.txt:118242 - http://www.motherjones.com/environment/2016/12/black-women-beauty-products-ingredients
RS_2016-12.bz2.deduped.txt:119534 - http://www.motherjones.com/kevin-drum/2016/12/donald-trump-puzzled-about-all-russia-hacking-stuff
RS_2016-12.bz2.deduped.txt:119726 - http://m.motherjones.com/kevin-drum/2016/12/donald-trump-puzzled-about-all-russia-hacking-stuff
RS_2016-12.bz2.deduped.txt:123527 - http://m.motherjones.com/politics/2016/12/kellyanne-conway-immigration-islam-bannon-trump
RS_2016-12.bz2.deduped.txt:124809 - http://www.motherjones.com/politics/2016/12/fight-like-hell-trump-racism-fake-news
RS_2016-12.bz2.deduped.txt:126222 - http://www.motherjones.com/politics/2016/11/bureau-prisons-renews-contracts-private-prison-cca-corecivic
RS_2016-12.bz2.deduped.txt:126421 - http://www.motherjones.com/environment/2016/12/trump-usda-klippenstein-heitkamp
RS_2016-12.bz2.deduped.txt:129985 - http://www.motherjones.com/kevin-drum/2016/12/here-rex-tillersons-awesome-record-exxonmobil
RS_2016-12.bz2.deduped.txt:130831 - http://m.motherjones.com/politics/2016/12/fight-like-hell-trump-racism-fake-news

RS_2016-12.bz2.deduped.txt:131125 - http://www.motherjones.com/politics/2016/12/united-states-cancels-weapons-sales-saudi-arabia-yemen

RS_2016-12.bz2.deduped.txt:134260 - http://www.motherjones.com/kevin-drum/2016/12/russia-ran-most-epic-ratfucking-operation-history-year

RS_2016-12.bz2.deduped.txt:136423 - http://www.motherjones.com/kevin-drum/2016/12/how-putin-got-his-pet-game-show-host-elected-president

RS_2016-12.bz2.deduped.txt:136560 - http://www.motherjones.com/politics/2016/12/russian-intelligence-trump-moscow

RS_2016-12.bz2.deduped.txt:137227 - http://www.motherjones.com/politics/2016/12/abortion-rights-advocates-texas-fetal-cremation

RS_2016-12.bz2.deduped.txt:141215 - http://www.motherjones.com/kevin-drum/2016/12/stop-it-there-are-no-big-lessons-2016-election

RS_2016-12.bz2.deduped.txt:142428 - http://www.motherjones.com/politics/2016/12/rick-perry-dakota-access-pipeline-donald-trump

RS_2016-12.bz2.deduped.txt:142795 - http://www.motherjones.com/politics/2016/12/trumps-newest-senior-adviser-seen-ally-white-nationalists

RS_2016-12.bz2.deduped.txt:143736 - http://www.motherjones.com/environment/2016/12/rick-perry-energy-secretary-climate-censorship

RS_2016-12.bz2.deduped.txt:146782 - http://motherjones.com/kevin-drum/2016/12/trumps-kids-will-always-get-insider-access-and-trump-doesnt-care-who-knows-it

RS_2016-12.bz2.deduped.txt:147418 - http://www.motherjones.com/politics/2016/12/1200-historians-statement-civil-rights-under-donald-trump

RS_2016-12.bz2.deduped.txt:147569 - http://www.motherjones.com/politics/2016/12/tom-price-donald-trump-hhs-health-care-spending

RS_2016-12.bz2.deduped.txt:151173 - http://m.motherjones.com/politics/2016/12/2016-mixed-bag-lgbtq-rights

RS_2016-12.bz2.deduped.txt:151355 - http://www.motherjones.com/politics/2016/12/obama-rule-planned-parenthood-title-x-grants

RS_2016-12.bz2.deduped.txt:152601 - http://www.motherjones.com/politics/2016/12/senate-democrats-will-introduce-law-force-trump-divest

RS_2016-12.bz2.deduped.txt:152775 - http://www.motherjones.com/environment/2016/12/jerry-brown-california-climate-change-donald-trump

RS_2016-12.bz2.deduped.txt:153843 - http://www.motherjones.com/politics/2016/12/north-carolina-republicans-make-brazen-bid-permanent-power-after-losing-governors-r

RS_2016-12.bz2.deduped.txt:154188 - http://www.motherjones.com/politics/2016/12/donald-trump-monica-crowley-barack-obama

RS_2016-12.bz2.deduped.txt:159940 - http://www.motherjones.com/environment/2016/12/trump-wind-power-hotel-soho-manhattan-ivanka-climate

RS_2016-12.bz2.deduped.txt:160631 - http://www.motherjones.com/politics/2016/12/st-louis-jennings-ferguson-debtors-prison-lawsuit%20

RS_2016-12.bz2.deduped.txt:160877 - http://www.motherjones.com/kevin-drum/2016/12/why-are-democrats-so-damn-timid-about-james-comey-and-fbi

RS_2016-12.bz2.deduped.txt:161834 - http://www.motherjones.com/politics/2016/12/breaking-reports-china-has-siezed-us-navy-vessel-south-china-sea

RS_2016-12.bz2.deduped.txt:162313 - http://m.motherjones.com/politics/2016/12/breaking-reports-china-has-siezed-us-navy-vessel-south-china-sea

RS_2016-12.bz2.deduped.txt:162910 - http://www.motherjones.com/kevin-drum/2016/12/bernie-sanders-would-have-lost-election-landslide

RS_2016-12.bz2.deduped.txt:163105 - http://www.motherjones.com/media/2016/12/reporting-on-trumps-conflicts-of-interest

RS_2016-12.bz2.deduped.txt:166935 - http://www.motherjones.com/politics/2016/12/north-carolina-republicans-power-chaos

RS_2016-12.bz2.deduped.txt:167498 - http://www.motherjones.com/kevin-drum/2016/12/chinas-economy-might-finally-be-ready-bust

RS_2016-12.bz2.deduped.txt:167803 - http://m.motherjones.com/politics/2016/12/donald-trump-monica-crowley-barack-obama

RS_2016-12.bz2.deduped.txt:173869 - http://www.motherjones.com/politics/2016/12/oil-donald-trump-climate-change-EPA-rex-tillerson

RS_2016-12.bz2.deduped.txt:175957 - http://www.motherjones.com/media/2016/12/how-chefs-tell-their-most-intimate-stories

RS_2016-12.bz2.deduped.txt:175979 - http://www.motherjones.com/environment/2016/12/study-flu-giant-hog-farms-circulate-nearby-communities

RS_2016-12.bz2.deduped.txt:179019 - http://www.motherjones.com/kevin-drum/2016/12/bernie-woulda-lost

RS_2016-12.bz2.deduped.txt:179778 - http://www.motherjones.com/environment/2016/12/trump-usda-gipsa

RS_2016-12.bz2.deduped.txt:179779 - http://www.motherjones.com/politics/2016/12/heres-what-biggest-police-union-wants-trump-his-first-100-days

RS_2016-12.bz2.deduped.txt:183896 - http://www.motherjones.com/politics/2016/12/trump-commerce-pick-wilbur-ross-financial-ties-russians

RS_2016-12.bz2.deduped.txt:184514 - http://www.motherjones.com/politics/2016/12/progressives-tea-party-tactics-stop-trump

RS_2016-12.bz2.deduped.txt:184917 - http://www.motherjones.com/politics/2016/12/st-louis-jennings-ferguson-debtors-prison-lawsuit

RS_2016-12.bz2.deduped.txt:186707 - http://www.motherjones.com/politics/2016/12/trump-mulvaney-john-birch-society

RS_2016-12.bz2.deduped.txt:187786 - http://www.motherjones.com/politics/2016/12/trump-vinnie-viola-secretary-army-high-frequency-trading

RS_2016-12.bz2.deduped.txt:187819 - http://m.motherjones.com/politics/2016/12/progressives-tea-party-tactics-stop-trump

RS_2016-12.bz2.deduped.txt:191791 - http://www.motherjones.com/politics/2016/12/trumps-pick-budget-director-isnt-sure-government-should-fund-scientific-research

RS_2016-12.bz2.deduped.txt:191841 - http://www.motherjones.com/kevin-drum/2016/12/trump-mafia-approach-governing

RS_2016-12.bz2.deduped.txt:194205 - http://www.motherjones.com/politics/2016/12/top-russian-official-blames-western-media-killing-russian-ambassador

RS_2016-12.bz2.deduped.txt:196222 - http://m.motherjones.com/media/2016/12/reporting-on-trumps-conflicts-of-interest

RS_2016-12.bz2.deduped.txt:198223 - http://m.motherjones.com/kevin-drum/2016/12/note-conservative-republicans-cant-repeal-obamacare-their-own

RS_2016-12.bz2.deduped.txt:201111 - http://www.motherjones.com/kevin-drum/2016/12/what-does-donald-trump-know-anything

RS_2016-12.bz2.deduped.txt:201280 - http://m.motherjones.com/politics/2016/12/emergency-managers-charged-flint-water-lead

RS_2016-12.bz2.deduped.txt:201419 - http://www.motherjones.com/politics/2016/12/emergency-managers-charged-flint-water-lead

RS_2016-12.bz2.deduped.txt:202718 - http://www.motherjones.com/environment/2016/12/obama-climate-change-oil-drilling-ban

RS_2016-12.bz2.deduped.txt:204021 - http://m.motherjones.com/politics/2016/12/trumps-pick-budget-director-isnt-sure-government-should-fund-scientific-research

RS_2016-12.bz2.deduped.txt:205352 - http://www.motherjones.com/environment/2016/12/north-dakota-sheriff-dapl-pipeline-videos

RS_2016-12.bz2.deduped.txt:208030 - http://www.motherjones.com/kevin-drum/2016/12/machine-learning-has-transformed-google-translate

RS_2016-12.bz2.deduped.txt:209823 - http://m.motherjones.com/kevin-drum/2016/12/timid-liberals-flinching-hillary-clintons-email-server

RS_2016-12.bz2.deduped.txt:210182 - http://www.motherjones.com/kevin-drum/2016/12/republicans-are-afraid-stand-trump-fear-nasty-tweets

RS_2016-12.bz2.deduped.txt:212291 - http://www.motherjones.com/politics/2016/12/heres-what-corey-lewandowski-said-about-lobbyists-before-becoming-one

RS_2016-12.bz2.deduped.txt:213916 - http://www.motherjones.com/kevin-drum/2016/12/timid-liberals-flinching-hillary-clintons-email-server

RS_2016-12.bz2.deduped.txt:216300 - http://motherjones.com/politics/2016/12/lgbt-advocates-gearing-another-year-fights

RS_2016-12.bz2.deduped.txt:222489 - http://www.motherjones.com/politics/2016/12/heres-how-deal-repeal-bathroom-bill-collapsed

RS_2016-12.bz2.deduped.txt:222803 - http://www.motherjones.com/politics/2016/12/bjs-data-deaths-police-custody

RS_2016-12.bz2.deduped.txt:222913 - http://m.motherjones.com/kevin-drum/2016/12/business-community-shocked-trump-might-impose-import-tariffs

RS_2016-12.bz2.deduped.txt:223007 - http://www.motherjones.com/politics/2016/12/donald-trump-frightening-tweet-nuclear-weapons

RS_2016-12.bz2.deduped.txt:223935 - http://www.motherjones.com/blue-marble/2010/06/anti-rape-condom-teeth-RapeaXe-South-Africa-World-Cup

RS_2016-12.bz2.deduped.txt:224362 - http://www.motherjones.com/politics/2016/12/trumps-biggest-lender-looking-new-terms

RS_2016-12.bz2.deduped.txt:232710 - http://m.motherjones.com/politics/2016/11/sheriff-clarke-trump-terrorists-guantanamo-bay

RS_2016-12.bz2.deduped.txt:233125 - http://www.motherjones.com/kevin-drum/2016/12/trump-tariff-wall-help-little-hurt-lot

RS_2016-12.bz2.deduped.txt:233716 - http://m.motherjones.com/politics/2016/12/donald-trump-frightening-tweet-nuclear-weapons

RS_2016-12.bz2.deduped.txt:234459 - http://www.motherjones.com/politics/2016/12/america-income-inequality-wealth-net-worth-charts

RS_2016-12.bz2.deduped.txt:234939 -
http://www.motherjones.com/environment/2016/12/tumbleweeds-attack-stroomer
RS_2016-12.bz2.deduped.txt:237526 - http://m.motherjones.com/politics/2016/12/lgbt-
advocates-gearing-another-year-fights
RS_2016-12.bz2.deduped.txt:237777 - http://www.motherjones.com/kevin-
drum/2016/12/business-community-shocked-trump-might-impose-import-tariffs
RS_2016-12.bz2.deduped.txt:240847 - http://www.motherjones.com/politics/2016/12/vietnam-
war-veterans-herbicides-orange-cancer
RS_2016-12.bz2.deduped.txt:243712 - http://motherjones.com/politics/2016/12/america-income-
inequality-wealth-net-worth-charts
RS_2016-12.bz2.deduped.txt:245264 - http://www.motherjones.com/politics/2016/12/turkey-
syria-kurds-isis-american-volunteers
RS_2016-12.bz2.deduped.txt:246877 - http://www.motherjones.com/politics/2016/12/brief-
history-income-inequality-minimum-wage
RS_2016-12.bz2.deduped.txt:247163 - http://www.motherjones.com/kevin-drum/2016/12/home-
buyers-are-paying-600-trump-tax-new-mortgages
RS_2016-12.bz2.deduped.txt:249855 - http://m.motherjones.com/kevin-drum/2016/12/there-
will-never-be-israel-palestinian-peace-settlement
RS_2016-12.bz2.deduped.txt:258575 - http://www.motherjones.com/mojo/2006/05/origins-anti-
litter-campaigns
RS_2016-12.bz2.deduped.txt:260730 - http://www.motherjones.com/politics/2016/12/rise-
seedpesticide-giants-and-four-other-food-stories-watch-17
RS_2016-12.bz2.deduped.txt:260956 - http://www.motherjones.com/environment/2016/12/2016-
anti-science-trump-pence-flint-nra-hurricane-matthew
RS_2016-12.bz2.deduped.txt:263508 - http://www.motherjones.com/mixed-
media/2016/12/carrie-fisher-donald-trump
RS_2016-12.bz2.deduped.txt:264454 -
http://www.motherjones.com/environment/2016/12/obama-green-climate-fund
RS_2016-12.bz2.deduped.txt:264942 - http://www.motherjones.com/environment/2016/12/our-
new-labor-overlord-thinks-workers-shouldnt-get-breaks
RS_2016-12.bz2.deduped.txt:267207 - http://www.motherjones.com/kevin-drum/2016/12/fox-
news-screws-its-latest-lie
RS_2016-12.bz2.deduped.txt:267491 - http://m.motherjones.com/environment/2016/12/our-new-
labor-overlord-thinks-workers-shouldnt-get-breaks
RS_2016-12.bz2.deduped.txt:270476 - http://motherjones.com/kevin-drum/2016/12/donald-
trump-holds-micro-press-conference-comes-idiot
RS_2016-12.bz2.deduped.txt:270625 - http://www.motherjones.com/kevin-
drum/2016/12/donald-trump-holds-micro-press-conference-comes-idiot
RS_2016-12.bz2.deduped.txt:270691 - http://m.motherjones.com/kevin-drum/2016/12/donald-
trump-holds-micro-press-conference-comes-idiot
RS_2016-12.bz2.deduped.txt:272612 - http://www.motherjones.com/politics/2016/12/berkeley-
sarah-lawrence-professor-house-rental-saga
RS_2016-12.bz2.deduped.txt:274290 - http://www.motherjones.com/politics/2016/12/read-
report-malicious-russian-cyberactivity-interfered-us-election
RS_2016-12.bz2.deduped.txt:274296 -
http://www.motherjones.com/environment/2016/12/germany-clean-energy-coal-trump-effect

RS_2016-12.bz2.deduped.txt:274942 - http://www.motherjones.com/kevin-drum/2016/12/2017-shaping-be-best-year-yet-obamacare

RS_2016-12.bz2.deduped.txt:275771 - http://m.motherjones.com/politics/2016/12/hawaii-micronesia-migration-homeless-climate-change

RS_2016-12.bz2.deduped.txt:276824 - http://www.motherjones.com/politics/2016/12/black-immigrant-activists-brace-trump-presidency

RS_2016-12.bz2.deduped.txt:281871 - http://www.motherjones.com/politics/2016/12/trump-usda-cabinet

RS_2016-12.bz2.deduped.txt:283503 - http://www.motherjones.com/kevin-drum/2016/12/fox-news-and-food-stamp-fraud-plot-thickens

RS_2016-12.bz2.deduped.txt:283755 - http://www.motherjones.com/kevin-drum/2016/12/no-julian-assange-didnt-say-wikileaks-ignores-russia-because-its-already-open-and

RS_2016-12.bz2.deduped.txt:287939 - http://www.motherjones.com/politics/2016/12/hawaii-micronesia-migration-homeless-climate-change

RS_2016-12.bz2.deduped.txt:289169 - http://www.motherjones.com/environment/2016/12/animals-extinct-last-year-what-to-watch-2017

RS_2016-12.bz2.deduped.txt:289431 - http://www.motherjones.com/kevin-drum/2016/12/chart-day-food-cheap

RS_v2_2007-07.xz.deduped.txt:246 - http://www.motherjones.com/mojoblog/archives/2007/05/4416_nebraska_teache.html

RS_v2_2007-07.xz.deduped.txt:2000 - http://www.motherjones.com/commentary/columns/2005/07/sinister_paradise.html

RS_v2_2007-07.xz.deduped.txt:2421 - http://www.motherjones.com/news/exhibit/2007/07/exhibit.html

RS_v2_2007-07.xz.deduped.txt:3633 - http://www.motherjones.com/mojoblog/archives/2007/07/4813_debating_the_su.html

RS_v2_2007-07.xz.deduped.txt:4065 - http://www.motherjones.com/mojoblog/archives/2007/07/4821_frido_and_the_f.html

RS_v2_2007-07.xz.deduped.txt:4145 - http://www.motherjones.com/blue_marble_blog/archives/2007/07/4802_gray_whales_goi.html

RS_v2_2007-07.xz.deduped.txt:4755 - http://www.motherjones.com/mojoblog/archives/2007/07/4834_want_to_broadca.html

RS_v2_2007-07.xz.deduped.txt:6504 - http://www.motherjones.com/mojoblog/archives/2007/07/4882_dysfunctional_h.html#more

RS_v2_2007-07.xz.deduped.txt:7033 - http://www.motherjones.com/news/qa/yossi_melman.html

RS_v2_2007-07.xz.deduped.txt:8648 - http://www.motherjones.com/news/feature/2004/05/stats.html

RS_v2_2007-07.xz.deduped.txt:8801 - http://www.motherjones.com/washington_dispatch/2007/07/crocker_iraq_ambassador.html

RS_v2_2007-07.xz.deduped.txt:8868 - http://www.motherjones.com/mojoblog/archives/2007/07/4936_plame_lawsuit_d.html

RS_v2_2007-07.xz.deduped.txt:10352 - http://www.motherjones.com/photo/2007/07/hidden_half.html

RS_v2_2007-07.xz.deduped.txt:10654 -
http://www.motherjones.com/photo/2007/07/hidden_half-2.html
RS_v2_2007-07.xz.deduped.txt:10715 -
http://www.motherjones.com/commentary/tomdispatch/2007/07/life_and_times_cia.html
RS_v2_2007-07.xz.deduped.txt:11025 -
http://www.motherjones.com/mojoblog/archives/2007/07/5007_was_pat_tillman.html
RS_v2_2007-07.xz.deduped.txt:12327 -
http://www.motherjones.com/washington_dispatch/2007/07/national_initiative.html
RS_v2_2007-05.xz.deduped.txt:399 - http://www.motherjones.com/news/feature/2007/05/gone-2.html
RS_v2_2007-05.xz.deduped.txt:907 -
http://www.motherjones.com/news/outfront/2005/03/enduring_bases_iraq.html
RS_v2_2007-05.xz.deduped.txt:973 -
http://www.motherjones.com/news/feature/2004/01/12_401.html
RS_v2_2007-05.xz.deduped.txt:985 -
http://www.motherjones.com/interview/2007/05/cacho.html
RS_v2_2007-05.xz.deduped.txt:1335 -
http://www.motherjones.com/news/feature/2007/05/seeing_red.html?src=email
RS_v2_2007-05.xz.deduped.txt:1753 -
http://www.motherjones.com/washington_dispatch/2007/05/ridgeway_tenet.html
RS_v2_2007-05.xz.deduped.txt:3229 -
http://www.motherjones.com/news/outfront/2007/05/extreme_makeover.html?welcome=true
RS_v2_2007-05.xz.deduped.txt:4696 -
http://www.motherjones.com/mojoblog/archives/2007/05/4409_gonzales_giggle.html
RS_v2_2007-05.xz.deduped.txt:5780 -
http://www.motherjones.com/mojoblog/archives/2007/05/4415_divorce_rates_a.html
RS_v2_2007-05.xz.deduped.txt:6468 -
http://www.motherjones.com/mojoblog/archives/2007/05/4436_hating_on_musli.html
RS_v2_2007-05.xz.deduped.txt:6889 -
http://www.motherjones.com/news/outfront/2007/05/plan_for_iran.html
RS_v2_2007-05.xz.deduped.txt:7024 -
http://www.motherjones.com/news/feature/2007/05/not_in_their_back_yard.html
RS_v2_2007-05.xz.deduped.txt:7500 -
http://www.motherjones.com/mojoblog/archives/2007/05/4463_john_mccain_has.html
RS_v2_2007-05.xz.deduped.txt:8208 -
http://www.motherjones.com/washington_dispatch/2007/05/gravel.html
RS_v2_2007-05.xz.deduped.txt:8595 - http://www.motherjones.com/cgi-bin/print_article.pl?url=http://www.motherjones.com/washington_dispatch/2007/05/gravel.html
RS_v2_2007-05.xz.deduped.txt:8958 -
http://www.motherjones.com/mojoblog/archives/2007/05/4482_das_office_refu.html
RS_v2_2007-05.xz.deduped.txt:9081 -
http://www.motherjones.com/photo/2007/05/fitting_tribute-10.html
RS_v2_2007-05.xz.deduped.txt:9163 -
http://www.motherjones.com/mojoblog/archives/2007/05/4499_oklahoma_bans_a.html

RS_v2_2007-05.xz.deduped.txt:10138 - http://www.motherjones.com/washington_dispatch/2007/05/attention_immigrants_thanks_for_your_hard_work.html

RS_v2_2007-05.xz.deduped.txt:11541 - http://www.motherjones.com/news/feature/2003/03/ma_311_01.html?welcome=true

RS_2018-08.xz.deduped.txt:1880 - https://www.motherjones.com/politics/2018/07/fake-facebook-posts-target-left-liberals/

RS_2018-08.xz.deduped.txt:3973 - https://www.motherjones.com/media/2018/08/how-to-identify-russian-bots-twitter/

RS_2018-08.xz.deduped.txt:4321 - https://www.motherjones.com/politics/2018/08/new-study-shows-an-increased-refusal-of-vitamin-k-in-newborns/

RS_2018-08.xz.deduped.txt:5077 - https://www.motherjones.com/environment/2018/07/supreme-court-says-kids-can-sue-trump-over-climate-change/

RS_2018-08.xz.deduped.txt:8246 - https://www.motherjones.com/kevin-drum/2018/08/quote-of-the-day-college-educated-republican-women-are-extinct/

