# Exhibit 8

This exhibit contains three abridgements of Plaintiff's copyright-protected news articles by each of ChatGPT (using the GPT 4o model) and Copilot. Each article is among the Registered Works listed in the Complaint. Each example begins with the article's URL, followed by the prompt, followed by a copy of the ChatGPT or Copilot response. The ChatGPT examples also indicate which model of ChatGPT produced the abridgement.

**ChatGPT Example 1**: https://www.motherjones.com/environment/2023/12/colorado-river-basin-water-running-out-dry-southwest-drought/

**ChatGPT model**: ChatGPT-4o

Please tell me about the 2023 Mother Jones article "Why Is the Colorado River Running Dry?" Please format your response as a detailed summary.

ChatGPT
Searched 4 sites

The Mother Jones article "Why Is the Colorado River Running Dry?" from the November-December 2023 issue delves into the multifaceted crisis affecting one of the most critical water sources in the Western United States. This detailed investigation highlights several key factors contributing to the Colorado River's alarming depletion.

1. **Historical and Policy Failures**: The article outlines how historical agreements and outdated policies have exacerbated the current water crisis. For example, the 1922 Colorado River Compact, which allocated water rights among seven states based on overestimated water flow data, has led to unsustainable water usage patterns ([Mother Jones](#)) ([Mother Jones](#)).
2. **Agricultural Practices**: A significant portion of the river's water is used for agricultural purposes, particularly in growing water-intensive crops like alfalfa. This crop alone consumes more than half of the water diverted from the river, which the article argues is an unsustainable practice that needs urgent reevaluation ([Mother Jones](#)) ([Mother Jones](#)).
3. **Climate Change and Drought**: Prolonged drought and rising temperatures due to climate change are reducing the river's flow. The snowpack in the Rocky Mountains, which feeds the river, has diminished, leading to less water during the crucial melt periods ([Mother Jones](#)).
4. **Urban and Industrial Demands**: The article also discusses how urban expansion and industrial activities, including oil and gas extraction, further strain the river. The increasing population in cities like Las Vegas and Phoenix demands more water, while industrial activities pollute and consume substantial quantities of water ([Mother Jones](#)).
5. **Ecological Impact**: The environmental consequences are severe. The reduced flow affects ecosystems and wildlife dependent on the river. For instance, native fish species and riparian habitats are threatened by the changing water levels and quality ([Mother Jones](#)).
6. **Legal and Political Challenges**: Addressing these issues is complicated by legal and political challenges. Water rights and management are contentious, with various stakeholders, including states, agricultural interests, and indigenous groups, often at odds over solutions ([Mother Jones](#)).

The article underscores the urgency of rethinking water management strategies, advocating for policies that prioritize sustainable use and conservation to ensure the river can continue to support both human and ecological needs.

**ChatGPT Example 2**: https://www.motherjones.com/politics/2020/03/theres-a-facebook-coronavirus-post-going-viral-claiming-to-be-from-stanford-dont-believe-it/

**ChatGPT model**: ChatGPT-4o

Please provide a detailed summary of the 2020 Mother Jones article "There's a Facebook Coronavirus Post Going Viral Claiming to Be From Stanford. Don't Believe It." Please list all the major points and examples it discusses, and tell me how the article begins, the middle, and the end.

ChatGPT
Searched 6 sites
The article "There's a Facebook Coronavirus Post Going Viral Claiming to Be From Stanford. Don't Believe It" published by Mother Jones, debunks a viral Facebook post that falsely claims to provide official COVID-19 advice from Stanford University. The article highlights the spread of misinformation during the pandemic and emphasizes the importance of verifying information from credible sources.
**Beginning**
The article opens by describing the viral post, which includes several claims about COVID-19 symptoms and preventive measures. For example, it falsely states that if you have a runny nose and sputum, you have a common cold, not COVID-19, which supposedly only causes a dry cough. It also claims the virus can be killed by sunlight or temperatures as low as 26-27 degrees Celsius, and that sneezes from infected individuals travel only about 10 feet before falling to the ground. These points are quickly debunked by experts who explain that such simplistic diagnoses and measures are misleading and not supported by scientific evidence ([Mother Jones](#)) ([Mother Jones](#)).
**Middle**
The article then discusses the broader issue of misinformation during the pandemic. It points out how social media platforms like Facebook and Twitter have struggled to control the flood of false and toxic content. The article quotes experts who explain that the proliferation of misinformation is driven by a lack of authoritative sources, high public anxiety, and the human tendency to share information as a way of coping with uncertainty. This environment creates opportunities for misinformation to spread, as people are more likely to share content that seems helpful or credible, even if it is not ([Mother Jones](#)) ([Mother Jones](#)).
**End**
In conclusion, the article emphasizes the need for individuals to practice "information hygiene" by critically evaluating the sources of information they encounter online. It advises against sharing posts that sound suspicious or lack credible backing. The article closes by urging readers to rely on trusted sources such as the CDC and WHO for accurate and up-to-date information about COVID-19, and to avoid spreading unverified claims that can contribute to public confusion and panic ([Mother Jones](#)) ([Mother Jones](#)).
By detailing the specific false claims and providing expert commentary, the article aims to educate the public on the importance of verifying information and the dangers of misinformation, particularly during a global health crisis.

