AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court for the Southern District of New York<br>500 Pearl Street, New York, NY 10007 |
|---|---|
| **DOCKET NO.** 24-cv-4872   **DATE FILED** 6/27/2024 | |
| **PLAINTIFF**<br>The Center for Investigative Reporting, Inc. | **DEFENDANT**<br>OpenAI, Inc, OpenAI GP, LLC, OpenAI, LLC, OpenAI OPCO LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, and Microsoft Corporation |

| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OR WORK** |
|---|---|---|
| 1 | Included but not limited to works in attached exhibit | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

| Vol.Num | Issue | Registration Number | Date of Publication | Registration date |
|---:|---|---|---:|---:|
| 3.1 | Jan-78 | TX0000090869 | 12/16/1977 | 5/8/1978 |
| 3.2 | Feb-Mar78 | TX0000108052 | 1/12/1978 | 5/8/1978 |
| 3.3 | Apr78. | TX0000041829 | 2/27/1978 | 5/8/1978 |
| 3.4 | May78 | TX0000070812 | 3/29/1978 | 7/20/1978 |
| 3.5 | Jun-78 | TX0000093932 | 4/26/1978 | 8/24/1978 |
| 3.6 | Jul-78 | TX0000093934 | 5/26/1978 | 8/24/1978 |
| 3.7 | Aug-78 | TX0000093936 | 6/28/1978 | 8/24/1978 |
| 3.8 | Sep-Oct78 | TX0000093935 | 6/1/1978 | 8/24/1978 |
| 3.9 | Nov-78 | TX0000129575 | 9/27/1978 | 10/27/1978 |
| 3.10 | Dec78 | TX0000157718 | 10/31/1978 | 12/15/1978 |
| 4.1 | Jan79. | TX0000157717 | 11/27/1978 | 12/15/1978 |
| 4.2 | Feb-Mar79 | TX0000228836 | 12/22/1978 | 4/16/1979 |
| 4.3 | Apr-79 | TX0000228842 | 2/26/1979 | 4/16/1979 |
| 4.4 | May-79 | TX0000326117 | 4/3/1979 | 9/10/1979 |
| 4.5 | Jun-79 | TX0000326116 | 5/1/1979 | 9/10/1979 |
| 4.6 | Jul-79 | TX0000326125 | 6/5/1979 | 9/10/1979 |
| 4.7 | Aug-79 | TX0000326115 | 7/3/1979 | 9/10/1979 |
| 4.8 | Sep-Oct79 | TX0000326124 | 8/7/1979 | 9/10/1979 |
| 4.9 | Nov-79 | TX0000382190 | 10/2/1979 | 12/18/1979 |
| 4.10 | Dec-79 | TX0000381736 | 11/6/1979 | 12/17/1979 |
| 5.1 | Jan-80 | TX0000382193 | 12/4/1979 | 12/18/1979 |
| 5.2 | Feb-Mar80 | TX0000512456 | 1/2/1980 | 7/21/1980 |
| 5.3 | Apr-80 | TX0000512363 | 3/4/1980 | 7/21/1980 |
| 5.4 | May-80 | TX0000512365 | 4/1/1980 | 7/21/1980 |
| 5.5 | Jun-80 | TX0000512364 | 4/29/1980 | 7/21/1980 |
| 5.6 | Jul-80 | TX0000512367 | 6/3/1980 | 7/21/1980 |
| 5.7 | Aug-80 | TX0000512366 | 7/1/1980 | 7/21/1980 |
| 5.8 | Sep-Oct80 | TX0000543968 | 8/5/1980 | 9/11/1980 |
| 5.9 | Nov-80 | TX0000702030 | 9/30/1980 | 5/28/1981 |
| 5.10 | Dec-80 | TX0000702033 | 11/14/1980 | 5/28/1981 |
| 6.1 | Jan-81 | TX0000702034 | 12/2/1980 | 5/28/1981 |
| 6.2 | Feb-Mar81 | TX0000702031 | 1/6/1981 | 5/28/1981 |
| 6.3 | Apr81 | TX0000702029 | 3/3/1981 | 5/28/1981 |
| 6.4 | May-81 | TX0000702032 | 4/7/1981 | 5/28/1981 |
