IH-32 Rev: 2014-1

# United States District Court
для the
## Southern District of New York
### Related Case Statement

___

**Full Caption of Later Filed Case:**

The Center for Investigative Reporting, Inc.

| Plaintiff | Case Number |
|---|---|
| vs. | 1:24-cv-04872 |
| OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCO LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, and Microsoft Corporation | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

The New York Times Company

| Plaintiff | Case Number |
|---|---|
| vs. | 1:23-cv-11195-SHS |
| Microsoft Corporation, OpenAI, Inc. OpenAI LP, OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCO, LLC, OpenAI Global, LLC, OAI Corporation, LLC, and OpenAI Holdings, Inc. | |
| Defendant | |

IH-32                                                                                                          Rev: 2014-1

**Status of Earlier Filed Case:**

☐ Closed   (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open     (If so, set forth procedural status and summarize any court rulings.)

The New York Times sued Microsoft and OpenAI on Dec. 27, 2023, bringing claims including for direct and contributory copyright infringement, and removal of copyright management information and distribution of works from which copyright management information has been removed under the Digital Millennium Copyright Act. The claims relate to Defendants' generative artificial intelligence products. On Jan. 2, 2024, the case was marked related to the "Authors Guild Action" (No. 23-cv-08292). On May 3, 2024, the case was marked related to the "Daily News Action" (No. 24-cv-03285). The "Authors Guild Action" has also been consolidated for pretrial purposes with the "Alter Action" (Case No. 23-cv-10211), and with the "Basbanes-Gage Action," (Case No. 24-cv-00084), both class actions.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

This lawsuit is brought on behalf of a news organization that operates the brands Mother Jones and Reveal. Like the New York Times and Daily News plaintiffs, Plaintiff here asserts claims for direct and contributory copyright infringement, and claims for removal of copyright management information and distribution of works from which copyright management information has been removed under the Digital Millennium Copyright Act. Plaintiffs do not assert certain other claims made by the New York Times and Daily News plaintiffs, including unfair competition and trademark dilution. The claims arise from substantially similar acts, including the Defendants' unauthorized use of Plaintiff's content to train large language models and power generative artificial intelligence products. Accordingly, the basic legal theories, sources of liability, relief requested, basis of jurisdiction, and factual allegations regarding Defendants' conduct brought in The New York Times and Daily News cases are the same for all the claims common to these cases. We expect that there will be substantial overlap between the legal and factual issues between the cases, and designating these cases as related would avoid duplicative efforts, expenses, and burdens on the Court.

Signature: /s/ Stephen Stich Match          Date: 06/27/2024

Firm: Loevy & Loevy