**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION, <br><br> Defendants. | Case No. 1:24-cv-04872-SHS-OTW <br><br> **NOTICE OF MOTION** <br><br> **ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Andrew M. Gass, dated September 3, 2024, and the accompanying Memorandum of Law, the undersigned hereby moves this Court on behalf of Defendants OpenAI, Inc., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, L.L.C., OpenAI Global, L.L.C., OAI Corporation, L.L.C., and OpenAI Holdings, L.L.C. (collectively, the "OpenAI Defendants"), by and through counsel, before the Honorable Sidney H. Stein, United States District Judge for the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 23A, New York, New York 10007-1312, for an order (1) dismissing Counts I and IV to the extent they are based on activity that occurred more than three years prior to the filing of this action, *see* 17 U.S.C. § 507(b), (2) dismissing Count I to the extent it is based on "abridgments," for failure to state a claim for relief pursuant to Fed. R. Civ. P. 12(b)(6); (3) dismissing Count III in full for failure to allege facts sufficient to state a claim for relief pursuant to Fed. R. Civ. P. 12(b)(6); and (4) dismissing Counts IV and V in full for lack of

standing pursuant to Fed. R. Civ. P. 12(b)(1) and for failure to allege facts sufficient to state a claim for relief pursuant to Fed. R. Civ. P. 12(b)(6).

Dated: September 3, 2024

Respectfully Submitted,

By: /s/ *Andrew M. Gass*

**LATHAM & WATKINS LLP**
    Andrew M. Gass (*pro hac vice*)
     andrew.gass@lw.com
    Joseph R. Wetzel
     joseph.wetzel@lw.com
    505 Montgomery Street, Suite 2000
    San Francisco, CA 94111
    Telephone: 415.391.0600

    Sarang V. Damle
     sy.damle@lw.com
    Elana Nightingale Dawson (*pro hac vice*)
     elana.nightingaledawson@lw.com
    555 Eleventh Street, NW, Suite 1000
    Washington, D.C. 20004
    Telephone: 202.637.2200

    Allison L. Stillman
     alli.stillman@lw.com
    Rachel Renee Blitzer
     rachel.blitzer@lw.com
    1271 Avenue of the Americas
    New York, NY 10020
    Telephone: 212.906.1200

By: /s/ *Joseph C. Gratz*

**MORRISON & FOERSTER LLP**
    Joseph C. Gratz (*pro hac vice pending*)[*]
     jgratz@mofo.com
    425 Market Street
    San Francisco, CA 94105

---

[*] All parties whose electronic signatures are included herein have consented to the filing of this document in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

Telephone: 415.258.7522

Eric K. Nikolaides
  *enikolaides@mofo.com*
250 West 55th Street
New York, NY 10019-9601
Telephone: 212.468.8000


By: /s/ *Paven Malhotra*

**KEKER, VAN NEST & PETERS LLP**
  Robert A. Van Nest (*pro hac vice*)
    *rvannest@keker.com*
  Paven Malhotra*
    *pmalhotra@keker.com*
  Michelle S. Ybarra (*pro hac vice*)
    *mybarra@keker.com*
  Nicholas S. Goldberg (*pro hac vice*)
    *ngoldberg@keker.com*
  Thomas E. Gorman (*pro hac vice*)
    *tgorman@keker.com*
  Katie Lynn Joyce (*pro hac vice*)
    *kjoyce@keker.com*
  Christopher S. Sun (*pro hac vice*)
    *csun@keker.com*
  R. James Slaughter (*pro hac vice*)
    *rslaughter@keker.com*
  633 Battery Street
  San Francisco, CA 94111-1809
  Telephone: 415.391.5400

  *Attorneys for OpenAI Defendants*