UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION, <br><br> Defendants. | Case No. 1:24-cv-04872-SHS-OTW <br><br> **DECLARATION OF ANDREW M. GASS IN SUPPORT OF OPENAI DEFENDANTS' MOTION TO DISMISS** |

I, Andrew M. Gass, declare as follows, pursuant to 28 U.S.C. § 1746:

1.  I am a partner at Latham & Watkins LLP, located at 505 Montgomery Street Suite 2000, San Francisco, California 94111, which represents Defendants OpenAI, Inc., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, L.L.C., OpenAI Global, L.L.C., OAI Corporation, L.L.C., and OpenAI Holdings, L.L.C. (collectively, the "OpenAI Defendants") in the above-captioned litigation.  I submit this declaration in support of the OpenAI Defendants' Motion to Dismiss.

2.  Attached hereto as Exhibit A is a true and correct copy of the Center for Investigative Reporting ("CIR")'s Complaint.

3.  Attached hereto as Exhibit B is a true and correct copy of the transcript of oral argument on the motion to dismiss held on June 3, 2024 in *The Intercept Media, Inc. v. OpenAI, Inc. et al.*, No. 24-cv-01515.

4.  Attached hereto as Exhibit C is a compilation of the alleged ChatGPT "abridgments" attached to CIR's Complaint, along with the original articles CIR asked ChatGPT

1

to summarize, as they appear at the links cited in Exhibit 8 to the Complaint. Certain text has been color-coded to facilitate the Court's comparison between the original articles and the purported "abridgments."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 3, 2024 in New York, NY.

By: /s/ *Andrew M. Gass*
     Andrew M. Gass
