UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION, <br><br> Defendants. | Case No. 1:24-cv-04872-SHS-OTW <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Defendants OpenAI, Inc., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI Global, L.L.C., OAI Corporation, L.L.C., and OpenAI Holdings, L.L.C. (together, the "OpenAI Defendants"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 7.1, disclose as follows:

1. OpenAI, Inc. states that it has no parent corporation and that no publicly held corporation has a financial interest of 10% or more.

2. OpenAI OpCo, L.L.C. states that it is a subsidiary of OpenAI Global, L.L.C. and that Microsoft Corporation is a publicly held corporation that has a financial interest of 10% or more in OpenAI Global, L.L.C.

3. OpenAI GP, L.L.C. states that it is a subsidiary of OpenAI, Inc. and that no publicly held corporation has a financial interest of 10% or more.

4. OpenAI, L.L.C. states that it is a subsidiary of OpenAI Global, L.L.C. and that Microsoft Corporation is a publicly held corporation that has a financial interest of 10% or more in OpenAI Global, L.L.C.

1

5. OpenAI Global, L.L.C. states that it is a subsidiary of OpenAI, Inc. and that Microsoft Corporation is a publicly held corporation that has a financial interest of 10% or more in OpenAI Global, L.L.C.

6. OAI Corporation, LLC converted in September 2023 from a limited liability company to a corporation named OAI Corporation. OAI Corporation states that it is a subsidiary of OpenAI, Inc. and that no publicly held corporation has a financial interest of 10% or more.

7. OpenAI Holdings, L.L.C. states that it is a subsidiary of OpenAI, Inc. and that no publicly held corporation has a financial interest of 10% or more.

Dated:  September 3, 2024

Respectfully Submitted,

By: /s/ *Andrew M. Gass*

**LATHAM & WATKINS LLP**
    Andrew M. Gass (*pro hac vice*)
     andrew.gass@lw.com
    Joseph R. Wetzel
     joseph.wetzel@lw.com
    505 Montgomery Street, Suite 2000
    San Francisco, CA 94111
    Telephone: 415.391.0600

    Sarang V. Damle
     sy.damle@lw.com
    Elana Nightingale Dawson (*pro hac vice*)
     elana.nightingaledawson@lw.com
    555 Eleventh Street, NW, Suite 1000
    Washington, D.C. 20004
    Telephone: 202.637.2200

    Allison L. Stillman
     alli.stillman@lw.com
    Rachel Renee Blitzer
     rachel.blitzer@lw.com
    1271 Avenue of the Americas
    New York, NY 10020
    Telephone: 212.906.1200


By: /s/ *Joseph C. Gratz*

**MORRISON & FOERSTER LLP**
    Joseph C. Gratz (*pro hac vice pending*)[*]
     jgratz@mofo.com
    425 Market Street
    San Francisco, CA 94105
    Telephone: 415.258.7522

    Eric K. Nikolaides
     enikolaides@mofo.com
    250 West 55th Street
    New York, NY 10019-9601
    Telephone: 212.468.8000


By: /s/ *Paven Malhotra*

**KEKER, VAN NEST & PETERS LLP**

3

Robert A. Van Nest (*pro hac vice*)
 rvannest@keker.com
Paven Malhotra*
 pmalhotra@keker.com
Michelle S. Ybarra (*pro hac vice*)
 mybarra@keker.com
Nicholas S. Goldberg (*pro hac vice*)
 ngoldberg@keker.com
Thomas E. Gorman (*pro hac vice*)
 tgorman@keker.com
Katie Lynn Joyce (*pro hac vice*)
 kjoyce@keker.com
Christopher S. Sun (*pro hac vice*)
 csun@keker.com
R. James Slaughter (*pro hac vice*)
 rslaughter@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415.391.5400

*Attorneys for OpenAI Defendants*

---

* All parties whose electronic signatures are included herein have consented to the filing of this document in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.