# Exhibit 6

Below is a list of URLs of each article from the web domain revealnews.org contained in the OpenWebText training set described in the First Amended Complaint. A data scientist employed by Plaintiff's counsel identified the articles by writing a code that searched through the subfolders at the website: https://mega.nz/folder/EZZD0YwJ#9_PlEQzdMVLaNdKv_ICNVQ/folder/cc4RgQQZ, which contains the links found in OpenWebText.

The text preceding each URL in the following list indicates the subfolder in which the URL is contained, and the line of the URL within that subfolder. For example, in the first item on the list, the URL https://www.revealnews.org/article/hey-california-oklahoma-had-3-times-as-many-earthquakes-in-2014/ is contained in the subfolder entitled RS_2016-09.bz2.deduped.txt, and is the 27448th line of that subfolder.

RS_2016-09.bz2.deduped.txt:27448 - https://www.revealnews.org/article/hey-california-oklahoma-had-3-times-as-many-earthquakes-in-2014/
RS_2016-09.bz2.deduped.txt:40113 - https://www.revealnews.org/episodes/a-welfare-check/
RS_2016-09.bz2.deduped.txt:71516 - https://www.revealnews.org/article/in-secretive-marijuana-industry-whispers-of-abuse-and-trafficking/?
RS_2016-09.bz2.deduped.txt:72854 - https://www.revealnews.org/article/in-secretive-marijuana-industry-whispers-of-abuse-and-trafficking/
RS_2016-09.bz2.deduped.txt:160783 - https://www.revealnews.org/episodes/no-choice-failing-americas-veterans/
RS_2016-09.bz2.deduped.txt:175676 - https://www.revealnews.org/article/who-is-the-wet-prince-of-bel-air-here-are-the-likely-culprits/
RS_2016-09.bz2.deduped.txt:288097 - https://www.revealnews.org/blog/dow-sued-for-not-warning-california-residents-of-pesticide-risk/
RS_2017-03.bz2.deduped.txt:47440 - https://www.revealnews.org/blog/hundreds-of-marines-investigated-for-sharing-photos-of-naked-colleagues/
RS_2017-03.bz2.deduped.txt:65898 - https://www.revealnews.org/episodes/up-against-the-wall/
RS_2017-03.bz2.deduped.txt:130576 - https://www.revealnews.org/article/scientists-say-trumps-border-wall-would-devastate-wildlife-habitat/
RS_2017-03.bz2.deduped.txt:130589 - https://www.revealnews.org/blog/how-3-fires-raged-through-one-california-county/
RS_2017-03.bz2.deduped.txt:193998 - https://www.revealnews.org/article/white-nationalist-gets-his-money-from-cotton-fields-and-the-government/?
RS_2017-03.bz2.deduped.txt:194836 - https://www.revealnews.org/article/white-nationalist-gets-his-money-from-cotton-fields-and-the-government/
RS_2017-03.bz2.deduped.txt:197736 - https://www.revealnews.org/article/white-nationalist-gets-his-money-from-cotton-fields-and-the-government/amp/
RS_2017-03.bz2.deduped.txt:248381 - https://www.revealnews.org/episodes/richard-spencers-cotton-farms/
RS_2016-03.bz2.deduped.txt:83 - https://www.revealnews.org/blog/a-readers-guide-to-the-jehovahs-witnesses-child-sex-abuse-scandal/
RS_2016-03.bz2.deduped.txt:20396 - https://www.revealnews.org/article/playing-chicken-with-salmonella-a-journey-in-photos/

RS_2016-03.bz2.deduped.txt:146379 - https://www.revealnews.org/article/besieged-by-misconduct-tsa-sows-culture-of-dysfunction-and-distrust/
RS_2016-03.bz2.deduped.txt:191456 - https://www.revealnews.org/episodes/alleged-cult-leader-plays-shell-game-with-us-foreign-aid/
RS_2016-03.bz2.deduped.txt:241063 - https://www.revealnews.org/article/you-may-be-in-californias-gang-database-and-not-even-know-it/
RS_2016-03.bz2.deduped.txt:278636 - https://www.revealnews.org/article/trumps-golf-club-sought-certifications-for-workers-in-u-s-illegally/
RS_2016-03.bz2.deduped.txt:292803 - https://www.revealnews.org/article/profiteering-masquerades-as-medical-care-for-injured-california-workers/
RS_2016-10.bz2.deduped.txt:8058 - https://www.revealnews.org/episodes/voting-rights-and-wrongs/
RS_2016-10.bz2.deduped.txt:219521 - https://www.revealnews.org/episodes/how-to-really-steal-an-election/
RS_2016-10.bz2.deduped.txt:220150 - https://www.revealnews.org/blog/fraud-accusations-grow-in-californias-embattled-work-comp-system/
RS_2016-10.bz2.deduped.txt:250819 - https://www.revealnews.org/article/religious-day-cares-operate-with-little-oversight-and-accountability/?utm_source=Reveal%20Newsletters&utm_campaign=de4eae0eba-The_Weekly_Reveal_10_24_16&utm_medium=email&utm_term=0_c38de7c444-de4eae0eba-229918401
RS_2016-10.bz2.deduped.txt:269155 - https://www.revealnews.org/article/are-child-care-records-online-in-your-state/
RS_2015-04.bz2.deduped.txt:52913 - http://www.revealnews.org/article/california-is-pumping-water-that-fell-to-earth-20000-years-ago/?utm_source=CIR&utm_medium=social_media&utm_campaign=facebook
RS_2015-04.bz2.deduped.txt:58972 - http://www.revealnews.org/article/13-deaths-blamed-on-abuse-and-neglect-at-california-state-run-homes/
RS_2015-04.bz2.deduped.txt:63609 - http://www.revealnews.org/article/store-owner-uses-1st-amendment-to-challenge-handgun-advertising-ban/
RS_2015-04.bz2.deduped.txt:91363 - http://www.revealnews.org/article/minnesota-county-will-issue-permits-for-atheist-weddings/
RS_2015-04.bz2.deduped.txt:117889 - http://www.revealnews.org/article/california-security-firm-involved-in-3-shootings-sees-few-consequences/
RS_2015-04.bz2.deduped.txt:136133 - http://www.revealnews.org/article/californias-biggest-water-users-are-secret-to-shield-tech-executives/
RS_2015-04.bz2.deduped.txt:153771 - http://www.revealnews.org/article/california-court-guts-child-abuse-ruling-against-jehovahs-witnesses/
RS_2015-04.bz2.deduped.txt:182328 - http://www.revealnews.org/article/what-california-can-learn-from-saudi-arabias-water-mystery/
RS_2015-04.bz2.deduped.txt:209128 - http://www.revealnews.org/article/what-california-can-learn-from-saudi-arabias-water-mystery/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2015-04.bz2.deduped.txt:209997 - http://www.revealnews.org/article/the-air-is-dark-and-asthma-is-deadly-along-the-mexico-border/

RS_2015-04.bz2.deduped.txt:250725 - http://www.revealnews.org/article/megachurch-helps-california-school-board-blur-church-state-divide/
RS_2016-08.bz2.deduped.txt:131936 - https://www.revealnews.org/article/justice-isnt-always-done-for-child-sexual-abuse-i-know-firsthand/
RS_2016-08.bz2.deduped.txt:235352 - https://www.revealnews.org/blog/why-are-more-families-desperately-poor-20-years-after-welfare-reform/
RS_2016-08.bz2.deduped.txt:243692 - https://www.revealnews.org/article/east-dallas-high-school-plants-nurtures-college-dreams/
RS_2018-01.xz.deduped.txt:48771 - https://www.revealnews.org/blog/kobach-wants-dhs-to-pursue-voter-citizenship-tests-internal-docs-show/
RS_2018-01.xz.deduped.txt:56244 - https://www.revealnews.org/episodes/the-tide-is-high/
RS_2018-01.xz.deduped.txt:56662 - https://www.revealnews.org/blog/were-suing-the-government-over-border-wall-spending-records/
RS_2018-01.xz.deduped.txt:68010 - https://www.revealnews.org/article/as-opioid-crisis-strains-foster-care-states-arent-tracking-the-damage/amp/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter&__twitter_impression=true
RS_2018-01.xz.deduped.txt:68016 - https://www.revealnews.org/article/as-opioid-crisis-strains-foster-care-states-arent-tracking-the-damage/
RS_2018-01.xz.deduped.txt:78427 - https://www.revealnews.org/article/this-houston-suburb-is-a-magnet-for-growth-and-flooding-thats-not-a-coincidence/
RS_2018-01.xz.deduped.txt:90520 - https://www.revealnews.org/blog/new-documents-about-jehovahs-witnesses-sex-abuse-begin-to-leak-out/
RS_2018-01.xz.deduped.txt:98017 - https://www.revealnews.org/article/california-is-preparing-to-defend-its-waters-from-trump-order/
RS_2018-01.xz.deduped.txt:247415 - https://www.revealnews.org/blog/the-hate-report-the-nazis-are-coming-for-your-children/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2018-06.xz.deduped.txt:14681 - https://www.revealnews.org/blog/musk-claims-teslas-safety-record-is-better-than-average-despite-the-data/
RS_2018-06.xz.deduped.txt:30605 - https://www.revealnews.org/episodes/cops-on-a-crime-spree/
RS_2018-06.xz.deduped.txt:102500 - https://www.revealnews.org/article/immigrant-families-face-new-threat-to-childrens-health-uncertainty/
RS_2018-06.xz.deduped.txt:123672 - https://www.revealnews.org/blog/why-its-so-hard-to-catch-or-even-count-fake-immigration-lawyers/
RS_2018-06.xz.deduped.txt:129584 - https://www.revealnews.org/blog/immigration-numbers-illustrate-lives-impacted-by-trump-era-policies/
RS_2018-06.xz.deduped.txt:164515 - https://www.revealnews.org/blog/the-hate-report-white-nationalism-at-the-ballot-box/
RS_2018-06.xz.deduped.txt:168265 - https://www.revealnews.org/blog/first-republic-bank-finances-displacement-of-residents/
RS_2018-06.xz.deduped.txt:170632 - https://www.revealnews.org/blog/ice-lawyer-says-agencys-role-in-separating-families-limited-to-transport/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter

