# Exhibit 7

This exhibit reports the result of the application of the Dragnet text extraction method to four URLs from revealnews.org that are listed in the OpenWebText training set described in Plaintiff's First Amended Complaint.  A data scientist employed by Plaintiff's counsel followed the text extraction steps described by OpenAI in the paper Alec Radford et al., Language Models are Unsupervised Multitask Learners, 3 https://cdn.openai.com/better-language-models/language_models_are_unsupervised_multitask_learners.pdf.  First, the data scientist downloaded the content of the URLs in ."html" form.  He confirmed that each article, as downloaded, contained author, title, copyright notice, and terms of use information.  Second, he applied the Dragnet code to the downloaded article.  The results are reproduced below.  Each sample begins with the URL of the webpage followed by the entire content of the copy after the application of the Dragnet code.

**Example 1**: https://revealnews.org/blog/hundreds-of-marines-investigated-for-sharing-photos-of-naked-colleagues/

The U.S. Department of Defense is investigating hundreds of Marines who used social media to solicit and share hundreds — possibly thousands — of naked photographs of female service members and veterans. Since Jan. 30, more than two dozen women – many on active duty, including officers and enlisted service members – have been identified by their full name, rank and military duty station in photographs posted and linked to from a private Facebook page. In one instance, a female corporal in uniform was followed at Camp Lejeune, North Carolina, by a fellow Marine, who surreptitiously photographed her as she picked up her gear. Those photographs were posted on the Facebook group Marines United, which has nearly 30,000 followers, drawing dozens of obscene comments. One member of the Facebook group suggested that the service member sneaking the photos should "take her out back and pound her out." Others suggested more than vaginal sex: "And butthole. And throat. And ears. Both of them. Video it though … for science." Senior officials with Headquarters Marine Corps have verified that incident, as well as the distribution of photographs of other active-duty and veteran women through the page and links to a Google Drive. Read More The photo sharing began less than a month after the first Marine infantry unit was assigned women Jan. 5. It underscores ongoing problems of sexual harassment within military ranks and could hurt recruitment of women. Officials within the Defense Department confirmed it also puts service members at risk for blackmail and jeopardizes national security. The activity on the Marines United page was uncovered by The War Horse , a nonprofit news organization run by Marine veteran Thomas Brennan. Within a day of Brennan contacting Marine Corps headquarters Jan. 30, social media accounts behind the sharing had been deleted by Facebook and Google at the Corps' request, and a formal investigation by the Naval Criminal Investigative Service has been launched. However, it is clear that the actions taken so far have not stopped the activity: Photos of the woman followed at Camp Lejeune were posted on Marines United on Feb. 16, more than two weeks after the linking accounts had been shut down. The Marine who shot those photos has been discharged from active duty, Marine Corps officials confirmed. "We need to be brutally honest with ourselves and each other: This behavior hurts fellow Marines, family members, and civilians. It is a direct attack on our ethos and legacy," Sgt. Maj. Ronald L. Green, the most senior enlisted Marine on active duty, wrote in an email response . "It is inconsistent with our Core Values, and it impedes our ability to perform our mission." The service is deeply concerned about the damage the incident could do to the Marines, according to a document provided to generals Friday warning them of the upcoming story. The 10-page "Office of Marine Corps Communications Public Affairs Guidance"  lists resources for victims, including a website to report crimes, and provides talking points for other media and members of Congress – who, it suggested, will want answers. It also outlines another possible blow to come: inappropriate responses from Marines. "The story will likely spark shares and discussions across social media, offering venues for Marines and former Marines who may victim blame, i.e., 'they shouldn't have taken the photos in the first place,' or bemoan that they believe the Corps is becoming soft or politically correct," it said. Facebook messages seeking comment sent today to Marines United's current administrators were not returned. At least three of those listed on the page were aware of the activity: Two participated in comment strings about the photos and another "liked" one of them. More than 2,500 comments about the photos were left by group members, many of whom used their personal Facebook accounts that include their names, ranks and duty stations.

