**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION, <br><br> Defendants. | Civil Action No. 1:24-cv-04872-UA <br><br> Hon. Sidney H. Stein <br><br> (Hon. Ona T. Wang) <br><br> **ORAL ARGUMENT REQUESTED** |
| THE NEW YORK TIMES COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, <br><br> Defendants. | Civil Action No. 1:23-cv-11195-SHS (consolidated) <br><br> Hon. Sidney H. Stein <br><br> (Hon. Ona T. Wang) <br><br> **ORAL ARGUMENT REQUESTED** |
| DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC; SUN-SENTINEL COMPANY, LLC; SAN JOSE MERCURY-NEWS, LLC; DP MEDIA NETWORK, LLC; ORB PUBLISHING, LLC; AND NORTHWEST PUBLICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, OPENAI, INC., OPENAI LP, OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, <br><br> Defendants. | Civil Action No. 1:24-cv-03285-SHS (consolidated) <br><br> Hon. Sidney H. Stein <br><br> (Hon. Ona T. Wang) <br><br> **ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION AND MOTION TO CONSOLIDATE**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declaration of Paven Malhotra, the undersigned hereby moves this Court on behalf of Defendants OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC (collectively, "OpenAI"), and Defendant Microsoft Corporation before the Honorable Sidney H. Stein in Courtroom 23A and Magistrate Judge Ona T. Wang in Courtroom 20D of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007, for an order pursuant to Federal Rule of Civil Procedure 42(a) consolidating *The Center for Investigative Reporting v. OpenAI Inc., et al.* (1:24-cv-04872) with the already-consolidated *The New York Times Co. v. Microsoft Corp. et al.* (23-cv-11195-SHS) and *Daily News, LP et al. v. Microsoft Corp. et al.* (24-cv-03285-SHS) cases and proceeding on the case schedule set forth in the *New York Times* and *Daily News* cases.

2801192

Dated: October 4, 2024

KEKER, VAN NEST & PETERS LLP

By: */s/ Paven Malhotra*
ROBERT A. VAN NEST (*pro hac vice*)
R. JAMES SLAUGHTER (*pro hac vice*)
PAVEN MALHOTRA - # 4409397
MICHELLE S. YBARRA (*pro hac vice*)
NICHOLAS S. GOLDBERG (*pro hac vice*)
THOMAS E. GORMAN (*pro hac vice*)
KATIE LYNN JOYCE (*pro hac vice*)
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
rvannest@keker.com
rslaughter@keker.com
adawson@keker.com
pmalhotra@keker.com
mybarra@keker.com
ngoldberg@keker.com
tgorman@keker.com
kjoyce@keker.com

*Attorneys for OpenAI Defendants*

Dated:  October 4, 2024                                      LATHAM & WATKINS LLP

                                                             By:  */s/ Elana Nightingale Dawson*
                                                                  Andrew M. Gass (*pro hac vice*)
                                                                   andrew.gass@lw.com
                                                                  505 Montgomery Street, Suite 2000
                                                                  San Francisco, CA 94111
                                                                  Telephone: 415.391.0600

                                                                  Sarang V. Damle
                                                                   sy.damle@lw.com
                                                                  Elana Nightingale Dawson
                                                                  *Elana.nightingaledawson@lw.com*
                                                                  555 Eleventh Street, NW, Suite 1000
                                                                  Washington, D.C. 20004
                                                                  Telephone: 202.637.2200

                                                                  *Attorneys for OpenAI Defendants*

Dated: October 4, 2024                                   MORRISON & FOERSTER LLP

                                                         By:  /s/ Joseph C. Gratz
                                                              Joseph C. Gratz (*pro hac vice*)
                                                              jgratz@mofo.com
                                                              Vera Ranieri (*pro hac vice*)
                                                              vranieri@mofo.com
                                                              425 Market Street
                                                              San Francisco, CA 94105-2482
                                                              Telephone: 415.268.7000

                                                              Rose S. Lee (*pro hac vice*)
                                                              rose.lee@mofo.com
                                                              707 Wilshire Boulevard, Suite 6000
                                                              Los Angeles, California 90017-3543
                                                              Telephone: 213.892.5200

                                                              *Attorneys for OpenAI Defendants*

2801192

Dated: October 4, 2024                           Orrick, Herrington & Sutcliffe LLP

                                                 By: /s/ Annette L. Hurst
                                                     Annette L. Hurst (*Pro Hac Vice*)
                                                     The Orrick Building
                                                     405 Howard Street
                                                     San Francisco, CA 94105-2669
                                                     Telephone: (415) 773-5700
                                                     ahurst@orrick.com

                                                     Christopher J. Cariello
                                                     51 West 52nd Street
                                                     New York, NY 10019
                                                     Telephone: (212) 506-3778
                                                     ccariello@orrick.com

                                                     Sheryl Koval Garko (*Pro Hac Vice* pending)
                                                     222 Berkley Street
                                                     Boston, MA 02116
                                                     Telephone: (617) 880-1800
                                                     sgarko@orrick.com

                                                     Laura Brooks Najemy (*Pro Hac Vice*)
                                                     222 Berkley Street
                                                     Boston, MA 02116
                                                     Telephone: (617) 880-1800
                                                     lnajemy@orrick.com

                                                     *Attorneys for Defendant*
                                                     *Microsoft Corporation*

2801192