UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION, <br><br> Defendants. | Case No. 1:24-cv-04872-SHS-OTW <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT** <br><br> **ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the undersigned hereby moves this Court on behalf of Defendant Microsoft Corporation, before the Honorable Sidney H. Stein in Courtroom 23A of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007, for an order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) dismissing Counts III, VI, and VII of Plaintiff's First Amended Complaint.

| | |
|---|---|
| Dated: San Francisco, California <br> October 15, 2024 | Respectfully submitted, <br><br> By: */s/ Annette L. Hurst* <br><br> Annette L. Hurst (*Pro Hac Vice*) <br> ORRICK, HERRINGTON & SUTCLIFFE LLP <br> The Orrick Building <br> 405 Howard Street <br> San Francisco, CA 94105-2669 <br> Telephone: (415) 773-5700 <br> ahurst@orrick.com |

2

        Christopher J. Cariello
        51 West 52nd Street
        New York, NY 10019-6142
        Telephone: (212) 506-5000
        ccariello@orrick.com

        Sheryl Koval Garko (*Pro Hac Vice*)
        222 Berkley Street
        Boston, MA 02116
        Telephone: (617) 880-1800
        sgarko@orrick.com

        Laura Brooks Najemy (*Pro Hac Vice*)
        222 Berkley Street
        Boston, MA 02116
        Telephone: (617) 880-1800
        lnajemy@orrick.com

        *Attorneys for Defendant*
        *Microsoft Corporation*