

October 15, 2024

**Orrick, Herrington & Sutcliffe LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669

+1 415 773 5700

orrick.com

**VIA ECF**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, New York 10007

**Annette L. Hurst**

E  ahurst@orrick.com
D  +1 415 773 4585
F  +1 415 773 5759

Re:  *The Center for Investigative Reporting, Inc. v. OpenAI, Inc., et al.* (24-cv-04872-SHS-OTW) - Oral Argument Request

Dear Judge Stein:

    On behalf of Defendant Microsoft Corporation, I write pursuant to Rule 2.F. of Your Honor's Individual Practices. Microsoft respectfully requests oral argument on its motion to dismiss the first amended complaint, that argument on its motion to dismiss be coordinated with oral argument on any motion to dismiss filed by the OpenAI Defendants, and that counsel for each party be afforded appropriate time to present arguments in support of their respective motions.

    Thank you for your consideration.

Respectfully submitted,

*/s/ Annette L. Hurst*
Annette L. Hurst

cc: All Counsel of Record (via ECF)