**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION, <br><br> Defendants. | Case No. 1:24-cv-04872-SHS-OTW <br><br> **NOTICE OF MOTION** <br><br> **ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Andrew M. Gass, dated October 15, 2024, and the accompanying Memorandum of Law, the undersigned hereby moves this Court on behalf of Defendants OpenAI, Inc., OpenAI GP, L.L.C., OpenAI, L.L.C., OpenAI OpCo, L.L.C., OpenAI Global, L.L.C., OAI Corporation, L.L.C., and OpenAI Holdings, L.L.C. (collectively, the "OpenAI Defendants"), by and through counsel, before the Honorable Sidney H. Stein, United States District Judge for the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 23A, New York, New York 10007-1312, for an order (1) dismissing Count I of the Amended Complaint to the extent it is based on purported "abridgments," for failure to state a claim for relief pursuant to Fed. R. Civ. P. 12(b)(6); (2) dismissing Count III in full for failure to allege facts sufficient to state a claim for relief pursuant to Fed. R. Civ. P. 12(b)(6); and (3) dismissing Counts IV and V in full for lack of standing pursuant to Fed. R. Civ. P. 12(b)(1) and for failure to allege facts sufficient to state a claim for relief pursuant to Fed. R. Civ. P. 12(b)(6).

Dated:  October 15, 2024

Respectfully Submitted,

By: /s/ *Andrew M. Gass*

**LATHAM & WATKINS LLP**

Andrew M. Gass (*pro hac vice*)
 andrew.gass@lw.com
Joseph R. Wetzel
 joseph.wetzel@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle
 sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
 elana.nightingaledawson@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman
 alli.stillman@lw.com
Rachel Renee Blitzer
 rachel.blitzer@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200


By: /s/ *Joseph C. Gratz*

**MORRISON & FOERSTER LLP**

Joseph C. Gratz (*pro hac vice pending*)[*]
 jgratz@mofo.com
Vera Ranieri (*pro hac vice*)
 vranieri@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: 415.258.7522

Eric K. Nikolaides
 enikolaides@mofo.com
Emily C. Wood
 ewood@mofo.com
250 West 55th Street

---

[*] All parties whose electronic signatures are included herein have consented to the filing of this document in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

New York, NY 10019-9601
Telephone: 212.468.8000

By: /s/ *Paven Malhotra*

**KEKER, VAN NEST & PETERS LLP**
    Robert A. Van Nest (*pro hac vice*)
     rvannest@keker.com
    Paven Malhotra*
     pmalhotra@keker.com
    Michelle S. Ybarra (*pro hac vice*)
     mybarra@keker.com
    Nicholas S. Goldberg (*pro hac vice*)
     ngoldberg@keker.com
    Thomas E. Gorman (*pro hac vice*)
     tgorman@keker.com
    Katie Lynn Joyce (*pro hac vice*)
     kjoyce@keker.com
    Christopher S. Sun (*pro hac vice*)
     csun@keker.com
    R. James Slaughter (*pro hac vice*)
     rslaughter@keker.com
    633 Battery Street
    San Francisco, CA 94111-1809
    Telephone: 415.391.5400

*Attorneys for OpenAI Defendants*