**LOEVY + LOEVY**

November 5, 2024

311 N. Aberdeen Street
Chicago, Illinois 60607
(312) 243-5900
www.loevy.com

**VIA ECF**
Hon. Sidney Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE:** *The Center for Investigative Reporting, Inc. v. OpenAI Inc., et al.* No. 24-cv-04872 –Oral Argument Request

Dear Judge Stein:

On behalf of Plaintiff The Center for Investigative Reporting, Inc., I write to respectfully request that the Court hold oral argument on Defendants' Motions to Dismiss, ECF Nos. 96, 99.

Thank you for your consideration.

Respectfully submitted,

*/s/ Stephen Stich Match*
Stephen Stich Match (No. 5567854)
LOEVY & LOEVY
*Counsel for Plaintiff*

cc: All counsel of record (via ECF)