UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE NEW YORK TIMES COMPANY,

               Plaintiff,

v.

MICROSOFT CORPORATION, ET AL.,

               Defendants.

23-cv-11195 (SHS) (OTW)

And the Related Cases:
24-cv-3285 (SHS) (OTW)
24-cv-4872 (SHS) (OTW)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the Court will hold oral argument on Tuesday, January 14, 2025 at 10:30 a.m. in Courtroom 23A on the motions to dismiss the complaints by OpenAI and Microsoft in the following actions:

1. *The New York Times Company v. Microsoft Corporation, et al.*, No. 23-cv-11195 (ECF Nos. 51, 64);
2. *Daily News LP, et al. v. Microsoft Corporation et al.*, No. 24-cv-3285 (ECF Nos. 76, 80);
3. *The Center for Investigative Reporting, Inc. v. OpenAI, Inc. et al.*, No. 24-cv-4872 (ECF Nos. 96, 99).

Dated: New York, New York
          December 26, 2024

                              SO ORDERED:

                              _____
                              Sidney H. Stein, U.S.D.J.