# Exhibit 1

```
     P5RBOEP1
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
 3   IN RE:  ,
 4   OPENAI, INC.,
     COPYRIGHT INFRINGEMENT LITIGATION
 5
 6                                       25 MD 03143 (SHS)(OTW)
 7                                       Conference
     ------------------------------x
 8   Before:
 9                           HON. ONA T. WANG,
                                  Magistrate Judge
10
11                            APPEARANCES
12   SUSMAN GODFREY LLP
          Interim Class Counsel for Authors Guild and Alter Class
13   Actions
     BY:  ROHIT NATH
14
15   SUSMAN GODFREY LLP
          Attorneys for The New York Times
16   BY:  KATHERINE PEASLEE
          ZACH SAVAGE
17        ALEXANDER P. FRAWLEY
          ADNAN MUTTALIB
18        IAN CROSBY
          DEMETRI BLAISDELL
19        ALEJANDRA C. SALINAS
          DAVIDA BROOK
20        ROHIT NATH
          JUSTIN NELSON
21
     ROTHWELL FIGG
22        Attorneys for New York Times and Daily News
     BY:  JENNIFER MAISEL
23        STEVEN LIEBERMAN
          JENNY COLGATE
24
25
```

```
P5RBOEP1
```

                     APPEARANCES (Continued)

LOEVY & LOEVY
     Attorneys for Center for Investigative Reporting
BY:  MATTHEW TOPIC

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
     Attorneys for Authors Guild and Alter Class Plaintiffs
BY:  RACHEL GEMAN
     WESLEY DOZIER

BOIES, SCHILLER FLEXNER, LLP
      Attorneys for N.D. Cal Plaintiffs
BY:   JOSHUA M. STEIN
      EVAN EZRAY

JOSEPH SAVERI LAW FIRM
      Attorneys for Plaintiffs
BY:  CHRISTOPHER YOUNG

KEKER VAN NEST & PETERS
     Attorneys for OpenAI
BY:  JAMES SLAUGHTER
     MICHELLE YBARRA
     ANDREW DAWSON
     CHRISTOPHER SUN
     SARAH SALOMON
     BILAL MALIK
     EDWARD BAYLEY


MORRISON & FOERSTER LLP
     Attorneys for OpenAI
BY:  JOSEPH GRATZ
     CAROLYN HOMER
     ROSE LEE

```
    P5RBOEP1
 1                    APPEARANCES (Continued)

 2  LATHAM & WATKINS LLP
         Attorneys for Microsoft
 3  BY:  ELANA NIGHTINGALE DAWSON

 4  FAEGRE DRINKER BIDDLE & REATH LLP
         Attorneys for Microsoft
 5  BY:  JARED BRIANT

 6  ORRICK HERRINGTON & SUTCLIFFE LLP
         Attorneys for Microsoft Corporation
 7  BY:  ANNETTE L. HURST
         SHERYL GARKO
 8

 9  ALSO PRESENT:   KAREN CHESLEY, The New York Times

10                  NICK STANDISH, The New York Times
```

1        THE COURT: Okay.

2        MS. SALOMON: Understood, your Honor.

3        THE COURT: Rubin, are we done with Rubin?

4        MS. SALOMON: I believe we're done with Rubin.

5        If I may, your Honor, I would request a denial without

6   prejudice, so that we could explore these issues in deposition.

7        THE COURT: Sure.

8        MS. SALOMON: Thank you, your Honor.

9        THE COURT: I will add, however, for all three of

10  these custodians is a denial without prejudice to renewal, but

11  when you renew, if you renew, I need to see specific

12  allegations, specific documents, statements, admissions that

13  indicate that these custodians are non-cumulative,

14  non-duplicative responsive documents, and that it's

15  proportional to the needs of the case.

16       I will consider Rule 37(e)(5) in cost shifting, but it

17  is denied without prejudice.

18       All right. Showing, again, that I'm a terrible judge

19  of time, let's see, the next issue is, since we're talking

20  about documents, what about document 250, 251?

21       MR. YUE: Good afternoon, your Honor. Herman Yue from

22  Latham & Watkins, on behalf of OpenAI.

23       I'll be speaking to the request that CIR add an

24  additional five custodians to its existing list of the

25  custodians. Just as an overview, these five custodians we've