**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | | |
|---|---|---|
| THE NEW YORK TIMES COMPANY., | : | |
| | : | |
| Plaintiff, | : | 23-cv-11195 (SHS) (OTW) |
| | : | |
| -against- | : | And the Consolidated Cases: |
| | : | 24-cv-3285 (SHS) (OTW) |
| MICROSOFT CORPORATION, et al., | : | 24-cv-4872 (SHS) (OTW) |
| | : | |
| Defendants. | : | |
| | : | **ORDER** |
| | : | |

-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The parties have filed motions to seal at ECF Nos. 380, 385, 389, 390, 391, 399, 402, 405, and 414. These motions seek to seal, *inter alia*, (i) certain exhibits to the parties' filings that contain information designated as Protected Discovery Material under the Protective Order in this case, (ECF 127); and (ii) limited portions of letter motions and responsive briefing that reference or summarize such exhibits and/or information of the type that is normally kept strictly confidential by the parties.

For the reasons described in ECF 376, the parties' motions to seal are **GRANTED**. The parties are reminded that any future motion to seal must include references in the motion papers to the specific ECF number(s) to which the motion applies.

The Clerk of Court is respectfully directed to close ECF Nos. 380, 385, 389, 390, 391, 399, 402, 405, and 414.

**SO ORDERED.**

Dated: January 17, 2025  
      New York, New York

<u>*s/ Ona T. Wang*</u>  
**Ona T. Wang**  
United States Magistrate Judge