UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE CENTER FOR INVESTIGATIVE REPORTING, INC.,

        Plaintiff,

        -against-

OPENAI, INC., et al.,

        Defendants.
------------------------------------------------------------x

24-cv-4872 (SHS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that there is an outstanding "motion" as to a stipulation & order regarding discovery of electronically stored information. (ECF 103). Because the Court entered the parties' proposed stipulation in this case on October 30, 2024, (ECF 130), the motion is **DENIED as moot.**

The Clerk of Court is respectfully directed to close ECF 103.

        **SO ORDERED.**

Dated: March 25, 2025
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge