**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
THE CENTER FOR INVESTIGATIVE REPORTING, INC.,

        Plaintiff,

        -against-

OPENAI INC., et al.,

        Defendants.
------------------------------------------------------------x

24-cv-4872 (SHS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that there are outstanding motions regarding discovery disputes. (ECF Nos. 138, 140, 172, 176). Because the Court has already ruled on these motions, (*see* 23-CV-11195, ECF Nos. 365, 441), these motions are **DENIED as moot.**

The Clerk of Court is respectfully directed to close ECF Nos. 138, 140, 172, 176.

**SO ORDERED.**

Dated: April 1, 2025
New York, New York

        *s/ Ona T. Wang*
        **Ona T. Wang**
        United States Magistrate Judge