UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO LLC, OPENAI GLOBAL LLC, OAI CORPORATION, LLC, OPENAI HOLDINGS, LLC, and MICROSOFT CORPORATION,<br><br>　　　　　　　　　　Defendants. | No. 1:24-cv-04872-SHS-OTW |

### OPENAI'S MOTION FOR LEAVE TO FILE UNDER SEAL

Under paragraph 21 of the Protective Order in this case (ECF 129) and Section IV of this Court's Individual Practices, Defendant OpenAI[1] respectfully seeks to provisionally file under seal a portion of its letter-motion and accompanying exhibits. The letter-motion seeks a pre-motion conference to address The Center for Investigative Reporting's ("CIR") refusal to add ESI custodians. OpenAI seeks to file portions of the letter-motion and accompanying exhibits under seal because the letter-motion discusses, and the accompanying exhibits contain, testimony that CIR designated as Protected Discovery Material under the Protective Order. ECF 129 ¶ 21. OpenAI does not affirmatively seek to seal any material. Under the Protective Order, CIR has five business days to file a statement of reasons for why the material should be sealed. *Id.* OpenAI will review CIR's filings, and if necessary, confer about any disagreement.

---

[1] "OpenAI" refers collectively to Defendants OpenAI, Inc.; OpenAI GP, LLC; OpenAI, LLC; OpenAI OpCo, LLC; OpenAI Global LLC; OAI Corporation, LLC; and OpenAI Holdings, LLC.

1

Dated: April 1, 2025                                   Respectfully Submitted,

By: */s/ Elana Nightingale Dawson*

**LATHAM & WATKINS LLP**
Andrew M. Gass (*pro hac vice*)
 andrew.gass@lw.com
Joseph R. Wetzel
 joseph.wetzel@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle
 sy.damle@lw.com
Michael David
 michael.david@lw.com
Elana Nightingale Dawson (*pro hac vice*)
 elana.nightingaledawson@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman
 alli.stillman@lw.com
Herman H. Yue
 herman.yue@lw.com
Rachel R. Blitzer
 rachel.blitzer@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200

Allison S. Blanco (*pro hac vice*)
 allison.blanco@lw.com
650 Town Center Drive 20th Floor
Costa Mesa, CA 92626
Telephone: 714.540.1235

By: */s/ Rose S. Lee*

**MORRISON & FOERSTER LLP**
Joseph C. Gratz (*pro hac vice*)
 jgratz@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: 415.258.7522

Eric K. Nikolaides
  enikolaides@mofo.com
Emily C. Wood
  ewood@mofo.com
250 West 55th Street
New York, NY 10019-9601
Telephone: 212.468.8000

Rose S. Lee (*pro hac vice*)
  roselee@mofo.com
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5200

Carolyn Homer (*pro hac vice)*
  chomer@mofo.com
2100 L Street, NW Suite 900
Washington, D.C. 20038
Telephone: 202.887.1500

By:  */s/ Michelle S. Ybarra*

**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (*pro hac vice*)
  rvannest@keker.com
Paven Malhotra
  pmalhotra@keker.com
Michelle S. Ybarra (*pro hac vice*)
  mybarra@keker.com
Nicholas S. Goldberg (*pro hac vice*)
  ngoldberg@keker.com
Thomas E. Gorman (*pro hac vice*)
  tgorman@keker.com
Katie Lynn Joyce (*pro hac vice*)
  kjoyce@keker.com
Christopher S. Sun (*pro hac vice*)
  csun@keker.com
R. James Slaughter (*pro hac vice*)
  rslaughter@keker.com
Andrew F. Dawson (*pro hac vice*)
  adawson@keker.com
Andrew S. Bruns (*pro hac vice*)
  abruns@keker.com
Ryan K. Wong (*pro hac vice pending*)
  rwong@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415.391.5400

3

*Attorneys for OpenAI*