# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: <br><br> OPENAI, INC. <br><br> COPYRIGHT INFRINGEMENT LITIGATION <br><br> This Document Relates To: <br><br> News Cases | Case No. 1:25-md-3143-SHS-OTW |

<u>**DECLARATION OF LUCKY VIDMAR IN SUPPORT OF MICROSOFT'S RESPONSE TO NEWS PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL**</u>

I, Lucky Vidmar, hereby declare as follows:

1.      I have personal knowledge of the facts stated in this declaration and, if called upon as a witness, I would and could competently testify thereto.  I submit this declaration in support of Microsoft's Response to News Plaintiffs' Motion to Seal (ECF 250) filed in connection with News Plaintiffs' Letter submitting a supplemental document in connection with their letter motion regarding production of metric-tracking dashboards ("Supplemental Letter") (ECF 249).

2.      I am Associate General Counsel and I lead Microsoft's IP and AI litigation team.  I have been at Microsoft since June 2020.  In this role, I am responsible for the overall conduct of discovery and factual investigation for this case.  I am also part of a team at Microsoft that provides legal guidance to the business on the development of our generative AI tools in connection with managing litigation and regulatory risk.

3.      Exhibit A to the Supplemental Letter contains nonpublic, confidential information about metrics related to Microsoft's work.  Specifically, Exhibit A includes screenshot of a video that contains information that is confidential and highly sensitive to Microsoft and Microsoft only shares the information revealed in Exhibit A on a need-to-know basis whether internally or

externally with proper non-disclosure protections in place. Disclosure of such information to the public would be harmful to Microsoft because it reflects highly sensitive and confidential business strategy and decision-making that, if disclosed, could harm Microsoft's competitive advantage and its business relationships.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 30, 2025 at Seattle, Washington.

_____
Lucky Vidmar