**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
IN RE:

OPENAI, INC.,
COPYRIGHT INFRINGEMENT LITIGATION,

This Document Relates To:
23-CV-11195
24-CV-3285
24-CV-4872
------------------------------------------------------------x

25-md-3143 (SHS) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold an In-Person, confidential settlement conference in these cases on **Friday, October 31, 2025, at 10:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Each party in attendance shall send no more than two attorneys each to the settlement conference.

**SO ORDERED.**

Dated: October 27, 2025
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge