UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY<br><br>    Plaintiff,<br><br>  -against-<br><br>MICROSOFT CORPORATION, *et al.*,<br><br>    Defendants. | No. 1:23-cv-11195-SHS-OTW<br><br>**NOTICE OF APPEARANCE** |
| DAILY NEWS, *et al.*,<br><br>    Plaintiff,<br><br>  -against-<br><br>MICROSOFT CORPORATION, *et al.*,<br><br>    Defendants. | No. 1:24-cv-03285-SHS-OTW |
| THE CENTER FOR INVESTIGATIVE REPORTING, INC.,<br><br>    Plaintiff,<br><br>  -against-<br><br>OPENAI, INC., *et al.*,<br><br>    Defendants. | No. 1:24-cv-04872-SHS-OTW |

**PLEASE TAKE NOTICE** that the following attorney appears as counsel in the above-captioned matters on behalf of Defendants OpenAI Inc., OpenAI LP, OpenAI LLC, OpenAI GP LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, and OpenAI Holdings LLC (collectively, "OpenAI"):

    Daniel Jordan
    Lewis & Llewellyn LLP
    601 Montgomery Street, Suite 2000
    San Francisco, CA 94111

      Telephone; 415-800-0590
      Email: djordan@lewisllewellyn.com

Dated: February 5, 2025            Respectfully submitted,

                                         LEWIS & LLEWELLYN LLP

                                         By: /s/ *Daniel Jordan*
                                              Daniel Jordan
                                              Lewis & Llewellyn LLP
                                              601 Montgomery Street, Suite 2000
                                              San Francisco, CA 94111
                                              Telephone; 415-800-0590
                                              Email: *djordan@lewisllewellyn.com*

                                         *Attorneys for Defendant OpenAI Inc.*