# Susman Godfrey L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

ONE MANHATTAN WEST

NEW YORK, NEW YORK 10001-8602

(212) 336-8330

FAX (212) 336-8340

WWW.SUSMANGODFREY.COM

___

| Suite 5100 | Suite 1400 | Suite 3000 |
|---|---|---|
| 1000 Louisiana Street | 1900 Avenue of the Stars | 401 Union Street |
| Houston, Texas 77002-5096 | Los Angeles, California 90067-6029 | Seattle, Washington 98101-2683 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

Zachary SavageE-Mail ZSavage@susmangodfrey.com
Direct Dial (212) 729-2022

February 26, 2025

*VIA ECF*

Hon. Ona T. Wang
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RE:   *The New York Times Co. v. Microsoft Corp., et al*. No. 1:23-cv-11195
      *New York Daily News, LP, et al. v. Microsoft Corp., et al*., No. 1:24-cv-3285
      *The Center for Investigative Reporting, Inc. v. OpenAI, Inc*., No. 1:24-cv-04872

Dear Judge Wang:

I write on behalf of the News Plaintiffs to respond to one aspect of Defendants' February 13, 2025 letter regarding deposition coordination. *See* Dkt. 460.

In their letter, Defendants asked the Court to set a second settlement conference to address outstanding unresolved issues regarding deposition coordination. News Plaintiffs join in this request. Like Defendants, News Plaintiffs believe that the previous session facilitated productive conversations among the parties, and that an additional session will further assist in resolution of unresolved matters. The News Plaintiffs will make themselves available on the dates that Defendants requested (the remainder of the week of February 24, or the week of March 3) or otherwise at the Court's convenience.

Respectfully,

*/s/ Zachary Savage*
Zachary Savage