# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>      Plaintiff,<br><br>  v.<br><br>OPENAI INC., *et al.*,<br><br>      Defendants. | No. 1:23-cv-11195-SHS-OTW<br>No. 1:24-cv-03285-SHS-OTW<br>No. 1:24-cv-04872-SHS-OTW<br><br>**[PROPOSED] ORDER**<br>**GRANTING MOTION TO**<br>**ADMIT COUNSEL**<br>***PRO HAC VICE*** |
| DAILY NEWS, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>MICROSOFT CORPORATION, *et al.*,<br><br>     Defendants. | |
| THE CENTER FOR INVESTIGATIVE<br>REPORTING, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>OPENAI, INC., *et al.*,<br><br>     Defendants. | |

The motion of Allison S. Blanco for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the Bar of the State of California and that her contact information is as follows:

Applicant's Name: <u>Allison S. Blanco</u>

Firm Name: <u>Latham & Watkins LLP</u>

Address: <u>650 Town Center Drive 20th Floor</u>

City/State/Zip: <u>Costa Mesa, CA Costa Mesa, CA 92626</u>

Telephone: <u>(714) 540-1235 / Facsimile: (714) 755-8290</u>

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation LLC, and OpenAI Holdings LLC, (together, "OpenAI").

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: <u>       March 25, 2025       </u>

_____

**Ona T. Wang**
United States Magistrate Judge