UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, *et. al.,*<br><br>Defendants. | No. 1:23-cv-11195-SHS-OTW<br><br>[~~PROPOSED~~] ORDER FOR ADMISSION *PRO HAC VICE* |
| DAILY NEWS, *et. al.*<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION, *et. al.,*<br><br>Defendants. | No. 1:24-cv-3285-SHS-OTW |
| THE CENTER FOR INVESTIGATIVE REPORTING, INC.,<br><br>Plaintiff,<br><br>OPENAI, INC., *et. al.,*<br><br>Defendants. | No. 1:24-cv-4872-SHS-OTW |

The motion of Shelley Geiszler for admission to appear *pro hac vice* in the above-captioned matter is granted.

Applicant has declared that she is a member in good standing of the Bar of the State of Illinois, and that her contact information is as follows:

Shelley Geiszler
LOEVY & LOEVY

- 2 -

311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607
Tel: (312) 243-5900
Fax: (312) 243-5902
geiszler@loevy.com

Shelley Geiszler, having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff The Center for Investigative Reporting, Inc. in the above entitled action:

**IT IS HEREBY ORDERED** that Shelley Geiszler is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated:   March 25, 2025                    _____
                                           **Ona T. Wang**
                                           United States Magistrate