# APPENDIX A

**Plaintiffs' Deposition Hours for OpenAI Witnesses**[1]

|  | 30(b)(1) Witnesses Taken | 30(b)(1) Hours Used | 30(b)(1) Remaining Witnesses | 30(b)(1) Remaining Time | 30(b)(6) Witnesses Taken | 30(b)(6) Hours Used | 30(b)(6) Remaining Witnesses | 30(b)(6) Remaining Time |
|---|---|---|---|---|---|---|---|---|
| **Class** | 27 Witnesses Taken | 66.9 Hours Used<br><br>2.48 per witness deposed | 26 Witnesses Remaining | 38.1 Hours Remaining<br><br>1.46 per remaining witness |  |  |  |  |
| **News** | 26 Witnesses Taken | 80.6 Hours Used<br><br>3.1 per witness deposed | 23 Witnesses Remaining | 49.4 Hours Remaining<br><br>2.15 per remaining witness |  |  |  |  |
| **All Plaintiffs** |  |  |  |  | 8 Witnesses Taken | 30 Hours Used<br><br>3.75 hours per witness deposed | 9 Witnesses Remaining | 25 Hours Remaining<br><br>2.77 hours per remaining witness |

---

[1] This chart does not account for one deposition that occurred today on January 30. For purposes of this chart, that deposition is treated as a "remaining witness."

**Plaintiffs' Deposition Hours for Microsoft Witnesses**

|  | 30(b)(1) Witnesses Taken | 30(b)(1) Hours Used | 30(b)(1) Remaining Witnesses | 30(b)(1) Remaining Time | 30(b)(6) Witnesses Taken | 30(b)(6) Hours Used | 30(b)(6) Remaining Witnesses | 30(b)(6) Remaining Time |
|---|---|---|---|---|---|---|---|---|
| **Class** | 16 Witnesses Taken | 41.25 Hours Used  2.58 per witness deposed | 21 Remaining Witnesses | 58.75 Hours Remaining  2.8 per remaining witness |  |  |  |  |
| **News** | 17 Witnesses Taken | 47.45 Hours Used  2.79 per witness deposed | 23 Witnesses Remaining | 64.55 Hours Remaining  2.81 per remaining witness |  |  |  |  |
| **All Plaintiffs** |  |  |  |  | 9 Witnesses Taken | 42 Hours Used  4.67 per witness deposed | 7 Witnesses Remaining | 0 Hours Remaining |