**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:

OPENAI, INC.,
COPYRIGHT INFRINGEMENT LITIGATION

Case No. 1:25-md-3143 (SHS) (OTW)

This Document Relates To:

*The Center for Investigative Reporting, Inc. v.*
*OpenAI, Inc.*, Case No. 24-cv-04872

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING ASSERTED WORKS**

Plaintiff The Center for Investigative Reporting ("Plaintiff") and Defendants OpenAI[1] and Microsoft Corporation (together, "Defendants") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate and declare as follows:

For purposes of its copyright infringement claims (Counts I, II, III in the Amended Complaint, ECF 88, Case No. 24-cv-04872), Plaintiff is only asserting infringement of (1) the collective works listed in Exhibit 1 to the Amended Complaint, and (2) the individual articles listed in Exhibit 2 to the Amended Complaint and Exhibit A to Plaintiff's First Set of Interrogatories, served October 11, 2024. For the avoidance of doubt, Plaintiff is not asserting infringement of any article contained in the collective works listed in Exhibit 1 to the Amended Complaint that is not also listed in Exhibit 2 to the Amended Complaint or Exhibit A to Plaintiff's First Set of Interrogatories.

---

[1] "OpenAI" refers collectively to Defendants OpenAI, Inc.; OpenAI, L.L.C.; OpenAI OpCo, L.L.C.; OpenAI GP L.L.C.; OpenAI Global, L.L.C.; OAI Corporation, L.L.C.; and OpenAI Group PBC.

For purposes of its claim under 17 U.S.C. § 1202 (Count IV to the Amended Complaint), Plaintiff is only asserting DMCA violations with respect to (1) the collective works listed in Exhibit 1 to the Amended Complaint, and (2) the individual articles listed in Exhibits 2, 3, and 4 to the Amended Complaint and Exhibit A to Plaintiff's First Set of Interrogatories, served October 11, 2024.  For the avoidance of doubt, Plaintiff is not asserting DMCA violations with respect to any article contained in the collective works listed in Exhibit 1 to the Amended Complaint that is not also listed in Exhibits 2, 3, and 4 to the Amended Complaint or Exhibit A to Plaintiff's First Set of Interrogatories.

For avoidance of doubt, Plaintiff is not asserting infringement of, or DMCA violations with respect to, any work created pursuant to a freelance agreement.  To the extent Plaintiff has not asserted infringement of, or DMCA violations with respect to, a given work, that non-assertion of claims shall not be construed as a concession that Plaintiff does not own any or all of the exclusive rights to that work under 17 U.S.C. § 106.

For the avoidance of doubt, Defendants reserve all rights to challenge the works listed in Exhibits 1, 2, 3, and 4 to the Amended Complaint and Exhibit A to Plaintiff's First Set of Interrogatories, served October 11, 2024, including as to copyright ownership, validity, or protectability.

Dated: April 1, 2026                        Respectfully submitted,


                                            By  */s/ Kyle Wallenberg**

                                            **LOEVY & LOEVY**
                                            Jon Loevy (*pro hac vice*)
                                            Michael Kanovitz (*pro hac vice*)
                                            Matthew Topic (*pro hac vice*)
                                            Stephen Stich Match
                                            Steven Art (*pro hac vice*)
                                            Thomas Kayes (*pro hac vice*)
                                            Kyle Wallenberg (*pro hac vice*)
                                            Shelley Geiszler (*pro hac vice*)
                                            Lauren Sonnenberg (*pro hac vice*)
                                            Loevy & Loevy
                                            311 N. Aberdeen St. 3rd Floor
                                            Chicago, IL 60607
                                            Telephone: 312.243.5900
                                            *jon@loevy.com*
                                            *mike@loevy.com*
                                            *matt@loevy.com*
                                            *match@loevy.com*
                                            *steve@loevy.com*
                                            *kayes@loevy.com*
                                            *wallenberg@loevy.com*
                                            *geiszler@loevy.com*
                                            *sonnenberg@loevy.com*

                                            *Attorneys for Plaintiff*

Dated: April 1, 2026                        By  */s/ Herman H. Yue*

                                            **LATHAM & WATKINS LLP**
                                            Andrew M. Gass (*pro hac vice*)
                                            *andrew.gass@lw.com*
                                            San Francisco, CA 94111
                                            Telephone: 415.391.0600

                                            Allison Blanco (*pro hac vice*)

---

[*] All parties whose electronic signatures are included herein have consented to the filing of this document, as contemplated by Rule 8.5(b) of the Court's ECF Rules and Instructions.

