**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE OPENAI, INC. COPYRIGHT INFRINGEMENT LITIGATION | No. 1:25-md-03143 (SHS) (OTW) |
| This Document Relates To: | |
| No. 1:24-cv-04872 (SHS) (OTW) | |

**PLAINTIFF THE CENTER FOR INVESTIGATIVE REPORTING, INC.'S RESPONSE TO OPENAI'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Plaintiff The Center for Investigative Reporting, Inc. ("CIR") respectfully submits this response to OpenAI's Motion for Judgment on the Pleadings (ECF No. 1586) ("Motion").

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, CIR will amend its complaint to dismiss with prejudice Count III (Contributory Copyright Infringement by All Defendants) of its First Amended Complaint (ECF No. 88 in Case No. 24-CV-04872). Defendants consent to this amendment. CIR's removal by amendment of Count III moots OpenAI's Motion.

CIR reserves the right to seek leave to further amend its complaint with regard to a contributory infringement claim against Microsoft in light of the Supreme Court's intervening decision in *Cox Communications, Inc. v. Sony Music Entertainment*, 146 S. Ct. 959 (2026) following this Court's ruling on the motions filed by The Times (ECF No. 1590) and Daily News Plaintiffs (ECF No. 1598).

For the foregoing reasons, the Court should deny OpenAI's motion.

RESPECTFULLY SUBMITTED,

*/s/ Stephen Stich Match*

Jon Loevy (*pro hac vice*)
Michael Kanovitz (*pro hac vice*)
Matthew Topic (*pro hac vice*)
Thomas Kayes (*pro hac vice*)
Steven Art (*pro hac vice*)
Kyle Wallenberg (*pro hac vice*)
Shelley Geiszler *(pro hac vice)*
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900 (p)
312-243-5902 (f)
jon@loevy.com
mike@loevy.com
matt@loevy.com
kayes@loevy.com
steve@loevy.com
wallenberg@loevy.com
geiszler@loevy.com

Stephen Stich Match (No. 5567854)
Lauren Sonnenberg *(pro hac vice)*
LOEVY & LOEVY
222 Sutter Street, Suite 600A
San Francisco, CA 94108
(312) 243-5900
match@loevy.com
sonnenberg@loevy.com

*Attorneys for Plaintiff The Center for Investigative Reporting, Inc.*

July 2, 2026