RS_2018-08.xz.deduped.txt:9062 - https://www.motherjones.com/politics/2018/08/trump-obstruction-of-justice-sessions/

RS_2018-08.xz.deduped.txt:10062 - https://www.motherjones.com/kevin-drum/2018/08/trump-plans-to-announce-500-tax-on-all-american-households-today/

RS_2018-08.xz.deduped.txt:10706 - https://www.motherjones.com/politics/2018/08/what-would-be-the-consequences-if-sessions-broke-his-recusal-and-fired-mueller/

RS_2018-08.xz.deduped.txt:12101 - https://www.motherjones.com/politics/2018/08/the-times-fails-to-name-and-shame-climate-villains/

RS_2018-08.xz.deduped.txt:12301 - https://www.motherjones.com/politics/2018/08/sanders-defends-trump-on-needing-an-id-to-buy-groceries/

RS_2018-08.xz.deduped.txt:14711 - https://www.motherjones.com/politics/2018/07/thanks-to-trumps-family-separations-democrats-are-in-the-hot-seat-for-taking-private-prison-cash/

RS_2018-08.xz.deduped.txt:19312 - https://www.motherjones.com/politics/2018/08/bribery-trial-reveals-jeff-sessions-role-in-blocking-epa-action-targeting-one-of-his-biggest-donors/

RS_2018-08.xz.deduped.txt:19509 - https://www.motherjones.com/politics/2018/08/ivanka-trump-family-separations-low-point/

RS_2018-08.xz.deduped.txt:20088 - https://www.motherjones.com/food/2018/08/pot-infused-beer-has-hit-shelves-is-it-legal/

RS_2018-08.xz.deduped.txt:21835 - https://www.motherjones.com/environment/2018/08/as-wildfires-rage-trump-administration-plans-to-slash-fire-science-funding/

RS_2018-08.xz.deduped.txt:22213 - https://www.motherjones.com/politics/2018/08/sanders-refuses-to-say-that-the-press-is-not-the-enemy-of-the-people/

RS_2018-08.xz.deduped.txt:28303 - https://www.motherjones.com/politics/2018/08/these-states-are-going-to-war-over-trump-eliminating-car-emissions-rules/

RS_2018-08.xz.deduped.txt:28774 - https://www.motherjones.com/politics/2018/08/did-alleged-russian-spy-maria-butina-cause-a-leadership-shake-up-at-the-nra/

RS_2018-08.xz.deduped.txt:30721 - https://www.motherjones.com/politics/2018/08/trump-clarifies-media-enemy-people/

RS_2018-08.xz.deduped.txt:31654 - https://www.motherjones.com/politics/2018/08/did-alleged-russian-spy-maria-butina-cause-a-leadership-shake-up-at-the-nra-1/

RS_2018-08.xz.deduped.txt:32733 - https://www.motherjones.com/politics/2018/08/roe-v-wade-overturned-abortion-supreme-court-brett-kavanaugh/
RS_2018-08.xz.deduped.txt:33673 - https://www.motherjones.com/politics/2015/11/ben-carson-duane-clarridge-foreign-policy/
RS_2018-08.xz.deduped.txt:34119 - https://www.motherjones.com/politics/2018/08/a-bunch-of-guys-running-in-democrat-primaries-are-attacking-emilys-list/
RS_2018-08.xz.deduped.txt:35939 - https://www.motherjones.com/politics/2018/08/trump-administration-asylum-seekers-camp-out-bridges-mexico-removing-some-of-them/
RS_2018-08.xz.deduped.txt:36785 - https://www.motherjones.com/politics/2018/08/new-documents-show-trumps-election-integrity-commission-was-preparing-report-on-voter-fraud-without-proof/
RS_2018-08.xz.deduped.txt:38252 - https://www.motherjones.com/politics/2018/08/steve-cohen-is-spending-millions-to-help-veterans-why-are-people-angry/
RS_2018-08.xz.deduped.txt:38304 - https://www.motherjones.com/environment/2018/08/hot-weather-strains-the-grid-heres-how-we-could-fix-that/
RS_2018-08.xz.deduped.txt:39150 - https://www.motherjones.com/crime-justice/2018/08/worker-charged-with-sexually-molesting-eight-children-at-immigrant-shelter-new-records-show/
RS_2018-08.xz.deduped.txt:40413 - https://www.motherjones.com/politics/2018/08/does-kris-kobach-have-white-nationalists-on-his-campaign-payroll/
RS_2018-08.xz.deduped.txt:40893 - https://www.motherjones.com/politics/2018/04/lebron-james-donald-trump-laura-ingraham-ali-jordan-robinson/
RS_2018-08.xz.deduped.txt:41389 - https://www.motherjones.com/politics/2018/08/for-someone-who-claims-to-not-watch-cnn-trump-seems-to-watch-a-lot-of-it/
RS_2018-08.xz.deduped.txt:42174 - https://www.motherjones.com/food/2018/08/trump-takes-to-twitter-to-defend-his-china-tariffs/
RS_2018-08.xz.deduped.txt:43398 - https://www.motherjones.com/politics/2017/09/putin-trump-election-panama-papers/
RS_2018-08.xz.deduped.txt:43853 - https://www.motherjones.com/kevin-drum/2018/08/impending-execution-has-concentrated-republican-minds-wonderfully/
RS_2018-08.xz.deduped.txt:46812 - https://www.motherjones.com/politics/2018/08/trump-just-confirmed-what-the-trump-tower-meeting-was-really-about/
RS_2018-08.xz.deduped.txt:47164 - https://www.motherjones.com/politics/2018/08/trump-tower-meeting-twitter-clinton-russia/
RS_2018-08.xz.deduped.txt:52661 - https://www.motherjones.com/kevin-drum/2018/08/trickle-down-economics-is-working-about-as-well-as-usual/
RS_2018-08.xz.deduped.txt:53457 - https://www.motherjones.com/politics/2018/08/kirsten-gillibrand-has-an-ambitious-plan-to-take-on-payday-lenders-the-post-office/
RS_2018-08.xz.deduped.txt:57756 - https://www.motherjones.com/politics/2018/08/betsy-devos-education-department-for-profit-colleges-debt/
RS_2018-08.xz.deduped.txt:59176 - https://www.motherjones.com/environment/2018/08/water-expert-peter-gleick-deconstructs-donald-trump-california-wildfire-tweets/
RS_2018-08.xz.deduped.txt:59559 - https://www.motherjones.com/politics/2018/08/the-spike-in-immigration-prosecutions-is-causing-other-crimes-to-go-unpunished/
RS_2018-08.xz.deduped.txt:61851 - https://www.motherjones.com/politics/2018/08/ex-trump-campaign-aides-are-lobbying-for-bosnias-pro-russian-separatist-party/

RS_2018-08.xz.deduped.txt:64274 - https://www.motherjones.com/environment/2018/08/heres-how-a-mile-of-chicagos-river-became-a-wildlife-haven/
RS_2018-08.xz.deduped.txt:65817 - https://www.motherjones.com/kevin-drum/2018/08/how-to-fight-climate-change/
RS_2018-08.xz.deduped.txt:66004 - https://www.motherjones.com/politics/2004/09/operation-hollywood/
RS_2018-08.xz.deduped.txt:66616 - https://www.motherjones.com/politics/2017/07/were-trump-jr-manafort-and-kushner-hoping-to-get-clintons-emails-from-putin/
RS_2018-08.xz.deduped.txt:69662 - https://www.motherjones.com/politics/2018/08/public-charge-rule-trump-immigration/
RS_2018-08.xz.deduped.txt:69841 - https://www.motherjones.com/politics/2018/08/paul-ryan-boy-scout-trump-insult/
RS_2018-08.xz.deduped.txt:70156 - https://www.motherjones.com/media/2018/08/cnn-anchor-don-lemon-calls-trump-racist/
RS_2018-08.xz.deduped.txt:72901 - https://www.motherjones.com/media/2018/08/trump-hollywood-star-of-fame-one-step-closer-to-removal/
RS_2018-08.xz.deduped.txt:73854 - https://www.motherjones.com/politics/2018/08/missouri-right-work-ballot-measure/
RS_2018-08.xz.deduped.txt:74293 - https://www.motherjones.com/politics/2018/08/iron-stache-randy-bryce-wisconsin-election-union-cathy-myers/
RS_2018-08.xz.deduped.txt:74573 - https://www.motherjones.com/politics/2018/08/troy-balderson-danny-oconnor-ohio-special-election/
RS_2018-08.xz.deduped.txt:75920 - https://www.motherjones.com/crime-justice/2018/08/an-underdog-reformer-just-unseated-the-prosecutor-who-handled-the-ferguson-police-shooting/
RS_2018-08.xz.deduped.txt:76346 - https://www.motherjones.com/crime-justice/2018/08/wesley-bell-prosecutor-ferguson-robert-mcculloch/
RS_2018-08.xz.deduped.txt:77835 - https://www.motherjones.com/politics/2018/08/embezzlement-fraud-and-infidelity-read-the-lowlights-from-rick-gates-testimony/
RS_2018-08.xz.deduped.txt:78239 - https://www.motherjones.com/politics/2018/08/chris-collins-arrested-insider-trading/
RS_2018-08.xz.deduped.txt:78732 - https://www.motherjones.com/politics/2018/08/sharice-davids-kansas-primary-yoder/
RS_2018-08.xz.deduped.txt:82212 - https://www.motherjones.com/politics/2018/08/podcast-mueller-investigation-russia-collusion-hacking-endgame-david-corn/
RS_2018-08.xz.deduped.txt:83250 - https://www.motherjones.com/politics/2018/08/russians-have-penetrated-floridas-election-systems-senator-says/
RS_2018-08.xz.deduped.txt:88948 - https://www.motherjones.com/politics/2018/08/trumpiest-members-congress-jim-jordan-devin-nunes-chris-collins-dana-rohrabacher/
RS_2018-08.xz.deduped.txt:89293 - https://www.motherjones.com/crime-justice/2018/08/new-orleans-judge-debt-court-fees-poverty-debt/
RS_2018-08.xz.deduped.txt:89348 - https://www.motherjones.com/politics/2018/08/new-york-just-became-the-first-city-to-give-uber-drivers-a-minimum-wage/
RS_2018-08.xz.deduped.txt:91599 - https://www.motherjones.com/politics/2018/08/a-longshot-democrat-now-has-a-chance-at-congress-after-trumps-buddy-got-indicted/

RS_2018-08.xz.deduped.txt:91624 - https://www.motherjones.com/politics/2018/08/qatari-investor-embroiled-in-trump-scandal-holds-top-government-post-court-filing-says/
RS_2018-08.xz.deduped.txt:93431 - https://www.motherjones.com/kevin-drum/2018/08/nos-victi-reipublicae/
RS_2018-08.xz.deduped.txt:94821 - https://www.motherjones.com/politics/2018/08/judge-slams-administration-for-trying-to-deport-family-while-case-is-in-court/
RS_2018-08.xz.deduped.txt:95403 - https://www.motherjones.com/media/2018/08/trump-putin-homophobic-cartoons-images/
RS_2018-08.xz.deduped.txt:96665 - https://www.motherjones.com/politics/2018/08/melania-trump-parents-chain-migration-immigration-green-card/
RS_2018-08.xz.deduped.txt:99934 - https://www.motherjones.com/environment/2018/08/the-trump-administration-is-politicizing-the-tragedy-of-californias-catastrophic-wildfires/
RS_2018-08.xz.deduped.txt:100499 - https://www.motherjones.com/politics/2018/08/ben-carson-declared-mission-accomplished-in-east-st-louis-where-public-housing-is-still-a-disaster/
RS_2018-08.xz.deduped.txt:101434 - https://www.motherjones.com/kevin-drum/2018/08/30-years-of-moral-decay-a-short-history-of-the-republican-party/
RS_2018-08.xz.deduped.txt:103531 - https://www.motherjones.com/politics/2018/08/this-russian-pop-star-is-using-muellers-investigation-to-promote-his-upcoming-us-tour/
RS_2018-08.xz.deduped.txt:106985 - https://www.motherjones.com/politics/2018/08/trump-reunite-migrant-children-family-separation-deported-parents/
RS_2018-08.xz.deduped.txt:107551 - https://www.motherjones.com/media/2018/08/alexandria-ocasio-cortez-ben-shapiro-debate-invitation/
RS_2018-08.xz.deduped.txt:110173 - https://www.motherjones.com/politics/2018/08/its-not-just-kobach-three-vote-suppressing-secretaries-of-state-are-overseeing-their-own-elections/
RS_2018-08.xz.deduped.txt:110445 - https://www.motherjones.com/environment/2018/08/air-pollution-denial-could-become-epa-policy/
RS_2018-08.xz.deduped.txt:111063 - https://www.motherjones.com/crime-justice/2018/03/i-live-to-put-people-in-jail-here-are-trumps-nominees-for-the-us-sentencing-commission/
RS_2018-08.xz.deduped.txt:112858 - https://www.motherjones.com/politics/2018/08/trump-threatens-to-interfere-with-fbi/
RS_2018-08.xz.deduped.txt:112967 - https://www.motherjones.com/crime-justice/2018/08/the-churchtoo-movement-just-scored-a-historic-victory-for-victims-of-sexual-abuse-willowcreek-community-church-bill-hybels/
RS_2018-08.xz.deduped.txt:114398 - https://www.motherjones.com/politics/2018/08/donald-trump-jeff-sessions-scared/
RS_2018-08.xz.deduped.txt:115221 - https://www.motherjones.com/environment/2018/08/pesticide-neurotoxin-chlorpyrifos-epa-pruitt-farmers-ban/
RS_2018-08.xz.deduped.txt:124754 - https://www.motherjones.com/politics/2018/08/evangelical-purity-culture-taught-me-to-rationalize-my-sexual-assault/
RS_2018-08.xz.deduped.txt:124999 - https://www.motherjones.com/politics/2018/08/when-your-spouse-is-deported-there-are-only-heartbreaking-choices/
RS_2018-08.xz.deduped.txt:125107 - https://www.motherjones.com/politics/2018/08/a-republican-nominee-in-missouri-defended-hitler-and-equated-muslims-with-the-kkk/

RS_2018-08.xz.deduped.txt:125971 - https://www.motherjones.com/politics/2018/08/omarosa-new-tape-trump-phone-conversation/

RS_2018-08.xz.deduped.txt:127202 - https://www.motherjones.com/politics/2018/08/trump-omarosa-secret-tapes/

RS_2018-08.xz.deduped.txt:128406 - https://www.motherjones.com/politics/2018/08/roger-stone-randy-credico-mueller-assange-wikileaks/

RS_2018-08.xz.deduped.txt:128421 - https://www.motherjones.com/politics/2018/08/roger-stone-randy-credico-mueller-assange-wikileaks/?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2018-08.xz.deduped.txt:131533 - https://www.motherjones.com/politics/2018/08/the-gop-candidates-for-kansas-governor-cant-even-agree-on-whose-votes-should-be-counted/

RS_2018-08.xz.deduped.txt:132973 - https://www.motherjones.com/politics/2018/08/want-to-help-combat-disinformation-show-us-what-youre-seeing/

RS_2018-08.xz.deduped.txt:133728 - https://www.motherjones.com/environment/2018/08/stop-despairing-and-do-something-about-climate-change/

RS_2018-08.xz.deduped.txt:135534 - https://www.motherjones.com/politics/2018/08/a-texas-county-voted-to-end-an-immigrant-detention-contract-ice-may-keep-the-facility-open-anyway/

RS_2018-08.xz.deduped.txt:139397 - https://www.motherjones.com/kevin-drum/2018/08/nothing-much-happening-except-for-possible-global-economic-collapse/

RS_2018-08.xz.deduped.txt:139986 - https://www.motherjones.com/environment/2018/08/ryan-zinke-is-clueless-about-wildfires/

RS_2018-08.xz.deduped.txt:142021 - https://www.motherjones.com/politics/2018/08/trump-n-word-tape-sarah-huckabee-sanders/

RS_2018-08.xz.deduped.txt:144175 - https://www.motherjones.com/politics/2018/08/parkland-neveragain-hogg-gonzalez-midterms-2/

RS_2018-08.xz.deduped.txt:144752 - https://www.motherjones.com/politics/2018/08/christine-hallquist-vermont-governor/

RS_2018-08.xz.deduped.txt:144978 - https://www.motherjones.com/politics/2018/08/kris-kobach-is-the-gop-nominee-for-governor-of-kansas/

RS_2018-08.xz.deduped.txt:145477 - https://www.motherjones.com/politics/2018/08/the-former-teacher-of-the-year-just-won-her-congressional-primary/

RS_2018-08.xz.deduped.txt:147661 - https://www.motherjones.com/politics/2018/08/parkland-sandy-hook-parents-midterms/

RS_2018-08.xz.deduped.txt:152229 - https://www.motherjones.com/environment/2018/08/this-summers-heat-wave-put-100-million-americans-at-risk-and-its-only-getting-worse/

RS_2018-08.xz.deduped.txt:152247 - https://www.motherjones.com/politics/2018/08/gun-control-isnt-as-divisive-as-people-think-and-parkland-students-should-know/

RS_2018-08.xz.deduped.txt:154299 - https://www.motherjones.com/politics/2018/08/john-brennan-security-clearance-revoked-statement-date/

RS_2018-08.xz.deduped.txt:154668 - https://www.motherjones.com/environment/2018/08/washington-judge-just-dealt-a-blow-to-the-youth-led-fight-over-climate-change-aji-p-v-state-of-washington-our-childrens-trust/

RS_2018-08.xz.deduped.txt:157353 - https://www.motherjones.com/politics/2018/08/gop-candidates-are-paying-firms-affiliated-with-infowars-contributor/

RS_2018-08.xz.deduped.txt:160772 - https://www.motherjones.com/politics/2018/08/overdoses-2017-record-high/

RS_2018-08.xz.deduped.txt:160859 - https://www.motherjones.com/politics/2018/08/heres-why-alaska-might-seriously-consider-a-carbon-tax/

RS_2018-08.xz.deduped.txt:161708 - https://www.motherjones.com/politics/2018/08/california-police-killed-162-people-ab931-bill-lethal-force/

RS_2018-08.xz.deduped.txt:163749 - https://www.motherjones.com/politics/2018/08/omarosa-tape-lara-trump-15000-offer/

RS_2018-08.xz.deduped.txt:167139 - https://www.motherjones.com/politics/2018/08/the-trump-administration-ryan-zinke-fire-management-climate-change/

RS_2018-08.xz.deduped.txt:168389 - https://www.motherjones.com/kevin-drum/2018/08/it-looks-like-the-hush-money-to-stormy-daniels-might-be-a-big-time-campaign-finance-violation-after-all/

RS_2018-08.xz.deduped.txt:170973 - https://www.motherjones.com/politics/2018/08/internal-ice-emails-show-how-the-government-set-a-trap-for-undocumented-spouses-of-us-citizens/

RS_2018-08.xz.deduped.txt:171595 - https://www.motherjones.com/politics/2018/08/roger-stone-kristin-davis-robert-mueller/

RS_2018-08.xz.deduped.txt:174355 - https://www.motherjones.com/kevin-drum/2018/08/even-corporations-think-donald-trump-is-a-little-too-nice-to-corporations/

RS_2018-08.xz.deduped.txt:175502 - https://www.motherjones.com/media/2018/08/barack-michelle-obama-statement-on-aretha-franklin-statement/

RS_2018-08.xz.deduped.txt:180195 - https://www.motherjones.com/environment/2018/08/the-amount-of-toxic-wastewater-produced-by-fracking-is-unbelievable/

RS_2018-08.xz.deduped.txt:184197 - https://www.motherjones.com/politics/2018/08/elliott-broidy-investigation/

RS_2018-08.xz.deduped.txt:184432 - https://www.motherjones.com/politics/2018/08/donald-trump-john-brennan-security-clearance/

RS_2018-08.xz.deduped.txt:184871 - https://www.motherjones.com/politics/2018/08/ice-detains-man-driving-his-pregnant-wife-to-the-hospital/

RS_2018-08.xz.deduped.txt:188506 - https://www.motherjones.com/environment/2018/08/why-a-new-fisheries-bill-is-being-dubbed-the-empty-oceans-act/

RS_2018-08.xz.deduped.txt:191835 - https://www.motherjones.com/kevin-drum/2018/08/most-republicans-have-electoral-amnesia-about-their-tax-bill-but-not-the-rich-ones/

RS_2018-08.xz.deduped.txt:192173 - https://www.motherjones.com/politics/2018/08/california-police-killed-162-people-ab931-bill-lethal-force-1/

RS_2018-08.xz.deduped.txt:192855 - https://www.motherjones.com/politics/2018/08/female-candidates-may-have-an-edge-in-battleground-elections/

RS_2018-08.xz.deduped.txt:194147 - https://www.motherjones.com/politics/2018/04/new-research-on-disciplining-children-will-make-you-better-parent-and-spouse/

RS_2018-08.xz.deduped.txt:195547 - https://www.motherjones.com/environment/2018/08/trump-keeps-trying-to-kill-the-agency-that-investigates-chemical-plant-disasters/

RS_2018-08.xz.deduped.txt:197487 - https://www.motherjones.com/politics/2018/08/trump-mcgahn-mueller-cooperation/

RS_2018-08.xz.deduped.txt:199366 - https://www.motherjones.com/politics/2018/08/trump-bruce-ohr-security-clearance-revoke/

RS_2018-08.xz.deduped.txt:201835 - https://www.motherjones.com/crime-justice/2018/08/prison-strike-inmate-labor-organizers/

RS_2018-08.xz.deduped.txt:201846 - https://www.motherjones.com/politics/2018/08/trump-adrian-anzaldua-speaks-perfect-english/

RS_2018-08.xz.deduped.txt:208723 - https://www.motherjones.com/kevin-drum/2018/08/new-yorker-trump-wanted-to-end-obamas-intel-briefings/

RS_2018-08.xz.deduped.txt:209239 - https://www.motherjones.com/politics/2018/08/russian-hackers-midterm-elections-trump/

RS_2018-08.xz.deduped.txt:212039 - https://www.motherjones.com/environment/2018/08/even-trumps-epa-admits-his-power-plan-will-kill-thousands-of-americans/

RS_2018-08.xz.deduped.txt:212942 - https://www.motherjones.com/kevin-drum/2018/08/bernies-medicare-for-all-plan-would-cut-physician-payments-about-10-percent/

RS_2018-08.xz.deduped.txt:213913 - https://www.motherjones.com/politics/2016/06/cca-private-prisons-corrections-corporation-inmates-investigation-bauer/

RS_2018-08.xz.deduped.txt:215868 - https://www.motherjones.com/politics/2018/08/michael-cohen-pleads-guilty-trump-1/

RS_2018-08.xz.deduped.txt:216665 - https://www.motherjones.com/politics/2018/08/republican-congressman-duncan-hunter-indicted-illegal-campaign-funds/

RS_2018-08.xz.deduped.txt:217131 - https://www.motherjones.com/environment/2018/08/the-modern-automobile-must-die/

RS_2018-08.xz.deduped.txt:218334 - https://www.motherjones.com/politics/2018/08/scott-lloyd-essay-orr-pregnant-migrants-abortion/

RS_2018-08.xz.deduped.txt:218731 - https://www.motherjones.com/environment/2018/08/trumps-attacks-on-public-lands-could-help-the-democrats-in-these-states/

RS_2018-08.xz.deduped.txt:218772 - https://www.motherjones.com/kevin-drum/2018/08/trump-coal-plan-will-kill-5-10000-people-over-next-decade/

RS_2018-08.xz.deduped.txt:221520 - https://www.motherjones.com/politics/2018/08/could-paul-manafort-still-flip-on-donald-trump/