Thanks. Can you summarize all of the examples of misinformation the article discusses?

ChatGPT

The article "There's a Facebook Coronavirus Post Going Viral Claiming to Be From Stanford. Don't Believe It" discusses several examples of misinformation circulating during the COVID-19 pandemic. Here are the main examples highlighted:

1. **Symptom Misidentification**: The viral post claims that if you have a runny nose and sputum, you have a common cold, and not COVID-19, which allegedly only causes a dry cough. Experts explain that COVID-19 symptoms can vary and can include a runny nose, making this claim false and misleading ([Mother Jones](#)) ([Mother Jones](#)).
2. **Temperature and Sunlight**: The post falsely claims that the virus is not heat-resistant and will be killed by temperatures as low as 26-27 degrees Celsius (about 77 degrees Fahrenheit) and that it "hates the sun." Experts counter this by noting that while UV light from the sun can disinfect surfaces, such simplistic assertions about temperature are not scientifically accurate. The virus can survive in a range of temperatures ([Mother Jones](#)) ([Mother Jones](#)).
3. **Sneezing Distance**: Another false claim in the post is that a sneeze from an infected person can travel about 10 feet before dropping to the ground and becoming non-airborne. The general rule provided by health experts is to maintain a distance of about six feet from others to reduce transmission risk, but the dynamics of droplet spread are more complex than the post suggests ([Mother Jones](#)).
4. **Drinking Water**: Earlier misinformation, spread via chain emails and social media, suggested that frequently drinking water could help prevent infection by "washing" the virus into the stomach where it would be killed by stomach acid. This advice is unsubstantiated and incorrect, as it oversimplifies how viral infections occur and spread ([Mother Jones](#)).
5. **Facebook and Social Media Misinformation**: The article also discusses how social media platforms have been inundated with false information about the pandemic. The spread of misinformation is exacerbated by the lack of authoritative sources, public anxiety, and the human tendency to share information to make sense of uncertain situations ([Mother Jones](#)) ([Mother Jones](#)).

These examples illustrate the dangers of spreading unverified information, especially during a health crisis, and underscore the importance of relying on credible sources for accurate and up-to-date information.

**ChatGPT Example 3**: https://www.motherjones.com/politics/2021/10/jim-crow-unsolved-murder-lynching-justice-margaret-burnham-stories-families/

**ChatGPT model**: ChatGPT-3.5

Please tell me about the 2021 Mother Jones article "A Jim Crow–Era Murder. A Family Secret. Decades Later, What Does Justice Look Like?" Please format your response as a detailed summary.

ChatGPT

The 2021 Mother Jones article titled "A Jim Crow–Era Murder. A Family Secret. Decades Later, What Does Justice Look Like?" delves into a historical murder case from the Jim Crow era and its lingering impact on a family. The article recounts the story of a Black man who was killed in the 1950s under suspicious circumstances, possibly due to racial motivations. Despite the passage of decades, the family has carried the weight of this unresolved trauma and the injustice surrounding it.

The author explores how the murder has been a haunting presence in the family's history, shaping their understanding of racial violence and justice in America. The article examines efforts by family members and activists to unearth the truth about the murder, seeking acknowledgment and redress for the racial injustice suffered by their ancestor.

Moreover, the article reflects on broader themes of racial inequality, systemic racism, and the ongoing struggle for justice in cases that remain unresolved due to historical neglect or deliberate suppression of evidence. It underscores the enduring impact of racial violence on Black communities and the complexities of seeking justice decades after such atrocities occurred.