| 6.5 | Jun-81 | TX0000738925 | 5/5/1981 | 7/27/1981 |
| 6.6 | Jul-81 | TX0000759547 | 6/2/1981 | 7/27/1981 |
| 6.7 | Aug-81 | TX0000768863 | 7/7/1981 | 9/21/1981 |
| 6.8 | Sep-Oct81 | TX0000769857 | 8/11/1981 | 9/22/1981 |
| 6.9 | Nov-81 | TX0000914939 | 9/20/1981 | 6/1/1982 |
| 6.10 | Dec-81 | TX0000914936 | 11/3/1981 | 6/1/1982 |
| 7.1 | Jan-82 | TX0000914935 | 12/1/1981 | 6/1/1982 |
| 7.2 | Feb-Mar82 | TX0000914937 | 1/12/1982 | 6/1/1982 |
| 7.3 | Apr-82 | TX0000914938 | 3/2/1982 | 6/1/1982 |
| 7.4 | May-82 | TX0000914934 | 4/6/1982 | 6/1/1982 |
| 7.5 | Jun-82 | TX0001044074 | 5/4/1982 | 1/10/1983 |
| 7.6 | Jul-82 | TX0001044076 | 6/1/1982 | 1/10/1983 |

| Vol.Num | Issue | Registration Number | Date of Publication | Registration date |
|---:|---:|---|---:|---:|
| 7.7 | Aug-82 | TX0001044075 | 7/6/1982 | 1/10/1983 |
| 7.8 | Sep-Oct82 | TX0001044073 | 8/3/1982 | 1/10/1983 |
| 7.9 | Nov-82 | TX0001089875 | 9/27/1982 | 4/18/1983 |
| 7.10 | Dec-82 | TX0001089874 | 10/29/1982 | 3/15/1983 |
| 8.1 | Jan-83 | TX0001089873 | 11/29/1982 | 3/15/1983 |
| 8.2 | Feb-Mar83 | TX0001237873 | 1/10/1983 | 10/31/1983 |
| 8.3 | Apr-83 | TX0001237878 | 2/25/1983 | 10/31/1983 |
| 8.4 | May-83 | TX0001237879 | 3/28/1983 | 10/31/1983 |
| 8.5 | Jun-83 | TX0001237877 | 4/25/1983 | 10/31/1983 |
| 8.6 | Jul83 | TX0001237876 | 5/27/1983 | 10/31/1983 |
| 8.7 | Aug-83 | TX0001237874 | 6/27/1983 | 10/31/1983 |
| 8.8 | Sep-Oct83 | TX0001237875 | 8/12/1983 | 10/31/1983 |
| 8.9 | Nov-83 | TX0001364242 | 10/10/1983 | 6/7/1984 |
| 8.10 | Dec-83 | TX0001364243 | 10/28/1983 | 6/7/1984 |
| 9.1 | Jan-84 | TX0001364244 | 11/28/1983 | 6/7/1984 |
| 9.2 | Feb-Mar84 | TX0001438190 | 1/4/1984 | 8/29/1984 |
| 9.3 | Apr-84 | TX0001427515 | 2/24/1984 | 8/29/1984 |
| 9.4 | May-84 | TX0001427516 | 4/4/1984 | 8/29/1984 |
| 9.5 | Jun-84 | TX0001427517 | 5/2/1984 | 8/29/1984 |
| 9.6 | Jul-84 | TX0001427518 | 6/4/1984 | 8/29/1984 |
| 9.7 | Aug-Sep84 | TX0001427514 | 7/17/1984 | 8/29/1984 |
| 9.8 | Oct-84 | TX0001456120 | 8/28/1994 | 11/5/1984 |
| 9.9 | Nov84 | TX0001484481 | 9/25/1984 | 12/10/1984 |
| 9.10 | Dec-84 | TX0001522112 | 10/29/1984 | 2/15/1985 |
| 10.1 | Jan-85 | TX0001522111 | 11/28/1984 | 2/15/1985 |
| 10.2 | Feb-Mar85. | TX0001522113 | 1/5/1985 | 2/15/1985 |
| 10.3 | Apr-85 | TX0001598425 | 2/26/1985 | 6/12/1985 |
| 10.4 | May-85 | TX0001598426 | 3/27/1985 | 6/12/1985 |
| 10.5 | Jun-85 | TX0001598427 | 4/30/1985 | 6/12/1985 |
| 10.6 | Jul-85 | TX0001598424 | 5/28/1985 | 6/12/1985 |
| 10.7 | Aug-Sep85 | TX0001722989 | 7/21/1985 | 12/26/1985 |
| 10.8 | Oct85. | TX0001722990 | 8/27/1985 | 12/26/1985 |