RS_2018-06.xz.deduped.txt:201078 - https://www.revealnews.org/article/migrant-children-sent-to-shelters-with-histories-of-abuse-allegations/
RS_2018-06.xz.deduped.txt:202443 - https://www.revealnews.org/blog/immigrant-children-forcibly-injected-with-drugs-lawsuit-claims/
RS_2018-06.xz.deduped.txt:203931 - https://www.revealnews.org/blog/immigrant-children-forcibly-injected-with-drugs-lawsuit-claims/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2018-06.xz.deduped.txt:204683 - https://www.revealnews.org/blog/immigrant-children-forcibly-injected-with-drugs-lawsuit-claims/amp/?__twitter_impression=true
RS_2018-06.xz.deduped.txt:205983 - https://www.revealnews.org/blog/immigrant-children-forcibly-injected-with-drugs-lawsuit-claims
RS_2018-06.xz.deduped.txt:208666 - https://www.revealnews.org/blog/immigrant-children-forcibly-injected-with-drugs-lawsuit-claims/?utm_source=Reveal&utm_medium=social_media&utm_campaign=facebook
RS_2018-06.xz.deduped.txt:208751 - https://www.revealnews.org/article-legacy/what-happens-to-migrant-children-after-the-border-patrol-detains-them/
RS_2018-06.xz.deduped.txt:238625 - https://www.revealnews.org/blog/ice-tried-to-deport-children-waiting-for-green-cards-the-courts-stopped-it/
RS_2018-06.xz.deduped.txt:240561 - https://www.revealnews.org/blog/forced-drugging-migrant-childrens-accounts/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2018-06.xz.deduped.txt:257250 - https://www.revealnews.org/blog/exclusive-shiloh-doctor-lost-board-certification-to-treat-children-years-ago/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2018-06.xz.deduped.txt:257485 - https://www.revealnews.org/blog/exclusive-shiloh-doctor-lost-board-certification-to-treat-children-years-ago/
RS_2018-06.xz.deduped.txt:277290 - https://www.revealnews.org/article/before-family-separations-trump-quietly-removed-protections-for-migrant-kids/
RS_2018-06.xz.deduped.txt:287929 - https://www.revealnews.org/article/this-walgreens-gets-5-times-us-average-of-oxycodone-the-dea-is-asking-why/
RS_2015-01.bz2.deduped.txt:167289 - http://www.revealnews.org/article-legacy/to-kill-a-sparrow/
RS_2015-01.bz2.deduped.txt:223486 - http://www.revealnews.org/article/though-endangered-grizzly-bears-can-be-killed-to-protect-livestock/
RS_2017-08.bz2.deduped.txt:15455 - http://lostandfound.revealnews.org/?sex=Male&ordering=Sort+results+by%3A&age=15+-+46&start_date=01%2F01%2F1979&end_date=12%2F31%2F2001&missingperson=3224
RS_2017-08.bz2.deduped.txt:25116 - https://www.revealnews.org/blog/transgender-dod/
RS_2017-08.bz2.deduped.txt:31293 - https://www.revealnews.org/article/man-featured-in-investigation-of-drug-diversion-programs-has-died/
RS_2017-08.bz2.deduped.txt:134439 - https://www.revealnews.org/blog/charlottesville-conspiracy-theories-spread-echoing-other-false-flag-claims/
RS_2017-08.bz2.deduped.txt:141986 - https://www.revealnews.org/blog/president-trump-condemns-white-supremacy-but-surrounds-himself-with-people-who-deny-it/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter

RS_2017-08.bz2.deduped.txt:143256 - https://www.revealnews.org/blog/three-ways-the-trump-administration-has-downplayed-white-supremacy/
RS_2017-08.bz2.deduped.txt:173483 - https://www.revealnews.org/article/how-activists-of-color-lose-battles-against-facebooks-moderator-army/
RS_2017-08.bz2.deduped.txt:230979 - https://www.revealnews.org/episodes/hate-on-the-march-white-nationalism-in-the-trump-era/
RS_2017-08.bz2.deduped.txt:236799 - https://www.revealnews.org/blog/san-francisco-tries-to-ban-guns-from-saturdays-patriot-prayer-event/
RS_2017-08.bz2.deduped.txt:237318 - https://www.revealnews.org/article/epa-budget-cuts-threaten-to-slow-uranium-cleanup-at-navajo-nation/
RS_2017-08.bz2.deduped.txt:268750 - https://www.revealnews.org/episodes/follow-the-money-citizen-sleuths-investigate/
RS_2017-08.bz2.deduped.txt:275912 - https://www.revealnews.org/blog/reveal-host-al-letson-shields-man-from-beating-at-anti-hate-rally/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2017-08.bz2.deduped.txt:282713 - https://www.revealnews.org/blog/reveal-host-al-letson-shields-man-from-beating-at-anti-hate-rally/
RS_2017-08.bz2.deduped.txt:291591 - https://www.revealnews.org/article/ice-plans-to-outsource-data-collection-on-500000-people-a-month/
RS_2017-08.bz2.deduped.txt:296600 - https://www.revealnews.org/article/ice-plans-to-outsource-data-collection-on-500000-people-a-month
RS_2017-08.bz2.deduped.txt:308126 - https://www.revealnews.org/article/empty-seats-trumps-top-science-jobs-vacant-others-tied-to-industry/
RS_2017-08.bz2.deduped.txt:319421 - https://www.revealnews.org/article/in-chat-rooms-unite-the-right-organizers-planned-to-obscure-their-racism/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2016-01.bz2.deduped.txt:26053 - https://www.revealnews.org/blog/in-england-more-accusations-that-jehovahs-witnesses-hid-sex-abuse/
RS_2016-01.bz2.deduped.txt:38670 - https://www.revealnews.org/article/us-gives-meat-producers-a-pass-on-climate-change-emissions/
RS_2016-01.bz2.deduped.txt:40613 - https://www.revealnews.org/article/when-companies-hire-temp-workers-by-race-black-applicants-lose-out
RS_2016-01.bz2.deduped.txt:62249 - https://www.revealnews.org/article/when-companies-hire-temp-workers-by-race-black-applicants-lose-out/
RS_2016-01.bz2.deduped.txt:87285 - https://www.revealnews.org/blog/another-judge-criticizes-jehovahs-witnesses-court-tactics/
RS_2016-01.bz2.deduped.txt:113867 - https://www.revealnews.org/blog/u-s-government-killed-coyotes-from-the-air-for-hammond-ranch/
RS_2016-01.bz2.deduped.txt:123287 - https://www.revealnews.org/article/americas-trapping-boom-relies-on-cruel-and-grisly-tools/
RS_2017-04.bz2.deduped.txt:14976 - https://www.revealnews.org/article/program-to-identify-dead-and-missing-across-us-put-on-hold/
RS_2017-04.bz2.deduped.txt:23701 - https://www.revealnews.org/blog/how-an-army-of-twitter-bots-almost-created-the-next-great-political-pundit/?utm_source=Reveal&utm_medium=social_media&utm_campaign=facebook
RS_2017-04.bz2.deduped.txt:124065 - https://lostandfound.revealnews.org