Some invited others to collect, identify and share photos of naked or scantily clad servicewomen. Based on their profiles, service members who participated in the photo sharing are stationed around the world — from Japan to North Carolina — and across military branches, from air wing to infantry. Dozens of now-deleted Google Drive folders linked from the Facebook page included dossiers of women containing their names, military branches, nude photographs, screenshots of their social media accounts and images of sexual acts. Dozens of other subfolders included unidentifiable women in various stages of undress. Many images appear to have originated from the consensual, but private, exchange of racy images, some clearly taken by the women themselves. After the accounts were deleted, the Marine Corps contacted the employer of the Marine veteran who initially posted the Google Drive link on Marines United. He was fired from his position as a government subcontractor in the United States, according to Maj. Clark Carpenter, a Marine Corps spokesman. The War Horse has spoken with five of the women in the photographs. Two said they believe former partners might have leaked images. Some said they worry their own accounts might have been hacked or poached. One said a co-worker, a male Marine, alerted her to the fact that the photographs had been posted. The corporal photographed at Camp Lejeune learned she had been stalked only after The War Horse sought comment from military officials. But she said she thinks she remembers the man. She spoke on condition of anonymity, nervous about reprisal and becoming more of a target. "He was standing close enough to smell my perfume," she said. "This is going to follow me – just like he did." The Marines United Facebook page has been around since 2015 and limits membership to male Marines, Navy corpsmen and British Royal Marines. The group has a code of conduct pinned to the top of its page: no discussing Marines United; no threats, harm or harassment; and no racist and illegal posts. The thousands of images gathered by some group members reveal information about hundreds of female veterans and service members, including social media handles and where they are stationed. These acts violate not only the group's stated code of conduct, but also Facebook's terms of use. The initial link on the page to the image collection read: "Here you go, you thirsty fucks … this is just the tip of the iceberg. There is more coming." Within one minute, commenters began posting: "Holy fuck, there is a god." The federal employee – the one who has since been fired – posted a response: "Anyone can contribute. They just have to (private message) me for their own personal upload link." Some Marines promised free beer to contributors. Many tagged friends. One seemed to be tracking the number of photos submitted, writing, "Over 400 more pictures added," to which he received the response, "Well Done Marine!" "I know one of these chicks, her name is …" read another of the hundreds of comments. "Check her out boys." This distribution of photographs without the women's consent can threaten their mental health, according to Dr. Frank Ochberg, a psychiatrist, founding board member of the International Society for Traumatic Stress Studies and former associate director of the National Institute of Mental Health. "It impairs the ideal of a brotherhood and sisterhood, being able to count on somebody," said Ochberg, who pioneered the post-traumatic stress disorder diagnosis in 1980. "Within the military, this is a violation of family. … There are few organizations held to such esteem as the Marine Corps. They stand for honor, courage and commitment. "This destroys honor. … This is sadistic. … This is disloyalty." In recent years, the armed forces have implemented programs and protocols to respond to reports of sexual harassment, assault and equal opportunity violations. But Marine Corps officials confirmed that none include procedures for dealing with sexual exploitation of this nature. In 2013, U.S. Rep. Jackie Speier, D-Calif., brought a similar problem to the Marines' attention, an incident noted in the public affairs document sent to generals Friday. In that case, comments denigrating women