*allison.blanco@lw.com*
Orange County, CA 92626
Telephone: 714.755.8293

Herman H. Yue
*herman.yue@lw.com*
Sarang V. Damle
*sy.damle@lw.com*
Luke A. Budiardjo
*luke.budiardjo@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200

Elana Nightingale Dawson (*pro hac vice*)
*elana.nightingaledawson@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

*Attorneys for Defendants*
*OPENAI, INC., OPENAI GP, LLC,*
*OPENAI, LLC, OPENAI OPCO LLC,*
*OPENAI GLOBAL LLC,*
*OAI CORPORATION, LLC, and*
*OPENAI GROUP PBC*

Dated: April 1, 2026                    By  */s/ Rose S. Lee*

**MORRISON & FOERSTER LLP**
Joseph C. Gratz (*pro hac vice*)
*jgratz@mofo.com*
Tiffany Cheung (*pro hac vice*)
*tcheung@mofo.com*
Caitlin S. Blythe (*pro hac vice*)
*cblythe@mofo.com*
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000

Rose S. Lee (*pro hac vice*)
*roselee@mofo.com*
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
Telephone: 213.892.5200

4

*Attorneys for Defendants*
*OPENAI, INC., OPENAI GP, LLC,*
*OPENAI, LLC, OPENAI OPCO LLC,*
*OPENAI GLOBAL LLC,*
*OAI CORPORATION, LLC, and*
*OPENAI GROUP PBC*

Dated: April 1, 2026                    By  */s/ Christopher S. Sun*

**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (*pro hac vice*)
*rvannest@keker.com*
R. James Slaughter (*pro hac vice*)
*rslaughter@keker.com*
Paven Malhotra
*pmalhotra@keker.com*
Michelle S. Ybarra (*pro hac vice*)
*mybarra@keker.com*
Sarah Salomon (*pro hac vice*)
*ssalomon@keker.com*
Katie Lynn Joyce (*pro hac vice*)
*kjoyce@keker.com*
Christopher S. Sun (*pro hac vice*)
*csun@keker.com*
633 Battery St.
San Francisco, CA 94111
Telephone: 415.391.5400

*Attorneys for Defendants*
*OPENAI, INC., OPENAI GP, LLC,*
*OPENAI, LLC, OPENAI OPCO LLC,*
*OPENAI GLOBAL LLC,*
*OAI CORPORATION, LLC, and*
*OPENAI GROUP PBC*

*Attorneys for OpenAI*

Dated: April 1, 2026                    By  */s/ Lisa T. Simpson*

**ORRICK, HERRINGTON & SUTCLIFFE, LLP**
Annette L. Hurst (*pro hac vice*)
Daniel Justice (*pro hac vice*)
Amanda H. Schwartz (*pro hac vice*)
The Orrick Building
405 Howard Street

5

San Francisco, CA 94105-2669
Telephone: 415.773.5700
*ahurst@orrick.com*
*djustice@orrick.com*
*aschwartz@orrick.com*

Christopher J. Cariello
Lisa T. Simpson
51 West 52nd Street
New York, NY 10019
Telephone: 212.506.3778
*ccariello@orrick.com*
*lsimpson@orrick.com*

Sheryl Koval Garko (*pro hac vice*)
Laura Brooks Najemy (*pro hac vice*)
222 Berkley Street
Boston, MA 02116
Telephone: 617.880.1800
*sgarko@orrick.com*
*lnajemy@orrick.com*

Monica Svetoslavov (*pro hac vice*)
Andrew Schreiber
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: 202.339.8400
*msvetoslavov@orrick.com*
*aschreiber@orrick.com*

*Attorney for Microsoft Corporation*

**IT IS SO ORDERED.**

Dated:   _____

_____
Hon. Ona T. Wang
United States Magistrate Judge