RS_2018-08.xz.deduped.txt:223134 - https://www.motherjones.com/politics/2018/08/trump-michael-cohen-campaign-finance-violations-obama/

RS_2018-08.xz.deduped.txt:228831 - https://www.motherjones.com/politics/2018/08/trump-manafort-cohen-podcast-corn/

RS_2018-08.xz.deduped.txt:230161 - https://www.motherjones.com/politics/2018/08/jason-kander-says-only-one-party-wants-to-let-black-people-vote/

RS_2018-08.xz.deduped.txt:230178 - https://www.motherjones.com/politics/2018/08/in-the-rural-west-more-oil-more-gas-more-ozone/

RS_2018-08.xz.deduped.txt:235333 - https://www.motherjones.com/politics/2018/08/trump-michael-cohen-flipping-fox-and-friends/

RS_2018-08.xz.deduped.txt:236808 - https://www.motherjones.com/politics/2018/08/jeff-sessions-donald-trump-statement/

RS_2018-08.xz.deduped.txt:239520 - https://www.motherjones.com/politics/2018/08/republican-senators-advance-trumps-consumer-watchdog-nominee-despite-her-lack-of-finance-experience/

RS_2018-08.xz.deduped.txt:242148 - https://www.motherjones.com/environment/2018/08/farmworkers-are-dying-from-extreme-heat/

RS_2018-08.xz.deduped.txt:242170 - https://www.motherjones.com/environment/2018/08/houston-is-about-to-make-a-multi-billion-dollar-bet-to-survive-the-next-harvey/

RS_2018-08.xz.deduped.txt:242910 - https://www.motherjones.com/politics/2018/08/report-betsy-devos-considering-federal-funds-to-arm-teachers/

RS_2018-08.xz.deduped.txt:246245 - https://www.motherjones.com/politics/2018/08/america-democracy-year-germany-wunderbar-together/

RS_2018-08.xz.deduped.txt:246574 - https://www.motherjones.com/politics/2018/08/exclusive-senators-are-demanding-information-about-giulianis-opioid-lobbying/

RS_2018-08.xz.deduped.txt:247883 - https://www.motherjones.com/politics/2018/08/america-democracy-year-germany-wunderbar-together

RS_2018-08.xz.deduped.txt:249153 - https://www.motherjones.com/politics/2018/08/my-familys-refugee-story-trump-administration/

RS_2018-08.xz.deduped.txt:249213 - https://www.motherjones.com/politics/2018/08/california-investigation-verizon-firefighter-data/

RS_2018-08.xz.deduped.txt:250235 - https://www.motherjones.com/food/2018/08/farmworkers-are-dying-from-extreme-heat/

RS_2018-08.xz.deduped.txt:252754 - https://www.motherjones.com/environment/2018/08/one-year-after-harvey-houston-awaits-the-next-flood/

RS_2018-08.xz.deduped.txt:254819 - https://www.motherjones.com/food/2018/08/along-with-monsanto-chemical-giant-bayer-inherits-its-pests/

RS_2018-08.xz.deduped.txt:255010 - https://www.motherjones.com/politics/2018/08/president-trump-just-issued-a-disturbing-threat-against-the-fbi/

RS_2018-08.xz.deduped.txt:256660 - https://www.motherjones.com/politics/2018/08/what-the-hell-is-going-on-in-west-virginia/

RS_2018-08.xz.deduped.txt:258072 - https://www.motherjones.com/politics/2008/05/know-your-enemy-heather-mac-donald/

RS_2018-08.xz.deduped.txt:260071 - https://www.motherjones.com/environment/2018/08/should-we-relocate-species-that-cant-keep-up-with-climate-change/

RS_2018-08.xz.deduped.txt:261914 - https://www.motherjones.com/politics/2018/08/most-republicans-could-care-less-about-the-manafort-conviction-and-cohen-plea/

RS_2018-08.xz.deduped.txt:262689 - https://www.motherjones.com/politics/2018/08/hillary-clinton-plugs-anti-kavanaugh-rallies/

RS_2018-08.xz.deduped.txt:263062 - https://www.motherjones.com/politics/2013/08/donald-trump-university-new-york-lawsuit/

RS_2018-08.xz.deduped.txt:263196 - https://www.motherjones.com/politics/2018/08/whats-donald-trump-doing-this-weekend/

RS_2018-08.xz.deduped.txt:263376 - https://www.motherjones.com/politics/2018/08/multiple-fatalities-reported-in-mass-shooting-at-madden-video-game-event/

RS_2018-08.xz.deduped.txt:264752 - https://www.motherjones.com/politics/2018/08/sarah-palin-says-john-mccain-had-some-strange-people-around-him/

RS_2018-08.xz.deduped.txt:264865 - https://www.motherjones.com/food/2018/08/farmworkers-are-dying-from-extreme-heat/?utm_source=mj-newsletters&utm_medium=email&utm_campaign=food-for-thought-2018-08-26

RS_2018-08.xz.deduped.txt:267649 - https://www.motherjones.com/politics/2018/08/debt-student-loan-forgiveness-betsy-devos-education-department-fedloan/
RS_2018-08.xz.deduped.txt:267663 - https://www.motherjones.com/environment/2018/08/brett-kavanaugh-has-a-nearly-perfect-record-of-speeding-up-extinction/
RS_2018-08.xz.deduped.txt:270548 - https://www.motherjones.com/politics/2018/08/the-republican-primary-for-jeff-flakes-senate-seat-is-a-hot-mess/
RS_2018-08.xz.deduped.txt:271794 - https://www.motherjones.com/politics/2016/10/donald-trump-obsessed-with-revenge/
RS_2018-08.xz.deduped.txt:273531 - https://www.motherjones.com/kevin-drum/2018/08/live-video-trump-has-trouble-with-speakerphone/
RS_2018-08.xz.deduped.txt:275114 - https://www.motherjones.com/politics/2018/08/fcc-chair-ajit-pai-was-cagey-about-sinclair-merger-communications-watchdog-report-reveals/
RS_2018-08.xz.deduped.txt:278331 - https://www.motherjones.com/politics/2018/08/nevada-first-female-state-legislature-election/
RS_2018-08.xz.deduped.txt:279329 - https://www.motherjones.com/politics/2018/08/seth-frotman-consumer-financial-protection-bureau-resign/
RS_2018-08.xz.deduped.txt:290126 - https://www.motherjones.com/crime-justice/2018/08/california-just-abolished-cash-bail/
RS_2018-08.xz.deduped.txt:290287 - https://www.motherjones.com/environment/2018/08/california-lawmakers-just-voted-to-make-all-its-electricity-emissions-free-by-2045-sb-100/
RS_2018-08.xz.deduped.txt:290454 - https://www.motherjones.com/environment/2018/08/bear-cub-killers-in-alaska-have-an-ally-in-donald-trump/
RS_2018-08.xz.deduped.txt:290613 - https://www.motherjones.com/kevin-drum/2015/12/devin-nunes-explains-why-hes-less-conservative-he-used-be/
RS_2018-08.xz.deduped.txt:291694 - https://www.motherjones.com/politics/2018/08/andrew-gillum-just-won-florida-democratic-gubernatorial-primary/
RS_2018-08.xz.deduped.txt:291918 - https://www.motherjones.com/politics/2018/08/kyrsten-sinema-david-garcia-arizona-democrats-primary/
RS_2018-08.xz.deduped.txt:293501 - https://www.motherjones.com/kevin-drum/2018/08/brett-kavanaugh-sure-does-love-giant-corporations/
RS_2018-08.xz.deduped.txt:294106 - https://www.motherjones.com/politics/2018/08/don-mcgahn-leaving-white-counsel/
RS_2018-08.xz.deduped.txt:296911 - https://www.motherjones.com/crime-justice/2018/08/prison-strike-conditions-organizers/
RS_2018-08.xz.deduped.txt:297224 - https://www.motherjones.com/kevin-drum/2018/08/socialism-is-the-new-black/
RS_2018-08.xz.deduped.txt:298756 - https://www.motherjones.com/politics/2018/08/ron-desantis-monkey-this-up-andrew-gillum/
RS_2018-08.xz.deduped.txt:299241 - https://www.motherjones.com/environment/2018/08/donald-trump-environmental-policies-making-us-stupider-air-pollution-cognitive-decline/?utm_content=buffer88841&utm_medium=social&utm_source=twitter.com&utm_campaign=buffer
RS_2018-08.xz.deduped.txt:302082 - https://www.motherjones.com/politics/2018/08/brett-kavanaugh-workers-rights-labor-unions/

RS_2018-08.xz.deduped.txt:304397 - https://www.motherjones.com/politics/2018/08/donald-trump-tweet-lester-holt-interview-fudging/

RS_2018-08.xz.deduped.txt:306268 - https://www.motherjones.com/politics/2018/08/armed-teachers-school-shootings-photos/

RS_2018-08.xz.deduped.txt:307466 - https://www.motherjones.com/politics/2018/08/dhs-hired-a-policy-analyst-with-a-long-history-of-radical-anti-immigrant-writings/

RS_2018-08.xz.deduped.txt:308148 - https://www.motherjones.com/politics/2018/08/rudy-giulianis-romanian-lobbying-highlights-his-problematic-advocacy-for-foreign-clients/

RS_2018-08.xz.deduped.txt:308224 - https://www.motherjones.com/politics/2018/08/medication-abortion-california-collleges-passes/

RS_2018-08.xz.deduped.txt:312074 - https://www.motherjones.com/kevin-drum/2018/08/republican-super-pac-tries-to-tie-dem-candidate-to-terror-high/

RS_2018-08.xz.deduped.txt:314455 - https://www.motherjones.com/environment/2018/08/the-trump-administration-just-agreed-to-help-humpback-whales-which-its-legally-required-to-do/

RS_2018-08.xz.deduped.txt:314814 - https://www.motherjones.com/politics/2018/08/donald-trump-jack-ryan-donald-ryan-jack-trump-ryan-trump-donald-jack-jack-donald-ryan-trump/

RS_2018-08.xz.deduped.txt:315184 - https://www.motherjones.com/politics/2018/08/democratic-party-superdelegates-bernie-sanders-tom-perez/

RS_2018-08.xz.deduped.txt:316144 - https://www.motherjones.com/politics/2018/01/there-is-a-whole-cottage-industry-of-doctors-helping-parents-skip-their-kids-vaccines/

RS_2018-08.xz.deduped.txt:319181 - https://www.motherjones.com/politics/2018/08/donald-trump-ted-cruz-texas/

RS_2018-08.xz.deduped.txt:320536 - https://www.motherjones.com/politics/2018/08/sam-patten-trump-associates-suspected-of-lying-to-congress-have-a-new-reason-to-worry/

RS_2011-02.bz2.deduped.txt:1441 - http://motherjones.com/slideshows/2011/01/slideshow-protests-egypt

RS_2011-02.bz2.deduped.txt:3092 - http://motherjones.com/mojo/2011/02/newts-call-abolish-epa-maybe-not-so-popular-after-all

RS_2011-02.bz2.deduped.txt:4345 - http://motherjones.com/mojo/2011/01/mubaraks-human-rights-record

RS_2011-02.bz2.deduped.txt:4349 - http://motherjones.com/blue-marble/2011/02/it-feels-weird-shoot-lady-zombie-boobs

RS_2011-02.bz2.deduped.txt:4511 - http://motherjones.com/mojo/2011/02/did-democrats-unwittingly-sabotage-health-reform

RS_2011-02.bz2.deduped.txt:4789 - http://motherjones.com/politics/2011/02/tsa-spot-scan-paul-ekman

RS_2011-02.bz2.deduped.txt:6954 - http://motherjones.com/mojo/2011/02/smith-caves-defining-rape-abortion

RS_2011-02.bz2.deduped.txt:7004 - http://motherjones.com/mojo/2011/02/egypt-exchanging-dictator-torturer

RS_2011-02.bz2.deduped.txt:7440 - http://motherjones.com/blue-marble/2011/02/jon-huntsman-greenest-gop-presidential-hopeful

RS_2011-02.bz2.deduped.txt:7466 - http://motherjones.com/mojo/2011/02/inouye-announces-earmark-moratorium

RS_2011-02.bz2.deduped.txt:7477 - http://motherjones.com/politics/2011/02/immigration-green-card-juarez-cartel-violence
RS_2011-02.bz2.deduped.txt:7536 - http://motherjones.com/environment/2011/01/transcanada-keystone-pipeline-map
RS_2011-02.bz2.deduped.txt:8907 - http://motherjones.com/mojo/2011/02/clarence-thomas-wife-tea-party-lobbyist
RS_2011-02.bz2.deduped.txt:9197 - http://motherjones.com/mojo/2011/02/reagans-toll-middle-class
RS_2011-02.bz2.deduped.txt:9676 - http://motherjones.com/environment/2011/02/koch-brothers-media-beck-greenpeace
RS_2011-02.bz2.deduped.txt:10226 - http://motherjones.com/politics/2011/02/reagan-anniversary-david-stockman
RS_2011-02.bz2.deduped.txt:10278 - http://motherjones.com/politics/2011/02/mila-means-abortion-tiller-wichita
RS_2011-02.bz2.deduped.txt:12585 - http://motherjones.com/mojo/2011/02/anti-abortion-group-host-event-near-site-tillers-murder
RS_2011-02.bz2.deduped.txt:13308 - http://motherjones.com/slideshows/2011/02/1984-reagan-illustrations/grossman
RS_2011-02.bz2.deduped.txt:13359 - http://motherjones.com/mojo/2011/02/egypt-exchanging-dictator-torturer?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+|+MoJoBlog%29
RS_2011-02.bz2.deduped.txt:13392 - http://motherjones.com/blue-marble/2010/06/greek-yogurt-better-regular
RS_2011-02.bz2.deduped.txt:13650 - http://motherjones.com/rights-stuff/2011/01/remembering-holocausts-roma-or-not
RS_2011-02.bz2.deduped.txt:14005 - http://motherjones.com/mojo/2011/02/black-abortion-steve-montenegro
RS_2011-02.bz2.deduped.txt:17719 - http://motherjones.com/politics/2011/02/joe-pitts-protect-life-act-abortion
RS_2011-02.bz2.deduped.txt:18764 - http://motherjones.com/politics/2011/01/self-immolation-afghanistan-maria-bashir-herat
RS_2011-02.bz2.deduped.txt:20713 - http://motherjones.com/mojo/2011/02/911-rumsfeld-fiddled-while-cheney-ran-country
RS_2011-02.bz2.deduped.txt:20925 - http://motherjones.com/kevin-drum/2011/02/wikileaks-saudi-oil-may-have-peaked-already
RS_2011-02.bz2.deduped.txt:22875 - http://motherjones.com/blue-marble/2011/02/gop-spending-plan-targets-epa
RS_2011-02.bz2.deduped.txt:22899 - http://motherjones.com/kevin-drum/2011/02/bachmann-democrats-want-75-your-money
RS_2011-02.bz2.deduped.txt:22913 - http://motherjones.com/photoessays/2011/02/bashir-afghanistan-burn-photos
RS_2011-02.bz2.deduped.txt:23405 - http://motherjones.com/mojo/2010/12/sharia-fever-catch-it
RS_2011-02.bz2.deduped.txt:23769 - http://motherjones.com/politics/2000/02/foo-fighters-hiv-deniers

RS_2011-02.bz2.deduped.txt:23801 - http://motherjones.com/politics/2011/02/glenn-beck-fox-egypt-corn

RS_2011-02.bz2.deduped.txt:24045 - http://motherjones.com/mojo/2011/02/house-gop-slashes-planned-parenthood-f
amily-planning-funding-zero

RS_2011-02.bz2.deduped.txt:25246 - http://motherjones.com/politics/2011/02/what-is-the-muslim-brotherhood

RS_2011-02.bz2.deduped.txt:25428 - http://motherjones.com/mojo/2011/02/us-military-aid-paid-mubarak-yacht-repair-freedom

RS_2011-02.bz2.deduped.txt:26212 - http://motherjones.com/mojo/2011/02/senate-showdown-over-gops-new-abortion-agenda

RS_2011-02.bz2.deduped.txt:26541 - http://motherjones.com/mojo/2011/02/abortion-kansas-mila-means-goering

RS_2011-02.bz2.deduped.txt:26702 - http://motherjones.com/mojo/2011/02/hacked-emails-detail-plan-entrap-discredit-opponents-us-chamber

RS_2011-02.bz2.deduped.txt:27935 - http://motherjones.com/mojo/2011/02/republican-president-cpac-clown-
gilmore?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjone
s%2Fmojoblog+%28MotherJones.com+|+MoJoBlog%29

RS_2011-02.bz2.deduped.txt:28123 - http://motherjones.com/mojo/2011/02/chamberleaks-strategies-defame-foes-us-chamber-revealed

RS_2011-02.bz2.deduped.txt:28288 - http://motherjones.com/politics/2011/02/kris-kobach-birthright-citzenship-cpac

RS_2011-02.bz2.deduped.txt:30223 - http://motherjones.com/mojo/2011/02/rep-steve-king-pledges-smackdown-planned-parenthood

RS_2011-02.bz2.deduped.txt:30736 - http://motherjones.com/mixed-media/2011/02/why-hersheys-not-my-valentine

RS_2011-02.bz2.deduped.txt:31560 - http://beta.motherjones.com/politics/2011/02/bradley-manning-legal-defense-wikileaks

RS_2011-02.bz2.deduped.txt:32050 - http://motherjones.com/mojo/2011/02/obama-crushes-jeb-bush-2012-presidential-poll

RS_2011-02.bz2.deduped.txt:32472 - http://motherjones.com/blue-marble/2011/02/republican-climate-nasa-budget

RS_2011-02.bz2.deduped.txt:32499 - http://motherjones.com/politics/2011/02/tea-party-patriots-investigated

RS_2011-02.bz2.deduped.txt:32637 - http://motherjones.com/politics/2011/02/legal-services-corporation-recession

RS_2011-02.bz2.deduped.txt:33604 - http://m.motherjones.com/politics/2011/02/south-dakota-hb-1171-legalize-killing-abortion-providers

RS_2011-02.bz2.deduped.txt:34069 - http://motherjones.com/politics/2011/02/south-dakota-hb-1171-legalize-killing-abortion-providers

RS_2011-02.bz2.deduped.txt:34833 - http://motherjones.com/politics/2011/02/south-dakota-hb-1171-legalize-killing-abortion-providers?r=1

RS_2011-02.bz2.deduped.txt:34868 - http://motherjones.com/politics/2011/02/south-dakota-hb-1171-legalize-killing-abortion-providers?page=1

RS_2011-02.bz2.deduped.txt:35012 - http://motherjones.com/politics/2011/02/tea-party-patriots-investigated-part-two
RS_2011-02.bz2.deduped.txt:36067 - http://motherjones.com/mojo/2011/02/texas-monthly-anthony-graves-death-row-colloff
RS_2011-02.bz2.deduped.txt:36912 - http://motherjones.com/politics/2011/02/gop-slashes-legal-aid-funds
RS_2011-02.bz2.deduped.txt:37007 - http://motherjones.com/media/2011/02/zina-saunders-gop-abortion-laws
RS_2011-02.bz2.deduped.txt:38040 - http://motherjones.com/mojo/2011/02/wichita-doctor-abortion-mila-means-new-office
RS_2011-02.bz2.deduped.txt:38061 - http://motherjones.com/politics/2011/02/tea-party-patriots-investigated-part-3
RS_2011-02.bz2.deduped.txt:38228 - http://motherjones.com/kevin-drum/2011/02/understanding-social-security-one-easy-lesson
RS_2011-02.bz2.deduped.txt:39869 - http://motherjones.com/mojo/2011/02/santorum-acknowledges-anal-sex-problem
RS_2011-02.bz2.deduped.txt:39948 - http://motherjones.com/kevin-drum/2011/02/secret-weapon-rich-money
RS_2011-02.bz2.deduped.txt:40898 - http://motherjones.com/politics/2011/02/armorgroup-eodt-kabul-embassy
RS_2011-02.bz2.deduped.txt:40957 - http://motherjones.com/politics/2011/02/Republican-Cuts-Medicaid-Benefits
RS_2011-02.bz2.deduped.txt:41278 - http://motherjones.com/kevin-drum/2011/02/waiting-2013
RS_2011-02.bz2.deduped.txt:41302 - http://motherjones.com/mixed-media/2011/02/mississippi-river-reimagined-public-transit
RS_2011-02.bz2.deduped.txt:41310 - http://motherjones.com/mixed-media/2011/02/reporting-lara-logan-rape-sexual-assault
RS_2011-02.bz2.deduped.txt:41356 - http://motherjones.com/blue-marble/2011/02/transcanada-keystone-tar-sands-oil
RS_2011-02.bz2.deduped.txt:42602 - http://motherjones.com/mojo/2011/02/wisconsin-scott-walker-koch-brothers
RS_2011-02.bz2.deduped.txt:42613 - http://motherjones.com/mojo/2011/02/wisconsin-tea-partiers-breitbart-fight-unions
RS_2011-02.bz2.deduped.txt:43229 - http://motherjones.com/kevin-drum/2011/02/chart-day-sham-budget-cutting
RS_2011-02.bz2.deduped.txt:44218 - http://motherjones.com/politics/2011/02/obama-spending-cuts-gop
RS_2011-02.bz2.deduped.txt:44831 - http://motherjones.com/kevin-drum/2011/02/screwing-poor
RS_2011-02.bz2.deduped.txt:44836 - http://motherjones.com/mojo/2011/02/whos-sending-dems-racist-death-threats
RS_2011-02.bz2.deduped.txt:44847 - http://motherjones.com/mojo/2011/02/senate-dems-planned-parenthood-confident-family-planning-cuts
RS_2011-02.bz2.deduped.txt:45190 - http://motherjones.com/politics/2011/01/state-abortion-laws-map

RS_2011-02.bz2.deduped.txt:46220 - http://motherjones.com/mojo/2011/02/whats-happening-wisconsin-explained

RS_2011-02.bz2.deduped.txt:46250 - http://motherjones.com/mojo/2011/02/whats-happening-in-bahrain

RS_2011-02.bz2.deduped.txt:46676 - http://motherjones.com/kevin-drum/2011/02/our-warmer-wetter-wilder-world

RS_2011-02.bz2.deduped.txt:46680 - http://motherjones.com/mojo/2011/02/sd-rep-who-authored-abortion-bill-nixes-sharia-ban

RS_2011-02.bz2.deduped.txt:46682 - http://motherjones.com/kevin-drum/2011/02/wisconsin-and-bigger-picture

RS_2011-02.bz2.deduped.txt:47568 - http://motherjones.com/kevin-drum/2011/02/how-big-are-wisconsins-problems

RS_2011-02.bz2.deduped.txt:47574 - http://motherjones.com/mojo/2011/02/tensions-rise-indiana-legislators-put-collective-bargaining-vote

RS_2011-02.bz2.deduped.txt:47928 - http://motherjones.com/mojo/2011/01/flashback-speaker-boehner-climate

RS_2011-02.bz2.deduped.txt:48569 - http://motherjones.com/mojo/2011/02/wisconsin-firefighters-give-pay-union-video

RS_2011-02.bz2.deduped.txt:49487 - http://motherjones.com/mojo/2011/02/scott-walker-tracy-flick-wisconsin-school-election

RS_2011-02.bz2.deduped.txt:49529 - http://motherjones.com/mojo/2011/02/tensions-rise-indiana-legislators-put-collective-bargaining-vote?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29

RS_2011-02.bz2.deduped.txt:51688 - http://motherjones.com/mojo/2011/02/tea-party-leader-plan-infiltrate-wisconsin-seiu-wiunion