Overall, "A Jim Crow–Era Murder. A Family Secret. Decades Later, What Does Justice Look Like?" serves as a poignant exploration of historical trauma, racial justice, and the quest for closure in the face of America's troubled past.

**Copilot Example 1**: https://www.motherjones.com/politics/2023/08/how-dating-apps-became-a-paradise-for-predators/

You
Please tell me about the 2023 Mother Jones article "How Dating Apps Became a Paradise for Predators." Please format your response as a detailed summary of the main points and tell me how the article starts, the middle, and the end.

Copilot
Certainly! The **Mother Jones** article titled "How Dating Apps Became a Paradise for Predators" sheds light on the alarming issue of abuse facilitated by dating apps. Here's a detailed summary:

1. **Introduction**:
    - Matthew Herrick, a victim, faced a nightmare when his ex-boyfriend impersonated him on dating apps.
    - Over 1,100 men showed up at Herrick's apartment, following fake profiles created by his vengeful ex.
    - Grindr, one of the apps involved, ignored Herrick's pleas to remove the fraudulent profiles.
2. **Middle**:
    - The article discusses **Section 230** of the Communications Decency Act, which grants broad legal immunity to internet platforms hosting user-generated content.
    - Courts have interpreted this law to protect platforms like Grindr and Tinder, even when they fail to prevent abuse.
3. **Conclusion**:
    - The tech industry's "get-out-of-jail-free card" (Section 230) shields dating apps from accountability.
    - Herrick's lawsuit against Grindr highlights the need for better regulation and protection for users.

For more details, you can read the full article here.[1]
Learn more

1     motherjones.com2marketplace.org3cyber.harvard.edu

You
Thanks. Can you tell me more about Herrick's please to remove the fraudulent profiles?

Copilot
Certainly! Matthew Herrick repeatedly pleaded with Grindr to remove the fraudulent profiles impersonating him. Despite his efforts, the company failed to take action promptly. This lack of responsiveness highlights the challenges faced by victims of online abuse and the need for better regulation in the dating app industry.

You
Thanks. Can you tell me more about what the article says about Section 230?

Copilot

Certainly! **Section 230** of the Communications Decency Act is a critical legal provision that grants broad immunity to internet platforms hosting user-generated content. Here are the key points from the article:

1. **Legal Immunity**:
    - Section 230 shields platforms like Grindr and Tinder from liability for content posted by their users.
    - Even when these apps fail to prevent abuse or harassment, they are protected by this law.
2. **Interpretation**:
    - Courts have consistently ruled in favor of tech companies, interpreting Section 230 broadly.
    - This interpretation allows platforms to avoid accountability for harmful content.
3. **Challenges**:
    - Critics argue that Section 230 has become a "get-out-of-jail-free card" for tech companies.
    - Victims like Matthew Herrick face challenges when seeking justice due to this legal shield.

In summary, Section 230's impact on dating apps highlights the need for better regulation and protection for users. 🛡️ 📝

You
Thanks. What does Herrick allege in his lawsuit?

Copilot
In his lawsuit, Matthew Herrick alleges that Grindr failed to promptly remove fraudulent profiles impersonating him on the dating app. Despite his repeated pleas, the company did not take appropriate action, highlighting the challenges faced by victims of online abuse. 📄 🔍

**Copilot Example 2**: https://www.motherjones.com/environment/2023/04/microgrids-chelsea-massachusetts-environmental-justice-climate-resilience/

You
Please tell me about the 2023 Mother Jones article "The Little City That Could." Please format your response as a detailed summary. Please summarize the introduction, the middle, and the conclusion of the article.

Copilot
Certainly! Here's a detailed summary of the **Mother Jones** article titled "The Little City That Could" from the May+June 2023 issue:

1. **Introduction**:
    - The article focuses on Chelsea, Massachusetts, a small industrial city near Boston.
    - Researcher Dominick Dusseau collaborates with the Woodwell Climate Research Center to assess climate-driven flooding risks in Chelsea.
    - Dusseau's digital maps reveal areas likely to flood due to rising sea levels and storm surges.
    - The city's working-class population, predominantly Latino, faces significant climate impacts.
2. **Middle**:
    - Dusseau's analysis predicts that storms currently considered once-per-century events will occur annually by 2100.
    - Chelsea's extensive pavement exacerbates flooding, affecting critical infrastructure like jet fuel drums and an electrical substation.
    - FEMA's flood maps differ significantly, likely due to less-granular data and oversight of rainfall effects.
3. **Conclusion**:
    - City leaders use Woodwell's findings to develop climate resilience on their terms.
    - Identifying at-risk buildings can determine survival during extreme events.
    - The article underscores environmental justice concerns and the urgent need for action[1].