| 10.9 | Nov-Dec85 | TX0001722991 | 9/24/1985 | 12/26/1985 |
| 11.1 | Jan-86 | TX0001722988 | 11/26/1985 | 12/26/1985 |
| 11.2 | Feb-Mar86 | TX0001874352 | 1/4/1986 | 8/4/1986 |
| 11.3 | Apr-May86 | TX0001874353 | 3/7/1986 | 8/4/1986 |
| 11.4 | Jun-86 | TX0001874354 | 4/30/1986 | 8/4/1986 |
| 11.5 | Jul-Aug86. | TX0001874355 | 6/5/1986 | 8/4/1986 |
| 11.6 | Sep-86 | TX0002009535 | 7/30/1986 | 3/2/1987 |
| 11.7 | Oct-86 | TX0002009534 | 8/28/1986 | 3/2/1987 |
| 11.8 | Nov-86 | TX0002009532 | 9/28/1986 | 3/2/1987 |
| 11.9 | Dec-86 | TX0002009549 | 10/28/1986 | 3/2/1987 |
| 12.1 | Jan-87 | TX0002009533 | 11/26/1986 | 3/2/1987 |
| 12.2 | February/March 1987 | TX0002003239 | 1/6/1987 | 3/2/1987 |
| 12.3 | Apr-87 | TX0002114290 | 3/10/1987 | 7/27/1987 |
| 12.4 | May-87 | TX0002114289 | 4/7/1987 | 7/27/1987 |

| Vol.Num | Issue | Registration Number | Date of Publication | Registration date |
|---|---|---|---|---|
| 12.5 | June/July 1987 | TX0002136647 | 5/5/1987 | 7/27/1987 |
| 12.6 | August/September 1987 | TX0002154315 | 7/7/1987 | 8/31/1987 |
| 12.7 | Oct-87 | TX0002198305 | 8/30/1987 | 11/30/1987 |
| 12.8 | Nov-87 | TX0002198309 | 10/4/1987 | 11/30/1987 |
| 12.9 | Dec-87 | TX0002198310 | 11/30/1987 | 11/30/1987 |
| 13.1 | Jan-88 | TX0002399691 | 12/29/1987 | 9/23/1988 |
| 13.2 | February/March 1988 | TX0002397264 | 2/2/1988 | 9/23/1988 |
| 13.3 | Apr-88 | TX0002397265 | 3/22/1988 | 9/23/1988 |
| 13.4 | May-88 | TX0002397266 | 4/26/1988 | 9/23/1988 |
| 13.5 | Jun-88 | TX0002397267 | 5/31/1988 | 9/23/1988 |
| 13.6 | July/August 1988 | TX0002397268 | 7/5/1988 | 9/23/1988 |
| 13.7 | Sep-88 | TX0002397269 | 8/16/1988 | 9/23/1988 |
| 13.8 | Oct-88 | TX0002517457 | 9/19/1988 | 3/24/1989 |
| 13.9 | Nov-88 | TX0002517641 | 10/24/1988 | 3/24/1989 |
| 13.10 | Dec-88 | TX0002517643 | 11/11/1988 | 3/24/1989 |
| 14.1 | Jan-89 | TX0002517642 | 12/30/1988 | 3/24/1989 |
| 14.2 | February/March 1989 | TX0002517644 | 1/24/1989 | 3/24/1989 |
| 14.3 | Apr-89 | TX0002517660 | 3/4/1989 | 3/24/1989 |
| 14.4 | May-89 | TX0002699189 | 4/25/1989 | 11/20/1989 |
| 14.5 | Jun-89 | TX0002699190 | 5/30/1989 | 11/20/1989 |
| 14.6 | July/August 1989 | TX0002699194 | 7/4/1989 | 11/20/1989 |
| 14.7 | Sep-89 | TX0002699192 | 6/15/1989 | 11/20/1989 |
| 14.8 | Oct-89 | TX0002699193 | 9/19/1989 | 11/20/1989 |
| 14.9 | Nov-89 | TX0002699191 | 10/24/1989 | 11/20/1989 |
| 14.10 | Dec-89 | TX0002699139 | 11/28/1989 | 11/20/1989 |
| 15.1 | Jan-90 | TX0002959338 | 12/7/1989 | 12/7/1990 |
| 15.2 | Feb/March 1990 | TX0002959339 | 2/6/1990 | 12/7/1990 |
| 15.3 | April/May 1990 | TX0002959341 | 3/27/1990 | 12/7/1990 |
| 15.4 | Jun-90 | TX0002959342 | 5/22/1990 | 12/7/1990 |