RS_2017-04.bz2.deduped.txt:148756 - https://www.revealnews.org/article/is-nothing-sacred-how-archaeological-reviews-imperil-tribal-lands/
RS_2017-04.bz2.deduped.txt:181944 - https://www.revealnews.org/blog/the-hate-report-during-passover-swastikas-and-anti-semitism/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2017-04.bz2.deduped.txt:238713 - https://www.revealnews.org/blog/the-hate-report-a-kkk-sign-beer-hall-nazis-and-a-trump-adviser/
RS_2017-04.bz2.deduped.txt:250445 - https://www.revealnews.org/episodes/russias-new-scapegoats/
RS_2015-06.bz2.deduped.txt:34976 - https://www.revealnews.org/article/california-is-sinking-and-its-getting-worse/
RS_2015-06.bz2.deduped.txt:47601 - https://www.revealnews.org/episodes/law-and-disorder-2-citizens-cameras-and-cops/
RS_2015-06.bz2.deduped.txt:80872 - https://www.revealnews.org/article/new-fbi-files-show-wide-range-of-black-panther-informants-activities/
RS_2015-06.bz2.deduped.txt:102006 - https://www.revealnews.org/article/want-to-carry-a-concealed-gun-live-in-sacramento-not-san-francisco/
RS_2015-06.bz2.deduped.txt:130342 - https://www.revealnews.org/article/the-right-to-bear-arms-in-public-how-courts-have-ruled-so-far/
RS_2015-06.bz2.deduped.txt:150199 - https://www.revealnews.org/episodes/power-struggle-the-perilous-price-of-americas-energy-boom/
RS_2015-06.bz2.deduped.txt:151389 - https://www.revealnews.org/article/in-north-dakotas-bakken-oil-boom-there-will-be-blood/
RS_2015-06.bz2.deduped.txt:196465 - https://www.revealnews.org/article/under-cover-of-darkness-female-janitors-face-rape-and-assault/
RS_2015-06.bz2.deduped.txt:206653 - http://www.revealnews.org/article/under-cover-of-darkness-female-janitors-face-rape-and-assault
RS_2015-06.bz2.deduped.txt:230131 - https://www.revealnews.org/article/9-sobering-facts-about-californias-groundwater-problem/?utm_source=reveal&utm_medium=social_media&utm_campaign=twitter
RS_2015-06.bz2.deduped.txt:249741 - https://www.revealnews.org/article/university-of-phoenix-sidesteps-obama-order-on-recruiting-veterans/
RS_2017-06.bz2.deduped.txt:19669 - https://www.revealnews.org/article/private-diversion-programs-are-failing-those-who-need-help-the-most/
RS_2017-06.bz2.deduped.txt:33645 - https://www.revealnews.org/episodes/al-letson-reveals-sebastian-gorka-on-america/
RS_2017-06.bz2.deduped.txt:98721 - https://www.revealnews.org/blog/trump-friend-thomas-barrack-cashes-out-of-colony-starwood-homes/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2017-06.bz2.deduped.txt:121455 - https://www.revealnews.org/article/big-oil-lauds-paris-pullout-but-warns-of-rising-seas-severe-storms/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2017-06.bz2.deduped.txt:151552 - https://www.revealnews.org/article/in-heart-of-southwest-natural-gas-leaks-fuel-a-methane-menace/
RS_2017-06.bz2.deduped.txt:169308 - https://www.revealnews.org/blog/hate-report-in-canada-anti-muslim-hate-crime-skyrockets/

RS_2017-06.bz2.deduped.txt:237585 - https://apps.revealnews.org/homegrown-terror/
RS_2017-06.bz2.deduped.txt:238492 - https://www.revealnews.org/article/home-is-where-the-hate-is/
RS_2017-06.bz2.deduped.txt:264331 - https://www.revealnews.org/episodes/trial-and-terror/
RS_2017-06.bz2.deduped.txt:307111 - https://www.revealnews.org/blog/federal-housing-agency-bars-press-from-meeting-about-single-family-rental-market/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2017-06.bz2.deduped.txt:307321 - https://www.revealnews.org/blog/federal-official-says-border-wall-project-on-schedule-its-not/
RS_2018-03.xz.deduped.txt:18697 - https://www.revealnews.org/blog/hate-report-gaming-app-has-173-groups-that-glorify-school-shooters/
RS_2018-03.xz.deduped.txt:81818 - https://www.revealnews.org/article/is-this-the-new-redlining-how-people-of-color-are-being-shut-out-of-buying-homes/
RS_2018-03.xz.deduped.txt:94414 - https://www.revealnews.org/article/youth-camps-shape-new-generations-with-patriotism-pushups-and-prayer/
RS_2018-03.xz.deduped.txt:138050 - https://www.revealnews.org/blog/one-year-ago-we-asked-for-border-spending-records-were-still-waiting/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2018-03.xz.deduped.txt:164437 - https://www.revealnews.org/episodes/built-to-burn/
RS_2018-03.xz.deduped.txt:172392 - https://www.revealnews.org/article/egged-on-by-industry-lobbyists-interior-dept-weakens-bird-protections/
RS_2018-03.xz.deduped.txt:181098 - https://www.revealnews.org/article/egged-on-by-industry-lobbyists-interior-dept-weakens-bird-protections/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2018-03.xz.deduped.txt:206788 - https://www.revealnews.org/blog/new-database-expands-public-access-to-information-about-public-records/
RS_2018-03.xz.deduped.txt:222086 - https://www.revealnews.org/blog/warren-urges-defense-department-to-act-now-on-workplace-safety/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2018-03.xz.deduped.txt:223116 - https://www.revealnews.org/blog/jehovahs-witness-abuse-files-remain-secret-after-court-settlements/
RS_2018-03.xz.deduped.txt:257166 - https://www.revealnews.org/article/what-on-earth-why-climate-change-skeptics-are-backing-geoengineering/
RS_2018-03.xz.deduped.txt:274338 - https://www.revealnews.org/blog/the-hate-report-the-alt-right-is-a-mess/
RS_2018-03.xz.deduped.txt:276296 - https://www.revealnews.org/blog/crosscheck-is-ineffective-and-insecure-but-states-arent-withdrawing/
RS_2018-03.xz.deduped.txt:286348 - https://www.revealnews.org/article/police-guns-are-turning-up-in-crimes-but-atf-cant-talk-about-it/
RS_2018-03.xz.deduped.txt:318525 - https://www.revealnews.org/episodes/warning-system-down-californias-deadliest-fires/
RS_2018-03.xz.deduped.txt:326910 - https://www.revealnews.org/article/inside-a-secretive-lobbying-effort-to-deregulate-federal-levees/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2018-09.xz.deduped.txt:6229 - https://www.revealnews.org/article/across-the-country-basements-offices-and-hotels-play-short-term-host-to-people-in-ice-custody/

RS_2018-09.xz.deduped.txt:6673 - https://www.revealnews.org/blog/more-workers-than-ever-are-independent-contractors-gig-companies-want-to-keep-it-that-way/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2018-09.xz.deduped.txt:20681 - https://lostandfound.revealnews.org/?sex=Male&race=White&state=Alabama&ordering=Sort+results+by%3A&age=0+-+100&start_date=01%2F01%2F1900&end_date=12%2F31%2F2018&unidentifiedperson=14465&missingperson=4485
RS_2018-09.xz.deduped.txt:87663 - https://www.revealnews.org/article/the-unreckoned/
RS_2018-09.xz.deduped.txt:95068 - https://www.revealnews.org/article/former-resident-at-troubled-youth-facility-shares-story-of-sexual-abuse-by-live-in-counselor/
RS_2018-09.xz.deduped.txt:97319 - https://www.revealnews.org/article/national-park-officials-were-told-climate-change-was-sensitive-so-they-removed-it-from-a-key-planning-report/
RS_2018-09.xz.deduped.txt:98356 - https://www.revealnews.org/article/national-park-officials-were-told-climate-change-was-sensitive-so-they-removed-it-from-a-key-planning-report/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2018-09.xz.deduped.txt:121606 - https://www.revealnews.org/blog/labor-department-officials-told-her-to-start-paying-workers-she-ignored-them-and-they-let-her-get-away-with-it/
RS_2018-09.xz.deduped.txt:143470 - https://www.revealnews.org/article/the-victims-who-dont-count/
RS_2018-09.xz.deduped.txt:169720 - https://www.revealnews.org/blog/the-hate-report-lgbtq-couple-told-to-move-or-die/
RS_2018-09.xz.deduped.txt:219403 - https://www.revealnews.org/episodes/never-meet-your-super-heroes/
RS_2018-09.xz.deduped.txt:277070 - https://www.revealnews.org/article/5-people-died-from-eating-lettuce-but-trumps-fda-still-wont-make-farms-test-water-for-bacteria/
RS_2015-02.bz2.deduped.txt:5341 - http://www.revealnews.org/article/how-china-purchased-a-prime-cut-of-americas-pork-industry/
RS_2015-02.bz2.deduped.txt:69735 - http://www.revealnews.org/article/hey-california-oklahoma-had-3-times-as-many-earthquakes-in-2014/
RS_2015-02.bz2.deduped.txt:89562 - http://www.revealnews.org/article/foreign-owned-mines-operate-royalty-free-under-outdated-us-law/
RS_2015-02.bz2.deduped.txt:109271 - http://www.revealnews.org/article/jehovahs-witnesses-use-1st-amendment-to-hide-child-sex-abuse-claims/
RS_2015-02.bz2.deduped.txt:111905 - http://www.revealnews.org/article/what-you-dont-know-about-jehovahs-witnesses/
RS_2015-02.bz2.deduped.txt:113993 - http://www.revealnews.org/episodes/the-secrets-of-church-state-and-business/
RS_2015-02.bz2.deduped.txt:116409 - http://www.revealnews.org/episodes/the-secrets-of-church-state-and-business/?utm_source=CIR&utm_medium=social_media&utm_campaign=facebook
RS_2015-02.bz2.deduped.txt:142546 - http://www.revealnews.org/article/3-lawsuits-attempt-to-hold-gun-makers-sellers-liable-for-shootings/
RS_2015-02.bz2.deduped.txt:164666 - http://www.revealnews.org/article-legacy/graphic-novel-techsploitation/