were posted on a Facebook page. Gen. James Amos, then-commandant of the Marine Corps, responded by citing the difficulties in monitoring and tracking social media to investigate offensive content, as well as inadequate funding. Speier would have none of it, saying his response was "frankly unacceptable." Subsequently, the Marines posted an article defining Marine social media misconduct and mined Facebook, identifying "12 additional Marines allegedly linked to racist, sexist, and/or otherwise inappropriate social media misconduct," the public affairs document says. "Information about these incidents were provided to unit commanders for appropriate action." The Marine Corps and Department of Defense aren't the only federal agencies battling sexual exploitation. In 2013, Julia Pierson was the first woman to be appointed as director of the U.S. Secret Service. During her tenure, Pierson faced congressional criticism for a security breach at the White House in 2014, and she worked to improve the agency's image following a prostitution scandal involving 11 agents. Pierson told The War Horse that her experiences with civilian law enforcement and the Secret Service have proven that "there's always a double standard." These images, she said, "aren't going away and (next time) they're going to have an entry fee. "This is way beyond stupidity and boys being boys," she said. The Marines needs to take steps to restore the credibility of their organization, Pierson said. "They need to realize that this is an entirely new threat," she said. "This is a coordinated attack on the organization. … This is a hunting club." The War Horse submitted multiple requests for additional comment to the defense secretary and commandant of the Marine Corps. Both declined to comment on specifics of the situation, citing the ongoing investigation. However, in his email, Green added additional perspective, repeatedly denouncing the "demeaning or degrading behavior" of Marines United members and encouraging Marines — and all service members — to be "a voice of change" for the better. "As Marines, as human beings, you should be angry for the actions of a few," Green wrote. "Ultimately we must take a look in the mirror and decide whether we are part of the problem or the solution." "We need to realize that silence is consent — do not be silent."

**Example 2**: https://revealnews.org/article/white-nationalist-gets-his-money-from-cotton-fields-and-the-government/

Want more? Subscribe to our newsletter to get our investigations delivered straight to your inbox. Two weeks after last year's presidential election, white nationalist Richard Spencer held forth on a cable news show about how white people built America. "White people ultimately don't need other races in order to succeed," he told the audience of the black-oriented program, " NewsOne Now ." The exchange grew heated as host Roland Martin questioned Spencer's rhetoric: Didn't slaves help build America? Wasn't the nation's 19th-century economic boom propelled by the slave labor that produced the world's cotton on Southern plantations? America's rise was "not through black people" and "has nothing to do with slavery," Spencer retorted. "White people could have figured out another way to pick cotton," he said. "We do it now." He is in a position to know. Spencer, along with his mother and sister, are absentee landlords of 5,200 acres of cotton and corn fields in an impoverished, largely African American region of Louisiana, according to records examined by Reveal from The Center for Investigative Reporting. The farms, controlled by multiple family-owned businesses, are worth millions: A 1,600-acre parcel sold for $4.3 million in 2012. The Spencer family's farms also are subsidized heavily by the federal government. From 2008 through 2015, the Spencers received $2 million in U.S. farm subsidy payments, according to federal data. USDA farm subsidy payments to Spencer family companies, 2008-2015 Farm Payments Dickenhorst Farms $1,014,558 Spencer Farms $524,655 Dickenhorst Trust $201,460 Sher-Di-Je Land $165,029 Poor Richard Partnership $98,878 A-Renee Partnership $78,016 Total $2,082,596 Source: U.S. Department of Agriculture data compiled by the Environmental Working Group Although Spencer has attracted extensive media attention as a leader of the so-called alt-right movement – particularly after he drew Nazi salutes at an event celebrating Donald Trump's election – he never has explained publicly how he supports himself while actively promoting his agenda via conferences and media appearances. The finances of his nonprofit think tank, the National Policy Institute, are a mystery; the organization hasn't filed a public report since 2013. On Monday, the Los Angeles Times reported that the IRS revoked the institute's tax-exempt status. Spencer, 38, is a dropout from a Duke University Ph.D. history program who emerged during the Trump campaign as one of the nation's most visible white separatist agitators. In his writing, speeches and interviews, he has given an intellectualized explanation for how he came to advocate creating a whites-only "ethno state" in North America. While in graduate school, he has said, he was compelled by critiques of multiculturalism and political correctness and by demographic data indicating that whites are en route to minority status in the United States. But the Spencer family's business interests and geographic history suggest a different possible lineage for Richard Spencer's racist politics. The family's farm holdings are a legacy of its ties to the Jim Crow South, passed down by Spencer's grandfather, who built the business during the turbulent civil rights era. Spencer family land holdings in Louisiana Farming company Parish Acreage Dickenhorst Farms Tensas 1,888 Dickenhorst Farms East Carroll 967 Sher-Di-Je Land Tensas 1,186 A-Renee Partners Madison 753 Poor Richard Partnership Franklin 400 Spencer, Sherry Madison 90 Total 5,284 Sources: Louisiana Tax Commission parish tax rolls; parish assessment records Spencer declined in an interview this week to discuss how much money he personally receives from cotton farming and government subsidies and whether that income funds his political activities. "I'm not involved in any direct day-to-day running of the business," he said, later adding: "I'm going to navigate the world as it is, and I'm not going to be a pauper." One Spencer family farming company, which