RS_2011-02.bz2.deduped.txt:51985 - http://motherjones.com/kevin-drum/2011/02/bad-news-charter-schools

RS_2011-02.bz2.deduped.txt:52170 - http://m.motherjones.com/politics/2011/02/income-inequality-in-america-chart-graph

RS_2011-02.bz2.deduped.txt:52544 - http://motherjones.com/kevin-drum/2011/02/free-oil

RS_2011-02.bz2.deduped.txt:52660 - http://motherjones.com/politics/2011/02/income-inequality-in-america-chart-graph

RS_2011-02.bz2.deduped.txt:53378 - http://motherjones.com/environment/2011/02/illustrated-guide-epigenetics

RS_2011-02.bz2.deduped.txt:53476 - http://motherjones.com/politics/2011/02/income-inequality-labor-union-decline

RS_2011-02.bz2.deduped.txt:53564 - http://motherjones.com/politics/2011/01/steven-katz-credit-card-debt

RS_2011-02.bz2.deduped.txt:53691 - http://motherjones.com/kevin-drum/2011/02/death-and-life-democratic-party

RS_2011-02.bz2.deduped.txt:54132 - http://motherjones.com/mojo/2011/02/wisconsin-scott-walker-abortion

RS_2011-02.bz2.deduped.txt:54294 - http://motherjones.com/mojo/2011/02/whats-happening-libya-explained

RS_2011-02.bz2.deduped.txt:55033 - http://motherjones.com/blue-marble/2011/02/polar-bear-cubs-emerge-hibernation

RS_2011-02.bz2.deduped.txt:55074 - http://motherjones.com/blue-marble/2011/02/miscarriage-death-penalty-georgia

RS_2011-02.bz2.deduped.txt:55085 - http://motherjones.com/blue-marble/2011/02/maine-gov-worst-case-some-women-may-have-little-beards

RS_2011-02.bz2.deduped.txt:55121 - http://motherjones.com/politics/2011/02/indiana-official-jeff-cox-live-ammunition-against-wisconsin-protesters

RS_2011-02.bz2.deduped.txt:55482 - http://motherjones.com/blue-marble/2011/02/gop-wants-epa-sit-its-ash

RS_2011-02.bz2.deduped.txt:55488 - http://motherjones.com/mojo/2011/02/lead-safety-rules-kids-toys-republicans

RS_2011-02.bz2.deduped.txt:55662 - http://motherjones.com/politics/2011/02/indiana-official-jeff-cox-live-ammunition-against-wisconsin-protesters?utm_source=twitterfeed

RS_2011-02.bz2.deduped.txt:55727 - http://motherjones.com/blue-marble/2011/02/clean-food-containers-recycling

RS_2011-02.bz2.deduped.txt:55919 - http://motherjones.com/mojo/2011/02/indiana-cox-live-ammunition-under-review

RS_2011-02.bz2.deduped.txt:56022 - http://motherjones.com/mojo/2011/02/scott-walker-koch-brother-crank-call-wisconsin

RS_2011-02.bz2.deduped.txt:56311 - http://m.motherjones.com/politics/2011/02/indiana-official-jeff-cox-live-ammunition-against-wisconsin-protesters

RS_2011-02.bz2.deduped.txt:56608 - http://motherjones.com/blue-marble/2011/02/miscarriage-death-penalty-Georgia

RS_2011-02.bz2.deduped.txt:56623 - http://motherjones.com/kevin-drum/2011/02/why-we-need-unions

RS_2011-02.bz2.deduped.txt:56747 - http://motherjones.com/politics/2011/02/indiana-official-jeff-cox-live-ammunition-against-wisconsin-protesters#

RS_2011-02.bz2.deduped.txt:57114 - http://motherjones.com/mojo/2011/02/south-dakota-abortion-crisis-pregnancy-center-bill

RS_2011-02.bz2.deduped.txt:58271 - http://motherjones.com/politics/2011/02/nebraska-justifiable-homicide-abortion-bill

RS_2011-02.bz2.deduped.txt:58538 - http://motherjones.com/mojo/2011/02/va-regulate-abortion-clinics-hospitals

RS_2011-02.bz2.deduped.txt:59049 - http://motherjones.com/mojo/2011/02/iowa-bills-justifiable-homicide-abortion-docs

RS_2011-02.bz2.deduped.txt:59089 - http://motherjones.com/mojo/2011/02/florida-mayoral-candidate-jokes-about-bombing-abortion-clinic

RS_2011-02.bz2.deduped.txt:59368 - http://motherjones.com/mojo/2011/02/arizona-pima-county-secession-immigration

RS_2011-02.bz2.deduped.txt:59586 - http://motherjones.com/kevin-drum/2011/02/down-drain-tea-party

RS_2011-02.bz2.deduped.txt:59646 - http://motherjones.com/print/98546

RS_2011-02.bz2.deduped.txt:59936 - http://motherjones.com/politics/2011/02/income-inequality-labor-union-decline?page=1

RS_2011-02.bz2.deduped.txt:60519 - http://motherjones.com/blue-marble/2011/02/miscarriage-death-penalty-georgia?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed:+motherjones/TheBlueMarble+(Mother+Jones+|+The+Blue+Marble)&utm_content=Twitter

RS_2011-02.bz2.deduped.txt:61001 - http://motherjones.com/mojo/2011/02/watchdog-wants-probe-gov-walkers-state-patrol-stunt

RS_2011-02.bz2.deduped.txt:61207 - http://motherjones.com/mojo/2011/02/wisconsin-scott-walker-koch-prank

RS_2011-02.bz2.deduped.txt:61492 - http://motherjones.com/politics/2011/02/income-inequality-in-america-chart-graph?source=patrick.net#content-header

RS_2011-02.bz2.deduped.txt:61648 - http://motherjones.com/blue-marble/2011/02/they-were-purposefully-trying-deceive-everyone

RS_2011-02.bz2.deduped.txt:61712 - http://motherjones.com/mojo/2011/02/scott-walker-republican-jobs-wisconsin

RS_2011-02.bz2.deduped.txt:62681 - http://motherjones.com/politics/2011/02/obamas-secret-muslim-plot

RS_2011-02.bz2.deduped.txt:62767 - http://motherjones.com/politics/2011/02/income-inequality-labor-union-decline?page=2

RS_2011-02.bz2.deduped.txt:62779 - http://motherjones.com/kevin-drum/2011/02/politics-envy

RS_2011-02.bz2.deduped.txt:63097 - http://motherjones.com/rights-stuff/2011/02/more-tips-kicking-ass

RS_2011-02.bz2.deduped.txt:64201 - http://m.motherjones.com/blue-marble/2011/02/miscarriage-death-penalty-georgia

RS_2011-02.bz2.deduped.txt:64489 - http://motherjones.com/photoessays/2011/02/robyn-twomey-medical-marijuana

RS_2011-02.bz2.deduped.txt:64908 - http://motherjones.com/mojo/2011/02/corn-hardball-paul-broun-guns-assassination

RS_2011-02.bz2.deduped.txt:65027 - http://motherjones.com/transition/inter.php?dest=http://motherjones.com/politics/2011/02/obamas-secret-muslim-plot

RS_2011-02.bz2.deduped.txt:65569 - http://motherjones.com/contributor/2011/02/venn-diagram-taliban-v-christians-v-lolcats

RS_2011-02.bz2.deduped.txt:66198 - http://motherjones.com/media/2011/01/gogol-bordello-eugene-hutz-interview

RS_2011-02.bz2.deduped.txt:66368 - http://motherjones.com/kevin-drum/2011/02/do-unions-advocate-greater-good

RS_2011-02.bz2.deduped.txt:66380 - http://motherjones.com/kevin-drum/2011/02/evolution-crazy

RS_2011-02.bz2.deduped.txt:68543 - http://motherjones.com/kevin-drum/2011/02/obama-calls-republican-healthcare-bluff

RS_2011-02.bz2.deduped.txt:68812 - http://motherjones.com/blue-marble/2011/02/today-gop-climate-denial

RS_2011-02.bz2.deduped.txt:69348 - http://motherjones.com/environment/2011/03/massey-energy-twilight-west-virginia

RS_2011-02.bz2.deduped.txt:69384 - http://motherjones.com/politics/2011/02/americans-united-life-justifiable-homicide-bills

RS_2011-02.bz2.deduped.txt:69447 - http://motherjones.com/politics/2011/02/wisconsin-protest-scott-walker-republican

RS_2011-02.bz2.deduped.txt:69873 - http://motherjones.com/environment/2011/03/massey-energy-twilight-west-virginia#

RS_2011-02.bz2.deduped.txt:70666 - http://motherjones.com/politics/2011/02/americans-united-life-justifiable-homicide-bills?utm_source=twitterfeed&utm_medium=twitter

RS_2011-02.bz2.deduped.txt:70864 - http://motherjones.com/rights-stuff/2011/02/advice-reporting-central-africa

RS_2011-02.bz2.deduped.txt:70892 - http://motherjones.com/kevin-drum/2011/02/hating-vegetables

RS_2011-02.bz2.deduped.txt:70915 - http://motherjones.com/mixed-media/2011/02/americas-worst-state-legislator-leo-berman

RS_v2_2010-08.xz.deduped.txt:386 - http://motherjones.com/politics/2010/07/wikileaks-taliban-afghanistan

RS_v2_2010-08.xz.deduped.txt:1575 - http://motherjones.com/blue-marble/2010/07/chamber-commerce-climate-NRDC-CICE

RS_v2_2010-08.xz.deduped.txt:1587 - http://motherjones.com/road-trip-blog/2010/07/so-what-do-you-think-south

RS_v2_2010-08.xz.deduped.txt:2174 - http://motherjones.com/kevin-drum/2010/08/will-crazy-town-conservatism-backfire

RS_v2_2010-08.xz.deduped.txt:2188 - http://motherjones.com/blue-marble/2010/08/bp-gulf-spill-dispersant-markey

RS_v2_2010-08.xz.deduped.txt:3163 - http://motherjones.com/politics/2010/08/bob-inglis-tea-party-casualty

RS_v2_2010-08.xz.deduped.txt:3271 - http://motherjones.com/politics/2010/08/bob-inglis-tea-party-casualty?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed:+motherjones/main+(MotherJones.com+Main+Article+Feed)&utm_content=Twitter

RS_v2_2010-08.xz.deduped.txt:3515 - http://motherjones.com/politics/2010/08/bob-inglis-tea-party-casualty?page=1

RS_v2_2010-08.xz.deduped.txt:3619 - http://motherjones.com/print/71326

RS_v2_2010-08.xz.deduped.txt:3977 - http://motherjones.com/kevin-drum/2010/08/chart-day-economy-still-sucks

RS_v2_2010-08.xz.deduped.txt:3982 - http://motherjones.com/kevin-drum/2010/08/american-way-war

RS_v2_2010-08.xz.deduped.txt:4717 - http://motherjones.com/politics/2010/07/david-stern-djsp-foreclosure-fannie-freddie

RS_v2_2010-08.xz.deduped.txt:4811 - http://motherjones.com/mojo/2010/08/military-censor-afghanistan-embed-rolling-stone-reporter-hastings?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed:+Motherjones/mojoblog+(MotherJones.com+|+MoJoBlog)&utm_content=Twitter

RS_v2_2010-08.xz.deduped.txt:5048 - http://motherjones.com/mojo/2010/08/birthright-citizenship-sexism-drop-babies

RS_v2_2010-08.xz.deduped.txt:5472 - http://motherjones.com/politics/2010/07/david-stern-djsp-foreclosure-fannie-freddie?page=1

RS_v2_2010-08.xz.deduped.txt:5527 - http://motherjones.com/blue-marble/2010/08/bp-magical-disappearing-oil-spill

RS_v2_2010-08.xz.deduped.txt:8658 - http://motherjones.com/kevin-drum/2010/08/myths-and-realities-about-tea-party

RS_v2_2010-08.xz.deduped.txt:8676 - http://motherjones.com/blue-marble/2010/08/michigan-oil-spill-recovery-just-beginning

RS_v2_2010-08.xz.deduped.txt:8679 - http://motherjones.com/politics/2010/08/sigar-slams-anti-corruption-strategy-afghanistan-obama

RS_v2_2010-08.xz.deduped.txt:8766 - http://motherjones.com/politics/2010/08/04/van-irion-health-care-law-suit

RS_v2_2010-08.xz.deduped.txt:9148 - http://motherjones.com/photoessays/2007/03/american-happiness-and-need-consume

RS_v2_2010-08.xz.deduped.txt:9690 - http://motherjones.com/kevin-drum/2010/07/great-interchange-fee-scam

RS_v2_2010-08.xz.deduped.txt:10055 - http://motherjones.com/rights-stuff/2010/08/bp-cuts-more-10000-oil-spill-cleanup-workers

RS_v2_2010-08.xz.deduped.txt:10057 - http://motherjones.com/kevin-drum/2010/08/will-our-kids-be-better-us

RS_v2_2010-08.xz.deduped.txt:11454 - http://motherjones.com/mojo/2010/08/taliban-press-release-spin-time-cover-photo-aisha-women-rights

RS_v2_2010-08.xz.deduped.txt:11515 - http://motherjones.com/environment/2010/08/bp-stimulus-funds-california-power-plant

RS_v2_2010-08.xz.deduped.txt:12648 - http://motherjones.com/politics/2010/08/tea-party-travel-agents

RS_v2_2010-08.xz.deduped.txt:12819 - http://motherjones.com/kevin-drum/2010/08/plenty-jobs-not-enough-workers

RS_v2_2010-08.xz.deduped.txt:14229 - http://motherjones.com/environment/2010/09/bp-ocean-gulf-other-time-bombs

RS_v2_2010-08.xz.deduped.txt:14234 - http://motherjones.com/environment/2010/08/bp-ocean-timeline-damage-control

RS_v2_2010-08.xz.deduped.txt:14601 - http://motherjones.com/environment/2010/09/bp-ocean-cover-up

RS_v2_2010-08.xz.deduped.txt:14893 - http://motherjones.com/blue-marble/2010/08/noaa-tried-hide-evidence-undersea-oil-plumes

RS_v2_2010-08.xz.deduped.txt:15078 - http://motherjones.com/kevin-drum/2010/08/whos-blame-pension-crisis

RS_v2_2010-08.xz.deduped.txt:15163 - http://motherjones.com/kevin-drum/2010/08/fed-meets-does-almost-nothing

RS_v2_2010-08.xz.deduped.txt:15170 - http://motherjones.com/blue-marble/2010/08/bps-dispersed-oil-polluting-oceans-most-mysterious-waters

RS_v2_2010-08.xz.deduped.txt:15230 - http://motherjones.com/kevin-drum/2010/08/employers-and-credit-scores-update

RS_v2_2010-08.xz.deduped.txt:16327 - http://motherjones.com/blue-marble/2010/08/follow-dirty-money

RS_v2_2010-08.xz.deduped.txt:16332 - http://motherjones.com/kevin-drum/2010/08/long-term-unemployed

RS_v2_2010-08.xz.deduped.txt:16379 - http://motherjones.com/photoessays/2010/01/afghanistan-photos-bomb-cleanup

RS_v2_2010-08.xz.deduped.txt:17372 - http://motherjones.com/environment/2010/09/bp-ocean-cover-up?page=1

RS_v2_2010-08.xz.deduped.txt:18354 - http://motherjones.com/media/2010/08/mark-fiore-activist-judges

RS_v2_2010-08.xz.deduped.txt:20746 - http://motherjones.com/politics/2010/08/gerard-bradley-vaughan-walker-proposition-8-trial

RS_v2_2010-08.xz.deduped.txt:21035 - http://motherjones.com/kevin-drum/2010/08/price-captcha

RS_v2_2010-08.xz.deduped.txt:21996 - http://motherjones.com/kevin-drum/2010/08/chart-day-oil-shocks

RS_v2_2010-08.xz.deduped.txt:24214 - http://motherjones.com/kevin-drum/2010/08/will-insurance-companies-game-aca

RS_v2_2010-08.xz.deduped.txt:24343 - http://motherjones.com/mojo/2010/08/more-misery-foreclosureland

RS_v2_2010-08.xz.deduped.txt:24853 - http://motherjones.com/mojo/2010/08/fearing-supreme-court-evangelicals-discourage-prop-8-appeal

RS_v2_2010-08.xz.deduped.txt:24879 - http://motherjones.com/blue-marble/2010/08/indian-ocean-corals-walloped-warming

RS_v2_2010-08.xz.deduped.txt:24885 - http://motherjones.com/mojo/2010/08/justice-delayed-again-and-again

RS_v2_2010-08.xz.deduped.txt:25507 - http://motherjones.com/blue-marble/2010/08/bp-escrow-fund

RS_v2_2010-08.xz.deduped.txt:25809 - http://motherjones.com/mojo/2010/08/detroit-big%20three-IPO

RS_v2_2010-08.xz.deduped.txt:25929 - http://motherjones.com/blue-marble/2010/08/govt-pledges-actually-do-its-job-regulating-offshore-drilling

RS_v2_2010-08.xz.deduped.txt:26206 - http://motherjones.com/kevin-drum/2010/08/tracking-your-every-move

RS_v2_2010-08.xz.deduped.txt:26333 - http://motherjones.com/blue-marble/2010/08/bps-oil-still-present-still-hazard

RS_v2_2010-08.xz.deduped.txt:26371 - http://motherjones.com/politics/2010/07/sheriff-joe-arpaio-maricopa-county-sb-1070

RS_v2_2010-08.xz.deduped.txt:27116 - http://motherjones.com/mojo/2010/08/state-gop-our-chicks-are-hot-dems-are-fugly-video-sexist

RS_v2_2010-08.xz.deduped.txt:27589 - http://motherjones.com/riff/2010/08/spread-sex-worker-Will-Rockwell-interview

RS_v2_2010-08.xz.deduped.txt:27607 - http://motherjones.com/mojo/2010/08/obama-and-ground-zero-mosque

RS_v2_2010-08.xz.deduped.txt:27611 - http://motherjones.com/blue-marble/2010/08/gulf-seafood-really-safe

RS_v2_2010-08.xz.deduped.txt:27622 - http://motherjones.com/politics/2009/11/bank-buster-elizabeth-warren

RS_v2_2010-08.xz.deduped.txt:27954 - http://motherjones.com/blue-marble/2010/08/wheres-math-govt-oil-spill-report

RS_v2_2010-08.xz.deduped.txt:28810 - http://motherjones.com/mojo/2010/08/dod-our-bad-we-did-talk-wikileaks-matusheski-lawyer-mississippi-assange

RS_v2_2010-08.xz.deduped.txt:29084 - http://motherjones.com/mojo/2010/08/feds-threaten-sue-sheriff-arpaio

RS_v2_2010-08.xz.deduped.txt:29085 - http://motherjones.com/blue-marble/2010/08/waxman-wants-know-how-much-has-bp-spent-ads

RS_v2_2010-08.xz.deduped.txt:29087 - http://motherjones.com/kevin-drum/2010/08/lefties-need-brush-energy-awareness

RS_v2_2010-08.xz.deduped.txt:29248 - http://motherjones.com/blue-marble/2010/08/noaa-no-data-spill-claim-least-two-months

RS_v2_2010-08.xz.deduped.txt:29598 - http://motherjones.com/mojo/2010/08/vitter-aide-taxpayer-cash-drunk

RS_v2_2010-08.xz.deduped.txt:29741 - http://motherjones.com/mojo/2010/08/turning-westboro-church-hate-charity-video-pennies-protest-virginia-god-fags

RS_v2_2010-08.xz.deduped.txt:30023 - http://motherjones.com/mojo/2010/08/michael-clauer-update

RS_v2_2010-08.xz.deduped.txt:31065 - http://motherjones.com/kevin-drum/2010/08/testing-kids-testing-teachers

RS_v2_2010-08.xz.deduped.txt:31183 - http://motherjones.com/kevin-drum/2010/08/deal

RS_v2_2010-08.xz.deduped.txt:31328 - http://motherjones.com/kevin-drum/2010/08/arguing-about-mosque

RS_v2_2010-08.xz.deduped.txt:31334 - http://motherjones.com/kevin-drum/2010/08/gift-card-activation-scam

RS_v2_2010-08.xz.deduped.txt:32087 - http://motherjones.com/blue-marble/2010/08/was-noaa-report-independently-evaluated

RS_v2_2010-08.xz.deduped.txt:32603 - http://motherjones.com/media/2010/08/mark-fiore-cat-and-mosque

RS_v2_2010-08.xz.deduped.txt:34153 - http://motherjones.com/media/2010/08/david-mitchell-interview

RS_v2_2010-08.xz.deduped.txt:34949 - http://motherjones.com/politics/2010/08/commission-international-religious-freedom-ground-zero-mosque

RS_v2_2010-08.xz.deduped.txt:35182 - http://motherjones.com/mojo/2010/08/how-corporate-donors-can-evade-irs

RS_v2_2010-08.xz.deduped.txt:35543 - http://motherjones.com/blue-marble/2010/08/cheap-airfare-environment

RS_v2_2010-08.xz.deduped.txt:37172 - http://motherjones.com/politics/2008/09/americas-most-dangerous-librarians

RS_v2_2010-08.xz.deduped.txt:40336 - http://motherjones.com/blue-marble/2010/08/remember-obamas-big-drilling-expansion-plan

RS_v2_2010-08.xz.deduped.txt:41835 - http://motherjones.com/riff/2010/08/taking-down-fox-news

RS_v2_2010-08.xz.deduped.txt:41908 - http://motherjones.com/mojo/2010/08/gay-white-european-thing-not-african

RS_v2_2010-08.xz.deduped.txt:42503 - http://motherjones.com/politics/2010/08/ann-jones-afghan-war

RS_v2_2010-08.xz.deduped.txt:42996 - http://motherjones.com/mojo/2010/08/whats-glenn-beck-afraid

RS_v2_2010-08.xz.deduped.txt:43058 - http://motherjones.com/rights-stuff/2010/08/found-bps-supposedly-missing-oil

RS_v2_2010-08.xz.deduped.txt:44957 - http://motherjones.com/blue-marble/2010/08/northwest-and-northeast-passages-now-open

RS_v2_2010-08.xz.deduped.txt:46668 - http://motherjones.com/politics/2009/01/america-195-week

RS_v2_2010-08.xz.deduped.txt:46725 - http://motherjones.com/kevin-drum/2010/08/rich-countries-poor-countries-and-climate-change

RS_v2_2010-08.xz.deduped.txt:47954 - http://motherjones.com/mojo/2010/08/gop-warming-elizabeth-warren

RS_v2_2010-08.xz.deduped.txt:48844 - http://motherjones.com/road-trip-blog/2010/08/wounded-knee-mount-rushmore

RS_2017-02.bz2.deduped.txt:1054 - http://www.motherjones.com/politics/2017/01/donald-trump-picks-neil-gorsuch-supreme-court

RS_2017-02.bz2.deduped.txt:2168 - http://www.motherjones.com/blue-marble/2011/12/smog-photos-1970s-america

RS_2017-02.bz2.deduped.txt:2413 - http://www.motherjones.com/politics/2009/05/fogbank-america-forgot-how-make-nuclear-bombs

RS_2017-02.bz2.deduped.txt:4843 - http://www.motherjones.com/politics/2017/01/republicans-just-took-first-step-defund-planned-parenthood

RS_2017-02.bz2.deduped.txt:5377 - http://www.motherjones.com/kevin-drum/2017/02/democrats-neil-gorsuch-block