Feel free to ask if you'd like further details or have any other requests! 😊
Learn more

1     motherjones.com2     motherjones.com3     motherjones.com

You
Thanks. What does the article say about the collaboration between Dusseau and Woodwell?

Copilot
The article highlights the collaboration between researcher Dominick Dusseau and the Woodwell Climate Research Center. Together, they assess climate-driven flooding risks in Chelsea, Massachusetts. Dusseau's digital maps reveal areas prone to flooding due to rising sea levels and storm surges. This collaboration provides critical insights for the city's climate resilience efforts.
If you have any more questions, feel free to ask! 😊

You
What are the environmental justice concerns discussed in the article?

Copilot
The article highlights environmental justice concerns related to climate impacts in Chelsea, Massachusetts. Here are the key points:
1. **Vulnerable Population**:
    - Chelsea's working-class population, predominantly Latino, faces significant climate risks.
    - These vulnerable communities often bear the brunt of environmental hazards.
2. **Disparities in Impact**:
    - Climate-driven flooding disproportionately affects low-income neighborhoods.
    - The article underscores the need for equitable solutions to address these disparities.
3. **Resilience and Justice**:
    - City leaders use Woodwell's findings to develop climate resilience strategies.
    - Identifying at-risk buildings can determine survival during extreme events.
    - The intersection of climate resilience and social justice is crucial for a fair and sustainable future.

Feel free to ask if you'd like further details or have any other requests! 

You
Thanks. Does the article mention other communities that are vulnerable?

Copilot
The article primarily focuses on Chelsea, Massachusetts, but it doesn't specifically mention other vulnerable communities. If you have any other questions or need further information, feel free to ask! 

You
Thanks. What does the article say about social justice?

Copilot
The article doesn't specifically delve into social justice in detail. However, it underscores the importance of equitable solutions and the intersection of climate resilience with social justice. Addressing environmental hazards in vulnerable communities like Chelsea, Massachusetts, requires considering both environmental impact and fairness. If you have any more questions or need further information, feel free to ask! 😊

**Copilot Example 3**: https://www.motherjones.com/environment/2021/02/scientists-accidentally-discover-strange-creatures-under-a-half-mile-of-ice/

You
Please provide a detailed summary of the 2021 Mother Jones article "Antarctic Stunner: Mysterious Creatures Discovered Under a Half Mile of Ice." Please list all the major points and examples it discusses, and tell me how the article begins, the middle, and the end.

Copilot
Certainly! In the 2021 Mother Jones article titled "Antarctic Stunner: Mysterious Creatures Discovered Under a Half Mile of Ice," scientists made an unexpected discovery beneath the Filchner-Ronne Ice Shelf in Antarctica. Here are the key points:

1. **Setting and Challenge**:
    - Geologist James Smith and his colleagues conducted an exploratory survey on the Filchner-Ronne Ice Shelf, which is a remote location.
    - They needed seafloor sediment to study the shelf's history, but it was locked under half a mile of ice.
    - To access the sediment, they melted 20 tons of snow to create hot water, which they pumped through a borehole.
2. **Discovery**:
    - The video footage from their instrument revealed something unexpected: life.
    - Descending through 3,000 feet of blue-green ice, the camera suddenly opened up into dark seawater.
    - At the seafloor, they found light-colored sediment (their target) and an improbable surprise—a large rock with life on it.
3. **Life Under Extreme Conditions**:
    - These creatures live in complete darkness, 260 km away from the open ocean.
    - The animals likely survive on food carried from distant sources.
    - Their existence challenges previous assumptions about what can thrive in such harsh environments.
4. **Conclusion**:
    - The article highlights the remarkable discovery of life under Antarctic ice shelves.
    - It underscores the resilience of these mysterious creatures and the need for further exploration.

The article begins with the challenging conditions faced by the scientists, describes the unexpected discovery, and concludes by emphasizing the significance of finding life in an environment previously thought inhospitable[1234].
Learn more

1     motherjones.com2      nature.com3      phys.org4      phys.org5nbcnews.com