| 15.5 | July/August 1990 | TX0002959340 | 7/5/1990 | 12/7/1990 |
| 15.6 | September/October 1990 | TX0002959337 | 9/6/1990 | 12/7/1990 |
| 15.7 | November/December 1990 | TX0002959334 | 10/30/1990 | 12/7/1990 |
| 16.1 | January/February 1991 | TX0003078687 | 12/27/1990 | 5/31/1991 |
| 16.2 | March/April 1991 | TX0003078689 | 2/26/1991 | 5/31/1991 |
| 16.3 | May/June 1991 | TX0003078688 | 4/30/1991 | 5/31/1991 |
| 16.4 | July/August 1991 | TX0003277735 | 6/25/1991 | 3/16/1992 |
| 16.5 | September/October 1991 | TX0003277736 | 8/27/1991 | 3/16/1992 |
| 16.6 | November/December 1991 | TX0003273128 | 10/29/1991 | 3/16/1992 |
| 17.1 | January/February 1992 | TX0003273131 | 12/31/1991 | 3/16/1992 |
| 17.2 | March/April 1992 | TX0003513005 | 2/25/1992 | 4/7/1993 |
| 17.3 | May/June 1992 | TX0003513006 | 4/28/1992 | 4/7/1993 |
| 17.4 | July/August 1992 | TX0003520464 | 6/30/1992 | 4/7/2024 |
| 17.5 | September/October 1992 | TX0003520463 | 8/25/1992 | 4/7/1993 |
| 17.6 | November/December 1992 | TX0003513007 | 10/27/1992 | 4/7/1993 |
| 18.1 | January/February 1993 | TX0003675361 | 1/2/1993 | 11/22/1993 |
| 18.2 | March/April 1993 | TX0003675361 | 3/2/1993 | 11/22/1993 |

| Vol.Num | Issue | Registration Number | Date of Publication | Registration date |
|---|---|---|---|---|
| 18.3 | May/June 1993 | TX0003675362 | 4/27/1993 | 11/22/1993 |
| 18.4 | July/August 1993 | TX0003675362 | 6/29/1993 | 11/22/1993 |
| 18.5 | September/October 1993 | TX0003675363 | 8/31/1993 | 11/22/1993 |
| 18.6 | November/December 1993 | TX0003675363 | 10/26/1993 | 11/22/1993 |
| 19.1 | January/February 1994 | TX0003925249 | 1/15/1994 | 8/25/1994 |
| 19.2 | March/April 1994 | TX0003925249 | 3/1/1994 | 8/25/1994 |
| 19.3 | May/June 1994 | TX0004101369 | 4/26/1994 | 8/23/1995 |
| 19.4 | July/August 1994 | TX0004101369 | 6/7/1994 | 8/23/1995 |
| 19.5 | September/October 1994 | TX0004095188 | 8/30/1994 | 8/28/1995 |
| 19.6 | November/Deceber 1994 | TX0004095188 | 11/1/1994 | 8/28/1995 |
| 20.1 | January/February 1995 | TX0004101365 | 1/3/1995 | 8/23/1995 |
| 20.2 | March/April 1995 | TX0004101365 | 2/28/1995 | 8/23/1995 |
| 20.3 | May/June 1995 | TX0004101368 | 4/25/1995 | 8/23/1995 |
| 20.4 | July/August 1995 | TX0004101368 | 6/27/1995 | 8/23/1995 |
| 20.5 | September/October 1995 | TX0004299849 | 9/5/1995 | 8/26/1996 |
| 20.6 | November/December 1995 | TX0004299849 | 12/5/1995 | 8/26/1996 |
| 21.1 | January/February 1996 | TX0004299846 | 1/3/1996 | 8/26/1996 |
| 21.2 | March/April 1996 | TX0004299846 | 3/5/1996 | 8/26/1996 |
| 21.3 | May/June 1996 | TX0004299847 | 5/7/1996 | 8/26/1996 |