RS_2015-02.bz2.deduped.txt:209783 - http://www.revealnews.org/article/did-air-marshals-abandon-high-risk-flights-for-sexual-trysts/
RS_2015-02.bz2.deduped.txt:220233 - http://www.revealnews.org/article/financial-fraud-at-churches-may-be-vastly-underreported/
RS_2016-04.bz2.deduped.txt:100804 - https://www.revealnews.org/article/were-running-out-of-water-and-the-worlds-powers-are-very-worried/
RS_2016-04.bz2.deduped.txt:110632 - https://www.revealnews.org/article/religious-day-cares-operate-with-little-oversight-and-accountability/
RS_2016-04.bz2.deduped.txt:142768 - https://www.revealnews.org/article/she-runs-disastrous-day-cares-but-her-church-makes-her-untouchable/
RS_2016-04.bz2.deduped.txt:147727 - https://www.revealnews.org/article/were-running-out-of-water-and-the-worlds-powers-are-very-worried/?utm_source=pocket&utm_medium=email&utm_campaign=pockethits
RS_2016-04.bz2.deduped.txt:259298 - https://www.revealnews.org/article/how-a-church-avoided-responsibility-for-its-ties-to-a-child-molester/
RS_2015-12.bz2.deduped.txt:27191 - https://www.revealnews.org/article/ranchers-denied-the-drought-while-collecting-drought-subsidies
RS_2015-12.bz2.deduped.txt:33854 - https://www.revealnews.org/article/ranchers-denied-the-drought-while-collecting-drought-subsidies/
RS_2015-12.bz2.deduped.txt:61221 - https://www.revealnews.org/blog/jehovahs-witnesses-shield-child-sexual-abusers-from-police-report-says/
RS_2015-12.bz2.deduped.txt:128005 - https://www.revealnews.org/blog/how-jehovahs-witness-leaders-are-responding-to-child-abuse-scrutiny/
RS_2015-12.bz2.deduped.txt:141353 - https://www.revealnews.org/article/california-is-pumping-water-that-fell-to-earth-20000-years-ago/
RS_2015-12.bz2.deduped.txt:181687 - https://www.revealnews.org/blog/24232/
RS_2015-08.bz2.deduped.txt:3796 - https://www.revealnews.org/episodes/one-thing-leads-to-another/#segment-shunned-and-shamed-by-jehovahs-witnesses
RS_2015-08.bz2.deduped.txt:11348 - https://www.revealnews.org/article/new-mexico-thrives-on-nuclear-bomb-despite-us-pledge-to-reduce-arsenal/
RS_2015-08.bz2.deduped.txt:52967 - https://www.revealnews.org/article/defense-department-now-reviewing-university-of-phoenix-recruiting/
RS_2015-08.bz2.deduped.txt:54466 - https://www.revealnews.org/article/chicago-and-los-angeles-have-used-dirt-box-surveillance-for-a-decade/
RS_2015-08.bz2.deduped.txt:87656 - https://www.revealnews.org/article/5-hardships-faced-by-victims-of-jehovahs-witnesses-sexual-abuse/
RS_2015-08.bz2.deduped.txt:95332 - https://www.revealnews.org/article/gunshot-victim-struggles-to-collect-payment-from-imprisoned-gun-maker/
RS_2015-08.bz2.deduped.txt:152540 - https://www.revealnews.org/article/what-oakland-california-residents-think-about-police-surveillance/
RS_2015-08.bz2.deduped.txt:211014 - https://www.revealnews.org/article/in-2-states-sexual-assault-laws-lag-far-behind-the-mainstream/
RS_2016-05.bz2.deduped.txt:154818 - https://www.revealnews.org/blog/heres-how-arizona-residents-are-reacting-to-foreign-water-mining/
RS_2016-05.bz2.deduped.txt:197190 - https://www.revealnews.org/blog/manager-reportedly-urinates-on-employee-and-keeps-his-job/

RS_2016-05.bz2.deduped.txt:212215 - https://www.revealnews.org/episodes/the-pentagon-papers-secrets-lies-and-leaks/
RS_2016-05.bz2.deduped.txt:214189 - https://www.revealnews.org/article/us-taxpayers-are-financing-alleged-cult-through-african-aid-charities/
RS_2016-05.bz2.deduped.txt:217680 - https://www.revealnews.org/blog
RS_2015-03.bz2.deduped.txt:84212 - http://www.revealnews.org/article/california-is-pumping-water-that-fell-to-earth-20000-years-ago/
RS_2015-03.bz2.deduped.txt:91769 - http://www.revealnews.org/article/ebay-sellers-easily-skirt-rules-banning-assault-weapon-parts/
RS_2015-03.bz2.deduped.txt:103046 - http://www.revealnews.org/article/north-carolinians-say-expansion-of-chinese-owned-pig-farms-stinks/
RS_2015-03.bz2.deduped.txt:135321 - http://www.revealnews.org/article/jehovahs-witness-leader-says-child-sex-abuse-claims-are-lies/
RS_2015-03.bz2.deduped.txt:167133 - http://www.revealnews.org/article/overpumping-of-groundwater-is-contributing-to-global-sea-level-rise/
RS_2015-03.bz2.deduped.txt:203143 - http://www.revealnews.org/article/as-water-dwindles-lawmakers-seek-access-to-confidential-well-logs/
RS_2015-03.bz2.deduped.txt:212268 - http://www.revealnews.org/article-legacy/mlb-game-fixing-investigation-uncovers-lies-luck-and-hard-feelings/
RS_2018-04.xz.deduped.txt:32482 - https://www.revealnews.org/episodes/poisoned-ignored-and-evicted-the-perils-of-living-with-lead/
RS_2018-04.xz.deduped.txt:88578 - https://www.revealnews.org/article/wipeout-human-role-in-climate-change-removed-from-science-report/
RS_2018-04.xz.deduped.txt:95417 - https://www.revealnews.org/blog/dojs-civil-rights-workers-have-lost-faith-in-leaders-integrity/
RS_2018-04.xz.deduped.txt:122537 - https://www.revealnews.org/article/a-small-time-scam-artist-gave-trump-a-mansion-for-0-why/
RS_2018-04.xz.deduped.txt:161230 - https://www.revealnews.org/article/tesla-says-its-factory-is-safer-but-it-left-injuries-off-the-books/
RS_2018-04.xz.deduped.txt:166121 - https://www.revealnews.org/article/tesla-says-its-factory-is-safer-but-it-left-injuries-off-the-books/amp/?__twitter_impression=true
RS_2018-04.xz.deduped.txt:167626 - https://www.revealnews.org/article/revealcir-project-all-work-no-pay-named-pulitizer-finalist/
RS_2018-04.xz.deduped.txt:200886 - https://www.revealnews.org/article/they-spewed-hate-then-they-punctuated-it-with-the-presidents-name/
RS_2018-04.xz.deduped.txt:204974 - https://www.revealnews.org/blog/trump-officials-broke-law-in-killing-teen-pregnancy-programs/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2018-04.xz.deduped.txt:205320 - https://revealnews.org/article/they-spewed-hate-then-they-punctuated-it-with-the-presidents-name/
RS_2018-04.xz.deduped.txt:242578 - https://www.revealnews.org/article/flood-of-us-citizenship-applications-increases-wait-times-anxiety/
RS_2018-04.xz.deduped.txt:279485 - https://www.revealnews.org/blog/bus-company-to-pay-legal-fees-in-la-public-records-case/