holds title to 400 acres of land, is called the Poor Richard Partnership. In the interview, Spencer also downplayed his family's influence on his political views, saying, "My parents are very mainstream Episcopalian Republicans in Dallas." Although Spencer grew up in an affluent neighborhood of Dallas and now splits his time between Montana and Washington, D.C., his family lived in the South for generations. Records show his mother attended segregated schools as a girl in the small northeast Louisiana city of Monroe. Later, Spencer's mother inherited farms in northeast Louisiana from her late father. Today, her two children are her business partners. Spencer's mother did not respond to an email and voicemails seeking comment for this story. In the past, she has said she does not share her son's views. In an open letter sent to their local newspaper in December, Spencer's parents, Sherry and Rand, said that while they love their son, "we are not racists. We have never been racists. We do not endorse the idea of white nationalism." The region that is home to the Spencers' farms has a history of slavery and racism. Through the civil rights era, the Klan targeted black residents there with lynchings, cross burnings and other violence. In Tensas Parish, where the Spencers own 3,000 acres of farmland, blacks didn't win the right to vote until 1964, according to Elvadus Fields Jr., mayor of the town of St. Joseph. White supremacist views typically run in the family, said writer and race relations expert Cleo Scott Brown. Feelings of racial superiority often are passed "from generation to generation, because that's what they believe," said Brown, whose father – a civil rights leader in East Carroll Parish, where the Spencers own 900 acres of farmland – was shot and wounded during a 1962 voter registration drive, allegedly by a member of the Ku Klux Klan. Agribusiness in the region today is heavily mechanized and provides few jobs. In 2013, CNN reported that East Carroll Parish suffers from the worst income inequality in the nation: The richest 5 percent of residents earned an average of $611,000 per year, 90 times what the poorest 20 percent earned. The parish's population is 67 percent black. Ownership of Spencer family farming companies Farming company Owners Dickenhorst Farms Sherry Spencer, Richard Spencer and sister Dickenhorst Trust Dickenhorst Farms (Sherry Spencer, Richard Spencer and sister) Sher-Di-Je Land Dickenhorst Farms (Sherry Spencer, Richard Spencer and sister) Spencer Farms Sherry Spencer Poor Richard Partnership Sherry Spencer A-Renee Partners Sherry Spencer and daughter Records show that Richard Spencer has received subsidy income from the partnership but don't identify him as an owner. Sources: U.S. Department of Agriculture data compiled by the Environmental Working Group; Louisiana secretary of state filings Race relations have improved significantly in recent decades. But after Trump's election, some white residents celebrated by draping their pickup trucks with Confederate flags and driving through the region's towns, according to the Rev. Roosevelt Grant, head of the NAACP branch in Winnsboro, Franklin Parish, near another of the Spencers' farms. The Trump presidency, he said, "has caused people to pray more." Spencer's maternal grandfather, Dr. R.W. Dickenhorst, established the family farming business. He was a radiologist who started a medical practice in Monroe in 1952 and became wealthy and socially prominent, according to local newspaper obituaries. Racial segregation was a given in Monroe then. Blacks were barred from housing, schools and public facilities used by whites. White superiority "was the way of life; that was the way it was, and anyone challenging it was challenging God's will," said the Rev. Roosevelt Wright Jr., a local historian in Monroe. Dickenhorst's daughter, Sherry, who would grow up to be Richard Spencer's mother, enrolled in all-white Neville High School in 1962, according to district records. In 1964, at the start of her junior year, integration of the school began, with a single African American student enrolling. As Dickenhorst's medical practice prospered, he bought farmland in northeast Louisiana on the Mississippi River's west bank. He died decades later, in