RS_2017-02.bz2.deduped.txt:7631 - http://www.motherjones.com/kevin-drum/2017/01/working-class-losing-bigly-under-president-trump

RS_2017-02.bz2.deduped.txt:8173 - http://www.motherjones.com/politics/2017/02/donald-trump-black-history-month-frederick-douglass

RS_2017-02.bz2.deduped.txt:11364 - http://m.motherjones.com/politics/2017/02/betsy-devos-education-secretary-not-quite-yet

RS_2017-02.bz2.deduped.txt:12061 - http://www.motherjones.com/politics/2017/02/david-petraeus-drops-truth-bomb-trump-administration

RS_2017-02.bz2.deduped.txt:13462 - http://www.motherjones.com/kevin-drum/2017/02/did-mike-flynn-accept-illegal-payments-russian-government

RS_2017-02.bz2.deduped.txt:14293 - http://www.motherjones.com/kevin-drum/2017/02/donald-trump-hangs-australia-threatens-invade-mexico

RS_2017-02.bz2.deduped.txt:14308 - http://www.motherjones.com/environment/2017/02/dakota-access-pipeline-standing-rock-trump

RS_2017-02.bz2.deduped.txt:14711 - http://www.motherjones.com/politics/2017/02/Trump-counterterrorism-Islam

RS_2017-02.bz2.deduped.txt:14712 - http://www.motherjones.com/politics/2017/02/michael-flynn-emoluments-clause

RS_2017-02.bz2.deduped.txt:15147 - http://m.motherjones.com/kevin-drum/2017/02/donald-trump-hangs-australia-threatens-invade-mexico

RS_2017-02.bz2.deduped.txt:15930 - http://www.motherjones.com/politics/2017/02/uc-berkeley-riot-milo-yiannopoulos

RS_2017-02.bz2.deduped.txt:17886 - http://www.motherjones.com/politics/2017/02/heres-what-happens-refugees-left-behind-trumps-travel-ban

RS_2017-02.bz2.deduped.txt:18556 - http://motherjones.com/environment/2017/01/meat-industry-refugees-trump

RS_2017-02.bz2.deduped.txt:19288 - http://m.motherjones.com/politics/2017/02/Trump-counterterrorism-Islam

RS_2017-02.bz2.deduped.txt:20816 - http://www.motherjones.com/politics/2017/02/betsy-devos-education-secretary-not-quite-yet

RS_2017-02.bz2.deduped.txt:21723 - http://www.motherjones.com/kevin-drum/2017/02/trump-loosens-sanctions-russian-security-service

RS_2017-02.bz2.deduped.txt:22000 - http://www.motherjones.com/mixed-media/2014/08/maryam-mirzakhani-first-woman-fields-medal-mathematics

RS_2017-02.bz2.deduped.txt:23047 - http://m.motherjones.com/kevin-drum/2017/02/donald-trump-lied-us-about-his-health-1

RS_2017-02.bz2.deduped.txt:24641 - http://m.motherjones.com/politics/2017/02/yemeni-bodega-owners-protest-trump-staging-shut-down-nyc

RS_2017-02.bz2.deduped.txt:26021 - http://www.motherjones.com/politics/2017/02/trump-prayer-breakfast-johnson-amendment

RS_2017-02.bz2.deduped.txt:26634 - http://www.motherjones.com/kevin-drum/2017/02/whos-blame-disaster-yemen

RS_2017-02.bz2.deduped.txt:27330 - http://www.motherjones.com/politics/2017/02/facebook-google-apple-ceos-slam-trump-immigration-order

RS_2017-02.bz2.deduped.txt:27424 - http://www.motherjones.com/politics/2017/01/julian-assange-chelsea-manning-extradition-trump

RS_2017-02.bz2.deduped.txt:30133 - http://www.motherjones.com/politics/2017/02/ron-wyden-intelligence-committee-russia-trump-investigation

RS_2017-02.bz2.deduped.txt:30250 - http://www.motherjones.com/environment/2017/02/trump-travel-ban-science

RS_2017-02.bz2.deduped.txt:30417 - http://www.motherjones.com/politics/2017/02/nancy-pelosi-steve-bannon-white-supremacist

RS_2017-02.bz2.deduped.txt:30593 - http://www.motherjones.com/politics/2017/02/tom-price-hhs-confederate-flag-georgia

RS_2017-02.bz2.deduped.txt:30961 - http://www.motherjones.com/environment/2017/01/fast-food-wrappers-chemicals

RS_2017-02.bz2.deduped.txt:35787 - http://www.motherjones.com/media/2017/02/donald-trump-jobs-report-obama-administration

RS_2017-02.bz2.deduped.txt:36979 - http://www.motherjones.com/politics/2017/02/donald-trump-fiduciary-rule-dodd-frank-wall-street

RS_2017-02.bz2.deduped.txt:38367 - http://www.motherjones.com/politics/2017/02/trump-steamy-on-set-romance

RS_2017-02.bz2.deduped.txt:39495 - http://www.motherjones.com/politics/2017/02/us-customs-agents-just-gave-airlines-green-light-ignore-trumps-muslim-ban

RS_2017-02.bz2.deduped.txt:43441 - http://www.motherjones.com/politics/2017/02/buying-house-nearly-impossible-teachers-these-cities

RS_2017-02.bz2.deduped.txt:44468 - http://www.motherjones.com/kevin-drum/2017/02/dead-pool-4-february-2017

RS_2017-02.bz2.deduped.txt:44492 - http://www.motherjones.com/kevin-drum/2017/02/cnn-turns-down-opportunity-interview-kellyanne-conway

RS_2017-02.bz2.deduped.txt:45828 - http://m.motherjones.com/politics/2013/02/silicon-valley-h1b-visas-hurt-tech-workers

RS_2017-02.bz2.deduped.txt:47144 - http://www.motherjones.com/politics/2017/02/nyc-lgbt-protest-photos-stonewall-saturday

RS_2017-02.bz2.deduped.txt:47569 - http://www.motherjones.com/kevin-drum/2017/02/did-kellyanne-conway-lie-hardball

RS_2017-02.bz2.deduped.txt:47645 - http://m.motherjones.com/kevin-drum/2017/02/did-kellyanne-conway-lie-hardball

RS_2017-02.bz2.deduped.txt:50220 - http://www.motherjones.com/politics/2017/01/opioid-withdrawal-jail-deaths

RS_2017-02.bz2.deduped.txt:53257 - http://m.motherjones.com/politics/2017/02/trump-blames-judge-terror

RS_2017-02.bz2.deduped.txt:57019 - http://www.motherjones.com/politics/2017/02/donald-trump-billionaire-cabinet-picks

RS_2017-02.bz2.deduped.txt:57453 - http://www.motherjones.com/politics/2017/02/trump-blames-judge-terror

RS_2017-02.bz2.deduped.txt:58292 - http://www.motherjones.com/politics/2017/01/democrats-desperate-bernie-sanders-email-list

RS_2017-02.bz2.deduped.txt:61584 - http://www.motherjones.com/politics/2017/02/democrats-senate-floor-betsy-devos-nomination-protest

RS_2017-02.bz2.deduped.txt:63728 - http://www.motherjones.com/kevin-drum/2017/02/donald-trump-unhappy-his-ratings-arent-better

RS_2017-02.bz2.deduped.txt:64044 - http://www.motherjones.com/politics/2017/02/civics-education-trump-bullying

RS_2017-02.bz2.deduped.txt:64087 - http://m.motherjones.com/politics/2017/01/democrats-desperate-bernie-sanders-email-list

RS_2017-02.bz2.deduped.txt:65017 - http://www.motherjones.com/politics/2017/02/california-federal-taxes-spending-trump

RS_2017-02.bz2.deduped.txt:66209 - http://www.motherjones.com/kevin-drum/2017/02/your-final-trump-weirdness-day

RS_2017-02.bz2.deduped.txt:66374 - http://m.motherjones.com/environment/2017/01/superbug-resistant-26-antibiotics-killed-nevada-woman

RS_2017-02.bz2.deduped.txt:68636 - http://www.motherjones.com/politics/2017/02/terror-attacks-trump-wont-talk-about-white-supremacists

RS_2017-02.bz2.deduped.txt:69310 - http://www.motherjones.com/politics/2017/02/usda-animal-welfare-puppy-mills-trump-humane-society

RS_2017-02.bz2.deduped.txt:69681 - http://www.motherjones.com/politics/2017/02/keith-ellison-democratic-national-committee-chair

RS_2017-02.bz2.deduped.txt:69892 - http://m.motherjones.com/politics/2017/02/keith-ellison-democratic-national-committee-chair

RS_2017-02.bz2.deduped.txt:69938 - http://www.motherjones.com/politics/2017/02/black-lives-matter-versus-trump

RS_2017-02.bz2.deduped.txt:70717 -
http://www.motherjones.com/politics/2017/02/constitutional-crisis-trump-muslim-ban-congress-courts
RS_2017-02.bz2.deduped.txt:71788 - http://www.motherjones.com/politics/2017/02/whatever-happened-melania-trumps-anti-cyberbullying-campaign
RS_2017-02.bz2.deduped.txt:74105 - http://www.motherjones.com/politics/2017/02/breaking-senate-confirmed-betsy-devos-our-nations-education-chief
RS_2017-02.bz2.deduped.txt:75252 - http://www.motherjones.com/kevin-drum/2017/02/trump-administration-now-redefining-number
RS_2017-02.bz2.deduped.txt:80269 - http://www.motherjones.com/kevin-drum/2017/02/trumps-staff-sure-seems-eager-tell-world-hes-imbecile
RS_2017-02.bz2.deduped.txt:80341 - http://www.motherjones.com/politics/2017/02/elizabeth-warren-coretta-scott-king-jeff-sessions
RS_2017-02.bz2.deduped.txt:85663 - http://motherjones.com/politics/2017/02/keith-ellison-democratic-national-committee-chair
RS_2017-02.bz2.deduped.txt:87242 - http://www.motherjones.com/politics/2017/02/donald-trump-nordstrom-tweet-ivanka
RS_2017-02.bz2.deduped.txt:89648 - http://www.motherjones.com/politics/2017/02/sean-spicer-coretta-scott-king-jeff-sessions-attorney-general
RS_2017-02.bz2.deduped.txt:91276 - http://www.motherjones.com/politics/2017/01/sexist-remarks-senators-during-elaine-chaos-confirmation-hearing
RS_2017-02.bz2.deduped.txt:91465 -
http://www.motherjones.com/environment/2017/02/republicans-carbon-tax
RS_2017-02.bz2.deduped.txt:91719 - http://motherjones.com/politics/2017/02/sean-spicer-coretta-scott-king-jeff-sessions-attorney-general
RS_2017-02.bz2.deduped.txt:92604 - http://www.motherjones.com/environment/2016/12/city-noise-pollution-health-school-learning
RS_2017-02.bz2.deduped.txt:95057 - http://www.motherjones.com/politics/2017/02/trump-california-defund-sanctuary-city-tenth-amendment
RS_2017-02.bz2.deduped.txt:95301 - http://www.motherjones.com/politics/2017/02/russia-trump-putin-scandal-media
RS_2017-02.bz2.deduped.txt:96307 - http://www.motherjones.com/politics/2017/02/sure-fire-way-funnel-dark-money-donald-trump-book-his-hotels
RS_2017-02.bz2.deduped.txt:97339 - http://m.motherjones.com/politics/2017/02/sure-fire-way-funnel-dark-money-donald-trump-book-his-hotels
RS_2017-02.bz2.deduped.txt:98829 - http://m.motherjones.com/politics/2017/02/russia-trump-putin-scandal-media
RS_2017-02.bz2.deduped.txt:103239 - http://m.motherjones.com/politics/2017/02/president-trumps-thoughts-key-nuclear-treaty-worries-experts
RS_2017-02.bz2.deduped.txt:104834 - http://m.motherjones.com/media/2017/02/fox-news-wants-you-know-steve-bannon-isnt-terrible-isis
RS_2017-02.bz2.deduped.txt:105657 - http://www.motherjones.com/media/2017/02/fox-news-wants-you-know-steve-bannon-isnt-terrible-isis
RS_2017-02.bz2.deduped.txt:106231 - http://www.motherjones.com/kevin-drum/2017/02/after-silent-treatment-trump-caves-chinese

RS_2017-02.bz2.deduped.txt:107800 - http://www.motherjones.com/environment/2017/02/ceo-kelcy-warren-dakota-access-pipeline-energy-transfer-partners-country-music

RS_2017-02.bz2.deduped.txt:107825 - http://www.motherjones.com/politics/2017/02/tom-price-hhs-tobacco

RS_2017-02.bz2.deduped.txt:109728 - http://www.motherjones.com/politics/2017/02/flynn-trump-washington-post-russia

RS_2017-02.bz2.deduped.txt:109830 - http://www.motherjones.com/kevin-drum/2017/02/slavitt-obamacare-should-be-profitable-year-if-republicans-dont-blow-it

RS_2017-02.bz2.deduped.txt:109887 - http://www.motherjones.com/politics/2017/02/jason-chaffetz-town-hall-donald-trump-conflicts

RS_2017-02.bz2.deduped.txt:111638 - http://www.motherjones.com/politics/2017/02/donald-trump-indonesian-business-partner-brags-about-his-access

RS_2017-02.bz2.deduped.txt:111918 - http://m.motherjones.com/politics/2017/02/donald-trump-indonesian-business-partner-brags-about-his-access

RS_2017-02.bz2.deduped.txt:113693 - http://www.motherjones.com/kevin-drum/2017/02/nine-people-say-mike-flynn-lied-about-his-phone-calls-russian-ambassador

RS_2017-02.bz2.deduped.txt:115427 - http://motherjones.com/politics/2017/02/cnn-us-intelligence-confirms-parts-trump-russia-report

RS_2017-02.bz2.deduped.txt:117224 - http://www.motherjones.com/politics/2017/02/trump-deportation-ice-raid-los-angeles-phoenix

RS_2017-02.bz2.deduped.txt:117837 - http://www.motherjones.com/kevin-drum/2017/02/heres-real-reason-democrats-spent-so-much-energy-trying-defeat-betsy-devos

RS_2017-02.bz2.deduped.txt:119957 - http://www.motherjones.com/environment/2017/02/trump-bumble-bees-neonics-enadangered

RS_2017-02.bz2.deduped.txt:122457 - http://www.motherjones.com/kevin-drum/2017/02/reality-just-keeps-biting-president-trump-ass

RS_2017-02.bz2.deduped.txt:124252 - http://www.motherjones.com/media/2017/01/author-george-saunders-willie-lincoln-bardo-donald-trump-supporters

RS_2017-02.bz2.deduped.txt:126986 - http://www.motherjones.com/kevin-drum/2017/02/raw-data-heres-what-violent-crime-really-looks-over-past-decade

RS_2017-02.bz2.deduped.txt:127240 - http://www.motherjones.com/politics/2017/02/saturday-night-live-kellyanne-conway-fatal-attraction

RS_2017-02.bz2.deduped.txt:129944 - http://www.motherjones.com/kevin-drum/2017/02/trump-leaks-12-february-2017

RS_2017-02.bz2.deduped.txt:133021 - http://www.motherjones.com/politics/2017/02/cnn-us-intelligence-confirms-parts-trump-russia-report

RS_2017-02.bz2.deduped.txt:135655 - http://www.motherjones.com/environment/2017/01/fema-disaster-funding

RS_2017-02.bz2.deduped.txt:135901 - http://www.motherjones.com/politics/2017/02/trump-name-publicity-rights

RS_2017-02.bz2.deduped.txt:137611 - http://www.motherjones.com/politics/2017/02/swing-left-sister-district-flippable-delaware

RS_2017-02.bz2.deduped.txt:137833 - http://m.motherjones.com/kevin-drum/2017/02/president-trump-likes-graphics-and-maps

RS_2017-02.bz2.deduped.txt:138253 - http://www.motherjones.com/media/2017/02/john-oliver-educate-donald-trump-facts-lies

RS_2017-02.bz2.deduped.txt:139706 - http://www.motherjones.com/kevin-drum/2017/02/iowa-union-shocked-learn-republicans-are-anti-union

RS_2017-02.bz2.deduped.txt:142916 - http://www.motherjones.com/kevin-drum/2017/02/nsa-may-be-withholding-intel-president-trump

RS_2017-02.bz2.deduped.txt:143815 - http://www.motherjones.com/media/2017/02/heavy-metal-botswana-pep-bonet

RS_2017-02.bz2.deduped.txt:143997 - http://www.motherjones.com/kevin-drum/2017/02/obama-accomplished-way-more-his-first-month-trump

RS_2017-02.bz2.deduped.txt:144535 - http://www.motherjones.com/politics/2017/02/congressional-democrats-push-investigation-trumps-national-security-adviser

RS_2017-02.bz2.deduped.txt:144641 - http://www.motherjones.com/politics/2017/02/donald-trump-mar-lago-social-media

RS_2017-02.bz2.deduped.txt:145495 - http://www.motherjones.com/politics/2017/02/report-michael-flynn-has-just-resigned-national-security-advisor

RS_2017-02.bz2.deduped.txt:147877 - http://www.motherjones.com/politics/2017/02/abortion-law-youve-never-heard-could-be-threat-during-trump-era

RS_2017-02.bz2.deduped.txt:149115 - http://www.motherjones.com/politics/2017/02/why-michael-flynn-still-needs-to-be-investigated-russia

RS_2017-02.bz2.deduped.txt:150613 - http://www.motherjones.com/kevin-drum/2017/02/republicans-say-flynngate-over-its-not

RS_2017-02.bz2.deduped.txt:153207 - http://www.motherjones.com/politics/2017/02/sean-spicer-ducks-question-about-trump-campaign-contacts-with-russia

RS_2017-02.bz2.deduped.txt:154342 - http://www.motherjones.com/politics/2017/02/government-ethics-watchdog-recommends-trump-discipline-conway-ivanka-promotion

RS_2017-02.bz2.deduped.txt:154453 - http://www.motherjones.com/environment/2017/02/dark-forces-organic

RS_2017-02.bz2.deduped.txt:156405 - http://www.motherjones.com/kevin-drum/2017/02/california-farmers-surprised-trump-anti-immigrant

RS_2017-02.bz2.deduped.txt:157589 - http://www.motherjones.com/politics/2017/02/kellyanne-conway-retweeted-white-nationalist

RS_2017-02.bz2.deduped.txt:159974 - http://www.motherjones.com/politics/2017/02/andrew-puzder-cke-restaurants-employees-fight-trump-labor-secretary-nomination

RS_2017-02.bz2.deduped.txt:160785 - http://www.motherjones.com/environment/2017/02/department-engergy-plans-transfer-liquid-nuclear-waste-land

RS_2017-02.bz2.deduped.txt:162550 - http://www.motherjones.com/politics/2017/02/donald-trump-dismisses-report-constant-campaign-contact-russia

RS_2017-02.bz2.deduped.txt:163119 - http://m.motherjones.com/politics/2017/02/kellyanne-conway-retweeted-white-nationalist

RS_2017-02.bz2.deduped.txt:165556 - http://motherjones.com/politics/2017/02/democrats-congress-letter-donald-trump-russia-michael-flynn-donald-mcgahn

RS_2017-02.bz2.deduped.txt:165811 - http://m.motherjones.com/politics/2017/02/report-andrew-pudzer-withdraw-labor-secretary-nominee

RS_2017-02.bz2.deduped.txt:165828 - http://www.motherjones.com/politics/2017/02/donald-trump-cant-come-clean-on-russia-michael-flynn
RS_2017-02.bz2.deduped.txt:165857 - http://www.motherjones.com/politics/2017/02/report-andrew-pudzer-withdraw-labor-secretary-nominee
RS_2017-02.bz2.deduped.txt:166443 - http://www.motherjones.com/politics/2017/02/report-andrew-puzder-withdraw-labor-secretary-nominee
RS_2017-02.bz2.deduped.txt:166803 - http://m.motherjones.com/politics/2017/02/report-andrew-puzder-withdraw-labor-secretary-nominee
RS_2017-02.bz2.deduped.txt:169194 - http://www.motherjones.com/politics/2017/02/anti-muslim-groups-america-tripled-alongside-trump
RS_2017-02.bz2.deduped.txt:169890 - http://m.motherjones.com/politics/2017/02/donald-trump-cant-come-clean-on-russia-michael-flynn
RS_2017-02.bz2.deduped.txt:172887 - http://www.motherjones.com/media/2017/02/kellyanne-conway-michael-flynn-resignation
RS_2017-02.bz2.deduped.txt:173377 - http://www.motherjones.com/politics/2017/02/every-night-theres-going-be-anothet-bombshell-about-trump-presidency
RS_2017-02.bz2.deduped.txt:174371 - http://www.motherjones.com/politics/2017/02/classified-memo-tells-intelligence-analysts-keep-trumps-daily-brief-short
RS_2017-02.bz2.deduped.txt:174763 - http://m.motherjones.com/politics/2017/02/classified-memo-tells-intelligence-analysts-keep-trumps-daily-brief-short
RS_2017-02.bz2.deduped.txt:176412 - http://m.motherjones.com/kevin-drum/2017/02/did-china-reward-trump-endorsing-one-china-policy
RS_2017-02.bz2.deduped.txt:176429 - http://www.motherjones.com/kevin-drum/2017/02/did-china-reward-trump-endorsing-one-china-policy
RS_2017-02.bz2.deduped.txt:178780 - http://www.motherjones.com/politics/2017/02/trump-congressional-black-caucus-april-ryan
RS_2017-02.bz2.deduped.txt:179278 - http://motherjones.com/politics/2017/02/trump-michael-flynn-defense-russia-attack-media
RS_2017-02.bz2.deduped.txt:180562 - http://www.motherjones.com/media/2017/02/time-magazine-donald-trump-first-month-in-office
RS_2017-02.bz2.deduped.txt:182495 - http://www.motherjones.com/politics/2017/02/police-department-loses-years-worth-evidence-ransomware-attack
RS_2017-02.bz2.deduped.txt:185347 - http://www.motherjones.com/environment/2017/02/trump-executive-orders-epa
RS_2017-02.bz2.deduped.txt:186015 - http://www.motherjones.com/politics/2017/02/deportation-raid-rumors-immigration-customs-enforcement
RS_2017-02.bz2.deduped.txt:186394 - http://www.motherjones.com/environment/2017/02/trash-plastic-arctic-ocean-ships
RS_2017-02.bz2.deduped.txt:186608 - http://www.motherjones.com/politics/2017/02/house-just-voted-allow-states-pull-contraception-funding-planned-parenthood
RS_2017-02.bz2.deduped.txt:187310 - http://www.motherjones.com/environment/2017/02/planet-earth-II-premiere-baby-iguana-penguins
RS_2017-02.bz2.deduped.txt:187488 - http://m.motherjones.com/politics/2017/02/house-just-voted-allow-states-pull-contraception-funding-planned-parenthood

RS_2017-02.bz2.deduped.txt:188639 - http://www.motherjones.com/politics/2017/02/labor-secretary-acosta-trump-hiring-scandal

RS_2017-02.bz2.deduped.txt:190763 - http://www.motherjones.com/mojo/2008/03/whoops-obama-adviser-did-talk-nafta-canadian-govt

RS_2017-02.bz2.deduped.txt:191510 - http://www.motherjones.com/environment/2017/02/pruitt-confirmed-epa

RS_2017-02.bz2.deduped.txt:197088 - http://motherjones.com/politics/2017/02/day-without-immigrants

RS_2017-02.bz2.deduped.txt:197100 - http://www.motherjones.com/politics/2017/02/trump-national-guard-undocumented-immigrants