| 21.4 | July/August 1996 | TX0004299847 | 7/2/1996 | 8/26/1996 |
| 21.5 | September/October 1996 | TX0004500196 | 6/27/1996 | 6/27/1997 |
| 21.6 | November/December 1996 | TX0004500196 | 10/22/1996 | 6/27/1997 |
| 22.1 | January/February 1997 | TX0004500197 | 1/7/1997 | 6/27/1997 |
| 22.2 | March/April 1997 | TX0004500197 | 2/25/1997 | 6/27/1997 |
| 22.3 | May/June 1997 | TX0004614736 | 4/14/1997 | 1/30/1998 |
| 22.4 | July/August 1997 | TX0004614736 | 6/9/1997 | 1/30/1998 |
| 22.5 | September/October 1997 | TX0004614737 | 8/11/1997 | 1/30/1998 |
| 22.6 | November/December 1997 | TX0004614737 | 10/13/1997 | 1/30/1998 |
| 23.1 | January/february 1998 | TX0004754203 | 1/7/1998 | 9/2/1998 |
| 23.2 | March/April 1998 | TX0004754203 | 2/27/1998 | 9/2/1998 |
| 23.3 | May/June 1998 | TX0004754202 | 5/5/1998 | 9/2/1998 |
| 23.4 | July/August 1998 | TX0004754202 | 6/23/1998 | 9/2/1998 |
| 23.5 | September/October 1998 | TX0005093247 | 8/25/1998 | 4/28/2000 |
| 23.6 | November/October 1998 | TX0005093247 | 10/27/1998 | 4/28/4000 |
| 24.1 | January/February 1999 | TX0005172493 | 1/5/1999 | 10/27/2000 |
| 24.2 | March/April 1999 | TX0005172493 | 3/9/1999 | 10/27/2000 |
| 24.3 | May/June 1999 | TX0005172494 | 5/14/1999 | 10/27/2000 |
| 24.4 | July/August 1999 | TX0005172494 | 6/29/1999 | 10/27/2000 |
| 24.5 | September/October 1999 | TX0005172495 | 8/29/1999 | 10/27/2000 |
| 24.6 | november/December 1999 | TX0005172495 | 10/31/1999 | 10/27/2000 |
| 25.1 | Jan February 2000 | TX0005172496 | 1/4/2000 | 10/17/2000 |
| 25.2 | March/April 2000 | TX0005172496 | 3/17/2000 | 10/17/2000 |
| 25.3 | May/June 2000 | TX0005172497 | 5/2/2000 | 10/17/2000 |
| 25.4 | July/August 2000 | TX0005172497 | 6/27/2000 | 10/17/2000 |
| 25.5 | September/October 2000 | TX0005239676 | 8/29/2000 | 2/14/2001 |
| 25.6 | November/December 2000 | TX0005239676 | 10/24/2000 | 2/14/2001 |

| Vol.Num | Issue | Registration Number | Date of Publication | Registration date |
|---|---|---|---|---|
| 26.1 | January/February 2001 | TX0005688218 | 1/2/2001 | 10/7/2002 |
| 26.2 | March/April 2001 | TX0005688218 | 3/6/2001 | 10/7/2002 |
| 26.3 | May/June 2001 | TX0005688221 | 5/2/2001 | 10/7/2002 |
| 26.4 | July/August 2001 | TX0005688221 | 7/3/2001 | 10/7/2002 |
| 26.5 | September/October 2001 | TX0005688219 | 9/4/2001 | 10/7/2002 |
| 26.6 | November/December 2001 | TX0005688219 | 11/6/2001 | 10/7/2002 |
| 27.1 | January/February 2002 | TX0005688220 | 10/7/2002 | 10/7/2002 |
| 27.2 | March/April 2002 | TX0005688220 | 10/7/2002 | 10/7/2002 |
| 27.3 | May/June 2002 | TX0005688222 | 5/7/2002 | 10/7/2002 |
| 27.4 | July/August 2002 | TX0005688222 | 7/2/2002 | 10/7/2002 |