RS_2018-04.xz.deduped.txt:306234 - https://www.revealnews.org/blog/ice-isnt-following-its-own-handbook-on-how-to-deport-kids/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2015-05.bz2.deduped.txt:74251 - http://www.revealnews.org/article/dcs-assaulting-an-officer-charge-could-hide-police-abuse-critics-say/
RS_2015-05.bz2.deduped.txt:209423 - https://www.revealnews.org/article/potent-pesticide-still-used-at-levels-that-defy-scientists-warnings/
RS_2017-11.bz2.deduped.txt:32949 - https://www.revealnews.org/article/82000-stolen-guns-are-missing-in-florida/
RS_2017-11.bz2.deduped.txt:50843 - https://www.revealnews.org/article/offshore-trove-exposes-trump-russia-links-and-piggy-banks-of-the-wealthiest-1-percent/
RS_2017-11.bz2.deduped.txt:61497 - https://www.revealnews.org/episodes/the-paradise-papers/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2017-11.bz2.deduped.txt:73427 - https://www.revealnews.org/article/offshore-trove-exposes-trump-russia-links-and-piggy-banks-of-the-wealthiest-1-percent/
RS_2017-11.bz2.deduped.txt:78716 - https://www.revealnews.org/article/big-u-s-political-donors-play-the-offshore-game/
RS_2017-11.bz2.deduped.txt:97229 - https://www.revealnews.org/blog/jehovahs-witnesses-double-down-on-scripture-used-to-ignore-abuse/
RS_2017-11.bz2.deduped.txt:97427 - https://www.revealnews.org/blog/jehovahs-witnesses-double-down-on-scripture-used-to-ignore-abuse/?utm_source=Reveal&utm_medium=social_media&utm_campaign=facebook
RS_2017-11.bz2.deduped.txt:118693 - https://www.revealnews.org/article/trumps-budget-kills-funds-for-clean-tap-water-in-struggling-small-towns/
RS_2017-11.bz2.deduped.txt:145015 - https://www.revealnews.org/article/until-something-is-done/
RS_2017-11.bz2.deduped.txt:158435 - https://www.revealnews.org/blog/why-were-suing-the-department-of-justice-for-gun-records/
RS_2017-11.bz2.deduped.txt:171218 - https://www.revealnews.org/blog/jehovahs-witnesses-tab-for-child-sex-abuse-secrecy-2m-and-counting/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2017-11.bz2.deduped.txt:183342 - https://www.revealnews.org/episodes/the-paradise-papers/
RS_2017-11.bz2.deduped.txt:193409 - https://www.revealnews.org/episodes/pizzagate-a-slice-of-fake-news/
RS_2017-11.bz2.deduped.txt:193610 - https://www.revealnews.org/blog/jehovahs-witnesses-tab-for-child-sex-abuse-secrecy-2m-and-counting/
RS_2017-11.bz2.deduped.txt:208431 - https://www.revealnews.org/blog/hate-report-3-men-3-bombs/
RS_2017-11.bz2.deduped.txt:225574 - https://www.revealnews.org/article/federal-agency-refers-girls-to-counselors-picked-by-anti-abortion-group/
RS_2017-11.bz2.deduped.txt:227769 - https://www.revealnews.org/article/anatomy-of-a-fake-news-scandal/
RS_2017-11.bz2.deduped.txt:280748 - https://www.revealnews.org/article/that-bullshit-law-voter-suppression/
RS_2015-09.bz2.deduped.txt:24130 - https://www.revealnews.org/article/leftfordead/

RS_2015-09.bz2.deduped.txt:95980 - https://www.revealnews.org/article/what-california-can-learn-from-saudi-arabias-water-mystery/

RS_2015-09.bz2.deduped.txt:106032 - https://www.revealnews.org/episodes/inside-americas-coldest-cases/

RS_2015-09.bz2.deduped.txt:186887 - https://www.revealnews.org/article/va-pledges-to-scrutinize-unaccredited-schools-getting-gi-bill-funds/

RS_2015-09.bz2.deduped.txt:189807 - https://www.revealnews.org/article/jehovahs-witnesses-can-hide-the-truth-in-court-to-protect-religion/

RS_2015-09.bz2.deduped.txt:247669 - https://www.revealnews.org/article/rampant-california-wildfires-can-be-blamed-on-last-decembers-rain/

RS_2016-02.bz2.deduped.txt:8388 - https://www.revealnews.org/blog/jehovahs-fight-law-requiring-child-sex-abuse-be-reported-to-police/

RS_2016-02.bz2.deduped.txt:83812 - https://www.revealnews.org/article/tsa-official-responsible-for-security-lapses-earned-big-bonuses/

RS_2016-02.bz2.deduped.txt:121439 - https://www.revealnews.org/article/what-to-do-when-someone-goes-missing/

RS_2016-02.bz2.deduped.txt:161343 - https://www.revealnews.org/blog/how-child-sex-abusers-get-reinstated-as-jehovahs-witnesses/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter

RS_2016-02.bz2.deduped.txt:173472 - https://www.revealnews.org/article/behind-the-9th-circuit-bench-the-judges-ruling-on-concealed-guns/

RS_2016-02.bz2.deduped.txt:183697 - https://www.revealnews.org/blog/heres-how-california-could-be-missing-pesticides-cancer-risk/

RS_2016-02.bz2.deduped.txt:211860 - https://www.revealnews.org/episodes/glare-of-the-spotlight/

RS_2016-02.bz2.deduped.txt:274118 - https://www.revealnews.org/article/6-ways-religious-exemption-laws-are-exploited/

RS_2018-10.xz.deduped.txt:5142 - https://www.revealnews.org/blog/the-hate-report-the-alt-rights-newest-target-is-kosher-products/

RS_2018-10.xz.deduped.txt:10347 - https://www.revealnews.org/blog/drug-rehab-patients-demand-back-wages-after-being-sent-to-work-for-free/

RS_2018-10.xz.deduped.txt:84988 - https://www.revealnews.org/article/californias-almond-harvest-has-created-a-golden-opportunity-for-bee-thieves/

RS_2018-10.xz.deduped.txt:152840 - https://www.revealnews.org/article/ice-gave-185-million-deal-to-defense-contractor-under-investigation-for-housing-kids-in-office/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter

RS_2018-10.xz.deduped.txt:217831 - https://www.revealnews.org/episodes/who-gets-to-vote/

RS_2018-10.xz.deduped.txt:225538 - https://www.revealnews.org/blog/immigrant-children-still-being-drugged-at-shelter-despite-judges-order-lawyers-say/

RS_2018-10.xz.deduped.txt:248282 - https://www.revealnews.org/episodes/10-years-or-life/?fbclid=IwAR2ehG3cpX60IgE7FEmJSt9xBJkPyXE9US7OsZ4HWW5f4BMPqqseOAgunAU

RS_2018-10.xz.deduped.txt:300608 - https://www.revealnews.org/article/brazils-version-of-trump-makes-trump-look-like-mr-rogers/

RS_2018-10.xz.deduped.txt:309936 - https://www.revealnews.org/article/right-wing-groups-are-recruiting-students-to-target-teachers/