2002, and his wife died the following year. By then, their only daughter was the wife of a wealthy Dallas eye surgeon and the mother of two grown children: Richard Spencer and his sister, who did not respond to an email and phone calls seeking comment. Today, through Dickenhorst Farms and several related companies, Sherry Spencer, 68, and her two children jointly own most of the family farmland, according to U.S. Department of Agriculture data compiled by the nonprofit Environmental Working Group. Sherry Spencer is general partner of Dickenhorst Farms, and Richard Spencer and his sister are part owners, according to state and federal records . The family contracts out crop production to local farmers, a common practice in a region where corporations and absentee owners control much of the land. The Spencer family's farms are headquartered at a $3 million home in the ski town of Whitefish, Montana, where Sherry Spencer now lives. Also headquartered there: Richard Spencer's think tank , his AltRight.com website and other white nationalist-related enterprises he controls, including a book publisher and web design outfit. Spencer also has lived in Whitefish in recent years -– sometimes in his mother's home, sometimes in a condominium she owns, according to documents and interviews. The Spencers have received payments from two federal farm programs. One is the commodity subsidy program, intended to guarantee income for farmers who are helping to maintain supplies of certain crops deemed important by the government. The other is the conservation reserve program, which pays farmers for environmentally sound farming practices. Most of the $2 million paid to the Spencers has been in commodity subsidy payments for growing cotton. Yet, Spencer has been bitterly critical of America and its government. "This is a sick, disgusting society," he declared in his speech at an alt-right gathering in Washington after the election, "run by the corrupt, defended by hysterics, drunk on self-hatred and degeneracy." Reveal producer Emily Harris, Reveal host Al Letson and freelance reporters Jade Williamson and Vladimir Jakovljevic contributed to this story. It was edited by Amy Pyle and copy edited by Nadia Wynter and Nikki Frick. Lance Williams can be reached at lwilliams@revealnews.org . Follow him on Twitter: @LanceWCIR . Taking on powerful interests demands lots of time, a strong backbone and your support .