RS_2017-02.bz2.deduped.txt:200725 - http://www.motherjones.com/kevin-drum/2017/02/nsc-aide-fired-now-owes-us-account-trump-call-mexicos-president

RS_2017-02.bz2.deduped.txt:204262 - http://www.motherjones.com/politics/2017/02/trump-just-held-rally-his-2020-presidential-campaign

RS_2017-02.bz2.deduped.txt:208335 - http://www.motherjones.com/politics/2017/02/jane-roe-norma-mccorvey-abortion-rights

RS_2017-02.bz2.deduped.txt:209770 - http://www.motherjones.com/kevin-drum/2017/02/we-should-practice-truth-statistics-even-when-it-hurts

RS_2017-02.bz2.deduped.txt:210797 - http://m.motherjones.com/kevin-drum/2017/02/trump-considering-intriguing-new-way-lie-statistics

RS_2017-02.bz2.deduped.txt:213163 - http://m.motherjones.com/media/2017/02/heavy-metal-botswana-pep-bonet

RS_2017-02.bz2.deduped.txt:213166 - http://www.motherjones.com/environment/2014/06/photos-bhopal-india-union-carbide-sanjay-verma-pesticides-explosion

RS_2017-02.bz2.deduped.txt:213356 - http://www.motherjones.com/politics/2017/02/trump-legal-immigration-visas

RS_2017-02.bz2.deduped.txt:214503 - http://m.motherjones.com/kevin-drum/2017/02/we-should-practice-truth-statistics-even-when-it-hurts

RS_2017-02.bz2.deduped.txt:214759 - http://www.motherjones.com/politics/2017/02/affordable-care-act-obamacare-substance-abuse-opioids

RS_2017-02.bz2.deduped.txt:220631 - http://www.motherjones.com/media/2017/02/milo-yiannopoulos-having-very-bad-day

RS_2017-02.bz2.deduped.txt:221527 - http://www.motherjones.com/kevin-drum/2017/02/closer-look-killing-fields-sweden

RS_2017-02.bz2.deduped.txt:224565 - http://www.motherjones.com/politics/2017/02/sanctuary-church-movement-trump-deportation

RS_2017-02.bz2.deduped.txt:225281 - http://www.motherjones.com/environment/2011/11/tyrone-hayes-atrazine-syngenta-feud-frog-endangered?utm_content=buffer9264e&utm_medium=social&utm_source=app.net&utm_campaign=buffer

RS_2017-02.bz2.deduped.txt:225298 - http://motherjones.com/kevin-drum/2017/02/who-really-benefits-repealing-stream-protection-rule

RS_2017-02.bz2.deduped.txt:227717 - http://motherjones.com/politics/2017/02/supreme-court-nominee-neil-gorsuch-was-student-natural-law

RS_2017-02.bz2.deduped.txt:228233 - http://m.motherjones.com/politics/2017/02/trumps-immigration-detention-center-expansion
RS_2017-02.bz2.deduped.txt:229356 - http://www.motherjones.com/politics/2017/02/trumps-immigration-detention-center-expansion
RS_2017-02.bz2.deduped.txt:229810 - http://www.motherjones.com/kevin-drum/2017/02/defending-california-once-again
RS_2017-02.bz2.deduped.txt:231540 - http://www.motherjones.com/environment/2017/02/pruitt-speech-epa
RS_2017-02.bz2.deduped.txt:231856 - http://m.motherjones.com/environment/2017/02/pruitt-speech-epa
RS_2017-02.bz2.deduped.txt:232966 - http://www.motherjones.com/politics/2017/02/trump-deportation-memo-homeland-security-kelly
RS_2017-02.bz2.deduped.txt:234337 - http://www.motherjones.com/politics/2016/10/trump-files-man-correctly-predicted-trumps-failures-so-donald-had-him-fired
RS_2017-02.bz2.deduped.txt:237400 - http://www.motherjones.com/politics/2017/02/sessions-justice-department-violence-against-women-act-enforcement
RS_2017-02.bz2.deduped.txt:239453 - http://m.motherjones.com/politics/2017/02/republican-town-halls-anger-donald-trump
RS_2017-02.bz2.deduped.txt:239725 - http://www.motherjones.com/environment/2017/02/donald-trump-scott-pruitt-epa-employee-resist
RS_2017-02.bz2.deduped.txt:241539 - http://www.motherjones.com/environment/2011/11/tyrone-hayes-atrazine-syngenta-feud-frog-endangered
RS_2017-02.bz2.deduped.txt:242891 - http://www.motherjones.com/environment/2017/02/new-epa-head-scott-pruitts-emails-reveal-close-ties-fossil-fuel-interests
RS_2017-02.bz2.deduped.txt:243099 - http://m.motherjones.com/environment/2017/02/new-epa-head-scott-pruitts-emails-reveal-close-ties-fossil-fuel-interests
RS_2017-02.bz2.deduped.txt:246024 - http://www.motherjones.com/politics/2017/02/trump-administration-rolls-back-protections-transgender-students
RS_2017-02.bz2.deduped.txt:249551 - http://www.motherjones.com/politics/2017/02/sam-brownback-kansas-tax-cuts-donald-trumo
RS_2017-02.bz2.deduped.txt:249754 - http://www.motherjones.com/politics/2017/02/does-trump-have-mystery-creditor
RS_2017-02.bz2.deduped.txt:250513 - http://www.motherjones.com/politics/2017/02/sam-brownback-kansas-tax-cuts-donald-trump
RS_2017-02.bz2.deduped.txt:253572 - http://www.motherjones.com/politics/2017/02/cpac-alt-right-steve-bannon
RS_2017-02.bz2.deduped.txt:254393 - http://m.motherjones.com/politics/2017/02/does-trump-have-mystery-creditor
RS_2017-02.bz2.deduped.txt:255952 - http://www.motherjones.com/politics/2017/02/sheriff-david-clarke-sanctuary-cities
RS_2017-02.bz2.deduped.txt:256757 - http://www.motherjones.com/politics/2017/02/department-justice-just-announced-it-will-start-using-private-prisons-again

RS_2017-02.bz2.deduped.txt:258338 - http://www.motherjones.com/kevin-drum/2017/02/now-happy-retirement-john-boehner-admits-republicans-will-never-agree-obamacare-repeal
RS_2017-02.bz2.deduped.txt:262089 - http://www.motherjones.com/politics/2017/02/gabby-giffords-louie-gohmert-town-halls-2011-shooting
RS_2017-02.bz2.deduped.txt:262169 - http://www.motherjones.com/environment/2017/02/senator-who-voted-pruitt-facing-backlash
RS_2017-02.bz2.deduped.txt:262574 - http://motherjones.com/environment/2017/02/senator-who-voted-pruitt-facing-backlash
RS_2017-02.bz2.deduped.txt:262602 - http://www.motherjones.com/politics/2017/02/federal-election-commission-republicans-mother-jones
RS_2017-02.bz2.deduped.txt:264032 - http://www.motherjones.com/media/2017/02/new-yorker-cover-trump-russia-putin
RS_2017-02.bz2.deduped.txt:266482 - http://www.motherjones.com/politics/2017/02/trump-lashes-out-negative-media-coverage-cpac-speech
RS_2017-02.bz2.deduped.txt:267261 - http://www.motherjones.com/kevin-drum/2017/02/trump-kicks-news-orgs-out-todays-press-briefing
RS_2017-02.bz2.deduped.txt:268492 - http://www.motherjones.com/politics/2017/02/trump-administration-border-wall-bids
RS_2017-02.bz2.deduped.txt:271264 - http://www.motherjones.com/politics/2017/02/cpac-obamacare-mike-burgess-health-insurance
RS_2017-02.bz2.deduped.txt:271290 - http://motherjones.com/politics/2017/02/los-angeles-ice-police-lapd
RS_2017-02.bz2.deduped.txt:271401 - http://www.motherjones.com/kevin-drum/2017/02/leaked-dhs-doc-says-trumps-seven-countries-arent-very-dangerous
RS_2017-02.bz2.deduped.txt:271449 - http://www.motherjones.com/kevin-drum/2017/02/theres-only-one-big-thing-matters-about-upcoming-republican-health-care-plan
RS_2017-02.bz2.deduped.txt:273450 - http://www.motherjones.com/politics/2017/02/los-angeles-ice-police-lapd
RS_2017-02.bz2.deduped.txt:273915 - http://www.motherjones.com/media/2017/02/buzzing-sill-peter-van-agtmael-magnum
RS_2017-02.bz2.deduped.txt:276263 - http://www.motherjones.com/politics/2017/02/tom-perez-dnc-chair
RS_2017-02.bz2.deduped.txt:276717 - http://m.motherjones.com/kevin-drum/2017/02/leaked-dhs-doc-says-trumps-seven-countries-arent-very-dangerous
RS_2017-02.bz2.deduped.txt:277521 - http://www.motherjones.com/kevin-drum/2017/02/tom-perez-wins-race-dnc-chair
RS_2017-02.bz2.deduped.txt:289200 - http://www.motherjones.com/politics/2017/02/congress-intelligence-committees-trump-russia
RS_2017-02.bz2.deduped.txt:290794 - http://www.motherjones.com/kevin-drum/2017/02/computers-have-revolutionized-gerrymandering-supreme-court-should-take-notice
RS_2017-02.bz2.deduped.txt:290846 - http://www.motherjones.com/environment/2017/02/politicians-are-fast-learning-how-bring-climate-denial-classroom-under-trump
RS_2017-02.bz2.deduped.txt:295992 - http://www.motherjones.com/politics/2017/02/donald-trump-sells-park-avenue-penthouse-angela-chen

RS_2017-02.bz2.deduped.txt:297653 - http://m.motherjones.com/environment/2017/02/trump-just-dropped-food-safety-bombshell-leaked-audio
RS_2017-02.bz2.deduped.txt:297721 - http://www.motherjones.com/environment/2017/02/trump-just-dropped-food-safety-bombshell-leaked-audio
RS_2017-02.bz2.deduped.txt:300621 - http://www.motherjones.com/politics/2017/02/congress-russia-trump-nadler-republicans-house
RS_2017-02.bz2.deduped.txt:301261 - http://www.motherjones.com/politics/2017/02/donald-trump-deportation-police-program
RS_2017-02.bz2.deduped.txt:302189 - http://www.motherjones.com/politics
RS_2017-02.bz2.deduped.txt:305928 - http://www.motherjones.com/politics/2017/02/these-democrats-are-going-door-door-asking-trump-voters-simple-question
RS_2017-02.bz2.deduped.txt:306331 - http://m.motherjones.com/politics/2017/02/jeff-sessions-promise-protect-civil-rights-voting-rights-texas
RS_2015-07.bz2.deduped.txt:3252 - http://www.motherjones.com/politics/2015/06/texas-abortion-fight-supreme-court
RS_2015-07.bz2.deduped.txt:3569 - http://www.motherjones.com/politics/2015/06/supreme-court-liberal-conservative
RS_2015-07.bz2.deduped.txt:4443 - http://www.motherjones.com/politics/2015/07/hillary-clinton-emails-greta-van-susteren-leslie-gelb
RS_2015-07.bz2.deduped.txt:5232 - http://www.motherjones.com/politics/2015/06/jeb-bush-right-to-rise-mike-murphy
RS_2015-07.bz2.deduped.txt:7544 - http://www.motherjones.com/politics/2015/06/columbia-finally-stopped-giving-money-private-prisons
RS_2015-07.bz2.deduped.txt:7554 - http://www.motherjones.com/politics/2015/05/tech-industry-diversity-jesse-jackson
RS_2015-07.bz2.deduped.txt:10572 - http://m.motherjones.com/mojo/2015/07/read-the-bill-president-guacamole
RS_2015-07.bz2.deduped.txt:11150 - http://www.motherjones.com/media/2013/05/irrational-games-bioshock-infinite-creator-ken-levine-interview
RS_2015-07.bz2.deduped.txt:12030 - http://www.motherjones.com/politics/2015/06/public-schools-racist-confederate-names
RS_2015-07.bz2.deduped.txt:12805 - http://www.motherjones.com/politics/2015/07/usaid-afghanistan-health-care-facilities-location
RS_2015-07.bz2.deduped.txt:12891 - http://www.motherjones.com/kevin-drum/2015/07/theres-more-kumbaya-just-getting-liberals-and-conservatives-agree
RS_2015-07.bz2.deduped.txt:14105 - http://motherjones.com/politics/2015/07/donald-trump-war-george-pataki-twitter-immigrants-mexico
RS_2015-07.bz2.deduped.txt:14453 - http://www.motherjones.com/environment/2015/07/bp-deepwater-gulf-fine
RS_2015-07.bz2.deduped.txt:19457 - http://www.motherjones.com/blue-marble/2015/07/your-grills-smoky-truth
RS_2015-07.bz2.deduped.txt:19817 - http://www.motherjones.com/politics/2015/07/gun-violence-research-cdc-boehner
RS_2015-07.bz2.deduped.txt:32117 - http://www.motherjones.com/environment/2015/05/air-pollution-dementia-alzheimers-

brain?utm_content=buffer16a45&utm_medium=social&utm_source=twitter.com&utm_campaign=buffer

RS_2015-07.bz2.deduped.txt:34153 - http://www.motherjones.com/environment/2015/07/stop-buying-bulk

RS_2015-07.bz2.deduped.txt:34159 - http://www.motherjones.com/kevin-drum/2015/07/obamacare-rates-may-be-going-significantly-2016-or-maybe-not

RS_2015-07.bz2.deduped.txt:36744 - http://www.motherjones.com/kevin-drum/2015/07/greeces-big-fat-no

RS_2015-07.bz2.deduped.txt:41151 - http://www.motherjones.com/politics/2015/06/motor-city-after-bankruptcy-and-detroiters-left-behind

RS_2015-07.bz2.deduped.txt:41395 - http://www.motherjones.com/environment/2015/06/binge-eating-disorder-vyvanse-adhd

RS_2015-07.bz2.deduped.txt:41988 - http://www.motherjones.com/politics/2015/07/bernie-sanders-vermont-freeman-sexual-freedom-fluoride

RS_2015-07.bz2.deduped.txt:44465 - http://www.motherjones.com/politics/2015/06/common-core-gop-election-2016-confused

RS_2015-07.bz2.deduped.txt:46490 - http://www.motherjones.com/mojo/2015/07/donald-trump-does-not-avoid-women-mandrake

RS_2015-07.bz2.deduped.txt:50273 - http://www.motherjones.com/mojo/2015/07/reddit-victoria-taylor-firing-jesse-jackson-ama

RS_2015-07.bz2.deduped.txt:50747 - http://www.motherjones.com/tom-philpott/2015/06/africa-indigenous-vegetables-superfood

RS_2015-07.bz2.deduped.txt:52734 - http://www.motherjones.com/politics/2015/05/schools-behavior-discipline-collaborative-proactive-solutions-ross-greene

RS_2015-07.bz2.deduped.txt:54151 - http://www.motherjones.com/blue-marble/2015/07/obama-just-made-it-easier-low-income-communities-go-solar

RS_2015-07.bz2.deduped.txt:55778 - http://www.motherjones.com/politics/2015/07/scott-walker-wisconsin-open-records

RS_2015-07.bz2.deduped.txt:60044 - http://www.motherjones.com/politics/2015/05/life-sentence-marijuana-pot-prison-commuted

RS_2015-07.bz2.deduped.txt:60463 - http://m.motherjones.com/politics/2015/05/schools-behavior-discipline-collaborative-proactive-solutions-ross-greene

RS_2015-07.bz2.deduped.txt:60794 - http://www.motherjones.com/environment/2015/07/airbnb-water-california-drought-farmers-swiim

RS_2015-07.bz2.deduped.txt:61226 - http://www.motherjones.com/contributor/2015/07/i-bet-donald-trump-isnt-even-very-good-at-golf

RS_2015-07.bz2.deduped.txt:61888 - http://www.motherjones.com/tom-philpott/2015/07/bacon-jbs-cargill-pork

RS_2015-07.bz2.deduped.txt:63453 - http://www.motherjones.com/politics/2015/07/hillary-clinton-lobbyists-campaign-staff-keystone-lehman

RS_2015-07.bz2.deduped.txt:64922 - http://www.motherjones.com/politics/2015/07/nyse-glitch-hack-china-cia-cyber-isis

RS_2015-07.bz2.deduped.txt:64994 - http://www.motherjones.com/politics/2015/07/martin-omalley-hillary-clinton-debt-free-college

RS_2015-07.bz2.deduped.txt:65126 - http://www.motherjones.com/mojo/2015/07/ron-wyden-just-used-rap-genius-to-troll-james-comey-encryption

RS_2015-07.bz2.deduped.txt:65861 - http://www.motherjones.com/mojo/2015/07/donald-trump-mexican-people-love-me-and-i-love-them

RS_2015-07.bz2.deduped.txt:65898 - http://www.motherjones.com/environment/2015/07/marijuana-energy-denver

RS_2015-07.bz2.deduped.txt:70388 - http://www.motherjones.com/mojo/2015/07/south-carolina-approves-bill-remove-confederate-flag

RS_2015-07.bz2.deduped.txt:70886 - http://www.motherjones.com/mojo/2015/07/death-panel-medicare-conversations-atul-gawande

RS_2015-07.bz2.deduped.txt:72323 - http://www.motherjones.com/politics/2015/07/charleston-obama-guns-background-checks

RS_2015-07.bz2.deduped.txt:72932 - http://www.motherjones.com/politics/2015/07/jeb-bush-americans-work-longer-hours-charts

RS_2015-07.bz2.deduped.txt:75584 - http://www.motherjones.com/politics/2015/07/greek-drachma-euro-roosevelt

RS_2015-07.bz2.deduped.txt:80031 - http://www.motherjones.com/environment/2015/07/climate-change-killing-bumblebees

RS_2015-07.bz2.deduped.txt:82064 - http://www.motherjones.com/politics/2015/07/sanctuary-cities-public-safety-kate-steinle-san-francisco

RS_2015-07.bz2.deduped.txt:84345 - http://www.motherjones.com/politics/2015/07/republicans-and-confederate-flag

RS_2015-07.bz2.deduped.txt:88731 - http://www.motherjones.com/environment/2014/10/microbiome-health-gut-bacteria&

RS_2015-07.bz2.deduped.txt:89075 - http://www.motherjones.com/blue-marble/2015/07/plastics-phthalates-safe-alternatives

RS_2015-07.bz2.deduped.txt:102258 - http://www.motherjones.com/environment/2015/06/recycling-myths-blue-bins

RS_2015-07.bz2.deduped.txt:102478 - http://www.motherjones.com/environment/2015/07/epa-carbon-toxic-ocean-acidification

RS_2015-07.bz2.deduped.txt:104315 - http://www.motherjones.com/politics/2015/07/nasa-pluto-flyby-new-horizons

RS_2015-07.bz2.deduped.txt:106849 - http://m.motherjones.com/mojo/2015/07/elizabeth-warren-federal-government-marijuana-research

RS_2015-07.bz2.deduped.txt:107107 - http://www.motherjones.com/mojo/2015/07/elizabeth-warren-federal-government-marijuana-research

RS_2015-07.bz2.deduped.txt:109840 - http://www.motherjones.com/politics/2015/07/rick-perry-kelcy-warren-super-pac-energy-transfer-partners

RS_2015-07.bz2.deduped.txt:110401 - http://www.motherjones.com/environment/2015/07/dirtiest-power-companies-climate-change

RS_2015-07.bz2.deduped.txt:111991 - http://www.motherjones.com/politics/2015/07/chris-christie-nra-gun-control-domestic-abuse?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2015-07.bz2.deduped.txt:112307 - http://www.motherjones.com/mojo/2015/07/iran-nuclear-deal-reached-betweeen-world-powers

RS_2015-07.bz2.deduped.txt:113228 - http://www.motherjones.com/kevin-drum/2015/07/highways-are-now-being-held-hostage-lower-corporate-taxes

RS_2015-07.bz2.deduped.txt:113987 - http://www.motherjones.com/politics/2015/07/donald-trump-campaign-ad-nazi-soldiers

RS_2015-07.bz2.deduped.txt:115390 - http://www.motherjones.com/politics/1992/09/bush-family-value

RS_2015-07.bz2.deduped.txt:116368 - http://www.motherjones.com/environment/2015/07/pluto-nasa-ted-cruz-new-horizons

RS_2015-07.bz2.deduped.txt:119140 - http://www.motherjones.com/politics/2015/05/silicon-valley-gender-sexism-women-engineers-tracy-chou

RS_2015-07.bz2.deduped.txt:119146 - http://www.motherjones.com/politics/2015/07/insane-story-behind-trumps-nazi-tweet

RS_2015-07.bz2.deduped.txt:120878 - http://www.motherjones.com/politics/2015/07/al-franken-lgbt-school-harassment

RS_2015-07.bz2.deduped.txt:122987 - http://www.motherjones.com/mojo/2015/07/its-hard-out-here-lincoln-chafee

RS_2015-07.bz2.deduped.txt:126481 - http://www.motherjones.com/politics/2015/07/chris-christie-nra-gun-control-domestic-abuse

RS_2015-07.bz2.deduped.txt:126830 - http://m.motherjones.com/politics/2015/07/hillary-clinton-fundraising-bundlers-lobbyists

RS_2015-07.bz2.deduped.txt:126902 - http://www.motherjones.com/politics/2015/07/hillary-clinton-fundraising-bundlers-lobbyists

RS_2015-07.bz2.deduped.txt:127667 - http://www.motherjones.com/environment/2015/07/no-earth-not-heading-mini-ice-age

RS_2015-07.bz2.deduped.txt:129910 - http://www.motherjones.com/mojo/2015/07/former-reddit-ceo-gun-dealers-versus-trolls

RS_2015-07.bz2.deduped.txt:131133 - http://www.motherjones.com/politics/2015/07/no-child-left-behind-rewrite-congress-accountability-tests

RS_2015-07.bz2.deduped.txt:131197 - http://www.motherjones.com/mojo/2015/07/obama-bill-cosby-rape-comments

RS_2015-07.bz2.deduped.txt:131515 - http://www.motherjones.com/mojo/2015/07/planned-parenthood-video

RS_2015-07.bz2.deduped.txt:131946 - http://motherjones.com/politics/2015/07/bernie-sanders-jeff-weaver-victory-comics

RS_2015-07.bz2.deduped.txt:132739 - http://www.motherjones.com/politics/2015/07/bernie-sanders-jeff-weaver-victory-comics

RS_2015-07.bz2.deduped.txt:136648 - http://www.motherjones.com/kevin-drum/2015/07/americas-best-poverty-fighting-tool-may-be-even-better-we-thought

RS_2015-07.bz2.deduped.txt:136963 - http://www.motherjones.com/politics/2015/07/scott-walker-texas-fundraising-2016

RS_2015-07.bz2.deduped.txt:137862 - http://www.motherjones.com/politics/2015/07/wisconsin-supreme-court-kills-scott-walker-investigation

RS_2015-07.bz2.deduped.txt:140375 - http://www.motherjones.com/politics/2015/07/ben-carson-campaign-private-jets-luxury-hotels

RS_2015-07.bz2.deduped.txt:141919 - http://www.motherjones.com/politics/2015/07/jeb-bush-beating-hillary-clinton-goldman-sachs-primary