| 27.5 | September/October 2002 | TX0005732271 | 9/3/2002 | 4/22/2003 |
| 27.6 | November/December 2002 | TX0005732271 | 10/29/2002 | 4/22/2003 |
| 28.1 | January/February 2003 | TX0005732270 | 1/7/2003 | 4/22/2003 |
| 28.2 | March/April 2003 | TX0005732270 | 3/4/2003 | 4/22/2003 |
| 28.3 | May/June 2003 | TX0006350638 | 5/1/2003 | 5/1/2006 |
| 28.4 | July/August 2003 | TX0006350638 | 7/1/2003 | 5/1/2006 |
| 28.5 | Oct-03 | TX0006353979 | 10/1/2003 | 5/8/2006 |
| 28.6 | November/December 2003 | TX0006353979 | 11/1/2003 | 5/8/2006 |
| 29.3 | May/June 2004 | TX0006380530 | 5/1/2004 | 5/9/2006 |
| 29.4 | July/August 2004 | TX0006380530 | 7/1/2004 | 5/9/2006 |
| 30.1 | January/February 2005 | TX0006391883 | 1/1/2005 | 5/4/2006 |
| 30.2 | March/April 2005 | TX0006391883 | 3/1/2005 | 5/4/2006 |
| 30.3 | Jun-05 | TX0006398619 | 6/1/2005 | 5/1/2006 |
| 30.4 | Aug-05 | TX0006398619 | 8/1/2005 | 5/1/2006 |
| 30.5 | September/October 2005 | TX0006391871 | 9/1/2005 | 5/3/2006 |
| 30.6 | Nov-05 | TX0006391871 | 11/1/2005 | 5/3/2006 |
| 30.7 | Dec-05 | TX0006391871 | 12/1/2005 | 5/3/2006 |
| 31.1 | January/February 2006 | TX0006370299 | 1/1/2006 | 5/9/2006 |
| 31.2 | March/April 2006 | TX0006370299 | 3/1/2006 | 5/9/2006 |
| 31.3 | May/June 2006 | TX0006566356 | 5/1/2006 | 12/26/2006 |
| 31.4 | July/August 2006 | TX0006566356 | 7/1/2006 | 12/26/2006 |
| 31.5 | September/October 2006 | TX0006646772 | 9/1/2006 | 3/8/2008 |
| 31.6 | November/December 2006 | TX0006646772 | 11/1/2006 | 3/8/2008 |
| 32.1 | January/February 2007 | TX0006646769 | 1/1/2007 | 3/19/2008 |
| 32.2 | March/April 2007 | TX0006646769 | 3/1/2007 | 3/19/2008 |
| 32.3 | May/June 2007 | TX0006646771 | 5/1/2007 | 3/19/2008 |
| 32.4 | July/August 2007 | TX0006646771 | 7/1/2007 | 3/19/2008 |
| 32.5 | September/October 2007 | TX0006676915 | 8/1/2007 | 3/21/2008 |
| 32.6 | November/December 2007 | TX0006676915 | 11/1/2007 | 3/21/2008 |
| 33.1 | January/February 2008 | TX0006646770 | 1/1/2008 | 3/19/2008 |
| 33.2 | March/April 2008 | TX0006646770 | 3/1/2008 | 3/19/2008 |
| 33.4 | May/June 2008 | TX0006686048 | 5/1/2008 | 9/8/2009 |
| 33.5 | July/August 2008 | TX0006686048 | 7/1/2008 | 9/8/2009 |
| 33.5 | September/October 2008 | TX0006686047 | 9/1/2008 | 9/8/2009 |
| 33.6 | November/December 2008 | TX0006686047 | 11/1/2008 | 9/8/2009 |
| 34.1 | January/February 2009 | TX0006686049 | 1/1/2009 | 9/8/2009 |

| Vol.Num | Issue | Registration Number | Date of Publication | Registration date |
|---|---|---|---|---|
| 34.2 | March/April 2009 | TX0006686049 | 3/1/2009 | 9/8/2009 |
| 34.3 | May/June 2009 | TX0006686050 | 5/1/2009 | 9/8/2009 |