RS_2018-10.xz.deduped.txt:318576 - https://www.revealnews.org/article/right-wing-groups-are-recruiting-students-to-target-teachers/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2018-02.xz.deduped.txt:68331 - https://www.revealnews.org/episodes/metoo-rape-on-the-night-shift/
RS_2018-02.xz.deduped.txt:68337 - https://www.revealnews.org/blog/police-immigration-policies-making-it-harder-to-catch-criminals/
RS_2018-02.xz.deduped.txt:86833 - https://www.revealnews.org/episodes/secrets-of-the-watchtower/amp/?__twitter_impression=true
RS_2018-02.xz.deduped.txt:112792 - https://www.revealnews.org/blog/the-hate-report-43-alt-right-murders-in-four-years/
RS_2018-02.xz.deduped.txt:155744 - https://www.revealnews.org/article/for-people-of-color-banks-are-shutting-the-door-to-homeownership/
RS_2018-02.xz.deduped.txt:195563 - https://www.revealnews.org/episodes/the-red-line-racial-disparities-in-lending/
RS_2018-02.xz.deduped.txt:250685 - https://www.revealnews.org/article/fbi-bank-robbery-data-shows-armed-guards-increase-risk-of-violence/
RS_2018-02.xz.deduped.txt:262482 - https://www.revealnews.org/article/8-lenders-that-arent-serving-people-of-color-for-home-loans/
RS_2018-02.xz.deduped.txt:283363 - https://www.revealnews.org/episodes/my-town-chi-town/
RS_2018-05.xz.deduped.txt:30000 - https://www.revealnews.org/blog/how-the-immigration-crackdown-is-affecting-immigrant-victims-of-crime/
RS_2018-05.xz.deduped.txt:45191 - https://www.revealnews.org/blog/heres-how-ice-sent-children-seeking-asylum-to-adult-detention-centers/
RS_2018-05.xz.deduped.txt:56255 - https://www.revealnews.org/blog/ice-isnt-following-its-own-handbook-on-how-to-deport-kids/
RS_2018-05.xz.deduped.txt:70230 - https://www.revealnews.org/article/warren-buffetts-mortgage-companies-set-up-to-cater-to-white-clients/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2018-05.xz.deduped.txt:74417 - https://www.revealnews.org/blog/injury-at-tesla-solar-business-draws-companys-biggest-safety-fine/
RS_2018-05.xz.deduped.txt:149088 - https://www.revealnews.org/blog/austin-stops-selling-police-guns-to-public-after-texas-standardreveal-investigation/
RS_2018-05.xz.deduped.txt:158072 - https://www.revealnews.org/blog/the-steps-trump-has-taken-to-undermine-student-debt-reform/
RS_2018-05.xz.deduped.txt:197421 - https://www.revealnews.org/blog/national-parks-report-finally-released-uncensored/
RS_2018-05.xz.deduped.txt:227230 - https://www.revealnews.org/article/drug-users-got-exploited-disabled-patients-got-hurt-one-woman-benefited-from-it-all/
RS_2018-05.xz.deduped.txt:234582 - https://www.revealnews.org/article/drug-users-got-exploited-disabled-patients-got-hurt-one-woman-benefited-from-it-all/?utm_campaign=KHN:%20Daily%20Health%20Policy%20Report&utm_source=hs_email&utm_medium=email&utm_content=63079903&_hsenc=p2ANqtz-_yLzuuLOh39Pukc2lMWHKw90hSQMa6KWAW5u87bqt7wsPOaPGxPNN2buDDDta-HTXfArB2Yen61PrHXXAB2rfg7-r-1g&_hsmi=63079903

RS_2018-05.xz.deduped.txt:236899 - https://www.revealnews.org/article/tesla-left-injuries-off-the-books-but-it-might-not-face-penalties/
RS_2018-05.xz.deduped.txt:246011 - https://www.revealnews.org/blog/im-not-who-i-used-to-be-severely-injured-worker-sues-tesla/
RS_2018-05.xz.deduped.txt:247935 - https://www.revealnews.org/donate/donate-to-reveal/
RS_2018-05.xz.deduped.txt:266773 - https://www.revealnews.org/article/what-scott-pruitts-been-doing-while-you-werent-looking/
RS_2018-07.xz.deduped.txt:17231 - https://www.revealnews.org/blog/lawsuit-the-forced-drugging-of-migrant-children-is-illegal/
RS_2018-07.xz.deduped.txt:59131 - https://www.revealnews.org/article/defense-contractor-detained-migrant-kids-in-vacant-phoenix-office-building/
RS_2018-07.xz.deduped.txt:59560 - https://www.revealnews.org/article/defense-contractor-detained-migrant-kids-in-vacant-phoenix-office-building/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2018-07.xz.deduped.txt:66350 - http://www.revealnews.org/article/defense-contractor-detained-migrant-kids-in-vacant-phoenix-office-building/
RS_2018-07.xz.deduped.txt:109364 - https://www.revealnews.org/blog/government-contractor-acknowledges-migrant-children-were-held-overnight-in-vacant-office-building/
RS_2018-07.xz.deduped.txt:110119 - https://www.revealnews.org/blog/after-reveal-investigation-officials-call-for-closure-of-phoenix-child-detention-facility/
RS_2018-07.xz.deduped.txt:116491 - https://www.revealnews.org/article/oops-federal-officials-divulge-secret-info-about-native-american-artifacts/
RS_2018-07.xz.deduped.txt:122359 - https://www.revealnews.org/blog/north-carolina-rehab-under-investigation-for-food-stamp-fraud/
RS_2018-07.xz.deduped.txt:135397 - https://www.revealnews.org/article/trump-dreams-about-a-new-energy-boom-oil-leases-could-cover-this-mountain-valley/
RS_2018-07.xz.deduped.txt:163172 - https://www.revealnews.org/blog/the-hate-report-hate-for-sale-on-etsy/
RS_2018-07.xz.deduped.txt:169600 - https://www.revealnews.org/blog/exclusive-immigrant-kids-held-in-second-phoenix-office-seen-bathing-in-sinks/
RS_2018-07.xz.deduped.txt:189166 - https://www.revealnews.org/blog/contractor-clears-out-phoenix-office-where-it-held-immigrant-children/
RS_2018-07.xz.deduped.txt:225869 - https://www.revealnews.org/episodes/poisoned-ignored-and-evicted-the-perils-of-living-with-lead-rebroadcast/
RS_2018-07.xz.deduped.txt:241620 - https://www.revealnews.org/blog/as-the-trump-administration-makes-life-more-difficult-for-immigrants-another-study-finds-they-benefit-the-economy/
RS_2018-07.xz.deduped.txt:259734 - https://www.revealnews.org/blog/top-interior-officials-ordered-parks-to-end-science-policy-emails-show/
RS_2018-07.xz.deduped.txt:305671 - https://www.revealnews.org/episodes/take-no-prisoners-inside-a-wwii-american-war-crime/
RS_2016-06.bz2.deduped.txt:41332 - https://www.revealnews.org/article/in-the-rural-west-residents-choose-low-taxes-over-law-enforcement/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2016-06.bz2.deduped.txt:148718 - https://www.revealnews.org/article/americas-gun-toting-security-guards-may-not-be-fit-for-duty/

RS_2016-06.bz2.deduped.txt:242961 - https://www.revealnews.org/episodes/the-man-inside-four-months-as-a-prison-guard/
RS_2016-06.bz2.deduped.txt:261999 - https://www.revealnews.org/article/who-got-rich-off-the-student-debt-crisis/
RS_2017-10.bz2.deduped.txt:33296 - https://www.revealnews.org/article/they-thought-they-were-going-to-rehab-they-ended-up-in-chicken-plants/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2017-10.bz2.deduped.txt:34214 - https://www.revealnews.org/article/they-thought-they-were-going-to-rehab-they-ended-up-in-chicken-plants/
RS_2017-10.bz2.deduped.txt:35088 - https://www.revealnews.org/article/they-thought-they-were-going-to-rehab-they-ended-up-in-chicken-plants?
RS_2017-10.bz2.deduped.txt:36387 - https://www.revealnews.org/article/they-thought-they-were-going-to-rehab-they-ended-up-in-chicken-plants/amp/
RS_2017-10.bz2.deduped.txt:47033 - https://www.revealnews.org/article/bayer-pulls-contraceptive-device-from-global-markets/
RS_2017-10.bz2.deduped.txt:79820 - https://www.revealnews.org/article/riding-high-crashing-hard-a-cautionary-tale-of-facebook-dependence/
RS_2017-10.bz2.deduped.txt:80592 - https://www.revealnews.org/blog/response-to-labor-camp-investigation-i-cant-imagine-how-this-is-legal/
RS_2017-10.bz2.deduped.txt:124423 - https://www.revealnews.org/blog/chicken-workers-sue-say-they-were-modern-day-slaves/
RS_2017-10.bz2.deduped.txt:136505 - https://www.revealnews.org/blog/a-second-group-of-chicken-workers-sue-alleging-rehab-slavery/
RS_2017-10.bz2.deduped.txt:148342 - https://www.revealnews.org/blog/the-hate-report-charlottesville-2-0/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2017-10.bz2.deduped.txt:165816 - https://www.revealnews.org/article/new-jersey-continues-to-use-easily-hacked-voting-machines/
RS_2017-10.bz2.deduped.txt:182270 - https://www.revealnews.org/blog/why-courts-use-of-religious-work-camps-could-be-patently-illegal/
RS_2017-10.bz2.deduped.txt:183046 - https://www.revealnews.org/article/rehab-work-camps-were-about-to-be-regulated-then-a-friend-stepped-in/
RS_2017-10.bz2.deduped.txt:194062 - https://www.revealnews.org/article/hidden-figures-how-silicon-valley-keeps-diversity-data-secret/
RS_2017-10.bz2.deduped.txt:195213 - https://revealnews.org/article/hidden-figures-how-silicon-valley-keeps-diversity-data-secret/
RS_2017-10.bz2.deduped.txt:206119 - https://www.revealnews.org/blog/jehovahs-witnesses-sued-in-canda-for-history-of-sex-abuse-cover-up/
RS_2017-10.bz2.deduped.txt:231262 - https://www.revealnews.org/episodes/too-many-pills/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2017-10.bz2.deduped.txt:256861 - https://www.revealnews.org/article/meet-the-scandal-scarred-transition-team-charged-with-revamping-the-va/
RS_2017-10.bz2.deduped.txt:266938 - https://www.revealnews.org/article/how-trump-is-expanding-the-governments-secret-deportation-weapon/
RS_2017-10.bz2.deduped.txt:268132 - https://www.revealnews.org/article/inside-the-billion-dollar-industry-of-locking-up-immigrants/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter

RS_2017-10.bz2.deduped.txt:277851 - https://www.revealnews.org/blog/hate-report-people-have-sent-this-neo-nazi-over-1-million-in-bitcoin/
RS_2017-10.bz2.deduped.txt:281367 - https://www.revealnews.org/blog/sports-teams-are-bigger-trump-donors-than-oil-and-coal-industries/
RS_2017-10.bz2.deduped.txt:288083 - https://www.revealnews.org/article/inside-the-billion-dollar-industry-of-locking-up-immigrants/
RS_2017-05.bz2.deduped.txt:8133 - https://www.revealnews.org/episodes/running-from-cops/
RS_2017-05.bz2.deduped.txt:33860 - https://www.revealnews.org/episodes/running-from-cops/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2017-05.bz2.deduped.txt:34593 - https://www.revealnews.org/blog/reveal-event-aims-to-pry-lose-documents-in-jehovahs-witness-cover-up/
RS_2017-05.bz2.deduped.txt:56294 - https://www.revealnews.org/blog/trump-no-longer-appears-sympathetic-to-student-debtors/
RS_2017-05.bz2.deduped.txt:72952 - https://www.revealnews.org/blog/the-hate-report-justice-department-says-hate-crimes-still-a-priority/?utm_source=Reveal&utm_medium=social_media&utm_campaign=facebook
RS_2017-05.bz2.deduped.txt:129595 - https://www.revealnews.org/blog/oklahoma-lawmaker-on-immigrant-children-turn-them-over-to-ice/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2017-05.bz2.deduped.txt:140443 - https://revealnews.org/blog/oklahoma-lawmaker-on-immigrant-children-turn-them-over-to-ice/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2017-05.bz2.deduped.txt:193039 - https://www.revealnews.org/blog/australia-does-what-u-s-wont-investigate-jehovahs-witness-cover-up/
RS_2017-05.bz2.deduped.txt:232872 - https://www.revealnews.org/article/days-after-election-kushner-biz-partner-marketed-trump-win-in-china/
RS_2017-05.bz2.deduped.txt:243098 - https://www.revealnews.org/article/given-a-test-to-apply-for-a-job-watch-out-if-you-are-not-a-white-man/
RS_2017-05.bz2.deduped.txt:262356 - https://www.revealnews.org/article/an-ancient-nordic-religion-is-inspiring-white-supremacist-jihad/
RS_2017-05.bz2.deduped.txt:262980 - https://www.revealnews.org/article/a-minnesota-womans-tireless-campaign-to-crack-decades-old-cold-case/
RS_2017-05.bz2.deduped.txt:296558 - https://www.revealnews.org/episodes/against-their-will/
RS_2017-01.bz2.deduped.txt:74151 - https://www.revealnews.org/episodes/if-you-cant-afford-a-lawyer/
RS_2017-01.bz2.deduped.txt:130420 - https://www.revealnews.org/article/did-defense-secretary-nominee-james-mattis-commit-war-crimes-in-iraq/
RS_2017-01.bz2.deduped.txt:210502 - https://www.revealnews.org/article/local-governments-hide-public-records-face-few-consequences/
RS_2017-01.bz2.deduped.txt:217475 - https://www.revealnews.org/blog/your-medical-data-is-for-sale-and-theres-nothing-you-can-do-about-it/
RS_2017-01.bz2.deduped.txt:217544 - https://www.revealnews.org/blog/wisconsin-doctor-known-as-candy-man-stripped-of-medical-license/
RS_2017-01.bz2.deduped.txt:217545 - https://www.revealnews.org/article/las-mega-water-users-still-pumped-millions-of-gallons-despite-drought/

RS_2017-01.bz2.deduped.txt:251719 - https://www.revealnews.org/blog/wikipedia-users-are-revolting-against-donald-trumps-inner-circle/
RS_2017-01.bz2.deduped.txt:264427 - https://www.revealnews.org/article/new-border-patrol-chief-faces-uphill-battle-to-reform-agency/
RS_2017-01.bz2.deduped.txt:266153 - https://www.revealnews.org/job-opportunities/investigations-editor/
RS_2017-01.bz2.deduped.txt:296213 - https://www.revealnews.org/blog/detainees-at-airports-cant-talk-to-lawyers-despite-court-order/?
RS_2017-09.bz2.deduped.txt:1860 - https://revealnews.org/article/in-chat-rooms-unite-the-right-organizers-planned-to-obscure-their-racism/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2017-09.bz2.deduped.txt:49698 - https://www.revealnews.org/article/antifa-has-a-rapid-response-team-that-targets-alt-right-organizers/
RS_2017-09.bz2.deduped.txt:65900 - https://www.revealnews.org/episodes/the-perfect-storm/
RS_2017-09.bz2.deduped.txt:140937 - https://www.revealnews.org/blog/trump-administration-seeks-to-legalize-payoffs-to-va-officials-by-for-profit-schools/
RS_2017-09.bz2.deduped.txt:200311 - https://www.revealnews.org/article/let-down-and-locked-up-why-oklahomas-female-incarceration-is-so-high/
RS_2017-09.bz2.deduped.txt:269539 - https://www.revealnews.org/blog/illinois-temp-workers-win-new-protections/
RS_2017-09.bz2.deduped.txt:303732 - https://www.revealnews.org/blog/ice-issues-plan-to-detain-1000-more-migrants-in-texas/
RS_2015-10.bz2.deduped.txt:5720 - https://www.revealnews.org/article/east-bay-cellphone-surveillance-plan-gets-attorney-generals-support/
RS_2015-10.bz2.deduped.txt:9168 - https://www.revealnews.org/article/the-wet-prince-of-bel-air-who-is-californias-biggest-water-guzzler/
RS_2015-10.bz2.deduped.txt:48827 - https://www.revealnews.org/article/playing-politics-with-peoples-water-along-us-mexico-border/
RS_2015-10.bz2.deduped.txt:77180 - https://www.revealnews.org/article/university-of-phoenix-put-on-probation-over-its-recruiting-of-veterans/
RS_2015-10.bz2.deduped.txt:106201 - https://www.revealnews.org/article/university-of-phoenix-probation-brings-calls-for-va-to-pull-the-plug/
RS_2015-10.bz2.deduped.txt:126959 - https://www.revealnews.org/article/indiana-serial-killers-victims-still-unknown-long-after-his-death/
RS_2015-10.bz2.deduped.txt:129240 - https://www.revealnews.org/article/university-of-phoenix-put-on-probation-over-its-recruiting-of-veterans/?utm_content=buffercc25a&utm_medium=social&utm_source=twitter.com&utm_campaign=buffer
RS_2015-10.bz2.deduped.txt:133184 - https://www.revealnews.org/article/senator-makes-fourth-attempt-at-bill-to-fund-missing-persons-database/
RS_2015-10.bz2.deduped.txt:139683 - https://lostandfound.revealnews.org/
RS_2015-10.bz2.deduped.txt:195262 - https://www.revealnews.org/blog/stock-plummets-at-company-behind-for-profit-university-of-phoenix
RS_2017-07.bz2.deduped.txt:49290 - https://www.revealnews.org/article/a-judge-said-these-kids-get-a-green-card-ice-says-they-get-deported/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter

RS_2017-07.bz2.deduped.txt:55309 - https://www.revealnews.org/article/a-judge-said-these-kids-get-a-green-card-ice-says-they-get-deported/
RS_2017-07.bz2.deduped.txt:66100 - https://www.revealnews.org/blog/help-us-investigate-the-trump-administrations-business-connections/
RS_2017-07.bz2.deduped.txt:127472 - https://www.revealnews.org/blog/trumps-expected-pick-for-wage-chief-sued-for-stiffing-house-cleaners/
RS_2017-07.bz2.deduped.txt:129170 - https://www.revealnews.org/article/steve-bannon-failed-to-report-2-million-in-debt/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2017-07.bz2.deduped.txt:134450 - https://www.revealnews.org/article/trump-administration-suddenly-pulls-plug-on-teen-pregnancy-programs/
RS_2017-07.bz2.deduped.txt:181368 - https://www.revealnews.org/blog/trump-nominee-kept-working-with-client-after-pledge-to-stop-lobbying/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2017-07.bz2.deduped.txt:190572 - https://www.revealnews.org/blog/group-behind-trumps-voter-fraud-claims-still-wont-show-its-work/
RS_2017-07.bz2.deduped.txt:198390 - https://www.revealnews.org/episodes/no-place-to-run/
RS_2017-07.bz2.deduped.txt:210320 - https://www.revealnews.org/article/meet-the-gop-insider-who-created-white-nationalist-richard-spencer/amp/
RS_2017-07.bz2.deduped.txt:210756 - https://www.revealnews.org/article/meet-the-gop-insider-who-created-white-nationalist-richard-spencer/
RS_2017-07.bz2.deduped.txt:226463 - https://www.revealnews.org/article/meet-the-gop-insider-who-created-white-nationalist-richard-spencer/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2017-07.bz2.deduped.txt:273766 - https://www.revealnews.org/blog/where-in-the-world-is-americas-leading-neo-nazi-troll/
RS_2017-07.bz2.deduped.txt:294344 - https://www.revealnews.org/blog/tenants-demand-rent-freeze-from-a-top-u-s-corporate-landlord/amp/
RS_2016-12.bz2.deduped.txt:55541 - https://www.revealnews.org/blog/what-could-happen-next-with-the-dakota-access-pipeline-three-possible-outcomes
RS_2016-12.bz2.deduped.txt:68622 - https://www.revealnews.org/article/why-cheap-outdated-android-phones-widen-the-digital-security-divide/
RS_2016-12.bz2.deduped.txt:97219 - https://www.revealnews.org/article/how-jehovahs-witnesses-leaders-hide-child-abuse-secrets-at-all-costs/?utm_source=Reveal&utm_medium=dist&utm_campaign=zalkintext
RS_2016-12.bz2.deduped.txt:101316 - https://www.revealnews.org/episodes/secrets-of-the-watchtower/
RS_2016-12.bz2.deduped.txt:101969 - https://www.revealnews.org/article/how-jehovahs-witnesses-leaders-hide-child-abuse-secrets-at-all-costs/
RS_2016-12.bz2.deduped.txt:117895 - https://www.revealnews.org/article/uber-said-it-protects-you-from-spying-security-sources-say-otherwise/
RS_2016-12.bz2.deduped.txt:121510 - https://www.revealnews.org/blog/decoding-the-language-of-discrimination/
RS_2016-12.bz2.deduped.txt:121587 - https://www.revealnews.org/blog/the-feds-plan-to-fight-discrimination-by-temp-agencies/
RS_2016-12.bz2.deduped.txt:134044 - https://www.revealnews.org/tag/jehovahs-witnesses/

RS_2016-12.bz2.deduped.txt:245271 - https://www.revealnews.org/blog/its-funny-because-its-true-fact-based-comedy-can-affect-audiences/
RS_2016-12.bz2.deduped.txt:274389 - https://www.revealnews.org/article/jehovahs-witnesses-use-1st-amendment-to-hide-child-sex-abuse-claims/
RS_2018-08.xz.deduped.txt:10029 - https://www.revealnews.org/article/as-wildfires-rage-trump-administration-plans-to-slash-fire-science-funding/
RS_2018-08.xz.deduped.txt:36403 - https://www.revealnews.org/blog/osha-wont-accept-injury-records-lawsuit-says-thats-illegal/
RS_2018-08.xz.deduped.txt:78062 - https://www.revealnews.org/article/federal-agency-sent-immigrant-kids-to-dangerous-youth-facility-despite-serious-warning-signs/
RS_2018-08.xz.deduped.txt:90062 - https://www.revealnews.org/article/care-homes-used-untrained-rehab-workers-while-collecting-millions-from-medicaid/
RS_2018-08.xz.deduped.txt:161596 - https://www.revealnews.org/article/trump-keeps-trying-to-kill-chemical-safety-board/
RS_2018-08.xz.deduped.txt:172800 - https://www.revealnews.org/blog/the-hate-report-infowars-is-the-gateway-drug-for-white-supremacists/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2018-08.xz.deduped.txt:173529 - https://www.revealnews.org/article/unpaid-inside-the-lawless-jungle-of-worker-exploitation-after-hurricane-harvey/?utm_source=Reveal&utm_medium=social_media&utm_campaign=twitter
RS_2018-08.xz.deduped.txt:215848 - https://www.revealnews.org/article/my-world-was-burning-the-north-bay-fires-and-what-went-wrong/
RS_2018-08.xz.deduped.txt:245274 - https://www.revealnews.org/blog/government-seeks-to-end-court-oversight-of-how-it-treats-immigrant-children/
RS_2018-08.xz.deduped.txt:292191 - https://www.revealnews.org/article/vas-mental-health-care-crisis-draws-private-firms-pitching-dubious-ptsd-treatments/
RS_2018-08.xz.deduped.txt:294385 - https://www.revealnews.org/blog/a-judge-ordered-immigrant-children-removed-from-troubled-texas-facility-theyre-still-there/
RS_2018-08.xz.deduped.txt:316524 - https://www.revealnews.org/article/lawmaker-on-center-for-immigrant-kids-we-cannot-allow-this-house-of-horrors-to-continue-to-operate/
RS_2017-02.bz2.deduped.txt:16506 - https://www.revealnews.org/blog/with-trump-in-charge-a-key-transgender-rights-case-gets-delayed/
RS_2017-02.bz2.deduped.txt:114119 - https://www.revealnews.org/blog/the-cost-of-trumps-border-is-going-up/
RS_2017-02.bz2.deduped.txt:170023 - https://www.revealnews.org/blog/christian-juvenile-center-skimped-on-school-for-youth/
RS_2017-02.bz2.deduped.txt:184290 - https://www.revealnews.org/article/this-tool-cuts-fingers-and-gashes-faces-but-shipbuilder-still-uses-it/
RS_2017-02.bz2.deduped.txt:191692 - https://www.revealnews.org/blog/jehovahs-witnesses-settle-lawsuit-alleging-coverup-of-child-sex-abuse/
RS_2017-02.bz2.deduped.txt:219694 - https://www.revealnews.org/article/he-was-supposed-to-protect-the-sea-then-he-vanished-from-his-ship/
RS_2017-02.bz2.deduped.txt:274833 - https://www.revealnews.org/blog/trumps-border-wall-bidding-to-begin/
RS_2015-07.bz2.deduped.txt:27672 - https://www.revealnews.org/article/los-angeles-sheriff-invests-in-new-tech-to-expand-biometric-database/

RS_2015-07.bz2.deduped.txt:32934 - https://www.revealnews.org/article/man-made-earthquakes-fact-or-fiction/

RS_2015-07.bz2.deduped.txt:74190 - https://www.revealnews.org/article/los-angeles-sheriff-invests-in-new-tech-to-expand-biometric-database/?utm_source=Reveal%20Newsletters&utm_campaign=1a4657cbc7-The_Weekly_Reveal_07_01_157_1_2015&utm_medium=email&utm_term=0_c38de7c444-1a4657cbc7-229895157

RS_2015-07.bz2.deduped.txt:87096 - https://www.revealnews.org/article/9-sobering-facts-about-californias-groundwater-problem/

RS_2015-07.bz2.deduped.txt:101566 - https://www.revealnews.org/article/san-francisco-killing-highlights-issue-of-stolen-government-owned-guns/

RS_2015-07.bz2.deduped.txt:124928 - https://www.revealnews.org/article/gi-bill-pays-for-unaccredited-sex-bible-and-massage-schools/

RS_2015-07.bz2.deduped.txt:168108 - https://www.revealnews.org/article/senators-seek-investigation-of-gi-bill-funds-at-unaccredited-schools/

RS_2015-07.bz2.deduped.txt:176049 - https://www.revealnews.org/article/gun-store-owner-pledges-creative-counterattack-if-forced-to-remove-ads/

RS_2015-07.bz2.deduped.txt:197336 - https://www.revealnews.org/article/va-struggling-with-promise-to-end-long-benefits-waits-this-year/

RS_2015-07.bz2.deduped.txt:206912 - https://www.revealnews.org/article/how-the-university-of-phoenix-woos-veterans-and-their-gi-bill-funds/

RS_2015-07.bz2.deduped.txt:245390 - https://www.revealnews.org/article/jehovahs-witness-leader-says-child-sex-abuse-claims-are-lies/

RS_2015-07.bz2.deduped.txt:249380 - https://www.revealnews.org/article/jehovahs-witnesses-cover-up-child-sex-abuse-and-oust-a-victim/