**Example 3**: https://revealnews.org/blog/a-readers-guide-to-the-jehovahs-witnesses-child-sex-abuse-scandal/

Jehovah's Witnesses leaders are fighting on multiple fronts to hide what they know about child sexual abusers in their religion. Facing more than a dozen civil lawsuits in the United States and a government investigation in the United Kingdom, the Witnesses are continuing to withhold court-ordered documents from authorities. In England this month, the religious organization went to court for a fourth time attempting to block investigators from looking at their child abuse records. It's been just over a year since Reveal began publishing and broadcasting stories about Jehovah's Witnesses covering up child sexual abuse. Since our first story aired , hundreds of Witnesses and ex-Witnesses have contacted us, mostly to share their stories. We're continuing to report on the issue, but in the meantime, here's a quick rundown of nine major findings so far: 1. For more than 25 years, the global leadership of the Jehovah's Witnesses has instructed elders to keep cases of child sexual abuse secret from law enforcement and members of their own congregations. 2. The Witnesses' parent corporation, the Watchtower Bible and Tract Society of New York, issued the directives in a series of confidential memos dating back to 1989. The child abuse memos were approved by the Watchtower's governing body, a group of men who are the spiritual leaders of the religion, like the Pope in the Catholic Church. 3. Instead of reporting child abuse to law enforcement, elders form their own judicial committees to deal with child abusers. The process can include having the victim confront the alleged abuser in person. 4. Watchtower policy directs elders not to take any action against an accused child abuser unless the abuser confesses or there are two witnesses to the abuse. 5. The Watchtower argues that its child abuse policies are based on Scripture and that police and court scrutiny violate the organization's First Amendment rights . 6. The Watchtower says its elders report child abuse in states where they are required to by law. In many states, they get around those laws by invoking a loophole that allows clergy to keep quiet about spiritual confessions – even when the issue is first raised by a victim, not an abuser. 7. Dozens of current and former members told Reveal that they were threatened with disfellowshipping – the Witnesses' version of excommunication – if they spoke up about child abuse. Once a Witness has been disfellowshipped, he or she is shunned by all other Witnesses, including family, friends and employers. (The Watchtower says it does not discourage victims from reporting their own abuse.) 8. The Watchtower has gone to extreme lengths to hide what it knows about child abuse. Since 1997, the Watchtower has required all elders who learn of child sexual abuse in their congregations to report it to the the organization's headquarters in New York. The Watchtower keeps the names and whereabouts of known or suspected child abusers in an electronic database. The Watchtower has twice violated subpoenas by refusing to produce the database in civil court. Meanwhile, no federal agencies have stepped in to obtain the list. 9. The Watchtower's policies have allowed child abusers to move freely in communities around the world. Government commissions in England and Australia  currently are investigating the Watchtower's child abuse policies in those countries. The Australian commission found that since 1950, the Witnesses have covered up the crimes of more than 1,000 child sexual abusers. Investigators in England have not yet released any findings. To read more, go here . Trey Bundy can be reached at tbundy@cironline.org . Follow him on Twitter: @TreyBundy .

**Example 4:** https://revealnews.org/blog/stock-plummets-at-company-behind-for-profit-university-of-phoenix/

Executives of the parent company of the University of Phoenix attempted to regain investor confidence this morning amid plummeting stock prices and ongoing scrutiny from state and federal officials investigating the for-profit school's recruiting practices. During a conference call this morning with investors to discuss the company's latest earnings reports, Apollo's chief executive officer, Greg Cappelli, acknowledged that the company is "obviously operating in a challenging environment." Cappelli was referring to investigations by the Federal Trade Commission and the California attorney general into the school's marketing and recruiting practices. He also noted the Pentagon's decision to place the for-profit Stock after earnings report this morning school on probation from participating in the military's tuition assistance program. Although he did not mention it during the phone conference, the military also banned the school from recruiting at military facilities. "We're cooperating fully. We've taken appropriate action to correct any area where there is even the slightest perception that we are not appropriately serving our students or complying with requirements," he said. Confidence in the company has taken severe hits in recent months. Apollo stock was trading at more than $95 a share in 2004, but on Monday, it closed at $10.60. It fell further this morning, losing about a fifth of the stock's opening value following the company's call with investors. The University of Phoenix has come under fire by members of Congress and veterans groups after a Reveal investigation raised questions about the school's recruiting tactics. In its exposé, Reveal showed how the university paid the military for exclusive access to bases, held recruitment events disguised as job-hunting workshops, and improperly used military insignias on "challenge coins" handed out by recruiters. Pentagon officials cited Reveal's findings in a letter notifying the University of Phoenix that it was being put on indefinite probation. The military's action will undoubtedly impact future enrollment and revenue, Cappelli said. "We can't be certain of timing of reinstatement," he said. Last year, the University of Phoenix received $20 million in military tuition assistance from the Pentagon. It has received more than $1.2 billion in GI Bill money for veterans since 2009, but so far, the Department of Veterans Affairs has taken no public action beyond noting the Defense Department's probation on its website. During the Q&A segment, one caller brought up the school's troubles. "We want to make sure we are doing everything correctly and in compliance. And if there are questions, we will address them, we will answer them, and we'll ensure that if there's something to be changed, its changed," Cappelli responded. Joe D'Amico, the company's interim chief financial officer, chimed in, saying that "the VA has come out and said basically the VA program is available to veterans and continues to be. That was after the DOD issued the … put us on probation."