RS_2015-07.bz2.deduped.txt:142396 - http://www.motherjones.com/kevin-drum/2015/07/do-you-live-fuck-state-or-shit-state
RS_2015-07.bz2.deduped.txt:144485 - http://motherjones.com/politics/2015/07/puerto-rico-independent-statehood-colony-hedge-fund-debt
RS_2015-07.bz2.deduped.txt:147758 - http://www.motherjones.com/environment/2015/07/meat-sustainability-fertilizer-feed
RS_2015-07.bz2.deduped.txt:153112 - http://www.motherjones.com/politics/2015/07/heres-why-huffington-post-wrong-about-donald-trump
RS_2015-07.bz2.deduped.txt:153537 - http://www.motherjones.com/mojo/2015/07/donald-trump-john-mccain-captured
RS_2015-07.bz2.deduped.txt:153562 - http://www.motherjones.com/environment/2015/07/these-companies-profit-unhealthy-school-lunches
RS_2015-07.bz2.deduped.txt:153665 - http://www.motherjones.com/kevin-drum/2015/07/oregon-sensibly-votes-make-oral-contraceptives-available-without-prescription
RS_2015-07.bz2.deduped.txt:156795 - http://www.motherjones.com/politics/2015/07/native-americans-getting-shot-police
RS_2015-07.bz2.deduped.txt:159507 - http://www.motherjones.com/tom-philpott/2015/07/california-groundwater-not-just-vanishing-also-widely-contaminated
RS_2015-07.bz2.deduped.txt:161699 - http://www.motherjones.com/politics/2015/07/yelp-slapp-lawsuit-legislation-speak-free-act
RS_2015-07.bz2.deduped.txt:167872 - http://www.motherjones.com/environment/2015/07/john-kasich-climate-change
RS_2015-07.bz2.deduped.txt:167915 - http://www.motherjones.com/blue-marble/2015/07/us-chamber-of-commerce-tobacco-companies
RS_2015-07.bz2.deduped.txt:168056 - http://www.motherjones.com/kevin-drum/2015/07/trump-takes-big-gop-lead-plummets-after-mccain-remarks
RS_2015-07.bz2.deduped.txt:168678 - http://motherjones.com/environment/2015/07/john-kasich-climate-change
RS_2015-07.bz2.deduped.txt:171430 - http://www.motherjones.com/mixed-media/2015/07/donald-trump-jeffrey-macdonald
RS_2015-07.bz2.deduped.txt:173065 - http://www.motherjones.com/blue-marble/2015/07/martin-omalley-totally-right-about-isis-and-climate-change
RS_2015-07.bz2.deduped.txt:173250 - http://www.motherjones.com/politics/2015/07/child-brain-poverty-academic-achievement
RS_2015-07.bz2.deduped.txt:174030 - http://www.motherjones.com/politics/2015/07/donald-trump-insult-generator
RS_2015-07.bz2.deduped.txt:174975 - http://www.motherjones.com/politics/2015/07/sandra-bland-police-dash-cam-video-texas
RS_2015-07.bz2.deduped.txt:175588 - http://www.motherjones.com/politics/2015/07/basin-range-national-monument-republican-opposition-carson-bush
RS_2015-07.bz2.deduped.txt:179723 - http://m.motherjones.com/politics/2015/07/donald-trump-insult-generator?tmp=13&0=4&1=8&2=0&3=0&4=12&5=9&6=20&7=3&8=0
RS_2015-07.bz2.deduped.txt:181263 - http://www.motherjones.com/mojo/2015/07/ben-carson-says-prisons-are-too-comfy

RS_2015-07.bz2.deduped.txt:183930 - http://www.motherjones.com/politics/2015/07/video-nypd-beat-black-man-hands

RS_2015-07.bz2.deduped.txt:184920 - http://motherjones.com/environment/2015/07/hillary-clinton-bundlers-fossil-fuel-lobbyists

RS_2015-07.bz2.deduped.txt:187302 - http://www.motherjones.com/tom-philpott/2015/07/drought-salinas-valley-salad-greens

RS_2015-07.bz2.deduped.txt:187379 - http://www.motherjones.com/environment/2015/07/earth%E2%80%99s-most-famous-climate-scientist-issues-bombshell-sea-level-warning

RS_2015-07.bz2.deduped.txt:187417 - http://www.motherjones.com/politics/2015/07/donald-trump-baby-kindergarten-teacher

RS_2015-07.bz2.deduped.txt:188818 - http://m.motherjones.com/politics/2015/07/video-nypd-beat-black-man-hands

RS_2015-07.bz2.deduped.txt:190958 - http://www.motherjones.com/kevin-drum/2015/07/benghazi-committee-now-aiming-its-popguns-iran-deal

RS_2015-07.bz2.deduped.txt:194182 - http://www.motherjones.com/environment/2015/07/jeb-bush-wants-eliminate-all-energy-subsidies

RS_2015-07.bz2.deduped.txt:194485 - http://www.motherjones.com/politics/2015/07/equality-act-lgbt-rights-nondiscrimination

RS_2015-07.bz2.deduped.txt:194658 - http://www.motherjones.com/mojo/2015/07/tech-industry-income-inequality

RS_2015-07.bz2.deduped.txt:197151 - http://www.motherjones.com/politics/2015/07/mass-shooting-movie-theater-lafayette

RS_2015-07.bz2.deduped.txt:197191 - http://www.motherjones.com/environment/2015/07/oil-wastewater-fruits-vegetables-farms

RS_2015-07.bz2.deduped.txt:197289 - http://www.motherjones.com/kevin-drum/2015/07/surprise-epas-new-power-plant-rules-arent-going-destroy-america-after-all

RS_2015-07.bz2.deduped.txt:197525 - http://www.motherjones.com/politics/2015/07/traffic-stops-black-people-waller-county

RS_2015-07.bz2.deduped.txt:202545 - http://www.motherjones.com/politics/2015/07/rand-paul-super-pac-whole-foods-pot-company

RS_2015-07.bz2.deduped.txt:203829 - http://www.motherjones.com/kevin-drum/2015/07/medicare-cost-projections-are-down-stunningly-2015-report

RS_2015-07.bz2.deduped.txt:204132 - http://www.motherjones.com/kevin-drum/2015/07/hillary-clinton-takes-aim-capital-gains-taxes-rich

RS_2015-07.bz2.deduped.txt:204673 - http://www.motherjones.com/politics/2015/07/ted-cruz-just-went-ballistic-mitch-mcconnell-senate-floor

RS_2015-07.bz2.deduped.txt:205548 - http://www.motherjones.com/politics/2015/07/sandra-bland-autopsy-custodial-death-report

RS_2015-07.bz2.deduped.txt:207420 - http://www.motherjones.com/environment/2015/07/nuclear-power-renewables-climate-change

RS_2015-07.bz2.deduped.txt:218218 - http://www.motherjones.com/environment/2015/07/fahrenkrug-genetic-modification-gmo-animals

RS_2015-07.bz2.deduped.txt:218271 - http://www.motherjones.com/politics/2015/07/wolf-sheeps-clothing-gov-kasichs-reproductive-rights-record

RS_2015-07.bz2.deduped.txt:218371 - http://www.motherjones.com/politics/2015/07/aclu-lawsuit-public-defense-fresno-california
RS_2015-07.bz2.deduped.txt:219891 - http://www.motherjones.com/politics/2015/07/mike-huckabee-now-goes-11
RS_2015-07.bz2.deduped.txt:221472 - http://www.motherjones.com/environment/2015/07/fahrenkrug-genetic-modification-gmo-animals#misc|uberforpoop
RS_2015-07.bz2.deduped.txt:222077 - http://motherjones.com/blue-marble/2015/07/hillary-clinton-still-wont-take-position-keystone-xl
RS_2015-07.bz2.deduped.txt:223030 - http://www.motherjones.com/kevin-drum/2015/07/added-sugar-your-enemy-not-aspartame
RS_2015-07.bz2.deduped.txt:224848 - http://m.motherjones.com/kevin-drum/2015/07/obamacare-rates-california-will-rise-only-4-2016
RS_2015-07.bz2.deduped.txt:227294 - http://www.motherjones.com/mojo/2015/07/planned-parenthood-reportedly-hacked-3301
RS_2015-07.bz2.deduped.txt:227795 - http://www.motherjones.com/politics/2015/07/gop-debate-cruz-paul-huckabee-trump-santorum
RS_2015-07.bz2.deduped.txt:228002 - http://www.motherjones.com/politics/2015/07/google-low-wage-contract-workers-union
RS_2015-07.bz2.deduped.txt:229168 - http://www.motherjones.com/politics/2015/07/richmond-office-neighborhood-safety-report
RS_2015-07.bz2.deduped.txt:230366 - http://www.motherjones.com/politics/2015/07/john-lott-guns-crime-data
RS_2015-07.bz2.deduped.txt:237993 - http://www.motherjones.com/tom-philpott/2015/07/are-farmers-using-nanotech-fight-superweeds
RS_2015-07.bz2.deduped.txt:238018 - http://www.motherjones.com/blue-marble/2015/07/these-national-parks-have-worst-air-pollution
RS_2015-07.bz2.deduped.txt:245889 - http://www.motherjones.com/blue-marble/2015/07/map-shows-what-san-francisco-bay-will-look-after-sea-level-rise
RS_2015-07.bz2.deduped.txt:246840 - http://www.motherjones.com/kevin-drum/2015/07/opposition-iran-nuclear-deal-just-keeps-getting-weirder-and-weirder
RS_2015-07.bz2.deduped.txt:247450 - http://www.motherjones.com/tom-philpott/2015/07/video-were-hog-producer-world-yay-usa
RS_2015-07.bz2.deduped.txt:250268 - http://www.motherjones.com/politics/2015/07/police-shootings-traffic-stops-excessive-fines
RS_2015-07.bz2.deduped.txt:256202 - http://www.motherjones.com/politics/2015/07/what-we-learned-playing-donald-trump-board-game
RS_2015-07.bz2.deduped.txt:256812 - http://www.motherjones.com/environment/2015/07/drought-5000-californians-dont-have-running-water
RS_2015-07.bz2.deduped.txt:257385 - http://www.motherjones.com/tom-philpott/2015/06/hog-cafo-fumes-deadly
RS_2015-07.bz2.deduped.txt:257811 - http://www.motherjones.com/media/2015/07/skin-game-hunting-polar-bears
RS_2015-07.bz2.deduped.txt:258013 - http://www.motherjones.com/blue-marble/2015/07/activists-dangle-portland-bridge-block-shell-arctic-ship

RS_2015-07.bz2.deduped.txt:261633 - http://www.motherjones.com/politics/2015/07/new-batch-of-hillary-clinton-state-department-emails

RS_2015-07.bz2.deduped.txt:261947 - http://www.motherjones.com/mojo/2015/07/mike-huckabee-federal-troops-abortion

RS_v2_2010-04.xz.deduped.txt:2606 - http://motherjones.com/mojo/2010/03/idaho-republican-rex-rammell-governor-election-miltia

RS_v2_2010-04.xz.deduped.txt:3305 - http://motherjones.com/politics/2010/02/circumcision/rocco-siffredi-penis-circumcision

RS_v2_2010-04.xz.deduped.txt:4298 - http://motherjones.com/blue-marble/2010/04/george-w-bush-wind-guru

RS_v2_2010-04.xz.deduped.txt:4940 - http://motherjones.com/photoessays/2008/07/bolivia-cocaine-trade

RS_v2_2010-04.xz.deduped.txt:5197 - http://motherjones.com/photoessays/2010/02/place-us/place-us

RS_v2_2010-04.xz.deduped.txt:6895 - http://motherjones.com/mojo/2010/04/fear-and-loathing-in-mississippi-fake-prom-lesbian-couple-constance-mcmillen-trans

RS_v2_2010-04.xz.deduped.txt:6898 - http://motherjones.com/politics/2010/03/dana-rohrabacher-afghanistan-war

RS_v2_2010-04.xz.deduped.txt:6901 - http://motherjones.com/environment/2010/03/gm-ck-exploding-pickup

RS_v2_2010-04.xz.deduped.txt:8131 - http://motherjones.com/politics/2010/04/wikileaks-julian-assange-iraq-video

RS_v2_2010-04.xz.deduped.txt:8851 - http://motherjones.com/politics/2010/02/fred-karger-save-gay-marriage?page=1

RS_v2_2010-04.xz.deduped.txt:8982 - http://motherjones.com/kevin-drum/2010/04/rush-vs-npr

RS_v2_2010-04.xz.deduped.txt:9596 - http://motherjones.com/mojo/2010/04/shell-apologizes-niger-delta-yes-men-prank

RS_v2_2010-04.xz.deduped.txt:11631 - http://motherjones.com/kevin-drum/2010/04/texas-mystery

RS_v2_2010-04.xz.deduped.txt:11955 - http://motherjones.com/politics/2010/04/net-neutrality-fcc

RS_v2_2010-04.xz.deduped.txt:14588 - http://motherjones.com/kevin-drum/2010/04/so-hows-economy-doing-anyway

RS_v2_2010-04.xz.deduped.txt:15086 - http://motherjones.com/kevin-drum/2010/04/criminalize-marijuana

RS_v2_2010-04.xz.deduped.txt:15600 - http://motherjones.com/blue-marble/2010/04/which-veggie-burgers-contain-neurotoxin

RS_v2_2010-04.xz.deduped.txt:16685 - http://motherjones.com/politics/2010/04/wikileaks-julian-assange-iraq-video?page=2

RS_v2_2010-04.xz.deduped.txt:17398 - http://motherjones.com/mojo/2010/04/washington-mutual-senate-investigation-levin-killinger-failure-autopsy-april-report

RS_v2_2010-04.xz.deduped.txt:18973 - http://motherjones.com/mojo/2010/04/exxon-mobil-paid-zero-income-tax-offshore%20shelter-wal-mart-general-electric-forbes

RS_v2_2010-04.xz.deduped.txt:19451 - http://motherjones.com/blue-marble/2010/04/veggie-burgers-neurotoxin-

hexane?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones
%2FTheBlueMarble+%28Mother+Jones+%7C+The+Blue+Marble%29&utm_content=Twitter
RS_v2_2010-04.xz.deduped.txt:20061 - http://motherjones.com/kevin-drum/2010/04/chart-day-
bankers-back-saddle
RS_v2_2010-04.xz.deduped.txt:23613 - http://motherjones.com/mojo/2010/04/mexicos-twitter-
crackdown
RS_v2_2010-04.xz.deduped.txt:25797 - http://motherjones.com/environment/2010/04/climate-
desk-climate-change-corporations
RS_v2_2010-04.xz.deduped.txt:25923 - http://motherjones.com/kevin-drum/2010/04/gop-
dilemma
RS_v2_2010-04.xz.deduped.txt:27076 - http://motherjones.com/politics/2007/07/search-john-
doe-no-2-story-feds-never-told-about-oklahoma-city-bombing
RS_v2_2010-04.xz.deduped.txt:29422 - http://motherjones.com/kevin-drum/2010/04/factlet-day
RS_v2_2010-04.xz.deduped.txt:29569 - http://motherjones.com/environment/2010/04/climate-
desk-climate-change-legislation
RS_v2_2010-04.xz.deduped.txt:31995 - http://motherjones.com/mojo/2010/04/mark-fiore-
cartoon-wall-
street?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones
%2Fmojoblog+%28MotherJones.com+%7C+MoJoBlog%29&utm_content=Twitter
RS_v2_2010-04.xz.deduped.txt:33740 - http://motherjones.com/mojo/2010/04/do-you-know-
this-racist-driver-virginia-vanity-license-plate-heil-hitler-confederate-flag-south
RS_v2_2010-04.xz.deduped.txt:36870 - http://motherjones.com/mojo/2010/04/supreme-court-
decide-if-big-business-can-judge-itself
RS_v2_2010-04.xz.deduped.txt:38658 - http://motherjones.com/mojo/2010/04/arizona-other-
crazy-new-law-illegal-immigration-concealed-weapon-permit-gun-nut
RS_v2_2010-04.xz.deduped.txt:38659 - http://motherjones.com/environment/2010/04/climate-
desk-sea-level-rise-epa?page=1
RS_v2_2010-04.xz.deduped.txt:39087 - http://motherjones.com/rights-stuff/2010/04/map-day-
cousin-lovin
RS_v2_2010-04.xz.deduped.txt:40131 - http://motherjones.com/politics/2010/04/what-if-kim-
jong-il-went-tony-sopranos-dentist?page=1
RS_v2_2010-04.xz.deduped.txt:41600 - http://motherjones.com/kevin-drum/2010/04/cap-and-
trade-california
RS_v2_2010-04.xz.deduped.txt:41716 - http://motherjones.com/environment/2010/04/climate-
desk-health-insurance-climate-change
RS_v2_2010-04.xz.deduped.txt:42285 - http://motherjones.com/blue-
marble/2010/04/badvertising-bottled-water-edition
RS_v2_2010-04.xz.deduped.txt:42847 - http://motherjones.com/mojo/2010/04/meanwhile-
europe
RS_v2_2010-04.xz.deduped.txt:43488 - http://motherjones.com/politics/2009/09/fiji-spin-
bottle?page=1
RS_v2_2007-09.xz.deduped.txt:22 - http://www.motherjones.com/news/featurex/2007/08/what-
the-dutch-can-teach-us-about-weathering-hurricanes.html
RS_v2_2007-09.xz.deduped.txt:66 - http://www.motherjones.com/news/feature/2007/09/gay-by-
choice.html

RS_v2_2007-09.xz.deduped.txt:532 -
http://www.motherjones.com/news/featurex/2007/08/katrina-timeline.html
RS_v2_2007-09.xz.deduped.txt:782 -
http://www.motherjones.com/mojoblog/archives/2007/09/5360_enlistment_perk.html
RS_v2_2007-09.xz.deduped.txt:1140 - http://www.motherjones.com/cgi-
bin/print_article.pl?url=http://www.motherjones.com/news/featurex/2007/08/katrina-
timeline.html
RS_v2_2007-09.xz.deduped.txt:3340 -
http://www.motherjones.com/news/outfront/2007/09/black-ops-jungle.html
RS_v2_2007-09.xz.deduped.txt:3647 -
http://www.motherjones.com/mojoblog/archives/2007/09/5417_americans_fight.html
RS_v2_2007-09.xz.deduped.txt:3733 -
http://www.motherjones.com/washington_dispatch/2007/09/Petraeus-for-President.html
RS_v2_2007-09.xz.deduped.txt:3752 -
http://www.motherjones.com/news/feature/2007/09/school_of_shock.html?
RS_v2_2007-09.xz.deduped.txt:5220 -
http://www.motherjones.com/mojoblog/archives/2007/09/5409_white_house_adv.html
RS_v2_2007-09.xz.deduped.txt:5713 -
http://www.motherjones.com/news/outfront/2007/09/doggone-it-people-like-him.html
RS_v2_2007-09.xz.deduped.txt:5811 -
http://www.motherjones.com/mojoblog/archives/2007/09/5476_humor_is_a_form.html
RS_v2_2007-09.xz.deduped.txt:6041 -
http://www.motherjones.com/washington_dispatch/2007/09/abc-debat.html?
RS_v2_2007-09.xz.deduped.txt:6227 -
http://www.motherjones.com/commentary/columns/2007/09/witness.html
RS_v2_2007-09.xz.deduped.txt:6830 -
http://www.motherjones.com/mojoblog/archives/2007/09/5474_subject_to_deba.html
RS_v2_2007-09.xz.deduped.txt:7266 -
http://www.motherjones.com/mojoblog/archives/2007/09/5488_atm_fees_soon_t.html?src=email
&link=hed_20070917_bl3_ATM%20Fees%20Soon%20to%20Surpass%20Minimum%20Wage
RS_v2_2007-09.xz.deduped.txt:7980 - http://motherjones.com/news/feature/2007/09/alexis-
debats-pentagon-links.html
RS_v2_2007-09.xz.deduped.txt:8211 -
http://www.motherjones.com/blue_marble_blog/archives/2007/09/5427_40_percent_of_d.html
RS_v2_2007-09.xz.deduped.txt:8934 -
http://www.motherjones.com/mojoblog/archives/2007/09/5492_bush_to_poor_ki.html
RS_v2_2007-09.xz.deduped.txt:9121 -
http://www.motherjones.com/commentary/columns/2007/09/pentagon-war-spending.html
RS_v2_2007-09.xz.deduped.txt:9551 -
http://www.motherjones.com/mojoblog/archives/2007/09/5520_group_sues_pent.html
RS_v2_2007-09.xz.deduped.txt:11616 -
http://www.motherjones.com/washington_dispatch/2007/09/blackwater-contractors-doug-
brooks.html
RS_v2_2007-09.xz.deduped.txt:12186 -
http://www.motherjones.com/news/exhibit/2007/09/exhibit.html

RS_v2_2007-09.xz.deduped.txt:12191 -
http://www.motherjones.com/mojoblog/archives/2007/09/5555_outsourcing_the.html
RS_v2_2007-09.xz.deduped.txt:12760 - http://www.motherjones.com/cgi-
bin/print_article.pl?url=http://www.motherjones.com/news/exhibit/2007/09/exhibit.html
RS_v2_2007-09.xz.deduped.txt:13809 -
http://www.motherjones.com/news/update/2007/09/Jena-6-right-problem-wrong-protest.html
RS_v2_2007-09.xz.deduped.txt:13850 -
http://www.motherjones.com/mojoblog/archives/2007/09/5612_us_air_raids_in.html
RS_2014-03.bz2.deduped.txt:463 - http://www.motherjones.com/kevin-drum/2014/02/chart-day-
attitudes-toward-gay-marriage-have-changed-about-fast-attitudes-toward-
RS_2014-03.bz2.deduped.txt:919 -
http://www.motherjones.com/environment/2014/02/inquiring-minds-edward-frenkel-math-
doesnt-suck
RS_2014-03.bz2.deduped.txt:2913 - http://www.motherjones.com/blue-marble/2011/01/will-
smart-meters-give-you-cancer
RS_2014-03.bz2.deduped.txt:3000 - http://www.motherjones.com/mojo/2014/02/oscars-
academy-awards-seiu-union-protests
RS_2014-03.bz2.deduped.txt:8859 - http://www.motherjones.com/kevin-drum/2014/03/wee-
prediction-about-ukraine
RS_2014-03.bz2.deduped.txt:9380 - http://m.motherjones.com/environment/2014/02/inquiring-
minds-edward-frenkel-math-doesnt-suck
RS_2014-03.bz2.deduped.txt:11369 - http://www.motherjones.com/kevin-drum/2014/03/no-
vladimir-putin-not-cunning-geopolitical-chess-player
RS_2014-03.bz2.deduped.txt:11837 -
http://www.motherjones.com/environment/2014/02/california-water-system-drought
RS_2014-03.bz2.deduped.txt:11854 - http://www.motherjones.com/blue-marble/2014/02/bill-
nye-marsha-blackburn-climate-meet-the-press
RS_2014-03.bz2.deduped.txt:13089 - http://www.motherjones.com/environment/2014/03/tritan-
certichem-eastman-bpa-free-plastic-safe
RS_2014-03.bz2.deduped.txt:14221 - http://www.motherjones.com/mojo/2014/03/study-
employers-discrimination-pregnant-workers
RS_2014-03.bz2.deduped.txt:14632 - http://www.motherjones.com/mojo/2014/01/koch-
brothers-change-electoral-college-
rules?fb_action_ids=10203386390519314&fb_action_types=og.likes&fb_source=other_multilin
e&action_object_map=%5B823837567642223%5D&action_type_map=%5B%22og.likes%22%
5D&action_ref_map=%5B%5D
RS_2014-03.bz2.deduped.txt:14842 - http://www.motherjones.com/kevin-drum/2014/03/putin-
making-first-move-de-escalate?utm_medium=twitter&utm_source=twitterfeed
RS_2014-03.bz2.deduped.txt:15435 -
http://www.motherjones.com/environment/2014/03/regulatory-capture-bpa-plastic-estrogen-
endocrine-disruptor-feds
RS_2014-03.bz2.deduped.txt:15986 -
http://www.motherjones.com/environment/2014/02/vaccine-denial-psychology-backfire-effect
RS_2014-03.bz2.deduped.txt:16045 - http://m.motherjones.com/environment/2014/02/vaccine-
denial-psychology-backfire-effect