| 34.4 | July/August 2009 | TX0006686050 | 7/1/2009 | 9/8/2009 |
| 34.5 | september/October 2009 | TX0006703504 | 9/1/2009 | 1/14/2010 |
| 34.6 | November/December 2009 | TX0006703504 | 11/1/2009 | 1/14/2010 |
| 35.1 | January/February 2010 | TX0006777727 | 1/1/2010 | 8/19/2010 |
| 35.2 | March/April 2010 | TX0006777727 | 3/1/2010 | 8/20/2010 |
| 36.1 | January/February 2011 | TX 7 694 420 | 1/1/2011 | 3/15/2013 |
| 36.2 | March/April 2011 | TX 7 694 420 | 3/1/2011 | 3/15/2013 |
| 36.3 | May/June 2011 | TX 7 736 818 | 5/1/2011 | 3/15/2013 |
| 36.4 | July/August 2011 | TX 7 736 818 | 7/1/2011 | 3/15/2013 |
| 37.3 | May/June 2012 | TX 7 691 730 | 5/1/2012 | 3/15/2013 |
| 37.4 | July/August 2012 | TX 7 691 730 | 7/1/2012 | 3/15/2013 |
| 38.1 | January/February 2013 | TX 7 735 668 | 1/1/2013 | 3/15/2013 |
| 38.2 | March/April 2013 | TX 7 735 668 | 3/1/2013 | 3/15/2013 |
| 38.3 | May/June 2013 | TX 7 939 623 | 5/1/2013 | 7/10/2013 |
| 38.4 | July/August 2013 | TX 7 939 623 | 7/1/2013 | 7/10/2013 |
| 38.5 | September/October 2013 | TX 7 793 114 | 9/1/2013 | 11/12/2013 |
| 38.6 | November/December 2013 | TX 7 793 114 | 11/1/2013 | 11/12/2013 |
| 39.1 | January/February 2014 | TX 7 856 775 | 1/1/2014 | 3/28/2014 |
| 39.2 | March/April 2014 | TX 7 856 775 | 3/1/2014 | 3/28/2014 |
| 39.3 | May/June 2014 | TX 7 905 904 | 5/1/2014 | 7/16/2014 |
| 39.4 | July/August 2014 | TX 7 905 904 | 7/1/2014 | 7/16/2014 |
| 39.5 | September/October 2014 | TX0007944847 | 1/20/2014 | 12/2/2014 |
| 39.6 | November/December 2014 | TX0007944847 | 1/20/2014 | 12/2/2014 |
| 40.1 | January/February 2015. | TX0008035701 | 1/20/2015 | 3/17/2015 |
| 40.2 | March/April 2015 | TX0008035701 | 1/20/2015 | 3/17/2015 |
| 40.3 | May/June 2015 | TX 8 193 364 | 4/20/2015 | 9/24/2015 |
| 40.4 | July/August 2015 | TX 8 193 364 | 7/20/2015 | 9/24/2015 |
| 40.5 | September/October 2015 | TX0008395946 | 9/1/2015 | 3/24/2017 |
| 40.6 | November/December 2015 | TX0008395946 | 11/1/2015 | 3/24/2017 |
| 41.1 | January/February 2016 | TX0008383093 | 12/20/2015 | 3/24/2017 |
| 41.2 | March/April 2016 | TX0008382977 | 2/20/2016 | 3/24/2017 |
| 41.3 | May/June 2016 | TX0008374908 | 4/15/2016 | 3/24/2017 |
| 41.4 | July/August 2016 | TX0008374920 | 6/15/2016 | 2/24/2017 |
| 41.5 | September/October 2016 | TX0008385745 | 8/20/2016 | 3/29/2017 |
| 41.6 | November/December 2016 | TX0008385734 | 10/20/2016 | 3/29/2017 |
| 42.1 | January/February 2017 | TX0008385740 | 12/20/2016 | 3/29/2017 |
| 42.4 | July/August 2017 | TX0008495235 | 6/20/2017 | 9/15/2017 |
| 42.5 | September/October | TX0008495235 | 8/20/2017 | 9/15/2017 |