RS_2014-03.bz2.deduped.txt:18215 - http://www.motherjones.com/politics/2014/02/hillary-clinton-documents-single-payer-advocate
RS_2014-03.bz2.deduped.txt:19465 - http://www.motherjones.com/mojo/2014/03/rep-paul-ryan-superficial-critique-federal-poverty-programs
RS_2014-03.bz2.deduped.txt:19828 - http://www.motherjones.com/mixed-media/2012/10/unromantic-truth-vj-kiss-photo
RS_2014-03.bz2.deduped.txt:22697 - http://www.motherjones.com/mojo/2014/02/obama-real-name-american-kill-abdullah-al-shami
RS_2014-03.bz2.deduped.txt:22719 - http://www.motherjones.com/politics/2014/03/us-global-power-imperialism-foreign-policy
RS_2014-03.bz2.deduped.txt:24416 - http://www.motherjones.com/mojo/2014/03/patrick-stewart-obamacare-horror-story-stephen-colbert
RS_2014-03.bz2.deduped.txt:24634 - http://www.motherjones.com/politics/2014/03/ukraine-russia-crimea-stats
RS_2014-03.bz2.deduped.txt:25909 - http://www.motherjones.com/politics/2014/02/map-states-legalize-same-sex-marriage-equality-over-time
RS_2014-03.bz2.deduped.txt:26898 - http://m.motherjones.com/environment/2014/03/tritan-certichem-eastman-bpa-free-plastic-safe
RS_2014-03.bz2.deduped.txt:27027 - http://www.motherjones.com/kevin-drum/2014/03/obamas-response-russia-begins-unfold
RS_2014-03.bz2.deduped.txt:28521 - http://www.motherjones.com/mojo/2014/03/here-truly-wonderful-video-us-militarys-first-drag-show
RS_2014-03.bz2.deduped.txt:29613 - http://www.motherjones.com/blue-marble/2014/03/brendan-nyhan-backfire-effects-facts
RS_2014-03.bz2.deduped.txt:31140 - http://www.motherjones.com/politics/2014/02/state-department-cscc-troll-terrorists-twitter-think-again-turn-away
RS_2014-03.bz2.deduped.txt:34978 - http://www.motherjones.com/kevin-drum/2014/03/why-paul-ryan-attacking-poverty-programs-he-needs-tell-us-loud-and-clear
RS_2014-03.bz2.deduped.txt:36989 - http://www.motherjones.com/mojo/2014/03/wendy-davis-leticia-van-de-putte-texas-primary
RS_2014-03.bz2.deduped.txt:37531 - http://www.motherjones.com/environment/2014/03/caffeine-murray-carpenter-energy-drink-keurig-cup-coffee
RS_2014-03.bz2.deduped.txt:37955 - http://www.motherjones.com/kevin-drum/2014/03/tea-party-still-doing-fine-texas-thankyouverymuch
RS_2014-03.bz2.deduped.txt:38539 - http://www.motherjones.com/politics/2014/03/bobby-jindal-louisiana-governor-religion-gop
RS_2014-03.bz2.deduped.txt:45627 - http://www.motherjones.com/kevin-drum/2014/03/texas-turns-out-be-not-so-miraculous-after-all
RS_2014-03.bz2.deduped.txt:46321 - http://www.motherjones.com/mojo/2014/03/cpac-irs-targeting-scandal-ukraine-russia-invasion
RS_2014-03.bz2.deduped.txt:46430 - http://www.motherjones.com/environment/2014/03/inquiring-minds-jennifer-ouellette-science-of-self
RS_2014-03.bz2.deduped.txt:48504 - http://www.motherjones.com/mojo/2014/03/ralph-reed-compares-obama-george-wallace-cpac

RS_2014-03.bz2.deduped.txt:49168 - http://www.motherjones.com/politics/2014/03/alaska-republican-birth-control-abortion-medicaid

RS_2014-03.bz2.deduped.txt:50660 - http://www.motherjones.com/politics/2014/03/alaska-republican-birth-control-abortion-medicaid?google_editors_picks=true

RS_2014-03.bz2.deduped.txt:51036 - http://www.motherjones.com/kevin-drum/2014/03/george-bush-lost-entire-generation-republican-party

RS_2014-03.bz2.deduped.txt:51744 - http://www.motherjones.com/mojo/2014/03/cpac-digging-entrepreneurship-panel-curves-gary-heavin

RS_2014-03.bz2.deduped.txt:52589 - http://www.motherjones.com/politics/2014/03/when-did-cpac-get-so-normal

RS_2014-03.bz2.deduped.txt:53257 - http://www.motherjones.com/environment/2014/03/four-ways-ukraine-crisis-all-about-energy

RS_2014-03.bz2.deduped.txt:54256 - http://www.motherjones.com/kevin-drum/2014/03/sanctions-against-putin-wont-do-much-crimea-we-should-impose-them-anyway

RS_2014-03.bz2.deduped.txt:54458 - http://www.motherjones.com/kevin-drum/2014/02/americas-cities-are-real-america?utm_medium=twitter&utm_source=twitterfeed

RS_2014-03.bz2.deduped.txt:54471 - http://www.motherjones.com/kevin-drum/2014/02/walmarts-core-customer-base-doing-poorly

RS_2014-03.bz2.deduped.txt:60388 - http://m.motherjones.com/mojo/2014/03/ukraine-crimea-putin-invasion-international-law

RS_2014-03.bz2.deduped.txt:62533 - http://www.motherjones.com/kevin-drum/2014/03/obamacare-rate-shock-probably-affects-about-1-percent-country

RS_2014-03.bz2.deduped.txt:62871 - http://www.motherjones.com/politics/2014/03/scott-lively-anti-gay-law-uganda

RS_2014-03.bz2.deduped.txt:64614 - http://www.motherjones.com/politics/2014/03/rap-lyrics-trial

RS_2014-03.bz2.deduped.txt:64984 - http://www.motherjones.com/kevin-drum/2014/02/americas-cities-are-real-america

RS_2014-03.bz2.deduped.txt:66205 - http://www.motherjones.com/kevin-drum/2014/03/chart-day-ranks-uninsured-are-dropping

RS_2014-03.bz2.deduped.txt:68050 - http://www.motherjones.com/media/2013/09/women-conductors-gap-charts-marin-alsop-proms

RS_2014-03.bz2.deduped.txt:68760 - http://www.motherjones.com/environment/2014/03/california-water-suck?utm_source=nextdraft&utm_medium=email

RS_2014-03.bz2.deduped.txt:69302 - http://www.motherjones.com/kevin-drum/2014/03/if-democrats-want-appeal-working-class-they-really-need-some-policies-benefit-wor

RS_2014-03.bz2.deduped.txt:70656 - http://www.motherjones.com/politics/2014/03/financial-firm-diversity-jobs

RS_2014-03.bz2.deduped.txt:72534 - http://www.motherjones.com/politics/2014/03/attorney-general-alaska-sexual-assault

RS_2014-03.bz2.deduped.txt:73242 - http://www.motherjones.com/politics/2014/03/scott-lively-anti-gay-law-uganda?page=1

RS_2014-03.bz2.deduped.txt:73249 - http://www.motherjones.com/kevin-drum/2014/03/dianne-feinstein-upset-cia-spying-dianne-feinstein

RS_2014-03.bz2.deduped.txt:73574 - http://www.motherjones.com/politics/2014/03/dianne-feinstein-cia-intelligence-committee-constitutional-crisis
RS_2014-03.bz2.deduped.txt:74089 - http://www.motherjones.com/mojo/2014/03/here-president-obamas-between-two-ferns-interview-zach-galifianakis
RS_2014-03.bz2.deduped.txt:75726 - http://www.motherjones.com/mojo/2014/03/angela-corey-florida-death-row
RS_2014-03.bz2.deduped.txt:79573 - http://www.motherjones.com/mojo/2014/03/nc-senate-candidate-says-planned-parenthood-wants-kill-newborns
RS_2014-03.bz2.deduped.txt:82387 - http://www.motherjones.com/environment/2014/03/a1-milk-a2-milk-america
RS_2014-03.bz2.deduped.txt:82793 - http://www.motherjones.com/politics/2014/03/iran-hostage-hikers-iraq-prisoners
RS_2014-03.bz2.deduped.txt:86000 - http://www.motherjones.com/politics/2014/03/iran-hostage-hikers-iraq-prisoners?page=1
RS_2014-03.bz2.deduped.txt:86621 - http://www.motherjones.com/mojo/2014/03/georgia-guns-concealed-carry-stand-your-ground
RS_2014-03.bz2.deduped.txt:86785 - http://www.motherjones.com/mojo/2014/03/feinstein-cia-misled-congress-torture
RS_2014-03.bz2.deduped.txt:86846 - http://www.motherjones.com/politics/2014/03/nigeria-anti-gay-law-hiv
RS_2014-03.bz2.deduped.txt:87451 - http://www.motherjones.com/mojo/2014/03/california-police-chiefs-regulation-medical-marijuana
RS_2014-03.bz2.deduped.txt:90091 - http://www.motherjones.com/politics/2014/03/us-africa-military-operation-obscure
RS_2014-03.bz2.deduped.txt:94333 - http://www.motherjones.com/politics/2009/05/conspiracy-watch-operation-couch-potato
RS_2014-03.bz2.deduped.txt:94822 - http://www.motherjones.com/tom-philpott/2014/03/land-grabs-not-just-africa-anymore
RS_2014-03.bz2.deduped.txt:94857 - http://www.motherjones.com/environment/2014/03/neil-degrasse-tyson-inquiring-minds-cosmos
RS_2014-03.bz2.deduped.txt:94932 - http://www.motherjones.com/politics/2014/02/elizabeth-warren-consumer-financial-protection-bureau
RS_2014-03.bz2.deduped.txt:97405 - http://www.motherjones.com/environment/2014/03/icf-international-contractor-evaluated-keystone-report-state-department-conflict-interest-transcanada
RS_2014-03.bz2.deduped.txt:98618 - http://www.motherjones.com/mojo/2014/03/rand-paul-flip-flop-russia-ukraine-georgia
RS_2014-03.bz2.deduped.txt:100911 - http://www.motherjones.com/politics/2014/03/christopher-hitchens-1981-profile-anthony-benn
RS_2014-03.bz2.deduped.txt:102740 - http://www.motherjones.com/mojo/2014/03/650-cases-misconduct-justice-department-immigration
RS_2014-03.bz2.deduped.txt:103500 - http://motherjones.com/mojo/2014/03/650-cases-misconduct-justice-department-immigration
RS_2014-03.bz2.deduped.txt:103510 - http://www.motherjones.com/kevin-drum/2014/03/us-announces-plan-give-control-over-internet-plumbing
RS_2014-03.bz2.deduped.txt:103912 - http://m.motherjones.com/mojo/2014/03/mcdonalds-wage-theft-lawsuit

RS_2014-03.bz2.deduped.txt:115391 - http://www.motherjones.com/mojo/2014/03/scott-brown-new-hampshire-senate-jeanne-shaheen

RS_2014-03.bz2.deduped.txt:115431 - http://www.motherjones.com/environment/2014/03/marijuana-weed-pot-farming-environmental-impacts

RS_2014-03.bz2.deduped.txt:115482 - http://www.motherjones.com/environment/2014/03/marijuana-pot-weed-statistics-climate-change

RS_2014-03.bz2.deduped.txt:117903 - http://www.motherjones.com/blue-marble/2014/03/science-deniers-cosmos-neil-tyson

RS_2014-03.bz2.deduped.txt:123259 - http://www.motherjones.com/environment/2014/03/guide-estrogen-common-plastics-bpa

RS_2014-03.bz2.deduped.txt:124118 - http://www.motherjones.com/kevin-drum/2014/03/republicans-offer-new-health-care-propoz-z-z-zal

RS_2014-03.bz2.deduped.txt:124799 - http://www.motherjones.com/kevin-drum/2014/03/france-threatens-cancel-russian-ship-contract-over-crimea-annexation

RS_2014-03.bz2.deduped.txt:125329 - http://www.motherjones.com/kevin-drum/2014/03/democrats-are-world-hurt-if-they-keep-running-obamacare

RS_2014-03.bz2.deduped.txt:128668 - http://www.motherjones.com/kevin-drum/2014/03/how-mismanagement-gmo-corn-created-super-predator

RS_2014-03.bz2.deduped.txt:128791 - http://www.motherjones.com/politics/2014/03/hillary-clinton-mark-penn-2016?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2014-03.bz2.deduped.txt:128900 - http://www.motherjones.com/mojo/2014/03/house-gops-new-health-care-proposal-promises-insurance-industry-windfall

RS_2014-03.bz2.deduped.txt:130545 - http://www.motherjones.com/mojo/2014/03/house-gops-new-health-care-proposal-promises-insurance-industry-windfall?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+Motherjones%2Fmojoblog+%28MotherJones.com+|+MoJoBlog%29

RS_2014-03.bz2.deduped.txt:131603 - http://www.motherjones.com/politics/2014/03/ice-sexual-abuse-immigrant-detention-oversight

RS_2014-03.bz2.deduped.txt:132410 - http://www.motherjones.com/politics/2014/03/hillary-clinton-mark-penn-2016

RS_2014-03.bz2.deduped.txt:132467 - http://www.motherjones.com/blue-marble/2014/03/coffee-k-cups-green-mountain-polystyrene-plastic?utm_content=buffer9e68a&utm_medium=social&utm_source=facebook.com&utm_campaign=buffer

RS_2014-03.bz2.deduped.txt:133471 - http://www.motherjones.com/mojo/2014/03/house-gops-new-health-care-proposal-promises-insurance-industry-windfallt

RS_2014-03.bz2.deduped.txt:136482 - http://m.motherjones.com/blue-marble/2014/03/science-deniers-cosmos-neil-tyson

RS_2014-03.bz2.deduped.txt:137333 - http://www.motherjones.com/blue-marble/2014/03/coffee-k-cups-green-mountain-polystyrene-plastic

RS_2014-03.bz2.deduped.txt:139964 - http://www.motherjones.com/politics/2014/03/malaysia-airlines-pilot-rejected-boston-marathon-conspiracy-theory

RS_2014-03.bz2.deduped.txt:142167 - http://www.motherjones.com/mojo/2014/03/lawmakers-sanctions-russia-twitter

RS_2014-03.bz2.deduped.txt:144397 - http://www.motherjones.com/politics/2014/03/what-i-learned-from-nigerian-scammers

RS_2014-03.bz2.deduped.txt:145689 - http://www.motherjones.com/politics/2014/03/hobby-lobby-supreme-court-obamacare

RS_2014-03.bz2.deduped.txt:149492 - http://www.motherjones.com/politics/2014/03/alaska-gop-pregnancy-tests-bars-birth-control

RS_2014-03.bz2.deduped.txt:152917 - http://www.motherjones.com/politics/2014/03/kids-pot-marijuana-concentrates-vape-pens-hookahs-e-cigarettes

RS_2014-03.bz2.deduped.txt:153080 - http://www.motherjones.com/mojo/2014/03/andy-kroll-bill-moyers-midterm-koch-brothers-election

RS_2014-03.bz2.deduped.txt:153326 - http://www.motherjones.com/politics/2014/03/ncaa-bracket-march-madness-money

RS_2014-03.bz2.deduped.txt:155164 - http://www.motherjones.com/environment/2014/03/hog-wild-factory-farms-are-poisoning-iowas-drinking-water

RS_2014-03.bz2.deduped.txt:159983 - http://www.motherjones.com/kevin-drum/2014/03/chart-day-republicans-stick-together-no-matter-what-kind-district-they-represent?utm_medium=twitter&utm_source=twitterfeed

RS_2014-03.bz2.deduped.txt:161500 - http://www.motherjones.com/politics/2014/03/map-gay-marriage-now-legal-17-states

RS_2014-03.bz2.deduped.txt:161914 - http://www.motherjones.com/environment/2014/03/climate-change-malaysia-airlines-370-search

RS_2014-03.bz2.deduped.txt:163023 - http://www.motherjones.com/kevin-drum/2014/03/chart-day-republicans-stick-together-no-matter-what-kind-district-they-represent

RS_2014-03.bz2.deduped.txt:163458 - http://www.motherjones.com/environment/2014/03/animal-abuse-coyote-call-of-the-wildman-animal-planet

RS_2014-03.bz2.deduped.txt:163523 - http://www.motherjones.com/environment/2014/03/scientists-slam-fda-study-bpa

RS_2014-03.bz2.deduped.txt:165623 - http://www.motherjones.com/politics/2014/03/chevron-super-pac-fec-pay-play

RS_2014-03.bz2.deduped.txt:166390 - http://www.motherjones.com/environment/2014/03/neil-tyson-cosmos-comets-creationists

RS_2014-03.bz2.deduped.txt:168034 - http://www.motherjones.com/politics/2014/03/hobby-lobby-supreme-court-obamacare?fb_action_ids=10201366217869517&fb_action_types=og.likes

RS_2014-03.bz2.deduped.txt:170895 - http://www.motherjones.com/kevin-drum/2014/03/obama-proposes-end-nsa-phone-records-program

RS_2014-03.bz2.deduped.txt:171576 - http://www.motherjones.com/politics/2014/03/elizabeth-warren-book-senate-cfpb

RS_2014-03.bz2.deduped.txt:172335 - http://www.motherjones.com/politics/2014/03/liberal-states-are-healthier

RS_2014-03.bz2.deduped.txt:172403 - http://www.motherjones.com/politics/2014/03/kathryn-edin-poverty-research-fatherhood

RS_2014-03.bz2.deduped.txt:174040 - http://www.motherjones.com/politics/2014/03/10-poverty-myths-busted

RS_2014-03.bz2.deduped.txt:176298 - http://www.motherjones.com/mojo/2014/03/sen-feinstein-nsa-phone-records

RS_2014-03.bz2.deduped.txt:176769 - http://m.motherjones.com/node/248051

RS_2014-03.bz2.deduped.txt:179768 - http://www.motherjones.com/environment/2014/03/british-columbia-carbon-tax-sanity

RS_2014-03.bz2.deduped.txt:180001 - http://www.motherjones.com/politics/2014/03/pot-industry-digital-currency-potcoin?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2014-03.bz2.deduped.txt:180103 - http://www.motherjones.com/politics/2014/03/pot-industry-digital-currency-potcoin

RS_2014-03.bz2.deduped.txt:180117 - http://www.motherjones.com/blue-marble/2014/03/animal-planet-abuse-outrage-facebook-twitter

RS_2014-03.bz2.deduped.txt:180190 - http://www.motherjones.com/media/2014/03/china-factory-farm-america-pork

RS_2014-03.bz2.deduped.txt:180224 - http://www.motherjones.com/mojo/2014/03/banks-california-atm-fees-welfare-benefits

RS_2014-03.bz2.deduped.txt:180264 - http://motherjones.com/environment/2014/03/british-columbia-carbon-tax-sanity

RS_2014-03.bz2.deduped.txt:180852 - http://www.motherjones.com/environment/2014/03/british-columbia-carbon-tax-sanity?google_editors_picks=true

RS_2014-03.bz2.deduped.txt:182601 - http://www.motherjones.com/environment/2014/03/british-columbia-carbon-tax-sanity?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2014-03.bz2.deduped.txt:182635 - http://www.motherjones.com/print/247291

RS_2014-03.bz2.deduped.txt:182702 - http://www.motherjones.com/kevin-drum/2014/03/narrow-networks-are-going-bite-lot-obamacare-customers

RS_2014-03.bz2.deduped.txt:185937 - http://www.motherjones.com/politics/2014/03/northwestern-college-football-union-ncaa

RS_2014-03.bz2.deduped.txt:188417 - http://www.motherjones.com/environment/2014/03/sasol-mossville-louisiana

RS_2014-03.bz2.deduped.txt:188453 - http://www.motherjones.com/mixed-media/2014/03/noah-film-darren-aronofsky-russell-crowe-controversies-bans-fox-news

RS_2014-03.bz2.deduped.txt:188798 - http://motherjones.com/politics/2014/03/liberal-states-are-healthier

RS_2014-03.bz2.deduped.txt:190455 - http://www.motherjones.com/politics/2014/03/paul-ryan-inner-cities-problem

RS_2014-03.bz2.deduped.txt:190508 - http://www.motherjones.com/politics/2014/03/laos-vietnam-war-us-bombing-uxo

RS_2014-03.bz2.deduped.txt:190726 - http://www.motherjones.com/blue-marble/2014/03/science-says-beer-marinade-could-prevent-cancer

RS_2014-03.bz2.deduped.txt:192044 - http://www.motherjones.com/documents/1097972-colorado-anti-vaccination-crackdown-bill

RS_2014-03.bz2.deduped.txt:192885 - http://www.motherjones.com/mojo/2014/03/donald-rumsfeld-errol-morris-unknown-known

RS_2014-03.bz2.deduped.txt:194209 - http://www.motherjones.com/politics/2014/03/us-military-africa-mission-presence

RS_2014-03.bz2.deduped.txt:196717 - http://www.motherjones.com/politics/2014/03/poverty-myths-debunked-again

RS_2014-03.bz2.deduped.txt:197410 - http://www.motherjones.com/mojo/2014/03/case-carpetbagging-scott-brown-new-hampshire

RS_2014-03.bz2.deduped.txt:198272 - http://www.motherjones.com/politics/2014/03/turkey-facebook-youtube-twitter-blocked

RS_2014-03.bz2.deduped.txt:199915 - http://www.motherjones.com/kevin-drum/2014/03/quote-day-i-have-thank-obamacare-saving-my-life

RS_2014-03.bz2.deduped.txt:204981 - http://www.motherjones.com/kevin-drum/2014/03/raw-data-2017-obamacare-will-be-covering-36-million-people

RS_2014-03.bz2.deduped.txt:205000 - http://www.motherjones.com/environment/2014/03/white-house-methane-fracking

RS_2014-03.bz2.deduped.txt:212618 - http://www.motherjones.com/environment/2014/03/inquiring-minds-ethan-perlstein-postdocalypse

RS_2014-03.bz2.deduped.txt:213314 - http://www.motherjones.com/environment/2014/03/ipcc-climate-change-impact-adaptation?utm_source=twitterfeed&utm_medium=twitter&utm_campaign=Feed%3A+motherjones%2Fmain+%28MotherJones.com+Main+Article+Feed%29

RS_2014-03.bz2.deduped.txt:214008 - http://www.motherjones.com/kevin-drum/2014/03/republicans-prepare-bill-end-nsa-phone-metadata-program

RS_2014-03.bz2.deduped.txt:214685 - http://www.motherjones.com/environment/2014/03/pediatrician-believes-vaccines-are-messing-nature

RS_2014-03.bz2.deduped.txt:214693 - http://www.motherjones.com/environment/2014/03/ipcc-climate-change-impact-adaptation

RS_2014-03.bz2.deduped.txt:215350 - http://www.motherjones.com/media/2014/03/newsweek-ibt-olivet-david-jang

RS_2014-03.bz2.deduped.txt:216612 - http://www.motherjones.com/politics/2014/03/cosmos-neil-tyson-creationists-crab-nebula

RS_2014-03.bz2.deduped.txt:219393 - http://www.motherjones.com/media/2014/03/newsweek-ibt-olivet-david-jang?page=1