| 42.6 | November/December 2017 | TX0008559107 | 10/20/2017 | 1/25/2018 |
| 43.1 | January/February 2018 | TX0008559107 | 12/20/2017 | 1/25/2018 |
| 43.2 | March/April 2018 | TX0008613026 | 2/20/2018 | 6/7/2018 |
| 43.3 | May/June 2018 | TX0008613026 | 4/20/2018 | 6/7/2018 |
| 43.4 | July/August 2018 | TX0008657129 | 6/20/2018 | 8/23/2018 |
| 43.5 | September/October 2018 | TX0008657129 | 8/16/2018 | 8/23/2018 |

| Vol.Num | Issue | Registration Number | Date of Publication | Registration date |
|---|---|---|---|---|
| 43.6 | November/December 2018 | TX0008699594 | 10/20/2018 | 2/1/2019 |
| 44.1 | January/February 2019 | TX0008699594 | 10/20/2018 | 2/1/2019 |
| 44.2 | March / April 2019 | TX0008744886 | 2/20/2019 | 5/7/2019 |
| 44.3 | May / June 2019 | TX0008744886 | 4/20/2019 | 5/7/2019 |
| 44.4 | July/August 2019 | TX0008839755 | 6/20/2019 | 10/3/2019 |
| 44.5 | September/October 2019 | TX0008839755 | 8/20/2019 | 10/3/2019 |
| 44.6 | November/December 2019 | TX0008996111 | 10/20/2019 | 5/24/2021 |
| 45.1 | January/February 2020 | TX0008996111 | 12/20/2019 | 5/24/2021 |
| 45.2 | March/April 2020 | TX0008998016 | 2/20/2020 | 5/24/2021 |
| 45.3 | May/June 2020 | TX0008998016 | 4/20/2020 | 5/24/2021 |
| 45.4 | July/August 2020 | TX0008998013 | 6/20/2020 | 5/24/2021 |
| 45.5 | September/October 2020 | TX0008998013 | 8/20/2020 | 5/24/2021 |
|  | SPECIAL ISSUE | TX0008974901 | 10/23/2020 | 5/27/2021 |
| 46.2 | March/April 2021 | TX0008998007 | 2/20/2021 | 5/24/2021 |
| 46.3 | May/June 2021 | TX0008998007 | 4/20/2021 | 5/24/2021 |
| 46.4 | July/August 2021 | TX0009079549 | 6/20/2021 | 12/29/2021 |
| 46.5 | September/October 2021 | TX0009079549 | 8/20/2021 | 12/29/2021 |
| 46.6 | November/December 2021 | TX0009109742 | 10/20/2021 | 2/16/2022 |
| 47.1 | January/February 2022 | TX0009109742 | 12/20/2021 | 2/16/2022 |
| 47.2 | March/April 2022 | TX0009134186 | 2/20/2022 | 5/12/2022 |
| 47.3 | May/June 2022 | TX0009134186 | 4/20/2022 | 5/12/2022 |
| 47.4 | July/August 2022 | TX0009179287 | 6/20/2022 | 9/8/2022 |
| 47.5 | July/August 2022 | TX0009179287 | 8/20/2022 | 9/8/2022 |
| 47.6 | November/December 2022 | TX0009247692 | 10/20/2022 | 2/28/2023 |
| 48.1 | January/February 2022 | TX0009247692 | 12/20/2022 | 2/28/2023 |
| 48.2 | March/April 2023 | TX0009326627 | 2/20/2023 | 7/17/2023 |
| 48.3 | May/June 2023 | TX0009326627 | 4/20/2023 | 7/17/2023 |
| 48.4 | July/August 2023 | TX0009367915 | 6/20/2023 | 11/29/2023 |
| 48.5 | September/October 2023 | TX0009367915 | 8/20/2023 | 11/20/2023 |
| 48.6 | November/December 2023 | TX0009388129 | 10/20/2023 | 3/7/2024 |
| 48.7 | January/February 2024 | TX0009388129 | 12/20/2023 | 3/27/2024 |